JOSEPH F. CLYNE (JC 5356)
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Defendant
Laborers International Union of North America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHARD ELLO,                                                      :
                Plaintiff
                                                                  :
       against                                                 Case No. 05  CV 9625 (KMK)
                                                                  :
ISHRI SINGH, et al.                                                   NOTICE OF APPEARANCE
                Defendant(s)                      :
------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Defendant Laborers International Union of North America ("LIUNA"), hereby appears in the above entitled action and that the undersigned has been retained as attorneys for both LIUNA and Raymond Pocino, in his individual and LIUNA capacity, and that all papers in this action be served upon the undersigned at the office and post

2632907v1

-2-

office address stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
      January 4, 2006

                        CURTIS, MALLET-PREVOST,
                          COLT & MOSLE

                        By: _____
                          Joseph F. Clyne (JC-5356)
                          101 Park Avenue, 35th Floor
                          New York, New York 10178
                          (212) 696-6000

                          Attorneys for Defendant
                          Laborers International Union of North
                          America and Raymond Pocino

*2632907v1*