JOSEPH F. CLYNE (JC 5356)
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Defendant
Laborers International Union of North America and Pocino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RICHARD ELLO,                                                       :
                        Plaintiff                                   :
                                                                    :
        against                                                     :   Case No. 05 CV 9625 (KMK)
                                                                    :
ISHRI SINGH, et al.                                                 :   AFFIDAVIT OF SERVICE
                        Defendant(s)                                :
------------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

       JOSEPH F. CLYNE, being duly sworn, deposes and says:

1.     I am an attorney admitted to this Court.

2.     On January 4, 2006, I served copies of the Notice of Appearance on behalf of Laborers International Union of North America and Raymond Pocino by mail upon:

       Ruth M. Pollack, Esq.
       250 Old Country Road, Suite 505
       Mineola, New York 11501

       -and-

2638881v1

Kathleen M. McKenna
Proskauer Rose LLP
1585 Broadway
New York, New York  10036-8299

_____
JOSEPH F. CLYNE (JC 5356)

Sworn to before me this
4th day of January, 2006

_____
NOTARY PUBLIC

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 20 07

-2-

2638881v1