SAMUEL ROSENTHAL (SR 9717)
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Defendant
Laborers International Union of North America and Raymond Pocino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHARD ELLO,                                                      :
                           Plaintiff
                                                                   :
              against                                                  Case No. 05 CV 9625 (KMK)
                                                                   :
ISHRI SINGH, et al.                                                    NOTICE OF APPEARANCE
                           Defendant(s)                            :
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Defendant Laborers International Union of North America ("LIUNA"), hereby appears in the above entitled action and that the undersigned has been retained as attorneys for both LIUNA and Raymond Pocino, in his individual and LIUNA capacity, and that all papers in this action be served upon the undersigned at the office and post

2632907v1

office address stated below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
       January 5, 2006

                                            CURTIS, MALLET-PREVOST,
                                            COLT & MOSLE

                                      By: _____
                                          Samuel Rosenthal (SR-9717)
                                          101 Park Avenue, 35th Floor
                                          New York, New York  10178
                                          (212) 696-6000

                                      Attorneys for Defendant
                                      Laborers International Union of North
                                      America and Raymond Pocino

2632907v1