

SAMUEL ROSENTHAL (SR 9717)
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Defendant
Laborers International Union of North America
and Raymond Pocino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHARD ELLO,                                :
                Plaintiff
                                 :
    Against                              :   Case No. 05 CV 9625 (KMK)
                                 :
ISHRI SINGH, et al.                          :   NOTICE OF MOTION TO
                                     APPEAR PRO HAC VICE
                Defendant(s)  :
------------------------------------------------------------------ X

        PLEASE TAKE NOTICE that upon the annexed affidavits of Terrance G. Reed and Samuel Rosenthal, defendant Laborers International Union of North America ("LIUNA"), will move this Court before the Honorable Kenneth M. Karas United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 21D, New York, New York 10001, on a date to be determined by the Court, for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York allowing the admission pro hac vice of Terrance Reed, a member of, Lankford Coffield & Reed, PLLC, as attorney for Defendant Laborers International Union of North America and Raymond Pocino in this case for all purposes.

2632986v1

Dated: January 4, 2006
      New York, New York

                                       Respectfully submitted,

                                       CURTIS, MALLET-PREVOST, COLT
                                         MOSLE LLP

                                      By _____
                                          Samuel Rosenthal (SR 9717)
                                          101 Park Avenue
                                          New York, New York  10178-0061
                                          (212) 696-6000

                                                - and -

                                       LANKFORD, COFFIELD & REED, PLLC

                                     By _Terrance G. Reed_ (se)
                                          Terrance G. Reed
                                          120 North St. Asaph St.,
                                          Alexandria, Virginia  22314
                                          (703)-299-8734

                                       Attorneys for Defendant
                                       Laborers International Union of North
                                       America and Raymond Pocino

cc: All counsel of record

2632986v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RICHARD ELLO, :
                    Plaintiff
:
         Against                               Case No. 05  CV 9625 (KMK)
:
ISHRI SINGH, et al.                            AFFIDAVIT IN SUPPORT OF
                                                           MOTION TO APPEAR PRO
                                                           HAC VICE
                        Defendant(s)          :
------------------------------------------------------------------- X

State of New York  )
                         )    ss:
County of New York  )

Samuel Rosenthal, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP.

2. I submit this affidavit in support of the motion by Terrance G. Reed for admission to practice pro hac vice in the above captioned matter. I am familiar personally with Mr. Reed, as I have participated in cases with him on many occasions, and also have had a chance to review submissions and other materials authored by him. Both by reputation and personal experience, I know the applicant to be an attorney of the highest character, competence and experience, and am confident that he will conduct himself accordingly before this Court.

3. As shown in the Certificate(s) of Good Standing annexed to the Affidavit of Mr. Reed he is a member in good standing of the Bar of the State of Virginia and the District of Columbia.

4. There are no pending disciplinary proceedings against him in any State or Federal court.

2634436v1

5.  Wherefore your affiant respectfully submits that Mr. Reed be permitted to appear as counsel and advocate pro hac vice in this one case.

*Samuel Rosenthal*

Samuel Rosenthal

CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Ave.,
New York, New York 10178
(212)-696-6987

Sworn to before me
this 4th day of January 2006.

*Joan E. Mezzacappa*

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 20 _07_

-2-

Dated: January 3, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ELLO,<br><br>　　　　　　Plaintiff<br><br>　　Against<br><br>ISHRI SINGH, et al.,<br><br>　　　　　　Defendant(s) | )<br>)<br>)<br>) Case No. 05 CV 9625 (KMK)<br>)<br>) AFFIDAVIT IN SUPPORT<br>) OF MOTION TO APPEAR<br>) *PRO HAC VICE*<br>)<br>)<br>) |

Terrance G. Reed, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Lankford, Coffield & Reed, PLLC. Our offices are located at 120 North Saint Asaph Street in Alexandria, Virginia, 22314.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Virginia and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

_/s/ Terrance G. Reed_
Terrance G. Reed

LANKFORD, COFFIELD & REED, PLLC
120 North Saint Asaph Street
Alexandria, Virginia 22314
703-299-5000

1

City of Alexandria

Commonwealth of Virginia

The foregoing instrument was acknowledged before me this 3rd day of January 2006

by

_____
Notary Public

My commission expires: 5/31/07

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Virginia

**CERTIFICATE OF GOOD STANDING**

I, _____ Elizabeth H. Paret _____, Clerk of this Court,

certify that __TERRANCE G. REED__, Bar # 46076 ,

was duly admitted to practice in this Court on

_____ September 28, 2001 _____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____ Alexandria, VA _____ on December 29, 2005.
LOCATION                                              DATE

Elizabeth H. Paret
CLERK

DEPUTY CLERK

# United States District Court
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**TERRANCE   G.   REED**

was, on the  3rd  day of  March  A.D. 1986  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  30th  day of  December , A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _[signature]_
**Deputy Clerk**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2006, a true and accurate copy of the forgoing Notice of Motion to Appear Pro Hac Vice, Affidavits of Samuel Rosenthal and Terrance G. Reed and Proposed Order, were delivered by first class mail, postage prepaid to:

>   Ruth M. Pollack, Esq.
>   250 Old Country Road, Suite 505
>   Mineola, New York 11501
>   ruthmpollackesq@verizon.net
>
>   Kathleen M. McKenna
>   Proskauer Rose LLP
>   1585 Broadway
>   New York, New York 10036-8299
>   kmckenna@proskauer.com

_____
SAMUEL ROSENTHAL