JOSEPH F. CLYNE  (JC-5356)
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, New York  10178-0061
(212) 696-6000

Attorneys for Defendant
Laborers International Union of North America and Pocino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X

RICHARD ELLO,                                            :

                      Plaintiff

                                 :

             Against                                    Case No. 05  CV 9625 (KMK)

                                 :

ISHRI SINGH, et al.                                                  <u>AFFIDAVIT OF SERVICE</u>

                  Defendant(s)            :

-------------------------------------------------------------------------- X

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK  )

        JOSEPH F. CLYNE, being duly sworn, deposes and says:

      1.      I am an attorney admitted to this Court.

      2.      On January 5, 2006, I served a copy of the Notice of Appearance on behalf

of Laborers International Union of North America and Raymond Pocino by mail upon:

                Kathleen M. McKenna
                Proskauer Rose LLP
                1585 Broadway
                New York, New York  10036-8299

                                  JOSEPH F. CLYNE (JC-5356)

Sworn to before me this
5th day of January, 2006

NOTARY PUBLIC

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 2007

2638881v2