# ЛK

## POLLACK & KOTLER
ATTORNEYS AT LAW

RUTH M. POLLACK                                    LYNN R. KOTLER

January 3, 2005

Via Facsimile with Permission: 212-805-7968
Hon. Judge Kenneth M. Karas
United States District Court – S.D.N.Y.
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/06

Re: Ello v. Singh, et al.
    Docket No. 05-CV-9625

We represent Plaintiff in this Whistle Blower/Wrongful Termination case. As of this afternoon, we are in receipt of a pre-motion letter from counsel for defendants Singh, LECET, MDTC Funds, Pocino, and Virga; and counsel for defendants LIUNA, Pocino, in his official capacity as a LIUNA officer and in his individual capacity. Pursuant to your order of December 20, 2005, we were to have submitted our pre-motion letter by today; however, due to technical delays with our computer equipment since relocating over the past week, we were unable to email our response today by close of business. Accordingly, we respectfully seek an enlargement of one (1) day until tomorrow evening to file via ECF and serve our opponents. We do intend to oppose the applications for leave to move to dismiss.

We intend to abide by the conference schedule in all other respects. Due to the length of our request and no prejudice, we have not sought consent of the parties.

Thank you.

Very truly yours,

/s/ Ruth Pollack
RUTH M. POLLACK (RP1407)

CC: Mr. Richard Ello
Via Facsimile: Lankford, Coffield & Reed, P.L.L.C. 703-299-8876
        Proskauer, Rose, LLP 212-969-2900

*Plaintiff is given until January 4, 2006 to submit a response to Defendants' December 20, 2005 pre-motion letter.*

SO ORDERED
KENNETH M. KARAS
1/3/06

250 OLD COUNTRY ROAD, SUITE 505, MINEOLA, NEW YORK 11501 TELEPHONE 516.746.0144 FAX 516.746.8008