UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

RICHARD ELLO,
           Plaintiff,

                                            **ORDER**
                                            05-CV-9625 (KMK)

-v-

ISHRI SINGH, ET AL.

------------------------------------------------x

CIVIL CONFERENCE HELD ON RECORD IN BEFORE Hon. Judge ~~Michael~~ Kenneth M. Karas on January 5, 2006 at 3:00 p.m.

Appearances: Plaintiff: Ruth M. Pollack, Esq.,
           Defendants Singh, LECET, MTDC Funds, Pocino, and Virga: Proskauer Rose, LLP, by Kathleen McKenna, Esq. and Andrea Rattner, Esq.
           Defendants LIUNA and Pocino, Indiv. Cap. : Lankford, Coffield & Reed, PLLC, by Terry Reed, Esq. and Curtis, Mallet-Prevost, Colt & Mosle, LLP, local counsel, by Michael Bearse, Esq.

THE FOLLOWING RULINGS WERE MADE:

Plaintiff to serve and file its application to disqualify counsel for all defendants on or before January 17, 2006; Defendants to serve and file its respective responses on or by January 27, 2006; Plaintiff to serve and file its reply on or by February 3, 2006.

Plaintiff to file and serve first amended complaint on or by January 24, 2006;
Oral Argument date for application re: disqualification of counsel to be set by Court and all parties shall be notified.

Setting of schedule for Fed. R. Civ. P. 12 (b)(6) motions to be held in abeyance until resolution of disqualification issues.

Dated: January 7, 2006

                                                SO ORDERED:

                                                HON. KENNETH M. KARAS
                                                U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/10/06]