AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO

v.

ISHRI SINGH, ET AL.

**APPEARANCE**

Case Number: 05 CV 9625

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

1) LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND
2) RAYMOND POCINO, Trustee, in his individual and official capacities
3) MASON TENDERS DISTRICT COUNCIL TRUST FUNDS
4) JOHN VIRGA AND 5) ISHRY SINGH

I certify that I am admitted to practice in this court.

1/11/06
Date

Signature

DEIDRE GROSSMAN    DG-2677
Print Name    Bar Number

PROSKAUER ROSE LLP  1585 BROADWAY
Address

NEW YORK,  NY  10036
City    State    Zip Code

212.969.3006    212.969.2900
Phone Number    Fax Number