UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,

                          Plaintiff,                          05-CV-9625 (KMK)

        -against-

                                                              **AFFIDAVIT OF SERVICE**

ISHRI SINGH, et al.,

                          Defendants.

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

ALLEN F. HEALY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

2. On January 11, 2006, at approximately 3:45 pm, I served, by mail, a true copy of the Notice Of Appearance., upon Terrance Reed, Esq., at Lankford Coffield & Reed PLLC, Attorneys for Defendants Raymond Pacino  and Laborers International Union of North America, 120 North St. Asaph Street, Alexandria, Virginia 22314.

7. I made said service by depositing a true copy of the above referenced document, enclosed in a prepaid, sealed wrapper, properly addressed to the above-named person, in an official depository, located on the northwest corner of Broadway and 48th Street, under the exclusive care and custody of the United States Postal Service within the State of New York.

                                        _____
                                              Allen F. Healy
                                        Process Server's License #0921311

Sworn to before me this
11th day of January 2006.

_____

KENNETH BIGLIANI
Notary Public, State of New York
No. 31-4970383
Qualified in New York County
Commission Expires August 13, 2000