**MEMO ENDORSED**

RUTH M. POLLACK, ESQ.
250 OLD COUNTRY ROAD- STE 506
MINEOLA, NEW YORK 11501
Tel. 516-746-0144
Fac. 516-746-8008

January 17, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/06
```

Via Facsimile and Hard Copy 212-805-7968
Hon. Judge Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: Ello v. Singh et al.
    Case No. 05 CV 9625

Dear Judge Karas:

We represent Plaintiff Richard Ello ("Mr. Ello") in the above-referenced case. We respectfully request leave to serve and file our application to disqualify defense counsel for one (1) twenty four hour period, that is, by the end of the day of January 18, 2006. This request is occasioned by the national holiday of Martin Luther King Day, which we did not factor into our request in Court. It is not with consent sought or obtained due to its brevity.

The revised schedule would extend defendants' respective times to answer and our own time to reply a commensurate additional twenty-four (24) hours as well.

Thank you.

Very truly yours,
/s/ *[signature]*
RUTH M. POLLACK (RP1407)
RMP: lb
Service on both defense counsels via ECF

ECF NO:____

*[Handwritten endorsement:]* Plaintiff is given one additional day to submit his application to disqualify defense counsel, though the rationale in support of the application is specious. Accordingly, there will be no more adjournments given to Plaintiff in this case, absent extraordinary and unforeseeably circumstances.

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
1/18/06