```
%PDF-1.4
%âãÏÓ


1 0 obj
<<
/Type /Catalog
/Pages 2 0 R
/Metadata 152 0 R
>>
endobj
2 0 obj
<<
/Type /Pages
/Kids [ 48 0 R 47 0 R 69 0 R 90 0 R 111 0 R 132 0 R ]
/Count 35
>>
endobj
3 0 obj
<<
/ModDate (D:20060119133854-05'00')
/CreationDate (D:20060119133853-05'00')
/Producer (Adobe PDF Library 5.0.4)
/Creator (HP PDF Formatter version 3.2.0.941)
>>
endobj
5 0 obj
<<
/Type /Page
/MediaBox [ 0 0 554.64 732 ]
/Parent 48 0 R
/Contents 8 0 R
/Resources << /XObject << /Im0 7 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
7 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2311 /Height 3050
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2311 >> /Length 39624 >>
stream

ç|         ò:1-D|  -X^^^'ŽS"9Ç(rÇ(    ¢'""$3€ÑÚ€≪  çjL     çkhŽ¢
¡ÊrŽPåYC'Ù   ÁÇ'emYÜãœr
9   |DDDYC-  2èDD
'  "!  à'"2D'  áÈæG3²è  -Ì":6  º#¢è°#äpl-å HtF   tc.Ë¢  ^ù-# @~H!  qÊ"""
¡È-
›  &Ê  lŽ
ò
^Dq  ó  Ã#  ážM€Ã›  #  àÒG    2°ŽR@ð.Ç^‰~d">}  G  .Ë¢è  ,È-
```

¦†‰¹Hd ç2:> £è- à^Y @nBó p< å'e
ƒp Dƒ`å
BŽXå
Xå
@ð!04'Ì¹ G3 G
€...Ñ 'É 9X QœÃ-9 r sŽqÈ- ÛaB""f Ž ª"
"((tm)NV Ê¬ à]·âEÃ 3"E ¨>ÍJâ1/4¡Ï
w x0Ú ,æ¡ ˆˆˆ†qÎä †ÈQg ˆàxi Ñ '0È
âÏ"W< -"@‰ †@nØ 5 à¹ Xd òÍ5 Â 6 FG
C 7-n,-GP<5HèÉXd ñ Rè à¹ Xd ñ ,
,(tm) -
EÃËLÔ àÎ91Ë H 5 ‹L0¦Àñˆ‰P É pd, Ì9‡!¡Èbd ]A
€liøˆˆ'ñ1/4ðg3 ù\´2 ² Y !A' Ë¥ È FhTN: ù"c$ sÁ¤y Á¨È,2 ²Z€c Pˆ' <5Jð
Ù ;J Á È) Ñ¸3/4\2 JZÁ@ÒI,'tGÈèDD2Ü§8ç "8ç ðU"9C"9Ç8ä2 ±ŸË\Ô!- Â<\Q
¯ qÎ9‡!'M BBÑp< 4 ^Zä" z ƒF EH}J ,‰ É ì3/4!œr ž°Èg ,Y
ƒˆ Y òS!'
²
‰ Èí•e9ƒDÂ#¢; ã# ã+¨
/ *3À²wyI-ÈèŽÎÊQ´q ÑtGEò8d x Pd<
‡#¢;0"DDE'\ã É #a¢˜P
8‰ °ÞS& x %Ñ'pÉ
Ò85 Ô¦h Y æE ¨G
Ï gr°±ÉÙ Ã\¹C›
(c)h@Àä‡$9
'\q 5
à`ˆG' Œ¡Ê ,
F9Ç3œsŽ
Ž
NŒdqbÈ3/4{> ÄD... ¡Îçr¬(r)*U• Ç$9!Èƒˆˆ Q/ 4
€ÜDDN€x- Àð"q'¥)µ (tm) †@6 0ˆàÅœX àÖ9×² È 'a à¹\l à¦G â?
1@6 æ¡ àx5 ÈŽ-@bR6
êš? Ã 7 q â. ¢ 28rFGEÑ-#ät\R: !,(c) ‹,äp"q"" ÄDDDD "GË¡
ˆAød)¨' < QÁ Êt
@LÔ ÈèDE"D€(tm)H2 D9 E ØG
e *j
§uáH
" €LŽ gr
PqË@ÄDà+ 5 ~Oÿü³
xÿÿÿòÓ[EÜXEø ùf(c)8ùfªñÿùi(tm)¢:#-Œ -i" ÿÿÿÿÿùm ¢GVSL ¶ Æ?ÿÊb"
<¶¨ãË\µGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÊiMKPš -^QÿÿÿÿóµPó°
tC=d8g² (c)ÉÁFeÐ¯!˜Jw$PGe'!,Â<(lÂÄQË j ³
ÃÁÎC(tm)"Û YÁHÆx-‹†QÀ! ¯s^F Qp. h†Í ?Œøf #:...LØe" @%
¡-; &ƒm #ò rsž
ÊA@ÐÑ
8û^N 0Ã"œ üƒ}I' á /¢X SÐok
áæ¤;'£3#1QsÍD'1/2-æ¤ù"4 6ÉÐ0Ó håÌ³Ï'Á‡ GôA "K† l†tPgÊO‰ûûývîÐ6 z¯...ôôí
Òx]´
ð@óR

êéðÚ Aÿ}VÿMÓû¦-û¤öú_3/4 Òzô›H7"¶Ó3/4"õýí´º"_ ú·Þ·~'n1/2 é^ékÞû úö÷_ëÿ|6¿þÝ¥Þêûz"
ý"íqÆÇn÷¡œw¨Ðþõ¿ëºOOÓÓÿÖ?Vÿ÷w W þîüq}|qJÒÝú÷õä5Zý_ßOÝÒý:þÃ×ëôÞß]·
}û$+-û ÿQutõþþØoýkºKþýít¿¡-ûïýëÞû íua"jß"ÒéjÞ•~›ßÂ§°õwéÖ(c)‡XUWVßKÿ¦Û¯ VÃº¿ `ûmƒ1
/2/õß -Ýõû1/40ýÖ6Ó~ ^1/2.è2ãúì7ÞY
=+ðßáƒâ ÷ÿØ¯û~¿¸o÷-ˆaý‡} ÝV-3/4ÿïTÃ÷]"1þÃåçÿ_- úðíÿµ Ý
ñ Ö
îÛêÓû-ÿÞ- pÞƒòBa¿3/4*Ý~êî¶ý1/2õ Pë!ãâ _
"n¯wiw¶ÿØýú%Óóé\"Médéßoßþ"ÿ¿úû¤¯îÿ¿Nÿ1/2~ßý÷R ~ë*÷ëÿmöA¥lƒ_(r)÷t·M_Ò]÷óZ¦Õ/úou}m+
j˜uOö |$þ•î¶"Òßö-Öøn nû(r)-÷
-Cý1/2{-.ëït"JÒ´·ö-¤Ÿà-J-ºW¨Ií{
1/2"•´›K]"Ã mÞ(c)ZPÒ"1/2U°•""I$(r)Ø5v M"›Jî¡ˆI"Ü °¶pH`(c)'Ò î (tm)!Q
80J a¦ØAl0" 2<JÃN !...sà"àá
("j

f`ˆ\ã¢ 4 ã5 ä#ƒb,
ˆAˆLB
ƒ

§=`‡g. ÀÎ
bötðAQã,5ƒÊàI
Ës<0D`; 0":âœDDEœ- Â"2¬¡Ê'IVRÙ[@! ˆˆˆˆ ÿÿçe(Ñ ¨Fò:0D&o1 "
D‰¬!Ó<‹ÄáL as#‹ -
...#²>k S
4#Ùð0\ˆù"SÄ˜‡³ÈÂ6
";"#åÙ "9 dx‹²æj `A¨ àHC 8 ØÉÇq A²2)Ã@0'
úˆ¨...
- Œ"
$ s¨¨F\
FÈ 0... Ã² °tO"àÈc5Ò~\àÉj A FÈ 3¡pl$F8åñ~Á‡ ‰øôIÊpÃÃ)Þ
a Û
A Há Œ 1Â ƒ ƒu XzÚ <2~Ãm †hN‹ž -6 Ô¹-z Ca"Dˆ&Š ¡´ iÑ::
t ûH6ÖÖïý
3/4ƒ
(c)Òý1/2 Ü-´ a¸wØA¿ÃÂA0ö-,Ðt›ÿ¿õ"Ý1/2_ßmÕ÷Ò
-ïÝÝ"I ÛWUK[Ú_ýÝëÛé÷÷éé]+
;þú3/4*3/4-úo¿ý¶ í¿þþ"ÿWc Ûí¥Mþ¿KñßÇÑÝª¿Xâ3/43/4ã‡"ì{§Ò}ô¿Mõ(r)ÿm´þ›í_N:PÛ¿1/2[J›ÖÒ
Û(r)ÿù
{Ýí"}Z]/üðÞŸúÿÒ† úûëô¡¿wÆÒ}1Uzïþ˜j·ô-w1/2?ëßü5µZþÊ ß v·[ý ¶1/2jšÿ[ý"
¦(c)ý Ýu×
¥^µV-ýûÚé;}owijõªöíýÖ·Ý6°Ã÷û# ¨Zº·Ø~-ýë·é<§"i%à Ò¬0ûZxöÌ
Û¿PÃâ
ÿb¶-‡jý×Ä!c†úýš1/4²1T ýØ ÿ"ºïÚL õv okûh"%¿ö. ÿË£Ýå'MoªåÛE3/4ÝþþôÓnßøo¦ÿºß‡ööû_†¶à
ÿÿý†í3/4•Ãûzßï*ûý>1/4=‡mÿýF-'íÔ7þôÿ"{ ú÷îì9Ø'}oýíÞýl?a¿ÿ õÒm' m[ïÕ ôÞßÕ
ßW×ï·íûk×nÿoº×öÓ`ÿ¿·Øk¥úýZO~û o¥ÞúÞÓV-OÕ3/4A§ v6˜85ëooÿ×îSü;z[¿ÛÛ^ÒÔ="ëiÝ{Vþ tÚ
¯éSt÷_û{(r)ßê"ZÝnì=Ö-Mÿá"n'úöÖ [×ƒ1/2;N -1/21/2"iX_õïì/k÷º[
%¿¯ö¯ †"
$Ý*h;I*ßIn´1/2† ÛIwT(c)¥m%maàÂL0,a",zhk ƒtÁ+†

ƒN  L0'pÂV*...~ÛI;´ó¸¦)Š

œ  à:œ

ÈQÃâ   8 @Ñ     2

áÄ ›  (r)Þ5Á  Ä"€√  @Â  Fpa   0åf(tm)h              yed  NI

p'œ¡Êt

    Ä  Ô  `Â!ƒ"  (Ì

3/4  a"ËN,è,DA(tm)y(tm)J'"',(c)

-,a"  Ï´å

,    ^^^  ÿÿÿü¶Â  0.˜Eœ5

k¶  Þ¯W\  ío~´aÝ Þ¯ 1/2&ýÂWM  ·¶qÐÄ  ÎÕ3l  -  Dvd^(r)_#b"(tm)ŒŽ  k^áœÍ  ó€

Ó#(tm)|Ž˜ñ  4  "èÂ.  Î²v  "pÕ1  Á´æGÈášx4   pk.eâ8e'#Ûè  †Q(c)  EÙpä"<ÈæD'pâX`   !2:#(t

m)       äp ú6  "†\

ò8œœÍ†íœ\5K†¡pm0‹åÅ#  ˜  ¡

Àç‚œƒ@äÇ)ÈeŽk0ä  (CR  F9É"rœ§((tm)

   (tm)A  8Ú  Ï  Ã!´A  ¯*ÈƒqXC+‹sÌƒ@çr¬†H7   ìræA¤r‡(2    Ž² 5!¡Ì  "  !Ÿ

   ¤"$  Y  Ê0FTST  DDDDDDDDDDDIlc%y

@"/  dEa               ^^^  ùM     ³   ˜PBÈaÉ8ŽtàÁ

-Ž#  Á  LŽˆij  :ƒQ-

ú{@È e þí  ),8"¡¿Ã#  ^õØXdR#£             'Ëë

ø‰*Ä25  ëöžš  K   J#¢è  uíwTÉ0 º;S/1/2¯Ö"ƒ"  rÜ¯å

  ÿßéÈk‰^ƒ  >ëß×jƒÿ  §Ã°ƒÈAûéú]éâù

(s

ä  ƒ  Ö"µNßÂ        Cî"W"ék†Õþ(r)í‡vßvŸ¤-¥þ"r

!ù¸ö¿-Õ¹

  4"¸¤Ÿõ}\†

(ww*z  ÏR(r)&`£NÖ·íß]  \   -1/2¸U¯ƒ|  ô¿ïÒ1/2Öƒ}ëúê1/2Ý¸Ýý=Ú¥Út÷(r)õëä<zþ'ï|/A^ïõV•k  ÒJ

×D  ~ßXI?¸ÛûÚþô"ÒÝ  ¶ïUV"ê1/2uz^ûü/Mw(r)Ûþ°Ù

B  ÷Ó÷ý7ôá/!¯a¯ 1/2->-õÝƒUõïÔg

øT  ë†7ï|œ  -^á/1/2Õ  1/2má$(c)1/2¸zõj¨†t5¿ûÞ¿1/2ž

ÿuõ§ñïxéïÿ¸¯ ]-†ï¿{[a|?Õý-ü/

ÿzÕ~¿î[  ¸¿ýÿïu·  Ò-ëÖÿ¸ÿé‚ƒ

oÓVÙ"×‡×ol<%ÛoÄt-ô´á":ÙZ¿nÿmøƒ}ö^c°ÿzM;ü    Ú(

   ¿ZôÓÒ  Î>< pÝ'û¯xV'ƒø{  û]ý÷   õÿÛ[unvg  <¡.û(c)uéBw§†-v

¢ âêCÜÙœg  ÈÄSŠIƒ  Â'O¨KÕéÕ´þžÈgÔa

Ç

Ã F"4   1ƒ:†

@š"ê7jößæ¬â

Á´ŽS†Á"t  0D2PÃ  B

B  fc`  :jÿ~-ö  _hC´  N  ^Éûdè

¤2  ÑPh    ×]uéÿM7ì7 øk Û  Ë}Â&Cµ´µv3/4Óu-ô   ?§*¶÷-[okIZu1/4†  Ê-  §ýVž¿ðÞîé0ôíd3Çï¹

(r)ÓO*Ý÷í7  (r)'Iâ  \|m"  JŸÿõ"¯ 1/2‡c¿w  Õ(tm)

²  â-µý~þ·K;úßô  §áÇþÛò  Ò̈µëÝ̧o¿û"^¯ì>¯´-{õê²WÕ7õ1/4%Jü¯!Ò÷¸zO-3/4Hýw`1/2w[úÛÿõïÿ×~-

Ó¥Ý[¿ï-P]¸ú

3/4íŸié§ð"  ÚWK[6  R1/4/Ú^"†  Um´ëï§Rãî#ßF  ã¯¶š...a?Ö-mºÅmH/•â-ïðaB"

ÁÕ+"o×ƒ  Z'a|°Ý7¿-

3/4ƒ  0[íBO×3/4"(r)Ú¸¥scýûò×Q  R

bá:Ý  'Ý-ÿööf  {ÿßâ

ƒ"  ÏÄÁ  ué$1/2õ  í  ¥3/43/4¿   e>žÛ^Ò]ïÝÂ#¥IiÒê1/2ða  (pOMíÕÕ~Ú`Ý¹ô{á+  Ö  ¡  +'

þ(r)ÖÒí(r)Aê•}ÿ"êŸ    X(z}¢X_ßÛWÛê¿)ûQ  èŽdt@,Uî×aö-÷mêâ:¥UèDeŽ  E^×mÛ_K"t•~éñ
¡È(r) "=Ã]µtŶÛÃj  û-[
" É   9C  Âa{¶    z3/4úÒÂõtfÄDE  n:¦Ã¦ÂZamXpa+[  Õ°'e  °\iÈ;†Åa0M
Ú  \& Š†l# ,Á,, Á Á    pÁ 6" ˜
  ‚!±MŽXÑÂ‰   " ¸6A  Lj‰YÜ- lN                )ÿªÒðK
?Ë4)Gÿ-Ú'Œ¶Šó1/4Eùm
  ¨Á!¡¡
)Ùª-ÐD  Ç
p"C       'Ñî , "4 6 5! "C`å[µ ...Ó  Ðnú
Ó' *ò  ×¤Üz3/4¯
Ãz*Up|X‹ô(r)  "ˆ  WÁ zV-°Ò :ôƒ5"ÖÂ  Pá-Ñ
  "ÐP·   ƒBM Qx":       Ù  ", ...<
Œ"ir  ², ñéö'
9à‰ª  Ø  û,#¡ ;Ý.... µ_P"¿î`\.ºkPU"Èê-ë(r))4ÓT¯
v•¶¿õÑ\x   ÈŽ1/2´]$ý! "> -6?¨K1/2 Io(tm)%  OÕŽ¬â#Ä~ß E
élDDH(r)VÖWá ga2:ÝÄ-·Ã -´  % 1/2&v gö  Ý°¦ duë°é .ìíÁªZ‹(ì$k"qk‡Zi¤f
YÜ

Dë   wÁßÔ†  A"A$XZ€ÆG Tùž oïÝRm  V E   7é  Òu"Kô  a0@å¨LŒ

5U¥3/4"-+"CC´ @Û‰  B-a§¦Ca "_MÁ       [Ž"·zCBºO[¤"'"˜a0"žÑOK-è   Ãwð¶,°ƒ²¬ûÿ"tvúl.ƒ
°ƒ÷¯m+(u %ö•"  Ç8íSß ]tÚ PÝ† !nÒ×¯ø4ÿªÚðMÚ‹ÍH×' &HÓ1
_¿þ       PM¶ ~N )< 4Cäøa^ eŠRÒVÒÐ@Ú
øg1/2h1/4
  ',ìã"µ¤>ÿ¯MÇ×§P(c)ƒ.rC  ‡ÈÒo[§"'·+(r)-¶fãÏ7
¯¡é°ªÔê?Uö³Cÿ·Ûÿ́Ò¤"
  ÿN¯üö° ¤õB   Þ3/4,öž Z1/27VXKKû¿á+YC3/4öª   G]¡ ÿÖþŸŽ"J,ô=0DÞÿ¿Mä4 ë·"vÂÖ kê
1/2þA¢ê÷"?Õ5 ÁŠ[Â[û"Uê
×¤ Ví} "þ*¥@ƒIm/I...
á}  ¿¡ † ¡ÿî^ E¡Ò Ö8_-ÕW÷°¯ ýê+m%ß×ß÷¨ká ÿz ZUÝÿþÓ]ÿJêBL§"
w+o¿ëëäíkõ_¿¡
û
Õ°¦ ý›Mö›vj-úÿN†(c)ØC*ã_3/4,J õ¿ïa ‰‡A M:
 ] !íÿda  îû...H×íRÔ
   ö I    J  lïÖÈë îºÈaßóŽQYŒ
ÊÞ-Ò

...ð¯¤h
iq   ñëoÓÓÿ1/4+ï"¥
%ZW(r)Ý"ú ét *UKÖPé zN°°"i M¬a?... &qÝh¡ôE¶èo‹ixý žÂq¶°Ø]cÃK"é¢
xPá°Vˆˆáî•Bn
›     0"8aV  _y"Ö'† *   *Y . †^Çn Dt  Óh0k@ØŠQ
m* 7j^e
að¡Â‡´œ-+†#wJ
Á...Òëz
ª
  0AC'@Ž8M,)Ý:XAv)Èè  ,LZo² £é3/4
  ^4)Ú

4õ¥pÂb¬*† åöÉ¦"†pÜ4  V  †-^-Äƒ
  ‡a
 N8I¤Ó8à(c)!ÐP›†
5p`¨ë<³E"¡
 Ðl°0   E}P2œãœsk  !
."3/4CA  Q  â"#ß ›†V    Ý¯+£Çl ¯MÄD  ª  +Õ  -íb,ðA7zúÒn
†hålÍ  ~W
  ø^ˆcj\î  ƒ  ]
 .Í>ÐO  H`s
 Å ž-´,aÃ*       w
piv  \F  &GI
   iÑBzKƒ‹Ðéá  ŸT¨‹â â2œ,ã"àšM+ÉÓo\I  ´  q  Ô$Jþ"  ×´  ;°KWI
ø3¯"Pô-Æë¸Y)î(c)>¹   ´  1/2,/ÐKP""TÒ¤¦?- ¨žTéôAw  -]+X  @‰o>ÒM¤¯PŸp-ªG
c       Rè  v¢#¤¯†‹(p°1/2ö"ƒi*]¨k¶"0¯a$¿    Á-.î-Ô2  "(tm)
ã(c)
é¥ƒ  Å ‰Á[[M4-ªÁ5A¦  Ž¹  3/4Dt
%v†¢-a¤  JÅZz       îÈ 0Ê˜"2  pT  ,.¡ÃJ  Ã<"8´@Ã`aÂ†ªÖ,
     dvoJ@Pnb"¢  †  5
ƒY  C8ä  n  2  ³ƒ>  ˆùk(c)(ÿËwÈñ-›:  µ    V"}êë3/4éJê`-Ÿ  "×õ¿  "
   Æêþü=^þÔ  ÿÿ"Ê'.å¶")ìì    'Ý^    X0P¨£"8³°Ì5DÎƒuA
†Ý'3/4¿ÒŸRvS"ÿ¬¬  "
õ  1I  IÄü†/       ¢oAíá
ÑxÐ è1/4{z/Ã-7°M÷ÓwúéðÞ•××"ïWêï"á3/41/2R  Ý2>G,þ-ìU±¯Ž›ÿ,°s
P›‡ýÂ-ðñß(r)¡  á‡íé÷I[Zo  œ  nØþÙ  "|†¿  k‡îŸ^´ç3/4ÒÃÝ[IÿÛýû
uû[}v  O  S3/4B
°ì:4pÚ
Á
˜¥Û¥ÈQÓ    "@  1/40Vá^L‹
)ÓpÄ$¥¶":a    b!,x^ˆ‹
?ÿÿ -R-Ù"B(r)˜#  Üd    ‡¬ØE(tm)       (c)œ§?Œç²
   À±+"´

S(rV$3œSHDD\†Ê,"0Ç
"ò&
"  Tf  ¸C¨¯2#@F  Ù  Ã
S%"N´Âî"[‡z,
ù¯¨k÷3/4›‡}w~Ûÿõ-úõm*¦ÞÜ*ëþ ÿn"û°_[ëðþèqÖ÷íûkï¨ ¿ṎëÖ"úíÖ¿MÌÿú"›KÒJ-{ö"kw3/4ßÓð-×!Ç
R§Á Óñ  kÄ¨íÁ¥ì>  i?þEwÁ  ÒŠíÕÿv¿î"Oû÷ïaa  µðßàû#‡3_-°oú  [âúz}·Ó†Þw0 œ‡õ§öÿ"HGê¨¯ }í-
_õëo(r)Ý/|íßö× o °"[}í1/2>3/4¡...VÓÔmVÓ
b    ›†éÃ"Xi,(|0ƒD€]ƒf    ÁÁ°dpÊ(  xƒ"é
&9U‰   -  ø^¨¨¨ò  q ÿÿä¶_+y    Ù¤ã#á  tç¬±    ÌØCc@  0{  %K  D"á°Ô  pvDÀÎ,   n
CgC`óA
‰oh  ïV
´
‰ol   -  ¿{ÿ"ƒ
ÃÛ~ÝÛGz-í´o-ó¿ÖMßM÷Ìíö1/2ÿu÷¶×íë¨¶ú} úÿþœíû¿ûîøí¯ íûÿß3/4"-?þ±ëZÿÿÔïÃ}Ýû{ÝjÖ×ÛÚÕÕÕÖo´é...
°ÝþÞ¯(r)3/4Õðõ3/4úï°÷Ýo1/2  ¨Ù<zzûßþúÖ]ßÕíÊî1/2üí4íS  _¯¨¯
××êÔÕ=3/45¯_÷í°ô<4ß¿Ö"3U]ÿ^õ~ß¿D^áêû3Ì¯Ú  iùÈ|    KÕþ'ÿ¤û  Ö:Uê[jÿ  ú°].-Õ‡ê-I×KVŸ¯ }-p•

4  ...N3/4ÿ-n !" ô(c)Víí ...Ë‰-²á¡
AçÁ 2€Á‡†G  B  Aq"
x1DX  q  "  E"4QIÅB#¦, @Â
   ÄDDDGÿÿä(tm)VvŸ;¢ ""  ›ÈÄ~#£ E(tm)ÄR  äv@Ïgw  Üƒ‰\T£FE
  LªŠf!x‰Äi(tm)-*éÙ€â†x1  -  ƒ
3À˚Ô   <à!àENÔ  Â...;
T    ˜TÓƒ ‰ô2&",†ÄäÇ¡L‡Í 8A'‰Á-°3/4 *HÖÑ³...ûÂ
Hm
Ž Æ_I  Ù  M  C  §ý:‡
Iöšwî¡ûhÐÕ ô ¤fî$±°˜EN  àáö`" Â  Z(r)ª›i ûz
Úª  ÿß ÉF;ßöúûÔ  ¿~‡ý  õ×ï]ízZ¥ûÿï¶øï˜W{Ýþ¿¿ûþwm$ß^¯_I{ï·"ýÓÇ¿×Þó1/4^Æ  Òì{¶¿"3/4EH
   '\á"þQÙ  œ"D  ›)-Hy  ð  d°˜¶¤ f˜ÚAéƒÓ^›znÒð¤ñ³ÏD8 d"

Bœ
|g
y    ND"    ƒá=  H¨
h  #†  !Š¤  rL@´z    ÐPš!¦Ä  ó  îö´¸~ú
ž  0Y(r)   Â&ã "Ð* ó
E¸xDÝ,"Ñp4Mþ
   p
  "c‡H·
    ˜AÎ"ì  ±B,£fhý‡ýl?m~ðTí0´  (BUè:š6""úÓ
  3/4  `(c)"  : 0æ   £íPAÂp  ÐA´¬ 5m {8åý&Ò
û
Ï  h%1  ÛošŒ ŽWDVƒ9A›7I°àÂm    Ñô- Þµ¤ñ=°zqhjqéYæ-°OO0âhu¤çØ4
"i8kL8ŽÁ Aoz Ç  š  Âp
   _þ  Zwï*3']&ü_Þ1/2+ñ,
ÿöôþ<  â
Û÷ò
Òè-þ*IÚz~Õ  K...Õ" ×¯õõúO3/4*ý‡.1/2ì?oö^¯îµL^(r)"mt¶žŸ~¿¯1/2_ Iª'Úoñ ÒÐíû '|?Ãþ¿÷v }/ßý
ïãúÔÙô8ê˜¯Bµ¿M !
ûÐn÷Ý¯ ÿÕ‡Ýß^ébpx-êÛ¿T(r)
ô
ä  7O¯¸>-1/21/47Vß÷ÿï  Õu]ú´...Á > -o]ð‹¦ £¶ qU o"í7aúo¿ýÿ
§  [¥ûxEÅB    ý}wµÂ ý  ú    ÿÝ‡rtÚv›tB&÷ëëÝ mý3/4þÿ 't k~ýþ _
k" ë¦ -ý=ûÞßÿ-þ
þµ·Këׯ¥þ¿þ¨'/z Iw¯
ÛÿÛ"ý‹ }¯éÿoõ { z^ïõ×gÐõé 4-÷lé÷Ù
Òýw÷¯3/4×¶3/4Ûÿ¿¯ ú¯ ÿÞíÝYU_3/43/4µZV*Ì÷Õõ    ÃMý  üü?_ïÿßë¿{Ò¯  (r)é/ÿjéö-÷¿T(c)$Ò¿oï
×÷ûïäöÿ¸-wô-õÕû¿Õv×öÖÞ¶-vßþ  ‡uÿýÿ¿¿zjúÝÿöÿÃ"×˜¯ ÿ´1/2à×ÏÁrÏÜ^¬> I
"kÙ÷ý÷Òÿô¶(r)    ...0ÝRÿm¦ÚZ¬ sõ¶B
¬&Gí+ BØ˜ªêÅz
w!GÝöƒƒ /L % "[õµõ`Â
öè zk°ËáþÁ ë~ (r)
"  ,TAõ ÜÙzêÒç`Açq  P
x    ÈGÅ !ì...(c)± (tm) "` Ýéða+L  8 @Ã§ "Bˆa  ‡§ ˜a.Ð= ‰Ý    L‰
   L‰ 4  Å
G  ôh'-pØž    §°"Ü^

º"

` , hB CŽ d#"š" !G SÌ"xA²,$ M Ž˜¢pC á6 6°˃ 0 ¢ "Â
I𝑓 ž"""""""3‰ÅYNUy
9þ2‡9XB-2" "!,˖¥ 0,
0a dÃ³xB
²aB P ...‹R ,! ^Sñ"èDDDDDDDDDDDDDF"Gý (r)´˜‰˶Øéa$Aì¡ÎÎ ´¢,ÄaPJ3
( 7˜eÌ1/2 D;)&"ÓŒ ˜D ÄD ! "9^S@PÊ 𝑓̂âC
ÙÜ G3ž$œîPåŽD DDE,èDCÃ... Í ÜO á
ò:.‹(tm) ê'"] Á˜ˆ ` ˎ9 3-Z:¢° àx¤vló <JwŠw Àä

" ...Ž1 n(tm)

#ì,ã•d¶pD|1 ²9‡;œrœÐS!kÈAÁ
Æ"Ê³ '"4"$ h³D#-rl%¬DC
Hi² -É2È< )nx*¦JC‰<Gˆàx.\IÙ€í Ž‹Œ¹ 4G3(c) F
#
25šf ,".ÎÕ^y¦

S 𝑓#æÌŽ"+²‡'ö@Àå¹E% ã˜rà†PâC0rÍÂ È j
B9 @ @àÃ ÝY
ã B ò
õ C
EÃ äÓ.& U 'vk Ð3a¤"I
RPŒŽF wÁ %J d1† 0d˜.ˆÜ43æhÁ, 6 J"𝑓i d ÆpC Ã>wY¬ È0: hq
i²>\ "8(.¬ (tm)˂;Mè-°Û²Tr~ hÂ';L6'/a"Âpl4TEml#ªdæÚi '-
PY-">"u À¹s"v ˜@ †ÞÐa'" m ÷° aé!OÃ 7ì*-±1/2Ã† "3áH°<2T
†_on>T>oÛÛ- ûzVÚ‹°ÿ"O𝑓˖ ˙BÈR.Œ -.
†,:.ê(r)´•éô úa¤õzA°ÿŠK-Z˘ü7I ŽÈ¢°‰ì˳¤s# à1/2ûa¥I$ÝöîÚ·ýé[kn"¶="(r)þ ˏ,œ ˟È-
à£bþ ~qÛîéç ¶°ZOý?öêª(c)kíæ¬âÑ €ÌÀÀð˙Ž) ïîm*mu3/4ÿ}+(r)ïWm/ÿßj¶ÔÐ4*NEÆGeg<
G
r8˖" Û...zO}Ý~-ûÿ"Ôðþÿ|+ÑUŒJS¤òP26D¨K÷x°!Œ dl2‹âk 28g. Ž‹¨H%Ûi Ónßß÷ÿk[ä
f"SLÜCÎ
ã(c)ä€¨ñÃ
" ÞmH(r)²-t (tm)-4 Q›g£dÕ Å ·!x² $3dŸ÷Òa;BAöjaÏ ",ŽÈñ|Ž1/2 (c)°ÛK
÷ïÒ3/4>Û¯i A,
áS> (P†‰Àj I ,
# pš.(ZaS
¨A¤ #˖¡4o~¡3/4Z(#0\ r 𝑓È (EÃ'ò8 G
r9¨Ñ"GïUm¤•{øoÿkKïÔ 𝑓EŽ,§-ÜÙ
; V\TÍ$_4"@𝑓Ú¢ùÂ
'a#s C^'xÒdñ¤ BÖÿü˘T1/4¹ŽÉ?LŽÃ ^𝑓^ n×°¯_ßÞ'ÿïûê" ¿CA0Ò~ ^& X1<PO,Ö-g
M¡ qé S}R\...çMmÿŠ¢SoB" Þ C;-.ˆàW! s
uÂ°,§zÞ"}ú"_ZÛÒ{ t´1/2 dp AéÎÚOM𝑓 ê"
þ5fúÏ 1/4Ùt'M¥"µlÍýÿKÂ" nÄó†"j Â Ù#åÒ -µío]‡Þ"/}Ûý¨Ÿ1/47¤ ¯úÒá+ï
K÷õW¡iàÈãKß"¯ô †ú'¨Ù 2=? ˆ‡¶ zÕÿî-×Û"ÿª'¨ªžÛ¤1/2Z Z -GýÔ C°ø¯ïß-¿ ‡¶ôòæ †GB
C <
ŽIr ³[]ûøaïLÅíz~éj)'ð± ¦ŸWè µö¿µÃ-#þ]ÐÿKÒ Ÿ¥(r) %Mä ýÃ O#Äq àA
Èÿ1/2*Þ1/2 [ýÒï~ÿ̂å𝑓±Ã [" ' Ä/õ˸- òÙ1/2kï

¯÷:      íÁ  û-aÖ    îê¤Üã²  Qhö  D,

$r

ô:í   Û~1/2{KKß~Hmh,P?á

ø+é6ù¬V  ¡Ý1/2¹‹ÿûEÇÒ¤×ÛÂ  í  6`˜Ðô#  H,9)

l4ßÿöÿïë  ÿÑ.../0€ÿúÂ.êï(r)  (r)Ãþ-o¿ÿ

üé›ª'ä¥×

3/4ö"Ê-Œ9  Jöä  ë¶3/4ÖÞÒBöíÿt"ß†  ë"Ð^°,"   ~¿Ý^^Þ(c)  f-(tm)~,1/2Þ‹óÇ""GH·      è  G!¨8  ó  é}ëµ ÛTúzþû!ÕÕ=vþïð-êÔ¥‡ëþêÒ~*...ì":¨°¥  ýØš.(r)  Dò

9C(tm)Hã"9V+†öÿK  fëµn¶ý^*}ðÞ3/4ÿ_-n-  á3/4ûØßb  Úê3/4  C·ƒ-†\Â´ÇâðþÄC    ¬]-
ßi~ßéaÚ_"}ƒz¿ÎÝo  ¿   ú_ú"ê°ß  ÿ}_Ê¥9uÿ×  -ÃâC:EÿÛ·èœ  ÓÝ  z·Úðu}=

·ÜŒ-iø}öCßÈ{}í(r)ïïߪç×-÷íĪWþ•ú"è;Ý'ý×hÒ.ˆè  -       DGGÊïNûÛ¥z(r)Ýu{z¿k¥þa?ðÒôõ  õ÷í%  ýÛ²Þ²ÿÔŽ1/2¿ƒ‹¥þë^˜"ƒ  û

+wÔÛ[ë°M¥ïÛZ¶"

/´--ûVý}oÕÿï}øv(c)ïZëü;Ùcë  _ßJ"‰'~î-ý¿}    ¶  M¥ôÛF  !Ði_ì5þ-Ã

"xHÆ(r)ÚzÎ§uqúí°ÂHŠÝ}*a  (tm)öNÝX'  Ò^°ßîÈ  )ÖÖ×k´  ø$"iC_

$ôƒ  0'ì0¿è%ob"Ì"+J  @í[  ...wY1/2-}â¤  œ6-¬Wè"@-'#íÝVôKä  D•6-

§¦  0I7B  p`¿°ACOl‰o´Ç§  kl  V3/4!¹lBB¢

ÂÅ4›Úr'¦  °ÂZr$S÷  ¤ý_¿ÝPDuäáÍ§  0<  Ü  pa  H  !...pD  â‰  Û    H    ...  |  1/2¶  ...Ô:jÓi

   6'   h a  Ð"‹   a

^8 Y  (Bh0  3  Á

†Ö

1   Ð8 Ú"   é

mÉÑ  7Ñ  kûŒ?B  ˆ‡ÙNPÞpx*@ˆê0¤¨D  pR7†  0¨   [       ðAƒ        "D

"5   ša¡  >  0šD$  :˜‰Û   A:œ1/4C

r)  8îœlÍÕ·v';"ê"ú_p;¨^^^^^ˆDDDD2‹B Ð´ƒ  D4t...,           q    _iÝ  0û*ý(r)'åÚD  G  â#¨^Šþ·"Z

ÀäP;ÃM  (Dp¤u$8"Gú¥ûÞÜ¨æzLAþúê'  ¦V  ã¨uýÕ7M*   ?ð÷UèhMH5ÒT--ªQ(r)Ã=¨  (~µ_¨u¬0-·k  m}ˆœ  qm¿¥ähN  R   Ü¡þ°Ñ  }]ªMë}  Ä%Ò  oÒê¡ý%  Ž°Ãâ  _ÿûšÓ-Wß

ƒ|  ]§}Wâ  Húv›ZKïüuký}  évÞ"W^ÕUé°˜ë)Öö×¿Þ•  ïé%´C¨É°ÉÿÝ  ÓõøZI+àé  p}    qö°ý›Èþ  ô  (r)ªµÂô*-ÚA-ˆEýPÓoêïúÿû¶íÝ  a&  (r)a  öÿZä    ‡  V•'

§§Û"

   <?þ Ì81/2"¥´"

\  (r),H+ïñ&¡{"ûÝC#ßþ'Môá"Â(wW¥Ûœq{×ý*z[×-"×  T  {zÓµÝ4  IW¶µ}B#¡  ¦Gk  µ°ªÖµ'  ýNÒ"2Z  ´  dtG‰HR4!  ÄIHŽ

ªý  ÅÛv¿µ

é(r)ˆ(¤ã#·çi  ¡  Ã$¨§ÈáH   FIƒ

¹'âM(tm)ä

RùW-Èà\Œ  à`ÖDtj  -5ä'e›ÎÑÕ)  D#"  °B  r  *!\ƒêB  L@2  "  uvÔ",Œx`'zþ÷\i!  1/29)-§3

Z      È1¡   "F ...‰  Î¡c0  àÐõBÂ

È2#ÄHPÈùì  @Ñ  œ  &

   FGÎ  ]|A-°˜µO¯  1/2  87m%;  :§d š%Ä#ˆ    ¬Ëäp€Ú  !y†

rq¯  6

˜Œƒ      àÉ   \P Ðl  hA  öH Ô-†Â  j¸UÈ7Âƒ"  •¤(r)Þµ"â"Pêvõ

Y  Ñ:

%Ž"á2~Ñ>EY†ÃSPÔƒ&   ...a°÷.hŸi

·ôÓNî

ÑƒnßÛk    Ól  ÕúµH":ÃÁ÷],ivÐMÐ6çJƒ

Œ"<v
¯È4P‹r2¥  y-È[4^¤TaB Â âF  4¨Z‡wþ°þv¬q  Ô!Õ  °Ì.
...'1/4§Ëä_.Ž  #ÄTR\S^˘I,¦šÝ...    ,>
ÁU:ûÚ-{
    ƒ  †Š˘ÈAJ  d D"3`C   1/2p*,(r)
(c)"A  J  ßÛ"¿ªfaÂ%á  ÃDŸ  œñ
,4

   ¬,Õjê")êÚîFŸ¦"iÂû3/4-  A¶KðTí=†áK


- ,Déò  ü...Ì Ñ        -/]  }Ò$øøaÕÕÖžô
¦ë  KWv  *A=Ž#B;øk  Ý¸¿W}é>  [¿¶ý¿ÂOÕy  ~íÕ_ªÛÒn3/4¿_ýúÓÒÿ  -ïúwïÝÿýÚ¯úAµÛ×ÕVòŠ
þ¿°0ƒBMíŽ>Œ>qêâíý  3/4öé%  Èéý{²:"ßþýoóÇ_ôgÝ  µ§¶¬ä"
ûõCÕ"¦õûKJ×Þ˜ž-!=ò
ž%otä¶D/2-Dò@ŠßÆJ  5ÇI  ´(2!  rœ(c)-ÜmÓ
°_ûÕíµý/TÛo^HõñÛ%¹<ly²
P  ƒÈ3"u;˘Žg#ã=  Æ¦Ä8)Ô¨  (A  Á
€dpp¤1  "Ü"  &Q  $Á  ""˘*a  1/2">â  ø^-(r)÷þß}÷ª×ú¸P(c)é...Pª  ÂÅÁá$6ƒ,¦ÏA...
‰  EÀr$  L  0¨1/4z&á"^      ‹Æ‹€¶

¹Ñ¸4lZ  Vú¿Ò~-3/4•z·¶"ÚúU` "      ÐP¯M  pV  0  0‰ã


‹Î‹Æ  0
A
!ÂfÕ  ƒ
"è  i8*i:  ö•'H>úÛúÿÃõz_Uý=...m-ýb|r<š8N°fÎƒàí=4ý_N
3ô'ÛûÇ¥ržþ-÷,wé6y¦Pêêj¹C¶Õ~¿ðêÚÁ\Z°†÷Š¤  &ÉK4>  oààÂtœÑê
,÷WUØI(r)"tâébêý>æc
Óiní¯¸"  Ž'BXïÕïZí÷eÇýºÒé,
zv¿pð°  Û×wýëIí/¯1/2  }µßþûÇ,     ^-oöïX(r)O
=/m.YÛ  êÿ"§ßûö-•oªïO¿}é?×¿Âéñý
øoƒ
×{éé7ï'o¦Z÷Þ  ~¯¯V¿Žî'þÿõï^"¯_Ž!t"UÜU/W±ú  Äõé  nýª*Õ3/4ÿv^>÷ïÞïýÝ×_¡
^/×Ýÿ"ü"  p_Ý  `   E.Ÿ_-{ÓÕ†-¯ ƒ1/2´1/2RýW¯é¿õî-"°U
ßÿûà‹  ¢Þ¶  ¸ÿì?Ã  }ß  nõ"-Pÿñvþ51/2ýˆTWßzí1/2B..  œ}}÷ë  *ð,ÝB
i  `õþš¥°û÷ßoR?íýÛî›úýïkö¯K¸Aj,éßþ1/2Ò1/2B
§A=¿Óß"wïWø  ï÷>¯T°ïç  ûøaþýûòZ
t  ¦"þÝj,-ÐZj'ëö  t-ëV(c)uö  -3/4þöëõûáþ1/2†ÿô›§¿ÒôžŸÿ~3/4ý}¤Ÿ:§üéƒnöf3/4ºÕ~íÕßÿ°~Sª·r!$ÿ¿
@ÿþÿ¿ªª]"  Z[gOJ"!õÿÚ-v  uòèo‡íß÷Õ3/4  /~×
°÷¿ù¢oßÝ4-Nÿÿÿ¿3/4ýoé}W¿öökü}i.¿"¥l?Ò
õuÝî•V-{¦ë~Á1/2µézîPëÿ¥1/2v(r)¿"¯jšï^íH,$ª¿nªýp'UWí1/4=[íºÓßÿ*ôôÛþ÷ý¯í]S01/2VúûÎ÷aÖæw  °
   (r)¹Úáû·ÂMúÒ]"ivfý.û(r)ö×¥o°ª"ª"ì¶"í¶¶"°íZ-ßÁ-á"(r)Ì{  ëÿ×ë  m°,¸zWß]...KNÒÍ~ïׯ¿¸jýÁ±
a2?v  ¿ðÐ;Jí  b=Šb;J
!±ñõj  êþBï¦·í2>[
'a?Ü-ž  1/4 Ã        -Úwk¦Ú_Ã  >-°²  ÔA¬AÜ6)°Aè6(r)Bº3/4BŽ¡"  8M'Iµ
n"ôîéë
:(c)Ù€Å      "  B  ÀÎ    iÐ&  Rl^íŠT  Á`  "
¸  ƒ

ƒ   D%Š  -  ±U     Ž,
!-    Ù
8LP@Á  î  @  °'  0Ó
  "Â¦  Ú
"...}†"û°ĳ¾"Ðƒ     ÉUf  Á  1  w@  Ä  a     P(c),     4Â²  ÂMÂ²#,
    T,a0Lö  C  XL-,°  l!
°¯L  ˜á   C  "Ì$   h/1/2'ÖÞœE¯r¬(c)  "  -Î}   'ù¶²Lt"Á  ´†  DDDDDDDDDDF"DDö•/4
Hÿö¢"""'#^˄  ÷÷oÛPÔÔ}V1/2°Õ¥íÓ[ÕiúJ3/4•ô˄   Ý¦ékP³êµmWz&8@Ýr‡¿Ü=i
¿¿¦Cûûô  a   ÿÕR"¢  *ëô"t¿Ý÷¦$Fêu¯
éé°¿I·Á4ÊžÁß-ñ,î    ß  ÓOÑ)   \j,#¥kt²#-zôÕ  F  !a  ƒÿx  W-Z¿k  !Ç,
é3/4¿ī¯]ûÔ+†•  vYõT³
1/2-äÇ  Nì  ðDt6ƒ*k-öñ}...z¯ý  7e-'‡ƒ³:ƒ÷]-(r)1/2{"_ªÐ@ØE
IØ&,KÒ¿}öûôþ=z  A"‡éPÕ/}=Òÿ3/4  üøä‡(r-1/2p"ßKïþëÒû¤
8!  ÛtývÔ:Wýú3/4Â°Ap"Uê¿
ÖÝµÖ(c)û
iÚûí]1/2  (r)šÝ{  ›~î0÷ÖÖ°·Bü5"ñ(r)šÖZæ¿ôûß÷I(c)rUüçiwó²¨äI  áÈ¯C(r)\9  EÂ  QN"\  #  r$ó  â
dGÍHöA  ¹  †°0§e  ä  Rà†²"áI
'"`‰`R25  sPf
<     %¤é÷õõdsÞ¶Ýuÿ     Y
    BApÄ3  œ!"   G
-  €à
)òœ3
    ,
  5DfS†  0tCeJ  Ô
N-
    Î¢¹Ð;
Ô  o"  J×
"Ú‹J¿Ú·JùØ  Ø2N
"s
è    Ph"  È³
0_
èF.²  Çƒ#Ô-6  OÜ...   kg...)Ù9"E†  "0˄ð0ðÈÌ&
Š;D  ùâ:*ý8I1/2  ÖŠ  7è‡  ¥õK××}ÏŠ,
6\Û'¬Ì
    ƒ†¤  ÉöH  ¶áîj  ðÕ   d,ò\¯"h7Z&v
è  6  0äAh³ƒa   Ô‡k×Ã¦,I0"-³AVë}îí>°]
&öÝ¶ƒjÚEÑ  îÐ;  ]é  Ûuj÷w"  w¤Ûíé6ïM²L¡××^•R  'Qm}×-ßî(r)  Iðÿ†éøk
zðß--•¶¿Xo¤-3/4'{mé  û×øBûî}]Sa  i*iè>  oéðÕ1/2?õÝ·ûß¸tÝo¤ïß÷Ú†ïIÿÒ¿÷íimRÞþøBÝuTƒî¿þÕ^ÿ
õÿÿÿ¿õé6ź"÷é[z*1/2é7O¿ÿûß  µ3/4'WöÈu3/4*×O›w¡Û*îµñÚ¿\z1/2ÿÿ§1/2+Æýî‡×¥^éÚ{m  ´  I  jõ
§µú<$¿I{ïïÚzç  é  Ûl§k*6"õ´aÿ=NïJûÿÚ3/4  é×"}PA  Ò
>ôµëzKßÖÒÒò"Çÿ1/2  Ƀ¬=Sÿ¿ßoûÝ¿é  Ö¿n¸û"{VJ    øZ({¿ÿ§I+!úPÇïòG~wý÷uwý¿÷aÿä
o¦ë  Z{ô    µ  T°ºxCi*`¿I"_1/2$Ý‡ï"Ô*ÃOÿ1/2µßþþ¿uõî-µºw×¯  úÒN¯-"ªKÿT¶Ò_Ó  Ûé~  õý/mê×÷
ð·º×ûwúK}}{"_¦×}*ªª(r)Òý-U+Koo[^ì›ÿï]×Û÷öû¿¶ÿô  ÷é²Z(r)Ê  ":¶(c)õL  ÷ú1/4
1/20,ŠÕ‡¥¤±è,7Kÿáµ¦Öý¿]&Og
›Õp,xëûm
°iD=  #¤"Ý×O¿íÁu  [˄  ßøKî›_  uö3/4ÿí¿äÿxªûÞ,Wl6¥=°e  U*ízÿuÈ  ¦œÚ  ƒ
á÷-J  ‹¦Ûúö¿þ  úBÿÃ  Ö(r)NÈÝ-[}§6b-)I-}ôßÿë¦Ð_"1/2  ü?þ¿  ¤-ÿÛzo¯ý¿
ÿ¿žúââë  õðñt,´ÿi/W3/4¿Jè  oï1/4ž0ß·oÛ"íõÿmRmïÛõÔoÒÁïÙÿ-ÿâ!"<wI/Oá?Zø"oøzøoÛ-ü7*éÿïé/íûï

÷þÐþß1/2tüƒ"õ¤-û]Ã×Ú÷OÖÃ#-Ýß¦ûW˜ CÿÛÐ3/43/4÷êÛzÿ¿]¿þÓWe¸[Wú~ý4°ívïv    †jA3/4ï...ûoý´
"{iß¸ˆÛÛ  3/4þý}j'a  nõéëV˜§×ú÷"{ûújÃ
×w˜*Ï...}ÿo  Ûú1/2þ¶ë  v÷ûÂ  "÷~×o"úþõ3/4-ñ¸_[Ü:GÕÓ"XcH[Õ-‡-¥¶3/4"  .ÿþ3/4÷pÞë°1/27ÿÕßô
Û'›¿û[ƒ˜î  ~Ú÷ùN°J-þÁÚˆÓu·ÿÛø¤È˜é'uk¥ÒWöÕ¶õîŷ  ]1/2µýWi+U×û-ßþ×"ýkßÁ  -ÛPëé˙Du{êë¿
µ-"ý"J-÷Û÷...¿õø}×{IöÚ-ÿ  ê¡v    m]\#ŶKè?-?          6ý7þ×k¿¥û
]éõt¿t·
'í0ënµ
þï    Du  á+ï÷WK¥Ý¨p¶ÃT(r)ô¿ÿ‡¿~  K~ßµßa¥"i{m...áÞÿTþ  ‡  dvá}jPíþž˜TíBÃK"
MÃJ÷ô¶÷ÞÕ´·[ÂV-ûi_  *Ú
ím?1/2qbƒ  b€éµ°¨Wëã  Á,  0A'
;¸3  "÷Š?nÝ$Ó¸0I~ÐaXa-í†  Ý°¸öØi&    C¨ë(r)¨  C"8 Ž=¡`ÂMú¥ÛpTÁ  "Ä"  a",
  -(
í
Ú@ä#1/28^'!  †!Û  Â-6(  -ÌÁØ"ƒv( h=ƒ.2€Ì  œ  à==-"ðÈà  "8V•Â~ï\†tíCÁG  L-k
Ð@û•À-Bë!,  Q
ˆn    a A†  ê  Â    $  &  e""Ô  ƒ"jÊ@í1
E  0"    Ä:øXˆž
Ðccúˆâ""#8'œ-"  dRÂŠ#l  ³ª  $XÛ  |Oc  ±‡()H¶C:"(r)",auÿ                ÷ÞÁ-8N°Õ˜ú_B0(c)'^˜
ÿaÿÿúô7Úêãë×××±Ýáëmo(u¢Dt¡õ°Áý
ÿ  (r)´_U-Õî:}  '^õ¥{_|  Uª  ˆî",#ö·"ëÞ
ý-Ö  ûÿK§"Ÿ_öÿ^Ÿú˜iukÕâ"¡ßÿ°ï¥^°úé"ÿ·¤¡k  Z¿^šH$-ž-×[Ò  •£["Ùf‹ez£°¨ìGÃ7'¿~•u`ÈùV!pÊ6
"àæ¡Oço(tm)²¤
L  :Är#ädCD€¨  ÄBEâáƒ²P‡\Î'D  .V'  `^BdMJ  ›"  &,

œC/  ˆì†  PE8R
šÆk
`  ¨¨µV˜î¢0h-A  cP@  äG    L  ÃB$u
    "8Œð...Xe"†    ....Æ`3  a    ,  Á  4"BL†V  nb±  ¢  8+†Á"
×§rù÷ÕßIu1/4œŒ3f  ›
  HVÈ,Œ2,  +´Ö´Ú3  ¸^"Á  Ã¹NÑ  àØ$Kƒd&"X0††‰Ì0‰opd0aÍ  :r(ä^ƒ#Ôœã$  dA    0êSâ7ákÖ
Ý&"a¸DÑ²  i  t  l  ~ä°"F"    †^°tJ"±ƒ
†  ¸eë33ãDú  :$ƒh  Û'Á"(tm)!²s|ÔAÃ"  l6ûtÉœ>  ‹¥þ-ª¿·‡ÂNµx0Òo
h6ïÂßoh6ÒA°Ý=áÒ
  :
´  o  AÐ߸[Õ7z¿MòN  ߰áîÿvøAýpÝ    ¶"ý+m°M1/2nÓt  'I†"{~ú  é0ÛÕ‡"|o˜...¥úÿû§ÞÚ^õúÿiS(r)Û
kÿÖ"i6"mm*1/2Vú¸_ßá"e°œwú  Ôoÿô˜×Oo"ÿ}é}Ð[uêû¥÷Ý*¸§ÿNž  ûâ{#ÿÿigw;Ñã  zNµ{ÿN;uã¡ªÞ3
/4-ébÞ}1/2:OO^=ØâÚÛ{)Õût#HŒzêûuûUëþww;ÿooûþ×vÖ1/4$'[ë~*}üðô(c)çw"
w  ²‡L  ¢˜IWMþïCïÖ×#*Jõ§Õt•µú õ~í,èÝ"§Û[(r)1/2~Ö÷ÿoÛ  X  \Œ  _Û˜(r)1/4iÓµú[éþÄ9#ßuiW
Âµû-¨êü‡úM¿û  WÿÛ_  ¸,#õ~ÕWÿïéûÿÉPÕû]ÕúÖ""QÿÿúzWÿêôût  ûPD~/Wôî°N(c)¸÷×Ò_[j"t3/4"m
÷I+  õô(r)´·ûÂ  ï~"øDtÒ
°û~¨"Ÿªûþú[ßÕ"
°""ß(r)ÚŽ̃"ÿ(r)  ^"¿é>Ãÿ"°È"}iµm%b9  áz¶:W"b¥Â        3  0"
  °è$ÿiGa&í]"£H  %o  î¨îûª#  ¿  u^_ñ
ìÁ1Q  0ý×¸_l-à,aþŶa  Å¿ý"ÚÛÿï"ã¹3u  ='Ý.Y
]...ÿ¤Ü  "n!"paÚ
  .ý:X˜§-‡  A†¿ÔT¸*Êþ(c)xmÒ1/47ýDK  E˜^¿3/4×ßo¤»þƒ
¥&í¡9²vÁ°]×,ý-(c)'a‡ÿÈP"Crò"o·ö"}ÿ¡

ŽdvGF  û
‹Û-ýÞÿß(-ô  ûmÿuÌ¯]w
Ãnôÿ  zúûêy{}öÈ.8Ž"$  °Íj    1/2ø~ƒ6#...1/4?÷1/2Xlø&û¯" Z¶  ëþ1/2Ðÿëmâ/w¯b$  Û(c)Ýoí-c°°
Æf°þ"a´¿¿ßÞÿ
ÝÿWíÚoûz{}ùÙóytuEó0=  ÷å  |-uÿ¿}"ká‡ŽáÛ¡Û§þ1/4]*ïëÇm    =n1/2¬áûô°    gr
           ‰
ã(tm)¹ü}o  ÷î}  £iuz  Û:§ïÒUízÛ:ñ- õ-Bßõ-ï†ýÜD'-  Á  7¥ûú_*¿æ3/4¯vý3/4ÛÞ*mÝ÷(r)þƒOÓkßÿß°
Ò3/4  ID¨3  WõëØîÈ    oÈM/¯]Ri¨ñÊt(r)¿šæûÊu·wd÷^S-µo(r)·ß}\ÄÊ^G?E
°ß^-{imý7íÖùN¶ÿ^
~µévýé´  .-°ßm{I÷ÒHÈ²8  ¤pÊ^;ñ×ßiSê"¤ë*(r)Ýÿ¿  tÕü?°-¤ÿ-Ý_m¥†´÷Õ!)âæG  ,9  Ì>3/4¿--3/4Õl
¢ëµí-3/4"ÿëôƒi'ImÝ7MÓ
  ¿ß"I´  {  H,FAHq    99,-*-íj"j  KÓL*O¤Ú[
†á¥"Ÿ-öÒïßÛÎ°•÷¥¶·k°W‡²°tm  Ñ    Há-Ý$  Sé  Ø*mÜ0,Ji[¸i0ÒN  -Ý¤ƒ]¯U°KÁxpÒ†  a,L0,õí[
ðÚ


·ø%    ^‰-  ÁHŽ  mÝ¢cø a  `pÜÏ
  A&


  JƒT0M0  ,LU°f4    &ÈH    xMlÚ00Å'  ›


$  fÐA1  ^Î Ì
  6  L  5  Ó    m  PÎìA
¡Î?  PäAÎå¹¥Rãkr1Êr¬AÒdpÊI  ,  B    ,"Á  ¦  q  @  ó¸E e  !>|
œF    †  ›
aÅ1    Ð  Á  b
  z  Å  `Ž  ðD9åÂ¢ƒD  A  r:  >  ¢:1  ÈàPuøiTDDDYœ-ƒ  rO  èƒáU¹
  (c)'VN(c)    Ä¢ŽMÊ²œ-"H  '  †CAá(c)à  0"0R ÀBÑ  Î²  .¤eE
  Ô†  ÓÚ  cgr¥¡œ3
oä  s'Ã^^·^^^^^^^†P±¤)        =²¬(tm)ƒ1  ^ù.¸  ¶U(r)¢'¨A  bA
q    f  Äiw...Á  Ø'  pÓ#,,9T¯Õ"HQP  ]  !- ,â-H¡è...uÒJ\-  ŽÐ'd  Žä


Ž    üT|%Ç
Ob"Ñ8----P¨;!šTVÆ  ¤@œrpq¨2c",  ¦"L"(    qÉŽE  ƒHâ$"^ŸEÃa    _V"d$  ;A°‰ÌŽ28i  Á‡  Ð
§"¨Ca  /'"&8vF,  ¬U1/2  £¨dt]  ‡Ú}¸tBÄ•f  "$":ú°û    r,H1(
/Mr
  [  á        Z  9Ç<;ëÁ´  §†BB"×¿tÅ¥¬†
+j¿¯
\$@ÈøøO‡~¹  1d  §"|ã÷A<aÎ=Aê5
Ã"ïð  ðnhÚ¢H-  !È$9öJ"á¸þß(  ÒM(c)\b4E¯-g  ¡ûõ.ß  ÎÉ  ƒ^ÞG  -3  Ô*'(tm)    ¤hB*  ¨EÁÈØ!
Rr<  H¥,  ¬...%  ì,dX9TF
ŠDK4Ï†Ã^\^ÄA  6  [ª‹ëîÛzÝ    pÈ=    :òáá  N,#Pe    öPà
øe  @3/4N
¡Ë†É  Ä¦Á8l*Â    N&\6!â  'a0š  Ð*  ¯
õ}  A>  "ƒ,9¯7,5´N€¨,
†SÖÈg
•iiA'Ô‹  ´Á' c
  ...€Ð  ^à;)Ü  8á Á  Á'Íƒ. é¿ÈOt¶@€÷væ¡¨ÈÒ#ªáÙ3†C6  A'¦¡:Oš&pÊ
¤üÓ†G

Þ_åÁP]    f"àÂ

)Ø2^  ›"

'          Á'x0dý¢~Ñ?  AÚ  -‡/Ë;¥m"‰  ë÷³  ¶  \H÷  ô

µ"žë}  í1/4-Ã    } ð‡|‡4íÓD  ¹¡¨x^,

6é,!"†Â  0Ò

îÐA´   æ/"  r‡ítUS|[¯øuÝÛO§N"è0ß-Õë¯÷kÛ÷í^  RvöÃ} ƒh'vé&   n'°eàšq}¤Ø´GU-ÇßöëIÿm •ßï°é

-ê×¶°Û·wI°MP°÷ÛIýÐAÝïØŠEŽÕUv

Þ  uMWÇ

úé¯Þ÷×1/2ÿ¯ÿÚÖ(r)›i<ÃÒ1/2Ú  I´ŶpÕ    Ð:Š†§

øuàÙ5_÷éç{ã¤ÝëŽïÿ(r)/ï†  1/4ÃÛú÷µÛí+WçvšO¸ø0@ƒng    1/2)‡ƒoÉÃì0W×ö3/4Åë¹Ý¨ÿþ8éóŽÿ[u 8íz¹ÝôûúM×

ÖÇ

1/2TEj•(u3/4ðë\†  ¿¡Ýo÷ÿøoí{ßþú[~3/4ÛÓz¤ßÞÝSjFD":...SQ  §Tv0"

u³SQaþÛõþ¿é?¥÷ÿÓc_ƒ¥Û  ¨VÚýjÞßý}~ö"....

    p^y†C  ŠÄð x Dtõ¯x8@ÜŒþ"ÛßÍ¯  3/4Ûú÷w'  îÞéï¥Ú[ûwý-ØýðD  R

FíÍl Â,...±  0JŠmÂˆÜ  ðëH$°÷Õ¯¨ö¿ü›×Õë  I{]¿ß¿ú-/o‡o D]'?  ƒsó

    ´ƒ    ...v¯

öi4¯

Ž  í3/4-Ý+Û  ...ì?ÿa§þ•  Û¯õ÷"}/þõ|ÖF

ÞÝ¹Â†ÒBr¡  Øa#ñ.ßµµaÔãñßK(r)Ý~Bá/a3/4•û1/2íZªn"izÛ

>Þ-ëÃïÛÚ¥ïÒ°²  Í  Ñ  X  °dr¤-ým3/4-äÇ0úúé1/2j¶ïÁ/

5÷m³Å0,§b  ÿWVõI,ÿðÿÜ  ýéýó%¥LE'(c)î-mX£5-"ÿ  þïw¿Ä/

ý>íµ±

°í.ë  ß  "ý1/2z"ìt5_´Åà¨ë‡Ý",¦¯ô3/4þÝ  ·òc"Ø|ÝÕ{¤,t-3/4éÓÿòn

û÷ÿÚïáÛ÷h  n

+_w-Õµ÷¯ým×A°Ãô  ý¿\áím×(r)Ãþ†¿Ø{  ~Ã¹c  M°ÆS,"PƒÒç-Õ  ýâýý¿ßÃ~ÿO{ö¨K  ýûÿßÿ¥Úû U0%6ñ    ªÂµìn¿[ÿ¿ïÃ~¿°ÿÞ?´3/4  ¿WÿÛÛé÷ƒ1/2iÕa%àŠ̀ycœî"éoç

ÿ"  *äümÞµáéC  ×*ïíû[Óûô•(r)  7]7î-ï"*µúýµzíw¿oÍ  ¿(r)ßU1/4ú  þ1/2(r)ßKÚþÃïªÜ="k°(tm)

  .!  ÓJ¿"ëö²_§1/2è¨úïÝwí3/4õo  zê¸?ÿö6ë¿

é  •¯"(tm)  A  r1ÊÛ'ÂCvû  Ž°éuÒßÚ[öÞ-ï_Å°Oi    *ï¥ï1/2C%ÿ  ¿MøkGNö²F  ^2>vfš""á

ý´Ýk-þý*ÿ1/2-¥]3/4ýÿßKÕ¯  wÒ(r)Ûò  °û¥ï°...^Âp·  GSŽ¿U¤ÃK"ÛKkÛÒÿO§t·§úÛA/j-á´¿oý+Úµ†¯ø̧

S³$#    ý74  ãá+    ^Ûï¥¿Ûuöá3/4ßKmoßm\>-iZ^  6  ¡¿OÓ†"j{§ù

=1  jðƒ(r);h  µ°,J×m-ý¸a(a*]-µH'+}¯[

/ÒvÐM¥¯tÝ¶  ;¬PÇ

        |"A#1  'q  E"  Ý>°Ë¸ Èè œ ~a-  û

$Ûöø0a(i'°k3/4        Þ  ï"¶-Þ  L0Õ~pØK"‹†¬S    Žý·A?

&]oëpCB!1AŠ  0  §q_

n*!|0'o  °>

l  üÐV!&èAv  &

$̄"%V

$¯L  9  à¢(c)|"@Ì  n  á  "Ðò9  á=¦N>  L  ÈB  HÐ0N    D0ŽI‡  ...¯0af B  ;  ‰  óÁ³  âE ‡C:  Â  è  ê  Á  L    !  (Ð  ]^N  ƒÍµ

ƒ  0¬  0  ...J(r)ÌÃ'  ÌE¯3/4ÊHpPC+pD-k;

ãœA\Yzd  h·8‡!€  ›ƒd  =Ÿ,/âH    $èQ    È€a0LØUe

,  Ó$P  DD0F(r)

-ê‰ŽÂ  bÎ:[â'''''''''''''"$Æ'''''''''''''"6"8´í5¢$~F;='ó|R3‡  GýUjéÌ8@ìThD3Â"ge\Z
õ_  Ð7wÂ  [%õZé'Ý ×(tm)Î^:¨"=Â¥ëÕ$ú  G!  a p'I
ý'"²èŽƒfMÒA  "ÓLh  §^'B"èPDuHGÑ  ¶- ¤  ök  ã  Òï~      Û  ƒ  ¨"?úáúM  ÃR?
ô»`ÕXDt'"²$ðïð}Ø  ‹mn1/2Â¥m¹È  ðñ¦  "~(c)ÚÓm    à¨ÿ\  ¿.!b  #§ôô¡Áôÿ(r)0aÿoï
WPoàÕ/~-ÍE&íä[_  Ž¸ï†+Vü  6¨p^ê¨"1í1/2¶  $    íî85Ó,pÕ+'Ÿí6Â
Rº1/4ì>  xÀŒE]ÛýH  "        D  %Œ  ž"ºR³  ë•B4  1/4Dâ'¡    6º,8÷M*îƒqºî  µ
v

    a
L   ÊyPÌ")#4AÄtJQÈ"  Y3^_#¢
  @†9  Ý'"‡aÿKj  ±ÃákUT  A${såBiÙÜÂ  ba  ')Ã"  BÎ¡˜
          =&Ã8Cœr  {U,pJ  'üî    Þ"  Vý¦šº"Uí"
  h9   œ±•  Êr0    Ø9  ‰  =(c)œ<
%ëC",D¦  u;1  ˜^ä  +  Þ  ~  '+hïB"œÓ"Na"
ä°œç".ds   NDãdôš  Á¤ì¡È,í(>A"~  0BÁq¤ƒf1  ô7Z‡A  a·,weé
ôÃÞ  ºt$  rž)5¬Õ1/2ƒ-  #íÛxô$"þ-"n•W1/2"†ßÛIÃ  x'ÃŽIôŸ¬0¡"áÔê°kôé´›m¿  ö-õtÞäØ"3Œ   ¹
^ŒŒt(c)(r)µa  þë¨"Ó  ûØµWïoMûê¨"ÆÁdÍ    Wi÷({e
ÝÿÕ$Ùß¯"pÿñû|SwÄœ
  ÁTN">GZÔ¥  ¦×ôúÝºùáNïZ¹ÝØÐó"öü_&Æ`y  0Ðö  !ÃE
A  êÚ{óµ#Ê³#²"ÉB"úS¸"T÷Iöû}¿ûv  "{  Ã  x‰bÊp\\E...nõÛ²(2qK¢
(Ï  O'Ž  <?  ÁÎ
ð¦  ("DtjÍ(tm)ªr  TÍåÁ
¶t  ^LDYD¤"0  æ¦C
žÝï]1/2ß   ×~öHÝS&êÑ¯)  ÀÁOâ#¤Ý3/4•P`'  k  (M    aa4
ª¡  và"(tm)Òa  Pƒ>
'  @Â"...L"''  ^˜  '    £B  PA¤þºíŠ^ß
ì7u{ðØ  Q  Ë  á±þ×ñí£sPTÐ pSFÂ  Eü  ÑÂ
´MØ&˜DÜh3/4lƒ¹  ÐT]†
.   ]†˜$š
    ",a  êÑy]1/2-àÿ~  ï}ô°Ã  d+  È5ŽC_
  -¬š€úm¶3/4G"7†  â"ÿÖÿÒ  6"ðá  TÙ;$1    Mè Û ›FÆ  9²"`';J›
ÿtµmû·î²  þÒXL  ;  ÔDDœƒ,pì7
á=Ó'Ðmù£mAÒ}˜k
'JÒéí,û]Rè6ÄðÒnµh    ÝXî·ì?¶þ×ÿ  Õ±  :
G  ÁË(tm)xFô+µµwÂt1/2iÒþýpÂ÷I·ÊÕî-´
?...ÏÒôû[Ó¤ØaÕ-ü{~Ýà,
13  À"!
        ºÿ××O‡Bûw1/2ëKþ´"ûß¶  jôê¶¶3/4š(r)ì;M¦ý]¿äÜ(r)Ä
  ÑÈ)9‚(c)j"ýÃ÷×í%_ÒZ_   [ïÄ
(r)¨~ž1/4w¯oÝ/Ã{Ï†ú"G  J"  0a-D'-#¢8-
¢9›ÎÐ²C  £¥ýXûþÿOâ        XkÕ]ÿ¦•V"iúuÐáŽÞé6Þ-{m7PþõeåÄD"  Ã=‹,r¤#ß`õÿî"ß
Ð·,ï]w¶![q  ìA}î  ý,  q    më}*í~àØ2Çjh‰ÐŒÃ...ûaïþëê‚EÞÂ¿ÿZé  ê  Á~ªbàû]
  þßÿÿwÛ
$^‚- "  Êo,é¿[Öþ¥DUA  ëÿÿøEÞº‹  ¢äë{
ßÈ ì?TÚô=ÿŽÂ:¦À§Èàxg/ÿpÃ}ÿ¨"ß  +Ð_ßþý ¿  /Â
ûðé4,i  ‰o
;}·ý  ëßíÂ  X  YÑ/Ô6¿îûëßÚ[ÿ÷-á  ÷
ô  {Õ7é  A7ºôÿñzK·¹eTDxŽ

ÄpØa  Oü?ÿô"ô-"µëÿ|épžtA/t(r)Ž¿Ý†ûëïzØÿ~(c)ïÄN xg#Ä|  ¥ûo×û_ûÿß¿ÿÒÒÝú1/2kN¿³¢
Ø6Òý´·ïz\§÷òÐ@- fíÿæïÿïØo Ué í×íÿé¯^´Úô¶|7é õÞ¨§íÝ&õnòÐ\  ÕõÛ_Ýî› vµ ·ÿö°ûký}¥§
Új]ïÿ_zTé"•-‡å ± ÃXŽ  þûM´×íîo0¨ÿöÐþÂ[ûi'zý(r)õkÑ÷úL8p›JÚÿ/I¯í!5
#ÿO3/4ú´ uá LÀ{.Ó^íºUØ(r)Âeþ+[¤Ó/±ZœVÃ[uÛûµmjÿSa) Ó
°Øa a "A
6-T8úz K[c$Ø|8-†G î @í.Ôî !¯a °ÕÂuÛ
/ k
ýn
$Ã % ØIí HUÚ &^‡- Á(r)8@Á hŠ:
   ² Á
 l...p(tm)    dX"Ð¤ lS ˆL!ð6 qH0Ôm¥ Ã
ƒAµ    e9h0 ,)ÜS z †p] j
›!! ŒŽ
†iÿ¬...¨B'Ä Â† Ü a¨&¡T ²$Bj   Á4  ¨ ÚVE" a2$("ÈŽš
   ÔV  X¸ƒž
# W$ÁÉÃ)
 @Þ~- T ä5Ç  sáö#     Ÿb  ‰"Á ˝Î9É¡   "Ô)n
   I† † (c) ^2‰(tm)Ê 7   -æ@,˜^^^"àx5'ÕDDDDDDE¡    DDDD´µ Á
Ž Â0º‰kÏ.28`Ž
,ŽæA1 0<5Œ~ò×- Ãit -u"#äpË#ƒr8 ô ‰¬  ôÒ-... y Á8-ÁN`
6^ü 9
h
%¶, _A ÔDGÿ-¸º2# " Ä~( ÞfŽdt\0\ )ÁÎ¢(tm)£ -RÅ!"qJH  ïÑ  ;ôE¦N '(tm)£°ìvD(tm)ü
ŠƒšŒÕ >
ÈÆ] ,#ÅÁÍÆ ( ÷ @P
D  ,!¡ ºh D-9H æ  8$ƒ  `ˆ[(c)pÁ0 †"8t-,#æa  øe  ¹ºs@Øj
 ^WÐ" @$Î È¨ñÂ HT"0é4ÂÁ°`- FàÎ¤ ä ø@ôFî #\G
k,
A'ð-    4 kÄ!(r)
 "c Ž C%$ 5 dÝÊs@˜Fe  < l(tm)Ãi üÝ-;  i >j Ú%Ã@
;(tm)ž‰øÃE !G'ÓÁœ0¹}d ùNF† Dd )äB3 _ÚDè-
6 .0Õ  ñ¢Èá-¤í"A¶¡
"áðí¤-*@ ÐAºI1/2 jj ò_Ý y¨ƒ´
û| 0è>,
""Ó¸m éßö‡¥oaÒ  êÝ-+wm
  ¬;A‡-={¿MÓa°"é7]Û¥î  }¯á1/2.¿{|iRz 3/4Ÿþ÷ ëmt¿W§ÒnûïöÙ¿µßïÿÿI
íÒ
-öúO¿û~"þþ'{Mþ"uÝ?ý=ãûÿß~°Ån¨¤ó¨ëý wî(r)÷ÿçwÚ_ÕŒïûô"âþ"cÓI?·i^þ=ûoãŠó¿Þï"þí¿§Ièÿ~tZ
éý%k~Žï"zQÿü}ý¿ú(µnÿ¿^×-òœS,"çÒPÍ(r)ý (r)£þÿ×uß¿1/2þP-Ûöï]t ·_¨Odúº, u-  Økïøÿ ãÿV¶
?ÿÚíŠþö'UÕu¨Ôf à(c)¡Í÷õúÂ×ÛÿÖkƒÕw¶éø>µ¯t-}/
ôö *6R
ß² ž×"áÚøoZ-ëÛ·þ÷a¿O  oíí$ôê
á¨z}^ï 3/4(c)/ÿûôMÛíý"ôÆõ óíí¯ Jj ÞÉ‰¹(tm)º
µöïÃä(ëïÿÛêÿB Ò°øÿoðÃ-¸öë¨6:...ÚÂÿßë }ê"ÿß ¶1/40ýþÿaÿ.}ïø...dA%õú÷é\6²vý§ ÷ëö+v-(c)Þú
ì;ë57}¹8ïAÛ ï3/4" Ò† ï1/2ë_ºÿ~N-¡‡²é^Û§Â}Ûûu¿OÒíß[_Ãþ-öÿîÿÿ÷h>áÕ-¿{Õ7úýÛî}ÛÆ1/2ëô
Ã×Aºÿ-ëÕ3/4õ[õ
"zW-ûÕ-á¿WÛíiS
ý*(r)Áî›nÞþïÿo÷é†(r)þï]×@Ýûÿíé¶·Ï¥E^^-¿(c): JßíkÿïúÎ¡¿  ÷ü?é{  û†Öž"÷1/47×"ûÛíý-¿÷ÚóMúmvý

Oï1/2_û×¶¶¿îŸƒú·{w"û§ö
ü§[1/2îŷþÇ×m_ë
kì7k¿÷Ý"""-Xw  ~ä¤žîä¿ê¶Ã×ô¿õét1/2Þ
ÿé*ï]O(r)×í^éi"  ï×î¶í~ßþ-î3/4(r)þÛj1/2ê(r)ß‡é'úoÚXm  Ú    ´~›
ô"¦(c)ú¶(r)úþFí¸_^îÕ¦?µ1/2ÿ¿"ªÒé1/461/2î¯ïüêôÛ-¥¿J  ÐMÑ£N¯iz¿{a"">tà"*ªô(r)ê-‡ÃAm¤ÃAi;l0•ªîÛ
a'ÿˇŽ¬%jŸëí-^Ào[""7['_á'Ãð·wl0'l0"  ,0JÝ†  ]"'N  4¡¥¬  Jé"  a+z
0•Ú"¡¶  ¯  0@ï  (r)  w
,4 "$Ð"ƒ$  2  È"    €Ð$ Ä Å.ÈGH"ñûlBD(épÈ  ¡·  ¢¸¦!    Ï
à " "8,  ,!F        lBB¡  !9
Ýí  Ã
         C  ƒ      "C  á^Dá,à\"
  6B  E  !Â
Q
.x3Ï  =  'NŸH  1 d      ¡8L3Õž
r#....  L(ÐPå  ¯1<1/4  "Á"(r)!"2  r†Â    ¯:óá!  ÈÛ  ^Hs  OätDbI¯^<%^H^D"!      F"""""""""""""
".""£_IW¤"$    Q      j?þZËH(r)  (tm)>d(r);$D+4^¦Uåj;O  ñ'ŒŠfSŠ¶
  ›£  "#dšd*%Ú
-¦  ()U

†(c)çu"Œø!H2³  Ñq  èÊc      ?%ƒ1/4  pPH$œñÉ  3/4"  ¨DIJ85ÒIwÂªh×  >"¤,!œï)@Þws°!O
ínÐ;NAÅj;O%fdi†^j'K  "8cå  ØGgÄ...1    3/4    S¤  [œqT(c)Ú  êá±ê(c)àÔ\]ký1/4¯".ßw¯¯ý{ã¶÷íþ
µ^õnôé}&è~Á¢4w¶"k[z¿¤žþþò
¦›ÓNµ  ‰D¡&c*ò)6ë'%ä\É,%e÷^Ê3q8¦¡"CÐž¥Á1#...Ê"PEò
  Ç  "dW³^"<-'ftŠ²É6ðÉ  ª:æ¥"  t  †Ž3 C¨¡
?"Ð ":3/4t  ÌD|‡  1 P  "
£8a  PÂ...  0D‡
&¡  ¨)<lyÃ
  Â...      '  Âœ
pPR@°  š  Â  8A
"  d09
¸"  '€@Â
  ¯L*...  ›ƒ
µè=  `(c)øA"N  EÛ9ªhœ}  ,ð@ØEØl    Û
¯(*xA,¢ñ  ...M    `°A ¦ š  xEàaSDâ3/4  0TLwh"rñ,h91/2¢p  SF
¸
  ÜE´nqaSînpƒ¤Üa4    T4(r)œ    Ú  (c)(r)¯Zl*  Æ    Pi¤Ñy
y°^ê4è:7¹  Ñæ¡  ÍP@Ý    u¤šZ    Ýí'ŸÒnJðg¤  í7N  š  5Û"<    -´Òs1›DhÐ3g  lÙO§Í
µ£Gt
$þ(r)Òì  rÌÒl¢  (uƒ×tš‡%oí¯çžPÒ÷i$»"  Ðßt°ý,t›ô!Ú  ´(c)öØBæ†ô    \Œp´›ßzwëOÁ(tm)Â  Z_é8u}'
Ôøß´¿zoÆûÛ"×Ôméú⟨Ýõ⟩¯[O
Û~´(c)Ý-/îê1/4]/oþ×ÿøAÿ  UÿWÿþ›Ì
ú¨¯U°    k¦ý  õ÷ô¿ÿ¨-í]_ß§ÿ
*ÚÚÒ  Þ6ß(r)·[×C  ÿÿëXªþ뢹ÿÛm¥kôÒ⟨â"ÒÒú¤)>é  ...ñ
ÿ  ‹]Þ3/4ÿÈÄ~¿§æ/  ÿ÷ƒÿªûþÄ  A  öÿ÷  šá{'
ÿ0,=ÛW  }Uæ  þ"UkKïÿ}†-¯wW^á[  ÿ_×°J"'ªª°.5ÿ  ô  ÿ    1/4þ×ôô⟩-û  aÿ_-  "]ô]õ÷ÿë  N7"  á
ßê    ßÿ/¿ï"3/4þõøøo(r)ÿûßÔÔ  µ×_ÿA{  ¿AuÛ·ÿûõ-ÿëïõ×ÿ
´ÿBÿÔ_á  ]-ß  õ1/2  úKõ⟨ßøoÿ×ÔÝ¤¿u&Õ¯    ;:/}ÿðé¨êÚߢ[
1/2~ÿ  Kó¦"ø_:¨ó¦3/4÷ÿU3§¨¦ãÐO"Zí-ÿû  û__"ÿï"ÿçMW"õZ(r)×ûÃtÿûÍ6-Ò_ÿ_†*ÿKÿŸÃÿé1/2_ª"ÿíý

u×ú¿ý×íÑˆÿ_é(r)Õ...ÿoë÷Ú_Vÿÿ1/2mÛÇþÞþºüïˉö¿wik-íˉðÂÛ'K××tˉ‡Wÿô¯a¤Ú÷ÿ  *-ßí}Ú  þ÷ßû(r
)µÚù"þ¦ (r)(tm)µl41/4üŸuíª  Ò`×S  öï1/2/Ž
ŽVbzÉ
?ÿ¨"Ö¶êÂ~a*,F  JêÝvœ0-Ú>[i6  ¬!Ån  !Þ  ¤ÝzøIºŠº...{hˆÓ
ƒ8*-  8¦  Úz  }ˉÛh-ý"DÁ
Âa  J
 +ÒÒÅz-Æ"}FÒqI†ˉ3/4›TïÖ
Ž  jÔ~ÅP...Ã
*"A  -  o§"
Fé4  Ø˜zll""Æ›  Šm&ïˆ+a2  u
)  éÐt›V  ¶
†  @Ða
 "ØI...!\5AÂ,  m0š
a
a  a  0š  †¬ˆ8FÃÐ1  H  "
D"  a  ƒ...  g  a
!  !F(ME0˜A  ˜a
!m1X!ç@!ˆA  Â"q  0È°
$æ  äQÑ"
!a  UvNmBa]•  BAjÁB-x(2,  `..."Â,j  0à‹À›  ,
 ³
`Ô  U  @Á
.  dÅÎ9Be
 ;Ä  '  ÚºB"  š
j  """"$  gØÃíB  DDF¢7ðéh*Õê-"%,T¬bœ  ;)·Aä  qþY5E'+;U
äØj
eqZŽÂ²ZÓ
;0
v06  ;(
 ;4j  ðK!6  Ú1/4*È  Ñ¦  ,êœìlÎÀ†pMgy  ˏTðªá£µ:ðD  ¦E  <4Ë
6ì‰dñZg˜ŽŒ  †Ì"/·K·¶¿¹  É->ºvíý
 ¿J-ºí¿Û  ºí-Ô>¿‡J´  %U¿ì×÷á  3/4¿öŽí  mW}RÓôÙ  R^5Šù
ü"  $"¨˜Ÿùô‚J(tm)  Z(c)¨²  \ŒEld3/4¤ˆëš,  <Žóâ  £ñ¨CLÃ0  ØÏ£ðLê=
f  VÁ  :Š"(r)p,eÌÐfb¢)ÃÁ5zHÍ¢  §(tm)Ð&P  °BÌ36`ìÛ  B  dðA  Â  q±"  CBBt"!æ¡P³Äl×6,
,a44ºˉ  Ñ  0ú70PƒEðoÌ  Ö×  ,¦  ptXä=Õð•j¡
-ÞƒCF°Õt  Dà0PPœ¸!*¦  Œ  KŠ  v  7AÃ¨"v^
4_  Fl4  U  3/4{W
¨·+\$}ÍÁÓd
Œ!£¨`í  â×  °e¢  Þ‹ê  ŽS-"à‡§ÁB  ,

ƒVÐ'Ù3/4"tî  B  -4  øA4È>¿ì  ÇÒôÚ^1/4  !  $ýÔœÉýýâ[´ƒôœ¨4"|CI3/4CâeÖ:ªÊ  6-î|S  B  3Í+
 †yÝ0ýÇ£m~ÒÒo{¸ÌØ¤ß"TÚÝpOW-Þ"œ9.¤çãBéÉr>[f‡õÿÂÞ¡=7ºƒ  õ  ÝtÛÒMÓ¤þõ·ÿõÐÔ'
?ëíÓMö¬¨[§ê·I¿]"úU¨wOz¿~Ý
þÕ>ê¿3/4-¤ÞÓˉ_kóØ^Ÿ9+ˉôÿÖ¶xK  ^ÕºwoªZ3/4  µ×üi7  ¥O{iÓˉ  ¬¡  ."n÷ý^Kô;wééuÝRï_...ù...}r
 ÿö×ûÿ~D1  ƒ^Ð'ÞÇ_%ëwp_y
@?ìKÐíwÿ´  w¿ûœ(¨@Š  ÿûˆÿÿÚ¸N  ¹"{œ¿ð‹‡  1pÿâý~qô›ÿL
¿ÿz´  /ÿoZýzð‹1/2W×oÓkè.¿aôû÷Ý6ˉþ  ×é.ªßþé]]k-3/4,ïÿ~1/2/ü0ÿâ"ýÝ~Ývúò·ïÚú?õÕºéwÓ¿á+ˉ"
Ý_n'Ò¨1/4?ÿ  Ó}Õ+étÝ|è°÷ï¿÷"_ë_ëñì‡õJuÒ¶á&ôˉë

ö3/4ß¿¤ûþÿßoÖû:$ŸÝý¿â
1/2  ²G¥]{möˉŠ"ˉ  d=þ'A  ÿ¤›ſˉK^×K-  ˉÿ×  þ×ˉ^×zœoUUþa?[Ý¤•¤ÁÁúõ;'Õ(r)¶•ˉÃJ3/4ÿ-IÕú_
Ãþ¦1/23/4ýºûK_ý´-ÿ]¿  wßéúü  ÐAZM(r)Ú×·Ú}j-f¥-÷×k]C_÷-?áˉZwUýÕÑíÖöÂdu"  šAº†  m³kþ¬
a;Ü$E  Ù  ×ja›q1[¥
% §ˉÚ-îÍ(r)
  ø0(tm)uW†  ï'ªç  ¥ê îÚ³ÂÚÁ-ÇöÃJ9  ÿ¦'eï  6Á
Mö  1/2&5ôApmb>4Øáñ  ž  ü0-[›}Š'"(c)º  i5Ý]¦ØJB@Vš
!'  1/2qLTSÚjÁ1/288i2#(r)"j)  Ž  [‡
1Mv›  ›  i...  Ž  0Â  1  "          ,  Ð`"  ¤  "Ø@Á  C


Ò  0Ð@ä#- Â
  Ð@Á  î
´  ª  ´A  ÂAT  C  qÃay@  ¦+  Eä‡  GC$å  A  HVF9!,ƒ  7$  Es...ÃA
¡"Âï¦  M^@ÂZg#&8"  !PÂ  Â  Á  9"
(Lžð  Ê  (^^^^^Š›ˆÐI&2à(c)  ,  ÿVÐ^^^^^Ž›q  ¦ºÕ·ýVºªÕý*M/
$  ƒ  1/4R  Šð'a àÐ†
rn-†EmÌGÿ;XPL‰oeR)ÌœZ¦ˉ@ÂpKÑž  Žþ"  ;${TêBEÐ¨j‡(r)?ÒÿˉKk(r)¿ùØ  q¹(c)  r]  Ìgë6Œ  Â"
dáB"ˉ  "0§ƒ
  ‡ÉÀ`
¡<  ƒèz  ê  SJ‰  Ó  2$?lÍÃ<y"Ó°A1/2RÉÍýûîÛ×ûë¥(r)3/4Ý  Šûï÷o  þÒßî  o_-W3/4  [þÛÿm
  é_ÚTšû¿  é'ô÷ˉÝZûßúõþ"3/4ý4þ¿ý[¥w1/2y£ÚK  ÈÿÝˉítú\Aªñ§  ï  ¦²  t  Út  9  ùcªi˜
`  ˉ°"Ã"oÁC  "59Iø  (tm)ú  (r)1/2/ð-K¥±  ˉ
XæA  åª\RgKQB  5-¥@Þ~,á(r)  Z...ÈÂ."¹Je)a  ò¡×*¿Ûþ¡J3/4÷øu¥öÙOÙ(c)  '
  Ÿ
ó£'
3  O  #(c)e  3"  ˉ1  4Â&ì*hh5A...Eßè¸
  AºIB'  oaT2‡¸á
ö,rz›‰óÁ  àÄÃºu~é7¤àÁ:N¸dÿÿéú°mnžŸþ"},µÓW×Û÷S¯.‡õ  ¿c-J-b>B¸/\Ô/î8üÁ  Åÿ...ýfô-ýa  }v
  ÷þ  "  3/4ßVªïzA  ƒú3/4  (c)Wÿ(r)k  >  Úýwíúµïûµëï  ~*VÚëÿ¿~  V1/2ôÛ}ÿÿ  =T"p¯¿
-ï³jóÏh{ï  K²?
  }ÇktÐ´Ò´-
  8Õx4º  P  I"  0@Ã  (tm)  0  µ  ¹jT  J  $êÐŒL  ?  ¤Á  ú†Qi[N  DDDDb#ÿÿÿÿ-ºÂ  í0
ð(r)"(r)•ŽÕ"~´óÆ°õtŸ·Jé7M  "  X  -  yØ<¨  ÎÁä_‚Â  #.d¡  ´q  2¢#¢8B  8  È†G
  C"ñ  Š¹1&$
*  \ƒAôf
G2àÒN
  K†QÀÓ>
g\,fÑž\2Ž¹v\0K†Y¦\2ÌÌ¸  '  ÁÊá(r)\
C_  2
,‡8d2‡2r
(2
VT  T,
,ÀäÜ†¸ä
  CO  -  Ç*  fAüƒW  ÖA  õ  j(tm)  ã"çN@‡:r
Ç8ç¸‡9r  VA  Ð`¦0AqË  AB²  lả  !ÚÍB""""&hŠeÙ
L1/4"J(tm)ŒH"  ^^^^  ÿÿÿÿÿÿþ@YZ  ÿþ@YZñ  V¿ÿÿý/ÿÿ×ÿÿÿÿÿÿÿÿïë  å
±V³µˆì  #  @¤

R d¤Ído%¬È³à' h0ˆOa"e-E -†G çX 2Jð......2ù>v ] EÃ ì·JeÄ)25'"?˜
#FFƒ
šÅŒÀ`Ô
#cµFº"¿ ôƒi6 L(r)¶ ábŽ 3/4 'DÃ¨ ˆ9 B `ÚO1/2jüí
NÞª(c)Ý¨a dBäAH!Ÿ ÐL Â ŽÃ"òé32¬Ž#f
7þ•¢ZëìœÛ‰ BºÑWgd#%284KØ8>‰ÒÔ$_0ÕA p(c)ê"Ï ] ¨‰B ...ÁÃD_õþ8âOå AÐA‡TšAô
|
,n¯ÚÿkÕ±×Þ´×¯¶,w} þ¯¤-Öß~ U]þ(r)þ"ë^" í'ÒýPA¿_ýÿé}Þ¿úíîê }-]/]¯ ÷ë¿Óÿºÿ¥ ¥ü%lhz×
U÷Kþ¯§¯ºOZ0ô"K¬-wÞæI×šÚÞ·ïÎ±¯ -ÏÉ›Ëƒç
N'eõ5-~ú÷ÒÒT'¿£¢u%$t
AˆCÏf±TŒ

‡ dF #³Á
A ŠfDˆÃ?H >uf¡åXÉB3Í
æ¬Õ...õå AJ3ƒBÔð4á p9á"ðD/ ¥Èœ4D¡ 3A|k#Ô- 3/4EâNPŸ[õoºKKKzï\ j ( a 5A...L* ì
...L* aB † 2@(c),
dì 7(
£84A cÒ´N ¤
Gûh4 4]Â$;Ó 0(c)"" m0, õïJ£¥aN zûëùp 7Ñ|
P"!"ù,¨ZFø0A ‰Ã 4l¢xÐ` M0°Õ ¶pP¡4¿ðƒá53jNd8c
&,†N
@ƒftŒp'xÁbÓšÛ 5.×íë†ëIˆH%Kþ×I õí*h ä$0›B,Dõm¥A‡ "Y²¡áZ7 U z
ÁsKé ¡4\¡µÈà7ICÕ~
! ÜAœh'mPOÒþ-ÚPƒ ÒJÿ0,ZUïW
ó W>G5Õý àÉY³"4ƒiiZMÁœ ñÈ{~æŽ'*ûKìÍš 3/4 ;äCöRtþ-fF#fÚ¶-(c)*Wý_í¦µº(r)"ô-×O3n-}´
%;ßÿhkêéÒÒsCa9(tm)[¥x0O}
Õú¿"§ºûUûVá
i7ªê'û÷ÆžŸßö ];µÕ"é;Ö¶ëOWêé{íÓ]:¿ÂÚ{Tôí{Ý þïõ[×Võñ_¥WØ'L_WËF!mØ¯Õ ¥Ûct
Ÿÿþ)[[Óêîúù"E úÝÛWá ÚVèi÷ÁWÞü›†‰Žê[ºÿ}¥LB]¯ýÝCu Bþ¿×·
/íÿ ×þþÝ%ñ
§"ý öÆX‡úÿ {ïéåã V "'úÝ}ÝHAÎ}}."ÿ3/4' ý ,_ÿõ{[
uÓù,RƒzëïÛ¦ü6Ý î `Â&õ_ë¿`þbôþdÿï_õ]ßú.ÿûë¿{ q×Úýºa"}è{¶ Ð[ ö*a vÐ-õûÿa¶•%ýW¯û
3/4 ÿ_v [ÿû3/4'[

1/2ëÿö ÞÓþÝk·ûã¶,Ã ÿ_~°Ûë Ýÿ[úè úþª ÿ÷í÷†Ð_ß×º·oIª0mðé ë"õöÒÁ´ o¿Õi6Ÿ ÿý¯¯¥ûÿ
µýþ"îŸ
¥ëû xt¿)Ó"éÛº`ûKaénSõºXuê¯ÿ¶ÁÝ*ÿþÁ ö¿ëKÿþ·ÿ§Ò¿àÿ"~- 6è6úêº^B{Óxwÿ² m¯µé¿¶-Óš'û:}o
d>ýtßÿUÿû×ëï§M¯(tm)úúúß~¡µº÷Z¶û"}"...õíug*_ ¯K]¶Òm^õÿ¿¥_ö¿ëë×÷-ü5÷ÿª ´˜2 ÷§×ÚÒ¦ °É
Ó¶ëëªm¯1/23/4(c)÷Õßo
t¿ÚO¶·"ýkÿ~ÿ¿-þ¿mÿ{íö×ÝíRW¥¶Ò¶ûÖ ¯kÓÃ(ýõ
íû{÷¤Õ¯û
W-} ûýv(tm)}+ìÞšäíÕ§õ×¦ÒÕnš|óÃiZJ1/2¶´ ´ \6 ijºÓ
&ØS {(c) wO´-£žû
/3/4Ò‡pÂ êÿôÔÂOIýÝ, ü}êšZÙ :°(tm)~Ìvo1/2-¸ûÕm+[
•Ú
áØCØn•ØJÂ¦÷
"J"-80 í¥|0°Òj;ý °@Øí ºÝ5í´Ì}B
}ÂƒÐvÃI(r)6Òˆ8¤)´¯ÚuUÛ EYÀ‹p`'h6

(Vƒ ÂH    Šƒ    HQÒjÄ
†  ø�ˇkˇš  ·QMC¥ˆî$±
û;P
   '!      m  ,   AÝ±
AÔlˆé¦¬âÂ  `+U
+†ÈŽ  B  a
Q¯8@Ø"Â  4C    Sƒ,,"BÐ...  ÈHÄ Âh Á
‹    Ä @Á  1/4¢¶  @Á0D  Á˘ÈG  Âu´
 qPä+ @ÓLŽ"¢+,    (c) øé"+%‰Á..."  PM5
~@  "é...Å9¬  1  $  j  T, ÑN  H0(tm)c  l8 Wv
   Á
²c Ê  <  hšˇL§      Â"  2 Î9á    j  a  (  0šÐ Ø*°@Á  aq            UÇeí BËÄ"
   A  R#    8  ‡8Bí  Ô"  {&O`§    ^^^^^^^^^^^‹
HXÖpÐˋ"ì"Ê";,B¯""'*6"""""*'    ^ˆñ×(r)ýRJ"õ]$-¤Ae+"ÒÒk"  ¤0  I>  J¬°ª"o  0    â+Ç¥ã        ¿þ2
À×ÿøÈ
   QÈ
   _ÿä¥Z  òÕ×  ,
xÈ
   _ÿý/ÿÿÆ@X°ÿøò  Å×ÿùÚ¢+  |&HÌ    )!pP¡    ...  FˆP1/4ì,Â¤  Â-  Wryr¡š1õtõûñß×¶¥›¢  ˝°E¬
*1/2þ?ÿú  (c)Í3/4wë  ~      NC  è3X...    ¤  Á@æ3A|†)1    "  †
4[¿  0ˆ  áª"l!šÁt"  à...Âè¯í>  7|ÚÑxÑ±¢ï
›ô<*è1/4l&  5
7éý&è2sA¸Aöë
Ú    øMƒ@õé  ô›Z§Ýu}[õ  ¤»kÿÿi*ôûˇëíÛ÷  _Ò÷¶ûþý·ÒÐëûKñÕ†Þ+u×ûo-    ¯È`}õb

}÷ûö  [×˘¿¯@aZ#úú¯-7Â
õý†  ²Å¯ÿÝð}  °1/2ÒÃ      p{¯¿Êv-ô1/2÷Ka
°a°¿(r)êô  é¸á´¬6,m]  í|7Òkìè¢  t@é˝ï¿ÿZAþŸÚÌ  "3/4}7ë"Óíäè÷¯è+SiÖ÷í3/4ø¨;  ýö  Ui/un¿¯M5ÿ
Rÿ°ÁV
+3/4  /õ·ößþgø  x¤A    {  Ú¶Ú]6•Uéú@Ój@‰¤ÒÙûî>Òw†  3/4ÈŽ,`  °¬0¤W²,  "
ƒb   AÅR¡IpÁ   á"ØaA³V
'   anÂ~"#:"",'h°F¬Di9  0%×¥ûKÁ,^+°¸as"µÇÿÈ
2\  -@XBþ9  a‹ÿÿÿÿÿÿúûûË`)qíý  ÿÿÿþ-þÿÊlIqë  -D¨•(r)Y  FG
D2àäFxÈyš<
Q  Mfg›
Ã    N  É  !Zãyf
†i  xhQ8E  .@  D=ô0ƒD%@1/4...(tm)!Ó8à    b°Hdâ
   C¨ŽEœñ"~É    ,ÃÃ¡  (tm)<n‹üš
"sÎxv  @Ã  ~ŸÃ
'iÃ  A  Ò·¤Û  öœ?Mï"¿ÝCÛ]ëJôƒÓ}
ýPW  [ÝÿÛÒ›ëþïþ¿ý3/4(r)8é7ß÷Ûþ¯-ïçw÷×^ýÝ]_öÖŸk**ëÖŸ  1/2(r)"c¦¸"K{  ÷ë1/2õUû¿"Þ
*ÿéë¶(c)'O  ×{ßaß]Ù  t¬?é_]õ¨ö"    Ûë÷1/25Ûvœ0ÿëW1/2¿¡µÖøaßÚý;  ûí_UÝÿøÿJø7Oèô-ÿ{íÛÒ
÷¦ÿõ¯"x  1/2oW°ìÒ·"§°!ßéX¿ê÷²ªêÿß"ôý´ýÎ\-ýéÝx~›  Òíé°-×,Á[M+°¿IÝ.Û-3/4´þ÷Ö  Øì}...ßÞØKa¬5†
xUa""PÃ  +ÒÚL4  wpÂHB‡
$ì1Jþ
Š(
d+  L      k
B5      @Â:  w´Â  ƒ¦)  Ä$Få

R^a3-E>G[ñ
   |  Â"&³      â"+ _ÿÿÿï_ÿò¿å  hÄd
ŒŠ(r)d-...L...gtŽÌ£Pв°Ê3³!,(tm)
";)a".Œ ²¶fK+ ¤ ÁtíB  T  *
(*d/'
,•bYØ hó· æ ìÖ#(r),××F3/4
  l(Z"Àú¨B¤
ÕÂ    C)ÄçcG'-ûN-ªOù* (r)ÊT‰ôíPg \!" a pý
‰ ÜE&ŠÌÊ  "Œ¿'...§h†¸AÉ   à  †   N(tm)Çh4i¿-
8:A¯ß ÕýÁ±#h$¸,
vŒC¢ÿ¿Þýñ×(r)° íVŸáZM÷Ò¯ÿÿI×ÃúOª¿ÿÿú×O"×oÒ §ÿúÿ(r)ßþ"Üý"Ö¿ð¯ÿþ-ê•ªᵃZJ"×Ï
pBa 3Ê3Z.""H¬£³5   õ'X ÈöT^HÏ3ª ^(J,<"-"s!Ð^" 5eA-J@µÛ,$ñ{ÿ¹.`¥ B R @^$Ì@3¤l,"
ÙÓ6Íîê(&| ôugQo8 ðÉqMQ¯8DéL"q' ÏÎ6Á š 1/4×¨ÏŒûA D:ç CÎ Rp",,a4
ÌP‡¸b¡
,  s8 a ø\ é
@^zù@Í 8)|lÑ 2SåÆ|ki{4dì †
¨ÁB&íÂH¸ 20a  ...ê
  L$¡A  ?"ÐA,!  ÂhD  Âa
¯Dà0†...¨(A ÁB  Â
*3/4 0• Ñw²]"^9Ç. .Ã›3/4
  võL M% ƒpØT/68éí}>    ¡
¬ 6
¹Ð@ØUYú<^*
  Â/
^G...EØh1/4Ö aM    v     -M ,Qk :'r Í Ú70U
äÖ%?¯B{`¯2È74ƒ°Þœ\R¯Ÿ°^ÔŠðT-(tm)ê'xÁÃ@¨,î•0Á 'm ÿ EróAé£F3/4(c)Z Û%ÚO :   7
e $B¨'+ ßµ÷@ƒhOÍ'$èA   W ;1/4 ±¤ Bx{ q"ÊûÁzt¯h&áp°ŸïëÍá¯Èìã
7Ý0ë‰-!´Þ¶ IuØCÿ°["-Ùó usáp1/2q '*uÜÛ×JÍÉúÙ rñ-[¥ê|Ã¥gÉøMõ~NóG¤þ
=]Õ1/2÷?oƒ }øIvàÉ_`Ì
úa Ž3/4íú°O¥"K×¯ôŸZOúþ-étÛO¤   ÃIµzz1/2Ú¯¿ÿ õ¦
]1/2/õTíkI.Ò
ý        ¶Ö\ ôö¿í}?}ßÓ¤ûÿOñ-êõÿÖ
_áêëÿßZß"¬;"¯v=?¿ëµ¿Aƒ ëÛz1/2G¿wÛ Ýó *Cú°š×o¡KïBéÐ¿¿×¿¯A ßÒ Øaâ"Çm7n?âÿwÒ×i
*~ûû-·õµ_Æ¸ ÿ
Ý¤1/2õ×Ew* Z÷(r)÷Û§ý>¨7,|‡Å
R¨`>´-§×}ßI3Rõÿ
}'ÿÝØl¢Z V"ý¯æ æ ° ÿ{ö §]1/4Ã;xE¿Ê^ Ý‡¿úûÿ Sã áƒ¿úÝ~
"àŸõ ¸ÿÿ ÿß ÿý|W×Þ Å  øƒ
û
×ýÿÿm* 6¿þÒöõêü0Ø=õÿ &ïu×ÿë¨ûúé\7ÿÿY ƒè-{zXuïwÿ¯Þ-Ûëÿ†ßø{ßÛ
:ZwõÐT"u¿÷÷ __êï†÷ÿ"÷Â  _
UÃ "Mzÿ"XT¿ àßÿÿxm"xv¿ÿÿV §ÿ_Õ÷ÿïj(r)Þ¿ðúßý0nü?}   w¿µÔÕÕa¿ZøzüéëÒ~ >´¤?üé(r)ûjá
  3/4Èkà ÿ-ûõ¦ß
¿ÿ ÿïÒ÷:'× ÿ-<"_ÿêÚ¥ÿ*÷¿MWm]vßvÉ uÿõÿÝ_×ßé^Þµöö1/2‡ÿûõÿëµ1¶ÒYŽÿpÒ›Uÿíï'Wÿûž oÞ
ŸÝk?¹(c)7-¥¯úJ3/4ÅÿWö"í"¿*1/2kþ {(r)ÿ[õûïwN¿ßu]'-~`Ò!¯YÚ‡á ïá¯Ú[~öÕ
  1/2ïz†-ôôÚýú³¯u[þïëÕö÷÷]ü5ê ^ú}¤>
[ÿÿI_ëL2à-*]ì K9ï_3/4ïïCVÒ¿† µÔÛ    ~ CIv
  "m7JÖíMí}ö¿ç {µ³~ Â³{ ¿Ao[NÃZ´°°ŸûI%×1/2 ·Û "" ·O§tŸu Ž1/2†GASL -ñM¥

~Çìv ¦ 4Òn·aªzëiv¶¬S
 ã¥    â˜îløºkfÒk Ã1†Òµˆ;³jëSâÚ÷I Ž í&!
švÂªÝ(r)ºLt ÜE1
÷í´"º""ÆÇ
&ÒÖ A§
& A& >*¢    ª& T(0' - QÝ´...A,    º ã¥ I¤>1/4 L Â

$ÂL0M
ŠA"
  piCJ
%    ...æ 0Ô...x kMCH
á¦ º@ØL "@QLPA,
A Ž â˜ "Â
A"ÈH
qå0˜M0ƒQE8h    U
  :íŠa"˜P(r)¬%¤ a'† Šs9C¤)'À!
  L @ƒNNÔB^Q 0¦$ ,;¦ `ˆr,&)S A< iƒ        ' & ¥Ø Á - Ad-A5$=ž
æ M  hÎ    A"tr-œr"a:ÉÚ
0ƒ      ^MB
¦*•Šã""fÄDEŸb (tm)@! P˜&a¢UÄ0ƒ)Y š    \E '! #h0"Yb    Î
˜Ž"") ˆŠB""#˜ÿm/¥ÿÒ_(tm) $ž3/4 Ó,ÂS }(r) §H5Y78x@ µñ(tm)˜-
ˆ ÿÿÿÿ¥ÿÿÿÿÿÿÿÿÿbõÿÿÿÿÿÿÿúõ1/2 ÿÿâ¬± UÉ0ù\¦É<¡Hœeª-Ì.
 (*"ÍÃÆeÐ^v  œ) ÆF, Ê²%Ù ^ÆB²    "ïŒ NÊ-K¢ X) È<ˆ -@ $
 ÁI' v1 "ì(c)Dh_L B,
£@`ƒ
 3¨Â¨A"Á ¥³Xª 5
S^ a4ï}+)ÙÙÁÐº_ ¤23D¢ -
 èÜÁ š
(*
< -ž "pÑ~ÂRže[;-'Ù(c)Q+c¦D¨³ ÿ NÐ u¿
šaB§ Â¦(c)  0Z
:l Z¢)øŽ Ã°±~Ö" ƒÖ'lñ›(¸£>aèœQÿ¢ñª:' T›Kîÿï
Q$¿3/4 I¬z 6./ W" •Pƒk efžžUºëõû÷ú¥"kõ" '¦*§§ÂNŒ>›ÇJüvÝw×m- ß[ Ž×NÖïZ3/4Ó
¥˜ÿÿZè·Ý.ûý&íÜq"Ç-1/4zÆ1/2_ë÷wœw¿¿_ "Zÿ(r)ú-ßû[õÕ<7¶ ×¿zûzKõCø]W(r)ê^Ñš'è¦,g
"F220e : D:
(r)I !Œé #ÌÎ¦D
xdùý£"$Fßyªn*+Y...ëa‹BÝïKÒ××D¤d¤_"m+   (@È`" @¡3ÁPºTÏ Â    ... <`˜Ða úÓPA
,   =1/4        ‡rpBÙ 7D"5¢-HYÐÍ
†¿µ`á‹×ÿ - "ÆÆ‡ï
']†šj˜*pƒ /6=
E ›† <"_
sd([A¢q"#C P† a,...ý î8M:"
& Ï‰,
L ×ö-ši‹éRâ-(1/4`ª‹ïÖ"ÓaU "^4&v
5 •è
ær §§ß‹Â EÐ >á4ÑyI¸ö- AºÂ ˜M¤‰à`ì°"^ A"×1/2†¨±Ú8ï%â ü-eB¬ŒéáÂ"Ò¿Ù BWœpÏ´
žž ;Ñ.i7ý¥Ó¥˜š6Bp7Køg¤ m'8[ð›wÛÐL47§KwKÓºô 6 aàƒ_ Á
àƒK

¯ pé-ö¯Á...Ó"(tm)3/4Ö'}_Û¯Ý_4pŸö (r)"ÂÛÕ·ý$œ -/vßö¡‡÷‡ÂgQ< a:ÁW -æm¤1/2<6×µ¥
¿"Uþþ"jék[T÷3/4´ôý×}{tÚTØhU-/¿Ó†- m&ðÚ~¡Òá× Wûk}?î¿ß]ÿê3/4.ýÿ~ÿKœ øoûö4ºn "3/4-ðß
ÞÞA' ^A' ~Ê†-F ]é7øF ¨þ"]m(r)‡ ÇZâ 1/2ÜuýÐï1/2
õ-¿
ÿwûPÛ¨}1/2ßÃºX‡KlB×ûj"y Âý$!oû-9‡0sXôAéë ÚuƒÝuÙ úöù
£1/2¥ú...Šë¿Ã{1/2‡ÃoîÚ[~à·Õli - ÷Û }´ª"pµ0Ëê 7éíCÕÿ¡öù ÖŸõ\Ô+wKÜ=ª "{¶ôî"Šž ïä+ª|
#wü"â-ÿ"]ïu· -. {ÿþþÜã×÷cÂ.:0õú iºé'Õõõ_Á ÿx0Z·izÖ Kí×è+ÿô ÿ°ÿþúmý&ú§_ .ëÿïwL4·÷
ôŸô ëâ•4Ò_§
ý AW(r)ú_êß~¿Ý¯ý](r)ž,ý´"û1/2÷¿]"¤¯$9\u ¿ë^ÕoßKOn¯×¦ÛÔê¿×° ]ÿØ<ê›Júïe¿]Ò¿õ}'ûtôµõ¤-
B7×ÿÒ¿UëûúùÓ´"L‡-ºª]_†ýûó¢÷ÿu1/2¯nÐ]ï^×ô›[Wý}/õïoÒwuý1/2--ê¯¯ßz´Ÿï|ò}uû_{Wî"þïÞ-ýºm&
ºZD4ý××Þ-ßïëß
ÃJ×í+ïÿ¥öÿ µ]ßŠ‡êûzðl>éi M(c)ù†-¤(c)%ú¥žK^1/2ö¿-?÷ûý¶´ëÚ1/2ØKUïí"_o†"ü JšßÕÿëÚD‡ V
ÒV `ÿÈv'?I ;Z¢vÚûøJé;[V×S v(c)ƒ
^(tm)...›Ø0°Ð65´Ëéµÿ`˜{÷°Á|<4Ÿî·oµiÎ-† ¸a-† -VHi 5ÓRD¨0' ä9+4-ô Þ
¤Úñd " "(c)"?{ °†Ç
+IÄtŸÚ±0êý lWìu[Òð× -Þ"á ŠPÄ'
Ú
I Nî
(¤(r)Ó]0'q V4ÐV•Áª
ŠCM
A ÐAÅS ˆM
Ž, ša;J¡*l $ 1/4'u‡Ú1/2Ä wà- °¶Ã,

ˆ@ ä X... r <W ¹ êÂ ÈG:, 4 ›# § í Ž Ž, <
Ø@œ"p˜&ƒ"À&-¨& 0D pqMB
Ø... Íaö1/2 l$ƒá,
CŽ*(r)v*6¥`B D6Ê ...w´Áo°P˜AØM a$'90,
A"tÊ(c)Ba0¤Ç q
&z‹ð" Á 3 Ê (tm)\W @&UtI X
)‰'Š...X aŠ D+ƒØU×ÄDE1/4F C(t,žú, †e
HDE `"DDDXRÃÉÚ Á ˆ5Êâ-tƒb
8ŠˆŠˆˆˆˆÿ_ªþþ"¯ý-%¯¤ê'I d']éð H$‡ã°P UÃ ""5Å,(r)#ÿÿ-S
ÿÿÿÿÿÿé ÿÿÿÿÿÿÿÿÖÿÿÿÿÿÿô¿ÿÿÿÿÿå Ÿÿÿÿÿ[úßÿÿô¿ÿÿÿÿÿÿÿÿÿo
* ¸ÿÿÿÿÿé ÿÿÿÿÿÿë _ ÿ¯¿õÿûÿKËH1/4] â¢>ŽÃËŸ,Â"wìÏ0 FS,&p & ¡ N
@Ð²Ì&
É"@ÃðA, *
&j "9.h...,
ÚäðÚa
3 Â"£4"á '0äÄ ÙO 'ñxdæôNwH ƒÑ˜Â 7¤õA3/4äƒÐAÝ$ vƒ}‡í·
?ºa ô']º 6-ÚTßïJú§}&ï¿ éÖŸIuÖÿ}¿wjê(c){´ûÎíSÿ£:"t ;¦ ´µ·i¿õ
]RÅjü%_¿ªWªµ_¯}ÒJý-^4,ê-õÛ1/2/ÖýªÚï3/4ßÿIUt³R>ˆëKëí-üU7õHAá (r)ïm¿ðJÝD;
!_ÖÝzàë"Ãõ×Ý÷åœ?Y7kRó}(r)õ Á‡M3/4 ý¿"Û1/2'î"ì8Duö×ußOÝ¸¿¸7ÛºüTë×]Ã ]íwïºýÏ£÷}Û¯÷ÿ
î-ß ûºuØª×(r)í ž *Ýº¿}.õ§kÝ(r)Ý/ï"þžëa†þÃ
'K}/ëm"°Ûw† ¥ Ú]B]·[pþÛ¬%·¥ì I6Ã pØgÅM¶ÂA†-ò æuä õM†
"$È9Ä NBPS":$ pB!, , 0ƒ
B4
Pa á"Ä%p,è ƒDà a3ï
a

...ÇÊ  :cñ  ÿÒþ¿ÿÿÿÿÿ÷-ý  ¿¯ÿÿÿ÷¯¥ÿ÷õÿÿÿÿÿÿï[×ÿäÙ+&Æ(tm)ÙVP2,ˆáÎŒ³Hî"•Ì#¿#¿pÉ"A'6      ä

"   3±†A†Zž<û;  ŽàŽÑœ   ƒÍ  XÈ|'
þeVNé"P   Iow÷K°ª3/4ƒ"LÛÌlÂ  U#/s²D¿...ú†ê-z¥|oëûíŸë(r)'..._µÕ    !Ç"ýtß...J-õnÖ°Ú[zÿ÷-
N|ûrF:J¨œõ²    û3/4ÿ]ýÿqëZ
=5þ×õ,Ç]1/2~   ÷¡ñ÷zêôš  "Aþ
=‹ÿí}  ¯VïÚ̧"°_w¯...]ú  íßêíu3/43/4ÝÕnþ  (r)ûS¬w²ï"ž²aZE@-p^LÕ  2  éò  ë B  q
dLß)×Ö°_ôE~å  È@žDF    ,"  åèM  a-dI  ú  L*†Â9'j"§#*5'ë(
  ?  Ð  Û0  µgÚ
"  Ô:Ï  þ  æ    C@Â  Pg  @Î  Í  #†    "  ÓÿÈcUr
)  gL  -S¢
Wì-|  ë´Á  ¤B
èÌ1 ý
a     @Õ  ´ Ú  Þü'|  mª}ýú  ƒÔ'Nš


  =
  ~   I"  Ù  B   ‡80@èè  þ-W§|RzÖœ_ý|š
</Iý5Zq
8Ðÿ     Ôh^>9  ß  žœc}  Ä_T  zi"   XZ1/4$ÿAò|  i'pD}"åÓ  h^íXzz  )Ëš'
(r)0"  äç  -'çRQþNo  ã¹:=  >Ñ̃
m  ßDxê1/2;cM  èp×  Vtäéù  ò|ô  oäéd    ƒò>!;'7'í  ~²ÎöEæ.äðø%¤Ü̈'Ü  òd    "õé6²G
(r)F"  v  -  4  §  n  ·|-ô'*4Kª̂à¡è^>OÿÝR  _,
ô¶ô  'zé"Ú  6,v›uu§Uø(r)°Õõx×¯"I¶,Nµ"íÓrEdQÈbi´
Û'&á  Þ    8i
ý_WÕaü7ÕWOßM=}Ók_
Ý¿K-Þ3/4  u~ƒ{ûÂa[×]ôúá¿Wý'Ìèî1/2×*¥z[¥Ôûî¬ôÔ>¿M¯ò  5¯¥ÓÒÓÿôôö°ï]tí>ªu*u}'|éÿ*CZõÿx¿ÿÿ
v?‹3/4¿íú̂í?Ýz1/2/þí3/4>"  õü+Åw-o-}ðµ{÷Kk_ªÿ-¥÷uù  ÷é/O,
=&¯Ú}(r)¿1/2|†+µMï{o¯{÷A-  '18}ÝGzîÿþ¬Š[ð¿í|²  W',  ÝïÖ‡¡uY  .  ~  êX  ý1/23æ°}:"IuBò
¿~S‡ÿßÂ  >ò  #...¯¥ÿoµ²  cÿI~þµ|    °   ê_ŽCéû9  Â  oþ
ÿ{y  ÿÔ}¹
  µˆ‡  ÿßO"¿÷u÷ÿý/íS^ïØ=x  ë÷a  ï~3/4A}j¿"÷Ðaò¡  Aÿþ3/4ßk,!ãúö-zÈ&Ù1/4õ¯ð^[ur  §ßÿ
=Ý}ï&æ  ¯è‰ÿ¹  V¯"A/ÿo\°'"  Nµûûz3/4^"  3/41/2¿×  >  ›çHúÿå
ÞÿûÂ  ô‰£üÊÿRD  é-~¯ÕÑ$^íõÿoå  ¿úu¿°-nY  î-êÿpo(r)ZŽ¿a°
Õþõ@-ó  3/4È¹uÁ/¯  ¨ü†jé  ÿm/¿{ûÔÝï~3/4EÇÿ_Õ-?Ý_Î^ÿ7þ]1/4=ë¿°Óÿÿ-_¯]+¯  Nó(c)ªéXZs"|3/4
*\7ézô3/4¿V¬èé‹õÚ×{ÜëÞ*Uÿÿ§~¿(r)þû÷ï>ô•ÿ;‡íôöuaûóSßôÚuîž*iF¿  (r)÷>ÓéwÖ×¶íµÿïÿ´1/2ÚJ›
N   î°ûÌ}N?Õµ×Ù×_µþÿ°kúÛþ[W[û1/2WüžÝ(uú{k  y(tm)Ò-(r)ÚV¯k|Úÿûì5Um¿V  úAúéª"í<5Ü/Ý
Ú{†Òo<v-¥"*1/2§Û†ÂOØ_\Ü|Û̂
=3/4ØJàÒõL.ö-ðìŽ^çö  W°o"M°¿þÛ#¬0¯¬4`Èâµa{.:-`ÂV  xaxa=y  *µ¶±"¶  †±±(r)1/4{  "¶
öÁ"^"?
4µa,M¥°Ò°"
/1/2}‰£îÇqO  Ç  "
wû  Åq[ë¶|÷mì'X-
u1/4'ßamkÄœy  ...  ÅVÇ  °ÈáX0¡  ý]'""Xi]õ}oÚ(r)¶A-ß‡×öf¥*öC1/2=6*ö  Â^Ý5v¿ÚW`¯W  Nâ¤
  ýt...Ú"ö    xa^Öïî  M,
šZ÷_ª
`.
l  q  Â{\  :àÉëÐ&   ¯a}mR†šÃJÂ
%â"!-³,      !¡¡

²à ö A-6"DD        (r)"
-¬ÜDDDD0BÐa .e
  j~ eÁ
 h0˜CÄDDDGq Q ±      "DD§Çýo -R°-
"1/2 j›ü,FÒã¶'n:ÿ Ä%Æ   Ê'ñÿÿÒÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ}á+ÿÿÿÿÿþM‹LŽ2Ð6g`¦U -ÁÄ[#£á ₠ØdXf
A‡2@0v6YØÄPMep]IÁ1/4G
A @ÛtÐ[Âª-è3³Zü=~- T˜ k]:¤¤Ãnˆ Î ð÷Kôœ... îˆJ Ô
1/41/2ß-Ò Ö ×]ïm-ÿ       +µ ï1/2ïN"O-Ý+öÈÅÓi|(r)¢!ˆGæˆUÔë"¡IyHÑÓdX² ù
90å"² "(r)u)Ì× '.WN ‾Kå   ÁŸ Î¡
Ø(tm)H
O    Ö=ÏGV  ä= '
Á= ãöô ›$5n,!C(r)
ô ¥¥^ƒ  " h4-ƒÂÛˆƒJÓÓàõÕ]-Ý
wÛ"ãéaa ÒU¥P }§iÚ|=8 Iˆ¬kÛ jˆÜ7]´ ~ ð\Éáí.ÖOœE¢çD±Ç¢_‹ ?oDæè"^ÝÒDéý1/2 4>û¤N
y,J-" ¥T-
,'m'â'Õ´ nDçÁ "û"ý;ª       Ìä›DHJ  Sn-éwTé$Ý
H¥éZìi=5´ô- w!á: 6 õß 7 --
^÷o¦ÚµcI3/4ëíúé
(c)ê×I[^1/2tïß×NèU5û}=íU=ix*Òt¸*ö1/4k§CwÝk\t3/4ÆÝ%úoEŽÕ"  oéqí*é"-þÞßúZWÛuj÷V•ûn´þ
¬>þ¸Z"IWëäZºúþþôÃm~Á]-µÓˆ°i/ •Â  µý(tm)
Ì ßÈt G Úò6ôêù R ‾"5‡¿nãöúöµ•Æ úU×
:-ƒ ì ´6"Y
!¯†Á ÚWõ¿NøJ•4- }á‡ý Û÷Ý  ~› CÃzØkß÷ýôCÃâB#÷_@Üƒ õD.ué]AºD   z V(r)û-^ž"Ú'
   ‹E}R*2 †PîZ3/4è`>È9Sú# [-]í CéméûîÖ˜-X ÷oû ‡Wè%} ª÷ÃÕ{Â¦÷ ´3/4Ÿ¿KÞ-¿þíÕõ"*u
o*ÎýV1/2U‹_uoúo¥Xehjª-Ù
ïœ~u}}-}Z]gSÿ[‾
  ýwûoÓÇÝíý µ¿÷o: ‾"·¸oºK±"]ß R^ÿþµn×ÿ°ÿ^(r)˜iEk´3/4ºêö"SKkí˜_éÝ¿öÒl/Þºº¸Wnª ^•¦Ñ!1/
2Úël43/4ÏÍö ×Õ‡io°Õºï<- &·
#æÃ .Ò¶ K³ÈŽ Á}CL4šwm/º¹0Y Jªû ‾ G ¸ãv˜av)Øä^-"S oi{b¿ ƒý"ñ' ý6Þý¦!~Èb-±[UV
]5 1/2=÷ 1/2þ÷ßîÂˆ¸M^°-°ÖÖ N×   ¸ëº
-ð×ÃÖÈ"‡-ña}   _@Á
ì
NÁl.Au  `â!".š^è0CƒCÄDDDq    7>ê ‹x^‹+n± ‾‾Ž4?Õi J-IR¥äÉ 2  ŸQXñªý-¦
ò" 8þ¿ÿü₠z" ïÿÿúU¿¯ 1/2o[Öõÿû×ÿïÿÿÿÿëÿÿÿÿÒõ¿ÿøà
endstream
endobj
8 0 obj
<< /Length 9 0 R >>
stream

q
554.64 0 0 732 0 0 cm
/Im0 Do
Q
endstream
endobj
9 0 obj
34

```
endobj
10 0 obj
<<
/Type /Page
/MediaBox [ 0 0 428.39999 703.44 ]
/Parent 48 0 R
/Contents 12 0 R
/Resources << /XObject << /Im0 11 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
11 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1785 /Height 2931
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1785 >> /Length 27262 >>
stream
```

ÿÿÿÿÿÿÿÿÿ(tm)%²È¯.DqHâ  AÑ
EIó$¨È
B#0gu²¥  •Š@(tm)  h  .ÎÈ;Ê£æAk2N•ß%
ÂDg3/4iú3/4vJøTÖ×Âê  ð"3/4ÿð"^1/4  (r)°ÿõkÌ°ëø/§{õþā‹ß  â*#Oÿÿê1/2¯Ç¥Uÿÿ_5M÷ï¿Ý6%2r@R
C6!á
DTD6`e
   )ty  ž9  ,²tJQ  ùå•mIâRDL²  8‹£"!Ä¦"   ƒ!šdù!Ñ  "  ³,  Ë"ÃÎ¬"tV(tm)RpƒÐ=;
             Nx-/(  TFÆ¡  |9Ð  à"  H   3P_  BTD  "Üĺà`{d    DⒹ  ß  I-f  U°A"  t  ,Xa

ï       ,  "Ÿ¨1  Ô    PvU...  B  \  °M³æpŽÔ"9'1ÐÖÓ        Â
4"ô
´Ó‡‚D  Ðzi"
?÷  4   N/‡  ÓAþƒM>,/èh0ƒÐiëÛ"
ê  Û$Â!    ƒïU"÷  ,v¯M×î.(&3/4(c)§±v  ýU=>1/2b  "Ž  wè-6/  îîù  )¡¦  ß\CA¸@ÐiÑ/¤  d|    %îK
œŽò>šZ#·!  ò8¢]'c¢+´KÚ%žBCD-¢;û)È>æ¥  òëÕõš"8ïÇ"c"fH"ôÈÏ"-Eÿ        ÷ú':%í  ÐOÚ'<H(r)Ö´4
Ñ¯  v  Ât  i    pƒi<!@ƒ~    à  ¹#,  Ôló
   ,¸"
ð@è  n  oÅ¥Dæ  A‡Mš5'Íê  Ü&ÐO           ð}[I1/2"Ú  ¿è<  ð  ÐM¤Û#ž(r)EðÑ  =  !¢èä¨êïµZO
°¯Òn›ªxMü'§JøV"Ðiûá
UA
(r)Ÿ§¦é3/4ÿ-¯§...ÿZA´  íÂ
þžNtJŸ§Ö  zBÒÿúéé¯Õ1/23/4¿¦Òú]+i,ÿ¯-§_
    MÓ]/þ¯_Ó-Óý:Aéé´¿÷úMØâ÷XÕï¿Z
±é÷¯Mÿîkÿû    §Çÿêÿô  -^žÆŸ°éêñ§M-×¿
°°ß  uá  ïõî¯é7
[·¯¶í.ý    ÿß{ý  ^°kì  ¡Ûë~IŽÿúIûø}kûû¿
íoò  Úÿƒ÷ý  ¯ÖÓ=,×
3/4-¯ûZ¿ÿõÞPK‡¯(r)^4G  _C  û}-Ì  JÿU(K!Éõô3/4-ÿÈ!  kþ¿ï¨  Ù
   ¿ÿ-`Ä  ÿõf _  1/4§
Sûl4þ#°ÿˆØ:ÛZ-  ruÚ‡úÝW  ïMûÂ(r)ë]îFÄd8-òð¡ž¿  ¶µµ...µÕ  Èa)  ßïA‡n"~  {ø`ïwîÿý/ÕX?M"~"¤
`É0"3/4?wö¨\×}ØD<  v\  #þA{
ÿì  Ôõ�ð Ã¥ðn1/2j¿ÿûJXFá†È²ì¢.´1/2à¬0-ÿ÷ªÑ2?éh<>ÿBR  þXµ¯ùbn¿ú5"ÿ)Åýïÿ-únŸ  aèGößôCÀDtt

^%"õúôúyö¥³¢ÿ"ä¿Z  ôJ        7¯ðtýA"ý+  õ^Ò×",ûi/øDZ  SŠ^§õa  ÷çK(r)üéÝ¦-è?Îž  öÛÿø;-"ö
¿{×Ûëþ C>÷Ûu  i°Ó1/4    Ž
þµi°űï§×]Þ÷
   O~³ª ý~ÿÓ_3_ZžozÚÿí÷^¹Õø|Õ}/j°¯¯÷V"kúúÝ  ýwTÚ¯>û´  [ûs¡>}¯ OØV1/2ÿ÷Òÿúí;"ï%ÍÛ^×}õLÍ7
-´-iþ¡ÿïÚÙú¶ª"
nƒßþÃõZöÒm'¿í;

+ÿ‡ÿï¿*¢^ë~Å:÷ø^1/4;
4-{J××_´"[¡ïä~5<jûiZÃ
êÃ IÕ´•ÿ°‡M(r)¯í¥÷ðÕ&ÖÂ°Õ°·Úô¯¶¿ukl+  û
$ØZl    †•×¬0[vÒm+Kuá"¡¬vö    °µ"çíS         H  ¯"ß  õî0-
A,L0•-"¯a+-^  ]mu†7ýŠb    ÃØ'f  á¯
Ä(:ƒ      1LWÛLllƒ3/4EÆÃ  ¯¦*ï*b¯})ŠäL‡3/4þ*âL{    Å1±L{_á+
Ã  ¬.B1/2...3/4ÓW!°öÔVÄ  íZ±MV°l íw±  "ÂÝujƒ    -ö    µL+
"Œ‡¡‡  ´Áþö-ƒ  b¢["N
   Ð†  0¶  1/2  ¡&Ô0×°¯ ÒïMHX°¡  Óí  ¯[ß°¥¸A,aw†  ^á,-ØB  §ì¥×PÈxÄ  úkƒ+ì¨"  !
)v  °...œBi"Dl  0†  A,"ŒDE¡¨"Z  Â    H
   B"Ð^^^  P†Oa,  Á  ï-šiXM†
â"8^^^^^^Ð^^^š-,
!äNŽ"#  (r)YmÿÔûkî  Á    ö´ÁD  ùj-¨ÿÿÿÿÿÿ2ZÌ"9"q,ì-8^ñØ1/4vO%Ì(tm)²
   ...26gbÌ-  s1/2ĩÈ¯3
àŒíÛe$g
S¢B.¢$>ÌaöN¿þ§dfEÕÿ"  AÃ{}}<Ó  ...    ÿè=µ¯
ý¯é$"þG
S¿ý(r)-^Äó"Cöýt  n    2a±}úM1þÂúýR
ÉŠ uþÞ[(r)zŸ¯ÕW]é/é
þï¿ý=o¶ïÿþŠ]ò#¢.Œ%ÿ(r)¯ó/^K}?§*¬•¢:RMec3°
   f  Õ"$Ñ:^F
Š@Šv_\  D,N×ÿ"làÍC!Å::³a5D@|    ¹øŠ³\lCXþÍ'ÁJ  @Ê
@Á  vGË°žL"  ¦"CX¹
êÕ
"  À@  ¨^PÍd@b78)N<¤
S^  <Ö  Jü+´    ,a  É    OÉ  B  ó  I₵uA"-"¨O  =7B/ðŸ h<"  ¸N7ïM  ƒ´ü  Â
   a        ÷¨ÖƒÐa;  8µÓ¿Ò    ¶¯Ww
?§n¿‹  amÒèŸÞG  ×MbÐz äAßí¬:N.ôïÐa  ûäWQ
q
   ]¥ÅÈGjÒ{  ò    Œz~F{Ó´Éœ :%ôKÜY  í  3/4¹ùÊî‰  Ô‡  ¡Îæô³\ZTK  ‰"No'àäsü¹¶  æpÈ-D1/
2¢/à  -ä&a  ¶-£KJÎ3/4ð@è  ¯äýúUIÞ  pƒtÃ¹Íò9è7 >@ƒuå\#W±
é  á7WH"'c    Õ-a  hí  Òo¸A¸Wu¯Çít  Iý{ú†Òt  tý6,
ôÝí=ûâ¨°>"ûé;MmZW·]p°  k§ijÿÒz¦¯ïv=u{×Ó¤ý:Mÿ÷²$<$"ýWM¥é;Oí>þ"¤Ü/ÿ·_Úµnžÿúêõ¨ßWÞ•á";ê
ª‰MÅStøÝvëâ¸Xûý7nÿû×^ýcWø}u(r)´ÿOÓÐé{}  ëß¿m-ÿþÿõéëþïû  [þ(r)K(c)
VÌðVÿÿÕûò&%¯a*j  Zðzës  ¤å8°[A  ÿõú"(c)dþ"P  ÝƒÐ‹BÚn3/4"^¯  z¦&-7 Æ  -FÂ¿
ý  eÑrþB@?zd
-jñuÿw°õÕ÷
ßÃ
¿ïkwt'&  /µ*&LGì,#[  ÄYðÍ´¹&  ýU1/2_ßþûú  vê)}‡¢  ?Zêê3/4"D  îS ¯&c
}_†  ý¥¥ù

3/4  ~¿ßõíi  VÃ  o(c)Ô/& ±Ww×÷ú!:¨Da"ÿR    ÃýmôAÆ¿ýÂ
ñ÷{^ÿ}êßúH0ÿ´D  j""}¹bê÷D'ñ_–Oš,~ë"2²hûª#>õÑ=:Öúïÿ÷šÀ÷¦
ïv–KÔ~°·§"...äAwýý_[p¿u¦ÿUþëÿ¦-/"oÙ(c)ný÷{û  /È8ÎS÷Ã\6í}%Ò_
   Òwþ×ÿÿðÿ¦ã×@ÜêŶSß¦öÖ¦¿‡Äö  {Û¹ïvë
èê¿U×¿m}ÿÝ  û·ý"{ßéþ1/2çWÿ}é.´1/40  ç  ;ÿ  zÿ×î(r)-k·ú  ëí§Ÿÿéð•(r)1/2?Úî"  ×þ(r)¿-õ1/2^¶Ò"û{
  _1/4$Ù  ªûö¿í  †  ×wa¤ÜOßÝpû
`¿¶"k¶¿k¶"æ•ÿao(r)Ó~Âÿ3/4Ø^ßµôÕ  ž¿...`Â§#åi7KwíªgDGV"u  ú†¶•ÃK¿kØ]5ö  I†  ²?ú(r)ÃUÿãúä
Âøa...µ_±ÃHœ!G-ò%ö  +  Ø¨a((tm))þ±      a,WLVÈ(r)°÷a-  >/Ù  r1ï÷Ó  |†
ò)üwÇ
    ï²  ö  "A§÷â•¦)"ü;[µÃwªlTƒÃ(r)ø§]  Göú"^í²        "2-,wO-"ì  aV(r)zÂ¶ša:k°¨[  ía...×ðƒ    íõ
_†    ^"  \."4žÂiXIhJv#  ðÈÄ  .þ  Âa  _PfP°Â"!,  a 1/4!    DHk

Á  ‹+w    k  ËY !"1    â"!'  %  mh!        Db"#×Z]I¸¨-ž)ZÂ  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò
ÚOKPÒ&È  ;  ££2ã+...Æ  (c)žfJ'Ùœ~@ÎÒéÙH"çd´ˆ  .Eh23/4Ó&ŠŠ¹5'DŽƒ1/4í´  0A  A  ö,é'i-:Â
¨A ïß×Ñ  î"Dvúé  aßýtÞ,
-t  o1/28@Ú'7É¯§}×M°Duo¦ïÒ...urÃV×ÒéX  zzð(c):OOÿ¿Oô¿¥¦öÿ¿ï+  d£K°þvH¯öwž  ôŸ^ŽÖj;¸î  )
   ˆÉ  GÊÊ%ÆkG(tm)xêÊ  ŠŒ"
"I
¹Ã'  Š1/4ò  ?vfÍ´@Ã¹3l"  ÍŒ-ÍpTÂ"¿  ý2@ÊDtGFN)¨)    ²þ†²"bš,Ñ¦)N("  äZÞÄ  "l:!È
!x`  Â
BaB!p3Fl@  "°D(âB  ^\¯3/4"øL  z
   ð  Ã(r)  ....¿¤á{"
     ¨A"  Aè0^s

h0  á  ì  4Dzª
   M=  Úiá4    "-"âÓÕ8Ó  ...I.  6  §~  wá  ƒ@Ó¤Ðjƒò°š#w  V²xÑ-:DAÜG  ž^wH4  _  ƒ´GŽ9/Ú
ké]3/4¶[ƒôß¤äýÉsä²¡  ]¢^ôOÚ#¹÷/Ú'ò¦¢;r\Ð  nA
z'7'F  7  ">'  ...ö"œvS-s  Kš#Aíü#7      ¹  é  -G6^ñø2Ô-¤ûÈ-ú%6ÿ.  '@ƒ|
Ú%î  -  v  m    Â°è?@Ù  é
'£¤ƒim]}7    Ù,  ƒZA¸@ÿêÒ
É÷VÓpƒ3/4äþ"AßÕÚz1/2^úOMÓi  ún  1/2
ß,on  uõÔ¥JúMÂí°jÿA6  3/41/4&(c)ÚW§¦þªûÐr  éÒoÒ§W_îŸ  ééøN,}C×ûkA3/4ñ¤úzk¦"îž  ÿ{õ}'I
÷¿ß¿Ù  ×Æ  ø¤õTúZ×Wý^ªÞúáí·Zý}7éw·m  ¦ÚZÕ{µNä§ýw¯wÀxêÜMãWïB"ÿ÷¦iV'iÿöÿöÝ=>  õëû
**¿¶(r)¯ÿÕwOC·ëöµÿïÿÀÕýY  ¯Ôt-i}z}×Üü‹  ]UÿM[J›'  Á>°ér!_ÿÔ/†¨11/2¯Fò8öúá.ƒ~£
@Œ...  û  ^ßI¯gï  ¿wß"A  ðÿŽEx·  wí5...ƒ"Œ‡¦Bä)  Ð^¿Õ¶¦Aé[[*  x`¿ûkýñq  ?ÿ.
ÖÓ¿Ó î¨"  þö3/4C

  ˜  6CØ>¿}~¡íú†
"-.À›ÿ¿û÷aWÿ"A#ëÒøkj¿õzè  ƒ  ,=Ã
   ö  ë1/2_ða²ÞÞ¤
...ÉÔ*  úÿÿ×ñ  ÿÐIÕÕß¿pÁa,O·×öí  ñ  Ñ  õ
¬71<Êõ,'"Ë  Z[YŠ‰-F
   B¿û_öêÝ2×&¿þ‰o  µO_Q¡kiwÿÑ  $'Ñ29N-ä  ¯¥-5ƒ  Ö  `ð¯´÷ÿïªÿß×õ¿1/2ßúý¥
   ë
õ"¯¥Ý~ò*~Þëoâ#¯Òÿë]>v,-÷(r)ª¡  1/2u÷¯¯An-aß  Ûî×¹Ñûÿ+æ¦þ(tm)Öag"¤  ï¿ß  ¿A×}§ÿ"þ§MOª<
ýþÿÖ³ºûžNÝæ§°
õÎ§kÞKÍÚ¹"ï>"oï¥  ÿÿF³lÔúôõÐ]+[ýxjîéö"¬W(r)"Á¨t¨‡ØW‡^ÿý×M¥Ç¯¶*Úëþßë  Mwÿ  }¯X]ÛJûJë3
/4=VÿïO~ëÕ1/2a¤Úî¶¶ŸV¶  K

a&Òÿ÷Ý´›^ ' ¶ Õ;I†-úªZÚ¤û¥þëaWÛ[¦×µl$Ûi0ÖÐa+[..."
&ÖÂH0N!0Õ ]7ím+ ¿{ °eÑ <5uŽÝ†"h&Ò³ÈàEì$Ó¶ M¦í¥a(jÁ"¶ V²/ 'p4¬$ Ý¦ * \<P
bLtÔSÿõ
Ž¤N
&
%b ßl*b$Ÿ ¤QÂ wÁ" °" *°az†
±Q¬l L0X-Š^\T,?b˜¦ ¦Ä&$¡†(c)¶ a ¿Á" ÅZzö¶ Ó ößLS (c)lBw‰7´È<\0˜Ø¦ °š°Âi}¦ºi(r)
Ã %ÿ_¶š´¿L+a5,pƒL xjšï jØ& "L(M$ h4Ða
°˜A'ë Á É dÁ
P
,#ÿ1/2" 0@Ô]ÄF"`ŒÓ -Bø`ƒ X^dbaJ¨ D8 Ç(d 1 KødÂ Él0^" e(r)
"""""!œLòÂšÁ^ ÿÿÿÿÿÿÿÿÿ•æeš.FN¦E£Lí v¤FC(tm)- ‹äxØ0L aœ•²%"(ì - ƒý #33;r
l3d - çÎ d
ÈRÁ
Ÿ-Uïá" ~iíZéæ'í7¥ÿ´ïÁ/Âò.=W×0NßÉ>HîB
ÿ]} ÒW1/2õº¬ ÖŽ¤, '(r)Ÿ-èB 6-.õÿQ-´˜n ± Ý´Þ¨±ïÿ1/2 Òm-¥Â&ý-¥²Ç×§÷-ÒÛ¥ö(r)ïz
ë×öq ÑÝS
åÃíûwÝ"M'! É2$ça Y+‰LC$ "
_%#&Ê¿mr@‡HàÏ‰"$ª"h|,! àÊpLñ ëë1/2Ò É çÙ°ç
aë²œ(" ËA
pB(^D&†Â9 "6 8^t \Y8 ø@Õ4ôÂ š`ƒ M6 2 ]'1/2pAª~ , ?pƒ1/4 ôð ¨A§i§øA öõ Û
§ q§úÃÛöÒ÷PžÒé§-¦1/2Å´›v¨Zz
]êý ìEÈ1/4 ->K 2‡&qké{}'Èð?
ŒôäæútKÛ#...hœÜ"ŠH-¸‰-±.ÞÎ9: ,<rèþº 7#Â ô m'G A²t
^œÑ/mïª¿¬&ß -Nmº'á`ã¤Ü m4›'y È1/4 >-h m'Ý×MÐiá7AÐ!Û‡°ž›¦ÒÝíi*
¯z ´ž-Ûêƒí1/2<& ¯úm ß §ªë 6ÒOé6,u]~žÉÂ
› ÷û¦ÐO*\&´ƒtíÓý1/4-?éjû^Ûº×NÓÕÛ"ªû úúT>*‹¥ÝZµÕoWÒ~Óöþ(r)·úþÿé·¿ÿI}÷qýõm'÷ÿÒß¶'uo¯
ÝWÖ3/4¯ ÿÖïð(c)þ1/2^1/2×ÿWÿëÖï^Úö`1u÷
Ž
5úÖž¯é/ÂïWÒ#Aþëkúº_ÿéìŽ
GýÐÿê+¯þË†;UmþI_û\ BïM~ëo¯þøþÝ+×îšï_q¿Aõ[§þ1/4%õ"¿¹
ÿÿo÷÷^D ÕoÖž×{¯oUü""÷OÂ!qªýk÷
ÿý}Ô¶UŸ§˜ž"Ù‰ë¿ä -[wôïþŸDtýëÿÕýý_ó+
ß÷Ýkßÿ1Eê-§§ý @ºDH> Õý ý1/2uáÿ·î¯u ÿíwÖÕ/Þüéµ·.§dƒÞßú ë_ß~ÚUšŸßæ(c)Ö¿ßÿT1/2"]
ƒK^ûíÒö é}ï·Õ ^u û^-I´÷_ß5nÛ_¤ÚIu¿ß[¥{ZúúV¿¿×ë ¿*3/4þ×ôì'ë"-¤Þ·ûÕ¯NÞ›Ãý†¯_¯¯mí¯jÛ
KûJÒÛ¯êþ;u 0Âíô¿kj¿a*ì%í""_ßíûì%þÂÿ
-¥°×OvÒëâ¬%°ÒÿaÕ"Ý[´›Ãkì^å8L0-ö¿
í(aOŸéŠþ!1[ ² éÃK ¦!,0Jù ¸X`¿lR ±
ö"˜§ô¿@Ð0Á,LWÚ¶ ô 6 ¿A þšv+}X" ' NÓnÂ]"Òþêî b˜Oõkùn
ë~ám/ J ]·mBµ\4é † a]öºNô _ N(r)Ðh
`²7(k¦1/2îaÈ¢Al ¤âÂ`...× ]v °"‰A"-B E¡ FZ¢""""""""V¢"""""""" B""""""""1 ÿÿÿÿÿÿÿÿÿòÓRS$£
2ø(r)K›
G21 õH 6(2$Ê›"‡; ‰ ÎÖ SÉ< ‹>Ð0(tm)4TI"üì¥ÔÔ ³º'da
a¬$Ø]Þ^¦Vvë (c) i"3/4´3/4¶ W§Z¬ M9
ƒÿý ¥ë/ î '%ÎGv`/Ýè<F×...Pþ1/4-´ h Ãÿªå1/2kMÖê•Óm?]w[Oµ
1/2øXM- Ÿ3/4áV°÷áiÿ
OO ü -û; É4T ""ÙtvaµåN"Ú~J5yöp^ØÊÊ³f(c)¯ýþt#³²
!\†) F€... F e8! ¤l@^R

,       ¤Ì(!'(c)  $G¡pB  ÜŒ  (tm)£äf"g(tm)±  (  œ9ÄxÌÃÙ  ëÿ    d†^`@š!  !  ,3a
  Ž;ÓÕW,  B#¤Hf¨ä0¤À@Aá0@ðD>  Ó Ð4  t'a    e c^Â  †  iú    ppÐ3À†Ê  ÒÉÅå"1/4pôÂ
, õßÓÕûô
ðš
  ï'@Ðzhj  a4Ð1/2
i§  ÒãTÓôô  áSV1/4'...¿Úq"  §WÁU:"ˉÚm§ÚpÂ}§"  Ñ,²,ÈAÜŠ;D1/2È;ôKš'í  ÃDXÈ¹Ü"7Ä|zu  "¿
Û¤
.(r)²/´No'ÐÈì-;y  Býí:þOßè"Ú#Ê'öNo  œÚ#éù  ðè6
A  Ñ:4  r-  PnfÂ4pA1/2°,#C' ...çÈ³k'67P@ìã'}ú  3/4  ¤Ü  X xMÂo£H  ¬0ÂVNf  "  wz"-  7M
›Z    Ý¤é? 7M¤ì/ÌÒêÒ      ×["
=U1/2
ätAÅ¡"TKß˜íž-§Iÿí4Ö*#ö›Ó_Û§"Òµêƒ{Z_Âot¡>û×O1/2
j  °}+ê˜úA
þõûÏ7-Mÿ"Má...~˜~1/2RM¤íOMÚWM1/2=0W¥  ×B¿ÒÖÔ^Õ{  G\%ÿêŸúïMíu-ÿûè?ëuÅñlwûÇP•w±
K}U±]|Ò×ÿ¦üGÇöÖïß'"ÐÕô×ý-ª    þ-ú"Þ°÷êï}êµµZ¶÷§ÿÚÒê°ÿ"þ×Ûÿë¬ŸQ0/Ý̂Í  Xv"˜ý˜ï
f  ,N˜È  ŒŠ        }zõÿäc9P.ª÷÷]_%  ÷ëû
+#°  6ÿ×ôS"‡'j>?C}þC†";t¢‰0x2*ÐÿõþBê˜-  ë]Ö1/2ÿÈ˜~1/2ÿ‰Ý  =&ëûoò  a  é  t  ô1/2pÈcõz˜¬
      þÿ÷_˜îÍ@Ç*Ç{×ëÈ  03/4ÿû[]>3/4Ô•¤
ÁÁþ-¶Ôû
ÿtC1/2ƒ
¥îŸÿ°{"1/2Õjûõø_D  Óõ-{J  T-ÿßú '
0Ã"r‹ä  ˉ
L  kƒrjÜüiLRDøtBãÛ¿k÷è0õD.  §¿ûwè"ç}Ûþ  a
ë¿×ê^‡& Â-eo-  š^@Â°¡å'5  DZ}  W_õîÕ  ôI  ÛÑ  åÁäµô°þ‰#^¿,§Tÿé*3/4‰  ^ÁCÿîý"B1/2éP
Y.p_þ÷ûôK  xÚö"  #ÿÿö  _Òúéö3/4úMõã  '"÷Î  ÿÕþ  oµuPÚ_õÚÿÿ‡ô  ûÿ¿÷õ¿÷ÿ§ô1/2zww:Ÿg
Wþu~-"ÚÿgVöô¿V1/2?ÿ"úÿWÝ/í.1/2[-/!µ>ûÿo~Ò×)Ûßë  Ý"ôKÝû  Ù¥œ?ÿ]µU¿èôëÿ¿:?j*Úé-Ò1/2ï[i
kî"  ž  Ú[jêï¤þÚþÂ_˜¬(uÿ(r)öú×ß¿_t›où=ûk¶-ß-þÚWí"UjÝký¥i*k
WÛô-°ôû/vÛ-w¿ÿÚüx^ÚÚ{¶•Ú¦•"°-ÚV  µ3vz#äq~
|-"tÁ""JöØi6  ²?
$Òa¥Ó˜¬0¶°×¤(r)  §ÿðÖÞÂûÝxi  Åv
Æ˜  I-°"
'      7  ì  ÃJ  V=  ƒ  '  Á"£‹b˜2>
±LK-Å0Ë,v(r)ÆïëÜˆ8R-ââû
w  ú°¶8LB‹'@ì4¢˜Ò"ÃMl†  Å0¶  Bn)  AûLD
ÂÚ´Mµ  Qµ}  ï×þ˜ý  Ä`ö¡""Køkd    &:i  qþÅ4ÂíV°a[M5°ƒNÂ
;°š
+ÃMl&˜ÂÛKÿ}°-a+~  -  CPB
°ì+h0š
/V  `˜\*Ã  "@Ði,
     ,
0ƒ    C".  4  Í¸&6H  A,      a
â-A  `Šy6  ÷L(^˜˜˜°B"
  0@â"8^`g    ^˜˜˜˜˜ƒ  """"  Ð^aDG    ˉ¥XÿÿÿÿÿÿÿÿÿÿËPk=    †s!1fD¡
°HíLe¸±'b@3/4ð1/2ÒA}'    \‰JÚ°  - ...#  ¡  ŽÊ£ó±Ô=:³1/2@°
  ¢|¢¬+_ÚúwïNÂ¥°ÿXXz"ømV´GGÿ,'û  w+}""  AÓ¿
ƒ  õÿrö3@â  lFOÊÚ3/4  cÿÿ×3/4"t+Vÿ×÷°þ-þÿþiA*oM1/2úþvFUäãò()  òŸ%(r)³R!  6ÌÑ
!Ò8KgX  fÚÔÎ̂gÍKÁ  Ñ    ø†Œà§Ä4fÃ,!PG±‡  Uey)'
Í(tm)  Šv`^1r0  Ïy    =  á  lÙ(tm)‡(a    ,,!Œ̂  !ÎB  \  \"!  h    ô  j  tçØA,

‰ å
Ø...
â/-‹Šy¦    ¨  JL‰ô$0°ié-ø&SˆR3‚ž  u
 ïD%D {        D¬ˆ'  <  0ƒ°š}Ãðš
Ó¿       ¶(c)¡è>ûí
4,|D_"Á  Ü"d6y"
ê  ¨AÚiÅ§Ç

"ÓAðÓ‹  ¦¨5ô  Aá< Ó  65(r)ÓÂ
8éPhŠ?Dpâþ*Âq  ¡vëúa5°q  ÅÔ
;NÐq  h6)  G~...§Ü\->KƒÑ?bòs¢|Ñ3/4D  ;Y?

Ð@Ü".^%or'ō3/4¶B[Cþ..²<r-  Ÿ    Bw3f"Ÿ´K  D>°ˆâ9  È^È¿'Ç#    ;;(tm)AŽDÇ#°ôN-GÍ  Ü‹t  y

R1$-  fn  r$*3;$I$Ý
ÐW      Õät      ¸MÈœÜ°| è-÷äNa    tá ›,iú°,
¤  '8‹:  Nt
7M ƒÂA  Çà      íÓ¤ÛB•Â  ¸eÁ~÷Tž  Ât'"
-ôôýµN"ÂzøM
ƒwðžN  Ðoié§×(r)  l'vž¡l&é°Iþ›I3/4  &éÒ"õ°£KIúm¯j  Ó(r)ÛOÒÒTÿ]¥×TÈ7ÿMï×ªª{þ›KªÂ]n°O´ß×
Ýz  i^¬|_  -k"÷zz°Ý^ž  õþëítú"-z]ÿ¦Ò{Ûßi°1/2/÷ï  k¦þÿÛ¿kn@Š"ÕzÕ]¯BïáztŸúÔëÖï[Z}{OOïÿÿ  -
>1/2¯ÿ
    ÃÕ1/2Ò°ýR{úkÂ-i  þýom  þÿ[ït"¯-    Ý?]Úû.
ðrbê  †G
3/4òÏ†laVîúýiÊp¯u_ÕÒ¯  öë3/41/2øeÃ  ûû¿ù°Æ¿¿"‹'°õ¦ütÈ
ª"a‰    é. q  ûUþ¯ç@Âö-÷Ë'ö"ï]%ßÒ†‡ÒÆôû_¯-
uK]°ï"Ã!Š}úmW¿"wû
ú_Õ?ëü"KÝïý÷Õ°÷û÷Ý¿x^Û{ª
:  ‡Èaý/¶Â  ú-%\"  ÷ô°ÿõ¿è"¿ÿÈ>  =-ýwÖÿKê    ×--'á  DI
o-M·wrÕ~ý×ÝQ  ëé  1/2îïþš]uý.Z,Ê-%$æ  þ¹‰ÿß-QD'-~²¬|(tm)  _Õ-¿úïm{Ñ25éwë
_ý^êÿûîÕ]°C_ý/é×
÷~°ú

þÕÓ}û~Ÿ¿û  ï÷  ÿ
í'¯ÿúw1/2ÿ  oÕ¿õ̃ß(r)Ã:Û×ˆßš-ÿš'ë×ÛJþ  ê-÷ÿÿµ×ÿõîêß]ÿêÍk×ý1/2%3/4÷"Ê  õ<ÒW@û"mÂ  Ú  þ
µþ"Ö"ÕÿÿI5^õöýs£ýN§ß",}×_
    ¯]wïÛø  ÞÝÿÛ['°ëmU?Â["¯ÿ~  Ië    öûý^¿µ°ÛW¿÷ý[Koÿ´ýÝ_ÿ°†  mul%Ø_  -xwÿ¿aí¯ÿßé7^ð×¯
"^ÒÔîëµû  =¥°ÕímV  Kûv"
xuö  Ø}¤¯"¿°í÷ÕÃ  -_W_í†  °"Ö-3/4-¥¶•_V  SZÂv  aªºa.
,†V0VÂNÃ      iVÛ0V=Šø(r)6Á=~ýÁ?_mlBa"•]_ä^"ð¨"
u¶
+o'!A(r)ÆÛ"ß
  I‹ƒ0- Qññ[  oŽEáíÞÛ  Èwín  Ã!ß  ßÞ(tm)°ûñð`·Ã[LSþ¿u  Å~Ç_  Åtªüi1%  (0¶  Õµ°¬0¿ðÂkØ
Za,ÚwßN."Ã[  lpÂa/ïîÛMo´Ÿ¢Ü&    ß¶  ¤Ùc¦
      I0NÂv¯¬XA"àµ
·ƒ
ÈÇ°-}oÙ      wÞÈ#àÁ5ˆâ;B  L>›  "  ÂaS
u ÂV    V  0TU¬d  sÂ    M<2=Pˆ¯G        búaPhE""V(c)4±  T,Î5  !¯ˆ  p¯ˆ²ÀÊd  Ð¯ˆî  T"

!^^‰d  Q    ^^íPy':ÚM"¡ûV×[    Ã[      â-5Pa  E  ...
?ÿÿÿÿÿÿÿÿ+•    Ê(tm)  s"Ö  ;  gk/úoný  1(r)¿
"~"&öþ)  Ý?ÖŸõn¯âsS...'K¿(tm)  ³¡
v'ãdf  NÍ‰fÜÖ!(tm)üäA¹1ÿõ  Za<'¢!Þ¯D>°oú  Æœ\Ck  -¿ì‰  ¤Jm3/4ûîÿÂ~I  <•  ‹Iy  ÌþŸÿ?×\'}".
".·þ>W_zoT¯NÿÖô/]jìtÖÿÿ÷ß÷]¿ÿt"öû]w÷ÿ!  53/4°Ýïÿ¿5,ÿ[Óémßÿð°ÿ}×uÿÈ3Â!óûÔô!"mÿé?'Ÿ3/4¶ÿ(r)
-µmë@"ÖÿvéÛ³×-[^ßßÔßí*3/41/2uÖz(r)ÿ-Zÿþ×ßÞ(c)U3/4Øÿö  kj  õAüU=ûûJ>]ÓÝv¿ZO°Â](r)¶"0(r)
çKvè  ÛÝ^[  G  ÞÔ  {·Žý"\HáÚÆÈ8ÿúßªì  ×Û
""Ý...Úa      a,  i    Á?öÛ  ÄDDFƒ  DkÄ†  ¨Ž
":áRë&éÄ_
Cì      Ël+ñÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå(c)
›  £ÀDÉíÎÕâ¨  ÉY(tm)k','"
£æyÙ7  f

v
  {¨ÄçeÂ"ã  B$þÑ"'ôÙØ¯Uô  ß-0ƒA¯Z...økUWL+¦ƒOïuû        p(r)¨‰ol.^(r)  ¢8¬,  ÿ|°ß_x"Cz@
Oœ oe¯ÿO@ß
.°Mýi  ÐN¿ïößMwWøO^ÚïÿÐ~  /Õ3/4¶"ikTÿý1/2Bäb"Çý  *Ú(r)§h2wfÆF2¤Dœ(tm)
B4)Û  @"HB  ý¹Ö&M<"Q  s6  ^
§  Of§‰ÔÉPÈ°>ÉÄÍ2  )Û,Þ3/4¶1/2¥Ê      ð°}H¢DTP^Z^]H9ÉÁ    ‡~a  }  PÍd‡/Vƒ
;×^¨T  dR'0  ašž  _"á"
ÐÌ
Ó"
  ÍŠ^t  t^[i,    "
°ý6-~  iô  `  ,
¦ƒA§  ðšh;CH&œ?ðƒm7¿K]/      ;^Òi
  Û  5Tâ
1×ÿ·tÝtí8†  NãTDpäWh83/4J  µ¡Ý83/4>o×ûDx-Åo  Ó<XlÉ¶Ÿ[~•÷È*¿D3/4^á§"^K¨‹
  ›¶Ej9Ñ:4K²  ý  O"t¢^ÇÑ'þµŽ?"û,
‰ÑÝ¶¯Š¬-9

Ñ¢PäH!"y¢Xäe--J-¹t
Ûá
,
D§"
¤Ã-GAÙ  åCH7Z    r#ú"§"ßÂm'Ì=Ìæëû  :Mï#¥iƒ"  ,
è  7'EÂ
,
ÂKêý²81zMëKkupº
¤á+"  Òöþ  [T  [¯´  ÓÒ§þúè:ONd-  ž  °MõuÓzÕÞ  âéíõZéÒ  A{Ó×Óu
  Ó}7_þÝ="Ú^1/2ÿÚï  ûvú|;Ói;I^×Z["ÝÓO×O3/4ô-?ÿb¡×¥ÇL~°¿ßý´ÿbÿ¤
  O
Õ3/4°ëZ²O(r)ôôÞ[ñõ  êínŸ§¶1/2¯  Ý  ú÷únº·ƒ{wõÒöëÛ¯~"Võõ¥Ý  ·ÿü(r)(c)ë
þÝëÛ_õÆF
OäXOI¿ÝëMõÕKßK-b-íû',Aþº"T=uä9
,1*Qe  $  è    ...w¿þ›iè      @ñ¿Ã/  ÂëtèxAzÿ["þ¤0Ã!ÕýÝ  äw§¶C  j
¬QßÇ_ë"ÉÁzÛVÿÐ    ÷ýô  Û³"-¨+  õ-2
þ1/2pÃ¶Ÿp"!,šÿöé~×  Î</ø~1/2·ÿÔ¯ô×Ûôéý  ·
>ÿ

Èg{  àÝ&´‰"  öÃ  ×-_ÿ(c)jÈ^û{È.  úZý  Àt¿âD  ëßUDY§ÿÃs  ûàÙ²ïµjHðoå"~û¯3/4î¤gß¤A3/4b
  F'o1/2  %  õ×ÿêÚH(tm)
Ö"×(c)¬%(r)1/2  öö ¡  ,õõ÷µúªÑa3/4°[×Ý×ýW"3/4"÷wz w:÷3/4  þ¹  oÿ
  6ëÿ"V-îôÍ]}*1/2oþÿW¥ÓÒ!±÷Õö´  X{Áýàîj~í˜1/2ù^Ô4"ÿ"ÿûĐ}W¯¹(c)ÿßíí    JÒÒ!1ûêÚÓ<ßÿÌþ×
ÿ#  vuxu˜ÒÍ¥gC×ÿÿ]Ò_ûkkkM  ê¿¤õëûjÇµëuî¿{þî-+T  !Ò3/4°Kî×cÿükiüT5õ¯Õ{X{Â1/2µ¿õô×Û_°ý/
ì+ î¶÷N--,M¥ï7Ýo:?¶Õ´-ÃØJ  Úõ(r)ýÓ¤¡3§k{Y  |4(c)!ÒöýØaXjÃWöê  Ã  {kaoŠ‡ÚÃ
ÿ¿¯`-  ¥Ø"Ï´´¿µ†"ÆÚL0,¿¿m~  °¬0•"Ým+2 éV    G  ƒ
m1PÉ,0Ò"Ø%ïGm  êÃ  "L2á!¥"ða  Š´Á~
    úb  ìI;b¢•b¢˜-àÃA  ÚbG :b¦,R  "#ÿ3/4  !‡wÓAŠ  Ø(r)øQ^Å4¿mo[A¯a  ¯Oð¯L%î¦(r)  &  S
ÿÿA...´á...
    °•yn  iU¦  ¯´Ó  Âvƒ[L&  0"Ã†  `ƒ  Đ2C@ƒL$A
)n  [µac  D  á'kù  a"n  µ°‡a        (c)
õ
  Â  "¬ËØ  Éïää    ¡  èì  ª¡¦  üDDDq      [PdG¥  ét"õ
à²m  .v8  ßØµk¶¢¢1ÿÿÿÿÿÿÿÿÒ[œJ,•Æ¶v^íí
    "¤  ìQ  ľ3C)Ì  ²1  hì(c)"  œx      Ø]  C  9{;²¦"  Žó±Æ¦Ã4Øg  >Ý,ùa  _ìĐ"un´œ'Ù*ÿØa
ûþ÷þ(tm)l¹  š3:
(r)-W
÷Á¯¯¶éÖ-¦`  (c)ß~°OÕÜŽ  ßí{ý$G
uz$CKå-¿-¬±Êâu´  7×ÿ×ÑPá  ~"§--]ßÄZ-"JÞÿO@^õþ'MÖï"úÚõmk  A×ýúéÖ-  ¿é=?ô°ðöÖß-‡÷kK
Kú¯-õN÷-ù£íÖL"<U¯þ[·Iè    õkReí}"I(tm)æ^ˆFVò.D  1/4  ¥s†KÀ^|ž?<}õû^!#98"TG-ÿµï  20@
@ÜÖ  )[  qÙ-4  FÂd1J†t3ƒ5  !ÞžÃ  ü  ¨9!¯"ñĐÓ4  e


YV    /¦  0˚Cðƒ%ÁÔ  3 Žô  oA=    zîîûØ@Â


ÃJ¸Œ Â
Â  k
,`  š†R  gÑ
Gˆ  ;"Å ô:Ñ
@v3/4  q±a
¦>M¦  =Ójûó‹  iÛU°L'jÚþƒO†  a  ˆp  0D%D@àƒAÿ†œ~˜MŒE


Óâ  ¡ö´  UhŠûV¿  (r)Ñ)´G  ¢tè  qŠý  n%ogDW{  š  Ó  -(c)äU}¦÷îA  ú%y/z#¿"u  !ƒ'K²%´K-Þ÷w
Ë;d^¢Y1/2/mÔô-"ôîUß"Ë8 è Þ%õÑ¢.9  š%6  EÜEØ?H6  }Òá  pžH°
Ù¤ÂnNmä¦È9      uuû¤1/4"'  vý3/4-è:N-ù§Mn"
›Òm  >ž¨Jl'l"v%oc'0"í  Dý-+';úÒzI3/4    õAÕ"ÚOëÿĐzm'kþÿêÒm  ÂV'Ó¯ÓïOM¤ü  £A7
  vA};¶Ó×^ÞÝ$Û'I"×K$ßëõOÖï]C~ßOĐ'µ¯"m,¡=<√¶  |+H=  ª
?w      6î¯  ?]¶3/4  iÕ÷÷WbÕ=ì_ÿ^3/4/#1/2-ZÒÞ?ÿĐ¤ß1/4¯ƒ
"]ì  k{ôßý3/4-"Ý¤1/2Õ+(r)÷UíëýĐ-°Ûõøûíþµ*§(tm)%
Ú÷÷ï^×JßW¿¯ÿ3/4ÿãhMþ¿íí¿ò6  ëdXûÿìû
ÿÓ(r)³#BÒî-ïjB
"(r)÷Jý÷ãÿýÉ¨>¿{îî(tm)"úÈ@_úb[õ_Š5"(r)B‡~¨¿nÿ1/2zI²
M××*þÞëë×áUë}=[Đ‹é1/4  ×kûû  ý  z
ÿ4  êÝzÞ÷°Ýÿ¿KêÔ¥3/4ë¿²  ,  ÿ÷ûõZI  ÷ÊpEΓ¨ë"3  ╱ÿâÚûß1/4,ð
´œ0Õoÿ3/4°núÚÿVá¢  °(r)-3/4úm:òGý†  ûû±Ì
,GÁ¿·U~dY>úRÉP¨  ¿ÿÿ"´-Ut¿éQ2-ï·Óîõ~Ú
ú  éo"2'üÔ  N
{Ûî"K"_¦k  êýwëÚõ¿þ°ªÿ÷ßãõumè/  w2  ÛÑÓí  #ä@´.Õ2Õ¯·Þé§·¸w"  m/*ëïÿu1/2+ûZ{¥mkM×: y

3/4F-]n  á~  uú¿ ̄ëNjµð߶×ë°Z÷}í ̄êÚé:ïk
ßJéýV  4Ÿ(r)(c)³"þßï ̄í(r)¶¶ŹÚJzkûK}¿ªës¡ýzÕ¥Ú"¦3/4(r)  ¶û-S_ÕþÕµî×èõæ§ýÿ°û-.7^ÖÿM}îÕ?-  ô›
]~Öõÿïmo÷uí~í-{3/4×ÖÎ‡ý†  3/4Öý÷¶Ò"]éÒWÝ¥†¿î°ÂV¿zö  Ý  õi6•...úTÒí+IÝué1/2Òöß÷°dt  °[
I†-KiZ¥  ÂPÖõõŰ^1/23ÀŒS
ØWÛJAGY    Õ1/4ƒ~
    †  cÕvÒ¶  I†  X0•(r)œ0¨?ZµÕq  £Š´Áv¶  $Å[
    ƒ
Ã         H-y  šL  AoìS
$  û±NÚIáŠŠ  ]ßür&
c¦)°]àÂA†  aéÚ
~ò  }E    lBâ£wïxþí'...û!áû    ^ß"ÓV  {[L-âMÞ¬BŽ
Ú`Âÿ
   Ü·  03/4ØA...µË  &  ªÞ›_ô  Â×uí ̄"Ã
‹;Úá...°š°Á5îík±]ðÓ  Ó  0-é  ÖÂâ¨~OþÐaa...
, HŽÁ,        )
   #    C8!¶"0ƒ"´Í-"Âñ
         õ-x^Ø†dèDé^h  ",#¡  ¡  ^f    ƒ  "##gR  "
ÀÁ5àÂQ    ^^^^^^^†N@N4ÿÿÇÿÿÿü¦        ÿÿÿü(r)
ŠY¯¯\Èc*Ã/  ªDQ"7ì€  I
}-ëJ¨ä¿ ̄Âà1/2×Û¶ûòæ×°Ò›#C  ë¨ÿ  üí+;×;Jêd¤2  !  )   ÍLÀÉÙìèÈf  ‡²Ã#Ùsá
>KÆÄ)ÙR    ÉžjÎ±±   5!  (r°Ž¢    Q  Ë
Œ¤•d@Í"D2ê   ¤  d0°-h  tz   ,A  Ù°"ÀtÑ
¡  ã89ƒÔ
¡pBhA&Z  Ñ.Î
øHf  tÓ  4  A  Â
   '  ±  0ƒ´Á
"Ö
>"´  á
¦  xL&1/2Z
&(c)§"ü  Ó¤  ¦¯Aé¦†  éÃAÄ;¦Èª  Ý  øê£[N/‹CÐ-X´E  ÷qki¡  !
q
   óU^´KÝÕ  ›(¡  h-Y  ïò.3GH-=  Øl  (Ž,ã"¦GîNŽÑ9ôN‹änäK!>‰Ÿ!.,
‰M¢Sr  ú  MÈ³ƒ&Î'N'  =  Ð!'ÑÜ  ßÐnDö
 x@áéÓÐy  Ý7Ó¦‰oÜ'ÿ²ìÓ'ï   §§"Ü  ÖÓÖúoI4›i  ôïÂ
Òt°  1/2?Ò¥é{    ~ š¶°tž¯ÀÐMÕõwv(c)1/2ú-u°¶  ...iz^  þŸïÚþ̵t  ýnôÕ"]iÓÆ"¯Û{Þšÿëî±á>.5U
þ4Ö;ãî•3/4›ÿ  Òìü ̄³/4Ç¯~;¡T ̄êûý}~°õ¿ôoÕÿ_þÕwþþ
}°•ûô~æ°•šÅ¥ÚûV\  "þ°{õ{}Óö@Å  ýƒµÞu  kÖ¤.Ÿ$  5$  þ‡÷  ×ÿ¯jþ1/2~‰0Çï ̄'  {é°Týí  s×
 ‚¨ÿµ  ÿè  }ôßá{÷¿  Ÿð1/2u†-ö   Ž¨‡  ÿÈcZ  ëÿoû×NÂô"þ^{kê^N}÷W(r)^"í¢3þY?¢Òkû}ý/×oµÈ¿÷
u  '?íDgUõd0ÿÉ']  ï÷ÚßßçÌú·Û¿ÖôYÕ~ô
  :¦   ã8÷á+}+ík°ûïïßÛú¥ýV-ý/ô"1/47 ̄ÿ
ïÐ-¿³_¿  __ ̄õu] ̄ûûþï_WwÕU?ï~´-u×ÂzýÚo×3/4é_Ó×n ̄ÿ~ßý{¦êŸüã¿ï1/2Õµ´¿mw\=m]umm_Ò ̄O´Ò
 ̄WWß"M  ßÿ_Û[]ê  UOl%°WíX[K{[ï¶›ßÛL/ÃUµÿáÓý"þÂPÕ ̄nÒì(<0"ÈŽ›      iÃ
iC#¥a...û
[a?éµU†  vÁz  p"{
ñlpkZ±ë
V=Šb1/2  ƒ       AÔW°Á{c1/2î/Ã-Ä ̃þúâ¿‰'û!^È#Ã  îÂÞ
%j  È$$PÞÚø"Ž²  =uVAâŸÁ]7ëvÕû
ý¤Ãì$$ß

$Öï

  K°-[...Ó
Ý5 Óý"V¸iX]÷fi
      ÕX!
  µ(r)Èê°Dtü  B Á

  àÂ
  ì  ã
ª"Y  pÑ×h‡

¡    ˆ‹ DpeÖ"DDA¸  ˆŽ""
ì"ˆDx-A_ðÖíõ°•âªÕÚáª3I(cÿÿÿÿÿÿÿÿÿËRºd"É¸¹l  (r)$"›
  fBBÍÁb\ò¦ ÌÎÔ
... LE@  >gš
š,"YÞ%°y¬?    ¨D×kÂÁál*Gc¢wTøtœ4þß]p-ÝTøza4×ÿô@  ˆh1/2âë%  ôKÚ"ŽÑ9µ'ƒ  ÿåº£j-...A  ì1
/2-"p@Ý6°†¨-ÚÔúÕêÝ´ÚO¸1/2>ê›_ÚIÝÁt"Óu¯ëÿÂô"ÿêÚµÿ'×Jv    `È¯ò¥&a?y  ýÍ#,îu"  %È"D3É
•é7Z.7Ù d(c)"  ‡íÆá1Ir  C†XÀv  ‡9  H¯, 2à‡Ô°   ˆ•  AÄçXãôÓ
!¨!A  Y  H(A¬ÅÔau-"a    ‰o 2†ˆ @ìÀ"`×6  ûý¯ô  d#º 2  r  @ðƒ:,f  S\&  ,   µ  0D  @a{
î  n  2œH³â*  t  ²4Zþû"é"
ì.ƒ   -i  é]"  ú
Ð4-ƒMP4=  ƒN:NÓ3/4?O@Â    ;[ÍŠ  =cÔpí  ƒN"âÓB†¿¤  ß¦þšjž^(r)ÓÕ  Å   &œŽÜƒÇÁ§'ôJo1/2
Q  9NLìðƒc]   ÇK'yÕ¢\Ñ,¢sr
3"[M×Õ1/2ÿ'ï²HœèŽÚ"ÃDçÑ:9?gš#æ,42   JnNx n"Y:Q*h6,ú{"
/'6´vnGm^-?·Òè é  Òy"ð  ˆNnHÉÝZ_è&Ý¦:   -wA´éÒw@›...õÂl žI  Jé˜  É"Ò     ô›@   H
nF¬³ä¹ô¨-Óp°¸Tôè Ý*¿Ir  éé3/4è·û    6é6"}  ÷Ú
÷{Ôè ß1/2%õýð   ÚÂ뉰1  Ý¥×éutûÚ&÷Ó××ÿ'ëVÒzÚúëë¯ §ß1/2ÿ
j/ÿ¸á+ÞôÚàƒt  êÝzî¦ª  þ°-þ1/2zm"êœv
  o×^ñVÿîÇ±÷íwzoIþ´¿UÞôâ¶Õ~¨...  ëmÿy  ¤6¶)z]ZO"tö×M×"
zé1/2]  ¿ßo...Zÿ3/46¬""Ò_´1   ú"áXwi÷ëß¯ÃLò#‡õSÈŽy   B‹uôD  ×úzà˜ê°è&÷î:  1/2{é  ÿ¯0  þ-
Šp²   Q\{Qîÿ!C  ÷ÄE"€
;ÞÈ&¯1/4û
ýðõö3/43/43/4ÿ1/4v'ýW¯"ïd€Ã  ,!ý*Òéa  yþ°Iƒ      ¯[
èGÿü_(r)ëK..¨ÿ"¯î{Ò÷ÚAY

úo  ÷  Ýp-"A-kì?1/2zÿÐA/{²
£!  ÊEÿ]  1/2¤(tm)†°,=¿þˆ{†Á‡ úâ¹  =ÂÝ[ Ü²w(c)2,& ¨‰7  ƒ  ïÿÿ'ßY"
95ÿH%t1/2ø  ô•Òð^"ƒmIOCòÔUë ë3/4  Œð rdiüÖ'2,
·ÿám*×éñÿM¯  _¸ý¿Ûà²œB  *ÿM_ù   ô›@°z¯µ%ÊÚf³ßÿ.DºVÿV  :'×  Ò´Ÿµÿoê
  ¿£"íõ1/4  1/2õ-°¶ýÀÕ  ë¿þ-ø\êÕ  ³£ý:-/êCB‡û_ªV   Î¯³¦Ýù(c)ûêÞu>÷5>ÏÚT3/4(tm)š÷:¶ßÿ·è-_¦×"
Z}3/4ÍÒ§ÛÈ:1/2µµcóû¯-ō"Ý]-¯y  êýŠÕ•ZÖ¿  û"S"[Z¿Î¯ÿë{  *ú°ý§ê×¿Mb1/2$ôû
Ú3/4--(r)é_i{
/l'jû(r)µ
[§  þþ'Wÿ"¿^•tÒµÒm;Ký×-7WJþ  V1/2×ö¯¶-V•...°´ÓÐjÿ  Õm+w"^(tm)œ^Aÿ`"
$ÃIƒ
··V-^  9þ"
ŽŽ  ?i;ÚÃîá(r)Ã    CI²êÒa,ÝÕ"   Úƒ
aa,L0J¶  %

,2:t¯ìì4°]Òñ  wÅA"-X(r)´
+ipl  J+B5Ù  u[
,0"0  b¶  +
%  È'bäL  `V
¸Œ~  ¦-Š‰7wÄ¨ö!0l   a¥pÂðßµÿµÓ  Å5¯  Ç"  š*ö+j%1/2Šb  ,TU+L‡<±
*  u!°š1/2Zn¶6:b¹  öÈ(r)°Ú¦'Ó  ...rc"×í/í:†÷¦ƒ         Ã     §i¥Úí...nÂa[L  ¶ÂV  °¯JÂûv+õÐÂ
&  _akTÐaj
-+Ã
x'i Á(h  L Á    C°¯"1¨†    $ŒDh3"  C  ÖÒ3/4"
2{
  ã@  """Ð0A,  g(
!  `4""kB  `"D  Å  `å    ØÐ!  MSØj"""""""""""#T  ¤
"?ÿÿÿÿÿÿÿÿÿÿ+Ï(tm)   ÐfŒ§26ÍfdDv´Œ
e ÅØo~ægÛ  5)#8  2
Ê@Ì;    ÿö¿
yÙÿì[ý4  ...ëþï  ééSÿûû×Dæ  ¨Ì¯EÑË-±'ÿµE1/2¿Òt  q  úÿÛíý->ßÁ~¿_þ"Jþ  ÷÷¥ïûþTO¶t*þ<{ö¤
^8¯
a"Ýió]#,µ,3  BŒD  <ÍŠk  "‡¿ÏÞ"nÏ‡  B    "á"?ö¯<Ð:Ù&Á]  AéÿÕ1/2õA"    ë3/4?Aõñhiÿ*1/2_M4
B?×ÿôö÷L,Ÿ?þ߯‰M¢\    ¢
9ÜÅÒ¿#>äúg/²/eÎ,  ß¯Öún  ¤êUâÑN?°ê  m"0Èâ¦'Pÿÿöý3/4  ¤ôîš-}n¯Ä  M×M  Õ3/4ºMºµÖ¸}Õ*µû
ÿOc×ß×¸^#þƒ}÷Ð...ëÓý÷ý¿
÷¯êT  éÿ
Rß}x  kØv(c)õ´
ý;í
äÔô-¶  éÝ5Å~¤
¡m:OÞ  ¯ÿ  F¦Ÿ÷
"  É0#Rtÿ¿²  EþýÃ
÷öøD  §´A
å>"Œ  ÿðÈbi_  ÛÿÖü=>,  ú  ëÿ¶ÛÓ3/4§PºÿnÑuÒuäÈïo×àßÞ¡nF  }  è:¿Ao_¶3/4S<¯¯Y
o¿miÚû:?NGC  Õ[]ü  tºßð^·þëôAÝ¥ÐúoMÚý(c)÷{Ûºu"zý}  ÿhã{_ûÿ  ïOÚß¯í-"í"]ï}úÚá"¢öÃ
_ÚÚ¶|¯ö,m/´ýw
÷-GÏ  ò  u¿È7àÂPÒ`Á;ª†  ×á,°Õ1/2  ]Xa9  =ÿ  °3/4Å1Q&úðÅE{    'S¦7v)Šþ  §"¶(c)"1/26  _
ðâ¶¦ä0=-  îØY  °l  ¶ÝL  Ó_ÓM*l%
'V(r)ö¶  ŽAà¡°•":`‡
  Á  &2¸`ƒ  Ä0B  |0¯AÄ0 ...,^^^^^Õ  ^^^^ŒGÉdmGÿÿÿÿÿÿÿÿÿÿÿÿÿÿþ[
A•;  ÊX  &æ2Ü  (tm)  (tm)Ù  >Ï³´:e8"Mæ
  D2  Êâ<;#*k;uÿ•ÈÖ,v  "Ì"%Ôp"þ"  =^éÁAu×_úR8r!ºt>V"Ýj¬³ê,
-n  õõ+a±¡¯^  ŸØ^=  w¸~  ^ÐýVõ¯Â-ÝýÿÿÒ°h  Œ"ÈVJQ>[²RÉB;#¢3%G"‡ÙÔ‰Yš
Hd¤"eXC¦|1/2ÿ%  ð  "0ˆµ    ˜  Ô*

åê^¥êLäc  t  Éù
  °ÈÔ<2-ezÏ
,!À¯Ĵµ  "z  ô!,¸  D0  žÑ    Á=f,  aÂ  CeÅ.`ƒA(c)øØˆ  "  eœ8a
~P)  (tm)
"  "eë  PÝV  A"-¦]  iá4û=  -
á
  Â
   `¨4  VÔ¹á

‡Â
h1/44þ OÓTÿ ƒ¯ æ  Â    ÔC¤r*Ñ8""È ëôãôÓ´n·¦   >-
   §è4 h4ô7P¿jžœhGØM{M‹-S á4
   s°´&    7*ÁÎ   ØðV-´ý1/4Goï
ä±b"?ŽÊ¦â-‰ãD[¢(î- Êÿ%ovêGnD-‰{¦Dr›ÅÉMÓR^îý ƒþÓL*- Â
S 0'&üpI¸V^¡ -Bu ü íÕª%Í A >äAÊvgü‡w¤    @ŒÎD1/4 çÛ%Út 6yþ    ÈF( Ü‹ iü Ú
ÌÚ›' !
  "ò^Ñ)Ö\Ú%:%ôE¶ÄŠõM
4Á> )
žƒ° ƒ    ÐAá7íÒ 7O%E    éüŽ ¨uÓp@ôß õþ'Aôš";N´ÿô "ñú
¸M°MÐm"Ú    ßDèä°`û-ûêë¦ë-Ò•×õ___OjÒ*Mö´ôôßßWµu
*...×¶-
éÿÕêëÒ¸MÈèé&ÐO -NŽFþÝ¿
ë')"Ûjƒ¥Õ tÿ×N5Tí; _°O1/2Sûÿû‹þöö1/27]Ó¤ü    mÖ´ôêÓh 9êõøõn¥‹ÿUßµ1/2Ðúö¿â 6"é]m7ô¿
õÿXý ;´ÕSuMÓíZOÉ, Äjÿÿ°¿mv þë
÷\úM_÷ÛßimX^ªú-c"ÿz¤õê(r)Áv5íâ"µ ',ÿ°T'N.ƒê¿ÿàÒwàÞÿZ´ Ž¿×:‡í~÷û Ø>äJ ú_Xþü71/2×ç@
Ooø²€Â2 ¯¨þ Á1/2-È: Û¯ðD _¦ ý Më) 4B†¶A
Èù#...ÛéwXcëúÿ þ í($Û
Ûõ~Õ   ßØuÿ÷ïp{3/4°!ÇþþÿÑP
a Jv Duñ(r)F,Á...Û   á NûÐ ÚA†îšÝkì:×Ã
þ÷Þ¤ &å"ú{¶ 'ÿÿÿZaø`û°_$ÁvC‹oëÿh‡¿·ü†‡H"â‹ë÷3/4ë   §þ _÷ë," ý-i ý¯ê1/2"Cç
5péî·áX2` "ÿÿ& Û°LäÉ£A¿¦µÿ)Å ë§ ÿ-3/4"ÿ×oãgæ -(c)
,žôL ƒ1/40Âô¶Ò¿ÐWïMªh÷É2t- Û"T<èï[%Ïÿ:;(r)¯Ó_Ôu¯¯úoEéÁü‰ ïT÷"¦6^{òCoúþ"ÿWû
·Ý²Ò
3/4ú}ÿ"ëÒs"Û:>^žî-ïþÕôÏØ?‡ûZé "SŠ^£,þ--þ·úô¿WJå oÚ¿îÎ=´Ÿ\ôþ›z÷Úö·ÿß¿kï þßÐ¿æ¯~ u|%
Í í]3/4¯Ú_ µNÿßôÕ×w"{þûÞ3/4í þ-ÞÿÖö}z×¬áÓj í ~
Î§ô1/2}Ò4D}[Jÿ¿v¢(r)•W] -º¤ÖÖÖ ë1/2Ò-ÛKµÿþÕ{ÚÛÕ5eú¶_ ïïÞût¶¦ëMlãzîß
Á¥×Ø_}°-(r)ÚØ]ÿ"¶×Í°3/4Úßaa"¯¨ïl0•>¿ØWäG^¦Ð >ÂÚö-"›í]ŠA"têê-dXû}¯¦ïÛJ &ò-(c) úr.~¶)'G
V'1/4Š8R.dAÜT‹ ƒ#‰"ð"_þ9 !Ší÷¦ V
¶¬ PÕ†ì5µµ¿û 1/2..."Ó1/2Hƒ¦5b Mÿ}E1Z±ß Ò{±VÂ ÿd- ôÞ¿¦S cø¯"Ä) ?xa(kao µïá...ëa H
wîÅH<wd û}ßí š}...ìƒ1/2"úL,4*þ¬/Ã    wþ(c)1/2"í1W†)‹ ŠPÝ`"aRíBöšpÐa[°"×ûU
   a01/2"ôÂ°Ó¨h0ƒ@Ë"B4¸a
àÁzÈ.9´á"Âöƒm    5 2 = ÃUú´0"DDD2dš
   `¯...A,   v ,Ø":V"D uÂêƒB ! Ð¯¯¯¯¯¯8¯^a HP e‹
/ ˇšÚm¦Aqñ DDDDDDDDDG    Ä b a0NÁí1/2R¯¯ƒ0Ø.1/2 Ž,¬
@¤    " i¡þ (ÎÚ ÿÿÿÿÿÿÿÿ2$Ëä¦æd&eq¬Š
J   ô3R.^Û( ìT3HY'3(tm)  `&vvv>GD Í†í°Ð
H
ìÁ ƒ;@õÝÎÅLìTÉ×;Ñ%Ä-¨4
µõýp1/4-"OÕ¦Â̦ýukÞ ...D· ûNí¿ù{+!'"_k ǼÁá/ÖÉ¹âã´J ¢% ßéIq30...ifD²_ªr¬öN¨"ph
ïª œ §[‹ ‹Óa ÿÛ¡ ÛH7,òÞÝÕ·ö :¿ë
×1/2×ZÚ́ÿ*Óô·3ý̂Õ°̧¦¿ÜÖJÍ£µŒ°=ÕÝMm ^{2 ‰Ôd"³¦mÊzêÓÓÛF¬...Š@Ì"-n^bY€̀ààïÀÍ
šŒ   d! ù°^,üÚJ±
=Î±ÁJ#Ã Lñ¯ ü¹ Â
ðp@Â! O Hf   ‡É€A~¶ÓU Lœ!
›  ƒŒ 2C0 ü ß   êƒwÁ Ó ö
€̈" ; 3F'¨gS1/4mh> j nšj¯Á÷ ·Ý z
7AÿN(c)ÿ Añ§è5Õ4ž/OôúßÛêƒ{ŠØáî-¿^œZz

.iÑ  Ã] ãÐzÝ±· ˆ±þ/§îµÞÌ|Šé ›D±È D¹õiýkü- ç
] h-aºW F†æt y ò]VFrgÒ"v¤$4 =\ÂBCð>Ý¦Ž\¦ÏŠA´fd  MÈÒ-r9ˊNoo·Vøk 7"u&Ý ' ï×]\
›z§vƒo  §W"ðÀýûªpÝJê(r) é<&ái?˜úà'NÂ (r)éÛÍ§ŸUô o¯á:ÂÐOÝ=
ÿ~ÿOWN¯Ó 1/27·ÿµg  Ý7Á]
...ôôÞôô_I:ÿ3/4Ý{~ß^¿íGúýé(r)1/2kß¸Òê±ë§ÿ-qôüUéé(r)'éklïoúÔêôÞ¿ö"ºÿð¶¦ý1/2  Õõm1/2Zß¯ûïöúý?
ëÓíW{ÿUî*ÿð3/4  +í"ßufhºUÉq í°Uö i¿Û÷kÛ^×rLjl ?îë·ÿ_, V ª÷-b#|ê ¤>%opOuÍ×SÊô"Oþº}
2 ²Ž"ª- n¿(r)M%]  Å=˜ëÿ...þÁ]ÔÿÐŽ>mÚýµ;)]ý‡÷íéþ¿ú1/2+xoýßoü"-?à³3/4ûíß¯~¸õ\7È.9Çíõo ëþ¤
¿†u÷_¸&9'+]¢¸û CíD'ÝÞÿI}/ý°û¹Ó/2,Ê ýÈ 'ÝW
æ&³PO1/2 ´ô
m ³UÉ£¯˜¯¶Ÿ÷þê[Ïÿ' ê1/2 ¦b§÷ÒW¨ä@ý Ý ...íïNºíÿ.¯1/2 (r)?ðûwÿ÷Ö-ÞÚ¯á÷ÿï K_T *3/41/2
¯úo¯1/2v×}3"t›ýé4ÚÿÒu ßëÛK":×ÑªÿýZÝ{÷úöþ-¦qû- Í¿-l9Ô¯ô"÷:Ýž ïûÿö¯ïÿ¿Ý"úÝÿ¯_î(r)"JýÓ
vÒû
ZJƒûëµøãm~Ö›ÿ÷O3/4 ÷[Õ^ìWï†-Ú°Ôkþ ,~á&×t3/4×ˆ•³ï ]{¦*žwØOß-ÔÒîþá...ú-áᴛ† ´1/2/wm Ó
#Å¯Á'†3/4Ã]1/2õÔ°¿`(r)ØJê†
éwÆšOÿkÞt;U ¦l ¯²7](r)ÁIþâ¦Š¶ JÕŠØ2âèû 1/2‰o7!È±í‰!þëïÿþÇ¢"5"v¯0Ó L|‰~+kéªcÞ¶*ßÝ¯-
âž•...j¶þÈxýÿÈˉ~î÷d ¸+"ÕÂ¸P÷¿ ...l/
l%÷Ã
ÚmCKvÂý
j-ú"^õÖ A,p`˜%
-~ ¯ ¹ɊÂé,ØN1/2P`1/4èÅ¦ ‹  ],  Ý&±hX]5\DDCB
 a
 øƒ ¬!¡ ]Q  B
"""" Ì"""¸¸ÄDDDl<DDDDDDqKë- ž; uý$‡T-ª°Ô*A-R (tm) "X´ÐíE...C
&¢" ËL/ ÿ%Š?ÿÿÿÿÿä"¢&ã 4î¤
 s%@¤É¡ (tm)'dÀRd)ÁMÀœÊ :1/2^ 7k!- 5T Ù‡ Üüì;÷ïnƒ!ê ‡Pß
ü ýiT.É ýH(Ýi Ùºû}ïÐQÊˆôN ]ÃÍÁ¸³ö'Á Ϊ°!
ê¥ÔêOOÞ´ƒ}X1/2 ÿÛ"Ðo þ(c)oþ*þ-°ÿö×÷û¦ v-?ü•ùôEÑÙ -È...× âù GÇe\q Ì†Ê  ¤Èl <†\
N£ÍŠS‹ Ä!ÈŽd´," ¿.È d: âê
ìM^GDàɊq"WÈc* ¬)H)
›-ôt ƒAæ¦ ?4 uO>Ì  5 ‡eXÃ ˜A" "
ì ¸; §"Âi, ƒô M Â PÁ ¨
Ñ" A¿` ØOµ}?úM
'†› Â AÅˊ Ú<Aºhm¶ŸÚzw"â (r)±|W§"ˊï Ó1/2§(r)°~ˆw
G ´Jðjˆ· Ø IÅ¢+û¿Ó -ÿÑ³š~ž‰oN‰ovÈ@d¿"û"¯|º9#-7%>Èç@ äLt A¸
lÒ'µD¸6âÑÒ%íD äÿD(c)´ƒ"#§ ÝÈ7§jG7 ¨A"t "é>"Õ=?A°x'IØ>µéP ò?Ó|'¨ Û¯N"ª
 (r)úúµ" •¥Ý Ýo"tßOVÓÓ†C Õ³°-- tªÒnµ  uu êÜ?ëiߪ
'nºíúkþÒÒºØkZñT m O\W¿í}
 ×Æ m
ÿCÕ ý µˌ0Û ÷ûý§ª ¶1/2Ó3/43/4ú{(tm), ¥Oÿ·_V¯êDÁ0¿I>Ü>-zÛ¯Ö ùdýuPs$° -]-"% w
A{Ü<‰' -Ð+ ë šÓwád¸¯û1/4 õÿðr¹(c)iôÔj
° Ö
T(r)
ç@]i â
ò ›•y ëg@{3/41/2 @ýªoì 1/2û1/4 ä0 ø-þ
÷¸Ç|ýß"0Š ""¿d §ÝÕ-‡ ÿ
†ëh, ï_D<zþÃ ÞÑ {§zàß×íàÁßÿÂ
'Ã öé (tm)×ÛÑ ~ù FŽ ôý× ...êo_ƒ{Ú×Xy'cë ät佲_"ü"Hïä"~
 ~³X¿ûòHÒûÙN&"ßy ?ÃU_E‡É2ÿá/¿(r) {_Ð7ºëë-¿¤ð{wZü~H6ö×ü7ú(r)þ"~3/4 õaý"þ-~ÚW¥^û

Mî3/4-UÖÙ#ÿo¯VÝû¯¦³(c)ôyý- OÿyÃ}¿  Ï  î¯îÿÕ6¯Õµ ßTÒÝ{Viÿûþ¿}¯é]-¶¯Øa^ž>__OöÂëï5
0°kÿ[*[k§÷ÿØMÒ3/4Â1/2Zé,0J×í.Oï¯N¯_ä&/
Õ°×í{Jë1/4/üT0°ÈéÛ .ÃV  µb¯î{
.Âf"¿†"3  †¦#  d}†`  ~Á/Ì  l%ßPÂëîÂÀÚ_Æ...]¯¤ö+cØ(r)øãÔ1mEÄ  îžÅ|VÇ×±ñ,E§ä-;†C1/4:V  ö
×!‡õ~Ó ðÕä<X*j÷Úé-...ßr  †¿°•§PÒéµ°(r)
 Âö-...{
ÓDÜ  W"JÓa"ÿ°´Ø/è51/4    †  °M0D|0CÓ  X&  Éc
  ^d€Â
!   D4Ñü  c,#R  4Œ&"x%
  Î¶|4,  ¤ª"""8^^^^^^^ŽõÿÝoÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþYª   ÿÿÿÿÿùl,  ì)  4UHîŒû;5<q4GEÑp\ùž<ræFŒf¯É›
;   €f6    H  G    (c),ÿfF¯"GV[  nv
 ´U|íÇða  ^f;Há-23üï'  r¿...Ô.  þ  Nþ"...ü(I¿¥  Òõí;ëkõ(r)-w¯I¿{#  §'[DZ;ê"±õ ßíÈ0(c)ÄlWÔ ßE¯L7  ò
ô}SI¿¯v¿KoëÁ´,ÃÁB×ÿî  wôî3ÕÝ&ðØÂ§ÿ×ý=Z¯é7MÿRVþ¯ûs#    H"dtAÖO  4A  "‰Ã'  ölB
  ÈÐÙ œ?ÞÒ  É[š¯   ;È8Û4    '  #L  g...R  9(c)#1Jr";Ó'  TD6Nf
r  2  ,!+  dì!"[$  AÝŽ
  Ö
  Q
w§(c)±A
°î¯Â...š£¤pM$-\    Ý  ÐxAš4    ¦  `^}g
  h0A,!È  R
ÕÂ    4  ¦  éÂ  L Â
SûOm
  Wo¨Är@KL†    Î- °Méüiè;Â
§ÿÝ Ó"°›Ý(A§   ›ª§±i±r L^...¦›ÿnÕ¡
¦  äáNŒØ´¯ª Ný  àz"  }X1/2xŽÓþEwt(c)§'<‰ŽG      É°Ñ  3/4ä  LÏä_´ÉÑ¢\økUÚ~œZ°
¹è8ª(r)Ø3+#öýA
yt  TGŽDÈ2Ô  ù  ÈNhÝ¹>õ @Ý_'7'ô  xA´  <^á4:  7ÈÿÁ;"ÿv›i'y  fmuv´×Éó'9¢+µ]
Òt¶á
^M      µH;u  _,
¿Ðh:      ´o)ûéÛT  Aéµé´ž  "Ó]  jô-úk,  OoûV°  fpžYß#·ý3/4¶Ÿ§n¿§ªþ  ZMÕÇZ
¿  Iû§öŸA_-p¶°{ûnµ ÿð'OMöè  7!1Ý.1/2.ý/Þêÿ  §_¿îÕ_,á:ZÿMÁ7Zÿ úÝÖ·öp1"µ_W  -'_{N'×j1/2"û¯
ÓOøÿJM ó>‡ÆšÇ  qé¡KiÖ"¡"  zøªèiz  WoUu  ÷}úÞÿZvÿ÷_[]Âÿõ§ÿO{vf  ûú...Âÿzª
ŸMÈ°ÿLØa+/œÂ¶"ý~öœ  šN1/2÷@°d
  ²œNõ"lÔ  °ÿ]  ×ýá&Ü>Ó§wþ†¤H/ñ-    ä¨Ÿ ßé¡Ptþý:šf°a.Ž€_µ"  õ_ûU÷_ë  f.  J¤J×  Òíَ€çÿoÈa
‡÷ßjÙ  )¥û  '  v
  ì  +ÿÂvíÿÚ~þ¿ri  û!Ãÿ}W×3/4Ÿ°
úéÝ0ÿý|"  =  ÀB->^×ÿÿ¢-þ¿|'dX8-êÝÿ{aõýâD(á  ÷Ðå"Ì  Ô"-é  ÿ
f  "GVõût  ;hŽÝ  ‰ûô§ÿ  ‰M  ýó  ÛVö(c)È6Õô  ;¿ÿ.§¢§ûî×H‰öè  ÖXÛ†ý"×h'æ
  _¢D  ýdÄÞÿ÷ßZ髯ì£†é~ê"¯°ý1/2÷~š+v¯û'Qþý÷Pœ^  ^~$û[÷"°kÿõÝo-¥Óå8"__...n-¤-  '  nÞ,ß§ßð
oÿÿk*°ªJ¿Ègé  _  öu÷\/OÕø7ß}ÛZ  -¿(r)úhgCê°íÿó£  Û§V5^-û÷ßOÿþ¿KO_  (r)¿vÿõÔv"Òÿt¿¿ï¯ÿ³
  ÿÖ*1/4û×µ_öÕÛ×Ó  ý¶×o×J  vt?8Ýj¿êûþ÷ö"ÿú÷ªÿ  þ--¥jþÝ.  ×k{"ûK  ôfa]ëßvÕ{ä‡ý¯¬0-iU...ö
×ßa"Ÿ4WÛi4ö  ·°  ",(r)¶°
"
ö"oì4°~ÉÄ°N×iÿîÞ"wa}Ã  `ÂOß"
ýmXj    Ù  4|0-V  †  8(c)  û"æ  Ý¦ÂL    ¹  =ôÐÎÇ¿Å2  ÓÃKín  ßéîEN
  õŠã"  ûf¯Ø...a.?cö%1/2Šd1  bJ-"  ¯TH°ú§í¿k¥éŠI†  Ø0•ZU(tm)  ;¿Ø'  {
i,#ìKzìŠ3(r)fE  ÷]5rc"×°mm5öÚ}?°•þ¿6Å{  †      V(c)uUvØ_á¬0  êÿtïV  _ì-
Â¶f  4Á01/2é,â¸A,  íU

ø`Ÿ3/4    V3/4(r)#¥âÐÁ
L  C*ƒ*.¤jàƒNââª¬C  0µ  0¯!
  †  q!1""'jDt8f    DDDG  !'
(P    ]    °3/4â"""""
¹  œB
¥Ëb"0B"""""  00µJ"¢°Ä‰É0ˆkê")úz"¯_ë÷ët8+^j?ÿÿÿÿÿÿÿÿþYIæFŒÉA  ª£  ló2ñfK
ì¢2  '†u3"#l".ÀÎ9  Øs#WŸgd4
r\ÕÃ2  Ó^¿
v

gd  (tm)Î(r)çpŸ×ÿëõái%{Âû^gfAO¹¥*×^°¿J  îNtœìo;5°î¥ö1/41/2¯ïo(r)ÿõª...¸Á+ÿ¤Éìo†  ì  /ô  ¿¯-<u
u(r)(c)qw;¢Þ*ß"GTý&Ÿî[¿]ë[ÇZøzCýz¯Wïz¯¿÷÷fö-(c)ØCÎ¨ª(tm)V^pÙ}Iƒ³lèÈÙ
Ì#AH¯_È  ¥CSGšâ-¿Òr  ^q°...  êÎšg£"!    fS‰ÿ  ÂfÄ#Å  ->2E'q
Ÿ    O  C•ƒ$0  æÍ
³Æy,  t  bÅ
ŸfÅ
  Â  æ  ß0(A"3  N£  A"l9¯R      ŒÌÒ&K³*ƒ"¯ý  ØAéÁÝ  !Çt  dì  03/4¯"í
  A      ,!'  %ì  Â  a  á5}ý4"ü  ÓÓÔô  za  OÞ*ƒ  4  á(r)
"3  |)>(tm)"P!  30ä  Ê'" è83/41/2ôôÐú3/4-ÐA±"  þ*ƒTÓ[ýx´./  Õ  qüCDW}  ÷µMS  qzh8‹
"A->0  '#b  !vz¸ïõÔDXqhŽŸ¨Z×M·âäú‰]  ç  }ÑœÒÈ[hŽ  ñ.  ‹B^àfü‹ÔN  ±/  lã"¢¤OÜŽÛ  $ù
  Æ  Ða>,
m
ÐDÇ"ÿó3~  7"c"  ¿äè  šR~äWH    ¯"6A  á  ¸A¶G?~²⁹Ð@ò:y  ,
  Ý  ÒÞé°x'"¤ZÎêx jD  §i('ä|Õ5í6Â
'(r)  p›ýÛZz
¤ú·ŸT  à†  {~ƒ"úN,  ö(c)éá¸  ...}=Z}7];  ¿°m&á  ‹'
Ü‹ï  ³F‰øD9.gªüZ%=n  ×'"¤¤ðŽŸ(r)¿zé  Ùƒ  1/2u¯N××Ý‹'þšk!Õ¯-["§î1/2z1/2êá
=Pt  =Ü&ä^¹Þ›(r)Ÿ_n--wþ›õ×}î¸NÐö¿êµ¯Nõw(r)+ôõïW÷‹]:]uMÝ¸_~"p*ƒi¸÷ýÕµÚ  Õ'ö  êôJ  >Õßÿ
wnŸþ"öÞ"ß×ê¯z÷§Ò}]/ëéúNÿêôõÜ¯tß(r)£Ò3/4û¸ÃÕŸÿZÿþúl  ^•î"ÿþáïÿ}þô>¯"ŽõÜÿ"R&+"]ýY8-ëÓ
É  ëÕHB¡  öô÷õÿþL
~´?³K3/4 ÉX"ÕôÕ?W×W]Ð›×ß·È  'íîŸ¡¤¥8Uƒ#†+÷ïø?¸¯Uÿ^"\"    oý  ûÙ
7×k~¯LžUßþ÷ÿ_Ý  ý-V"¹
  t:wûÃ
ÿ  "_{÷Óè,=ô¯÷¯
0]ýíoâ6-~¹
°ÿ3/4ÿð^w¯÷õ^  "ÿøn@‡
  ×úý  ý  ÓþZµ-Õ^Ñ  {-ÿÓÿö
¿þ"i  O÷mÓvÎ""A#PKÛõ†  Ãûûÿ8]ý7èŒþ°"Ù
±žŠp^‰oÿ-=  ëÿØÿu>ë÷þM  þ(c)n-tÉ¢æ(ë÷'  _õþ3/4ö*Ò°@3/4ïzèjðÙ&G{Ý_ùpP‡¿þÁé]¿×ð,_ïÿß-
÷ßû
ÿï¯kÿ-ú°-ý?f\¨:×Ò(r)ïÚ  ×¿:  GT  1/2oïOµ×ÒI?gUÚÚ°zû¨vÎ¯Uÿµßõ  ¿_Ý\èwû¨t¶-îêµtýÞ"#  Ã3/4õt
û´÷÷I ,t
j1/23-^1/2ç  ë¶þ´é_fÿÿõÕŸÿgWöit¶õIëÒùÐý>Ü""-/}Ôuý¬wŸw(r)Ú÷ûýZõ÷ÿa  _í+J-U´"oý  Om7ßÕÎ(
r)ÿ¥Ÿõ1/2þ"nUÞÞìv-ÿÿêý¤ŸÚ
O÷3/4Û^ëÿuÓn(r)-~×öÕ5kMm%m}zÓ‡ùçÕ3/4ŸÕV"
öµV  ôÕÚJá...^Ó†'ù¿jþÓkÓ  ì4-*Ý...†•ó3/4ö"a|6¶-ßÚ·ï×  ÃúðÌ  wÛ        û
x`Ò¶Â}ñ"²(øaSb•P>EÇü~ûò'
bL{\""  ¯m/N  Xiü5M*l%OZý¯ßUÿ‰'¬Œê5ØëŠ°  *ƒí']+!  ú±&ö*(c)Ý3/4ßí  qïúíÓ

ï^U[  Ô‰,ƒ±Å,4¡°a&  PjÚ^Úêûí-ý  w¿   }"¶Ä"1/2^[
]¥aXa'3/4úû
ÖÕ¿pÔ÷^LtÕõ¦á¤C  ^A
M6Å2/Ž
   a"  ðÁ*Ýý4"nÂµÃ
°
'Ø^Ö×á"!¬0µa-Ö°A¯Ú[§`ƒ  ?M   ÐatÜ  a7¨a6‰¸J  áE|/
V  Ô¢ÀL!u  Z{   !
¡   -`Á
"."""""8^°"DDDO¡
!  Š e§àÁ
Â∅N  A"WøQ    "DDDDDDCÐ^^^Ð^á"  Ö  /aWñ    GJd,×  Ö"rÝi$°×¡ÔW¡j´ÕÚ
ŠË(r)"?ÿü¨Œøÿÿÿÿÿ•ô3Â  š¢(c)  'E""',j   ÙKÉ÷2  ‹q³@ê°¤Ú¯Ì'ï'¶va=xDtî  ²§¨KÂ¯Dè^¯Ī  A'ZÒvý:þ
   j•¯  ÿ  w(r)¿ïx  }÷ë´¿¸ÿ°ïUZtÓ0ÕŠÆ¤ªÞ"2ÔÐ2:!
‰od‹-  Â  ¡H,9  y
/œgW2R
f  f,  cf  ‰os¡  D"S,  ŠE  òL@D.L  S'Ñ˜  (r)6)  2  B
ä
Bü¸"VB
     á"  ìóL÷^  Â  (c)ð  "×  0ƒì  O†  ?TÁ  zVÐo¦  -ž   ...^Ÿ°T-  m¬h4<  Âw ê, ã‹
Ç"Ö-8µM5iÑ-?oÉ]'œÊ%  Ñ  ÓDw'
JµH‹uÓy  ÜƒÁgÉe¹  ˜>Dx2t.   ›D°1/4   i*   žÒ  Õ   Ñ9¸@ä   Gá¢S}Á  Ã(rt"ó"÷$
   m  ¦F   6"&åŸ  Ñ‡ôƒpŸÒ  ‡è61/4 Û$tÒN"ðž  }›  ¡

ªzn-I3/4›^-Rnµ
÷ÿÕ-ô°ï°oÞ›ë÷êØWXt°~·§¦é÷  ƒÕú*úÿè7ýuªµMý_°N(c)^ïé
o¥Ö÷û]  íñ¥¿Ò}°w¨äÿWë÷¦uû¤œwÒ:°ý/×o]Óëö"  Þ3/4´ß^×Öÿ3/4È€M5¿#  Õêd´/}  "¯¨¬  -¿Óëp-þ¶k
  W  E  š¥Í€š÷Ì"Ã-•ÿ  ûÞ@ÂýVü   C÷ûÑ
  ⁄ûwÁ_Ò,ýµþ°U•`¿÷"]ù@/uïV
ú†_"CÇÛè‡  ××"·áwÿµ¯
úþ·àònq•ô
ý,Ž  ¿:"
°1/2  *  íöMÈõ1/2"Bæ¯tïDYÿ"  h[~Ñ2?ôYuõ"ª  hŽŸ¿^  éhŠ  [UZ&E-Ãúú_*Òý  }ë1/2    SëöîÒ--
ïA  ßz
1/2A¿õ"þµ^ßêßoï¶Ôûÿ€ÖúÒ¿îu=þ-ï÷×íöCmÿ¥Õ°ÿ    úÿ¿¿×ÌÚ§Ú}ÿÅW"t"]S]°ÿäÿßõ¯ í-õÿ*ÞéZÚø{-
v¿ûkáu1/2ÒÒÿµíuïþÒÂÿtÃJ~  ý¯ÃK†¬4˜kÃ"    ëi  uÃ[ûØiÚ¤š¿v  l%al%a?Èg°  ì0-Ã

$Ç"c

/°eÐ[^  Iá">
È-Šãa...^BX¦(0`±±&?Úñ3ëb¶0ÅH þ)  v"¤Lá  b˜1/2ö°bXïÚv£d-0›ö"W{
d,i§v  'Ö  ÞÁáH<  jå¸T  û
   a2  -&  _¯
.·ƒ
ÃXh0"j-h5~×-Ó^Ö
  ´  ^!  Â
(tm)p°Âh0CµðÊ¨"!
 Â

*f*&
ein$B        ÄDF†""#CŠÞ÷¯é  ;   ÿb3/4Ÿ÷¯-z  ^ÿÿÿÿÿÿÿÿÿ- UÿÿÿÿÿÿÿÿÿÿÿËQeGÿüÉ`3
0a  Ã Ã‚Î3dM•fiØ.k  ófW[   21/4  :4oÒige        :¯ ¥i  ŸKï ...jŸtª ¬¯ O-•Ìòw[  réJ
¯ÿ'¹°úÿ×
DuER@'"¯Ç,  µ  ^^*f*-i  jÇ  °  Þµÿtï_^°  =íúûêî5ÿ(r)ó!|Ï;ÆUÿùÑ(c)-  "¤/è  ×ÑöF  R3b  "³4udh^(t
m)Y  ¦G²`R
ÈÀ...[0)  2]  X"  ¹  !:^U  Á  É¹  û!³û00˜Z  úá  ¤"  B4  £:  "  ,0Ë°gQ  Ì"‰Ä"Cð¯ì  0*f*Â`*f*3
‡g(tm)  ,      B      0    @Á ô  @Á  çjm"É
 a=B

ÿª

Tö  1  23  4  Â  L tq¦  a  :  D  Ñ˜  Œ*f*¦nôÒúw  *f*ÿí0Ÿ¦4ÐiÅ"  NŸ  6ÓN0*f*Çþ4Ð"õ
Šn•"  Z  é  *f*  0@ôÁ  è"
ÌBpB\eYay¶±h‹
×ÚŠ¹ú  5DXr%1/2>E›'°âä±°h•¯ôOè  õÒ%îK  "Øaª]]ÿò<j*f*        Ä4ã  A~›a  $  @âœH¤(tm)
l"tr,è(tm)ò->‰ûD¦ãÿf;-G/Ã,  á  Ñ/
K¹  H ò&4    'A:4  7üŽÒ Ã,4+î*f*Â
DÑm#HQ9¹  Ú.o}  z%á¢XÐr&4D  =?  :^Á=  á_*f*  TF€*f*tä÷"Î"t  Ié´  p›ûI¸Nÿ‰m5¿  UÒy    è'["
¯°,m ôÞé$Ú        Ò  Ñ)á  Ñ9äGH  2œ³Ñ    ííë§§Óm¤žo...i
W"iéé¿¤›"ÿT  Vôþ›§ßî(c)'zW  Zß}=up›§ìà†  8·pA¹  ŸäGmÂµw¯ë¯°°z°ªzn*f*-?tÿ˜ôÓôô,×¯Ïiwnž°ö
}oxOAéëë  ̈n  7Y:kk°ÇïákôÿŠ_öâ"¿"k¿fî}7k¿ÕØ^›üuJž..._W´›u"nž  z
ýî¿õ§×Û^íÿÿú-×  ëk°K÷u!  =[`×b  -ï{}ÿ"Ò¿_-ÿZúóÄü  ×Û˜¯õ*f*µ]-
ïO\?JŸ  CîX(r)B¯
Â6{3(r)-ªÈµ*Ô1/4\*ÕÕ¯^;-=?  [ÐÝÎ¡ÿ˜Òï]

--ö
ÿÛä  ^.õÝ  ¥ý*f*B#*f*Ð1/2ä9
Òb/ÚÝîúÒÿîýzà1/2>¿ÿr  Në²  G_è0è÷1/2ú"ÿ
-  ÿ˜ßÖ"ix1/4¨  û~1/2ßN˜+ßÿïxa1/2ï†
wõÃ  ý¦Žf>÷û    †
ïÔ0öé,ÿòò0ý{í{1MÑ
Ôû  !Fÿy1Î9A  ˜_j÷ßf Ã¹  ...÷jÁ  ûô-X×*f*'pßè¯"ªþ1/4  é¯úÿèŒýÞX-þ¡  "  uN¤0ÿúyN-L¿ýn¿êÞF‰oàõ
óX›jÕ]õÜ,p,"  ÿnßû  ë ¯-6õû,7Ú§šÅþÿ
*×ÿî3/4ýô÷¦èÒ(r)úg'D'ý  ä7¥ÿ
¯W3/4×}l={Y.  é{Õ¿¯æ§ßµ¯{5H›°ÝCîÚÙÖs£_"  DÈë¯úñè  Ò°'"  _é?  [Ã:?1/2ÿ~¯ãnó"¿µí^Ÿ[£Yî  §ì
ê÷?ýÓÝí-úý{õþéßn÷]m  ÿÎ;uM-#Ï  ûúí]~-5÷_ënÝ~ÿ[]_uû:3/4¿ÿí˜ö1/2ë°{Óiw"kÓÔ÷¿ý¯¶{1/2¥ö"}...°
¯µmaá+"Kþâ-&é?[¦ÿÿöÿš=v  ]Z¬0J¿2¯ëk{*f*JÂ§Kf¥÷ÿ
a"þ  0ÀpÏ    &ôÂÀM"a*m¶  éÚ¦ÚÚ†°µP•(r)ÿîû
 °Á-l+Ú1/4  I¶¦ÿ†  m(0•'>"Úð}¯Ã  ¶  I*f* *f*  ÕŠa-
 ê  0I
dX"h‹Ì%1/44(c)âÀL4¬¯"a&  ú¯ì  b¯ö+Ø´DÁ"    È¹â˜2äb˜¦E  0Á.ö+â¶66$‡"´ÇüS
!%o±^  "Å0`"
$...0Òì-"a  pµ1/2ûd  ÛÈ#öš¿m...  ÂV**ßaxka2  0¿aH#ýØÁ¦  Þ  Ií^ÓLPb¶+dX².X0-ðÖþ  $ÚkÚ}"
ÂÝR
8v[,iûÚðÁm      ÚL  &  Ö¡,a  IaØMS[L  j        ö$Ý§±_,
!  ¦]
¯HdÓÁ"  [Þ  1  RH†  0PA"ë

•X e    ,
          T€Â    L,¯Ø!
åÁ0Rà([Na'q                              Q
q%ØÂOÃ
ûŠˆ^Â#    ñµµ¿kÿ×Ç  Gÿÿÿÿÿÿÿü±ü   ÿÿÿÿÿËZ¥ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-    Ô   ÿÿÿÿ-$‡@á:tnè?¸1/2ªÒÖ"NZ
I   S-    °nÞŸuõ_- r

q

¡Êi    ÿÿÿÿÿà
endstream
endobj
12 0 obj
<< /Length 13 0 R >>
stream

q
428.39999 0 0 703.44 0 0 cm
/Im0 Do
Q
endstream
endobj
13 0 obj
40
endobj
14 0 obj
<<
/Type /Page
/MediaBox [ 0 0 420 751.44 ]
/Parent 48 0 R
/Contents 16 0 R
/Resources << /XObject << /Im0 15 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
15 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1750 /Height 3131
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1750 >> /Length 30208 >>
stream

ÿÿþYB"   ÿÿåšH£þYÂ"   Ë5mG,ÒN?ÿÿÿÿÿÿòØÑ    ÔGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ+â;Ò2>MªFQ   ,£³   ŠEW
=   å.   šf   NÍ@°gu²\ 2[
ÎÃgf    Øæ   "€'°6   í.Jw   ƒU;Uó³__Â
†vHŽÂ   ]øI   µp-á/îÕW(r)¯ ý×áuü ì(Y9-i   '¸×,'...ý=Hé"
?¨·_
¹z   -Ž-ÚÚ    wÿ°Ûøkú(r)ª   Ž›ïÿïKí¿þÝÃ}þ3/4"{OÿZ   ÷†÷æFq¶    3   ÜØÉzœ,i(r)A/*¦CÈ¿
°<ÎŒôC

f'    ^  ‡ÉÂ õ},ó ÊˆŒ
D4D0L 1/4"  ¹   "  û,  K,h  Ð#dhe8(tm)
Cᵢ"
Ì'  Ž³LŽˆlü  3â  Ö!²¬RD¦  iž  Ñæ,  ÂD[,
`  ,!ñ"  ÓO  3PG\| d^" l¡¡>f   3¨W        , ŠÈÈ '$}~!õ˜A¤  44
"    ‡õ  j
º þ"ôÂ
é   vᵢ;¿  ;MîÂ   pƒMaºé Ó´ð@×"\‹GÇzj  q ÿøÂ
  ~  ôßAÃøÑ  ÓÓB¿  ³ʷwKor1ÜCDX¡Á‹œCÂ}¿Ìù  ¬‹2/Ñ9"DWh-)  wH‹  Òý;ôGn-= ‰sDú
³Ñ,Á  (tm)1/2  m²/1y  (-;v  Ð#FÈ‹ü¢gl,Y¨%å  ðä_²œ˜B ï'd·Úë  6AÌ&ÐMèœÃ"  -G#8 uÁ/' œÚ%ß"
6S-£"ý∅@Ü Ûé
Iû,
Â{a  Ð@Þ,  ªnÒo
ÓÉ"∅'H<'    Ž  ²w¿î3/4›Û  Ù4  &Ò
,§â  Ò   á
ôš  ÚnúÒþ  ¯N"pž"I1/2†È8*é¸MÿÓWMÓ
ÐMúÒý"GWô×W´,mÒ¿þ›ÛúoÔ}%o~éÝíþéé∅   ëiámuºMÖÂ#ª  ÛE"ë¨uõ}
¯ë~þ't"û∅¶ú|v-t¿b¯x7ÒÒ†ÔÚk...[
×þ1/2¿Ýkþ3/4ø×  ^=tÿWéwôë(r)Ý?êþF  ÕÚoz²þ›tÞ¯·MÓ"ÿß-FÚÿM¦Fåpußþ"ý:]‾  "á-1/2~1/2|Š...mB
(c)Ma  ÿ‡õÓýu_Ò(r)/³fG  tÍ†2\:hº  ô§'µuíÞ÷Ç"Ö¿!†;÷ÿ²åÏ/%EU   ¶H
]}3  ...z¿ÿÿÝûÔ ñà(r)íÿ    Ô-1/2}wü,  ü*×ë^"j¡ÿ{  ë   (r)ë{{ÖÿW÷o∅UWû²pÅ  þém÷è‡   1/2(
r)Ù3/4ªé¿  ïÿwÝ¥ßêÿ]ºå"uä  "    ÿðD   ß¿ß éÊcÝxD¿¯]îC
Ãnë´  ‹D·ï ã–"‹ÒÿK_þ¹j7,œ"-*Ûÿ-Y    ßý}êa'_Ë
=_º§S  ò
ý'O-¯Ýdßvß×ßí-õ{ë,Ý.3/4¤  ïÿír.>ý/ºýé÷]mZu¥íwuà´žÝ>"ÓÞï^ßZß   h  ïÿõ@Ý×ú÷ýk§]×iÕ_3/4"ðë^
ö"ýº¦t}š-æ¦éoJÒîut¶¦þû
è}  Jîÿvîæ§í×Y(c)Ò´ÿ1/2  ïí{    ýé  á
kJ¯÷§ÿõV¿Ô~rßm>×´´1/2m]nºªÃ]=%ÒÕ}Õ  ¯^¯ïÃÝ%*I3/4›
íÞ-}µjÞŸiZ¶|-ï¯ {{i¨ACK"UwôÔþéõûßkil5º"i+kJ  Öî"º-¥}ôÝ'^Ú¶
¶Ã    v}÷ÚV  (8a  Pvl  omunÿ´3/4õJÿ"f-ðÚKiZv1/2"ÖÈàE-C](k
wþ  Iµ²ÿ
ÀD
   ûJÖäLì5†xM  ˆP'u
Øu†"º∕5m+õºÜ‰~)Øa Å2 ë†  Ø¦
Ž  Ø¤  '   KîÅA-   bØ'3/4DÄÇ¿(r)Á'Äb¶ºb¢"wÁ¿Å+²(€  ¯ß¯kb¤;¶!\I¿AG´Ä±ì,E¯¯!vÈXA...}†(c
)pþÄ&¶   ªkw]6µ¶)ûáÓVü0"a?[
Ó... '∅&  ¥a_{   'zk'DV  ´-{L    ...!,aKpˉê÷tÂéá,0"F  Ž"  B!,  Á  ðƒ  ,'
ç    ÓM[M0¨q  `ƒ#X^0"J1  :(tm)   "ä"8a  Â  "C#
A...ÄDDDDDD  öä›×  DhDDJLb;¶2Ó-I§¶"íí1/2›  ¥±‹Ø\0"^ÿÿÿÿÿÿÿÿÒÚå&ß  "È(tm)"a¡H  ;Dv,ÌÀ†
LÍ  Ù(c)fÅFCfTÚgc¸2  -Æ  q(r)§i vãë¬¢FPE  &dOùØ'~  hD...Ù!ö  R-I¦á?Ü*  A~  /AÃ
  "ÐUKêÔ_  ÿ    _Öõ-(ÿ{ë¤OW1/2×1/2{D^wÕ{
ÕSKi±à¯WÿA  Ì‡÷øûÛOï  ºÐAÜÕk_OÁ  ä-ÿÿß×ÚM÷ÿÕKvôû}wj¯-Ûj-Ó03/4é#-'¡Ú  £"!
"ñ',)Ù...È  ªy   Q,Æ@...³"D%ý\ê¢ºÒdN²      •  ¯ S'xÕ  a  Xyâ#-êâ äïØK60DÈ ä  "
f°tçØ"  Ä  Î̀ÌD€Eè"  H"&  Ðr!  !...kÇº"'  ²(,Z   EÃñ9ƒ5
"  "  !  wŸvP
²€>Á  ...Hïˆôð  ¦í
ÓþûU@äQû
i"ñiß{§h3 >ša  °  @Ê

ðƒïÂ
ð˜Aúh:zÓ‹ 4-
w"øôâ1/4ŠáÄ4B
ã1/2
÷vƒ‹ 8¦=
H5O¯µÓDxÈ(c)Å
ôõ'›"'ü‡âÎD|"‡Nò -´K'ßDè¤Lrsy r'4Kß°ëDýÈ-ä[È< 15°ˆñÅÈ¡ ñ"]h-Lß'î mH3/4Ñ/{î,äYäsh"žLî -
þƒ(tm)Ò3¤ ×""ô ' POOÜ¤ ,
Á
dŽ(tm) - m'zi Ÿï" ô›H7Ât ýtôôôê(c);Wý_]7}'iÒÚº´ uR

tŸm uh'ÐM Ÿ" ÿKúéîº
íªjí]:WO]=wMl -oý&öþ [·
}tûÖÕ7NÓz_Õ;ëW]W]ûBµÕ 7__ÒcÃmX]Çk§÷ÚôÃ
W
ºÿkk- {îÒ u`•ýöû÷Ý"G_¦/1/2é*ëB¿ýkW§ðaõþ=/êíWßü?¡¯Ó](r)µªAÐO¤×u"´µù }ýÖ÷r* ;^ þ¿Ö
ÿþ›õ³áý¯MµÍa?ÍAü" ýÞBëwkÑ
-¿[¡k@ÛÔ2à1/2ä@ÿû1 -§ºn3/4àýÐúãúÈ`éß,í C--lƒ¡WoL¤ ÿO1/2wL ^.¬è~¸ˆþ-3/4ªA ×úkÚ¨+[à".
..Öü0w Ü" ÷k_¿îë] Úÿõ ÷l Ý ]ná ÷õÑ
D<wt¨7ÿÕ wÝïù ´ÿ •l
ú¿ë¿ÿ mý˜-·"ŽHs"ºª#§(r)Ñ > ]kæ Ÿëä ëº g)(c)
?ÌMa [æ'÷íÚÍa?îé˜§i< ÷è°ÿ&C1/2ú
Ëÿ1/4 Þ-""ê´-|'>ýWúäCµÉrôô"[ Io Ý4 ZªØ ó¦GO××ý÷1/2Þþø/~¯÷úÒo ÿ:;ûzþ¿^µª}úÿÛƒý/N"þj
zÚûgWZK¯}š¿"÷×ý×:*û:*zÿëýé [8úþ1/2}÷Zë{÷Õ{i õº ]û¿Lüÿnë}zw¦šýú¿ á ¿wëÿû]÷mn˜},Ú(r)
ýÿéûÝ¥(r)ý¯éCÒ1/2°-Zµÿú~¶3/4H µë´3/4šÚV-t ÝX[
i6¶'(r)ÿ°Ò1/2+IÞ-[ý1/2º'ôGM×zÁ¦Ø_øa%·
ý- 8uýëLÑ Ë Ø[_1/2l%
$Hl Rwdá!¥
a..."þÒ¥a¶ªÁ- *iYu°ÂP`" ‹•a ·á'Á+ö-'x‹l/ÅqV]{
(tm) æq Æƒ¦+Ñ .Á...câ¸¦
Ž,V- È¶ý†
odu ¡Q†ÍŠ...ñLWÛl Oi‰ Ýÿ ñø(tm)ëÖ-/Øï²
ö(0µ{â˜[
Iˆãb Xÿ¯
WÁµ†(tm) ŒB}¦(c)¿b*V¿ö¯wõ,á6žÓ}...h·"ïV¡(},j MíÝí{µÂi]1/2 ÂWé,ºØ!ÿ
¶ì&Üd º
‹ªiC
¸`‡a .´ z a ² ["
Š p vºa0^á, c
†E " !,#ÃB Xˆˆˆˆˆ2ä*"b""-ˆ‰ ØD""L" êqa ˆˆ"ê ˆˆˆˆ4""5 ÄE=5UOî•/Ž51/28ÿÿÿÿÿÿÿüì
Gò×
rÓ' Œ¨ 2yn 9'Z#ÆE
' * xBù6 | dþd)ÃèdFHZ Xeq?"ÿKô¹ þ¡< Òè$ëpû
(r)1/2zÐzWëTºþµµôG6‰Pº îè?ý÷ô Ð¡o ô+ãùn×é¿ þXö(r)3/4-û¤ýUpDzµ-ëþµm Ö1/2'ty §
C""vƒL‰ Ù
o¶¶KLì"é6žW ¬Šçd
"g ³P¥9ûÕ' I£S0 NH4H¹
A°Ž3/4 @Î¢ Ù

žhHŠÈ:
dR
²:ÈPËòð‰2žc'  §  ÒÁ  ã  ô"ê[³  ±Jr$0šDâÓè3DkÉq  ˜^,#Y›  H³È!  ,(f²:Ã!·  3À        ÷á  $3
    -š      C@Â
  =uA¨Aè0ƒo          Äa    ¥íÐ=tÁ  Õ°@ÓlÀf Á  5
,      ^@2‡
    œ;@Å
§t
ÿ          éøAÅ'ï³éï  ÅÅ¦·  M;÷    Æ"4î"(r)ðA a    h>´ãâ1/2ŽáÞÚè8†ò,$ôE·  'ù9Ñ>h‹oÙ
ƒ  %îBÃ  £´GÁñò;

¤-E(tm)3'_º#vûHŠúþÑ  Úa4õ  H,(tm)6D‡
  ›Ñ  ›#A9Ñ.]×%ù    4†KÜ  AhÈ1/4ÐMÐtƒ
    wäh
ƒÁ  à  ºw'9Êrg  Ú%ÏJtž    '9  Ú  HQ:=çrÐ](-  ‰MÈí¢<r_Ý  &¡5  7#»"ßAÍ$›@›ÿ"Ü  nÕ  Ý-Â
"I]p›^  ÓÂñ›A  ú


 A´    ú
¦ž˜môÚâûÂ
,t  -  tŸØ*¦ÐMÓ{t×Ðo-×I·}éá$õÿî˜ýª"M  ëámîïV×
ÛÂ´  ýúúMÓté\&ö-ï]wM-i;Ýtðž°nß§ßt˜**ÚÂN•¥íí:(r)•}õuÞŸ¬}õK-.žŸZÝë§Iú§§ÛÿÝ{×h  ¬w    W
  ÷TŸÞ›Û  ÷ê¶1/2m¿ÿw
$ýô".ã]ÿÿ˜^ßý  Úîî  /BUúv•  úÿ8kí>"6ÿT†ñª  m~Ó§ÛïïUßÒÒÒßú§"â%ª"
•ÿäT%?Û¿ù!*ûo  zÓVø?÷K1/2]ª¬‹    õí}q¯oýþ"jFÃ
îÛH  ´Ÿºsà  {ô¯¯B:z  b]W_  V  ×î2  -Všùõß@=  ^þÛÿýo·Ö  ¿  ÛúuÌÀŽ"n"Ýÿ  ïïëtÈ:ŽþÖJAÛ¿o
ó0#ÿõ¿ú´3/4ôê[Â  Ýy    ¿ûÐ=ûW^1/2Uúzÿí3/4Ãª_1/4  ˜ëôA
ûÿý*! Ø-·ÿV¯ý  ×j,!?˜éú"Mûî  1/4!•W3/4ÿüŠ¢¥@v×þ_"  C"_ÿ´ÐÿýuÕ"0M÷ÿþéh'
ï"#zVžòcš  $Býz¿ñ^%oá]÷ûœ0èßO¡  "íÿü  Èúûÿÿz÷ºéoÂ¶Ôî°:ïÔj",/(r)¿ý"ð"  ÿ_ÃäHí}þM
(r)Ÿñ¯õþÿ~›(r)"  ÕÒUõÏm
omî"¯ ÿÿ¿WÖ×-¿wÿ²  ¶,mMÍî¯ë}·ÿû:WÿÚªï
zúwõ×Z"ïµÿÏO^  3/4Óß  -'  5í}SçC¤›Aý-þž"ÿü=%ºß{ÿ[T¶ÿz}ý÷ÿ  õÿÓÖÒëÿßwkov·ßö-ík¥¥kþÚWnê
ß×n-í1/2¥íÃ[IW"
íZ Ò÷
6-ô›¿ýícÔ6,×nºÏ7K"é=mm+¯ ûôãð-ßÚö  $í<$ÚV÷"ki63/4špÒ´÷
/ÛÚ3/4ÀÖ•"jß  mt¯Mt-Xa/õÕmU(r)    d}†1/45m¦
-...°"iX%ÈÁ†  4-&Â_ì4¡¥öä\kü4  †"  %nÛiCSíBü  Ã        Ó
†


+·˙0¿Ã.˜0V
¸GðÇü    Ø¿cb\6)']1}Ä·ÈQðÒb¿'8"-Út    Ø"Õ'
\S  'éƒ
Å[
Þ¬  $ÃAGpØ"w  lBþ
!GûZ÷    xõÈw1/2µ  (tm)    ÕÄ(Ø^×  ˜  ¶ö  ìSM  Ÿ¡•^(tm)ÜS  (tm)
  u ¡  1/2pÂ
...  ô¯"K
Õ&  È"A,
~ì.Lu&8L/MÃMuÝé/kh0I¦¬  Á=m;W,¨¶[(c)1Ô  ‹†  j"AÃ  -      PA"<!  b

`š   Pà†ƒ.¤Á  M;  ×¡   XœC  †

¦ƒ  2uCXa   Â¡   U

Á  ^^^°°èDDDDDDG  DDD  ¤¬DF"DDD4  C¯§  "8¸^µ  lDF"õúõKþ[(tm)é/ïC"Ýu^¿×]‹Qa$1ÿÿÿÿ
ÿÿÿþ[$œÈI  (tm)å  ÙÙÙ•Ê  Øf›      ‡bñ¶v´íLB¬

v/'

ìu"'ELS³ThÎà-  Ø

7"(r)çj‰3³U`ƒ  Rï¸2(c)ûj  Ûøh<"þ  ¥Â  "(c)?Y  ]uª¯á</û

ÿI_

ôOoõ  ÑeL9  ÿ_ü"%  &rçT-ÿë{ÍLdÃh  aÿüq,

ø=[¿ØÿûÐ6,oÿé  é!Zþ3/41/2ÒKm'úþ-1/2zß_éÍ  éÒoÿÔ&ý/ë1/2ý(tm)úöÿîoI)<JŠöõï{³Q  û$  UÄmœ
d3$  •   3 ¤¨  ÎD  "  ÷PŠ@‡D¦ÈÁ20S  '§Í

š  SŠ  ‡ÆN!¸

â

EÙ  R"M¯ðG   æuÈ€'<áà(tm)Í´k  Ê  (tm)  €@Ê      ,ZDásíJ  ÕÌÂç

ê

2†`oA  š†ž•ÿŠ   a      ñæÆ  ‡'O ý   §"íÂ!H Ð:â"
ÉÂ§iÔ]Ø è ôa  ÛA  ü {¬?Ý

ªÚ

ý/ÐA°v3/4  "îÅ¶'

èwJ  qh5}¤

j"  zÚlPA¶  öÓÛ ƒÛ¥

Ç"Ph-=×  TEŒZ%ÃâM?D°^±3´GtJj  ºÓ¹+×ªh  åC  îù,È`rg%GÉszD1/2ÿ%  ôNoöqÉÐ-1/4ÖäLh
mþýö  £'1 ²¢´NaêE  øMÍOÁ

A6i

ÉÍÈ³ ƒwÊrh5(      Cù

D_a  £´  6hÞ  É   ¶  B¿¤  >ë‡ô...á  ä•àƒi?

µî  W  =

JGJMP"¤  _ÒoÕ¤žžƒµ‹_    é¹  "Õ7ÕÕ"ÐH?I?Ü&û¤  ïé7

a=^êÔý-R{ßÕö  zÓtÿU_Ân(r)"_3/4›§(r)é´ž¶ºú¦ð¿ÿ_ïÚÿ¿Ó÷J›ë·N-Pž³I7ÓÕú¸ïûO  ¿ZZWUÿv•÷OÕÃ
¤‡×  º§Þºzë¦ÿ¶"Ûvºúôïûzk  îëi=w]ý

×µ¿t?÷[±OÕjëßjÿ(r)ëþÕtú"ï~¯ I-þ¯ ß^"3/4ÿï[ôõŸ_Oõu}"ÛÕ_×}íaˉ

m¥m:à¨ïþ"K°†|\1

é9¬#û×

ÿ-˜eÅû(r)×#  3/4;†G   T1/2H•Õ(Õ°t1/2jãý/òJ  3/4µ1/4~ÿCd8  R@a  êC"-]q  %ÚÇ   ÿÐˉÝd  ‹
ê-ß"¸íÚu•0cÕÛûÖí(r)Áý8_ÖðÁ¿uo{uNž

O}Þûƒ  ÿ{Ó¥Óªr

_mUir¡  Aˉ"Wí~¤‡¸¸?1/2  (tm)ýë`ÿé{ïÚÂ  3/4N

b1/2k†  1/2K  ˜  ÿö·Ë}ÝnÛº

Ýý>MÉH  jÿa  ?ê   ÿûÃ  ÿ15÷Ë  h<?ÐÕ°7}a·u¡]Uý÷ku~  ß&‹é{-  NïÈ¨ÿîX~Ò_#  ºöë¿(r)žY
êõÕòœ^êÝÒt-]Wÿ¿Ð_-ý}÷K

ÿ¯¦ÿ

µíoþÓ}/ÛÚ-îÎ  ò

¯¨ëo*Ð7*KT•¥ÿ(r)-÷õó"oÓ_ÿì  ×ß!"¯êë¿Î¯³(c)¤Û"Ò¶í¹ÐÞ¿Óîó"ÿNÕµ¯í=öÎŽ3/4  Iµ9~ÿ1/2Ýyùn°§·:
"¿ó£º_µíVÓûÎ=m/[Inš]í  õJéÝúý"üw§û~  ßõvÂ÷wV¿ÿÿ¥*ý$Û¥éû±Äö)Ý{(r)Òï'vÒl%zíúó•SëI3/4ôÂ
Þ  ZûjÚ_O¶"þÿjßi=ûÞºÒm.œ%ë

%úoØ×S0í(r)  û

o¶1/2ŶÐa&ÒÝµÁ{m/3/4

'îÒÒÿ{     .1/2ØUa'''¶  NØNÿ$f$  m=...,;¶E...þÅHHM''×`Öÿ†-¤¹  uiH¹c¿²ê¡¯Á''(tm)

á/Ã     0a'Ûõ  1/2,Ú''p-$f$#''q\p`-ì}'bª  ,V×¤  ¨BbØ5Ø''÷†*6ÝÙ

†ÁÛ  áŠcý$f$IŠÛDL¬BâMÜ‰-  1]'²  tÅ-0¶ž  *A...úÂa2     ¶Aoµ[é¦µd$ ×''

1/42

Öúb(c)wW|5''†(r)'°ÂÃVÖÓ^-Xim...ûÁ     ''éÐa$ú°¢´, 0$f$  C  ì  †ÓJ, kTÃ     +û

ÂÙ  -Ã%¬  )CA

  Â

  ^2bœhDGa  ^f     (Å¡  am  '''Ñ     eìT

€èE''!''á¡  Éîe8B''''''')  ^^^^ñ     DGí¬  iuû[kDÜ(LSo''     ê[ª  ŒCÇÿÿÿÿÿÿÿÿ+  Ž

'',Á±

†''²3^vjd

æCq     c0  ‡,¬)&  §bÀ\ïX‰ÇcLì¨Â 1/4$f$

'

¨2wFfæ³Á¤Ü0  ý¶äVs*ðOU×û¦ë

  £ÿ*ÿ

$f$é÷¿î  CD$=omBþˆˀ̀ÓÁÝxzÖ  NXm  FA  -È1°}ª¿@  ·ôßÞïø: 0È  åìQ  þ°-iß¦Õ  ÷[uÝÞ$f$Ðmÿ]^[ö‹

  >  Þ-ëõõÿW'']1/2Õ¯Ó~žßþ•¯¿Þ3/4[(r)1/2°'W1/2ÿçcdA(tm)8rAÓ  k3¹çŒ¡¹HD0K_-ïÛ-¥ûãšólötd$f($

Éc›ÍŠk*l¤     -F

r4<Ó>GP¥  Á,

ÌøS¤a¨,!È5'F  t

0D)  ^sº  ß¥ïïþ°w''Bþ  0õA''

Ê  ¤     ¡pB  -öl@@û  4-  L'A  ¨  ô

ª  Ò

~1/23/4›1/2öl/2×jª  }û¦†$f$°$f$ô4Ô&žši¡

  NÐqéÀ0œiǃ̱

ïý  ª_ë  î²''‡ñxWX‡'z‹Dxî.OÜ''†‹£Dy3h  þ‰MÈ¸Ñ  ‡''  DvÝ  öO}{}7Û¦ý÷'GüŸ37ü‹í  ü-=  ;  -Ò

!  ...w  7L‹Í  m''

''º

ð›d,a7A¨@Ü!,

Òoêß¿úû3/4-  W''  ¬†ë''é‹&ïv  h'Ù3ÐMôß×M  ŸI´(c)'''ØA=/ $f$ßt(r)Þ3/4$f$¥ë*×-¦...ßôôî\

ûôÝ?M+Ðn  ''ëjÎ'Î§(r)°¦ö°ûÕ3/4°wêúû3/4Âÿ¯ué  ¯ÿëq  Ò`  [\  3/4ûvÞ

Õ¿÷ý[1/2ý¯õ''‹l/2uÂñ±ëþµmë˜o  ¦  õ÷lèkûý{ûým  ¿§¤Þî''ÿÕ¿u''1/4  º''

_TýõÕ~ïëëvÞ¥ÝÚêêûíÁ'',š×ù  °ÂÕ¿Þǐ̱  ¶''

ÜGÞÐ¬töq

•bÕ7}[Jêšö1/2×ÿáû{ûÂ²L  ÿ¯¨ÿ  B?Óû•

þ#È€Óªú1/2°C÷J¨ÿ¨d9  /ÿ  Dè.þÚ¥t̨ǿ̀Õ¯Uõ÷(r)Î  GÝ÷k¶›}Õßò

ÿP×o_Øx.3/4¯Ó(r)  ie¹B.ÿß-]:¤BÚô¡÷°_zý_µØ7ÒÿÐ0ð'¦ý~ó  ¦  î...Õz~  ÙÒQ     oÿÛ{þë''×}  Äz

û5%orHî  ¯ù  >µB¿{îÑ2¯íVö‹''Û-×ÒÒî̧̀  ïôÀ•Bˆýÿ̲̮̀  ïÛ¦!¿éõKª''''Ý̱̮̀-ÝŸoÝ}Ò°ïÝ  [Ó  ¥õ§÷š•3/4þ

ÙÒ̧̀-ÁìéÛîÕ-uþ÷ö̯̯̀''(c)]mZ''úÿúú*J-6$f$ks÷Ö3/4Ô¥z3/4''     {¯]¥n·ÛK-+

§çž¿3/4Þ}3/4×ú''ÿzwám+ûZa...†¯Ý  Ý́

kwñîá[     ok(r)¿Õ¯ª¯ßý''(c){[á¨m+a-°Á  é/

k^×³LâÛK

•Ÿ  í  L  _°·M¶Ú(r)Ú¶́Ú{¶''Ûj›ö'

&ÂV¶ĜŪJ$f$     kiv  a'',  $f$#åÃõµïí1

XØk|  /Ã[K´3/4  NPa&1/2ŽÅLp`''[''°ØAŽ  †

pÁv? ÄU3/4ï  ÖkvAÞÅ o±²+ö=XØ=X-v  S
Š‴"aB1/2ˆXbMÝˆ3/4áSúÓ-a   ÖÐud ·² ñ\†!Û²   ¶Òoµ       "  NÖ  kÚá{]á"ž•ûÓ   ç
T0]7°‾"ÖÅI…t¡"î²  -<0Rà"
†    ‰  Ä2ëB      ^2@‡&  ˆCƒC       "Hf"  !   u °Á
´  BëhF"\DDDDDDDDb""¢"""‾>¿ÓRÒ  ]Æ̈ë-Ò̈  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþv•H(c)DØ£;
    Ä‴p'(r)"Yü‾ƒ  %od`E²¢
§c"S°â-(tm)  ue]°°(c)õ-öÛýõUKµá
ëu¿Û-+¿Y?öö°ýz²V%oÉURmé6õñúIY  w‥X_  +¿  ...  ‾].ß<õÞºJõ]/Óë Z
°‾7ûˆJ(tm)  xJFõ·Èä¹¤pvlŠAJLû'  NÎ‾ØB';NdQeQöt"0dHò-  óÌÁ  Y±'ŒÏ³ÌèÁ  é  }H@2ˆ"  &,  2E
†²)",Òlª
KŠCfÎž+  ]ij  Ñ
sP  ˋ\d0M3Çd  SX¤6  2DH  tÎžC    Ôœ\-f  œj    @Â
Ÿ87†]è0D,<  =0˜Aš4   NÁ  °A"á   µªDC:´
    =  ...  !
$$,á  w  h6í0ƒÞ  0  ðì
ÓÀè?  ¡p  Ða    ß´1/2  ...iéÝúvƒI   "ë(r)é4  PA"...æÅ¶.ô^"cu°œ^ƒŽÐoInÎè;]Pø´âù?r|Ñ  ·TGn-"å ‹
    bê  VêƒW‾Aò?r/y9äH!ñÉÎ³iÔœÜ-9   o"çèŒEwòXû†²sËzÓû²;\‰ÎK  ‰oA:  :  hvÒ    ':
A
    ÷#›ÇKôNm  £DAèœÚ"ä  Ç˜ëxAøW  0    õ3/4"h n  }&Ù%  ]  i   |Œä1/2°       °
¤-º-  ƒÁ   Ói6ëOOi=
-u  ¦è<!§"Ä    fÛ  W"t×¶ÖëV•°Ÿ õ"wÅ
õ  :Ó˝]õÖ¤Ý?¿Óª¤Û'Öt  tÿÎÁ×ªÐ_XA¿wéáU:];t•S-é=pŸëé&Ý[á$ÿõÐ  ñÅ-¶1/2"á]{úMë_ût  o
Òú{Q˜ký[  v3/4¿Ûz§3/4Ý‾  þ¿Ö1/2"|ÛZúßVé  I´•ÅUÂmþÛuý7Ö=w]_ëß¥Þ-ÓZj-Ú¿ý{_
àþ(c)+"Ò¿ÛKíý]ìÿëßë-úû|  ûõÂ÷ÕÕ×w°°Ò¿  êÿ¨ä(l--û]õõé  áRdc_ôÛ]u°zyN'  !túý}"éšj(r)-Å2  Ÿ}
wuÿ  Bd-co  1/2


Ž
÷ûÚQf  Áÿ°ï3/4îÂÔ&²  ?OLƒœuû~...ß  þ÷°k˜ú"×†
ÿÿ  ý{U'  êAÅ+õÿ_A‡~h  Z¶¡‡ïõí:_ÿ°uþöþþÅ
?‾_N(c)úÝ¬·†   ·ÿzï¬  n°  W\0ïÿ?O^õ]   mïëJªŸ    "  Q3
e"¿.ejCAúÚßÉ"!s±  íµúî
[´Ð  "mAˆJ
Ôë¶3/4NÎ]òj;°†ˆ‾E¥Ýïÿ§ƒ"Ckª¿Å‾Ÿéë̈ZDtä`ZÿT1/2þD  ¿,?ODXl!i?_h}ªõt  ÞÚõ§}ü6  ëuïßémÓ¢ôâ
@ïõ{ÿ‾I/õ  "ÿûÒ·ßV  }êÿ  ÿ·Ñ"ÿþÿÕõpÿ_Ôÿ÷Öë]Óo¿  ûÚKÿÎ¦ú¤(r)1/2úûè)ßŠÓ


ý  ]  jÚÓ[ó¦Ö¿-*ÿùæûJ_~Ò*  lê  Ý~un•  ]‾ÝÑÇûn(r)Ÿûû·-Wýþ‾
îú~Ÿü¡úÞ-{  1/2{k×  "¡¿_o  µwt"][Ó]7VÂëÝ}§  ¥ûki'_iGj"õõ^Ôÿûú1/4+îßª  kzkV'-‾¥}"‾_kû
n-  Ók[ÝZö÷VúN1/2ðÔû
$Nÿý‾íSêÔÒ×m*ÛK1/2öõ˜jÚÃC
ÿM¥ü0Iƒ  a-0Ò1/2  8  I´3/4þš`Ò¨öÔÒû  ú‾Á-í,öá†  `×}†3/4ÃWa¤‾
'b¡"ƒiÆ¿Åÿ  Ä&)â"m  ƒ  "õö8øa&  ZÛ_"øb¿bMßÒ    û  |SL~Å[LBbXù
?3/4Ù  á--"Úa1W¿"°(tm)
;Ø¦*û    u[ªµZ¿pÓ_°"
+^Ò†  L-...~ kïa   Xak°˜_uÕ          öší
[B  àÁn!"Õ
0˜_°"ØNÁí"á'   hCT;BÁúhD20€  -Z    L  L!Ä|2Ä
    Áq          rV É  Aœb  Á   .ÄX!       ÄDDDD_¡   eÐ-  ^^  ZT5,¨*×V¶1/4+jô²n  K
7E^

ãm("L-ZÐa6'ÙÙU, ,˜˜ÿÿÿÿÿÿÿÿù7ÈÈ×+ ælš2*ÎÖÅ2ƒ â-"HªfELïB"a¦(tm)ÚÃ #LŽ
Â}á.ûLî‡, 7ÚÌ€´7K" ¢Qþ3/4-
íõ×Ð_¥ûëûóI ïû' Ö÷ #^" ‹ ë |°/¥ÿB(c) ÿ1/2j¿kßïÖÓ ¿Êú
ƒÊ›* të¹VyPÊJÍq,‰ ¶TYVìI¶"¦¿2 Ž
ø¤0rx"%D%@ÌD1Hm ÙA ¤2L!Ò831J3... •#äh3PÊˆœB?ôt"&4ÏŸfÏ5˜DJÈšž Ç!æB†h#,à"ÀÎ¡
b3/4lE( ‹gŽÌ Ž†S‡$Ùö "0AÔMhé RdùÐú" M5 0 §"-¨0 è- h4Ð< 2vuh0ƒ A"3 `þÁ
þî- @Ö, ôôÓ 4 iØ@Ð{_a ¡‡é"ò@$4
Oñi¦Ýª
-›IÅ§h<'úvƒïý ‡ZüXAÆœTE¦ âÚM
ëPƒO‹1/4&ê¿âÑ)¸"vˆñ¢}D¯ò]PˆýÇ ¦ÝDhŠî.E ú{Öü‰ÎK²
KŸ"Ù ÔKƒDQÝ¦ˆí-t÷%ý ŽÑ)í;÷(r)È¶B~ j - nƒ E
Fz ;p›'p"ì‹î¤¸=Y ÈO¢syœ×¢^Ñ9îÞê› & !ï 7$t M àŒÇ#£j :%ÿ3z'6,o,
§y, /‰Ïo"
MÓ¤ÞÛ]Z ž "Ý6ðƒºÁ0(r)›'ÓßÓté:êÂnžM º¦ºn Âí&á
ÿIºúº~ ;ßNÒé'[...I{Iz¤þÞ×Oi7~ÓI=^ˆ §§§tžëzt´›Ú} ¨}ö´"Æ¡?ôé^"ÚÖ(c)3/4šÇÿô ÓûU1/2=Zîõ]ÖÖ
ÝúM¯¶¯Ö"oý%]º_øïY÷{´=oªýýkÿÜ]'oètÒuöž'"ö1/2÷Iÿtžö-kúz ú·zê _ýZ
(r)4Ð5*3þ÷þ3/43/4-þ÷tým"ZUz·NÚ¿[ÿoW~" úëÿ ýõØ{Zj/^"þšÎ¡ü ðµ"á*Èùp}{ém3/4ëÖÕd‡,r" ^
µÖ L"àŽé7û±×ýÿúfa$9 0(r) ×¯ Û" õ ; ² :q ßÚuõ_ mB }n1/2'n3/4#K×õ_ Bwÿ ƒ÷
*Á|Œ Ýµ×÷I...òpb1/2\Ð þ1/2-÷_ÿOWwýÿû~ 5ÿêø`ÿ×výBY
1i ×ÓÂ!óÚ Þž' {ûoVëÿ÷ûë¯ÿ-t1/2Úµò
î¸`ë÷Ô mî "Áuë{ûòdn' úÌOh‹?1ŠKýö-òÔ õjÿÛ¯-"ß§1/4µ
_
ÿùbNµDSôBÛ}¿¯×TºrÈßú&ÿ´ºÛ ë N3/4ÿ¿ÿ÷Wºß# ¿×r,5Þ
Ý >ëûýö-º[þ´(c)R¿ýú_·ý¯¤ßûk"]1/2[¯Z ƒµöëƒúÒè/õõõõ´´3/4ßÖÛ
Ôßÿëÿþ(c)ÝßÿÚº³W}î3/4Ã:¿ ¯[´ßé{ZI$Ö¯õ Mÿ\èwªú¯ÿ¦Ú_çCÿTíoµãû@ýõ U ìãï"øgC6ÿúT·Û
'×Þ¶¯ý"}o¬5ï´¶ê?úÖÓëõý"Jé{KWÛí Öý%ôºÿWzŽ=ÿþ3/4ªÃTÖý~¿_1/2"û_Ýû§ì.ö-"ö¿1/2"¯ý1/2µµ
~ø öž"UÚýû
øXa[ªÓ]†(r)¯
-º'÷ºÒWÕvÂÃ
Ã_†"i|0-ê-Ói}ZV¬ *|4›_vÂö›OØ_(r)Çì>6
%{
ØW† zl0´á'ªì%ò& 3Ì ö¬>?† H \1_ìl3 ;¸5l,[eÖØY ëøÖÂßÇgß~C
×bwa î˜þ$ ìWT...\SW{"Äo± ŽC úŠbž"3/4é |1L\†
±LVžÈaÛÃ êä0ýzì+Öœ0¸K†-X%"-¦õÚu¿[
H#Ø^òc Â[akt &C"mU... aw´Öë
Õ‰'´ûûuðÁ
Á ÓV8a (r) àÂê¤à-¨[¸a]º§Ô& ƒ ?L a>
Ðˆ0L& ƒBÂ
* Z"
`(r)˜@Â ... † ÔDDDDq "."ÐÐ0] ƒ6¨D< q` , Ä B ˆˆˆˆˆˆˆ'ˆDDE"N"4 A˜Gâ8Ž"."+ˆˆˆˆˆ
<*P×-¯õ(r)ºõô-[
""ÉhMqY4 kjÕÐ3/40Á|.*ÐŒgk- ÿÿÿÿÿÿÿÿ•Ê 2,ŽÀÌ-3ÂÔïS*$,çwWõR³¯~•$1/41/2-÷ËJúßDè¿ T
ø?[× ?µï(r)¨È_;Ö(tm) 3b'#ff &t Ö!O è )Õ$È .ˆXò5h2V<‹2 %Ff)¬ L" åÙ ¢....À{OM "
"˜4
8L Ða j
E rŒð¡;$Âš Y Ð`ˆ{' Ã(tm)...) @á"AÏ]4 [ ã ¸L&ž è0A¸AÃ
¡H= >Ÿ‡ªab XAÇ'yò\ù+
G

= GÆš§ĀT  " {ôœZ§!_r8r ü&ä(r),lÒA  Ð ò~ôNŽB[''Éf.O¨ ¨† ' D³''è^;‰väç'Ï''û@ƒp‡3/44Ý
ž›!ún  6,'=
È¿H: æŒ            ]6''L  ,
,mÛa:O
]$þÝ6•ôÝtúOOMÓ~,n·ý Ý5î''''pƒú·''¤ŽÆš  §]?...ii?×êîõÓZíuKmwK''þÅUÞšÚ¯éëuÃÐ¿ôÝn
~Õ×÷}ýÿ-&ÇÇ§õ1/2Ò1/2U´¿¬  ë _BeÑÁ
  n-kþíû''¿¯øZþÓú¯ñ    ...Ó¿e8''FÂþè  - V\1ù´/ú  ý×öAè  ëÉ Œ¯
zÿÇ¯|_Ù8/ßßwVÝØa‡÷ál/¿~žêêõ...ÚíZ''¦¯,
†_''A''CÇÒä09ÃÞûÝWz!oûRs*¯}þ¯Æ̃Ýz''{Ñ  ïÞÌ''É''Ú̊ÌSÕ  ï¿!ƒõ(c)  3X°ÿ&G-Gÿé¯  ýâ‡´´¡ÝwU
Ü6
úú
z×uïÛ!°Vê÷Õ^÷zþï¶t=Öÿý  ¿:°õíúõÿk1/4ê}¶Ò[£ 6ïuúô-¿''ï:ž¿ï¶t  Ò÷Õý=m?_ß°__U§^°om¯bµþý{m
o¤ö-ÃJÖÒvÂ¿  §1/4=µ´í&×Þéß×þÒÉ
†''
%°Á[IµXi~  l%-...a''(c)Ûí/¦×^Â}tÃKñJÇÅG  ±[Ã
Ø'áƒ  Š3/4ÂL0·Ó  _†\ ›'' ôõ¶       --6$Çñ$ÿ ¥IŠŠ'/l ±# ̄† Ù %
,0M5°''ØWµw²   a;´Âíâ''ÚAõ''KÔr#ÈÌ0L,éT& ´,¿
!
%·A''ü
Õì& hF'' !ø^^^^f  ^3ƒB''Á 0Bâ$$'''''#¡      úíÔ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿäÙK ÿÿÿÿæJªvJ^è1/
4q ašo; 2`Î äÄ...⁴4NgdÙ.É°'' ÙÚ ÏëÎÂœìj§ ŠLìq(c)°Î@Â d²g(tm)ÙÄ ó#6- ÃA(c):!
•6ê1/2'' zùXD n-3ŠÝX'Dš'u× ðkë~;] IwÝz{=
(r)3/4Ú''ð HžÆ(r) Ú¹9ð3/4ø_R:!oõGdê/V   .<_ý/ _J  Úm!¬:M¶õM?_T>ô×1/2*¤Ögûpž3/4Óÿ
úÿáÜögûîéýjÿÿ÷ü*Ièk-}µþëY´¿*¿&j¿ÉGìÕÊsÞ1/2¶Ö
r:²¦D _! PIÛ ^°õ620Kƒ: $3  B   $
( '''jd S¢›Íby
qJ´A^O ËæÙ°äç¦l^†j ^FÊÊ̂ƒÞõÓá    ...Iµ_ñ  5  C  k!4!È-È1/4
<Ùà^$Ä^r=
pÍ  7m , $Þ̃'' °AÚ " L
@|C  C0  q  Þ  ‡.Cô d0KA''-} y      œ‰që     ,Z
}õé
=0ƒ-6•ôð øAÇ  è8ÂiéÇIè4;N''OK@í‹  >Ðõƒß  ‰¨</íÝ°¿õN;   Ž÷-é=8ÓY
;Z·W'Ïd¯ ãµN-  Û'1¢(áÅ¢7kr-:|Zè_ iÇ§'Î  . öï¢_Dæá¢SðFcÓ
ª''6'I-,; Dn D§'ý ›DW? pƒÈ±''ö,  E
›äÏ'3
A
-G!] DæƒÚ3¤çœrg''u  ç''vO°#¿  }Vž  o×ûTƒÓr?›'âH5µé  ÌÞ‹|F@ n  ÂxM(tm)Âðƒl!H7¿:$}UÐt›¦Òx
m'ÖÐM‹°›A
,m ú  4
³´Kß§ai
Û°(r)°tžƒÓt;v(c)Õ=4  aÐH>õpÝTÝ-/Ik¥xO1/2^  ...Ó¿÷-ÓíZOÐo'Í ƒ{_áv°  ÒMÓp°m¤- Ö1/2iê›ß
-ý]u¿MSk]]S1/2{Ó{ôÓ×O1/2?TôýÿJí°o{ïê3/4úH_î•íÿ(r)-̃ÿéDn†ÿ ¦(c)µ´ž1/2  ±]ÅZÿIÒž  ô1/2ÿÒÙ]
Ûµ}ªmý7û-}-  _×¶Â]m¥-ßÿ^ú÷ý''ÿÞȪÿôÿû}Wµí0¹V.ý  ÓÕ3/4ÿfa/†G  )'RræH^E  o-Ý5ôÎ  ßdQ¯¯¯
ôÖ·WÿV/nµÚnšŽ,ò  :Ö¿†x+yàöüuÇÁ´ Œ† ¨ä
  -j,·â×ä9‹çPÿ_Ûÿþ¶ßÞ÷°1/2Ýßx-ÿ ¡|]ÿÿïƒ†ð]1/4"  -"ÿ÷ö
U0_ß1/2_Ž''ÿz_O  wõøD  õë]ÿuÿþ  4BƒÑ
ŸH"  ÿ×ÿ×v-î
¿õÝ  -y1}úë ý  r:1/4›"

Ý[¯-ú¿(c)5-d  m  Ï¢,õj^"}ï¥,Ÿ¯ÆÒ
ë"CÝ  ö"ïÿµOïÕÕ"Cð‡'Gm3/4ÿ˜>(tm)GK"ûy        -  !mè(tm)
wí"ßë#  uËÿëü˜æ  (c)_ÿ-u  êÿA}{÷õ3/4ß  àÚ
øW{U3/4"TÚ¯öB  z
u×"¯ "#ÿûmw1/2°¶Û÷á/é{¿Úý>ùÔð  ÿu¯ÛísZwlÕ~þ¨%Ïïë¿"ûùÕëëKi:(c)ÔþÎ§÷wö'IÝçFëíçSû¯"°]Wµ_
þû  =tûî7Úwí  m_Úöþ"¥3/4  µÒoý/ª¦+]¬è{ÝÞ•×1/2÷Ý  Å  Úé>1/2÷éïZ["÷zúgSëûuÇúM¤ÃNÒø  -ï
ový_i^Úü0-(r)Ÿ(r)úûz-¥"ïWÝ/Ð"k^þÝw#  øawû6  mm[ý˜"
ûa-(k¶"}¤¯Jû]‡Ã
¶  vÔû


&ÕÕ  WM¶¶"a_m{
"ÚÔuøi}ñLBc†  ø`-
˜íÃ
1/2¥þÒdWÁ"ƒkpl  (r)Ò  @Ázƒ6  ö6*
%ì  %Ü`ÂO3/4  xav  ¿N•ú
WýVÇì|I  î¨...ìVÈ  cŠb  ‰  ±Ó  È<<1$ïØ"}r
ô¯¯cþ9  û  Çzl{  ‰›ƒ        Mv°øL  ÈxL'ÚÃ      ýÛî5±
  (r)áW†  ÂkëÐ(r)ð×-ÂjÝ...ûZí:{!Ýì,?ÕŠ§ÛW°-[D  0ƒ
a.  IÒwì-amSHœ      Nì¤5
¬‰þƒ      ×
!Ã  0J¦...áÃ        ¿jé¦  monÔDDD0B#+pQ,  -Nµ0C]  2xƒ
ƒ  -B"BaÃ  D‰B""8‹  DD¨N""É  !  !      pÁ
ª†  Dq        DDDDG      `"éô'  "uf-õP•µ2  Á"n-&)  ÓO
.  ,...
"3°Eÿÿÿÿÿÿÿü(r)aL-ŒØf        H  o#ƒ
j'tv#(tm)      ð`  ""ÎÀ€Ã=¯a  ÑØ  _¯û
(r)úa¢$5§  šé4Q$6E    eò&À1/2z  ÒlC\1/2‰í×M
Ÿëóç°ÚM1/2þXöë¶¯"ôßßKYS°;-ëúíãšÙ,0ìœ)ðK)3£<˄MH'!Žûßéz~  }ºa<"  ×  W-éßŠôïø¸Ó°~·kÿ²5n
¹


5ïïO¯è  &-z"Í¢s¢s  K[Ky#úµ  o5´ôø}ß"Ý  îÿÓÐz3/4ÿ×}}RÿZýkKïK¯±}¿ÿ  ¶ú(r)Ýÿ
õþ".ûô¿ðiKIÿàôi  o"1/4,húë§ƒÿï]*ì§Ûû íq1/2×µW  ßê  4·ÿÃ  wôÿîô
ÿê(c)0û×kÚÚ"f  Ÿ^íæ°Ÿ_jŽ¿R\ýwöÈ  ûý5¿ß{ÛûÔ?  Ým}s?¯Õo  ô¿AZ[¶
"Þ3/4ïgšøÿI†  ý{ûuûI_¿¡L5Ö  Úü0°Ú°Ÿ~¿¯[Ç
%"¯Ç´ÄV  _¿Ðkä  -Ç  Øcb¿ë  ¯kiÝ  wwÈw×ÒN  ƒZl-...jÃéZêô^‰  Æ  ,

    ƒ  1      ÿÿÿÿÿÿÿûh§ÿÿÿÿÿÿÿÌ-"º"o&ú
È)(tm)'d"-ï;,DŠv¨)X  +@\-d§v¬
•Ñ...û;  ÂdM•<  !±"L&  u~DÚ'Ó%Ã#  5
sú  ä_MV(c)§m~˜a    i¨]ôõëÒ
:_ÒA¦  ¦KúÞÖ°Â¬Ÿ4GG
öL'¦4E  Ã´  1/4/_"9¤  (c):A‡/w""%Ž  Í¢^ë-!ñúéA´  ¿¿Dî  pžmŽ1/2·èu§]
_UAjÚN¿I-ÞÐIt(r)1/2×ëíý¶ß¯¢(í¿mÿ"Hìn-úoé¯"0
t  LÁ  ñ³"Â›Š¹Hc:3  F¢C"'¦(c)Aœ3V¤  R4g(tm),'È.yÑ-_Ð_Öu  e[03  [:'!  -FÄS†t0ˆì-KA
,à...Ö-°¿ä¬)¯ëš  ÓPƒ>  '(tm)´ðD  ôÈ£¸A
Òhû  BjD³(›  Ê  Ó  B‹Á  É  É  öl!ðCŒÈ Àeê^°Ùæƒõ¨è    øAá  i4-  =:]zµ¬ô  w a
·      Å=á

(r)  3/4
U4  ñ"  §a  ž  ×°"ÒX3/4=
;ôØ‡  ÷  Ö=ýá:AÓ  k3/4  ú äë‹C‹O-bôþúé[ *¶1/4*oZ
?Ñ  Üƒ  ¤µ(r)1/4Ù›%
A.r(D^íÉ{Õd~äp-jOÞ(c)v•¢S  Écd~ôEÏ  ;-F^(|i  äK§#>Oò]ÒY9¹  (‹käÎŝþªýâ
    ¤ž´ n  '  ´  [1/4'¡}Rm'ÂÒäYÑ/r/éþHá
¦ø ~DèÕ  ²^{
(r)  nËÄp  RA´  {ä  Ð
ð  ¶...únLúJÕ¿A¥  OT"tÿ¤ívÕ:  t¸O  <&êþ^éýxOÿÚúx‹(r)ª‹}øØ]zJ¶´´¿}=ôßTõú-ö"'µ¥µjôé6÷ïMé7Ó
    õ  †
û]wëN°_×"µá'W}dxë—  ‗  pj(c)äŽÝ¿...ýoÖ"äýn×o÷_Wn°zí°zo\i]~¿x@äý  MÓë  ý=WZ_ý.ýwÝ  ÿ¿Ñ:
}&-(r)6þ¿ý[Ý%"¿Ò3/4Þ¶3/4-ß
    ‾ñ]={ÿiC‾ô1/2W-7ûRjý}¥2¶"ï"á)3/4µ×¦  ¸ê  'Á  LÄG  ÷çPëkÿßêÿûO
3/4F  Nûëm'éúër0OäëÒª@cét  ß  "€ÇÔGõ(c)@1‡"öû‾ÿß1/2  r  g@KÿßTßÿß  Ûý;ÛÂ"k
KKÜ"  /3/4÷î°"ëÕýÞ¿õª7"  é~ÿj¿á3/41/4  Ö÷õÂ¿"  ¹  Kï×ë‾ûp^%ûwWöN¿öÝo†×Â
    *úþôëä{1/2  ðªäßþ1/2  Ÿ[Ø^4¿ð°%×fªå"í¦‰7ë  ÿÿû¦-d`_Ñ    ÿÿý  íý‾"DY¶ú(tm)'*äÑ}*
^Òè‹Ké}^Ýh(tm)  ééK¦ÿþ°ú*
üš:ÿÿµ¤-ÿÕ
û3/4ª´  3/4š_{Á~þïÒõõKëÿL?ÿ¿ÕA¶ý  ïõÝXjõ~Þ  [¥O÷}}ò    *zÔóX_Ù"[µ[t'Þ÷Iw_÷_÷÷ÒÿOûýÓ¥ë
÷¿}¦uzþ'"D^    ö÷Kþ𐰿¡"o‾Æ  S{þýíŜìœô3/4"kÓ‾·Úûÿ×-ÚßJ‾ñZ�4´¿u[i5}tÝŠ‾=:÷ï×W§þ¡¥ª  ïý
B°Òï3/4×I‾ô-õ÷ÐM¥tÝzì5ôÒ°(c)...uKØÛ_o(r)ÿa-...ìi÷k¶¿¿  a¤NØa-úím}´-xka{Ò3/4Õ´-^f÷ÛXk
*ØOÒ†  øûØa~  PÕ8k
Òí{Óÿ±JÅ}^  5°M£¡ì0"4ž  V  'ÖPá‾
ØJÂÜ�^Dà`"°^"    ±-
`ÂOßì0A[ÅG°^•ÇÚëÈ(tm)îí<+î¶8ÿcCã‰!ûô...Ç  Å1~Å=1L‡¦fÅd  {1/21K3/41/4Cé(c)
=´(r)¶&w3/4ûõa(5‾{!}²  ~û    "¬f1/2...iÕÕ0ƒMH.ýØKtÓ°tÕ§"J°÷Ã!cÛAôÚé‾ûÒ¿al/ýª
(n"
[...°-,wtôÚí"  1/4;T¡"
-"Ó°¶"C  àÐ(r)×`^~[A(r)\  ÕÕþ×§    d"!HE,    5X'3H4  Â    *- -
'p‾ q  ÉïË  ^‰
    ^^^^ô"
åD"âÂ  Le!  ¦  DDG
            QÄF±    (r)ª[,¿_KÖ']mªý$-ý%äØ~y_  l0I†µÁ$(c)(á-  }


)Ì‰UÝ"ÒkAB  Â"1  ÿÿÿÿÿÿÊ×ÿ-`H²
9nhÊ(tm)(c)Ì·5ez";Ugq-D  Ïç9'Àƒ^Á
ÚÂ•ÉVv    -ó²-P‡FÂ¢C`0~Ê^ÈZ2Ÿ°ê  P‾ü4õ¤¡iBÒª  "§Ú  ëZÿ[  ª×h‹ýÖÝOÝ1/2}ìÔ.²õa
ûßþ3/41/2¥-Ät  ÿÜûô3/4  ;O
ûÿ_t÷îÍí.ÕœF#†EH"ÈPÜêD1/4""ìŠŠEQ+¿Ê^@¢  ÉAjy  ŠÉãfHd¨fÓšâZf,'
œÑÞÕÒ°"  C00A,"TFœ3Pª  0°ŽÈX@@Â  U°^³"ÕCÑ-ÌÃ'  Ñšg2  HH    ¶í^Á            2
)N2†ƒ4  ¬  †  ƒ  Å  °  €Ð%  |Á  )Âíš  Ì4E(tm)-¥À0Ý›  §  ô-vö°  Ða
7A...¬  4ü a  †  h=B    ;  "ú¨@Á  ¥  0@Ý0@Ðh¦ a  ¨h0  ¿¨w§è  AÿºÕ
8Ó    Úhi¦z§  ú  z
Ó𴴠 a4  h5
Qvƒô-1/4RlEñ  öÿvû#ðôKÝ§%  d¸9  ¥'aÉsi4K  È±øø¿mZ'þ'r~ä¦ù
=  ¬ã"šD±"ÙPbéÐr
:K"O¥×ÒÓÈ´        ‾N"N

Éõ  è  9  Ð
m        å  ¯pƒš4LïôN  ³⁷R/dé'P  m  öÉ  "Ú  7  Ù.ät¢tÉÑ‹R4  -NŒrNDh':"øOÈæÑ)3/4ëo"Ól$ž›"Ú
¶‚  M¤Ûtém
OWTõÈèžG?Â
ÓuZ  =Sµ¯°-&Õö(c)´›Ii&Ø[í‹íuúÕµz¥Óî"ÓôÝ=Sý¯|$žŸÒÒz]n(c)´á5ûÐv  tƒÂ{wI1/2"ÕÒooëûín""
u×M×¯ëMâôÿõ1/24ÿÂn3/4  Ç-ž¯  ªµwé§ª§k§Þ-¿ªßí  "i}  N;¯j=xÝ6"ãã‚êéÞ°÷-ÿ_zÿkZúú×ÿ]Z  Ý;ßõ
éí¯ê°úoÕuÙ  °ÝÕÞ  ý"_ïéí"ÙKoÿõÕ"        dpc‚¥ÿ#A)VDO"  ü  ÿÈÁr*  ¶'

"èpý
L  íρûïéÿõ  ÿnã  "¯¬¤
ØÙ
!    íÈÀõ°ᵃt  ÈÐ/ÿÈ.ρßtä  ?qômý¯Ç¿§ýßÕ  ÿü  M‡@´ø-ÿà‚_\0Ø  ‚¯ïuÿJºρûú¯ªûëü†w_ö        A¶Â
    o¿þ  D  þø80õá        kû÷}1/2ÿÿ÷NB  "IÙ  ç¬Ê7‚#ÿ"?ÈBmP'Il"        ^-"BåÂ#²ú5Š
"¬¯GìÈ
'~ÿÿHG(jß1/2|  û"Ý"?ÿºD'åŠ1/2  #ú§...ÖÿÈèT        'æS  ¶èª
ÿw_ÿMÌUû]o§ÿ9Óþ  ÿájä¤ø_õwzé"Ãô'u]í‡ël-üé¿ÿ°¿-ô°[        s""Î(r)×ô•1/2ßÿë¯þ3/4žàÿρßùª
ÕC:-k_ÝW_u¶µwßß1/2µlèzoÚþÚýÝÒ›n¿  _õzïî3/4§  ›"ý3Ÿëo¶  þê  ÝêÙÕúýS~×t¯û-oÿ(r)ÿm}  Ò¿
]k]n·Þ"ÿ1/2éûJÒ¿]þ3/4ÿî¬$Ú[KMm(ki]Z°×µ×‡_¯j(c)_ÿÕ¨êÚö¶-ÿ¶•§ö¿ûkÿïk±Ux[
a"°Ôn    ÃXaCi}°Ò°""kn  ÂnÃ
éÖ¶  mmv  J  áo"    iC"Ï†•û
'ÿV×í²8  ÚX¥b£†¬S
'  Ç"q  ø28&Ã        2-"ƒ  Ší}3/4
$á>D}""Ø"ÅH(tm)Ø0¬  È-Ø¦
    '  v  Ùù    ¶-ÿ  Åa;L&!4ÆÂ{b¯‚±QL      nä  ÚÅõ
ÅFíI=ŠÃ  (c)§Ob      šÚcýŠþ"â°úk-Õ°ši"ÈX†(tm)
íÚjíØ]oì†  wk
Aw"
ál  ÓVÕ´ÕíBoØ_-á§þ  W

    A  Á4  `¯Tá,
    "  4ì'kn  êÇ-Ó
ö  †1/2‚"ø°¯M  21‰¯¨±  ö•&Ö¨  aTDD0B
!      Á  ˆƒ  z.
°€..C  6á-  (0A,      A,  É),
!  ("DDX!    È  Q    ‚`^^^^^^^^^^^^ûú"Áª‚×qÿÿÿÿÿÿÿÿüÈ(c)      œ  ²•(tm)  23"Lì¤É6}'£25Œ´
    B  ...#(tm)7£%âfeA(tm)žft      -Vx
a  ‚\Ý  B`ÇäØaêþÿíþž  Ãªwßë·úý
§M  ¡sþ1/2úíÿZ"¿  "çDŽÊê•k÷íÝn´  #GP@Ý
ß  ï_zoJ¥C¦í  n  oÆÿ"ùn¥¤  _OA__ßW¥ÿûz¿  ô1/2}þ¤É~-  8•(r)¯¦oBE.Ha4äMÐ  !2¢{
1/2Ãz¿-w  c"      Cå8eW'aJ  ÁO  '  ‹  Å#q@¤@Õ"kd  """  Û!ž  x³
  a  @ÉX    :ˆ  ‡‚!0  ¤lCXB†      C(  SŽ³c'3"1/2~ô1/4&  a;U¬ðƒAè<  3F¯A"
""  e
        7D#séîƒ            ¦  i"
=4Ó        "  §  a;M  t1/2þý1/4  ii"¥÷i¬^›i  Ó  ƒOT0ƒ"Ò-¦  a;
Å"    lCt    Å*_  (r)š¦šèƒρ  D¹ÄZnƒÝ  ÃAðÑ  ñéÞE¡t¢;h•‡'7rXÂ"Žä|Ø"‡"[¹
=d²  ¯µ^  }´Ý  óD§"›l¨ŒÒ¶ÐA¶ÊÂ  ò,Úçš°H  6‰}4K¨"ÃN9Ñ  ¿(tm)ì AÐAÒtN¯MÁ  h  r>  <
Üœò:=  m  ì  î°w}é?êÒ  U-¤"Â
+h7ÔÞ"h&é  ÚO$u  @ßÓú´ƒuÓ¤      ûÂ¡Òm  -  Ô7  <Û  û-÷íÕuþ×Ó¥µ[¥zTôI‚MÕ

"ÿßë"õ1/2=ºoka>ô<sup>a</sup>,  þ3/4µ{§ÐN"Izë¯m5Õ"Aû(r)3/4Ÿ~¿ÿøa$øý?Iuþ¤t"O3/4¯MÚï  zß3/4"éê"
4¿z}mºVûÉ1/26¿º-õ]!êê¥  ‡ú1/2Á¡µúë÷¯÷oKÒºV3/4-]Ö"ÿZÒ-'õÚº^ž¿ïM°cuTßÓXûôõôõßÿw]ïáo¥Èá
ÔÀ0û^í[}žDp*ïëõýÿóLà$...X_Ò^°¿"  "G    ºÿïÜ... ãõÔ  ƒÿ±$ê+×ÿõ#  Xÿ3/4    ÿülƒ,?[  ìÒ  w
b?ÛÿïzB?·  °  ,!ÀUŸoê1/2Ò(r)Èá"éqõÿØd  ÷ý÷(
j"_Ú_ûmþø\Ö  XkÓÿÿi-1/4]é]¿þ¿‡
ÿÒz¿ëÖ?  Ki_U¢-ÿ´ó  Úéíwrv UdAË    n'Z_Ûù896    Þ·ú
'WÙ"{ý¯·níítFwõú"_{iB  bÝ2ŽÛ{3p  ×^Â  49  ?Ó¿è':1/2  Ý.þî<sup>a</sup>1/2ÙÒ>EÈ°Uœgot Óï¯¿ëI  ëþt¬-
î<sup>o</sup>÷¯<sup>a</sup>
÷[ûWKî-ûw§O1/4-‡ÍrVuU÷þÚ]ß'Óÿþ'ûNÊ´ëw  :=-ëé-{3/4¿ûWc§ý}  ×¤  ÿíKÎ‡
øgWïý×wzÎ†  é]-  Þê¨üè  {ÿ  (r)¶¯ë¶·Þý$ÿñîP×[ÕµÎ§†"ý÷_Öï·ë  þþë¥i}¤¯ßÐoÿÒÒm/[
ö±_{"{a'µm+aUvÕµm{uµ´•Ö×_ÛJûØþ Ô Ý'íl%¯õÚÁ_jé;IØíCV  --öÚÚV
-Öë[SÈ  ØXtÝ6  ÷´1/2õmmuìÀ>Á,
~ä  cJ×
¥\0"
%÷
    ÛJ¯a&ÂL‰Á0Òa"<sup>a</sup>D|5Ã6  Þ
Ž0Á"¢  4ÖÁ(a(4¯XiXUø0•¬4<sup>a</sup>>5×Ù  {  Pf  ö"  ÅzÂlnÅ1LS    1[  `ÂØ"ë±QNìlTPb¿  '¿1/2Š
qO¨amÓtÀ,1%-3/4š÷-...ÓL  SJ
ø"I3/4á"ÂÛ
;ï!•xQ$ÿÚ  AõîÂv-í"  U~"
    ¬`
í  Âi  Âam;
    *,L  &  ...°°Â
0"å°ï¿ØA"-á5á,M-(c)
9œ  Â        ,    3/4Uä¨Ö‡,PÉ(ƒ
    (  Â  Zxá...    DDEá  2  '+L  á,aPŽ
        -...Î'  ^^^^^^^^â#B""*jQq    ÄDDDEDZñïV¥x  _ô"...T¡-'2YÒrh  †-Xö£<ÒÓ
×†  :  Ez"  Dcÿÿÿÿÿÿÿÿä¤¤íÇ<sup>33</sup>Ve[  Ù][(tm)
ìÊ;  gÙØ"w  ;(Î‡zpóµƒ  2JæB  <-B  Ó9  A  Ûés!?  Â
•u7  PƒýþõÊ<§i5éRA
]oµ(r)  ¢/Ñ  fëÑ)úN÷
-ÿÞ´  -ºïkDS¶ƒ·xûþ,A¿;W^  7  oo"Môš×-"A:J-ºõê  ×-<sup>a</sup>"ï(~  ÿ)},êÊDB  [Ý^¬ìl³£"¤Ê>sƒ#
Š  J  56)  2VŽŒ  4Éa°ed¿°^áÊ
    "4P,"N  ‡  Ds#•QÁ
b  Ù  LÄ!(tm)ìù  `Ê$Fì`žÕÈb  ca
    a¯=  !Ï¡ÈÈ  ÔB
    0^]Hr
~ƒ    h-    ;6 "  äTáå89 Á  J    Ë  A  $OHPn  Ðz
    ‹ä&  Œ é    gPL    E5Z,  z
4ñ¤î-0ƒ    A¤‡  ƒ~,xAàƒCp@ÓT  ¨(AáMaÍ  tøzo  â    Ò  tÅz
),  S°š(r)ƒÛ  ‹    éü0Ÿi
ûÐìè4äÐ5ÒPƒò    dº·  ÚK¢(ï^-=<i  `8êKž¯ã!GZ³ÈKÈþ‰{'ŽÝ    þKö^¹Ž£�£Dv¥93åÍÚr,='OÓr/Év
    ôYØe9æ<sup>a</sup>E    äh'6Ü"†^‚Í"y  ç"‹àƒÈ1/4Ù3Ð@¨ï  Nb
oÔ  m  p›@‰Í4    Û_-    Ù¤‰QÁ  ÅÅ#ðð‹/´G
ÐIÈ°Iº¿ÛGX+H<$  m(Ü  k´ƒl  I7AÆ"Ò
"éôôß¤õOZAîé"ýj  á:VÓp  °  ...*ä  I=í%é<&·"ßNðž›ê  ÷MÂÂK<sup>a</sup>V•"-tÿ[{  Vúþü  Ý}7ôè¯¥á*
¿ôô"Ó<sup>a</sup>u¤úÚu×Ú*ëÓÓVû-ZÕûi
ê•;ï(r)×_¿zNãWëzM×<sup>2</sup>@b¿Huí/z°§}¥üëò  a§ô  ¿Z

;ö-ØbïõÖœ*Ðÿ¤ßÿ¿Uú  N>3/4ÞµnµúÖ¿ßëÇ    Ò¿P-û´‹†ªép×ÝuÃÕÿw"OîÁÓ¥° ¿ÿúD Ž(tm)8¨/íU"k
   kÿ^'    ‹K¿§]àÉ z]bïÒ#  }e -úZ
÷' ±Z_ßôŠpÂq¯ñ1/4tžF  Õ¡uÿ¿E8cÒ·ïÿd  ewÝõ|è
þ"i{Ød  þ,   ¿orOþÒ  "Kÿï²@cÿõ-
   T"¯ÿ
2  1êú¿x%¿ÿì:ì  ú(r) é}(D    h/õ÷ÂÿåCÿ ^{ì,
   Ó"Öþ  0°8ÿuY
?Ñ  ‹¯Ýþ
;µ  ƒ3/4û3/43/4úP[Ì5·ä  FLrIþ  ù    oöö'"ÓÍ  -]  ò    Ÿ{öæ+Ó^"Ñÿ&¡  @Ý4Èg    "ïŒ  ÷  ô'$/J
-  %"*°"~¹jÿÚ-%,?¥°°ûäHh'^¿é  ×°ÿl‰  YjÉ"ßUµmS°...w¥¿~þ‰'3/4"(r)ŸI$þªêëµÁá  }·¥ð•ú{-°
3/4¦{}ÿ°kJ1/2°×3/4ÿ"-"÷ý_Û:´·öë^"Ý'¬êoßT¿ëÿú¯úw  ]-jŽ¦"ùÔüêî?]ÖutÝ(r)¶,¯ô"Øõo#  ZîÖï1/2  mÿ
57¿R úóSúoë
]/ªøzMêÚNß  ëv-i:Oª  ªñ1/2¶Ý}}×°±¥J¿k~ûðÖÓ¯Ò~á;_
ZÞ'Z°ëi  Õ[ûö"¥-Ú¤-%]">ÛZm~  *{þÛIµî¯Òn-{oJÃJ  3/4•...¨j-í¥ÞëÚü0¶Á,*OÕ...¦  TûéZ¶  °  Ã
1/2CK{
ÿö-amm+]pß
l‹Á1_v  a"-Õ†  l$¿"øduuM,L  _S§"  â"#ç";¯ÝŠŽ  ]Ŝì1ôÁ'Ð+Û#À`"  "[PÅC


+
Ú¶,"Òz ¢  ¨ic  n$ÿŠâŸá",6=¯LRè{  P÷B"Õ³"i...  ß²  íwk^"ŠÖÅ{  QL  $Ç¶Ü4¡"Âÿ"û
[Ø[[ñvì+`¦wµì.1/2U¦šoa-"
Þû·
...{°~P¯(c)
CÞ
Š†  `¿av  JþÖ  ÓÙ
‡NÒÓWX`‡
]Ú  Á0¯ZƒB
   d"â    vö¯L-ØL  *M03/4-Ô  -ø    ,  A-(c)
ÄA,  ÈÕ¡
&¡  Ð`ƒ  ,    0L  ÈaÂ  ¬å1
!        Ka";
   2c.Û
"""6"$i  ^^†Irñ  ¡   h  9L8  b?1/2¥W_ÕÛ_uÛK^  ÿÿÿÿÿÿÿÿ-Áyn  (
fF¯²¯²æI  :³#ÇÎdHÈ£!F  HÖÈTI´  Ú'¯3"@æD=ÂI  •=Ì†b#£¯È¯Òõûæ Å6!Ø¶  }kZ¤x
ÿ_¯]~Õ°ëéê ó°ÿ-K9,jÿb  Tÿ-]úÚzÞêëÿ~ÚD#3/4õkê'
KQ±ñÇW-†¨  1}÷öÞçr¨  @Ý1/2ëÕÝs(c)p(r)°ÖhDVŸÿTÕ~ï¿þ×I7üÔ´×ëÃ~çfQ
¿úéWÔÈ›0""  !Çã,Ù"r6  f·ð¤R'-¬¶-vS¤È÷Ýd3>       (tm)€‹^`¯Z`¡
‹  (†    2 Ä)ÂÈÃG  éSç
ƒÐ{MÐ4í  x:}ž  ‰œ  Â
   ^³"èŽ,'!    ª÷¹  )!¯    !-Ž(r)†é    š,ÚøA"
¡,
è"  á    2@cCîÈ°¶
¡        (c)ô.  u  EÁbðŸ  3/4ÖƒÂ
   z@ƒ°ƒ    ¯MPdç÷ÿ  ƒ‹KP  þƒô
   ›é.ƒŒ Óð  "(tm)±2%"'çþAA|qn± ô  TÚ  ´    _÷Ý§ îþK  Å  §!  iª¦.°œ4  *"-  Â
¥  7È3/4¦â3Š.í9tzzpÑ.  ¢XÑ
;~Eæ"
U"óDxäKÕh èœÞ‰os'‡DæÑ)¹)Õ•†¦Ë§äAÜ‹ù  "v

Ø1/2;¤íÓí{r/ä^m%ÈÐ]'6‰ÓÁ¿A  Á  š´ħÃð   7   "-ý]
',        ïĪ‚MÂ|u×DÎé´ ~ŒäJ"->°ô  ÿÂ‚Aþé[Â    éé¿I¶  ÓÖ¯?§Ié´¿I1/2Cutõ¤ßÒO¥Ö,
ÿNÈ¿××µ÷éSÓÚ‹I?  Ò3/4 °z1/2(r)ù  ôÿÓ  ô*ÍSÝ+jè1/2u  ´Ý_zWOÞ‡Óúôê1/2SÚ  ]ñZ¥§ü:ƒ
·O[_Äi5Kî°  ×ÿR}÷þ‚WÓ¿jûÿv·~¯[-ôÒ  ý:   ¥ë¥ip÷~Õ"¿1/2mG‚ëû,  íQ  .1/2×ú{ð
  {ô`ö(r)ÿðø6›ÿ"û!Hþï@(r)'Ó
V-"Ô
ï"Î€õiõ°¯
¯ç   Ð²   œm7ý(c)(  ¯Ðî÷ƒõÿï#@  :Ã
FÄ[ío
×òpcêÖ"u}X5Ý¨¢L-
}  ü  Ö"úPÃkj°ýA{8}  lM  L0Õ  äl  ¿Úý´ýo¶á†íÝ...
  ûý´ÚOýôéPa§¯Ýû,å8eÓá+oÿ&   þ¯Ný÷ö1/2- öü"  ðßR  ]}S÷mïd1amöu
[ß×è‡Ï¨a(D  Ý-oà¿3/4'§ïë×ß¿5‰úÉ(!>j   ¬Äÿï]/H²}Z"
  ðþ¯Ñ[ÇD'SïûD/  ÷ ·õ¿×Ò  ÿH'$@×m°Ýï]  iÿÛm&ý3/4éÎ1/4  ì‹æO¤L‹ÓèÒ#G3/4¿ÿ̧úëàÞÚ́ü,  ÿõ
^µj1/2è\?ÿõ[ƒ-ÈJ§ÿÿ...ÿ¯þ"ý÷{??ôÝ~•   "ÚÓôí×:"  8jÚíïÚ́ô"Ö¤gIwÝÝWÒþ̧SûÿÓÿ
û*  _gÝ¯]zwWN^*W{ï1/2]§"íïúøN¿_oëþ¿_ß~þž  }.ÔW~  m  con"[J¡wÚ́ð×xiZª¯Ö´Zë¯øiv  ÿ(r)-×í-
´-éû\%  M+Wj  I0»¤ÚÞÚ́ka.ÒÓ<-ÒÒuý[
~-¥ª°ß†  Ü  úý·§ø
]µM[\ KJÖ×Ø3,FƒV  n±L0"
xÛ       1¦       °JûØXiCJ  °kø(r)?¹  7×kìVÃ  -
%`¬TS  \[J9  -)  xÄ&+Ý"Åa^^ÅBcÛÖ
  †     Å *9  ;
^¶Aß¯  i-oÖÅ4Å1p'b¢Ÿ
S-Wí0°öƒ²  ‡ÔlB‰7ÕmÅþLp¶  ¿ß]ôív  Òm2   Õ5L,GÃL.MÓ

&   ^Â
        SUM  ÕËpšd  ;!¯þ†ƒ  *âø  õá...°¨4×P@Á2Ü*WØ Â  `  ¡  "<0"¤@É,  Œí0ƒL'"
Á?°(r)ý  ^´BÐ¯¯2Å   FZÚ  É  "S   ^^^^  $Eñ  e....â'".*8^^  _úKý¿  Àµ1/4  ¿µû¥  b?üÉc
  ÿÿÿÿÿÿùi  (tm)o]&Å1ØÓ;Yg`Ò<ÎÒ  ¡  (c)   s;E2ZD...gnöÉ"Z×ÚÓ|§e  yØ/A_ÂO_T"-øKIïÏDn
3/4¿_úÿRè  {ÿúÿë(r),/×ÿû"1/2  1/2ÿ´éúß¨ëï£}=,ÈHíHR$·¯çc  ÝsäÀ¤C"±
  2"í²  d-AE,!èCŽC -...Á   €Ù   !¯D  ¯'U=fÅ)È¯ÈD¦;63X¤áÈA¹¯d
  "0¤"$  f,V  †   @,y€¡NŒ È€¥  -`Á  !...&  A  Â"
    Ö8AÂ"
Õ]   ‡ðÁ  ¤  a
,
a   9pBê   A,!Ž"  D0C6ƒ  §}   zh0ƒôÂ  °  °h=  ƒ4xA"A
,"D  ÐA¡¡¡i  ÐÝB
Ðqiê°  ž..."»ú  ÓM
±i±§µw¦  öƒÉý,#àÈ>&Ì"†Ú#‡Ç""‹  £"‰  ÷m8":¥n')Ñ  1/2=  Žý  Î‰sD["ÊšH  2
(Ñ?a  qòç'1/2XDvH9<:'@äjƒp@á"  tOP‰ÑÈ3/4àŒÎ  ›î§  ³¹  %ó6!  ö^û-7   ~¤èþ   á
@ƒ{#÷'í"  ²vOi7   Òn  7Õ  t\Þ›Þ   ÂØM‡Ì¯ZGE  Û
A7#£Ååh  ð¿
"  é.žõA;þ•ÕÚ́    ÐAáB
ëÓp›é°zo  ÿRm/Ýjè=Pn›I´žµé°ízvýÒôÒot1/2Ò  Né6ûïÕ+ýué7MÇßÝþÞƒ¥U]5Oôõ×3/4Ó¯ì  cßþ=
w];×  Ž1/2F¯±Ç°Ö  Ž¯-?Oyní-Öý7ÿÐÿM;i  mÍ  ¯Þþ1/2zI‚kÖ×ú[‚Œ/¥ÿO§ªkþ÷õïtß(r)+êßémø+
·{Õÿ́ywÁÃwøs!0úÚúkë›
Wµ÷é'"*þ  1/2_jF,H€U"Ïåðò4
¿ý×ßMO  #-  šƒ[SÈ  CáÁ~>:÷  v•÷(r)5ÿ£P[ÜÖ  =   ‰  'ý   É0]ƒ_Õ5  Oi  |   ÄFÈCe@°ý×ÿÛï

Ûþ-Ù80-,(r)            0w]~  ‡ÿ~3/4×ø`Ù
§¹
    ¢  ?õúý$ª¿ÛMýá[\  µD    a∞×¢
  Ã¿õ⁻×XXm†ý0á  '·  `r  w~òÔm÷ÿ--ÿ\...µ3/4   ~'  ˆ¥"á   :...ÿä
¬8oÿm-R  A  þX×&...\Äô-ôþ¿kÛi~   ßè‹M¬  ',-_]ËÒ  _"  #¿ývF  ¯_
n,1/2   O¿*êý/ì...ÿ,;´,°uß  ò
ßúÞýû:  àÙ  k¶EÇ(r)þÿëÿëî*ß(r)  ¶µëXwþÍk-7µÝ;ÿ3/4ÿÝú
þí  ]~(r)ÙÔºúýnu=µNÿwuÛüóôŠÃ  ë8mu"ÙÔ(r)1/2{çWžvsõ³(c)žþ¿kÝÚ́Ŵkúkk}×{]×Ú×(r)Ÿq[  ïôÛ
ÿm]ëû[ú×ûP_k-×Ôôõ~ßki6"  ý³ý⁻U-¥µ¥õ  êÔõþ×Om+JáÓ  Ý
ö(r)î⁻ö1/40¶"¥¥iiuõ"°Âêé"{]⁻ØXki'1/2¥Ú_^ÂM-?
(a[    Zž;fÃ§"Øi_pa$Øa  Ø^  Xk
,  [¯¦   §a=ƒ  °•"
%ñÁ-  `Êâ2.v  ì0-üT  %Á›  ...°¬5°-‰  öEËeÅþ)'pljÅED
Ç""÷`Ë‡fcf  ¦$PÆêÅ{!¯±±[ïR†+ðÂcâ¢£ŠŠ{W[ð°Ó ƒö¡"n¡[Ú̀ìIGi‰'‡"aSµía"Õᵃ°µÜ0-¦(tm)
ˆa?
‹5nÒü·NÂkpÂ-ápƒ
š~Ú1/2  (r)ØV¬&šØA,ö  CA"  ^  ¶  ø`šÁ'u          ¥h0K
!  G!  úpÀ0  0``Ða  ,÷a
    S Á  ˜[B
Éî†  ^^^"XB"Bb$dÓ   1  b#^^^^^   ^^^â""'"#×Õ%3/4,U¹]hC%\  1/4W§ì*Œ  (  ÿÿÿÿÿÿÿâ0
xÿÿÿÿÿüî^Qÿÿÿ(tm)  "ÑZ/'DMÃ³nvc5"  \¤  2C;P2¡  ˜ì
ÉpP  f@C#     ;â"L•²`)(c)"GG(tm)  ¸êƒ¤-   Ô  *  §ÌÉíÁ  L Î ÆÞ  ?K;  aj  °õA"  ...kêÐa5ý?
%(c)âJJßz

n-^ƒD£{¥"þ⁻°µA  äö"EwH"Ú́#Ša]>MV‰{H  Dýêß#ðý*äç...Iº-"éÐ
Ú́'ýZêÐAá  ÐO&9Az"     vµîšöô¦¦Òm\~(c)é1/2¸CãA Õ¡ø*°ß  t´ôëßö¿ÿTÕ_Õ⁻Û́ªuëÿÒýÿ&×1/21/2*
ê̂`Þ3/4UÆÈ¢%Hº¡ B ¬á´æ1/2?h±è2èËÐ-ldC8Èl†)      çýÿ'  Ñã:3  \Õ%Dr¿#o|&¿"
    é    ‡°
    3`¤!
    "
    ",à   µéÊ̂†H3ñÁA  8ö,
"  9 îÂ ç.  ]WÓÿ ì"  ôË·  Ï3b
ó  ;60D(g²T""6  "(0Í ž"þ0  è4ü&  a  $0  "  Z  A  ûkî¡
{÷  ÷XAëZ¿u§  â1/2-4+MT pÓL e  ¡  t  ´  ‡#  }-U  §    "Ž
Õ;`âµzt¿ìµ'É  ÜWK  +é  |áÚ#Ç  ý"  œ]1a?O´  A´D  å¸8ß{#ˆñÂÕ¢sr\Ñ  Û  È3/4Ñ?zþ(c)t±ƒ'N'.Ž
E÷÷"?
  ̲ßB  A  ä^¢3àÛD  pǻ~‰{ŠDW|Zm/ÿ¿C  7#â¸fè è Ú  Ù‹d'á:O"</ú[y  m⁻°   ò:i
Ü‹>  íví.  =l:'gIäsK#› ÙẾ¦‰Û  "<Ñš0°  ~ëCdÒW  ¯zºá  á4Ý6,n  µï3/4°ŸêA1/4íÍÂúá=~ú  ï" ƒ
éé3/4›A\š  }"Ú́   O,úÓýÀúzTž-'¦°÷...I§ØJ(c)ÿî'ëÿûT¿ä ìÆ--  _]t-3/4žž̂êžžÕ
ò=¥Ý...úéÕ?|k¦ž(r)žÒ§ê̂⁻Úÿ°zöö  Ôî?ôS]îª  }kÓþ¿MÝ>ÿWV›Ò¥zÝßõ  íûtºƒWë3/4šûëÇî'Z^  }¿w
>ïÿ/¦ÿú⁻öëq¢jÿþ¶h  .ßë]§"ú{÷ûÐÂ2q+÷  ¦Õ%[×|"Õ/'0õÕÿ×kKý  º]U  w¿
ú÷  '
ð¿²à"'⁻ô¿3/43/4£ÿSP  ª¿±zfßRP/×¿ü}⁻DqÝzë¿Ûápÿµ×  aÿ  Õ~-éwÿþå
Çi  ¿§Ù  çx  ú¿þŸâ#°£P_³Äïp̂Äïûº×ú  "ÒzÕzß⁻ÿôẤ"Ú́       þ"Ã
Õ̂-û÷ïµ_§²pct?ƒ
"ú÷!e  C@÷̲ä4-  IßQ"Œzûüš  [H‡ºÝ%}Ã̂¬Ô-  vû-V·Ùcœs
qÍ·íp3/4ëÇºû{ÿe"  Ô̂µuzóÿûêûDgúIWÓ́ä@-ÿ-ÿëÐ̂̂Ô̂µ{Ñ  ~÷ëßÒUkÝ;ïÓ́¥í¿_ê̂ô×î"  1/2 ⁻×Ê̂fÿ#
î̂¥ÿ̂ÿ¿-  ŸòÊ̂êÊ̂C}V•¿[gYÈfÞžŸz

õ¯µ1/2aÙ-}%i}Ôêîy(r)þÛMu¿1/2þß¿Á ]ú3/4ú¿J"õ5}z¹Ôúm}•¡"zÿë ;ûéwÒ°Uû>ÿÓa¥êÞ¿é Ïk1/2/þž
3/4×i^°ûÛAï¿Ò¤µÐÝ(r)Ý:ÝúÛkþ•=>ßÿÿÞÓ3/4þ¢YÔúôþí]|5ÿKKÛÕ=4¡(r)"}ôþ¶¯°Òµ¯µv0"k
-*ý~×îÕ~ý¿†-}WM  N1/2...(~éwZV-¤(c)  tÚ°¶(r)-awõk
i]...þ¿i:Wš °×}"GPÂ_ÚkÝ?ô¯Ò3/4þÒòÅ
~Ðdp`0a  i6(r)ü5¯¹  þÕ†1/4  [áÞ  "01/4v|*è,
,0-"3/4Á^°6
%(r)Ã    þ  ì0¯ö1/2ßÕ¯Ã  ¿Š  Š^ÂZ\B^Á-`Á(a+  àëpÅD.Aqì{Ó  ÅHfýŠ  v)_c_oØ-†  þÂöÚ]¦-¿ö¯
TÅ/Âbµb¯öA#î°Â-ëalfÆüöšb  ^ý=¤Ëwÿ ûM1
1/2 fa›  Û"×]"3/4  0f      ....ËJí0¶¿íþÂZØ[
é¤Ø&  ^ÂßPÄü0¿Þö  l%öC  ·^^  XX°Mc!f        -z`f"éD  ÏXM0f
1/4?â ÍT    ,  äÛüR'  "  šÕ  àÁAxgÝþ°Èõ†¿...ua(r)""'"
Ï²@"D0"DDDDDDq    ÄDDDF"ÄìD`  šµ  ,.  0`(r)")~â'"''&´-H(r)  U±  §RT°Æ³ØP  nZeb5  íÜZL
&ôÁ7  ...ÿÿÿÿÿÿÿÿþZÊ|ÉLŽÆd!'"1/43!³ ¦UävUH...  ;(FÀf1/2  Sè·V        2'    M
K  .mà¦²
`
     X!&  §a¤5
(tm)Ø¿  šŠv  s#†mpfÝöõµ¨4-¶ëÒŽJ¹ØkH$úIýkn    Zëð¨%p¿Oõo'.ú°°ÁR[¤µZëDtj˜zøWR,  ¬  Ÿ  Ü
,û    -±6"§.ž§9{
÷  8Ó‡o°Qj"  fdmíZ  W  áÝ
uïïö  7ëjõÜÿÒ1/2w~æ  †éýê-öÿï(r)·úý"¯;Íò
ûÿÿ~  ;52œCu›$'r§    "N(2  R¨Ú\~÷wÍlÀÈ†N  Ì.Í~)øØ¥;Èa  Yã#        uDt}›  Ö>ÍC!  ÿüsì"
  ‡è...Ód¯[    D:
°a  4^`  É  -h  §    "  fë-µRç"  ]§Ða  l'X  h2†"ž    á0^‰  €Ê  Du"³"0fÙ
"  h    úXõ  ûA¶šzj  7Õ  0  ß¯  \  m§zh4  A=;OJ  Ý
ôõ  ªÐo"  ß  ^ÝÉá4-4-83/4  è4  M  ¦ÿýôÕö×Å".E¶¬Z#·  "Žø°žœcúè>Ãä(í
²&0ò;l'°%í%ow'1°#Çi";í  Ù  &êÓWù    tÚúý'{¦iÙ  Oð@Ú'7¦ioõõþ‡ÒÛ³â|&Ò
¬>Lí"B
ì tff  â    #SHŠ:}  F}  féá7W¤ð¯°
]}6Ý$Ú  :Oö1/2ú×û¥  tôôÞûÕNÚ/þ›-¿ôÝ²  ÓÓôýí=7UÓ}>¯/n  Ýõ{ßuøßõ¤í)WMé7ý²Ó×_¿
>°}Û÷ÒîzÝ[z·˜z§ê-°"÷ïÿOßÿüWõüïx0ýÿ1/4  ª°(r)ú{Z´÷îÒïêÞ¿(r)ÝÛýzþ  ÷í  ¿2X
úõ_õ÷~þÿ"ÿ]ûÓÿÝZ²Éþ3/4D  ×>EÇêN¿ÁuMWþù'P1/2/Ýä
&ñuþ"ô(tm)x¿T×ûzémkôAÈÕ¥×
üD]Ä_æ¿  ÷üŠÝ
vÛ]VÚfÿþî"|G}i_tÝý  ûÿW
   }Wù  1¿u"È}0ÿ¯w,×{õ"3/4-{_wÛ__†  ÿÚ¦û¨¯]U'ß^ýý;þ^w¶²
S__V÷û÷¯U¢  ßàÿß§šfßÈWe"í¢  û²8.ª  °¦È°}û_h"µæ'ûÝ]Õ    ±ZÝß[÷µù  /Õ{Ù  /õ×è'úÎ"þ
7¯ÿ3/4œ(tm)
ý×ÿŠ$¯ß_ÒÒÿ
ÿ1/2p~ÿÛý  ï1/2ÿ5"[ÿk¯Ò÷é¿""ÿ}$õ  ßý¿ß[áúõ_é~´1/2Irö(r)´ßú^ÓgW×íêú  {ª*¿ôž³üöÿ[íO1/2ïlê{
þý³(c)Û  †ßzµn¿1/2þ"÷UÕ¤  A¹ÑßK×ëj  kÿþÞÿúNÿÿõôþý´""'_ Òõn¿ÒmXþ÷Jö?Òa¥]ö¿kô(c)-×  M  ÷
ëzm¥¥Ýœj"_á´Ýa~×ûVÛûÛJÒ¿ÿ°""'ö÷ÿa~¯ßW¶"ô¿¥M_ý"ïdKV"ð×àÁ_ÃJ¬%PÒÓ†1/2×vG
Á+¶  °  eÁ1/2  "Xa&ý†lT˜a'µl'{
%·ØJêñTûÿavØ-{    +
$ì0¡†•¥Óõ  ¯  ^R(Ï†  ö  28F+ø§c÷  'xUû  ..."ß²  ×¤Ä×ý-3/4)¶*˜"Æ  ¯þ˜KR  {^×ñµ~-Ã
Õ  x~Õ/!  ìT  ,×a7ôÂOV¬N  A§z...ßÛ&´Ø[Ol  xd+Ú~Ø-...{L%ö  ~ÕÕÃ  >+´¬¹Ø
`´(tm)G5¦  ,2-a5ì!I  \  `0"C¨

:3/4¡
'úI
   n
-ºØ*iâ#B4 !    ÄM~$¹ƒ """"""#b"""""#@Â dUÖ5 R q •Â ¯"¯¤û
%"x283/4LÄ" Vï... õpÁ%ÓqJ¯C ÿÉ1/2\ ÿÿÿÿÿÿþdL  ¡¦'a- ±"6d7W\ó$ÙÝ³²¶W 3´T0LÔ g I›*
QpØ|Ó"nÿ¨¥ë(tm))i%_ ïFJ• mÛs%-ü*1/2¿]]áo×Zi¥& _u~Oäö
ÞÝR-¦ÂSµ÷^ Öoß1/2~L
Œ¯ i} Öõn"úú^¨ëïUu1/2oý{÷b?UÏïÿÿ"úKçeÉ5¤¶ò%gb^Ž³º-SùÚUsÈ ¹.Ì ¹ !' g³"5Ä@¶C  éf1/
4¬G
]"3/4U² ? Aå §Î
ê j !#"f!¨ !
  Ä&#f 2C620^Àà^S'+"DŒgVN)Ñ§fÈ
 Á º‡Pò@@@Ï,
 ¤ '
î^b ¦¡
~P#GB"Ù ...oIÕB

  ÄW    Â P ¦ 0† é ô  Â
B ŸxAëA OŠM Ðié"}"
1/2 @Å D&Œ ˜ Ô SŒ ÔÎ ÏjíÚÝÚi¡¶'4Õ;TâÐiÚh} ã¿¡A¢,{NE-(c)ßN(c)Ô]úa0 " Ð`ƒË,
uwâÑ.¢XÐ.Kž"UÉóDWq¢~ä$4ä³H   #<-ò$4NžG
   æ%Î°%Á¢èÙÇ'Bý¢?ÈŠ-è -È1/4ëÑ wiÈAÛ ¨?~ƒ/ Èÿ    Ð Ûr/´ tKì‹d'´N"ƒ°@Þ n
¹th 9¥ 7  z. '8A´Ÿ¡" ú ƒÓbÒAá Ê%ò u¦ÿ-F‰óDXÉÓ"[DèÓ{Ò± ôÚOü¦§,t iÒt¨žM   º
  3/4í&Òv° n¡
ÿA=7µWÿh+ä
SÔ1/4&¡œ ×
ð@@Ïá7M¢stÈ³ô3/4žž k]]ªzn›A7¥´Ý Õ(r)ÝÛÎ(r)ªéö•3/4žé° Ø-÷ôžûBý'§I¶ Aþ Aî¯õï‹Ó ]5¯ûÓN
1/2u}]?¤þãý}ª°ÓßCO¯Óu[ý:-kÔuWúýõX Þÿ Sþ¶þãê¥w×}n¯ë
| ïõýÝ 0Bôè*Þé¿-[Ý÷‡{ëÿk"ïÓÿ×î¯û',ê·Tñ A¯È.Ý¯ÿþøþ-ÐÓ¤¤µþ Ô§
Où /Ù@¸Ù.LÀcµÊq8fÁéú3/41/4èxûø¹  ÒÀ×lÀw¦ûtL
"ÃR(.ê°·]ö°Ù  ù
  ÿ£P'ÇQ×
  _Cû ÿ PÁì õÿWJÿò $
óPZ¿-ú÷° ,ývP
?ß},÷"-ý ÿ¯Ó
Øu÷¯~ÿÖÀÑ0
Ò'   Mßíþ°aþ^#þû ,
*þ1/4" ÷,û¯îBßä4:¡ä  Ú Ûÿÿ×ú#÷0x]°ZÒuÔ+wá÷Ñ {þ 'Ie"Y•3/4B§!:³(íòjþ  ßÈP¿ƒ jD ï
 _ áá"D._D öÿûúo# ~Ñ25{Ú#:¿×æ&L ÿP1/2¨¿¯×
Ã}V¯µÚõø7¢Hú"Ïíf'Öè×ÁÕzÛªô
}÷ý ¯ûjß1/2~ÛÿOƒ}Ü'[ÿûß eÀ×-E§] ï"ÿô*í~3/4u¿ª[×ÿI S(c)ßöug}× wÿ(r)õ
çY/Ò"§ëÚ yùéúïõÛUÛó"íúlëw¹ÐíúS(c)ò´3/4ß W Ÿ=×¯×(r)ú¿Ó¥3/4ª   ö¿(r)ôí{õ¿ß_mw]tõïp¬a
µþÿ°u´Ý&ýêþõ´-ÿ·£Yºÿÿ¥\>ÒÚí"úa÷õÚéoü0¶-i]7Úf¥ ×iX_µ†¶°ûû[   zíæ ÿûWVëOí5WØ¿
%ì0¯ }"
={
jÝl5†   ZÝ¤Ú1/44¯õö J
  6Ò°•°Ò´"4Dp¿a "%Õõ3/4ÚÚÚV aë× Ø´¥(r)6 _ì+dpì0]Šƒ 6 A,nÃ
Ã

M...J  L~Å  )ØØ¦D  ±\Gì2â  Qô  a+JÒ°°ÖÂÚNÝvA  ë!ÝµW†AâÇû  Þ  '3/4>  ¨Ø"|‹â£j)â¤1  ¶¤;ä
  ðš¦ƒ_ìWÿW  ÅC   1ØJ.Ò÷õîƒ[_Ô6C¿µjë
  ÓL ×Åd;1/40""  ¿
  ÖÖ  a6  (WöÂý>ö  Šd-1L†!1ò!ü0B  4!,×
  µô  L,0"5ƒ#Ð·   ,a;ƒL*¦   tÁ
B
  Íó¤!,
h‰Éx°µØ/¦    ¦ªÚ
&Â÷^^¥  "
ÛÐÒ,†  ...¡#  ^2ch3Ê""""'!ÄFC8á  †    A,
E∅PNÖÿ   DDDo    !  £  õJ3/4ÄF1/2á*Z×¿"ëK^:×ó±Q)coIV¢/Qÿÿÿÿÿÿÿÿÿÿÿ¶
ù\  Žë  YCEP
  â  ò8(!  \È¯C°ƒ5ÅÑ  I]XÔÀfœ  Â
‹  'A  Éw,
  °Í)ÄD3°ÒE,\Øf›
  X-ô
É0ÐvRŠ¨9•éü-  ¥á"  jì4áª  îÂ  áê‰lÕý"  ~  #›ƒ
  R


‹7!°u·õûiÞ¤G'U
Þ¿ë-6  7-!G&4MÊ£(r)  sœ´äü¨
N  ×ËÔ4ž^1/4"3Ò¿I1/4j"8÷
  /B|'
õöé1/40Þ  1  ¯z  úÿtƒx">Ì?§Kß§¯I¿*(r)æv"h'Ö"ýÕî÷  3/41/2ß&=oþæ@b"çÞ1/2·°¶Î¦I¥§*ó±¦A³°Ä!  .
.¿V  >äèÕ'  AŒÌ    f¦`  !:"  ƒ§éé¿,!,  U}u§¡Ü9!¯  Ò!  "  ¹†1>ÂŸŽ
Œ#¬l:›f  Î¿  lÁ
  ,   ‰  ¡Õ¬  û   @Â
,
¦^PéÝÕ-°L"  GV`(c)
öë{×Ðz  ›Yv¯ê    -h0ƒÓOM4¿ú  TÂn  CpƒŽ  o"Ä  =:"ÃÿÿþÓ‹{ú_bÓ‰  ý4-'"Žî    ý[pþ4  Ma
ê"wýøAÇ,
  œß¯}×ÉöB;Ú,#þßÈAÚ  þOòYcDÏ‰°    éýwë  2]>Ñ.m  *K  'Çëþ"-=7Ý}~é  à  1/2A"-¬Á  ¹?rG
uT  A   #P¸MÁ   ^{/-  ¿äg  ‡  7›'"*h
ô+¯úÉÏ#]ZOûÿëÚ   iýýƒúm  Þ"uÂv'vžŸ3/4#¸_v(c)Ò~Ýé°w¯ßPÃ...úa  þÿ°Wûi2-¿ZOAýuzô´  ëþ-¨
A7]=wßü/  c¶-W¯ÖÓoþÈ.Bóéÿèjñ¶¿ïþß"QÓ  ïþ¿Õúÿ}×õw°ýÐ{ë""JáïûïÈ1(r)šÚõý...úOÓkßôß  ƒúÿ~
ÒÿýÒ
ÿ_z(c)  ¯,ú_,ÆYCï¥Z×ÿ"ë¯õ(c)  Øv  ¿ì¿†G  ?ÿ  ×¯~ÕØkäL?¿}þ-±þÿ"  Û  "ó#1/4,+°WÕWQÓ(r)·'
¡þÛ{zÈbw¢4
¯û3/4¿¿ýÿû}zõõC
  ÝÙ
¿ûîô  iý  pÃÓÁ1/2¯^AÛ÷ÿßÿúWÿü"  -úý\5Y   ÿêê1/2_Ò°ëP^êÿú  ú](tm)_kú×mj1/2ÿÉ¢k  é¯W¯(
tm)%WÛW·ù
‡E´œê  §Dh[KÕõþÿnŸ]ÛûÝþA¿è
"  ÿ1/2îÿyEE¿ìÄþ¤¨Ûø$×~ÐMÿ¯Ý§Õú^éUi_ÿÄ¯§ÕZë¿¯°zK¬%opuô3/4þ›Ò  K3/4Ž§Zÿõ}ßûÿWÝ*í[
]&Î(r)¿Û
×÷
o¥¶ú3/4ÿÿÒÿù¨î*÷;¿1/2juÒ¿ùç÷ß¥i~¶3/4÷ßîtk}œ1/2¯JÕöÕ÷KÚÍ¿ëWúÚ"´  k¯Õµâ"Òm-/°þÒ¿VéÿŽ-+
ô×wT(r)ÅKªü  Zö¯Ú]±ý-×^Õoßð^Áàa¥¤ë±¸ÍµUM'(r)ö×µ^öìÂ#,ì5Î*,_kum¯Úô×á&Òm}...°-ßeÙ  +!

G
Í  †  T  PÖù  û[I×
-...´1/4&ý-'ÁxŒ1
$Z±
Ø0"jÔ4³"ÛǨµødpb  [W±-ñÿÄaŽ*!C    28[išŽ  L4ºâ˜dp›  :öE|k¸ÞÆÅH¸  U^  /¿Å
ÀF  KjØ[_P  NÆÆÁí2  øØ¥Ý¦+jïc]...ðµaBÃ  3/4Ã  ¯þ¢˜§°Xk  "  M    &é  HÛ°š¸Mo°šØV(c)²
í¸aw
v  i¶3/4(c)  N    ¦  hXX
¸Ð$@...dªÁ5nÐa0ª\&  Á(a0"hv˜ZHå¡I¹BŠC  r!†    A,    Â...ˆµ  0šXˆŒûNg:Ú  f)ƒ#-†R€'DE,    a
  ˆˆˆˆq    F.Ip±  Ç  DED}  _õ"¶  kGc‰õvÇt•ªâÁ
  ÿÿÿæKj±ÿÿÿÿÿþYJT  ÿÿÿÿÿ"É  Qÿÿÿÿÿÿÿÿÿü´µë_Z×;éuézëÒõÕ¯tº]/ô$V(tm)¯ðRÒÒÿz,,_  øÿÿÿÿÿ
à
endstream
endobj
16 0 obj
<< /Length 17 0 R >>
stream

q
420 0 0 751.44 0 0 cm
/Im0 Do
Q
endstream
endobj
17 0 obj
34
endobj
18 0 obj
<<
/Type /Page
/MediaBox [ 0 0 425.52 695.28 ]
/Parent 48 0 R
/Contents 20 0 R
/Resources << /XObject << /Im0 19 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
19 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1773 /Height 2897
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1773 >> /Length 26982 >>
stream

ÿÿÿÿÿó!Š'\Ž‰øb#¢  BŸ"3Á•ƒ*  ,    ô  §agÝ5vŒ...WÐn  ...ú#;ä  Ú]|œ    &å‹*õCMÿ[tž"ô(c)]õï§öû3
/4Å""B  Q  jH%¯  "  LØ    3fÊ    J  (c)>?  9C(tm)9    xE¡
×¯T3/4  ¦¸AØNð¯D.    á  1/2û¤â./·§    "ÐzoÓëÐèÑ  øáê  ›iDr~âç  ›\"¶{0‹3/4Er  Ÿ      Ù/
(c)·"  {'
!ŒËh
Ü‹8µâ"øíńšnƒªMÝB>+jÝ_×øMíu|'ÖŸ(r)žÿßo^ÓþÝSONýwä  uþúÿÿZOOôLÆXµ2ù†1/2{  o×Ú  ÿøˆ

ôßújÒÞ*"Ó
ÚÞ•¯ íÿÓÿvÙ.}Ám¿°}(r)ïý    (tm)^¿W-¯V@,=û×ÝÓ÷ÿKîY?UÛ-uuÕý¿Z(r)ûÖ¯Y"¥{ÖÿßhŽ3/4ûÃ^ì
&Ûúí°ZðÎ¦ ?WI{  ^ŸI¿ûß^>ioaU[MVø¯í.Þ(tm)pÃ  ó›"òl´[u3/4Ýv"ïÚú"ž-  â  Õ†
j¶  a...  vÔêÿ†  ìVï
%±
1/2X(r)äLûi=-x-¯](r)ŸÕ    L Ávµ°ªï
wöQ,
9ä'  Ë€P...ëÁ'ÓAà¢"4"¢"""?õë...äÐO^·ØCÿÿÿ,‹
?ÿÞ[ê£ÿÿÿÿÿÿÿüµ 8ÿÿÿÿÿÿùl WúÚ þZª'ì
  ªGdŠd  )e,e1/2
ñ ó°@C[&L'; F ,
  M(tm)
  ÚÖE
e  œ ut  ê˜@Â
(c)<‹xU}ÈIWì(r)  §w  þ¿(r)fÚÂÑ-  ˜D,
Þáu¯÷'yë- ØD'ÈÐÝÞþN...''ú¢a¶› éè6  íŠŽ?õ1/2
  •é7]=?_ÛôÿëVöÿÚý~í%öÖ"ÿkûF· QÖvktC (c)(tm)  ŠÒ K¥m  úî  -;x°+c5'ZfÆD    r:"
', ÐD(   çAN¬ ÎÚÕØ(tm)³<û)Ä1/4à¸L"f    ‡¨‰fòœ
ËÐ  /  )Ù@±÷Û<Í¯F†F  #£PÔØÈ  €J‰VBÖE
Â¥á"ªÌ€9
S£>  ˜"-Ù  280F²D  C:"
  !³bŸ  A""    >
&  z
§þ¯A§¸LP=Ph5fl"    Q  q"ð=×^f@Â  Á  °fA"Ê  Â    vP    ‡  Ü
-f  ...þ"gCO    M    zh6!"  á¿è8Âq}B#þ  hhZ~š-(c),  ¡
(r)÷E
ÓN-4í0fI;Ð1/2?M]õTÓDvÓ´  ÝîfDWª#èDwaAÈŽÛX‡±h•í  þ99´Jû"B@i1/4ŽÝWöÑ  pÑ  27vfD±¢
(ù-dol ql?âê¤
Ÿäþ^íÐ6‰{^¹  á  ŸTKœ  r
Â
Ð<    #CöôD†  y  °>'n,tfü"Ü-9P\Á
"1/2,¸î  Ìaf A¹Ñ),A¸ a AÐ#GÉvBÛDYÕ  ›Y        6(tm)öNÇOH< m  ¤Û#ò/á]7Ú
°  p›...¤õ·È@š
h;      ¶CMÂ  @fp  Á¤ K"Ât›IéóÕµm  -›"Òn  Ý1/2  ï
ôõ}SutôÝ4Ý7MïN--"Â°ô(tm)  Oi´Z  ]÷ß÷"}é{Ýtý¤Ý=
(r)"U"ÒzxNÝ?U°¶ï¯°]=uN--  ýë¦ÔéÛ dZ]uäU{úPÔãK×Ý&ë(r)(r)(r)³ÚŞ¶  Â
Óp¯êß
CÐ¸ÕÔ+(r)›ô1/4?1/2U?øaí:3/4ý(r)-í>-õ]ú¯¨ |R  ñ  ª-Föš¸_¯v1/2Ò¿ÿûýz°ß3/4ù    ý  "‰/ÿ]:ºK¯ÖßíJ
¿  3/4ÃßÕßWm'ûWÿÛÿÛÛ^¿ðš°jE,  }l:Ž¿Ua¬  ¿êÞ a7÷i"*,  ×ëà1/2þÿ}  á ô°ÚôÍÂÿTÌdpÿu"¡ûî  ÿÿ
äß¿±ÈÐø=>Ýj..."  )RýÈ  ;!C"u×  CõÿôÞt
d)?ÿüDoÄ_þ"°î  ¯Ã  ¿óØx´á/ý¬  vÿPV  3/4¶ß,ï÷íú,°  ð_jý}î÷"'wk§ðÃ(c)
sÂ÷1/2  tÝ
Iá~*Ü...Šÿ¦ØD<X?ßIð]uõ¥1/4"-Ó  ý1/2ÖA‹
ûúÔdÇ#N-ë¨õÔõ  '2Žµ&  Ü  ...÷û-
"  ×WÕ  (  ‡úúz!ï¿ÒÕý",àÃïµµyjë,"ûþ...7è¨ŸöµÈÐïÿh‰,e8~WßÖÈ  ¿íòÈ¨Þ"îú#?]÷3/4µ@²œW¯ÿÿí
ÿßÝ:Ôûü-¿{²,&
ÂUN-n-~ë  %\f=õÓî
ßÿoøÝ  i  +ªþÝ ký×÷Û"Ý{ß  5&þš  ð}6(c)ÿtªCkþ›    -ÿozëzÖ×÷êÝö(r)ÿ\Õ÷F¶ëûûªUê×ýW)ëô-šöja

÷¥ú_ ß~û¯ÿú{_MSÝ]þúÎ7M;_ïÓÖ ßÚV¶žì 3/4ô÷um-Õ¯fò:|Íõµa¥þ1/2ÿ¥÷ùù3/4Òµ×KÝÕ×m("
WÞ(r)¿´- í{VéÿØk(r)ÚkW÷ÿpÒ‡ßíºl/·ººûí¯ëußé×~"î±¿êÞëõjÚ[¶"~é&°Òþ KÞ ûa{JÂ¶ µmvÖˆ7›
Pá¥ö µº]†¶-¥amw_>v1/2(r)îú"ö CJ _pÒµöÒµ¸5
°Òu¦+ulŽ ~ TÁ"˜ka(a+ý|0'†+Û¨`›
+}"˜h& Xa6ÂðÂKö-á}P}(r)Õ"
,S
%]ZL0-Ã ˜àØ¨¶5wkøŽö;cc Šl%"Ù czö6$ÇÅVÅG Ä·Ål5}â¹ >ì-ýlLø¦˜"î) Ø¦A
ÛA ãÚÓvµvBÆ-...° ÃÚŠ¶*-(0_
º]" i"kb"Zâ\;×Uß"h5]òc"Âµi"pÂkamS
Ô5Þ X`(tm) Ó ¦ "$ " ^ `œ5jÓ 0¡ml%§eºÃ]{{ß† † 0L ] 0A¡
Á
D<2' Á,-‡Ú& !
,4àÈÓ¦Ã
"#‹
† ‹ ,#\!'@ ;AöN" 4>C†š"Á ƒ "ÐŽ"$ ˆŽ"4""8ˆƒ%
¡ |DDDDDDq¯ Ö§bÍ ô¿I\+i-]KubC }o†!\u-wÐ`3/4Ðˆ Ä ÿÿÿòÛV(c)GÿÿÿþdVE¨] ë'c$Æ
p & ‹²
ØH)7VÎí"cW" ˆÁÍ†l @ü"
°ƒ:†Qì3/4] 29Ô› Wä_Á B¦1/44ÿ@ô""DÙ.M5z;"Wï
"ÿ°Ÿá?ËÝ×°¡tªï .>MÊ î • z"c×ëëîÚ#÷I ðÐ‰(tm) ƒmò#'ˆ
þµþ...V iþ Iµ(c)1 ¹2eŽT åÊ UýõvÑoöéÞé."Aï...wõxZ¿^"~é7þÂëï[l·¯"-×Ó SPÉX¥ò
d
-D 'ìƒ"WŸa "-É[Êvv- ±rB=" *3†P PÊ ÈlØ†¡ß[ÖšÝ0D ! uZù 8A' Å'âA"˜D*°Â#ð`ˆ}
F˜D d dÂ/6)
X y
`ˆS²>N ¢0G Ö! :...!ÆÅD È|
`ƒ(vˆ_Ÿ
- a
]1/2ûþ "³b¦ôøÿ ýôŸ Ða4C' {
´áàƒP Ú
,'q¨ a;@ÓUXj(c)¦ " Ú ¤(r)·"i^ƒC3/4¿Û ?¢(î4Ó°ƒbÓÐ\CøÂi^ qöœXOc ‹m¨¶Et· ¿iV-§ 1/2û*
rsyNïÑ?z'6ˆù¢~Ñ ò-´E‡ÒÈHvèŽñ¢~ÖGÔAÝÒ%m ˜vË¥,X@ü‰"Hdý¢SÈ³¢S 1/2¦ß¢gÈQÜ-;õxÚ†
ä•õI&ätMÂ AÐ&Ò
, 7K æ"fn wÕ n¹ ÚV
) Â}"Ý¤Ú éá:[-?Õp@Ü ×' -uO_ôíS¤Ý] á:N/ 7é
"- w(r)Hõ§¦é÷v3/4Ò Ó~Óî1/2×"Ú1/4 ôô...ðdp_Ý_·~ÝSÿUumkûý:Þ"ÕÒ
Òn3/4 ëítð'zT´1/2}úK-në ôõ¥}:Ó cNÓ¨ôúú[^Õ×ý CÐ¿þ"´Û1/2v÷ý
§ïÿ÷¶ ]¥Om'Õ*(r)øZêøîõC1/2<?U¯·ô°-¥ê3/4ßÿß×-¿_ö´ Mx têî'ú¶¿ü,¿è0Oý,:þøU×äÀ² ÌOéúþ"X
³ª.+ (r)üµ"~ðÈàÆKˆýkû ¢01ï² Q ¥§^ë'@zëë" ÿkûýÔ 1 ôÿ ÒzX¬ê ýa~È"8JµØ2Z
õºNßÿ• #þ ·ÿÓ¶×^ü$ ~´

¯¿úx.Ú÷µL7Áoö
%ß"-þû ôAÝ¶Û|:ß÷õÓý+,r
éÈ{† îá†ï þÈ. ñ[-ôðaú!?¯† D. ëÿ...´ƒD'¤´Ÿ1/4"?úí÷ÕïB(‹6u þ˜:¯kûÌ'ˆ³úºõƒkÉ ëðèŒÿ1/2'n3/
4 7H' íuo§ÿ"×ÿ
Y Kí âî´ýêê‰'ßVöì->ÒI~ÉqÁ ¬%×õ*...3/4ý:é¯~1/2[§öà¨ PoÚý+Óë(r)œêŸ]ß-*| %úÂ3/4-´-•k
ýî"_ûÛõþŽ§¦ ÛöÃº(r) ¿¹Õõ1/2öƒUóÕý ïß3/4,ßwN-{ þé?é;õ ¯ ÚOTµ=vÿM/êÚ-ëÿý úæm íR
NõÝ]U~ÿmkì=V7m%ÒÓ}ý×"[¸{jÚ¤ý1W°éûÿOúß_1/2* ðJ ijßÛ

+ jïøVíSí+KVÖô '_N-UiÖÂKÚý"¿"Sï_mS* iô €w
Z{Úßa_ì0'Ãj›¤ƒ p[V×{£æ§CAÒiÃM† ´¶Â"ÃI1/2økí"ÿ¶×l/Ã
£þ" ÈAÊ 6
ì0²
ø†aÈL
=-Èù¹>Åp ñQÅA"1/2ƒ °²$Y ðÂ²#¨pÂ{°ÒŠ\1PË(r)$Çêò%ƒ.+¡ûïè&"¢LvµLR ×¯Ú
m2 {AŠ]Š*â˜¨¦6* n-X¦3/4
ÂotðÅ(d- ì‡Šÿðšiû
‡ øk~ +wÚ°ÂjÃ "ÚÒKÓ ŽÃ!]†BÅ"Ü+Wi...í Õ¥ÓÞ ÂÕéRö ,† 0VÚÂ×
1/4×Q UL±ÁP°AÁ,i!
íI¸&¶ L, M ]0 ,Ô *(r) !Ø! °B"jC#ƒH¨Å /hèÅ(tm)Y

SÉsî""""""""FÐˆˆƒ-.!,#â#ˆˆˆ2¥q Ê)Q ¡Äi-K9†ºßIi¤v #V
-
*¬*ƒ ¨ ÿÿÿÿÿÿÿÿ+-ŒøË@(tm)•ß4Œ€ã<Èœv"åsT Rl• B*Ù 33sY'³;(k Èè

- ¡§dZø\-`žfoU ¨@ðˆ]×S±Óïp"DÛ5ëu"¯è Tü /üº m4ýûÞžëvè;k*Uék1/2/Þ .'%áÉ
O %î-XJ?ÿ]ÿöö ' ÐAõq¡Ó×¿ýÔ* -5]þû]××[µ×]+J ¿}ýößyo-ßê % ÖªcLÆKB VI"
œd¯ï¯×º1/4˜
'á;/"$?ì d y ! 3@C'W ‹› +Î2,!
æE Á è" DgÆ "Æ e#0GÂ' ÂM h209ÔC£0 ø¦ 8"`ôÎDˆêÊ±SýØu3/4 "B
ÊpÊ-/ B á" Í°¡
" Ô:a |Sp t}› HgãÃ5 s"Ôø.á MS - A¸A1/2,
4 ´, ` a &Ü"
£ÿz]

ã¥XA ~ OVé8´
è ôíÐ}"
éðÕ 4â-!¡Á¦ƒ î íB ûwÝ¦ ^Ca?éÈÝú#ÀÐ{ú"Ã ã´ØÐ´B
Ú _¦...eÍ(tm)È-ÉÙ;Dó'GR~ù>
£¶"Dý§j‰cCmª'Û_ú×Ñ)¹,¢TyW ê-¢\ÐFdê Ñ.ŸjÞ à ´G Q (c):U îø´Gn¯Ð
Ý;$pƒÉd$ , ä Nnƒh(tm)ìŽsI Dºˆœï@ ßý‡Óõh nƒõ¤•ðƒÂuzm ÞúH&Ø&á L'Â _"ÏÈ1/4á>›
Òoé1/2é+Æ ÓÕ
¦êÒ{I¸Aámôÿû z :W_ ö¶"ztôÿ~û¥t•¨~ƒô úk¯Ò×éÞ›iêŸ¤ (r)¨>í
×µ¿ý'ëí}t'z§ÿ_ýøW^ý=.×Ó¤û- ö#×p_Mé7‹M¥}uumÒÓÓû ~Þ"ûZ]§ ?î þ'µ·]SCÝ^Ö"ë }ÿ{¯þÓI÷
3/4ö·è[]}¿ é
•¥_ð-þþúWz§ÕßÈ£*1/42X-*ª·_" ª×¥¥ÓáR}ï1/2[×È 3/4•l0ª"~ œ ¯·çû"ÿ ïÚ_Áä ¿"
xÝ zÖ
ßZ†{/¯Ò·,ÿ[úÿ 0Mt¶%"Ý~#¯t ŽÜ§ ª:, ¤ûÃ "MA †@ ‹÷îÐÙ
˜1/2øˆ1/2÷è
ï1/21/2 ÛRL "@ÂIUjî÷¿ïY@/],õ÷¥áàˆ ëØ4BÂ- -†þŸ§}(c)H
-/ßõN ¢02"i{ÕkU3/4
°¿"A ¿ðaá 3/4 0,ôH_ø ø0ûú§ Â }ýûûÑ
ÏT T>µwfWßJbš¢
ý Ú¿_æE¡tD›ó¨I#í...ËWù...\É?-G]é Ÿõê}(r)ˆÎ1/2%-ÿû1/2¿1/2 =~‰" {ÿ2
&Epn
¯ê1/4-á&-·É£ïVEÕÞª öEâêÖï¦÷µ¿Õ"H×p-º×ø7¥ôB4¿êýÁûømßê-ÿßÿÙÑ¤¹

4,üewM+  lè×´(r)øOߡÞý÷ºÞÛÓÛ:Ý  ]-ï¿×íUU"ïtßu"ý"Y-¥}vë
ÿÝ²  úÍÛôÝ÷î³!Gô1/2œ?~ÓW¬¬êÎ;SQ¯YÕÛV-×VþëúÛ-ë¤-õz"ï'ûêõ¡¿ý  ÿ¿ß×z{J  ["tÝ?oÖü}Ãî³ï¢:
Ý-      z3/4Û¿á´3/4-+¥Z  ŷûoÛûôé...í.ûô-ß}õ
XvšMaU¦×´Ý`ÂÞë×{a$  [Ká"1/21/2ØiZÝÜ5L+þ1/2...ÃJ  k{
 Ã
ÃUa"¬/"¡-¯Û¥ú÷¹×"
¿vc#ÅɇPÂV
ü†Â  :
¤Ã  -
0J  I2ë¦  Ã          X]µ†  _ß†  Å0peÃ¯          GlS±V-
&  $Ã  3/4Ì&
  l-×
  5',-þ"8¦D  D˜ûén80,b  ñLS
1/4TS!
ìlK-ëëLv¶$¡"lTƒÃÚÝ£¶8"ÇñÃG  Ó  Çøcô›V˜Ø^1/2íFë°š"
Â-é‰!û!Ý  ›_˙Ù  }§jÕ\01/40¶    †  L/ÃL,>¶›^  þá"ÂìµÕpÁ          àÁ    ÖÖÂ...{Ü.ûý(r)
ŒBa  ƒ  C  b  e  Á...-ÓM    0¶  †    ¥-á4Á{L
°  2`Á  &1tÈÇ&¦  d    ^3l¬  2"  â  ,  !  &"Á,â""""#ƒ-LžÌ  4ƒX0B"F  ^^^^^^^^Ð^^÷      GZ¤Y
¤yÚ§ëƒ[JÝíCZ-ö#a["ñPdq=4Ã*Ó          (r)Á  j¶
  DGÿÿÿÿÿÿÿÿÿÈ`ñ  å  Õ  E  LŠc  "ee@...ÙÝJƒ&LÊfKÅU•  Ñ...2  Ýÿ
äþ<"?U¶È¯¡¿ÿ\'}^¶¶  *ð-þ°ô•ý¿Â¢b  ¯äçZí´Ý  µ÷WÐÿN=_ý¿Æ*þã¿úõo×ÿ*÷íZ3/4ûÝ}~e'[fŠ  :æ@'t
SŠm(tm)æÙ  ŠŒ§3²R"ÏÊv'µe>^(tm)#BÜ    ¾²FSÆ¯!¦Ò!(tm)  2  Ž,ç
ŠF˜Ø¹¹  Y°ñû6  @Âdc(2ƒ3  (  ^ÀCf  <^dP!uÝS"  @ƒÓƒ    ÷!"6)ñHaHq±bE¯á-,w  B
Á  ^œen6A  $#Q›d†§A
rx"60Až
    ¤      0j""~l8W<Í  @Ðh-    H-Ða  è"ý4ô  "3£´Óû  <"  ÅØ"(Â9  "Ð1/2Ph=  š
P=;"M0š"B+.    ´Á  AÖ  <Â  3/4  h6ÓM  ßï¿...    á8Ðqh8ûM
üþ  î•B  Ða  ÃDcãM
ÚpÝ5ox1/4  â  h45¿  v‡HZò  ø1/2*ÿãAèŽÃ´ä#°œ,
-Ä4K  ¦˜<nûDq(r)>¢Ô¢?Â>&‰Í¢;q  %osC  LCÖDÆò;vÅ1/4-  þ˜DvÔƒ›"ç"ºÐèÙ
=öS-NfÿD1/2è´ÍÎ̃Kœ
aÉsdsè‹ú  ¤  >1/4  ;*/DæÙNPçPD¶    ÚA(c)    h  7"á  ðƒ²?aºO"ü  y  2&9  è't    ú
Éw'y  ƒ(tm)Â  y  ý
þüŒé¶á<'A7          á  Ò~  ÿÓmzWò-  ƒ
          ´No        éÚÍ°zjÒn  6ú"úMÂ
Â
Â  nõ  ûh  ×        ×ë¦Û×Ýz"ëÝ6  zm  í=Ó×wÓí¿¿Õ6ô
ÝU.(c)Òá;ï[ÿOôÁëëßë...Ôôôúõê-˜¤ûÓúW]5{¿I;^-õ  ]pÂ}õé𧨠 ONš÷Ó[´  ¤¯-'Û¦1/2ÇQéÞ"  Ö-÷"
§§¯ÿ§ÑcÕ"ýýª  !Òn=}?iWþšrBÿ    ïk¿ºB_ÿzêûíéWë-1/zzZíÿ]Wý¿ÓÂÿv3/4ÿtîôµúô-ûïN¿î³á}Õ¿WÚ]
"n*¿µÿþÿ÷û3/4þ  þ𙼠 Òyç￣ÿÿÝxÿ÷ëÒ§Û-î•?6"ïïj
'  Oê¿W‚ø^Úµè  k×u¥Ú  U]HJôûs"  _ï˜÷ÝV×K÷]×]û(r)#¯ð\¤  >×÷  OOê(r)"3/4ÝºÕ÷÷þïÛ
#Ú  G  á~¿ûúz¿ÿï  íkÓÿÁtA
û}î¿U¿ßÕû÷1/2¿˜Õ  ^  õŽ
  ò  Îéý  1/2ÿÿõ[_Óëþ°!/a  ¹ý/õöMÈ  û÷L5'
'  éÕºêûý7Ã!  ¡äÕëhµ  "(r)Ì˜ï°íÿý×j`ò´ý1/2¢9é  Ÿöýû÷  WÕ°þY=ÿíÿõî¶  ü,ã¯ÿih'?"[ÿö1/2  êž¶¿ÞÓ
î1/4  Á  ¡ä×íúôÒÚ~-w¿×¿„ü"-û4'  ÿý?ïªý_jûÕnû"ºÕ¤"°è/"¿×(r)ÿ^Ýþµ3/4ëÿµo~Úý  ÚÕ°¨ïé  ]úæ¨ïÿ¯-
}¹t°î¯¿zÿ¯ÿûê¶¦u¿‡*zÙ(c)û_jüm/Öÿ‡µïö"(r)u  º  ö÷ÿký7õëMS:P¿×í¯  kßë¶-õ{í÷{¦ÚÓ
3/4õîÈÈßš3/4¶1/2Õ(r)°kÚûVÿý§]¥¯íÕTþ1/2§ñ_ª¯  í÷K"-kõc-uïÚÚýn[Oµ  }¿§Šõî-×mXöû[ïÕ{KþÂí¯ý

¥a+Ðikéßawmmv  é÷]Ö-ÕƒJÛXi~ÚZîûí"÷:J  W-"iý6  "
ír û†  a¥°Ò´¡...µa(r)ñWÃ      Zö  }°(c)¶--†      ±Ô  I†  ×†        o}kÃKí'
03/4Ã
Ã  +Y  ÷`"  Ç~üI  '¦  %±Ã
  i1LŠ:×öÚƯØ"Çl  ÃVE  Ò†¸"{!ãa^Qöì    ÿñ_
.Å;°k    Gû  O'S(r)ÿanÈaøb¶  TVÃ'ÿd$zjÝ  AúîU¡L  %k
.Ó
iXWÝ?íZÅ,*XÃQîõm†  ×[û
=-...&8&  ·  Òé(r)  ^á"È$U...kíS  1PÂqðÂ    §†  ›ëøa}a...ì‡xa  BD:"  û  0¿Á"  a
†      4Öy0¨ïäHD2eÔB    °B¡,
¢Ü&¢4"ÂHDhE hG:é<>,p`"C  †
¦...ÄD      ÄDDq    DDlDDDDh4  \DDDD\DA"""#^v²±  (tm)  =EzA¥a¯_uÕ¥íÂ{[&Àb/    +  Ñ'
@"  ký"  i,0Pd  †¬(c)  "#  F?ÿÿÿÿ•Ö"  ÿÿþWÁ(tm)'k$(c)"Î2oª3eq  nî  BÝÙ£
†v    "0´ugPnt¬ì¬ iª*4uò¦dSÿÊ    Ð->"äèÒ`P°¿únƒú
iêµÂKê¶(c)ÿÓê  ÷§§    4`ùÿéo\qZøÂÊ‡
ñoÇ_ÿ¤,m$  z_÷ë¿Ý  ë(tm)  ¤Ð†KQ)-)Öô1/2]onäfI  ÌŠÂB$=    -  s"Ô
Êpæa  Ø¤mÉ    (I#ƒÈÓ ¢¹  !#·¤•¬  d¦8F,ÑÃ#      ž  R":?        äC2
!  <    @¤vh  ¹    "-ÉãñÁMdz,  Aú  ƒô
œÊ      0ƒ  CóPƒ:  0Ô
œ‹(c)  ;CKß%àDL
ê""
  ì iêƒ@í  MB    "-U,F  5    Aª¦    5 xAÆš-~AÝa5NÐióÓ"  A"ë  wPœ0  éª  Ðw"  E¡"
*    ¸´=Ða
~ e93-,XÜ'%y  z%ÎG  ¶-%ž¢Âw¦ƒNà°]‹TØ‹d(í  Ç  "ÞôE  È¶-²)ÉOÉ¢‹B-  (tm)‹°    'A/h r
  ƒh  wøA³7È¿'Øù9´JÚ%K•qÝI¦"  MŽOœ‹""^ƒ ƒ¦  7R/8'    œ  hœè    ›¦Ù  šA3/4E÷%Ú
éRÒA
¯...¤  n´>ú
,  ¤Ü n  $µþ  0œ ƒp`\&éÚ*~ƒ¤-  i:O3/4-A°k§Iø  ¦Þ  {ûu°Nþítý:]'oª]ÓOMÂ§I´>ª}"§¦Ò
ÓÔûÂéø]=+úõ¨Ÿ§§´-  Z¸A(r)ž  ¥Ð[-5tøvÚzë-  Ii<-~œzÖÿ§¸þ¯ÛÔk"n"-ý-ëjÂ-ýïëõõ"÷ï_}ïŞÆ¿þ  ¤õ
þ¿~þëcV  jÿ¥¨¿ª  T  ZêŸ×o1/2‡÷ÿ*\=wi(r)×ÿõ3/4¿ÖÚ´ò%}Ö1/2Ý  1/28J›ÿÿÝ-2ù†°
¿Z]  jA^úßNÖ1¤äÈá  þ:áÛ×¿ù
ú×    Þâÿ^":`ÝkÞÿvBÔÎ¡...ÿ1/2~3/4-...×þÖÈ:>Ú`ù&
ª¨¥A§×ë¿öC  /{"ûì  @¿ÿ÷ßïÿök
-1/2oªÐ\§
-
¯õIù
ïÊpMkOßöAz4CÞµ~1/2÷üš1/4ƒ  ¿ök(›Á¿þ·nÑ
~ÒÁ"¿Èc  ïó  †÷¿}/Áµ  ‰=í%ßú_k(tm)CÓümMb  nÝÕ":_A(÷µ1:ÿYV?ÿj[÷#a^L=ißö¿¯Þ·oÓr\÷_
Ó@µD4T'ý  ¿o
ëÿ_¦EIko  ÿ§{÷}*Zxmwõ][!°Üƒ  5Ö¿úÒLêðÚ¿  n1/2
t•{_þÿ!t?:Ÿ§îuráçžÿVïÝA×ê,s["îÎ*û*¶PÿþêêÓÿÿÿoÚ^ôÝ6(r)ÚÂM/ë^õÛ"_ý%  ÝÓ(r)íu[ÿm'ÿh-7]^Û_
ôÿ÷{¯Õý+kÿõ1/2¤ý(r)°J¿¯þ(c)6"û~ßiCVÖ×m>µÿKkö  ïa-ÚWÕ"kþÚö·ZõôØKøi_¶¶"  ö  m[
ZwÞ3/4Ã_Øvfá†  ö  [
%
-†  V  I&øk·{kgGi6¶  é3  ²í  µþ  0Â[a  ¿        XJ  I†  †  1  Ã6¸a  °[Å‖S    BcVø¦
WŽ6  qa"¡"×T#Ù    }0Ì
^ƒ  ¢¶?Øá"ƒ  ˜!Du  Ä"V˜ÿcíxamHx{°¨Ô4ƒýÕŽ)‰7¿üWØb˜Ø¶¿d;Ã  íÆõo²  ßì‡  a.Ö  A""a"ÖÃv
  ú²  ;    ¦-~ö¿kOEº

Ák† Â...!ÞÂ°ÁRì*ï(r) ! \!"" ÈÐžƒ ûB
> Â
ŽkIhC

, B; BbKí0"v
ƒ ÈÓœV'X\Dê"b"""""¡ž
J DDDDDDDq ø²×¢Ê.òÜ å"3Õa⁻
ØJÂV Ã0#iX¦*=0⁻V `šƒ#i ,ÜhGÿÿ;Ÿ-hQÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüÉm òÌÖ+-#/9Ø"@ÐBDÝE-ól¨´
‡9× ÎÓ¯-fç`AÂ,
†nžš"
' ƒ¤²3/4šÛY^²Õ< wÐMúj ë]k
þÒú#æ¨¨íÂúè=7¡ü&Ö K é ¦¨ *? &Õ ã×úNT 7ûéÕ̃ßï(r) ¥
¿×à³ß×⁻Õ7" °W×ýmnµ Aç , ²PÎÕŠB* šš, lŒ È´á ŠÝ'7âg ÆÀ]Ìÿ› -‰
¡'AH'"# (I" r"20íÂ .(c).K³ Î qÃ4 "¨^ AšŒó "0BA^"§ƒ± * Ã‰0f† S3P š...6ã°1/
2= 4í;Z4
 2¢
 ‰ "r @Á èE8e†°ÛÐj v
 Â"
?M= A é Ót h0ƒúNÃt!§Åþ iÚh-ƒP@Âa
t:ÕE¦ƒÕm?‹CM4-= ƒÐä(r)ñhUap÷ vö"q

Ú"ŸÓM:ô⁻‰7hŽñ "ó'Ç\...v̂â ¡U#æ̂ãÈ⁻' ° d%Ñ -‡aò/9,Èû % ï,39
tÑ9?h *,rS:1/2UÈø < nE² -6,
²A0@è ÜœÙ Ú
"sfpÂn Ò{" @ƒÒVCŒÐt xA¿¤ --'Í ²Ž-¤ m ðƒÐ†ª1/2Zjá6,
&á:M×OA¤¦é°}. µõïWd1(r) Ó_⁻Þí: µIúêê¦×zi¤ ¦ ^ž¶ N"tûÓz1/2jý:
õaƒëÞŸµWzIÝÛ_¦×IÝuAZ⁻ }ÿZZþ-Ó¥¥Xãí×M Z
?t°Ãs>‡ÇûH{IÚ ×Ò[Þ°z÷m-ÿw_m"¿è é¨AY[ ý]ëëŸk-̂ê²éoî"ÛÚªmúéÓú°x-j-ð⁻Tvj'öö""J ¿N¤LO1
/2~'XakxfÎ "§Î‡(r)(r)-×öDO# ÷1/2z¦-ƒõ×÷Wšî² %ýÈ :×DH#ÒiS
*üGþÚ"JýÿÁçP_bë
Õ A3/4ÿoýI †ú,O{D 0"I,K{ ôûÞýSõ² D/×^ i_ÿ¨ö'°õú ‡ é,æ°ÊAPk- ôÕÕµîëðÁá ÷(r)þý°
TÿßíÛ"CÜ t÷¶ Z×H...¿i;
1/2â"õÓ-_NÝ~ûÁôE¦ÿ¿Ò È!ÿ×^"ª#<Ö%ô°‰"ÿh<=i)V"þ3/4ïªÚ-õÿ#A9aýþ-õ¿ÿÞ̂ÿÂL1/2Þ §°&E¹
ãœ" ýú íî¿{_äP¿¿UïüVÿíÿþ„Ã}7é{ötmjAÆx¥Õþ̈ïüWßkúø{ÿw×°
ª×ô-ú¿ß¿Wÿ]wK⁻Ö̈ëý³(c)ªþÛÐÒZÞ-zµ%ûé_¿ N1/2×íõß YçZΫª"î"ïV3/4° ¿Ú[ö•íí÷o**§÷⁻... o¥Ú
ÿ}ìn"ûa×¿oý_T*⁻ÿ3/4ÒÒ1/2nÂÞ̂êþ°ð¿
zír
ëgC`ÌÀý°¿ú¶¶•¥á-0--ÿ(c)Ó[_ØkÕÚM⁻1/20ÓÂÃ XM1/2a§ì0"ö¦gýŠþ×·¦Ö ̈Ã]°œƒ{iZXOê:m/á,
ê)ƒ kñ°ÂLBl,0¬‹ƒö-ïdG1/2}⁻Øý^
 +V!Hµ‰o°Á'"⁻0UK^
/ìnŸ
=Õ*bšcb(r)Awû ÷cÿ×ïílI"k¶›
ZLB"ÆúüWá"-rÇ°1/2Õ2 M2 ÛN +öµÔ2 þ-
 û!#⁻U´"[ ô-Aá⁻}†µØWv `ƒ^¸am [
`...7 kX† ¦j̈C
¡hC àÁp "

!D -BÇ(c)c-9A DA,ÄDA"Úœ =¤"¸ÄDG Ss5 DD""G ô""[ƒ_+-¥@è·!¥ƒÛVµÂëp"

b(c)ŠÓL(a P`"cÿÿÿÿÿÿÿ-Q.?ÿÿÿÿÿÿÿÿüµD"ìhS´ ƒ³X·-È¤v$gd¹Ñ "Àsº Ì•ŠW&eI'<îÆxX@Î¡ßR2n
"
†ƒ:<) ªk†TŒ RîƒOÊ(r)"å_I¶ ë
Ÿ'yõJ(c)ú¤*...TÝ î'‡õÒï'6ˆ äö2´¶ê'"
Û'müœŠ ú\(tm)Éú"h• o¨uuD¨ôLŠ{^ûÚ×§§¯ISoª
Ý b"3/4*-o"û
jõW¤- ÝoZÿOIé3/4ëÂß×¶¿ þ¿(r) ú@-ï¯ Œ‰GßDfJã÷ïëé>È Î¬¸ìÁ á þHe hD@B pdIšÙ±
ÃäqÊA h¹ ÎDƒ'e -¹ GFH20 ˜ D)DLãìØ†²8ìÀB
Ã ˆHgã£!ˆCŽ
h È1r^8Y Ž¬ù- ¶ƒ.³ªŠ°" -ž "

;ºA§h0 é, "'A 4fÄAñ!
~ öø a=0ƒÓÓ
Õ?L Â}á
a ØD-aÒa ˆb-ƒ< lÍ†bD€-@â¢ýü Ðj˜ za ì ØO 4:× <}ðƒ"îÞ!ÆÇÅ Ðý> Ó¶-Óâÿ ƒªZ"
ý ÇÞ²C† œ]--§ ¶Þ(c)¤(r)éZ#Ç %Îý;KAÈïèŽÃ 'ÂM

öŸ¤ƒ×¢SÈÂ ý _ö, ùÁ r&9-9 š%Þ µ%<, Dç \ýIÏ¥k¢\àƒÒ Ù 'ûD¹Hç*é M
Aþ <‰Ì Q/
'{¢_Ù á'¢4e "• Id Í7
˜p Ý5¦á7N,n HVá\‹úvûÒoöÒ@ƒtì• pÞž zmZ"-ŸtƒpŸA7‡¦ô o"àÿÂ ýtÝS"÷ð›Vá: 6Ât›ûV(
c)´ [^›éÛÒpº
Ã
Ânž·I&Ò}k¯§§"ÝÿOnþÜ$ Ò ºm~•ªz÷-.ŸÛk÷"KÒ
zîÖÞ,†4ô-º"_3/41/2?N-õNõ×ét'¿º vÑnú¿ÞŸÚ Ç§§ïéô-ªÅêÃ
[võºK{ý;úßÓâ"ÿøÕ)j÷]÷õ(r)ëÕë3/4ÚkÿûÍ }[oW^ [ ºÒý>š¥[õÞŸÿwï×ºK×ú-÷×qõWIªï,úýú]ézéš,r
+^ÿ´é§¿¦o ûý/1/4/µj÷
A%í?ÿW¡[ûô‡TäÀzûõ·ÚÐ[Ôe u·Þ"ÿÇïÄuñnôùÔ.ý?L $ ÷×÷¿zÚ_úy
_ë^,îº´Ã~¿ÿýkõ¥ô²€Æ"ûºt,Zêü‰ UuM.@‡N÷Û~øD ×"í×]á_ðˆ$m†÷þÿëÓ{Ö›ýà3/4÷ªÃ¥[î1/4Äß
OË b ë,ý œï×÷×Ò]d(Â:r0-ÿëüµ~Ò˜žÝ £žÎ:_- ÷]i_
']ûíÕî-n-ÞÌPþHÿïÖ÷UIÛå" tT
FÛÿ¯z×µ ¬Äû3/4ˆ´¿ïàÝ$¯ôÿ tÛíú_] éÕ÷ô1/2ÐK×^L?þþ•1/21/2=ßûÕydw"U²4- 'ê1/2g[T-_:µ{ïºt"
µuú~ë]µÒ]¶Ö1/2ÿzµß³¯uúÝÝzÖý
ªMuêÚnüVum"¯þuwÞ¿uß Ü/Üê dïêÿß1/2ÍMõ-
M1/2 Oú¤¿ºû ¤ Þ÷Û§ Ú¯3/4-íîºþÚ{ jéqVºÓ}þº--ëkÜ?Ut3/4ûÿ-|§}3¢R-ÝªÿItêÚý¯Úïý_ôÿÒM]
}ÞÃ ÷a¯1/2ZÞØWKÞÕµ´1/2Wíúú eÁ>Â]"¡...n¸u
"Vëí/¦ÂÝ6-í¥ dpGÛ[ ÛSÇ!q kõm¥kk
/"Ðia{*þß†3/4/Øipi * í"› k°3/4ÃW3/4×¸0 1/2C Z ¯
&
/
À› û" ~ù c† † y H0Óºì {ë·J"ìSÅS
ê)ˆK†+Ø-./ØäIö7-Ã qØ-(r)Ö- bž$ÇLS3/4Å1Åloµ"çØf ýÛ
é"Ÿ°šokÚ¶Õ Ãúd;ßv´ê˜M"° "IÃ!]kí2 ÓVÂMv ƒë Ä}=4ø¬,h(c) ÒRà `žš
ì%Ã Ö˜/¶ ÛT Wû ,`ˆþ X2 "{Om{M[ †1/46 a\˜á(aZÝ7û
""DÐˆˆ2"
X! Â¶°Â- " Ðˆ`œW DDCˆˆŠb"
ÈÆàÂ `"Y Ò a4"/âÂˆˆˆâ ˆˆŽ• Cˆ‹ˆˆ 3/4ÚUõé:µG`n3/4ÞøUmwºV'P%kööü`Ë‰ûIÒ¦+î"4ª´ðý
X Á q B# ÿÿÿÿÿÿÿÿÊó‰Ü¯b

È²‚Š'Ø';Ö2vwnª]ÙØæB
Þ\2Œ   ,L9\   |E   ãAߏ   ¶U¿æF¨"ø|S
 {KêB¬¯Zç~ÎÒzD}
   íxiÖÿ(r)   ~Ö‰Ð-U÷á§û[Ö¿×ªß]y/hŒîþê°Æ"þ>íæ¹"j   Møö=Õ   wtºZÕ¸A¿ÿñ(r)"zè±ûºOÿ÷W[K1/2u
VêÊâk¿O"æAHè   d¸ÏÄ
   ... Ï  ¡µ°åi'B%  -   D6  <ækeAå È~q  lá  ñ.!
ÉÆ  ‡A  (tm)  V`C1KÄáI  j<Í  b@"heU›  /   Åð|EAól d0€  çPL  3¨ŸöïL"ˇŽ¬
`ƒ$ãa   u  ´øj :@Óô°ƒ  C†   A  A  ƒÐq"  <Á  á&Ã°  "A
YÈH/á  t  ‹9  YøÙ  ">E  )  'êƒNÚbÅ  Ý×kx, ˆ"  @Õ;MŠö  v  ïQ
 Ó´í   qzÖ¸AáŠ¤þ  Aè5Ó  A,
†Ï  ä  ÒƒM:TÓÍyai&Çla4ýÂ¿ƒ  }v¶œ  Ý'"  äLxDH|\_#ÆˆÇv‡  ží  @Ð=<-J"‹Dý¢
í  ü§,@"êDrž^*1/2o‡èŠ;D(í  êr~äväQý^ó'GÛò,Ü-´]  Éüƒh  Ú#ü æs,þC"ô  Ð#3Ñ,È¿'ù£ý4G  h
ÚúN   Ý
   *!"!àƒ  TÓ1/2 Fg
 ƒr,Ú   ´  xCë  -  ¶"ª´  ö¨&øZ
éÛWÙ*ds~ÃîôƒÂt  zù  ä"@èC¤í1/27   ééaZ   3/4Öí{"Û  ë¯xO[ë"Ò¿   ==;{é  á
jÕ+oz  ÕS};Wö'Á
ƒi  Ù  úo  éµÓw}÷ôÕi1/2Ô4Ói7ÿuOZúO¯Š´=>Þû1/2SÒøð]>ôÞÛûp(r)  ýoHiÄVë]7W[NõôÒu×MÓ
ÚÓCÿ¥¿nŸ]   i[¿xé?B¿Ò
Ô7MÿÏëÇßõ¿ôÝ'ÜZÝ\kW¯ýµñõo[í·¥§¥*aÂþ*  û¯õnë(r)¿êû"Þ"ú§þ¿þKŠïÖü‰^  wIÿ
Â]]5ÈSÿõÿ§(r)º¿  fÁÊÀOÞÏ3  1/2ëOÿY
ñƒ¡mRlè  "  "âCJB¯zîšƒ  üí6C†(c)üê  ¿ß  ÿþ2¦  ÿ  ^-§Úû'aŠò€uuº  _êÉ ìƒ¢ÁúÖÖ ¿ÿ


oö
ÿ  ;÷õü  ÿ3/4ý7ÝÛð¿,  ïa]ö|  0{  §ÿ×ýða†-¿...õ×þµný"-?Ýo"InBj-¢  ?&9C"¬‡  ¶(c)*!;-Òè...´  Ã
ÿ¿   ‡Ã¿(r)


ÿøD>_}´ÿ1/2Ö"6Í Héþ|)é/jºÝý  gøB(  OÖòGû-á  i)Ä£POÿôH†û"Ð6µù  ?ò  Wµþ"ÚP_÷íþôß¯¢Èÿ&}
÷Þ  kÝ?  ¤  Ù  [-ý<.-UL-0o  Ñа×Ý  -§ö¶þC6Óôë₩§ºíWô¿n  ^êêû¿ª
¶ðo3/4'T×÷_w"¯õëû_] öOßæ¥'^ý¶þ3/4"Óÿÿ
}zô-ßú]~öû§Im  Ï7üß÷"">íÿï=n-
¯ý  fíÖÕ53/4ú{íÓÝ1/2v·ÓTë³  Û6mý{ª¿µ*kvS›ð×ÒU¸~ÿÛÿÖëÿ(r)-Iß
6-µá}"ë6Õ=UŠµµµÝ-µÒ:n×1/2iô  {UÛ_UÎ‡¯í/I‡N¶¿ÝîÆ"I0Òzû_µµíÖÂìëíÖM×jÁ(r)"¯íjß~Ú3/4"¶
(r)ÝZJ"
öÚÃ[
wí¤µ1/4Sa`Öî—Ã[_ØjØMÕ¦


jÝ""àh(iA,O
/ºÛÁ">   v3/4ØV  j-¬5~Á"  ÔB
0"  G  "Œ"åX0_úb  a/'
üT3  uj  qþ...A¯   "  a((c)  ÅÿÖÂG±ü\   ÃI†'ö÷÷Š‰  ÷b¿é|+âJ>  LI?}Šd-  fTI<5p¶"...\†"ºÝÛ
Ml,
ïd-<†
"  Å|03/4ØM5ßõ¿Á4  ðÒû   ""Ù


-1/2äÝ4Û[ÃMÍ¸NÂ¿ÚÒa0¶  ^Â¶Úu¦  úíh0ƒ   ,v›M&  ú¸  Uì&ü0L  ÂVš
É'¶´Á0°Á  hC
Â    §M  L0Xi`..."ÓÁ¥Ã  41/4DD  ¶Q`,G  $a'  Ð!  ÄDG  %Ð^^^^^^^ˆ^^e""  +â""+B  ^´éK

ßÖ¡-BÚEK  ;,    ZØªÓVšaaJd      ÿÿÿå(r)  £ÿÿÿÿå°iÊãŒ  G   Ð¤Y'Å/  ‹,ƒ1/2bÞÙ]m  Ù    ´ È
\y°Í  Î   P  j(tm)
ghy33˜à_úþ¯M  ò"µ]    ÌŒº^ÃM³³ûô...[Ü/-µá¢#"8zé~¨ö-ëº  r1/2K
¢Gr(ä{/"Ø"  ~B
XålF¿}f¶#Aè8ƒ(r)è°ò ö%ÿ ö1/2¶,
Ó3/4ú¿÷úüc3/4>_áWÿ¿ûå"ª}ëO"fÿþˆ  _Úё·Ü    Ñã%?ùòAJ‰1'C!E""C  ³ÌŒ  è  du'l†fˆŒ-UÆ  Ð
L    5Œ-;  D¹ÔRœ)£!³\H2œR£!ŠGÿÿÐÃƒA~¨lÐ* dœC3ùó)ÄÉ
ê(@ìœÂ  L    ³b  -
~     ƒB  (r)y,!
U0  á  x    0@Ü  Ô     ?>Â    0ƒ$0D$ÅŸ
Þ¯õn5Â

2-&     è=B     ÒL  ô  CA(r)šz"ú
  ïM´   i§ú
4-ƒÐ  Zí¿Þ-ZÓÓC    ±
4ô"âÕ>-8ÿ‹XÑ  ÞŸi"8  ‹â§  (c)ûþ°ëTOÞŸÅª š¦°°õD3/4‰ºs¹.¢\Í  "J  þÑ/º7Ë>Ep,%6ˆñ
@Ú%7'Gñh  ƒÍ)  ûÕÿ¬':N}Ã=œ[Ú'6‰ºM²?rsp@úTÝ
';  :  'ÓM²J?"þ

ÕÁ¡  ðAè:M
›ù'>,  "ûÑg~úÿëÚmØ‹ù  m'-  t  i_Utðƒ ºÑð(r)  )  óðžƒºMé[h&Õ×¦ýúa<&Ú  ¿¯þÿ(r)3/4°ž  &ý^1/2
  ´-×ºOÿ6ô3/4ëKOô×O]{(r)ÒÝ=}}é"¿é|]w¯ëw"ôúâ--[ý?¥zµÕ¿xº__ï  ïú]ãïV"ýÛoôÞÝ  ûÇAbôúMú¥þ
é{‹ûíßôÂþ´  Ý$þ¿  ýCä  Óÿÿ_ÕŠ  ýÿßÞA‡
§õ¨Ïä}r0[SMRÐNºý_k["ûu¯_¨!5É""_×íéG!Å›é  3/4‡LÄ÷1/26x:ÄEç@N#ÞÐ3/4Þë‹ý'  "ëÛïÝù
"×¯N-Qû
    †/ýôû_×Õüœ  ÿÖߥÿý  vâû]z3/41/40}3/4úkþðD}ƒ  ¥  ÿÝzÿ]o¯[O_õÿá‡Û¯ü-´ü7ëýwÝ¬C
¢  ÷kÿöC×÷ÿ3/4HrÓÁ
'y  Èz}Þÿòà...#ï?ûÒ1/2úàßúÿü,øªÏá¨Dïÿ  ¢É·ézþ  tFwÈQôêÿö†üÔ°ë  îùN&3/4ý1/2_-C¦ÈA¢dU  Kÿû
ø{=[Ð*ê-ÿΊïÓú
÷[ZÚZø="ëêßöᴬÁ´÷ÿöÿ^úéw°ÿÐ?ÿ(r)Ê‡ÿOJÿü=z¿öC:Úïv"Þû÷ó¡ëûéît/ôÍ§÷¶¨ÿ"  ]û}ýý×Õ3  1/2?ßëï
êÿ³7uÝêþ"oßêÿÝu{{(r)¿uþ1/2þi~Õ  JÒöëõÿ¿úûIÃ
û³[Ö¿×"ú×oïï{mumm?á¥_þ5ð,m-tíÝûímom[×°×¦Óa...  ´1/2°··  Ó  >  n¯k  m+-/õû°ÿÇ
.ö  ´3/4ÂÔÜ·TðÕº"l5´û´-(~Ã_°(c)+ai†'Ø^ÂPÒa...†"0J  ^øi  (c)âïðƒ  ñÈGß  ö    Úl5`Òî  %
Ø]á-    ¤  â"  ö;cØ->DáL0¬m'öcc³ÄÈ_
+úþ  "±R  Ì,äü1±[ÅEnÆÄ  õ¦=1/2Ã_ ̦ôÝé...Ó{±²-,D(R
ÿØ^ñ^ÞøMw  '
/iþCÅ-Zka°šm"d<6   "
  ÂÝd;"
&Ú]"Èw´-  Uw{IÝµÒë  \¨JÓKOm*ïa...´Â
+ØL-U¥
  ×†
°×á...I    †  \2(Åa"-   0¡~  -Z
%°ˆèGœ´!  Á4t7a    >
!a  ƒ  4"F¡Ä‡‰  BÂ  j"PB""""
  ‰&"E¡  a  †Mº                ÿÿÿÿÿÿÿÿÿÿ-Š(ÿÿÿæBkqÿÿü¶4S±±        Ëp±'¤W[  §g
f'Ès  ÙQ  ŠETÏ  ƒ*Lì  SÂ  '  2œpÊÛ      Ìµdm      ëŠÉÝë"fEÑ;UÎôt  @áù  3/4
Ñ  [ª¡_í.ªFvI>¯Ñô,úJÝz´•Òþ  ]*^¨ñÜ"3/4XO¶  úoJ1/2ý=9:
Â1/2    Ü#¨î1/2WD¨÷¯¡ðÿ1/24îè(r)  {   ̦ô,

+ðü=ãŽ¿3/4Ÿ}¿Q°mïÐz×õ(r)´-/oß§ëÞõßkéú_‡ÿ{ÿS#ž'Znƒ_ú¿å\}˜"

  B  ‰xØ§Å5
¤GLêÉ8è)...ÙÂ ,    !ˆ´fgR5"0ïá"'tfa
¨èy
žÛ9œe  Œœe
üx`ƒi,ƒFvN  CFÉÀ€y•eC#,  MÙ²" N  ±Çïüž(tm)s=      TÐ`^9Ë²  |ƒ
  t  A  :"   Ð!Q  LÛ
œË,  -4}"
?
-h'è0ƒ{  >•4  @ÉØ a
ØA¡ˆ Á   ÓAÒ   â"ÎŽ  0@û6E8_[ï  i¡¶§§§t  >Ð´
4  uIÓ§w¦  âÛðƒ¯ C    °§h4×µ´ðŸv¿J¯Aø@Âz
ßÕÅ¢8ÄZzoß¶§š¶(c)§-ÝEÈß  H  ?˝Š  #‹  1/4\•âîõ¹  žâÖ¢ÐtÍh%×È  ä\h
tD,  òXØ3/4¤vçs  ">BE  ]ÉûDvÚïäæõEt‰íÁÛ...v   R&oX Ýú#Î
E,""cA  Ě¯  "gò%Î*  Læ  Du!/%ìÎ†°¸è".þ  Z ÛNÁ  -   "g
    Ç*ñ'£,  è:   °1/27(tm)ÃMÁÔŽz
Á  Ûõm(r)  žF"Ü a[Ðzz  Óðƒ~  I¯†  t  ò'8 ßßú°Â
ö  \  vôŸ°tƒÕÓ¶×_Õ²  Vžž"3/4Ÿí^'t(c)øM¤í7÷Óï
ëØAéé&µíp-ZÚW"3/4×xWÒMë"ZðAƒzuûÕ"1/2iê  §}(r)´  êÿ=(r)"N¯u¤Ý&  ¿×u}ì^(c)ÒIï"WÇ  \w
LX5úé"µî*ÿ3/4  zÕïäõ×¿ïôôÁ'g÷îþÿK·¿ÓôMÜ-¿aõÃ  ÿ߇*(tm)þÿÓ°ôÞíktßð¿Õw  õß
·ÿZé/  VÒÿj×'joTÔPÉhW"_ÿõÿ_†\1{(r)ÿ{š,pÿ¿z]k^  ú¯  Û-N¡þÔ¯ú²ñ    A
6Õ¹
ƒ¸¯Oû¯_ÿ¬  ]uß'  õõ(r)S‰ÿ-
  -&×ÿOþ¬  ß  þâ0Ã"öC  iƒ-  _î-Zÿ÷õ¿[°ì  ÿw§R  b-â:[ÿí  w,¥ë  ßL-  -¡ƒ  }¿ÿëÿßïÿÿH‡~ÿ¿~à¿Y"
tŸÿÓÿôCßWª{þƒtŸa1/2Á÷zÿµûÿªæ'Z÷zôÂ  ÿë×á  GÛP4  ¯ÿê-¢3"{_ÛûbyŠéæ±<Œ  È>Óÿ§ú(r)þî¿
Mï[bL  ûÿ߶ú×-¹Ò"ì÷ÛÚø%-þ¯3/4  í¬-/!  äÿ¿oo¯êîß-ê÷A  ÷éV  $=úÑ  uI  Ó-^•_uiÓÕ6
˝Ýoá"]ÞÿëKJÿßsZÿ  ë_  ª÷"kuÛ¤ë¯¯{}ÿ  ¯ÞÝ æ¤  {õ?3˝_ª°ûñÿúøO}ï×Wô^îûë%¯jjD~  ý-_û_ëªnžµ
^Ð8~uzM-v  ^ží-v"ß§Û|4µ×ï*Z]ÿ(r)1/2¯é´  ÚÚN¿í¯úŸ±ÛÿûuiG¿¶¯--ñö•(r)ßëÿ[k¤õ¿uÞŸz3/4ïä6s

~"Wû_í.úa-¨~  ÿî0-1/2¯ôÃ[  wXaû"
a¤ºëßï÷¨"ªiU'!mG÷Çü5ÿ†-ÿÚV-ªZk¬0"ì~ÎÁ,L^ØÓÕÒö.Â1/2,ßÈ1/2ÿ[
}°ÒìW_î
õö=Ú†\NEÎÃ  ¨]è1VÈ-8K"ÿLWÃmz·{ÅlI"§ïù  /  \;"ŒÓ   ¬  d    úµ¿²
ï\1
ÿŠï"j¶ƒNé2  7µ°(tm)  ŽÐÂÿud;ëa-(r)ÿü±#3/4Åpõ  Òö¸akõûMw{  5ZµnÂa*v  ":ÿv  U  ¯PÕÛ×†...
a?{ªÛk°(r)×¨†Ki  0CN#¸^‡ö
hC@ÉV  Ð2DpÂ
!j  èZ,  e‰"Óƒ  B#  Ž"F\    ¡¦ƒ‹
Áü5     ÄDDH<DDDE!      ÄDDDDE¡:òÜ£ª _Òñ  =P?ëN'  Úî˝XaGÅ  "'cíUv(c)...Ã  @
ÈÍÓä  #þZ ÑdJãÇÿÿÿÿÿÿüg4g`qØ  ¤§6Ž     S²¶v  e8STo<!
ÙoTvPe¹E(c)ÛŽ  †l  "  Ø¤ÕðÃ¡  þÎîde'Ð(tm):£±ï
  g`ÿÓ ...Õ\¯  j  ÝÐ  ÿ°V"ê.°¸_  A  Ÿ_Ó×-}  c
9a¨H0ßå‰  !É9Ç1ò  fÐ  ïö÷šØåÚÓ×
ƒt"#ÿÚÇè(r)¶á7ߤõ1/2×ÿîa÷¶¯ ÿMï+üLÖ°×è&í_ú¿"G^´œÈ¬e8C¦tdá  lá  ‡Î,  q  2RÉ^pœ  ‹dÀì¿ƒÆK
æ¸Á&ç  5  é}Ò¢  Ž¬Û,d(6}N8zL+j    A§ õ  6Ék6.N
j    98!0  Ð P^  !Á  Æ  @d: Àð    -,!í"  @èÿo  ˆtSCÐa
øÿ  Ÿ¡è5Åz
  ×M0ƒÐxMÕûÐ8Û‹AÞ¯ß...  bÐ  ÷Óþ-|/NáÅ§

;ôôâÓÕÖôî-úAïïþý ö^ýú'üïD#·'›Do -¶$Ç-Ò%ô
  ›ïE¡ (-6DtÈæD÷'7·¿ZÉ{'öE¡ è-3/4ÒN¯ "ÿ¤-J›"
¬ è 0á7"àGÍ £'~gB
Ÿï7(tm)ÐM ƒrjð¯ î¿o¥n%=    ¨Ÿ 1›}^°
õO^Óm¯N  xA-' úí3/4'ôô¯êÛôõô--xMßÄ,'Õëú}Õ¨¥T(r)°§"k÷á^ý¥}}?zÿ
›Ý¯z_íŠÛ_µíjÓþÞÖ(r)-°^   §ß°ê×WÿÖ úW¿ýÕ×WumÇ¡^3/4-Ý±ý_Õ¿ýÿ_3/4žúéûÿ"Ôžú~ÕªÂÿÿ?¨^
õï_öõvûŸ'¿Kíy3
HsŽZPß!Èí_Õ}æ
ü Ú¯'°'...1/2ÓÃ. ú¤?I-u"Ýxø\!-ÁúÓïõä€]}ô61/4¤ ïëX1/2õ^ûß íõíþÃ÷×÷OÂºëÿAwï~1/2·ßûïý{ !'ï
?OûÕ¯ ‡1/22


~ïÑ
  Zÿ_ aªÒò Ûû"
Â¿Ã^d  Úýßù {fW]'ÃÔ(r)Ñ ~b å"}ó _÷þ--f)mÚ_ ïöÿTôÑ2+ÿ 7Ò&Gû~"ÖûUôµ¿1/2þ"~dª
ÚªPû¥¿Oþþá ú*þþ¯êÛ] ô-ª}Ý/}ýK¯A(c)Öþ"ÿs"1/2_:" ^é~"ÿüÕ'wOÌ...]ßÕ¯Zoû{ïïvu;(r)""÷îõôÎ‡¿ê
ﬂ.
yÛN¶Ö1/2×Úmêžê°¿~1/2¥ßi÷_ö•{õÝ7é0Â¶"ßi6Óí_mXa+í]ÞÒ}zt3/4›ÿµ[
ë¿¿¶ cû( ´-k·ïà
%÷ØJ J
¸Mm5á"á¬5ûm/ð›l:÷¨a+Oá×üBƒ<%¯ÚÃ  &G #
..."ÈeU)Ï!
A   y µ¥±Á"¯ "
üvÃ#"(c) öÃ
È-Ø(r)" Å D .DÅ² u ±Iü1
  ƒ1/2 GþÇÈ.ö)¯Ø¯' ¯ÃàØ-ßŠÿ}úªcßl1Oµß¦ V
/Vë
[M{°1/2ÚÞ (c)á-1/2X_Ü a01/24š1/40¿† 0A...C"A(c)c(r)   ÂdM-¯k¦Ù { oì Ö,.- "Â§
$¤Üã¤TúX¯Ž"8›"D0B",! "CB""u" ! ! B$] ^^^× •É {êáo >5×
ƒ Æ
>Zej?ÿÿÿÿÿÿÉ´øÿÿ-P°?ÿÿÿÿÿÿÿÿ"e...ÿÿÿþv% Ôe9(tm)j)7 à^T†-¹Ø1/4¦C(tm) †D2¨gàDA²¨[MM5(r)
  ¨íú¨U,† ¨ÒK¥ï'N ¨±Z["Ú×oþé*
-¿Tµë,Q_¯-...ã"Žõéµ1/4ZÕinßN-i"}µU×DÇ¯¥õÝ-áKëOæhÍ', ó,'±M  ÔlÊ¨ 'b †v9 }d
²¬²$-   ).d`...šlBaŸf >!¨gV\fb


œ) e ' 8Ï(tm) Èc)Â¦a  V"% dâGUø` ,
Ó!
á y¯DÐ2ìÀ§Ä
ð9¶ $0  0CC
ê.æÅ  œ0´ é6 4A  vƒ35Ð8a U@ëL¨a 4´ 0ƒ6
  2!' f,*
úOª  ÷1/4 Ø- šo" L'¦ƒTÐa=ÓûA"ÐiÆÓq"Ðla>Ðw Â &šn -
4ë["h‹ Ãñéñh4ý8´âÂ \=$þ;
¢8pÕ(ÓÔõ  Ã]Ðh^ð^ýO¯z"c, ä$^DÆi"-‡Æ‰S"O%6ÈAÎ;ï‰Í £´OÞèŸ1/4 ;Dæäç@ ¹ (r)ò.
ŸD¦äy'öü°= '9?ô‰{-v C-réz¤ù9°Tµpƒ
"£á? -Fr>"~œÑõ -ƒ'l'Dç¨ŒÚûïÍ.G:A°zxOð¨O
¸B,u÷'BtŸ´ zpn›íQ9¶Hè7¤Ÿ¦ši÷éõ(r)(c)¦ë-&ØOOOAát §êƒ  ¨Ÿ¨ž¿¦-'Òmú·¦Ò "ÿ¶¦×
ÚUÒ^úm+...õiÐz¦µï§§_êÕ¨Ÿ¨éØ]=]_õÓôê¨¥]?Ð¦}‚úiÚÍ¸Zéÿÿ¦š"úh_÷¯éµv›ÿ§éõnÇ}¥ûûûûþ¿¦]UG"J×ô

'ýuõÿ¿^Ÿkicÿÿ  ý-ý¯[ôÿÕ}7"{ý\  ÁÜÏKwIé$ÿÝû~(c)¯ú,]?  õÕ¯ú}}˜ä}`óáwÕëPE  Õ߯  ¹ _ûÙ
Uƒ~ÿÛ6<..."  wî¯þÞû^Ù
´ÈØOWv£ô>ú^ä   õ8ø‹ßí  äÔ  ñÈ9  =zÌ̱!  $3/4ý(r)-úK÷
Kþ²L  ÷Õ?÷ûØ?o×ý_j-¿ªL=   ÀMz  ¯İ3`ÿukÿþž¶  ký_Uûû^"aûûÿ¼¯þŸ{
   A²Boµµ³H_þÿíþýa  KzwÞ   ŠíýI"öxtþî¯7,¡×ÿ-]÷pwfVþ¤H&"ÐlzuþM¸"Wÿë  ªmõ·É!u]h"ÿþÛ
è~""  ¸ó~¯]MbjêõÍ*î˜  †õëY6åÝÿ_ûúéÒè+ûý  #ÿ¥ûõ؟¿¿ÿ-'  *ÿƒ̂âÚítž¤6:ÕÕÿ×wÞþ1/2ú3/4  þ3/4
ŶÛÝÝ  P?iþŸ·ûáûÕ¯ú
Ø>î¯·HŠÅßu¯þ°¯ÿvë÷÷þÇSú:µýâî¶þÕi   µó×è³Ã:³mèž*[þŽ(r)  õöë÷û§þ"ý}/Ûô-/µú"S  í:õïm/¯_oÕ
¿W"Z3/47:žßöÕµµßì́kû_a×1/2ÿ1/2ßíÓ÷v°¶•(r)  û~ÚÃ
i-"›ì+}(r)÷   ðêÕZ Ü"(80¶,ˊµÿzÕýzµû
ö  4›Ká...R...ûÓi_ƒ¥×
xk
+{l=µµ´-xiuk¶-ö*  °a/ýa¥ÿ
-Û
%ö  Û[J  ûi8,‹š'nžÃ  n  "ûì ¶ÐQÃ  "       C
ÆÃ
H  ›µiô¶E...ë¤}Š÷ö¯0_~9   W±û   $  ¯b•"í̂LS  ""-Å2  -ÅaŠŽC  Ø¦)  0WL  /  SØM5ëöÅ>ž
‡Û_  ÿxªö1/2ý"Â-Ù
é°¶šÚ¶  v·kkV+
+!  Î:è0¤Ç(r)ÿV  ýÂÛPÂí...  !ßA,µaj÷†  A...kN"Mm
"ÂPÓ!"  &¯A"  a;°"0¢""4  CÁp"C  o"  "ú
aA>!...Ët  [@Ë-ˌeM    †  DC#Øä...‰)"0"0¨D  "´
˜ˉa       "  ^^^^^^^^^^^^‡       ±
³jëÆßÕ~-ëãôû
#ÿÿÿÿÿÿÿÿÿâ¤
     W£2  ŽÀŒèÏ‹ÛÙ)'
!  ÁA{   ÂãEÈ  FÅ}Õt-çsH2¸Ï  æžÿµ
ÂÃ
ý  ûÕm+ÿõü‹...Cuúãé¯|ÉûÉ  ÷þûMU‡ß  ü~-kÓz"÷]Ò_ÿ-êW¤çxœìB÷îþ-ÊtUH(c)£hÆkÓÍ³µhíé  œCe
  €ç#b""   R1"Q  ä¤
K°D[ä   L¨  F¢6   ›  §2\9DÌÌÅ|ØÈ  #¨Du'  S†F  $FÃBä0"8à§PB†lRpnN  ‹ƒ¦   ¨B63XC¬x‰
  3¤¶¿Ú
   a     @Á  pAš0D)  §@ƒ$0@Â  fjh"
<(D.-0ƒA³"
ù  pÔ  Û
ú  ƒ°ƒAá<  ÝÓ     ,  ƒPA¶  kwúâÐiÚhRzh|:¤ý  µb
4ÚÐØ¯ÂÅ¦ÆÚ§¦žƒÕ¯¨  h;Aá
k_ûM  æƒDWiÉf.NÒ"Ew  "Ût"  4  "Û  ~°DWv‰cD   ª#·  'î.FëTÕ4Dw-¯ŽÝ¤àÈ9  œŸ¸N‰oûDÎ
Ñ,  ¹    ~  Ðø  ÙèŽ"õ  ÷   H°dªwà°@Ú"øh  Û
ð´  A¶Eæ  y  âhh(tm)Ù((tm)  è"Ü°4NŽB[á   uÕá
A>ô̂ôÐ:O  é  ô›'Pžô   ü  è&Òä(c)xA1/2(¤›h:M¢26l:  :       Òzl%OÂ´  "¤ì é
›d   [ëë¦ëÒzn¿§³é°¦ÚJ›i&éêéé¶ú§"§ib¶á
(c)~žƒÒm  á=ÔÂÔ  -_-|_WÌëatëOÕúOý6ó6Ó}:Â§§Ûþ1/2/2ÚöÐT÷ôÞÒþÒ÷¨¯  éˆ  °ÆÓû(r)éwë¦µÂ⁰Þ¯
á+u¥Ŏšþ̃áÕ  þÿ  uÛMÕþ¿  ƒ‡ÿ"õ"ýÝS  Ó¯K"¥
¿  àÚ¥Ŷô-1/2{ÞÝ]~üþ¶Ã'5gÂîD"JÖÕ¿}  ÝsP_  3/4N  ûÎÂÕÉ'ý3P_H"  ¯X4ÉŠG  ï÷Ú_ý±É!Á¡~R
-·¯¨¡é  1  õc$  5ý°  aþèwÂ
¯å¿¤A,   !Ð#þ¿3/4¯ô¬0Áþ     ý  ßwÆ3/4¯.ýj¶þÿï‡kð1/2)N
  r

þ"Þ(r)¶-÷†Øzè‡°ºÝýð1/2×ÿD<]wÃu_ý:Ýß¶ˆxö  D  ëª†ý¯è  t¤(ä‡@ØnXN  oÕ¥[
3/4¿äW¦;  u}zöü2"¥ûèŒëÐH"û"²,  (ầ¤Úîzû¥Õ¹bSˉF"DˆW·[    ù‰-ÙÉ"#iÝ"oÿ^Ûþ°I  &Go-  uúÚ¿"
úNÈä{3/4  uþ°é6"·¯ˆzŸ7JÝÿoÿë¥~'
ér¨.ûÛßßþû  ÷ëý=÷ßÕwº÷U×{þ³T1/2.ˉ^úÒöî  þ´[J+Ýó£6Û":-1/2k¤¥¶¯¶u  ¹(c)ÿ-ÓªMý-...~þ•°¥Ð[ÿ
gÎ§ë-āu1/2~Ò6íÒ¿íÛöÿI
ïü\+°êÝ7¶3/4Û¯íþ"ô"ÕÞF-Ã_{¯þˊÚ3/4ÝZúˉˉa{ÃÚN"  ÿk  7¥¥...ý+][OÕÔ  ÝÕ...  "ûTµ3/4ïk  Ý0
Õ†  ¬7it-¥M¥"¶  µá-Ó"l4¡¬4"²pŒ0-ØWÒˆî1/2ºµµ-[Vï§ªºÒ𝑓  -Xa[[  "ŠÃ  ;
ÃÚÒøˋ¨ˆ¶  ›Ø0¶  `Á-
a'ÄÞ5ˊ@1/4
"◇†  †"    Ov  Kôò&x ÆÅD(âH}~ÅqNÚˆì0I‹Xâ  -ÅG  1/2E>È.;  c{éŠb¯§ö!z  íªh4È
ö  w†BÃÚV  ÇÚÁH<\2  }>Û

¸A..."  ÷ò  †›ö  "Âþ¿¤ëˆˆ&    "akµ¥

*ak°ˆZµÉ°ðÐaKxk      O
 uÒ
+wØ&š   ¨aq  k  Â   0A...@Á
 ÏS"    `¡  𝑓#NPD  !¦
"C(E'+L)  Ê  (tm)5  DMl0𝑓(F𝑓  Öˆˆˆˆˆˆˆˆˆˆˆâ""ˆ*"""#ý-R"ªY
¢×  |    ÿ,Õkøÿÿÿÿÿÿÿò"ÇjFDˆˉ²ÜŒèA  ÊLÌfK
(r)  ¸  "ðeÙÚÓ¤ˆm  "!  Ø𝑓œF¯"  ²
  0Âˆh  'vvìÑü&¡p¤F        Á§¡"
Õw;  Wy]>GW&~  køIúá¦ëé.ÕvHŠDIT>  TBŽét•¿ÛN¤á"SºÕº...
×tE;DèNy0š^CcÐhŽ  ¡...ê¢ªªâc¿H  n¯kWÍldÃh  ß¿(r)(r)+ø_ôÃ~µZ
úß  -ëúÑµ멑  míú[÷¿Ý  ß÷-ô[àè6    {¤ë¿ï'¢éµsº1/4Ž¿î¿ÚÉ'(c)æBÌ(tm)
ïˆÎ¨:%  Jâ𝑓!Ã@èè)  ÈÀŠj&²K</(c)ˋLèD@€(tm)tP(Aé6        -  Î³(c)šÃ:fÈ𝑓
N"0  @-lÈÁ  ÿõ,"l öÁ!*#N
 Ö0  (tm)†d2@€   1-
  AÔ0𝑓
 g𝑓"
 Ö-"
 bæfH      (c)  Bìˆ‰  ËÿÂ
 qa  ‡èy@P𝑓      Ú
"ï  ...
5Mu¶ñëÓ  ¸  D  #u  4  ·"ÓÂ
  a6Ða

¸
 Óh  Â
 xL   ¨‹'  V      '¢ºz
=5ûÂ
  ê  }¡ÃwÿÖÖ¢Õ4Âk¦¿§§ý;1/2  †š  "ÓN!ø@ÛLÁ€?ÉôE·¦‰osÑ  †‰osúá§  #êñj·KÓÓßh4KšÉÍÈH<
  LŽ  %í×D\a  fôJm  Æ‰oO"ºÐ¿%  DoÓD¹¢  ßàšº
8°&wrt
  †YÁ  á>çÙEh-Q:xNÊrj
=  £ÿußù  è-á
D¦Òrv/ A´  vúDÏa0ú
 𝑓h  æ   Â
  "‰Ÿ  h>N¯O'G"û¨·,äAÙPdw  Ÿ  ú

IÃÓÐj*ê  7MÉ(M‹  ä¯ÐMî(r)3/43/4"–  Ý\&é¿zo3/4×u}'§¯I°aÓjú‡¦ÐMÓ(tm)Üœݝ

...-‰{-^  ~ÓI´¿×K§zxzONíÒï{iô->WIˋŸ].  zõn›êŸýjõÕõk¥m{¤ŸIMÐ9§§û¦°û[Wé´,ªmö¿UWïûûÝ±§
ÿZ×oKñZn¯Cé=:¦*ë ÔôúÓÝ

-:ýxÖþû(r)£úé_k{Òë¯3Ò°ö¯ }G~gm  o^?Ýbûm

£]~-úÿÿû"ÚO[°ßÞ×k~ÿk

ßý"p×Mýß]t¹  Kô

ÿªëµOÿ¶õ  X1/23Ù  Rt  p]+kw¦"Ø/_µZfh  Cÿôõ Õ ÿª‡¯ úÒ  ä`I

cù

Ç¸/Ø*¦O¯îûÓ÷ø  ãõ¥§N?¿ö"/m]ßþëûd-,ë ým°tÈaˆ  å 1iÖ@Ãü#P'    ë3/4×ýÿöÿ;þ·û-ëÿ°×÷
?ý1/2u·

ÞžÒy&

"Ã  ¿}jûÍa  úíú*ÿÿ  ë¯Ud1/4û×ë  ývÚßI  HƒzÖ   ‹ `pEÓ¨WðµÒþý&H
y‰åŽP;³  þ"^ÏO  _,^Ú¿jðõÿ ó Y

å û}LT×P˜_ƒ{ê̂Ñ(c)•Ù":á  KònLsþ÷ýv    Ðëûuÿ ÷ õïõõ¿´

¢Åþ•'~ÛÉ!  ç(r)-    o^IÑ  ž  ̂ú¿úh‡  þÎ‰÷õo[1/2õ¯k  ×öëÿR

Ãv¿õµ¬

=õ:õÿ -ùaÜèë}  ô

ÿð~"uWçGšÿÏi[vÿÒu÷¯ozýÕÈgg]µéSöêÐ  [-=ú]Û ]í.Ý    îê÷:ž3/4t;Û_wì'wý>t5Zÿ†-Çz(c)æöuoZß¶
ŸÇçŸë  {gS1/2$ßþû:éû×KÛ^û(r)öû

-v¯]ÿ}Ó  ~"i1ÿí-ö1/2íÕñÔOÿêÔ-v--j¿õÿµëÿí{¦×m-[¦îû]×õmv:WIµ(r)¶  ÐÚM(r)îš°¿...nž  _"ûVá  Õ-ý.(r
)-3/4ÿ-}'¶  [Ia¬0¬0_ÛJ×M-ií-"u  ¡...4Ÿìt>[[K]3/4 ]k

Sa...‡      °·iZ

Ò

5íXu  ôÓ´(r)Ý5ðÂ\4¯0•^ÂA  ^UK

&

*

0•²%3/4  _ø¦!CëØk

+  ·Øa  Å;Ã

Èƒªb

Â

  °a(ka;

°ÂÁ,        °-ÓÚõýX§b¢ Ø(c)

úíØ¦)6!WáŠÿÚ¿ø¦  bš×  -‰7lSÓ

AxÁ±AŽ

Ž  ‰cØÔû´ÐÆ"~ØNì%i"ì&°ÂOV¯[[ü-û"  UÓí4Âk~  atÖÂPÂpÒnÔ,=‰  Û
ƒÞ-ªù  EŠD%3/4Áx5´a  š

-\4  NÒoí*ü&    °š É'k

 ÈÄä"Â·Ã@Á0C†DN-,¶  ¨aa ÂOöŸØ'''    ƒ&Y

ò

'Thq::  `¤06p'

  "ä'"

-Š  Cq    °¨ !Ù  á  ƒ  Ầ>nŸØVñ          â""'#ˆ^^e    "ëá}q    ø×ªê³à±éXQÿÿÿÿÿÿÿÿù_..
.%'Ø §  5  ,1B¦FÏ,µ[<h  '¢,µÒÚÉ  Ýo@>ü*°µ.`¿ú]¤Ô(tm)  Ó  ¥ûVþþ1/2}}íuOÌ‹E'
*Ï5#[=  Í&hÍ†Wä1Á  hÔÂ  ( è8'-Ýø@ê̂ a

ÇÔk á6E  ôû[  Ø¢ö¹9²zEÀù,Ô  Û#¢33IzD1/2Õ
ðƒè {§3ªÛ#Œ  ë,o¶Ý_WTÿñ    MéÖƒûWT¯ïÕ>°ÿú¿  í^1/2Õã}úü  ëûµî-îÿ,
÷}=Ôê  ¯×ûúWë",ý¿1/2×Õoý××µ"ë¿¿á  ð¿>áwö•}Q  oúzáÿíßÞY×3/4¿ú_õþÿ  ·[×Uÿÿïÿü¤¿éÿúÝ.×¿
wÞ"ÿh5úõÒ[þÊu"kl%Ã

¶ "ûâ Øi 8b¸...Á...ú's¯jÅ](r)¸"w÷ýõÒV -Ö×}Z"K"
† p`...,
"!¦"Y Ê
VGSŽ"""""?û×ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿó#AL'dM C,ð FZŠxYØØ "" È@‡b2
É°ÆD¬ùždTÂ...; j2dá : ƒÉ 0Ô f(c)<· Zf(tm)T_zÑv ?;-'&vw é• 3/4ƒ_2> ÝBÿë
Ýõ÷¢.0µmËP¸U¥ /Ö‰ ¿§¯ôKë Z¢VÝ$Gï~" - Ÿj(r)F9P ûú
É- Þ(c) ß ¯xïú†(c)X ò
'þ,n'o¤ nô ¬WþÓÅ" }/ý
ýí/ÿ úiÖü ×zUmé;×Kþ¶•>ïKÒ¿_¿+ é Š;;5<ê<ê=Üè4ˆc"†t
Â\û*ŒÑj¿¤œó6 D+œ,ÎN"P%]"ƒ$ 6&fyœ Í‹dã"¬Ð A
b !Æ ÉÐˆ0‹P2 8)ðCTjf

,à,x2 z¨ t 0@ó ÍA1>Íf àÊR#ÎñÓ"´Öö,kø@õðƒOÂxA• Ða 7Â

"øjè;tô -Ó @õ@ÂwŸ` §i Ê@@" ž QÆh ˆˆ3¿œTú}Ý" Â wtÂ !
¦ Nî4Ó]
Õh ßiá8}¦š{§
÷M
p ¡Úª "Ô W D ìC-Rë´D Á]!r;§qiÉcÈ Ò% 4OÃ "åƒkÌ "Ðº9 ä§§TJm ü-J
¢M ö íô,"<Å"Â~é" t¢þGêw4þ‰{×,
"ò*‡"sA
d^¢ç‰vÐMËœ R,PA´Jm ò/Eö´(r)Œä¨"¡7 \Èù või h Û[¤òsp{"s" 2ˆ¶ä±:èŒr¡Úô-ôØýÒ
µIÐA"`Ý"ôð›¦ä~ =7‡á
á=7Aµm}¿ÛÒ¸ˆºÒ
ëO M¤ì"/,n›a å¢
ë, èŸ ‰f,ºéÿéô(r) Y
¯N,xO1/25i
"ën(r) Âÿö ð"§ï"V 7(r)1/2 ä1Vºj }ÛþÒ
,
¥%Oÿ ·Õ$û
û¿*úö¸Të-ï¶- m‹]úÓ¸¯OÐÓƒ -+Þ›I"KÝ&ë-^µÛ£CZ}S÷ IÒöìj"1/4{^‡ëÿ"Ó]¯ ºn×ûaûíWý CO
1/4%Aïí+úô,OÞDÁ6*õ¸Du3/4ðÿýÿuy :Ø7[f Z1/4ˆ
ÿÒÉh?Zõ ï÷Mþ‡ÞšwývëŠRP'ëõ

ïÔŽ›ì¸/VG í¥`þC˜úßK ŠþúPÌ
ŸÖ é=ÖÃúxK×ÿµ"P"ëƒuûÓpzÒ[ Zj=
]õÙ
?aþÕw† ÿ1/4d "ýè ÷^ þ,oïí'"é-_ (r)¬ Wð öúõ°î˜wðï¦Ø=ÿðßýÕ"€‹Ýl‡8µº_ë þÚ
o¿{Ã
îü ipD}d3º]Û\ ¬Ôúþ 1/2?"ÛëþŠ€aÿÙ
wª[u3/4ÿí*^ÿ×-a‡µÝ æPå"ëÖ
ø ïï Bôëu/d 3/4ðˆ#ëµÛþ•kõ÷ºézä¹¿ûÞU‰Wµƒý"^íîK›y Uõþ
§ïí W÷¿ØD ákoÐ7ÕÒ"ÿwN-è%1/2ÿ"u§
EuW' wªo(r)ªÚV~ýÔ;Zý Í[úþªI í+)Å- Z_Ké×ÿKÖÚë¤ÿ Ýö ªÍ[
ÍO1/2º Ûô"íÛoï(r)ÿ3/4ûá}=`í]ÂN¡†-wñû¯õ}Öýï_¤g¶Ÿ"ú´(r)ŸÔó 3ußþ )Ý-u*¹Õ¶¿º÷[ýï¿I3/4ÒêçŠµ
ê›"m.û_: ß1/2 Ú¶ûßJÖ+I+ýu¿3/4ÖÂ¿ÝZõÿÕ%ÚoYçÙªºÙ˜í"w
$þý¥izðÂ×p×ÚKê méÕ¥kjþû{]"l4¿m&éº[íoˆ¿Ã
Û{uk}¶žž-°•² ëßL5t ôGÈþÚI0gÄ3/4›

ðýnÒ´Ÿm[¨ï{}°Â^Ã

¶     Ëïam6×-°"a#æ  0KöÒ1/2WV*(r)µ¾±T  ...Ü?l%¡  |  Iâ¿cîÒßa...mdc  ˆêÂÁ†GDqSàÚ¦>DÁ
Eñ×†)Š  3/4)ƒ^+(r)ÛXkÛktÚ÷¶1/2†Ó±*Ó  l/ß¦?Ø...  ›A^LTF×
ö(r)¯ØM    "QU]ïö  †
'\0"
$ÃZÂØ_~ÂÕX[_l"  l/ØL'M¦¯%Ûö³*wa$1/20¯_´  V  ý  °3/4$ÇÅ=1PÂ°Ár
B%"ôý     û
     x0_×jÓO†  h0¿ò  "†      Á,dK?  Ž  &  a  çCal  ø0µÚÃ!]ûLTq      Ð^3‰YBH  ±#x´Ž"
'M0"0BÐƒ,¬!
#c  G
,am}†    "ÈXÄqÄq        G
šÀP@Ê.  a.ó ž§´^""'7J  IC^•ëuoa"(c)°[iF1VøMm ÂaE  d,Á'n¤"?ÿÿÿÿÿÿÿþd²Œ3ì´(  äp¤-2s2Nf£;
  ¶F  È\
g(tm)2gaçpÍá  -#°¨"EXÍ†aÀÐU‡Îî  :×ÞÐI    Âw$#ØOzÿ22Gc¿åKÕ-ê1/28a
ö3/4æB4É*õáp3/4¿kV  uú...
¹%ì³  ë÷þƒ0æ,u  œÑ  onëzÜ.  k·¿Öÿ  y=    7é(r)3/4¿ÓýÿëµÜ7
¶ùo§ïÿÒÒõïõé6"×þþ×ÿMÕ¿þþÛ¦Ôû×õÿ~u-?%'")^wy*²7'O-ùŸî-T'öN2_rI      -¤Öue"!  \èÉ  ;P.ÿÛè
      s  ,  !ÓÍ'u
›  )¬L¤    h3A  p@ìØÍAJp"†    Èïÿ×Á  !    Aš  DPä
M    ôô€ì†  ‰oP;8d3|ûƒ  2C6!¬@  ,!èBÌ‡  ±(r)FÏ¥ØAí¦ƒîÐ=  $    xA1/2  -¸A¦  ~    i{~!=4é ¯Aé
Â
î'  A"+kõAé,    ƒ°D82
sb  A    ýúk  Â  ‹¸´      [Š^h0ƒ      Õ´"‹N-ÐméŸÓu1/28Õ×â"^ìÚh:Aú
âÐØ/è-dÀò  ê^¡  D³z#  ¡èŠ;zD¦ü-4E  /}íz#pq/¬ Q+}";q'7u°%7
  ëÿ¢sz¢  ää§Æ¿4_L2
  :9tšR?¹  ¨¨Ü!8h  ¡Þ,4r:  û@›,  Ñ  ÉMú¿~    ¹)"Ü ÝP;è  6Â
ûð›'?  :i|'  nE÷%ï
(tm)É    œ‰  ¹?(r)$-:AµIÒ
¥        ÒxAá:
ªïA7
  t  ÓÂkn'  Ò°ïªm´  Ú¤áöþ'v  {‡  ¤ºm  -  é?A²
È¿H6ÊƒmSú  ô¯n  Ó"í  ÔK¯¦¨¯þ×  ~(r)µÃo
-ˆêõ  -i~Ópž(r)é  Ká>ã_ÒÞ  [j1/2ÚéJ÷ú}"ë3/4Ÿ1/2¯^  uû°Oi;Õë×{ïþôîÿ‹ÓðŸ--?ûî    V¶?Õ¿Þ(r)"c
Òû^~ÿÿZ÷Ò
Þ÷÷¥§uô-èZñÿ°¦Úü(tm)  Zþ-i"×µ1/2×õÿ×õûä
û¯mé¦Ó¶Ó
Ö°ªÿuüj¿"Œ4k¸âúý  #  tÞ?ZuïLøZû0    ÿµÿÅ30-  ]ÛÔ  €ßn£ÿuþ7´Ø<ƒë¿ßýW!ƒÓzæ°°û¬_ñ  Áÿé
éßøé¯3/4"ã1/2~ßU_þ´Ò-AÈš'  +Ù  =úšÂuÿwÂ§ûä  Âÿ¥¦[Ö
]ß°ôþŸÿö{u  ""  1/2-"ƒ
-  ø  ¬†  Ýÿ]B!ßê^hØWzÛï"P°#¯ûÿÓ ëßÿwZ-Yþh(%×t·ä¦ÊÂ^é  €'ÿà-×"zt
ýÙe-BçïéZ°[:@"ýÒÿ^äÒ:ÿu3/4eë-ß3/4×¡  ôßÛ  ôßÇ_Â
ƒ·ßÕïè'?ï"F~3/4Ú̂û̂ú$ž̂ÿ"ÿ-R}z×^ê̂ëô"{Öþ      äH'I
e"}  gýíûð^ûü/3/41/2ûî  ë_ûW[  kÿÿµ  "¯ZÿÂ ná{_
Zë×û××:¿K°  (r)ýÍRUÿ*K3/4êé  [í¥f¤çŠ×§5  í¿[öt
%ï"Óþ  Ó}Õz¯ÿúÝm;ó¦W¦  }×þ(c)ZYÕïïÓXÝ
i|íª¦ëkÝP(c)§Ö-ÿÿ^Õ3/4×Ó{ÿíûþ×köëOÿ_ÂV¶[-](r)ÞÒk|VÚ^Ý^Ú[¥_¿}îu7úûµ*IkjþÚKÒÝCIíoõÿµØ¯
Â†Ò~›í.ÒÛ¦ÒwµúÑì%¶¿Õþ1/2¤3/4¿D2ýí'›ÝÂ{ì0_µÂn´ØKøi6  ›OÞì¸1
,0•¯uÛM6¬5ö  ^ØV£àÒü&ØK´Iý°¿(r)9  :

%"§\Sì0¡  †  àÒü0dp^0¶šôµ  ~"ÅoÁ,ì0"    1]1[Åá...°Á}°±R-°N  moõîžÂ  bûÚøÝŠv+^)
 ý  Ä,1[  Nõ¦
ë¥b   Å1/2±&ø6
Ž  +ù  ;aÓö"öA-¿´" öä;ÚØ[á"È<>A¿pƒ     ZÜ¨ý"ì aV  ZUm      ¶¯d0ö¶·b*  Ø"z
 ]ÊVÃ  ü&  3/4¡,ö"4ì!
-pÁ5Û_õ ºK[CL
ƒ          ,,  `•Á"82Ë d î+dMl+v  ímÄDDDDDDE,    e^•´"Ê,  DD  @Ë[^ŽUâ"".""",  -   A,i¿
     o         ÔTDDCB"!¯I  õ(r)  äÈ!\¯NÕ  ÝTE...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿËiMV?ÿÿÿÿþZEÂÖ¸YÚj  1/
2*x:
Ovâ¤
X7nðûÖþ¯ éVZZéP4¬V   ,  -ªŸxÿÿÿÿ
endstream
endobj
20 0 obj
<< /Length 21 0 R >>
stream

q
425.52 0 0 695.28 0 0 cm
/Im0 Do
Q
endstream
endobj
21 0 obj
37
endobj
22 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.16 701.52 ]
/Parent 48 0 R
/Contents 24 0 R
/Resources << /XObject << /Im0 23 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
23 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1734 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1734 >> /Length 33028 >>
stream

ÿÿÿÿÿÿÿÿâ¶_•Ì(tm)fq'8î¯ús"-"<ìvY1÷gi  y'QëO+"EP2ÉŸ]  (tm)
(r)¿•zÒ§Ý~  "3/4  -...iûÿè(r)"[Γ¿ïÿ{   _  w¯üoBÿ'î[¥wýþõ1/2^"ýuÿè      "  ;'d•  Ó>u2  *  Ì²W  &û
ù2,  "ž<2œÏ¬èVueÑ
8)¬°D-†²%d²  ...¬  ,  ‰oC)"38!à†ŒEØ(r)P!
                ›Ž
ø§Q!"BÌ‡.^Â    Í^k Aä1    ¤  Ï  ~
§-F$Î,  ŒÙ  ŒÖgFudˆ

:%"a
fHÑ  ,Z    Ð-R     a   4-  ,-P            a    z
Ó  <&    n ^!
4-ƒ°  Úá  ƒƒÓÔüpJÚa  æ    "z
'Ä‰7¢   D)Þ   ¢h#"  D  †  ==< za7ÓÐ]"5j  C†ƒ˜ÐW  ¬C¤  ÔZiÅÛv  ¢ á±a5    ßªa
Â
-,o"  "  L'h8â-œZ  §¬^‰ÑÅÚ':#†‰Íá œIÛ'/¢_3/4%Ä";
DÌŽÕiÙ¨ä îäÿ%"Oß  '7ò#âÓ‡¤œ°wH"wr é:'/R;r   -'"þ‰MÈæäúÓÉN‰ÍS
     ÒmêYÃ'ù  0A3/4*(c)    ,  àƒƒ  ¬]^Jm  ¯i
A
   dÎ›Dç!$JnE   ¨  sD"z%ì".v‰M¢s(tm)Ã'îGx ö  7  é
¸A1/2  û ƒjé]5]
"ê
Ý;tú  0þ  N"×1/4‹îMÐxOOMÓoTÜ',NÐ†  ƒƒoÐo ù  ¡
 Þ"t5zAÚz  ¥}p  Zö  &ÔÕ›é,zj(c)ú{J§é°  §ØÖ  m-'Ø_N¯¤ÚTÚMô,o§‹úí õOÓiZ
êë^(r)÷ÆŸúW-Ý¿m×¯ÿá>ý/n-GÒÞ1/2Ú~  µIîƒ
'ñá[Kõµ[ô;  GMýzO[]î¥_ZKkWþ-ÿû÷éÝ"§›êÿ_ªé%ÇëÕý~ê(r)ñ  °Z
úðuªé]ú"õo[1/2;÷Óv  Ò~-ƒ-  ×ëÛm;   ‡{ôý7×Ô
_µdh/µ°Óä  _Ýoý_X3y-  êÿ¬,  ž×¹
-ÈM|  ýw_ZwÜ(tm)QCàô-Ô¿m[ä&²œ%Zä¯/ÿ  ô  Üuþÿn"hDU×ü0k¡
Öµî1/2{¤(tm)   (r)¨‰ƒ²  Lu1/2ÿ^¬ƒ  '   û...ÿoÛïÿ_J3/4ë¯ ¸aº¿Ðd1="Þûúöñ§ô  ƒí=wôÝ]‡...¤1/2  ÷
õÃ
ä1év"-_m_V*¿¨:mªò  Ä  ì3/4*¥é  ¿(r)ÒøD  !‡î3/4ž-o†ð^{ßè(tm)  ÝÈÐI"  (tm)(røÕ3/4-ÿõù‰µ"ø7ò
bþaPþ†þÿún(tm)   $}Ú"M   '\¤ñZ-ïW# Ñ  ŸøKýƒ  *Cþ¿*ÚµïÓó
3ö3/4ÉA  öýÞÿÏUß""S‰ÌOOw¯ê  ¢aºí%ÚtÒ
ö›  ÿþ  ×Óþþ1/2í
úúúïÝ'§^  `ûk-{÷Xoª"{(r)Õ-Ûlêû°÷ª¿KÛúô(c)-  -"û5f}û
èÿ×ûî"ë\  ¤  ï1/2  æ›úÿ_÷'îÎ(r)ïk57í.Ý&ÿ'Î†¿1/2ýíÎ§-"  Zÿ×3/4úUµÎ¯µë3ûa
~õë"Zêþ¯_Ö"'^ªï_†1/2ñÿÓþµÕ.é1/2°oñVÿÕ¯n¢¿  õú(r)×µí°1/2¯  PÖ×{V  ÚL5¶ -ü41/2 ¸kþííot¡¯Ú
ÿ¥ïö°ú1/2ªßV(c)ü5ëÎ¿ý¯  ...íµÕvî  OØKn  ]ö-ØÎ¯Î´3/4õ[
%\5a~    a&ÒðÃ

m†-ì5!ÒnÂVKö  ´¶þø¶  AtÃ
°ö  ¶  ±o°aX...    b1/2†  ªì  Ù  p"°Û
  ÐE.ú+WL4¯"-  â3/4)†
0p`¿ÃH<3,È¯ÒŽÂl  Èœ  IÿdWöÇ±\  VÚŽC  Ö<1Mm+Iß  }%  "uÝ...W
"×Æ¯b  vÅl{  ±.1ñ_Ðb¯d<v  ±'  ¶A-Õ(r)Èx†   5·
(r)¶  i!Âîï¯^¯a0¶ƒ
ö  !]‡"ö  ÓµµpNÒ  p•&-ªƒ
ôƒ["ÕÃJ
&  "Öá(r)†\    ÒÐƒ#  _q" È¨"b
×ƒ&0*°Å^ƒB  'k"°0ƒ†       ¡  f   Ž
É    """"   Ii  â"#k           ^‰Õ  -P¡È  !Ç>À  "Ø^  ^ÄDDDwJZf  J¶ü  Ø\   Õ""]C  #
ÿÿÿÿÿÿÿþS
NMÆdÝ<e6B#µH...3
ìàAÙvB>da•Ò4  Ù
¯ìŠÙØíÐy  ×  o°ôw2O*  •iI.´1/2õß...á,'ínvQ'
"Ÿ  m{ÿ(r)  ·P  ]  þ°í"ûÿ3/4þÿþøÉèÇú×þ-u}ÿÝPzþŸ^ý°uT1/2~×¿kü.ªë{û¯

ß÷þí~ýÿtI3/4 Ç"PgZ FIä0åX" U,!ò@ò;È ÉOþ¯¯ò -Ù±'‡ž^Àæ²ó'. Œ èÌ
Ì Ÿe Î,w"
Ì@D9ä [ C \ 3/4, NÌ ›üØÁ 31 ø"
‚à"ÈA"BNu"*òp...9 ¤ §eòpàƒ.‰Ä"
  ;60 Ÿ ´ x" F }"Bj
1¨AÛúh6´Ô&ƒÐi é; ðÐ÷ Ðph=4 Aø
dÀaB P @Â¡ N-    A    h=0ƒ zh8q¡V-šìïpÕÂ 8¹ ·¦°¨íéÇ
?L&÷ ^/ šÄC´ø3/4!Éub %Í=_tKÚ'Á¿A AhŸµDXa žD¹§'LZ'< g¢tÈ±"§Dù¢(ïÑ ßrý¦°DzOÛ"E
  ¬Ž ÉÍ0œ Eö‰øpr%á
'ì‰" m ¢'A9ïXN 7¬' ´ t"
Bn 7h Ü‹íšò9°lÌ   Èí$- ÍÙàš'7'>(r)%oN%oM(tm)Â pe °4K'Q
‹Ôœv      &á
" ¦¦é1/2'ÒÒ°Ô*A=6è&ééÿ§I3/4×¿" PMÂx Ú    3/4›§"ÝÓé á øMÓôêÝ ý'-'ú¦Ûú° w
Ð~(r)µn "ÂzúN¦ê"¦¯ÓïÕ ˜{êékôÿÕÕÕ¯ÛMý_µï‹V...kxôôþ5ÿ  Å3/4 ~¯ ê
š °u¬ jžÚ -*¬¦¨ÛKZxP(c)î-Þ*¶1/2öÕn(r)•
ôã÷éŽ?ONÿÿé~ÓÝ†"[ïÓV(r)(r) ú-úÿÐ[
""3/4XÊ¿Ã¦ßÿ×¬ ôÒüˆ ¿H& -Þ-²èÚ#"@ ƒÑþì ñmjDƒú÷§5...È ~Aqå8ëµ
ÈM<-D mA ôÝèÔ-(c)ãó ?¯ Ô/ö"1/4DG ‚(G èÃÿÉ€ÿþP
)H qd01/2Æ@‚ìƒÓÈ}ÝÔ (‹ýl úü ³@_ëïäÄ"
¿]Ô°÷Úá¦Ð1öB øaíÂà¿þ¡ 3/4Â ãõÿ ïz¿þ1/4 þMÎå°"B~ßéi Båä.ypD×øZoÃ
H...¿^3/4¨[¿ÈqÊ Z"Mû1/4²¨µé'µ-SÝbŽ3/4 °$G[¿1/4'ú$ B^ ùŠH\(c)¨"ñ"-<µ ÷Dt-ÜÅ.¥†¶ô(c)
Cûú §
"ô×...ûÕ°´
N t‰ÖˆÏ


ù    ¯˜õ,úõ¯-^ÛAWjÚÚgG]Ð>ûnúJìßoúK",ûà¨È7¨6õï}ú]ôÿ_Jù"¥~¶-\Ö--ÿÍNµkTúÒòṍ t3/4´¿|>-ÛÂ#
ªúé":Í {úu{Ój•Óh6ú5³mk]SWý"]ú¦Þ¿
Óöˆ‡^q÷N·ùÔô÷ÝÕ·ÞëÕ-ÿ "mSþ *ÝðÒ M{~¯1/2R a.3/4ëU R
þ-××ôë¶õõ"[ê3/4×WðØIvÕ~¯ïVÿÒµ°úï°¦ß§w÷1/2-"ý§°êò×Òþ×õm/a-...V-ÇÝZ]Ú¦•¶
·¦Ø'"
·.ßL/a^ÕÔÍ×
uï¶›[°"Ã ZiØ¦ Ká,°ÂoL %
+ØZV)'bÕ0i1Ô5c(r)
  V/ ¸cm‹äGV °
0"0]'GL0[ì'l0"
d\ìK Ã#íÁ¤ÖÄ¸q]± XÝ¦ UÛ V ØVîÊaûË ë~^.ø9
Fƒ  ÷ ÀìBb¢¡±&ù Å1ßu°klR{Jß°¤1
¶A¦i'/i"¬‡x` 7a7jÂ"øjí¤í"È$oÝ ×{L& ´ŸL,¨ï
]û^ÂvB1/25v "[Ð2iÂXA,)ÈX[%¬Ð 1-  ßÙ w
 Á(i...ut Uí4 Ù i°Á0"?°Bâ¦ÄÐèÆ"A,
œ´ DDDDDb""Ð^< ""!-6 DC$* DZ hDDDDDDb"""#ÿÿÿÿÿÿÿÿÿòÚ
"ùØ#;* ñe¯ ‰ã"H"Èáƒ"vžDÙR0L,Ê¤GŽ    Ù
†ƒ#,"#% Q¡ +...,"ë¬õ'më¡ dÑA ÄvMÈË"Øx_ÂÞ T´*3/4·§ø[Zîä"Ob¶¯V›zý?
'...
û!G0îÞîH6Ô1/2 ú¸Ž/Ñ=×š·ý4 àõWi^-iè8úïÿmS×ÿ¿‚#þß÷÷Þ×ú¦þæ} ",ìY Y×* ÷ƒ¢ïlüB#(r)¶N   Ï
ÆÄL¡ VŸO(r)^ò&Ž¦R (Ž
SÝå  ÁPg³äS^L ƒ²p†ðA¦H § 8p šÄPD>L :,D^ ÐB"ƒÕ x
0 µ"b 8ì†!×8fãƒíé â›eY ›þj2 !

#Rò€@›G#b Î -0Aõ¦ Ô0 áúi ðƒ Aù¦ ú
 ïOO‹Úî 3 X'&
4í¦"&‾3a $3bÈ9ëÕ"
!ÆÅ@ÍB›, ƒ0U¦ëa0ƒ =4ÿ MôÂiî...!¦žƒC¸´ê/D~ûïë4 õÑ Ô Ð¬ ðƒ öÛô
S
 Â OÓøÕ8´/¹-nââ±¢|úD¹¢_D1/4;g ´ ðÑ ÒR&9?šR.xO²⁹ÌÚFf # dnÓÑ ¸ãôÑ úq~°át
!ÛV'#ÆÝHƒ‰yD±ÈœÑ ªÐM"Jn¤%¸Aº
ÔÓÓÂm F
,t ! é
ÐA3/4 Â*w (r),34OÙ›,
1/4%oÏ "\Ñ:y/w'7 òSqh Šð‰Mö }` Ü ðž =¥ °o"
 °vôžƒ×¿N,k"ôöÓzþÿûA=;¤-Há>H ,
þ,y é
§t¸O"û¦::
ÈÔ3°O}0µ
ÂÒnÕ["á]?it-´¦ô ïõúø":~Ÿ¿È õ¤ê"Â...qÔÐ~›§‾"õZ}µj QU¿´ôÝ7^P Zëõ ëIéñêÒkè0°Û¡ éV¿[
3/4õ{1/4*t‾Iá63/41/2i
kK"êÝBÞÒ‾‾é¨ªÚzw}{Õÿ~úl{ý}ÿö>?ép[Ó]}
"¶° -.
"(r)¡ ×ÿëzwõ"pýú}8}ßïÿx/ÿú]5 à-ünµ{êÅ]¡Õ¯à•´ÿ¦ëw,ªJßø>'õ³åÁñïùN%{g@OÞþ‰•àÚ³²3/4
N÷ßyé¯
-ÿ_ÿÉÎ0E êš×ÿ"ÓõõÈ {~ Ù
-k×!ƒß(c)81ú×w"¡P>"/Õ(tm) Ù¦Ž-oíam§ìŒ ÍAÞÐú
 Á-´ÿÿ' á ÷þÃõ{öAÏÿÔÐ ûpˆ#þŸzäh
‡ÓêÝ‡¨öÿ|
Õª_Y ì ¶ -ü t•B ð^ðÁÿ¥È àƒ "r ÿÝÑ U
U÷ëzD;Ø>@ Öë°ý ðº·áj z°ˆxëÄÿ"1/2õ¦úÈ0õêû0Óm¿ õ¹ ÖMûúa Øw, ^ /~ûD.m‾Ñ
k·BÞ¹80å‡Ãh‰÷"" ú×úï
OmÛZ"¡ Ûþ'2=ú þ(r)°¨‰"k ^ÿlÁ:Õ°#;ïK ‹GèŽ á ¿h' ú¥þ- oÿ"FúZöJ
ÿû... ô×÷_} ƒïþÝ~Ý? U·ð_U{(r)Ü-Ö"ÿmï¬èÿ}×u÷
§šªÿA ëÿ÷ìÕÝ
óRÿnÿýÕ¿uÐ_×Õ¿Òõ~ÚþŸì"':[ÿwïms(c)ïìÚ"ö¿úûâ^.../ô ^ÞÎ ÿþ'ëkûêûÎ‾ÛU3/4(r)º(r)þô
"í"1ú¿|‹Û°**J¿1/2¥Õ°÷ûiO-"-ú¶"W×þî×ÿ-Õ{û-Žÿïëm&‾û_µA-(r)(r)"ÚÛ?ÿoá‾ôÿíuí ÞÕÂì4µµ-û"1/2
ª_i.Þµûkí§ÚÄK÷ìµ°-'¯ˉa[KûJÕþÂÝ"¸Wû_ëmû
/ñ‡ö"éümCú"mm'û_ô _k¸I˜Økh
(Ù I†¶¦ A6 ߆ í+‰ž ðÿÃ#£ "
+km...ûÛa¤Ç·ZØKé[ í°"5aªí¶ ‾Ã"1/2°1/4T^:ýŠcd ¸LöC1/2Š'
PqLr%ö9 `ªjßàßñ 28¤vƒ Hœ*Õ¶Ø^"ñ^Ã õvÓ
Ô0D‡l0² éöâXÿî?cÚcý"Âikka1
vA
oò JÖ1/2¶·ö)ØÝ-"ø"Èxá÷‰o(vê¬K‡ñ[ Ç±]í6×ì/d;ì0ƒ }ªa0ƒ

,0šl :Û1/2...mÈp¶ v ¿ý"a; ¤"a¦ ì%V "Ó_ml,0-C°-úal&1/42Ô ðÁ 6"(!h2Á,#1 Z (b;6Ê
 °C Á
 ƒ *a
!"4¡...x`ƒ^"Âté,v°ÂÄC&N"
ÊU)¸mDDDq ²ÛDDDDF ^Ž"8Šgû¨ã¤M"î W&ù*ö"¥[Êæ~"jƒïa$ ‰o c‾¸Zb~+ÅC
ì&"LB¦ ¸|0M "F,!-p7ÿÿÿÿÿÿÿü¶T(c)j

Î Ô³ )eu¨"ÎŸ•_"Œ(c)  @§  /  (tm);ú
Š¹2¸ÐG^E÷
   ÿÞ íaˆ<í2-z(r)¿ôúß      ,~(r)‰¸).ÿ(r)ëû(r)°Æ  õÇ"¯  iZ{õˆ÷ÿW×Ûÿ-Òÿ×
ýTíVïï -æEÑ-ÔÍwg`ÑS<êŠv|}›  NÉÿ:D1HDt‰
   œ  R
   ÷(  -  !  " ÍDjFl§  †É  s C¦mÙ
#ñÂ0Íhƒ  È" UäH)NÈÁ       ,(
èÌ  Póhê  ^¡' Í¢,
"fÅÊ  ú
          &  ,B  ƒ°  U  TAô!,  B
   8a  " Å!  ˜A²zvÚýö "Ð5@Éãb  " €Œ   ñf  Õ8‹°A,!ô
   a
"ð  Ý§ýÚªq°á4îŝ
5OCNø†èW¦  Â
Ða4iA¨ Ø‡Z
5M81/4-Eû¦Òè?Ar\äQÚ%š%Í  ^Ä4G}dº8õ~.E|Š>9  4Ñ(ê  IôD4Ðr~ä-¢^äL  dvÛ'>hù  e^';k¢^ätii:'L
øAÐ m  ,  ôKè z'ÍÈãÈGh  t  ÍäAÚ  PhœÚ  Ñè  Ì,SÈæÁ,Ñ/rs ƒ Aá  á  ô  (/Ïæ(c)¿ª
ÂÒÐM÷Ú³ÓJÒ¸Fgü"¯  ÐðŒÍšA7  ùUStÝÓ|'§(r)  t  ktÚO_M""ý×vº,ê°
×3/4¸A¶ž¯§I÷o(r)  O]  •°1/2ZïK(r)ún»§]&¢Ü%Ýkþ?ïV-õé|_...¨ëÓm%ÿN"{Õ×µB  0Wôô-¥ŽãÎÞÂÒÿû
Ñcô1/2¤  Xÿ¤1/2¶ú  ÿé(r)±éÇÆÚÆ‡ÿß  (r)µ  1/2¿øví×~-°×öú¿  ªuÿßþÛ["÷ë\;;û×A  ì0þµÒ  ÔÂÛ
Ò_áõ(c);ÿëÿ  µ"bCAÛ  ¤ú  Þj@²&¢ÿ£XZnÝ3/4B"¤ý"Å"ç@Jóú"!ÃÚÄZoÿ?ä    r
È•  ºXy    .3/4ã$  Áÿe ¿Úõ²

¯Ikõš  Òvž  ßi?ïü"  <    çR  C:  }.ÁC
þ  úÿ  éï1/2"[Ñ
ø_á†êµûßþ3/4  ,D2
@xaÐM  ºÑ        -
XåŽ';Ú!ã÷þ  ºö'¤oÒÑ  ÿAº¢6"Ë'þ¿ð^\U¢  àÛÔ.
Ú!mz{1/4š,:N¡èG^G?  ÐD‰Õÿá[·¢Hü=þS‰oý]  ÿ¢3·äÂ@Ø7š"Â"Ó  ªÂE†^  ~°‰'ëÿ  úWÑì5ø]üèk
ø}Õé¿·_X-=  (tm)  @ù.u,=Uoü0oþ  ßþí÷š/4·ú¥Ñì~ðoû¿ZWý/ë
-›ºïöêŽÍKéúý²úÓ÷m3/4ê_}Zº-ók¿;šT¯ûßô3/4ÚÄGû  ßw¿:-(tm)ûpƒµ´1/2?úøØ"ÒPÝ'ëï¶ Õ¥"µßm&ïÿV
×{]ôÚ  Ï?T×UÕõ÷ë¯_ÿïöÒÞöêÑÇîîª  ûûTÿ~ÿïú[_3/4ô1/2kôé÷
iA¥i-(r)õõÚ¿ku|5°†ÚF(tm)u†  l%ö1/2"kÿW-(r)  ßNÕµ"ÿ+þÂØI53/4ÂÃZµ(r)ïï1/2†  ¦›I"oa¯  °V.
%kò  uºÛ'mz-þÂ#...†¿¸aa¥
+mmµöä^a&  6l="ƒ  Sl2à-TÈ¹ø¯b"ýŠ‰7¿
S  ìS±±_oM{  Obý‰oÇ00H1U":d[
À  ƒv*)‰o(lS
-$W}¦¿a§Úé°a=²  <0¡{      6C3/4  1/2Ú~×!¯ûNÅ5±VÄ"tûÃOm0¥°Ø_^ê
šawi†  !:  &¸`ƒ
Ã        ...
Á,ö'V"ºÂÃWÜ  °ƒ  0Âj¯a6ì  'f¯`¶LÁ  ˜!  ‡ÄD-Æƒ)P  ^°Q      S  ¡  `..."#ƒ&ŸE$ Â  Â
   Ø!
   0ƒ&¨  q#x^^^ŒDDEDDDDDDh  &êµ^Ö¶-  †(r)Âá"1ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü'À²¸¡-àÛ³E#±q
A  5  Qö}  -2  ìÉ  ¦òÈQ  Šà(r)ÈžTÚa{Û
oY  E;8B0ŠÉ  éTÈ)•  Ã"ëÿ|'î'  @ß2¢Ûï"ýp¶"¦ïÞôB¸~¡ì'¦AL(c)V  ÷Uäæ...%-  £ÿDpÓµt°Z3/4ŸªÙf*¨
ß¿@  Ñ.{(r)··  MŽ?U1/27ÿ¦ä:  ý$6´•m3/4"Þ3/4-[-õ~¶ÿßôÕ  Õ¿W§-×ÿv3/4ºïÓ¢î^Qù¦A¢
²7žÈ¬pˆÂôê-íuÕªd    "fõ$A"ò  ¤L)
'  t'ANŒØBpÐN    '    "v_Í":...  -R  ²@¯Ð>€Ê

¢@ŸA e Ê€¥&r$
Š$ Ð!0ÏÆÌ Ç ×8D$ug
Î£+O> Q(c)g UÇ
!ŒèÐ` Ÿ XïÁ < "
ªA
"Ô'h G"Â ž Â ..." XNÿ^ L ` BÄ‰0Í-¡30¸A,!i°(tm)¬ Âd0@ l k˜
,"- v n ?AúÓVšvœz
ôôø´ãBÓd8îô |+Ú ì'"ýŒ
ôÕ(ƒ n›ïiá Ž!á>/y +¢1Êv˜±‹D¯"E‡!Çè-3/4K+!GÈî )ä±Iõ gDýÁ ðˆ°þ}=È ±B' ÃO'ßô [
o! Þ(c)úQx[Öù ìŒó8ž·èA¸ tBcA
á È³'ç ´2 Á š
Ö l$Û\ Ù Æ 7\ Q9Ò,'m¢tr}3 Ûò;¢sÈþ z` ´Jy ÐdŽJnÓä#ù>r/¹ Û¢éá
'¿4 1/4' Û á=Sm:_í¥ ôé
A5MÓi>"zÐké<Œéè7Óý

h;¬' òi)[ü £´ƒÂzmpßMÛü}%kÓ~ =t·ÓKÚôôé?¯ÂéE÷i]SizßÕZW ¥ü
ÿL/"ÛõÚ[Ó÷WmÞ '§IÜ¨'n !-+...µ^¿]RMê ¬‹Î §§ö3/4ŸéZÝ(r)›ÝþÛÕ}tž›i]këõªÅkÝI
"_¥û-bôûtÞÛMõÒ"ëxô"i
~6ÕixõÓÚ,vôþÓWøï×ô¯kÿÝkÕÒþ-ë}WºÚ_Ò¦÷_ë3/4ºûú} éÂO}
ïë1/2ýÛ,
ö¿Õë} Õ5Ô /"ÕÐÿ¥W_k¦ÃÂÛÿ§úo¥·Û ïI>¿º ×YH û¿µÝ áŽ4 šƒöºNýÝ7K
äl;QÃÊpºåXŸÕæ ¿wý öý ƒª^ÿßºÿä!÷è _KÉ "1/2nµõ] ñ¸.² ‰Ð1ù õÖH ×¯§Kÿ×²€_¿ÿKò
Åé ý*!íö1/2, 'ë¯O'G(NŸJ•5 î </àµÚö
÷úßý{øD ûÿ]7ú
ý~3/4ÒDZ.XÒô
îï ˜ªõ
ºè...ºÈRï ...Ïá ñ÷ý ÷é¶Ÿÿþ"TBu×êûûägý"÷úÁ~-ÈÎýëýÿÂöðˆÏy†ß$~ú" Ö1/2 'ý;þ¿Ý:tI þ÷ÿT^Ÿu
¿JúAuUè1/2 ¤3/4¯ýô¯EÕ¸/È±p1/2tL î·Ë
·Uí-ýéº|+wÿá.õÿ÷‡úAiÛi?Kí§ëWý*þ"ð}+þ¿^'Jºöþ¿Î-õi%¯ÿ
þëÿo_µKó" z÷1/2_Þt?ZÚÓzûgZú¯ÿÞ¯-ø~-_ðÿú÷ÿÿÒUÛm_oô¿"¤ýÝ}Òöûo
OKo_¦q3/4éÚÝ/ÿKkÒ[Çÿ[Þ¿ßÿü5uÒøam/I×t,UéÚpÓ3/4´Ò-k}iÚé¥úõëþ¶-+]ñOûkÒI=ýwÿïÚ{ÃVÂ_é
X^ þØVÐV Ò1/2µ"Jž¦w3/4'†ý{[Zuõímní_þÒöá?ýù
3/4ì0•(r)°Âa'`& ^Ö .Ã %ê bÃ
}† vÒÈ7ðÖ *Úoan¯Xkv3/4õi& pÃ
ïýýÃ m¯÷¯üT{aŽ!Ez ^Äœv) .1ìK È8îAÇLWÅHœE Xa.¹ ÀdpMƒ ˜k"à2áØû
è>
$Ã
Ùu
ºþÒô+'_ß
ý{ 2
öBÅ ×îŸZ[M†œ0¶ † Åv*-î$W|BcâJ ƒ âXïØ5Š‰7ì þÅ^ë oµíuOÚ(r)•¬0U¯!?ƒ
1/2...† C µ‹ Ø]"ÝÚ"i--§Ú}~\ 3/4ØUÝíj‰Ž µkîûÈ ¥A"Á A"$U #)!œpB.
Ú " ! Î¸‹† C Ú
¨0Pƒa, 1a^ cª`·Ã Úë
A, XB!¡ ÄF$" %ò: d‰ ˆˆˆ‰-
""YLþ""#L5Ý×´"û
a'[º , ÿÿÿÿü°X£ÿÿÿ-ÑI(tm) ä#•Ý 'Ø†¸(tm)³!¶K²
L (tm),83" È#"(tm)_S6!#äN2 d°R * DÐ ×;&ûÞ²¡':eWëÜD ¤ 0D%@Î

Â  Ý~"ýÂúœÿôÐwi÷ï¿ÿA  Õ4Ñ(z"cë¯{ÿú'K-k'6%oc£6'$D  "-×þš¥yd•I¸AÐO-P&þÅ¥ñßû¿N"}ô-úúõ
ÿþ"}¥×ÿîûÿÿ¯}tûþvkä´o§çBàŸ"2  ^Î³õ•  ó"Â  ù      $þ1/2_‰¤kŠq/8A  @ÈTI
œ!.ò
›  ³   Å"¦j
Hd7a7%DEª"!  é   f  A  "       ,æDÔÖK%  8F ‡XèÎ³  42$!Ó>ì    ÍŽ
  b!°f'a  °×§§_Ó?   f\ Âh<$f:...ÿL`  ÷Ð²  , ˆ.f°}  Å:A
"
†ÓÐ;O
a    ?TÍ‡  4Á  ªá  ´  [Â
´ÿ  ÷ÒÝa¡Ä4×"Cø†¯A¦ë¨¯ôÓá|%vfŠúAÅp¢Ó^*    MÕ
  {‰  ô  þóóÔ>-  Ï:#†é"X  ò*†fM  çü-\&ìC(tm)hävþ'*)Ç%BáK›Ý<">ö•ÉcouD¹Åè    !!Èfë-OõÕ
éq  ÞÈ¶Ò  "ý&à‰Úi fh-óJG:%<Ý´f{è¯Y/ĵŴôZ>°¬CX¤-H¿XA¿JGí    (r)Fr¬é¶EçÁ  ä(c),
<ŽmWWïAÈ@xAá<&ÐN¤á$  Oð›A  Ōx_ô÷A·,  ÿ~,Wún¯ª¹")S¤ÝíPtž  xdv_1StÝkZ
ªÒ^"d-1/4&éé¿ô²fi¬ÎÓÓi  ÿÒn'mZ{"ú_êô÷¤  (r)(c)ééJˉi
(r)",+×ï¨·¥Óÿ"C
ýU  B(c)WM{J•¥¿ëÔÓ]u¯Òèÿ÷Ò§§ßàš°ui÷-G-$°"ü  8oé[Ûví%êý'Ãã̈ÿµ̈õoOq  õÿÖ"O²Z÷íc_ë÷Ûûk]}
Õ9
  êÿÂÛP¶Õÿ_¥¿Ó  ÿá^?u*ngÕ´õ¿ò(c)§~×uþF  õÂ[ø¶TÂ}UV@ÂÈ•4Ó8<...ÿÝB1/2?ÿûÿ¢  jä
-¬}íû||}ï¥°t×rÂ281ûä0Nê´  3/4ä"  ûy&  fŽ#þíâ×Õué÷3/4S,i' ^1/2i}*î°_x>ê(c)  õÂþ  éÞ"  íö´

£ëê-ýÛÚ§þý,1/2...ýí-&í  ¿}fZÿÞ"
O]"ïš×ôÂ!í    Ô":þïÿûÕµ"à´ ý'"Ð=þ    îÝéW  Z  Ã  ÷ú À~ï  ...Çê"ˆP›Wöÿ÷(c)  &
¬  öe  ÿÒ±  þ-w¿ôB  JäÝ÷¯Ŷ§ÛÞN:ëê
  ×í³  îü²  Ã]/ü%oÍ{ß¶  `Ý  ûþ1/2-oÛ3/4µ¿É£"h°úëi~3/4ÿ}î  ‡úwZ²Zöíi}(r)(c)ÿÖµfÕÿÿ
î°þ·ÿè/-}íß  ~¯ÿ\"  Ōõ  ü+}t  ÐgÞÿÿîV|Õÿü<èém/û_^°uû  _éÕ3/4ßÿä
ikÿj×T°%
'[ë¿÷UüṏÓozoÿ†ÎµíôþÚ×¿¿}}|þÿ́µoöþëÿkî³¦Ý_ōmý{uii}_Ö·ôÿëfúý-¯"  ÿþÛU¥m-3/4=/  ×Ô
ö×êÿW¿¨ð•úß  ¯Þ1/2êÛÚpÕÿ^ô×¯Û´-  ¦ê  n·§Üm_ßkî  í~Ý+ÝÒ°žíQ[iZN'£a¤Ÿ°a]l/þ•-õÚWPÂÛ^
  "i  ì+íØ]¶  UKk"u¶¶
"Úÿ
m.  \-ëhfy1/2†-(r)Æ×±îÅ°ÒÛa¤Ã^ï†  °¡†  dAöÆœ5ÿ"[T"cö  q=á"1/2ÛØ0"  ]µ
  WðÂV  A'ÐY  ~×\0IŠ'

i~AÜ†  "      "Ã    ¢¢L}2  ?b¯îÅöÜ,îù  ‡°AŠû-ˆLnÅEV¬TBØ  ‰8zö¬SL{
1/4?Ó
Ø\6  c"öšaWm{U]¹
  Û_Â°
ÂûÕOi  wjÓ
÷
RÈ:¶1/2-U¦  Xkð´µV  X[ˆÓ!aþÂa        ]        ªa-ö¯Wt!,  ¶
‰õÂOoPÁBú
j¡,DÜ&fNÁ
àáá31/2"

  !ÄiÄF"2•¡    0"fB".
  üIá    `......^°"XB!...  C  qhXB Í"‹ˆŠ̂â""#ˆ̂ÄDDDDDF1/4ì  UévíK[    -B¥kÉI    ¦ÈèF(>¬
ÁVf  •,  ÔFYÏ¨ÿÿÿÿÿÿÿÿÿË\&B¹  Vi  -DHBÈ
Ì‹Çe  d  eŸg(tm)Ùfv

9- •
<
ÖÙÚ""'v  û*(r)ÓO;  µ3/4  ùRVw_õ]í  KÝkÖ  |-AZ$¸KÓ÷õõ
oôE£Ó
ª"ÿòÀ¿ÿ'  ã-@"´    ÷Wñ(r)¿¿ü!  î¡7¦¨ÿ  ‹þë§Ñ7¿¿ÿúÖ¿Iµjÿÿÿÿ́Úfÿ["ÿ¹Ü,ÈI-2(.HŽ^".1/4Õæ£$',d6IÅT
%'£ëYX
A²0z‰ª§úeÖF†¤@¤|ã5³B  "I6)¬dPRœSl|3"  Â    3P¸H  @ƒíÉ  A  ó  L  ã  BjD³OŸ3Í  3  j`
"B³.Ã#"öP   ÉØ"  7äX!
›  œ  "  Ê  "  ÎÊ  /,  fÆ  fù
¨"<Ë"  0ƒ´  dÀ8Aâ^:.̄L  ;T

û  =  é  ƒ^ßÂ   œXA |1/4&š³ª    @Ú  Ðz\~ƒ      ÛµÃ´âÐh4( ø´×¤Òý4Â|ZñÚ"C†žµëA¢<lC
(c)Ýª  µÛ́ý?]  '>r#í4K2(ï'1ÉÍ¢\ô',h-ëäæÙ  "||r̄ïõ¢8
    >E÷%áïÿDxÐAä+äç(c).q  Qã^¡    ÒÐ">Èè-  ö^ŒÈ=  £  ¹H7  Ñ¢trSi  Ñ3øAÒxAµ
ƒpž  N1/2'  ¡;PV
w¹    ÷a:Aë3·ðƒÓr:4žá  Ù  Ø¤‰Ñ·    ²
(r)t"  'z,
iü ,
"Ö"  ž  Uð› éoI:OÓv  u"  T(c)Òzöá]þAE:MÓ×OA"'é$ô""*Ô&ë3/4á
ééá>û¤ÿ³oé0›ÿÒz:Û  w~  M̄
H=]o§öŽ"5£  M×UîÚÍ?tÿO]][ßii?õ‹âÒôý¥}k]zÝv>ïo÷ú±ë_$  >´3/4ÒèOë,{þ1/2ý\    ú"ÒI¿ÿõ~ºÕõ(r
)û_ÿû̄"{×°Cûi$ÿø|¿O(r)-ýkö  í/^X  ßî̄Ý¤Ð÷  ·Ý?Ë1û#a7_]¿IuT-êžŸõá'Ã  ê",þF,È•
'Gµïÿ_þžÕš"  õk~ÿ¥DÀcê¿ß¢
JcJ  ý(c)´/ûñ~..."€š    `̄Ä,!Æ1/2.ÿ"Ö3/4þ†B    -ÿ̄"  ûò  úZ'€ŏ(c)!  NH
}1/2?ù
n      ~
†&ÿý~×^¿ý  ·̄·÷õ¢-?Ûÿè#X  Z§÷...ÿSY
êûA{  ,?-
Éß*þ3/4"ook°Â"OkÝu¯°  "ÿÕ  Þ"...1/2³
/ü"  "ÖÓÌÙÑ2,-ú¢  ý°$‰¨'rÂ/ÿëûû-P
ß"ïÿÉ']ûþ1/2  ý  &9(c)ý9#-"ÓVý¤F}Ò$GøY  :°µþ÷kï̈_ýÐ%kô¿  è-ô÷þð'&C-(B  úh
_^ïÿ  ÕẤýRÃíÿûªÝU;~¿ößÚ¿_ßÿ{þ"é÷Õ{ûªúõÍR1/2¥ßIÿJvÎ³ÿõÿkÚ́ÿ××ßÿý{°‡ëZI}    wW  ÷z3/4-(r)
t?u_ß³ÍíÿïõÿÛ_lèþõê-ÿÿþ(r)>]á  ^ê•7ÿIõ[ö•mÿ{×÷*îÚ́Úßßß  j¿ß---ïûµÂôÚ́°×ZûûÒ_(r)̄îÝv  ̄Ö¶
W-Bë·í6¿á[l%íÚ́°Âþ°Áé6•̄úm&óÕ  Ø
¡¥zZÔ³DÿÝ̄ûö"|0-  †¶  ïl,?ØjÚy  }Ãíl5õµ  áÕ0°Òa"-V(tm)€́ƒáª
.ì0̄b̄kêñ'l0'Pi7wø]?ÕŠÝ†  a"ãa...õb[Ø2á¶Á,Q]ìT‹Â°Ø28VAßì0I‰opãŠa,l    û
1.+±Â^^...¶  b'  ÷ûd\ù  pò(À  "^Ç  ÞÈ#â\  jØûŠ
...wûV  ]"  C³ý  (r)  ƒ³úáŠ{}  ̄
  ×ìKŽÂ_¶E  é‰({zêÕ"O†  "¿au†ÃM?ð°õ
+    "  ,Ñ7    ,d  ÿ"a2$éÚTÁ5ýZ†"KìN·ý<0¶  `̄N
  A"-  ƒ2²2²(0†Ìî
`Á  A'  X†  #†  `̄š  ŒÑQ0•ô"    j  DŠÎ  ò
è
š5Í
  ¸Kã  80CÂ    5àË    !            (r)  j"""""""""""""8â2ÓRþƒ^ëx`-b1/2pÁrÓYD|b?ÿÿÿ
ÿÿÿÿþZ‰QT‰
ÍS°1/4ÉZ;±  (c)9e*Ëtñ  ŽË
T k

ía,i  "dÿ&Õ³%¦žUéîEý%ÎŶ%K¯2-    2uù\ÂÒŠÆê  Õ,+Ý8K,á

""1/2V

-²Zú%³  ï¯ëÒ};MA$  Ö¡W×ÿÿ(r)Ç  hw    øÿÿ[¯ÿÆ¿ÿ3/4ÝéÞÿ¿ÿõ_-z¯1/4  žT,Õšâ$!<ìòA'$K"  Ù
ÍL^

f¢²-šòàAÙÔÊ^"  tfÃæÇ  S²¦2PÊ  "†RgeJìüdŸ%  )¯´‡'  ìÙ  Á

ÂA¯  Ê  ÙøØH´  †Y(c)›  ,  \  8  `^]  <   <ÀE<Á  ˜

-

<  ‡    ·h  ÔC£0:  $  ,Ð\Ã)  ÊqMaÉàD=-pd†¦CPÈ B  0  Ô+æ    "&#df  §  ÈÍ¦P &x8 Â  ú
h4  ¦¡  ¥Aíîšziþ"-ƒÜ&  j(c)õ    =n3/4  v¯ÓUpƒÐa  @ôÁ5´   ªƒ@úÐh=  ƒ]‹Mâõ¶/ø,q
6â  ¯Ž×‹t-=

q¢\ß"Ž¶Ŷ±

  O}8´Áh\qi±  Ð¿A÷hZÚ%ÐD*Èñù¥R  r¬°tNn%ã(c)

;@ŒÉœrÐOÃø-r¡  @î,m#JG6  -

Ìμ1/2Q?

EÆ  "{.oÒOÛ¡ûK¢¿,=  æ-¢XåÍŶh° ‰b!)  îƒƒ&   Û Aù  ö¦  μ#›Iä¦  ò/á

  H<‹>Èü ï  Ü'"ïÓ  ƒr=-+õ‡A  Ù:  ",²Ï è‹ôN    ¦Eú%ù  (  6¯Ú'ûÐA´1/4+ ƒòT   ...M-:P¯oZé°
vÓ"-

...z  4Ú°Ý+(r)Ópž  õÐM´ôÞÚú˜ÛA°éá:

ª¯  Éj==i7Mð(r)Ÿ¦÷¶Ŷ]°  UÝ7OTõM×utû¥ÿÓ  êßí3/4  mª  "õ÷1/2tÜ"¦Ö
ÿOcÓÓõÿÿ7ëû×W×Ö  K  Óý=.÷ôÿ_J-(r)(r)Çõn°iz°{ziá'÷Ó×ÿ"Cé6â•Sþ"¯Ôêéõõ  ÿ"O  Ö÷´gzôÞÿõ"
Ø  î1/2*Ÿo_ÿî-o¯wÿµû_ÛXJÕwÿ¿TÍ  Óú°__ßþE¯ßμÝ}  ·¦öÿW"§ëŶyN¤"â  }Ý}ÿêj  Qõûõñ  ›U°
Óo"O_1/2[!Céo¦^û}ì°#ƒöp-ÿLøvBéCÚüè  ¿'   u×¯ÿù  ¿Nž-(r)ý"WCK¦°ÿû

ïßL  R

ÿZ¡  ßÇ

ßõ"   [...ÿív-ÿÜ"  ?3/4-/zzÿ¿~ë¿ÚaÿÕlƒ•  ·Þ¤ðÃÿ¿D  ûê   ~ß}?ÿõ¯@¯   Pîþû-Mÿÿïeï
=×ý†   WO÷ü  ä›¿"D'mWDÌõêμí¯ûôFByŠ¿Ö°μõ[,Ŷßÿéf¦=ÿÁÂ¦rý~Ë(ËQ_¯S³¯õZ$...M"É£ïûÿÿ×p,ÿ
  "õÿß_Ö×ß¦'?1/2o5‰$wíþÓÓ  àß÷~  "°Ö  úÿ_¯÷o

ÕÿíÛûk°ûïWú÷¯þK'  ïÿÕ1/2ø~õïm{^3/43/4ÿî¿ª×íúöÿ³(c)ë(r)-ÿ"í¦ú}öúl5Õ¯ÿÝš§1/2]üèmÿB#¥û¯ûÿ_÷
ÿë{:=¯ÚKø~Úoš›ëßt¿T°ÿ(c)š°·}}N¯m}û:  ·¯Ü?¥ÿþÿ¿u_õÕuuî"¶Ò§Kß"OÝGk¥j1/2"ÚU"ÿÒÿm  Òÿ
n¶Öÿõ·   v"ÿkðëï3/4õÙ×êû†·kú¶_,êé:è=RÓký...ß_°ÛVìÂ°Ö×MCký(r)ƒíBëþ÷¶  þ¶Ó¯h/ì~Õì†-
~ûí6  a¤ƒ^íÖnï>Óþ÷¶×†°ÂÚÚM-°ê  ²<ðÁxaªl¯ï"cþ¯...ð{È¯a¯ö

,1/2þ"

*q\‰  ´1/4‹DÓ  pÂÈHñîRÓim...Õ†  ê

%¶¦  Mñ°ÒŠƒb¯õ_Ø-   `-‰o1þ¯ÿmuþÄ"àØ¯ÿv!m  Æý›¯1LV¯KOñðdpû±(r)Ç±±²
=ŠjÚŽõ{n  "ÿë¯ÕßþÔÛ_  íμ†  êâ"¶ÚÁRÚ(A...†(r)  μ±%
UôØTÂ  ïjé§ì  ±÷a|›"°(r)1/2Ø/Ó  -*"GZ†  8pÁ__XduC%RpÂ  ×j°Ál  A...Ý
U¥kôBÃ¦ƒVÓÓ  !"  ,0A¥).  ˆz  ^ÌÐ¯^^^ƒ  DDDDDDD29  ^¯Ð  pÐ0B"!'u²5PB"
°80@Áb"""#^^    q    ÷ÿÿA/ß¯-øÚuÚŽ1ÿÿÿÿÿÿÿâ•Bñÿþ[f\¯€ã³FB    gu"(eQ¦AÓ#  •FW  fEÙ-†
"á  å"Ì"-³*ô  DM  Æv,e

ÜÒw;è.  øV•B°æGý%Õÿt"Ò¸ZÂ¸]WIú÷{êÿvªí'-  ¤"ü_ª  qhmGíéoøÿ{þ*×]ûéwß{ï¯å+;÷eFçŒª  1
znF‰:ÌÑÓ5:y  3²Ô(c)× ‰')  ^ĜÍGC50D

(tm)4  G6$2@K  PÍ^  £  "‡fÁ3  Sc  ‡  OBg"Œ!*!(A  F0‰
Ì  ƒà¦¦g

  dh  ÔF°(c)"^ ...Œ2ð‰ä8ÃY  r4ä*

ÀË£Ñ )

<243T¯    ì  ç  SŠR3c

ê  8;  C'MÕpžƒˆzw"  û@âo"AÃ

  n    O^oú

&  ,  -  x n  Ô a    ¡xAØ Â  ·  j  a
"Âa  · ÛOø‡"Ó‹]
/‹¶è*
  ûB‾ªÄ4í4ô  ¦š{    ÚtÓ‹        Æ±
8"W-  ...ý¦Ž  ‰Ù
8›Ÿ'êÛC"  B
Ñ.u¦ˆò É  #ç"çY-‡h-4Nm4KÒlYœ^-Ó"ê(r)^¸í
Ö  Éc'Ä£7¢›²?Ýò/Þ  6Â
Á  ŸI¹  â  L  (tm) ƒv²th Ü•.‰Ó          á  ÛíH1/2A6  y9¸Aî_³9  ÷#ý4  D1/2
ƒy›xA¹  ²sl',èE÷.âÃ3/4        ´  øWNúÂu      =pƒ_O1/4:
¤¶Ì=p›Znš§°¬&è?p  &ú‾  tƒÜ'A?oª        ¸M"u°  ð    "ëH=›˜ÕôÝ̃ZŷO
ú°n×¸Mþ"¥un¶éê§íP'oKjún›K_(r)žŸ÷Ïëí  ZznïßÒÝªõû1/2÷z-CJî"{Óô°Õµ(r)
  ák¥]=n?Ó×O]uutû  ÛÓ∼óF(c)zöÿß‾¯¡w  ö°ý¿ïXÚÍ  ã‹1/2ê¸{  _ë́÷ÿÇ̃ỹÿUUṎ×-/ˆíÍU/Múÿõî¬4  3/
4î*  ßéÕ°¸ßØ  ¯÷õÿW_ÿß¡1/4 ¹  Â"]é~Ð²4
    šàõÿÚàÕÕß̈ë  ¤‾þD×-∼ôßý-ÿÿ_Ý"áò4  ¡¿1/2(r)ßÉ0y

#!u"áu1/2¿  @êÿëÿèU]<,#¿×þÿ  ¤þÿÿy
  ÁvÿÝô‵à˜Ã  d  bžª-
ªîÿ¿¶ÿ°þ‾÷W]úßµÿúä4
  W
ÿí‾{D.  pA  ÷‵Ã{
ýþ  k1/2j¿ÿ"K°úá  ot"úôþ‾÷Ë,è...3/4^èµ  úÚ̀ìÅ  SÁÎ¡\  Ñ        þß:  õ¿ÿ_'  ûy
?w  ÿ¿ÿèúþ"¤    ú#G  }µþ°Y¬R y¯L"3"úú
wz‾ÿû¯¢šæ±  _ôŸ^ï"mûÿéï,ò  Kþ•uút  D  ‡Áø/û"Á1/2{¦ï×_§Hƒ?Ã}ïÚ[Õtwj¿_ÿšŸKØ'^ÓðÿÕù"'
é†ú¿õõëí¿þÿmª*þ1/2wÇ‾ûµU¶¿ÿïÒÝ̃WÙˆÓ_b-Ý"õ?Ù·Ê×KÿóÏ  ¥ÿõîÎ†"(c)é÷Ý+ãÿu¥û"ÿ1/2µ  ß_Mo
ÂúõÿO}]µÿ¿[ÿ¯1/2×Ïìßm$÷^ÿ‾øu}Ý]...þÒ‾´í]vêû‾  z{z∼ÚÓßÝ¤ÂßíáïÜ]ûî]&(r)'ûkïö"ÿi5ÿVÒjÕ¯°"j

i?öÃM...öÒtêÔ%ý...´¡¥{¶"Ú̈ïðêÒmoïM/>}+í...Ö¿  áÃ  A"1/4    Xk"ðiC  ƒ
Y  1/40JÂˆÂPÁUµ†Ú  "'
&Õƒ  ïa,^ÃJïá"-X0"
+È(tm)
^?Ýýx‾1/2w∼
)ŠØ¶]ŽØ¦8ªë±LK  dqXø¨pdpOx..."
˜-ƒØ‾b¹  *Æ...1    ŠN•^Z-=þ  ýß
"  íÓO!°¤1
Úd;á=1/2ZiØ¦  Ó±#  û  ˜Õ(r)ÚýÚ¦  [{
·ëðÂ_ZÃ
•tLpƒTÖ  kv  0¹n  ∼ƒ  ÂÃ  0[WÍªòÜ'
%o
  ì%µÃ  -8A¦        Š°°B,-Ä  â"Â
1/2"#:    D    Á    D‰B  @Î    X  â#žÃ#*´"Ð†  †"C    `"  ¶
  DDDEb""#^^^¸ŽW  °×Áëð̃¥3/4¡"‰°  K]1U\j·µ_  FlX
¦#  ÿÿÿÿòn'Gÿÿÿù'¢+    s$3QÉ(c)Ù,Äc̃Õ  }zßô=÷ûKÚ∼ßá  ¤¥1/2kïÕû×}ä    C#  öÏFÌ•" (tm)A"

›3¡ý Ï‵t    :...¿è7    "7jø ƒ"  ö°Ü_k] âïÓèœÄM  ûÿ"Ž¤ñ¢    #Ç  ¤  'fá
ÒøB,      ,    3/4Ó§a:ïWÒ]RA3/41/2$Ý==ÿT-1/2∼õ]u¶3/4ßï1/2è÷ÿÒþ(c)üWÿdø_¥n"U¿÷MèGöî-1/
4u"è  ë‾émÝ̃ÿÙ
ÿûê^¿,·ï°ƒÓÚKÚßD<∼ÿõß÷1›^Ÿ°Zþ̃Pêõþ‰#þµ×è÷3/4  ÿlèo°ß(r)(tm)×ô-Ôj"·¿∼è?û  MÖ  ¬SkÚ¿_í-í_

Kz^Ôžî k"    (tm) ü ý"Ó°ÅtÆñ[
%ì0µ¦šöC¿-Š~%¿û    µ˜Ó°-
7}¢ i"kB¡ õ&¸Mu     ÄH4" m <GT1/4-Ô%-{
?ÿùM  (ÿþXŽŽ?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¦ £ÿü³ ÿÇ-˜î[z
;-•
+"£±ÌÈ°ÊëL g...; gcl 2 üî, <°!d        •
7"¬ì"È˙"ëM"3òlWŸo  8(r] ›(r)'H›-t•/*ð(c)"(r)éB...ý°ªÞ [
átJ ?§ßîëézÂ-¸þ 7X= ÷(r)µ3/4ªþòÍ¿(r) q^"È^WÔÁtâ˜ã¤ýÿ1/2i±å ÛÇ°zˉ Úëµ]RTÿý¤ÿ_}n3/4Ò[é
þ›ý2
Y¨ÉA- ˜,Fϕ âî^ ƒ ˜! c*ôñ)ÙÁ"æzΐ"H†-*÷[Sƒ O$ )ÌŒ   ŠT2œz
Ÿ+    $GG : Ö5 8S†^ŽBêCœ‹¡p ÐL
¸à• šÅr0 ŽÊ )˜L Á
Ñ"Â
¡"

 8  "!
HÓÁ    >Óh }Òì    Q ¸A"³@ä#0.    ...
"AÎk
  ðD    ölSâ
 m  ¦y" åÃ/ -šxOL a 3/4ú
    iÒ ›ØL ÐxNÚ ‹ SΐIû3/4ô ¦ h0žƒCü ÓAÚí§ZwO
âÐ퉴ÐöÖ-A¢+¸´ ]Þ˜6Ò‹CýuzÅéÅºww ¿ªíÂè>!ö²4=Q/z%õÿDXr;¢<pAä\
  ›¹thŽèœÚ;"¡ ¹ Cd\h-Q Ü¹º¤¹ÓdI'3¢+"äéDwDý¢_¹?È"Ärsr/3/4Nw    3m %C(¢Sr9‡':
¹ Ò    ¹t Žï,
¤0Aá è7N^³Ó Aºq¤ 6Áè é
`ƒ¤ß÷²(r)`ƒz-
GïJÐ ÚA¸Aäsh åEÈ¶Bû        7OÂ
¬ £Ô 3/4ƒÓ¤é<!¦Ò O¤"m$Úô    í6*    3/4úx5(r) uþ'Zp-_{ þôÝ:ûúðƒNÂ
Õ°í×3/4°
éé°m³z[Ót Õ>Å˜zÚï'ØZV
¸áÚ kÆ- x}zÕ7¥¥¤ûÂzþš×I1/2z¦ÝV˜zZªuýÿ_ûq""-1ÛÇ" 0õéÒW¤-û_-_^=0(c)¶
:Õþ"íÚV ú¿}{-ûÓjûs> 1/2-
¿ï ïÔ7O(r)îŸÒý~ÿ\_ëÿéêñ-¿ÿ (r)ïZÿí}˜dJ'"ÒÁ˜
öE"¿Þî
'M~íðéè/ FÅÿ÷{U÷_ßß°˜î‡Quú3/4 Ó²81
"ÿ ç !@ªä˜õŸZØ8K[þ¶B ˝} CÔFR ~þ"Çêk ¿ÿ¡ ×ÿ-ûKÆÈ˜÷ï-ÁôíÓ¬éƒÕ!ÿò
¡y@/˜- õKý Ä ê¿ZýúÿÕÿàÃÿì0ö-ûßÃ[¶
    ïÿ
?ÂÞ ô¿1/2í¦ ÿÒ÷ï "Õ°Duwþ-þ üfàÝéÚûÒ̃àÃÁ Ò˜ûA†¢ 4Ë²¬£ =ý¿ý)1ÈÀý¢-?¿¿&9œ ]lÄÔ
Ê í"úÔåÝ/ò0Y...]" Oè- koéàßÚ$}Â 'Óëõîˆ 1/2 i×ßö    þ¿k Ö÷a"úð¦"•³/4ÿÿäh¨ Rê(r)(r)(t
m) 7ê Ú,=o÷Ú-û°ðµéýÿôU´ý˜ƒ¥ëXmÃ×BÛë¶ (r)'ûø=ýýÒú¿"Þ›oô¿÷¿ ú¶u~j ¶*ÿ Yë}3/4íó¤Í¹
  Ú3/41/2k ÍsÒðÛé"3/4-¿ :°¿Òõ¿5Zõµÿ§(c)Òßzú3/4×ÿê›´ûÿûn
&žÞÚO]úß¤(c)}ÚSÎÿöé1/2%ûÿªmn-¿×Úïÿp"jßÇ -Þý"-/êÂ¿ªÁ˜§˜ý/m ýWÓÕ51/2-µ˜ÒÿÕ÷÷ßÝ%á§
+˜nšµ¤Õµ3/4 û
]"]^˜-Úýõ:¸ˆk3/4µÚL:"        ZMö >ÕþÛP¶"Ý˜ª˜¶¦3/4ÐÃJˉi7tõ
+
¥a+I˜3/4Òa¤ÃK1/2Šû°"°˜-/Om
o"zk¶›jÃ    ØaSú ÃJ -¸¿ßò/        ?

,{
ÀI    †  xØ¤  V*¶!)'p0Këcø<sup>a</sup>"UÁ².mb-.8¦6?c'3ÚÅEl  *û"ßíŠ\1†  áŠn  ŠVšbš1/2§"c
.öCÇV"êÛßá...  ²
ú(c)
CÝ*¿ÃIq$÷^ïWjù    ØL...‡oµ°~$ ^Âa0¶  a.-jíu3/4ïµÿaXa    W¬...  ÷*
¶¯ 1/2þÝ...í(2=[ Jí hC   Rà 2ëÐ2Ä
'h   |  ƒ DA,¥ªáÞ‡
&h  A,  Â Lh ø0¡?ê
&\  1 Õxa
Ð†  Dé ^ƒ Ð^<^^^†Kk1'Œ  ^Š^^^^Â   X
e2  EbãB*[,/ü  û~¿°a/ñÿX_¶  Ú MrÞ"b?ÿÿÿÿÿÿÿüµú-ªvvZ  v   Û2YrnK  (c)Šv"  d-  :?Êš-åHíQ¨
RªÊ†(tm)n,šÊ§
  ZæŸûAo
›_...(r)¿ö•z!
iÿ×W-•êúÑ0ßÿtþ3/4þú
?¿ñª¯ §ë_¯ýÿu{^Ÿïü×kyÙCsSY-'¶J
ôJÉ[OÉ]  êÐ\Êª#ä(d§<y¨w  Ä  CÎ-$c6)  ŸóbdfGD]
Ã$  Cf  hJN    ‡A  IÕ  h0ƒSæCa  5    CÎŠPn&œ"
œ  ÷.  §
ËŒ"     Õ  âƒLÙ  ØD-&Å"ñA"
'  @Á     DMC: L Í     ÁÑÁpƒT   6¨3  ðžfÁ  2-,   4  "
Ô  zàfê  0Žú   á  ¨iÿ`  ê  - Zp  á=2 Óh ÕBa    a  ƒ^tœ0ƒÐn›{¦  |CôôM
     Æ†žƒÆœijž  XAüZq ÷þôâ  o[<†(c)Ú
í81/2  ]òxáëZqq¦^ð°Éû×¦‰_Ñ-4E{VÄ9.  [·NE
1/2
ä-ëèŸ1/2  ÷%Í  ]¢\äc¶EÇ  GRsÈ-ø lƒh Ü>Bs'Å  ?R  Þ‰M ƒÉÍÈèKô   äJo#A9†,
ú  6%oÍƒ5
ü%ot  n  ¹  ØD1/2É(%6OZ¤È-Û@  ä$7T  AÙ,H  ƒÁ
  Ú  hpƒfpÐx î,
'N   ^Áx v  o`žF€ƒp  ðP  +ÐMÚIéþ nƒé  á  ëö  Â
Õ?ï  :-É#¶ût;ih'§"Ý=¥Ói"}6È=T´  ¨ê°zôŸ...íª
"ÿuõi5AÝ÷Ié&þÒ  o]+ª¤õ_ïV¯WKïP"ö  iÒ×ê¥mu  {  Ûõ{ý>7m0>[üéé÷ê  h  vïéé¶  z¨
1/2i['ïm´œ  }[‡wéú}Å  3/4¯Ó×ánß...ª÷-Õ÷þô)|Íè}Z-‡o(r)"ëþÈÐ'ÒK_ÕWj]õõÿÛá-þÿZ_¿£C_Ó÷KU(I
Õ¯×ÒOù  -n(tm)°t*"¢  3/4  ÷¦µ...¥Ù
cý2q7øÛ   "
è  3/4¿ïþûOß|G¡"   ë<ß)Á.ø"ðoßö³³/4/ÍAoxz¿cÿäêB"ÿûJ:ÿú¥ï-^¿*    ë²  1]ï¨}Óÿíþ²@c¬0úÿþ¬†)d  Yz
1/2~¿k¯úÛ°ýáw[°
]~íê×ĵÿà1/2á2ª°oê-1/4  ¨"á?Ýÿ1/2]  Uª¿
DjAs  <u  `Bâ3/4å"¯Õýþýd-}  ÷ê5  µû-Cõ-4  ƒkÌ"ß,s9Ç0oûÞ÷ÿnµ--Ë("Ïèš¿¢3"~¯HŒmº¦"öüÊÞ‰#-'
  ßõ(r)îE...l  ÷Õ°   ký"^ÞŸ°j¸/Ø]h  Imþô(r)ïÿ  °  -\  ÿÿ"aè-/1/2ÿ"÷[÷ó¤  (r)ÿ°
Û:óë¿³W¿   ×ßu"í×3/4Ãÿ÷ß  XnÁ¿µý°ÿwKUÓzo^  ÑûÕÕÙ
õ_}  i:¿WïëïÓ5=/õ>ÿKÛÐßBÕó"(c)žïçCuÚÎ(r)õ1/2+ÿíûÒ´µ"]  ìêïZÛ]  3/4-éÿÿ^(r)*×ß}7Ý1/25ý}ÓUÞ
·"µî(c)3/4²WIv6;ªn3/4ûÛ[Kô"m+¿...Õp1/2ð8ôõ†  ûO"µ¯Oý¬:ß(r)×õ3/4›øëÞ  1/2nUÝ--¥
.¬%ÚÚú[k  |MÞ  §š_{jÚêñ0-ixaa¬0¬4µ[Î;á""kp1/2"(r)¿õVê¿(r)Ã
`-¤ØI†  v   ["ÆàÁ&+ö  µ¯ÓÚLS
*¶  c¶  ðÃ        8Ø¦Â²;a%ö5†  CJÛ_zö+WØ...LBcƒ#ªÅ0dp'R%Ž
Ž%1

ŠiÕ˜ÓÿÕŠd  |o  L‹Â1/4VÈaí1[  û\>Ø(r)*ž˜á  O|ƒÃbª:vAáÅo´  JÞÈw´1/2U¸h4îƒÃPÈw†¶  i  ±ka0º
ý"ßía...u÷‡úv    Ml Â
         ·        8\·        0`\˜˜-m-?"Ó"  .  ÖÁmh0ƒ
k          "á˜Ã  -øal/¿¶
ß
   Á0AÃ  2b  Ã0È˜...X!  6""-¡
      âµ ƒ  80"A,    ˆg  f  ƒ,    ²=n#ƒB
Â  "G,#¦  â        Až˜"""""#b"#^˜ÅÄG        £%]kÑo]Ã"(r)šÚ ÿuºµK†  b(r)6Å5]
Âß        i¸,É2    ÿÿÿþS  <qÿò(tm)  1/4  ÿåª¤å3/4E c;  ¬-fFlìÕ(tm)(s!¤]  ˜S1/4geFd  ;XÈ"!L
g...³,5ÿÎÅù¹Í
ò  ~vfáÃÈ˜...Z-ëÎÆ¦;ôïµ"õþ"ïWX¦ì  ý?×
~  ä†uû÷^ý~÷ÿòÎ  ÷û¤"í>3/4ëIÇ-µké[|o÷ü  ?û˜ÛU1/2e¿÷¡Ö(c)uoªN×1/2Z]ý  "å(ÉRó
EyßuÖòÎ†TÎ¤Iæì¡ù  VOofÆF
sb"'  ,  ¸#ò  6l^Â    ,%Å!(tm)  HÁ'€'CdÇ>    3U
À'"03A\†D  1/2÷Á  $3b
œf(c)1/24
ÌS¬l!¨&
¸,"'$ "  qÈ¸X¡°Š.k"‡!"AŸ  ˆ¦:f  -B
   3¨  á      'Ú~
@za  z$Â
;
T
Ðh?ƒÓ@ð  "  Ð!8!Èò4#X¦ÝRôí  ‡jµª
i"ðƒÐa  M  š  "  PƒM  àƒÕ;ø†ƒA¬h;
8qVÅ  ÂxA
!,
üPMPa0  ë    0ƒ{íÒ
‹WÚ¸Â
!"-±a4ÿ    qzméõºqÃY  1/2  ca
"äK

%ïÏ
!GiÚýº
Ð  Úk¿äü;¨Ëuýø¢\ä#"D±þ  ÈHj^  J.aË¦A¹r'4Gíd_ÉÎ4  ¡µ  -Eì-äPd¿  :':
øR7)ðA¹/{Ÿ¤T  ç¢<¢skñhW]PO"û@ƒþò3'÷#>Dç"  ,  Ñ/pƒæoD}d^p  -"¦äL‹æqE        à    õ
ÂM¥É  "'Ü&áBn  i    >'  ðƒ  .é
ðAë'ù£ä ù,ÿÒnžžÒê¦==  þƒtÝ7O>A
§M&ê  m  iéÐWO
úVéÂOTßu¥z_MÓfo[I>"i7  71/4#3A
·MÖÕjîút  nºÒzÒ
¯¯Mµ˜ÛU1/2>÷¥¯Aª÷˜ëÚ·áS  ÚÖÝêûýµÛ"Iþº~¿
éõ×z-§]±Þ  ÐßÓÓÿ3/4ÖëÛ¸{KÝ'Ië§\~ñõ  +-Zý(^•¨¯ðžÿ¿"×‡ôéÕú  ºµÓ÷Ûô1/4  ×ªïwþ(r)ë¿^¡×N1/2
;Ó  O[o¸ÿZMÝ+]?ÕµkÚ¿áß·
õ˜ß×Kÿ¬%·öÑ¬¹þðöï5"8K_¿ÿý-/]¿ßÔ  Nõêž¶¬  NîÈ•wúéò0Tßß"Î€üY@cÚô>CéÐÁ
‹%  k_ïBýò*.ý  ß¸ôë3/46³¨X?Kd9  W¿1/4è  ÷¿  ¸_¸ø-w"{
-,y    ß¿ÿò    ÿït-  ]ÖÕîò€F
3/4˜?é¿ü  1/2  ð¿ú
ŽïûÔò0{Ò!ßa'ÿ  ×ð_...ÿþ    îû~ë^  0Ã_¶¹×þ    wû§þ    oþCÙÐÐž"êMÈŽQíü,ú'g'"D  Þÿ_Èw>ŸÂü:

×{Ó1:ÿ_ÈA    ÷  ïðmý´ýý  œ¯úÿ'=ÿ(tm)Y$+¿xB9    òÉ"#
  "ô"ú¿1?è,GûûêûŝÚz°-"‹
¯¢œUïÝ×ᵈdzöÿÐU ̧R^ŷù(-"Ám7&CwŷýÛVÑ  úõõ§×Úú¦•ý  ¯}Ð7¥¥÷ÒZúŷí_÷kúÿ ƒ÷§ö,õ3/4õïWÈg
  ïûÝ[Ü×°Ú·¶   Û^œ°ªaß¦¿êê{ß  ×þ³Síÿ\êõî³(c)Òíý¤ ̧ôçWZú^1/2ë1/2Rl&¯ô-ê§Vý)Ôßß‹ýÒê1/2}  µ
_ë_¶zßí§•oêÿ ̧ÿõí4íé¿÷}°ô̂þ°ÞÇ~ëën(c)¥ÿ¨¿{w}   ZOþªÚþ´-6"w[iZ*Ú÷(r)¶  1/2÷(r)Õj¿ûO  w]°3/4"Úû
ÕíÕ-ûö-°V"Þÿûĵßõ ̄ ̧ØTím+_á"''J×oTêôÅ}†-Ú°×^ÿ[µ
+µ
i†  n¿MÒµ´]=µôõ[MkOÿÖ×m†¶  ƒ  §a¥Ã[PÃ    0Í...¶i+
$ØI
{^        µa¯J¬5°°Â^Á'ÂpÁ%† ^ÂR-"
  ÖÒÝm|û†"¦  î̂ÿø2àãE0°PË‰  cÛ1û  œ"  EG  Nëä...ŠŠ́vEOcÕâ  a8~ð×" " Å; ñlhTŠ:b¹ ,0-ñ[
¦÷ÿ±#Œ[lSV¬‡~(tm)1/2¦ ̄ª
5Ûq$> a2        am0¯Ø4ÛãÕS¦ÈwÓ[^È‹j¯"×ñKõÈb  ýÿô› ƒõ
        úï -(c)p     Âµ†ẤMÓMo°•"ì† †A
û
  á...á"¬.ÚL0L±Âí¯°×òc¬0-íÿ"!"Ðax†E    r"   Õ
?ƒ    @ÑÕa6Ñü0^‹q
  °D!µo(r) _"B'   `˜A,  `"þ`˜"
¨q´š
´ -"#B#  DD0B"""8^^^^^²:Z-ƒ8à¸ˆŠB"4"" Î¥ÄDDq    þ›[ª/ÿŽY
e¤(c)}Õ]~Õ[ê  WäKW¶-cÕ›ÂÒØµ,    HÈGÿÿò¦é  ÿÿÿÿÿ-Û  Ž¥ª(Êü    yÙ`
"   ƒ(tm)V)-Erl‰2°(c)  šÇ̧Vl̂ê]¦ÈbT‰Ó(r)vbªtÐa³#-ÕU†ö  Õi:°Ao$ší ̄  K´ä_zU[êí"Úêè
È  k'$UoZßäê}¯Ó¯kH+  ÿ"1/28µí×]-í%Ý/  k[þ    -7êíûÿ^ÐI8wé÷1/2]s°°ÞûØN×1/4  µ!3ƒ%Û
  "‹Šg  DDLBœ"s¯°lŠ  ÈQÈE  è\  D  ^!  V¥þªdpr´×  d
'    o6d§823;·HŠ?$¤T"ž6yÃ#HŽ  H  f  5%og
  Q  ) g@˜ y DÂ
  0ƒ    öN  '3Æ  4Í(tm)Œ  ...¦  @Â
  ò  ¤á  èœ!    >  4  -,
  dì Õ  :  M0D(    Bà  ¨]  M'†ta  5...N-  d‰  D9pôÂ‹ a    ôÂ  C  >Â  ƒAý'é¿"  Z
:\
x0ƒ  Ð8í
n¬XA±
0ƒÓ    Muè0  ±Vƒ]B
!ÜCM
-
ªqï"izmE¯"ä+‡h‹ ôÕ4/¦ñh"  ¡¦ša4âÓá]1/2&Ÿ  ÝUéëE-D¦Í  #Æ̂(r)äHr8ÉÍ¢›oW#êvfêÍ"l-X á  û,
ï"Èá¬ËY  Ç'"°d^
  GÈ·M'û¶ƒ´Ö·mB#ö^  'GÈKilä-  ždLh-9  îN    1/2  á?
    1 tYÝ:
ít  7²,û°h  t  ,z¿äÿšH³´G  ¤-  Â
  m'Ð nNšm  NäæäsÉÍãßÂm  >  Á=¸1/4 nLô  nHú
,'8N¯    °¦Jè=    ëÕoTý´-éçµú
é´  ¡R"Ã³÷A5ÓÂm"IéÐÄêõ  M_z¦ÚZWÞ›"].žƒ}:õ¤Þ  I7
À1"1/4*wzöŸµ§ô1/2](r)ôíSu¿¥þÕ‹+JïvßuO§ôÿ°ĵ°1/2ÿúéézlkŠ¦Õ"Ö¯  á=
°3/4"¤ÿÿÕ=tô(&ÿz×Zª~¿[ĵ•1/2¡ªëI¿ªý+þ  û"¯÷  3/4
{Ý}+÷Ûû[í
~õ~ï^;NÚ    O÷¿  -íþò-JáZý{ð{-ÿCÚZûÚû^-K¦  ëWk¶"°O°}Ú~F  ¥úúí}"7-Eõ  ä]  E8_Oþ  â¿×³ä¿^
úã·Á7y  "ÿžDp  ÷¡šÂ̄  ¯!Cñ]'  {  þïþ"#´ý"1:  =Ý5Ù  Et  îk

¡ÚÿúÔè ¶ÁÓÖ" ¿dà"ÿò ¢ïÂÖÿ×Óÿ+ Z°VµÚ}ƒ§M†ú`¿ôÿ ÷' 4¯=oï-,*´öønÿÂ
ã¥Ö°Þ-}\ {øD éú¯†íd3Ž¨ð_¨û_-_Òw
?þ1/2°' ‹Q {ëK†È0à"D._ïÖëþXU DIú÷ðoJeoð^;1/2¹U·ÿ
U 'æ° " ÷ð"", zOü "Þb‡¢4;ú1/2ûÿ¢°>3/4Xv-õÜ‰
3/4ÿ¢-‹êÿõøwè(tm) Íbêÿ/êÔ -ÿø?ÿ µýkÿ°†ŸõïKíH±ªÞC?à-þ-[ïÂÚÉwzû~ÿ׿N
ÿþÔÿ~êþ¡Û´þ¿m*÷}£V3/4°
ï[Ý1/4?:ž-újÛ¨ûÿ]f§_(r)¯¿gWôŸöÚ1/2÷[¦t2 "××ÿù
?Ü t¿êçWÿ¯KKt'^ :×Û:úÚúÚÔÞA1/2w___é ^Ŷ+"_µ_^ûÌÒo ...¿ÿ}_µþûÿ5_¯Vé1/2Uá ÿ÷ïöÕ"û]
†"k¥{}Ñ:#¯¯×T÷[]mmx k¯´Ò´(c)w[
jÝ}¤íÇa-v X]={Kð¶"Ói7¦ØJÛ†•"j ü0_}éáª
& 6"
}{Jì/jÃJÞín›VÔû]]¦ Újš¶¶Úü43/4Â°Ômƒ H¥Á-
* Ã
ÅA"ŸØa?ä%ïµc† E!ö"
+}Xi‹"t éxab¡"› { í-Š`Á^)
EN KØ28žÇ
 ~*Ø¶*ø¡¯âH{êîêÅBb¡2
?°².
°[†)P¨Võ ÇÓ W±]o
$ßÓ ïØ¯b3/4C Ã žû!Þ×m4×{
ýô×
)nš
ÓìK†ƒ ki-;
7-Ô&-azá"Ö²c"ûµì/a,‡wÐa ¯[
 Â
 at¬*[Pôì%`ƒ
 im¦Ý"ÈwØL- pƒ ´Ô/dÓ"Âö›°¦ a_L& Øab
/ Z€E'Þ¡ "èAŸcH ‹¡ hE,q*1%ñ Û ¥¯2Ââ""H‡
† ‹# ¯3Ï! ¯ ÄH¦"
Á £Ž"6¯"8¯÷ëk"j(c)úzÏ¯m(c)V,I÷ê?f¥ƒ[ZK¯õC ÿÿÿÿÿÿÿÿþZ³ * S3/42"A³±Ì ¦†D(tm) (tm)hÉ
ŒŸ(tm)$Žê3¨W DV2Jnªj‹ È(c)Ø¦Ì¯ ÈÑé...(tm)UÞ§jóF ¦R/uÏÛÿ
÷]RÊ rƒ...ÊÆî3/4á}dÁׯ mýÿ Ð u
3/4-á~ÐK°oë°¯1/2&šw°¿Ï¯a;ý.¯ßo¥"ÚAö"¿§üh^‡ÿ·ÿäé qè S ± ~ûÿÛTMß^"bÔ&ï-u*úÓ¿êû÷-:
Tÿ§ÿ¬(r) z3/4R^ÿ&íkÎÁ¯(r)é',(r&27'g ...*³ wgcK B (tm)(c)› gVlB - ò
-
5³aÈAÙö ÿÞ¶¦ ^ ¬›S†Zë·Bóbš Á ã ƒ5 Ha Öh%2 9
B\ A
 œd
Hñ x É
 û6!ðäc6)¬d† ' Ñ¯-l@ "°DB! -¯fŒ Ð~ëH-ØCÿß§l Á -´ðÿ 4×M
ª¦ƒ°ƒ D Ç"
& e[0 ðŸ"ü& 7Â ‡kh0 ãAÅú

•"__ý1/2[Â
4ýÕ%KâÓâÅ
7ÓÓA¯§¦öƒÐâø†ƒ1/28¨Ó‹† ¢,8Ñ,ì'0EH ÿw¿Èãl-j†1/2¹-ŽÑ?Á ù z ^ð= ÃM Û N"â '1/
2ÈÔ4ú3/4äé'1ÈæÑ/r'4 -B[ øùœ‰owDçÿi1/2/@ ´Nm öT3M:ÿH1/2H9¤0AäèÙj ,
è 6%ov 4ÓÉÏÄ Þ,

'ziÈ(tm)Dæô'9¶H! zxMí ›a<', AÿÐAú ÿ~ô›Iéýi/Ü Ý?V"¤Á
Oí ›A7i¤Û%6Èø‰?O :Â
¤ï¤ÝBµnž Ó¤ûui õé?þßO´ÝCIú¥ïõ¯uÕõO ›¯ö(c)µ ...zO_
¦ía=n•Bvºn´¶žŸÿ ÿïÚþ(r)•R~µ_éØ]n,wÒúun3/4ÒátÓÿW3/4"¿ü,oµmwqÕÿþ3/4¯õÝÒ3/4· wÝWOÞ-
Û[ýwý ÿNíýi{êô÷¥uÒï-=i5ÿÿê× ¶ªÞºªê'M¥ÚÁtõ~öß¿ÒïKïw (r)íÒÞü/ï¯'ºž-þ¯1/2õû í^D"×
v1/2Z)Â×¦]
Ò ªôD"ÞÞŸýuïõ1/2O'ÓçPO~-a ÑH þ¿×¥_ýé'Ñ > Q0 Ú @ˆêþöC
¿b?· ) _×û×ü~Ä dàÃZêÜ0O÷wÿÿ¿Ûâ/ü- 3ì˜lw¥ ý T-
ßÿû"õût¿¤"ßJ
þ3/4¿Þ¿"ÕSz!ãhD...:
!‡Öðˆ{ þÖÛè‡} Þÿ÷ÿëw¸D.oêA€î˜^ý¯ûÿ[_Z îõ ‰=-4
/ú"Oû'eŽP~eu] }Ý Zúõß¢|q-MBUD ÚþY:É'ú× ÷¿~Øw õy4oIXKÕå'¯"#ëm=¢h÷ýïï§×´6"
~ µ1/4/ÛÞ×ý:ïÿåÕ(r)(r)›Ù
(C]Õ'ÿ÷"Jª¿ú×ÿÿþýëÿ¿_ûÿµÿê¶ô(r)ßÎŽ-
ò~¯ëë ÷ _í ÚOúÝÿëÿÛÖu¯××JÎ†Ÿ_õþë· ~ÆïÞëýé/§ºÿ³¡ôéõ§Òû VûÛÿît;[‡Wzõ~¯ëö¿ûú_¯¥~"¯
ÒUšÚïõýëÐupÕ×["KõÖÂÿéñN•Òýö"u]-÷¯îûiûioÖÝ6-ºv ]ûû_{ýµØi}õzKuûõßºOkûkiZÚý...-†¯*i...íI
þ¡¥ººû _a^"ÿõkéÃK¶ \5a-"Û¦ ºVþÁ,ßýõ
"{ † Òa"(r)Ø`3/4Çé Û]
ßì{ï ß "
%
1/2-6 È(tm)n8}0dpžÇ† KA1È¸àÁ*o_ äDý† vÂW|Kw ÅW Ný¿Øl^ô1/4/JÕŠŠbH ¥
ÜûJú² |?b3/4 Å1Èaþ ¤ú÷d ¿±\z[õM&-w² ÿíl...~Ý† ÿ°šjõ×b-§°¡*í^Ò°TÕü'í1/2C
ÿÚ¦ Ú°V"·L'á6¸aWÛ² µ§J Xu·a ˜'¿]"^ ""ø†
°`°Ða0ƒ‡PÂõUÁ›þ÷°ƒ@ÂU Á
-ÂÏa¡ - Ð´"""!"Â ûD-ÐÐ¤
2b
. /ÔDDC H' ˆ lDDj ÄDq
P! â""""""," ¨ DDDR ú hI?(r)×µÚ]%a,éö+qµ~ Ô´
› 1ÿÿÿÿùn+Çÿÿþ[BŽY"+- d É˜Á !³Æ #(c)]-Ù È8) "+Šê R;ø~•W2¯[J _û_J-
-U÷º'"Êß')"›ÿê´ºÚ
¿¿Mm"Þø" Ž¯ÿ ûß‡_~"Iúÿ_öD" È˜žBtŸÌŒÌ¤Ê
'£; ïÈœTÑKG¬‹£ÌÐB
" 5žy'
èÈA
s53a GÎ0@Á 5 ƒò0! !xÌ)
6Ê°¦²$ÁÍÞ}ŸÏ
Ô Ã(tm) Î ˜€ Ù s" d†`g 'ì Ê A Ü< O83X!¦kf 6lT @ÌÅ( 4 L¡,!C
" œ ?A,!È"àÔ(A"ô›AÆ 5@Á ƒ-§ý Óø@Ó@ô i" Â "éøL&ƒÂ
Âz" @ë@ý4â Òa>ÓcP (r)›§¤šk_Úh|&š¡ ÓŽ é'î‡ Ót(r)!Æž GÄ4Fí;o
§ \-¹ YC-µm ÃTE· ‹m6aË£÷BÑ ñ ‰Ð6@ÅÙ š'ÏD±=ò^ëTEr>o¢;r <3G"¸z'6È-@
"?È1/2ÖNm ó'Ï)Ë9 : ÚV " } >NŒ[kÕ'-Â '0‰:O%0MÂxA¹ Å,
ë Ÿw@ Ñ š ß" 7 7$AsèºdŽƒh Ý\& &ú"Ü Ý6/ iéµê(r)è< Zt¿þ tƒà˜]7´é6¯ vþ(c)1/2V v
éî¡= ôƒzAº"ì'§"Ý;zÚMÓð-Ië1/2év"§ïÞ uýéê¶´(r)(r)›Ö›ÛtŸ}Û]¶-¤ŸÿºÖ-I1/2$š§õÇ(r)Òèzõ÷_uôžÂk
TúöÚw¡ïKÿþ"ªÒt(c)ô uN"CNûî5ÿ(r)=6Þ>/‹(r)¯¿ï¶ Ûë^-Ñoÿ(r)ºqÛ÷kÿýwuú"ÿk} nÕ^þ-m Ó
-Ý÷p{ß÷iÿ§ªßýÿÚÒÿî"ºë =5@ò\L"
Ãÿ×O×ÆïÖ‡R #KKzé^²œ#~G -Ý ê/}
ûë·w¢01ñ†B˜š ò$ £_wÖ íõT1/2ýƒ÷ ºßð^¢éxô;¯ýúÿ_ ôï ÂL ú(r)÷õßoÿ`Ûí{öÖü
mW×þÿúÒÿý H(r)¡ p ˆ{á G°oÿÿ-dRúþE ÿKûV¿ ‡µÓ

ßï-£¬ƒ vÿÿm í  í °  ...èa¯ûÿÝÑì+û2^6ë¿^÷ú"Ó"9Oå"rjõï,£zýo¬°Þòêd@°"$...h    XW_þ›k°ß¯•e Óê1/2W÷  ¿÷í4¿yÕ?MÕ    zî,¥:ix?

¨,--ïëï¯ ßÿÅßx  NþøWu]n"÷M ûÿàô›×Þ  Õ¿Wê
°¿úÿÍOþ›!Ûþ-ÿõ¥þj1/2]ý³¡þ   -°ëïþ·è ug›ëV-  ým÷÷ì5ZÿO(vû  ×Ókú¶°û¦t5³¦÷]Ý:û  }ÿé§¯ ÿ~1/4û_þ3/4×ë"ßkÕéEwëß÷]CXizOt--}'W]Ó¥þûu"ßßúÝ¯ë~Úëî¿°µNþ-[ï[ôØî¿oÛ ö1/20Õµ°(r)è Þû  µ·Wmu    ðÕ¿þ-µÞì0'ý¥
&(r)3/4ÂPÁÓkö  ¬¯ i_[
%íÐ$Ã  CJ¤[M"•;ãdW
DëðeÐ%°ÁU†  Õ  ¿  û  ÕÃ    +`Ì
ª

qðÂè¨(r)  ¨¨°Â¤Á,¬UÜEG  ìBcÚ'.Èb,mé\Eq&÷  ƒ.#ïþêÂïŠø-Ø^Ç"  OªŠØ¦Ø¬0°a    nÓíûVÕ*¶  Þ Ô  {q^›  ÈXÿa'òÇL+
/ ÈwÛ!ßí^Â§a+M°"
0¥ÀM    ""Má,    ØU(¶¦  ¸kiz_Ã_·aU0[A,Zz"6
"×"  xj["-a,HxB  %a) L!  Â    ,)Ð¨ë¨ 0"G,  °"DDa  †"DDDÔ...DDH5^†H\(c)%ÄDDDDEb" "4#E"Q    4¶"ü¨¨K
j¯ª}jƒ
t  .#ÿ(tm)WøÿÿÿÿÿÿÿÿÿÀ-  xfFy%DtgI1/2Lì[,µ(tm)  eJ
    †Â  EL...²@§"5†R
fI  '¢'È6[  ²(1/4-j-
ò.¬*¯(tm)  ¹¨²  ¥è~P1/2Nï**m{VúOëó²2Sðð(r)  _ÂøP-ô  D1/4¨¯ua-P/Â...íj¿j(c)ÿi¿ (tm)7*³z3/4Là¤4^ß  ûÿ{^´Á~ô$3Ç  I-  -^µþ8  3/445ÿ÷Kÿ  ¡ëÿ¿Ûêš1/2ëÿÿÿ¯þÿÖÿÿ¿²  õ*(tm)áÑ
!    Í'Ÿ"Íz1/2I!e8Þ¦G  gÑ  D
8A2  ¤!š
*  Y.)  GC²LÎÀŒŠ
†Í¯L  5(tm)¬B  :
Ð  œ!

ø"|ê  N$4-  "³ñ°(tm)³.  ‰ù
:Ÿ  Šh  q›I-  +r  Â!ü‡83à†b_Ì    "Ía  !ü2†   ›e  ŽF0@Â
  7  CÛh!H/  £D%d)€€L  Á  ä  A,  ýAÚpxA±v  í?ßÂz    wá  ƒÂ  @Î¢›ôÂ
´  tƒÓðƒ]  ƒA¨"Û    ¸    ÝÚ
    ÚxAè?M  (r)-Ÿ  ÿÛ
ÛO÷ì  Âß¦ƒ]EÛ    vœ_ÛÅ"E‡m.ƒ^všqiª"  TE#CCVEŠpƒ|(tm)ëšM  %BbõÑ-x¹Ç%J WNOÛ  ';RPÐæZ;D1/2È3/4Ñ  Û(rèNy
<  :Q/¬‰oaÂ  Â%7lŠê')µD í  žKÛ‹ôN(tm)>rçj    3':Y  æqW
œÛ    úmä  ðÓJ-    È¿  ÖfÈ-µ"ö,
fÒ
šH a¢(ýHé"  i¸&Áè7
†¸AÞ  t  °ž  "7M²/4Húm  ôô  A
  ÚtÃ¤þ"pƒz_    þ÷_o"ßûeÀÅši&Ý3/41/2
Ý&"tÚO¤Û']ma7Aûþž  xW]uª÷i_[Wé›¿ÿëöN        }~Ö†·AÖ  ¿WAý
§§
Ý×M_Oï_KzWZêé==5O  ÂÒép1/21/4~Ÿ  B°×ýéÞý[‹‹ôôê¿KK÷ïëëÛÅÿzý÷(r)±ìWÇ¯ëÿûîÇéÿþ'ÓIut
  é[õ  µÓ  í×_×âÕ=ÞÛ
¡ý_jûÖÿ×P_õ÷÷{È‰oà"w~ß¿îþþÔ/J1/4Œcþ÷N  ¬    ‰oSƒÁo÷ÿ)Âÿ¦Â¢\  u¯,  û
ÈÀ°g
/é.?¯Cÿ5...{    °ÿ}H¯  ^ùH-Bh  0y    ¿ÿÈ¨3/4úÕl¨çPŽ¿Ž¿ÿ÷d  ‰oÔ0Û  ÿoöÿÿr  ckö

1/2Uò`0Ã#`ë,È: 9Ü-t þêºð¿×k a...ï¿ÿö-
-^÷^¿×Ô WÝƒýÝpV .áCa‡† [ëO3/4Â 'þý¿ ƒ ë¯ÿÔ |..."ÿý˜§wòÕþÂ!îíúƒ ÿÝ qÐ0a Hêˆ
0nƒxD-ëï¿Ñ ÿÿï "ÿ}þÒ^ä
E ‹:Ë ÿï×µÿ$ _@Ý¿þ óXˆ‰;Ò&ˆ9¬\Ô Dtÿ] ,>"¿×É#ÿþßàÛË
õ÷ýVý?Ý u1/2"# "zú$D-)4} 'ƒ ò´X íþºö×Þþ ý þ¡ô-ïë*þïÿ-ÿAÝëß...‡A?u z
ßßÿ§¯¯ë¤Ú__ü?}×í1/2{ùÐîŸ\è -o¯o¯ÒÝo¯÷œo
(r)¿û^º_×öÒþÿô1/2<Œ ])ÐÝë¯¿kßû¯WV'çÿ ªg ¯iTó1/2sŽëþý+_÷ûõõþÿ ~÷õoÿ1/4=Rë´¿õõÕýíº"×
¿-§ ¿ÚW¯ûè4"_ïòB ÿÿþÒûº-ÚV1/2wJ Úíÿ}ªwL4"]j×õÕ;-ÂÚßº-¯ü5´"]{õ îÂÿþ(tm) ûjÃ
%(r)ë(r) ~ I´›Ka"3/4÷
PÂL0"
-ö -¶¬4›
1/2...m(0K‡L‹pŸò&4˜(r)=ö
w×ºŸöGÿˆ iA...a'ù wpÒ‡Ø5Ø¤)†"‹ƒø5ƒ Þ ±Qè lSÔ0N9 }" ÞÅ1[ ²7üŠ_ G ,2 w¯oÿ±ÿ
ÿñAŠ‹bG 66Âöö(c)Šv îÓ ON)
ÂØ{Kq´Ä"~(r)šØO Nû|1L·]]ûÿôÈaÿ¿úá¦ ÒvÂcºJ Rá0°Õ§vÕ1/4·
]Ý>
‹ ¤ü0œ4 JÕ5-^ÖÂØ&¿kûí... ÿÿ ,v ´Âd;á,ðÁa,a8`¶ 3
Á=l `ƒ
è +V

& =
& fª
†GD" C ˆˆˆˆˆˆ44 !(r)

Ô†,
"4"äƒ{ˆˆâ""""""4""Á Á 0B"""""""+ˆˆˆˆˆˆ† |D]D ¯ô¿ö1/4ißÿáã cÿÿÿÿÿÿ)'%ÿü´ #²èÈ8É |RhfXÉ-v
4æF#º(tm)Ù#4ÎÅÙ Îó.ˆ1M†a
;+j ...|"37 ;¡ÌªÕI(tm)ÚyWÃ‹ÂG 8OÎëKU3/4Oû(tm) uÊÆÓ_¯{pÐ~ºÛø_òu
"¿õÿƒ1/2Ö\ /~µ×ú
ôû¯ýd
>Â#;Ô ‡µ~3/4¬/Úö÷ë£QŒ˜x&ü:õÔ j÷Óé!ûºª
4ƒÓýu [ Z¦¿ú´X÷l:W ößÝ
û_÷ºîªÕéj¬šy _÷PLÂÈÛ|ýúòÝü5 YHdº)ÑÕçFäK%ÊÉ€ðÍÊt tGˆ :*Â'3ÄF
rìÍ 3/4r5å<xˆ6å#Î, X¤]
ÍŠj B ``Jˆ¤ÙÈˆ ³<†! )Ç'€(tm)æD Ý>÷ˆ@Á t
Ø y Ì
Ð8Aœ
Àƒ@Ó < Ó a ¤ 4 ¤€¶ 3P",!õ! "†
pE Â "Oè0ƒOM Á š ¡0ƒ4a ƒ ï,!t
ë¤3/4 `ƒý5Ó@í éÆ... û "0Ÿ3/4 ö Ó -šú
e[ A6/Úiñ...‹·¤¦†¶š{êÛ1/2&ƒý
!¯# ãôKÛ¢\'.ÅÉsT=' Ä4ô zlH£ºM?È´ %ÞB
Ý¢X M¢8oH- ³ŽN,äñ÷] ˆêí å '1/2¢^ÙÇ-@!
3dí ÜŽÔ&á È(tm)A ÉþJ9¥És'z‰O¢sÈÝè•;ª% müËG"ö sJJ" r?h ÛÒ Nv¨
Ú'8‡ ÐA1/2ÕÓ`ô¡7'7^
'~,qj ún...'Þ o´ : ÐÿH= é3/4ƒh ¡õÈé¨A¸ Þ~ðƒi?N zztú "õ¬'é
úêºA:Mûï öÓ_ÒzÚJÚtž- ~œ&átú]
zz}-'¯U-ý×M¤ÛÚ[~Ý

÷VûÔ×3/4éýiÚxM1/2?÷UzÖ  ÷W÷I1/2Õwi%×jÒÛÛß1/2î×Âtºéúo I&,_MºŸu÷úkoôµ÷Çú}\_Ç[¯öž¶  ñ
}FÕ÷  ›è1/2
ÿ†öë¯ßïwôû§ÿÅ  ÿ"_ëÿÿ¿N¿TŸÐë  -ïWÛÝßIº1/2õÖ›ièö^"_þ¿ÒWïz¯Z'Qw_¬
(c)   §ø}?...v÷  ¶ê
3/43/4'N  ôÌÐ_ƒ.
ÿžËÉkfp.í}œ  =µ{ÞîŸV(c)û]È  ›¯þIƒÓ^¿¤ý}ùN  d*3/4u
úÃWþù
  ë˰ß  â-ê#-7ÐŠú__û}w-ð]Òÿ  ð1/2ßßý  Ã   j
R€öA  ûý...ÿWÿ1/2?  mß~÷(r)ë^÷×  ,?VÿÂ
'Ô"  9Cô"~ÿÁT  0ž  VÒˆ×þ(r)    ý  ¯¯UÐ%¿(r)"ƒ~-¶õ§º¢  ûÿj^Nï#§oÖ-ý  ÷Ãa  qî^¿†ÝkúÉ  ?
ÉŠù‰(r)Y†¬ÀÿiÃ=/íûVþ¿í^LŽ¿[Ë#è°ÿïµþ^Ÿr4  Eú¢Hö¤H'ýü  V3/4×÷ýmïÿëi%~ëï  Ö¨+[ÿÂ
ô1/2}nÿÑ29  $Y  ...û@ûßWÚ[õþ*t*Òÿo}º×:{_kí71/2$õÕëú¿nÚóéw
Ãu-xo  úûú1/2{ÞÙ¯ÕßÞ¦¶ßóWéu"u§}¢7ª~"Û·ÓÓ"_¯÷ß×î-ôºJíÛÓÝ"·}  ¯×ìèz‡Oõí
3/4*IZ3/4ÔÿÒï¥ëZ-Ý×Ý+uÿOü%Év-I§jÞT?I  è>1/2ƒõ¿ô(r)-+]÷û§ïm+Xi:µ{î¨ú¶•ZÃ[Ó]m}5ûAëúuJñ
M-¨ÿÂßÚÝ:K·LwÚëÃK  ë%
&ÿMm¿XkÚû
+m]il-íþí"º¥{õ"]þ×÷-¯úV"  OÁ-0ÂMöûaw3/4Á&Ám  ÚV  (awº"ºÎ  ^  .Ã  º[x`-...º1/4:aýÁ§¶  þÂ"
ºÒm/È-Ý†ß°al+
  (c)ºIØ0"aQ  <  Au\S  (tm)  ðÂL{
  ‼Èê$Þû  LlI"ðÄ"66  ^  a›  ØÖ*Ï  i  ê6
Ž/}¤âN0~ÅD&!]÷O  Å¿±Ûþ"Å1²  ÷bÓV  Ú1/2Ú¶BF¿-  ïcþ+¦C  ØLjÈ:¿iŠäM‹1/2ímým{[
C3/4ý...´  ..."¹Ó´...¦¬  ÖÄ^›  &¶BÃÃÛ
ºNØR  iµ¦  ouØ/Ú  ·  01/40¨0ƒXipÂ,P\  0ƒ   A,jØT´
¯ÉQ
0^Å  GB%\5  @¡
!iˆˆèC
  †Eš  Âa{$žì  aw    hD  @h0C
    ¶t"â'"(‡eS  """"
Í±'  !ñ        ¥ë)  0šµ¨ÿÿÿÿÿÿù7  [  òÜ±  u8¨2)  <3º8ïvd  pƒ5²  ÊÙ•ÓÄ#%ÌÉ("sFN"ÎáÞv°Í
  •sÆ"Ec!  í4×-  "þ¿Â÷¦(c)-rŽ"UŏWÿõÿª•"*Ÿûîôÿÿßë¯úél-U¯Ûôþýz×Ðã¸ûŠ_  ÿÅ÷÷ÿõ  ëúþ1/2ÿ
}-v¿ÿwÞ(c)k²"tãrTtµ  {ú3/4õ  %^á  Q  7šg...#B   t%5h2êôt  q±   ÷6!N2
vS¢y  eP^...,
  ,!È4‰
Š(tm)  SXÂiŸŽ  ²s'
œgV  ¡ÈKfÆSŠ  ‡  ]  à¥œ^4_2  ù€¦  0ƒ(f   2v  ...(i"Â   -  <ÍÁZˆ¯R  jÚa  *Ï  tC
D"  :
'0ƒ  E‰›  <  j  ""¦•
  ðƒ   u  æoI   èxA"Aþ³ud‡,d7àƒôÁ
    ô   Z´Âiè~è==
\!h4Õ0Aº
'èjÚ
ß"ïÛ¿ÒN  .-?ÿAÿ  Zw  "  ^vÅ¦  ¯F=ý81/2´  \4ôî4=  Å9  ‡"JD†  ø"úDxúøiÈ¡=§¢  ßánGŽÈì"v‹£  ã
é  ¨äIDy@Œ Æ¦mQ.r%²)H æÑ/í¢YDn  %Ý  öˆó"óDqÐ y:M  D¹ÛùgÉfü‹Ï§I   Ý
G:%óO3ŸJNoôGy  è  xMº@ÚA¶J  `  &àƒÓ"1/2  àƒÜ. u  8@   1/4&Ð z
,4?nƒZMÝtž  øOê•  í¿"ðƒ ¤ýp  é°éÒnž"§õt  }  Ý?M¤  ˇž  ¥êûuÅúu3/4  {ë´-zûÒJÚÒ}÷1/27º"  "
á=5"Ý:ÚOIuÓ×úN×_ZTõ  ¯ÛJ°}ôž¯§ö"Û
ö¿Ô¯þ´(r)*3/4×¿_´(r)  Þ-÷qëß÷  ºÕ"Ýx-º"_ÒÛóõC¸Ô"þ-í(r)øöþµWý;T5õï¿ÿï(r)'ÿ}  Ö?Žý}>éwE"ëOm
zëþ•  ^æv"ÿë°úz¯Ö¿JþÛtþëÖ{...×_ûÃ(r)û"ËÁ$Q¿¿¶(c)-  6ýª

û¯ý  3/4  "{¡µþ@Ãú õÝõÆÚö]  ˆéMaz"¢~ïYN  †G  ÿ¤u  ƒ^¿CŠíˆïÖ  ¿Ý/¿ÿ:,V"¯ù&
"3/43/4¯UÚÚï  ´  ~È  cë]²€Žÿ"
ƒ"ÿ÷{êžH
zõuÿ¯Ù80"é3/4þ  õÿ×¿wïL/@¿íú÷µo  ,D0  kÝÈgEUë
3/4ßZÝõU!ÞÞ-&£§á  ù¥ß  ÿù
    Òè‡  ¢-ïÞ'"' Cçýz"M‡ýý"‡,œ?õ¯[m¤ÿ{ÿëá  ¯o...ÿ¢H¦ÿ(r)ÿõ³  of&B  Ñ  uëß"GšF^ÚÉ    a7¯êþÕ}
   =oûûëwùdV3/4ÿø^°¿(r)  {ûë,?h(tm)  UA  oê    g-ÿÕû      õAuí¤ÿ]1/2¯¥¿ï¯õ3/4þûÔ_}  KùÔ
¿1/2ß¯ÿëoÿûnj*Uw¯    ô¯õÿÿZÎ§ÿ¥ÿê1/2-Û×gVþÛK°ÿö•ë÷×ú>Ûÿû*O1/2Óé     §ß{µé4×Vÿß"WÚ÷×õ
û¿[:  _  ¿-°êît;Ó  ]ö¿ûh4¶]?÷ý4¯1/2/ÿÿtÕ-VëíS[]¿ÿm-‡ýÿZï}Cýn±Õ"¥kßÕëÿªßLukj(r)-úk¤Ú[š?õOa"
O¸KÏ  ßi.¶°í(r)°Z*kkm-(r)Õû  ÿÛa¥Õý...ÕÃK
§ý...m$  Á¯"÷
XjÚ§|5÷¿m]†-¥ Ÿij¶|ÃUl-...²?iU¦  +jÇÿ¶Ç"  Û
"ˆím"¡,"
*é¬U¤  (r)ÿ¦&-Ã.  =  2Á¥û
[  Å°a&
/    l;[jìlK  Ã.,WâMÜTƒ"ëý...u
ñß"ƒm1Qìo†&v"Uk¯mXbMá  ãéõ+×1/2¥d<&*$ãa¦$¢žÆ"!þÕ1/4G--¦3/4þÛk{öAá¿ÖÓ
'Û"(r)['A"¯ý0(r)°vï"¯·ì'}  Õá"Ò~ÈWØka[µoal  '(c)Wé°Èõ¤¬+tÛ}"Ò"!b°¯Vá,"p  ,¯/  É  T
!PÓA"â  ¨BÁPÂ  dJÁ  ¡  ~ð¯L-`"2bà'!-¬  ‹  G      Ð¯"0¯j¯D3/4
     ‹
"HpãB""""""'"8^¯ƒ>ÊJ60'"8^^^^    â4*_éRþ3/42lfz¿_
ÕDGÿÿÿÿÿäÖ  ÿÿò'TT2!(tm)    d  fEÙ  DØI  ŽÎð{÷?  ¡    -²&ü  +¡(r)
÷ìÕ  ïù%ÿþ  ]ÿZÝuÿ°ë¯ß-Il-ÿÿk  _,_ÿ  G  þ~~ÿÿ{-Ö¿úíêÛîw1œ  HŒÏ
ˆf  #'tR"
g"  eM•O#wó%  å  y±'"H  L‡"±°  ÆU¤  tz%'  1  †h)¶ug¦Ž  yª<ÍŠk  È"  èÍ'j-L  ¨ËŒ
Õ    0ƒ4q    qž^@ÃÁ  'gC6Á  F  ChŒ¹  A  d&¤e"  šÁ,!r¦ÈùÑ"0    â  é-Á  I1/4Ð!      ü
e8‡Á  6Î¬  6ï
   3FƒA¹@$  æ  "?  0ž  =4-  ‡!&ž  8"×N4  4-    z¯a  H¯ƒ    "-  "  á  &  '
Ã\&Ý¡è4Ý$  A×L  7ý  "0  ª  ÖÝÚ  ƒ  ƒ<  h644íéíU7J,ãÐ~  h  Z  ‹
ïzmz"3/4-?¦ƒwA³íÕ¶âÆ†>Å1/4ZiÚÝ"]'ü<ú"
˜†%oÎ%osn¤_ÈƒþFî!ÉedKrsÒšïJNo(r)  -GÔKÝÔ-4K  '>²æävÙÇ.-Ñ/
Eì#CÑ/ÉÍ²  Ú²?¢  Déd~äç  -Ñ
@ƒm7Â¯E  'A  ÛVƒ
  £'âÑtr  ð  ¨KÚ  éY§#õ^â².ÁzÒoná
"  "î¯m  ¦×      Ñtbïj,n  ¤õG      è7Á  ð›H>  "è"'  1*  "úí==
m*Òn  á Ü  6•>¦Ò{  è#C4wN(c)þ--'1/2  étïÓ¤ÿõ-ƒuÕ:[Îéß}ª¯ÝÕ3/4´¿Ôêéá}W  ?tµý
¦Úo(r)z³*é7ýuû×tÚM¯]7Õ³ªW]~þ°zÒõ¤ñÛ¶¯OI;ÿ×ZN(r)ÚïÿBoéêájéWO~     u}Z3/4õÚÓôþ·ÒÛ×Ó‹ÒX
þý=Xú×[Û‹ÓÓ
ÞÿaÁí+-7a:C1/2¿Þé}ëK(r)úü  K¦_Úu¯§ïõÝ"ïW÷§]k_µëþØé÷úþþ    _ß  ïÛÓ¯é[Jïjß^µt¿¢0_°W÷§|/ß
¿å8_Òï-
(r)ûûÑ-ô1/4;aÿ_í_ýÿÛ:...ø-]t?  †G  û:
üÕ  ^1/2u Aÿþ-¦,ÿ¯ÿ×¦]Ä]|^õ1/2tÿÿþïü  ûÿÿÛ¤=Á  $    +ÿr¬  ÿîß
¯]  o-¿×ô(c)°ßþê×úÿPTÒ_ß¿_°ÁuÁïþ_ZZßü"-íÛ¥ÿ²PRµ¿ÿûíô*õëÿ¿p^{3/4Õ>1/4Ž
×úR    =  ¹ÚÑ  -ÿ3/4'    }×þGJøAwú  (>¤ÈùdüÈ.UõÕÝî×ÿõê^·RÀÚÿ  >ñâ]  ŸÞ³ÚUõÛ#>1/2ký
    ÿë"ï}¯Ûù-¿_°Õ¿û¯ø/ë÷Þÿ[Õ
¥TX~Õ_}  ÿûÚ´3/4´¿â'wÿ]¹(c)kÚ÷ÿý+_"þ  éÿÓm/ëÛ¯á-¿J"ïúÕ8{
uýmW1/2i6uh>1/2oß"A*×^ß÷ßz×uÿOsRáÓ3/4j:?ÿÕéÿÕ  ô(c)Rõ§Û%"î-×j"Mý    ":šúÝÕûª°ëþ?¿oÞ•
    ô    -þé?ÿgS¯"1/2}oþïï[õx}  h->Â·I^-ÿÚÿö--Õû  º"Kõõþ)×¦Ò3/4jûjÝ}(r)ÃOÛÿvÕVŸ[I]m  ^*í$ƒwI¥

}¥1/2Öê•-- ŽÛVÂì0¶ö vÒ3/4ÿµõãMmp 7Z"ë-"iû{
x`¶ MV"Ø3 ë
ÃªvëÛM°'(tm)ÞÚUðÕí5
+
¶ µÚMCI´¡...}† †•î i&"kp`¶ °íûa+ 1/2† µØá~ ßD _âØ¤›Š† é† jÁ,
U
$ÅYt÷ ö*>;ãâdX±^Å0`""æ ÁX0"{ 0"ÿ±pÁu ^[ bFÿÿÙ |$›!>Ø÷cc¸"ÔZá†
]é"È$pÈX(r)È<<0´¦ °~...Û±QLƒÇd;Ø"vÿB!âÃ þÈwu† Â¿ÿÃ
šM¹¢ØZÂøMrc¦ ñUÜ0š]"°UnÓ 4¶ÂjÖƒ
["ÂÒ`¶µ \0•"÷¦°gû Dy ûøe-
1/4 ×÷µ
0ª~A" 1/2"Ó@Ó DDD0B!" A, Ž°a
a;
a0CŽÂa Ô ^2§
T ƒ "çT"""8°Ĉdc`^è3
‰- Á"!,#¡ ª"""
¦âq ÄEEG $¨b¹ FT¿ gX¨î ¥kk×þÖÒÂá...mXaXa.°`"3bÅGµb~¦
PšapÁ "# ÿÿÿÿÿÿ-4Š?þv´£Î"¢-ÈC±(tm)"'(c)VÜ gF(tm)$2fô] †"xM](r)›Aúñî{(r)ÿ%áék_[Ð
}Õñ̈= Çq×ÿªÓ °mÞÿ] -(c)'SÏ +0.$ùøàÊs?Ù±H d B!ÇS%Å¬û)YW â s#²ƒ[ ;' ¤
Âè0^XxA ð "°AØ@Ã
"
ê ÌÂœ °^ *ÿa›â÷´ÓX°...C´ðƒCÓ ßWA¡ÿ‹ÓáñhvƒD" ôäŸ ›"¡h"oò/- ÷#÷ 'y¢]'z‰Î 7"~¤ü4
Ðr&9.oJÈG¤ µJ ‡ÂxAÙ
#AÒxAé÷a7 Ô< m {Á pŸWíjß†
X]
(r)ž›û[§§Kµá:AÉµ+ WÓÓ²
·]:´,ÐÓTÝ _]u¿Z$Ö
Á‡ÓÓ_ÞïÜ.ž° ¿ñÜÐÿè| WIoë[¯MÓú ê(c)÷¡¯¿Ù Õ°zµá- ÿÕ¯µm}uÿ^ŸàÚ1/2 O¡ÿ 1/2QN%
Õî3/4ûþ3/4ƒ¿ÿÖÿÿÿç@O¯(r)êÿÿßÿŸ°ÿÿ`¨-Ûþ-/þë¹^µƒúÿ A!uz*ïÿþ^É~Õwÿÿ(tm)_ôE¥µ-- ÿý*´ÿÞþ1/2
ÿÁ zïtž̄"!Ÿÿ1/2¯¿ÿm÷ ¨¯ }}ZýWÿûÿ{
è ¦Ôõî·ë"ì\ ·_
/ívõÿï3/41/2;Ké×Oï °ßë"|4¿ÒmzT£íáþ"V×äY¯ÛþÕÕúo×ß{ªl)žGÿ{Ã /b¿† iµdv"'J Nû
_ÆÁÝýX-ZúcíŽ}+öEtÂmÃ~
ÿì,=u]ŸnÂûd ~¬‡xkö) Gé1% ëkjÿT
xa~Â aa't~Ðkî-[PÅÔâ#@Í°hÐëâ!, ÄA'ƒ 5 MŽ" W^^Š^^^^< Y6 ¨ ÖÓ×i6 ab¬l+ 5`ƒ$Ô2
Çÿÿÿÿÿ-"¨ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿâ°¯xÿÿâ¸/ÿòÒ÷-( "Úc¥ *ÐTµ]T³ŸæØÐƒù91/4+íÿ¿ëÞûúÿ¿¥ iXio±
RÒ5qÿÿÿÿþ
endstream
endobj
24 0 obj
<< /Length 25 0 R >>
stream

q
416.16 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream

```
endobj
25 0 obj
37
endobj
26 0 obj
<<
/Type /Page
/MediaBox [ 0 0 411.84 672.96001 ]
/Parent 47 0 R
/Contents 28 0 R
/Resources << /XObject << /Im0 27 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
27 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1716 /Height 2804
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1716 >> /Length 29608 >>
stream
```

ÿÿÿÿÿÿÿÿÿÌµ-'G;U =b >)DAÄñRdc† 0Üþtfs H˄√ nÑÐ!ÚFg    olL7olüÙœñ
ü&"2(2v~|"Û;  &'ný†"y‹
Ûo{¶P7ˆˆÂ5ŸÁ     Á#×f#¤$†g,(tTgL", hÌâ}¢" çky)BA2ÜÍq
œÛ‰BƒÁ(tm)  V  0i  CnØ2ƒ‰1/4D6,
Üm`Â"6g"Í3¬       Á"Ä"tD'3•2O4Y&ŽôF¤Içe(tm)

DDDDDIÐ Û‰ˆ Ž\ݪMn%  á    D"B ` • ÖA "" *Éò 2EfÕ  q¤)$OŒ2Q  TL(ˆˆ‰}Äa"á
"ì-"
Ù!;A1  C4J!1/4TD=  >‡óêèé
ÙÓ4E^"Q•          -*véB"""' Ï·
;   hë áá"
ØAX'%ê˘_  În.Kª  FyOÔDDDDF  ˆšfŠ  ?ei  ª\Ó*Ðgpƒ0Òem\ÑP^ÄDDDDDDDDC+S¥  u
â""?â1/2\ÈÕ˜  "ªÏ1/4  £>Èlû.)s#‡ ‹5
ØD.°A¶  †ä†f)³'  ¿dìMb
ƒ8Èm³%1/4ì†A>Ýð¨6Œ  9dP"    YÁn  A  dæ}  !Hè§  C
&B¹ýÎÆ1/2    Ž"A
...h  m
Ð4  (c)  -A¨YÉñˆ¨änGB:  á  "0NìÔNd-ºUPÇ3/4øG    _
-A",ÐB    G¨ÞUAˆ#3/4>†>lütvhÄ"3  '--dr'-Ÿ`¥Í(tm)    eÕ"È  þ(øz7"       u'aˆV  ‹
ò@...  Ø>Ó‚ƒ1  ¶'Û:
9t,ä  `È@2üÂ1/4èìph%K†  iz  u"˜
KŠiC  â  (tm)J(Œs'  =ùÔ, §A†     Á  Ìá1"p... è¶g‰ì"D"'>"±  è¬å]B    `È1/4
ÒóH†p×´é‡HÚóƒ9    !"5¶Ä`ÿ³8è-÷íé  q    g§±  Íe  MHÔFŒôQ"¡ªìä-ìÄÄ'w. - £...²<
    0(c)†  l  $ª  4¡¤  U  Á  IvCfÙÒÃ×J+mwÜ,  H˜Çq.!    H  !`  S´3Q  f(tm)¶    dÒÎ  k'b#B
  ˆb        ×
Eñ  Ã>dvÃ00b
M
àÂ

Ã        w
'Ã  3<~'{†-²ŠŠ¨Üro  ô!Q  þ-X‰ÓŠ¨¤ÄÏàÍp«æŒó(‰â  ‡        %NC"]    L2â
2  1  áY  ~Ä§1/4  ,Nƒ
1/2›C  2  A  §†â,""gû'VÙžuB.EðÃ*ðÍéÄC
Ç...A  ^Š  """H!  Nh#
2F  2X  2  ì  O32èÃ"ù"  8Ï-"M  ü1  ?
i
0"L2:(r)eX¶""""u1  d{rÌ  )°ç"  7:rŽÛÝ£H"å  •²...b  yüæN"F0ˆê  •Æ±  q        #"`ÄÕ(tm)á
  $ù
  )ºHÖÌò    HDDDJ^é  $9Â    3y(r)
^9Cãi  Ò#ª        </,  l
ÃÿÿÿÿÿÿùLëËYN;1/4 žDâh‰8        ËPFUæ(tm)SXýø•";‡
  âé-"'=
  jYT  ß°`(tm)$3/4¨nÅîêäØc%Ñ)eC;    "HÊuo  3/4ð^¦0Wõ÷ŠY:Aú(r)vŸß¿õ  Wîêïõ{B}>...z"&‰¬k
ë¿h+á

3/4Ç  þ  ð^ë"GVûý  š¤  ãC_wÝ  VìãfÚD-'  q  "$"ù  Y    íýÛ+záôÎ+†z
VžLPeU  è  Ã%c:#<º!ÔŠ  1&  Ä  ufôæ
jÏ
~  ëëe  Ï"èégG  Ž    1  Ï1›D`@,#¢û"  É0¶C  ',-J    ²ƒª    #¸8@¨Ú
O  ¤*  Ž4w  Ž~    P1/2B#¢H  #†Aæ(tm)#&!×:³b  Ñ(c)'"CPƒxA-  ði"  ›P(tm)
  Œ#¹ü  DÜ¡Ã^¿'aÄÚ5²PçðàÌâB  "lÒn&pÓ#³
  Ü  NáÛ'"¨uf¨Ò¦q  â2#(tm)Õ  Y³#œ3'.  <"  B  ÐAüã,    ¤G\":  2ýät  Ë¦"
  'Ò#‡  ðÑ?    €¬Aá  òx
,H  7  TGNé‡@žá

pá    Ž,  MÍ°#(tm)  Ž"r3Î±O-3X¦äZ:¢  9!"äñÙ±  'Dq•t  ~3^    ±  ûjÁ"
Ð}.  4-°šH^áß  á  Ô:^ƒ#ª‡
  ^6  :(s¡ªÁ¤=Ñ<Ð@ƒõ
e£oÐÔ
¡  J71/41  "  ÉäGá÷Ÿv  0ƒàÐzø@í
Å'Ö›NØ@Èè&]!  %`^íû#"A  Ø@^äñ>4D    -Dçó=¿œsL;"GHÇÂ
GI  ÒKa
èU´ÂðŠt-¤ëŠ·Á%VþN†  ðÝ{è$7éûF    ¤Ü  m°D  äAè«aÍçp@"6w7:      yŸHÜäyÂ
-pt  }|  ì4°ÒnPè=  (]¶¡i!  Pw  ô²0†Ú£WÐ¿"ìpdu_    B  ¶ûÎ²0‡lüôKÞ  (r)i
9
ÄA´Hú
  a  ×I<  ýZPD}&ëõ°ª#íB#¨Mâ  #¦    ‰¿  X³‰o  "ÕÔf²Œm[  q5-  èŸ
ß"ε-¥þEþ,  Â~wDu  GOTðš,#¥  ÿÝ$  |^  öá  ÕÜoµpïÉéÄNºÐÞçn  Dt  †EP1/2  Ö6%_ö;(  ›"B
  Ž¶  nƒÚÿ
#¦ûÛ{1/4tÄ  @é°'ÒêÔ0A
  Á  Ô8&×þg"(r)ê  $ø‰o¢  ¨IZ"  hGqªhÓÎõ¥|    ÙZƒÒèïa  ×OÁ7Uw†TÃPæ'¦Ó-Ó  Ù  8ð^ëv
ƒCßÒöü":áíÛ"SZ!0¨šÒÅð^ó*‡œ¥Ýé<+Á-"é("M3/4ûM"ûPßa²¨P>>°¬^é"3/4±"GG×ðEÖ  %ÔÁc
ú
Pí´    ŸÖ  H^¿  xA0êË¥  +  ,,(tm)DáP  B-"ßÃÛjš{  ëDuÂuûèÅOÛõ
C\":èŽ"eVá†(r)  Ã¨#ªÒoá  ×eÑ  Ê    !--'¬†²    0Ëù¢
DÖh'  ‡...²..Ê  W~Ú§  Û"¦7¿ÝÛÕÚ1/4":^...¦Ïa?ï  0'
  "  ,#"Æàþ¨Ž"{‡ðtG    ×¿²€Àä¨!t  Èÿa  #ýmžA  žQŠ•p  7hF  "?vÝ·ß"v<=ßÛ'‰~

†m  Dtb"C÷  Çò8Èã#¢?
àë%øDuã˜ý/ø˜"ê¹   Ý¢   ÿF -A‡Ý  ]Þ3ê  cT3#‡÷þïÚ#ˉDtoö-"3/4È@7ß'Ö"D      ÑI"Lw¿Â#ˉf˜1
/2-  8U'Ðþ  þƒ¬/"ÎP•œ¯¢d^ÙDŠ;°@‡ß?-]
GGù-    ÿîÛa  Ó÷

è  T1/2÷aÈèºÐ"?u  ^0A  #o3/4-¥ZâÂ#ÁÞ&(r)ü (tm)Z  ‚‰Ý<Zá ˆè}'@¯
EVP¸oY>8_§Ó>¡   oí?{nû¶  m"Ú
  6Ú
]¶Ë)  w"vö^é¿˜  ¨"?wÃac‡KÍ%Å¢S×~•Þ?vGTL#V  õÎ3/4žÓ(ÁCAQ  6Ýÿ*í÷*|":îÎ¢1/2Þý":oM[‡
w¿þ´  Ñ&¿
›¢  ¶ÅPDuWûkš"e$ÝPv›-h"DuiŽOš¬Ú  "m‡‡þˆëW¶›Ü^+Ûûx. Ü?·   ¶öþäuÒ}íÞ,µxcÚY(c)
ï|?±1/2>   Œ5xzZ*l;¿éÚ{  |?3/4  **1/2°m•VõvR1/2'Õ~Ã"^ˆê›^‚~Ið³þçÓé^0,Ø´ E{ÌÑ¨uh  ¢v˜eDu
P‡"ÝÝýµ  Ž3/4û"GK
    ]†  "h":wá,?Û¢:î  *¢ù1/2¶.íûoß}Q    ª´ gEûß¤IÉÕ'1²M
Du]Û(r)¡"¬úÃ"Ý"JÝ¶Ûpí¶  vïw°mðýÛªÛ÷µÅ"-  Ô":†ì":ÞÈo#è  aÝC#§ÞÛaÃ
‹*-p   ÛAÁÃmÝ‡šZ'ðÝû `Èˈ E   ŒCÈêAÃ^Ã8{"f´(c)ÿv 6áÆöíÞç q¶•¶"7ma"pvÜ6 Xw¶  aÃ
°¤u  ìqþ  Ž^?ˋÍô"†Â†   öÃ(i+..."á†   Ó+W b(r))¶qД ´ !ùÒ!¡ G%km²,
:¶í,"?x{ÿ"
Û  GúÝÈè;...1/4=&  M  Û  Gíí†"
m
l7#öt1/2†  w
$f$        }0f  0Ø-Â'G  /dx%
    £{ì-...q
Œi†
W
I)³!"  †-öÃBÃ  n-Ý·îˋØ·â  (CN  J
  ÃE  ‡  G¡  û   1/2f#²>GØeôPé  f-í²>í´ÕÚ'Ò²#,#¯aƒ  7ln  °Á¤n
-
\":a$f$
uÄC  DDDA  f  NØvÈŽÝ·
  EŽà^ÿr<ÛvÛ
]öÃ
ØØjá¤ÅDm'ö Â^r<‹  >ì  PpÃ  C
V  2,Xm·
"  Ä6
'
Ðå@"2...C        ±. lA  Ø-îÛ¶,1/4Á‡m¶ÛÝÃ"  a  ö   7±ÄÎåŽ0Ó  Ø8;b1"°Á¶Ê  µÅ   GØB
Á^^^ˉ ˉ
Š8JÓ·¶
  1/2¶û"a-M'Ó
Û`ƒMì Â  mËqA,#¡  :,D  !      †Jœ7A...ý  '{M'-Û´!$f$   ³S
! a  2‡(  ÄG  ^  ^†"G          "Ž-• Q  Nd¹"ïÿpTøaC
ÈêÚ_   <  `Èè  ">Á'ÆÆ0x¦D   Q³$f$     ÿÿÿÿÿÿÿÿÿ-}2°¸í Ž )i Giã²Wðùh Évvš ":"M ˈß
Ž²W¸(tm)³°6dC¶îŠ8H=BÕCæE¶×ˆî¢(r)ÊDÃ# e%koù?Ú":ÏøDt¿
à,øDt+  Ž3/4-Ú"av"áÚ.ÉÕ}U;...µ§  Ž´Æ""h[û°ª± Xx~˜ë-Ýø"Ý
¢:
v§k ¦O  Ó  }WÂXÂ#(r)ž h•0E8Dq‡#l  á  ²  *  -E:4d`Ï¢$%oq/ý÷Ã;Z|23Îdx^  !  (tm)#Ê     "  /Øp
§

DŽ Y-  ‡ ...
,"Lpò  ,#
:3/4êv5"DRÑ    ÞVH÷ÙX !ätGF¤GGãƒ>D|ÔÂ _È,8   ]& ÁHü< #"H  p
PŠŽ  8EÒ'ÈŽ-$a´   CR>ƒ#Äua h Ì...clØ{626+› 'œ‰Æuf
C"(r)A"
èÍŠ AæÙ0 ÇÙ±BkçA CƒÁ "<ˆò ^] >     "    eÔ*B
¤ø4E Ã  ä   ,9C" jgËðÑ,
‰ovÑCšmÑ,£Ž ?Ì²$=ÛI äÀè4Â
  =
"C-yðú


Á(Mpƒ
Á0"Ã1/2":]
L'#qÄh"  GÈü±ÍÁ¢\ûÑ,v 'E  š"øEÔ&ÐpD}&
 8M ›DÇ   pm
 0áõWÒT£N/¯|8*   3/4ƒb×´   Þí áú"8h Ý¢<
Ä·(q74OÃA
´ vá   Â
 ¬ Ú  Ž°¯  `ØAé°m!Ò      ôÊ0  Â{÷ø2g"e  ü·Ž#DùÈ-ôLr¹¶'#àÑ  "ýÂ-K  aC¸N¥ÑBYÇ<Â#¯
Ñ A  Ô  pD~aÁ N  n  dtè ü*@ˆéÛ¤ l4ƒ*Ši¨Sé ›Ä^Ø"? >.")%Öÿß†¤é"Ü  y  ¤ƒÂ
´0˝ëÐ&é Â#ý<´ÚO  m"  Ò
A°ÙÝ7  ˜t h°A¹ \":- #§...YuB6 A°õ "ñ A(õ  }"ýpƒi\'hi¸Né0 L¡íL:ƒ~   SÓ²(êž¶áS
V<'¡¢:
{^ †ÃQ Aï• à Ã Ï"aÚ¸Ö"1/2¿Ô=ôÂoþ  ZT-ŸkáÖ,   Ú^Ü=†Ü  -æ¥
 ü":q£5o]¤âáÍ|-°ˆè(\*   þíÛuá Zü}  ÷Áßð"Tñ¢ êÊê B
"GO Ø K"G]Þ¤¬ï#¢ÆE uiY Ð.-ÞûûÑî›µÚ ]  ¤ðD~S¯ûn¹b9-?ð(r) >ž K#õd Û[± (c) åT¤°|"
¸á Å#'fÐz#(r)ÇÈ †]]ôhôüx‡Ôîÿ [áµÿK k1/4Ž P  ¸î ¤è ¬/ E8£pDueÑ Èà ñää‰2Â x°
d= G¥¯ BÑþÀ!
þýRz¥íÂ}öavÁ  ø"êïkÿÞˆ^û|Ž;Èê %_'× Ž0B;á óð='
nƒÐŒ>, òéÇœsŽXçr†ät   äÞ¹Ï7í ^  °EÓV×ÿi -ÐßoAÀï A÷ÛÂ#"¿^'uŽC G²|   ^"}ðè
²_l,<~¶BŽ (ƒ ƒ) 8X^‰o 1 6ˆê‡N'    "h(àÖý×Uõäÿ×§¿nÃ¡¨·{¿ w"   áýJ ",t/ü=P
Bïü8Œ":> HŒ µ¤- Ž¿#'q§GÕÀ ûôéýéß·ÿ}| §§w¿~Ø^ PäÇ ÷tß^¯·ð-V¶ëüHCIò:a Ó¿
è- ,Ð>(r)÷zßU¿µ(r)?~ë
 [ëw{‡È8å
ÙJÏN/À#"|~ï¸v6"
MIé?ñ
ðuàíú"GVt°- µuïÿ¯ÛÿÚ{UîŸ>Â î*žÝ+#-`ˆÿÂèëÖ,øooþ}  ñOàC¶-õ°ÿ¿¥t-õþP3/4°ë"õ§M.‡å


Ûá3/4ÛÙ {+P^ým‡eVPå Ûž-"Æ ˜a|+
+0m¤  Q $* " ÿ|":ô÷3/4þ oï¢ê   ÝSÂ#-œ% oï 1/2‡÷duu...N"ûLúaÕ Ö{Kú ´ Â#£žßöü
þ Ó‡á¿ý´¡...á ÒðÎ° %
Ôêî"ß,#¢"ÞÛì;¸nÞÛ EÕ ×zá°>du     ƒ    0éµ3È¤†Ó
- íékÕõ é_ÙÒþ¸oö¬":üŽ"þ
 éðy úê-êßmvàÃ}ÝÚÁ ]·u,8á4GIP¶Ù66¤ ÁijÝ°í|?ûÿ"G_M¯ÿðo ÙÕ³ÿ øX}6°î}-ûÔÛÝÛ
Û T] =†GàâK
¤&w GÂ GNG ¸"?å "OZ]ÿ^ÛV?¿ïêø>é¿´ ÷ü:Ãà^ê jÛÂ#"ïþî- ^ŸÃî#"GÂ({*Ø"  ]â W
W ö¯uõuVµÿû"ëÖ´¡ ×Ô-Ci&·

×ic
´  (r)Û|‹Á±
Ø £wpþì7Š`3/4ýmü0-ö  ý†"i~µü  )§Á  ö  XJ  4    ãü  a†,#¬0Â_¶  i ƒ  †
Á¨e
rò<´Á",
i (tm)ŽHr‡º÷  aÛÚ  u"ÝØ`-û  ˜ðÂM0Òµø  ±§Á°ÂL4  °@ìýñ
ã#`,Y  ƒ.,Pø`‰ÆØ3  †!D  iÜ˜à,Pá°È˜  Â ƒ
{ð"q"Þû  (r)  "3/4År ë  ƒ_d<Z1/2,#  b  Ä¸  Ó  Ø--=^?c¶    ˛M6Çá^r†ƒ´Á  x6Ø&Ý,#õ'Ðh4?WZ
_m}µ±
_m¿
¡"ƒí/ö            YC"cg[  ^a          Ñ          "J  e<E†
- ÄD0Ca  ^^2ÊPdÒ,  Â"Â  t±  Q  Â"x°@â"-  ‹BÊS   j¡7iDDDDDTDDDDDGRÊ±§‡
"í  ÒXŠ²(ê
ÇÿÿÿÿÿÿÿÿÿÏË8DeL    ëlŠDÜj*  ›§dc;Ñ  (tm)$
Š31/2˙†@Û  •(tm)1/4î¤W¤vb*ÝòÝU˜  nU(r)×R|Ñú  Ž³#/}ùnWíx}rKé  ...þ
µ÷Þ  ÓéuÂò´á¦øDtÁ(r)'þÿø":^-    K*...
°oýB~Ç¿V
÷  q  1/4  Šõ  "ã
éWëëL":ÿ‡Þ,wa  Ô*°ïw÷¸]  J°Ð  }Êþgt-R'DuÙ  eß'j-älŠ[LÂ*C6^  ¹¢#¢  ä&pÈèÖ
#Ž    ‰2)ÈŽ%otGÉq'ã³
8d$EÇe_"
S-E:^ua  (Ž  N  g4Èèó$  tCf  0ò  È
L'  â'l-  ‡'ÐN^Á  õ˜  ƒÉ  f  &`  è  ¦Å    VÎ¬"  2ì•  J    ÎGÙ±BlêÁª
ôÐ†  8Œ    C  IjA5
‹
°^]A' DŽ  z
á  D    ð^PÃ        ÄCpB-�ÿ¡    <


h>:A  Áâ?ô  z@ƒÐ5^ðƒM$ý  Nà˙ü¦    h;^Dt  h6ÓKCÚqqiÞ¨8°Ðié Ð0Ÿ  Å§1/2q
    ë
Â(pÓy  uè9  qh"  Ñ    >4K  ;  G
    ãM  ²‡íÒ  Š;DwB  è-h  Ú%  '!Ú%Í  i ÉfEÇz"
Ñ.|  ì",4F9CÑ  :'Ú  ƒ";,\"0, ù    ¢svèŸ˜"&  ã1/4û  ‰w  ŸÐ@ë    "ðh ô    Ð&ÑP@Ñ  "g
‹RSh    Û"çá  Ñti  h  y  šMÂlô¤  p{4-  £A
ÐFg    @"7,ïA
!(!
¢SšXåC    ( Þ´  'ð"=|o  L":ÒxAºaô  "Ü ÝA¤ÚÓ¥i7  7Z]xOAºxN-1/26-  ¤Pú
´ž  _Ý  GTè&ýØ_1/2$é;ß°    ÚL7§-'"GÒµnŸx]oMÔÂwè>›(r)-  Ó{zh'...-ZW¿Aû¯K†ÓýWî  {Zn˜
W÷_î"×\8DuP  |U¶ê
ô×§÷KÛkÿØ/÷mºr¦WÕZL&¿  ¿ëz°Mé/"GUÿÓÚíu÷Ð  ‹  Uð•GßëŠûÕ-Cõk(r)ã~;‹ôþ?ê˜1/2õÛÃzé  "
ý1/2µÓÃHŽž˜o"M¶  }¥ê    Ý  ÖõL±",‡Ù?÷ªû÷×mkª_ßô¥ò1/2,33M´ý/]w_3/4(c)3/4Ö(tm)œ*  þÒØ
+Áp    þ1/2...ÿøº˜]¿ýn¿è  ¨ŒÓ    ä
Þ¤8ûÕë(r)úZ|Eß¯é&^  &
]'  m  ÍAoÿï÷é73/4ÚkÿÿáÂÁÉÂ#  r?!
~¿¸-Ûëÿ  ¶øÊ€äØ6¸íºb  ûÁ  õÛÿ¢:Ú_"ºÿ¿Zƒ@^è!  Žƒ  ãþÿÿªëü ƒ  ýýþ°D  êÁ¦¡¢;  ,  µúÁk¿y2°_ß
õúW3/4íï3̂!p0Ä-Kù1  ü.ï¿o&  ¯õÜ¿0(tm)  í
ö!¢  -ÿ¢  7[ý]_Ýß÷û§jÝ÷Du¢H  ŽŠp  ü/þ  _ÿV  múþâ‰‡LÔ  r  "&F    D  "¤á  Òïúõ]ÿv´ÿ¿WDt

,A e Ž¿¿_ÓÞ'ÿ¶CzþÿÒä@Þˆ¡¥ý~,Në¨uû×Ý¿×¿ÿþÙÑ¶jP áßµ ^ßm×:? á /Þý>¯Ü?m°-¿úêÿmÍV1/
2¿ÿßûë1/2¯ú @ˆùùìêÿ³Uk×Z{[×¯NÿÖþÜëWý:w}÷h _ëjÝZ^-û¶•ªw Gôº"íj.öý÷VÚï"þÚýíÕ-WU(r)·
zž"R!úí¥Õ_ ýÛX-Wõô(r)Ý]´
ÛmiµµÈë×
§ÞêõúÛ(r)¿í].Û_öÂá{vÕ¢:÷ûîíkßïvÒ}1/2ý" _ê"i^"uá[Û¯ía¤¿†µ°-ý¥
u´1/4Í=ZZ"kiA¥a]† Òõ¿OI† ¦ UëA'ÿV '
*L5|0Öˆù 0Ò`ÂPkiA...36ýƒ
/ Xi0Âÿ°Ál%
Øa} í†" /i6"}," '÷á...3/4ØwlW ¿Ø?i‰1Ó lL;^)ˆ9 =Ž
Ž -Å +'qlq_ìK Ø¦+ýŠb ø"ÿb˜ÖD EHŽ˜ù
-ÁÞÃ#,H•ô éÚôûôÚ¶C¿¯Ø[ ˜Š¶"ï ×û]"Âÿa 1/40¿µh2--Å4Å2 a ±#vþêá...°¯Õû
ÁS] °AÃ Ö#\& Oá"Á}á"-Ð`ž a"
žŽ˜UÚµÓn A"Âa.
ï†šþž°É `" ¡ # Ë (tm)AD‰"¬¡ÊNÜD2K: ˆˆˆˆ†"DX! db¥
'.Q@@ËÚ¡ @"YC"ºPb""!ÄDb""""$± ÓÄ(r)hÖ-ëL$¶ Z±U"0`£ÿÿÿÿÿÿÿÿÿùo¢+'e" "ÙeÌ'" Du v
W : Ú¶vRÎÄ²>v- ³%Ø@ÌŠ33\
IÚW Ðàì V 0¹'yû'}º"¢ ²£÷ª
ßikü-S"Â´ ÿ´(c) ˆ#¿ÿ¯ÿëúªòD=ÿ
¿ ü|ì x ›õãuã-"- ¤émz Þ-z~ƒn¿3/4ú]×ý+N-ÿ{ûù,D &t Ñ Ž YöCd '
ˆþD
,\ (tm)Ù¨É -,(vG‰;!‡4DG2O
' mç²: Páæ D"èŠ
-ò PîÎ(tm) ' Ú K!ˆE¢œ!
',ó¡' I Ã",-a¸AØ@÷ðƒA Â! â9± $Ù±A6M # Âa4
,Êl ª Á 4 ð , `ˆ>€ó8 ƒÍ‡. 0ƒ D? Ax fŒØ "-H è
Cê @õM_3/4ý4ôÓí ƒPƒ@í z MûÝº ø°ƒ 4 ´ zÚh^›§ Ðh< Ó‡
iØAúoÅÓú# 4Hr-Ä4D È(r)¢Ó‹Mé'Tdpô±a= Æ>D·xC‹NãDn
U=8"1/2 3/4ˆAÚ%Ô/dZ ÷ò ú× HnD| $ :%6ÈQÚ%6Ú@ÔžP"s¿"Ø-"á L‹lÍÂ
"GÍ >K2#‰xÚdC äé!)?|œñh :#º%ï¹/pƒl‹Ï>á
W,
¦÷"ƒt n(r)äY´ umú -·] n"h ý; 6- ƒÂ (c)œšM¥é ô›',"þß 7A"<Dpˆ&û õKnµ×ð '
ûð1/2¶ ƒÚNºOÖ(c)úÚw-'-"¦*3/4žžé"§" tŸ§Øq OMS}î¯Mÿíµp3/4 Ó
š§÷Ih?ß¦3/4ƒÓôÝ7[õOuÓ{]?"UÓéZ]×ÁUô;- õ"ï‹ÿ~"ôúCºZïþÿ¬t ß"ÿ1/2z-šÅ}ÇÕ" ÿÿ×(r)¿{§¨"?ì
k3/4õúþ1/2ï¶ûKïÒ ÷ýÚ{¡¯x zîÿþÝþÁéU§ÁöÂzÂßÝ1/2_Õ]< •5 ýÚO×...Õ2! ÖäÓë‡þF þ¿ìŽ
! ! ¯j\ ô@ ô"š 5ÿ_îÒÆR w_üoõy¨.îu ´Fƒ×ì, (r)¬ û}øéø=^:ã
?`1/2uô¿÷²
ÿÿ×íò@/ù@/¦
þÁïy@ ¶¯ëÝî =þûƒü+kwJÛï_ ¿ÿÿúá ãÿ
î
¿†3/4ˆx¿¯¿! Ó,s9Ç8| Á ÿ Ø:¿tBgê-Tµ¿Ò!ïÿÿ!G=•íí ;ú!s¤ 3/43/4t Òè‹?¿k|µ D]MA?-QäÆ
ýhš-×o"×õ˜\'?ÿó(ÿá ß´I ¹ ÷Þ vÖ‰‡ýú(r)1/2ÃÿûA;oKµ š þþ h/ÿÿoõ#.Xu1/2 ë
ßr\µ3/4 ýí Ö1/21/2(c) ÿzîëZÿûÿûßKÿÿt"Z¿3/4µîtP¡ ×º1/2R÷ý-
jöÒ N·ï³¯ú&ïúÞ¢ÿOþ´×ßÿôj¯Óõ-w×àø~¹æ÷¿WöÛv•öu;û9 éÝ¶t4Ÿ¿[ÿÝ¯þƒ::é/ÿa§ôé7ë×^ª"ûk"þ ^µ
lU¬4ƒk÷wíûZJÃ·[n?ßkëi:Ú·w¿þÚÝþ"ßk†êúî3/4Ò]Âûá°{Iû"{J3/4ý[ë"\$ÕU{_vÖ i§Ö¿¶•ûa+I×ý{õµµ
oµïOû`éƒ l%
-l>°Â[Ã $ÛwØMÈgwðÁ¯¦ƒIµl+
+þîÂL0·kö ÖÂ---n °'j÷
ú (r)ã'a1WÅAûa-XaU¹ €ÂÙ 1õV¸ýƒb¬Ø¨ ° ~Ûl2éX¹ Ž˜eÐJ

Ž
ˆðÂ{
(ˆ  "
˚         ECIX6$‡×Û  È#Ø¦1/44ßÇo  Wla‰  ÷1/2  iûIŠ
HâÇ  ÁÁÄT,=Ø¨Š‰  ñI1/2â¯-  XŠj+Ø]ú†á]03/4ŸÁ...Øi[Ù
î°×Ôp×  &á5      6C¿]}¦1/2"ÐaZÐÂµa?ì  Ô˜éó  ~´
‡°Á"  Á
Ã      ïkPa›i"  0Cþú  Të"L  a0......ÓÂ    °dQ...Ã          ," ×
 i,
 &
ðÂ  OH`°h  "DD2Ç*'    :¡,  e8!      Æ""8^^^ƒB""  DDHž"Ð^^^^Ž""""'#\DF-d"êêÚ°[IKA  \0V
ìRmZz†  Ô¯i¡^ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ(tm)-e¹fv    šÇw  ‡  Í  dN§bdBƒBdO*LœSÂ(tm)  Ã[ï+
-ga²  f£:¯,î  ,
   ƒ"-¡"X‰OOđ¢³Ö¹-,(r)  ýÉ-ûN  RM(r)  pŸ1/2eG...Ô÷è*Âw~"¢`"•,%úé²í'"ä±¢  "
ß†¥Ñˆ?ÿúÖÿþý   I° C  öÿû¿(r)#ô1/2'÷¿ýþôûô  w˜u"Ó]t¿ï-zÛ3µ¯Zýö×ûŸ_1/2îvRŒÑ
ˆ]ú][}ßû$  "H'¦_8ÓÊB(  °ÍoZ>K>"
³   hƒ"ë%'×)àE<Æh  ¤Ž
ÌRŸR†N!    &  ‹Îê(D)
1/4r3f  :  7  y›8_Ù  R  É  !.l˜Ü~6Dvuq¡÷Â
¡ž^N  æ  ÀD?‹'
|
Y  ä`%,f°  ˆq"
ê  A  C"ò09  L  !¬    ÐD#  Ú
   ‡E  ƒ  †  Bh4
   íSAéá  on,  ,x-  (}¡þµÂ
t  -ðOA"÷¯ƒí4  XM      á  oA  pƒÓPƒÕ  œZ  a?î>Ó×TÂw  þ5ªýt†    ÿOMSC[O^k
5Ð¦;ô  É{^µÔDxÑ  ò  q/  DxäýêÅ¢;1/4_Þ˜í4ù      oY  }R  urÎí͡!(c)

¤Î°¶ƒÑ:5dt"õ  _8äÂ  .‰opr/Q-4K^ñéÉÎÚR]!  r/  =¢Sv,"
¢hÈü  Â
¤  Òy  š
²  úPAäç4l'ÐGj  Îæ)  .°NÔŽoìÙ¥W  E  "-IQB
Ë;  ƒ¤Ú  ðAá  Š‰  N:4Ÿ´  oH7MtúH"'ïÒ
 žÒžŸ,  uÚMÐoI·°  ¯Zëôû˟÷±Ú‡Ztžé´  ""í-?M¤÷I_WTõz×éuM¤Ðð´Ÿ"þõM¤"
ô"ê¶P'M-  õZ¿1/2[ÿÕ=
úÔÐ¤¤  û¥AôžšÓé-°vŸ...]¿MþêézNí{"Ö-áÅP¤ôúý    G^,zij3/4þ(r)œ4ûõß  éwïÐýx÷V  3/4"þû˜ûãÕº
íφ°:ÿ÷1/21/4Gß_ìC×ÿŠÔêþÕÚ÷Ó(r)ý¤3/4-úýµºÔmñ¥§zû  Îêb  AY  -¿ýÁþš  í/ZŸz¿¯X^""ê˜ŠŒ  Š
ÿf"ø*  íío-/\  ƒßÕ"K"  1/2R@cÿ(r)Bé#  ñ÷Ô'  ÿf•ûê¥4Íb7Æõý  ÂÝ•`ÿTD[jö¯ª÷±R^ûïVùf!kÿÐvt
}Wtu
"þ‰  †õþ"Ê    ëÝé'    ...[°__ßúj'"ý~ínŸh‡‡÷÷†Aæ  uÛôÉÀŠõµIÐ¿  ëþ1/4    w((tm)    ü†0§_ºÿß
!œt  ?  ßß_DI"Zþ  1/2  ñÜa53/4
}×¹7"CÅ1/2  Å
-o  ![é÷  ‡1/4"9Š  "°ó+2Jêêýúl6úþ(r)µÒÈ#O  Ø7h<?V¯ò'ÿ˜¡h<:"¯ËVGN"Å6õÖGEMÜ(tm)  ÿúí÷Õº
poM  ý÷¥ÚÕß'B¤L  Óì¥¢ôÕ÷z&Eß  ¨-°éw¶à¯°¯öl/2û××þÈ¿þü(tm)žrþº}*ð÷Oöˈ'ßKûû^1/2þ"ÿô¿I{¹"
K_O5n¶ÿû¯X5¿¨¥  ¯ÿ·ûƒ¯gCzµÿüëjÕß°ïKìj¶¦÷_vƒ¥uêÛ@××ß~  l†G×˜ýýoÿ¿Oô×ß"^¿÷{éûíçS^Ôµ
1/2.-é"§ÕÖöÿýµW[äj  [[_Ø¤ªáoÕý-ûõ]"¶¦ÿu¿m}}^ÀW  uc×3/4íõÛm$×ûí/û]xÚMm'áZõ3/4-fë°¿Ð¿ñ5µ
·ÕkÓA{¬5ï"[^-í"1/2m[á"a[ÔÂM¥ÿ
.û[

'öÂë3/4ÂM"¿†
ýß°ÂÈ¶Âwa&ê×µ¿m}0-...¶ ]ÒÂ´ØI 8U}...Ûb a?pÈ£¦*ÿ
mîû \H0°Èé J O£¡Ø¦+Oc×ƒ(r)˜(r) °²'
`Á`ý† dc;
Ù ñÈ1/4B
¶Eu °`-éï ¶Ó o¯cjDÏL‡ ±±PlqVíØUol,[ÛÛ3/4é¶$ "L[÷ ß~Ä/‰!ì, Ø-ˆL†-Ó ì/H2
íö 4Öˆ& ýµÚ~ì& ,d ÿÚa~Âõúö ×† !ÇÝÐký¥V m7Âö ì&Ã
^µ°Ó ¦ Ž"A, Lc_ i×_
‹XMË€š1/2ê @Á
L f a
" °.
˜€ ¡
Ãˆ† D0M .
(A"Â "0 ¡ Èè"D â"""""*"0"H6D! É ."""""""""""""""""""""#ˆˆ¨<¶AÝv k°¡%ØRß,%bšð¨a,¨µÿÿÿÿ
ÿùj)¨ÿÿòß 'Œ·
['ÅC)QÙI "gz)• "¦v LÉ-"Î¬(tm)3$¥y
[· A¿^Uþ ? •zX^-ëø\'Ú~ VõÓkï}$êÿ_^ž°öŸÕ$Ñ"oØâ7µõýÆ c
ˆëúÇÿþû (r)ë¯þ'×î÷Ýÿ÷¿²PjF²,;ƒ;‰rVùTÏ C*"¨Î".³"¤ B
ˆùØB=l"°gžU !'"\R )@|ÂÍŒ¡,
-Í³ì ƒ:ˆç(tm)ÁIÙÐÁ äN3"' ˆF~ B "Õ" & 9(D9Ù@T " B-¢0 3PPD(@Í ÔÁ "
ÄÃ/Ë²&€üIÙölP@üØ" 1/4Ì8D - ^ <"'Âa5Â Ÿ¨@Î¡?L ê n˜AújƒÓOâÂ
á·H; á0‡Þ hV ª" §ñ}ü]
owéöè ~..."î qv(r)žœZ Úz~ž w °ûµˆoÔ5O[Ñ, ";âÛI ð÷KCÙ ò ß'Ã (r)Ðî\Û¢-"Y Ô"¶ˆƒ¹
A.ÚH }¢]ƒj- ÷þ‰v] 'ù>Ê Kðƒd È1/4D÷'>È¸ßH:ú'FˆÝè#3D(c)è <• %ý/-LŽm ùQ
y:M$ }
ÈK{#› ì Èæá5"Í÷Â
º =ƒÉ ÚOì ÂÐAµ
-ÛÒn œö Óúnž ôÚ¤ §"ëV"ëßMÁ=BÒvA+têð µI[(r)1/2ú¯é-éÞ¶Ö I/oÝ/"~(r)"N1/2{1/2?uM
ºI==ÓÂv k§¯ê1/4wÖ ~=·]_ Ö"þ›Iú÷ðžºw±ßiÒÕêš¶¿(r)(r)1/2pÁêé ý>7þÛ}W¯ûë"u
ëüoßµÿCý;(r)>-ß¶Óõ3/4VÁ÷þ¶Ñpèxuþ"¯ïûizë~-ÿ(r)(r)1/2ƒ3/4ÿVµýÒéi?§&ai/÷õU`Â ï ¶3/4Ïµëúÿ0
Ãý...û ë!C'šÖ¶ûa=
øý¯MNà-ý1/2}ò0$ U ýY
"_Ä{}¥3/4ÚQ¥õD
ÿ"1/4-t -ªUS¨mÒ}ÿ" Õ;1/2Z +ý{ 1/2zzO÷ÿ}ý•
GZúðÃÉÁ"ûoò€_õþý-Ú_×µðPl pÛÝÿÚ¿Víÿý%ûöü Pˆ#ßI-ðˆw|†+ÿ×û¦ÿ¿[è‡"ÃD=1/2oÁµÿ"$ÿ]."ž
"ýØD>?þ-šÄtDúöÛú
ù€ß-_¿\... ÷~Ãî,"Nk iÿÈÁ¿û_ßÿÁ õH }íø?&‹^•ú#?3/4š}-ÛÐo_Òý|(tm)
ˆ$^ž¿ ëÿÓ-(r)ÚPÿ1/2...öª¿Pü.ö(r)·,÷µµÛ_Ý[ý Ý*
ÿ*ø ÷¯o¯ýí.´1/2_ "zÿuj(c)%çSzÎ-ú}Vô1/2"íÖô"=1/2.¿ž 3/4¬3£ém_ÿ:-ßëï_µÏ3/4ëûÒ ~ÿ"_Õ1/23/4
ÿ(r)¯ xkÿö¿þ¿ýZ[iCõûi~¿¯õkÿþžÝ1ÿß¶ µi{Oâ1/2 ÷õ
ªþí¯{ k±1/2:÷Ï¯n1/2µí.¿m["¥ì-0ÒõÞî K}ÕîŸ
Þ}Úýo
&ÿíO¿}µêÖþ› Úý(r)ßÃ_´ôª Ûi;kí|0LÍ†*ýƒ
´õjšø["éŽÿá"-Õá"ºa ¡¯iX\ƒ~
%ì5àË‹m, u"ãì '
Ô0Iûö+×âŸøÃ Á˜ "ˆ"ßºƒýC ëôÅnÅ ÂýÇØ¯cØ...Q^Ç-±²2â(c)Š_Õ AÞÂ d ß1/2 C
ëbJ þ¬/Oë pÂý öAw}...ò û[ ×
‡vÛò ‡°›a7û†šÃKíiÞð°ÂV"ý Á7þ

ì.ƒ
A}0¯ÂðÓ¨a&Õ¿]-  -Ã
  -5MA›ê -paWÂ    r
a4  za  †"DA"(r)>$˜˜0L."XC'áA    Š^°A"S  I""Á
   "YuÝ[5°BÂ        ÄDDDq    ñ  ˆŽ""""^â?  &àäŽÖoåro3/4è$•ÒµµÖšÃ          6-6Î
Ç  â¯MZ
&  0ƒ.S  +Šb1ÿÿÿÿÿ)šøÿÿÿÿòÐ8Ë&¨·*fE'Ud!É±†v¥  l)Ø"*Q'6ƒ+Š1/2?>rlÝÓ'ëÔï(r)Š¯'uµ×
zÚúOa-?ï§ér{  é-.  ×ßZ¯
éÿþ(c)x¿ûþãÿãÅÿWýé÷ýSÿÿÒèNéÿÉ-ß|¯ñÝ+Wï)@A+<Õ"ñ³"â  Ù±
o*ÁÎŠR
t`ˆJÉ  .ÈË
æÂ!  <D¹  -f  §§ÍŒ-TH  (tm)j3P‡F  ...Hc'†N  Ÿ"œBpC'
ÍLØ"'=  !òlR4!P
CF¦lfc)ÉI  æÌ^
PjN    a  :‰'  Ú`  é"
Ó  åÁÚa  °    B- Ï
°        †Pô  "  ¢  gP-  v|Ï3ƒ)Ä6è0ƒÓ>Ô n¡    ,ùÁ  è¦D  A¦ž¡    <Ì&  a    ,"  ª!4  L
Ý4ô  h=0ƒÓÓ‹  8†  >5‹Aë Ó^ƒãï a:,

   è8Ðkªm¦ÿ[
"¦  TØ†œw  š õ‹CD}TE€9
m>-Úoz"]6îÑ  ï¦‡´D  Ûi"QÓ'a²+§N7ºûVT  w  §¢CµNAà²  (r)ÓC'Ê"FKÜ‹íO°ƒšPAÙ  òspƒr\ÞDë)Ë
PDæ‰M¿É  ÉÍ¢'Q-:DéâÑ  }  ç  fr/ý
Éb-ôNphSD¸9    ¥æt<:%64‰ÎÈø‰îNwA  9  Ú&u"Ò‰Í²9áú,
°...  -  õzMÓi6Ðt  ðœZ,t  iÚTè'a
A  îšY  Ú  øð    tÿ·ŠMáó  Aá  ûÿ  tý7Mi7Óp-¦ØN  t›A  i=}=4"õÓÓÂè7°žééß  î(r)>¤-ééé7AÚvÖ
Õ:^žõ^-´é>"ÓOT(c)=
^¸N×1/4'¤¶µúÒwT  í¤úÿxmÓÐ[µM$÷¿
"ÿÕô¯_^Õ7M1/2ÿÕU¤Ÿn-õoü":µ´ *îkøM  í×ß"ÿ3/4-é    u×îÝ^...*ª~˜±  Ö¿µû"  Ã¸¤?ºN<>*é'›¡z
  3/4-÷ô"Úúß¹ŸZ
-~ŸKV"*Ÿ¥ý(r)è  Í  ë(r)-Úouþ¿M¿éU5¸ÂZºúÿëßþ¯'  0÷"  ßî¥ûø"‡1/40ºÓ1/2:õý,Ú3/4´  u\§  ü/õÃ
1  Â´TÃëTL  ÿèuíoÒº  ö§@y
  þ×ëú÷µj"k
"  ¿Í]ÿþĿ  T  f°œ~H
J¢¿Ð  €Ã*n        tõÿÚþê1/2x+
  Ó_  ë¨ëi  õ^û  î¿Ê€ï¦    të  îÿü%ëa>ÖûõÝ  wÿ
Ã¯ôý'§÷öýáƒ  ëÿë_ôA
  K,(r)Ðˆ  ÿÿßD.zŽDO^Ûò  +ÿþ"
ã"a"è...è0ÿ}ýµ°õ÷ÔÄá†`ÿ¯{uþ  /  ÏO"A#³  ¬"  ÷É"ÿ1:  º"¢H{¤"ÌSÿý(r)rÍi"dCþ"ÿéïÿW²
"$Šþõ¯ÿÈéæ'u'Óÿ$}-  ÷&Gtê  ÿßÖ¿ß  }9  ?ûþ3/4µ  ¿àð·ú"}ÿôX  Oà3/4þ
íßÿi  ÷ý  Ú3/4-î÷(r)ß¿J
ý×ú  Û!¿êêÎ°†ÿ¤ëêÆ_ßÿVë~õ_ÿÚ5"¤ßÓý  Í]öºûùÕÚª(r)ÿ¯(r)×Wíõ8ÐnQ†¨ûµ¿Ì¯Õ3/4Î¯ÝRÕÎ  ëû:ß
    ô"1/2Wm/'ú¦3/4¿÷¨³6ëôßßin-'í&þÐ×Óß¯õ1/2:ªþ÷ëÿÿ¤ßïúß*ûkkk÷¯|okknßi¯í÷[_ŽÕöým+Oö6?¸m-Ú[
  úö¶¶3/4Ú^Ý¦'tv  î  {]õ´>^"û      ziÚ_im¯]"÷¶3/4Ó5[VÂ^
_]ÝR""_{[n(r)  ¯Úý'"¯MVœ'aU°-¬4¦÷0-wûkM6  ÿmZ°·ì5Ã      0Òý°"¶¶
ÈùZ×Ó_°Â{
/[  ¨a+\  ä^  -°Â²¸/a,n¬Ž1²(ÁNñQL4-¨    ?  Ç°`•pa+
u|...b¢  ï-È£¦·ö)=(r)àþ%"Ø¯v=Ž)  m  Ø¦÷Ø"~ìlƒÃÃKµ

Š~àü1^ÂØ"Øëëb-  ¿aqR  -Ú{ß"ßßUd-  †  2            avÈ
ì0·Ú'Ó  ïkn  -Kpš[¯ë¦  m.ÄVBÂod  Þª1/40•¦  ¶"%ÿ~ØWÂ¿"  °¦p¯Iá¦  L-ª  ˜N"  pdËÁ""

 a=
ø0špÂ  Âj  a80...×
.  Â¡a  LPŽ°B"  M
MQ
  ^0B"Âa  0[
  ^  Ð^0B"Ø^^^Ž""F  ^^^^^Œ  ÔDDDDDDDDDDDDR¡  ýµ\>-5Õ0úÞ
  Ä.  ^aGÿÿÿÿÿÿÿÿËX)  "9•#^í#:3$á°é  <ŠpS±Ù].;  àÈ7-ãVþŠË"œ5"Œ(c)0ª¥q>ßr(c)¹nŸOUøJ'oÕ××
...k~(r)-ø]PZ3/4Ò^a¯"é7Dc'  ü
¹é  íSõ̀-"&g××ßâíciÄ{Ç  ú-ýýtûô×ý  W_ÿ_êüän5ç
²¦ŒâÈ¤I4÷ÊÔkyöv   •  9)2·ÔÒœk^±ä#5ÄX{6)  ^†Oš
B+Ù  A  ¤  ƒÎ
u  A,  j'Î2ƒSq³9  ‡‰  +ä0"ƒ<Ì    Ë£†`2ÊFHe      ¨R  Ê
M    C•là¡  ÈÆ}"
ÔÌ#ÄLÌ  A·žf  xA  B  Èb
ÀCC:  8Î¬a  }  ?  |,,.¦,  Uh4ô´

 Á  Òoô  §þ    h4-êþÂa  û,  ƒÂa
Þ    ïI")]
qh0ƒ   ß  -¶·¨A-â  qÅ§  ‡úQÒiþ1/4oîŸ  Ð}ªki§
¢  éþ  "¡é"  h83/4  q¢+°šº
´ú%Äü-d^¯¯èŸ³-·Óí$¤  %oz  ãÓo¤Ñ.qh-³Iä$_'çv'%(tm)?ò  Ù  Ù  ÜŽò^Ñ    Ú¢  w¢tr;`É-š  Í
žIA  Ú  7A¹/".Èƒ'  ýü³¶¤t(tm)Ù¤Ò^²,è-1/2y3è<‰Î  Ú°@Ût,
Óz  6"ì  ?Ù2·b  a  O'L<÷(c):9    t    Ãè-¶Gï]  ê(r)šiPOVµ  =,^ë]ºïŸ
è?ôôÙ'V÷ýkú'Ý?OÕ"í¤Ý6Þ  ¶"§(r)>¦`è.(c)¥M"¯ík_³†  Rý>¿1/2S¥mÚKÖÓÓÓü'n'}Õ]_"éé×¦éô¡
ì~ôž×xMôÜ  ¿°þãÄwMïnýê3/4  }j"  é¶¿×oO(r)1/2/ú°  ëöT,_Ó×ûþ‡(r)  ÕË  _Â¡ô¿é¹ŸýóG  3/4ÿÿë
Þ(c)ê÷ýIúéÚI§{  ú1/2ý¯î"îµ]k
×ÿ(r)ºÞÔÂßÕaÿ¦´ý+î(c)ß^ÿvõßú*È,__^ñ3/4¦
º¯¯*þò  \    Êp›þíû¤(r)-ßtF  ƒÚ[wðÜ¿ßdpc~-3/4?þû8ÅÓ  T  ý÷ý¯"  ÿÿÚ×
Rf$0Ãõº-þëk"ç@vAÉ"ª]Vô1/2øÿ·þú}Ý(  d_ý/þ¬.ÿÚõxd  ›K  Õ×ßíÕ÷¿  PÃÿ}ßÛ3/4Òÿÿý}o]†
ýÛ̀³Ž"¤ÇÇþžŸè>ú
  _}×-  Wí0̂#Ã  "×ý%¨ä  ?é  ,#ªÿÿA´A#ý~îb  D  ÿKík5   ý  >ýz÷1/2k×]"$àßûþÞÕ÷S  ÿÿ1Cÿt(tm
)dä
^‰?÷-Ҁ¬û...ëÿõãA{h"ö""¥¯ôêú$DŒ  ¿×ô-+t°ßþÎ  ¯ßYHrd  "}÷ô-¿Ÿïøoµ...¿3/4¿Ý}?éBÅú  µ_ú÷Ò"
_"'  ïV-¥þ(r)ºÚêþé}1/2'JÕ÷ëKÿí~1/2ín-‴?  ̈ï  'ù(c)Ýûý9ª1/2ýú5'(|/ý}÷ÿýÚÕÕñ]œ}ÞëuûNÚ±¿Õ±^x×
í%×b-V*  ÿÿU¶|·^ÞÃƒMÚ×ß§ý¯þµúoíõZé_ëÅk¶¬nûô-"¦þô1/2í¯ÿÚß¯ÄZ1/2-  tÚßuþÕöÕkÿO{Vÿmò
GÓ-öëkNµ×†-}ÒµÿÝ3/4ÂM¥þ•_
~×s7é†-ðÁ{†žõðÅMš_Ú""›é"it¯N  Z°ÂÁ3/4"
-¨ï0×øzØÍ°Î¯¯µzÁ,V  öÒUºñþÅôÀVþÇ"fÕ
/èJí=-,"°Á&  qi¦*ôÝ¦  q=    (r)  Øâ  Á%Ý'
N  (c)  w"f  _ïl/Ù
  3/4ÿ°Ÿö$Ýý·ký[†+âØ"¶  ´Ýv!tÂd;ûMý"  b1/2X"i‰  ÛÃ  ßö¯áíÜ‡vµû_õjšßzï¬'Ù
‹M¥    ë*a^ÖKû-ÐaB1/2Ã\  Vë  ü-
1/40"D5â:†  5ø`(c)  Â  ÝÞ"  Ô!
&Ã#1Ã  ^"C  "  `"q    a  L  &±
      `ºh?O              â"

ÌÔå*xŠú...Z_J#ÿÿÿÿÿÿÿÿÿÿþZc¢
dÜ%+•3²ÔKÆIlì¢+¯  ¡•
ì- ¶ PÈÙ  Ÿ"ì"
"ß
'Ù,1/2d[ý  )y$°  zÚ3/4ú_°°ëûôû-ÿëD_
?þµÕ¿ý  ·QQì\__ýÂzwõ÷¿úMúôþˆ¿Ôoßµå~ì  £¸¶È¤sû&
ŽÁc³[Èg'\üP<"GA   ŒþD  3  9  qJ(tm)
GŠŸ•k? ŽÍŕÌ"2  j³ˆ  - ¢la    'C-ÉL‰  ØÉp-    A  Q
  mH%Ì  kDqM  ,!ÎÌ  N!*Š  SPÈØT˜  @ò     Â"ˆ4Ì
ƒ  ,!  ³ft0  'ÀxÍL  Ása!    Á  Š
,%`ìó8 "-B    µ  z

=P0ƒÕ     gÍ?†"=<"  0d¹§,
"  L   Aàƒ¤÷  7   Úa  ûÔa5Ó¬*,
ÓÐh>Â|'ÒqÅ
ÓŠ  qiÆ  O(r)!,  NÒÿ´Óî  ˜/¸‡×¬  ïvþ-´ âåÂ  áðƒoDyÛ  Šôÿ°´D{×!_r(2^â  DXoª"ãM  /¢^ôEvÈ  ‹
k'<<(tm)gš[t    Ÿ³KÔB;Tù  Ü-=  ´ÉD-z@ƒ  D$`  ¹?ëœò  Ú'7#  Ny3¶ò!Á  ÉÎ iÂy  ðA1/2í  FOòg
z       1/2    "Á  rSm¤ò  kWIýj  Ñ´‰{dsp  ´ƒz"s  ´  µ|äŽJ  Ÿ  äŽžGF  z¥J}l+
ë\  :AÛ1/2î  nŸ§áü¤Ö¤ÝZZé-7O"|+Tž   Ú  ú~"oÕˆ ZO[Ââ=zOì°Z^*ZWúM.¿Mé=
°n3/4Ÿßz§Wí  zzzvŸa?§ÒIÓ°  Òþ-ª×zWuüvéõûw...êû{ôø1/2bý^•†¿ÿÒ›ïÕ3/43/4-ý1/2?ŽÕ>þ¸  ¯á-Þ3
/4ÛÐCâ.µ{Nïþ(r)×Û¥¸þ<v•v  ×M×ö¿n3/4´Õéz-]á÷]Pë  ý?-ßÞÿ(r)-þF
¸'÷|"mÿ[_Zÿ´úöÌ  .ù˜‰ó¿ìðd
   uÓÂÜ"""¹°]  âÃ  £ÿûúo:‡{!ƒ¯¬Y,
]?~þ¯ÿÿÜã~¢Î  uûCØd  aý¬§  È´þ?ìè   EAý-_(r)ü  ðW¦Ú¢R  ûN1/25¶ßVþÿ~Ÿ}š  :úù
Ñ]}'   aÒÛ}Ñ@  Èp/ß"¯^  Â_-,[¤ëÛT'û×××÷J°ð1/2ÿá†    þ
ÐnßëTAÇL  D  ù  ¿Þ›ÿD=ý  ˆÖþLsª  ðïÿ¤íßµ°ÿµl²{¹•  ñé×fsŽP^a ^¿¢-*
ü›œOøD/C
   }  ëõZ°´FzèŽŸm*  EŸ1/2°íÿéÖßÿiÕT•="ô#'@^'  ëôDý'!}"~"òdMAQ"7ª~·ß¤  oÁ?ûÁtõþ¿ÿZÿÝ/"´
Þþðn  ëü(tm)    ý?3/4  K"-éýú  W"'¥_Ö,î×_ûÿÿÿ  ÖŸ  _ä-Ößú
l7iÖ-‡¥¿¯Ý  OýÓ}3/4Î  j*ë-Î‡úßÿ×¬ê  Jt?ÿó(c)ƒ°õí×˜Î  ß[uõ¿õ  ÚÓôµôžé}o÷Z¥°}þíí-ýíÒ_j1/2ùVi
þ3/41/2ý/ñÒ×*ÛÎþÔþÓý/þ¸(r)ò)  ûî´Ó(r)ÿJ)°Û
jñîm¥ÓZ÷ûé×3/4ÚÇV.ªÄXim¥ÿ]-ö  éíLþ^ÿ*ïuu°u1/2í  °×µê×a(r)-}Z"  ÚÚ ê ß i†ÂV  Oþ�°¯ØXw  ƒ
[kÕwÚKÚP×^í"¶
   ý†  °ªÃ
ì4"
Ø]‡úð`¿jïØNÂÃ  ¤&&  K
0-1/40'Çì
›cy  ò(Oûa]l$Á"¿²:±Ó  ë
¸~>ØöD  Eµ"]6
ÀvF0W±_      1aˆLBØ§ø¦(tm)
;^$QÿÒQ&÷ßÕŠô)ˆ[Ô  "ì.ÛaD  Þ

j  ±L†öÔI=ZðÓM2
Šd0ýú_...m[ì&Û°
-"3/4¯ v-i"íím}0šö"°ÂI"Â¿Tëm...ì-ZM¦  †  0[  ¿-Â Á
á,¦
Ž¦  Jïu"
å¸L*N›°"  %¬  N    ¸°

!k  ML Á
  B!,påAød"-  H¸ Á  `ŠD!¡  I¡          h2ä:

y  Á  ÄDDDDDDDq          *ñ          ÐýVú^3/4Y
"UïK¡  ÿÿÿùmÑGÿÿÿÿÿÏ"ãÑ]âg  è‰²S;[
v
  ¢-ÕÐBOS    ²-xí  ;  gz<  33/4Ã<ì¥Ã¯"¨ÖTnv_É.Þ¯W1/4ÈOª{"áU\-i¯áxNÕÓö•tÝ  1ê³•ä_jê×Þêê
  H&šWë    ¡ú¥zá?ÉŽÇ
ÿ"ÒÝoéú_ õûûNºþ›þýûý"Û;1  T×ÌãLñ"â›vm"ŒÛ!¢(r)ÌãR*
)Á k8EM (r  $
Rpù  #3/4  ƒDP.u^  H²#¬NŒ§‰  ˆ>pë:Ç¨ÌS¨B  d¹  ƒ  Ñó
Qã*  D&  dõ,äUÁ1µ    N´   3Á  pDB),"§~h
ê!Ñ¯F  §6( ~`@    fPdæ

"
ÉÂ,
  ,(D   Â  ·`ƒ        t(tm)v    A Â!TA  5
o"  ~š  Ø¤  §m

á8´AÎ7M        úh7é4
:M   l  7ï        ïÝ"  ¦ƒÓm   Z§~-(Õ
  þÐðƒµ¤âï^iþ  M4Â
Ó`þFquÃZ#°ý9-bãMvé<?"÷oÈ¶êÑ+h-H7"FDÊ#w"ïD}4v‰ÍßRth  Ü-Ý  ê%<-¹   -U£NDºÜ‹d'´  6ˆÏ
D"  <‰
  £‡#É›ō">ÃY  ÚO#æˆÎ]   =á
Â~YÃ,
Â39%vG7  -¤(c)¦Ý5 è  ;A
Vƒuh ì  A‡ªpAþ  iéÚÐM¤Ü v  ÐÐ þÞ"vCŒÕÓÂ
ÒM´ÝtÚO"Ö  =pŸný'¿]"Iõ-   ÅH>ý7MÓOAþ›- ð]?}§ö  "Õ=uOO|/úo}¿-z Ý  ßÒÿëk÷
4¿ëÎëÖºê•¤"u·õ̃:]*ý'Vô¶Ò~žµzü  {¥_°  ¦ñW  2
M[ÿ÷µÿj#µÖÔ-7TðÁÛ]¿ýµTÚ[3/4¿¥  N*•=z3è¿Ù\  ƒ´úû¥÷¯ÖÝÒ;ú¥s!
žBtõ×wï¯ ÿ´×Ú"w÷""¨[  äZ-(c)   7Wß³¯"  év\  ¯"A>á*ÛÓÔÉXŸ]~¦  'ÿg   =}~(tm)ôGÓ¯sP_ÐÛ_5
  ,úd)  ˜

öë÷  -÷  Ý    á"á3/4.-""þ#§ô#ýoÐˆþ²@=  ý  Áv
  ü=Á]%ßé  úºNúÊa  þ-ÿ¯û^Ý÷kßü  ýõ|,  .È/Ü+n×z]ÿýHx×x*Óiwÿÿ}êõïO×  D<>°zµ  ‡Èm  ÷Á
  ·Á´  ÷3/4þ¦Hï  ‰=ō"A#¿É9¸Ë"ßÿüÊ×z-G-þM]uDt1/2ó  ¿Ñ"
ÃDgáý  Ý"-¿ïÍWû³¹25ú  ¯1/2A  Ì1/2¿ÿÿZõW3/4"NÓoè  ¿ýð"Ö$Áò0D¹2>þ"êÿ¿è/ïD´ý-ÿ¿¿ïûw×Óõû(
r)¿  Jœ-%{
ÍµA[ê"°ûûæ¯Û$ÿÁ}ÿoé[[ÿ8†¿î-ýô-ýÚNê¦ÿú×ïÕk[õÐ  ÿÿëÕÓÓgCëÿZùÐí%~èm(r)Ú"çW-:ºû    ã|ózU8
{kè0"jµ·×öé  Z÷þ"ØuÛ¶¦  Ÿmÿ1/2uî  mwM]  é¿UÕÕ߸¦Óîëíý̂C^ï×kt·êü5ý
v3/4  ×Vêÿ]ïðú¯ðÕ
-o×z°-¬0JÕÂþ3/4"ì]6  ×õu¿l$fv  ñ  ¶=øuioi6-°ým-4š°·ö"]"ÛJ×A-¥a6)º"r%ÿß'
UºÐPÈá<3/4¡(r)¯
|B{ßO†   HAþÃ
Ç"`à`-°Á-'m¦ÀÈ%øøc}Ž
  =ƒ  ˜ØÚdWR  -×íþÇ|lH  J"°Y  í  +µôÈXíXcB1/2ˆO±^Çÿ!ˆÿ]H.ö!2  †¬BaH.=¦)(r)ûJûÚöšM"ö$Ç{
}pÃ̂û

}" ..."² -Òá...ß‡ßÃ
°ÂmÚ1/2ÃM6 L& ÿµ(r) $°Â`ŸUëu Âí/C^Ó
\ hC Õ
apšÃ_ áü0¯`"0ƒ BÁ0A... 3
" à"i,a á"F!¦
· J°¦B ˆ¨ˆ'ê"C/z ¸(s7 ^È """""""""""""# DDFW(c)¯Ò1/2-a"(r)ÇØ\0--Gÿÿÿ,Ž£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
Êeixå´3ñÿÿÿÿå'+,µ¢3,ˆæEÂ FÙQ êB ,'˜š3 qÙ TÙØC' à‰•ñ(tm)
(tm)æU\2(r) ñ &U†n(tm)ß¥

ÛäM'~•*_õ" ui2/(tm) ý...Õmÿú
wM 'R@ßúºÝ ¿ôõõÓ@"Ýw_DèX5ÿôKÚLÞJ¤Âu(r)HïIþ±Öý Â
¦!ñÞô q±ñjª"ü~1/2ýU?ÿÝÿTµ§ÿjÿÝëýëËy*jj,(tm)þ›y'EYÔò‰{6d`"DKŠBâ
ò =Î...¦f-it§ Hf J@ˆyƒ3Ó:
tfÅ D¨Š vB!" ƒÓ Q ˆj ë6) gVCgÙ,#Qƒ8Á ‰ÈÆ - lÙe "ìû6!˜tÁ
= @Á ¡†PÈlœ8" œØ¡ I(tm),4 Œ k"
§ Í"( ³ (tm)‰ "¶Â A ô
$J H á" ¦x8Aö)è4 Ú`ˆs¿ 'ÌÀ‹ 0 ¦¸@ð›xOÓˆj˜Aúki Ý4 A,
èè0Mì&Ÿ ¦1/2Eé"õÂlXM4-Â}1/4XB¢ éÚðÐhqz}Ã¿´ÓOÂ
qiÆ L&ªœq|iÒK´ù>r+áKÿ"Ž h6Öçrj5iÚm|[-‰e53/4Kü_Á Ô‰"Nm Ç%ÿ'àÑ)í ç¢ vˆ°×Ñ?
d(íã¥û"ç òèÏÉ ³Žd ›'ù m öˆ³²‡-A:1j
ä 'Ì‹ù?}Èï"Xhˆ?" "æ‰Ï"óá öEù FlŸ &é¸MÐoá
" '}¤ 'a"TpA¹/{¨ysÈéä|D› ÌT3/4 ?M¤ý&
zk"õ`ôÝÈPj›A
a6,o¨C 7 :
H ðƒz_
1/2î é
§ô-+...ÓÂ ´ž ~á6 á?A§ôõ·-=ûÚOM:A¶ V"Ðd >ŸtŸ éÚ"t µï¯¤ÿûi_k¿ZOO
ºIºµõWiÿ-v ºüU,Åé"{ÿºÛvApßÂwÿº§ë uz*`1/2"ÿ(r)´š
kâ÷OOÓtÒNïZMwí>ëÿ· [§ªé÷ºì0úuëÇ¯ý¦ºÚuþõïñ øjþ·Ö¢7õ{uõøuÿ·
V-×Öÿõ ºï1/2÷×ð{ïø_z÷§³áh Cþ -?-ÿU} þw(c)/¥Ú!
ä`Kº ý}ÜŠ‡÷ëV "§ôBéOÕó¨~"¥_‹È "Û
ºfeÐUãK~ºxm/~˜9
¤ê ÅõqïKtJÇZÕîˆ}=_á z
wò€_ýÝÿÉ0aÚd-Ÿ} ò6 ßßþÖð"÷
8j û(r)3/4"
¦¿Ú†
÷(r)¶]zúéÿø[V ú÷" ºÿ¯oý;íÕƒ
- õ3/4·k Þ
¿¿
íö›"CÇßk_D ä-ÒÃ
AtžCB "Ÿ"r ÿõýÄŠ%¯:
è‹þCAÕ\†sßü7ºý`Ý·ßçP¨ þ• ŸßÚ¿°´GKàó öbœµpˆ\ Cïï÷ýpr`%Ë"ìÊßH²~›ò
_ Ô-'ëÜ g'Õ3/4 ÿ(r)›÷ ^Ñ /þú"Óýêÿý}ò]'²ÒýíßÛ_*þûÈØ¿ÿƒMû¥Âúö*3/4³§^
ßÿÙÓ@¿v*õZ š3/4"]°ý*ýwÒN"¥ký8?÷Z¶¿{¥÷éõí
¸uö-Î-û)Óü6 öuv·îðú"ï§Ï<§ß÷lêûW:¿n÷"Ýuµ ßóÍìêïK[ÿßô1/2u<3/4Î=ïÛ!šÙÕ¶ª¿-i µª _ÓW××û[¿þ
¿~œŒ>××o¦ÓuoûëêÍ5†-ø-¥ö' íÿÿk}¯÷†-ÛÛ× -¥ý¯(r)-ÚÖö*¿ú~¶ŸVºMëÿo1/2ZV¶ºm¤Ú¿júÝ ¶"
_×_Y!éujÝ-...ï_ëÝ†" µí/3/4Âö Úºm+TÒJÂ÷ëZi6 m'N ß '[i,5µ×áú{ï1/2† ]"àÂÃJE°`"
'ö ZûK ö

=6Ö
/ † %
,0¶1/4  Á°¬  V8a`Ì
  ƒá...bž¯-ƒ          0ÂV  Ã  ÃU_û      _þÄ&7bMÛ"ðÿb¯¶>•ö?ƒ#˜ÇÁ,_
ÆÄ[!‡ÿ  Þ!0¨!$Ý  ÒÝlS  ÇôÆÿëb¿ûj¯êµ¶3/4
...µûîÄH;ˆã¯aT,;Ï¨÷Ûâ°j  1ƒ1/2Ï¯al&(tm)
‡{          Aûé¯¥õZa0°Á7a"¸¨a}°¨0-U  ˜Õ¨  _J¬&  0¶XéXOûª(r)Â
Œ`L  µ°ƒ  á"h4Ö¸˜šÕ  xa  BÝM      F˜"á,      ZpÂ  dD°°a4Â¦
\  Óƒ
  0†ƒ&K¡    ´Â
  ƒ-m  Á       "      Ø":,  ÁP^q  ^^^^^^^    ^^,2¤DDDDDDDDDDG˙ôÐ
õ°Õïiml³ö)ÖÖØøI§-
EU  -Z£J?ÿÿÿÿÿÿÿÿå¡ª,³Vc³]NÂŒª3J["³Æg  ¡•  v†w"+êîŸ8k÷-ã²^ŽŽÇòKï3/4-ðµôáuÿ(c)-•ÿ¦¨¯ZðŸ_-þ
ÿuôîx,~°ÇëÐþÝ×w÷÷wû°á  õÿéNõ¦2Lå  4Î¤¹  È  ›yœ¦?ÈÒv¦ƒ    z"á´ý(tm)²C5ƒ'
gV`@A(c)›0  ê<Í,!ÙUL´  é      Ð  "-aùö}¯  7Í"3ñÃ4  !çŒÖ  |  63PR£!ä6f
a  äö}ØA  DÕól">  ¶ƒ}0ƒðƒ"  ¦  h=
ß§ki3/4  4  à  ë@Ðh8xA¦  ÿL'õé¦Ä5X´=iÅÚ}û±hTZªaR·      ñ¦ë¦š
k‹C  B"<{]  ã§h-4Á"99¿M  ã´K  ñ  È¨hŠ>E      "Ç¯ñxâý  "Ýò  Y
<-9    ŸY  ÜŸ@ôKÜ  Ü  Ü°6'où  ô-G>È¦Cä"¤KÃ4#ô‹Ø"wú      Ü´ká  ¢sÝòG
°íýÐO¤Þ  m'KH6Ý=õ          Òj  ðƒ  ß
Ó\  è-Öš~éãátý_OM^×N1/2Rv
×§Z°ò›§þšu-°1/2î1/2Î21/2¥µöÒzúIëiÒÒš¯*vÐ¥é=ï-]7ê*¿ÿOèÒ?ôÓ÷ÕUïkûxßë_ý-U÷ö(c)§ªÆút-æ}
Ø"ôšOßïÏo1/2  (r)ëÛïÒv1/2kO}÷Wý×¥ƒÝc?^"ÿþ¯þF
ýÚ³¹ú  _Ò˜ÞúûYN  ~?ôœ#  EÂ$û¶"}ëÿ×3/4t  ýZÆû}÷Ú_úíä0Çûujt
  p+(r)(c)o¥UÜ½ÿ¯,tŸõ_  ßÿöŸ  wïÜÁC
  }ïZnî}ëým+wu~Ò-z[ÿö°éÁZøD=Á´Aª(r)¯-éjÛû3/4
    ô  H(r)PÖekõ1/2?ß¨  ...ïòÊ?¢$á´Dþû÷Û  ß¯zú$  K}¯_ú{°ïëÛë¯  ë§àÈ'  ‰  ¿UÞ-ßßé  ¯ß¶t  (r)ÿú
¯ô"ûößi
°n¯_õ¿ú×ýW...Ö´µû!¿ýwß}tÒõÿÿLþµ  v÷¯¿õöÿ"u*ugFïoþ  ×é{wõ÷:  IkÚ×¶¶ÿ-ÿï1/2ÿéôÿÝVëÿL/-û-
Rÿu    Uúï_÷ûkÿî°-°µ¿µöÕ†3/4ÿ¯zÿkÕ  (r)°ë¶¶  í/úïíM-ÒòÕ˙¸a/}Û_ÿ}l+ûî¦0-÷ÿö-¯°Â]ÿî5Ø¯Ÿá¯²+¦
$Ë¸*þøÿþDÊÃ
ˆ£;"1/2(r)
  *Áwþ  Xý  ÿØøû  k  Ç†-(r)(tm)  ÿûîmû  ¶¨-Ó  Ýë~  ä  ÿ
_ù  ~È<5ÕÛUÓö¶  Oèûé2    þ¶  mSÿjÈqí~Äÿ]ïkä",0A"àÂ]z
/ÿOÛaoá"ÞÂØ  Â¿ªj    Ç
b0"XT¡,  †Od  ¦"DTDw  àŒ
É,Äë  †Y¡Å    ^  X^^^^ÄDq          6  "koÃ  ±V¡...&Å1/4  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþS  ª2Ô
  gj
ÌÊW  •yndÍÕYØ  R(Â
&  +  ³*Îw‚šÁ‚*d°šáÓ  '(tm)çz‚-‚Œ·D*r$•y  ÝTìùØ×âeB
ªit•a?      "  X]<(_
O´-×ÒûOë'(tm){Ñ]-  ]ëí¦Bú%Îôá¬  éP  nXWuaxõ  ›DÿŽ=^ïún  .ØÐöLíÒ
ÿÖ"é¥ôêÿR1/2ÿ×{õmö×tú[×  O-  J§M2ë%  &_&ƒ¦b  é.•  D1
1/4ñ"‡8Õ2  S'@U!  Ñ  AN,9Ö;ÐvUçCáýl  ê      ›  ¢  B^  qžf  >  A"
  œgV`R      É
èg  š>ÉÆu
¦    y³:-Nc¤Ù.Ì  R3    ª3  á  Pi"  Á        ¸z
ø'žfÁ  O

A  ƒ  C"ÔœÁæ  O0-5í¿§ië ÓA§"B"ƒð °ÒÐa  ˜Â      v'×ô-šq
Â
(c)?P...&þÚ  MÐ0ƒzO  ûΪ*þÐz}E¦˜N..0  ¥áPiá
á§°ï8˜ïD ï‹ýQ  ß¬^žš  ÂqŷAdp‹  Bt  Éó  YÜh-9/w!!é¿Äh‹  dÈ{oéUHG
9  ß&}ÈHfvÈÇ"Žе  ÿ.(tm)Ç&
öB4GîÑ  ´Ýdü6BCöG!PT.°w'3 ƒü‹"'8Aá
'yÁ  äZ  óm.E,0Dì4  )1/2ô³P  Á   ‹"Iá  ô°,  æp¶"i6->ˆ³|+Ð@Ú%=Õ  Á  ø5;¯°ÿx ÿ
"é7]  Ún  ö-A"  K¸Oë  +ÓÂ
tëü'ýié×ª
ô"é
Õ'...    Võïp°¦‹›]§§ªmë"   éÕ›í$·ëën›zoÿ]'Vß¸U¤ê"umÒMîýnJz}Õ?  ¿÷  ¦ûêÛÚKÿúmÿA(r)Õ1/2Ut5uÞî
Ó¥ÿ§÷ï¿×W÷A
›ÓÖŸ¿¯¥°éó  µêœm×Þ'¿]'¿Ó-ÿÓW}z  îõŽÚ¶ëÔîB  ›Ãûü=Ð  <%ÿ^Å~¿ëz'Âýÿ§Âïÿï(r)ôÿZÿ×uïÅ±p(
c)ïû
ª¿  +  ÿ  k÷5"÷}-ýþ3/4ó &1/2z×N1/2öê(r)(tm)¢#Œ/¦û-þ?ú  E  ï°^ÿWkü†
¡"}?ÿÿ...ß1/2_tíÕ1/2]øŒê  Ò¯_¶3/4"Û
°"Âÿw¸ï¸öþ-¿ßÿ"C  ë-Õ}%~Ÿ_²þbûî°ÔÞê¸0ýµä‡;˜´‡1/2~•ÿK"CÇü%_U_þ  'ÓïúW·]5õ\  °  \¯ÿï_  :‰
êû!  6ý=í÷è‹7rÉÛ  ÓñûD  ïÿÛÛW{zßjZB  :È%Õ¿ùziW oÞ÷@¿ûõ÷Ñ24þ¿}Òþ-
"ëÿu  ý]6,"Ÿÿ°ó³[=tÝo¸?õÝzÿ|>1/2¯Õ°H  ¿¯  ëõÿï°ý}Ôî
›ÿÿë-Úúoýôj'[¯  ÝQ7÷é}?ý7ëþ°§ïÿÓÞ(c)?Þ"
Òs(c)úÿÝ/§×8}ÿÚÿßúMúúöukë§]ÿÿÖÿ(r)ØO]í5úpÙÐ¿"{Wëö"z¯°×û  ÿ×1/2&÷í  *b3/4-+K¯ý~ï~ÖÒï
  m~1/2  ¸×"_iy:Kß~û×õ°¶•¥M¥Þ(r)¯ðÒúm[íM
ï3f‡
%Ûwÿ¬>  \0¶•Ã
V'-CK]oi0ÒAýÛ¯¥ñ0'£µ°¶-j"  µ
-¶-Ó'  Ã  ZÚW^1/2ÖÃ  õƒ÷cc¸0°×m+µÂ{
)÷†"‹~Ã  C
-Ã'ñíÁ...'sû  l2áî¿...ívÿNÍ‡'x0"-EXJ={øö=^ûÝ(c)  `Ó
Hœ+˜Á  i5  pa&;#"  ÅtðíÕ(¯Oé¦$c¸¯¬1Iwí1'  b¿Úc...¿NõÈ<?¦þÙ
ö  a  H±"
ccmªŠ  wä;M'Û¿Øi3/41/2...ÓÔ+i&ÿMôÚë°Á5Õöš²Ç[
û  PÂÃ
iPN  V  ¸ðé...Ëp¯[ØA"Â]¶-Ø ×}
a'  -Ô·K  +ôê  †ş̌þ¯L)nGQD/^è:L  #¤>      ô8‡    Yp  †XÚ
5y.?h0Bð`"DD\DDDDC^á,ÄA'U¯Ð3Ž  D21-        -  ¸i  ^^¸̧^^^ÐŽ
(c)  ,

^^Ä^†"DDEDGÿ    ÕéifB¯Ò...¯×m  ßVªØKJ-•Ä"¦ž
  ]V-+  Ôo"ØXû}Ã
õ
        ÿÿÿÿÿÿÿÿùo
.
dÄY
ÈFw Ï
[Ž¦¨Ffv  (tm)  x ÌGg>Â(c)wÌ...Ñ(°(r)I:ôÔÎÒs±Dv'ï§•Âþ  *\/ôâOU

ëXZ;  ŽÆUï÷ô

ê´ü)9ýRÿêŸÁ/ûx¢Î ¯KÖ3/4"ñ(r)ºß žÿõNÿ[ÿÕ]ÿïõþ×ý;ê1/2=v¯UUî¹Útïß̈̂
f¡" "Äà^\ 3 qÃÈÑ øì†wd
3 ÏÄ@"°óY 6`dŒè äC3¤u D9 À(tm) I
dh!@ÌA2:? B ± HÈé "¥üØ¥l\§‰ Â
ðpD(tm)8 šæÅ CÌA¦`@ƒ! !" É Hx@ò0 Ã>Â
xB?˜ flèa ¡ $Áêf ·<Ð3
ÔÌ>ƒÁ ua¡ (c) Ð0@Ïš |( gP€...á3¨@ˆ? ø[ƒ
ÖD1 ý; 7 4ÿ "¦ mÝ êðž-º" a
xOAÆ ?[OM´ ]&Ÿ" `šº" u ÐiÞ¨4CÌ^J5Òh|Zk žºw\}!KlCW¤ôûéØ¤.E;"äpé¹ 9+w# ¡ÃCU
OM Ÿ §á 8$GÓI ÃD²K×'9¤Ú%í¿D¦ëÑ.]1/4¹¹ tˆQè"Ûª#æˆƒ¤G(tm) (-IïVEé ä¹ÈÿË›@ ¶PäŽc¤
8@ †‰Q" CÒ%ÁË›DXeE"Î‰s-K#¥ ›A1/2 f" è 6, Èý¤ú"þ u¥Nß ›!.K;Ÿ†G;N B
A‡ PAµù 4Þ,n zAºlCJ°›(r)ž ²3Ãï
-: ÒlÏ'@M¢s`ËØ‹uÃôô× ëé1/4=Þ,m/§ú ›n›IßI3/4ž¡;ÞÁ O¤ûþ""¶·‡KÞ
°-Ó}] ý:Ãh&ý
¥é=6Þêß
Jõëû§êºé×~žÒô›ZÕ¯§¯¦ VëÓÓ{t÷
°Ö-ÓI>Át,ðý1/2...îß¯ {Õ7ûmúÿÐ¥ãÚUûþý=?Oý‹µþ)bª01/2EÇï·-öëéãvºõOkû|ÎÒ^¿îÕ‡×ÿ}[[kÿý¯ÚÚ¿
ûÖ¯pëéÓë÷ò =jºîµmõ¿ ×ëÒt m%ÿN*îºý¯ƒÿªL3/4q(K¿`îÿÙ g]nì-F Ó8ÿ5‰× ÚÿoûÓÔ (r)j
ö\ ÷¤ÌÂÿ÷ï1/2Hu õˆŒ
ºô
ôB
F>Céãé"!"N¡Ž6Þ¯$ ÷ßõOÿþ Bò@cãûxÿÿKÖØ:ÝSì" ë¬2 @?â-ƒû‹Xa¨/¥WV ¯úµÿÿö o,¶*ô¿ÿ
ÿô ~1/2> _v † ÿ
?(r)àî ~îëÂ!ã{È`Çÿ¿_Ü kº!rÝHhuÞýõÿßáµßmYŠHx¿¨aƒ (r)ƒ ä;" S!,*#?-
wi":j•œ(c)ïëO¿z'á5Ñ šæ*×Ë&¿ÿ-óP Öë¤ˆÏßhÔ 3/4ùa (tm)YnVy Cx/îª›,ïÓÖÒ¿OýrLÝù´ßþµ}ßÿ(
r)D §""h YÕ/d`ÍB D"1/2èGºþÖ›w¥U{O_×]ûïú¯_{õ-}ZîØ:þ• Íií ï
"
û
ÖŸs)¶Ý/·×Z"îÎ(r)þŸÿ_õúÞ¯Õ[ïþßõ·¯ow54"÷ul?îJS*¹(c) NÿÝ{! ûµ-}-lv1/2ÿùCw×ÛVÎ éèê ÿß(r)z
{÷KV×Þ"Ï<åÿgFƒ×´
Î²W_ïkJÖÖ¯¦ê?"]µïõÛµŽýÕa÷k1/2ú[}¥Ò§pêÒuµõõÿýký?i'ûjÝÓí§_"TÚßß×jÿ-XK‡NÚø]kmn1/2[
îëiZ°ém-[ÿmo1/2† ¿Á"Ã {[[û
ÃÞ
-Øa+
ì01/2ì5]&Ââ3/4Û
Ý\WÝÚ]ì>
'}µa...U°"i0iZßÚÃKïm+±
E±h‹ÀÂLl‹}†
ˆ‰û ìS-Çû Ã"‰oj*Øj°Á(6ÿd\ ] ªàËŠÅkQ Š`Ì
Šv Ã
CJDÎÁ" d| 1/2†\%¯- Ã-Š}ø"†þÓÓUL, þ NÂ1/2¨6)Ø- Hßñ w± 4¯ÓQ% ±LS þÆÄT‰
v!2,) z† µnÓ!_ûþ˜j¸L‡¶œ+ü5ºÒnÂxI†-¥[Ü0•vªÕ0Ó L5°ƒM~ÓO´Å<Ê¨4Á;†˜XuØ' Ó
œ0Zá¯í,upÁ
ƒ ì!
Ð3
Õ L* `ˆŸTÂ ca l(M8‹ 'Ã "ÜDDC&ÜlÒ""" Ðˆˆˆˆˆˆˆˆˆˆˆ2•
*1a †ž"""""#ÿÿÿÿÿòÈH£ÿÿÿü¶ "·›+-E dQ Î)ØÆv ÎÍY
ÍQ'tIœÈŽïƒ+À`† ¦ª ÕNÆúÉü"ZuOºÿP-á-tÛ1/23/4Lý*(r) k^ üüEõ´I

3/4 -oþïÐqüv"ú́   ïêþÖÿ[uÿ|&vBÉc2  YÙ"(r)Þ¥Pg  '±2-H  \‰     C Œ  ÐJd!Ù"r6EÌ  2
  ŠFÌ-  Ñ›  ø|±"  |³:³c3  ê24     (tm)¬G
¦ÆŠ^C  (tm)    n:  Ñ›3  ^  6ó
è  ÁB
Ô%  f\62œ!     Ö7$
øA- qv- Í  "Á  ú
"
  Ü¸  ðƒA,
&ƒ      A.ƒAØ h<  4Æô  iiÃ  5I0œ*u     A"  dƒ!µ  :á  ÆŸ-fêÐh8´Â
œ qjš  M  ‹  =44Ýââ‹N-  Dp  ^-Ý Ð  ¡Á"CTOßèŸ=B
4âH}úq&;†^í•ør+¸´G  ï  ŽÑ.Ú%:'û¤     DXì¨,  ´Kši¿-¤Nm'Ú¦Á˜äWô  ôN     ö‰ÍÈ1/4Dú%Ï'hKÜ  È
¿Ðç,
ÈGhœò-  1/2Dé  ¯A  h-¸=
"ò? ž  ¤'tNœjG:  6‰{"›ý  Ÿ¤Ü!H?  t›1/2&á:MÂa6     ó:  o§"Ý5  hÒr
Ât·'ÑÂj›d)}6  xA·n›T°éþ›I°
"  Ð}ÓÒ]×O¥OMÐvš1/47ÚO  ¦õ]"§é°nŸ
"a  Jì/ý~î     Ò^Úzt  tõúNôßV"*ý1/2  U_O3/4(r)  ´ž¿éëK§aûÓÖ:  /Ð  ß÷K÷§ý-uýéSxÿºWý×â?"í:K
]uaƒ"Üÿ}  •]ý-7CWZ÷ê¸  ]o¥ëÚZïé}v•uëîpÚ´
  ïþ       â-4¿ÿ÷¿KêÞ‡ü3Áï‡Èµ-÷µêúø2X'ßý(tm)...þ1/4š  þŸÉ€FÐÕ¡´ÿè  ×ÓÝúÿ  ¨Ø?õ  ãnö
~1/2ô=ëÓ;q×ý¯  ý~úýïÕW¿ý°·
ý:}ß[!ÌWß÷Õ;§  ýÞ
é  y3/4÷-z_×3/4ýÍ
Bgø[T
uÿúý
  !Ýp¿(r)ý_wúÓ"Dûr1Û.˝k{ûÿõuø!  3/4c
e-=  ˋ Ì£    _OM  O_þÈV·N°ÿÿª$‰ôÔ-
H[íýY...ßÿŸ~ú  êƒ  ß  ?1?š"D'1/2ýzý"È)ÿ×õ',Õ°ªþ"ÿoi{]"_öÊ˜îû~  û  Ð[÷ïé(r)µU×ßð°z3/4¿ÿû×~ÿ
_[g^ë  ßúý
--}}ß"_¿oõMöïèw{×ſ˜:>"õ˜ôwß¦ë     õÕ¿WÛgS×=z*ºþÙÐÒoÞÔ  ]üõ¿{~*ºwzû*Õi1/2*ûÎ3/4ò1ö1/2
 Õÿ~Þ¿¿ÿÿÚÓ¶"-ïö3/4ë}¶ÚZOÿÿ7V"-ÛÚa-ûk  Úëkûkúk_ëúï̃k
m&Òþ  ¿þ-Ú¶šÿjÚ€Oöÿ¶-uÿ=ôÒn  /í/´žû¹*ÿÿ°Ò}µµ46ÂÄKî2áUS
{fꬬuþ́ÚWÝZö  "ðapÁ'Ä¿cÛ  "IƒJûa-Û  -í"˜2áë†  Õ¡,"ÆÃWd+§3/4?c`Á%mŠ†  ÿ
  Óa  ÚPÁ"
/Šâ(tm)  û\a  Šûbª
Š¯ŠbFûÐäLÛ  û  ãÐ(r))k
‡  ²   *›h1þñQLTk  ÚÃ_°š
4×Û
l4Ÿ´Ôû!áºx`•C     ØJ  ÓÃ
ö  µØa2  þªÓT
~È#í5°Zì-,a0'á0Ÿ`µ"  ,ÿ¥ü5á...µ†  ô?†L  [)ì(tm)p-ÿ
  Ða%nÂâÂ
    ̂  pd  ,     Á  pa  ^2k1:Bí  "  s"  d{¤DDDD  !     `  "
$'
   ÄDDDDDDG  +*"DDFZS'ƒ\5ûõ  ØVDŠŠ°ƒ


   ª! ÿÿÿÿÿÿÿÿ-²Û"z¢(r)-Ö^øÍÒže6xÈ:¶v:P¦  ØiI'û(c)  D  ýBzI5_í)  -ð°Ø_ÿÝ/¬'ú_ÿûð  &  ÿÿõÕçè
WëÜ~ÿûß¥ýÿõ¯¿-â^§c  òŽÜ  ¢!'")
¬ì›÷~eQ     )Å5Å>pŒÆÆNÁ  )Â  3     œ  !'£!       ‰   ^JÈÆÈq  ÆÈ"

```
  ]  ˆb'Œ¤
>$  HfÄLÙ,!
  5Š   <pS L ƒ (tm)8   š   õ<Î¹
U8d@"(d`"\Rù8°@Â   a   Ðz`ž(tm)ó  PžxÌ   ;4
(r)  a   "°ˆR`â"-0  ,!T(v  qn
  oa   "  =4  L Ð  ,!NÁ
"Bè  !  Ø a
  @á  ƒ  "


N! ûzb-êƒÂ~šh;M=Âh4Óá¶...¦"4  ~†ÆƒM
Õ"§ Â  Ðw§MQ  °›  ‹Ï‹z3/4-i?Dþƒ'ÌZ"
Ö¤±"äGH-:DXÈ ÛD|Ù  Ü  Üœñ
  å¢7h-0Ÿq  N4ýPxDH  %Û?t  ˆï  ˆœØAÑ:9  ß¢/3/4$Ý  r#çô  D¿      '-FNÉëA  äç*Ø ƒv‰ÑÂ
¢'4
Ð@è  :  7"ûA7#Ä,34  m-?ß'û"£ù?hœäZ,  @  ÐV  i
ªt(r)  ´ö¬'y,
¸MÖ•Â
"Á  i?õ¤ßO ›iØAÔ;°M(r)Âjž†  n  ÿ#¥h7#£Iý   H7Óz´Ÿn
ƒ
i¿K  i8MzO~é?ÕmÿMÓ}7Õ-ÖÕÂxMµ-Ó×Z  ôúÜ'"ÿ1/4&ô  Óý-.·õz{¤-ªiÝ'÷  °v›¯õ¤ŸIõvž°oµ¡é×ª
¤  $úõ¯_*þ¿1/2¯
c¿ûŽþ"^ú"M×{b3/4¯]cÿû¤ôêú´Ãßþ1/4GÝöìi¿üiú¸é  ýüëoï(r)ßïÁÿõßÕ_ú]§k(r)ëARéõ-õÞ"é/á±kÂ ÿ  úô
Ú^1/2n°¦:ÈÐ•íýÔúe  =þŸÓ  É¢¶°fÔf  G*"¢ý{
^ß°yô].ü  ªž¿Î̂  ß[ÿõ(r)¶A
2Lô"^>øŽ°ÿØÊ€Ç"ñ  jFƒúú‡0ïþC†"=^e bý  \œ  -°ÿµîß
,ß-Õ_þþÝ=*,¯ÿx/°Û  ÿû  ¿Á~Ÿ÷Õ~1/2ú~(c)jè"-ÿþß×ëé&¿¢  íi  V  unƒ
°ß¨ÿè,GÓíÿ  ,Fö×µ  þó¨Y   ,]ÿÿ  \    ³$²j>Û-ìÂä  ¿êXFè"Ç"øaßzT  e'^è‰ïß×ôI  õú×ÿk"
b,hþ"ë,"õZõ¯ü  1/2öäHš?Öj
Õ÷fˆ-k,"÷"ú|/Ý/ÚþôÃn,n-ÿzÕì(r)Ûë×}÷Ó!´  ëpˆëëðvýiyÑä7ë{]~ßýé?¿§Iouþtmíš¯ _V¶þµ}%øp-þ
þÒð  mÿjß  öµ¯ú¿°3/4  œo  oÕÿôÎ¯nüÔï·¯²  û"ßgFí¿¸æk÷±ß1/4ê~°ÿ¿ÓÓ~Õÿÿ]}"Óý  o1/2U-´-kMi
ß×ïw[U¯
ëÚ(r)yì?ë¦Ý^Ú1/2wÚ^ÀäïkßujÚéu1/2×é¥"¶1/45´-]+[K_µX{k§ª¯{ö•-Õ-61/2&Õ´(r)-øiiü-:þÛ[[¦Ö  _a¯á
3/4Ôä¯¥¥ö"ÚÄ  ]µô¯i61/2"í׺M"(r)•°ÂXaa"
 ›   >œU...÷é  ‡
$ÆÁ,PÂL  ""-ö  `Ò  ":Øad#ö¯0-°a&/Øö  H0-  ÿ1/4  ¶  ØN  0ÂFníl\q±¯ªÂÿû(r)Ãcd  {  ÅD>þ!_
Å1PlVÅEjÅjÅH<}  iØ¦)  ÕRbºŠcb¯(r)DáY
"      "þÓ3(c)  ¿oÝ--µ    é¦(r) öªðÂkal(]°·i"÷öƒ
AÝ ÿ*]µ  îšanÕ¤ÃA¨÷ïa5-Rý3/4Ó         ¥
      ...û^¡,
  àÁ+Rà/
*     2IÞÂö  `¯Oþ¡¤ö
(r)
Ø(a0A-X  ˆâ  &"q  ¤...."E1  hF¨z
!   hDAžCÈ4!"  `†ØM  Fc   ˆÂ a         DG  ÄDDDDG
#ö3/4•ÿUé:U;
'W¥³µ  HbÔ  ÿÿÿÿÿÿÿÿü›"  ò2  f@Ì(r)|ggŽÕ²¡ÿÉ:dZÊ†@Ù4dM•)BxL*ë
  ù(V(c)g`ITšO¿ßßUMp(c)i  _ÿ  y9"  µaIíÿßÿwZ¯,...î5ñÜqÿ¤ý  ¿ÿ\/"ÿÕWíÿÿ×¿oër-W³'ÝD
8NjgXÎ6&CAL  .Š(c)ÝŒãfJY  .J‰H  ä
```

Êq•y  2  Fã"  §gVkf   Nó"SˆD‡›
d  ó.d†PðˆC-      " FƒR€ǣgÃ,a  ²  (@õAŸ    a<  2C!¯"  ¸3@@@Â  Ha  *  t  H4Ô  a
  È]6"‰om    @í
ÐAý}< jœCpƒí
øA ø ƒ  44ÿAÚ
  p¯M
öž  hW  ˜M
í
1/2¬^  bÙ  ßmGuª
  ¡
úxM  "ˆh^;M  ‹Ð  r;i·éÛêDÇ§h oDèöGÍ'ÂÂ"¡j  à¡Ú'ÖEz"""÷'ù)ü  j
›dP"¹ F...Ë£Dv  "'YC'¡.È¢
9t"å   '6ˆçù?Õx'äæä(c)a
éÖƒšC"PB-ƒ B‰Ñ ›"  &útƒ"Ðƒ¤ò9°- @Û&p›  Ô  n  1/4 Ú
°é¿H=ÿ}  ×KÕôé}í¤íBtƒip¯ ý1/2&é¸NÕÕ"]¨n  °ž  +iý/õ
ßz}1/2u(r)úÂû³*^ôÿIzKOZN  ~Ÿ(r)úûWÿ§ö"§_Õè'÷ûI§IÞŸý[û¦÷
/üki_ÿMý"5ÿí  ÿéF¯ 1/4vè§ìWÿV÷ÿÿHR}°íU+}ÿOÿïÿõo(r)(c)}¯_×mk×õÿŸV¯ ÿõéi-
Wï^û..._ÕSå8Ÿ¿¶E  §ÐPeÁzÿïÿýØû§w÷âþõWõ§  ë~H
~3/4¤
  ø¸ï1/2ÿý~Õ>¯__þŸ~Ú1/2  ö-...oÿpT¿_-  ÿôŸ÷ÿîÐ":ÿÒý__ûøD=ëÿP^
ûîŽŸ¿ßýí.×Õ  ÿƒ  î1/2ÿu1/2þ¯Ñ   ÿtBv   u2³(kzúó ÐÖÉ'oÿú  ¿÷þÔ}wü(tm)_Õ  "Ãÿ¯Þ÷éÛK÷ý  ×
ßK1/2wë  výZ
ÿ}ª[íÿþ¿"!Ÿú
}ÿ_M4ÈgûVúíÿ²  k×k3/4étëÖ"³"µt¿°¯ þÛÛÕô"í?M9Ðÿõ×iGÿJ¿I-m_é  ¹ÐÝ[ÿý~-/êÐkÿûŸÓý¿ö7(r)ß
Ú´¿_§ûÛ[3/4þïµÛ[ooöÕÒ}û[Óõ°ûÛ]Uõk§kz³Ýÿ-...Û]&Õ°-~•6¸_o1/2i{I+é†"kÒNù¡ÿö×xi-..."-  VÂÕ
¤Á"¡¯
¬%°ý  "
/L%
/1/2†•î²$(a+1/2`Â÷ÿ†°Å5f  &´¬‹Ý†
ÇÃIƒ  cÃ  r2âˆÅD+Ø!Á'¿  äK¸b¯...]ì  kí^[ÖÄIÃ"1/2?bL{ ƒ"b  S ƒ1/2"È;"""Õ+
  ü0•ôÚî}  ïÿûÛ²ˆÝ&Öêÿì&ØMm
Ú÷anÕ¸i"¿µÞì Â]+kíSì&· ÊO
&¡  ¿¸í&  .ƒA,    pÂ
.Á,Ã    :ª  Âá
  $éª
  ˆÂ
*  ˆ^š±  DDDDH  #‰  "Cˆeìà"DD34¬qQÄG•Í_öÕ_éx0-¸ë†  ö
  ÁGÿÿÿÿÿÿÿ-  ÿÿ- Ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüƒ¬     :/ún•Ò{û¯ïÚV  ô  '  D¯jÝ
FwIºMè7W×Vûúýµ·[JÇ`£ÿÿÿÿ
endstream
endobj
28 0 obj
<< /Length 29 0 R >>
stream

q
411.84 0 0 672.96001 0 0 cm
/Im0 Do

```
Q
endstream
endobj
29 0 obj
40
endobj
30 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.84 702.48 ]
/Parent 47 0 R
/Contents 32 0 R
/Resources << /XObject << /Im0 31 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
31 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1766 /Height 2927
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1766 >> /Length 30038 >>
stream
```

ÿÿÿÿÿÿÿÿÿ2)ŽË31/4ŽÉU#6˜&v  ,ge  Ygf  ƒ)31/2  J
...Ñ]-  -3£¥ºfÑÝÆßG#1/2
Ão\ð  †Dœ  Õ(tm)q"  \GkúUU"î"%Ÿ3/4µ
    Ô1/4‹jýRÛ"ýn1/2í(r)þ÷xWh*-uÆ´n¿u-~-Õozn"×Uð3/4ûÞOc{fÑ§þ¬$-_Ý1/2  píõþ-  üz×ðîúþþ  ê
Þ1/2"¯õê³Þ×ß_uîsI-fy  3Z9
IÇ         -^ô(c)zdË-ÿNº²-•$ŸÖÌ  @Â h2   T
ê  Ì
"ŠCf
wjfî²â(tm)'ÆH  öFÄ#Île8Î°""¿'l†g£Ç'  {góHÁ    P%  Eò7(c)ÔdH!¬   k%(c)nC9È"  ãq!BA-dTäy
È"0  M;PƒÜ ÐxAë×^ ƒÁ6  "   Â
h6Úÿ
&ƒ}á-,!+
àpƒ$3  üHO     4B†
"
    "   nƒ  ÓÊ  t     G  †ž......T  b-üw¦:Ä4  \!K"A§¦¿V(c)"  a  u¯M0šiÇié"        ¡
  JA

    (c)t|"Œ‹
ÌÌäE  ÿÒ  ‹{'
èŠîBD[Û‹BÑ,céÆ  DQê^  B"tGm  å9  Úl,Ag#3/4Å¦ÈG
'IþG:A¹$_`ƒrékDèÙ0F1/4ŒäýKG"°ÈæÑ:8 Úë"öO¨  y = àÐ
l2T%7•7 - 6‰Í¢th   #F  6ò   'L  <œÖ‰û'\  "ð¸¨Môé
úmzáSko´ôôðÍ    ú ÚAÚ1/21/2,
  œ-ƒr5ªMª6  (r)(r)  "èŽšt  N'†áj›_Ûéý°zëÒ  ]-^ÝlGÜ*§_Ö      êÖž¨Ÿ  "H;ë-:îÚA3/4
ÿï¨•ÿ]ÒNïöÚõ"  °  j›IÜ}úo
i[_uÕ  A...WU
*j÷¯(r)ßþ(r)"_  _ö  ü^ö1/2¿_üïþ°  ßë  Ç  Õ1úhvŸ1/2&ÿúùB^3/4ïÒ  um  ¤¿wW÷¿õõß÷m‡U"¯ý²O_

×âô"ýÊqk³  µou-QN^â¿ÝýË°ô õý÷¥þÈØ  zfzôK^3/4
Óúý_Õzüè¤"?ýÎ   þ?¥ÿ¹   ÿ!Gj" åX/!Ðâ>Î  ‡Ô  ...Òß(r)ûûßjN
÷î¯øKZïÿ¥÷
õñ'''ÿ''¯6¯Â^ä¯.-Ò¯¥_fW-OXD<oý/ð°w  ~þêßTÈ`kúëõÖ°x°úð^$
öÓ^÷±KÞ¿'}ÕKWýû  ‰5¿ËWý×ð}*Ù
óOÖéá  ì:
¹‰ôGFþ
-ö"_¿  ¿è²  ÛíÓ¿  ÿTÿÿy  /wS  ¯Þü  ":)Åýf
/É¡%§×Öëû5/ëÿ  þ  "ßö"_´éU^(tm)Õ  Ô.³ô,†
çGî*ú
ÛÿÿûgCô  ú¿ôÒÿI]ým(r)ûõv  ßè:ö÷ýCûgKÚßëK}o¿]ë  ÿÓ  ^ëö"ÿÑ(c)÷ÖÿŸoIWgC1/2õÒµì÷Úðý/õ¦
ÿþ-û¤¥õ"Wk¿iÒ°ü5ýÓ]¿]nŸÕu  þ-ÿKv"Û¦1/2(r)Úýá¤¶¿ZßuÅ}-(r)ÿ  ð×¿zÈh%ö•ï+¶-¿tÚ¿ÿÿ¶µÕÿ`Á
]f  ¿a(r)Èø0-,  Ã[  çßî-ö¯PÅÚq  ß¶'mÕ'£Ûí[á¬4-Û  L/Ã^  Õë"W  ÝÙ°¿  G  cí†
Á-  Vfø0-ìRí¬  J1/2fIf        <  +Ò
E€,Ã  &
  M...x4ÁWvÂ3/4Ã
¡†  ¿{T  _±$ï¶²ëíŽ$¢´Áøc1/2d  ßÆÅBö  qb  ‹Â-fcb\XØ¯¨bH  ìk±ÔUoÁ...†
ê  "Ké†B1/2ïûÕ^í~Èxµ
Ø§Ø]¶ÂjÚí...mÂoµd  -¬‡wµvÜDG  `"D0L!Ú'¶D>-µ¦  P°Â¯k`'
  í  †  M       `f  P"0¸ZÂÜXM+
â"''''4#fB''''4''''  B''''  `  ¡pÁ  ‰Ô  ¸
!  %^îo¤^^^  ^^^Ûú-"m%IV÷J¡mØZ²ñâ6   +°'^ª#ÿÿÿÿÿÿÿÊä†v)  ÁhA¯x  gseC+(tm)D  ''e
‰²  e  Ÿ  Žë  ëé  Eé·ä]:''''ª°ýW...Õ|œéÍ  ÷^1/2.  ;Å]t¿jÝÉÿŠ-xïcŠT¿íj×ïýÓÛ_¥•Æ•  %Oÿ3/4ö³!`†
³5@^"8á-G  ÷$A  F2é3ddå{•  Ùuç'  Ž  Í  ØŒ-äP";áM
U(A,
v"C·S  "    -Ð3
...$l  %Æ  3XÎ¬ÀB  Ÿ)äl  NÈþlTÉÂ  H-  CÎ  à¦±  €ùØ¥9äÁ^^MHtB  0¤0"lSPR
$  Rp^‡Ph"‡(  CfqÁÝ
"  šÑÔtÐ=>¢û]
AÜ4
è
f   ','"hÐhEª  A•  "  á¦¯Þô  @Ü  ôÐnš  L
  ;ðA"Ó@ð^/F¡5ª  @è‹
bÔE-  íSAØAÅåf  ^nœC‡é  ââÐ<  âÓ‹  h0·ôœ"6/N'þÓÁ
Dxä_(tm)3/4EŒ^ä?²  ä^¢<qH-4EŠ.    ŽÑ
îE  ~ê°á¦  -6*_†^(r)  ‰nÓÓD(í  ŽPîE·%y  ù  í  ûûŸ´  7"åÑ¶¦âÎ.aÉÙÇ(rb4>@ftï
†  0¶¡6  6è&à  ´(r)  ¡²9Ê†‰ô¨."t¦  ;"ý   Õ  ð@ðfÈ¿DæÕ  æÁ  š  '
  :AÃ  fá  :nÓÒ
ÓÂ
5,~DçâÐfRszz°ýª§Ú¨AäÈA°}´(r)ž•ámn"p>-">Òn  Ðm&Ý  -  tôÜ
ôÃ¦é1/2z×¦°~   [§(r)¦¨¯V¯Pšúu1/2'^(c)¨¯"   °ÕÕÓúO
÷(r)  ¯{-Ò-,tµa>(c)=0ªõö¿z¤ô5{N¿÷W]}x´ô÷]=o  ¸_ŽÚu"o]m  3/4õ,òÇuö;ík_"J:"  ÿêýúÅ¶ÖÿK×î-Þ
õi~-_CÐ¿×�xéÝxý^?þé*]Õÿá}  ×P{ûíí?ußÁíN×úýZé^Á3/4é,ûþ÷wýûzáëé-·ëH3  Ž`
²  ?Ú÷ë"}Y   àóý?ÿ²]þð°ÿÊq  7v^  Õ.
ÿô·Öÿ  ¡
Á×Ö-?vÔ‡I¸ö    }  üè  ûÆR
d  CÛS  $,+öC
¯ÿ`ë¿ý  §Ýäà1/4¿Õ¤ÿ†  ÕÃ  ÿÿnúð_ü"  ÛÕÙ    ?S@!ëÿf"ý}÷}r  F¤  t

Ã¿1/21/2µ¯a·Èhz†Ý(r)×øD ÷þ 0ßZ ‡‹n°!â¿ï† ÿ ]Vü²Œ²dOƒÖ-I*_T
¥³ 'á?Ð'5Å!?_É‹'= Â{v˜Ï5˜¯¢$÷¿Þ
iè¿¯Bÿ¯D ‰qÿÛ}ÝÛ¬O¬;ôêÂ{ù2?ô‰ Þé J (r)‰‡õ3/4²4=Aÿþ-ÿvð¬·÷¯j1/2h2‡ýàÚýoôÕ,ý÷...
KÚÁßz_ 1/4kkÝýÿïYÖIzÓ¿[ö¬Cþj°õWëwd6ž×}ªuNÿKš+]kõ(r)šo{×ý÷òùÕÝÛ¿þÚ_Þíþzí[O$]-{vtuß
ªÓöçF•ž ÇXV(r)°ûïÓ
ÓÐ(r)3/4°ÿ¥´"T¯þ"×Jí;úÒþûÿïn¿í]/Õö)Õm6Õ×ÿï ü5°¿¿ÿí(r)ÚÚWÚ÷Ý/[ÿ¥ {iw¥i."ë\5µ3/4ÓéÓ´"(r)
Â¬õû-†"
[ NûKºtÛJÒoÝ{°¦ Ú°Òí+Z÷M^Ò(r)×í6 Zv,ûV V uõ‡Óõb¯¥ÿý'rì .Á,PÂÆÃUö _ßkiC0'
† ¯
ÖÃ[[ 1/2Šm[
Á´Ð+1/2...cb‚03/4ðwk
a"Âo"×iX...±Q´Å?°dqvEÏ±Q±Xb (r)ý Šø"ì,>*
"1/2‰ocÚIb[ý[yŠ´Ò×ÿt¶ ØL,]"Â_ŠÿØTÂÙ¯UaXkÚoØ[ ‰o'µ[MÁKp›jþÐ1/2¨† F Ž"
"
$Ã "
-...ûRc, Â
*kØJÂÚ
." XaB°ÂÆ

'al'...´Ð(r)Â^^^3'Ÿz ,! ˜!¦#! `" aGÛÂ"( DC "¢""'"$Ç Q -M"_i ¥§-vÂßŠû_`3/4
Ä ÿÿÿÿÿÿÿþM')6(c)Ã"qÿä#á"/þ
þúÿü~š3/48×ÿó!¶^˜¤3/4B
"D@þAŸ fŒ"-A Ù 4y I }› 7š¬PA§ Ð=
|AŸÞ ^ƒN- ]Å÷þþB 'ç'<%om ¹sò/zhÌúÉ n(r) n y (c)7Â¿VŸõi>ÚMÂ
ÔõýëkÒ¬¡=?[
|ýÐë],ï\&ñéÿWúN›Ìðÿªßôû
]~´ûÿÔê°oÔü"×·ßšäd ëþÙ G]ýµû ÿOAƒÚþýÞÚýøoO×ô·,JÿëƒNõéj^‚ï-ò0 ¯íÝð n- ïõ÷...þÞÚ
¯ûí›æ¦q¿éyë¿¯úð×[Jþ´ý+ë3/4þß"ivÛÛükö¬um+JÒ†3/4ƒ[†-×GO°ÂR |= ƒ-& ö í·Aø¦*)ŠÛb‚§ù
Øíªa{¦±Òëµé" 2Ü =..." {‡(r)$-82¥‰¡
1HDG¿è~'Ù'ÐO]¯Å...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÏ‹ &çb(tm)¬T
3q6 Gng†b;¨
[-£#¢‚Š"0ÎÉÔÂ
ºËuV
¡,(c)ve"A'Xí:9 h2Tü^¬ïC¯öW U'|Ñª!-"åO%
*ÖVP]ÿýª" Ö õú|/H. Òÿöïh"ß¯Ûô\NtJdçÂ(r)"×ëëª°ët‡Çà(c)ê-ÿë¯w
ÿT›¿ø_ÕÁmÿëÓ‹ÿÕkzüWÞ...ëÿ;"ÿ(r)"¦-×¥ê¿õw¤¯_Ño\:dèèÉ["·[ëõÿ"õj¿}û· žpgÆr!,
Ô)
˜ ð¦¡S: RG
Èc"±@tÌûŽ QXA28!-!3± îóXóP¤aùŽÍÆ‹
]/fµœ ž}fy Œ;) L,ækeAžÎ± £a
wIF(c).0ƒÁ0 "Aé´ A,!æí
"
Ï°ˆžÍ(tm)€Ê D q ›`ˆ] £d: ^PÈ-*Â !æ

pÐ: <Î1_å ì ÉØ@ñ 0 a Ð ÈqÀœ:
Á j¯"-JÒöýÐµ § ðƒˆx ü'øA, Á0 "õAª ¨4Ó |Zj#¦Å÷Qi"- M?ÓP ±

õ´ºJJnGmd cDvù-;ïîô

µN!¡§¢Cœ{¢8i¬5"öœWh    H^=Âfª r ÚëIþLä¦Òt nNnGÁ:
    '    'yè• á(tm)°  Ë¡<"ú#ÀÉâw¢sh-
%ŽDÊ%"K ›HAç  (tm)Á
  ë#9  š#ÆfÔ''^ä_}È(tm)a  h-´Jn$œ?(c)>És,44JaÒ~ë¦ž°n  ¦>Iô(r)fôü    A7  ?õt  A
"  A
"  h84  t  px ðAÚ°zy#à›W"Õ7    ° ƒ
OM¤õÂZúM+ii=5ÕÛ1/4+êêýß´  þ"¥ÓuÓ¤ô•1/2m;úO{VÓý:Z1/2<&ûÒu
Âá7K¦ÿ¬j¤ºúzK§Òú  Tö(c)¿ë"ëÓ¬ïëV¯ÓýRO]Umui</ê°¿ßÒ×êþ5ÿwM¿  Õ;"â¯þ=×]>*;"Ö3/4/}  u~>
×  *[íïWA*W]5...ÿÕ¨öë÷Uéé  I'  þ-¥¯Þ¨ë"úÝk¯  _--^¶"kÞå8Z  ÷³c
¤¯ø_ßø=ÿû_"†¡^ô  xI'Áïß"â-¯¯~ÿ~°ï.1/2T†
äÀ'K  ·_æ ÿkÚh  ðÈì$F¸W"nj
âÿö  ¬#["T-¯!ƒþß[ªÿñÒÅOÿapžß}ÿ'  }ÿ§
‡Qÿâ,"
zòD  ×ÿ$  >A  õÕh  mußÕ{uÝ  p  AZ]z!ã...Òë¯ì"  ÿ¸ÿ¨-",d  ì    }?ú...1/40  ß¢-÷3/4ß  ýb
'ýÚ  ‰>ˆL¸¢e)úô
1/2oü  {î¸é  xëá‡È  å"ýØD=°poÿÑ  ð-ª¿Z^3/4D  œ'i]xTäÃ\(tm)ûxkW¿D'ßÝT¸uŠ  Ÿ  R      ':Wõ
R,Õ¨öï""FjßÝ_ÿ4Š:×Âô
õÕí  "-^¸ÐÏõ3/4'$WÜ‰Žá{Uý"L:ä@"×I 1/2÷ýÿÖÿ!l"¥  Þ-
Ò¯ÛÝ%úoOö°ÿoNt;...¿¯zôìÒÝý-Ü-þ-¨WU_Úÿø¸¤ë÷ûí  çWï¥¤"ï  o  §¹ª¯í[êš´
×1/2$õz^öÿû÷ÚJûÿ³''ª[_(r)-ªÿ  aoÿ_jò1ö•ûô  Wü-}ª{÷§_^g{ß--ÿ¯  "-  tØûµµµ¿Ý¶Òµõßïþõî÷×uë¿´
3/4¿_3/4ÿ§ÕÒÔ%ßÝ5¯†µ  Ú2bÈ¦ÒÁ[J×Ö×µm/K^Ö·íZêÂ°I"ôûÔ×ol$ÿöŸþ¿k¦ß
  j  A†  öÕëþÆÄ·r  tàÝ"    Ø4  a-†  ÿ3/4  M¥í¶"4  }°¿j  °·  a§ï-Û
/ýØ0V  Xa/Þ  [A{    þý²  =ö*%¿ÕŠ'8lUÃÏ÷ä[UÃ
6  3/4¯dq!¬3a×ŠlØ¨    ;'|Tr.U‰‡È¢ŠÂûÿ  o    ^¨Ù    Qí>1/2-...a¦"í$...UúþžÅEzÅ1LI=ðÈ#¸"Û[l&
A~Ó~Åv1/2+V

ý  ï¯]µ¦w:".

    °L+"    ÂpaM¬0›1/2^ôÚa*{  "ÖžÒ¿    ðÓ[ûJ-Ø]}"  Ó¨k}Ã
at  (^^^Ð‰N"DC  q"É
N#L  ƒ    B*
  i¸q    °A¢t,!#  ´"È÷ª  a
B"uÄ  XŠCƒ  "  .#^^^^^^^^^^  B?¢arªT°Ã÷ªÚV  ä"\HkŠø0¶(r)¢-tÂƒ  ¸a
"#ÿÿÿÿÿÿÿÿÿÈ5"%of"S  8¯  7xÉJ&ä":+ª
xC]³"Å•Hï  .Éš2  vv    W•Ã4
ì\3  YØFšKÐ}üßgf3÷UFIþ  "o[Ê°ûû"ÒJÖÿT""ÞäZé  /OZêê¿÷"WU1/2RÑ3..."*Ò÷'?ý~(r)ðû"~6ýUÖ
×õÿ·¿
  -uKýéÕßëöä_ûwþ1/2ú¯}w_÷ëÿÞ·{~¨íM¿[üüJÑ  -ƒƒ)È¯"ÿ¿z"O>-L"'  -NÅ(tm)  ×!'  _šÑ(YB>  dpr
>ˆk>    ¨$0@Ða  åÉ(tm)æÙ¢ û    üÏ¢ RL  !  4yèŒ  T2†Hfƒ#o$  "  Â  â  1Ù  a˜
y¶[j‰<  <8!ÍêÕ3  ±  :D¶Rœ^  pŠp...
    ÈA¸D-eêïR¢B¨û6    C'0    çAM    !H.É  XA"íÓMÿ{MhØ^žh,!H}ÐA  ß"  `ƒ$0  ,  @ÂvƒÛ
R  ¢>  †¶°
7A,  š  ·&ð†  [    §¦...þN  pƒÂâÓ´ÿÐ  }  i¯OÚwz"  ô-<  8´âÿø~ñ¦ž...
Ü&  (r)(c)¶ïmEúZvƒ  !-ÉXr%'>‰M·uÓÈƒ¨G  ¿°Å¢, ëIþˆî˜  ";
äæäH}Ôa
l§¸þˆù
;'Žâ  #ÆÚ    jò_ÿTKÚÛ#<Î$JœŠêKþ  4,
ÁSÂoüû'œ-c!Þ    d#÷äK¢tïÉÍýÁ

h7"  "
ÈæÒj  ?KRtbõ²H"û Û#›@ŒÎÐÌ&ýÑ9ÐAÝu‚NìŽpuÒygšB‚nF?M žš´1/2 ¦ù    ?Ý
 m'×Iÿ¦¡<!K¦é°om(c)  ÂuúIÞ    xM¤  ´  ~ÛZM$-ëë1/2_¨ô:Õ7µÐmŸ."ái?×O
*µ§¯W(r)(c)‚Oõ¯mjŸý...êõtð  ºÞ"UûÖ'~ÿ¦õo×_ëÚ{3/4þõ  Ý  ô"wõîÒÒOäïë]¿õjÖ"×Ý¥"‹†ê  €æEf¯  ×
¶Ÿïÿ×¢ß³×Ö¯1/2×¤fŒÿë-¿  ÿÿÒÿ-§ö1/2ÒÞ°uUŠjúo-¥[kõÝ  ÿ¿ïõë]}ß};}úõ^×MÓh&·ÿõõÚ÷cõÃ}uô÷¦
ïÿ  ê-
°×  ZïÿÞþ´"ÿ*
k·ÙN#÷ê¤è  §ÿþéÚöi-i9¨?P²    ×}~  Ó6  ÿýÕ3/4Ýwï|  ÿ-¯Õ/]"ÿä0  ÿb"-úßXþ#jŸ$  -d  (r)C
^-õ  A6:-ýÿªÿë]ÿzÛ  Ýµ§ÿýX*ý"¦ÿ_ÿ]µk...~L


î·ÞP
zÿÿ¹
Ý¿ÿý/ëx_}w¿ÿþ    ßôûõ¯3/4C>¯}  *Ò{D  ÿ¿ö   Ãæïþÿ‚(c)¯_ëî²"ßõÊ^é_ÿÿþ^Ÿ  t-I_ëûy;8ß¨ïë"E§×
DYþ×ý  Kê²kÿ3/4ý:ÿÿÒõ¿Oÿ_Ý>ÿz$ŠÿíÁ/þú´¨?¯|°íÓ
DÈUïþ‰  Uíþ1/2ßÿûwÿ¯õ  uý¯ßð°ë×  î×uý=Ó´?O...ß¯
{ÿ  õÿ×Óý>*}ú1/2uÿê°ÿi¥mÓßÿSêïè>¿-!Õÿõ~3/41/2³Uuê^¬êú<û§WÍO  é³¬ßk¯"þÿkÿê´k}ÿëötim    ¿
1/2z1/2%"  ý/Â÷ÛKöõývÓÓ´Ÿ¤¯×ãoMW[_ îµ¿þ  (r)·Ûÿßt"}ÿ    ÷¯ÿ×µþÒÙÞ-øzí*]ñOtþßt-¥-(r)-Â
n"ëÿÛjþ  ›ô1/2í¯ÿZ÷×´¿¶-ÛkU¯NûkÝ...ö  _-(r)ƒ[IÛ]tí  µ¶  ×KÕ¤"
'íî-  Í}*þéýxkßa¥õ
   v÷"µ"KJÂ(tm);a...é°•...Ãaa"‚k
¬à{KiØ0'Œ-û-Ú^Ã
"pØi13/4ûa;-3/4×†¶Á‚U^=íŠë´÷fö=ãþ)öG  ·Ž5b  S  QŠôØ-‰1ÿr.v?^[l69
;ÿ  ù  ?±²/
ú°´é¯ÿ·ØOÈaßvÂ§b  î°ÈWtíBi9n3/4"...ÿöÁ{I]Èwm=~È;3/4ÿú  ]Úl  ¶  WB
*"¿uÛM6¿§ú"V¹n¶ªa?
jÃ       Úý[éü  JÝ5L  w×a4ºÚ×l‚4  %^†KvVÇ  4"×@É
!
   uƒ%1/4    UA‚  <"ƒðÁ  Â4Ç  dÅ    BÐ^2Àâ
-  µD;  E‚  "DXM  PƒÄDDDDD      ÄDDG      DDDF•$-MÖ°]'Rn&‚ZS!!#‹1/2U~Ô(°
CÿÿÿÿÿùI
-Çÿÿ2  f@Ù6:2    êŠüÈ¦'8í#9|‹#Hî      ŒÈ "
   "8pgfF°dÍ...³²¦MOë  Œ]¥1/2nûM1/2  ¤5þ  $  -:×  ÒYn¿×ÿ"  k_ï-òeÿk_ZûþþšT¿Ú×  mW[[âõþŸû
¤í3/4ûH  ÿü+  ÿ  ù(r)ÿ(r)þ¿ûµ¯'  "â       KÇ´§  §-  ...¹  -Kè2êÈ‚¥fÒ!"òRèè‰Iuœ2¯z3d
?ù  ÎÊn¯zX  h0ƒi\Ø§@Áñ  üEæÆH4    Ê
M    È"  '  "BÔD+ä€'h>P)¬)
j  ‚e       Èbh  ;6'çãdx-'  •lØ&z  DPXe  c'k
Ði÷öƒBõA  àý  pƒü a  ßà á  ƒô  O    A"Á  Ò    O°ƒ°  ïõNÁ=pD&  Þ
^a  ôKÛŠþ-  æ"  ü_$ïÒM
"iÖƒOM4ÐzIÇ"  [  éq¦Úñ
7MÓO ›DèäŽEê       'K'  -  Ÿ"  ðŒÛÞ^í¬§&r(ïEÎ‰[ù  )  1/2  ]¢_"ö¨ï
'-4Kë"Û'ÿÈAÊ-ÿr|n-1/4"h-?Y  ÛŸ¿OOTôô
Ü  ðœÒä^é]¥Á  Ë›  ':tƒh n  t  EÐ4  ?.  m ðAÝ^ƒp  Ð"'ðB  ¿Ñ  Ð
|ÍŒ‰"  mú'JAý:ÝBm+§¨M¤ÿ  úmíÝ  ý;'ŠM¡  MÓþ‚zzµ^Ÿ"Ý7
éáS¤ÿ  7A¿J  "õtþûÒôÕ®ßTßb1/2%zzOÛ  O¤  &ô›ïëVú|Õúzk{_¯¿ª-Óöø[V‡ë§Þü{°kÛ^šÇõQ-ÿüw]Ø-
$Ÿõo°ßé ×ïM"wÒøêÿÿWëë  3/4[Ò  ñß[  Ï ±¯JÇ¡t'¯â÷°ÿ  ×éùŸ  {BÊqjµ8 þëêŸ
ÔêÞ"
1/4±î  Õ Ö¿úë÷¯õûí  ô²@'|úúšƒþû
3/4ÔŒ - d&  °¦c6  HÐ"Á-'±    ±(c)>Ÿû×î"îk      îûÁ...µmU  "•ø'×kÖä€ºúù  WZ£¨<"  "áù

PuÄFR

àë$Áâî"(c)ô¿"ýk  ô´#û£Pv-¤8åVCÂþ3/4ôÂýø`ßo  d  [$  î  {ù
8dÛ...d  îÔ¥u¿"U"Âîý·U'
†    ¹dÁ_|Ê=xD  ?U'î1/2  °f  \  ,O"GH,  Ø~   ^¨ïíÕ1/2o÷ôÁ  ïu^@"žÔ  7§':°ï_Ñ  ÿw  B}á  g
mÂ¹qá¹‰W, "åAõD'AÙw-¡  Nõ-^°  (r)ü(tm)O}  ¹  þ  ]7o1/2ü  ïÑ.n°
Y¬E"BÈÁ×òhiš,|š%8<{jD=µ^ý%·äÏßÚµêHò
]ç[[ZÍký¯Ò÷÷¨,-=  t  ß"  äAz  ƒÓ3/4ÿÿ[{×A  ú§ïV¨    Û‡Oþ
Ûû¥ÿöfžêþÃ}{¶j^ïá·ü;°×ßÿßûî  î×þý¿ÔWî÷ÿ¿ßÂvüR"¿ÙÇ|ƒ~ÎŽ•3ÛW]ŸÛÝ³¦Úßkö›¥úþ3/4ÙÐßbmk<ÿ
u×Ói_  "ÿÝ!OYç(r)ªÙ*¯þÒ~3/4Ý*úÿ_ÕþÚßªûHqKÝ{JÂÿiZ×ê°ÿ¿k¯(r)ß¯ÚÎþ›ikÔÛ¥}¤ßõ1/2}(r)  W
á"[ÿƒ  IÖã    0ÖþÂ1/2ý¶        {jÚZ¯k
'Û\*mÓka[Tž-ÚÓ[    }ÚPÕµû¶ëjÖ  ö*$Çý1±°
  Ù  ýFõ`¶¯
+±L4‰ÚÛ        61/2...'GI›@¶-
  I  Ša¯ôþÆ¯_ê
  ~Á6
¸û        ...kð´ý‰'r(<û
¸"{  G  X-=XLWÓ  Lî¢¯
ÃI3/4)ÝŠ}Šþ Û  {û  Tq\0¯[ê  A    ÞÓa~3/4  Ý...q[Mô×vÂk°ÂaUµÕi  ±a0-}(r)ØTÈ$>ý"îÈ<Z^†
‹†  †  †  Ó  ?ú°M
XiØ^  !Á4µ  0M7M  ƒ      ÃJ  "  Á4ÐõÒƒ  p(r)ýA..."
Ã    ¸  Ê
    ^^²2ÐB""â"Fá  eš  `¥
B""""4H†¡b"!,  ^^^^Ž""2Û5×~ÒØ[  1/40RÛ  ÿÿÿÿÿÿüµMT  ÿÉu  ¯"LŠ2Þ¯.Y  ×u<Ì‹$2Þ    W
²¦d#!ß2  ^vB2Rü¯?Wÿî
ØUð"^Ù¯ý}  Uõÿl%¨üìÃ  ß¿¥ý  n³>µ¿ï3/41/2ú{~ýtÿ×}}s!už2  ^¿úô"o2
j  Ðf¡  >É
g³8ØÈŒ‹  !çŠD¹  yW  'Ó²è"(tm)(2s"  E8f)  È¤Ê"$üôT^^Ž;.²5-DTíík¥¦  v  h44"O  2  C
a0ƒ5    Í^  ...
ÐHÄ×
ÃLÐ8!dâ  C".  ,
è  Ö$H->Í^  x"  ¢(Â  ,à...  ,!+!*!Ã!È0eœ...¨Š  AæÆ  ƒ  ...  ""Œ#0Í^j  (  ò  sXÌÁ(4âÐk"ÜCAé°
  [A  ûîéÐxA(r)œ4Ð?ÓC  0@Â  â  A¦  k"Â
ôC   Âz
  Ý0  -øL  7¢s¢+¹
  ÃD°úÖ†'ùÆÝ  škÂ^  SAÄh4Õ¸µ´  q
CŽÔ&Ý¦ƒ¯Ðh=4âÓp‡a0šé´  7  -  0éÿù)¹,Âý  œ-  QZ'7ü-3:JÃDç    Bc"ö    Ù£ä  w'ÔNnGm  öÈ
    dsh    D¦äþÞ‰Í¢\ÈJÑ/h  ±a9
;DG
Q  y;'6  "Â
Ó¤ðÝëô  éá6,  ÈçA  Ù  -GO  A  h+,
:        ¸  Û¥"Í¤  Z  -fÂ3:x@Ü-
Ým6,  r?pƒpMÈ³h•  DI'J{@  øN‰Îf¨ëé]p  _þž  '(r)›á6-Â°(r)1/2'
n(c)´  'VÜë¦Öm&éê°µm'ÿêøAÒtƒmul*A  Ú§Ôn›@ö?M"{ý1/2i  ß§Ix×Ô(c)¿øMýSTÝ7ÒN  u...·MÓ
ÂÒv"ýj›ëïéÒzm-=ôÝþô=W_¯OÐí~õÔ1/2Ò^?¤þ(c)it>]n0Ýë"KQñÏÿIÒÒ°oÔ*KßI...  ‡÷¿ªûßëÖ  ¯Tí(r)
"ý5ï*mW÷õý;1/2~ßþû"OU]u3/4;Bƒ²  ?¦p•}ßUò(/ÿ[iö"°kö¿  Uÿò.1/2  õ1/4/ÁïÓ(r)¶°·_Ý
ò  Ýâ.×Ú§&    ÿñé°?R  \3L&...¿Qi›iÿü?{×Ðò4âÐg    q~ý-êN"÷"á  >  uÿûú(r)
ª¥¥¿|  ¡ñF÷þÈ%/ÕõùH
û  ó  ýuü_¡mu    !tpm¿ÿõÝî"

íúÿºÿ
†)õ×úïÃ
Iÿûá|0ÿÿÿÿw¿ÉÀˆ>dR"üµ  ÕôÕ¤Ï¥ûþB  êønù1~ò
Á*ýx7oúÞ•"  þÜ†wOòb·ÿZûÑ   0øv1/2"ÿ¿ß,‹í×òÉ1/2ÕÎ  jZ´ýL  ²{îò4#ûîÊ  D  óPFb  u‾É"ydýa
  Ÿ
>  g_îÿÿí/Öÿz÷,%ÇµKÞï[^
éjÿôuH  àõêÿõïÿÉ')Ä(c)  Õ1/2?Íwê¿zU~ô¿ÝéAƒ÷o×KëXk×_ý
ý  ÞímÖºíwv-
Ü  ÿá§  3/4ÿ  þ÷çSë1/2üÕçV1/2çS²  =îÞþþºM
úûô‾§çWÞï(r)k  UV  ]+ý×[×êéÈ kô¿o"ÝN4ý
kõ{,kéé  îím-ï^õ_<þW(r)•ùÕÿ¥ºõž]Ø{i}ñÃ[WÖÛ
á?3/4è´¿µi-‡Mÿ¶•ýu
?êÿÕêÕÿ7ÛKøkiWiïkûªÁõµ†  Ø}"aWûTÖöÒþÖý5†÷-¥ÿðÕ"îÒm&Õº°gèu
Xik}ðÕýº3/4Õ‡^ß  ôÛÛï  Ú_
$  Ð·ÿƒM"\4¦ÞÁ""V  [í†"a/¶Ðu~ÚdAÜ0¶"iov  m(a+  °°ÂM¥  Ø`"
%O(r)¶-êö  5á...  {  ƒÙ
?·¨Ø"‡áŽ  ¶;Ý‰oƒ0880XßØäXR.jØ¶!1±_Ã1±QllR
  ...‡ñAŽê
$û    dG¤ØV  R.Ë
VÂal-tì2  5ý}Bþ•Šv(5ü&*ÖöBÂi...
øL&(tm)
Œƒ3/4ƒ    újªÃ  (r)ÅaŽÐ-íŠàÉ


"0ƒBÒN1/24¡,...{    ü  /M"á"á"Á'xa0ŸÒ
[M  µÑ7M    [[A§"  ‾W°Z°-C"Ã[\DDDE""
   B"  Â  Öá"åW     `  "  "
0B!"  M
#L
ºâ
Á  u  "0BÂ¢  ´
t  b¤ëÁ
q  F    [  ì ñ              DG              2        a  ÔFM‹,²"j¶ÕRªi6"a""
‡  Çj  0A'ZV#ÿÿÿÿÿÿÿÿòºË"lîÔÉ3/4(tm)'Â-Ê(tm)$E3/4Œì    ×rÜPÍ8h=
ÝÝNê]×æBK%ðákÿ
...þ-µý¥ÕëuÿxK-o_ïQ1/2"ý1/2ôûZIkukÿû(tm)-Ä§1/4‰-ÓÈÒòßü(r)9û1/4È›$5'  §
"<ñšÁšŠ^Ó"  (I  ¸¨  VÈÁ        <  Ê  9=•aH6Aù
f°¤"fEdK8ÈDk
§fˆè!N2W""Djf  |¸`RœgS9Ÿ  ¬fÙ0!Ô  L f‰o3¡  y e8Üè‹çAKä\"(r)  h-  0^T    y.a  š
   `ˆ-YÁ  à  Â~  5  š0D.¢Û äb,    h0A(tm)Æ¦  j  3¨{  0D,0ƒ
-0š,!  ÷  Â  †  `ƒÁ0^r(8'<,  k"s4ièH³  8@ƒýÒ
>¢ÓCi    °ƒ¤  a    {Ðo§¦ƒ];O"I  è0ƒ¸h=;  AÆ  pÐ?N4  AÇÃPˆAÄ  ,  A§vôÑ  v‰oÍé\-5‹A¬íÅÃ
úO¹  w  ...&^NG
-ôGx¨ãCD°0ŸÒ  "ç"^ø°¨Šôä(í4â=ÓT    ú-F"xJBe    .y
>NsF²  d ôÑ  ÕQ9µ¤Lù        m  ]±
ÈAÝÒ  6^X¢-Ù  œ-P@Ü    ièŸ9  Ò
Â
¢s|"*%Ø@Üœð  (tm)£Ðç  /Ù  Ãäþi"GÍ  ›þ‾OÂ´ƒµ¤õ9´ƒm"_I,#3Iïé·ë"è  2>"ÏW  f  O  Ü  6"
ž°ýPAÐB"i:        1/2,  AÐM¤¨Ü'znGéá>  <8Aµ÷Ò          ›Ö¬/MÓÓÜ  ôÝ=_é=i;

Òé¦ÒxM·Â¶ zá7AÒ
÷þÛÓÓ{o\&'Òn"H7M~µÕ= (r)Ÿõº
ž j -/(r) ¤ Ö·¿éðõÖÕV-ú¿¥×Bë
ž(c)ºt3/4 m§§i3/43/4›§uÕ&êüÏZoÕ.‡iëÛt C{×vµu õÓV7÷¨×[]?÷¥ÿ¿‡¯KÇ~ºè5ÓjÓ·U^×úÿõ[ö´ë¤¿
~gé=î-__"-xû§"wË ·ª÷]þ k"Õõ_Æé[V¯ÚKi›
Š¬Ö""3/4ûý§¯ê¹ ý~
ß^úõÚÁ·WÿÚþÕWÿ{ïúî¯ÞŸŽ;1/4† Ö¿-÷O ÓiGä uz¶Ž •Ú-d`¯ï ‡1î".
÷è_]ßßñ{ínS…´Ï…ý÷÷},ö¿ïK÷¯öø+ô1/2 Áz}ü† í.Áëñþÿë¯¯úëjC
qi7_(r)¿D, ûÖßÒÛïü.öÝÛ…þ¿ ôß
> z uÿnÿ[ÿûÖ
î°êüˆæ
ÄÉ[ðˆŸ¯î3/4¿ä •~C
S¯ "þ1/2tá ¹×_Öºå †ßò ÇÜ²Š²a=(r)ÿü·,b mÑ o¤ê k2¿ , Óô"ÿ1/4ÅZt¦&´F ÷ZÉ¶Þ3/4 ›Ûð
}n¦&¿"úO÷ÿC¯jš"ÓËQ"÷ßWõú¶ÿßö,ý(r)ø/õ¿@1/2+¯äÑõZ"âÿö××ZÿÿÿÓRÃUJÿéîêöý/1/2+þºö
ý_×þµéwus£í ýy+oO¿ {mº¶C ÿn3/4 vÓ-µc³£îºõÕÛþï],êßoS(r)G×(r)ÿÛëþ¯ÿööÎ§ßÕÖt>¬èz]ëzWí
_¿´'z
ÕZâ1/2Xi[wû W^"þÚÚQW öýmÝWþÞÿ¥ý÷›?ãÎ‡ÝZ¿Ú^ôß^3/43/4'{ú êÒúoí;×mwÓ]í¨öék[ú¿M~;[
]iõÒj£ïÛúÒûl%z¯í¯è5}vé3/4Ó*°Â[ auÓ×°¬4(r)ð¯á]Ó
×-{ÿMÖ÷Ú°Õµ1/2¦-.ÂV·ÿiÚ°êþÒ§ßì.ÚÚïa" ÂNû¶ † Ý† Øaa(r)¬41/2†-›kì5¿ÂßÃ
î ì,4-zµ¶ % CIv˜a[Iµý´¯í.ÖÓÛ
|õLTkz±&ö>˜(c) €jÅo P¡…ê?´þãðñ
í?cb(tm) Øa"ª8¦)ëŽ*Â_"ðõm
\ DàÂQ1/2÷
-3/4á'!ßÝ\aªÚvØ…ò
1/27
ztÈ<>éõ Ù
-Ó ´Åa""]Ød,Zc^ëÒ§‰8ñOö˜A,"öœ5ê V
"‹ t ð×a…n² ýí…ªá¯d->Ó† UµmK€ƒ uk
& "[Û,t¯nÂd,x˜`† â"Ð¦Ð3 L, / HM
='ŒízÓ .ÓA'#µjÂ`¨0˜X°T
ãsè4; T0ƒ"Ô…°`•8[ ,
á Â{˜˜˜Ž""""" Ë B"#˜˜d """""""â"D ˆ š¡ ¦"<EGQÄ}e¸Û¥-MeÌ1/2(r)¯ºI1/2¿ÚªiC
x3 &áˆÅ1^*ž¸ka pÁB
n¤ª""?ÿÿÿÿÿÿÿå¥ª 2YæDØSµVRÙTe" &Æ2¤ÎÊÑ ÍO
M¿È£+‹4Šš4gd¦ '6T˜ g ím¿•-V §ª{NôJ ì‹ûªý]W¤"û]V,WTÿU
-Iõ*Ô ŠöšQÿ÷úzß-@[ÛH_Þš ñÛ ßþÿk[ôúß¿_§-W]ªÿýuoÿI¯u)ãq ˆa' '²É ãƒ$GC%ÅpA'
Õ'¡ä
B"4ÉÈŒ fˆ- è…² U f2%›4DÉZ‰b;XÍQÁ' ò
ž'¿² ÛÏ1/2 ¸A"- < Ô h= Î
t
> i˜ ` 'ƒ( †fÍŒ ò "-f ê* š
Mˆk#XC¤pSÁ ÙøØCP¦Ù
˜A,
D 0*d m0 Ÿ 6fÃ)É
" Õ" ¥Ú¡¦Ÿ}è4>Âi¸O´Ð0ˆ$÷A ?ðš á
ki"
°šk¦ z
¨iÞƒÂ

Ú  ôÑ
{  -¶Ò¨Ñ  é¡h  Ü[
×ˆi§qi¦fû˜7Ò†  ÂqÅ"  N.ÞÓB,qhT["ø1/2ÓÂ  AÇûà  äç"ä‹£  £Õ  ÌŸÈ7É~EVNvB
%óD¹¢+Á"¦.Kª„D  DAÙ  äv  ‚a¨ÓD}‹âÎE·"e  Û  ù  wÈH²3ä  "È£äWIûù*'H  ƒi7#ûÁ  Ò
ò/8Mša  è  Á:  Ú˝Fü‹ôƒ·|&äæô  ;$‡#žOÛ&ä^"ÏÈæÑ²
Aá<  <  oDéÐAÁó66Oh(tm)æ  ¢sr5Ó^°"Õ[_Pƒ¨V·Ð_  Òi=¶ƒê  ¦ë(r)  ý=?MÕ4Ü'¦á5é=
§"étþü ïÿ¤³Ý  -úW¦ôú}øN¿_[]=ð›Ã¶'1/2^¯  ôêÚN•=5
žŸ1/2é3/43/4-}  ¸OV×êÆÓéÚúé×Ú1/2(r)*K[(r)°ý
ú  OZÿN×Ýkëë×-õ¿ô"ÖßëÕ¶  ukVý÷ÖžƒßûòÝ¸3/4ôŸúB*M~û¿âÞ...ûÿ|{úÿø$¯dãíÚÿ¬  ¥ÿ1/2  uVë
U¨×  w¯"þëZÕ§o_  ×évî¥ûšÄë  ×¡¯ù×  Ù
] Ï
ÿÿÿÈÁd×  ¥Úúú¯
¢ÿzØK×÷p  Ø•ÿ÷ò@/ëë°¬,  äÀcj  Ðÿëþˆa<M%  }^¿"òR  ûáó¨Wõ]sP~7Úõ¨U}]Ö  ¿,á=wºÿÝ-0¬ƒ"Në
  ÝÞïÖÐW]Ur€ÂÓ"ý"  ¸ûÛD/7äÂU]
ú¢-  "Cß-_ÿïn'  {  "¯þ"Uï°'#µußÂ÷ÿÖÿzÿQ  ú´ûÎ¯¯¢,î¨Ð  ":²c¯¿ÿÿDOƒz×ÿ÷·ýè"ëïþ
  ¥ßÓD'y
9¨Ó¯o,  í×÷ÞY  ‚‡¿p†úõuôXsP›íׇÿë×Z$Š÷×Éï¯"¢dy'aµõé  -ÿõ¯¤µ  ûò(r)¨Ésõ_ý~"íPTûÿh-ïõ]/m  î"
¶(r)t;öÎ-×ÝUÖï*5M×ö  mõ†Ý  ÕÎ†ÿ3/4ÿµ¯÷ô¯þß_ý-"ëÝ
KÿßëNµÖ•|§W  3/4ß-°°éú÷ö›ûúoÚÿ"þýt1/2  nþ-(r)°°úv•ÿêõ¦Óûkÿi G^zþ¶¶Ûô¥_U×û]uý_÷ô|
ma-(r)-6-¯Ý¯i1/2¬43/4¿†  z°ëaýõ¶¿  Þêÿ(r)""ý3/41/2¯kë¶§8`›jÚ^*M-ïa|-ûki_í...økkØK×°†-  ò(tm)ö"
"k
"ýu_×oîõ±±±NöÃ6,r.UŽ  "]°a Ã
"ç¨Ý"  í{^EÎÂ        /ûÓ  7
  U†°ÂWž        nò/_á,È1/4Å_
a  ¯d-;Z´Å
ú  Ã¸IIß|¢¢¯í  qõ±LVÅw|q]zìjÄ›þ8(r):3/4Õ_‹mŽôøam6
  Â^é  ïm...¦  AÝ|Ó        ÿao²
  ...¿Ó
¿öCÅêõ
...ŠTÈ<5I{tðÈ<zãÐì  †  Žâ
Š\!jÕ"  ;  ,\C  Óþ
ÚkiZ]T  L⁄ïÃK†  á...IÉ¸[_´ú~Â·aq        "D8^^ƒ$S  ÄA(tm)A  X!    Á  Ð^áÙ-¨B!,
Ð°B  ":  v""¢""#Ðâ""#+¨tY  úïé Ô›
É%Û
ýëÑ  ðÂV']Šb¬  ì&¯Çƒ  Ó
^2fÁa'  lIŒ  ÿÿÿÿÿÿÿÿù  d]ÓÈ";0É°";
R  õ•
$"*  ÙÖ"õÃ'sêJ#.õû...u
áp1/4  WõÿÒù...µ÷ÿÿûþïBûÿ×ÿ¿êæ¨ªÄ¦ÿ¯zëä€...8BC  3  Á,  D  Ù³"  ÓOSÆF"L¥É÷Õ    =T h
Ü    B  A&$J^|,  NÉÃ"
Á    Å(
P2  0      (c) !3  µ∅2ÐYÈÓ €⁄@ä  "â  ...
dâ  âô  ÆÚ|‡±a  ·w¨@ð°?Â  "A"0@ôû  ,  Å  ^  A"-  ‡!
  1/4Ÿ4ø†‰ðíé§ñvƒ1/2
h6,&ž  ·Òpï@Âv  v¨="  tNvHä[áÑ/@Ë¡  ²]4äXH‰  ¤Kè-A"
Š="äÎÐ"¸DväâQ  ôÂ%"DÉ>GŽ¯"àÓõt  *4tÝ;ÂxAì"... u"Ü
áÂ%H4‰Ï9,m    ä%³=í$Nn  7.›A  œ&Ê‰  ÷"    ŸÐuÚ...h'§ëI3/4à·K"éÝ'¦ž›,  wôÒ
Õ:      ô      ô(r)ƒ}+§éé´mïúýÚß"ë;µ×Oý%ÿ*V  o¦ýÒ  ‚ßéû1/2:µôÚj)

¤ëW^-×ºþ¢-' ëö5 ×KÿWÇû§nñÞ¿ê¿¹ âÛ zW°3/4Õú -?eÃ [-*Ý|6Ý}ëöëÿÒJE
Ó
ü}·êÙ@?ñ"KVj ÿÔ" "×
§ÞðÈà¿ſ˜,°ÉP‾"kþä&Žî¿?íw1/4 1ÿì,+!ôšÁ >•
ÿï:‡ @>Èt_5,S " #B ×ûÿ, ÖÁ² < °¿ÿ¯( Ø0ªÈcþ       l öbdOÿ2 þ^{ÿù
87...Ò¿Ý÷ßD;Á°ˆ$\7ö   ÿH'7ú×è‹Oµæ± 1/2 gyjÿ,šÿÕ ÍB ^
ë@^|Ð7-‾‾N ÿ· Ë ëä #Bèš;×´ Ý-Â Œè -G)ÀþHû#
]Î̂§U^çW_ZK1/2þäQð {ÞÝ&°{,°u| û...x7u¿_ĩí{wô¿ßI ÖÎ·"úU·
mï̈~íëw}¤ÿ^ÿõžy Ôûvĩ‡þ"ÿF³}×ÑôGNÿí/2çžçWì$ëïkj¿ÿWÿÕÒõ^Ú1/2ñô¿-
}¥¥^¶1/2‡V3/4-Õ"Öë}÷ ~õ{J÷°ÿÚ"oUßm}{"£K±Ã ë´Å&
aß`* ¶   C[TîÓ-[^(r)‾
aXa5°•""]µl,>Â‰7÷±               Ž
î89 ×±Pdq Ø`¨‰Ò·àÈŠÝ"ƒÓ
b¡,ì‹     Šì'±L0']" µí'C1/2× Ä6ûÿ^VÄ¸" (r)ÆÕ¿Hm1% Š- "Å|0L ÂZ
   ]ô×¿á" wWk1/40[ï†AáˊÒ}0¹
‡†
˜˜˜˜†"A, Dí
  & h2/Ü0•, ÂM_i"¬ Ð† NTÓá,

ÔDDDDA"" rT"%@B"#   ÿÿÿÿÿÿÿ-¯ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿæE(tm) Ë9j  Å9"ó²-EE-ÂGzeTpdÒ25
Ó!ƒM•Y é,
úFCµ%ÎÙ.§u VdìÈ'ÿOö;%÷÷ï wÎÑ9ÚÇôÒMþ-÷èîoZMOi 3/4ú¢\ÿDöµ¿ôOaþÙ ûÔ+¯×á þ"¯ú¯Ê
Ä¢1/2 UükÇ-ÆßÇútß*_÷¥ïÿšÒUõÿWMÿ1/2ô, Ù"$¬"#Ãïÿ¢2Ü k]h~ ° "â X Ê¶         Ÿ
|)!¯ †lCÂšÅÉÑÔf¬ó"Ù(r)82 ù  ! LÃ% S¯¹ÐgC04Í*'Ž
L       •yüë   œ8" 9 a=$Ã( Ô! 5' °DJÉL¥2h&0...W='ò]d1 ¯n 0 è;Ðz O
Á _ %† 0 ˆS
 Â
Ù B
Ÿh ðr&   ‡˜xAÒ á : Pƒ40ƒÍm ¸i,
"

y   BcA"A(CÛÂh0R1"    ‡`" D@á>-¿ ƒ‹ˆôã Bú
ÓA-"< Óô ô q¡"  |éúÕ îÓMû´ }]" þ iº
 v‡K     u"ãNB>ä
ïDxê!8h%o ¡§ ÅÃôU[Ó   |Ç$Çë¢;í!1ì¢,4þ!¿Ýö¨ìèŠ>"',¯ 6%oMÂ ø#6iA ù'?'M<œì"v‰~Dæ^ã"
[EÓ"F (c)9 Ò%þÒÛ  '1¢<r.>Oß_ÏÎ,
¢^ 'Ø-m ;D1/2È˙ÈÿÐ£ê‰ou £ ˜Ñ-= Ÿ§" O    ö×'BiÐNg*MÁ ÐxN   Â
"~'"Ô ä$(
§a á á
ÐAù ú >"Âz
'ðAéá Í%"ôf7ZA
vØ'@ƒo‡Õj´õl'i/lúköøMÂ°Ýéá: ?Óôë¿
êëA7O¥}}]¤Ú        ∞kAi:õi
 |ëIëë¯
úm ö"N˜ïÖ(r)¿Ó¥p(r)°m¯Z{
n"ôéu"×ÿ_o×ºÕ?*Oôô÷zµ‹MÐmRz\=õ-^ß |1/4 W÷k¤1/2Õ"  ÞúôÝ÷kÿ^‡V×qëþÿëü"ý-ºTRÓûô"¯(r
)ëÿøÿ1/2'ôšWCWéSu×·ÿ~÷Mt÷_M×î"è*xÕ5ë}õmªþßÛ¿_ø/ÕU'Mþö jÕÂt¶|Ÿÿ°ôÿ3/4œ;A>ÈálœX>´ÂI
þ"ë~'pÚöõôâ÷ÿkk_o : ~ý' -_ñ -ADããÛÚó×§(c)

V#‹ƒï‹ ÿW ÈÁ$9‡Ù€]>á5ÿ×ÿ -| }?$Áz¿õ×ÉPcõý }õWd Ó
×ÿ-}5GPv¡ïX' ?÷ _Û]û , ×ý~¿Õú "ß_ÿÒßV í‡ßßÿºÃL 0u(r)-Z×ÿÛþž-P oÛî
ž¯ù88Ž‰¤a H|†4
*ßÿoÝÃ (tm)Y åŒ (r)Z, ßïºè" ðÃ÷"ïoÿýzªß1/4'é"]ª"Ñw¿°‡M¥'f(r)bvb þÿÕR
(r)a·ßS "úÿ¢ å8šË'ïœ"§ÿ"÷w¯á7é¥Z&C¿WûúDÈu ¥¯ªÿùN'àÿëêÿþ‰ 7ô-ÔìkZé}V1/2{[ý µýµ]/
¯{÷]µÿ¿"~u{1/2'çy¯ÉAþÓ¤úîÞêÂ† ¿×·OínŸUoúõ÷_¤ë¶"º³"÷5=j¬êû:"ýµªí-o ¶ Î¦øgSsSµýuºU?'×íÝ-
n›^ŸíÞ·K÷é]´¯×¶ëW_µÚ"ý×K¿ï uÎ5ïnŽ5ëû_w ¨Ò¸ ÙÐë¿i "
kkÕ
o×O]}}u3/4×[õZµïµÖë(r)ý]_í+ÿûJÿ^ö=öÖþ"KØUd^M¥¥÷¯io1/2"1/45¯Zjý+Kj NP-+m-´¯·Öïº-ö û
l+ {
%¤×ö j×¯µÛû lR! 0a+ÿØauÖÁo
0-v N [ CK¶ÕP<'ºÂðÂÃ {
%UÃKá...°•°Á& V-í" *êÃ_U´1/2µØaxbª¢˜ëöø¯Ú 2Å[L -Ó aŠéŠé† Eá[ P`•ÞÇìl Y ...1²+ÿ
Š† A·ìmm,±ü0-ÇêØTÂ"]U...úlƒÝøZÄ"3/4Ù Õ{
âMöÓµ
- ö3/4Aß œ0˜Q_°ƒ ¡¥¿µ cëØ(r)AÇÄ0L ÁKp˜I%§¶Âîö"ö a...~ÓË ÂðÂÕ"v•...-Õ¨akl$Õ¬4ì&
û
5Ýì‡ ´Øa.Õ† ÄG P0"XB("ŸÄD0Bô . 5ˆa%† "Ö¡,Ã† pÈ aa,V˜T4
V
˜€œè ,a} `Ân¨A(r)°Áa,é...´Õ¡ * ˆ‰1 ˆˆˆˆˆq Ìn4s8‹ ""j1 ØŠx‹ˆÒòÊyn•°ëiv¿íxìUv¯µ

ÿÿÿÿÿÿÿüÈ(c)-ƒ f2;+¨ùØ ...u
-fXÎÔa0C ¬ì) ÎÌ GÙ'h¤
Êæ´È É$'åù h5 ƒý¨k"Eg;KÓ...ÒL.Oçuï'oUþïÎÇÔŒô·ú×au]z'çÿP°-

ýäçJ(c)_^] >ûïRÂ þ´Ð§ÿþú÷Ši P3/4ýµ~8õ"ô(r)ÿãÿ"§ÞµU{-?ÿõõU~-¤Ó¬±Ým ó% üØ†±"
! ´ Ôd\ÈQ ?;ÉsTý¤¤hÔ-y,-×3ˆª:-S¿Ìüì] ÕbôÁ Â f A 4f b Ô@ˆR
²!rÈ&rí˜ › Ô3"L #äÁ(c)@!">Íˆf)tpÌ [G@-NG D%FçVD
ä1M°@û"Ló6"
Í... BêD # ‡¨‡Æ ¬BpB`ŒÅ5 !&r Ôa"K.Dqa< õoÓ O
øL oH NÂ
Ðk"âüBzZa >É
" 4 "ø{ýa>ð˜A"A=øA"C # A Á ?<Á ¡‡ûºô qi øo×Å""§§¡ ô XM"ð ¡¦"~µ|>(r) a
ña?Ma ÿM
d 2?hœäú%<†Ã"÷È¶Ñ v‰{‹õ"¿Ö/D¿·ò c¬...w"¿ÒtÑ+¡¢~û(r)£úD"|"t¶²
A ƒD}ê,%ÐOOpœ "É ät@è"ÚMÈ¿tüÎ'}¢^üûDL} ù ¬¡Ë<ÍšP@ü) Ú
7]d1/2¤
‰} ÿ÷"cª YÁ Ñ9´K(tm)¤$c' %9£ ŽCãD1/2 ›4(r)ä1/2ö &ýþž +"
ôþ"Ü¦ýØAÓIÞƒƒ-uxJž Ýú pž›I1/2×¨Ow÷] ü&á6òS : á
N(tm) ô-¿úWõ1/2>õp›1/2ú§I¿-¶"XWÿWu^ß×Aþ zþ·
õN"Óh$þµu¦ºn›kA:U}ÇÇõn1/2-'÷_ë"þµ í:¿Ø´•:_î-Ó(r) ~ûÚîúu ƒï1/2~úN"ítß¯ëëºöý(r)æz-¿ß*O ª¿
ú¥ôí(r)µ¯ú{õ¥ëûnÿN=1/2um?÷ÿÊq\ íjÿû¯n1/2]_úð"¿÷m×ÿ3×Iþ¶3/4Ò÷ÿû_ôº_Ýníz ç@¡H ~ãëþû
úuÿîòœ&¿ÝH@1UîêÝvµ(r)ƒ.
ÿiûµ¡lŠa'õ,õþ‡ÓNµUÁ[*ÁŽ¿ë¦"µÕí[ úk$ ÿÿppÿ1/2×Ø÷Þ=ý×ïä:‹ýÙÔ>õ¡ÿï}µ
ëÞ*ïß^Ý ¥ï÷...ßþƒ
[Wí?ÿºÒõþ-ÿÑ uÿýW1/2:!mR
Žª¤"×(r)1/21/2}ý~3/4¶ˆ#Þ¿ðÁ·~ïÚOÿÖë¶û×Aƒ×û _nä4G1/2÷þ œ"-Ì¯ Ý-*ÿ1/2ÿûèŒþÿðtJ Óô
Èg /~e õýòÀ(r)úú!ïö"‡ š

' _-{-C¶`÷ý ï·ßúß ú,?ÿÙ ¦ïÿ3/4Ñ•¿Ûíjý~ˆ Š¶þˆ´¿ó _ïßªé~ï¿ýmëÿwêý.¿ÿÁ3/4Úô-zú×§zº÷÷
o¯å‡úÛ‡u¯þþÿ§:?í}ÿt"ÿÿoý{ü51/2ûõªMÚ¶¶j-ûïû:Àëÿ×÷~t>÷ÿõô¿¯ïMëß ÿÕ×i ¿_"ïívÕ÷ß:›ÿ¯uTµ¯
ÙÊú¿×^šÍNÿûZwÚú÷uýúOÇúö¿¿ÒëþÓw·ý_ö ð×u"~þÖé×ÿ_µµ¯ÿýj1/2þÚÿjÚ_M{ÿat×µßý;-¿µb"†"n
ØVë ï°"kö1/2ÿwûì4"öÂÛöÂÈµ°¿
ëm& ûþ"
+
ÚZa?ïýkö K÷[ ZáMëOan ÖþŸÕßá¥k ÃðwÇÅò/
íÙ ÔVÿÛì5bîÒÛ
¯þÈAößØ](r)
&
ŠÞ·"ŽØ0T
+iU(r)Ø[þÒ`Á(?Øÿ²
í°È${jµbšµv¶EÎÄ)
|Šœ|I1/2_'sìU6û ×±Q{ûétÈ$86)ˆLUÈ¹ãƒOv6*{VÖ˜[þì/ØL*ë]=¦3/4 *[ïêím...mm BÄ2 á... Ý'^Â
i(r)ý xÛûL/ù ‡hE,
ŒeÁ"×´Ða'é4õM
ÉŽ¶ Óé1/2v¶ø":j¯a0¨0¶ S}Ó `...Ã ¦ ûVþ˜a þ â"""""""""
Á ƒ/~ƒ "-0...á "'ˆˆƒ Â DhF"D4"
! 0"4Â EhC !"+†_â."""""#ˆˆˆˆˆˆˆ ×(c)75ye+i]{ûa'
àË‹!
] Š" ...Ã Â°"cÿÿÿÿÿ•êãÿÿþYÖYÚ(c) )dJd *²'C!FN4È g+ ß
@ÙÚP¥ºs253DU"ûäWÂ-'Õk(c)[F^éÁ5ú• Jé¬0(r)¤g¨^×zná/
µ$%^L'Öþ1/2.1/2ü °þ--eýê/û ãTÍ£Õ}jœ{ûã^¡÷këÿýnïï3/41/2~¿ûúÚú"(tm) Î±A"ÄtjŒ
ŽÍFK ;(c) Å"Hå H"û5ßý.KJÕ2•e?gR"ÆI2+ # Á"è! ª|)&Íˆ š3£ 2†`Šxá ˆü2v
¤ p^}Aä`ËÆa
F`\†! ÏÇ h Ù¦`) Î¢,!ò~ "œ‰sb Å BÔDPA<,VE¡ á ã
¨f ø9"( k ò
62 d¹ â 6YÐ¯è8Ðzh=SÓ° ¦ ÷ =01/4a
ðAê ?0 ~ k`ˆBaÚ Â ƒAÚa Â
m=0ƒL Â
& Â
@7Ðt ?ªnƒ‹W¤ãˆqIõ¡¦‡ âÜ ý? ê(c)õ "ÓÐa>Ø š-è8hq
Añ AïÑ.h‹ öåû3/4\ß
dæÛ[M ç#~ˆ¸ä+µ'
ñÈ£Ý Q %
¢ #ïÃNK(= nšH->OÛ¢>ÔŸÓ"Ì" "ÓDc ýÚ
öÒ 0Ú &äN"ƒn'MÈíH1/4Ù zòéA Ð r ,y·DÎöEæfÅLÙ<6 ›4¤8ô dô‰2'Q.h
Ú%ò¢, äºgBnEt,y ( ö"hœÚ ,3)/r~à"7È1/4ôGž" é
ðMÓw¤ð..." ...M¶×1/2=7Óm ×} ôõÄ$Ÿd¨é1/4" i¸A3/4´ ÕCÁ t*ÝV"kté Ò
ûÂ} ßýUÓÿÓz_O(r)•Si5ÓÓõí=Õõ·ÓÓëOM¥¥é>ßO"Õw]
§(r) ÕÕ- Þ ßI'Õþ é ·K¿Ókú"~êúWWéÂ ëÛí'lwþ·JéGkìR¿§"Ú±ë]¿4?úm-^é."ÿ¯zzwª¦ñ]êúØ?á:·"
_§MãâµíÐýúOÚ3/4?¿]"ë¿UîÞï1/2ýÛ]tïý¿§öúý["éwÚ§µõI÷á1/2÷"í=w zOëÐô7x(r)£¯êúëb'õÕlˆ ×Ýè
ž ×Ui"¤(c)Ý² F Êp¿-H@) šÕ]>íƒ'+Ö÷Ý+ú}nÖßþ¯ý6ß}ß: õm
ÿ§Ówãd-,°µÓ{ ¤`:°që]< !ÃúÅûuÛ]ÿúýuÿ_Ö1/4 ÿëÿÿ_uaÞH /¿`ó¨ ì†'ßíY
,ô¿¯¯ ƒ¥a*r, §R!ÁoýÝ !‡3¦"Ý7Â ƒ×KïÛþÿt×Ø}"Aýmá Há†ž¿[
=w}¯RÕÑe-d•˜Ÿÿuý˜ý×@ öþ¯ÿÿéöC ò(å ¤Bw_ÉpŽˆIè 'F'ÿ
0ÿ¬ ,#¯*Õ;3/4õ÷1/2Õ×ý- Ú#§÷î¿ÿý1/2g s ´LŽúàü˜|Œ e û
sXŸóKŸZný[1/2ÿ_ÿ÷{ÿæÓúýÿþë¤(r)˜>õûø7Â\?×ù 2\ÿÿZç_"u:N•

ÿ}þû:-Ÿªôºÿõÿ÷þû‡o¯:3/4ýÕ.ÃÛ§"ÑQ7ßøØÛ‡çS¤›1/2"Ò_Ö×uûëÞ"k ú¿ôýÿ:(tm)ÇçWýÿY!ïùës¡ZÞ
(c)ÙËô¯5-Uª·WzÅi;iv"W{ikm¥jê*n¿v(r)-Téiûjý¥ªëv·µëßÖúMçž¿ïh ý'ÂÓV•Zëö¯¶¶-ÕCí}k_ú
i]ö"ýö¿3/4ÝS}Z-¯ö-...¿¯n¿PÝ]Ø5¨4´Øi; -ÃIÛJ¿n- GW"-.ýûüÑÃ.Œ 6Ÿì41/2{"¨k¦ µð-Ú1/2§ÃI3/4
Ö V--ü0-"ZŠÃ
ö+b´Â" û
+ Ã -Ã. IX` (r)ÿÜD(i"&mŠÓö J

0-Ã ›J u r õl a...† 0am& J L0^Ö¡¥iÚ¸"ié-ŠÚøö9 ...E<uò-ÿØ¦ý-'/Å1LW nâ
ÃìSÄ ýŠb˜â˜¨¨...ÅaŽd µkk¶ °"Kj¶CÅ... ¶ lƒÆýÿ¨L/Ø_jÓUµµ°[VÂ3/4¡H#é¦šáp¢Ð† J¬
Ëu°Mm(`ƒ[´‰ºV i ßÈ.!:¨an¸a0ƒ X&Ã ¶°ÂV á,
&8Pš
rÝmDD L! Ø! `"C,M Lj !`"\XCP"A" ´"â,! sª a ˆ`3 @Ì 'Ê 0ƒ
É!"
Q DDhDDDDDDDDDq 5ÿq¥-ÿßëÝÿ¿^ Œ ÿÿÿÿÿÿÿü› Šô‹!¤v°åq¦v* Ï†sYš...) -jBÙ'[+‹š'
VBÙ@ (tm).2¸Ã2 e'ù Á ÓÈ¿õä[Â¨\Èë þ-ƒü%¹ _ø_UÁzü7´ýu
ÿòEî-ÿTþé \Ç Ë]_øËH^-Dt÷â"ðX¯Bû
Vk%" E1/4}Ýq¿×Né7*ÿ1/2~ïöú ¯ÿþ¹n ßý{¬ì*þÉïÈÛMfF "äu Œ"!ˆC5( ýk¦É8Ôg' Z5 "
u dMHƒdPR; 1' š
Hi(tm)ˆB r " r
›-t †Ï³b L '+›FÙ, B ]'8ˆ F -...Á É-' üó-9 ÌL...Ð² Ù
2pˆfPT
"
. ? :éñ]º ;( Ô
E 9˜ ò
" ¦ } !"-h 'á Rp^ðŸ¤ [¦ nš` Á5.Ñ -Ð` ô Z¦ 7
(c)ÅpÚÓôû"M- Â
\ Ø´ OM [ÐkÃT-š [ ÚïïC¸µ´ zÒé"0› Ô
é"ý?OZýÃîžŸÚjŸp¢ U‡I6/A¯ë Èè¤ ÂÝ Ç ˜^$AßÅò#¿˜rÂ?ÉÑÉs'_¢S÷.›i*ƒîý Ÿ"œÍª%Í'{'îKñ
"^ ‹Ù ¤OÝè-µ3' Üœò9‡h•<‰Œ3e 'ŽE" 7#Â ¨œÜ œ"-Ó"Ú%ôJzÅäNò|õh
Ü!á_Ór(ä íS`Òô-¯Iý Ü"¦ÐMÈ § Ü!H6éBvG= Aºz
ôÛpƒUêðCMÐa6- ä GG["û§¦ ô oµAëH7uñhS² %ÿ§é÷§...¤ôì
é</A?¤Ý7Âmwúé¯ÿªé(r)›(r)¡kÂt õí6ûxCWû×ŽÕ2 ¶ÕÒ
ÿôÚ"Â^--Û¯3/4ž¿xN"êëMûÝôô×ëÿ]tÞîý{ÖÕ×éð¬0ÖúZëÿwñk]tµ§ë~ºÕë¨_ûí éé 4×·ûõZ º¨äZïÒÝ
ÛÔ
Ða¤ï·í‹ú_ØõÓû-¶"tÞ·ïãÿj"Ò3/4Ó¸ßV-KÚ¶Öº1/2Ø= ê¤@"Ìr /v'ö _ïx=ôýÿ ÿªÓWÂõ_ß÷ê"[þêÖ"ºO°
ò Aþû°|¹"$Å é^ÊqúVB ~3/4Ö5¨úÓ'W´þk
ýößÝuÂ¢& ëÿ¯vûoä&Ö oÿðzD3 é·[
È`ê¿1/4
ê3/4 [^¯ˆþ¯!,ÿíWÖ*°ò` k´¿ÿ(r)"àåÃMÞ(r)ðÁ×[ú1/2ø.ÿ"
¶öº{ÿô ? _ÓO(r)ß¿
·ûý÷-þ 86Ë,U{ªÁ÷aØ}þü"-õï¸a"A#ë§Ü†wºR
¿íZôA"ÿõßUUè‡ Ó×ÿUn¿† È\t*µÚšÅîÔ Z'...¹Ýõuè‰=§î§P¨ ÿÝK1(c)‰ë-£§V
ÿúõûµ¬" ýÚþýþëÐ7 û}9.oA· ú "ûÞL‹ÖªäAK#þõ×õ ïòa×ÿþúï""ûúÿõÓ~S‹ þ¶(r) 3/4×"¥Z¬/vëP
ékº¯Û zµ_k_ý3/4ÿVëd6-U~ÿïß~Ù.s%nìèöú"8ß"ïK3/4úuUÿmë~ÝÖó(r)(c)f"Þíut·_¥zÝ}ÞëïK_J×Z§Wé
UºOßý*ßñÕªuëúGŸõê3/4è6øiÿgCoT-TïíÖû_]*U§ÿþ1/2ís ~ÃI] ºMÿ
ÛKm-·íw´-"ío3/4Ò"Ã ¯ÿý;íWë×u_ ÷ ý(r)3/4¿ý†·êé0Á;_z† +ü%T-ÛkÓ(r)3/4ßkm¤•×ö•"këoí}î¶Ÿi
Z1/2?í¦ÃJÂßöÖ
a" ØiGu!•×Ù Ÿ{a...¸iõk¦Ã kí...3/4¡¤ðÂý¶¬0°Õl*ÞÚ·ªÃ

SN  kaVëøa+J  [_mlTWÅH`{  wÅ/U  °dpò.Y  ÂÞ6
Ž  "
%±T  ¯'04¯j...<0_ä[~îÂz¦•...÷ý‹b¯Ø7ø`•"Ò"L.  ííSoa§‰  3/4Øõ¨'cò  >*÷kö)‰c¸[  Nú×[ðÕ§±Qý~È
#Ú  Àÿö;A...ì Â Õ÷vÂ¥"-[|/
&"Ô5P°Âá{µ
¥kÓÄÿð-ÄL†!Ý  µ°šnýXS!,  B Â    M! O )Ða$#†             "õ    B,& Óvž\!
  ƒ  "°ƒM3Y:,`¿Üv  Ø`•,0L%íÿ
&ƒA,"  ]ØQ            f\(r)"0B!,  ÄDDDDDDDC(`!  ,w  ¢"""
1/2¬
"¢"  Ž5z$*};¯Õ¯É°(Œ0¿â1/2íSXL+MPaDD  ÿ"À   ÿÿÿÿËXÑGÿòl   †K)6÷ç
Î"ué(tm)ßÝÝzëëûõ(r)øãŒt¿1/4ÉS*vüÈœlÁ  +# œ  )Å*   .q  ÎÏÉP‰PµA"Â  á   e   " £Á  }3
è2@€  â,
&†žš|C_ô  ÞG
6D°Ó‹ýÕë    Õ   äç"Ú%í´OÞ^œ÷ÏÝ%(tm)tvI  7WAá7#ž  {
3/4¶´  m+Ò3/4ÝZOM¯Ó÷úN3/4"ª§Û§qZÿún‡"v?^¶û×ï           ï×}ý?µ  ê  ·àÈèŽ
¿  "ÕÿÕëƒÔFÁÖ(r)û!H¯~ÿœ  d+eEò

-ƒ÷ÿT.C
'  ƒ  ƒ
÷3/4
:uÿÜ0ü°7ýîßßÿÈgÕú",k~¦¡o§þ¦  ü"  _Ð6þ¿3/4EËæ¦÷û
*ÿø7ØyÈû¯=  _ý  Q  ýWµÕ{ß_í6Ð?íí¤ÚOþš¿í}×´(r)-m~ÿ°_ûI´û  `[

  l%ì0IPa'û¶Ò†          ¿  ÅEE|S±ÿ"b`Ë‰ØA(c)1Á  1/2¥E°[þ)...ðj  4ÂOkë"m6  a\D0X†
¨2zh0B"L  a2U(â""""'
  ÿû°Qÿÿÿÿÿÿÿÿÿÿà"  ÿÿÿÿÿÿÿÿÿÿÿÿÿ  ˜ŽèÌ±  e  J†¤ÌÂgd¢,"T@¸(tm)k...žNLTêF
-  v  m†m¬  ƒ(r)G¹UÝ""]LŒ  R     0Š4}1/4*...UT
&wFT:(r)  ]S7û@  "
  :  -E1/24·Ü-  Uöœ-*$_¦  i§ø]/ZKúÿ~‰ÎÂ  K9E
¢VÓÿä1/4žÉ;oOõÿëYd´GtKÝ  hœÿBá  "éSú¯×¿^,
Â
¤ôÜÚÕŽ5  m´£×ÿª}øN-Mÿ"×Ð1/2  2Çýÿÿ†öëI¿Iwíj(c)x"‡"d    $  LÔdU  Duy¨‰QÚÚW_~-oý}×³
8Ø'y±    3  Á    "NlŽ
"
  Ì
Ä    ÔB Ž±Á    "à(tm)  <ØÎ(tm)³7  Ì  )  o¯1/2>U3çF£!²#  qÙ-6i¦c5²ã'" BÝ)Ì‹
F
ÎÆÄ÷¥×Ú~¯Aé¶ƒAÆƒõPA"
Âa
¸"  †  4Óè  2v`>"úýÒ`ƒ²pLù¯
"y€ì    Ð0D slêÂ  ƒ¢  9     ~AÆlÀŠlRC::Z]E¬]ê•§§  C†  ziú
=wO^Ô  ^âðƒõë  B

^ƒ     á    a
÷§h6Í  éWìƒ-  ÷Ë|EA?h  ò
Þ‰Mì"†^â§  #€ÚNZ  È-ÔûAÆµ¯þn†ëÄ?  P>  r8§Þ  é"  "ŽSûÕ
  ÒAÕëä^Ü‹ôƒôÙœ,m  sFO
+d³    @  ¹.r/´  8µ¢~á  l¯?Y:d  ÝwÓ×a

ŸTGïd#Ìß0äè Èó'6 hŸ"t¤æÂ%Ã'ÆJÜ ‡ªâí×ZOÂo"- z^"ÓúMÐÓ¤è ðš¦Ó o0ƒÓpCé;$}_]ú
3/4 ~ ñk¡A7N"ué è: NÐ@ôÝû#¥'þÑ9º--Óõi?ºÓöÕ¤ý;MÕµ
'ÒIºëzT"úK-¸m7×ÓÿêéZ 1/2´'zn›I´Ÿ3/4 , Ð}:1/2V×1/2ð•Öëº}ªUè71/26ï1/2 Jí:ö1/2ÿ^¿Wëu
Úßúé¥ëÿ÷jê(r)-KúÓ"ãôãJš·ïNº_ëWÝxºôÚ¥÷Rtu{ ÷ z÷¡§ÛZu}ú(r)¿"jº_1/2×(r)
·"´Öµú_ÕìƒÚý÷Õ¦öÕ+é4Ÿw¯××3/4ß(r)ëþ÷¬pµÿ{Ðð^26%h281_ÛïírÔ üŒ õ†(c)Wm4ßÐ_ýî"¯[õõ
^ÿK"-Óß¯ù òL1ª ý:]}¯ö§PûmF-ø¿ÙÔ+ïëO-†ï¡ù HÐ'_O¥
TÈò¯ÿø/a{û×Ý?¦"¯IÊ PÈ$P]}þN
."3/41/2~-¹
Ê@cú3/4 "Ö#‰ §[û BŠ!n°A+y
ª(r)ý_[O¿ÞÂÖ"T úýBN"éý§íûØ. ûôø?÷¯ÌQDt1/4Å$':Y2núÛµÚþ@ˆ_Þˆ Níí*
ÕÓûÑ
• ÞÞN
^C8á ¹ ,F' Ÿëß
:¯ïÿ ú&FÝ¯ÿ§îŸ--ÿ¢3ÿ /ÿ§DZ ßÖ‡--ÚS+ª Ú#?3/4ßðÞCDÿÿé{
µÝ/µõôþ1/2Òà"n´›ÿ3/4Ñ0î¿~þué§§ÚDhðW_Kù¨$ì
*ßûùÕízf¥ï§~õÿ¿·¥ëKZª_yú"Ú[~ëþÐo·úÁn•_ßù U¯õïÕW :ýÎ†ÿ_¿¥ùÕú3/4¿åEP¿ÓÿÛ¯"ßs(c)ý _Kf
§ çCÿÿìß-ûk~í¥þÞ¿ µ^ÿûôúû[ÕÒtŸµÕ ×ûî¯î¡(r)´¿Kþÿž›ù!ûÿiv"}...ûKý}÷KíuÝm]ŠÕ+í-zÿû}{Iµµã
Õ"û"ÿ×ôýëÿí¯`šØK_µý´›KÛ_n°"Ø]W´Š [Jû¢u
*Âûõûté6'm7WØMµ°Ÿÿû¯ÿ¹ û ±°ÈéŠa,û \Oá"˜kða/°²&%ƒ
av›T
CaÃ 6-...@í$í}lº1/2öÂÃJÕö %az†¶ ÿþë¯ÿõL,F
¦$Ýò'
ü1R#¯b"a,QO câþ %¦ÅEC qµ
(r)ÅúÜS `ÈâSQ†8`› ˜"ÿþÃ
_íoØVÂ·aW¸a~Âb í^ÅBV Ãí¦+ªiŠé6$á¯¥þÓQÛ°¤ ìI Ša_ÿwÅDF
Á"Á...A"80L&ü03/4škØK°¥ºØJÕÖ×m0šám}íÿ†˜&
ÃA(r) m0Ÿ"ï-â"""""E àÁ ˆ†L &..., Yï
!
;ØZ! & Rì!`œ5[C1/4 Â Yu ¥
x/kö DDDDDDDq

o 6"DDDDC4 A 2÷P!
Æ± *uZ"¤¡.ZAŠ"üGþ" -døÿþZ±Çÿÿÿÿÿÿ(tm)%Ædv\ÎÒÙ\C&Â
d²(L" Š ×'Ñ d-'À§z†s´¶wùNy¸'3#S;&gaFd6FeUÕ^!¥"
pd·á¯jvR["•8Š(tm)(E &
OÖ-ïá:'ì$vk [M~éêž' åc¢t.y="vÐZ!!¸JÕ ^ÕëÝÂºªát'P˜{(r)ˆÎï Àï÷ú§[ÿÖN..."Z]ÇûKA ×-Sø-:Óúý
*ëº ß·T,
Žï¤7÷õcã Wkê¡í-ÿ·"Í ß¿ÿÿ(c) Ü‰{é:Wíþ*Õu]uûÌ††°ÌÙ@CXÊ1/22ù¶`ÌÄ!çˆÐrá(c)ÐÛ"F '*k]2è"
Ÿ V§T]nkþîúø `"‰t
â/°ƒL `ƒü 2È- ƒ¨
d8À¸\LÙ€æ Õ" Ä ,œ@ˆ|!ð1/4/Bt"$ÿ› ˆÜ!$AvD$ä0"h9Ô¬ôudA y <ƒŽ ù(r)#" KÀŠ 'Ì&G
wœ"."§xT§lw·§ÞÚ ïÐ_Ý.ƒÐa?è Þ¯Ó:...Á
ë 0˜@ôÔÛ3
j ua
e Š}› Æ"Dg@K@Î¡âDØ¢irPÓX¤K ¯z
µ" ƒ J-u{Aé§íéÿé îâîíPÞ¸h ...á?Aÿé"ú%6ÎåœÔ
û8äæG r+‰"·¢^ý[Y/Ó¤¯ ]u¶‰C3h ÃD¿" õDXv(r)"COD|úTJ(‹m]tÓX}öœŠ:ä F£
øM }p› ¨iá 1/2·§oô &ä"kçáoø"wh £"Ùè~

*ƒ* ò/Ñ/z  -E÷z  Dàƒ¢_¿Dæä±¢s²91/2  ç±&ìÎ-T  p†E¡
9C¹  ¹P^Ê7þ›I'ªn(c)÷T  oºoVèt  Þ-áv'mnöÕ ÛÔÕ-  ß]<i
¦á²]8@ƒtôú  ?   xÕ  îŽ
5Ïÿä}iu_o^"  O¤-U~°ƒ¬&éÿ¨O{ôÝ²ôÿZ]?ýí¤é7ÓØ3/4îž  ú¿Õ  Ÿ}Ýýμßò¤ºÿýûμñöõõyÒo...×¥úí¯´,
}Úúoêþú×¿ßî÷U¥péo31/2ÿÿ¥ôôμKß¯Ò¦þÔº¦[ßÜzúñ§ÿúé¿þ°ëÿ¨UÔmëÛ[í}ª*Ší'ÿo_÷íÛ§¯ú
ü‹‡ž_ëoºêèo(r)1/2ÿ¯_Åÿ¯[}'Á  ê·ÿñõïðw²ñ  :ÿÒ-  ëU}VÎaRåˆÃ#,ähM¦×A¥"ï¥ÿÚ[×öÿú  ¿íã}Õÿwò
μ~5B7ß,"VÝxè†
÷J...•b'ÍöôBh
Àcÿ}Â  õt-"â]ªoá  [Wî"u  ü>  ë¥wKÛKzëîÂOWá
öéØ4=~È¨ÿ  öùÐ  "i{
"  -éé"nÈc-ÿï$ë!-ºëÿ  õ{¦ÿ"Bãö   £'&C"ÿT2  Ú  ¢p#ëú×  íÖ°Ââê  ~d•ûÿaÿí×ÌO2¿ºLÅžéÿ'(r†Q
ê²Ê  ³K1/28o¿íCÇ×û§Á  ÷^¶ûG_1/2ûÿ3/4(r)  *éí¶ÒÿÔW_¿uÒø!   ß·¤L  Uøe  -ß"B  ß¯Mt
  ÿp  ÝwˉûÝ(r)ÓßÿÐv":=z3/4"öú1/2=n•1/2ÒQ8O-¦(tm)ïÿô¯GþÝtÙÒ×_~;57[K÷"ÿm-Tê"a  S  ÿï_ý
mo  Z_wï¿uh+ûûéÝ  öëkt-:z3/4μÅ¶¶ù댥ØJ¿Zn
ô  ÷m,èwˉöu  }ûk÷þz{:äu}'Uõ_Ukÿμï1/2´μμ¿(r)ê+¶ÒÔíoŠp-"té¦mî"  î1/2-ïÿë-žè=n1/2{ë"ÞÿÚ_ØXk
"i  }ˉí'""ºëw¦¡×-(r)¯¥  /  j¹ûKWÚߺoμô{ïÿzøa...ý'
    °,ö  KÿÛÎ¡ª  J·
/|Sj  1/2†-Ô4'  ´(r)Ã3/4(c)á†-"áªí--¬ˉ4¨ú_ÿõ
â3/4ØØÿŠÿv+[ˆÂ[¶Ä-  HIC   "&    EAû      7û
%±¥ípdq  Á¶  =ÃI˜^°Ò"
"È(tm)ëº†šv  Ó    ¯a~îÖû  "m~Ó  1    ¨o†*¿bªC  Û]=Š‰oc¦¯28ŒqVÁˉ  ÿ÷"ZMÁY  bŒ/Á,
j×ë¨þÃ3/4Á,ÛxL  ÛM:oO_[
Vÿa;²  ÿAŠd;ë‰  ñï¿ßØ"{Á,¨!  É  ÄZ  "!'ŒT  ÁV-oH,êÂ¦  2uhC
a{
Ã  ?Aõ
&       :ZL0šk"p(c)"þ¡×û¦(r)â""""""#ˆ3‹-‚2{2  DD  !  d‹"
   Ð0VÂ
9(c)
Ð‡ ˉL  †      DDDDDDF-^-,âbzÿ...xU  ÿÿÿÿÿÿÿÿÿö%  DÑÜÃ  èÈ3/4wŒíT["  )4  Ñè:!  -3
Œ(c)³%-d²ÎÕ²  Ê"v"&L‹(tm)'‡ß
ôë"ý  VEüìt1/2Ù  }uôÿÉ-•  apˉ_ÿ  'möþ  "  %þ"ûÿÞμ¢d>"ý  ?Ý¯ïëºÞØ*
°¶"¦~ƒO-
l-^¸Ó  *ÓOŽ=Ž5÷τˉº×ÿªù×ú3/4Ú÷1/2ê1/2x"  óc$3  ±3DùÁ"ç¯  8DC"  £""4μ&  "±Ú²£ª#Ê@Ì(c)
Š ¨H;*  Ýuæk~  z  RæÔ  Á  aè‹ˆ^}  Èˆg
œ9áMÈ¨%ä¢f±\  2   è)  Fƒ'h;  $T  Ê²%  ràÎb›,ç/˦Â¡PƒÌ  ÏÇ  |B  Ÿa
-,h'  c$3SÎˆ(tm)±'ù+‰  S(tm)..j~ÛN7¡M
‹Œ  Ðõpœ~è0š¦ƒ   C  0žƒÂìè=   xÚÓ  6ˉõ  4ý;zÐm"
Â  ˆ3¨"Ã  B`ˆ^&  ä€¦  Ê  ë‡Å§Úký¿¨M
5OL'  §Úziéña4áÿ4ø‡ªéªqé"  M0ƒCOÁ
  'dw¨>GîO  ‹ŽDÊ#ú¦>øD1/2È(r)¥9:"ᵃ²s¢|Ñ  â.Eç¢_âÙC"  G
  £"ÙC"  D‡ÄI  äGí¦ú  ±w  Ú#r‡ úW%L!VBˆÓ
ƒp@ðA‡  ôÚ(r)ÐphEõA  r  IÒm  äE°Pä'á  êƒò/Ä¨AÑ/Ó·#žYâ  "'x‰þ  (tm)÷È1/2TKœŽnEæ‰oc
Ž$í¢SÁ  Ú%ý×N"l†5ÅÕ¯¯m&•ú·öÒm  -›è=
Þé·§ÐOAÒÕ›"Nƒí&  ÓëÂ
1/2  éà     "
  t  ¤Ô Þ¬_ðÃöéèÝ}¿Ö¿ªýt´(r)šn1/2}"Þ-Ó×¨êï
õvúý(_OO¶"°šÝë¯õ3/4âÆ÷(r)ºíÚ  Uzq|w(r)"¡ë-¥(r)  ÒW¥ßªúÛ3/4ý.žª  miÒN  &ü(r)F  ?ÿè~šûÿÞÕ
ô'éïmÞÿ  J‡Wu(r)¿ß(tm)ëOâÔíêÓ

]_ÃVÚÈ°¿¯þ"}ð  ª_'AîßUê  §×mix}^ßî1/2mR}+ªî¿"Âû!Ã¯†ÿiªü§          1/2×!u^Üid
;×öþS"õÈØUÈÁ  }  •î´¿W1/2¿k"ÚÖÝ<+W
û!Š_ÃÿßùÐ_Øwéo¯°ßÿÙ 1þR  ï' t3/4  Õý}nš¥ýkoœ
V  j  ñðÚý  §WÖ
O]0  *øWKúIð_ðµ...uI  Â?O  ¯]Ý×1/2hu
'  ~-foû_u×v    þÃ  ïÅÑ
•oýý  ¹ûÑ  zn^{ÞÐa1/2÷×Û¶-ÕUúÚýX/¿"
¯'–õwwè‰ÿö  A  æPmhŒë÷î×DYéß  ‹Ká  )ú  úþÿÖ3/4íWéÙ
ãß¤A#ßÁµuíý  ý  "õêD  ê¿,¿ÿ_DÈÚ×  ë&-1/4§
ÿÿÖþ-[ÿ]U['ÓÖÒTÝ÷ôûÒÿ¯Nüÿô-:5×ÿ¯ï¯¸]"d  ÷ëõ  3/4ÿÖÿ°
]ßÎ¿_Vÿÿë'"þ-mýÛgWþÞõ^õ×þ'þ3/4¯þÿu·Þ"¢C¶•}^  þí]w×ÿûín›óÏÿ¿Zõµoõÿë£ÞÒì\ó¿ûþþ¢"ÿôûW×m'5_
÷ê  ÷]õýéÕ¯ÿT*êßëé×§Úî¯}oÕ_õõïoÿéî¿C  ¥(r)Òì4¿¶  K-†  ïÓ
0ÕtÛÚKý†--¯M¥~Úö•UÛ¬4"'ü5ÿ¿ë÷û¯ûÕÖÔûÿðÃ¯ñ_Ù-{"a'Ò¿þÐM-...°--_
%éßö(r)¬5þ××_"õÿ×¿µ}õa(r)-bÝõÒû    ±|pÁ+õdXÃ
Å†'!Z]h|}ò-l    N  /f¥#  }¯ý¿m-/a¤µØW
ÃKL/1/2...û!Ý  À›Ù
ý  qìTŠ3"  Ç!'Ó  ¿(r)Awþñ.,q'â¯ûïïuù  ×zØJï²è  cf  Øa'j¬.ö  ¯á...Âúv¿à¤  {
Új̈"p°×þÕ²  ÐjõÃ_zÿÿû  û±UìD"(c)
ì1X!hEÈ×´Â¡    l0‡
a,o"
    Â  Á5ûL  È(c)þØaa...°A¥é"Kú-.¿a  †¯V  µÁDDDEDDpf
  DD0B"  u¨Cb""""
(c)ÄDDêÆ  DDXB"=Pi"4,'¡
8`¯M|DDE!ÄDDDD  c@"DDdÛß3/4#uó#
kJ"V
  ËA]µ±J°Á+
›b°(c)&  Ëd          ...  2  ãÿÿüµ€ó
cËkUÿÿÿþZ  EÿW-ñ  Ñž3²†  3"-Ìòa  ¶A    Öd]Ù\iÊàzîv  °-W$I,á  !›×gÎ¯Òß...ý=í£"µO_Ö¤ÄWôõ
ð_þ"  ¿D\{ÿ    ÜzßD"  ÿ}  ×·Qá8õ]ÿÞ¿ÿoÿÿÿ¤Þ¿ó 1šÅ ìì  O:
-JN^UyÞ¨ï´  ¿ï(r)VNÎ‡š(r)  a  PÃ  !ÈB
(tm)ðŒ  7Á    D²Ã"P,X2@ÎŒ  3¨LŠ  3"A£\lŒÃ  E#
é   ñ
¢  †N  @(tm)A§g
†Î³›  1"3Â"ìôæÅÍ´j    Ñ  Ì
@(tm)æld†    -  0LÆÉÊò-Â

¨@ð¡    jÝ è nÐ n  a  t  ø@È`ö¨A"
  <&˜@È  D/W¬  <
J  ä  Ó  0@ï@ôÂ
&°
¢ÝK°  "
  !  @Â
¬Ù%NNÜPOnäcÝBa
MuNÓ  >ÓN4Ða
i›§‡ý6Â
.ü*z    fC  ãÂa?  4ý¯':    È%˜,8ñh  (tm)üœÜ  á6Fw
-4  Š
Z|-=8ŽZEv...²1N±jÝo  ‡iª%(tm)

8  Å¢(î4 -ÚÒ´¹ Ú Nù   ?
ƒh  ¡ÏîhœÛ#žYò 'ä_É A  ¢è  Ÿ´Eâ$Ú'7!\¡Ù    !G(wÉû'fÙ  E'Í¢~¤Y¹  òspƒpA¿(c)    #G ðY  W
   ÿµ!êê§á:OôÝ
  þ"tÝZOp›A7$"ûÐv¨\&Ø   M)  úONÁè'I¶  °›A
I¦  oäÐƒur4Q::  ¶'µ  N¿Oþ°V-ðž  ¯A°ìÒézêéóƒh/}ÚÚI‚[
  µÐzÒûÝ/ö  p›¥KKú‚öÒÂýÇú÷ß××a%ßÓí{
  Z³ª¶�Ÿþ´éí  \?Õ}uÚ´ÿTé=;MñÒ§Û~¿÷ªé1/2Û  n'ÇqìqûßûEŽÒÝè|0Þ-‚ß  ïÿ"ÿRzô×ää_  ,ÿkþ1/2,?--%¶
  Úêµ nÞÝI5Úr4
  "UtëZO¶[¿zW]kï]
  r
  _Ê@ÿ  f'^  ÞþB  ÿkD X85îÒª¯ûwUÈ¨Ÿõía}wë}ØZÐûýÚÍ  `"§çPÿµ" Š/îj
  ÛN  d(d.šâ¥1/21/2ÕkÉI}÷Õœ°3/4÷÷[è›Áj´Òëä0c1/2  K(  ?_a÷(r)H
  (V
  ƒ"¯íõJ  íðÿ_ÚÙ 0ú  ×(r)üw{þZ3/4^wþ    Ÿdì¡ÊÑè‡  ~ÿ0úÝA'  ‡"  Á×ÿZMþµí¿õí¯"¿ý~"-}ÿü
  O÷&  "_DNÿÞt  ßÚ!îèŒó @aþ‰"ÿÿïû÷÷¢  ÿÿwß{¶ûi  äÉý
  "ßÂ#£_°Êqz÷D'ä"§  ê  f¥[}Ò¿üŒ  §ÿè'þ¿_×§,sAZ¥ßÚ
  ¿ '(r)ë¯Ò
  §ô›È3×ô  ¥  lŒ  þíý  íé  ÷þð_¿Ý{Óµ  Gûý(c)ÕëW}~¶u  _úÛíéR-m‡þþ-z-Tèýÿ³ÿT¶Òþ1/2SU[µô1/
  2ZÛ¸ÿÚ(r)î"z¯Úµž¥ï_n³1/4üñû
  ëzŽ÷  {÷¶þ÷þõí¿¿wß~ÞÃ¯_é(r)ÒûZ¹é›ûK¿ô-óoÿëï  ï×]}z×ÿ(r)"¯ÒÎ‡k¦"K_uý4÷°¶¶¿}j-ý}í(r)-û÷WÚ
    ÷û
  ·í‚ õµµ´ým+ÓßØ-¤Ã všý¶  ÛÎ°ž ö•íÚ_áW[ÿ^Â]äçKûi{       jì4¿õma¥kÚM->-(r)ðÁ,±\‰
  /Ôt¬TSad\°Â_
  $Ú÷ØIá›  `•¥û
  ~  p×í¯±úÃO¿†  ƒ
  iX^Ò  I¯ÛJ×k  šê%  û  xi1/2<w±û  Âipa=‰(±°Á'ðÂ{  ÿâ*...Û±ÿlqÂ1ð`  b(c)'y
  (tm)  ÿÚanÂ¿Ã[á"È[²    Ø^Ô-1/2‰8í&Â  ~¿í¯ö-C["!ß}ò  vÈwÔ ƒ¿Ša'll}C
  1/2aÃ
  ÿ
    Ò†   V  û
  ¦  }UªÓ"ì&  Ðaki-~Òì+ZiúZal.[¦3/4  [°(tm)
  ÿâ"!,  ¨!  Ø!
  !  `ƒ  0...¨Ð^'
    D2uXA"
    ð"  Á  :a  `¨    M*!...mK€O
  <.ê"4""""""#b"""64"8^^2f(tm)7...-xôErÛú¶"jÞ¿i%j-•  ¦ÂW(tm)
  "1^Ô4×ð¯/zÐ³ CÁDGÿÿÿÿÿÿÿÿ(tm))"g(tm)ÙI•ÿ'vUYÚ¯[Ôém~w§  v  ÿýkÿþð¿ßÿ  ÿÿ¯ÿþ±ÿo]~õ¿æ
  @eçC*g'WYØÛ3^W  YÑA  DpA"â    5<'b,  j  Èló6F#  "'œL¯ • ›.3
  þx`  "Á  øÎ  )1  .fâ@"¹$H‰Ä"
  """è  MÓ  <  A"  ¬'Ø"  °ƒSîÒO°ƒN-  Aá  PÂj  e  ƒ!°TÂ
  ô  ?M
  A¡  ÓO‚¤*Ð¤?ŠôÂ
  Ðq~è7K·A"--NÝDæÑ  $N  1/2  ÛDý§Öé¢VÑ  ýô.K/  #Œ"  Ç¢<h  RY1/2-7é:
  ÓpŒÎ  6"rèû  ƒä  Jm    h_#¥'{  82Î@  ‡%î¯    ¶Dtö¨Ã  -1/2*O|&è4"  ^›KöM
    ÐtÝx\
  ÚOÉÿ¤øy  ôôa  ¤,    7¥^°m.¯êÒêú(r)›--Ò°éúj  &átÐûÒ"õÒöë§§qPÿÒ°ôÿõÿWV×J¯þ3/4ú^úzÒµéü}t
  (r)Ýuúí_õzwzêÒ-°ô
  ¿ÿ  Þ¿nîþ¿÷¿ôÝk¯ßÌ¯ 3/4¦Ca~/xéÒ°(r)µP"3/4ûô•{ù(tm)ïoï3/4ëfÑ±  bæF    ÿÿÿuÆúêëïþ1/4GúÿkÒ

q¬  ÿÿûÿý÷ÿÿßµßïû¢  :¢+-9D.A
ôßõ]"ú_Õ_é¯ìnúôÞÿDgí2‡Ì£ÿ·Õ‰ƒ÷ý·ÿüÅ)  Ý¿Ñj  ƒ"9ê%  6  W  êöÿÕ...ÿî¿õÿÿ¯é;9"Ýwï_ºU!žµ }
ûþ3/4·ußÿé~"v'ß:Ÿ¹Ôÿ&÷¬êo{ïÞ'û"ÿmÿôï¿ôÝuÛ"ï¿¥ïµ×:"õo  é:-N¯K[^û¡Î‡gW¿þÿmoöÕõ]ïµ  ÷êûî_
¶ë1/21ÞÚ1/2ì'ö  a÷N¶["{
X~¶ÞÚéÝ-Þßiu
‚¿KÕ1/2...Õ†"a[      Z°Õ°,T°U{J  V  5]vÂÿiZöØKª†  m'lñØ-?v
‚S  ÅØI
L0"o†  A‹
   Xa  ã'sÃ  †  àÂï†  °a.ý?±Lƒ  jƒ    ¨¡A¬VÆÇ¿²
:¿þ¢  †!{±LRmÕ"ŸÂ
6Âd,:h4×í2    ‡|ƒ¿WÃ
Ýö  ^ÒÕ0"ná,  S¡    LŒbI"  1€ƒ  ×†  aPaa"Ÿª†
   pÂ-é-...oa"  Pšâ"8^ƒ:'    °"  {V  ^^Ž5  Sª  zðE:aS  !-X
^^^â#^^^Œ(r)(²owÐ5a¯zÒðÕ×Ç  v  U
&  Ã  ›§4¢#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿüµÔ(ÿÿå,µÿÿÿÿÿÿÿùf¥d1/2  ,
ThpšAº"'rÍZ(c)úWûê÷¯÷ÿkê1/2ïÿÝþµå  ¯ßcÿõßê1/2ÿußÿÝ/uMµ  ÛAA  Ç      ÿÿÿÿ€  €
endstream
endobj
32 0 obj
<< /Length 33 0 R >>
stream

q
423.84 0 0 702.48 0 0 cm
/Im0 Do
Q
endstream
endobj
33 0 obj
37
endobj
34 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.36 676.56 ]
/Parent 47 0 R
/Contents 36 0 R
/Resources << /XObject << /Im0 35 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
35 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1764 /Height 2819
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1764 >> /Length 28840 >>
stream

ÿÿÿùØ    ÿÿÿÿ+¡  G(tm)ØÒ,ÁHÄ`^äMâ  ‚²  0Eƒ7A(tm)ÇþÈÈÊ*qß^kdÍ  -HDgÙó-É @È  Öþ§dÔ-
   ýýZ]5Oðµ¶ƒú&  åq|î=  ¿êú  i~"²bšÈqòÇ&äêûß§º¬(tm)Ž"H."Û  Sû]I  ÅG"wï÷]"ã ¡

}õ^3/4•Õ  °Õ÷¤ª³ûßþ-%-Böëk Ù²\";;O•Ÿ5y%ÈèÏ³¹³ùÝQu~¤É"2  'Œì-¤U  ¿,ê"ÕëÑ
(c)  H...#'  "ƒ Dį  ‡Ð‰(c)ð  d*³Y  Å  B  ‡"  ˜  Õ5º  3> ˜!
%›      4Èb  Ùøù,  g"#þä2$ß"  !˜  "  !vFœ"8'
E
  €ŕaÜã³  D0y8Bœzï´Ð0ƒ| a<  wa  š!  jƒL a  °  è6z
"  €ÿ
  -  `ƒAÁþ  ƒƒwA
Ú
! xO1/2n´ô
 ô-\^-4×¸ÐuiÒi±i¦†š  ×éÇ  š  Ÿ ×ôÓÓþãN  Aè< i¥×M
I¸3/4Dæ‰osD1/23/4‰`hŸdú
³Ñ-
  /ÜhŠì*#ÆÈ(tm)mob  'ìÑ    %Ù+|Z'7  {"ï¨D|ôGÎDÇ%pe ‹  ýºhJ  D±§]
Ât  pƒ~,
Ðtƒo D"cIä|E›,'rY"   1/2&EQD¸¤õ:e¢  t  ?"c§?dñs~Kßð  ¹$
á  Ð@î‰D9  sIú%Ù´á  Ë˜z[á=:¿ÂuxMz  ¸OÜ íÒ @ð(r)›1/2ƒééÚoá<'á
"â5á  þ¡^4Ý:O (r)  Ú¶ŶM1/2ZAë²s{é=z"të  ·OL*"ÒOXIéÝÙ
¯Z      ˉJêÓwaxÿ¥wz"
n(r)ŸÞŸ~  :¸ïZA1/2+|ßᵖBõx^?í(r)ÕÓé0öŸº÷V¡j(r)¯ßNèÏÿA;ÿÂoët"wÅ  zí>ïäßû·^×1/2ícÓ"öÚAƒëÞ
œ    ßtéúÝÕ  öé    ýÓ^·˜BK¸ôºzÓôõþû×ÿü  ,/õëö`ô4êY..."oý§Òo  Zoíß°1/4=ô×3/4..."!}30žk
~ÿÈS
°]á'ÁŠÛR,#^"Ð-d¸ßY
"ßûþ".
°  ä`Ý5úô²0+ÈM7Kw¸_$Ã  Å(r) WK¥
w    cÿ%Etíý 0"š  ?d  ÿÿ[âÕ·É  Ž?ûÔ†
l,  uOWð¸üœ  ýéÄuääÆÿõ  [M/Ê°cÃ%Ü0  þþ1/2Úá.÷ýp-  Ä^  ¯!œ(tm)    þ^[ßþ  zò  5È0:Ýµvºo
ð#üi    {ûð"ߺêDsŽ}  ›  ¤øD=ÿ[ÜÕ  ¹ÁƒÿoS    ìùa:#¢˜üÔ&ê  +ûÊkýý~
ÝQ      ÕÔê  ï×ûæHè¸_DI3/4Z"þ-‰´ÁäÜšá3  (r)ÛÐÈê×Á¸ÿ'  {h'7ÿÑ
7ï  É!v‰o'ö‰os[  ÿÛÛîL  _[{ 1/4§  ‡ÿÿjßz ~ÿ  ü-ûé´¿¯"Gþ
ï...  ·¸·Ñ¯ÕW"      í jò
Þv  i¸ÙÒ-êÎ3/4¸î·¿öë·  ×wÃõßéôÝáV•õiY³ìëÚOÛ¯_"Ö3/4ð"w¸Úúz
"ýú¬öëúóÎ-jûZ´ý]¥õ×Î?‡{í^Æéú
°Z†t?~ÕzLãìÕwI¿ÕûjÒÒÕ ÿµïÿÓ¿KIÕûé†Ý˜au}ßᵒ¯Øê  []¥  uÚñMá7o‡~Õ4¿aᵃ"öž·-ûk  "¬5µ²?
~í/µoÿíVÞÒ(r)Õ(r)1/2 ¸þµ¯u"    ^ÚØW¸i0a+
""¯¸µþÖ-ÚÀ@a†  ý†¿k
-"×á×dpÚí˜L0-Ã  ¡"°¶Ý]{Ü01/2-(c)÷XªN¸¦  ZØ0¬\0M'öFå=ö+ÔÁØY  :°E
(r)+ö/Û
Å6  Õ†¨Vãö  ¿-Ã#"ƒ
0ÂÁÂJ•1/2-ŽØ3  $Ã  '"[ûLKw|T‡{  oµb)v  ï  Ý†6*"škêA|K{!ÞÄ*3/4ìBƒíŠ§alB  ‰o¶;¹  =Hb  Q
ôÃ
Ööš¿
  Â|Ÿv1/2¥](r)A-Â-ê˜Kv¸¤¶-...uiëWû
V  †¥¸UnÂß¸a{    ¤í    X^˜OXhx' a,1/40¶  †    ÃJu  d,C  "GI$;{  CL-"ž
  \‡¸  Â
  ÂÙ:Á8pÕ$öÕl  á"Â¨˜^'8DG      B"
Î  Û  '¤"#^â""!,    ˆâB!  e...!Q  :`É.\q  Åq    FMŠý#±zŽŽÃ3/4(c)¤¶¶-°ÞÚéo&Æ(c)`Á$  K2¨
K  †Å  +¬'¦*°¨0$ÒŒ#°`0(tm)N  DD  ÿÿÿÿârÂÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿärjv  šÃ ,'ÂC"¹SgFfEq
·¡  ðÈ  ; e ¥T' ÓNÍ    è·5X$  Ñ\  g  Ú‡Tá"'  ¥É=:ëS!  É  M  ‡

" OµWVÕUð¿ nN  o¶¹: °´µË O¯¯    ƒ¸" *5W¯ÿÁußo}ÿ§é~†ï...I5 -þ¿Jê°&;¦
¿×áï·¿Z¬Pw  \ð"y  3¥Ù  ÖJ"Ï<^L¿"Nîô{ôH
Hvƒ  Èñ³Bˁ\  ¢8d$K^D
èˁŒœÁ  .  ×"€"ñô#  "$  2qHm  H (tm)   ¬B   Ð>P!'/jÍŒŒ3S   £3É
c*C:£C'
h  ‡  2¬‰  ¸  Í²èÕ  °  Ë£  (c)"ìÀŽju¬ì êÓ‹pBÐ<  Ê   i, çà   Õ3@ˆ';

7á  êêƒ  ;  ;  3¨PD)á   ƒŸ,!m  `˜9˜h0Aè;L^  ³˜Ù±B
Ð8AðwÚ  ~š'  "á)jp"íbéuBôÂ
8Ð4=  °a  ßH4+‹A°z
4  XN4ôÓ   h=
     4  CK×Ò·Ða
¯  ?Ñ.n˜Lr-0D~Kì"pâ  #ÀÓí  å  ]   %7   *¢8o"Ð‰ŽK1/4œß%m   Ð†^ñèŽèZ"ÂDæôЁ´K:%Éµ
ß~Ɂ€Ó¥è=-  {"  ÎÌÙ<0›,
È1/4á<¹îˆ.m  Ù  ÆKš
']¢SvÚH  ;"&   a  rO  A´NtGŽG6‰Ï"ÚD"   -6   l‰sHRy  ,s·A³I  Ú_Èžê  >‰MÈƒ°ñ&û
µí  é==  Ò
¨}CÓè'§"ðŸWJþ›Iï¿z
Ânžfl! t  """¡á$-GJ   3/4  "é  ·ZoJ  'M.G7"´3/4  ý/ÕÂzêé  ÞúAµ={oéêé÷Õút´  ÕŸOMÓi=
ZmêêÒ~Ÿ]ûéøN•êé¸-^¿"xUOé:O´é}cÖ-v´ý}7  â"   Ò1/2
´1/4iá+¥ÒôôwÖŸ1/2·OÓé´¬~µ¿  øMÕ  Kÿ¿Ú<£F'¿}.3/4èI,iÇ÷û[Û´ýE¯ßWÿí-ÒIþ¶ÓÓ·ïúï~ÖÿOÓÛf¯
  Õ"ÞÙ¿ª¨ŠÿûwÓ^3/4ŸÿWÿÿþ>"à¨  ¿¨"BÔÓ§d`ª"þÙ   - ë¨
ð{§[1  Âf"ü‰VŸÕwÌà:X;(  ß  ZêÿÿŸkïꥴÙ...  Í€Ý÷å cÖŒ  ‹ÿ̀@vÕƒuøêÔâ$‡à"
‡  3/4u   B#  åC×·"aßZÏfÿª÷ûhf°•þX   ßü  ÷ò€]ÿü  ]  s3/4ÿŸÝbÔ
ü2  f*,éxd  U×ù
.ßÿ{¿×¥d€H-ÔB  ƒí53/4¹     u÷Õ  ÕQ
  Û}êA‡1/2o îQ:   è7"¶
ÚÐa1/2üƒ  ""   úÿÿ(r)Ú_ØZ3/4î  >ïú"E  ÿ-L...1/2IY2?´     üµ{ùŠhŒü  "  ×"wwf  rÉþbm
ÿ¿ÿßÿ¹   C¿ëë'=uÛÊ
3/41/4š/  ?Õ¢Ð|Ð  éÒ"ª]à1/4^  w¢hëÑ   ¿wDg_øÿz  ûˁ&BwÿÂZÿ~•é=µ"öö  ¥'  é{-?épï
ß°néûà"÷§¿÷Û[é...$~w/     ÿ]ý°þ1/2]nÿ¯þV÷ÿmW¶÷:5ÒÿsS|ÕßçW¥¿}  õôë
  ÄCN~¥ö°ê-ûôu4•7:1/2w×1/2ÛØ~êûß:Ý^zóUïëÞùƒ}
ýý  ^Úÿ{ð^ê¯:>_¿ûÿ÷Õ53/4-Öé"îÚûçŸ~ëkª]í-ªûú!-m¥(r)Úé¯jž¶1/2TT  "zý´‰ÿ´¿ÿµn-'[ÿµÖ´Õuû¯  W
m?"ôŸ¥ÙUVÒµ¿î×u}¶×û3/4×µýÄTþÒ÷¿ð(c)...´-+
"
Xj¬0¶  {¦(c)†3/4"
%×µ°"  ÃO†°ÂÝ  ¶Òßm-µû(r)  V  W÷¨"õìRý...ûƒþ
-ªjÁ"µ"J  V  ˆ˜1/2·ï•È¹á,NÁ˜  °ÂL4¡¥øK`Â±L5¸a~Ë¦
  Ó
"amŽ  *íðÂá†  V  3}¯¸-?ÕÿbMÜT0IŠ  a-  1,v  ¨Ëë  Oê
  -Š§ö+‰'ñ
    F+âö6¬¬1ZÁÅlLïö!0Ù  |WÈ¨Q
£a...û
\4ßÕÿµp¢˜LƒÄÃؐ°Ý^"ÂOÃ  ïwxuj÷b(c)U  ÃöCÅ...JÂÛl5´ëµ
...²
ÿ"  [Q&=â;l&  Ð¿"   -
Lp  "Âöƒ
  ¦  5§   àƒ!   ô!'LY  <0A"  Ý...{

šM'
  ]'{Y  TÒÒõA"¡"Âµ^^3l  DpÏ¬0@Ê.  D  !  ƒ  DD0B%F""""  A,
'"  1  hZa  ^2bH8†‡:Â-  Pÿ    N°Ŷ^âB""""""£^^^â">"!3/4ú-åÚÓúË:"××-ö(c)iiwì%°Ôîp I°¿mF*)kìS^5
¸A,"ÒA"0†"#ü´  (ÿÿÿÿÿÿÿÿòÝ"•Ô̧ø2ŶW+(c)(tm)6ÞSÅ  ˜dZ§(tm)VÎÀÙ  i"FÑ\Mªj¥qfT?¸ço"ÿ"ê""Þœ
%íváVI×(tm)  ÿïµ¡¤é-p‡Óû×ÚÿÒi%ŷûÒ  ÇÚÿ¬¬¯ÿïÿ÷  §Ý/3/4d  )QäÁµ¯þwSWÿ"AÎ]'*"Ü  i   T
2ƒ#3^pdG"°ä-C
¦ld
#  ¢52RÈ°B(r)5‰"
c"B'dH2Y'
Ó%¬èðB  -"y¶JI¢  ¬ë'ÑO›#A

¡
|  ŸÉ
  N£³"R   O  4ô-  2C    A,!  ÐgA2  ->f  ƒ  -á  |ÓAÁ¸ç(tm)©A'#  B  A"
  É8  0^]HT_  A  È!ú  DÐ31  5AÐ!$Š  ˜A"  Ô  âBx<  3F  :qièié¦  =0fPÝ  §¡  Këé
  Úa  ƒ  5T  Aê°zØ@â,  ...",'ša>}ŶÑ)í
  ú#©ĜÂî±q"äAÿ#3/4È˜Ãµöà  Ú¢^â  #Î  (Š=8Ó1/2Þ¤W{È.9(IÝ¢7I'  §  ŒwH  Ü[¢VôÛ‹ôK˜è  nD
q/(-94K²>d#- ƒª  =¯ÿT-Eü è  7.m  ŸD1/2Éä°Sí  ›óí¡">'ÚD°8 y9ä¹È¸B{'ö‰\"gƒ&p  ¹  *,  ôí<
é=  á   7  =
A
@ƒ|Œí  Ûµõü'Þ-OMV"´  '8M ƒûT"ÿ¤ÛB    ¤è&ÐAé-
,  M1/4&àf1/2t°mzééÔë¯~  ¿
"ÿ¦Ö¸]Zý...Ò¦öïÓÚOØ"ÚI7A¿JÚk^fÓzNÓkñÒéé0é-.°z÷Ú́ÿÝ.1/2j°µhÆ-ééÿøDtÂk]_ýR÷I
ÿN"ôÚ[Ó](r)¿Kzv1/21/2à¿Åþÿÿ|wz±ñ̂1/4u(r)
S§t›Òm'Ú  õ  ^1/2}ÖÆ
3/4Öÿ×  þ¡Ö/[  }:Zû-µ"~÷ÿöô×ý  ý-ÿ̂øæJaÿm/Uëª__"  ¿×ÿÈX¯ù
"  >Ö  }Åÿï¯ý}×Ó0"~ßì9  (/ÿ̂ñ1/2e8ŸäP  g@Jóé_íIX:õ"  ì    Ç"Tþ(tm)  ¯é
TD-¯¹  ¯5...Û^úßäá~¿Ö"$  ýd
;í  ßû¯·@›÷EX  Á,°L‡#û
ý×  UYÐ1é"  ÿýW†A%R"  ÿ"    ÿ$ÁuÔ/¿¯þ^[¯¦^{†  *ì,ÿ¯d1;ý1/2-Ý,þ  Úõ´ßaÑ#ÿú(tm)'Â!í¿"Aö^
NÖ"ì?ï¢:'÷Dg†Ñ    Ý-bÔî  WäW<  ¦C8á_è...¿°!9*rÊoë  k
@¿3/4ý/'~÷è<?á  GïÔ÷´  .¿...E8¯Žž
Ÿä,Gú(tm)&b  Ñ  :ª$‹í}o
  ÿ_Þþ‰'ët
ý...ý{(r)¯ÖÿÕ  n    ÞÈ¹4Õ&
ÿví×ð^ú
êÿ×  Î-Ûî(r)Ÿ
¿ma  ¥þÚKô˝ßé+i*á´Ó1/4?þ1/2(r)¨.÷¯ÿ_Û¿ö"ÙÐÿ×µÖ¯ë"_}mµéí_>˝ëý³¡µû"÷þjŶ5?oÿ°_ÍOmþÏ7ªßí-
"ÿöÞéþš÷M¥þý_ªpoïy·m¯,~ª"v¶-÷ú_î¶-kþ*Zý°°3/4  /j"þýkkQV¿j3/4-¿·ë"ú"¶-Üëjúí¦šÚí¥¿~  /¶,†-×µk
ÐtÝmtÂwk^  1/4†Û
í"anõÛK[]³Ò†  í$-ma(r)·¶êÃVÒÕ  m,_¶fa,ØKU°¿
$Ô†û
/
$û  (c)4Ý...ø0Xf  ØJÕa"(r)£÷a¬~ávÐL0--,  ØVÕf0&  i~ØJÈ<}‹bL{  3/4Ø[¶
+
'  â[ø"üK}û  áøbL{  Ob    ca">ä\Á,Lf"ÓŠvE{   kìK  Å2/
×Š°›ù    5†  -Ä›3/4¯->&  Þ  õö-ßkö  Õ´Ä  ï      Š  H]ìS]"[  Èwl‡{!‡3/4°-  G°¶¿j

±
X`"5é5(r)Õºm|&ö\ Xk_,×a deÓ
Ô0ši}C 0"Ã        XL*
l+Uv A...A"Û
Ô0¢" ! à"0AÄXBÁ489!Œ! Ã->ƒ^^^ƒ)Ê   4
˜ÀDf4
 °B0" "€‰|A"
 ^‰C ¥ˆa
 C 3È ^^‰ B"", ^^^^Ž""""8^ŒkZÿÒ(c)6
ô1/2R‡RÐ
- ¯
Œ"JU  ºººBž+] (c)%L A, fn¶#ÿÿÿÿÿÿÿÿÿåª/ §#Ã-,ìIgÙ^},...!Hº-õ¢T  _â6ì È3/4háéÅÂk¯ß...
×X^,ÿ Ö×%2É ûè1/2{áw÷...ïBýWMxB/‹ XÖëIïï§Úý2-Fả¿Í0Š (tm) È3/4v(r){LÂ#q²,
fƒ:³ " ,!ÐD9
\'3(c) ³a ³Ž~4Ì : r&"Ï82S  ø¥ ¤€H˜Y M
"e&ÂU t ÅÁ
 B-.°y&  Ž¬Øe ‹ĩ˜gÙ±
Bœ¶¯AéÛØ@Ôâ  "


CL!
ø&ˆ=! ,í 'dƒ°˜@íô" " "
?PAš@ ¡" °AÆºa
Ø¤
!×|ú
Â`ƒÐa?ªMº°ï5§ZxOÓ´âÐ|]Ú
S{T-ö -Q w"c1/4 44D|âÓ‹ŽÝÑ-4!¡mñ núÑ  ¥¢,8¹ ;"Ÿ -Ñ-8Ñ,¢skA'œÈ#‡\Z 'A/pƒuºΊ¥¢sr
Ú#÷"õ Í]Á<...‹"s"ñ z~Yþ‰ÑÈKÂ Ò Â
 Aä% Aéü Ð Ü'2/4G B
×ô"(r)"Â
"ô   ê(c)¶J˜*ú
7kí÷NÁ è6ÿOO%JOW1/2è õÐt é^›¿þé OO
é(r)ÓÞŸoK(r)ŸI¯I˜ž &ú×ßukZé°éº °éþößK"_zo§Å+"ûµÿÿõVûXû[]]S<÷ õÓêŸþ†-¶ÝŶ¶1/2îÿÿü~ë÷
-'ÿ ªVõê'oþ"]3/4ûv÷éké}péþík¯¯ÿß
Ó(r)ßÃ{ ÿ×!-ë¤¿[õý
õÒÓ÷éú-} ˚äH_(r)BUi|Ó_¯ü{ d`_ÝrZ ûú B=öÿ× A7§ÿ "(c)  _È:≡þúµÿ:†?ü úû
 ÿ_÷y@/÷ý8.(r)T  xmÿ_ßþÖþ
ÿäX ĩ°1/2¿§íú"D wk_Ú¢ Õê  ~ ?ÿõÿÈƒšºþ  ÿ ,Gk"è  ký÷ÐD'êßïtHí÷D' È ^ý˜Ÿw¯Ì'
ëò,ýkè"÷¯oâ8ŸÝÝý?z$ _¥ª ¯¢HßãL} ê¯û¯ôL ~ü(tm)  _
 ¿¯"^(r)
ï÷úßÚé1/4 ¿1/2÷t×Ut×P¿¿1/2tª•þ°ÿïõ߃}÷ß ¥ªéw3/4öÿZûí³"ôûÿ-ø_ÿ Óÿí ]zýþïÕþ¤"õé³"Oû]kik¯ý/§
1/2ªëg V"ÿÿû-_Ō÷ÿöÿÚ¿"þÿm}}†¿þ*(r)÷wúýþ"}¯zëþ¯Ú°ûê×÷m}¥
-÷k}"ö¶] A¯iU=ëÿ[iý×(tm) ¤Ø_ð'í-¥a;"KßˆÎïmªh+ ·_´-4µø5`Âì5ìù-C
ÿ~ ƒÛ_¯j(tm)t
ýÃOØa˜ÅL %ì0-(r)Ã (r)Á- Ž88˜².& Wµa,îØ' G }ô?ÿƒ. ƒØ¯ä(é^zôÄ±ïÅ±Q&;1/2Š1/23/4*û
Lƒ"Ø- ¶!-q&?Ã È#ø§õVC 1/2 bJ?
ø| ÷mZì‡{UÖ [Ud ßÚ-áVßmíwÐÚÈw´øa_öÒ¯_µaÕ...¯-Ó  ïØOá...A"×ì*÷
/^2=Pƒ A"Áa¬0µ¶ öƒ%ÐÁ
 K3/4Â

-¡    dbH  JáðÁ  ´"'
!Ä  B Á  ^gØ    â"'"',!
    ^Ž"'"'!ÄA",z    ãcãþëü›  Þ"ï9RK†¿°
¶Ým'
MpÍ‹¡°  ¨-Å[\0•...  Â  l!â?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿç`±:6  ŽÉ¡  -ŠwTW  #²  "›˜  áj"Y  =LjvXÂd
Á§  Š2¹Ù  Š"  3[2¶hÎÈgbf}•VA°ÕÒ|TÓ·‹Õ-H²
š÷dY}yPÿÝaV'
è  m3/4¯U´Òþ¿_âÎ¿0:ÁV‚^YÈPÕÕBþÿV}  ×¿  ×úWõÿ  üRük¯ñÇ¡p~þµ¥ëJëMõNÝxÕWxÕ-1/2í'ÿo(ë
û"þ‹zZDbí°(r)Ò‡¿÷ÿÿfp"*r2B  (c)ÌÒ!  ÉX"3/4j2€<21ŸD/A§g  $  $-E""..."  HhæH  ÜJFJY±l    ‰
•'  ÍKƒ  b)dh3Ýþ¿Ò°ÞÂ
   2C6  0Ó@Â  l='    hÂ  a,
¡ØL  pÉ0"'hA.      Q  C>  ¤áP0@ó    h96Ê  "   è†(O‹Ê
   â4
ú33AIØA"Á  õ  !(tm)³ Á  è%¬á    P).ß!ˆS"óƒ)  T°¡  ôÿ÷Âiþf¥†ƒ ƒé
   < ÛA¦  za=Bj¯AÀØOÓ1/2Zƒ
   ôÓA"üœ0  ý
   á  Ÿa  h`^!"Z[È˜  "ŽØäÏäD-ú  ±Çqa
{m  È£¥ÓDW|CD[qÆŸ!  è^=Ø‡1/4,€  3/4"ÓCÓÐ=ð˜Oî81/2:Ý{  :'J!Gd#~    "Q/É  ò&='qÉ[L¿È
°'   #æTC'>‰ÍƒthœÜ"Œ  zD"#°Ñtp@ÃäÎé  3":SæO<EÈ-B{"›D[öÎ9p¯µ'ÃO°^Ž  Dy3/4õ(r)(c)7L8#
7¬•6ü ÃA;$pƒ|é  H    Ðt  }  ò›é<  tžHá
E  ïNµ"    ü.Ö"‹"ÓÂ
:MÁ
Â%8¸¢sï  ´J  Ñ*8AäNt‰ÏZ÷i¿zo~´ôŸ°§ééö×a7
ÓIÿÒ°¸OWP  'ï·WÒïï"Ðm³á:O´úA3/4ê  O1/2:O  ÷    °V-õVÂêZZqk§þ1/2(r)ƒÐmîš§iWXTûþþôŶ
Mófþ3/4Ý4"Z1/2›  ~¯Ö›ýP&÷ß^•WÕáÿôÖë-ŶêÒN°ôÒo  Ú  '†›  ×Þ÷¡Tšé¨ÿééu}Õ'Þ-  {ß]~ÿZþ-vÞ
¡þë‹ü
/ÿÿ°ë²ê¿µÿ(r)ï(r)¿ý´ž‡Ú}3/4"_ZoÿÆ•÷þõ¯²%];  ÿÕ+3/4ÿÿý]  Lù-ù  'ë°oäb  Õú1/2v°ßßÕ×õÿú  Øzj¿¿
ÿV  ì°#ƒ  Á  ÝŸÿÿá›  ÈÀ›!    Áó'1/2-  8:|ê  í/~Ö1/2×áU4ÞéH  ÿ3áÕ7Þ
'úí3/43/4ì†(`#  ÓÔRß"¯Ðò  /²  Mö
üFÁŶä Gú^žÿê-šÂÛ-õ' "Æí$éC|l)-]ýý÷PÃ1/2°^wêÿ"ïÞ¸`ä  Qð^x  ì-¸D  ÕÞíó×õwÞ(tm)
0Ò(r)(r)I,úÿÝ²
I  i?×zë'  }  ÅDY÷W÷¿1/2VA‹V  ‚_
ÌPšÂ!?ü¨äB¡-  Ý¯_ïÿY7-Ê
4à˜ôûð¿"°á‡B_ë  h"/g0Y  ß×]}ÞYR'ŸA3/4  ì²›°"7ú$CÿÿÿÚa  é¬"  "Quä-þM]=ë  }o×íû
×í~"°3/4þ¿p^D  "Ð_ù(?¸$¯ÿéÿû¸  '  iúP¯Î  zt⁸¹  9‡"ëô¯ûÞöë_×t¯ý}%°vìé  ÿ†ÿW¯õþÿ÷~•Õ[Üé
_ÛÓÞ
ÄZþûé-¬¢ÿMMw]~íë-lëõßçW-i}îjÏ-}×ý{ÿÿ:1/2xZA§þ  'ý-V÷Ú_kß  °3/4""{(r)1/2?
õK=w·ß"¶[ƒfÛ_õ÷ô°ÿµÿí3(c)-ö1/2}
ôïë¸ÛÛJŸý-ÒUwÿ3/4×¿°VÿöÒµ  U¿¿ÓKÖß÷ï¿Ó¿µÿØu±MÕ_¸¶¿g  u"
   PÒµÿvéU¿°3/4"ö¸í"á=
Ú¶ðÂ´Ú¶¤ÚaRí×~"é°  Óév3/4ëí+ëVÿÓ    a†
w°Ã  ›{JÂ¨¿¶¥Úí",av  +  `[Ká...ND-ÃV  S7
¸ØMµ"¸õëv  XkÚðÕö×    ý"
[ß¸íG  u¥±ÁíŠè1-Þ°¨  /"¸cØÕ¯LS†$ÞìqLV".%Å{'3þÝßÀ0a{  ¤L
%1/4  PÂíÃ  ˜õá(r)ûaBkûv  Û  _  ì¸EŠ_¸\†!*L&3/4  =  ñ...[Xi71/2ÿÿ¯V  -Ä¨íb1/2'QêÅ^û  ¨[
\  ÁÓôØOL&  ÿä¥
-ú
l.ƒ    A,1/2"  L  T

ËpW  êþ3/41/2'î  L‡µ"KÓ!^ÞÂ

...z(r)ÔDH±Ð  j"v  ¸ƒ  ƒ"ÐŽ"töƒ1/4!˚"  1@B4"")ƒ$U¡  ŒpÐ¸^µð±  Á0  Ø&Ý,è  M]4  A";JÂŽ""""
4"""#B      q      r²...â    ¸Ý"bUø¯Ð˚òlEP  þi%-Ý+Mt"

¸0J¬›"  ±†!  ^  /  Ð0L(RÊªÂ Ÿÿÿÿÿÿÿÿ þMêg31/2Y|3/4W¨¨3(tm)*(tm)  %o2"€Á'6y  %o³¸31/2  Ð  2
æmž¥¸¹  ªgg
‡u²

ä  IJ¨Ëä6lÔ1/2§^  5=È7Ù(c)f_íýîv>ƒõ1/2'ó%oS1/2U"]wêÚ_  _P(c)%îîø~¶ßÈÇ}w#íT={(r)'É‡ß-(r)-f¯
¤°¡zRêï1/4[Æ ƒ  äaÿmŽ ä N›í˚wúNû¿wî3/4-Ý6"výµU~[Ñ nšÕU~Ýú"Ò[ïÝ ZîÍk(r)ª ó"ÑHÔg  2]  â¤K"¢
PWdÁ(c)ª ÒÍFPÎ¯æ|Í  5

èf  5

-é*$  Wš£ì ÀCY%>  Œ3S02ƒ5D¨D  ¨D    ¿ÉQ  1/43/4Di%Â ô,‡,    A  #da"C œ    5  É
ó'  "BêB  ^"²H

HŽ  |  1/4      ðÁ  L  Ý    wúi(D*r  ý0¯r{A"B'°AÙæ`(g  ,&PÂ
Kå  ,  hÏ0B  Ð(  ÓÃ¡h  at  jý
  ÷a    àfT  ,  ð  ý¦  q  Ú"z
  ø°ƒâÐlh  i"ô  âÁk
;Ó  6è  =6œzq^ðÐuÆšz  l]j›¥  š

Â  }ia4ûU´ôø¹  ~š  |¨4  Ÿ,aü  ÜœÛè-1/2ëDW¢swÒ%í  çr1è-54Ih  ÄÝ'ì‹íOÝ>-¬œÚ%  äsh-º'~%o{'
âÐ¹Ü...'K)É œÈ'G ß%    ï!!Èñýû  ÚW#!žE(jœ  6"á)  Â

Â}  3$  m'  m,P@î²>O  7N"O"ªíÂ

è=  øZ    °  ƒðFf  M‹é7#*KA¸A3/4  :  7zþ  ,
Ö"l.šAi?ÂIé·Ié¸MèU=Ò  0-+...ÓjP(r)  A:Wu¤ý6"u    µkzÖ¶›    $é|+"  øë3/4õÓ¥j´Ãi¶ÉÂm~•tô÷
w§ôƒO(r)ÚÓÙŒ¸%7]wOÓÔRNé:Þô  ÔÛG

H7þé_Mß°ÿ·n  *KBµmGßë¨&"Zú]ëV×B)tßj"_¦þö±ÿê""Ç¯~ß×1/2tý~;ÕWÝi?¡Ðïí{ß[]-WCjõÿ¿Oÿõ1/4
&'°wi!*ý ª uþ ÞÝðZì  þ3/4Ò]þûtÿmï  õ¯¯_Wzôâ°§¬%o m-ÓJû
×QW¯Ī¡uÇ

I7  vÎyH  R  K××],Ûý_êÐé  \  "Î ê ÅðK¯¸¸d1@¯{ýÔ=5ì¸('  t~ÿ°a'  €íýÿïë2JUî¿×Çu@¿1/4šE×ê¯
Ã ÿúþ ûK¿ï ðÃo-¿Û  N¿  ÷éÿì÷ûÿ(r)Â þ-_  oðo-d‡&  wô-Ü,àW  â  þAq Îué6"$]uëÿõú1/27ZÕ¯¬ý  ñn
ä¨ëûôûÈÍ^ þs  ×oör¯0"þemÕí  ¸¿  ÿJ ß ý¤-¤>O~¦I(tm)'Ñ  "ª bwÿÿ ø  ø~ÿ  Ûkƒ  {ì›h¯w§ôš¶êëíûn¿1/2ûý
    ïÿ¨ëÃ ÿ ÿzzþ-ä¤3/4  UZ¸JÚ¯¶'ô*ÿù(c)}¿}ûÿJ ÿ÷M  ¸¿2)¯ïs(c)ý+WKd3s"wLêÃí§gWï¿ÿþý Ðp¶|-"
*Ú_Vj}  ïÿ1/4Ôþ(r)×ýz~¯ß÷[í}÷1/2>  µ-zl5ú×}w3/4Ò¸pÚw¿1/2{M/-j×]/  t"Uzi¸÷úVõkö-ö  ×í;ìnƒ¯
Ú÷¶•ÒIÒ¥õk¶"zÚöÚï}Òúéa÷ÚM¥Ûk¿¦ºK¶¯í--ýÞ  -î-¿cí†°Þ··íÕ_i"÷Z¶""ÖÚ1/2†•ž    [K"JÈn+
ì=øiC^öÒ}í´ÕßØa]6Âõžui0Õ¯
¥ý-ÚúØUù/Ã[^øi.)Ž)  Øa/~  J
¸°°`"0-ØJ=Ù  C¶Áu3/4
  Zcþö8i&÷"    `Ë"á"  ""ð-ÛJ
 -¶  Õ(c)

Œ&1/2Š]v!1û  Ål miÞìI"k]^]3/4ûVÂ^ÓnÄ%î+
    ÈaÞØkØÃ{  -ÂtäÇ°"
:¿°"ï¥  ï
%ß¶¯ßk(c)
ÓVƒJª Â~ƒ
awm_µì(_´ó¬0UA-\$é"1/2$  A,Nƒ  Âv¬01/2¥  &3/4  A...  A"<    Ó      ¦¡
  Ðƒ      "GA...    U,  Á,Õ"
  Õ0'^ Ž""!"

"  ¨¦¦  ^^^  ^^^%o  "G
ë%o""""k×Ž"*8^ý*m/ÿ%3/4¤ÜQ  ›XéGuÚÞ¸Ú^  "  C  7Q  ÿÿÿÿÿÿþZ`"qÿòlJÏåqÙ'dgJál(r),Ì  QÙ`h;
w'#;;  Ã*ðÞâhÉ£ù  §

×ù$Ì""
ï(r)d
áx~Þ-...Zò"ü/Úï[ ˈ...ÒÂÿéYz5Tø_UÝ/ÿk  Ç-X  [v†1/2~;¿ûÖ?¿ß_ÿ_ÿ-¿ÿ¿Ì  B'37  lÛ"är;1/2ò  D¢(2
                                                                                          3
s¤A^@Æv
"Š*ü...
;:!g(c)Ù"j]Âi¯
u  ô
ø
gâ  $
Ö  Í  Î,  ...,  U³     :  )ÂDg  øØ†¡NZ""    (tm)ža  t  FÂ"  žŽ¦  (  N!  =ü   Í     ÁO  j  "  "
:yøêÍLœh3ødŒ2þlSP´a>Õ  ‡á    q!(
    h  û°ƒNý       "  Õ¦  a  ...ß,  áƒ       "-  A"Ð},!  <Â!,>  A  `¯A  u‹B¢,kz
5N-8´í
ö¨-š{  šh  ×ZiÅ+é°
4î  _     uî(c)ña<     !Gvò+‡%‹Ó"ë¢;k'<‰  l¢\  ""œrtÄ5ù.
    ›äKh    #æ,
oôOéëhŽÙWHï  ¢1ÜŸ¸"?  Ä^ÅýÂO%J'êI  èÐ'^\Ú  6
´
¢  H< a
A6  )±~Gù.Ò  žžàƒÂ       á>-‰Í¤  h  ?Â  í
².  žÑti6hÆBŽÕ  ƒ  ý¹  "Ð‹Á¢szöé°-]ô  ý&éë(r)ÒxAý'"  m*´›j´›§]¿¦á7\2à¿I7
›"  Òn·"ÉRðA"û  ÐÁ¨AÒoô¤  ¤ƒuý6"û¥-ôôýÖÖ¤Ú"...H>"1/2:Ý?ôß¤-6îÝPšt    ÷OÂjé*éá<^"ú°zÕ
Ôx^  5´×M  ŸÐ]TUt/]ZOM-^)?þ"ûzýíôôî¨ßJ¯]3/4ýûú¶ßn¨]  ïöõoß_ñ××3/4éúÞô°k¦¿ßõwýêàµ×õ¿û
W[
×KÓþÝp-î  ]zë¿ù  *é{ÿ÷ÿbý~ûÌ,Á=^"Ì-/-Á¿ÖF,ýÙp_[v'ù   Ý5ú""uá¦\  ù0'þ-Ö(tm)ùP"¯ªÿéu(tm)  ƒ
-ýÆ»üT‡  -ä¨/°Ç-(c)1/2<(tm)>"Ýd    "-  è°ûûÿ    wï¯îètA-ú_ÿì  ¯...Õîþ(r)ú(r)ý-²
    ÷øwû_÷  ïÿûuÚ}Â!>1/2ÿ×áƒßÑ  {ú_ÿ{ö÷è"  ÿMh0t-
þúÿÑ
3ýÿ[Où$  ùj7òc"    ¹a:"Ó_2,jý×õé  "Bò÷ðne-õÝwrÂ  'ÿÕ}U  bE¨  {ý}ð"¤  ¯-úa]_-(r)ÿ|(tm)
ë¬Õ#--  Õ¿NÛþþïíÍ$-kþÿð~íR_ÿ{õ}Ûèÿú^Û\-/Ú1/2Wn-×Kôú÷ë¤ûþÑ"ÿl7OOöýšíÖ¶]ý-U;ß¯¯³-ÿ†ýU
û    M¿ûÿþï--¯pw¿    ÇÞum¯Õí§gSIí  ¨Ÿªõû[-û¨î3/4*×¥:  ªÿ×kªöu{Oÿ´-m_ëµ¿_í(}ôëö¬:ôú]î<óÛ^ªý
{¯¶Öëÿ¿uwÝzûk¶(r)ºh5ý¿íwïí/é°"Õ"ôÚëi5ðjÚz\5í~¨a¯ÿö°ÿVÂýßu
m'V  ö  µÂþÃ     A-ýÃS3¸kí^ðÕÕ†>ô·Ï¥mí¬6×îÒ¨Ýþ"÷Zml~ØKa,AŽ8iC       [  ,†
Å§î2âCA2.oa...}†  b"Û    XV:í6

¬†WûJ
    $þÃ     1Iÿ¯Zï  ÂVAßì{  ïb¯(c)  ÆÆÈ<_Ø
Çõ±(r)ÅUß  Ä·²  =ö!QþÅ;  3/4Å4Áÿ3/4ÝÈ¹Øð¯¿...!Ý5´ÖÂn"ÓÚ(r)ïd;ý
ÒéµV×{L&A  ¯†    o¦¯_ýï1/2êÂ†  ôÈHxa
ÚØL  °(tm)
è211/2  `ƒ   Všõ`  ,ÕØ&  †  U´
zõð'1/2  Ó  zÚëõÔDA""KÃƒ2"FM
    ^^ƒ  ""jX^^^ƒ
    ^^†F    d0
Y!1¸^2`‰oj
hED>!¸¯Ð^^^Ž""""""""""";ôMŠ/i¥Û_
    ìUXQj?ùjŒéGÿÿÿÿÿÿüÈ¦"¬¨÷  Œš0(tm)  GxÌ'ã,d"#  Øo[é  œ-d¦¬ì

§ÿ_% ëù(JU0 ÿå"øPº¯...p(c)÷úÿý-ÿO~ë1/2V=ÿè->ºúßþ¿Ðoÿ_ïÓ¿é5ÿo~'í ª‡ó...gòC5<ôJó' A3
R òœpÉtv]-+ óƒ SÎ¡7² óYÑ >² eT(r)P -`VÒÁ š ça " ! t Î y› 3ÁÉÂ' Ÿ
u
"È{'Ðƒ:"!ÆÄBE˜? š
eX9àê$C 2N6 ê 8¸ƒø° á
øA ü'h=S AÑµ{A jƒÓü é
"ú‹ÓN÷vÝZ
)
^ƒO‹ÓŒ
Ó ØÓbôE·_vž Úq Q.r:d}ù Ü ,Œz%Ì¢dg ˆð>Bf'/|-Q Ü"†ÂY %ÎÌégßh-¹ ä1/4>NjD/8L‰Á
È(çÐM´ô o"Ú - Ð| ~
á ÏÈ&ä[Ân ¸ ÙœÔ ƒr/õ}2á² ft'Ò
(tm)º ÉxOÒ
•ÓzïWH&ïïº1/2...Ý6Â tž nžž"ïcH=¤ï
i8m·M~›Ý-é- zá:Aÿt $ ÓtÓõ¤Ü'éý/¦Õ=8Ð^×ý¥H=¥NÓÿ]p¯§J·ØTõ ÝuÐÖ"zO‹Ô‹7·[úöí?ñªJï^ÿîÞš
¿ýþ"_¯o}º
ûÿýÚvÕuÿßþºI;Zkþ'ûèƒ eŒþ3/4 "kþôúþõ"â^ÿè Üi}õûh šÁÞ¿âÔ tõ¯Õ;õí[É Šýÿï÷þ¯-z|† /þ¸$
¿¿ýõ zð¿Úÿÿõ÷ÿßè‡ ûû,"_Õ_K×ô(c)´BÂÿû \
[È.ç?ÿïäÔ5Ñ kÿäÇ?J!ïíûw÷Wwïµ ‹?_ôÎVýe"ßÿWÂÞÂ$C ×hEQ#ÿÕ ÛZ(r)ÿË!÷×ëW[þÿÝ=Òì-
ýá_u öõöêÿKßÿnêß1/4èô¿ú-úW1/2ºÚÒ¯ýþ¿úºZ×¯ çWÞ¹ÕÕ÷ ö¬3£¿]k_A ZíýõýÛí/ŽëWm/Þÿþÿt¿
öõ"¯ïmwIõÝ+ÿÒi_i5-ë êßþÝm÷ýý7ßzÿü5úïµë"j˜Jþ UÛ...ïô¿á...á¥¥ÿö•VÃ
û
%ÿ"öÒ°-yŸvÂPô Iá-...á¥þÁ,]vÚî"
ûl-ÝÁ-
ÿ
-† I; v"54%ô Xâ¢¸¦:b(c)'qìW| ±Pa/'sìW²- ö!2/ bäeÃ Š¯ýÓM5,p(tm)
}µ}_öÛ
Ãÿ×[ -ïÚÃÙ
‡lB§ÿá"‰¸H·
V ^ -"Ã
ëaa"Âöÿ
.ö (r)›
ë...ü·IÿÅ,`ˆè ,0¶ " ' Â º Li ¸0V c 1/4 ˆ2zðÐˆì †‰ L1/40°Ë-8‹ÄDDhDDDDDDDDD
DDDDD Æâ"5 ×[-þ µzïÐ\Gÿÿÿÿÿÿù`±V?ÿÿÿÿÿÿÿÿÿÿÿÿÿò(tm) ^?ÿ,ÔêdjeI 3S;,Í xÈ›A'á *
eM 1/2;- "-E
...(tm)8¡
í £6"3³W'
&¦AÇdÌïXîÝPp~El*¦¡[vó%+]ÔïYÕI¢ª
·t¿ô'Xz[·á$‰-á|ŸSÕuA>"Þ3/4'îé^µH6É¡¯ìº º"ß.¯×oÿ_éèÖxâ"‡Õ"" ã°¿qëW¶íj.âýÿŠÿUÿÓÚUê¿ß{è*
¯^ï[(tm)*þÙ*==}kûð1/4èGV}› -Íš É0"Œã9 dâ' ä ‰(sZ>ÉÆk2¤ ƒf±É ...¡~]'+&*K
åÁ"
D9Þj ˆ6³Ù-'¡ä 2´Ê³"2 AíHØÊËº]ðß
u nl2Á ˜A¦(tm)s6ð@Â
Í‹œh0@Ða ¥ š3 kv a?L ~(tm)ðˆ H"
~ ""xÍˆ›eÂx Î¡ÌË6gŒ `ˆH0Í˜ gƒÙ€€ƒ) ã²p§Á)zß" qm(r)Ÿ±U¥a
"' -C ¦ Ðh_ iúj |h |4=
¸M5O¤ AµÕ& ý4ý ƒM¬ úö-÷ÞüŽ1"o¢+1/2 Å¤èE ä î.º
¢<|\4=4-šÅèa8*ÓM´›‹CâÓØî1/2?["ºÕQ "vqÉÓ @ WÑ:4K²sÙ

l", ¨Ÿ¹9ôNoY/Á?"ü"SÉf'-4JyÜ´ öˆ±µ‹'1ê‰Îˆ*ô¤,9 Á(tm)
Jy!Ê Ñ. È¯d• Ã µnYü&Å§4Š*
²h$uj"pƒÓr/×˜N,
   vJ  Á  Óª    1/23/4 iZ  <'ƒÂqt  Ë>GK²/ '"  ´(c) m¿"   fW"ý  æt‹ô  wô]
Þ¶µ¥zkUýU-ê \$Ù' kVëIê ,TÚ_OA´·Ì›Ò
"u¥    -§w-}&Ø'§n  tü  m&ôß\
ìÜ\=Õð  ýWi"éõÕÓÓw×mjÝ{ÅSì ]pž'ëV  ×AÛ¡ uÚJôï×pª"úúûýÖƒˆ...U§÷ÛBëjßÝ}ÿÖé651/2uWC
ý>ëMÓzºõš{"c]é¥"wN×  O×°]-  ŸÅÿ¥¤Õ¯Ò§W÷¨ÿ{×éuÿ1/2ßï~éýëªmûÏ§Ôþ‡ëÚþÅë¤  ,Õÿ}ÁzßL
Î ¬/WNí*à'"p· Õõ¯Á{þ   ?ýÚPöõ-ê"
î  ö÷ëî
5...KÓ×$Áêûâ?iúµ÷Œ"ƒµ°ËQ    -&ô4=
^  ÿíû  R  íí•ßšÂúq},l
òF$€Åûíáñ*K3/4µÿ]Â  òÒ  ÿªû1/2ýëÿñ¤-"iwÿÙ@/×ûL...Óíx,÷ZXD<W  z{ý}Õ0ª"Oõÿí}ëu_  ×á†
×ÿ]  ÿúd  ú  $m1/2  ñ] T
   n'jÞ"¶ü"ÂD=Ýû_þý?(c)dòC'  w¯õkj  a  Gý÷÷ØD  =ðDu°l?Oú"Íþ"1/4  þ-*3/4¿ïÏJE§ýþÿ{¯fWØ!K
ÿ{Ýè  D'[_Ý{Ñ  ž¹e5Äo3/41/2  #^ßz,Šëi}û¯ëë¯  T•üéÿ¥kÒ-7ïÿ×'QÉ£÷ZÿË  ßîæ
‹ÿ¸I_×é;ï1/2õª"û"×íÞši/4?÷w1/2¡ÿ×þ¿m¨t  Õ{ûZ]ÿêD
§e·ÿµþ"¯î²Ðß¿Uÿá  ÿ%ý¯úZì3¿ÛÕ²³(c)Ú"íú]?*ßë¯]VÖ,{ö  Òí{ÝÿU°3/4þ¿õ_×[}ë-êÿ¨ëÒ¿  û¯¢¡éz÷ð
ÿööÏ‡1/2¿ï¿÷ë÷]øô¨Û_ßÞÕ}í;3/4÷[Ö×Òa¯{j3/4¿îÂÚX¯î  ÕúéMN? î¤Në¨ûÓÕŠ^ö÷ím/Ó¯mO  ...öÒ"Ì´
-¦ °þ-šö'  îý¯³jÿ÷¨Úuð×÷ÿ  ÞÖ^·Ýì  wá¯"jÚü2:"ûK°3/4Á"ö  $Á-  {ØÄ6  ÛÎ°-Ã
Ú¿¯v  vÕúþÂÿk}¶  á-¯ÃZZ
   o's"  ¬Ó  WÄ3/4Þ  §cö;b£KV8¥dQìS#ñL0_õ(c)
:â  `>þÆÈ¶¹  }ô  û  =',ð"V$  ýß"ïkOi  AÓ
Ý7]"¬ƒÃöC¿h5öÓ· ˜JÔkíÝÅ4ñ-ôûÓ{  7²*  ¹
{  (r)˜a{°1/2ïï¶ j¯†  "  õÕø]§^Ó  wL&BÇh4Û
  ðíïjXëa5oû!nÚí7õÓ3/4ÓÃ  Zà¯,D]¥H  !ÛV  -
P`1/40U˜°N  !Z:¡",IX&˜":  Â
Á  (   !‰/ÖµaP0M;(r)Ð0-ö  [µ  0¶(r)"'""""""""""!ÄDDDDDq     a  †  ¬C$NÁ  Ž!¡  Î]  â!
,g  TDq¡ÀG    à[¤"Ö ] CUƒˆUzõ
)n  !Úp-  c  Ó
a5UV'i...Ã  ÁÁ   (^Œ   ÿÿÿÿÿÿü¶ qü²%£ [šE¢§-ÄÙÙ8ìÁ
Óœ¤
U†iØ°  RZ ¦E
¥³³Xî³  ...
êvj?ƒ  ‹ì5Wä":'MÔ¯  y  ývÂn1/2gdxQWÒ_...{øï¨[Ü.¿RKÓýu  b·"s,¦ ^gsî¥ïÜ  ß¯ÍnmZ$  #Grö7+
Pï°¯_þ°t  o[ú°î*}ínÛIÿ_÷¯ª(r)1/4÷ð*Wß}1/2 ¦È  dA•´áòcé(r)¯¦¨d  ÚÉƒJ‰£¯ƒ¸Ù"b¢!  !÷¶D'(tm)j·"
   d8àÏ‰°"-H  N)'  Ô.L     ¿waÒ...šš
ÄC0D?  ã%Y Ï3b  "...í ] Ø"    Ä)ÈZÈ•  ÍAÊ
   Æuf  Sbš,  óÂ'#¡  DD
UÀˆ%  T\  ?  -  }   ;  4  ^  a  ž  7µýqÛNÜ  ×ÚÂa

Q^  Ð4ü x@ô-  á"  "
˜    "0D%(-(tm)˜‰"  Ð(@ß:
TûM7OA¡¦*þþ...zôêÂéûý¦škh=
   ª}á0ƒ  è5  =P7M  OL tKœ‹n"Ù   ¢Yä±ªnõý¤ÿÉû...u¦‰ou  çë¢~é  ãNOâÈÐôä%‡  Ñ.qzi âäG
ãM
N  :t  h  nBŽBþƒz  4,   ¹?¢Sÿþë#?A9ŸÝ²9ÐAá
¹#øNfÐ è"Ü'"R'7¢^àžEúÁ¹ 'íK  œÜ‡y<( ² ôE  ÈKrXÑ:o3/4é7%pÂá;¥"  :O  7*ÿ(r)Óûw

"#äs¦°z3/4"Vún  i^  {"  Ãpž   >"
  &Ù  ß  Ü  ¢tpAÐAÒ{<¨äGÕ  ›ÕÂz  žµi1/2["ÿëÿÝ/ÒÄGi´ÿµ÷û×3/4ëMêì/n›"ýZM
  '›¤ž(r)¦â"4ŸCõûn–õøIû¯ß÷ØCûÓý  Óâ"i;bé7Äunµzúz·v  õõM´éZˆ"uþ°Up1/2Çßý  ô  3/4(c)ï"Vô
  ž-5  í§îûýE a.-íõý
o¯Ó  áÝ[Ut¿Òÿë^DOª"µáþðo  Á1/2zOêµOôã]ú["   }7¥ÝýS  á- ý^ûßýÙ ¦Y7ÕW
^²  ]¯
Lö¬...(íýªîûkÿÞÿ-uÕ›f5-3¿zÿzUCò6  ~¿wwÙ
×þÈ £ýfX¸  fJ>-õÿ  ý×  áœ  §´"=òt"ïÛý÷ò    ÛJþ(r)ÿoný1/2Ã
þÁ°nÃ  Iwÿýw¯UŽõëB=  ¥¨!    Ü  þ1/2r  ×Ã}~•á‡û†ö°aþÝ  î¿I/þ¿O}ôÿënd(tm),U  ùk÷_µ¯5  ÷ÿ
H?ù¯E(tm)AbO-9Ää
ÿÿöÛßÈ  Eõ¦·ŸÛ_÷íßè    o×õ  oëÿ"
ÓJ
°¹  CÌ"¯ûÿ]{:Lµwkù';Ÿu9
ÿÿZ¯á}¥o¥zþ
ªÝ¶ö
÷n  3/4
þþÿÿÕ-¿}z  Â  ÛÝ  íY¯\Õ3/41/2ý}Òï*{¯ö  ê3/4ÙÒÊ1/2÷ïÿ°ÎŽÈmúýÿs£ÿëúö-`(r)Ú  ê•þ"¥k÷œ5éµ
ûÍµ1/2ïä×‡  M?Lê~u;_×(r)Õï-{:5¿"³(c)ûÛÛ]ÛôÞ-ÕÝ×z}RmˆÕ]Óýwþ1/2/{í/¶Ò{ô"þößÓ[÷¶œêŷÝ/³£Ú
V-(c)CW†-ŶZ}<  ...1/2i´ÛIøa_µ¿ïm}&öëo]+þÂÝ:¬=ëûÓ×Þ¯÷1/2"›
1/2ÃI[Zl$ÚI..._äW   †
÷aPaSxkì  Ú_an¶¦  V"03/4-ÚØK¨iv›Ó¥
  m.ÒûXa'ÓJÅC  úŠj*Øaa...l  ß    (r)  ñAŠdQ¨ïca,ü[  6  I†  ƒ#<"ð01/44¢1/2Š(r)¯0"4¯0¿Ã
ì4"a¤Ã
fk°Ò°ƒ  3/4ëjEá    ‹‰1ÞÒ·LSöÒïƒ¿ä  {  {  î³
)ˆQ\VÅ/µîÅ1LBýŠV  Kä éŠýµ†šï"  l'
2  îÿ¬  K²  ma.¡-...ÝXaa¦šm§v  á"ÒÚkö¶?Ša=ñPf
÷`"
+a0¶¦  ïÔ Áxk
  àÂkh2Á...L  X`œ0fA'Jl%aKp•6  ´  NÂî`(r)  á¦"ðÂˆâ8^†  †  °Ma""$
"C,-b""""""
Û.  C  žM  Ð´a  $œ  B  !
*  ÈË-Zö¢â"""""#B""""  R¬!
Ø^úýnÿëÇ  ÿÿù6  äÿÿÿÿÿÌ  J  ¥(tm)]
Š31/2Y∅ìÉŶž2  ÎÒÝÙ(c)"sõ*}  ,~V  ¿¢c  W"Ã¦lÈ¹Ô%äZÊŠ,×3/4"åu  ‚þMVáWJÿü*(r)  o
Ò¯Ku¥ÿ¯}kKõ3/4-"ïWþÿö3/4ÿ¿^úúÿN¯ußª¿]ÿâ¿éÿûÿÿÐd.  FóÌ  C'1  ¡  }æ³ßtòC;VÊ  ×œ2¶¦uy    ž
Š›"î#í2  wÌ2  †  ŽÌ    "@È    ó"  ,y  ¬‹r0›lCX†∈ŽlRœzœfÅ)Å(e
@  ù&-Â
Ô  èy∈;PLàÂ    BTB
Ì("B C  J°d6l  "‡e CY   ¨‡    ˆa  "  C‹  D  d`j"Ç¦  ª  ¡
Ã  5]   -¡0@í,Â  °ûAÄ0ƒ...ïa  Aá    6Ô Å
  dì        ÀÂ  T$Bá"
›    5AØ@ÉÙæ  ...èAè  Ô^ïñ


  nƒÓCxP!Þ"ZoéøNáß¬iÅ âÓT-ƒ
ƒÅ
¬  xA§  §Z°qa
yàÓò      ŸïTDzr%        {DAþ^áÈÔV'¸oÒ%7ò÷¹  Oy  äcM  ÷!-È±¤Dw'í  fâ- ç  §q
ä%¿N!¬‹Ž      ù  Ü‹í  -F  ¹³HeÍO ƒh"ä&ÉO  Nf"Žm  ðí)  Ú.}>šùtÂnKþ~  d~é¸

è  y$  ¥&äæä(ä?4  nDæÊs('FˆñÇ  7¢s}(tm)´  <"z  v    ûuN(c)
°xOtÚ¿N  }&  [ºT›õ  AÒ
ýôõƒ×  7H'vé¹
ôðœ-´  nD²  í?‡y  ýl  ¡"SúÿtºJÿÒ1/2úzúé1/2(N,{¶¿ëjØMý,'Ki¿pš§¦  "l´(r)  Á0ž›Ð_O¤ôôþÕ~Úz¶
Ú´õÿ¿MÓ蚏è;ê?(r)""ÿÛ  Òõmã  ?Zõ3/4Þ  °}u...×ý?÷ý+ñÃ-  ëô¯ªûÑ¡û´/ª]wÒ"tâøÒßû¿Ð×[_B×Oboï
ýxZ  zþ"ë¨ûÂ;û~¡VÔÝûÿ  õù  °úÔ  Ò*ï1/27ýwªþÕ]l1ì-¯  é"@Ÿö°é4×î^  "±>¿Þ¿üŒ  ‰o1X8?âëÿ¯¯
úEH%  ëïÒ¤.³PU^Ûìè          ü_¦_ø+jR  í§  Ýÿd0¦-  !"  ú-ÿë  ¯Î
‹ƒ'ÀÆ(c)_¿ôûƒÉ      °üœ  ë[ßuð(c)8.-ÿKÿš    (`ä  §_ôÿ"ü  ßÁwºþ1/2r  "  xWëõ¿ù'  Ý7H..."è,  -ÿ-ù
    ë¯#ÁÂ  þûÿ¿ì/øD-?·ÿûœ'  -ˆw"2¿øÐ'  f9F  oY8-:õDYÓÂ  ÝÝóé¦Â=  ?
X6C  ÷M{_Òþ´¦¡ëë...ÿ×ÿ8º
´GOýíˆÏþ†¯xC  ¢dZä  ºëöÿöX}  B"  k  õ(r)é?íÿD'ÿ"  ïš×÷ì‹•A  õðUý"êÛ{õú    v¿ÿõ𶄏dAW3/4Õ
¹Óÿßá/(r)'ú  ÿÿ:1/47h/ÍGÿ×þ*¿¥iWý~¯¿ĵ¿ú÷1/2ìÔîþ  Òù  OïÄìÒ¿(r)*y'3/4é1/2¶  z¯~jÝ¿Î-øþúNÔê
Õ  ¯+3/4'ëg-rým~"tßÿ×wïK  ÿ"ÚZ~µ*¶1/2}ßÚ  þÒ>Ó¯î¿ÿ_ÿõô÷¯´"í."ì%¯ë¥ºÿî+þëúúv¿wz]mÒß¿UÒ
}û¶  µýÛ_µõaÛÿm÷Û}ý  ×÷¶  7µ"ií°ºÒVÒ{Mía¯K§ßk·ª
wºM¯
aX|0^ß†-êö¶"  Õ¯"á¥a/á¥m"þ1/26·üj¯-x§µ']-²  tØX~Ã  'Fv  K{vÂOÃ.          |0±
ÂQ·  "  "av  Y  ;ƒ  "ºÇk¶  aÿÃ            R
.1/2š    -ð×}ïµÅ\plBcƒÞ.ýŠ[J¯ªv$oö:b¤-2(Çí[Åñ†*+Þ3/4E  )Š¿  bXÿäL±û
/  Ã÷]¥ïÛ
>Úd  ìfÅþ(r)  v  O†-y
CDÇM
ÿÚ-  xjÊaÛ  0ºV·ÃM  [MþÛÈbÇp×1/2¨0[
jÜ0š¿¦  þ  Ö¬-¨!Ó
]0¯A,ð÷°-X^Áa"×x`1/2¶  .îMÂ¶¿õ
/Û  |C  DZ  pÂ      A"uÃ  !âÃ  ¡
    Œ  †  DDÝ  !  q¿  s0B!""
ž1/4F...ÊL03/4°eVƒ&...Þ
90Åv(r)""""""""""""""""0B4""""  DA-³Añ¿Uº_-[  ÇþZµ¨ùlš(ÿÿü¯^?ÿÿÿÿÉT  rn§  "3-¨8‡eÙ-ƒs²Æ(tm)6
Ñ(tm)  2¦Ž¨ëKq¦fÐd¹ñ  û(c)ÁÔ¹(tm)
êvJÕ  B[ôvÑØÿzz´d}'"ß'-3/4¶  k
Ã¡ëN  ¡p´áu[(r)ºÿÝZ¿ëÝÍ¯û§ää(c)3/4]aý:ëµè(tm)Ââ¯uÐƒ~Çÿ  ïÿ‡÷ÿÚ"ÿÓÞ¥I~×u¿+ç÷ÿ}¿}õÒ𦀏fÞp
ÉÅ}ÏŠ1/4Ïžƒ  EF¦£*Õ)*j]fÃ"
\ã02x^
'  @§FCd
¸êÈdF  )Ç  Â  †t
  ŒÙ  'dE
Œ  N  §  '        Ì  KÄ@¦Î(c)3  È"³"523  S²vþô      ‡0ê¦
`ˆz  µ'/›  9ÑÐ  A,  ûÛÀè<$  ø@ßð@Ða  Á  y'W(c)vl@ƒ!  a
      á  =3¯T-  ¯Â
"`  å(tm)öl"  %Ì  gµ  "ÓøÐk
hv  6Õ¸°ƒT£M;H  ~ƒÔÕ    ON×ýp  ö  ì&ƒ<A"ô´  íÐAÞ  þëÛh~šz"âP"3/4ô  "Ci+õCM$ä±§÷R
<qiÂ¢  UÕ§ìÊáéi¿vÝ  ¿¿úÐé"ö‰oGÑ  4OÛ    1/49÷ÈW  8äÜ)  (-?D#¤NŒœœúH¿zÑ  É÷¬Ÿ¸
Ú%ï'ÿ(c)  ÇâMò  w%6Ê³Ï¯ªäþÊ¦ÿÉc@‰Û(c)  äý².>KÿÈ§È(p-¶ô  IÐ@ü'  {žpƒh
jG>¢ÐÁ  á  Ý&  h=7iKFø'ì  "Aµê7  ¿û#'ø  õ,è
ä÷MÂm  Ú  73/4,*ØA<&ô  n¤ÝÌþ¦Éáêª  ÚOÕ<'Òzé¶ëwH5-SuÒKÖ"p£JöÐ[Óé¿
k"û~"ïM
›¯Ķƒõ[Wïwë~(c)÷¿×êÔº  °Ó¨Í  %¤øÝS*ÓÐT  ¡§^î1/2...M÷ZÝé¿Ó-ét1/2[º  ^¨·xøïëÐëÕmÚÚÝlEu
w¥Ú_¦*í[Ø[ë¯¨ÓíéW‹ëbúZWOÿUïÛÿ¿ú  ßn°ý¤ûiRºz  jýø^ƒ¯  ¹  ×úÛêžÚý>ÿ_÷  íõÕéÒ  ƒ¯(r)ÿú~

ýév·Ø?_^-¶DÓ°ÿ_ÓÛ-:×ÃûÈÀ.¯ zõúï1/2÷šƒ°wü28.1/4ZMú¨ÜR  Kl‡
YP  ãÛhjò    æ°°ÿÿ¯^´Ü""yÌÄ§PH†Õ  ',uoÿZÉ1/4†  '{   ÕÒÜ=}[$9J  S
  Ž^€ÿ
7Ø5R@.Ýk×ûOîú²
"èDe Å/"ä0Çzÿ~Ô(aúÒµ°Þ¶¡w  =ì80[îûª
;p_oïÿ{ûÝ´û      _ïÐ/[ÿNž,!ñ7ÿë¢
A_÷èù
9€3/4ä0òC´A  ü,áðÝàÜ,
btCÚ×ëÿ  ×\0m.^LÃÿí  G÷ÿ8]  ž
ÿÉƒ{2"éÿòÊ~¥8´   ...ïÌOÚæ±  Š(Œîÿ1/2ÿ^¿Ôâ"#!N=ÿ
_ëÿÛV}   5úkÿéµþ¿¢  ÕÉ#îû.]ÁS"uëÿ-ïNÑ   §@1/2¡UÜ"4z¯ÿø\ m  r  õ_þöï  ø*-7ïW1/2$ôµÿ
ÿß[1/4-þ›§ÿÕ¯3/4ïþéE7¿÷gOû·›ÿ×ù¯¨Ï†Oî\êÕÛóÏ§:¿õÿÿkNÿðÿÓ÷ÿ_×¿øÞ"áÿîƒ¿mmn›üî'}§ÿÿÝÕ  Þ1/
2nñ_3/4‡¡UWR'"ïè  *oÿKz¯ÿU  ú1/2µî¯Ö>û¯°  oW[]Þ  N·OñMþ°.ª"úu¯÷V•¯ÓÓÿÚkí&Â÷¥uÚ¶¶"
]ņ´*÷kjÜën°Òl*Ú]   ì  ý...~Õm]vïÕÒÕ×ÿï^Â ê  ê  Ø]´3/4Õïá¥|4¯a-õ  ƒá"1/2"XiC§†  ~ÿÿl%Û
  ¬4¡¥k3/4Ý_¶  3/4ÿõ  `Á\´áƒ  ¯(c) ...2  z
&ò&='|  X-¶  ,lWá^LT"-¬{_×× "^


+
(Øa)  ~Ü
  °-
/÷ÿvC
â    ÜS
a1±Uû  ªØ"×q²       "nš
Bä  v×_  xaxb¯LS  7}Û   ÅþÁÿ-...m2  Ýí4í2  ð  ×kH4  [lƒÃ
\.-¦  [
ûíûøM*   ª¦1/2¶ëÙ  ßÿÿ  `"0¯]Pa        Ã  Â¹p  ;B
  ‹  A¬4ÂÙ0Š¬"A"
²áa"Â#-Ç¥és¡íîKp  "Á
"†  -...þÿñ  `"D  öL  ‹  ^^^ƒ:à€'DDE¡    (Ã  ^0BÁ  a  ö]...†  Gi¡^""  ^^Ð^Ž"""#þ·Ò³-B  ;Õ×ýw
aW  ÿÿÿÿÿÿÿÿÿ-
LÈ¥  -
+Ù  •²-ÈÃÈ(tm)  Œì4ƒS°8-‰âTfU¢:#
ªŠL-dÿæJ°•        "\*A,  z
...*zw;Oá*ÕÓZ
ÙÚŠ¶[×õĪø]z]  ¥-±JV  §
¿ÕïúßÕ'ICþ²dÿïTõ  û-Ðÿÿ(r)1/4]÷^ßzÿ^1/2ú÷¥°ÿU  ÷ÿ°ð›o}ÝÌ   Îíéîj    ‰KSPÉ~ªÉS"^   !D#
È(¶D  #ä"K¢  Ñ7éš26È4AŽ°ø@ì¸†¡N-M^GÊv
[L  e[  31
  e8"@¥  Â
",2œ  0  ¡,!L        Ú,
Ô  g  ÌA  yö`ªl  "ñ±  u  w   T  '  ›0  óc"
êÌ  'Â
ð  °v¨8†  a  Ð`ƒ-S  š~ƒ  0Ÿh61/2?  Õ4Â   m`ƒÌ;×@Á  ïhZ   è8Â
Ða
iÇÅÚa:í9  ïÎ
ñá%¿¡m4Ó[Óþ8´
+,öDÆƒÞ¹  Q:^Ù  "
Ó'(Na¢;¤ÚH-9.šM¢srXÐ#G"¨',äp×¥¯ œrtÄZ"

äÿ¥Ã'!|ƒÁ:4úMÂnN  S;4"6  ...I¹$  ›"  D¨äç4i
A  È:G;t  @ßI7 -  Ÿ´  ä"*1/4Zä\"}  34ƒ¶NŒJ‰{!  ü‹k'ý  ›'^  "1/2¯â:zIéØMÐ~(r)  Â~-  ú
Ò  ô·úÓžúk,êЯЯ&×á  A´  ":é¶  }úëuA°´  -Ò|?Þ•~žë{Vôÿé_ôÓï7þïôÂ(r)·¨ÿ¿Þü'ëÝ]m}/(r)›  }ë`´é"
  jß(r)"ú¯|}ë*1/2Òn3/4ëÿýþõÕ/Õÿïxýx    }×µZþº(r)ô-zU¯ù'
•tÙ_ì±  u3/4þ¿§¯à×^Âl-3/4ÿï_þÞò"Y'!ÈÇ/?  OÝ?2
ÿ3/41/2-
óÀ›Ã#,à  GÕ×Á'€èf°^,  µµú²ÿÕ2  X8B:ÿ°ÿð_ÿ¿{ê?‹!ƒÚ÷þÈ  ÓÊ    †ÛoO}¥¿ïÆÈ9'  ÿßCëÿÿÝzþ
ÿý
*1/2,†
$-^(c)~1/2/aÕû°¡¿TB¿_ú~›dì"(Ã  ,#á.N‡#÷í"A#óA  ¢  Ý1/2o÷
{öü  më°í  tI  ¯û[µA  ÒÕVd"'zÿ:...'g    E¤§  O  1/2oÿ-9ÀëÈw:Kô¿!Ü-U  1/2?ÿëÚªúD'Þÿò
h(tm)nXpß·  ú_õ‰    Û1O{þY7Õ°¿]?ïï  ÷_]ƒÂõ¤°}-Wÿ¯[  mkUWêÝ  -ªëÒ3/4¯ìê÷:÷VuiW
þÿ‹û:  )ûì"ÿ',šu  ÓaPÿõïëŠéý_õúú
íÝ{î_  üä(r)"Úú{-î-Ø‡¿÷³¡›%°lèÿþ~ê}µm[ÓþëaõÕ-Ö"kzþÿÞÝ]3/4-:W1/2uÿw3/4°õï÷  Â-a\-}úWku(r)¶
šW¿ÕÕ¿k¬5"†¶  [ÿõt¿ÝnÕoÚì3aØa&Õ'_  ƒ‹ýƒ
l4¬$Ã"]†"kýÚ°Áoa"¬  °":£  ïþÕ  Sæúiv  ïð-bÐâ¯Û#"†3/4ÇÃ  EA¯  ÕDÁ²(öE¿²  ê
  ƒØ¨0XäA  7Wm`ÿïƒIŠ_a"  j›
ðÒìƒÆš  GÁ"¿°¶*¬¨Ý...  þÅ1%  ÚbJ    í...  ñ¿ÛþØØZá  ‹"ðÇØW      §õ×Ã
jLpƒ        xn
  ÈW¿õÕ3/4ÂiXV-0-µkûV  4ÿ[  ïÿ(r)  ‡(A¬&  ˇšn  ö    "  *
&
ö      ,  ö    a...ÃTja"  '8†  Ž´Æ;Õ"û|•ðÂÚñaq    "
  P^‹B!"_Ên~'^š÷j  †  XT#B
*^^â7B"'"#Mÿ  t3/4-oÛkJÒ†  u  ÿÿÿÿÿÿÿÿÿ+Ú+š³§ìì  ŠáLìÕ•'ƒ"mJ´hy  d-"Š  ü(r)°F  Øœx3  ‹  ƒ1/
2ôôIÐÊ]5ü¯‰ô:SÄ\3/4v%êêZé/ê-  †*ߺ°T3/4·²×$Þ
}...3/43/4"ëÿ¢tK(¨ÒÈ&Éî¿îß  â¿³ÐžÁäö¯¿õ_M  âÿß¯×ÿ]ê3/4"ÿ"×ÿîÿ¿~ÓÎ  Er  K8d`¤  P  N£%ì
Œ  Sòÿ  Ž      "Î(tm)  É
¡'"ˆS(tm)  2œ!0Š
"ÿ
!
›  Î±  *DÀ"¹"â  Ì,  3SzÉ?õX@Ô  A"  !`ƒ  CÌ  {¶  "Ô‡ò  apD"H
Hv(tm)àDÌ  ](r)  ˇ~u  Àa3F    á'-å  ì  ô    CêBh
    ò  Ÿ$  HfÅ    ì  dC'    äÂ:  š3danðƒÓb  TêÂwé,w§"  Âo×xA  ôÐ~Òkzn  8Ó
ÓA  ð›|  xLû[Ó#žƒ8  Ý    @ÿÉgDGvœiÚhV...§Ä;^5Ó~"â  "
ÛÔ!¢1Î;‹Ó
"1/2  ^£,a  "
CA
  iqO§ÿ
Ðþ  ùgÈ1/4Ñ)3/4N~":DÿÈâTL...‡"Ã  L!    "\ù  Ù›jA@Ž²t¢~í  ›K¤G      Ü%ou'Ç':&w%Î  ÌÑ/h
("Ü":D°7oÿ¢pÿä]*‡Õá=7#¢pa
  Ú    ÉR‰žÕ  î  ~  t|lžm›    Û%M;wÂ  '  A  Òj    á  Ú    ¸
  Ý6B1A  Ñ9Ù*?äÿô    #Qù  Ú%ñ  [ÕÕh·Õ´éêÎ  ¤ßU
ßëJ÷§|ÝV  NÂÝ&é1/2´(r)·éý´  z{JØOÕƒR
éá
"ÕÝúzw¯At×ZþÝ  MÒ§ðDy/ê¨žiW-[á?µ3/4""›ë"ûÕþµïÿM¤ß1/4^3/4Ò  ÷û°¯Wß÷÷ë¡|{¯ZúoõÒÅ-¥
  ·  u  Ýþ-ñ  Ø^ÿôÛ§jž¯§  íÝÅu÷éµ¿n"3/4[ú"Z_n  ‹k~úÆþê°]?Õþ(tm)pc  3/4ü"  OÚü-~ÿ1/2ëþ
  1/2Û"Õ"Ø.ï¿äLJþ
  õûúó6¤09Ãû×ŠÎ€ÝZ'€iZ§ùN%ú"á:×í1/2ó¨x=ªÿKn?Ðï

@Š¶GË,AÁý-n"ÞÃ¹i>"íA Ü.îÿ' z"r cþºëH
² ¯wº¿ÿýeX î"l, AÒz!Aÿ"ëƒî¿UÓ"ý? AÇÚ¯Þ ÝA{õï[tA
l_ú3/4"ÿ"AÇªNÃ
Ù* ý¿VÝ Å W¿3/4Y6ˆž·}Q ëeƒëÚ!ßzº!âïíÝ?¨D. Þ¿uzì² Az îò Ï a1/2];ô(c)×
¦¯øK&Ž3/4òhi%ïXDIêêÑ ú_[wM¤ˆÏ5"ßõëªý(tm)G'G¹†˜>é Bç µðmÛZÿÃh
_þ,Û ï"#}Ò,:Ûú¯ï ƒÝû"ï¿ÿ Z(r)EE#
ö‰!VÚ"´ ßO þæ¥oß-×÷¿ •úµ÷W¶·õJÁº"J×(r)ïý¿ì†Üèx9
}B"_]:%ËOÝÿh-/_ùÕÖ¿ëý/ý_jÇ[W~ýþ§SþÎ-V•"3/4ÎŒ:íªU[u"ØuúÖþ-¿_×ÞÚÿ[ÿ[k-îÅv§¤ëm(¨íCuû"v1
/2×Zf
3 úïvÿßž{ºþ ï(r)°öÖ"]µµß¿µï_úO¯¿ß§3/4Õw3/4ÒzíÕº-×m-u´·ÿÕ×Ó\5iÓÒ´¶Âö-ëév-êîí÷ý"uz
.›Xi>¶-§a6 C-[ïÝWøétýtõíl (r) JÕ†-kÃIµa'Óö·
-BëþÕ;`œ0•m,"Ú°Á a¤Ã
a[
ØJ WM"¸i6 Ãßa(inØOÛ[ !GQ\r/Š`Â ~ÙÀ²(Æ Ø0š¿"_¿ Ø¯
lWìTK D±ö (¦
$Ã ŽDÁØZtºƒ#
›a_ƒ }µ*ÎÖÈ<bš¶Aáï-1/4I â¸"~"ý;LƒÆ ì'VCÂ...ûA¦ÃNÅ ˜¦)(r) v¯ÜE1R(Ë ìo`- Ë & µnÂd;·
ö›}XWÞÿtÓ a¯kzL0"ö K
Úi... 0œ4È;¿ d Ýo öC1/2fJ{A"*
` 'ˆa,
&ˆ ø_4 ékhEØKB Â ÁpDtu¨A"ÐÐˆd`Á 2j
Â` "×õía"Ú†Ÿº·ˆˆˆˆˆˆˆ‰C ÄI ˆˆˆˆˆˆˆˆˆˆ‰/ ˆd‰8†IAªÁ ðƒ V8ˆâ""""" ëê3/4",¯-( w {U ÿÿ
ÿòÝW ù * ÿÿÿå a"r3/4W
dÜ 7 eqÃ0íU %;Y{;JÊ(r)s"h'j§bÀ_}k...ô›;G÷Â¨I~M~A 1/24ÿP¤ -×ú§iVíåq
jOc U{"ûÓÿ´KZýíÿZ"wêd Rú -ŽÄ-S;Ò"¹3Uÿ C ~# ^Jª' Ô2 9 1/4
`ˆs' Š A&V¦A9 ‡/ZTF › (tm)˜‡FpP@É€¤<ñ 4 šÑó6É
†Ê #ôR2 5 ¨&R :#6P2]äJ52.8AÃ 0@ÜŒ‰
&
(tm)‡ì
È@ÌÌ ' ¤
ö‡TÐ<&¡ ˜v'pa?4 ‹‡¹ö 4ô

l ,y
KS0¡
1/20‡v(c)"ô !¶Ð~žê Ò-4 ¦ƒO†ÿ-÷PŸÓCAë @ðƒn"AÑ-8µu(r)Ù Ø¬¡É¢éIg1/2]ÙNNtK $= m
ÇÓ^(c)È¯µN!¢<¢X G "þ t <‰ŽJ?¢thŸ² D~Ñ9± '7è
m×"›m!iÐAÑ OÁ È1/4Ý~ ö~ ÞDÌ t <‹"/9 ¢$
ª%ÔKÞ›,xF...Ú¤ð a\&Õ íÒNš¤"þ‰ 6Ðiºº or3í
ü†Êj 7ºAá Ð~N-é aÂn1/26,vö"Û´ƒû×(r)(r)ßOêôéV1/2>-W]ÿµI{{OMôß¤é
Âª-ÿß-§à´*ª ªûi?WOÓµ*õÝ?¯WM×Uué;imü[í{Ôo o {QW(tm)í éÖûN= ÿ "Þÿ"ÝUõýi]w¯EŽê"
ë‡¿÷ºNÚ1/2{ê'ö-ûný ]¤þú¶ß3/4ó%A?w§Hˆ
÷‡ ƒ1/4‰ ÚÞ ÞÿÜ ‹î¿\>Y7Ö(r)(tm)°Ç_ïô•üÈ 1ÿ~ç@FD1öBk# ‡H ÿšÂi*_J¥
?ßÕÓ"Tºý" [ý^Ó
, ÿjN
H"‡ì-u
.
õä€ÇTëû,ïÖõr ‡ßéþõ_"ÖôCßý÷Ñ
-Ãim Äàˆ wÝ"-+ÚA[ï¯u ,=ÕÿÒ

é ^÷ ï×Ñ ŸûJé ¹
ïƒè ê v÷Ñ
w_ßÚD' _·o¯]ùjõûÖÚÈg/
n5,;ýþ¨"P‹Ñ
Q#Þ'" þ ›ÿMVÑ$Wn"ó¨Uß}:§é1/2m~eq¥-uïÂÈÂû Þ ß
=+å‡ÿn úÝ1/2z¬ŒëïoÛ ÿWZK"ío" ß
{Ku^þ'Vëý×KZÿðÛÞþº~"ï¶(r)ß·ôÚkú3N¶¤_ýmÚß×}jïWXK¯_jõöÒs(c)¯OÿµçW1/2w"Xé0žï"þ1/2/Uc
"ôŸÛÝØÕ{8õï÷"Þ-k´µÎ‡k¥ûØÚµý5t¿ 5bµ
Çíªk¯{Nö3/4ý¯Ú¶1/21/2¯ìU(r)- þ3/4ªÚí¥}ØVœ.Óïö´ý...¯íÒµ^ÓûTÒëµÛ§ê×`3/4ÃZi†·R<
&ÂÁØMá,¿a:ö V"
'j×Pa6Òö
Û
Jím.ÕXjÃHÑØ*Ø0W¸àË‹lqNÇÄœ:(c) ÿ±^ñÓ qL JD ‰7ü\i| Ka,M0ÂL} K(r)ÅôÈ<0Åm5l
ƒÅÃW1/4IÅ¯...Ú² §öA ±O×ì,<0 xø§b W`"ä<_k" 0˜[
¦ á...þÂû
+×1/2(r)Ÿ
w†°Á+ð¬5Ó
¢, †•&ƒ ,&S¦ 2CA
""Â Ž/(¬¡Á
1/2
!
Ø0CÐ3 à (c)p *
b"""""4#B""""¢""""""""â#a"ç-ÿZ -?ªKK -"8ÊàÄÖY Bµ&b^ªú1/2;V
Œ‹¦-°"E"GP¢"?ÿÿÿÿùf,(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùlŸ -Æ¡ (h!²) &H#Â ƒfqS2(ÎÀ(tm)\æD2º(tm)
ÎÀÅ¨N ².°"jåZR°ŠE †ùUë*
NÅÙVd´È'øwëª_A*ïà•3/41/2SÔ-ø[à‹§ì.¡u¯¯,÷üœÛ è V¿¯3/4þ
îª"h \qªÅ¤ß÷ÇëTë[¶þ•'"øý
b-U[iÖª÷wÿ{ÿÓ§ïm}/Ý¯ý íúòµ'J@Ù+yVD Þy•
_<ÈÑ•œ‹
‰ DJ80Lº!y²;¨ÎË³ë=Y-_J-ÿ!ŠtgÙ€€ˆ\'e8'+-Ã3 èÂ >Â "à˜ fº¨,jA. DN ˆ2ƒLÐ8 `ƒÊ
óPƒ‹' 54 éž#1N ÉÌèf
þx`ˆX
"D ¿6 (tm) ¹ ,àŽddÌ,dç(tm)Ñ 0"6^ë¿ ƒ¡Ò
= °ƒH { Â è0ƒ~Ðv›ô Ðv-iá Å" a ˜Mªi0˜M-5° ýB
†Ì x" òpðd ] ¥_^ T-ßŠ¸ïM Gö,&1/4^ŸéÉ N'âÔ'
ôÐpÓÓt q TÕc@øatôè qt"ítöDŠ"ºKTHpäNk¢sÉØ9 Ò ƒí"æ.D(tm) ú%íµTGÍ 44N›K'}'îFå
äAòXâ4Ká´š æB;v"ý8áÇ¦š
ÿÿÉÑµ Ñ(tm)±ÌÙ<É ¡´ iPL4 ƒ†GG,ñl"á |'ÛØA÷ ú[AÞ †à... -B9
î›û'ó"- ?#â ¤ ' ¹ã'-è ¢#ä^t1/2i.žá[õÕ
...jôõW
?p ûuÒn¿Òêô p M²t
I¿è6,x ý0Ÿ¤˜l- Ÿ ÛpAù9¸Aõ¿a]'éÕýé‡NÚ¤é=nÿµ-5Ýmb·¥ð•_§¦š§ºªéÿ¦›ôžƒ
àŸ"¤ƒut"Xdpa~1/2Óé$¿þööµéUû ZI4Åø]7Óýýí¶-OÿÿÖý{ô÷WOöÖ*‡¿ëïÝ&öÿ"MÇOu š*4ÃKKîêú
ëûýêÿþ(r)žëìj ïKµ¦úýÿ÷ëú3/41/2Þµƒþ¸w¥×_¯^"ýi{õ_JõÿÝ§ÕÒØáazõ¥|œ'Þ‡¿TK‹öü ' ÈqE Ú
V¯V`1×ú_þ¿û××1/2AÓMõ§ HÈ/\ê ·ïoÇ_ú÷gPOUvA ûÎ€ì0_Ýÿ‹þ¶ÿ¿ßÿïíõàõ^ê¡(r)X õ_Öþ-'ß ÿ
V
´ AC Ãõÿ_¿ÿkÿÿZýkÙ V÷údp
%ð-û¿ÿü,ð¿\" ú¿†þðˆ$A´BçêÿßÞûKµÿ¯-ûþß‡_øÅü" 5¿ê²É¯¹ÉÿTEŸ~œ TDš)ÄDtÉÛíþîZ¿U¿U

ÿÞ÷ÿuëƒ

ÿúZhŒûý]ß¿îÿÜ Ký¤F

w(c)a²\àŶ¿Jž(c)/¶÷ï  ý×ûÿÛÚ¿ÿÿ6Ý]õWÒû]×"ú"Ø6õéaÐ]7×zïßö•:mïþÿþýd@ÿüú  "ÃÛK×þÿwîuaÕ~
  ûîõ*T§æí  1/2zóRé/ûV1/2  u÷ý~Áÿø"¥]wëzùÔúýS÷_]u8Ýø×U"øoÛ~õÐ?ÓÍÿü  [ß¿*î1/2Ó3/4úÝßí
¿"ß  ß(r)-êÛëëïÃ

ßZV•ëûñ_¶  UÝ-}o_³  ôÛÒ-¥]/¥¥¶"µm[]ëé_î(c)Ý8ik·ôÛ}]vÛî?ðÓßïþ"ÿ×

-ö  "  ö  ý  í(~ðÁV¿Ø[uðÚíXXka  "ÛJá¥ý""×

úý¶  Þý¿U†•Ø-ö  ]öGÕö  X¯

S"3/4Èþ¶?(.¸{@Á'á"  Ç¸ë"ð¯Á

zLoîÃ  ÿmÕý/u°Õµ4>Ó1/4  Þë±Uð¯âî¶]&‡-í  =X-ö¤1  o§Ø"b  n×ûßÿñ^>3/4Ã  ØiCK¬/Ù
Ž"ûî°ÿ_V¿¡BÁ1/2kw]aS°-,kím[a+_°3/4Ô2  :ßúµí/Ä*Š^_  tšoêôJƒ  ƒ

Ã$0  ô!">o3/4  OP°a0Cnø´  A"  ^¯a5øg§þ"Ø^  (r)ûRÝq    e

LÈ  ì!  tñ    f'rX  #°"DhG  ¡  "!¯µÐ°¶^Ââ""8^^Š^^^•jÃ  #oÌ  ñ¡
1/4>)ÿ¥-Xat1/4Qn¦5í%U...  Ë0~·"ÌÛT  ÿÿÿÿÿÿÿÿùfêâ"+ÕÒ  YödS  Û2¯Ï  (r)†K""fÐÙÞÝ(c)Ø‡þAY_F
v  ehü¤ßuÛZûÛ%üïE¿"ô  &¯

ý  1/2µþ°¤(c)û²  !~3/4(r)þ¿vö"â¯ÿê¿µqéñ  ÿÿúÓýÿ^ïûÒí  ×¿_Ýnþ¥{  1/2ÂéÈÙjÿ¿ÿ]ÈU'  ˜3  óÆk
@Ù°¥@¤

š  B    2C!(tm)ÐóVkÍ#,  Ñøðîd{#        Å‡Ù

B(r)$2ƒÏ  ¨  ÌRé°  š,"ç  ,  'â,(yVÍÒò  !(GÌ-£2%)ÿ³÷¶"Á  A'  ØA(tm)šA  (a      <ã  -P  ÁØL  °ƒ
  ;  ƒ§Â

>°  qza4  *Ã"    $    ?˜3"Í¨  fŒÃ  a  5"@Á  u  F

"  jfÃ  ‡DPÊ-`)üŽ  NÞ¿¦ÝT›ðõ  0ÚVƒÂ

$.Ð}"íþô->!Â  @Â  |

o¿¦  tÐ´-ƒ@Á<    E0ƒÈ‡úp  ÷âÑ    úDpÛI  ÌZoQé"!Ço  Ðç  š  £¿Ñ  -3/4^ÿÈK¢-×'  UïÛ¨¨Ð·AÆ
š  OT/ø·K°ª¥  !-Ë§ÌèA¿Á  äHhœ¥Ý"s¹9û  éÊ³¢]  DæôõNŽî(tm)

æt•  ³¨K¨-4]  #¥Ñ/ûô°ç'-Ææ  %ÌÈ>D1/2ÉÆâMÀWÒ"íßÐN-÷  ƒoÓp      Û¨Mô

ôïO  ;ÒÈ  šé-Ö  :_OO  <þgiÂ  é¤È1/2"Û  7V,

Â´  i  "G

¢sV1/4Žw_¿pž  Õi=ªAééÝZ}/¦ö°uH73/4¦Ýz¿ë]'I´>ú[ÿ,n´>§"øztž  §Iû¨O×T°Ý[¿îê(r)´(r)Ò¦ÿÿ"êî•÷µÝô
Ó

úÕûê"úýÓÝëêý(r)>§K...Ó3/4´íöÑnþÿëë]--]ëè~1/2;-  -[æŠU  û«ÕÓj?×[t¸ìté7Zþ°1/2]Ýþ1/2ÝW§(r)ÿw-
Öëc(r)  ]ö°v÷'

%S  ÿð·z{Ž×´/~¯]  ÿZ

a6×o¢ß]1/2]z  Mz¿ím7ï¥{

ëÿéw,

Òm÷W"áj²0EÂ§ö¿1/2Zïßß·n5évýu~öÿ÷~´7¨ú†G

  ÝÍA]wé  ¦•a>¿VP

}'    '•ùN  v×£X_ôÏ¢>  -28  Zßî-´ö-¥×õíûÒöä(r)ðÒõî¯"†÷

ÿ[Â÷@-`¿ù

1-¥¶H

~ñ  üw  0õÓýö>ÿuz÷1/2zu^(r)þÁw}i=þ*Õ°z-  *3/4Ñ    Âÿ,ûþ  ¿ÿ¬"

}"ým}ÖëÝ×ß"'Z°r  U_D.  ßÿÿ_íïDg×¢'1/2Q

  ôBß~1/4"÷ÿðDtÞ    ÿjÿÝ[¯íÛÒþ¯§¤L  1/2a  )õõk[íÛ¯×Ð.ëÐÈú#§ûDtýþ^þ³$]µ

  ...ÏÕô{ïÿëÿëÝÒû{ï-§ÿ{ßê--1/2ÿ¯3/4  è°÷ê<  íû0  ¿¯1/2  í3/4×ô^ûÿ÷ß¯Ýß³.Þ-K¯÷û¯  ZV¿ÿÖß[  Ï
ÿûJí/éí÷~

ÿöëMÒ·LwÓýôþt]gSõ:Ë  ë¿ýúÒíÛ_  é  ª(r)¿ßÂõ  ZýÒhÖ3/4Î²ð(r)  ú1/2;_C°ôuÿÞÝ÷N(r)ý'×ýÕC  ú°
¿Ø]ÿuÕê¯¿xéímSá

~ÒmõW¿µv*}ÿûKOmmm/°VÓK×*þÕ1/2/Vøÿk×°"÷[Ö-Úõ^µzøu--÷°ÅtÅ_¿{I´(r)  FÃ]íïõív-û^  ç\1/2

ºa*¯°_W

ÃK[ºµM ¿¶Ò†•¯ÚÞ·ö±"ý/d}Øa(a;† j KVÒJÛKÂÿôØY šLEé0Â¿ðaox`›iØXa+°V Oÿl*kiC_a"fiº
^ÚúÛW~ÓÃ paŠÃ " ¶...r·ÿ"ã∅¥ö+ý‰8p~Ä›ã† Š'ppÁ}þ8ab¯28Oa"¡"" ü0(r)ïOëõ...
ï}ájÒ]a‰8k}vÈ#*kí...µíoð¯2 á‰7or " µ\f3/4*¯...ì\3 ü1ÒKú ý"ÕØaa...{
& ›-"m{ðÅ§aWµ_°L&úk-...° ¥

]§ûMÁ2Ç ¯a2 á‰ ¿¡d;1/2û¨^,°0P" (E^´ B. !¯š"# D0Du‹ Ê+ S¡ "E,#¡ Ë& & †S :
Âv Ž†µ`†\$fA"   Á  Â×k K^^^  ^^Ž""""""""""< Ž.""
† DC ""/3/4‡ÄE.d‰v¿ªªköé/KÃ ,
Âz]Š¯-ÖDð1/2¶ *ÒxŒ-ª^^£ÿÿÿÿÿÿÿÿÿËt´ǴÌ"(tm)TgdŒ̄ 8)Þ3³
û! n Ì‹3G ¹ÝIÐ Mš×úçk>îž ? Õ°_P-ßÞ Ö-ýÛ¥_öüz-" Ç_o‹Ixzÿ[Ûûûÿÿï×ÞD¬ì•gcgyKüèŽÌ+
ß(tm)

)Áš, 0å9

9 Æt ˆK² 4
kj`BœR (tm)ç @ÌE8! òf!(tm)Õ," rp¥8¥ >F¤l\û!
ãf5...´Ó#å9¯ (tm) ŒèÍÆ-f¶IRœùÚEá fA" PAé·xL
¬C ªa? C¢ OÓD tÁ4 '¸MÔ Ðq ê ¨= Á
Çm4Õ =Ó´-fM;-4< |$ _ˆÂk
ÓC°šé...J) f‹ hvPãÍ4GŽÕ÷"ÒfŽì' *Èú‰@w ‰c, ´ÒNB""GZ#ÀÕâÑ9(ñÅÉc1/20›iÅ¬-Eç A6
‰üÿÉÈ¿zÑ3´ÓÜ& @‰ÝH1/4è4BH"ï"7 - Â
"›Ù h#C¤Oì‰m Ù£' œÜŸ4Eö^ÿÈ3/4Ñ?ø é:N"ö"Â1/2?z
Ðzná
H:Â}$ ´úÂm Þ,
¤Ý7h ðAè6ó,º
h7MÂz}}71/2_ÓtÿP°°nªá>"¯* 1/2.ÿZ}Ò¯ztšˉI
Jêá7ZO°1/2éíý/ÞÒ¿` ×°¯ýÐH'û.
+ÓOOMÕõ×Ww_¤é;OOÒt±u
} sG Ç1/2ýµ¶†ô uÇZ‹ÿ¯ V¿öâÿÿ÷ÿhoÛ¯ UÖ uÿºuÿð"×Õ¥ÿúo¤Ÿ-']'úÙÀB4'Uþÿ@²
Ó´ÖŸ-Âqæ-|%zëi=úý3/4¿'Œ¶ûúíÐ²¬úþéµ5
aôÅÿêk ¸Ž¹ 9C ïë×[î-Ÿ ÷ÞþÝÁ?Õÿü
ÁÓö•^à"ü¯Ÿ]÷3/4ÿ_ d z¨ÿ!Ùš²- ßûkáC Ö(r)ép"6ÿÿôÛ ZÿÞÿV ï¹ ¨²ŽŽëþªé > v¬ÄÝ{á ¸äîˆ
tïÿö·µÿëé'" ××ë(r) }î´(tm) POÿzÑ õ
¨Ŷ]{ô¨~ÿ¿¹"ß_ÿ ëë~ °øX?û ¬/~·Ýͪ¯ ¯õÿß_"ã"}ÿþÙÕB\é]u(r) ëfÿIv›Â÷-ÓÒN -¦þ÷]ü °ý*ëê ÿu
}¿Ôt-éÝÒÝÿ¿Ý ^´Þé;}Ôû¥ÿÝnÙÔÛ×-+ï1/2Õö•Õ¤¯ WžujÛ]v ×íûÝjÿö×3/4·]m#Ž-mwÕ°_UWÿûß¤
ß°uýµW]¶Õµl-ê"{ iBknÿÝ?Ÿ-¿aÓk ÚUÓÚÝ›JÒî¡"x]ô1/4ÌÝfI°-ÿ"-v ×i|4›í+Ivó2È¸ö* °¬0";† ÷¯
ž°¨¬ _¶9 Ã^Øk¿Ã#ŠÁ"1/2Y Ó
l/°eÃ¨Û ¡¥
¸0"-"ßuÓ Câ¯:
B(r)¶§Ç±HBŠÿX1/2¶+MÕŠŠ×b cö?b øá- (1[LRW·
Bm(r)Ú¯ïkj[¡ ød%Ã² ¬Û =pÓWiÂ3/4C3/4öž¯LBI¥Ã!ÇmÚ\21
œ4ÿtÓ(&ÙØA§Ô ¶ ûO Ød‹...^Á5Pf
1/40]†fL· ÓíÂø^^²ÈÁ ^† C E- "S DC "2¶5 hDD8²1 a"Â j†""#B""8ˆŒˉkõ†·µ"a+Å
-§† - >#ÿÿÿÿÿÿÿå2¯ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿí´,øå§Š?ÿÿùiW t(XPJ
Ÿ òÒÕ‹W¿Uí{ÿ[ý¯}{ÿþ1/2ÿÿÿÿÿôï,
C'£4Á ÿÿÿÿÿ€ €
endstream
endobj
36 0 obj
<< /Length 37 0 R >>

```
stream

q
423.36 0 0 676.56 0 0 cm
/Im0 Do
Q
endstream
endobj
37 0 obj
37
endobj
38 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.12 676.56 ]
/Parent 47 0 R
/Contents 40 0 R
/Resources << /XObject << /Im0 39 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
39 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1763 /Height 2819
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1763 >> /Length 24456 >>
stream
```

ÿÿÿÿÿÿÿÿ÷-(c)b;  dØÅ+ÖŽÊ  pR\‹p(‹Gf  '  -K(tm)VŽÞ"m  7Bä(v"Ê-\(LŠD-...M2-  $3Î÷*,ìYä_¦  kI\
ì¯        #'uª...*]÷•iJÂ$×  ‹/¥1/2ü¤Öº
‡éêÉ  ,_X\*~  ý/ü%%1/2=Sð-'@Hš¯§×H/ÿþž1/4/É[1/27Ú-ëMþÚî¡wÖÐ3/4"äb  m›G´¢1/2-â"×Ž#[äï
Ñ"  -ƒ´?"Óúýú  ÿîÛÛOÿ÷§ÿ¿ë¯þÿé-¿¬¯Õ³äE  33>ÌÖtEó·È± ïÐm¦è)P  &³a
ö·F÷g  ^@ƒ.(r)Î  02$DTe      Î  AÆ¦KŽÎ,"‡(    ê,"  c  ªË,VYÈXæÄ3
   '  !*!Ì  Bä      T6  ÖGž³û,
¡ Á  3
pÌ  YÐ  ^gÙ€#8E8B  0db<dâ      ó³ÆC ƒÁ  ù    Ð  ,    ^  3F  "çP¬...ÆP  Sµ6Á  Á  Â  ƒ"@í
  Ü'¦ƒÐ`  "  y¶¦ƒ´

_zÔ ü íüÃ}p  "-š
0ƒ†  =Â!Ã  ûAü^  Â
ðƒ‹v´Ü í  †‡IÅ,l]¦žŸÝÜZûôø1/2/tã‹O_A÷ª
>,']è•ÖÔÐwk ×œrhh  ,"  Ü-=Ñ/¢%3/4OÚh‹m  öqÉQU...(c),"_"§dKr+¬Í"ÅA¯  ðc¹?
8Ñ  ,1/2Õ  ÆE¡  2<ƒ,A  È1/2/2x@Ù    Ìô²]'=¿ÉO¢t‹H"Ü  òTt
'n î s:ƒÉŸ      â  3/4Eü-ñ!
ÝÕéô  s8oÝù  ò/´žIE  44Dçè-†,
!*
Â
h"¡?1/2:AíÐA¶  ÚZ
ú{...tÕ=Õº...Ò  ^•Ò¥i_ÝZ      1/2Ò³J•"  úô(c)ápž  n¤  ›a  þ  xN°ž¯è>•¥tßÂn·ú}/A
"(r)¶"...Ó]i^û]TªÞî3/4ë_3/4é¯Ó"Ÿªv¯Òo~µ¥ûñúûWK÷Ku  uk{±×~îÇz  "ß÷É{µ'GN>¿(r)(r)Õ]m'MÓ¤

×Âëþ  ÷_ÀBÒ  ^ý×†Ôoú¿ÿÿ"  ±¯]ÒðƒFÖ...{µîÿïú¿_ß"ïÖ?],?î1/2Ý+-ÿozøu¥ÿk
ëv1/2ºMÛ´(c)*  ÷ÿúþ·Wý¯Û-ý"   ¿n"þè  Ê0¿ð! ïõò  -HB  úÿGø'5
zÿ§þ(c)¸Ú"6duÛúakë)Ä{¯ƒ"Áþ¿ß¯³P]  ÿ}  E  }ö
‰  0È  ?ì×Ý¿  î    J  ...wÿëûÝ>":þ?ü†  Óû é?~-kuä€¿×
7W]pÂ^C é>Õõ¢Vµ¯
¿ÿ÷ÿk_ÿÞï¸úøl/ÒïýÚ¶9"-=u~  {¯3/4    ƒ1/40a  ·þ"é¦¡  ¹õ¿'"¯-á_õÿzz!â¿àÚ!sÿûÿª
äÄïÛ  _ôÊp^‰4j
^³õwwÝëm  Gÿ¿3/4µÙ‰où‰oïä-  -  Òû}  ã':ßÿˆµÝ  ŸÂÿÈ,}¿|"$
È  ¢ð  (r)¯þ¬/úè¯O¿{ºþZ...þ  }¯  ƒ  §[  þßX/í/Á3/4×ú   @ð¿"ï  ¨"éÒß{¿õzuÖªÿj-¿Z×ïÞtm}{-Z]{o
~¿OëoÙ¢  Æº(r)  ß  ôÕªûûµ¡³"÷ÿ·Þô-ïïÓ__¿^ý¿|êk×g§ÿ?Í--
ª}÷-V'Ò¥¯3/4ûÿ1/2þìèmÿgWª±]Wç³ûî^~c*JÚÙÒm  ÒûKnõÕ1/2ÿßÓÐÚÛ!1/2=]?wzì¿¥ô·¿êŸü4×Õí‡
ÿ^-1/2íÿ÷êÃ[(r)ÞÕ×  ~¯  Kõp¯]úÿ_¦"÷Úû  ´ú"W¿Þ^a[¯ÂÛÕÃWA...¶Ò†  ëµ^
/úN¿kÃ]a(r)  ¶';Ý5ÿ"~Âöûa V>  Zý"›Jíí  (r)ÕÕµ3/4×Ÿ8i[...'x0"}ì‹
Ý  1/2ƒ  °¬  JÁ=°_ml0,  öB
úáÝ'ÇÈ(tm)Ø¶
+KØa&9  ;  `,Š0◊Ø˜eÅ#¸ƒ  'rÅ}4  ¤¢[ø Èw×±Z†C¿Y  "("    CøÚv;  _±&þø:ºÙ
  ôö¯c^^ÆÈ  îþ$ãÿ´Å<W†¯té¶¯î"OÚWa~ÛL+
& ò
  MY
ý0¿aw"ÚÞÓ¦ú°1/2...û¯Ô=¶ßÛ&  †  ì‰á  Ó°'..."M
°JÁZCâì ÂpÂ
  }¯ß†  K"  +  L   ¥v·
ðÃ"  ·ƒ  0"5  !ƒ  Ð    Á  `š  ^Š    ca  '  ^^^â  B  =',Ú  Â  f  E^^ƒB"!"-!
Á  †M  f""#    D³"  ƒôØJðÃTã"
†  GÃãÿÿÿÿÿÿÿÿå
Q'X*ÕÊ´(r)8  šdt¿'diÁ  "xtv  p3/4vaCÓì  ...ð_¯ûÿ  ÿÿìÕ~ºø  ¶.>ö1/2þý3/4ßµýs$ï)=3ºf¬ñ  yT2
  '  ÈèÔÈ†ƒùB  6D$jfÂ  ß!(tm)  î.
  Ç  D@  ÙœP+'îØ†±A  £
  ¦Bê
0Aš,  ã,"þƒBI  *
Ñè  Ô  L"  +,    `š"  Ð*k k Â
Õ4Ð=0  á  CÄ0ƒ
ª  ƒÓ_A"ø°š-‡ì"-ÆƒAÄ4íT>"ò  Úr    DQÛÈWiÁþš"Ã"A¢]NJñiÉ(¢^Ñ,È1/4äæâÑ/Ž    DédnWø#3(c
)´Jy  ¬§&(c)TGÎ  7r'd|á=    <‰oÎJptE8MÂ
°ƒ¤Û‹øAõÔÂ  T1/2!á<'  ´¡7Nô  Ai
m§at¸ÂÎëJÒá7^›úw¦ÓÎþ¥ÚA:ZÂá  ý~  '3/4›ÛÝ  õ¯-&ý4(c)ªm&ë{>
Mï3/4*Ná'(r)>ª¯  -%§Wî  Ò¯ãmcúÆ-  1/2m
_  ë¿ÿöú(r)øû¯VûMðÿ~µ_T¿þ-áÿ¿ôµ÷K¥]xKkî"ûîM÷Ý¯  á×ë  |Ô  _"rœDý,úõú×ú^´6B†ÿ  êäàÆÿÖ
H
5èšKÿÿïÿ"´ÿ  ûú"Wÿ×,þ×ë¿Z¿Ó-§È:pu¥¯1/2<"  ÿ¯Ú!ã"ÿ1/2.Þÿ÷õLÃOî¿"è'ÿ‡¿DtëþþÛ-¯÷1/27y    ÷
ÿ^/õú@1/2ÿTû_ÿÿ¿ÉAÿÿûÛ×·¶ÈgéÓ¿    M*Oíÿ¥ñª~¯Ýúéo×]Ò[  OOö>¿úõÿ¦rõ¯_°_úÿú^·ëÿ-¯]ÿ0ë"
Véû]ÿÝ†×µuÿ¿‡ûî  k{¥Þ*WV  ÛNšX[ê×´•_²úÚZ]n
X]ïá¯ÃKím‰á(c)°ÖÂÕÛ4  i6  U¨ö  †  ]Õ=†"azmoa,PÂPÂL4Ý
0^ƒ  ¤W¬  1ñPÓÝ'{°ÕŠôØi1ñ]Ã   -Æ  ¨"Æ°þ¯'víÛ
¦%"û3/4)ÿb(tm)  ²  ß±·°U,{
°ÈWùc"Â"ö¹n  VêþÂ¿h01/40Ý ÂðÂ¿-& Ði¤ô  &  v  Ð0]0¡5  ^•
kÅ,  "    F[  g  úDhDG^^^Ž"""""""'#  ÿÿ¿ÿª  ~õp¢#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüî  Š'•q\"v.)á(tm)QÎ
Í  \- "4  ¡1  'X(c)J§`-H7;HŽa2    ÎÝ3/4EYo¦hÛí"%-wWd"nÉ¶šïiÀ    1/4=r¯Õh*ëKêíAuú¿pºøUµÂ

ô'¢t  ÝUoô´1/2¥×¥Nø[ýÂrh{¥íýÐ3/4í
7_tX    F)mº  ¿ý  ÔÂíÛj¯uõß_Ý
3/4´×UýûßôuíÍÆÔúýèì"(tm)t(tm)<J  9'  !  ¨fÇ'      ãR^Àe'1/4  d5'  jü  í9
R  :3ìÀC¨¤LU:    !  Š  äf^(tm)  c"fJó,
Ì!Ó8ÌÂ  È
'2Ì0°O/RÂ  "  f  Á  KŸŽ
    x"    ","C  CŒ"
  ¨  gÃ(r)ui¹¯S¢:  "ï0  §  a~    šÂ·¦f  7
Á  °fâÛØ@f  ‡Đ"!Ù›I  ˜A"  D1ó    ,  [  ª  ô  °fû  ;û  0Ÿ  ...ô  wÚ¤f†ô‡  Éý  ú

Å"
5      ¦f  t(c)"
Û  ?OÓ
(r)fíÛT  (r)±h|h"  ò%‡Ésã^A@  á5]tûZéªèŽ(  Ãn  -4  ŠúŽFí
§  k'áÇ%m6GHDHÅÈ¢é  Æ|Ñ  "í"åÓh-H7rt(tm)¸A1/2    dLs¹tFlÑÿ#Æÿ'ù  ÜŠ;¦G  jù9¹>|¡í
  °  Ú  hœòé!  @è-´GŽEèÒ      ¹  èÈÉÒOl  nEèVÚÐw"!Áù  ô'ûßiúmá
  éí4  &Ó"A
¦Đ#7¨=Â¤ÚM"      é´  Ü&ý  ÚMr,ô  "Ú  "ß¤ðCwOé\&ØOé7Ó×MÂ~  Õi7þÓß{ý7]o  :
1/4;T(c)´  ûtí_¿Ó{|+...itôí-  ¯}
WÛú-'øN¯Ó¤Ý  _Wýþ    Zé:o"ÇpZzMi$µê  Ó  ]{N-ï-_TÝPÓý6Âý°Ç{ÿ§÷-¡þ"ý    ¥Ûf¥"Óà  1/2
Jñ‡Ÿz  ßWþª†  Óëö:Z^õût=Õ  ×PÚ  O  MÓéjþÿôfõõ_ÛV1/44Ÿ_m7ÖöþÝîßúûm~(c)¿ÿÁk\  ÷ÿ×÷_
éµn7Áoïûß\t×K§ïí¥  G
T^  1/2Þýú'+d¸¶¿ïä0  |†  ÷ï}u¿ÿ(r)r  ¿J"þûí  ^
Ž
wíGÿ§Ç†B^Þ(c)×ö²    ê  _úê  ëÁKKuiÔ¿ÿõx  ì²wÿÿì0qÿ§¥ûO(r)Á,  ¿û´
R      ný-á  AõøD=ïÿ[õ¯}-ÖýWÿ×Ò"
ýúWý=&Axì0^w["ßøPa¸D<;_¿í  ?mú"Oíÿoõz(r)ß|+wÿýýî
4B××m--¯¦ù‰È€'  ê(c){îâê²ïýþ  $kù2>-¿Õ¯¶õ-\µÒWÿúýå8¬Ê?-]õ}yP(Dgÿ~Ÿi  atL  ÿ_Moú
ûÝûWwé;¿ëÿÿ¶¿¨~÷ëÿßð̣ð_ÿÒ̀Þ  ×ÿ~ö-1/2zûﬁµú_Öëtô¯nõÔÎ‡ÿnt}¸  Õ÷Î  "í*5ÊýÒûî×ëõ}túíí¿Õýøþï
õ×¥1/2f¥û  (r)§+ÍÐþìèß3/4¿†›'.-¿¯U¢(r)  ÿWÞªû
×ú¿ÜSéu*°ÙÕïýWµÓI1/2§Û|×^  {§[¦Òt¯Ò"ï3/4è1Ãýuwµ_°µÒØ_}  "û"ÓÛJé{{u"·¦'v-§M¯"iiëÜpÕ+]
?´¿
N·û¯
6Ûá§v3/4Ÿj-ßí-..."
Ú_¿:¦Ûh+ýt-^ÂÃÿa¯1/2í¤Ý{M¤íÓkö  ¸4"(r)ÂÞû  káy  ÕÃ
ûiVÕØJ×a...A¥
pÂ�°Â¶  Ý†
  Kn¡,L5l-û`°Ò†  øa.
-...'nÃ(r)¢ž  VE†>"çÛ'/Ä̃̄ø8-‰oý  oö¯0"av8
ÃJÃ/X¨...Ú+QK  Å2+¦%  d\tÅ1L0Kö=Šb[÷b1/2-Šâg¯ì‡  á"aÕ5~íþû    ßL‡}EZ1/2ØAô¶  NÓ
^M~-0¢1/2¦  °"mX]²Ü&f  íñš"
õa?-Â¶žõmz§"×m<¯è5
.ì0¯Jâ  A...†    A...ý°M    á,ØL+  °1/44  ¦°Á8hv  ÓJì'~"#T4Á  ^†  x`...,  Pç.  0B*
  a  ‰  Ä0B
Œí$ÑÕ̃'c`"DDA,  ¦hDlDDDq    j    á    ^^^^^^^×  #"òþÒë}ËMÂC65"  Öš1/2
¬!  ÿÿÿÿÿÿÿÿùm{2  ¸Á(‰FK1  Élv(Ì"=ž""b£;
2  DFÚÙ...D3µÕWå̃º¦ùU*",Z...  w¤-ùÚ¹ž¹í"kH  µþ°ÒIBê̂Ò°"•†1/2%úÓßð'wT  4Ÿè_õ3/4ð•&ía  ï
î  ÿ}Ôp*U[õ{¿úW-õÛûÛÛþÿ3/4  -ú]ùš;Hõ9  'Íhì  ^.ª̣é¹Ù  eÑ  Dä-¶R-C

N  f|&`Rvud RC
û?        ò  C¦z!  :Ç
Ö  Î,'  2êd,!¨  LÅK:")ÈÌ9!'â9H! #›    Éb"  )  øØB  !
8!OrP¬"  Cf
"  -$  L  :ö,    - è6ô  N  uM
  ˜DJÈ9á  ¤=  $3a  ‹ Â
PÎ
    @ð^Jš"  ´

  vEò aö˜ì&C  Zè ô  ^'  -Ð×Ö!Ö  ˆc±
aÄ5í
 ðšÐa
a[L ì ÐÂña
 Ó"BÓ‹O-˜õ¶ïDAUÓª%Íé  ç"eºä ý4GÔOœ4Epâä°^°ûª%˜qj^  ÖE...
   º";˜rÔ8qi¦ÓÉcúAv^ñÅ  Kÿ
ÒÒ%ôfÚÁ
ÂnÕ  =,35'3  i  ä^Á  9          p@ÜY  "Ú%ù  ænN(tm)sgñDæÐ@òt  "õ  üK¶  *5'}
ƒr/†‰Ì<zA  äj:Z    îÝ  ôÛuIÂ~ªÔm¦  ut  Ðm&Ø'A  'nEÿKA]?Aé´Òzé·@›PÜ‰  =?
Òn  Ó(r)Ý7_iw¥u×û
oTž  4(r)Ÿº
 Ÿoéé¿MÐn  º¦-Âo
-"Á7      §"ÛÔÓÔ"uôô1/2ðž"ß  Æ¶]ÿ}Úþ  ¿WT•¤ðŸ"ÿ}?z¶-º×"
§Júun°  ýûômB]8î•íé  _1/4-]  ýo÷þ†Ÿu  QëÛ]ö<õwOÚ÷K"Òn1/2  ýt(r)¡ûo¥Õvý3/4°°1/2nÿ^•(r)Ÿz×
Ö  w]ßIÿnªë_-ô(c)ð•ù  .¨?Ô-ö¶]›
m(r)ÿ§¤¿§ü/ÿ...Zûv´ÉÒÒûþ¿ûíÕÿ×ç@vöA  þ´Ðw÷ý
v:ºª¥ßÚ¬  Ðdp_É¢¢ßëØ‹ßÝøÿïÿêî,    éÂ}    ÛR    ßû}-5¯ÕzUUÑÐ  (r)?
ëÿ-"Þ-Ÿk_ëw]¥øÐ  ì† èè/×ë§÷ý¿Ûî¥îO[ð(c)ïoôû-]þÿþôéu¥ê^³Ý  þð^ë  [-BÙnMÊ^.É¹A/ÿ    ...ÄÝ^
šê  ÿ1OÛ§Ù1È"éwÿ×ú_¢d-Iqou'?  fÔú  Jý¡_ý~‰!1/23  òG3/4¿ÿ¯K1/4!õkûî-zû"o
ûi  ÿ""¿m×í  õø_jú  ÞÝÿþÿ̈êo§^ûÿ¤*Õx}'X^3/4º1/2í§ì÷ü†ï  ¯:[ßKZWþÿ§é"(r)÷ö¿ú_(r)é  _ôêÿÛ(c)(
c)Ð(tm)ÔÝ=lë¯ýÔ}.×ÝW_ëôÎ-_  jÍ^ßÿÔSté;~  éÿ  "ÿë
U&ý"ô  þÿÿ]üêþ•öÝ~  /Vÿ\/Ö-±3/4¶¨ëK  -¤Ö¿ÿî*ÚV>{zÿµÿîÿvÔû¿ïÿµ  M-ÿW†*û-•ZÚµ|4¥  µïöÕ
ÒÒoúÚMm_÷V•~-(r)Ÿat¯-+ûKÝµÖôßm*oá¥çÚ·ºÂð`•"  ë×ìŠðÃJ  ÄKÃ
+
/Oi0Ö×l+i[a&ÔÂÝÛ
kV  ê¶  ^  KöÛtÕ1M¦{      Ø¨§‹ÿØä´(tm)  ?¿â-dUÝŽ  Kä[  0""õ5Ž
Áûa+Ûb¿bŸa,N(c)1\-í>±È<6š-  Ãí;]  ±a1LBðÊW†¿´Å;ò  ŒVÄ&A-  ‰oq¿Šûkð×±[Ó
þ- ÈX°¸Dt  -  m]=^  *a$Ö"N×·
 ÂTðö  vƒÝ[ê×ì·øK1/2ªm[Õ    k†ºÉ¤
-M
    DE¡  8  0JØhA¨ëV¡,a  ¸d,  á"  !¨  ÂI"  Jš†    X! V
Á;T  :  †"y  çV"F"q        ¡   ^^^3È  C   ^^^Ž8^¸Šý
D[J0¦þéuvë¥_"jwV
  §  ¶"¬Û"ª˜kiU}Ci0šâ""#ÿÿÿÿÿÿÿÿÿò×�xÈ±ëŽ^ê["<Hc0È(f  Š†[(c)²  ÊæMKrhÈ"&`ÁØÆeÀßít¹]Zó°²
ŒÈ-Aª
ÃúöøOl(Q¦¯aï¿_ëÿ3/4ÕdX'_3/4-ÿ§ËÕ  Åñ(r)äñ1/2_@Û1/2wÿý[í×ëÿ×"õé]ÿÿë÷;É%ÿ(tm)
œ2¤y[^QÈr
²ÒŠ  -¥¢ªþÈÌœBœœ¤  ¸^t]'  #    "GìØ¥
  2ad`C¦pÎ"%yÁHH†ÉÎœò  ^    !  ÌÀsA

@ò B4
B†k#ƒY a"
Ô D!ÙÂ5 5ˆS'Õ"B+f 4E=yæƒ 0D-'s £!š
`} @Â
šðƒp Ã "Ð4ÓA B Ði(r)
´/Ò
iý Ü!"Â
§k Èaî, 0 ,
" m
µé" ÚA>"×M ± =Pq"
m¦ûA èt øOá¬ƒwIÇ Ö !ö ´Ð1/2þ*Gmj"" ŽÃŠ- çh-;‡r(ø†ˆñòWX3/4Õ7jÖ‰{¶ŒÜ "D¹"K
Ü-M <(->Óm)?v‰xhŽÃ¸-öEæÚþ, .mÂRs× <‹ J›EÑ ƒò/tNŽEÇ ? 'ãd^¿¢^ôôN}7KH
~ Âm
ý0äQè‰ð‰O}7"õ ðAÑ?p ¸NõiHÎ›I"ª zA¸C...A öÐAøOUÂ
¥r3"A á7i-7¿‡ Ÿ{¦ôžŸ A<!a7 "¤(r) zz´ƒpƒíþ°,OºI.î-PÈùp_zêêžû(r) ´¯
´ŸªH7¯_ÿÿÕµÝi1/2/w]é´›Ý'u(r)Òë"¨-*Õi3/4"'ñîëé...A1/2¿ wÛ3/43/4´Ÿ*ßCÓÓ°1/2÷¦ +ô˜];âŠ .ž(r)
û.
tö6 û×P"º~ž¬}*IêÒô[úwo§× zëŽº[ß‡ºÆ-.Ã¶-ÓºÄ/Þ¡mUõ 3/4Ÿ_ÝwnƒÝßô'ÿúõ]õú¿ýt(r)"ýÚ"K{uU
ò4íB š}Õr-LŽ
ß| êGË,l‰¯Õýîÿÿ Èµ"{#,äh"ûõßÕ/îˆ ~ ðµx=H0tí Ú-‡ò [!L.#Y :ë´›_Z¿ï
uÆI†ô3/4-ÿý ïo ÅwÙ
°_×oÙ
O÷° m Cµ}ú-ú_Uû çý...ÿ{Ö× ¦A~kOéK1ðÃ´¿1/47á‡ õ°þ°ßº¶ºÛ(r)ÿîº
:ú ,?ûÿºUü ¦ío÷]¶Â!rë&¯ß†æØ 1/4 öbpß[õ 3/4¿¿"
ßË("N¿þÉŽu ßó¨Yj×Ö-¯F±$á¢:Uévú5‰÷X7ê¤ ŠÚkï_Û¿ëèŒ ý"D ÿA
-ÿ'ƒßöúôÈ,§,m¥ ×%Ê°1/4-/vÉ2nš§_Òë3/4ëöBï
tÝ/Ýë:Kø6ÿ ßx}´-î¶Ý^ÿÃý :zÓµõÛïI ûîªkU"Wÿû¦ûßÛôõÿ÷÷çC1/2¶÷lè}Õö1/4 ">Õ§ozt•U¿}¥ýöš
ªÿý wÿí#=ÜêéZí}Ò>ý¿ý/¿<û¯óÏý/ÿî£ÿ"î-y¥þÚµ¿¥þƒBºûP1/2¯
Öÿ¿÷×Vÿn 3/4Úõÿ¤ßý¤š°}"Õ~Ö×ý†-ªkÝÿ·Aá¯ÞÚÿôÁïjÚ÷-ö wm´"[ "î¯†µ
_ö KMÛ
m&Ò"øjšV·"àa/íT†›_°•Ó
~×}† ºÛ†
aX0"¦í"˜i2(êÿÛ
i0Â
ØaXa/zn¡...á...ÃX¸pÒØÃ †
ˆ(tm)†
ûa Ò
a ì0"0Xi| IÕX(c) ±±±]\S Çÿ±QL{ Á'ÂoðÁcÃ ŠØl{Å1$íÝŠýŠÝ pÄ&!1Iñ[}1[l,Cd {^Û
¨Z Õ0¶ V¯LBù waH<v¶BE...nÃIü*ØOÂjŸ¦Ã
...ÛNÂØ_†˜A"-zA...A"¡"Â[IØA G¦ " Waa" Âa8h ('\ u
àÂa yp n
²ánÁ
N¯Ã‰ b""!,-`...Ä0š Â...´ r% g ¡PB,1/2 ,HE'
q@"D2{1¡ q Db""#ƒˆÐ¨éV"×¤-å _ _Åeq±-Ð×õÁ4Âˆ ÿÿåœ¡GÿÿÿÿÿËT"("lSI²
¥q, Œge¬Èi ¨ÉÂ "eU(tm) d I Û;U"Æv`È"%XD0 fz*2{"-
çpòV¿;Ã'Dï'e¦(tm)UU¦ Óè‹n3/4hµõuø^K¡ ¿Ö1/4/'B{œ. ´G³Â¯úÖý=õoNº...k"ð(r)ŸJ°3/41/2 !§î-
Ö" º[I|qÇÞ'
Šé3/48¿1/2[Xì/þ4ïÒÿºÝ/ ú××wþ×÷ú]ï[úåfÓ/'û/ ÚÜÍvv-yU¹ "y›

è)
   fD
-GPs¤r4    Ù
jTFÏ  tiœ     ÊlB    "Êq20+g¢ SR<dTÜ†)
Ï3  A  ‚]ˆÈ :ä6  ‚eôÎ A‚f    Å"C6Ê    r  d0C"$4ÍÆÈÁ˜äE  Á›Ê  .F"¨¨-"  å¹
n@Í"  ¹"    @Î  a  CÎˆ(c)˜všh  "  î
Ñ-
   {P@Â
     PÁ   ˆý5µ ƒA¥Æéõ˜ Ân  a  ¥X%úJŸ  ¶]"Bè
Ê°O  Õ=k  ;         ª¬i(r)  Ó  ÿM=
O‚ý  ž  Ãµâ ÿ_~!ñpÐÐiè?Mí/1/20šh?è‹
$Aõ§1/22‚õ'Ö"Bõnâ  #1/4Z%(tm)   ÔXD[
./O  (r)úe9*  )_Ñ
;dQÔ‰
hŠôĜÔGmÓdeúQò+|¢Đ¤ü‹ÎÐæéÓäæßÉyô  lûÑ9íø>Eê%Ù  Ú    '-
ƒƒ‹"õ,  "fÈ÷¢Sò:LìZÓ´°eÐ  ›  †  m  ,xM   Õ  ›¯äAùøS'1Èî‰  °ŸH<'ÝZ
µþJ‹úm'žL‹!Kè:MÂzxAÚv¿6"p ƒtÛP›ÿë  ö˜§A:  :MÂÛ¦÷Oa
[Â
,  A"ÓôÛ¿T  îµ§  "¦ü2       Z"ì&šm^›KZt  §"ë¿  þÿë ýtû´  _A
þ"Õ(r)  Óׂí-+KI¶ Õo¬iñª¥´Ó}_ë¯ ~¯ zûo÷ï-Õ/¨(r)›K^¿¿Ö"·|é×ôô[_õß¿v¿{†
ëÍÕ"=?¿Õ÷Z  }  3/4æwßW·¥Óø¿OÃE"ö"é[  ŸëvÞõi[Íø=á¤þFÁë  "ý  ÿi§¿kÿ÷éÿ¯ þ-uö3/43/4úú-ÿÙ
 ¯
û_ëù
U`ßÔŠ"õkì‰
Õ?é(tm)µ¥Oi  ¯Ûúûõ áŸ  }\Œ    1/2þÿoÂ×é  þ#mmuá"°  NJ‹õ}J@z°úx  û³P  {ÿ[õ¯ø÷S
'^õ¥_õM  0¿íöëÿé²
†)VAÏ ÿïwü  íÕûþ"  õÿÿûþÿü  _×¿þü"  ï}/ÿÿ~
=Ø  {þ"á  G¿"ý{[...ûÿzÔÞ1/2ô
WÁ  ñíÞë]  Pµûe"°òÉ°n°ÁúêêŸÕÿÑ  tß¿å"°Ûh"ïµÿíé(r)úòÊ/è‰ø>×ZÕïÿ^\úúî·×_É1ðDtD           ý'
ý×ùd]m¯ÿn    G×þ×Ÿõ§iõîY  5ßÿßûÐgÿÿÿÿí°ú  Bß_Ûþ"¨¯¨ïë¬%ÿÿÿVï¿1/2úKBïÕÿ×T
¿ú*_Ó×Jï¿¿ÛéV°°û(r)þu¿ô¿ÿ~°uÿ3/4Õ×Bÿcÿþê°ïæ¦úÕûÕÿ¯Ñ"×3¯_°Û[÷Kÿ×´zõÿÞ·WÓ_ôÛ
ÿêÖW×M}wz[ëÃ^>ÔÕ=m=þ·ö×"ÿ´ß"ÿ·.ŸÿªÝ`îÿþ>["öëb(c)§öõ
"îÝ--1/2Š}ðÞ1/2ú÷  1/2ªÿì5¿n-Øk¶¿Ûn"¯úüë(r)  íUÛÿØ¿¿Zö  ÿi  ö(r)Pý  |
     ô  _Âÿ"¿†  µ¥Tÿ3/4-':Ý~ßa¤Ú°ÃZnÚ*Õÿ]é...ÿv-û
'-=ƒ  ¡'×ÃKýŠ÷dqøfÃ(r)Ø,±]C  =...õ'{ÿíü‰}°¨¯=Š†l:¶·WÓ#ï°Á&Â{3/4
Šþ*"k`P~Â  ×ñ~Ä"þ ô?kãØÿm>ösàÿÞØ
Æ  LHÝñWúi¯±Ä˜ûýµÔ×}´÷ïÿz²  êÕ"ðÖþ  î  È<>ÿO-VÿMaHxÓ             v-÷w1/2  ïîëî
+|0¶µL2&µv  Ð Áì-^  wÃ       :1/40Z²ÝS  ô/B7NÃ  Ó´!a`Á0 ƒ‚×°%V×ÃM°"†  ‹8é"(c)
     ^"BÑ¢£ª#ëP²7Ð^â%&*¨"ÐŒ!PÁ  0"DD8^†"DH'  DD  C•³*  C‹ì!^^^^Ž""¨"*"#B."¢""ÐÕÃi  ëU
ò1/25]<·éa(u--¯µÕ°•úl  Æ;  £-Ó  al(PÂÁ,
DD  ÿÿÿÿÿÿÿüµ  QäGÍÔ(tm)öKç|Íʰnª¥  ¶;+ŽÒÙKŠ†v,ÏÈ
£ìñ  "    0Y63gcNôÊ-ù  ýÏÈïüïMÊãO-â3±-üï
ï`Ò×
¿ÿÒëÃÎ-3/4  .ÿ?A  õÿa  U_ÿ"13/4¿¿  _ûV-Â  ¯Çúúÿ•5øË{ø××ÿô?ñ÷ÿßî¿ÿÿú¤ÞÿûoõÚÿ}ÿ1/4Ê4ˤò
     1¯çŒ"°0[ óä    æÈªeÑ  +*¿2(É  *  U  f  VEZÜÍ&btJäù  Ž`)ty'8Ø¤a-ä¸|ñ  Ù
"      Á"ÏG  !ß"
"  "  É÷Á        A,
è  CŒ f±A  2C0!    é  '    Ò6F  sP¤`œÈi"

2†   ²....¸Œ  2DˆÁ  øË...5Š  >É  )Â&C
"CÊ  *  H  NP°  à^U
   "  W"|  ""Å"   Ø@ûL ÓÓ  AsÐvƒP°
       ýnÂ
āAàƒ3/4Á  ƒô
< ü&Ú ûý;  4-
ÝÝúiÿÃMbÓJ-  œCN.-¿M  ‡

-
KjñŪøA¡
ú  8µÿ¥  'N¢Á˜_òshœÜŠé~DÊ#ö‰Î^œÑ-3JEöš%ÁéÈ¸Ù  Ã  "   "'¿DæäKh^;  K2,^â  VœœßÚ#Ê
%ÓGr\ä^h"Ýl',èEvÜ-6  aÉ~äLöNŒDué7‡3‡ö  °  '"ðƒiSrèÐA¶GîLê  n  uáX@
    ':xAÑ)¶M  nEôB9*4Na¤þ  :8N,  è'§"VÁÞ  ¸ðƒÂ
"u        î"  Òz÷µA6˜´ÓÓ·M¤Ýi7MíÐm'=["ÚOª
Óuk¤Ý7úAéý'H=;Ö6,zzõ§I$êá?NÕ}?Kÿ¥ÓuÐo-&ÒvµéÒn°˜ ¯ ÖÓtítð·§I×ßn¿UIÚú_z"ßtžá_ýx°[˜Õi}ªð
žž°z°Úzìi1/2í+Ó¤BÓÓ-]X3/4´û(r)ïßxíÚ];  uu°BöÞÚþ?ïOßû~5Ý/ÚN¿˜éûïÿÿzÒÂûK(r)ë!é°¿ÿù8)G(r)3/4
1/2ÿ÷þßÿû
"Oí>ïé/¿jœ  Õ+wU÷ø53/4î¸>ûêÚMä.¿_#  §ëþ×L¸E¬‰
OþÈPÁUë  ={ßÓ÷j@ƒ"Ø"ŸY  /M~ÈRÀÈà-1/2ð{ýÞÿû çéo   Þöï  Gå=  ðq1/2þ×õ§ßÕ
¨  þ#\ê  ú"µ
   U|"UZ  ÒÃum3/4Á/ëZI{ðVýéÐiýýû"×^Ÿ  ,=ý1/4  ·TðÃ"¿Ã
ï  1/2}á1/2ê1/4"
ý~3/4Þà1/2  íC  ZòÛÂ  ÕÖï}ö  wþ   -°{àÃ1/2Û¬0ÿý{úÈ  _U]  ßííù  ää¢
'Â!sÿçÞ²a7ñµ´"_ý-.LŠÚ†  XD'ßw¬   "ëÝ  þ3/4é  y  îÛòhÿt´1/4  _&Gô(c)¢
m=zúõ¿×é$Ý)•1/2  ŸúÞK"°žÕvS  Kÿ  ß
ÿ¥ë-¿ïôªëA*ýŶƒ÷ê°¿-ëêª{ø'õ×
-!ž¤  û(r)û÷Õõÿï¨ë  Í  ÷}-mÕ÷³"ÿÕûÍÕénßO_  1/2îšôÞÿÿÝn‰vû"ÿ¸÷ÚjÙªpOê  *{SÏ†u=.ë}û]}o  _
þu;ë^Òó†é=ÛùÇz¿  ëÚé"Wõ¶¸¿ûúw^.-
"û"¸k(r)ºm(r)ÿ°Ú}]kí÷3/4Ú˜ë¥ÕÒ¥¿ÿ¨ïuö(c)ý6•ÚL=µ_I:3/41/2'W_utÚ[!¿ý×ýðÒÂÕÚ(r)ù!ŽŽë÷mm+]
{²ù€Çl4¡-ýúl0_°1/2¤(c)ZO*Úáom[Jë°ÂV  ¿M´µ´°-...Õ°"kiÞÚOÂXjý'ÿ¸|2:
ÃKø3†"}    qX¤þî¡,°Âû
)  `aXa(0-Ø,0":ù   0¬  'Øãa,
`Ã  GÂ_  á¥-Ü4˜ì,<{  ø˜Ù"âß!  J"˜þíß¸¦(tm)  ÿÛ  cØûb(r)!1±_   W±LS  ØUq  1/4±Lƒ"é   AÓ
cïb  µ¤Ã‡(r)œU0¿ußi...úû
Ù
§-é Õò  †Â...Ó
(tm)
î¬*
nÂ  Ö"[i¦é·Ú]"ý*Ý(c)p
   íêž  Âuáu        Ã  z
   |0˜L%PÖ‹pIvÂ    ...ð˜¥¸P"4Òíî  `...Õ"
S  ¸°˜B
   @'   ÿB  ¸Ir  ÐŽ!¡
!   :!      È¡
1

`ÂeØ%hA,  ˆâF1   )1  d',  a
ƒ  """""#B  â"""8â"<DDh  -  kKï}

V1/2mµÒWÒa'§]±¨-ö·û
_°"F#ÿÿÿÿÿÿÿÿå&fU97
2  2
    â¬ïVq"È  (c)övVÎÂ":9L†(tm)3É94ï%     -hî3ŸI ká"¤FyÚVëêFnš3/4v
ÿÿP¸K
o    PUØWý  ,  õõÉ¨´3/41/2köû÷Õñ§ú(r)ö  þ¯]{ý×ÿXƒ1/2q-t1/2ÿ‡  Ý}}µ·ÿÿô'[îµÌ€ÿÓÿó´$ÊC×ž¬‹(t
m)  Éj£¡¸çóµaTž:3èú$  F...5#ÐD[     P  P!
ä  '2(    Bó62œ~NÈb    r!‡  PäL,€d8Ø  Vàƒ'gW›  !"C¨!C6  x  <l[  ‡¡z"9-K,0da  M  |¯  u  I³,  Ï
    Z  Â#ÐD4  A"-    ø ~  `ƒ"Â
  k"û  0Aá4.Á  NÈ¨Œ!!ƒ¿AÚh5  ¦(c)á6è
~    Ÿ´ÓÂa7ßTÂz¡§iö  h?BÓ  Aü40ƒõb  c^t-  ZlZm§§á
Ü\;Nÿ  4âDWi²4>¬
Ù  e¯Ñ  þ  -5d"òsiÞEë|]¢  DxââLw¢^Û]Ñ    d"  GR&0^íÂ¢tÈ£ªÝ  ›D1/2Ô  ¡¢^Áäé"Dç'ù<TR9´Nn
  =pƒr\ÐAÍ=[d^hŸ1/2[u"^(c)¸  Ú"Y     ø o ßHœÂĐj

*!a7    ';Ni  ¢<I
¦ä¨ÕÐ{Ï"ÚM÷    Ònžô  h'§O"Ü' øAþ  o¦Òm"  zoKôƒµMý
H7  :V3/4ÐÓÔÂ§A6õ  *OÿAÕÿzu÷Þž›1/2éB{ëjšéúm3/4ªª~ÕZzµw]$  '(r)"]¯Q¦þ(r)(r)¯ÒÒëô1/2þ"·ý
$5}=}>".é¿w]¦†ªúêúov...?t¿§ñþ›
ÐÞ"u¨ÿëm‡1/2w^öÚ[ÒÿWM¶Ýûñîø_j¸u  z¿1/2þ-é{ÝîÒÛX5¿ª]kÖúÿý1/4  ¯¯þ'Þôþý~BÄÒÌ"8",>þ¬÷þ
ì¸/]Û  Úéÿþ(tm)  •šƒõ¨ÿ-D  ø=ÿâÊX>ñ-Ù
    }ÝÙ  lQmkUpqÚÔWNõõ~Çä€¸÷öûÔN€Ç²  £þ¸¸-Ð_-x~Û{é‡Òÿöºêþ^ö  ,:Óÿ  ß
Đ`úý-  ïvëL"-/§°²  6  ý-7
    Ž-ï
ýí3/4íê¨  µ  !,z¶´CŒ¢-þ  }ýÜ,å€µ(c)•ù  þú¸aúmv³¨Ï‰ý×3/4ÕBŽ^  kÓ-)e  DgÝjÎ/N"Ù'Q  þ  ÷üÊ$
ÑÿÑdo×S¯¸íw'
þ¿ÝÓ17¯û§ÅW{§ÿë  ÞD  (c)}h/¸Òë1/2·  ÿ¯áÿþÝ¨ö3/43/4ð×Iúï×û¤-ƒÛÖÒé}××ÿY  }oë¨:°ÿîê"ÞÿõU
ußÎ¨öüÕ^ß~¿í  ¸ôÃ:  ¯¯¤¶þž"³  u¿1/2-&øgW¶-}6t5õ}{Ý/ÛÖ¥ó  ÿ¿K]í¨õ}ý#Ìíñÿ̃Õþ1/2&ß  ëé'  Ó{þ
"|5"]}}í¿TÖÿoµ´×†"n´ÕßÛ"KWµ{^éí  [Ku
Úö-Ók
"þë[1/2Ûð"¶  µU}´µ1/4¨}-~Òa¥¿i+a'°"
¿v  Uî+Ã  VÁL0-aXiAØ_†¬5§ö  I†  î
&  +
    ø0Ká-àÂ×ì  $Èƒÿ†µ  Ô5XavGÛ`ÂO±-é'ö7Ž+
lT6
¸  `ÈŽDuÈ¹ã‰1õLlq.  "b
W°ÂIbŸøâ1/2b-ª
VÅiü~Õ°l,G
4Ü‡¢ñ#wìS  ~¬&  §°¤  ï1/2?ÖÔSyœ*ý"×·TÂÚÚ·¨~UµÝvÂa(iX'akÓ
µpÓ[JÂ
l  xai°-Óþ  @ÁkRc"
    °¶  >Ða^  "è  !dÅ  Ã  !,  Pá    DC  0
ƒM  a  Hi  àƒø3  ‰×a  0†#ô",!  `¨T  !  [0¥  ^ƒ9±M  Ž.#  ]"Í,1/2*Úú"J-"4
ØY'ØEB  ->  ZÚjÒt
¶@¶Rd\  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-h  "  ÇÿÿÿÿÈlO(tm)  (tm)på'    (§b  Ø*;%3fs2-gf
;Y  A  êÎ¸4  ,    e@gS†v7)Îîâf†ÀO¨xL"  "  Á  Þ  ô  =ªªL61/2ÿÚ
ö  ;
/I*"_mÒÿzzª_.š]ÿäçª%áÊÕí¿

```
/1/2jJ  Ç
   o¯¤øo-Wv^¿jžáÁ  ?ÓkÖ`‹ú o\6‚û~ývô›  t÷é1/4&ëõöõõK_¯ý"Wu1/2¯þªýÿ1/4  Ù  2¤U  Y
.".IH  ¤  (  ¨fÅ)È 2‰
ßg  ,'d‚(tm)A"...:#¤kF¶˜%YRf  MB'!  †!;$  C5  #¢ õõžf    "¬˜‰9"‡(d6  d†\wdáMAB
÷ù±   9p  A"=0D  '  õ~¯D.€õ  0  "  xBæ³(5   @Á
"Cø†aZ0(tm)vlCÂqï"  0ƒðƒðŸôƒA"  õõƒ  êŸ"ÓÐ;Q  ã      §h$ëA¨AoÕ  Âj  õøôÓªüRh=$ý
¦  ·w¬r(Ì0²  ø´ä  É!Ç{
äpéQ  ÷¡Ç  ¢-µŸo(c)  Òñíóó¥Ñ  Ú$9Cô¤±Û¢<~¨  ŠôKŸ×V‰Ñõs  '1¢]3aäÿþ^§%Î  ´  ´>'.h^=ô
ùgË;">VOÛ§D  ‹Ô^$T:äXÁ  á  ÄÐH v-  7""è&Ñ9´ƒuëÈç§dŽ  ~ƒÂ
1/4  '*"    Ú    é/"A  á
Oᤨ"Ö"n,
ûkdŽEâ'ò‚XCM×...(r)Ý',Î¢ÓtÜ'N-.  -/xZïÓu¤¤•?wIwíµwûkt(r)úú...O´¬ñ  ´  _...3/4"|tõ¤ÿë´Ý  Ú¦Ö(r)¯
éêÍ  ºMã¥1/2tÿ߈ÂU×í  h3äWiDS þ:×O]A$ê51/2f    uô1/2Úa:Ò|W¿¤7ð›...ºÐî-jÂÝjú^è  ?UWz  ]m/ª
¶öôŠ]ëí-\v-6úZáé%z}÷-ýX"  ÜÑõßkA´¡*"oJÚÓðV÷ýUkß¤µ-õôël<^  0/ÿ  i    A...Á+ÕUô(c)¢¥  õÁ¦'
H%<29-  ô-  ‡õ¿-...”æ°¿  ü,  !ÿeAzí´1/4†    âœÕ  Wiú}í¤Ï[ä    Ép{¤"ÖZ  ì,#
ä  I-k¿!ƒ×¬(tm)ŽÓ
Á?  oü+
     ù@0ûkúý
Zì:  ¯ðÃ\6œ:-U÷ßK  þÔª´ì0z  ý°ÿĎD<Y  Âl/WþúÞ¿Ã

   ïÓz÷¯8/ÿD+-  D1-1/4"  ÷ößT  ¯ŽÑ
Éþ¨¦Ô"  àÚ¦ï¢7j¿k¿K¦¨  Â!²òÔ=‡X7,¦  ðÉ¦ekÁ"Ñ|ÄÒîÙÔ$&Ñ$5æ'ßêL‰¬""ÓÈÏzzúÿ"  iàÜ  †‰#µ
Û1/4Ö#ßß¿      ¿...ÿú(c)  }Åßî  ¯°m  #¢Ã°ÿßß_|-7xO§~þK-_ÿÃþ
ÿ·Þ‚¦ë]ô  ïöBM}}7ý  ;  Ö  Ý1/27_Yª(r)îÆæ(r)ÿ3/4Î  s(c)ëéWgW¥ûúÿš°""J"Kÿô3/4þ3/4-ÒG  ÝëÛï-
¶Ò]§ÿ[ß
W°ïuí7<ën-í
wñêÿüT  ¿{Â_  UzßuíÃSÇ·]ï}Ôôþ  ü>¶¡-+-jÚwõ  ßúú·ý/ô¿m_ÞÓµÂûv"ö"þö  +÷õïK÷Jõ"[KKß°-ö
°-5öÿmS#ƒ(tm)¿†  ‡ÛzÚ°ëöûVÕ²8/    z¶¨Ã      /ÚöÚ÷ÃV
.í-...a¯UV  Ò×a,÷ÿûJ51/2†"0µpal,  *ÛpeÅ´¡,QÄû  †D  wM,¬  ˆ:°¶  %  ·    ƒ
  ±pd|  †  ƒMëÿìkû  Ä,6Ã¨ö)^_±LS  ÿì%cz,"-û  é1MvÓlƒ3/4+Všd-!^|$oV$ã¿êý...ï°šöžAÝµí°šk]¿iá
*{W¸avÛ&  ·      al/"˜(r)š3/4"(r)ý´û^"  ",+k
/l0¯A"1/2°á,Á,ê      è
   Ða  G§
   ƒPƒP°"0B  L&"2:'  1/2~Â  L  GXàÁ      ‡    A"Vjø°0B,¯N  B""'t"Dh0'ƒB""")  ^^^^°CB3±¬DDD
DDDDDq    Äßßm}m+kzÚWâ²ÿÿÿÿÿÿÿÿ-=Q7  gz#%  %T›  Åd  Q^    d  Ð3$¦wC;  ó°
j4å¹D¿;ú›è"FA.²(c)á  5D£fª‚J3/4þëõÔH°éÚïúì$  õÓ¦  ^ôù¨ÿõ¿ß¢
å[ø+_×ï"¨ã1/4(tm)  ÞÞ:ÿb"î(c)  ÿë¿ûþ1/2~-ÙØ  ÿÚ¯Ný}Rt>*|î¨ Bï5(tm)ØÅeT"†  "    GÈ¨Kœ  Œ="
   S3/4Möv:(tm)
2V  (tm)  Ê#Ì  e
s%ÄÈA  ÍQ  !(tm)9'
†^ÆlÈ(ŠT<"vA"5³TlC¨¦º¦±(Œ
   e#63¦qš
)Ä  Bá2  µ

,
û(6^ÃA"  .B`  Ð›  4
"˜r('  ,
žÃÈb"²C  à¨]  š   0ƒÁ  (Œ
4  @ÐxLœ  $
```

‡Ñwš  Âg, ó7jm¥žh0D)      ƒ ö j 4Â
 Âi´ 0ƒÐ~ =ña8xAá
  ü û³h=8w§é ha
x ÿo@ã  4:Þ÷Õ
    w-»    a5["[°¸3/4Ó1/2=    ?oA¶1/4 Â
´âØ0sNÓí6iÒOM Æß °°£† Èâ -4E¢; ¦È tÑ,¦œî-R  vÈã!1És¦Fr$YC-C¹ 'ÓúÉý n^(Ì‹ äæä±¢ ‹›'
BdyúÝ  ãy,p@ú^•pFf‰s'ÍÁ  á  Ñ9ÈJ  nE÷¢gh-3ÎtNl A1/2 ÿV¯³ƒŒ
›dEy:AÑ´K(tm)G·¢>÷á  à¯r?  < ÙŠëAXA  ÒxYE @úí"   '8AÒ}1/23/4úm    §I´ nžÐMÓr3§"´›
ý_}0¯§H<  ¤-à›"Ú{z   o-m'i(r)">ðžš
   úwþ(c)ÒJ÷ÿ×K§(r)¿§éá<*Ò~"-ÔŸV÷ÚÒ¶C
õôé²ý=-k"Ú[u× 7]  éÚ¶°(r)(c)ÒÝ÷3/4šIéö(c)×ÖÞõÿµÕ1/40"ê"×§aÿ"¤ý  úÿ¨"´ÿ×¥"uô¶ó>ŸÝì_§ÚÝ
ñ"üVéúj1/4z  ¦†°  âŽ̂ÿÿþÁƒÆ×öÞíÛy  ÿÓ(r)ö÷éC~>¿Òoʲ̈³*¥¯ÿ  ÿïv3/4ÓÿW§[-ÚÕÊÐ=oMÕ´úÿú"
¯¯ÿ̇j-n1/2¤Ýi&µî3/4û~é  Ès  ÿü"  ¬¤¢ó"̈&›_ÿž
EÄ°U_3/4iûWKw¿ÿL... ^ôôŠ‰÷3/4§  9   ÿúè~ÈtW÷"A  àiþ_-ÿ^ª±aóXw  wÛã°¿
   WúÐ?´ÿ¦†=öê̈¤  B×ô¿¿ˆ̈̃Ôé†u    Oì  ë(r)ýÝCy
   þ-ÿÿ  ¿ý†  ÷¿  ̣µö×M¥íÿ0à¯ÿÕ¯ ú!îû[¦ E  Hû§×ë‡Â ïi3/4÷íÒÿJÿþ
¿Uv     é-þ ~ÚKþ"ƒ
S¯  æW÷^ôÐú÷ÌSDgÚÛßþÍ³W
3/4@€ko-úöúÿÑN#2¿õ̧  Ûá÷JZH7wNßïÌÒšÄÔûüäÈ¿^°_é{ûÑ(?D̃âô"þs    Jō}áé_ÞL  ÿ´¤
¯§}¯¶t_Þëÿè%ûnÝ-ë¯_"  ð-Oý3/4ïÿ  ß¿uÙ  ß~°UuÕÖ¹H~Ôî×¬ ^  ³¯ß÷ÚW   êC<è÷_  ¿éµí/wûc
ý×WißôçÑ  =šŸëéî  "û³ßÖ̈ö×WXgWï w_Uï^Ÿ{¶"·Æö÷juv•WÙÒ¿-³"zŠ°Ò°Ï{[¸4í[¦ëÒ"¦
iâ  ö¿QÿV3/4q÷Zí¶-÷^ôi>±N"ô3/4é  éÿok1/2Õþÿé´̃õ1/2Õ4ä¿ÕµoÚÝ‡ßíí"wÃ[ZÕµ÷N×Òéý×†  †3/4
1/2¤Ú3/4ÿ¿¦ÿûJ¶×í[JžÕ¦ƒM¥à·µ°·þ-¥ö·V-ÚI¥¦"×
›^  OÿNöê
$œ5¶û¥§m-(a...Ò¿µô  L0  `ÃÃ]uõ†•(I†    ÿa"-⁄ÂLSa>    F  JØg  CI‡Ú
+c  µd¦³":b(tm)  à¬¬  µî¡"OŠdW]ñW±Pa(Ø¥xg  í;  "accéâ¯þ)¦9  ÅETI
Ø¨=  -  x{K¿ñµ±&;ØÒ2â3/4Û  øLWð1/44Ã2  ì&ö$áÕm?  Èw²  ú  ¦µi"ÈW1/2VÂÚÕ¦  ]_"j¡"Âv¶
ÝŠOv°†šUÿa4ÁÚÕöúÚØI°ƒ
kN1/4  M{M5á,-ã¬0›a7°  ...†  -^(c)¦  a4Âz
    û†  ·
&  Á  ÐË̇ÆàË.    BL5a0°Â
&ƒƒ  C  #Ž  `¨C#  P@B  q"D!    0B
   ˆˆŒ  ˆ0"MH0B  !pƒ  4!¸  ˆ3-ÄDDDDDT  E§ØˆDDDhDDDDDDF= ¥õûÒõ
•òÞ±
..."û×ëö°-
&  ÄGÿ̈ìµ@"  ÿÿÿ̈ÿÿüÉ!  fB  ˆ"¤ÐÓí×uöµz÷
í... ¯-!
Ý  Ä!´-Nc1/4 Û]+ª
=-
"ô¯¢SÉ  U´(c)°°¸¤>(r)  éý+_éX":¯Ò2Ga÷Å  WáéÿÚõzû'  ÷¦öúÕ×¯  {WÐ}õÃ-â  ´3/4ÇÃ_lùôÂ^ïØþ
¶  *é...Ý¬A",  ŒGÿÿÿü̈ŠT  ùL  (ÿÿÿÿÿ-!~?ÿÿÿÿÿÿÿÿÿÿÿâ̈ƒ£ÿÊ)J2KÌ"oAL¡"bbÌ<â̈¹n(Ðf@¡°ï¸Ë
íÍ̇j̈f3̈ÉíU... ¬  ;&ÍÒ¤  O   í3ÝU×çj €̈ƒ̈ô*ä"  ]þ"ÿZ
øT'T  w3/4ÉÊ•;š}  •Ýp°§r  Ð[  ×D¸9=¸}%"öôê}öÿä<(Aßï  Þ  ÿuÆ³  Oý$"o"_ÿÿ_̈¯T¿ñ{öõ÷Óë"gf
j-ÌÃ²?+FTyÐR  $¦Bïä¸$žÍ(tm)VŒ""'#þ̇Ù•0(tm)ñˆ   °D:y    '  ï̃F¶CD  B-lÍ"o8ΐà†°ªPÉÃ"
  2  0Y²)Ãš‡  ýâ
  Á       '  @Ë³bž  è       "
Ö!¶N  ,!ê  tf  Ú:³lëd@CPD
ÐS¡- GÁ Cf   ; DÐ  Ó£¨! gFš°µô 4   5M  ZÔ iêƒ'v  z ª  ƒ  8H0ƒAúzá;† §A ô- a  ÐµÂ!t

ðAºÿ@õ  Ä4  =¶    §T(r)îú
'j›\i"  ¤  é
  i"Ð†Ä4áN+†šhk


_,ü&šz
>ªƒ  ¹  ¶êF1 ØμIÿÒO  WÑ  Úª R-þOÚÄ4D¶¶‰{D
ù/k  h-4D{¢~Âh‹  Æ˜°ä  }:r;r+²  Ë¤ü,+N‰ov¥  Ë˜Ð n³<3ŽZ  áË˜Üu¶iD[rÎùtºÓ  <œúH(tm)ß¤ì‹
  3äÿ"6A6Ë°|
›dt"A  "  7'7 ›'õ  è  Aºõ"ðÐ m  £hd1/2Èö(r)
    Ù0›'B]"  H7ø4,  á
K¯}  8irTVšÈè  tÛ¥Oè Ü!,
Ó ƒÐt¸B(c)<( Á=i  μzz}+"Ü'ÚV" (r)  PA¸[Ih5      .žžôî -"úõKWÝ1/4  ao__]u
ûøMÐzzoÄV•Ö°  &×Ýéÿé1/2ûºz§oÃ¯(r)º¶ªºëïn¡7]c  i7Ž']Úßá]'î˜éúW§íöé˜è~›ô˜  [1/4-Óºk  I1/23/
4¯I1/2¿é¿qû˜îÒ  (r)Ý¦‡ú  Ó^  5î"ÿXBtÝitÒ'Ò°ÐnémÒõîÿú×"Ý*-""Õ=è%¿ÿ_ÿ˜íõ^¿Þ¸5ûüa1/23/4þ›%
ÊZ  ...ï÷í-3/4¶ÿ7)ÄäBÐKðk@μÙðõY   ÝÓ.
ïÿñ}¦¦  "  à×ß×3˜²  kü]ÿô$   ÿÒ×fÁûûÕ3/42 :R  RB9Æ}  á‹ Á=
¯:,}qÒOÿþÔu  Ã  ƒœ~-ñ
×ðÿx%ÿu|  Ý  V
l  0  Ø4  ¨  û3/4ÉÀ  û"Iþþ(c);ð¸d  ëMÿ°Öú1/2ëÐ-?[kýtÞúá  G¸a¯ì:_§-Wúý?¯Ý¤-Â
ãöôúÕXo_ÿõD.m~•ÿ¿ëo  Åá  Ô‰ü  Ò\  d‡a  ¹º-OxD/&¿˜  ïÚùa  Û2*¢  (r)  #ƒW×ä€ÝÝÿÿÑ   u
õõõšï¿Y‰'G
Û|Ö%<'ÿ"ü(tm)
ûßû¤¶§¤•i  EHÐ  C-õ  _þº¬  ß  üÄÝÿJÝh+É3~ò\éƒ@˜{_KÖ¿Wï(r)Õ<;Ýx;U×¹(.ë  "Iœ3/4öé.Ÿ"¿k
ëþ›ªÃ¯"ïúçWý-1/2öjý  1/2Î[ïõ
ÃÝÿg]°ÿð  uý/}-Uwïë¿šÝäSß6È  ý×ÿÿzëh?oúí  þ(tm)Ôôÿ#gCívÐjum¿÷õßû˜"μìèkZ*]¥kIë(r)õ
íÿ¶¯ÿí:¥3/4  ûî(r)-Ò1/2oÿÞ1/2-N:W_÷ö--¤¤ûºÝÛßÇÿ-OÚÿv--ª÷jêƒJÿoÿÖ×
"(r)1/2î÷-ûÝxa&ÒíW[Xi6  ÷×ðûûJÂú˜
oß
(c)6"ý"  ´¡"·a¯øa">Má¬5μvÒÂJÖÞÚWö  ¿
)£ÛÙì-Õ¥
/m"1/2íÖšm+  Xj}3/4Ã      0ÂTÜ5a"äH_Ø,0°Òb1/2Šÿƒ  ¬$¶  a...°U†•¯ö"
-...VëÁ"¯¥àÈâ$Ç   r(Â'  ÿŠWdWLI1/2Ø-v**íŽ%Ž¯Ø"|q3/4¬/ö)<Øãcx|D  ~ÃIŠb¶|±TöÅ;
ï"  R  O  -u×  ^×{O"  îÚm¤ÿ"d  ð˜^Âÿh2  îÂd  {!˜ï†ƒ  ¿  ÂíßÂkØIÂn[˜L-‡˜Þö  Nƒ
"ªÂý,˜"at¿...Ý0  "e°
+v¿Á...Za"ÂØKM0¶¶¡4°]"
  ]5†  ðƒ  P¯NÁ-]
    dÓÁ,Ø$"  [†  Z `¨Ã& !Ø Ê  "CW^†  Á  L¸*
  Ø2B  jì a0"5S°&""Ð˜˜²iHC)G
          ¡      DDDA""B±^b´3/4#º_-ÓÉü¥Ûí×ö-¢¬D¸`¶ÕÇb¶  ["{  XW,    L
""?ÿÿÿþvP1/4  ÿÿÿ2XÉ˜&)Ý  Èh
gÙ
d(Ï"  /  ÁËÖ¿¢  ´Ôì£¯^ßûÑi=...
A  þÓUõ,òC- ÿé/ÿÂ  ú1/4\këþ4*;þ"úÿ{þ"ßÎ(tm)T<û#ÝÙŒÔÿy0E\v4  l  gF¯d"!d  ¡Ù|ã02&&D   ì
ülCY=|œ!HÏ0@Ó
Ÿ(
B  ±'äS...H   ...œ  C
  ˆuÎ
  ÌÁ-K(tm)8rC!°D  ¸‹u0É

``}Y‡¡˜A(c)@_è?MÓ†ƒpƒ    A¶°z`ƒ
    o"Øé
÷¡ú~Þé¡ ÿ"ø,‡§    ?}8†ŸzI(r)3/4šõ§×¡
*û¹,|%ouTG(tm)  á¦%oóÕÑ)1/2  ƒ‡  üŽÛ¶%osôYä    -E"¨1×"öO²7xg3íªA  ö  ¶H÷,n    ">H7Fw\ù)Ù
    ÷Á  ¢HÐmþù4?lÍ"Ú  @Ú  hìGj"ðš§é¸N  z¿Òn>AZ  T  --z¿-+ÿ|Oª°ïíõz}µ·Võÿ
    §
ôÛuÿMÿŽ-ì."§|ëúí?ôþ;I:Ž*Iµ¥µÕ%úOß3/4í  _êµ  Þ"ÿû¯ûw˜ßoíEõï"ý{_ß"É˜ûôÿÃúv  ]_ßöë-¡¿°}mÁï
õÓPí~ÿþÈD›ù
¥"¯Ò÷1/4Œ  ô¿  (c):Ô‡Óß�ÿ!Y,_Z÷ÿ  ×ìƒŸM7ëÝ+(c)
1_û  ßd0}WþÃ¹¿ôá†Ýá‡ß1/2?Wø_1/2ö  [PÃï×ö
ï¿ýøa¿Ûo--ÿÚxD.o-pÃw¬7÷¡¹?¿úþ
ítj  "|ÿÛíï"-?ý  Äý"GF°Ý·ö  Bÿÿ  ¢0i/fú°õKßË  ÷í'  1/2Ã
úKÓÊÁzÿ×øwü  ~ÿÛúo"÷Ý[},ï÷R  ôÿ]ÿaµÿ3/4›ý}[¥KÿÌÓûjyÿþÛmoïõüä¦×Ï7KÕ*ßÛ  ¿ÒÓ
Òÿÿê Ÿ×}ÿÛ^›o["ÛW"Û~û_õû[ÿö  ÿ(r)üÿÚ]Õ[1/2&•¤šÿ
/Ú]Wû~~"}~5øa~Âo(tm)°!-  ×ÿá¬4›
ÚÓ"í{ìvö  àÂPÂÃTï  X`•"z{}ª÷äW_  ±LU¬mÈ1/2Šö
  Z'áŠc˜L%ov69  F-ÕŠ`Á  ìWÿ´"  ƒ    nÃ
Ø-Ý‰7ÿH`{ü†
°3/4äß"ƒ¸˜û
Õnî¤Ý  šŸZUa}5~Âaa"êÂØM"Zíl/    T5N5
ƒ
,"    7A,Ü0-    8á,-,xA"ÑÕb  (B!,  ÕE"""""Ðƒ  """""""""""1±ÕoëzqÿÿÿÿÿÿÿÿÿÿòÌZQÿÿÿÿÿÿÿ
ÿä0.£ÿÿüµµEyŽdJé¿":&QØÎ'fÛ>&gdŒÊ˜î±"Íɰ|Ív!  (tm)"
dM  ¹Ù›Éðh-S˜D  R.  ^B  2Ã(c)  J  çkG  †  ¬ì  •'-EÕ(L
£îÓí¶ëWß×¿Õh.'
?êé$~}  ÿBéëkj˜±Mkº×¥ö  %  ‡×˜Ò1/2ê-  7'õ"1ýá~;Bh}ûÕOLj‹}
^M+I‡Ó÷ã÷á1/4  m(r)ð-ÿí´  [_ëÿõÇ(r)´ý  §§ëþöž¿ëþ°ý  G˜è-˜äMYÛä¤L¤#°ÏMM'Ú[  >õ3/4ê~öBã
b  Œš
IÇ
d  šõ"°n¶éÈcÎ  N  Ô:&  mŸ"!^  ž
q,.È•'§  )Á4
ê  "$3€  "...#A  tág£fh!  y8Í  ¢Hè&`^-%ÖP  ƒ    v  ...&\  j  Hj  0D(Éö  "&
éýU&Ô  x@Â
  ì é< Â}'"  @ÐÞ-    |h4Þ Â    ,  Nd†    !˜  A
h2v¶P%k[Âz

H4öÓµTê-]-µÐz
    ...´Ú
û    öƒNí8  a  -Æš  H ëO¤âÿ  >¿è8Ó^.  î  ×"úqhŽê°¢;hœõÉ{    Gr}dg#æ‰ocDûè-dX
Ò˜AÛ""ô  h^ôB[ß    ÔØÒ÷d`ÈíÈ-Ñ-9  ù?  '{#
BÇ×Òá¨Ùt  -OèœûÁ
¦ÍÚ  7"ý  Ó
  H'@ƒt  Èƒ@›DçíjNm    :"§Ñ)3/4N  °ƒ  È(r)ìC[JÁ¨A¸@Ü  nJ  ƒ∂ƒƒ""ýUÞë_
  à›(r)ƒt÷¤  u  1/4 Ú  :OÓxt³ªH7A÷JHá:
é*{ÐMÈÄ.›û-GA×úO
H=:Mõ    ÝµÕž@1/2<&é¯IRzÒö
ëúm¦ït-êÂP´›Ó  ª
îé+×O__é?J(c)3/4›-%Ûþ̈Ÿé¿ü%ÿ|1/27MÓ]uº  ÓuÓkíté

T⁻_  μ÷´  oŌÓCOõW'ž-^Õ÷Û¯3/4¿¥V×õþž¨i[Û"-"þŸëÿÛM+"~*mÅ$  ë¨wOý1/2,Â
-U"_Óþÿþï-- ⁻éý-{p~3/4¿×ýÁé}]Õ/vÿÖ"
ŸŌÇW_¥íý]  ûë  aª["¨ÿä¨•[ú¬...Ōuî¯ßè  1  ¨Õj@  uÁ÷d⁻ër  k  Ü[KC3/4ý  ÿÿØØO0Uæ  õu
÷_â¯?ß"#ƒ
ÿÇ!Ã""  "1ÞBë8Ž õÇL  ×Ó"ì#¥Û"⁻  ÿÿ"  'b[é÷ï1/4/{õlûñÿød  úÒvÚý  t1
°nÁÿòc;AªÿÿÿúÒÒ´áV×(r)°3/4×Þ
?¿ÿ×ÛÕ  #ÕÞö
Á]_
  ß"
Ð  ...
ÞŸ...ÿÞÿn  TÒQ"  ...ÿv˜¿ōþa=úkr
_ÿ-  -"±  ÒÖH  "†ˆÖü,U  -ýƒüÕ5[öb  ÿûøä¡7ÿÑ4uµü‹‹õZÌ£ïÑT  R⁻{î  °yd~d'*+þ
ßÕŸÿÿÿÿÿú°^ÿ...í?"ƒû~Õÿíƒöë⁻JD  a¥ÿƒ⁻ù~IÙwEg"Ōë_zß×ÿ⁻!°ŸßUéz  ~Ý~ýÚ̈ÿ*...³ª̂́YZ̈ï
~⁻ý¶×Ü ̈ITD1
î¿  k§(r)ÿ]I  3²^ÝÛ_Ö×ë³(c)›u~1/2¹Õÿötdc}'@ôŝ÷"[ë{:š•  Z"A†ö3/4ÿÿ§]-¿þï-/⁻÷ûß  ß[zÖ¿þ°õuzvú
GŸ*Wi3/4ëWÕçëïÿm(u-."3/4šN"ÿuÕ-(r)°Ú¿zi}î⁻ÿÕ  M-⁻¬4°ÞÒêÕ7Ü"ÿß¥î⁻.ØVÒýÿT6¶  ¿Û[í[Ø{a
[AC_
¥}¬5ý†"  ÚM¤ûêß¶(c)ÚÚNÃ[
ë~ÂYCû†•ö•15ÿ1/2ÞÒ²s³GÚUØ-...l,pÕ†  +àÂÕ°Ò
  ~  Û  C
¬0¬4-ØiZöØ[V  T(c)&•nêxì  KöàÛ  {
  Š3/4äc:"  Á,KÇÚ  \_bH{  lƒ1/41LT-Ä&éŠŽ
v)ˆW £...1N"  Á,TÛ  Á,I±QúÃ  "-ìWµ  ÂþþÞ⁻ª⁻¡!]ÂÜ‹-ªoj-"ÈXïÂzØM+"
*Û  Äd0:  j  "  Ú×Ûkê
1/2õÕ"ÕÞ"^  MÈXÈW´¬  0Ÿ
$Õ  Ö-ðÓ  ê  akm5¶ÂN°ÂØRÜ+Ö¸a0(r)  ]...B
  ›"
+¦  l+q  ">"  -ÈP  µƒ)  B"0B  e
!  ÉŠ  +9A`¨0¯(!
  †

~  ÷Õ  ¸ˆ•x  ^0B""
""".""""""""$š  -8ê#ōuôµÂëéÒâ¿±õÆ?ÿòÐMGÿÿÿÿÿüµŠW-q¸·1"'g  ‰I-äŠW|"d
,  d¡žgÙ›L&š"  $â$2
  ,"¨;  Ùí‡†¹  ÛJÿú  ¨@Á  µ  2œB È˜¸ªõÿ÷TÔ4  ¦  0D8  0Aß¿"  ÿúIdœ5M;M;  ÿ"  ý);‹¨
tK⁻Ð|Ñ/hŒr‡i¢\Ã""O°Duøø°ê"j"Ól è+"ò  n  oˆã(r)⁻Ô/
M  '§I⁻ii;}ëßÿu§¦êé¸MÓÓüïÿ/_,
·ûúé=jŸÌ³/4ŽÅ³¹-¬  PŠP¹SÏ(tm)  d£$  C|"  ƒ  ~K
1/4doõoÕÿÿ¥Ì‹)'H  a58D6C  f  Ù ÉÌÐK@Í  HÎš!  Ô  @D  B  R(  fä
(c),  2M,!06üû  2CA"-C  ÈaJ  Aœ  ü'ÿJÚZý[VÛ"  ±Ivjf  t  L  )N  £‹éõa  Aè?  ƒµ
"ì*  ÄH  z
  0ž  -⁻Aêƒ"}
¦†  ~  qI×Tµuô·¶·ÿØL  =aá  pÂwý=8¶|×¸Ð~šoVƒN  °lZÅ§¥è  XTa7A-Ü/  ÛõVž¿xº  ûè5Ó¶"
šwú%
'  -...¦Ú¢8hœÜŽ5D¹¢*†ˆHrc•aÄ¸Û(r),nEü-Ñ  Èó"  D-÷Bé}ÿïéô÷!\4â-SD\qZÒ'zè-6G÷Ò
nI  èöG6‰Ñ·P@ÚM  âÒ  lÑÉí°  Ò  ò>  Þá=:  Ñ:?@ƒpC  -⁻zß¿á÷íõõ  7'ïE/¤JnZ>ï"ü
ðƒ-ðƒt"ôôúÁ"¯ÿ¥pž'  ÐA°
  z·MÓtßÓê&Õ‹ý  ÿZ⁻îƒ

ƒpŸA61/4-Ö?§ZºÛêº...}i ÛI"I´1/2Õî¯þ"îªºªÒ úý‡ûÿ¦ÿ¯ßV-N´ýÕÖªÝ tXôÕú~ºßÚ÷-ªô›...tõ·Õû÷û~-
Øìƒƒÿ÷º_oôðŸoº(r)PéýÍ ÿ ""ªOMÿî)G úý~1/2:ëzWë¡÷È0Ÿ×Ö•ÿß}ôõè
â? ZÖ¿Þ¶"ý-Ú-Ppï(r)¿·újÿJë"ï¤E ¶ÿuþÕÿOOW[·Þµ×¯ w[ìû¿ S¿°˜V´6BhB$WvÞöa Æ(c)=^3/4ßý
} l>x}? Úí{kkéêéQ (/3/4ýÕt¯¥B>#þ7ù
@ ×|Dm¯[ºÿ÷ùÐ1r ¯aû_ÿn¿K"û.
ièE" ;×ûÖßM×ýo^ lƒƒ×õêÿë×ú·à• Oß-ûZß{ïñî-
ïu×¿oïµï_ AÏXa†·UõU÷ÖéÿÒ]¢-; "j×m}§ÿúûïú!á ýÿZú-¯¸¦û,
>XÛ
1/2w÷1CUý¿ß(r)ü"$î
þ÷öêõý}ºß!G? #ûtÉ #§º*_öÕ¥jÕ>1/4$÷"Ã5
}ÿ^ïé¥µ¥íÿ,:• ¦P~ž•Rëÿ¿ý,² œ˜+ý{û]ûÕßýÉŽó¥@àõ×÷n1/2]=-]Ú×¥y0Úýýµzöûÿ T ×ÚÛ_ ¥û! m
ÿ _{í
›áÃ:6Áï3/41/2¥(r)é1/2v÷Vÿ¤¿}Rn3/4÷Kþ÷ßÚWìÔ,_Ž;ÞýuŽús"Õs(c)...í'LÛÏ.Òí~Î 3/4ºÃªÿÿöPÞÿo"¯
¿IÕÒ1/2~Î¦ïN ÖýëW"v7u"_nÒi3/4-¯ ïî¿ ÝþšOÝi_¯ýéU
µm[×êý/[[ŽÒmWU Õ_];÷I6ßa[¯´žÿµ í=´-´ï(r)þÕ¶ÿm[[JÒ
5†¶•ï
+êXé3/4Õÿý¥_¶ ¶ I}µí†¬4-[V U´¯m-×WV
/¶-"3/4ÂuuW¥d3´˜iCSC°¶,mLÍ´›In $ãµºªC;ïì51/2ê
%°Õý† Iá" S"Ž¡"˜-ƒ VÁ"µ}Òv+v)†"ö Ø0I¶,/±Å1[ ÖÂ\pÂK
[L0"[ö wb"§b¸¥] a±A¦6)...±^Å ï°µd { žÄ·ìiEtÓMm1LWLmE1MqL†-¿]Vµö O{ $Û†
&šØV--(r)(c)Û
ö¶3/4›Úl0-aS
i"Ö M,&"pÓ]úa~ÖÂàƒ" k
& C 1 4F1/2¬C pL ô ê ¦ PapšpÂ Œƒ ,Á,
5† 0ª\ Âè0L.¸‹B Á ˆ'ó D ¶fVÌ )ñ e
QYcL â"
† D"^!"A" º
DDDDDFß± ¨R ¿Òßý%ú"z¥Z¯ •,ì` (lEtƒ[¯ a.£Ô+ F?ùm
Qÿÿÿÿÿÿÿ-âÌŠ²¿¿÷ÿõïãûÿäšÊ"WDH¦BaMdB'øØ†¡æf <Á"Ê±I Ôf
dS"5
H3f ˆFº€ƒ
¨0]0ƒºkè h'
4
}R
šoÚhSûª
é
i"-Þ mßÄ4×ßDžÚ¢(ðƒDXõª'áà Ñs}È¿D¹?Ý ‰ÛiK£"÷. õH=/oj Â ûõmÒM
ƒi]7¶Õzt1/2k§ÿT Ò(r)žž 7Tƒzé¯-/wº§µ].Ç º(r);cW3/4êªúÝÓC*îëõ3/4¿·ÞÒ§
Rü ?¥y'Hˆ õÕo¿jÕ$ì"Ð‰^öÍ£,Ì... Ù
a7ªÞ"¬uÆÁ² EµB8+
ëo÷{-û‡
¢ ö ív¿þ(r)ƒ
0ß(r)ˆN†þŸ^öùcN¤G$ ƒ{|¶¸ª&DÔ (r)ýô1/2-;f f¡-Òð²
Uiþßlø8>"ü-ÖÕÕtý"Î† põz^ßé1/2ÝkIN- ¶ug ››Þ›:º(c)Ãþû[Ý µI¶êïTëcµé:¶¿}¯ÚíÚêÝ:1/27ží¦
Ýkí"av˜t"m¤ÚWÚ¦ö"-
Á"1/2† .öÁjá"˜a(3 a...ö
ìI3/4*-ö6AÇTÓ "qQLS 1/2 µa¦A-"!ÇÂ¿a-†šjºax-¦1/2a8`‡pÂI¶ 0A'uX° ¦BŒC
"A¡ PÍ B Á 35Ì ˆ ˆ‰i%(r)5¥&ÀÂZúÔrÓ%Qÿÿÿÿÿÿÿ-Ô(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¦

s"Ð0g ¨ÊîÎÕYÚDvXÎÓ ƒ² ¥z(tm)6˜çbqÔ Ôû
'3²- N
ìi;"¹Ú|Š(tm)ÙƒYÚ€aoú¦,"ºªª§dxH"· ÿ ¿UTžŸ
ª ëòXw(rµÿþ×²[ R lºw-däQÉ* "+îßúð¬ ßîõ- ¿J=vþöºô5¯1/2¿ÿþŸ~ÿP'ÿÚ¥þÿÿè7rºjtß´ò4d[u3É
Z=Q%FgÑOœ2**šÌ...ŒŠžF(tm)* ý+(r)t`ˆ!àˆ‰É
"ND d (š' -fÄ5' d`r ,!í› d
!8|ÀCP h •l†Ða :‹Ý Ë² "-€Êq ) ``ˆPË
¸!ê!ò} ,'±Hl‹ŠDÅ$
aWß
'''
0D9
Á - £0&P Ða úƒì { Ða ûA¤¿é" úøOA"
= ×1/4À@A"
N À , ...ÿô n¨4Ðn Ú
Âzjš~ ôÓObÓ øÐøþôÓ[BÐ{ÿpÐo¦ƒù¶(tm),ïNK<ž4E-˜D|â.-SØ†š #...r3‹-7'ù è...¶ˆƒ‡"
¿ Ñ ?KYsÒ%Í ]Ë ¥'!¢_ùNYu Ñ õ}4GŸh ×Ñ ´ 6¨ Ü 0Ñ?p›'l"žEçÉÍº#¥ £Dº
(-²¢'ý ÚMšC#¤"Tl!³§" -O#ÅºN
³"
‰ ¤ §A tÃñpež 99µI £" 'x´ z%,
Ó1/26"¤é;A¦Ú
ôi´›"A7Ðmt ôÛ
... ¬'Iö‡ÞÞ ›õv ×]<Žm&Òò Òm&êƒßuoÿ Ý7O
(r)ŸKéªm'éµ...Â}3/4•_þµ~"I-_êªéè=÷ÓÓtÞ•:Oy ¹=xM%ø¥ý^ïMêÿuÓôïº·Om= ÿ÷iþû-(r)›±,#¯´3/43/4
'Ã
Jž¿ @ûûcÿ¤*þµ" þ-ÿ¿í Ó÷Uõ¯ÿÞë¸ O·ßû[c
¶ûé6Ò¢C'+jºði7ý ãþÖ3/41/2Õ§ý^-œ²wúÿàé.žF Õ~3/4-?u(r)Ÿ†±
Â ºÈØœ ×W¤ÿ¯Zj÷Õ¯Æ¶ÿf vµ^ÿý š¸"4k!E"´õ}Ö(c)Èµé5·âûÝ-•aŽ ºýýº# ÛÐÒ¯ÚôéÓÖ?ÿþŸƒ
^#`È /é-¯WÇ
" ëÿÖø\2 ý ÕtÈ`ú[÷õûN"ë~ý ød1?† /¿Oÿº}ZßûïÂ!ï† ïþíx/ ×ß|›˜ êï[¯ ûA3/4A‹Xa¢
^ÿ¯aéV-3/41/2tE§ ÿõÖÕÂ
úä‹íÿê...ÿå"zÿþ(c) Bs+,mÈéÝßûù Î,-",é/ÿ¿(c)aò0u_3/4ûJˆ"ÿ ë×Ý_ûUoßþîKŸÑ ,?ákº3/4Z›Ò-
Qý 3/4,\=ÿ_ûË ÿýÿÿßÝo÷þ¯Þ ^ª÷×ù%-/^v]çž"·ß‡üë_ý*×ßw[ÿNj-ž•3Vþ3/4ÿ¯í ²M:ú¿¯~Ûôßÿm
_UëÏ×ýº¯Þô-û _úõpÕµöÜ&¿×¯ož~Ãó(c)"Ó¯kKÿÚ52_}s"µîµK×þ"kikê3/4·¯{wõÝkÒôÿªýÿ¯ê•¥mkjÃ
_ÿA¨_Iû¯tÚ·¶ékmÓi6·O"i.¿á-/_¶êÕõ†3/4ÚßkÕíû}î¶¶3/4Úßî¶ºZN3/4Ö (tm)"0 iZ¦1/2-Õí(r)"j÷þßkl5¿
† 0ÂKºi{azoî [ l4›JÒl'u
+
¶"Ö"5´"
$Ã I˜ \4ƒ `?
&Âm¤Ã]3/4 K`¿Ã 6›"ÛJEÎÅC#ˆÈñ"
%ñéºa}Ž;.¡- Ã
Ç $ ¨àÓøa+_l$Ã
â¢'ïdAÔIFƒ ÅE1 ~)ì/Ó
X"é¦!]; Üƒ¿v/ä { ƒb ¡2 |S w¶|È-v)Šº¤Œ 1± a¦›]Ã WÂa0˜]t› qûh1&=Úû
5Úl/"Òd,/Ý"a4 a7,tÔ%Þöš¨ "×h0¸_ ,ºÓA¦ ËuM_á"ÂÝ"ëºƒ 1/2,
.ƒ
¨Z^˜,2:¡¦ , 0ƒ N÷" 0¯h0ž
Á Á ˆˆ`ƒBâ; ,&¡ † i¡
! f\X ºBK¡ ˆˆƒ

a  Øg   Đ0Aœº^^^Ž$m  ^^^^^^^^  zÿü  ÿÿÿÿù\gÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÒˆŒ(PAÁS–ç"  Î7@ý+é>Ÿ
Øÿíu¿U1/2V(r)µJõT(r)•Vét1/4-)#ÚUÒZ¦s#žÐŽY¦aÁíb?ÿÿÿÿþ
endstream
endobj
40 0 obj
<< /Length 41 0 R >>
stream

q
423.12 0 0 676.56 0 0 cm
/Im0 Do
Q
endstream
endobj
41 0 obj
37
endobj
42 0 obj
<<
/Type /Page
/MediaBox [ 0 0 422.39999 698.39999 ]
/Parent 47 0 R
/Contents 44 0 R
/Resources << /XObject << /Im0 43 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
43 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1760 /Height 2910
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1760 >> /Length 25660 >>
stream

ÿÿÿÿþd[  '3²l¥3ê3/4D2¡ðs!/  ú...ÿþ"õ_  [×"ÿ  ×v¿ÿÿ  ÿ,jp^8^  ^yÕ',  Ž¤  žŽ  ³A(‡ÈD8d>€Á  Á
å ï,
ú
âá¦  á  †  D:ð3/4Ó"Æž²YNîþæCTŽtN  "v‰{Ñ.h'-O"óý  ›ôÝ0ëA5Â
ÐtŸ"ú  °Ò  i‡¤Ý=7ÓÿIê¿Å.é×ÓÚ°ºaozï  éÇÕ"öÇý6Ý7÷×ÿÝÿyO'5kKö
ëõ"6_øä  ã‚ë:‚tÿÈ#¯Ïý‡ÿ"  {áfÿf  õ´A]k°ÿË  rÅ³  xD¯ÍÝò@  ô  /  RÈ¡íûF±  ä(c)·ß¥ÿöD?_oÒ-}Òé7
Ûíèg  çG¶tw  û"
Üý-ßJë÷IWµú×ÞÚß¯k
6¿ûïÿ
+[]´›/[^Ò_a¤f÷"
(`Â  ¶  J8`°a_ì/'.±
6=Š
‡u  Ý¬R÷  ¿í0¯[L+
mÂ1/2^ïá"Ó
š
¡7Rà.°ÁU,#¡  Á  0"  "§LDDDDb""£&ÔšÚÛZalBµ

(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ,¢ß  ÿËq%ãÿÊkEþZÇå"1 Ê¸(r)¡  œÎÀÌ-S"Øá  ,f1/4øÊâQ  gu
vÀÒ  šûÒ  ì - j4$ ,Å

œU2,^V
ßfµ}~Í Œ 6ü‹z³å_" "m/pŸÐpü.¸\. y=š×õUë ë˙¥È   °ø[X´×DxÑ2?Ò •ÿRêb´>9" îk‹lwýýÞþ¨
&é3/4˙"ûŸ~-} Öýoý{˙lãÊUš˙"E  £*3[21ßÛ¿µÓ¿‚YKD°dTdk8ÉÄ
ÙN!1/4êÒè*h‹Ø... œl@ ˙áÅ R0ƒ Aê!4
é^h ¤3D¦ÊÉ˜  TÍ2xñ (tm)‹ˆÓ:³ ª mò÷fmò ˜2.g VŽ¤Bd  [¯‹d@ ˆQ
³R Â Ï³ƒ 2  PÍ
0ƒ
  "B - ‡ A‹=t jš O[ 4
[TÝ ˆ@e ´m‹À$5  !
  POý(c)@%žf 3 › 3á  s9  ¡
0dâ  # " @ûH AÞ a  éúza
;A±Å1/2¦ Ðq¦šzÒ
xOÒ  M
  â¿Ó¦° ÓŒ ÓUÂh  Â  >¬ aZÐv1/2G#‡ ^ ODc•
Eu!
)üD›¶Et‰owDéDwD1/2ï"Gšï·}>!¡§ÔÛ1Ò³‚Zu¿¡¿kH5ÛMoNG
X´KÚ%7 -BF :%ï¨h!n Á o'x pha  ähMÂ
4 ö°ƒ|I
Ûù ,27
  (tm)D³%ÎEÚ‹ › n^ù¬X0Z ƒ• ƒ#A.
O"¢th-36^ì4JvS-r?É|Íõ%Ô ?"æ ÐvG
I 7  ÚOUu]SO¤ÛI6"¸ozI3/4EÝÒA

< Ðt n !á µ´ 6ò/ZÌá§A Ð@úÓpƒ° - ƒ¤ A?J MÂ‡Ð:V,ÐCUÓp¸ÐDvš{¦¿m*êÒÞøAú}](r)¶
  õø}ŝ^´ _Z-Wt(r)-a]>ÕnøJ›Îô ¿µ" ̂êôŸ¥kûUêêÝ0TÚ°ÿ  *´¿ë-&ë"æ%Û°^Ÿ...n"Ô
ÛAû§àu(r)°~ °^›ÚêÒn ´>µîûõ̂õí~>÷KÐ´éoZÿn°wÁ7  ˉ uõ_ø]}$1/4t›ßÞ(r)¢ x"Ôbë̈D Ú§ë¥
ÿ*(r)ÿûêo†Ö‹ÿÕm ¦§ò wÞß1/2ú÷¶úÿ¬ õÛÿÕ¤,
ßµ_ýúá/j†±¤ëgãÚ¶ëëÿ1/2¿J-ÓÁp"Ý}VßÝ,>µúÅ\ êÝÙ0 [%ÃúÓ ú¿Ãý¦ÒW3/4#×ûÿú]]ýpY¬÷ý÷zg
  7Ö9 U2ì∅FÝ1/4Ö ¤1VÕÿÅ_5,õÕß¿ë} ïÿ¿¯ÿu3/4•÷"1!†-êê¸ ]µd ŒGßVH
\˜š×Ô u ‡{{ÿ*û̂õÿòÕäÜ•oí>Ý~¿ÿ]3/4÷N
÷÷ú¿[
ë÷(tm)† úoÞÑ } ,ýy
  6"×÷÷°N†ƒiK)¿tß õÓßýí ÷úú3/4Aw¿Û,
3/4õú!ïõ¶-ô ´ÿ9#×1/2 -[Óÿ×~"{ªÓN¿k^ž úÚ]þ¯DYëë·Ù"~¨ Yj?\‹?_¿êÁ{
[ï*ëþ*OuI{‡ýþ›ý-¨ÿÝh(tm) í×]uîÈ¨÷þôL...Ý°ÿá%×ÿÞ̌ý_ýu":·‹êõ××n°ûÿõçc××_ÿ3/4ÿP6ý§×
ÿW:?ÿˉá/ëgGþï1/27'ÓßÿìYÕÕûëÿ÷ßþÿûÿþ÷];·ˉ íÿîÿþßû(r)1/2ÿ¶-ªÿ¯¥v•"k±Þ›ÿÿî¿w§]R¿ˉþÌ‡}Óy·öt
>'1/2 ëkkßí/-ï¶·÷"ëõÃZ´>"KjÕÕß Þ"[¤¶ õÝÿ°þ°ÿÒ znÿ† z"î1/2p"á~ÂÚúZÿûîa†¶"5÷¥ic¯×ÛI°¯¿
V"_ïÞÛVÕöôÕÓím^¿Ó†¡°¨ä¥k"
}'nÚ[
*}ÿm°Ì
â›V
  ê K3/4Ÿÿíï"í6'¡ß...þ÷^Õµ°N ]C†¬0·ö ö PÂ÷°ÂL0_ ∅Ù  Á¯"ÿ"ðé¨¦!{ éoÿþÆ∅J°h(k×a `ï
Úa¤ÈÇÆÄÀ,Á°PÁd\{ \‹Š2ÃJ):∅¨ û ðþA-Åq
u_ðÂ¶  -Ý_ÿd[þÅ]Ž!wÇúêöÆÇ!‡´ ...± ø'1/2ö)§µa0(r)Þ (r)

-¬5§úîÒ ƒ
- ÂÓúNÖï
...‹
†  köC  ×oõaHXÂØOtÈXß°(r)ö  0'Ý"  Mj  CÐÐ`¶  Dx!  Ž´DDD"cþâþÂ
-...ØMk°-ujµ  Â
a¥        C h4/B  ,  -"
ÊÐ´Œ  ~Ž""""""$
     ÄbTB8d€â#B Ì%:¡
¶LŠÄDDq  n¨Ö¿-,"ý¤è.Ã  ´b¯3  ö¢ªÂ,¥I(r)"  V†?ÿÿÿÿÿÿÿÿüµÉ"  ;  ¥¹4Eb¹X"
2)2  ¤]  §ò°Ó-ú'
R²¡3/4v  (tm)  ÕÂçbH‡õ¢  ÔŒ ë;)ë;×
""'ú¨„,K
3/4  ð¾t"...„ÿ,&ëÿª-z[û×^?^4û‡  ÿcOÿjûý~-  }ÿÿý;3/4dj  eäò7.1/27"Hî/û;%<Ô¯¥  Ä"bªgQ  (tm)æx^
Èë  ZgA  Ð...9š£a  ŒÃ>Î
   fƒ  A2p^Â¢        6_/¦_(  ì(c)¤tEù  ³)Y  !
n§    !1œ"]šã"  ‰(c) LŒ,    £#ôpB¬R$3SÎ  ]  !ÎZ  -L        Á    Hh  à(tm)Ð:x"-a
`  ë3/4¥Ø a
¨A h4.#
~  ƒ0  Ô)Aô  ‡  B      O"
   5‡Ñ  @Ó    Ð  A  ~`ƒX"  3F
H  qié ª
-á
- íÒ°šh;AªÇ÷¶š"ÞÐv  &ƒèB
O´ÓþÂh>
-;Aü^¨D  ;wO  hŠ;]dnâ¢Â
ê¤vÑ  Úqfoâ2  BÑ99Õ'  ßÅ"ß°zi¢<  Ä9,q¬vƒ'  ~G  B?Ò-7Èî‰Í¢ç²8Gä    äNr~ÓR]Â
Ë£Dæäs"ÈÎDr  ²/4  ¸œí'$    ‡  h7TK    àâ%Û"  ò(é'r,y  œÝ¶EÂ/Ñ9Ñ/"ÅC'  @Ü"ßŸi=
AÐÂ°ÁÅRvJ  h'wÐA°-"pŸZ"
?  ==;-<‹y  Ú'Gt
     ä~      êü-†  xA¶ƒ
ƒÁ0›  &Ò  "ßMÓ}=]SÓ-"Óp(c)é1/2zªn›kÞ¿0ž(c)ÒµuÒ  BÐ}Ýi1/2tÓïü&Òm  {ïÐn›ú  Ò~ÕkJý'ÒžÚ
t  °ûØTÿÿ-ÖÓ°Du3/4•Õp  júMþ-êûTéiS×
ÿüa_î.f$ØÒ¿uûê"t?^-S1/2v¶þõN"kC-¦±ûzÖúaoþ*}oïת¿úý][uÕjûïõwÖ÷õ*ûoW]wúþ¿  ïÿë}aª÷ÈÆj×
OuÕï  Vú1/2SU×êÐÈ  _î  i]Ü8NýHÁ  Ð  pÄëUÝ×zü"0ŸøkÔd  ;ÿOï'Á  wÿÝÝ÷¯ò
   _í>ÉÅzdEÐÙ    6  [    ?^5Ía  Cú÷Øw×²  G1/4"
/^µ  ×ëú×ë¿ØW÷ß  jA×ä>éIÁ  ßN¬  ÿûé]ƒ§ÕØ5û  õõ  ¿ö¿u×õõA È'ý  f¨oÿè‡þ¬&ð÷ß^¡‡-3/4
7êN
   !{ûÿ$äº  ¯×þÿ¿õ1A  ëÚëÈ.éðÁ  ÞA~ýXDOÿòÅú!mÿ-Ë  u_Ð0ÿÔ  ~  ¢DwÕ×,  ëÓ¿û×ÿï...¶ÿOÈ
1R    î ÐÞå!¦²=ûÖèŽŸëk"û5<þä  þÞ  ÿûû×ô§ÕOúþÿÐ]/ßÕáø¯þ-ÿï¯  ~ÿ]ôAÝë†3/4-  ¿×í"}ï
éÖµúÿ5Oû×[zDYþéúÿÞ-¿¿ßwÿÕß\êÛûÿÿó"¯×ïµ§µz[¯µ¥û°ßz}šÒí×ßí  ZKOÿ  Oý-3Ó¶ªænÓ1/21/2%U
¿¡ï[ý]}W~þÿÕ5ßú[!  (c)
|  ×_ûÂMþ*Ý?  é-×þï-{3/4¿WPou}-ÿî¿Ý}"iwé1ßm[~×ï"×Õ÷t¬%íû÷Úí×jÃ
Zªm¥"¶(r)¶  Ò`  ûõjý†¸]ØkïéZí%__¯ª¤úkë
[ý~êÒ†  †µiØJÂ¶ðÂ_ØIÛa¤ÚM¥é  Ü‰šˉP¨(c)¢'0-"
'~Ã_àÂ¦ýû
%ø_ÛJ  K¿Øa&Â±Ãa"¶  H1Lj_'xR¶›  È1/4*)Š¥µ_þÝ‰'l‰Øˉ Øi5"
¬B  b[3/4¤\ìW°Ì
ë  '

\‰wâ¯... ñƒcV6¤1  ="ëÕm4Õÿï·ì&  á"3/4Ç±_úû×kâJ  Þ  LVúîÓ[ÂÙ
í"  Pý¤ú
>Â
&  ¸¡¯N  "ž
&       §v  û     Ú°-Ã
öí0Á.  µÄ4×þ  M    \0¶  @Ë    \82ëL!
Œ
 Ê  O`Â
  3ˆí0(c),†F7"$40M4Â    `"E•
,  â.
   2j^DDDDDG       Æ""""""""+é*IKP
DùdX  Óê°U  ÿÿÿÿÿ•Ö    ÿÿüµĵÂEsTw¯+(c)Å°^E£DelƒDtM2   (tm)
†€Ç
gcqÙ"¦v†DÙKá¦›  á".JI-îvk·¦v-ý"-Ô  °.
eVR±kKl.ê3/4ÿwëK"¸[ÒKð¿¸}I†¦Å...¤ÿ¨ï¬ö±Á±Ò"_j..4?  3/4õOé×ÿ¦¥ý{Ö¿î¹o¥ÿõ1/2Õü•
ÛLž"Y
dâ  äHgaÈ°#  &#c
â  'hèÈÎ̀)¬B0²0!$¯í(tm)  ¢Wä  É‡  ÑYŽ  ¨¤C*  2ùÎ×¶}(c)VÊ²5FÂ  ‡ä1  7>Í,fq±A  5#
ó:?@Á  Ô!&  j  "°  ,  H^œ
P4  @ø²  "  !^  2>ÑÁ'  ,!å3!1  ØDg$0%ol†3¬  "ò-Ë  ‡D    ¤¿  á(tm)°  šÂ  $#L  Ì    Î,  ç¨è4;}B
0D0  1/2ôÂ  tÓbÛJ-šoh4-Á    a
  ¯@ÈaŽ  ;P@Á
§,'"  ´  q,
4ð  (r)ï"â  -ƒõîÂi"ß]  Æž"4Kœ%on4Fí˜èŸÑ  pÒÐi  ø´Öœh5  8‡êêQ"
   -¯kéÈHrO´Gm  ž(tm)C"¦"Ìò,9.wN•  ä¿ÈÝA7  7  @Ú!  M•H6%oÓ%'¢NK¨Žëï²7
^ñè-4GÔG  Èû¯Ž¦äù§  cDLhŽÜ,Y  "›^>ÛI  ¦    fZ  IÜC1/4×Äƒh  (&ßµA7      3/4Ÿ
ÓrGA¶  h;ÒÓh  }  þ  Pƒ
"r,òtƒŽ  m'@A¸N    Ó(tm)Â(c)7  ƒ1/4"Ó°>"  #;Z  {ûOWAô  üü&  MÓëKO_]pž(c)ÐUîÔ71/2
›Í´ƒÝ6"úê  i
§§Û§~úa=
A<*Ô÷ÛÔ°t-Û§ÿpêôÚH3¯Ž´á  ÒÝ"Ý7ú[Ó~*ôôÁ¿¦ú¯zMÒNÒÓu~°Õ  ¤Úÿ¯¯ª´×O×^1/2V×ȡDtø¯¯þ
Ý?õ"Ý=:ÓUi:úÕÕÒÿ¡ß-(c)ßk"pï_Ðÿ‡¬ß  è}3/41/4  §¦ê°kÐ?kªUꬱq·Ðí]{t×ü?úqýEm÷-}t-  ¶"×¤CA
öÿü÷ë"!5dè&3/4×N  V¿O_í?
"   %ÿõ¯ö  µUðÏË_×(c)N%k
uZûß¯  }¦
  ×M"ÿ¨KÕe
w°´×š,í¦î3/4  O5...õ1/4
"þ#ÿús  &õõ&"ïÿÿëÛ  ¿]Ý}þû5"ëÄ~‡þH
<,  oû(
md0Çï'0
V¯ÿÿjN
UÓÿÿÿûô¸  ÿÿ""É
¿íRW"ì  Ã}oái<.¯á  ð¿ÿõ÷p˜#íNµöþ"þúíÁ%¨¯ÿ¸à¿§·[úD&h0ÿ_  ,>ß  ‡3/4û³  þ1/4Ê:þ-  >õ¸é    ÿ
y  6·þ¸Ý-  >Ýùa<µzõHü  ý¿DÍÿDgÿt‰#~ÿ{ÿ̨ĩ-]ÿõ  ÿì?ÿwý3/4  iSëê¡¸O"ã¯¯DÈÿ0  þ·í}Óßþ
Î¯]ÖÍZõ1/2~ýz{5V"}÷JÞ,ÞçZfö×ô-  ¯Ó~·1/2/ßß"šñĵÖ3/4ýÔ¡&Ðî¿ÝöÕúÛîàôû¯}Õ¥x_L-U-  >¿ôûÚM
-û××´,MWýÃm~¥WYt*[Z1/2U:V×¯~éÖî¯õ¥Ö-?gBö¡1/2ývmýkô"]ëꨯëë¯ú¤¦\=¯ízõm-.Òÿµl-ÖëK{w×
   k*V(c)¯_k°þö(c)/úëîÛ"}ý¬Ã¸¿îÒL-Ö  ÖÚ̊ª̈ÿ¥jÿjßÝ¿kÚÃâðÕ_1/2J;iwMÍí¥ý¦}çïˆÒoï×  ÕõÓÖØiÇ
i(r)"jÚè-Á"¦"ŸÃ    †'°k×²(é†    0Ó3/4ƒ...m¯¯W

á-¶-...‡§ý¥PÖýîÒ´ûá§-1/2"×a"¸a&:d\×Ø' ºâ˜¯Ø¨§b üTS ‰ÀÁc²> ÈÿÃ †GÞÙqv
c
0"\‹˜"a,_zQ°Î äH°Ë,|Š... ì{ !ã÷}Ä›¦š}¦"ö(c)ZÓö a2 =Ø"àÄR { ŽA "á xìU}Ú
$ßüHÝÿ†A-¯!Ýá"Ö¶'ûØiÓØ&"à¥À,0-µ 0š{i '"þÈaÝðÂØA-...}ì$ö¯T¶["×3/4 _ÞÖô ðÂ
!èY Ó£ª¡ á \CB"" ! A"!"ÿ
k† @Â
!
0‡Á-"
}"#†a"Yº%ÐÂ j(tm)5'¶ ""
â"â" Éì¨¢'bØˆ3I*#‰V"DG ¡IDEcÐ(c) "ÿíÖ"¥
1/2"(c)×Nda `Â(tm) E-qQUŒWiï´Á%U¡a
D ÿÿÿÿÿÿÿ-µ•-¢ -8Šå ³"fK
ì\@"ZË@SÎÉ1/4Š
4' <È)\ÈÃ;-(tm) Õû'M"¬- )\¬¬ýÛæ ¦š# Kþë×î1/2u(r) Uÿá~¯÷ué"ë3/4"ýET\oWµÚcôîý_×ÚïÿÕ/
{__¯ºJA,, 2‰QU òXÉ[ÈÄJ" Xàòv - Ú:
˜ÎE • Ö Ì9Ð bd 0*!j"Ùs,6C "Èt 6
eZ:žUÆÃ"ñÁ'\ÖÈÔ`ìþD $g£\p˜8ÔÍŠF2 Ü" S...(Ž
›Ó.Š ) DzI ÉÎÂ x:"1 h @Ê i ìÌ º"ÂuÐA"-|˜ Á £ a3 H4 ,< 0 Ú" Â u
Á õ
iè‡
§ÄC < Ô ~-úzÞ h4ûCb h_h5ÓÜ6 {Óƒ- Ç" NÂ
-
ƒ 5Œ
Ö?N-ÓãöB¹‡0ÌiÅ¢;hŒ|ŠC'1/2Q)¹ } aÉûÑ 1/4ZöðDt..."ÛÐu "Æ9 vœPD¿%m ›d[ Y<r%3/4
G 'z 3Í!y9ºEÑÈ1/4á Ð#C":0‰Ó" 6 'ôNŽ›?B
äLzÈª'ád[rVý çÈqÜ <‹Î 6‰xl‹Í ›D±Âm á y›A pƒ
P ~ƒ‡þ›' =6,z ¥{µ éý'Iú "sõt @ "I
nMY 4Ý <'"è&ÐA-Ò1/2º3/4'zvÚú1/2~(r)¨7N•úÐzénš(r)›áuv›z×¦•ß§ëK(r)›Ië§¦ÒxA3/4¡?unô-1/4/
V
3/4 j +êéê _ëÅTiZûðºÞ"êý§k¦ééééwÆÛéxW¯ïþØé]ì* uÕÿ"1/2]ÛnÖû ôÝ-7M8ÿ*ûö3/4õß1/2Ðu|
uÿÿÞµµº ¥ö"í ¨tŸM~´3/4-ÖºoÒoNžŸÖàëþßÕØDußðm*íÃ6XJ-ûìŽ vÞÙ¸Ž• •`ÿ1/2 "¶"þ¿÷ôšþ÷²
^1/2- ûÁt_²
Ç¬Fu ÇUqÖ- ˆÙ "ÁßûÿLÍ/¦f Ÿ5
-.ÎDyi¸ÿãƒÛô:ò a_3/4ù
WºtÉÁ úý1/2Ø{ æÉíýÿn#3/4>²@."ñ õ¯^ :ÿºÁ_ë¬7Õm A~ü
*] ÃØt¿_Ò*¯O
ÿ§-µ(r)¡‡ý:W¢ ÿïì0ÖZ‡Ë&Bw",ê 2Š^Ë x>Óÿ÷õþÑ ûkäÇ"†ûÙ - {ÜÅ/´
Oë1/4˜ ëðˆÏª [êß¢PY Õ{ZüÆ KWôGKÿ:O _u˜[×ÿ¢H¿ßälýº¨Oný]ÿ*ƒ÷õWýÖºà¿º1/2õ×
} Úá ÿ·n"f(r)-[÷5WKØ| Úz¶ÿÿÝõßÿï¿mÿúõý÷íRgCöÓ¯lè vŸo¹ÐÎ5Í ^(r)'ÿvéÍjŸ_]\Õ(r)Ùªÿlë-¿ë:
µ]-zªóYÞÝ~"ïßZWë~öéõïþó"ûAë×µÕÃ [[ô×ÕvÕ¿Õýÿ~õ3/4ê×OÓ¶öÖÕµuÓ¯ëzýñ_ý-...1/25ûWþöû(
r)ÿK¿ôÿê¯´›]vÒa-C[Xku
i¿i6(r)›ý"Ãÿþ"Iº3/4Õ5l.•ªa_†"41/4- û
vÂV¬0"k"óV [a'ðH6±Ã 0dq. SçMPaw·î °-øXka'
VÝ7°Ö ¶"i.ÃK]°(c)¯ Á'Åâ¬$ÅE""ºcØˆQ²
ðÅ1R&
ðÒŽù ?a"¶ ß°f ÚL X5]ƒ ƒ
0Á, ˆQO"pÐ...Ä±ßÛ
û †¢(c) ÄV!H#ö(tm) -ÕÕ4 ñ x¢ Ïìu ¿ PÐ¨"Æû a ±Šé]ªÚ ¤ýa]Pa4˜všðÂ

;
ƒ    +...Úi]^ö  °µ^ÂMæ{      5a2   õ°ƒ
XájÂe¸Ι43/4Óøƒ
  G¡7
åÁ  ƒ
±°BÅQ  V Ð0]  t  !1/4?  4 ×tÂ  \  Á- &"0M`Â  Á  Š  "!É
L   ²5è"DDF"FQ·0"HLDD3)    EÇ  ¯  %á    DTG±^^  ˜ı×Ôû(r)õÕÿïþõþÖÿ  í=\t"#ÿÿÿÿÿå2]Gÿÿÿ
ÿÿÿÿÿþZª   ÿÿÿÿÿÿÿþ[$‡2XÎ  7  ÎÓŒ›
3³²ªÎÉLñætì"7-3±Ä4äT  -ŽÅÝÙ
(tm)†ÄÂ"*¹    nÖ(tm)>wX"
¡  ðov÷ðô*_ªëo""""?ÚõGj/o,# (r)ñ"ª"...ý=_ýó  Õ  ÝþL"_Î,ë-¯ÉŽE    ãý
:VùeÈ|BøŽ5Bx×¯  é}
K}íÕ_¨ïª§ª{÷÷§Úçb5"þÚò&Š¨ÉR>Ê  DD^)y@"CPA'ü
-(tm)¯tÎÑÐ¬Î8)"\Î-uéy( "Îã"D  ..I"Ù  ˆeÔú%fH3<ã#  *ÁÈÔl  È  §FlÐ3 D  D-†fÁ  (ƒ    ...
""Î<F  g@¦¡81/4Ø (tm)Pz  A"h[ä |-
Ù0  þlB†  4Ô Á  ú†x)Æ  2C  DW68:Û'  §  ...  "
<Ã!"\À@^9êƒ  =4ô  á=    h&ƒ  ~fA3/4Ÿ¿¯é(tm)ƒÞ`"tÒðÝ{h0A"  ¸@Ý
"  [T

Zh?ã^kj  ¸ó´4  ¦Ÿ#†  Z^h;¤GmõöÒ  ?Ó  >\iqz#wÇh‹T8¶þ"M¸‡#·_!²    àã'æ    "q?dKo'ø‰7ð@Ü
-´ Κ¤%¢toÁ  (r)‰}ÙN]5#*ñr+1/4A×|  £tEú'<°9  "Ja²    "*×hŽÜŸ3/4D¸@ƒd#3/4E:'1ÐnE    Á  ä'›
"  (r)EàA"§A  è:ÊæÒ}$ŸÐO‹z AäA  9g¢t  äszV-]  Ò³ÒÓÁ  à  ˆ°'    IÕ"  [×
`ƒÂm...V  mëjÑ$ ÛM=.,t  í=¦j¿ÓêÞ  lÕ  ä_tÞ×"þ×Aµz}ÐM
žÿJÐVõt  ~¯ÒÒ$}IÝ'í^¡w  {éí7ÓÿO×TûP  ´És¯  ª¯k÷kíflÐ-
ÝRt-*èiéÝF-ë{ë§þ1/2}ÚÛ¡  ÿ¿u¸WOA:õÿã"ú_"×  ô/ûþÛ¥"ú¿ôê-î¬:tŸk÷×ÿmÖ-ÿÿ†ÿûÿï  zMªªþ¿ý*
Nªªÿ}éÕäMZm;øMUA}/[¯ýRâÛ_ð}ajµoÝí¦¶'ë-ûWLÀ/ÿÿ¥^¿  ‡  ±¯‡¶Ô÷ßUÿ{<Ô¿×°kå8OþºÞ
-VþîÔuuc¿ÿ÷ýÞƒ
µoéù@g  ýþ×(r)#¯ß²  £ä€¿ïëþùi  ]}í{_õÿõïë"
ÖÕ  Ñ   ÿÝ}÷ÝÔÿ
?°¿Zÿ¿÷_Û"éû¢  Ý_ÿÿÿç@òC"Ö¿É•°"  ÷êé  U(r)ÿðÚÝ  CßÿûßKþþ-×ë¶t‹ÿï×ßÊq`‡k}"øDÃ"×ÿÕ×|œ
  u>¿sP  V^´úÿJ*ÿ¹t1/2Ôûëÿÿþß¯ƒ"(r)1/2ÚÔÿÿ7W÷[C;  •7õ"

~
lè1/2  o  þß-  *ï²  3/4ÿõ-ÿï÷ßªj÷]õz¿ú
(c)~ƒ¿ÀÓ@ïßõúî\è  Þþ-*Nu;÷ëÿ^õïã|êwéêj  IÒÿv¿ÿÿþÏÕ¿íµK¯oN"ý~ëÝé"wÖºW}¤õ-ÞêßÞ×ÖÄVÕÿï
ÕÚmz1/2³"ý  ¯þÿïu||ÒõÝ×Ôê(c)¥m÷ößzÚúz¥k$éEkö  â-(r)"[i{ÿOëÚé·ú'^¶•õa}}ðþÃXk÷im¥-l4¯i][
O
'°¯·ûÚÝW  ý%#¿j¿-(r)Õ¯Ú^Ý6µ{iv  ×á¥V,m/"
°Õ-·l,4›  ˆíXaj  €EV  .ûk÷¶-  _¿Û
?¶  †,1/2†  ý*íXaªë¨ÈâÙ¥²>ò#ÚŽ  _â¦¦ýbƒ    [  ñ#  ÇÈ^Aƒ  "."ƒ
X(r)ÿØ×á,lr.X¯    žØa(§ø-  ïØ"¡"  ¯°¦1/2v  )
  {Xi
á  ã¿â¸¿b-uÿ]ìIÂa>×qÖÅ5øa\ƒ1/2{ÃTÓ
3/4["a  °ƒA¥
  L  a{    ¬;°*1/2¨aiÿ°¯é  Â´á*Ëtû      -m¥j÷\0V

  ŽÁ$  KÐ‰  a"    °gØ0"F¯X`·Ô0 ÊQ  ÷:">Ð^`"‡;
  v
`¸&  2ÒDD  *      DDDDDDDR

!^^^^^^^^Ž""#T"#]u¥K&å !Så ¤Gk\-p´#ÿÿÿÿÿÿÿÿ-C¹'k;KgdYÎd œ³µ/1/4'Uµs³^·-4¸U×I'K·ÖºQ¡
Þè_Pû‡ú]ý/§•,Õ/›ÈùøØB'š S^|9È Cq@8#ŽÈñÈ †ÍŠ+^
S>z Õ=4#Â 1^" ßM
¶† ðâÿ¤‰sY ‰dýµh 7äs·Â
¢t(tm)Ú%í aÌz Ü‰ŸMúWWôõÞ"pƒúÛI'(r)îƒîý=_¯é1/4}*a ÛOÝßû(r)œzéëÿi{
þÖõÿ¯è28.ƒþ akÿõül... ù ¿÷÷·\ø_§_µ3/4á‡ûh‡Ž÷¿×MQ€ÿè‹7¯÷ïzl‰ úÁWëÿõR,]}~ÿ_îœ?w
¯ÿýoÙÑŸOÿ×ëþûKP¿ºéïuýö6û_µÒÕµïÿ
+ú†¶ û¯>}v› 6 ƒØaXao† ÿc 3/48"|‹v;ÿû
"Ã!ÞÕøk_û† 0ƒì-"Óì%ü!
ÅÁ MK:!hEÄb"#B#å¹#í(r)ÒÃ ÅC
Â ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÕ DMK="J3µ˜ŒGD§C†K ]mÎÄDxŽ)ÛƒA1/4ÉlÈ¬d&Ô*Aa¨" '
FI* Ä¤ ÚDJ /ªVÙØD'l?ïh=
"• ðD JÁtïÿ"íT. ø!I^'D|ßÿÜ z ýéU1/2`ƒoÿ(tm)A?eV ÷ñ^,ßKÃþ Ií÷ñÕWúÿÇTÝzôïACz[m¿ë
ýßü¥ô^ß 5•Rê1/4êD*;T-ôûì‰"¨"ÂS¨¤-¶K£äh2#&, yš:
Kž@£ !VGF ²( (r)Ê°ä†\ì-d^ j'"bå ælêg,'q±HÁ
A :^F ¥\EcÇö¯63XB $FN @gA Œ 6pÂ
&t
U³b e
Àa : Á ´`ƒÂ
øTáR† ƒ ¦ƒ¡í= Ý ì Á @Ó @òT&fiû0F , u Ûø]B ƒ 5è4êša è4õÓC <
qh5õAÇ!_tƒÕÂ k§ ši¦† 3/4(c)÷a
ó‡ÖÅ Ó°ƒÓCø‹âÐqè‹
Br#¤ÛN [ÈíëüŸ¿ÖN-I ç"ãM Ç':"ÛP....éqht!·ú#ºÌû'è2ÎJm Ãù 9 º%ÁÈ- ';è nK²^Éñ'ö^³¢gxú
dWL ÚÒ Ò['úNß 7 6‰S :L4 7'ÔßCnBÃ]Á"¹ Ü nŸA
z
, n xAéä "Ú ´ ´Þÿi7 A(r)×o- õëôÜ'Iºá6 y9¯dG¥#¥ ÿb
,é3/4¯¦Ò i§Iºm ÚOO3/4ý=p-vè= ¤úON¶íS
Ÿ·ö <' ßÁ
"tù
uÐoõú÷ôšë§Võ[Þ é7N¯ÿÕ·ûª_‹ÚØúºŽ+"¥ý*ZAðA° $Úø3/4ú]oµôÝ;í]4-¿ëÓÿZú,wI^ Ò "ñÛn›_
öºôÜ;~"Q º1/2ú¿jýwïk[ê _ÛUÖ¿¥ê 3/4
Ÿ‡"ÕÞ÷ý¿Þ.‰Ì?þõ"M~ª¿¥UßÒë}ëlœ]¦÷1/21/2ú~Ÿs cX>Á`ä
¸1T'_Ioý ßZ Ñ.%!ÿ ¡îÅÿî¯ÿ¡÷]Uë×ÐI:ÂWLGPFC†A~-îÿÿ3/4Ò Ý äM`-Ó ÞÿÒ"ºßÿÞ¿Ý}ÿ¥ø
WV ²paƒmµµ¿ßéu¶þ¬ ' ïëôû]Ýw×ÿ¯û"n›[[K[ ‡Æô
? ,<6
¥õÛÿ¯¿[Ù
xD üºi{ë ]&(tm)0•õÿïåÁB}Wºô"ô¶ªGEy '¢ "¨!¬#2¿}.º"úúæ z"Ó¥ÕýÛ1G"ÿºïëøþõÞ-ÿ¥ß6 HCô
I
Œ ZÿîÞëëÿÊ 1/4 1/2õý ÿû¯µïÓë÷ûï]ë*A×... ÷ÿÖ1/2µ ÔïÞü>,]*ÿý÷Nõ1/2 ÿ"_÷§[¬%]×äõ
¶'
fÛæ§tÿéÿÞ¯þÎ¸~*S¡÷ïùªMS: µo[ûkùÕ×ß¿Å W(r)ž(c)ýùçýúõÿÿ3/4¿Ý2 ÿûÿ¯¶ iÒ-Òmt´ÿm[}Òuc
í+J›-&÷ôµo}µîÓ÷ý×¤ÚA~×Ó]XiZ_úoaoûX|?t3/4õZ†"]:é"-µµŠº¿õ†•¤Úýª×ß‡Úš7-jý°3/4-§þí"›J öÃK
V×†*°Ò °1/2ÓÃ
èI'´ì&Ó
%
¬-¥jÚÚDíµ°1/2ý...¶ ¿ï
0"jßì Jÿ1/2[TÕ´1/2†\V [ [

%ðeÅ*Ø(r)ßb-¶
,|q¶  B:Š'  6Ÿ
Xúö  â                    /ñ°Ì

ÁdN   \##ï1/4T  IŠµŠc
U1^Å>-l  Pa7tÆÈ=·ê,1L&)  †  wüwbŸðÔW  c¶¡1ßêÔS[L]
wI´"ZÓ
¿i×d+ÚZ
)1Á2    A Âd  ~Ç ï"ðö  K~ÂvØ]ƒ          ãÿðÔ&  ¡ Ò°  "â  &ÚÁ,÷pÉ  Ù  Zaa,  0T
ã °Â
   €L  †C"
.ÿd%àÂ¨Ÿ\0ƒ  Ó
Ãƒ Á¿!!  Â–      ·°"  !  '¬EE!  Ð^¸â#   döR  ‡aa"5ÐµÄ"ÄDDDŸ         ú    |mjÄr6"DDV
#<{ÒÖ=õ´¿2ÈíÓ6é  ‡Uº¨Žõ  vÁÝÔÿ¦Ö¶•¤Ö1[
  ¤Ú_Zµz"!...ÄDD0Qÿÿÿÿÿÿÿÿ,¤ÑŠì   ÚFW   (tm)ÙQ"ì"#  dPÌ†S#3+•2)  Ž(S°°ûéêè<5¹PÈÓ%  (t
m)Ü2-š0"tä_°¿\"YØ'¿é=Rÿê  ]÷¯Z
×\-v1/2Ïì'î  }ZU...µûý¿òÍ  ª×-øßIw]×(r)éXNÿ1/2?^ßQñÇ  h  ÿm/ÿ×Óßÿÿý~ÿÿ:  "ïËÏ³¿'ê^  '     ?"ý'
Þ¤)  ¡'¶h!  y      œ  ¬L f€
A¬  BZ-  a  ô çÑ)
PÁ  t    ¶|giÿ  ä      "Ž
S  ódD:³†T"ML-  ˜  PŽ¢Ùü   QðŽZdiÉ-I  È8Ø†¨‡#a-SÆÌ
d`¡  Hg-  `ƒÓA"  Aè;L  =A  O°ƒÓÓ÷Œ ðƒ        Ú
  ò0   0^A²"  %Á  5  !°@æA
  úT  ó  g  h0  "
"fÅpƒ4i ôõA"  A ïXhz
ðžœPAÅ*úqhm×¡Úq
  B
  zØ@ÖîªÄ>ôô¢Õ
"  §÷ÖÚ¦  M¦é  Gk    Þ‰s  Ø=  Ç§h9?}"-ä%  ˆF?þFôJnGÎ×m
  b  lW°]b  Š:v,,^^·âåAgr
Dx  h-5ôN    öB3/4  ¶  Í  ¤( ò#(c)/ÈÕ  ý
ùgl è#1¶1/4'    Â
  <"Æ‰{(c)  è-4D"Ð‰(tm)?kzÙ*tNo áÑ  ä/dü6D‡ËGd^  Q¤O2#Ð
ÜœÚ    Ý$    ò9´  é7WA,¦A6Ô&Ò¿§"Ý5×¤öàƒ ƒD#,
,
D¦Éè é  Ù-Ötú3/4(r)G?°@Ói
@  µß"÷íÁ
:MÖÿ
Úéé̵KÝ+¤  /§õé`ôêµÒéÝô(r)›I1/2+A=oÕ-&ë ̂¦um}'ÓëõO\+Û-Òzÿ¦õ§¦>¤Ÿÿïïþ(c)ÅØTÖ-´õ´ÝÓíÂ¿U
  Týµ°
é·WëßZJÒtÚ¿Ý/zv¿ÿ_Ä   -  Ý~øõ"þ•¤ûõÞæv¯ÚCß¯Þ1/2  ÿïþ4Ýj¶ZŠ"ý~ý  ý1/2¯ê  ÿß}ëÿzëuO]}
mum>¿~¿úîÄK3Õ}i,ì,Uô  t\   ~FÂvB‡õ¿êæ äh?l-}_ÿï¿_õúµûþF
îûý-  *5Þ#¯~
â;â.  z"  Ž‰P=}]]`¥/´ŸÒ¹àE3/4,ý÷ÿ{÷ú
Ž  ü†  ú_ø(r)Þ×ÿë°ÿÿ{
}í¿à •¯}è{ÿ×§_éÕ_ø÷Áz¿úÓÕ¯  ï"ë_"
Ò×Wÿz!ƒH[uõÓß÷÷µ°öÿß_¿Ñ  ÿzÝr  Ü%meŽa•ý(r)Y5ËWÿ´EŸ°^\ÿW]z"Ñ"DÝÞÞîC@ëúä4
"ÿÚ^3/4ÿ_¢$ý¯[Ôµ  'z¦ÿ×¯§  M  ú"GîßíÑ22dmÒuªf  ÿó  úû¯ßÿ¯¦*&...ÓÿÛ^·÷ÿí[°ÿÂûAwÿ¥ÿM

-[(r)ô    "G_ÛJ¯   ŷÛßA_ýŷ¶îè¿íú  iê"-² ëékëÿúúÝ};Wþmiÿ²  ÿ_ŏëïz^-Hf(tm)ÖÿÎ§ßë¹Ôéy>êúÔú]ï¿
î˙  vûNëþj  {[Û_ÿÿ:Ûô-ÿßçSéjõ~-ÝtGTÞÚKë3/4-ß]üô°Zß¤°çS°ý"î"  ^þ¿í¶¶¶1/2ßëM}Ó}¤ûŪ  Ù{
  ªö1/2(r)ÚÛ  -ö"¯Û§wU}3/4÷ÿö-C"¥'*O1/2-t1/2  ÿ¶Ö÷×°
¯Û^  áÓ¶-šZù£ÿnãöÔÂV  ö  (r)¥¯÷÷ª¶>_}o°¿µÿ"¿aª¤á(a/†  †3/4  aª˙^ÂW
†`N×
¥
  õ°Oì-{  \0_µo¨íCK(r)  ^"îÿ²ëzv  Ø^Á?ä\ÿ  \XjÆîÂ1üRÅH¯
^JÁ¥ÆÄ  ÿØý  ÿd  {  o°c's°˙"k
öÁ{µ]A,_
úÃ  ¡",¯þ1/2  Šat  ¿i¶  í;  °¯/é  x~È  ÿÙ  {
Ú°ßøØ¨=Ø¯-ö  ¯¿"cŠU
€ï"á0š1/2"
ûV  †  Øa&Â¶š3/4î  ì-×
-...µÝ²  ÷Øa01/2C
Ó°¤Ö¯ý0"a  ¿ø˙ƒ  %h0L  û@Á0^Äðƒ  A...  @Î3AÁ,  Ð^^â!"  Âßj  "ë
...w†Ã  ž  5¡j[-,  Ø@Á*B'P  """"""""""".#^^hDëƒ  -B%?  DDAœn
  ^^^^Ö""#  ÅL•Z]uÒV"v
  ãapÃãäÿÿÿÿ+š¨ÿÿÿ•Ó¨ÿ-°  +^9j-ðÉc  "˙q*2¹vWSaI  µ2-¶
Ñ-*  .J  W
ZžE"ó1/2
UNø'(tm)  ,é...S°ò  Mt"}  é/#èP  ]ë(c)/ÐÒ×Ð'Ó|}Ra¿µýÿþúA=ê?ëþ"ß}¯ÕÓ×m´(c)wßjûôÎÆÎª  (dª+
$k"-&A²C"*íÉ1\è2  :  P)¨)
  Ì  Ç
•³²‹'Æ(tm),ëU:'  nk
  *Å  ä  ,ÖE_
‡  #áJ#¡ÙøàÏÅ  3áÁ  BD  ²*  5êÂ  ,Qá  A"ìÌ-"ÎÅ  Ú  F  ¬Baž˙  Á  ø\  Áƒdá  ç"§"VE&Î"
N  @^ÿfAÿ  #‡  2†˙O  £  0  â  ¦ƒ†-¡  öí§A
CÐCAô  h=<  ïAá0ƒA"h:t¶á<&  `  äáõ  "ë  =PÓÐw  q"  ivšh;  ¯éÖÝ¦úh‰x°¸Â
!"  |wŽ•  (c)  ïAß
8îÅáÆá¢(îÉçÈùßÀ\"ò#(c)9¶EÿÈñÛè-Ñ.Ý"SpMÈ¯Î$OÚ^û  =4t¿']Ÿh9,k§"PÅè-¹/¯D¹Å¢  "¦B=  #÷Aª
¨'t(c)'l"  æ  ¤ä%wPƒ¥O  4  >˙è+"  Ò
Á  @‰Ü‰óí  æ‰ÌÈ3/4æDÜÆíÑg°%6  åÑè"Ù>äœ,ÐA³8¢"-Dæ"¤î#7WA°v  ¤íÔÂ
u-kª  ƒzWÜ+z(r)ƒµz  Þ(r)  ,
"}~µíï  µútï¨ë1/2
Û'§"Jú(r)µÛm.šm]Òaïÿ¥T÷-"í]?·Pž>"¦´  ú§-ájð¯A7ê"¯]<+IÕªun  ¦ô¶×Þ...z~ÿ¿  ª1/2hw]R×n´1/2‡µwþ˜-]
"Ç§÷"~í-¦1/4n  4ö¿[u׿×Í
*Õ/
.Þôõ""I={¤íÕkìzo[ÿUÜzû[ÿÚ&¿Õ1/4WøUTÿ]__UÒ[Wínþß  ý÷ü>´,zûþ¿iuY  è  (r)¯-¯¯ê  ãÛÍë
ô  ùN  ê¿XêÎ  °Duðˆäp1/2zú'+ÅXØ?]}È  _‹{Ü¤  "  ßëÜëÁ}þÖÝ
Rä0Ãu¿îèFÝQ  ßêø=  äñ{¶¶U,ý~,'ä  ïBÿö
Ú  3/4ž-á:]_ý{Öúï}†AÏö  õKÀþ"á~AÒ×÷ÔÒ0!ñÈ9...ú"MUøD=ï  ï  `u¶û×õúaö¿ßôCÞú}tBåp^´÷  ëÝ
Z"ÓÈ(¶-ªª*í  žúv"K2J-'Y1  þ°o'  ŠA€ÃâÁÇ(ewäsüÃÿ¢3ß...ô×PÝü°û"í¥€¥¿
´·},_Ýÿ¡wvÿ)Ä¶  r&'B;3/4è²5  3/4  ¶(c)ÿ÷÷¥ê¯¿°_ÕnçG¯íÛ¿wþžò
ër.jÿz¥Ý_Vµ^1/4.•U9qê1/2UÎ  ßumU.Õ¯-´_×5_~u  ÿÓ~Ô:M1/2ý7ýnu}ý_×  n·
•ýp*ö´  (r)  %¿O][^Ý´è  Ð×µhÔúÿççC{8Äöt  ªUÿû~¿wjží¥÷÷Ã]µä{ö*úŠo´*Ö3/4".÷-}oþî-  ×Ôû_×¥
^1/2UôÂ-é7Bëh:w"
kV  Óí†"u¥Ú(r)·°·ÿm+
þÚ¶°íÿn-  Û

/ml'"jš·[aR_øa<6 wm' n † 5nÕ'cû
&Øjÿ¥a+þðÁa¯ }Ótö-nÃ
a/†-l0¶  {6-  HVÅPo¯Š²:ŠdYªcý  Ž˜...  "¦:'1%*ÚUûØá¥"ó    2
ê  U˙Á.E  DáLr/2é  ¨äObJ1Tí-÷ì†  Áµ3/4Ö(c)H#ä1  h5öå°Å7²á1ÿ'3!  ìS±QLVÇáêC
íƒkÃ!Ý²  †öÕÕ,*nöö-Ø_°›ðk]¦  a'"JÒñA¯ëÂÚè0ªØ[ðš·M'"¦Â¦  "\·
],Ã  -×"  8`›`......Ègªá

  3×      X^  a'¬:ƒ
a[       ¦(c)""   `Ÿ

  Ð0"  4ö  0...Ã5LDDE¡  !1    TDTDD"Â,  dÆ    ÜDA,  Á  1r@€'A,    Ð^^^^´#uB"1
W^ût"üï\  (r)ÚQßm*"zÿa¥
ÓB1  ÿÿÿÿÿÿ-"    ÿó!¥  Ì[¥¤ª4!Dã  œã*^Ž^LìR*â6ÎÇ3ì¶õ3dßÑØ  wo  Á¦(c)þv5)¯õ-êrr
ökõ¿]ì8KÒ¤,Wÿß}Ó¿Ò"ïÝß"]þµÚäÔØÙÙßÕo  Ë(c)Ž±ñêÇÕ/Ãïÿ·ÿ"îõþ¿3/4§bÑØA  A'z,(vA*ÿ  ¤¯
?yÞ'€"'"¶!0eÁ  qª82œy
!N7Èqö`B  !
¸!*"      ê
ê A' ä slÀÉxœ(BD¡  A
±l  þuÊv`Œ2  Èa  "$4óc$
¬  2  Év`CXUSŒ  3 D  (tm)^h    0OA"×]0ƒÓA"
 a  ˜Nõ0ÓA°
'Ñ rœ!;?    N'Ê  iàƒÂ  °Â
A  Ó  ?Ða
  I h0Ú
Aè8Ó  ké"â  a  ¨4Ð|w Õ

¬ Á  í   ;Ú
  !¦é~-é¡ï¿  ƒ"A¦·ÒhXTGoÐ-  ƒ‡!-¢1Úr_DX¢<h  ?M"8²4  Ga  óNí}4  têÕ;°‹Â  DGü‰om
È%˜êOè‹  Na¶'›DxÙ  ¨  ¨  m  åK"ó'ž  t  Ðäç òèÐM
@åE"Óp@æ"F,~¤¹È(r)øˆE·é  ã'¢8ÉÖü‰o'ÆË¸à  µá
"¥"C°,nYÚAÞ¸Ü  Â
"h&÷§I¸ON,n  i< ßì'ÒoIé·T  h  !"  7†]  Ã¶,
Á    NúPAô  x ðÝé´ƒ¥ðž(r)-´  'P°nƒªÃzm"é?kö•ïj"ü&á=ª  =?    §Äk
¶µm/O§˜m_÷IkÔ1/2ªvõI¿¦éêŸøZiÕí0°  ëßìÅ?ÛP-¯Âè7Ý'^ž^þ›éê¯átý  Â_K~-uÿ×Ýõt"{Üo§"t>^:nÝ§
IzÿucÜÏKü|wÝÆÿ§LìØ-}ªzÕ¯ipšïVÒOÿ†"ï_CÕD}¿ßÒ°ßõ_ê°÷(r)Ã¿ë"øeÁŽê×[´ó(tm)  "²  -DÐd
/_!*Ù Há/ý]äÔêß\  _(r)Öœ  ‰¿e8¿ÅÁÆ  ZfÁïê+1/2}Ú(r)"/$Áy
£*Ã  üƒ‡  5æ  "q  6·ÿ¬  þéu    -1/2ÿï)  ×|    ^Ô,+  ýÕm>·ý
-
×°zv"Dh,ú¤×ýMƒßkþÙ  ·m/úP_\'  l5k¿¡¿ýýû  ...äÜ†qÂD<{Ò  ö  \(tm)=?û  "ÿ-  Aúúúú  ƒëð^
ÿÑ  V
"  §)G  uÿ2‡ÝÿªË  RHƒlÅ$Z/Üê  dÔ  W]×ßýµÿí  (tm)éÿßÅ!q·o"Bòþa'  E
ÌMkÝuú"1/2:  ¥8‹,7þ
1/4+e
mÿé§é;ÿú$tþ¿¥°$...×ÈÎÞ*"ãï    µ1/2×ôÿÝd  8I}l-=ñmûÖÿƒ‡ÓÝ¯A]÷þÞ°¿ô
[ìDÝýéöj-_]ðªÖtuoš"Õï3/4žu"\ëÿâ4ÿÕ1/2¯ÞŸÒèïJûúÿÍMìèkðÎ‡ÿï°~ÿ¶é
ÖöÍ´  _1/4öïu7†1/2\7wéúþ"¶|"k"wÿ~•+ûjmïÀoëW]+(r)õ3/4¶éõ_t•  Uû¨i=(r)ª"ißn-ýc"ßJŸ^¯õþ3/4õ1/2
×{[[ú^ÅKV-ZÝ]kþÚúÞ¥ŸWúV-ýî×R    Üïnÿ5µ }á"ka$>á¯ôÃIµíÝ†"vÃI†-...mXaa...û
}¶"¤î0¯O÷_˜°oµ

µ¿§ê¡}´°""å°•ì4Ÿ'1×Pal  ÂÞ"at¡'ÂC  ¢á¤Å0dpò%àÁX0JD°jÈ(r)"J  TþÂ×a...3/4  ¶  }{Û

|0¿

,0"o  0"  "{"

"

[  ~ÛßŠ§

S  ÈaìU1#vû  SLS  ¡ƒ

`"^Á'ÐJû  Øcb[ý(r)¶+ØûB    c·ðÓ  ÒM"  Ó ƒÚ  w  ØjÓa4Âm

ÕwÈ;Ú¶  O  ƒ  "±  ö¿"Vµö"d-þÕ:v~&š[°×u†  a/¦¬%a4Âa4Â

    `  ö¶    ÃA...°ªíZë

¦BE¯Ú¿

/

'Ô¸      ...m  o†  A'  œ  &  ^"C  ^"I†"

    b$6""  Á  ^2{

  aWmS`  ""Â"

    ƒ^Â

šÙ%"

Éì  Ë-±      q  ejŽ'DDG      q  ÿJ›(r)Ý~6ß3/4C-X  ^?þF"  ÿÿÿÿÿòÐjŒŠ)n$Ê(tm)'ñ  ")ä  'Ý÷ZI

³³+nW  "m%uÞ  ý%µVá~µnŸµ_"ýýÒ_§÷øVûo×¤  þý'ÅÙÛ§¢+Úï  *ðD>y  '  Ù

³PÊ^§    H  ?6E  td  ‡HðÍAzò

›  ð€ƒ$3  W6#Â

i

    2†    O    Aø@üÓ  Ðk

1/2  šzoa;  ØuÞš    ‡  ßAÕ§P-ôí

    Åôô°žƒT×n'  Û  Ñ."Uq  '7·ÉÑôKÛ×'ì9>¢,dÿ"óÕ      ä%á    Cò.  ŸIä_ÔŽ-é6ÚDòMÈ1/4Ò

¤-  wÓÁ

W÷"ÂÕm§ëë'n(r)    ´é:M×M>,z¸OÞîî:Nôî"í(r)-¤ípžž›ÒîŸÏ1/2+J  ¸_Úîôž°×Ý~Þ"-/ový~ëélRÿ×õïj¯û×õÓ

ÓîÞ¿kÝ#×1/2w÷]›

]uwÕÿÐ0úü  BÿÚ§kã"Õ3/4ßõ¯Z¯ñÿÞ*ëu¿ÿýí3/4ýoÿm  ú¿ÿÚ×ð  M²

8'ê¿ý~Ý--þûÿ~ËH-e  ƒ(c)•öüa?Ý  Õý×[3/4-²¶·ÚÛÿ_ï'Õ/ý  ëÛÐÝ    ïÿßÝ{"ný  ßþ"SV"êu-üêí{µðÓ:

    î•3/4ÿm  "nÚ  k¯é1Ú°¿õßý(r)þëmz}ööûê°^Ò}>¸a.  W>}R3/4×á(r)•(r)"Úü51/2¯Û^íþÃKoa¥Û¤ÃV

ÂÂK†  ö  KÕýŠÕÐΪŒ

(r)Dáû      Ž6¯bŸëØÙëïaní+²  |Pd;¸XkÚúíj÷}VÒ°ðÂÕ"ìün(c)...ì+Õý"(r)  zaC            .  WA"!,

  ì,0]  ‰Ç¡  hDG  ^^^^¸^  B)U1/2ìZÕ'(r)MÄÒÕ¬n(c)i°_j-  h*°A¦†"?ÿÿÿÿÿùg  Qÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ

ÿò×  Ï‹-1"v-dR*P&  +÷s!'Ì&ÓÎÒ  ,6fI  !AB  k  Ö

:'mVò1/2nwX  C  ›d•'¸A¦š

{...ÿ²*;á

x¸á  ÓZïÑ  Ë\g(r)ƒõü&š%Í  "M×¶  [ý:wÙ70VK¨  0ž    kam/¯-2f%ì²-¡¤  om&Ò¹·¤qªûÐÐz·  ¿§ït-ï

(r)þ^›JÒt›ŸP°ôõ_I  üüÕ'B'  °[+f@²I  Wþïµ;  ÎÂbZ´*  1Ù²$3c%ò€œÉçCõê×ÊQ(c)@!C=

¸Ù-

Â  )A  Ë³  f  PÎ

  3l  @ò  DÈd¹"¶GWZ{³†S...  B-!k"  \  œ

Ô!    œÔÐB  6    ŸfÄ:¨mÐ@ô

Â-aBdò  Sa(r)é+Ê£    "ûMw  -1/40ž    5A"2¬      'h0@ÊqI

    ëø  `ƒÓ$  öƒ      "  mP7Nô

-

  ‡-ê÷  U¿¡  O‹ÚTãšAè40ƒP¯AÅ  Ð<þyUê  è0ƒ‹      ÐkIÁña

".Ý  ]ÄŠ;Ký÷Í:äÿò  v~M"äöedxþG¯¹  SDXÚpÓ      éø'£ø´Gy  2YâN}¦NEÇ·#}¢Sr&4D´ü³÷_ë]

‹Áô¶¶...Ç@  Ù#Ð  nB[A  Rtp@è  éÈ¿'Øv²]-¿²$8  Ù    7'7"ð  è    %7z'GA1/2  gA  ð›,

°‡Öä¨ýVúî  é?3/4⁻uÔ'  Á
A6"Ö,ytÓa
‰ctƒõþ   Ãëî<&- ð  ÒH7O´Ý
  oÉÚzõšÞ·Kþé¿úuuÿ-k"Õ6⁻MÓtð›A
Z  xzôÚU×ONð¬§A+3/4´  ê(c)úm  é¸Z¥÷;r;tøýoô-Z  ôþ-N˜¶  t›t⁻ÉÓõZÞÐ⁻×àÓ¿íuM
¿êÿn⁻Kú@  ÿëõñ}ÇõooÆñ⁻¶3/4°ï}Ö>ƒ  ý'W´(c)þô*ÿzõþÂ¥_Óú...¿ßÂzKÿZ^Ýu"  £1/2"Ûa{uõþúýo
_þL  š;[îk
Ú°Õo|^-5  ûþÈ⁻O!  ×]"kë
ŸñiV/
zÍa6D  ¿æ  ¸Ï
õœ
§÷^¢Ó×R@·Óñ"  õ{y 1_þL  <§  ßé  ü   ƒ´Ðû5...~ÇþC
àÉp(c)z   zÆþöÿÓû...O Èx¥ëmþ  ôî  iÂ⁻ß¹&
Á"è,
§vA#ø.
#û÷éýKû"(r)^xÓi4°¿ªë  ‡Žþµ¢  ûP^$k¿ð¡  z}1/4+[izÑ  ¶¿(r)ÿúÿÿRÒ[WTE  "Á›á/  {TGM(r)ïë"ÿ¢--õ
RnK^   "
-\"
õá"õû"w
AB!ïÿ'‡  #'I  ²"  ·úµ  DÈ¥¨Ò_ö"p_ÒÿÉ'Ý  û"h}  "ƒÛRÕ3/4E  ô?Ú&ŽDÆ‰-3/4Ð°W´?ê1/2õ_ÖÛµ
uu}=$-Öýê‰ø__°É‡"B°Õh(tm)   ê×ôKÁá;ÿw_ûµöž3/4-ßA']O1/24Û⁻ "_ÿþí×5⁻IAß¿...×ÿÚ^Ò_ït¯ým|
êoyÒî¥[Z1/2ÿz⁻êžþ⁻ZZÿ   õ¶"šžuµïçš÷¥ä"ªÿ³£Î†žçBÿ{öÒT1/2/X(r)'m+W_í>ÿ  -¿^Õn-|-nßÝ§¤3/4Ò
ë§ÿþýÒnƒ  ×{úíïýÝ⁻úßuï&-¨-üö  ÖÖ·aÝ-¨ÿ¥
'-úêØ[1/2µïµÿöïéWm3K°'a{K
ÿjhjy  v"iZ(tm)›k¶  Õ2ê÷ÂïaRJÂÃI´ímm]+]5"uÑ9×ÚÛk"×Øj́›
kü5NäHPÒàÁ6  /L0K^¶*  V  KM+CýƒÕdAýE3/4Å0Òb¬  é   ‡ß¶  °eÅ†  þE|‹X2âØ_á"¡,ðÂ[¿±3/4  â¶)   8jÜU%ÅGLV
wûïlHÇêÈ·ûÙ
-Å;   X¦B
›    \  pü1   ŠýbHw±Q¿±LU1ZþëÁBä  Øi^ƒ
ðÂ
&  ¥µÿj´Â"Ú1/2ÚÚd;¶C
â(c)ŠŠØ"'1/25ß°°í2  ŠûL&ÚßÕ  ±¬5.  ÂI"  ]-C    k"-°Aþ¯_°ž  °AéA"èh0[M†  ›¦š¯ZÃ
...þÂ1/2,a&ø†  j  a  ^awƒ."  !""""  @ìû  Hbh2Ö                2f@šk`  ,
Xa|C°¬  ×   a  ˆdÅË
6Å¨â"#Š¯Ú^˜^"  B É¹QB^^^Ò]$â¹;  Dk¤1/4+ÖYA-°...Aß{IJö%S¶5µ¥  â(r)Å
[IZ"a]...I  "x`"Dcÿÿÿÿÿ,á   ÿÿõÕ  å¥ÎÄÈƒ  Ä\
  !v,^À‰²
  u°Ðd3>,  7  C6  Â ÆÄžW  3²W&ËY
 d¤ÎÆŒ^[¥Ã_  ÖWKÏÉõØ:;þ  ⁻ÐÂAÖeT§e
á/uNZ  uÃDt~  B1/2~Þð¬=nó["-
Þ¤¶[í^Ë-ï'3  (r)µxGQÓv°
ûP¿
1/2  7ÿ-†Òmš  ¨  îü&·îgôÿ__  þ¡ßòÞ⁻î¤ÿ§×   |ïÌ•åò>\"kfh^  é{°¢`!·ÈÁl"  AÙN^   yæK‹´ÕÌ•"
Å#¢'  TtŠ 2?Z  O b'â¢ ÄÙ !
œ  "
sY  â#'
F"4   CÜÀ@ƒÛþƒ¨,

Í,!C
A 4`ˆC ìÀ@ƒL a SŠf D£f(tm)-'Ät2 >`B1Ì•³
j A
Û<Á 5"Ù"ƒ¶ °Bìà·" Íˆ e ...ô xA(r)ƒÂ
múiúíë"j...^ƒôÓÓA" 4 š
† 0Â
ÌS£ DàÓÐ`˜]˜Ó† 0ƒü& ~(c)~ - M4 V(c)Úh4ÓTÐi,C'ŽþµßDxâõ ˆiÅØA¸M×Œ z
7‹Aã § ...1/2ÿ ª±hŠí º"Ã‹D¿ 8i Ý Å"åˆ
£Ûö3/4 A¸hœòsv·'7"`hœß ãô iÕ§‰1ò;h-3KdGi}sŽ]. OÃN\Ú öXHT 7"s Û"üR"
¤
‹•t•5 ëw×#¥&ÐAä_o#¦(r) m D3/4
³'mÈñH-´âMä#'Î˜íä^ fh h'ø@òs¶"‹Èœìœ:O"Í"ƒ²D+6 a
Iá=$ðƒë‡"´3/41/2'...Ó_AÿIë- Û Aº 1ŒŒäæÙ
êÐ o ÚA á7|&éÿö â'
° ¦é8-êë"Jž›Þ-/ þÿzÖá|'ØTÚ·_W[J-š~žží]]7]i?ú¤Ü*ûKß"¦†"Izõiwío3/4‡¯lj¿ìZzéµIë¨WO~ôÞ"W^ÿ§n
aß"1/4*z}ºá"¯{Ðëï¿ Õÿú×ým(r)1/20W
§ª(r)µÿ×OôÿáÒÓU,ÿ¯[}-uKÛÕ_(KõÕyZ í`¿¿
ûã[kÒ¿^ý>¶÷Nÿ_o¿v´NoºnÊ5ÞL0Òï5...§
bÿµhG·_}•PzÓÉ€Çwò [ÿZº ^ÿ¥gÚq_º_-~í kú ûMýd€^ôˆ€t¿´¯ÓßÜ é² ê1/40}ß"3/4ÿißù³.:
ú ßþî"{úÛ ëÛßÂú@¯ïÛ[×ô¤&·éH
ÿ×aÿÿëô×üEß¿ÿÓ_×î›" µVŸðˆ{Ö¨‡Žö1/2K ßþé"Bw1/2Â!qþø:U'fƒ
S-}~1/2 ÿ_ C¯ýïu}_mº^H%Ý"û'gúDYÕ Ð^ºÒü'õ_&"þ¹¬GxB";ûíßÿÿÚ'rø¨RÕ¯út--~õþ
ëöôL é"d6ýû1/2ënûÐ]·j,m_|-+O××ÿÿåì§1/2""5 Ú ~1/2a*]_[ÕW...ö•Wë´ýÿ¥¥_÷K¯[ôîï¿_oÿ_é¿ÿ÷ÿº
¿3/4÷é¯¯-kë}lè÷[ýµIzzÿÓßìêjukëÿ_×ÿ1/4èÿÞ›K-ú¶úë:ŸéÚÕ¯|.ïý¶þëô¡¥úvŸ÷}œk}ïÕ¯§u-w¶jÿyÔÿÿ¿c
ô×ôÿK]+"Ú_T•×Öµã¯I3/4×ÛK^"¦ý'¤öÿßM>ÿÂ [ïýmXþ·ÝºÖ ?í-ï¯¥am_}†-Õ(r) °I×tîÂ1/2Õ]Õ¬5m
}'éºwÿ¿{M¤ëé1/2¥Ö›W°ín 5{ ZW¶3/4-í¤·ð`-üS ê al*öü0•¥
$Ýl4¿ÒÿûKý¬41/2ö ïº °Ò°"0,í
a"ðf ú ^ À¬ %È¹Øÿzj$ß" {÷Lh V* [Õ}‡ëß¶ þÚL $Èïì[[È-]¸(c) ö>
˜"" Oþ$‡±÷ì+õ Â
_R-,† ë¥m1A¦!H- KöÁ.ù û" ×±Qÿþº3/4ÛQL.áW×ûO
ü5µ1/4& "ú`Ò°ŸûØI0šØ¯Ø¯ßâ·§ 0¿Ù ·}v & ð˜/` V˜+ao¨dÀÂ ,,"h"cA¦ ƒ&žÐí '(c)¬ "
´ëïÔ0ºÐh0žÖƒJÐú"ˆj\
ò H! "C I†!, ÄA,a ºi¯ ¡aXB!"""#ˆ‹B#A"8B""""â""$AˆˆŒF"DhkrÜ±ÿý¥Ø0
KÇÚá, ÿÿÿÿÿÿÿÿòÍ-RÊ4Ì"³Ì¥2¬g...25e)-åNW3‹užIC...S ‡äØMÌ•(tm)Pf' fo5(tm) ŒªA ð ¦ªïä"2
SŽê_Ó{ôÓ ú
}w *ÿÿN,Wádèj?Õp• ïßDtú"P:÷ ~ïýßú@ßÁ7â£ë¿ö"ÑoøL?A é}øIV¿ý=Ò Iö1/2qýÿ~ú
/zoÊÊ{>ŽÌ"A ¤d/w ÷ÃÖö d * ÷eÁr\f°‡vÔØ¤ \À"
CYš˜"/ 3fÅ>!¨gX 3P¦º¦±ä e -]Ýþ[ú|Œgb¤h Ž¬Ù¤'Q " R&†,/ ó@Šæ 0Ü È£$? 2v z
‡" iÚ
0 é a0ƒÁ BÊ lØÈ3:3dh)A
×Ÿe )Ì Py ô¿ßöfÁ :
HfÅ)Ä -ž =4 TC è:ß §¯ " M
z¦ƒ‹ ÃC '3/4 2v ; " ç ` "Èa‡ C'6}?÷ÒµÓ ƒÎƒ 4
ítâÐhP\S} .:ÓDAþ•êša8šñ œ‡ ¢ í æ"IÅé±A Ú^ƒA Õ=ûÿ·ûQ
bÐk"ºN*"dGh Ûr8z# ¤ì§&p...4KŠ'@Þù Ÿ'7"ÍË þGè<‰"O¢Sr:dæÐAÑ/É|ÒdQÜ"* (c)†Òâ5dp
¯ÒÓÿ}=ÈHrNäLÉE æ}Š%ÎE
DèÐ@è#3'œ =A Ø‡Þ z{øAô¶ $ÛWTðšxWV,n›"è'¤YðMÈœ #º#÷uÈ-Bó"›3... ÷·ÓÿoVø
ð A† ¸AÕ&á* ¶ tÜ$žéý/JÒoZ§Òm&ûA

¦ºiÒ OÝ7ºOi;Aá
¡" ×"ÂtƒZ ÃþëûÿÓ¥pN"i[P›kúx&ëoÿ¿Ý-õ (r)´šIº"ÚZþ(c).Ÿ n›kªvÒá
éµIßKÿß_ ëÛI÷1/4? 3Ê›õk¯Çõé"ïs
ê¿ ß}é[îµan¸ÿý7¥m¥1/2?õ"ußoo[ßÇûHt¿BGÉÿº ïéüW÷ÿj-}}ÿkè~žñëúÚn¯z ûÿô"w3/4"uÓµÿ×u"Ýÿ
_IjÚ^3/4 }}×u[ý3hŽÈúøKöêú¶)¥Iþ Ý uÛU{éÛ~3/4Ý~3/4å ÑV%H
{û¸¿µýô'"×Õã§â"/ÈØL ~µé_R\]7[õ÷º§é<‰RTÎ28Ÿ^ë-èy.
l..."'úÿ§õÛu }×µõÊ@Æ@ÁÚûýúÜÖ Û-ÿ*h^û!È1/4GÿÙ ×[Í`ÅCî¿õ ÿÿß×Z~Ÿ
,þþí~(tm) õ×þ÷ý"
ï ýöþ
†
ºÿDÉzý.ºÿîÈ1 Zòa8D=ð' ú¤ÿ,ûý÷éßü0ßJ¿ú'Žq
e"¢ 6 -þ×Z[öûï(r)¿1?Á.ˆ"è...æ×_ðí? ¹ín"Ö›jŸ¸6"2‡ÿ| Ûüš9&/_^ÿë¿Þ"3/4ÿþÃ} #¢H§_3/4š¿"E§-
Nëô ~Í¯òœV-(r)ýíë"Ay ;þÛ:6ï}ÿ:ÑÑ*ªëÿçCþ3/4 ÷¥^›Uè˜ Ýíoìjßàðþ Ègýõû}{ºÿ(r)uz_ýö¶¿û¿š›÷ç
WôºZ¥ ¿- ý¯¥M*õï_Û×š¶ÿé3/4Î‡ùÔÿÎ-í/ïU~+ -ÿöýU1/2]ÞûZÿ~¿ÖÖß_÷õÃþ¿Î=jáïºí¦þ¶-¯÷_ôÃJ÷þ
úVé´ºýíuµmoMz_¿1/2'´-ý³(c)úX}.éßõÃWIÒí+† 5Ý¿UÛPÃ
û
[ãôöÖÛmo×õµöÒ´œ.·ziin'Û1/2ô m'cû
-ÒoÒ3/4Öô×oØa n3/4ÒÛ^û i0Á#Fõµ°ÒÒ°"a-ýÝ´Ÿ´˜0"=´ýXk
{Zu¿3/4ï_
Ž
ðÂ[ÿ"kp¬$ÚÃ°" G
a"1/2† A,nÁ,A ƒ¯Ø¦+¯^+¶*?U]Šø¦6;
"§aSJÒ[I+¯ì Ë¨a.±[ ô÷Ý"¡,L V!A²+...Ä&?b¶$Þ¬TBïj1/2ÿkza{¿Òí0 ‰qx¸àÁ]'A"ëa...ƒa,[ÿ}zUb£
U; †
ÓjÚîƒ
] ÂÚÖðÂÒ
Öš¯† ´Ó!Ý´›lƒÆ BØ"·÷Äœ=Š á"¯ÞÝT(A"í(a0ºaS
è4 Ç -Èëº

! `˜B"ì!
ˆ0D # Âi"í5rn ˜éZJ ¯m&ô-},ÃJÝ¤!....
`"0B
'@"A" D "U ˆˆq HD2T´
¤é"!,@...ZÅ,
V ~R ! 5b
ˆˆˆŽ"8â"""""#ÄEÇôºõé.ë ¯+‰‰[û(r)Õ ã

"?ÿÿÿþ[%1/4 ÿÿÿ"uŒÈM †å}xgkg\Èhjj -"
wß§ÿôÂÿ1/2 ÿ!ÝUk"ØTZã ý&Â×"÷
û¥- _(tm)*žUQ(tm)çCÎ¹-œ ÖMû38] Há'vh)+ èÂ!BH Â t bÁ è" 6 >¿^¡ *Ì 4Â
- ì& øxAè4?|-6>ÓN/A¡hx^â×^>`vÄXNBÃäAÛ!!ÈãÉû´GŽDÊ'ý¿Ä9‡"9
ÖNnGN‰{,
A ´ u
A Ò Ô{§"˜N,zî n
ƒw3/4"uÓßî¯~›"Ý%×O_¯_ï´Gýê›VþöéÿÇ`1/2ëëÂn 3/4¿ÕwÓíãúöÂ^-ß(r)¿µzÿƒÖ1/2ðiãuþïU÷ÿÁå8O
û ß_ÿý×^1/2² †H
}zJýêý_êýîƒ
oøa^ÿÖ"¦ÿúÖÃ´BÞ¿ƒ U÷ûi¿Ý{ùN DtÿÅoÒ¿Z¯ïÿ

ËE‡3/4ûçM  ÷ïÞ¨ü?]uü/  þªÂÿ¿~"ÛæJÚÿõ}î è6×Ýlûÿ(r)×¥é_~Ý~µúÿªßÞý¿J¿_¶×á(r)Úö3/4Ã
fvÕ4:´µ4;¬ñØ_  Q  /a...á"¶Â ̂ ̄ ̊1/2°a(43/4÷a¤"L _  Åûb  ìT  û  þÇì,;ÚÙ
?Ã!Çö-j  ÷´3/4Â ðÕmm_×Ø[    ...-Õ}P`±  ",*"  ðÃ

  8‹  #

!  ÄhDDDN ̄ ̂â"#  Ä}  ãÉáûÒì0·b"]...Ë   GÿÿÿÿÿË/(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¡j4#±¶vªÈ£;5gblìÔÌ †...
nd¤ÊÛ-Õ°L  "*Õ+>d"4>-;&§b  "

H5(tm)  JE   E  Mor¢zÌð-n¤gPp ƒ   (c)WæBVøT×  Jü*¯ÐJúiØP(r)  ×Ú'ù-Š ̄ZÿþX=tEvÿûß-ÁB¿
þ¿ô3/4°@è-;õÕ÷:],w1/4W}]þ"h'_|R  zþ·×uþ"tÙ_×íÕ?÷ïíúô-~ý~ÿ;-ZækuÕ‰--î"Õÿïé ̄V ƒ
qÑ  Ièy(c)  (tm)ö`!Nd ̄ ̄"-æ  5  (tm)³  "pE!  ÍN  '#(c)"á     ÑÕ"2¬Î¢‰-ìá  "¢'qZK$
:Ša)±'Œ³X¤  !‡:³,šÈþK³  Q )

žfÄ  3Œøe  a[Î0 ƒÊ  §  Á  Mþ

ýð ƒT


¤y,
  à×
  Á
  ƒL  ‰g¢09!¯31M³S#  ý1/23/4/A"
  ¤Œ   0  ,!i8ð ̄@ÕS°  (r) ƒý;K  <×Ðh|ZzÞá
   ž-ƒ‡øAÕÄ Â   B  -ƒ  <
  ?é]ìXA- í5ôÕX·Mí?Ðm¥  ÛÅ|‰÷'-¢8
  Ý(c)  ,´GŽÐQ¢+3/4êÐ"?Úa
  !œiá  »¢  "ŒV›  ´4  ÔZ  "ÛY,"  ¥Ê,ð ̄-Y,3/4Èùè  Ÿ"ûÐæè9  B
  @  ¿  Z  ¢Îá_h  oJB"Ð èÛôKÛ"  eÐ‰oÍ  ÷%¯†‰{Ñ  Çr+3/4 ƒúÍŒ"h‹ôOÜKÆ‰oÍ"K(tm)¥ÈœÑ.t
   ·DYüqt  0ÛA ƒè  ì è&Õ~  ÓÕôÚO
  á}A  tú¬è÷` ƒÂ


 ƒr.h="t¢sh³ú}"}0 ̧A´Gàž ƒ Â  }:MBo ̄ júôžé|úkKÝÚý'Oï"ï¥oA0ž ƒ¿¤ÿëÓp ƒ×%KI?   áÿÕ¤Úí=¤ÚAºá=
?}5¤ýýn"õ}7   ̧zm-V*§§Ó´3/4ý3/4é°t(r) ƒ"ð›A7O,  ÷§ô°
•=tÿ]=>*M  ZÁí&  ÿ  t ̄ ̈ïÐÒ{¿ëû Xô  Z×ÐÞª ̈ª21/4tê ̈ÿ  µ]?÷*M÷  Óþ1/2±Zxôê¿ÿûÿu ̈íSÔÞþïÕ ̄
CÐÿïé¶ú"ý+ß}/ÝW(r)'1/2zßV1/2Wþ÷ë³C~-ÚÕ...Åö ƒ6  ××ßÙ:
×´¿Ãÿi[]=ÿÚ}ý>ûâ ̈•  wÙóÝ ôF }!ÿ|F"   í}E÷  õñ  nF  "×!$KOðË,_è  Ç
Ž
uõþt
NÝßB-¦×:  ×uûêÿªú  {¥ ̄  {§y
  ý
  I)þñ~"ÿÇÿ×Ù  ÿê°  ,Ýmþ¿ê ̄û ƒœ›ù
  "Û ̄î'Ú¥  ¿Øw1/2Uìûÿöÿ O-  GÕ¿1/2~Ú!oÞ^QÈ#þì/ßÙè   ¤  ¿-M  ý|±fÞ^[ÿl?Ý}ü  ó(
Àm}Zî'  {ßß-  ÿB"  öu  ú}_ ̄n ̈ê ̈"ÿ÷JÂ"Së
àßý  w  ó   (tm)"ÿÕû-F¿×í3/4M  ÿ_ÿ  þ¿v÷Zîì~ø%  g   ~]WÿÿÿþÿÒïÿÝ  -ÿÃî"oþÿÿóZ"3/4õ¿ë
kô³~  o(c)*-×Ó  ÿûÿÿ¥×ÿ3/4é6û ̈÷  OÿÎ ̄Õ|êþ   zó(c)ÿ¶•êöC;@×KOÿî¶"×öt¿³¡æ§  õÿÿë|t4 ̄Õ ̄êû_
í  öÿuÿ!·)úÿ ̄ÿ§ìÔÎ7§ÿ|þéÿu  ÿníu_"ÿëñÂÙ ̄Ûi_  u"ÿÞ·ìö±é ̄û{  Â^×_†Ôº÷þë÷]~÷
io÷_ö(c)?]ÿ3/4ëÿ"µ×Ñ  ôÃKaûiVÃKÚvÂ]?
m†•ª(r)öÅš  ·w} ̄o
[IV"V×°"ßwÃJ ̄þ××øa&
-øa ̄²/  /
$ü  ^ý ƒ  ÿÕí5 ƒVÃü5¬&ÚA°ÂMÓÂÑ  cö  ^›
   ƒ    2&o†  ̈  K†
 ̄"Z-†`E´C°á,uÓ    Å}û±[ôÃm0Ë‰È-Ø ̈0A.Ø'Á,PÒ ƒ

}Ø¨¯·ƒíŽö¢ƒû  VÄ›¿I"Ób(c)¶+b[îî ÈWmÞ×ïÕì.îÚö!oì&7Ø"z†-²è  +´é"÷Ó
Ô0¡7û!ã
jý"íÚ
h+k×a0"ðÂ÷|0-   ß°O°1/2pÓ  v¯d,XˆM\  MjÛ¿µ^Âï¥ð×.Â¶
þƒ]a...93XL  axˆa  †r²Æ  †  Ð2`hE"<`¥)¡h0"ë   Û  Á  ûa+   ,J Á
!   P"0(r)"Hƒ  D01/4DDDDDDq                    Q   ‡
 Ââ""""#ø   ƒuòÍ  õ, oÃýÕøUØ_´,[KØ0J¬}Å
...j-Âˆ"0 Î8!   ÿÿä ±Gÿÿÿÿÿ-°AIC-   Þ2¸ s-
ó   .)°...ÙØ";£•Æ¢¸£"-  Pƒ| akK&Fe(c)ìÈ  y%ÊÐÖe(r)ƒðž"ù  nU  ×*-Up¡?'
8í(_O'VI:ê  ×
  ßDN~  Â"¡t÷é ·úýþ   wˑª ÿ_ûû_ðfü
ß¿ÿ÷¯÷ý&Ú°Ý(r)±ßkö¿TÿÝ  ZUZééî-m\ï7âgRV¯ÞþKwMOEB  ×<È:ÈÍŒ  †   ).F¨"â  ,¦  ÖG
FpRœŽ¬Á  =M  <Øe  gTGÊp"H+"
S"Ê  emºä  L†ÈèÍŠk7%ã  PÈ  MÅC( Œ  Ì  Â"Ü   ¸" R  d  R
ráN¡3H   @4  @Å   -ƒÓÃ xL  5Lð#Úí:y@t
&¨  OLÖ%"'  Ï³ O...(   §eüØ"4H
20  Â •¦  AçÞƒ   "Bè  ý"-ñh-(c)§  ƒAéÆ'qh64-Â^ÝÓL íSÐa  é}Ã   Äza  ƒ"ôÐ¸Â
 ÓAªh|ZzßÅ¢VáÉóVqÉ@uH  Ã´õÆŒOßÈƒšÉÑ¦%ofÏî  h   ÓMP\CÐw  éí‹Z´GzÑ>
  GL
Nõ!
h-3:D(tm)  !  ðù   "s'y'  tKØ:%ù%


'~‰{'aIsá  üü-$‰Í ƒ
  h\œÜ&ôNŒ'×è•êôG  ':"þO2H/Ú         ïA
-6
  '6,'2  Á   vÊº   ´ í
(r)  n›AzMµTÛA¸Aá
  >-ï{tÜ ÒAúm'Òy31/4%È  3p  ¹P]  ¿Ð ô  v›A  (c)
ðšú´¸_O^Ó"iü  Ó}>ôé=7°›í  ð´ªoëëT¯n-(c)á7Òì^-Â}[ ¸oi¿pžž'o
ú†ëÕ1/4=%¤¤é-ºOÂnÂ(r)(r)ÝPõš"#é^ôß_  ßTé{ß   _§§ë"ý?3/4"Ký3/4  *úö
¬%Þô"ÿ  û÷£tšx
vÿî›ÃúÛÇqü  î›Â_}7×ì  z×(r)êÿ|uoúQ{Zéúá¯3/4×µõ×1/4/fÿ]oá×¥Ý P´"Ký±ÿ]îûöß_þ¿úÿ  ×ƒ   ïúíú-
...ä9?{\dlN  ·úW""  -¦:ï3/4ïªeò8$  ?ß§r0X]é›
ô(tm)
Cã-{øôâò\>Áë_å =HP×3/4ï  õ{¿{
2
¯ÔûüG!ÃÆ1/2êt  ‡ÕÇîÁÂíúë*µæ°_aõ}¥d   ²  GéõÿuþüƒËS  ^õû3/43/4ÓôäàÇ]_ì6ú_ý^ïÒÁ*þ(r)C
d  8¨ÚúÓáë_ö-Ã,Ö×ÿ}  -°ï¨‡  wr  Ü/Á¿FW¿÷DpPæåU,œ"  -U"þö¥"  ¿Á¿þ¿ï¯§Á‡  ¹WOä(çïüº0ù
9Ã  ØDOýrÊ3/4F
"ÞÿðB#õ¢Hä
ô3/4Óý0íŠ¿vÝÉCßïõ
Ý  E×ù"  "EDve  ×@·ÿ:[Áþö¿mkßAxv þ·ëPv×j'Z"ÿÿÈ  Ð%Ý¯ý(r)   %õÝÙô¯  û·¤k²  ¯Ý¸oíí÷×¿:<
ëRm‡V"î(c)°×ôî°úóí{õÜ?ÿª  ôæ¥ug  (r)  kÓw[ª  _çVõçWv-[jö´¨¯{û3/4ý"_Aÿµøs¡¶-ùÐÎ}gSÿëÞ(r)Ð
?õuµo]vÖ×û_úm  ^÷Üáí(r)é7íßÿïg  ÿvý>ÿo3/4ïµ×UÕûªôêÒÒúñ´  ·V  ¤úí"a  ûuj²¯Ýw§]éû¥}ÿÕûûK
[õ¯ÛIµwv÷úmnûU¨jÃ[°´  `-ÓM¥ëÃV
/Õ¬4°  ZØKm'W}´¿×1/4÷M~ÕÙÖkaXiZ*íZj3/4  ï"
,0"d|  Â  'x4-ƒ#¢á  0,î  K†  Š^_m¤Ä&  ]~a.  Xj-¥"l5ÿm(;a?l.Ã  ~á...`ËˆÃJEæ¬  ,   :Á...'D  ö
ŽïB  ^¦>+b8îƒ-  k3/4)â[î*+b

$ðôûa"¯ø`1/2Žøö)  ãâL{  ˜(r)!1Ã1/2‰nø}1_1/4&  +
l  Kl-  Ã3/4  jý¦  ÞÐkiŠWÝäN  "_Ø¯!ªa  (r)öšpÂÃMmHxºí_öÂõaK"  A Ó          C    t¡[
°˜  '  *Ø@Â`ž¡0-¦  wõ_Û
°"zz¦  5µÁ0œ0ƒ  -´Á0œ8v  †  â<"        ƒ  $ Ù  ˜!a  ˆ^‰Ñ  ^†  Dêƒ
}*v  =ô  O`"E,        pfS&(LÈ      š  ^^Ž"""""
Á  ˆ‹  uñ  F"8^^Ž""?iÿõ-i˜ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùibñÿÿÿÿÿÿÿÿÿÿü³M    8('Tà"˜î¨  <³RÝ?Iî={ÕR1/2  -B
w)Â{ä øn¯ wïÿÿþºúçI*h0•
        ,Ô1/4cÿÿÿÿÿÿ
endstream
endobj
44 0 obj
<< /Length 45 0 R >>
stream

q
422.39999 0 0 698.39999 0 0 cm
/Im0 Do
Q
endstream
endobj
45 0 obj
43
endobj
46 0 obj
<<
/Type /Page
/MediaBox [ 0 0 419.28 701.52 ]
/Parent 69 0 R
/Contents 50 0 R
/Resources << /XObject << /Im0 49 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
47 0 obj
<<
/Type /Pages
/Kids [ 26 0 R 30 0 R 34 0 R 38 0 R 42 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
48 0 obj
<<
/Type /Pages
/Kids [ 5 0 R 10 0 R 14 0 R 18 0 R 22 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj

49 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1747 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1747 >> /Length 29208 >>
stream

ÿÿÿÿÿÿÿùi
Á¹Vv§  ‡2   ÈÃ÷š²6ÎÃd!'4Kb`)Õ"Fvªìì(c)  Å
     °"gv  ÿ@Ô"
#ùÝ^¤Ý}'ÿÿ÷^ž,î¿a-Ì"_(r)¶"O3/4ÒÔ/×é~ûjðDÀïÿñïÔ-ú  ñ"
>þ5×[×µN'  I**ÿÿ3/4ý7íÔT·Þÿ]mß¿líBs*ÔçÒäO×ÑÕ"'E  $ÑÆJQ  mRJg'Ôfú$
  yá  h  C†'   I³Æl!ñN¢  Vm  È  É

ÐB0üÀCLÖÁ  ù?   61/2"B"&rhš   A   ú  Üá,  (   '¬‹œ†  Î3"03    ã8@^´ÍŒ  ¨)
!1/2=0ƒ:"BB
f  M·NCÐ2C.  pˆy×A,
ÅÃ×  B  -CGâ0eDF  #  N  JÐoá        "Â{Ö  4Â  ¶  xD"=[á   ô
"  á÷a
ì z  iè^ƒu-  ßIÇzWaaà^@È!Í  "Á  ~š  t   OµO´>"AÇ  ôÐý]  ‡  wÖ¨XN›D áÓª";CôûTGa...'}Þ
"&!"D‡ªh4Ðh4ð  ¡_Dèþ'
  ÉûÐ³·á  Ç'á"D~‰~!3/4ÃâÑ.Ã
¢X÷(c)9Ù  Ü  (tm)£'r‰Ór,Ùœ‰Ñ²·;¢tn°   "ü'š  DÌ  7÷k  ‰sNÂmìÀhJÝx!    á
Dý¿pƒh  òsÔ&äL²,x=  ?O"öNt  7}¤Ô-   ¨A´>ëZnJŽ•'3/4't‡¶òà ƒh&ìBÃ-FÈ1/4Ò
ÉüÖ'l:ÇAïÐN-Ó¤  Ôªt›IÓ(r)  :  .ÈQšm -  u×Â1/2°ô(r)Ý§t  /v¯µ¦éöÿ&°  PA1/2_MÂm    M  ¦Kb
.ŸZ1/2¦-éÿÛª ï·WI²  ×_Â}´Ÿëx]>ÓÀ~µ§"Û´ôôív-ï]Ó¥Ðzuo  ÝuMâŽöµ  °Û¡iU¿ñ§z
-Âé÷ªÛû§ý*JïKwíÝ-§m  ÿõÕ¶[(c)-÷Ú!té¶·Ïë
ÝÓÕÕ  ì1ÿT¿¯·û  °ö¨Õ~Ý°Z3/4•1/2*¤ý3/4·ý  °záí¤ž´-ôëÐÕïeŒi-íü[[Ãíu¿è‰‡ÿÞ¿ëÕ¶¦íÃ#£
m§{
Zúôkfšûÿo¦]  Ë Mß‡¿¯Iø\oÕ   HqN÷JÁÇM;"T  +"ã¯ô¿îÿëÕt"'ôþ=è  ÷â?÷T•¨ˆ  5àéc¨ïzßwÚ  Áv
¤
/íÈ"=ò  Ez  ï÷°êê¿¦þÝ~-ûß×"~¨Ý_ù  "ßÿõÿ|(a...íÒ
Áßì  îØo¯ÞôÿþÒÿëmÕw_°¿·öÕÞ÷|0  ý4  ùe41/2  ÷m  (tm)êü0æPë
;]/¿Ò}¯3/4°óíyŠ~ì²{¥-OüÊ²ôKRÉþÀù1×ß_¯µ  ‹Ì~D
  óXO1/4Õ  ûÿÕ×Mzá1/2íôþ°×ˆ^éz¿ûÛM%    ü!õß~ßÕY.rÑOuÃÿ  d°¹  7û_í  Òú÷ÿíyuu  ÷M÷´(c)
Ý  ,Ý_°köõ¨¨N-*î°}ü?ô~ÿÿd>ëÿÿ§ì  sZß1/2ïóWÿÕk¿`Ûÿ7íûÿÿõõ=uôûnj  ""§ Û¯{õ  ¿Û^°nÕÍ‡Z-
ûŽa    IŠ¿ov"a}°Ã:1/2÷^  O:¿Žþ·Æ-}úÚVzíu³Ç{Û¶¿  íïÕ§ÿñšõujïkÅ]ÕÕÛ¦!-ï}Z¯žnÒ¿  éþÒ  Ý[õµ
  ø}û¥-pÿö×íµéáÕÚZkkþß¿jÁÒÕ
SV+_þßMa"(r)Þÿnž"]m[ß°l§Ú÷"ü0-µaWµÕ´Õµ1/2µÞ›Kîä¥ÖÚ ôÃ {
%ï°Õ×3/4é˜~-(c)WØakma"µµ-†¬4¡"öÀú{   ª°`¯M"   °-
ÀŸ
+†  ƒ  ßá,[Óh-¶  +
&...<‰•†\&ý-¬°•¤¬5¿±_  S  Ã
ë  Æ  0KŠ{k  ã[l ¢£v/Ø!EN*+U'f+kcê!1UþÅ²L0,†"  Ã      0ÛKûM4Èaá(c)  {  "U  Cé¯ö
ðÈXüPjC  µ
...  µ°šïÜïa4  i  îâÀTÚv  Öãšâ àÈâ  a^Â_M;!_[  0M]°j×íw´Âa{       ...Ó  Ú.      v
°Á'M0¨C  Öá"ÓOA,WÚ ÈZ"aŠ_+i       C`...ª  `  ,
!Ã"†ÕÜ   ÅÅZh  A-
!     Â  3ÃDMX^‰-  ƒ6â""Á'°RÝ      ...×                DN3/4

û
  dZ•hq   gXt3/4ÖžêZ  "\  JžÅRØ_aW  xÿÿÿÿÿÿÿÿÿå¬  ‹òn<A  g
ã4^Ã3D  k#-
d$  Ê¶y,!Á´ñ  Í²
3/4".¥(tm)  1/4ÊÙ¯]  1/2  ...f   Hè"/A  1/4
Âkj  ~  _ïø^^³²  ?A¤3/4ƒôúÖÞô,Ðu¢$7'÷Ozï  ^Ö^èÛЀ"q¢Î
Ñ  Þ"ÿ|±ûOA  i<þ4    ‹ëÿÿçfO
›uÏˏøWïõé6î°}¤žá›ëõÝþªôÝM+îößþ¥"÷$ž{$Ŷ� û:(tm)"DH-Ñ!Óu(c)Ø2!F°‰âR3-g•-h  ŒdÐÈaÈ@›ÿzä
~  "%D]
"ÎF†    A-
²5!S2  H  ¢  ‡ØE¬^  v
"  Ž   9ÀË6ÍH--q'â
¡  Ù˜sX-
}›  &¹±  6Px@Á  ªË,&¤=!  \&Þ÷zôÓ  -  ð˜ís\lf4
  h  §    ¤ÓL ÛL  ì Ö×(
    W  "Ô  @Â  Ð0  §á  fí
úh>  A÷ªûkÜZki"â  8û[T  Ú  H8´â¯jÿÐ4âÓA§ê›úhhmô^¶Ó‹
sŽMA,û×v"q&ôGn"äL`ƒê:täAÐA û
;D áê  *(¿ÓÈ(...ª#Ç!!¢^Ñ  Ú#ÿÉû'·
bÑ/·ß-  Oò í  ›  ¡  "_-[Èø‹F  ÒäH!?  7'FÈñ7üŸM!DxÂ#çt  n   D(c)'æ›z
Þg  Bè-´  7    Ú'<    Ú  6ß"þ¹¿UÒ
Â34  ¤ÛÚÛßétH7  ïN"  ...dXW ›á  pƒ}+ap(r)‡kïÿ8ONÓ"  "k~"¤^
´ƒÂ  ìþÔ×A-_Ûôþ ê ˜°ž°m¢Côú
ÒzÓÓ¤-¡¿i~ô-+I¶  n›˜÷"  d]uûõWÓM¥ôÿˏߢëî'ìÒÿ˜-+íˆuGÍ^°1/4    ª(r)ƒöšÓM;î+†  Ý¯˜ñu  ÝμZ}1
/2+¯^¿êÿúoøBûîëïêûuk!ñ  ûk
>°÷õJÒëÿμû§û-ý}á=}õ O_ø•ôã¯Õ(r)ûú_Ã[  ÿÿm  î  oUïŠ  ïÛä ï~
À"ÿi--|1/2ÿŠî×"  ""$  }&GFÃ×
Ž
dL'È]  ˜B,7ÿ¯¯:‡d  ú#@›_*¡¿Q  μÇò1/4
1/4GÈèŽ4/Õü]  1/4ß1/4Fž‡  Æì†&0ßÿ{÷"  ì-ÿd¯1-o~1/2ôÿþíò      ^.¶BUà"
ÿý]à(c)$  {ÿÕ~Õ"  ,  ÿA  Hƒ¿  Ž¿  !fˊoÿn
Rýú88ÍøÐ  ø7_ë!œ  È  kD=Û1  Û_ï"[P  `Ú¯Ü<›·fêòÕÿ¥Y5}j  1/2Q    -,¤ð†ùdÜ'6
Ã^3/4YMÅ"¢,ú@Û1•ÿúéôH‰¬#¡á  #ïÿ."ëNÿ°1/2ôÁöreìÎ ÿþ  ä(tm)uÝ7J"N‰‡ìŒ  D]ý  ïÝA)._kÂ_
}&ô-vμ_÷ûhŒ÷_ý  Ð7¯Úí÷uô
Ûÿÿwéê
"OÓÂ}+cßÓhŽ·úμ  L  ÷°Ü9Ôß  ÿ°÷Î"f¤šÙÕ̧GK¶{ûîöþš]¤"uZ¯a(r)ïÖûPÎ‡ÿçS}}îÍiMV˜õôS~ó-Ûú°v
ƒ}Ó(r)μTû:  -~¿tÇvyÒ"""U{Uim{¿ûJ-"ùèí  m=-¯V"¯{it÷ÿ¥u  μm_t´¿m.ïÛ_øj¯þ-ß¿M¥¯jë÷kû¥}ƒ
ÝvÝv1/2Óa.÷§]m[]=o1/2†¿ÃNøé5o~Òì%š3/4  KéμûIÿ4˜ikám{]+˜°Òû
ámÖ  KûàÐIÓ
+J  JÂÃ  ˜iC  ¿†1/2>Ã
a|0Õ'§˜œ^Á¯A-×  a...þ;W:-"0¶-
&  ["˜M'Âû
v>  qX¯VÂM,Á...b›J  XØ0X0IŠýŽ(r)š‰odA×Èƒ¤âN5Ä{íþÅ/Âb-vØØ`"#àÕ†
b    ñ\†  ñμî...1LBaE1'
  wlBbšý  ï¿Ú¸¯b  ˜xan(c)ê¬ö[¦ä-1VÄ&*  L/atû  0¿
5M4ÂMªa  ˜Wá¯V-,ÚUa
dJu`3/4ƒ  7  ÂOé,
  ª†¶  ¦    Á^  °Á5†  a}4  H¸    A"Â

0¡m µ° , dŒC@Ë$B J`œDDE, {pÉ- ÊÐ aL...ŒX!
ˆ˜Œ! dÍ‰¡ ˆ‰OŒDDq f¨ü5¶- K "
Y£j?ÿÿÿÿÿÿÿþZ¥*Z†¦v4ep s*Ü› ...2 Ù"'çç2× ßí¥;HõÔ
è¯êï¦v-¸D|ì^ÝROZ¯...¨03/4÷#!Ø_úßZô,x]ÿz¦éý ÝÖ¿[ ¿ë }oÿv--÷m÷ £±¹k:'S"RoëU¥#FE'š*HŽdž
× ‡çW"æk tG ' è%Q¬•hB
†Î
2 03àêL Ñ
d(è§S%Há"¦l‰ (c) ÙBÈÚ:Æ," :sa
B Q¦t 8@ƒ a 3fÙÕ¡" '
ô!Fˆr8 dñ
$;>Á @ÁB!4 ƒl vº
"Ð?O 3P...9 !u!t!Â2ù ""`Š 2†`FÓ>
A ä3(c)Á¨A ,"CU †&ORæ "-a¶ h4ýôÜ. a
á šuÚab a5 8ðˆ(r)âÓµOM
q"
ƒ‹´ h PAí.ƒõMâ ÐxA¡
k
!Ú¯A0ÿQrXØr}Dqe9h
Ã"÷ %6é"Óµîé² Ã‹ÂÞŸzA
} Pé&(c)ÈQÚ'í Æý JnäW ›D¦ôä¹§ÖÈ-ÐA´Eæ A¸@Ø:%îIBI¹ (c)6ÈíB
¨• Ž a ç'Á¢~ôK ž 'yÈí"^Ýdÿ1/21/4 :Ú%
E›"¥>OÙ Ñ)¶ Iè4-ðžG9

7OMÂ
1/2ü õ´ ¦ÒøM´´ðƒh ô+1/2:
‰{ Ü ô ÚMè6-Aº nôƒ÷-7ô,4:m ÛÐA
zzaÂm'ô'nžé´"¤›Õz}éºxMé>ôÛ^ÝSé:W
´ ii>,}+NÂzIú¦ÿ¤¿zm§÷Z3/4ƒpŸ Mÿ]z^ÿ¿}× }õï(c)Ñ #
-.žµþ´žŸmý¦é>ÞßM¶(c)~1/26Óªé-j(c)>•v'ÕmûtþÒ‡Wé; Ómí× W\D?iëÅ" §¥ú uxðµë3/4‡ÛµÝw"í
8íµW|:uo¿¥(r)ú±*ô[Òþëôµ}ýþî(c)/ iáß1/2þ1/2-ëùŸªëþû(r)õ×ú3/4ëWÓúú_"õ
~(tm)ÀOïê-t p]²¬W ];...
×]ßwv×ßºÝ¿ýVë3/4›û.*ÿiGºîF,uÛ{kÞÁü{ýk¿ D`bÈÐzK>ÂR%`ÿ(tm)
ˆ÷N"- zýk¯ù¨;ñ_üGÿúzä˜cÿõúd1K§õW•
ßáh˜ íâ-ƒ‡ï20 _ê¶ó cëI3/4"ßÉ1/2-ÿ÷^ß}Sá{ý--ðÞ-kýòà¨=K `p¬"
Á{Y
¥,ô1/2ÿ,÷*(r)Þ×Và3/4*ÿ @M?R
¢=(r) îÝZé`ÃùaßÕ üÉ(Œr§¤A/I2 : aýÑ **3/4Ò ïõú×Mm%D>]&MÉŽs þag"ó ûá
'ë_}ï
ú¯÷õý 5h y`l TFz×K[á ?·ÿûO¿$ ð"]ýï*µ(r)õäÈ÷úõMd¹ ûïÛÂºAv Q
bwx-í?ÿ-GéöúÕwÐ%ëÿZ-z3/4·X_õúÚxoü†ouß r:÷5=-aS"'"
ÛõKé¯*oKß´1/21/2·TúÝtºöÛ]Õ³"ïÚ1/2ÿz}{<šÖÎ ôÝ}[ƒýWß´Ž‡ % ýiª{ºé úõ}kÝY×¶Ó¿:Û];õÚ
¥(r)ß}Öü í7ÝWíé¥o~ÒÞ¶ëm [g7W^3/4Úö¿Jú±ôýþþþƒ(r)3/4ÖÂ3/4•¯{(r)(r)¶¯ÅëéZêûëºÓ~•´ 5úoo
µ9iú~1/2z^ W" °ÂªïýwMÚëki" Úÿ~"ÚQUû}¤ÚV-
¶Á& ýªëI-¥-(r)-îÝPaaÕ"Ú‡×êÕ´û[íZm.é8M¤Úý ¿†,mW°(r)ïðÂPÕƒ 0ÂÛkÁ,
*ö
á,Û"ßnž›ínÒ¶ ,
Ò¦þ×Ý°•...ÛZív×a...l+
%

x0_† aPa][K-øá¥ T˂Ì Ø ÕlVÄ›ê
,0•¤Ã iXKl `±Á,Û
¨a>(c)Š ƒ[äGu">EáQQL}1^ÁÆ µpÅoûQA...NÅa,¯§{Ø"{ 0X¦D 1PqV$ßÅ+ ìK}3/4Ó
ïØûbJ. ...mPi ±ðÅý... ñú-|0¡A
Ø[ %Á,V
M"¦!4Ã=1/2"f₵RÇ[[_"Uì‡v(c)4žÓµ-Ðh0"pÁ_°ƒ ß†
¦ peê\ A Á ^0""
Z a 8H`œ AÃ ¦ †
ÂiXX`¯A"0›ê4 0₵S
0± È³T X0J ! ¿ hHž""""#^^^^°L eƒ#.XÕ...2 CCB"K! "F"DDF-â÷òÈ -Rô(
r)ÞÚ×àÂW]Šý×ðÅ5 ÿÿÿÿÿÿÿÿ•êŠ
df ‡bä` ì´fíÕ
ÖçhŸz_\(r)v°Du}ù{ ]~ûÿÒé(r)ÙSud(c)|È \× #
Ê 3 Ê†ƒ<Î i"
àÏ"' -ug\ÔdTH@Õµô ×á A á š y@t "AÁ=
°ƒ[ö-
M
N!°o" m~›#P1/2:"àØÝB
ô %ÁÑ*nGjÓ"œ-'ô"]H:"a Ú"ûnKÛ²%í'Óí ÓðÍ¢êâý7AÐNÂwh6(c);u ¸Aõ}?
ø éÒzn¯][P›ôƒ¥uuÕì_ôžŸéÞŸ§úzx"Ö¶-ìýzõÚ"¥ßÿ(r)î¿ÒÓoki];¯^
ª¡|µ ¯x3 ŸÞÒO°ö´Á îd4u(c) §¯ôÐÿi×Û˜ã˜Ž
÷° þÿÿ**×Á AÿX0 1/2é;_(r)-"¯ ÷‡Vµ¯æ']÷§°-9 ÎrÚÀàg3/4ÖSŠé ë"ë¯ý ô
}< Xwý3/41/2ýÚÚ}µ0wëü[:ßZÚïOéß{}ïöŸíÝ¿´û:¶Î ké(c)Æ°ëö°ú¯n›kýu*~ëí?ÒÒÿIøQV¶1/24- +
¶ ï†1/2ðÕm7µl)(tm)í_ †²1 ý† 0´,zív J›J 1/2 = xÅ[² ÿa,Æ1/2Ä-† v(1
²        mö•§N"ØÚï-Šé¥µc† °›Ã
1/2 ±
(r)[(r) A" O ^ÔÎ DD4""8f
F""ÐŠ jßT°òh µ÷
#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùj )i,´
(r) É; ¨Gd29 Û]PeÁÀ¨Éó* Aó± " "lh1/2Ð(tm) èì6v.ge+p¡ á=<Ÿ*sYØ}ô ]<¯u -áBúïk°
A hð• °Ãê-@/14W_×A ïA aeèýÚí ;[ ðÚÓýü6?´ê#"}0ÿ
°‚m¿ÿU´¿¯Òÿîýf|v%W¦ .êÿÙÚÑŽïÉ¯þTÈ"zÝ²R!! ¢\B0Sà... tf C
A°¨œ EÁ3 ¡²L! ŽÊÆÍûgH- HDt ¿¨ ¨‡És" Ê¤±¤ 1ƒ 62\dìêÎfqÁA ¥@K3g Ñ"A ]ƒ%Á0D
&¤C 6l @Ðƒ @Â §B zd0°
5 ¸ú µ' F\•@È1HèŽŠ õøÐ&¿Á,! Rpšƒ @ó[.)s²p§Á
¨x@Î₵éÙiéüéá>Âh=Õ;A"ÐxAÆ'v ƒõÓA"C†
a8ƒ ?OØA§¯a?L ÿ| Ý iÆ zâÂ °H83/4,ô- Ð- ã
ÈÏÞNn-8àvù-0ƒL Â
<˂Ì
w†‰o['nÈÝ\Šö!Éc‚é$ÓDW¦‰os‡ê÷'ù,"òsÈqÛ"Ž¤-¹ ·¸A¶Eç "ø<œÃ'QI¹ á û'¹C¤ ¡è Ée;`KÞ^ƒ‡
Xc(r)‰oÍÂ
È‚Ô Ó?d 0ƒ×mÉüÕ "ÃD1/2Â "õ ›µY ªê´ý 'g!!'Ò û#»"ÚA°é1/2&éa;
¸MÐŠ[T @ƒh-99´Oôä‰ fw¯Òm' íi7Âl$ŸÈ¦Ïo ðƒupƒÐ{k...tôûi%p›Zvƒk_ÂÕm'ëõnž Öé(r)-Âl
ž›¦í Ý ¢e?á>Ý7µoÂxMÕkOp›Iµë]÷§"-ŸýÚút éö
›§ý[(r)´µo,3/4(c)ôž›§×ß H÷ÒzaŠé¤ßõÛ[ÿ¿¶4õ"]:ª¿õ(r)ýÕ-xµ CÓù
1ïÓ´¿í5WV¯CÓêõ3/4ìZ"zúo üi.Ÿ|^õ~ž1/2´kZ×}áí-ý "{ªë-
[¸Ú¥}¯éÛÝ}ë×ýíñÖÕÖ¹1/2íûÕWwÿÖ 1/4íkÿñÕî .
¨ýÁ¿á0þ¯AûZÿÝÿõðõôÿƒ ¶¿¿úkê/ ó=U]ƒ^# ¿^î.ÈÀÆ@Á:UAÁûïõLæ`FBT´û3,}qÿÆèvGdpì‡WhÖ Z

ýR÷]õô"Ýù
?TµêÃ?zKh  R¬  Þ6Bè  "ýï  ²  G¥ˆÖÿúd>-ˆØn(tm) 0ÿûmýú¯ïø0~ÛîÖÐ‡  Æ(r)ÕB ïtC¿U‡
ß§¯ Á¯~õ_ød  épÃõ°ÿ¯Ûå"3/4°_‡Þe  ^ù'Z'  ...
¢  Þ  '÷
  o(r)þë!ž!·þ  ß.
  å  kaÛ/  Y
ã"Â!qëþÝ  Mk3/4ÌUò0t¿÷ÿÜ!Ñ"*‰  ]  ƒ
è  ý§¯,Q""Ë  _B;Þu  ¤2Å  ôHÿ¿Ýÿ[÷ÿö×ÿ"÷ö¸[Âßa  &  ?_¯ª
uÖ¯ïÖ^  w¢Tþ  ÝWÞ  o_ßÿƒMîS"!¿é3/4ÎWV(c)/ötü‹.}ÿÝ\7ôíúµýfý·õN·~°÷çS·¯¿Ï"û
ÿ}þÝÑ-ué-C³¢Á·"_ý]}÷î(tm)Öÿ‡óSh§Î:ô¿ê}ïÖúÿÛêÿÄ÷ZþþÃî3/4Ð7  ~Óx6Î-Î":{z°Z"³"97t1/2  Û¯°g
ëÛ[
ö°]¥ûjß*é   ïoêÞ�þÝ×a6×¸z|°jõ¯(tm)(r)  "÷ÿz~¯Ã¯ï×PµßJ  >Ý±û|'a.)‡ÚýÚM¯  Ò´¡"-Âî¤Ã
"¥¶]1/2¬53/4  ,wÕõm¸ë"j  aÖ(r)¿M¥éî3/4-¶¿I~·"~Óa*ï|Ö¡%
°ÂÞÛk°`,†=0jö  1  öéÖt°1/2(r)Ââb-Pa$Âíß}Ã      o
,=Ø4˜íZJðÁ:þ.  /Èƒ÷µá¥k±V  Ša,PØdp›  Å{
  Ø-íc†•ª}ì0"
-Š·¦  H2+|×'x0"L~ÆÚ l2âA,Ln°Õþ  ‰o1ý1ZÁ´¬VêÔS Šn+
Âø(r)·d1
^L0,
^:°J)'|BÖµ   "/cmöµ  xÅ0â¯¦1/2%o}l2  Ða^Û
îö¿jškal   ;
$Ã
ðÂ¶£b    ü5·    MRì-m"ž  CXa  "°µÛØVÂ(r)  'èÝÕÃ
"h  )p  '    h  Ð0B"  M  Yx2Õ"ÓM  !
XP`¯¯¯@Èô4  áÚih  M[      ¦      Á,a  ä¬    ãÓB£Å      "A""#ˆˆˆˆˆ  $    `
Â  Pá8`¢"@Ðâ"C"DDDA,    y  %    DDDF8ˆýrÈ  Ô-"íÕïíl*ö
Ž  †      ~*+Û    "¤
Âö"1ÿÿÿÿÿÿÿËeUGþ["ÊZ1/4Èù  í  B2"KuDd¶ÎÁ  4‹rV    ¬%3/4Ï²R!  ð~UuÔ.Òê(c)ÒÜ+(tm)'ŸWß
u"  õõÝ{ZÿÜ  ûÖ°ÖÇú-.1/2cö;þ;ñ×ª_->ïÿ÷_÷üÉBÿj¦KqÛ$JÛ$jLò
^è,¤Ëé¸`,‹eH[;5Ï*Ï
I¢÷Í"³Î¬ÀÍ¯ ‰ov  ‡²È#Ô1/4"      ŸÈNDŽl^À(tm)øè%¦ó ŒØ‡@ä†pd
:3Ñ°-P3£  "Pk"x3PÏ`ù
æÄ5  ua  >4  ölX  63XR¢  ‰Y
 3À"hÈn  A  B  Óƒt Î  ,è(c)ˆØ@  '    -
0@Â} a7´
Ì   OLá    ¤Ðz
×MB
SÓ
  ƒœ0ƒM0š
Õ  ê·
ð  ...Â"  {¬XOAÒ  ÷  i¦ƒôã1/2"?  Z  °
Ð'2  0ƒÚíØOx·A±q
5Ó      Å  ã    Ý¦"pâ  iÒOh8íTö#NE¤"#‡
  c  kr;mÚ#‡wi"-.Nv/íDvä^r#‰oxä°8‹'9"->Qd  ÄDæä\h    ¹à‹§Y  š#ç"säOl§'BSl-$BÁ
ôJs7Á  ä_Ë£  -Ñ)ä_h³°¤  -Ep¸"È3/4êÑ  ÿ#§,°x a:    '...ë       äédt'6²'7ÏMÂ
Â
"gáÞ  h' ü'  At,  MÓü ôÝ
,

Âzm_´¬Ò dŽEÆ / ZM´ï×áØOMZ¶ 4ôÃI¸PŸa>Õ¥ÓÓ×i"O ºê3/4ƒiS]~•´Ð^´¶ 7ô

§Ói=Zõè&Õúj Âzzn-ÞŸIè7¶· n•ï_
ýé-'út¶ºzi_ú¦ú~ƒééºë¦úß¦´ Õ ]¸õîõµTþ×]m=·é?ø§÷obïðöÕûï´ +Õ_]ÿ"¥ýïßM"Õûõ(r)¸¬;úuoýúº¥ÚúuÕ
~¡/~µÕuþ1/2ÿ÷*º_úþ(r)¯¯û¶¯`ÿ3/4¿ëÿÚu~ºÈ -:1/23/4o6ˆã*³5z 1/2ÿ¬á /ý ß°žÿÙ...Z!ßêè{...ƒ Þÿÿ
ÿÔè tûÉ€EZÚâ"ÒT#1/2ÝV¿ßÖÿ×èuõ¡-Ã õuS ; ˆû]}ÿï÷,ýSå@1ÿ~îûZq W¯ûÕ ÿþûØ:ÿÕÛ
-Ÿ¦ïúßÿàˆ8ÿí] Aû÷é_÷µÞõ...í ¿ßþ¶ÿ†Cÿ3/4Ë è...ˆ~´ÚO zÿë,¿ýB" VõÙd×-'×-?
ëÿëßË&ô-f1 þ(r)-¡ = âoÒÖ3/4¿¯î‰ }írh"-?_O[r
¯}þ¢ÿ õßTïþA"ÿ}-Ñ$Aûïmwß ÿA_×|'÷¿ïÕz-1/2Uþÿ×ïõ·¯-e!ßúÝÔ,>-Þ-¯û ý/·þºëöj'÷}ku×ßûþ×Þ÷Ô
<7_þuõ"öÿoÿÖ"õ§~ú×ßõtÛÛ:šÞÛûÿÿî3/4ÿ:"ûó(c)ýþ(r)Ü?óÏÝuÒwûáÿ}*úKT¿ ëë¿ý3-ê×í ×3/4÷K_
Vû( ~ëöºý.µz¯Óëûv·Ú"~"¤ƒ[Jý ¦ÓîÚÿ¿Úÿ]õö•¥W×û¶ ÒÕ3/4ía"ûþ-(r)úÚïu}¦ëiôÃ_a¥ÿ×"Kì.ý×¯Ú
WðêÖô¯ïàÒA¥-"¬ÑÚ¶" _ýí -5""Ü6 Ø`"ºaa¬0'[
%"Ûkö ü UWl/¿°Âï `-"(c)†¿°~Ç
† 8>8¦Â_ú±ÿl ñ&ÿcˆAŠoŠÿJÒº±
Øÿb¿1/2 ö!1VÅz¦"LS Çl+Ù
IŠ×"v-"Y
°-a'Û!ßP1/45ò/]Ž"]È;3/4Õ¥Õv Ô*L-¯*|0UN o(r)MÓIþªÂT1/2¨oA¯a:i Éº
*°Wßl-Ð`µa}l-¯pakt Mm/AÓÃ
h ÂØ/
-Ã,`L!èpÉ º Á ‰ª hDX":?‹ˆ0^÷µa ˆ† DD2öVjî" É" DDq%ñ Ÿ

Ã ˆˆˆˆˆˆˆˆˆƒ1/2 aDDDDG ÇQ õýWª¶ º]qê¸þÔ( ÿÿÿÿÿÿå2...ÿ"ulÉM ŽdJ;¡•Ò2)'qÙ#; æB 4(r)ì
Íº
¬"°D=E(tm) µ,}O$ˆªû•ÊO 'o ×÷Z
þøPµ(tm)W Ô
džé/...ëÂ~ïëÞ˜@×"ý ßëÿé'Ù‡+‰ì3/4ê÷Dsu"ªõøD&
Ä_Ç"¬` ±¡÷î·Daß] z[tÿ·ð›[m_Õi:WÿúOÕ:û÷² Ù-EÚšåÓ ò4y:<2œ‰
Ùt ù(r)6DPPD9 E rÙ¦C #d ¡ÙSy Îµ›
- xŸgÙ€†¡M1/4ñ"$I-(c)s!È5% ÜØò Â!æDPób,
¦ ` è ¬B
"
G‰Â.w7û
a ØAàˆJÃ!...& nÂy Á u œ""xf ˜)@˜" ƒA w3/4˜Aø@Âz" xAÚ
, Aé áé Ðq `ˆ&
d†`uG@"6lSPR q"" 1/2a Ði Âk¡ö
}Ó " úA
a
wªÚÄ4;TÞ"uN!ðÕ
Å-±iÈAÃM> ªB : 0ƒ°ƒ ,ôøï'ÆEtƒDW CäŸ Ó¨† è$-œ\S·ÈW¢8Å¢?ë%ý´N"DÍ"D 2¡¢,2 Ú%
Áò&Q?° š%Œ&¨‰
7"M
é¿'Ó @Ø4(-´N æˆïh#2'2‰t Äœ4E‡¬-ysÈý¿w#›@ƒÈ˜ØAï" ën n')ôN-'~,
ðƒt &Ð@Ã'ùù £Õ ç '7 !
¯-ÐOAº

Òv ¤ ¤EðAÑ4t, z†éÑ 2 ==< é[t•é ÷ ?V° ýu
§ô tò5t r/´ƒÈ "=}}7Õ¥Òtü'A7 ö Mû (c)Þ(r)ž ã4êõkZím'Õé7¤ é3/4øOµW
é3/4ž Â OW kÿ^=

¦è5O[õ·]izÓ¯^ÖÁ¯ÓT  wh  êŸÿÒ¯ñ§VÒo_"-ÂÐMÒ"  3/4õ¿Å{^>K³z¦Ö*w  1/2A  Â5ÕêÞ"ý?ßOµ"
  ýÂz÷î°  ªë×Ûuü?ýýÞ÷ô'1/2=ü0Ýÿ¦-Òú
Ýïÿz¯\  =Óþ°l†
ûûÐ¿÷àÒ1/22ñ€  {õéUßÒQß°þœ‰...(r)éû az5‡ìè
(r)¡  ë‹þBéäQßýÒ_ÿ¯ÝvBêââ6    "  UÙ  'dp]d.¿ÉAZÕÕ  +x/,Óñ1/2  õá  CÖ:Öém28  °  ,ýwd
¹
  ÿ]÷ÞC
\{  ¿*]×M  €G,ø-þ¶úÿì=ôê÷x¦1/2ÈÀÇÿ
>ö  ýÛê"§  ´ÝƒkÕ=´÷w¢  ´‡3/4š¦s]z¯ìÐP¦è  kïûÜã•ûOÔ´ÿH7È  äÇ
X  ý  ¿µ  ‡1/4"d

;÷3/4ÒÿDgõ‰#µ$}÷,ªÿð‡¬  ùjÿø  "9c-ê¹5tC°ÿÙ¬NXD  ÿ¿ÿôÈ¦-~(c)  ¥k'  ë~ë  m-op_ûþú  Ü^-¶úõ
2GÂÁ  3/4ÿ"@ý6E
ýêÿ  rÃïöÀ›túû×¦é
UKëk÷ÿÓ
÷zêß(r)ÝäÈ_ôÃ÷ƒß3/4ëÿé{z·þß-ýzÞ"¿ëé(r)3/4¢GwýÝª_Þ"Þûêô¯ÿžÛÜèìëßþ3/4þþ¶*5O÷úïÞý}W¯ÿf§¶
1/2÷}g¦ím6ÿþÛÕ×š  j1/2ëÃ_¿6Õ×´ÿë÷Õ[µÏ·ëïµïÂß|V¯¯[_I¦÷ûJ3/4êßÒÕ›]°¸ï¿1/2zí]¤ØW{ö×í/×ÛnÕ
ÛÕïmwXzøW´úní-‡úKíÝþ(c)ðÕû~NÕ[m^(r)3/4ßkÚÝZÜéÿk×ÝWn°ÿpÕ-Û
\0(r)Ã  îÁm{J  iH1/2Û^øk
&êÒÛ]3/4Õû
¶¿{  †²/  ƒ  -&×
41/2°*{á5nÃ*˜ž1/2^Vï  ÞÄ·µ  ñ-ñ\  ,  0Vý^Wì  qX"Á,          ¤_
l0I†-PÒì-ÝúÆÃ-Šcb¯aZ×öE  &E  ø¯¯°•²(õ¿kÕ¿¯d-:µÕ  -Šû  Ø³b¢-ŠÙ    `Â^  (r)  ]
1/2  x´Û  0ª4Ã¦Þ1/4  "  ní¶+^Óÿw²  é[PÕ...{°>DÇ
a6Ó-0¿aK€š
l-ˆLWÖÃ¯ÿûI†(c)  Â
  B"áv-7(r)Õ÷†¨4"á...¤Â
má,  ƒ  +A,  0"0"0BÓš°
  dc  °¶Hpšì0-...  ¡aPdÅ        "ÂÄè°èZ  `ƒ  †  °X^¨22~ƒ  ""(c)  ^^^0B""0"2KÎ^A´
-¶  üDDDDDDDA"Ý"  ±  TB"¯Fc1/4W    òÒ  ÕöÕ--¥  [
jÒ0Á
  ÿü˜ÎÔ  ÿÿÿÿÿ-(tm)*+ŒfI
d-Œ‹b¦  @ÙÚÁ
\v1(c)Ry  2¦É  >d
è3-Z,-ö   ¤TµÛ‹~ä]X&  i  "  Q_Ýs*çM_¥ëÒ¥^ë3/4  T¤ÕkøJ]ö×"  wÿWßÐë×^Lr‡
  P  Õ  ßîµ  ¡lZ   wo1/2~1/2Vÿþ'Uû×z"ûê¿Æ3/4õÝSõWÓ_}{J"$Ù×\‰F¨Ù'1'dñ*3Ñ/-žôíjz;PÜ  N
§(tm)2Îõîà˜š  -VFâh)0¨U  vÍFCŽ¬¯
6Õü  '1›"œ"  ÍL  `^š2€€š}œ  @û  ˜D  9  ÏÇ  3
pÍðË""¸/  4KvÉ]2    "Aà^]H,D]A  2  ƒÛ"  ¢  ...ë'  ‰
  ‰(c),"È°†"^lSPRM¯  f†ª  x"-uou]    ÅZa  Áá  ü
Â  ^  ~  O^‰  ¡  ¶Œ  ±O  ÍŒ  ƒ  ðÐtøA  a  µM
0¯  Û¤
  i,
  0ƒô  z

uh`ƒn-ã^jô  ]?‹X}ÕÛ1/2úh-šx@Ý
¿B  a4°±îê       ¦öƒø´  Z#"i25  Þ3/4A¸ûDv  ·'7%Áò;fo´K².=
(vÚ  Z¬a<&œZ§}Y  ;M9  ö-O´"¦†^ƒõ°ƒDxâ-  ~d#¹?ÈKÂ    t  4N"GîÒ"g""ÁX†D¶‹;"¦Ò~    ù

~N"(tm) &-ÈŽk-Ys¢-¸ŽÞOþêJ"JtJt o·H; -Lí· "ò^è7 £é>Èý ƒpMÂ{¥(r) º¿Â ,
W ÐMé:ðžž¯H6Ü ßšBûÂ
È¸BvEö(c) öº]0êá7÷
"Ý>•6,t Èü"¦ô Ku"ÚZONÿ1/2_ÐzªjŸ_éÒz~"§1/2~I é§"ýw÷n Ói
úWÝ-1/2&Ú´ n ]=;tôð¬?úé×þ-_v=ÿõû_ÝBëþ'n MÓÿú¯´"_÷-/I§W~¯I"K§kW´ºhpëým?¯uãÿ¥jÞ=¯ú
ý?]o (tm)ÚþÕ
7tµô/ét*û
õëJÒoØ¯ÿÿû[i`÷ªßö"ýû÷~¿ûû{õÕÛ1/2[ýjõÿÿ1/2;·ëjÕÕ-Ó¿¯Ù€Ã"!Qò
_k¯è- w¯ö"ê1/2`ú-zô¿ª_`·¦Ÿ_ñß¡Þ‡T- áu]iý
/!‰¯: ê¿îÙÔ þÿTÕë¿ä.Âî›þŸÿm¿s #§-·úú~ø{Ó!†.-_þÞƒ
û ßïõ( :ëþŸÛÿd1²ÇëûÿúWÔœ ¸Z¿W3/4¯¿-^
ýuíUx:^ ÿë..."ÿßÿýÃ ¿ ÿ÷]Â ã§úÞë ,])
$òÆ Ó¢ ÿïÓ¶b| oäOûýß¢ ë¯úëÚûì;"k}_ÿi>¨"ý¬±w¯|Å7æ(ú×"D¥Wûÿò
¿DÑõê"tI Þÿ*ªÿZ:...Û[U¶1/2þ-¯¢D7Ýú÷õo}ïù2-ÖªëïàßèïÛïT
ÿþ¶Öºß#
uuþ(r)"ßï...W_ _ºN'è*{kNþî(r)êšÿþ´þ¿ ÿ÷¯{W(r)B:ëê3/4Cwÿ}ZWý Ïþ¬è ÙÑ¶ù(c)" Òÿ¥ªµ
"8û^ Ú÷ºTº ýoÖ¿ßub-Û¯uýûÿ\êêŸîÞ1/2×öÒîíSãîöû3/4¶þ"_íµOÚßºûûöÿÎ íÿÖþŸõªÒŠ‡·Úÿ ¨aÿj"{
î->1/2tÚÿ¶1/2÷1/2Zm¯a~¿-uëý× ÿjë
m{ÿZuµ´¿´¯oKá¥[ÚªÑ
Ó† Þí/a¥iz}+v M/×ïïÛïÿû¥-ðÒm-R°*zoi^Ú¿°ÂOÔ5ö ¤Ü85l+1/21ò.T0aoŠ`Âö '1é1Å7
+ë ¶ö ¯þ ÷Ü0ÂM"a(a] ¦Âµ
+ 2,%ö9 ±^Å+paŽ
Ž (r)ˆaÿµ íD-‹~Ý Gt" "È(tm)ô¶ Wÿ°Ò×ñ ˆLTvÝq,~ÆÅE~×T×´•ò
=‰ Z}¤ûì01/2¦¹
ú† UÈ.öû{ýb"ÿb(r)Ö-=2 û!cÛM"L& õ}°¯
$›m,ÚO[
& ú† p`ƒ
jßðÁ[. h0-umo·
Zwû^ý¦ `šÕ...IÔ/
'
+Ô0N ' gÕ9B ..." r ˆŽ&¬DDA"2 t"A" mPëI°_^¬+ DC, † DDD
ÄC$( hDEª U §
"v N1/4DDDDGÉ±
q /ô'm.1/45å¤´ ¨¯ Z3/4Âô
DGÿÿÿÿÿÿÿÿòÒI ‡ t(r)Pge
* fUJš 2tvŸ47³³Y1/2-zù
´•¤þ uÕ ô3/4êîÂÆÝûî*+¯Åwz O÷kÿý ¬'d"Íh"yX•Ml•Å AÆÅ*
9³3GÙ !"82C? ñfE ÌÂ ãg"(tm)P ¨ C¢`PDMM"]H !p¸#,Ã > yÍLÐ.lÎ¬
r 3A(. L
Ñ-šƒî "ÑøAé"
d Á5 ;A¤ @ÉÙ
´ @ÓA"ïOÁ Ðpô-õ"Õ=Sðƒ ?tÂ ^Õ§u¤ý´ zq"ÓÕ>7Ó×ÐoêƒŠ‹MX´ý }èEÿ'· ¡+ˆaSD[q
êþ¬ Ó1/2"]ÛY (œÝÄ"º¢#Á-{¢_'1ò$ 1/4¶Þ, ÷åÓÉÏÎ 7!3
³îE§D1/2ƒ j oè-†›¦K, ²Trt¿"þ Â °
ÝÖ'¹$PA ò9ºtƒi6Âz °Ÿ"ÿð›ÝtžI 5õ¤úÂtš¯Úþ´ --÷IëA=7Jÿ" }?uÓm%_¿ïWÝ?_ÓéµÒø_Óý= __
´']ëê¯O×WôÕ?õ]¹cÿ~‡(r)µ ëµÕá ß1/27ôî"ïÐµý¯_ïéé.•$ÿt¶þýû¥§}jôý¯iÿÿÿÝuþ, ýÿàÞ wïŽ›^Ë,ÿ×
Y /ý>ÿû{(r)öÈ˜&õÿ[ "}Õ U(r)Ðý s '×ÿî1/2 kÈ éÿû ý¯íîÝ×z1/2ö
ŸÚÿúþ nûD ×ÿý ÓïéH0áS~È ×á GûýkûÝmÿ'v˜³ûõ÷ B÷í/|Äúó¤ë}h ê÷~ÿíô zx+úîþÊqz1/2?

z÷¯Ýë"D'¿ô  Õõÿ-tÚ
3/4þ3/4  û¤ÝöÕûû×3/4ž  þÕ¯ÿt›ßöëÿÈg  ·×Ù
×üê~3/4u  ý¤'×é×ë3/4øõûl  ïm{=WõÿíýÔßÿÕÿûvëÿúo÷×í  ªþÖëØí-  µßûþÿºªûéØ§´3/4ß÷Û"Jû[í]{"÷
¨ïõß  ÿoÿ|ûÿ¯¶¡W†  Õµÿ{°¬5ºÙJël  ÿõ¬¿ðdp¯êµul 1/2¶Õöé†"
%ì  %ì]"(tm)    ±ôÃ#ñWÞ"ØY  þÇ¯Ó}øÿ  ãŠŠö9  2
ê+é...·  ú¿û  þÈ#ÕþÔÉ·-4ÃôÙ
‡ì,
Ú  ...ïa"*(r)¶  ëú²
ïÁ,õ¿ñø`¯¶µÃ
h0]†  x¨0ƒøOJî  %ØCì
qØCì!ÜFÐ    †I=XB  C^1/2  ra
")  ^^ƒ  ""¢"1        qêWUk"ªë,î#"ÚÔBï¨    nüGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-  ü  ÿÿÿå(r)¡K0Y    eò
ñ  Ð2¬S±p0{;-ÎÃ3´-çelŽ%oq  †Íé-D  ^á  hDHMš-ºÍtÉ"ÍÂ(tm)  ŽïÏ"9ÍÆ  5"áÁÖK    A"ã  |ínuÞû
L(c)0P‡A"    ÑÞ-á    0^}5J¤‡Z×NEÕ¯M5ÕïMUÞÝV  eáÉ=é  ¥Z#¶¯±ïëM  ö¨fü-  [ü  {ý  ìn  <
Û×¯%îƒh  nm-´  ïÿ  En\Â-
ƒ}ïuAÕêëÛõëñÚÓ×Õ'0êÐMÕú-~Ô+÷¥¥tßôoIëþƒ{1/2  "1/4íPÖÊ|-¢:';÷ÿL.1/2ºû)EuÓ¯ç¢£53cMÊ  -
KÇ^  2¯¯  ;:
0Î†z8ÎFÅ5Œ  nD
7
ÐÍL  ƒ    Å*  PZÿÅ|Ò6!    "È@-n"  lÀ%Þ§A  #c  -lUûú!yÒ(<"  R  Š
"a  |Ó  Aê  ‡¥êÂ
¦  §-¨zwX d†    ƒ  -t  K3cl    †Ï3a  '  W"Ó  2C
 x@Â
  ÿ÷  AÍÕ
ýz~  ua4-  ðƒMÝ4ãAßÅD0š  Æ  Å§  AöëX@Â§"|x  L  _  ¨¨H8†ƒKûIS]8±ÿˆÎèZq}'èZ#Ç§
~äc‡'Ù  ?N:î=Bq
B  ‹1/2ù±Víc[Oä@-õcD¡ëÿ  "ù
ôGnEÇk#Æ‰ñ"·  6ÈíIüž~¤s
Ff,r¡ŒÆ3ä1/2È3/4GMè  >‰oz'Gvëˆî1/25(c)  è  'L  š'O(tm)ý¥¢^äAè#B  -ýÿ{(c)
úÁ6"o  ô  Á
  ßòd-'§êâ  h    i\Œúm  >Eö²tz"ÎŽäë¤  r=Šíý^Û&¡7][éÿÐx!IäŽÿ^"OO      ðª  +Z
-J÷¿MÓ  o¤¬Ø[MPzéé4?ÓíbÓšÐö%ÛK§A:JôÚM-=7è.šéÕ"¯¿-&êìÀ1
¶"-¸lûj  JÒONÕöªÝii7["-:(r),
Û]tß}>ïi_Z*¤Âô(r)ÝD¨ôÿëÚŠ_  --ªë¸ÖÖÛKº¿v¿Ú  n1/2ëwßM%ß}  Ý~ß(r)  ëJ->  ýRÓýz¿÷îõµ^ï
]²dé[ZN;Ocþ3/4°†1/2]  T•ú"ô?3/4·ü'yâ·ßôNÿjú  oþ¿êéWZ´Ýû°¿  t  N¯'qvþö·ö×éÐUô-ÚôZš"8¿  ¯
þ1/4wßv‡µ"úú1/2ÖôK"ü  é1/2:}í~¿'°{÷ôþ"§      þ  éý÷þ#ù2wUÝÝ  þÝO×mß    †u
jö¨ÿk-/þ  *ÿÝÛ\ê  UzV"÷§úý*~é.ëו‡ë¤ÿB¯å
E  ×¿ißÒôõûÕß¯_rp"í+ªwÿzÝ¯Þ-_]û±å¨"ÿ1/2}ú_ð^;Ðo...ú´úÝ¥ïøD.këÿëD<uzAZÿ¥ÿ2µw3/4¯ïÎ"U¥Ðê
þõ¿"  ¢  ÿ"Cçîšûûu]×º$<  úöš"E¢Ýp-ÿí¯Õõ÷"Õ-  Ý/^ÿvµ¥Zòaéÿ  ÿ¯¥~-ô-  3/4¿¿\  ù×kIûÎ1/2ÿÕÿµr
  ú*1/2íÿöÿ"ÿi  ~ú[ù  þÿ{  -Wo¥ÿbûú/Ðh=÷§M{ÿ{ÿÕßµ¯5=Vÿ;>zíûÝ*¥/¥-*
{ÕoÕ¥kÐþß-ÿik÷ÿik÷Muý:Mw^ÑÕûßm-¶/^×w(r)-  TÒ¿¯"þ¶"_±nªÃJ¿oét*¥_ú]1/2p"ªu}¤Çk  ïZÕRî¯__·"
íõúÚûk÷ÿÿñÎÿ¡ƒµöÕ÷Øï(r)Õ¨¯'têê  þ-[k
Ýì/
/ðÕµß
~Û¶•  -¥ºÿ}öÒR  í{^×J  V·ÿPÚUJêÚÃH¢§Û†¿ÃV×Ó
0-ÃACŠý´Âë
/MxaWa-...?ÚZiÿòì%  ßúî¤-§  ¬0"
,[`1/4  JôADÁ"¡¯¨28¶õí¤÷¶  Š÷ŠXaX?ö)  Ø¯~¨|øí  ívÂÿ÷Ø×ý  âXû

EG{Ô  pîÆ•ŠS     'ÿc^Ø"  ]&  ŠÙ
wûL...‡Øk¿ØK†A
ÅðkÃ
  "÷íuû    X\Pa2  ûÞØ'"V  ~Õ
nšé...ûM=¶Òl-...Þ-4-P-"M...ð¶C   ¤+‰!õ÷ÿ¥O^.¹‡TÖúõØiua        ‾j¡...Ö
  Ò@É  "  A¡  hC#ZB  A"".
  †(c)",XaZznµÁ,Ø_A...°B¡"  L-...ƒBÁbK§        Ì  ÄD2{  )""Ž   ÖÈp...,
Ð¬é÷DDDDDD  !            B"".1ªÆ¿×ª^Ÿ^ÿz  ÿÿÿÿÿÿÿÿòÂŽ>ZDÈøÎÔGgF^ì²"d·  (tm)  EQ,j
jjLàL'dÚl-rÞ¶¤  *  \  ø5¥Ü(c)jÞW#[-ó_ïÑ  µ_
û  ëÐS¸Nð¿æYÓV"ðÁý}t,ë
þ  éV]  ÷_¶¿  ô-ÿo^"þ  3/4‡¡w±Åk|_ûÿú};ý5ÿÿûkÖ"3/4-÷ÿ_ÙXšM
(tm)ä,Ô  e  f  ådû6D,d!•²Ê˚Kåu#é‡U¢
›ÎÆ,"ï5²"ïötÍQHyÐŽŒü  ...ò‡"ñp$Dó
AA  åXx‹6~K³b  žA  Â
  Ô  e
    2    3¤l!àrqH€[jd!B#¥8dj(tm)
ä|É  H  ¬  øSŒ  2D`@A  Dó,"38á  Š  "Bƒ!èB¨-  ÏÁ  "yNÂ
"ƒú"/{†  ha>"-0  D4    Pšzn  †4g      µ


ì"  CfÂB  |h;Â
SAÇ"  ¨@ÓL  ðšïÚÅéñ
õ‹        ªjÝ  ÛO"A§  ÓAÅ-§A  C‹Ô
zt.    Ÿa6í5  -SNî  ô...ôúûì‰oC  v‰vK    VÔZ#ç  GR/4K¨"Ü‡-^¶Ñ/jÈ±M    Ý-1/2
âêÞ^ÝÉÿjKœ\Ÿ4E  ^"\°Q?t˘ù1/2ì"vú"ð|-3/4Eù  (tm)ÍH³¢gÂt  ?¿"û"Ù¤0ƒ
‾h&ä_pMÓr'M!D[äç¯rn'-9.²/=nè"Ò\  ¡$  ÎTžGÍ   Dæä%3/4@ÆUè6KÈ&íx  ö¬
ú  ...þœ.ž  'ÿ"è^,Aéè:M¤ï  w  Ò±¡"
  xNÝ"_;"1/2  í_h&á:OO$ŽÈü"ë°  XA3/4ªÿá  ÿÚ}µ  ÿð¯m=Õé°ë¦÷]éô  p  &ïA
"AªZÖ¶"==6"UkO¯úNëÖë3/4•úýþ¿¨÷ÿ[ÓÔý{ï[Ii  uM?[×¯}¶Æî°Ôê÷z"âÕ5WlÃ´°§§kÞÿñëoÿ}ö-ºwt†
‾íüt  oÝRéëú_UßÒõ^"}ßU¤ÿ¿Þ+ÿ¿N1/2Aé~°ëvé¯~ôÝ  []=wŽÿÿjn  µÿ~ïPÜ+"BAÞÛ¯OÚû§ýjþ
Ô-ÿ¨"û  Ë,ñzZÖ-"õßÔoú  Ï"‡Ñí   1/4-Õ1/4
fÿ   _ÿ3XOÿNó :ð}ÿw{ñÕpª÷ÈÀôè    Ý-Ô/þô#aÕ/ú÷ïÑV
2  N1/2¥}/^ä€[]ýV
îÈ/M}  Ö÷1/47ÿ:,ê±êÝtFÃ×_]  ^nÿ}¯  ÿ°˚8öïñ¶ïú,÷ÿö  °a÷íÕzzÈ¶UU¯û    ÛÝ1/4¯  ÿöàßÛûƒ  ¥ÿ_
D/C  þ¯m/Ñ
ž¿ÿD=ÕH  ^"Jÿ1/2  Y‰o*Ô(r)ù       ¯Ô*÷÷¯Óÿ¬Á-þøtE<  ßéÿ×-  gï¯þM  È  þîû-¥¿íÿÑ  :³+þøD
÷û1/2É@ÿ¥Þ"ýh,  D  û0êû1/2  !  ïú  ø7ß^ÿuOKGW¯è  ¿wíÖ#Ci÷µáÿ?i×-ê"7û"×í]þ¯ûÕïK]ÿëÿìÕY
Ô÷¿íz¬èKët1/4  Zý?  z1/2ÍM¿ë¯¬?¯ßÛk¯ÿÿ_í(c)  ÿûõïtï"3/4ÓÝ"°{ÿt'{ïêÃ:  *ÿõv°ÿïÜç_ü}k  ÿÿzêô
úïûk²§_têßÿ3/4(r)u6×_þö¯é_úÿW¿(r)°÷°ÕŠkâ¿I  ÿß[M5}  M{Iµl/v•¥~"
.×í&Õ-kkaot1/2µé†  µû}í[(r)×W¨´"_ÿ¯µµm(?¿
4žÒ´¿¥íïõÛi61/2ð×X"O[|  +iC_†•ö•ª  ëaa(r)ÚNëMC
¶¿Û÷ö
ÆÈ±‡õñH8|E"  \0,Šº-"Øi[
  ÃX4"Z"
  $ÇÈ¯b  ö*-Ša-    ]{Ç
  ²'  š¯Ð(r)
À_äKÿ±l,  ^_þÔ  1  ïcaïìqM'ö)Ž(=...¿  NÅUá(r)šc  ü2    Ç±[1/2íIl;ÿÿÖAwµµ  ~ÁrÜ&ƒ  ì&·y
=¨=ê¯þÈw3/4Å
?Wm2  ßß-C"í>"¢c...µßÿêì  Âv  uÒU

'Ã A'×† 0_l+
-"ÈXtì† ü5L ÐaZºº
:ÓôíC# ... Õ4 BÁ8a ‡ Él^""$º HhE" L pi...Rà-¦ÓXab
Ë F"H<DE¡ ˆ ˜˜˜˜˜˜‰. HŽ"DR`(c)•, \Dq õ×Iþª-,£‰-j ž›_-x[ðÁh DGÿÿÿÿÿÿÿÿË
L/;T v1 qÚ
üvWJú3(2Ü Ã ,á-d êœÉCw;Vgd(tm)¤vë;(D ;N, îv
ÿ£¸M Tð¡p(c)(r)þ ¿...M' kºÈKnéÿ}u~ÿý CÒ¯ë¿Ö(r)Âëà ÅÃý
qïÕ"ÿÿI={ëÿþïö(c)] •ùù š '
1/4 ŽÄÅ#ÄpçDk ' ¢ æÌ•² ¦¢DG Œ3Ý˜ " ¤Lüé'ò SŒèˆò"q...Š(tm)mÒŒ•£FlPAçA
(tm)ã# !"œ[!Õ,!= Œü "(tm)u 2 ²!È : ¶XdJ {
ƒ30"h<vf Ó.Ì (tm)" Q(c) - éÙ aB iªt `ˆ!ê ƒA¸BDçe `ˆZˆÛ z
' Ó D æ€iÒ
§ ‰öƒn a ÆB"- 7£gH0ƒðƒþ oA
þ÷L âÆ M§ MÔ ôÁ ÖœiÚ¯a
;OÐôÐwz M]ôÓŠN64ïN öø¸Û ¦žš¦(r)ƒ‹[±hŽá8"ˆzq~ÛÒ%í dZU6Eu3/4‰cDy YË¡ ß
] zD|äN¢\þF "u Ê"þ\ò]} ûDº‰s3´Er‡ÈWa>ˆœÑgrs
DÆ‰ûÑ?¢^äYÌß#£úm vgr "¤Ò-ÒA á
w,nI (c)IÝa
,nƒo(tm)Ì,
ÂnƒTêè ýÂè< ÷Á aÁ ÉÍÓa:´,
Â
ƒr>h ôÝ;]w ž¿H==ïÐz}h=z1/2é;Z_ì7§A; ºn›ôƒi> ]'...¤ ´"´õui:þ›j×-Ò Ý1/2ôôõié6"úMð›¦ô3/4›¦×Ã
3/4-1/2¿Çë"ô S ÓÓ×Nµ1/2ééÝéÒz¦ú{ªê
Òuí'I¯_ÿªï...ß3/4ø`×éëÐ]õ N1/2] wëW[î(c)zê×ýSì Æé¶õqoêëmw¡nž1/2r&
é7ÿcúoT;ûíØÒ§W-ÿï÷¶¿ßûú¯_ÓKÕßìÐKÁ/Û{ÉHŠÚ_ò
/ý]W"êï"öf"§Lðzë[ÿû¤6 ü.î' ý~7R4 uÖ" éÕî˜2. ãu)ÂúuÛ"7 ×] þ;þ>ÿÛW ú/lÖ ïÊ°Ç¿×ô
L 5þÜ7ýtÛ @Ã"d0ÇÕõ Æïzÿº÷ú þÙ
ý Ã ]8_K íA}÷-ý~ðÃ
÷¤
û^Ã¤êÿ×ÿö3/4ýH;ŸW_`ŸºÐD ×Þ¿&"¢ ÿKßmwUÔ0Â!ïò
ZvÑ íðÃ¿ÚËÂ‹îMCþ¿õl,Ãaßª!í}èÅ$Oÿÿ
Â!'íý<ƒi~ }É Ÿ(tm)]Q -ïðaýÒw á ÌOþûäXZï'?·¦Ñ2>ûÿiI'é?k§ Uò6rÃûú&E}xDtk zë¿×"Öþ
·X7 Wú]]ÿßo×îºì?÷ü:]kõû_
Õ]¿5¥Ûo¿ºýÝ,ÔÃýõõ~u(c)wõ÷:¶é.ÕZÿ[ïüÖýolêwþ*^ wï°ƒÒ³¡¥ý nÿïnÎO] þÝï-¥×ñ1/2ôë}ßÝjýí/ûk
[1/2ë(tm)÷¯uûú}¿O×ö;JûÛT-"K]}öï†´µöºí"ª"Mv•?áÕ(r)(c)úø-oïm/mS1/2oÿÖ›]jì&ÿ±ÚJ¿a/Ãi;§
[¨aj
nÕ‡_~"¶ µ1/2-1/2ÕÿÜ ÃXiZ]6¬41/2¿w†-÷ÝX_á¤Ú\2ê ×Ã
U...´¬,w ïa~ XO[¨1/4 3/4ÂVþ|þ¬pÒµ`Ë ¿
,5ÿúb `².&8k"õ¦8`œ‹Àí/ØÞE|BbžE ºV7¸Ø÷bša'Ð,‰v
$- ¿Ý G†*!1 [ 3/4EO×iˆW1/4w"LI"{
UôÂ¦$£MH$6Ø]"!âª ]ú"!ß % Ø"Ø(r)¶ }-...xd+Úþûv ðÈX²
¿i(r)Ý...öÂv"DÝ0ƒZ• ÕU¯Ø ÂM=" NÒoµíw[
† ˜è5ím{ X`ƒ ö Õ1/2P`˜XpÁ5
Á-£ í0L f/ iÄC ",' XNÐÂÕ¯°B Î . , `"Z É G
˜˜˜˜˜˜Š˜˜˜˜Ž"8ˆ• ‹
ˆ‹ˆˆˆˆŽ:FBk TW • K"owß}t +I°3/4ÂEº± `¬Wcâ"µM ...L ÂàÂ`ŠéLb"9k
qÿÿÿÿÿÿÿÿÿÿÿþMÄ(É³ñÿÿÿÿòÔ+ãÿÿÿÿÿùj ²¹QI¸C2ZFKnÈ3 A4&fOj ö*\†ŽËŒ-Š˜l; (tm)<ˆ0(t
m) y'tvkô {...á "

z}ð"Zu(r)I²i¶ûýj3/4ž3/4´Â
ûN¿J›Ñ#"y=•BÑ/r,9 É ú°öím
=iaZ'L°˜×WúNÓÞ"_zn›ÿnº O¥iw°×Õ^3/4ûëü "ÎæeHµ •d
‰hBZ!NOš2TÍ ÷ÇíÉQ *3±£"; º Ù±
s:GVPgV`³dAÀ D!° ,!hC§"q 9!ï6(" (c)
@dæHh4 >Ì t
ÍŒï L•'
-#YT}2 B
žfÄ: & š...!¯@üÀCP"¥' " 3h_É ô "- A ÓÐf (c)"ûÂ
t £"A¦š
ðš
~Ð~ •q,' "...Ã N€fA
, " è Â
]4 L
- 1/20ƒ Îðƒ"Â oMÚAÅD4Ðh8"M;A¡ÅØM~ÓaOöš pÂ IÐh5ð ógÕ"Ót!¦šéEÛú}a
.õAöš$ôä
ídxÕ'¡ò Ú'í G)Üœß¢sh-;,¹ ûŠO[Ðôú! '"Dy{'Ç% >OöžšR\ÿä\h-6é üŒ! š%ÎŒÍ ÷ ù ´
ÑA(c)shŸ¹ ÚAà...Õ ôè Û ÈHh#1ÈGèŒs g "Ý'~Ñ(h °%Ï...# UDæ &ù è è òs²A¹*Q:
k ›ý ü è& Ú ¶¡
A6"tÝ=aá7¤ Õ7 ´(r)µêÒ
Èq˜ ÚO hr+Â CbÂUH: Ð¡9 $Ý
"
M¤ßOWM¤ßOO[3/4 oøAè=4 Sp°è=h'(r)Òn›˜°z×¦×iö 6Èb-<'"ð† í;V"ÓÝ
²/4¬ IëÚu -:ÿh ßuO3/4-J"aÕÝiÒµ¦;OéUtÚôô€0...ûÆ"0}{ýSö¿N¿
ðž {ì.(r)1/4 §¯}Sýo~éÕë~öèjÕÜ_jž¯1/4WJÕ°ßOûô÷N£]?3/4¦‡
(r)...w÷_uÛ-ú"ï¯ uA6(r)ð"ýÕMt¯ ú÷
ð~F ¯?-Õ¯¯m[ß_M' ÿ°Zn Ýþ¿¹]ÿÿô¯ ì.î"j›" Bïûn5 aïd p¤TO×K×í°ÿÿƒÈg"ý^"
¯](tm) Ÿ÷°¿:Z ÛÇ -3/4¹Ô1| _@"È= ×^þ}*uÈR BZú ·Ž
-zßƒ úø °Òý- õ÷×ûÔ ï¿\ V
[þß] Úó
^ÿù¦ëä¤·¯îÈ˜?Wzêßû}WOÒëýôî^ ÿê¿Ñ pø~ú÷Ýod çÿz·÷¿Ó6 ÿwýÿÛû _V² _ø+ýT"$ÿ
¿/] CDZ¦Ô LÉÿúéÝaëÿ 3/4ÝÕêÐ6 ¸ä å
~-}Öî^]¯žùbéþÞM(tm)[ßôL=äA4EÍúí "â†SÄh"OþµßúÚ1/2 1Q úÿ1S§ßÕ_"~"}"!ëï
Ýþþó¢¥Ô>Ú_¿ùCO"ã³"ÿÛ²Òuä3 ´ à-Ö¿[UÕþ¿1/2‡ýðoßþt="ÿ:*@êþ'ï¿~ßÈ3¿-v _m{ë÷Kß3/4ßéÕ
ÒÕ;ó(r)ú _öw›þ-¥ Î§úWïÚÙÄw:¿¯ OúÚþïü¯Õu{Ú' ÿýÎ(r)ê;ûÚþáÄ:ê"(r)"k¿é×jë{--§¥-" ö1/2yÕÛ
yŸy¯íkúôÞý^ÿÿjkúÆþé î1/2(r)Úß}¤Ýv(r)3/4•-¥ui]jõÕÂþÛþÚ¡¿>Òo·[iZî"í^1/2÷1/2¯¶"Ókw¶¿
'ëN-[Kßð°ÕÚî-X0--,]4âî0"
%ü5wïþ¶û^ÒÃIµ4wk
}á...†°î¯ §×
¬-_ö´Á...Xa]& I†-ðÂ°Òd\
&
Ž 8iC ¡¥ l q°ÂLVü}î¥¶¬4¡-¯¥b› /
(...Z±M"¬-Ã. Ø`-†
;a,]l ¨a^P"S ª"@" †!1 lS Èaû Ö"¯°×°N $ÚL5¶
+LSìS(r)á¦)·ØýŠv¢1/2¦î1^Å5^í6×² ( M4ÛƒÂ¦¯Zá ñ×b¿ØØ¦9 ‡
5{A"ÞµR !ßî"Lƒ¿d;ý...L.[,h0š_a[ á5²Ý EN `" °¯ƒ "-á"¿ÒÈaì&(tm)
ïjÂ¥Úí/a0ƒ
ì0 =,k`¯KÒâ !a>

!
Œ*
š°@Ð0ƒ  v   p•p^fp@Á  @Êžß
mm0MnÂ‰.b Á  °"A,a  ˆˆ°¯BFA,  "  !                    Äh0B  ("::
Â   \  q        ÄDDDDe´‡ímÖ  ±qÃ
  Qÿÿÿÿÿÿ)£5ÿ-rç&Â  Ú'"%ÙÙ(c)(tm)  2(dÚ§EuffæJ
ìv  íá!åGäWêÎÔ(tm)  v²×T⁻...ſ¯ %
(tm)¯...û´µ^1/2sMõÿzMZü%-ì*X_Õm"OÐ*  ¿ÔTzqý,W_ÛÿíÓãÝ(r)ý§¯þv  /Vy  |  gd<Œ  '¢"Ã+,Š^
E  Ö!1
šàA'Ñ  f£"¬èf
Ì!  !  &Éƒìç
Œ  R3Æ  "öt  /  fm  <èÊ
  È  {0.  ^A|]'0  +  Pa  :‹ö`PA'
Á d¹"-h  &T0A"  a  u  (tm)æ`"  óÍ  2¡"  A"
  &u    3X¹ó<a  k3ÑT3
ÑÁ~  4  t  ‡(tm)  9nBè'$  ƒÙÏ(CÐfŒèzk§"Ý  Ÿë4
Âa7Ò    °œX@ßN  ´âãM    Â  ô  @ì§dƒó-  *Ùó$  @  ^}§<VâôõÝ
ªI¯CÚ'{  ¯Ã¡hk¦±H;WA¢(íʳrXí:^¬...ÛÈ°ÓM4)Ø´ûëÖÖœ  5Ú#¶°Ë(r)âEá71/2  ‰>B  ÖÝ  µ
Ú  %á¬Ÿ·µD\¢ṣ¢  ÚM²?h    æw!/! :-L-4E†‰Ñ§ÈQÚ  ÞüCý?"ó@  °ªÑŸhœÞÚW%  ý  ›HÌ
  ¶Ò'Î²>"Í¢^ä_Éÿ'}Â
Èè  ÿ
  Û  <  ÚA´  Ô‹ÿ"-  <'Ðm
¤ÜœüŽm  ß]]'
*/éÈ"          ¦íª  MÉQú    1/2*n  ÐmúÖ  °  =
A>Âm+ª
ÿM+¤é
a=6œ&õjé1/2n(r)  m:
Ö´  5ôÐ2Î  _ù9ÎíÝ=Sô  ¯ª}7I÷§3/4  3/4×MÕíTôõúÒÝBa}-¤íWoOOTõ¤  $ÞïOVßß*ý7ëKêô1/2°µm
1/2*nž3/4"ê  U(r)žÿ~
Û-:Ziw--"Ú}iÚúÔk--íéôÂUt÷ék¯mß¿}  æzuªïÿú‹úÿ¥tŸuÐíþôûê´ÿ_-U  þ"^÷UUî    ~¿iO]?Ý'ïJÚïÿ"ÿ]
×~˜õt°§¥ï  §z ª§þþôÝÍ
Rûý1ûJGEÑ    §{0ˆã^×í×ôëÛz¯-²
/1/2÷Åñ‹ÞF
"î"ß¯"KúÓNöp  .·ÿ  ¯ÿÝ}ÄGÚJ"F¿¡ÛOÇ  ßzý  °EÕ§ÿ ÿHè  †"N•  ¿ê×§ñ¯úÿûõÿ"§õßov¿õ°ë  ]ˆü‹ƒI
ïþÞî
   }íÿÓÖý×ëïÿÿµ ÿ¿~C‡íz(r)1/2×þ¿ÿÕ?Z...úÕy!Ê  éÔŠ9  MZ"A-
>Ô·Ôß§¥‹oïOC8é~ž¿Õzõ¦  ÷,¢ÿ-Cuöÿ  Áß¿1/2Ñ
ß°  ,  ¹Škª  ¦±vµûû÷ýÿ(tm)A•þ ⁄é°~ßØÁþªÿ§n-Y:1/2L£ûkýz$  ßÿï1/2"zH3þÿÿÕÖÕ/×í¿ôê×ÿ÷Ã  M*_
WßµïÖêÿé[þ¿ý×Ò¿è÷þïOuõgFÛ_û¶û(r)ó°æ°  ë5{¿m?µ×þõ  úõþïÛgWÛÕÿ¯g÷û"Wï  1/2¥ï¥îÒ  þ3/4
›Úßø:íTÿ{:  w]  kãª¦öš°_ß×í¿þûñÔÿúõÿ¥êŸ°·VC;õÿVëÏ  ß
¿·Ò¿uév›  Mÿ¥Ï  ûõ"ßü5á¥  ¦¯ûkkiWßô1/2Ô¯Mÿ¿JÆÿ3/4Ý
iZ[û(r)Å÷UéZÛÇþ¿û§oM¥ÚÔ:¦-¶•Ók  ~÷[a+"Xk  ¦5  ¤¿[Î>ú°ÒÕ{K-µé†-"
+_ÿž%]Ðk¯il43/4Å103/4ÅC
i  ÿkÁ...a"¨í0Òl.þµßþ(r)¯†  a,[1/2°ÂþÚ[Ã  1hWúO1/40][
"åØö6š†
Å}E1_Ë•þ+
Tl4£†  Wƒ_i1/2øa$ôñÅLRü‰,*Ø§Ø...µþÚ(r)  ¿cõka^Ã"ëÚ"×Û3/4µþ¯QL&7ö)êä¦¯  Ã
H›OM>(r)  ëª§

...z-ÂkO[ôC öC o¶
kÚÃ]† &á0´÷O°ØA Ða CŽÿd;1/2ô÷Ù
=Š|· 0Jžá...û[°¨U´ûK°‡
/  ¿@Á´É      & &Ù ^´hjƒCC&à¥)
 ÁU-ÐkkWµék´ !a ´ =b!,    "F"DD  d "DDDDŒE1 ¡  hDAœ Æ...
 ´/Ma"Ðh7      ¡  Î´A'ÙJ¥÷° þÓ+"iU ´Õ÷
V°òÈh îÃ uÖ(í,[UoèX&      +;L¨ Q  ÿÿÿ;ZQÿÿÿÿÿ-Á--Ërl ´Ã(tm) Å~ŽÉYÝm9n3LïQH
(tm)"ÙG$ó7çÏ:,fB(r)ž ŒÕ7³÷l"xK$"ý  ×ªö¨.v
¶°"µÂ¯Ð.âetÐ%Â¦ô  ¯ú| 1/4/Y= Û²úû²üë(r)
ãU_Oâ-üWiŠÿ1/2÷ÿÕ;öÝÿÿÿï[uê°;(c)ÿþ}4R;_æFlìN×0"‰2&Y 1/4êŠ   (tm)ã%ò* $
F0@ì°" Lê) Y  ç
§  Ëø"%dQ"xÌØ èƒfÄ)Ø#ŽD #QÚÛù  §X" R Ù eœ<†) "@!Ð Î
Ö "Ã#äá 1Ã Ìè{"  ›L
`^€à "B  < 0D a"è ¡ØA" @ßOÐ`^z '#f "¬´  M ô,,Ðóƒ° šh D "0ƒ A'{ 0ƒ
Å"-‡N¡ Ÿ"Â
>Á ž Ða Du´A"í
45C´Ð~-ƒ
ú"k 3¨S@HN-4õA§èZiá8Õ= ^áñh4G
Âi¢~Ý ÷N ^ø´GŽ›† Ñ;±kZLh7é×´Â
Ñ,r è‹
  "¢]¨äXƒ'7%Î\ÚÉc w´Ò¢~Ð ü‹  æ ;åŸ%Î›• AÁ-,t
 é ÆBŽá
3' '<-u3$Dö%opf-Î"ûý(´ý à ´Lî 6 8Dé"ù; ¤N" i
3i tÚª Ý7Â
,zë´ tàôÛt- öJ"3/4 Ú "í< ÷" #žGÝU"äY¹ w"Ê múon'zm Û[ Ü ýð-"C¨a(A÷éá
1/2è6*¯ÂÕ~ž ‡÷ß(r) "~•7 6ßÿ
DÏ3ð . .ëÏÐZÝ?tÕ  ìàa+_ô þ...'±j é¿Ýp :t(r)ÿêžÝúÐWõª"¤ðêÛÜM¥o
ë"Ûéeá÷N±Nô={÷í(ý]=.=¤(c)?êÿß
3/4Ÿïï°ë þê+o¿Ýú3/4¿WP°ëÿ^Ãu}ÿï×w}~°Õ¥*t Ú,zMÍ §-uýl ¥ý?×|Áôþ°Wÿù   š[ •H1UOÄ|*
_å8 zô÷ß×ô"¿3/4ët ÿëA›ÈáaôÙà1/2¿ñË]kÿ!Š" M¥e
&È!ÕÕy'¨  Á4õ<ÿ:ÿx-×ûÜë ûß ² Ðÿÿd ‹ûu-%~ëpZaõÁ¹
 ÿ ' ;uý¯ý ÝµvŸµ1/4^ ý| Õߥ߰×÷ªßû|"-8aøa¦#ÿ_Ñ {¥n1/2-Úÿ ûJ·OU Ãî°ß~1/2ÿÈƒ(tm)Î4ï
ûNÿÿÂ"MàÃK ô
å"Û²h"æ¯¢C•g1÷ª ãc¿¥m'ÿõOý|°Gõ,YoÖË m%ý?ÿ× å8Œ<
¢D -ÚÐÐ1/2& ÝëÿA¿-ûÛ¨Ú AÇ_îÊ •ÿÿð‰(öÿ1/2.¯ûXUƒÕE ,öZÿ§÷1/2j¶ÿz_ýµÐé 1/2ö¿D
"íÿ¨ia‡¿ô› !Ÿ÷¤¶-éßWúû(r)¿û"-¿Ûÿ}þŸí G×TÛu× ×
-Ý- ízþ°1/4ã}H‡þ°Î‡vþ*v› k}ÿÕöÿj[jéûô...öû":2#¯1/4èuÿÞ vêÛ×Û[~ëöÕ°íWÝ/OÜ%Ó*m¯¥ý%ÿ3/
4¿ñï_´¿Ó{°3/4Ò_"¯"ê>Ôë]µ ºûn-^û_ÕêÔM-x}Þ-Ó~éíG zÝ{öÕuÛWIµ~ïVÿ]£¤ö¬5¯ ´¯Á-¥a{
ÚPÒþÕûâ¤Úí"úáý*ö¬[Óô-í/3/4×† iwÓ
(kL41/24ÛJ KûVÂí"˜a&EtÝ,vÃ  6›"ãØ3 }"

xë°-ß°Ò¯Õô"a/a,PÂ[ Ã
Ã^D3/4Á'ÄÍ‹
a+t Šb¿
Š:‰7{ Å1R-‰7l‹ãc¿‰8lŠÝ†6=ïdXR(ÄþÚôÕ:ëv+ãŠÃLS ¿±
ŠA±U¶-4ß±L/iáuì&Aø í"û!cÛ vßÅ{÷PÓ'6f×A ü"¦Ô/ö NÕÕí4-´Â}"Â   Oa"Ö v ßI¦BG
:ôÿûM>é[ Ç1/2¯a0¶(c)"Òo¦ A,pÂô¶  UhX@Á
uÄ$- "- R°"\DCB

Ë    DDD0A-¿auÕì+á'S    %  ƒ  #B"  RhDDDDDDDDDDDDDD  B"-0˜[ÄDDDTDA-$˜ÒÔ
-aGÿÿÿÿÿÿÿÿÿÿÿËLxÌå-1/4Ž^FAÇ`QÙ[;    &v6ÈFW,Gbñ9L...Ü?1/4‰(tm)  ŒÍWÎù  ‰od"  0@Á29  ¨s
#
2NŠšû;¯¢Kí$ê¯...
´3/4!J}u]éuíV(tm){   3/4'ë3/4In
  [[_ùgKÿÁ"C¥u
ÿÿkÒÚZõþZ    Zÿÿ_ã¢¿O¨1/2¯ÿ  Wô¿Þ×¯kõUûkîëõ¿-_ï¿u#Fù^"È  L&I  F÷:"?  ',    'âQ-Ž
    §-:_Ü    Ž  $<´,§2he)çCìôBjç    0Èè¤²@r†y"Eò
...À    °ƒ(8j  Aü31    ¶Cgš  ¡  D    Š"‰
ñšÂ'¡  L"+%oJ  ‡¹±    Pƒ5  NX"  ‚3Â  àA  3Ä^MH  -§  ,  u
E  0ƒ  4
Ôa   Â~  o¸@Ðo¶  Ú"  ü+iØAÓ-
š
Ð3
´
Ö<Ù  -`93^l†˜^}3/4é§¦  0é*

  ˜A,`ƒ    q
=
MðƒÐ}¦°¦š^...E'üh^ƒ´-    7Â
    z
}"ïØ‡,',!ÿø†›  ¤ÚÚ
-4þûA1/2¢<¬^˜ïÀ²œ³Ù    9C-¬  Ú#æß¢+ôK  2ÏöÐ¹  hŽ  Pí  æ˜ñÞš
!µÖ  N¬ÿ!GÉøh‰om  Û~  Ÿ=  óä¹¢$?Ñ,È1/2D°^ÎEÇ    ÎÈœø~Dø3/4g  4◊"ÿH  ¡É
wù    ÚA  |<6,    äS-J%í;ÿ÷N¦Dé*4  =  Á  ÛH  $  lõ
d^h&äæþ  @ð›"Ã"Ô  x_O"ôêþ(r)"  tõMÿ  §ÒÝ"ô  i  Í  ð›D§'}ù    °ÉuÎ-=l+IîšûA  á  Ò´›þž  þêß
3/43/4  --]kõu_î-°ƒ  Ö"mzZ  7
ý)  ^"~"ÝêÒèIÝ$úÒ›zz  ~µM×1/2´"ý{VýtÕ;ÿV"  îú¿V-ZkíÁ1/2¿,M{ÓiW}µ}¶÷Çwï  °ú¿ÛéÁ&øMã}:
ÿŠß°¿3/4¿-ÿûÓïÂ  é×é§÷a7ÿßÞ+1/2.-WÿzuÕtžþ¿êô(c)-Þ¿öž(c)úÿû÷]?"  ëÕG1/2kiuµ°~ÞÚ_  útï¹N/ù
  /ï  ]ÿô¡{_õmô  p_µ{¥þÿûÞ    ô  ¶GÖ¹
  3¿ÿO×1/2›
]#
'^t  ý~ÿÿ3/4/ôµÚw^5ßjûÞ·Ièâî¿¯    ì  ±××÷þ‡MX&"àÝÿ]þ3/4×_Ý¿~Ýûê?1/2[ïØ›ÿ¿ml5_  3/4¿ÛnÝ
  °Ýì"  ëÿ¿ÿþïö"ÿKÿÿÿ  þC  ûåŽZq_Í¯aõé__ÿZ`@¯î`  ÿÿÿ3/4¿'²ªú  ÿ|±jéwÿ}oÐ`ÿ]
ó
<  "å"í÷÷ÿ1-ùd˜ëÐÑÿý  ]þ‡÷ÕW_Ý÷Z'\(tm)_Ýt×Á¿w¶ÞÚn
ï××ÿÿ§&ž1/2?ÿ"Þÿû_ûïö'ïÏí{§ìÿ×h*x:1/2ÞC?µ{"-þ  "ÛI  ÿl†õ_µï×÷ÒußÝVÎ  k[ïôD  ÿ  ]"  R*3/4
(tm)Õý"õÿí¿3/4(c)  Wûþêôûþu~ÿÿý    ÿÐwÿU-Ø  ÷  ª
^AµÝ  ï`ð×":ª¦×ôßÿ÷ÿì÷ö¿íëÿª¦1/2YÒêÔ=kWÿYM(r)¯ñ"  V°W°¨ö-_ê,†-iõþ÷¶-¯×¯_Þ(c)~Ý7]¥  nÿ¿ÿ8ÿ
¿¥1/2¹1/2ªÚ1/2Ú-¥jÃIµl+¶¶¬53D  öÖï[^ø  M¥a$Âí(r)ÃJá...úÛ_í[]¦Ûõµm.í1/2  ë°ÂZ°Õ&  ^ö¶"ïCI    Øi
ÝXT
þ
  "    l0_àý6Ò`ÒcàÂ{
d\
/ò.  ""ßa"¡...ú°"4Œè›Ý&¯UÃ[_~ÇO
%\6)  Á-  †"S
  Ç±ÂC
r.v$ÝÈµ†  j$Ç  Ýú  Ä)  ÇìW  ì  vÇüS  "Øa[X4ÂQß-,¶•äKð-XöàØL‰oâ  Úþ¤  ûÓ  ÿ†  Çl'¿ëÃM

0¯d ÐÒÈ;3/4×a~ kU^L KŠd0ù eé‰7² é'v?í{      +ëª
4ÂöBÆ{¦ Ú};rÜ-§¯ ûL Òì/
-...]4 ßØL.¬ Šé'ï²ãáü  +  0  NØ`œ0RÝ0¯A"  `‡a
v𝑓B!-... éŽ"""  !
±D" !0X^𝑓 0CB
& Ó ÂÑ!Ó
moiX]¡    Pç+  %>8`"DDDAÄDq

Â  -p`"0Aâ"#Šx𝑓^<B"#zñªº]%_°ÜxUQþáD  ÿÿÿÿÿÿÿü(r)𝑓,gbÄvP<†𝑓²Œ0vC;PÊÊ2Õ"nd""¡šv `Ù°' aN
ÃÃ3s°ÖFŒÏ\¯<ïOdþ§bÀ¨iCúçz/^•ð"¯  è›zZá¦/a} ¶μ...üμ¦žÊ*ÉZVÀÿ¿¿÷!
s𝑓>1/2u4 ...i&‡¡¬}Æ² cR{  ^  ý]   u]^‡¯ëú¯úÜßÒÿ    õ¯&†KÜZ<<<¤ Œ"&GXàÊrÊœpgiÈ
NÉ H^ eI-¡Ï,":5Ç ÷2 D1"   Gò€ä
³S' ¨Š  JxÙ ñ8_) Õža    ) 5‡ Bá;/I𝑓0 lÁ $   ^"
  ä˜%"
ù      d†l" /† ...ðgFH4 6 `` Q0í q   @¯ÔÉ[
  =   ‹ÐÏ0𝑓"
4
É
        ·jaª p Aí¦ž 4 _V𝑓     Úi¦ ko¦𝑓tð˜OmkôïPž 3áòLÉ }œ ¨Kö𝑓]Bo
øÐziñúoüZ
}÷-;‡ ...+ é Ó‹Gm
^¯¡Ôo
úÝB    ñHŠ;dGLrPÒ>"`¿Ý ÿü‰om Å c'Þ-%'iDèÑ9Ñ/È1/4Ñ+É{'{z#†‰{ ã³J ¡ÉdÎ~•'GL...wzèŠ
õwÝcè &Œi h{"c'g">`^𝑓Ç'Åú
É uÂ

DÏ@><ÿÏÝ7O  < ðAÐAá?P@è&äsý A1/2o hdt¦'-]  ""kÅ"E...'Bn¤Žž '%é#¦è  ßC¦-gÈ7ú²é
Û^*Úí'Ù[¬+ÖÓ3/4"tÚ'ÔëÛûáu-ÖgY  ù œ oI
°Ёёžš~¶*´ ØM1/2Òíßu}Uõ1/2=:°Ý¯ÓÕÛzß-?OÓûz Þá ÒkÂ¿(r)(c)¿K§ÿÜRtúI  Õ=
zÿOŒ/_kjž´ ô‡¡ûUý¿ñ*ê°}]t?_Óu__1/2¿~£-íÕ]¯ cï¸êÚkB"¨éí¢ãõ°]ý ^ßÜõñýÿÿø;D(ÏMíí{-õ¬^
¯μjÝ÷KÈ :þ¿Nô¸ Þõõ^Š±U¯Kÿÿ8=-Oú¹  ÿþ8d√ÖD...÷(r)*óP'¯ïnÓˆîÁÜ(tm)=4¿xüŒ
:öëÿ×R  §_^^ 'ö-ÞÈ8 ü¤
O°û[Á}1/2μþ×Ò äë×_ß`¡¿ï1/2}î kU-Õ•
Â×ý5Aˆ *ðV1/2~°Á Aõ꨻ÿꀁꀁꀂꥲꪹꪷꪺꪺ   Ñ zIøD þßßú!=ïý>ÿÚA°ýþü²}
  ?iO"j¿ᶛꀀꀁ"j^Ý"ú¿¢&  gëtDžï(r)-¿"Bÿ}tþéÁ‡ K×ëÑ2²ßëÿä`¿_î‰ø¢ÃöÒí<<¢;DÃ¿ª$C]ûê(r)Ð]¦Ý_
õõâûõÿûî ÿÿÿàú3/4ú¦ : Þ1/2ûN

ꪺꪽ

ŸðKUk¶·UW íÿIÿ"ð}~öþÕÿ_þßûñïzÿˉþ-Ý ¦iÝÕ"ßÑÐÿ¨¯_}~--C×õÚéꙶÒꭍ꭪꭪꭪꭪꭪꭪꭪꭪꭪꭪꭪꭪
ý:TêÒo1/2+ôïvÕ?ÿÎ6í¿ÿ{ÿþ3/4• ÿê°ëkñ_ÿ_Tþ3/4ÿÒOú^±M þꞈþ-ÿ×õÕꝋ KÝ1/2" ÚïÝjõï°Òníºt†
*3/4Ç
&-"ÚmÖëþ÷"¯1/2ÞÚö  ý(r)×í¯ô¶°×í~Óμ†  Ö"á"-+
í(r) éê IÚ"
a/
ÿ(r)ÚÚZÚ_ý†-Ã
þí"nÿa6Á+äAþÈ𝑓àÁX¦Gß‡LS È(r)þ9 +ö †"r$
ŠdeÒ¬Û}  m-ì -† Å¦Kwþ¬V"¦lTŠ"Åû   nÚ1/2ö °šbIÿ ãØ" nÄ&+ÞAá×ÓÜë±&:Ž
cøê ö3/4ßØKþÈ<&  ²-6¬...<[]ÿa...
   øki=i"Âu¶ 5{"ú-m7²    ßa,í...ªIé°Ÿý¤ØMÜ. † Á82êâ(r)Á 1p𝑓  ",& ÓBá

Á'†   :  ˆƒ
Ú`  á;L-...  û!ßa  Ð2‡(D8âDi  Á  a  ˆ$j      Ên¥          ^  ƒ.3/4  Uj  ."""""'#B"KâDÐ°
"G^  "¥"  kZ  ÿÿÿÿÿÿÿÿÿË18Ët'Ù¢?  ²‚ŠWZer¶vPÈC
vHÊ˜"²-'¶E€ÂyÚÉ3wû˜"þëï^¥r·÷×
"˜þæJ·ì¥Éím%3/4Õÿáh"^3/4  3/4¿!KÿÕÂyûìqâ˜øþ¿úëßÿÿ  ý*û_^ïúíëÖÖ3/4¥}.·#L•£Æ  ‡  5'Dä    7³
6H<˜   EeæÄ C³ÓùRf
ê%op¹    - - ÷s"Fl˜CŸ
!(tm)Ö!²ƒ%Å"  Þg†S-@Ù  )  vC5 Ø@ÍbA¡š      i-`  "Á ¯§0  m,    ,  &,Ñt £ - 4ü    †f"
Ï  ÀnP(Aä¨Bdy-ÕL€á5L ð˜S∂@Å  H  %@  Ðh<"  Œ  Á  øA"- ƒ×        "  -"
Óí¤-Âz  ∂›  @ÓÞ,áŒ dìØÎÅ    Ñ  ]öƒ)∂@@ÈÁpA'ä@"  Z
    xA·Õ  ƒ ƒ  a4èq ãN+¿ßÑ  Óu_N/í  ª"(r)ÿZAè0¯AÛÁ"-ƒ      Ú  O
%Ý  ƒ3/4ô˜E‡|†(c)¯ë"cDWÈ%-rXø‰!è-o?*    -?ò,ÚÉû°1/2  qÈ¶'    'OD  ¢8
    ú!
á8h7Ýt  -ƒ¢]'m<  7¢|ßEÌ9th-¹/l‹Í  ê%Á¢toè-`ƒh      'E  òG#ò,Ú  ý
ÚA¿I"øI¹  ;\&Ø!-pé3/4é '4  ÉÝ  ¢^ÒT.EA  ÚZ"
è&á    tHÒm&ÐN  5      á
A  (c)µøÂêéëH7M5¤ÿ}}†íëv‚\  zt  é:"éV•¤ò/  ;Mü"æg"gh-ã9:  ›
›¦°3/4¯I'Iªµ°}êÕõTŸzzêô(c)1/2þªn¡."é>ÿÔ}7_¤,o  W
"Ü'w˜Ÿ§"    §Óûáô  ¿zö(c)êÒ}°o    ZMý;M5ÿÛ"Ø°ìRk  ë¥ëŽ°Ûÿ×"  ë"k]7ƒªëé¿"÷  ÷¥I...[î-¨ú¯Uþ
µÝÌ÷Ýá5{û"Oô•=bû]zÓ1/2ué?k  ÿ´-§±úÝÇ¢õß¯uÒmß÷úíX;W_íjD,"v¯\§Âõ'ÚÒÕ6-ÛÕ"¤ÿt¯Zí×zI4Ä
    >DJ÷Z-"þþ›]×ÿ×|r  Â}¯ÔîX  Õ¦"05!ƒ"Ug  öÁ_¦ÿ¿éñþÖ¿|281  Ù$
Z}m?(r)ž†ŸYWÿ÷×Âµµû¥--ï¯°]0"o" õzôîë}ÿ×OÛ}öóA
}  ÿí×ÿÿ  _¨ú×êÞÚôÿD    I~
uÛý_í  ßiuïKÄ
§¿¦¿IoÖ3/4¶Òÿï~å$
÷¯ß¯z^'    •z×
ÿßtŸ§þA+÷ý5|†
=


    ·môúkûô-‡Nðþúoþð"  ¥¿ýnÝoå"${ÚRÕé  ùÿZûx*  òÉý°{_-¡  1    t·ûÿ¯z_ê3/4ýh"
þ3/4þ'W§ôý  J§$G¨ ú-¡ÿ  ÿ¨uò.S
µé·Bûuþÿ¶þ-Û†  ÓßùÐýõµÞ-×~  Ý:ßö×÷W_-?°ðm%ßµ:Z¯ôžÝm/é  ÕgSwî1/2+-íÝ¨ëô(r)úúö¿êõ°ùÕ¿
Ú1/2þçWgC=ûþ"§"ûw¥  Nû¯ÛÔûÛÍ"3/4?}]UV  ]
ÖÕ\ê}*ãë_þJÝèözú~ôÄkt  ÿÛ·m¥ý[îÝ¿]+ÙZí/°ÿmöØOé  ßÂûÕÓýoµút-(r)ÙÛ"]Ò[^éµoÕö×IV×n"Iµö
Òú¶¶ÖÔîÕÕƒ"ö×TßM¥¥ØIµm]  ×ÿO1/2zé¥§ú¯Ø[KSïUá-"    p1/2§iZKÛ¨nÄ[
¤ØV  ¿ZpÂ[Ù,#‡1/2µ"Xa?Xí^š÷¶•"ûïjö¶  "ï0"°Ô¶  L  I†'V  }Õ´ÿX01/45Ša...ö  Kõ†\$K|‰  ŠŠÞö¢
3/4#§¨À[  DÄ÷  QÁ,Lm,kñ¥j"pÔ†"iX§ø-Š¨8(r)?ŽD  1L{  ±^Å/ìm[ì&ŸÕZÔ•X-ŠiõØ"ñOÜToÛ
 -lÒÔÁÿ--¦  VÈ<Wd  áŠaH;1/2  Aè&  µíû!þÀKPÓTûv  KÝïa"ÕÿA  'd0ïé¦C
ÓàÄ      äN  5k³ßØM0¯L*jÿ¥ï"Âô¹v  ]    ¯"ÂsR  h  1Œ‡  †¯WÕ0¯UL  ¯ƒ  aS
ÿa4µ1/2H#ÛaXT#†a  °^L0ƒl  4"  B  Dc
    ^‡  díÂÎ-  DDD2öjM;ðÁ0ªû
&1/2...  Q  D\DDDq        ,  a  pe
}§zW      -w¥Z³Mòd.-¡nÛ-j¢#ÿÿÿÿÿÿÿÿÿÿýÿÒÙmL•²I¦B]>ÏŠ•û×¯...î×ô
a|l_´/1/27ähÈ³5  nsc)  K"  )¯R  ù±"
†ÏÄ^T?    "°D92  e8¥
    h!  "  9pCëÜ  ƒõC[ÓA  Â
¦ƒÓÓ¯Zz  ±zi¦  Œ  ÝcZ!GhŸ1/2    "ì‰~Oè-´Kœ•é9Ç-  æä-=,3i  ø m òtz    ¸M  ƒh  Ã' ³ÅÒ
d  ¬+"ßMÂk  oz

¤ô•õÕ(r)›þ(c)[÷ê¯ª¯Ió1/2¿é?O"_Ž0(r)ª(c)ñªZÓë÷(r)ÚwwãÓ  ‡_íþ"Õ5
   ¿þŸuí  ×ïY
   "ÐZé-    ë__Oÿ°lñæ Ç×"ïë·`Ù
~ži  oíÈ.Þê°l  r  ß¯¢-þ1/2g'  îó¨@òÔ7"WDgï_ÿ¿¬
µÂÐ+ïÿ¶3/41/2àäï  Ö°^³"§  ý·ÍO:=¿Ýýí-¤¿öíóYö¿çSëïë}^Ã_§ª{Ý{û]  i6-1/2¯Ýîˆt"(r)Òõëi XUÔ1ý:Ã
X4¯im¥v  rAàÕŠ¿ÿ'a6        1PÃ¬5'p}x"ÂjöBÇö)Šv)Ø"  ]ß3/4¯WXkûi ÂiZv  ¦þ\
   ¶#ÐàÀ`ƒ$0'
a,at±    Q    %á -‚¨Êä‡ÕëØP•†        àÄÅvš†
£  ÿÿòÔ  Qÿùh2[ñÿÿÿ ÿòÓ·øÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-#\"ªª°^  j²Í3kû£ÇKî3/4-ÿ¥Õ{
-¯Z~-}zOÔÞG    ø^?×"(ƒ4•qÿÿþ3/4ùf-‚.[L¸ÿÿÿÿþ
endstream
endobj
50 0 obj
<< /Length 51 0 R >>
stream

q
419.28 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream
endobj
51 0 obj
37
endobj
52 0 obj
<<
/Type /Page
/MediaBox [ 0 0 414.72 700.56 ]
/Parent 69 0 R
/Contents 54 0 R
/Resources << /XObject << /Im0 53 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
53 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1728 /Height 2919
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1728 >> /Length 27838 >>
stream

ÿÿÿÿÿÿÿ"bè·¦s"TdLRÜ†w(r)_=-gÎîŒïÇÌà Ì·íÍÉŠ̶T
ÇjT³KB#Ï2H(c)-)·\êVŒ¡    $pƒØzÕ(tm)  ò£_NÉ/ïA'Â¹+°k|"ŽË  Ò¿"°--(r)¤×ù  î"áZzëöÿ÷Z¯¯@ŒÚ²
ôý==òf  uí  îÿ~›\65×ÕUÿþ£ÿK]"ïþŸïkÿ]ïWÿÿÝ?_µÿé"÷¦ïWé--ò6oïÌÎ̂Ê̂"ª)Ù
   ñ³.Î̂±  .B    ƒGXá  èŒŒãa  f¿ÙR>þ¢"]"
K'!ŸfÄ5  &
KÇÙ  Q  $  R  *šÈ )(*Lê=Üêe {6F°Áái  š'
Œ-‚~A4!    Í  &‡"  ž̌  ,
Ñ̄  Ð`˜š;°D<Ã5‰Dc$-m›  Á  ;.²  _ZÁ    ?L"  $Ã3/4<À̂2†`a  <      öN

@Û  CÌ(c)@UÐ4ä8Áh    Ö,a7H Ø'Gª h5Ðqa x‡ÄAßÒù°' › øIíPa>!"ÕýtÂ
ôÛ ô   §î >!¯i÷ áÞšWHŽ:h-¸¶EÐk!"ÐÜ]ü&º
6:°ä¹§°a'Ö±"
MÒ  q¢\ÓY ÐTÿÙÇ'7%í(c)  "Ûmy/¢#þOÃd[¿ Dé"-G7@è-ø@àÉA:4E ×"
¢h0Ÿ    ët,m æöSr^Áý l&...'00‰ ðœÍÉÍ(tm)Â >"œ2: ›×D1/2‹R/PAÁ(tm)@
ðA3/4Ò"-] i$ð‡J𝑓õjÛMÂn›á;¤Ü   \ÍÇ‡-B8´Jn"41/2Rn néÐMþÂ á
Û"P¯"ü&ÐN MæÙ×Ž]Âo"--- ÿ¥¤ßÐn¯Ióy°Ôêá
zμ¦ÐAÞÿ'hÞGú1/4"É W¥OO"ÐoÖª Âö°WÒ°1/2&â"Þ'o-/ÛÛ iÞ'÷ÿ;öŸ
¶¯î"¥Úý  øM 𝑓äŽ
-M£ ÔμNš×öš²°oúuk"õû§N/u¥ÚÓMcôÛV(c)} WW^ÿÖõË_μ¶wWÝ'b)ß-¶*ÿ(r)(r)ú éÿÞ¼!Ýý-JÞ
[´...>×...þ¿×¿ûjíÓjïÿ]&:mz^1/2Õ×1/2··z'¯⁻ßuõõéa}ö-ú‡ªûi"ò(~öô³Ðμz-kO×Mk¥...] Wý*á o6-: b
Ú}=÷,
"þj ü‹g¶õæ ðmμf    Òû K𝑓õþ-ö"vþúÿ{§þ    ÅW1/2>÷ûkâ/ á³P&‡úUï1/2^H úÐŽ×¢@0Á°QïÒò
°ÿït'¿÷úö.ú",šZÚëþ-ê°È9Ð-?î×ëmXD ÿïê `ïØDtÚ"á†ˆxÿõ¯ëÛÕ(r)1/2þ3/4×{ ÿÿÒopÚ...ÿ×3/43/4-K
þ(r)(r)Ñ
- Y    jú:
DÝëÿzùjï¯ÿ_ÿ‰ [÷zÚÿþÍNE Z!;ÈbÁWß÷÷èŒÿå"÷¤I ¨VêbvÕ÷)ÄDÈ¯_ª~ÿ{u¿ lÛSýí>•é×÷õRP\²
<Ê81/2ÄÿïÉé𝑓þÓ '𝑓ÿÒÒAáoÿÿú1/2tÞõõVéV".ÛKÿ÷°mÂ
ßßï÷þ"wÝÒªA`Ûk þ úV*¿ûoúÓ*ÿý ÐU¿::ÿÿ§iMSëK(r)"Õÿ(r)×Òkæ¥{ ¿Nuoÿg=V÷(r)-û:>"ìj>÷¯è
-"]  Õï"U
ªU1/2ÚíÍNëμý×¿°ÿ ü~~ãÕX!×aß-/{þúñíýVùÐ÷ûÕ÷÷í/ö𝑓_ÒO"W*  ûk_ÿn£û1/2"Kv×M'VÒÖp"¿iZÕ
zßÿt3/4Õ¿öÕ[_}éï"NïμÓJ¿
ý...°íZ¯ku·ý"·¶°ÒÒÝi†¯´õ¯úmÕ  YAðÕm/ïxkÛí5VÒw
¶  mpÚÁ-G[ÛJÉ§ì ûUw μá...Ú
    *°Á& | ´¡"¡"ü80"   ëê÷μ°Ë -𝑓#‹kÞÁ,\ / û ²+î ²? ¬pä[Q°Ö
x"
Ž¯d[]D±í"L^8OÆìS .1QAŠUäN ¡,Þ¬‰›𝑓~0K ¿ Ä.¶+cï÷Š'lKÅR Ä/Ø...û
¶  Ø§ëb Æ1/4‡ŠÓÝS
ü4Ä ú"Uïv* {ØT¶'œ,GuØ[


{ 2  v¿¦ý¯ðÂiØWM0·  ´Á ¥ºšÉ§
Ä8a5nø{î¶¬$ë  atÓ
š_ðdzC
-Ã 5N _† 0^H"4" Z5±  † R Î¸
!,   𝑓 B4ú1/2"
"" Ìf C& "DMp3  h DX@Î± ñ   @ã´jq    ñ  ¯Òùk ‹ÿ1/2~"X°†<>˜QÿÊh[¥
j?ÿÿÿÉImGÿþZÄ3/4ÎÔ¢¢; 3°œ(r)  ²ß 5³y| "EÑ-  ü‰o³´å+§î¯Fv*Õ ^4
‡û*...¯cjÕ¬ ý-a
¥uÿ3/4•¥õÛa/'£õþNCÛ
ëêOF´ ÷ñ...¡¡Åh ¶𝑓ÿÿ·z¶" ÿ(r)•_öd¥gbßÿ2 ÿ1/2Î1/2" §d6uÊxÛk;X
Q   Ô 5²𝑓$Dâ  :$   'fF #
(25' ÙUy 9 Ðrœ^´/C§.Èš'  ªÏY ¢'ž" ÉqXf˜è)&^ÁH>!,yæ  "Æ èD8
Ž "
×$
k
j í šþ  h: CèÑ
 "L èó53l è "žO  A ãÄh-  ;ÉÃº
`𝑓'f  AÙ

&  0@Â  p<0(tm)
›        ~Ô
  °H ~ƒ÷P‾L
)zhSÚ"èZ
    Aô  h[¥|ƒBE°¨ƒ´  tÐ~ƒ‹AÝ Â  é"  OÐ=4Â$àíxÂpô"ðœk"
í  ÷  %ÎúDG  ¢÷Õ a"- M M
qW"      % 9  "ÓM  ó‹D(r)ñh9,(r)°ï¡tþƒDyP'% ŸD1/49  ºR+´NtFî  È3/4
úðA¿n  -\Ü°dèô¤3/4‰ÖÚN‰QÚè-8Õ,
"ø5¢^Ù  òé"-DÇAÖEú%:        Ù  èœÃ‹DçDºQk"â"ž  mê  Cú  X*'7M F  '§IÛmPOºÂ|6  nŸI ûÿ
Ñ9¶|S"(tm)
È-%ÛÓ ¶ô  têÚO     á
é‚MÂlý¤ò/á7AºU¡Û...ô¿Ót...Pz´  mzwõè6Õêé'V•éBº{Õ]        ª›" Aé-  ëÝ  m
¿n  í-ý7  6¶|"w"I?zUnè'ê‾k²,  -'ú-:éÝ,IÒ}-éúnµ}ªziáß_Ißé  úOO-Ó^"Õã
  û    %h":  /×ªa+ãN7ÿ¢á"¶÷þ.õÝ  ŸÝz  ~&ïú(r)7C"Mïb=?û¤?·þß  Âm‡Ðµÿ¢  T›‡ë_*ÿ}i:kÛé
¥Ý%Š  ¤ÞïUÿ‾VµÕ*_Zëƒ_(r)øz
5×úXkd¬.ûÿ(r)¿}4Ëäpzã  têú]WÒK2    µ_àÉPD÷}í}ýøuðªä%BÉ1Z{0@1/4³÷›Áø'éoÝ>ÿò        \2R
‾í÷õúw(tm)
,ÿ×¬...  ×ïç@Gú÷d*·ò
§[°y    O^÷
µ²  q,]ÿ¥ûÿá    §
‰†6‾~ñ{ÿð•Sï"
}*ø$¿  ÂþL
ì†)5 -°¶´
t"-ý{î‾ÿ"R7,÷×ÕÕ;  D<;µû ÃD<}61/2B  ÿ†
Ÿ"èÒí  ñõ@  Ö÷áµ'g×Õêÿ·ðaî¬µjÂ
'ÒÕÓ3/4íWá  i÷×Ãa  &ß÷WD<  ÿ:  ×él  'w#›ÖbiC~k  ~  (tm)  ÿJëÿì  ‰UM¢  ~ÛÕå•/õ"  Z_Öj
&BKt÷Ñ  ?ÿ†÷ÿè§    wÿïÁô  "jÿW꬇ Aí-¹aí-_"÷Þé^ßÿ'...
¿  T
ÿü-;_1/2H3¦áRÿíÞ  ëuûV×ÿÕ  ÍJÿ/NëÍNëµu1/2$Ù
Õÿ
(c)¿¥"ÂÚ:?éÃÿuNý¤›ù(r)÷ui1/2vÿé
ªþûM  ³"ß~¿÷3/41/2ë*ûîþq=ROwÿÿé{  ŸÿÚíO?3/4µl/þyÞuwôÚÆ-  é?dc§]vè+"ÒÚÙÕ×ï'w×^ž‾ƒïµ×u
‾þÕôÿ.îûõû3/4ýXw*þ1/2Ý1/2}(r)ÚOÝk¶›ß  1/2}í-WÕþÛ_¿_¿Ý5a‾1/2é*¶°î3/4þ¶-¥OéiC
    "  ú"VÒ†  ío†  ƒ‾um7áí¨ÿÕÕ‾µ÷[    íÚú¶|1/2_
-íoê¡¤Úá"X5µ1/2¶  Ã[àá-  í'GnðÂÂ+      °"
  m-"  †
ö  ´1/2´Ý1/4 pö    †  øi0ÂêÃ
ÛØX0^Û  ºa"›    wn°ÂKl0V&-Á"1/2Û 0dqXa-‰    ±&ÿb
ïx‚!)Š{a,±µ±L0-Ã  "û  7Å7L    Ä›ÝÖúØ(tm)ìT‹Š+â‾Ø"ÅmÄ·ÂØ-n*)  &  é>Õ4Â1/2  GÓM$Ú
NÙ  {[L~ÅkV-¥¶  ‡"ÖC3/4ÿm"û]´ÂOÚk¶›
]vÛL&  Á  "°Á
"    L%
%
 Âk°ÂØU¨ï...ì-îÂpÓ¤Âö‾N‚ajžÂPÕ¦  W°šô‾A,í...†  HbŽT
Â  0›      2 a  Ð†  A"J  $4"!'   ¡...¦°ÌL  O  a  °B8^ƒL!
!  š  jÐ  pÁ
!,
  ^^^ƒ0ÜDDb"""""""#b4"[Qÿÿÿÿÿÿÿÿÿÿ--¬ì g

lŒet  öB3²ƒ;Đå{ŠêqÚHï(r);ÐìŠ2  Â¥ÞùÞ3/4ä¡oOŠÈ*ÿOêÒ¬Ém~wWÙ  ý-Rþô-ÂÂþ3/4  p¯."Å}Wt
1/2k÷÷Ýzßß¿~-xãµÿ_^ûÝ  ¤ÿûÿÕjÿÿ×ëÿ1/2ÓïÚûÈ  >"ÈÛkÿ^E  ^II"ŸL¸r?¢S%
Œ    Æ
'äU  3^c¢LK:
   ‡  0 "  a Ù9šÅ:‹2  -ag¢XŒÑS"J^Ár4  QÁJ{+l†8E8!¬yA,!ÎDHk"‡$  CgØD?  öN  Eö  2M"
   3aPj        Ó°¯P  ú
         ¥ž ž
   3@¸"  ²(a,  A^  gFHgØ" `Î¢YP        i¦
'b      ´ê  L v,PAÙx o§×T  xTíĐz".Â  ...§Å¦  t´á
z
  ÛPƒ  >Ý4  AĐOA í  è>.ĐzéÄ=  ±  ]ÜCDc";t'    TŸtÑ.H•ÙNXB    <a§ÒÝ5<  8ÓÁï  œqqA
NE  ¢>ié H  D¦äK¦Žü‰(tm)  ÖhÍ  ª¡B"@"  Õ  £m üŸé´  6/
Á  ¢\ð  2G%7"  'Â'
*28z#wÎ"-LŸm  ã':    d ¡è-3Hd^pƒh-ô  '
&á  ô    n s8zãH7
¤íÒAå"
´ŸxMôé<'è:
   &Í!"!´    'P  (tm)¤-ù  ÚV,n ƒÂn      ¡
¸  Â
  °o]'§éÒ§ß}.°nÕ§:~    uªöÒoK úo-.¡i7Õ=6"z1/2jÒ  =7ÓÛ
›ÒZz1/2vëÿè==}-Ò*ï}?OIW¥ÓÒ~žƒuÝ=Z_
'ë(r)3/4'~°ÿ¯°~°  [^(r)1/2Ûéú(r)  "¥·âÝ  _wÿ¯¦'"kÆ ŸÞžž(r)¿qèt  i?Đ¿3/4ôòÜ¸=  µþ"}^"(r)ëë
Kúý{Ö4ÿï
|wÔÒ~úÿ¯°uÓ^¨F×ôÂwÙœ      R  O1/2"¥aV  8ôŸMï¥v'ï×
îÕ~1/2  Áx×i¿"  U  ñ3/4G  ñ¿  {OÞ"Äh6Ü†  jÿÿ ßûÚ_l..."f  #B>Óûe Á  ²@a+é41/4ê  ïÿüEÿ×ª_Ú
Û¥š  uûÿíGZ    úø8Ú)  ×[Ý  è  ¿§ì  zÿoÿuÿ¿èUnÑ
-÷×ÿÿaÓßAƒÓ  ÿ¯3/4-  ñ{~×Â¿íÿr  Ô^ZGRjïÿì´šÅ!~²Q÷ÿßzéþ
í"-?Þ"
"Ñ  täž´ÿ¢'ïOþùeö¿þú_'#u  ×ÿS  ïÿš,K'DY§ôî¯ž´
é.°ý  F•úµ_Óvÿ×÷é×,ÿû¿_ðÕÕt
Õ V3/4þ-z
ª3/4öëA=÷ÿÿoN-ßëí-ª îC¶üjë÷ÿïö
  Bþ×ßúÚ:Ø~•%z_]vŸlê°³-ôk  ïªÙÑïÒ÷3/4Úïÿ"l†ÿ¿ÝRþ¿³"1/2iuĐ}÷ªþûuh":ô
÷U¯kßÃÄzÛ-Zÿ~¿ÿ:¿Ú[^Î^t&õ}1/2*ú3/4ûðêÚ_¿UÝ_  °(r)  ±¶-ëëj  I+_¿nú¶¿Ú÷õ÷ý××Úëk}Vëßkij
ß§ÿký÷=-Â]û[['µm~ã¡¥}kZÚÚ×{j°  }"}X[
uÛ¶¶  í/÷Ô    ÿm§ö  Zµ¦ÂðÂ°am
û[Km´Ò†  _m-°Òa¥ktÃ^  °.°M"i]Ô0-(r)ûk~á?ïÞ  Ø0Wâ  ^\{    Ç±°r  Ó    a¥W"ð5Ç
{
   "        C        C  "'  0a.ÂÓÄ¬  JEµ"Œ    bXî  väL  ¢ž%  þ
{þ+ÚV¬2  ;!ÞÓÓÄ&    *lB°(r),ö)Šc1/2Šc¨"  ±llSqM;  *†(c)kýÿï
-0Âh0¶-jÃ  Ó
-é¦ÄW{V›Õ(r)š  Hû
   mZò  ì‡vÂyn
jíêLp¶  ê-ët-m2a    y  B!"Đ¦  "Đƒ&0  °...Ø(d"Ö

0šUÃ  0  ¸ÜC
ƒM      †  dÕ, rB
`" #$"2  ªB"""1  Q  3        "1  b@B*"""#^ñ    ,"Ú÷êYBí&  ]-Ø.ÒØ-...v  ŠV  "    `Ëkðÿÿÿÿ

ÿÿÿÿÿùnŸ NdJdMÙ3‡  µD_]}(r)"õ¹)-Û",¦'ã  ûZôý  (tm)$f  É  I
§É  'äf|+ððƒÍ3  ãË†e‹Óý_¢  Þ^(r)õ!ûÛ)3/4  (tm)è‡-fèÏÉí7
ŸdsûKß¯(r)¿Âõo§"Z÷  ×Öß}û×øKþŸ×  A:ý  å Ç{ïïÁ
ƒ¯µ¿×h  }}/O¤F  ïï  ,þ-uþ-Ÿÿ]+Ÿëõo  ÿïzí}z×~š]"Þÿ""  aV¸zþ!l}ð{¿Kd-  ÿëÙn  Â°^×"Ðì - Ñ
´<DDD}o÷[Ò  ÿÿÿÿÿÿÿÿ-Ñš  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿü¶*¥¤DÃ2  3²±Ÿ  MªŒ§  ¸(r)  jK  ;
    dB"
    H"
    ÖEYR`¡gdÆF'  w•ÍF    3XBZ    f°Šðü‹v1/4  2@0  û"ëô  T
ûZÂÕ-ð  t3/4é!š#-  w÷¥rg.F^Ž  §u...õD1/2ÉXh      ùÉó  ã,ú¯K AÓDY¸_Úôè è
Ü'Iæ'š-!Œqý7&H  8¿ÿ      °n¿!û³ê¿Í7õûOð  &ÒëÞÝ
‚ªuûE¿ïŸn›|×÷ÿÿßË  Û²¿×ýòZGF˙dùO    -"ã¯"fÆCGÈÌB,fÇf´SÆq±  $I¡aq¯: *È  HÙ    Ú¿!¢q,
    Î²j  '    "žü    ‡›2q  '×  ê¹)
Ó8  5<Á    ÿ  84  m  -H
š Á  K›
Ú'^ ^"
²'
"        IÈèÍYÑ    ˜SX˜&ƒÂ  x
i"AÐ]ƒW-  œ0A¡
{Ç_oAÆ  7}44¢ðši§§Zÿ"ˆÛM; è5†ƒ¤  AªIéá  ÒO  ?U  5JïÒWÿ9§Wì\‹
Ì  %om  Ø1/4 Þ!¯ó  y,
-9;k†è1/2;ÒDQÞ^ƒ3/4ã"ªbû!ä}cD³"c|×_Ð'",öK(Ÿë    Ñ:bD@A¹    Lh‰Î'  ÚÈ  dZYNNÊ  ¨-s\  <¸Ø
0,n%Û  nOûi>¨-´JÃÒDèùg²3'ðäbà  äKïðO"1/2  Ã,
°ë§(r)ÒèRoàƒuÝ;
    Â
  §    ÂpiÅÄ_  â
  <  Â
Ót  {¥Þ,m
ÂUé^Ô ð'n  oÖ•¸CNÖ¬BA  õ¥Mý
ÞÚ'o

iÝ&°}kÝ°tôÕ$é?ukT  [áS~ö"uMÓ÷]zZé  -¿'ó]éï"(c)5%Î'IRµ¤Þ·~è‰ÎÙ
ÖÝW
xNÚ¿×    úÇ§ÿI°öý--é´"Ký      ¥¿Þ´  mz}öš
-}}"-Ká†-M7
ìVëµI°1/2  x¯      3/4°ýlt´}Bk(r)õ  ÿÿÓ"~ûØÿ]þ-  Øaÿé^í¥h¯úÿõ‡O§ûû{U3/4ú
  ›K}EÖéëÿ  ÿ_×Vÿ^ª±˚æøÿø{_Zé˜<÷îõÚ¶¹N  5V°m  þä
/÷×˙ßÿ^D"÷}ŸE²J-  Ç!*ÓÔ¹Ì  ö¬CƒÍAøÿzÿ!†  ÝB  &Ò×k$Ã  ÝWK}  ï  P!ÿK  |?÷Û
è†¯øáí  pŒ  õôö  ,-×iSi;÷a~"î¨ÿ~õ€ÖÛ'ÿá¿ÒðÃý[×Ãá~¿îý  ·¯ÐW
°×  ‡°ý¿Ý  êê"AÇ¿ª_Ýßöüe  ÿ§äÐ
=  ¹nCŽYï~Ñ  ÿé$á  §DIßÿû  ¸_D'õÚzõ¿ÿàß}_2,àâ,0mÑ$R¯›÷(r)ÒÂ$...Ý°ú
Õ¿"#  ¨úßëÒ¢aÕîîÿù    étUKWô°  ²¬+ï1/2  øMÛ  =PO×öÿ¤,°~¿µ%ß×1/2î'ý  õWô-Û  ôî¿§oKw
ïÿT,~-¥×ÿU¯w  _þõ¿¤¿óÎ¿ÿÎ¶'›·úÍIöþ-è×úÕmûNÿéj"w×éÓ"¥WßWÿúú"'ÿ¿ïöþÔŒ{Ó  {h-u=³7_¥h5
zÿKMmµô°JÒm[K(r)  }Ók¯ö¿ißþ÷á÷ÿ"úï±_ë}úÝ¥ëv¿ÿuëv•ªukawXakµmn·Ï"K×¤¨û¥jÚZ_Ý^'Û¨  Ú
PÒw°ïžÒá×M1ø/¨Ã/Ñ1/4  °Ô4pÍ‰›´["O†"  'nÃ

+      Ò¶·"ÿÚÚF‡aXa-vÖÒ›°n-{mnÂí"    a{°á...á¥ñ    Úè\4¯a&
  `ÁvÂÂQêÄ±ì  ¸Wû  X_{þÁ^}Zb¯2:^Ô1L  %û\0VÒÛb(c)‹Mƒ
.Å  [  c´ƒ  ë  Ó    Ç  pø!AßõlBõø\oò&~ÅE7LEnõ  "›wb¯¥n¹

=ƒc}...ûõ*_°1/2§a5Û ...ö  ÚDÜ/O"p-  xiª¿ðÓJ  ...øh41/2ªMSÛ[W°Iõýì  xa%
kPÁ0M    B  @Á
ÑÑ
  Ð`¶  ‡¦  ZnƒC¯à¯N
  ak°L    -¦Ø ÂW
  Á  °ÓX2UÒê^pÑ."DèÃ²  `  ^^^â"ø'<DA""1    A-!@B    1    ^^^4"  DDDDG  ÕÄb""#¿ýu^ºOI-
(r)-X(r)‡,-E¨ÿÿÿùd  ¡(ÿÿÿÿÿ-rÂ-Ô3³  ;,fZ
e"(r)-  '  ª3°q'Á  Ìï;Ñ(c)  yVÎÄÏ;
  ÆD
ì¬éú÷ïGqØ_õÎ>ŽçtµÊŸ¥ÚÓ
"t'K"¯1/2  ¹&÷Æ±FßÉÚEN1/2ïî¯×¥ÿÖýkëº    †ûí~?ÿÿÕ](r)7ÿúó  Õ;ëÿVþ(tm)2íHÜï£?(tm)
/ûLÈ  83â'†VÑ i'FpyF  ¦È€(tm)¬‰Ÿ~R‰±Hqöl`    ^    "‡ƒ    j5Û£¦3O2HÑ$
^œéÉÚz-,b  ·)    8^  ²L-æÅ#2  >#1
vR  >Ž3@‡Há  Œ  "
†  NÍ^    <      àá0...-Ž§j¯h;@ÓÁ  ƒ  v"XA, Šëë  Å:³  `Â#²"&D¡ôÎ      "  =á  Aá  L
è  g  á3 U      ÃÞ    5  L"  PÓL'§¡ vžÛŸziÔmj
Ö¨1im¥  →¦ƒ    (r)4  h=Ò  0†  A§Ú¦C  7Ð}Úo¦š iÚ  'Å8ú'
_±

Ö"Ó‡k%ÍGuÓ
Á  (c)i4G  =ôä³"
ÓOÑ  ý§  i²œ    "-†"ZÈ-BvNn=    'íDæ
  &l[(r)GôO²go#â  ò  Dç£M  '6Ýî^÷ïÒÉ  OÜ  tKßt‰L4  Ë=  ç.  äé'B  {'7"á
Ù9±y  ðAÙ    _rt°ƒAéäNé8A6Âwýtžƒ(r)´  Z  6  mÒ"  õ¥Ë r<R-ð¯òéZA  ûA  ÿA<  é=6¡úÍ³ô é\&
ß  Rm
U7Ui;    ÿ§§¯ý§IÚw-3/4ë[V(c)4Ûôž†  ðƒzU-"íïµêÐM×÷¿WOM:
ê  ›KÐ•ÒméÒzým.(r)Ýú(r)¯H'Ú}ªÔRz§IÔ/-Õ
Þ(c)÷ZõÔˆ¨ë¿I1/2(r)ÝÒ°-^"-µ-"ÿÿé²¦~Çwí1u¯oÓ"ÒèÐ¥îªÝ67B;,¬Õ{õ{}oÖ>ïÿêûpÝu  ¿×}-...ðß×TÖ
×^¿¿ëÒuýo  ïÿ(r)¯ÿ    ßZÿ×Þµþö
Îð3/4D,²*ÝÞ3/4Ö‡...¬õÿÛ-Áh  T  `3/4µu_×ý°áRþá'Á  ß  ëÝz(r)B  #è¯ ä8/KLÓêž£ò  }GM¤...¥
0¹
îR  þ¿Òî"€Ÿ'  w}j+í{ë¿þþ
·ÔƒiXŽý[ñë  Þ      å /à3/4Öÿwo¯àµV      Z  _×(r)ÚÿÐ`ÒÓ  ,D0÷Wº×O§ý×à^è  ,  \"  úÓþÿ^¿
3/4²[ª1/2Ü†5  í-ï¤ýþ
³  è‹HoéVÿ¬Ë  •Zv-Lå#
W"BõÕ  >û¿×,"÷jè...Î§¢--êÔ3  ^ïÒÿï_ƒt¯,9¬'~Ë'ý  ‡ènY=ð‡Y#ù4wD^§^(r)ÿýSª$  >  v1/2ÿþÚ¿úÿä
A^(c)d  oööÛ·wßzÚÂ  º^-¿¥¯î°^"    kõï"ÿ÷ßÿ
3/4ÒÛ÷OÿU¬Üêú1/2"ê¬é×1/2  îþö÷éîvú£¿Ý    uÚ×-ÿÿ3/4u7¶³Í×_÷³¤-ÒËoÛ:þ-uwuz
¿¯ûU¿5Z¿Mõÿÿþ÷ö  ¿Ûê1/2÷œkt3/43/4íî  OôíÛÿj¨;  ].ž1/2{_ÿ¯]õ¿µ¥éW{JÒÿøÿm6Ó(r)µ{Wí  ¿ëÓÿ
ö-Ó    ÷Ýßjþ¿º_¶°ÄK¯÷ïkVÒÖïÒº4¥O÷†Ô´-°-÷  ¶¿°íõêÓ´(c)"JÓÄ¶ªßýú}ûÝUö¶1/2...]íXk]îÿØOÿí
]a...†•;¶¿MÖßµm[[Û Ã
am+      ÛÃ  þ  Kk†  Õº*ø'3/4Ã0  õ
l0-ÁÓ×ì v·û    ìKŒw\  K"†1/2Ýƒ#‹
ÀžÅFÇ      (r).E  Øj÷lVìV-Ç¯  Q×d÷Ø...Ó  Ýì‡uÿô×µa...^Åu±[Óbšb¶¯2  Ô†!±A  x¦¬ƒÅ¿b-¦µawr
  "VŸµÕý"õµ"úÓA"›°MUéµÛ×  L Â
%Á¦  ´-BªÃ[êÂ×
/k}"  ÐºUÞ
  ƒ  #Ðâ"    ,  deT  ^0Xa  `-Pix†  e^      D0B

¤...ÄC ¡  Á
'þ,  Èö.  ^^ŠC^^^2Õ,    1                    ÑUÖ·Òm)jª
/Š¤Õ¦

   GÿÿÿÿÿÿÿÿÿÌ'   CQÄd,‹p,(r)7  6n"FvaŸge^AFÉ
&Ðgy Èœv  Î5< 3³Fvj3/4È5^(tm)- " ÎÕž  "ï*Õiçjv¿A[ó´-H3"-Õ  á]$µÂý-t¯ ÿöŸúõÿý  z
¯òzöfëÿ×¿
¿Þ†e  t  nŸ Ó
ûQ¡Çëÿ"
ÿÇí1þßþýu§  ÷ÕVÿ{]  þ  û...[¿üï"Ó+(  x"  Ù²ÐÊBªû(c)ÐÈÁIhÈ£ª;5tFŠŽÆ·#  ¦l•Mqâ%£5,-  Ñ"
m       ã3GÌÖ MÞ$L"
è  ‰     ä ' œ‰  ‡8Á !Ç 5 cü¬Gš~     2 @ " æ   Ñ e •›   dlK$
tgãÎœPD-DHäâa  :"{8ì flèa4ä>B
   ~za   :_ô
   éÐ0fÂ
n  L&  a  J  DìM       ³c5  Ú6%+  ;   ~fô  `fÁ  Áö
   Ÿ"  X@›Ä5á>,  Ÿ¡"ëTÐýbÓõ@Ð´-š
íP~  ¨A ûAÛ¤  ï§Qmß  Ðiº  ÓM4=
i    ðÑ9ý  Ê"
Ù  -.Jâ,Œä\h-0^AÛè•¹  %
'òsq
   ö"~fCÓª¢^ÑtrYDæÞBGêB  D1/49,k"?^ʹKª
(tm)È  'gD¦ÞEöÚ¢t{gßAäç4¹      - m  "=xA´ ygaªH<‹î  m  £'Uº‹Dº...ì†->Ü Ý  Ö  6ê²9á:
1/2  §'l...ê  0Ñ/´   Ú¸M-?I7^ðf¤  t  zøOO^é
"é5Ý]?ïY¤Ë   "özÈþ)&ë¦Oo...ŸôêÛ'é3/4  iº  Âm  Ý
¨µÓZkÿº•'ý'VßÍˊz(r)ò½·§§Ø2:éÐNÐ{TÞÁ%ÖÛOý7
Õõý(r)fÂô  Ý'1/2Úê}'Iþ›BúnµN1/2÷(r)ž1/4pû  |&éêè  v6?Öê-ßMtíTíZ¿M×W×Ò¿[ã3/4µOÿ  µOT=
úuV-¬  ú3/4úÞ  i=}É]5ÓâÐºþ-]×ÿû}]î-(r)ëÓ¿éÚ¶µ_ðôÛ  k[õÛt¥ÁÃ³9?ß"õ^×§îÞ¿mwý+'K!*-á  -Þö
24  1/4Î_[÷vÙ  Âu"á  _øm"d9  (b;þž-§Õ§  ëC^Õõ²àºûñ  "7¬ê
ô(c)ké•aŽ¢:Î⊕jëP~ä¬ZÞ¿áµØl†'ÿ]wí\†  ×ïÿñöö'†  ÷
õ·  ^  "ï  1/2Ö"2
_àÛuï_¶ša·õß  þ  1/2ßý~úÿÐaêÚ,!3ÿ_ðH...  wàµ]Ûf  ukÿoí§f¯Üµ{ÞºÖúp^xÿr
§þ¹  Ë~ß&$÷JÑ  ÿÿ÷³  ,×(tm)_  ¹î1/2A1/2]µµ*þõš...  ÿý¿ßôÐÿüÊ?Ý¬Ê]ôš"ã¤»Ñ2?ñê‰'ÿyd}:Ü¨ä
ýé  Û]")Å¯í  úme'ûŸÿ¯ 1/2Öë
"]+ûõ_x[Ôê,ï  Áï·¿ïß¶Ÿ‡ÿwt"õ:7Kÿ"÷úkW3/4ÿÖ"þ÷¯5]wúKÖ-¶'ý'ô¯ëíÔôÛ¶t?ô¿kÛU-1/2]êzÝ-ðÎ¯ uüè
gNÝRó[ÿí¶'ÙÐû_Ûû=kï]÷[éíW6ÞúÛøÝ¥6×ß_k¿þ¿UàVê"îïû_î›W"í&¿µôöÒï}êõíôß-¥}G^    éwé_M
ö  ÒuØ-aÿa.Óý5þ×_ma-(r)›i  Zí...þÓ1/2Úk¤Ðëû_º¶êí"
]o
{k{í-¯º×
ïXl-ûikö"ammá"ºa¬5Xi/Ã[ÿ
&
m&   K1/4¨=÷†  ˊŽÕ  ˊ[aÔ

-µj
  b  =‹†
"çã'sÁ'ÂC  é°"v   b´ØØ4  ²
?ðÓ^Ï-m†  E2+¨(r)¿¥¦8OIl"'[
,     )Šêö)Ø=  ïbL}÷²  ÿØ¦$Ýß        Çwµ"L{  ¿  ë¶¦ÅBŠk÷÷V  b¶%3/4ÿaGqTÖžá"Âö  0›{Ô0¶ü

0Uªl ÂpÖêÂö µû!ß×Oa a Ú~éØi(r)¯ïa2 Ûµ-Ó z¦ `žŽ3/4Öì%qÃB!" '
&
...nÂ5z°Ml/Ã_we: a í"KíS X!ª X !`ªµÁ¸aPi,¡ B""""9Ñ ˆŽ""#ƒ'"(c) óªþ¢"""""
""$Ä"""""""8(r)"!¡ ¡ âMÊ%; è¯=G÷3/4ƒH· k[JÕÿ¥al °JÒìTq°Âá4ÂaED0A"ÐaKM* `˜(‰n £ÿ
ÿÿÿÿÿÿËPQGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-ÐÇ- ¨ÈY(tm) 2¸¸"
çÙÙ(tm)Ì• ##µ6WSpvvMçe+#5*
T"¢v ‰9Ú±Iv "ÿ'}Îõü*...ªÜ-|
Á AþvKzJ Ö•ÿ]JÜIùZXh4 ...×Âµõ¢`×¿è'œ%¬(TE¶"U×ÿ×þ1/2*árèä±"
ußßÐõÖ>ý5ýn n lzßïú1/2 ýii?û×÷~ÿªoú}ºn¿Vë#Y
1/4¥ yÿõÚ_(r)-¹ É_ßêR†B‡dº53ÌØ@E
Í öˆü‰(c) I Ês0!¬Rpç'ÕŸŒ
dh!:²0 Á b ÄÉVC£' G#G¯¿ a%FŒã ' Ñ˜ ‡¹±H†wÄG
uÉÆJQ.5*-u D: ÄÈ!Ë²&¡ð{¦""Ç,
4
ŽH0D1Î Ý¦ ‰ \\0ˆ!€a=×6 e@9˜r
qæÕ-ó,š Xã~ >ÕÂ
è ...'=³'qB H Šx yÇå é¡üCÖí4ï¦Ó ûÆƒAëza ž1/2 Ðt 3¨XŒ ðƒLø%U/¤âÝ
A¦Ý*Ò
Ðh4û¬'"Óˆi 1/4Fˆ£1/2í 7{#?Ñ/h -Á ù
;y vš#ç¿ v˜Aý¨A÷8{íª
ûT-"#u ˆÝÅèŽÞë-&ˆùè-k'ÍŸk"á í ˜{i0@òt`ÿ#°¡<&Í Q
• ¢èäÿ Ö¤YÜœß"CO¸‡#¿P æ ý¤N 'ü g#ú%Í Ý´ ¡t (tm)¡.0 "þNŒÎ'÷ '~,
ß^ô tŸ3/4 ÿT)6"ëOÓi6-ÿ%6 M ŽZ(‹peƒ%B'a ¹ nÐzjÓj1/27 , Û'"8NÈø m ÞÝi
T
1/2ºnš(r)šÖšé1/2ê¯þê(r) Õþ1/27^ý==¤òèÜ- ¥fv8º_" "ïWN•ét•ÂiëõzWI×¯þ¯ª(r)Ÿú¤1/2wWVÛªükI
ÿÛýl+ë
×1/4ŽnB[M"J¿Mún ºë}ô›ýwûk"é ÿ__¥n/1/2-~3/4ÛÚˆÿ×WOM^ûa§ôÜ nˆa"Ÿ"ú§]]µún"úm*IÇîžú÷
ýzo-~ëý§ý‡§ý>øÝ5 éé"ßÕëý§"b¿ý÷""ï×ÿ÷ÿÿëÂ÷è]6"×
ˆØOýU1/2Gê-öÂÚþ¯öýoÚé T×t¨-m 01/2wUú ¡ö3/4j
õ_öÝ{!RJ@Ç_ÅÑ. "{5...û"ÿj‡z× g‡ýÇ¿ ÷f°" V
þýë"ýÿY@.¿ÿ×ðj ïÿ: þC
>¿¿}ÒÞõˆÚëÒ¿n²@.ø^ô¿ OÞÝ+Âÿ²
¨¯þ z!ã_¯...[_ ï÷ ŽÛI_þÿï*ß\.š ýïýkÑ7)ÍU3/4´BçíÑbÖ´þ º "ÿîòøÃl" ÿUÿ3/4¯É"1/2|,êéü›•
(c)k-_¬"-÷ BB,þ(c)×ûÿB?ö‰#õ3/4"_ƒw$Ž1/2ô)H"õú"ÎÿûÝ4šÖ÷f , ô"ßT÷èŒý˜¤(tm)zÿÿßmn ¿ÿÿò
¸^úí¶‰ " DÈ¯ß w÷õû÷]Ý'ô
ø_ß ôÿýV(c)?~Ÿ÷x7 Ký-h.1/2]/ÿK}¥wÿn 7u¥ëw¥µ× 1/2ëý¯çW_Ý_¥Ù
Þ¿"=1/2§ÿ G÷³-×gO¦Ó-í÷*[îu [çGgUM*¶u}= oÒüÔëzÿÿþîÞ-/^öö×ÿM'(r)õƒ~ÓZ^i~"_"ãµ¥1/2_Ð
5¿oízj;"ïU[M~û"öÒ¨ûÖîµKW¿þý'{_§¿_z×Ý7¶• ÷¶•6ŸköÚ§UIl4-}µ°µÕÓö¶ûÚí...Û"I Û]+
(r)h"ØkêßÿÎ¯t¬$OØ]"K í/
3/4Ú_ÃIßµ¶ÕÓö Á...1/2¿]†"×V›"ða='GL01/2÷Ã C[
é Úö¶-ý¯†¯¦ faz
_"ÛV M7"æ
}Ø`¿m"ä^iH øØþEÅük÷ Ç±LS ±±Li"È Ã ¸0V×"á,3/4* qx...1/4WÈ-Ø2âÁ,I7ìWìU5QìlI¿¦A
È< "1/40·öC
îC V˜JÚý5!ˆëº^¬I3/4Du"
"ZØ"w

1[

ëMûb¯Õïkö"îC  nš3/4ÃNëÿÕÂëV·a-†  a[·J  L
Á'OÝ"  í+  ]ípì&°Â1/40¿Zi""1/2µêÂwÚ1/40¯&1/2ª  KÐ‹â"  !(^dgƒ  Âi,  ÁP^,a  HaC}ü4¬  m6ë†
   ða  °ÁB  Â,
 ÂHÖ‡
  G†Ž-q
  4 Á  ^^^^  ^^^^^8^^    †  [B  `ÜDDDD•
fÊ    D  ¶HRØ  â:Ij(c)h›    å£  h  ªÔ+  1ÿÿÿÿÿÿÿÿÿæBÈŽ‹:|¯eqTg  Lì±  s$
·‹E  Ù[;)  ð(c)çe,'h4
NÊÎdÑ(tm)V"²&È3/4haBùÝ_îI  (r)U  Ú"ÞvR,å^Ñ%ëZUõþ,"uåcÃÂ(r)ª  ð1/2Hö
Ö¿U"s²"
"#¯"ë÷'@_WþÖ'...uàßUÿ ×ý  §*T3/4œnÿ¬hV3/4ï  kÇßõÿmíoÿß  ¿vÿú¯Õê3/4µýj¹*mU÷vuÉ"Mlìr#s'
  R
  œ  Ù  ",^0š  ÆAùH  d¯#VK  O  "_È  RÆú  (
syvD¬  Ù  @Î¡
Ã'aÐ"  &Ä:^  ...HKI@rD}œ  $&    DÕÀ  As  Hw"ü&u
>lP^p2  0ná  @Áá    ‡.î‰Hu    Ð&U...7  Ç  ÐÂ  C  ^¶q'  ûxL  ÓÕ  4Á  ó
ÌÂ"-ž    R  "-  4ðž°z"èza  âÓ    k¦†žŶ,zhi²~š¦A,`  "Á  M,¥"
>
ÓNÓÐhmD0ƒ_3/4Þ/÷ôþäo^ìðÓNG  ÓÝ  ôGoî-P¶¶¡ıÚ~ƒAýdwD1/23/4ƒDýÒÎ94  ^ãÚr!wÈ£ý'Ÿ"9Cž
/OD|þ'tÈ(tm)'Û(äL¢tr    CôNŽK3  X@  ý  æDæ    Ñ--µ  "Û  qký    §äY´JzsîNŒ]  ü
r¢'{'ÏÈ1/4-‰    ò'0k3"]úa7õ"Â
 M¬ ÚM¤ÛZÚ  6,
·Ó÷
 ´í  Â
íí¹    \  ÉíS    Sh'áutßOÂ
 ›T  zu"§á?ýÖ"ÿÂ-&î  ÓtÚ[×Ó}RWþ,ÐM$ëÒ
¦È7#¦›k
ŽŒ  ›{ßIµô1/2/kai}zûO  ö^ÿÓ
¦è;î"¥ÿÓÝ4.Ø5^•´ûu"î  ...]iw¯ÝÕ...ÓÓ,ÿÕi_°÷Míj•ÿn  Uÿéu-_Ð  W_w‹ÿ^-O·¥ÐowÐ´-B¿Wxú_õ‹¿Ð"
]  W,  OúO  ~û  ÷-.1/2  3/4ÿ}~1/4+Å~õ"Poÿî÷ª¯ÕÐ]¯ïë¯þû¤ž¿\‰  ôÈáV¬
È 3/4´  jéZ¯1/2í~  ?ÿ\    cþ"ð_"5...3/4ú-1/2ÿ¯÷ÿ~‹¯
u  ""€3/4L  ‹,  V*÷z‹-¤ò0KÈ&Óÿ1/2  D3P¯  CûÙ@/í}Þ¶(c)mý}ßu~  1/2ð\/'  _¿¯oýZS
?§uþ^ÃÁ  þõ"  ÿt  •kÿêúÿö¶"kÂ
  ÿÑ  Ž^[ö    ÿUï÷  ðÕ_ÿØx@¯ïû[°¯ö^xÛ1/2ÿuk  þ°é×?"7DY"å"è‹N¯³ú!1-  íÔ‹eWi°¯#ûNõÿ(c)
¢  ‹Š¢×¿¢  ?è‰ÿûé‹8Oï~ÿû    jº/DÈøDgOwÝïÈ'ÚÕ  ú(r)Ýßƒè'‹Ê:ú$Šÿ,=  ÷ïÕÿëêé¯Â[ÿ...ð¯¯W-
}zÿvòÈÿOs£ÿðo"¿"ü%  Ò[ÿêþ¡÷WßWÞÈn°Û:úª°¯Â"{Ýv́é-ÿĺÿo  ÿéwß¿V¿×÷ý1/2?z¯÷ÿöu  ÿÃëÿõ°
KTÿiêz-t1/21/2_×1/4^¿êÎ†ú¯ÕÚ_  ÿ_  ÚO÷ìuõïëö-ßýw(r)Ûî¿ßÿëÿëöëJßöß1/2ý+_Õ  þãõ¿ÓÕµõµMu
û[[
 Ú  -ðÕïb-'úÝ
,0¿múÞ"kj¯¶-k¶¦-×þö¸]†ªé(r)ƒI°"}-f¥ka{
y›3/4"V  _
...^-R^-íÂ:¯tí...í&  ·êÝixOø  µ°Ò†  `ÂMSi6ÚÃI´¡"ý†"jÇ
Ž"l/¶¬WPÒÞ÷a¯â¥¤Á,QH8í².  J9  û
  ²?ipÁ{_?ý^QìKi†*
B
ƒ    ~-úØ¦9  ÝÁÈ.ïé
ö6÷bµ¢'Èø'  ±M{Å;
‰Ÿ±A÷ã‹  bIý  ý4È;ê-xV...SUwÓ!ÐÂ·

wá  x~È#Ù     ªù    ÄI  ƒí5ê  `°í"ÈHß²  -  Õþßí8a0"
'ö  É¸A"
   ]    J  &-,ÿ"Õ¬5[†  mêÂmôÂ
/zam8vš  -a[Ëu°A-:
/[L¡Á   ^^"h0TÐe9BÄËP^`"D    ...†Ã  Â
   ë  ~öÃ
"‰  Å""tb  ("A,  )^   Žz                              ÄDCT"!...      ÇQ   Öv°ÿ¤Ú]l.(c)'GÛ   ª
°¸`¸CþYIT  ÿÿÿÿÿÿÿöÒ-(tm)  2&d-  Èð¬Ú±M¢ªÈ7fDÙd    "ë
[¬fŒ!  ¤MÍ×uÕ'ä#¯ §
   õõ
¯ÿ1/2Um   (tm)mÒ1/4-¿×"  µ
Ö  ,qU-
ÓŽ=µŸëë¯ÿ"~v¶Šâfd'[ýÛì
u)  -<ƒdfRÇd R  6!¬^`¦
óa
"  M  ¨  EL´  èAÎ]'H.  A†¨¸$  ‰(c)
   ã¡£+Gs$'±çA
pÔÚLŒd†ÞÎ¸  , lØ¤a  #S'D¡ÒÎ  0e8...  ÏFÁ
°@Ðog(tm)±    pƒÎ  ÐÁ  Ó  0  ö    ;   :@Â!1¦¨=3 }0@Ð8  "  B2Aê lCPJ ðD  óìÀKÎ  ]Ý Ðz
   v¡      "0ÍF  0ƒU°L  ká   Cè'"Â
?ˆô  ÓI Âl^šwI(r)ƒ3/4°¯ì^Ý úÝpšzh  ÐAÚÒh7ûN>-5~âÓ"ÇÅ§  ¬G%î  Z
4äñéÕ¬Zy  Ý§ö¿ÒÚ'"3/4/~ØâÓdt¥¢^Ñ  ë'Û"þ²sÈ¿D|Â   ä_rsÈQíê"r       Ž  y  ò9Ñ9Ù
"(c)A  0dÎGÁ¶¯h¨ìA1/2  ŸŒÒù(ä  Ò'î]  ‰"K  ¤‰ø`h"  2    %85(tm)1/2 Ã@
äNh  m  íÒMÓÂ  éÒ  #Ý¦   ûÓÓÐm*  t  ví)  ðF‡§éù  ßŠDí'ú
-      ÐMî,  $¬  zmwái?  7Moé<+¦á7×]6Ú¦¥Ó×WUÿ
úá]^>Òo(r)ö--/n›H=-;Âm'  é÷ê'n  °ÿWë^3/4¡V=té;"t:§Ó  ƒëÿ þþ  %âÓ
›zI°únõÕ_]é~7OB×Óbôÿ"1/4   [_ãÂþÙÝTé}è_kW÷(tm)é
×¿-u_Öß]þãÿ]ê*ô3/4Úþ  a××õûNé}{~õ×  í[è  ÕÚZoÞ¿J1/2/  öÕZë?  þ    µÿTS"Ûû1/4"
È@:Wö-ÿð¿Ò·ÒÐV
°ú¿-{íÓ#¢8/úäHUw¢œ/ÔGù0  ¿^(tm)@/  Ç' I
'^ÿö1/2y`¨?÷ûïš,Áü  þ  L¸/û¿×  "íd¨;÷
 Úï¸ûìvá  ×  ÛÿûWÕ~í"  ÿ(r)ÿé¸°×  ‡Q÷÷_Ý}P/ê  ÿè-ÿøD  öÿ"AÇAƒÞµz]¯...ÿ×µè  2
   §_ú×ü†wKµá  qé{A  ñþMÎ'í  öÿµõ'Òþú!q    ÿú÷ŸÒ  ‡Ï3/4ýª!m  ÿ"_(r)"vùj-  è...ë{j^úM
°$...ÿî   ó  hŒèŒ  3/4Ò  ö3/4Ú"žÿ÷ôú"û5‰|"¥"ÿ§J-×þ¨Ï_TL  _
"þ"N3/43/4(c)  Áö·{ÿÿë  "ÿ_õ‰œ¢A°á7×ý  ¦ÿ\  ÿõþtwOp"ß3/4'3/4þV  ÓÝ]/UÕö°ÿí÷Ößß*û  3/4æ1/2
   °õz¯ìÎ(r)úÿ°nªÿs"õ¬ëz°ÿ~Ýu¿Õ3/4÷Ög  1/2/  ßö    ]{-  ý¸µ¿øþ¿ÿW§ÿ_  ïªþ¿{÷Mv  û::;W:ÿ]íö¯Ö-
Û~3/4Úß1/2kíz×µÿéëKÄV>ÒÙÚüÿéÖ  M×-Â_ûí}wÚ"ÿ¬UïÝX]nÕÿ·°¿ö-...a-õM6¯ á¥ÚÿÛWö  ÔûWt
¿µ¿ì}$ßßaa¥ØÚÛV  _PÂ3/4ÿ°Ÿûìv°Ò¦  ^þÂí.Á  ûÞ-;ZÝ.  þÒ'rŽÁ-  †  "p¬[PÈ‡3/4
   LWÚ  öüÎ3/4ûÓö6*EñOK°ÔÀqßÈ¹§§†G  b¯'a5^·û1/21Qoñ3/4Ä  Ýlüü†#îÔÕÿµr  ‡V×U±_d0íßõ
WØ'1/2¯cØ¯ØW}°(tm)  t*LƒÃd,](r)öš[ÚÕÿ¶  ÿ°•¬0  ...]õ-  [Z(r)û  µm{
Ã_†  þ  M^¶Ö×°W  A,  H    4!¸þ‰  â"  !
   ‹a,ß°×aPds†¯x%å
,pÁP†  °_†  aRL!    E",  ^^^^^   ^^^Ž  @é/[B""""""""$I  Á  ^^^Ž";  ZU°1/4¨Ë  ÿ    áD  ÿÿÿÿÿÿ
ÿþZ...9•qâ.!ö}  ‹Gc¹f@§d"  l;YdÍ¯8q-éä
7(tm)$^A  Ã#LŠ£  ¸Ë¿kh¬3ìJTÎÎtÔô  #  ð"D-Õ]j§4¸}wým  ²(c)úöö¿
I_íêÿxZ§Dÿä°¿÷rn`ù  rc1/2+uö(c)|&ª¥ÂÂÕÂÓC×ÈÓÿ·Ëªëëþü  ÿÛ_oþ¸qª  (r)  j-^ÝB
/´ÿµþët(c)ïª^áÿ(tm)Â÷"þêÎ†!AL'#âÕ²h!/û
ìÔQA'qþ¹qÛ;  NùÚC"-sùÒäEL¯GN$@ÊN\  ª·,  k  "  ¢ eøa  µ"

"0ˆ`,  £j  26  ê-Ò(
   uY ˆ€î²‰Æ  ‡•(tm)zý2@B  `Œ3  0Á  RrJÉÄ#  k      !Ÿ    ¬ÀCX¤3.0ˆr
òà  ¨,Q8M:ü Â
&ƒîÄm5TÐ}h  A§ª
;1/2  °†  0   ó6lE4
-ÕÓ[tÜ&õÒ áƒ      ý}    zh;Ó
Â
â=&  L'ÅÓí&Ÿä4  OA&†ê  4
&ƒˆÜ ÿZ
8¥1/4 šÓA Ó¸‡Å Øíˆv"-¨"ÜŠ;"öˆƒ‡ÈK·ë'<Ÿ8[È  ù  ßHŽÚ%ßTGpœ7ÓTûê²£¿Ñ,õ
Q,k%"KÝZëH">DÊ$9Q43G%  î ›-JMÊ§';¶×
ðƒÞ¯Ds¢trÏÕ    á  °2~   rshœÝE  "Œs"÷è  ðƒz¤ˆÜ¿h  h&ù  1/4Žm  rHMÔ
Ú  O°Â  -H(c)šdp‰i7N  mÒþÒK[  /KL&éÒ1/2  O¶(tm)x¸.  om'I¨a_ª  -ý-'dŽI  ŸJÂI
H71/2;Å
°ƒ"zNÝ}ü&ê"š
ëZN(r)ïyÝ?é:OúTé<D*zz°  M  ÞŸÚõ¶J•ÚQÂ}R°o-¯...Õ?OÓÿÒˆ  V5}.  âøÞ  63/4:¤ÝuN"  °O¥ª·÷
é·ú    +ÝØUôëô}ÿ}tÿMð^ã~ûvó>  ß¿  |%÷,í†4=ï|'î"ÿWÒP[¸¦*éë×·ÿãÞ¿  +AÃÝz§KÁaÈ-PÏû
7õ""ð×ê-[·ª°÷ß
Õ‡õ1/2zõ3/4ý×õ&å3/4Ýƒd)
Ä]|ÿwzšƒ²!a`]\  Bk'G¤ò1ÿ"Ò
÷ÝÿÿeÄ
õQÚì    ¿  õ  (r)F |}  mù
   Dk]tÞP
H!Nê¬"
`î/V  †ý  ¡ƒCMWÞéqt-Ü´5nBèA(õ÷Ðí7ó
'ï†  TÁ°{ß  ê  kíÐ,,ókn¬?d  ä  úw_ÿ-·Þá·V  ?}W÷ü  "öü    -1/2úôˆ|°ú´-  AÂ  ä  íw{†
¿6õ  ÷ïJú{
(c)ƒ
9  ô-µï¢
h1/4'}ow‡
-OÖÝZ¢H  BÂ÷ ^^
   §ƒ  ún•Ãt-é  zÑ5oOdÝÝø6t
2Köˆ%vY?¢  ¿2F-µšÅ#
"ôŷÂÈ,‡Õè'  0tÚ^Ûwš":  -"Ó  õÚª(r)Ÿ
ƒn¿ª³¤U~‰%}þ·µ  ÁëJíš...†ÿÖ    }¶úM1/2  æ
Òúµûÿ"²  Û¦  ¯F
ˆ;úB"o~"õáø|7ßV-ªníßÂ·ÛÍOWµÜ-6ßôÿ×fµ{ÿwéƒ3/4jzú1/2  W  ^°W1/2  o{Î-lõ:Ÿ_ñùé×î"Lã÷ÖÿÛ³
Ón(tm)"1/2  ï]µÚ  é  n›1/2³"¶"öþð}ÿ°Z1/2ûzOï{ß1/2µ-"(r)êÒÿl:mwÒ\ÛÝ  -ö3/43/4þÝ¿n÷Hóþ×é]iw
_ÖëµovÕõÚ¶-×  ÚP¿k}ûv¶"
ö×í/uÿ  Ú_Ú_A"Vû[¥î×‡]¥ÿßj"Û
'TÖé{ZÛ
ê}°Ì  €  Ú¦¬4*m[VÃ¶  1/21/2µ~žÒÛJÚú¶  ƒ}¶÷ÞÃ
þ×°Ö ×û
Ûi:o  4¬¦
   úê9  Ö"k°a&ÂØ/pÁ&>á"a+Xu~›
   °`,ßŠîÛ†"a(a(¯íá-Šý°]'x3  ][
Šj;ýÚd-    þÀ(Ø/(r)Ø¥ö!FÈ(r)¯ý6D¶  ï±êímû    Å?ÿ±[Uè_Çí°(c)¦  ÿÂÚˆïI¦C  am´
   o`¢ƒ

ß
~¶   "
m[a4
    ûû[     ?d1  v  î
& 0"  "    C Ó XA,°Ö!,
ï0ƒL*ýÚþ  ü5m"l&¨0-îö°"¨Ã
"àÂ¨B Á  `"q    â"
! e#¥,    `š
¸°Z    Uq    Pa  ``ŒA¦ â Él
µƒ·§      %ñöQi{U        ±    ·¥°["¨*Y_   ¶¶Ò1/2laaÎëQÿÿÿÿÿÿÿÿÿ+†g  ¹  Ê‡  £°Ñ
zíW¯"Âöô³°ãýß¿¯Ì"ï›Ú;WÂ"TE  jld†P26    Çeòã0‰Å
Ùäx`^"  Ym      N ý  Â    ¯ã    C@Ða
}P~á{AÞ  J]§¥Dvþ  "NG-Ö8´Gmú  Ú%7Û"cÑ>s#"œÔ'7È1/2@›o¤Ü'ê
ôƒjæ  H7#:m  JúOÝ=SªzÓÓ'Û~"
ÿ¯Õ'§Ký.ëB'ñã5(r)ÛU°°é¿ßõv÷1/2uè=Õ  _úƒ ƒ×~"7-× aÿ(r)B‰1/2ôýâ;^UƒwÅ,þý(r)ÿ¯
0ª#ïO÷úè‡  Ýa†ˆOUíô³ ¯  Š  Ȭ"'$‡ú^ý÷:L  ÿVF
    ÷ßvô´Oú"Ã×ÿ^çY¿Õ}þÿö÷Zzïÿß<õ[ÙKÖëJê°Ô¯î¿ḱÚ÷á¤Ú}¯möµ°Öúm*!"  ...ÿ"J  [¶  UJÁ,]ØQÿ
1/4  qXäL"à(r)ÝŠ~  d0ûý6!H<?jþ"°ƒ
ÿ÷anì  á¯‹      ÄC  !v‰
N"ã        é}A)d  %¯¬    ÿÿÿÿÿÿü²  ¨þE"  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿùƒ  E3/4 AØ)•P    #1/4¥¡Q  lª(tm)ôJ"
A í;D
ì(r)B    A(c)Ù
v';C#  'qNÍ  °
ÃØ      ¬8"  ,    ùÙI(c)Ù"ƒ1/2u1/2?3/4õ ×é%ëþû^F;ÚÉžÕ=
ÿ¢b  dô1/2A  K[
tGo  Dö³^3/4¤ôô
í´  k¯ Aªþ°×t=  ýý7OßÓ†PkÇ¿÷ª~  ëï¿üu  ëîû÷ÿÿÓ¤ëW÷ù
'› Qª:2(  ^JMþóÚ
5R[ý!¯¸BììX³°1  )vq'~}"è†!ó    >!¬.Ndáï(  ƒ  ;É   !ê"$ý(DZˆ]Aä¯...8G:
Œ        I    uólÀ...8§F  "PO
²%    ÔŽ¬ÀÉ
œ    I  öZ  R
²00fŒØ€ƒ³ˆJ  êP-/ÛPƒ  =B  ÐuÂÂ
0ƒ÷1/4 Â  ... a
,    3aÍ  "ãý{h0O
á  ^ƒÔ"
  Â  Âjƒ  =
    CMtÿB"1/2  Ÿ"  v'
4ýi‹ÚN  ÃOA"  óò]Å â  ãÓMWO      ñat  °
}ÓDÿ¥%ÝdQý¦^°Ñ/iÿÚhŽÒìéÈƒ1/24>`EÚ'q
î1/2x‹">ÞGn-  ýÉfEæ^äü-YPX-)  És¦ò A÷DèÑ"h$    áZ'G"...'  '<
ò~Ñ)1/2  ö‰Ï  ]">aw  Ö  nKÚŽjÙ  Ù›D1/2Èã!  ...ö  s6¡
ÈLh Ü‰øAè:
ê    Ç(r)    6"z×ô  xªz
¡÷P"' é:A¸O ƒ¤ç¡"  ´Í
Kn›A<&úw|è´ƒ]~Ól'ö- Õ7AÕÕo°Z"þ  ¿ 3/4'nú1/2l  -
¯°ŽÒo""´¸@ù  Ÿôê7ßZ¤ôM:1/2===<'""ÚVþü28  ¨|tªþÛ¯Tô0Ÿx  tž1/2...3/4'Äêý  Õð›¯ö›ªëêÝ¦"{T°Ç
K]ú  -â°ý!¯ªäW}ü&±÷ÆŸÒètº-:ëêû  û-wÿuíVé{~"k_l=  ~"|/ƒWúßøk}

3/4ïM÷-é·úªoKiz  ýíÁvë"ÿ1/2àª¹  -    }"Áytü‡"1/2AVD
"  ûOÖ×µk¯¥ë}}¯Vu
þõ  0÷ýjl  ødp]¯jA    ÉpO^ü  [aÇÜ(tm)SSP~ä9  ÐÒÔð×-~ÿû  {ÿÐº-d¯/ÕûÇè|º-[
`ÿþÃÛ¨ïÚÙ
ôÁÿñ  ¨Dt¿þ÷ë¿vf  ýûÁ{"ÿÿ"  ÃÂ!äöð^é¿
?¥Õ/*ÿ1/2>Ÿaÿþ´3/4þú!iûê|Õ  ÿoßd0òNÐ/æI‡~t

€{û  ,FºaÉŽg;œ?ëÖºõÿÞßÕ7]  f•uÝ  iïÿ(tm)""þŠqjäÑû]¿)Å¯¥  Èè¯  á    3(ò|UtýÛÓ×ÿ_1/2/Á>ÿòÃ
ßTêþ×ú  gMÂþ1/2"
ý~è  ù    ;ïhw¶•_¯úêêÿ¥}þ(c)  zu  ÷]{kû  ºaøüü-ì8û  ¯õ×Û³ÿÞ·ê•ÒýÚ̈yMÿó_×vyûÖè  _·ç  lê
þÔ9ÈÒüÕ_í¯ë{Õn¿  Nû-ºëÓën¯³¡þ  owÿÃÕûÒÔÜÓö¿î
-^%os[^Óý³(c)þý´µ  ýÕµt¥Õ{uï[ÿKý‡Jû-ûßa[-Ý¯¯†-Õºø›ú_N1/2î"
iðÕ¿*¿O]{_mü/*¶¿kf  á¤éw...µ×[µ†(r)",Œš"<a_á[Iªa(r)ÃXiwÛÛôœÜ.-"1/2  m&¯í4é†-Ã_º¶"h/Òî(c)
†"‹  "
            >Û
%!(0µ    ûjÃN  ¶"kk¶  Ââ  "‰j
+
×(r)Ã]þ
Ž  ü01/21û  !Ç°Âû    é=  ŠÛ
KvÈ;â-Ø  ÆÃ]    S  G  +'
            ^W
(}ÕØ...  Å{ÓìBºö$qDL±]Èb1/4Bb1/2  ôáWûXjí¶škýd  xd,8¶>
Ša,Úöj5ÚÚí%~Õ1/2ºµ
_²  òÜ&1/2...(r)á  ÁmÃØ-...[º~A..._{WJ  am        ·c†  ¯j["Áu  Ókí-"
ØM{        ¥
&
Â§Å,dµš  2d"Â  ƒ  ,  Ì9¶$E4
    ÂpÁ2  øÐƒ#    Á  °B8d"1/4
gP"éâ""""BB&´!ÄDDDDDDDDZ  L\F"DDDDDG      õ  ×[×  ÿ-U...ÿÿÿÿÿÿÿæI  3/4ÎÕ
ÿ"  îÿ
-¸éýíº  "áMC)Ä*#...\a    0ƒ';    é;A¦úzTEpäñ¦^(r)  °T    A  ¢s¢gò&hU_{tß        ²Ê%á
  ·›IúqÂÝ̈Æ  ªúnÁW
ÇúJ1/2Ãƒÿ".  y
i'À  Úá†"¿!Î=Sÿ°Ù
~(c)(r)  ðÛ
(r)î-ùÔ@nb  íô  :"ý+Þ¤  #      ¿z¶Û¶  Í_Ýý3  7'×
Ûú†í+áµi%÷ßmum  -ÚV"  †•ùò"l0"  a&  p›ï[b(c)  ̂Z-]Ú
0šßøº~&    §ñ    †  ^^Ä  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"hQÿÿÿÿÿÿÿÿÿ•Ç‰¸Q'ñ$3Ì"
@ÃaÚÃ-Â£#G;&2!  ¢L¦'qNÍ  _|  •ëJs8f\Ôþr"  @Ü-#²Ooð¶ÐZZ;J·O
Â  }5ëÚeš4Ö'×é*Þ1/2/úiÌ<  Õ¥éU  ö¿¢{ŸÿCÐ"  ëµûøW.mxUÃ_îÕCÅÇÔ£Ö"3/4=
môŶðý6Æ"}(r)×}îô×÷úwtó%ôù
dº  ÆK³S?    ""C:¢RM  ²œ[A  ;²U  7ö•GüÏ<Éb3&´&I  ÊLíÂ  p uf  D  ŸgB$  V    Ð(@Â
ØL`žf  83    f  ÉØ"  %O3ÌØ^J  du  D      ã.  ¢1WzöT  D%DM  "  Pg  ±
Å!ºta  `üJdz†|B>q"B  N  †  40@Â  Ð0D  Ž  ,Ozh  a  Õ7Ô&ž¯A¶  Ó  ðƒ1/4 Â
  E e  ï¯"1/2&  =
á
ž  Ó
àð  ºïÒ

8î´ÿM4  {  wPÓ^hŽÚÈ(r)âÇ‹
Å§  "-#ÏW]±iÇÅá8õO1/28"µY  í;TäAZ¢Sr~åÏ%~Eæþ^ó.nEÊ    3':d$v$ï!aÉ{j"ö  "
ºR/  ˆ¶ÿäÝÔE¢\÷D]´Lö$‡hœð  ´KÞè-³K  Pm  é6, Aßá Ðz
×i< 7Èø pMÂ
   K1Ü-?PàÔî  Aäs{#öfÒ3)   ¸Bv  s7ÂnEö·#›A< Ú  ¿A
"  I=1/2ÐO×§ÂÕéè7_^,k"Ú\(tm)  A
¬lBê  "§Ò~›jfN"ë
¸[OO¿p›(r)›â¨=-jý7}.ãO_O^ÓON¿ºOy  Øké´›¯a>  zªuý^  .ºu{éô  v45]SzÓk^ö7·þÒ7TµÕ+Aÿ¤õ¿oý
VÂþºÇ"IÚÿÖø/á×ý#F‡oÕ:Ú¯ýë·-í6  }Ó  ´UKW[âûííû1/2-´þ×´1/48=ÿ"1/2(?ÞÈ¨"  _kõúy>ôõß*ý÷¿...
ýz  öü·úï´mƒd l£_úÒ#    äï^Fƒõÿæ µ¯ý  }÷éïõü¬Õ  ×~Ê@zûÞÌ  ÿ  Ñ"ù  8<¨1/2ó¨; ",1/2ûþP
{"á+1/26-(r)1/2éR1/2ó·´  -¿@1/2mW¯PuL†  C  ¿u1/4  d0^Ýá>1/2zpJû$  /Z¿_õÝÚµïX.ï1/2¢  ÿïÿ~÷
ƒ¯Þÿþ    x7µú!sÿ}¬‡‡^
ï-ÿûß§_ïÑ    _.,{¿Op1/2¿
‡-¯íÕè"è=.ª‰o¢*Jýá  Oý  öè(c)îšoÿkMÿÿ"3õkK"F1/26¹y4›oÍb"â¿ßê‰"D
oú
¿ëí  _Ñ  ÕÃ ´Û×ÿ1/2¥ßýÁ~Ÿv-  V-ì%-Ôƒ¨ÿ×ÝAeEVÝz}u  M  ¢HÿuôÕþ3/4÷ÿéw  ázýmýöÚí"_¿þ
gß_¥¿ßúÙü  ô1/2÷{¯]×^ý  ×¯Ý"¯5?ÍO"o=fÞƒ:ý_¦žßkýßýÿ  þþ"ôµ~õúÿ"]¶"ÿ3/4
m}1/2í"_ÿþ6
{(r)ÿ1/2k¯ÒÕ¿ÿÞéŽ·Bÿ  _Ôê  ¢Wízÿµ]¶Òµom-íÿu]†--_  ~¿-öÒÕÒ:µï§Û_øa{aªí...÷[VÒû\Ð÷´¿Òi6-Õ
=...†"Ö">p¯ÿØI´ÿÒï¤ÃHÑ°Õmm.¶÷m+¿p"¶-v  Ø5ƒJ×ÛA[ö  0I°¡†
A...Öô°¬k±Yu  ×ÿôÂ{Û    ø0I°"!-...6  1/2~  _ñl  "  %ñ-ß±ÅA¯    ìoîÂ1QLVÞîÄ*p3/4¢Ù
‡ßüS  oäLÃ  ìTS±TÅ  (r)Å  ²
ö)ö¿d;è1
ë^ØL&šµý~5v  [
¿ûª1/2ôµM+
Lp¯_î›_í}´"MûV‰¿A...v  JêÛL  Â`¶†šal- dÆXAúý-á0Oz²  ‡Ø  ÂpÂ  Âk¯]...¨È°L  á'O¦  Z
     )! ÜDDIv"'  5Ãâ#†  EC°D}...ñ  }^³II  X¤DD8^^^^^â#B"'"1q    úýÂ_î-UÆëþ#ÿÿÿÿÿÿÿÿòÔ†
vªd"&a¢d'-ú-Ðîá  ok†w(c)ïíM  <¯  ~´(r)Œ¦

"Ù  |.vkÿöL"{x  U×ëéi~  ×õûÿÛ"Ð?î×ÿÿ-¨ü°ÝQ¡ÿé÷Ú¿
B}ÿ]-}ý  Å}}û  Óÿÿó°hª- b    !' HqÁHÓ"  £ Éqæ²#  Ó0/  ÌœyÑ  ^3/4d'šŒ¢52DD
h  ƒfy :gQ  cefÈ...  ´9Dtdá
bç  §    ›  Î  <À  A¦  $Ã"  "

²      0Â  ÌÙÕùæƒ
Ô  '"p¤†(tm)ÐŽŒÈÚÃ¢  ¿<Â
i   @ìÛ  "Š

0i§"  Ô  a
xA"-  0ƒÓ  4øˆïM  ƒm5Ð5Bî¡~  `ƒÒ  ?'  m
ØA  B  Ä%1À"`BAš  ÿ    êƒ  >Å  O¶*! ÓOí;M8´D  ¡ÃA"KœCM  ßA¢+†é¢>²%1/2`Ö>ô
)ðƒA z`ƒÐkâÛ¡ı  ˆ£Û    ÈÝ0Aÿ¦ˆîè-4  \"wÅ  rW'z%oMÐm'1Iý
5Dêâ0Ò
³"£,x  Ûô1/4œÃDqÒDG~^ß(r)°°Â
8†  ¤?"cÕ  ç.lD3/4   ˜2èJnE  Gí  àÑ.pE
ð›Dé'2  3¹  Ú´ :  -›"ðž  6,nŸ-'ÒoznêÒdÎž  ÚRg~,    E( m"ì•¹  Ü"  Úú
ü  ôÿÓ{ôðTÚ    ´  uý'Já  éá?ÓÂn›V÷Û î  z3/4  /Ýs@ý6-U[è´...,I6,
"  "

Ë?-O...ê"jûT    ôÝB
¤-(r)Ýêê<.‚"IÒ}ë...×õj•õUtô÷Å{ý¤"¯   7ÅWWM´é6êþžê-Úú¯i'þ  /ë±/÷V¶‡ú÷VëÅ}ß  éÿß...I[Ž,(r)µê(
c)Óéêô-›i¶(c):  "Ž  }  ˆÕý  Ý_O¶•ßÝïö¯Ý]Â(r)žõ      w!³M´)^é}W¯-Ûî"öþÒ3/4ëƒO(r)  Ð.´Ùp^
¡0vh"t1/2i²ÝÓ,ë1/25úz¥{ú¡·ïÿ¬<^"#  ×ê·r6  Ù  Ý  x?šÃïº  pq  Ç¬ïÿu&9Õï'*  &  "/,8þN  öë  µÖ
mbä8{ó ?õmÙ÷ÂÐÀa3/4Àè?<¬†
ªý  ô  ]÷úÐû²  †Kƒô"Gå
\ˆ9Z
Ù^  Rû¿JÁô(r)
ÿèt
•0w¯Ø-?ýáƒu×ªk§¯Õ‡
ê  =þ  wb
>È¨ïßí¿
>ôÂ  þý"D  þ
ûÕè‡1/2ïËPb|6‹�'D  "Û¢aßÿƒ
N(,GÿµØ  š  ß(r)¤  ‚}>³ÿZÔˆŸ":...ŽF  å"ôF~š}u  ¯³+"
¿´¿Áº¯DúÔš"°íAƒ  £¯  ƒ¿ê¿"0¯¿DÈÿï2Œš>F
bžþ  }WþD‡_1/2ºN"wý  á´L  µ¤þ  ‚È³ÿýºP~3/4·  ´·@¿
ú  ûí×w‡µó£Z"ö"ï
Ï‚[ÿ"å8¯ª&G"ºþíÿÖ1/2uöC?÷÷þ¿K³¡¹Ðêß:  ÙÕû°Î...T  ZÝ?í¯_ðü?é{õ÷":  Êží  ×÷:3/4•u=m  o³¡ý-àŠ
z·ÿDa"tÓíúÕßwUzž}zÚ¶t=Ûè=ß
õïÆúÚíê¯  íWúÿj×úí÷Â  [ÍÕÕ÷NÕuµÛVÖÂÀQü5ûn"ÿÞÔÿçCëþ¿Õ"Ó}"ûkwL=†¶*Ã_Õ¿ð(c)¨¶"
+""K´-%n¡"(r)š1/2Òzþ×
kªm...öÕÕ}"ÝÛÚPÿml"¶--ªua\-"kµ
/Ã
  kiCJ
¸  6°Âì4›IØ0¬0N  Jê¡¥
xv°°°ÒÛ  u  ûI×µ×"
&ÂR.XàÌ
NÁ.D´á&Á&.6D"Á"µa,^Ã·pÉ‰!-  ¦+¸¦+b¢¤\  ÅE5vÅ0Â[¶
Ä›á¥¥þÂM"¡...3V•¨k  Ø¨(r)¶$cÙ  ...qLlS!‡ìBŠÝŠúØ,#ÑT  ^  Mn  Ã      °ëðÂŠî$Þö
WnÀC      E"‰
%av  ZÿM7a  ¯a7µp¡5
d  -=Û
 ÂØ\·  0ƒ
Z
  Á0¶ƒ
¥ÂkUkm-"•ul(¨‡£bgkÖƒM{      Â§
*-è4Â
!k
  d"J†  àÁ_j¶  0C  A'.  A"AÁÁ-°(Ð†
      Ã  !"¶ÛM    Â-Ã!_  M

°$*"Ð¨†  C#.e#)...B"""""""#B"
¡ÊX  ÁB  "  ÁT·  Á{\DDq          N"2r...É¿,e‚"Ò_×ûRÍ%  "ƒ.#¤ðÄ*¯T7
  Ê7  ÄZ  ÿÿÿÿÿÿÿü›*¨Ï†È›
e1/2L‹3*â
  ä^#£°lËÑ:...)y2ˆà\ìX9  DÈÜö|ÓÉ lÐ'  ƒ/k
3²    ÙØ¢êŽõß3/4

:Ö  1/4  ß_n¡ÖOc1/2o^"×ÓÓð(c)  !ü  íÕW²Ü-=--1/2Ùß±åìi&3/4?â-ðzÕ  rßþïMôþþ·_ýkþýoÒ"o¹Ý
÷ý¿2P¿óµv•(c)Ôd(B¢)ÅR  ³3:ä  HÀ  3 ¤-ªld
íž  (tm)¯Ræè É    Ù
  Q:ç  d  •5âEA-
.;ç(tm)C:µ53  "
dáì'G  Ô  ×#  j
SŠh
    @Ê  a
"ža      0^'†j      3  Ú
   ,  ¤  "  †  ~'z'£  š"9Ò  ¥Î  ó'Q*  ?°@ô"²í      ç•l†Õ  C§
&è0žš    ÚÓ†› Ðv...õ(r)'iè Ý ÿÅa        3F  ‰Q  % t
ØAë  Þ(r)+¤ýÝ°šöša
Kh_¦Æ  h-U  ¶  ä$7_    à×Jý8-SA¦÷ h7  4-E;ŽûþÑ  vÎ9a:Å¢7úhÝîE¡9Ñ:6Ñ?hÝéeÑ
›  Lá  rW`fÝ_
ž]  ÖNoäýÈ¡)"?h^;DpÕ  s"Ó  i÷ÈÄ‰{'mH3/4î¹    ¢tfÿ!]Á    N‰ÍÓhœÙ¥MÐy  Ú  =
nFtðœ:  6    ÐmúJHöÔô
ë  &áZÂn]( > ‡<DwDwDæö,n  ÂÝ]"51/2Õm  òã^GJ¿Ó"i7u¯^é=0(c)µµßt"JÖ  Aöý^úz³
BMÔt  aBnEû
Ð}SµOt"é7q    ]÷7VÂá=-W    ëïë¦´-'jÿ<  öõ "  oŠ§],U¨A˜žƒ÷Òn(c)Û]"öªŸ...×ûIŠMí‹
ÿ¦1/2_  þ*~*(c)Ôz  t  Ô*Ý,Ý¥kIë¦  û"ëÿÇµýu1/4XD  ~‡ýÿû×zµíköõÿ~
µ  ¬[÷µÓ  Ð-ÿ_
÷z1/2ÔnÐ1/2y  ^  /ÿ_ÉÄÝ÷¯_pv"W    ]‡é%¤ã-ý"Ýu(r)-ÌN×Ô×Y  _ÈUOúßHk¡þö"-i  š
  ÃÝY    äÎ  ðvG    ((r)ýp}[ªnë{ä>Ÿ÷ø¹  ¡
@öAÈ:ý  µß×òÏ_fÊp_'>êA  2R  Uò&#!å›öÿ÷[  ¿õêÁ°k¶  ¿Úé×Õ}¿u¦
F</¿*áf°W~É€x?(r)`ÚôÐ`ÿézÃ
0v ÀD-ï÷"¹c'ëåÁB/ÿï`Ù&  D>z_aû
  Ä$CÇú*Á€Åû×õþ-•koµ
ƒÉŽqÏž
"F~ÿizC}  Þéj¹Ô#èŒÿ-Oë    Ë$!>¿"CŽSÁ‡ô¯ÛþóXFÝî×åêÊp€"r
p]¯÷û  V×ªß_DA$Ù/-öß)Ä¤H‹ýÂ

öõÿþ  ÿO}  Ér%ÏÁþ-¿ªß@øuOZÐÞ  î°¦1/2"ÁÝ...ÿH(tm)
-×ý'êÅÿÝ'UL>Þõþ1/2ý  _¬uõíú¯OÛK1/2
þ¡";ëÿÄÄö"°o_Ïîê°  Ó¹ýó(c)¦fõNÚ3/4×Û[Ý1/25µo*z<ÚÛ(r)ÕΉ‡î3/4y  ú,  -ë¿O-c~õ-õ§¿Ï;
1/2WõK"÷ûî*¤ýÔV¶  ̄j÷i{v"(r)"°~ýÿûõ1/2µµöûíVßÕ  -Úé{kkö•(r)Ã"
...  †"u¶ë
-þÝ-í-/þ-¯a"¶×ïWõý[],jÝ7[jxØa?°¬5Ô†  ƒ
[aXjƒKÝƒ  ¬.ðÂÂ#...a¥Û°Òu†'¢µûK[¯ih0"KH0°Õ  ðÁ}  í&G-  Y    ƒ§  ØãWb¯¦EÁPabšö)ŠáÃ.
ÆÃ#"ûb ÂL2âî^
    Øk}¯b¸(r)í  Š`ö7vÒmŠ¯LU±JÈ<?d;Ù  -öÓ[      Ž1/2XU¶Ä  ò
!{"  Å+  c¿  ƒ"  Ø...ß¯Ù  {_ïUd+ý"ÓNÂÚûjÚ×h0°Ó!c&á}°ƒ
Ý"
*
_l&    ¦  pÆÄ-¿arÝ5"[      Óköš] Á0N
  Á0K    !
  Šƒ$ ¤ðg    al  µ^°"X!    †
ÙCÃ  Ða+  ü‡{VÂ^‡±      &1  `,@â",!
  ^8^^^^^â"""$    qÂ  XTÁ4  (â""":̂q    ¦

Ï"...ë  Ò⁻T'XIIµa  •ÒÄiªÐÐê´Á  Òø^ÿÿÿÿÿÿÿÿÿûj  E¸  GRÎVd"Rµ(tm)  (tm)Ø°(;$3³G
ì  I'+"l...  @§  2  3íÕ:&œ=s±s_'tê'•Y(tm)ú⁻¬6Ý*#±ö"ïÈþ
"¿uÝ['^'
u"5õÚD¤žýÉ(tm)×"Óö¿'(A  è    U(r)"Þ^Ã-°Zµã  VûÛ⁻ÿ  %Þ"ÇZ  ß3/4ñé}=µ  ÿöõëé¤Ì'×D,È  A'*
Ž  (D8  zä§*yO  ⁻‰ŠV-H³r    ÿ2'    !Šte:(  °8û"Œ¡"ŒÖ!    Ð  ò°D•"  5'  .R
(tm)  ÍŠ  3FN  gA  Î,˄C    Ÿ(
¡
Y    <Í^ƒ:ŠC;t-Di  D5  3  Ñ⁻  _ýà  (c)ælH<Øe  ÏH  a    -m(r)U...  ‡ÐŠ,Ã"Â!ô      ˜>  ié"  @ô
ÓOl  õÐ0ƒ  0ƒôÂ
    mV  ¸'(Ð9  ⁻ÈìèÈ0å9ŸÈaÉ  ›83¨3/4!è?  ;mC§H  §ï  a0@ý  ƒB  o}á4ÓbÂ§êžš}¦  ÿZ
?ÛT


ì  pðƒ  ƒù
•"[Õûéý
šr#⁻uM?D¹§%m  ŽÖ$ÜMž_¹9Ñ    ;'yÉB}  Å'‹Ô"8rü4GnO  E¢_    3/4Ñ(ª
Nÿô(c)÷Ú
5Å
¬œÚÆfÖB
W  !ü-⁻Nys(tm)±ý  Ç'îG  á
DèÐ@Ò  Ì(tm)P˄€OÐ6,¸B  "ð‰ÏT    Ÿð"m  ð  ´  näYé¸OWH#B
Ú%:    e9tÝmº$å@hh    G#‡á;¤'  ¹œ;ª  ƒÐm'ÿ"
,t    ú°z¸A±á4Û-Óh&éÒ÷¥__AÕºbêé⁻éíÝ  ÚN
oIP‡D"  ':¥"9=š÷Öðíwß×_uúMíÁßÝ  ÚN-íjôô-(r)"éµÒ˄ªº}"étßºN⁻íß"k  =  •øMÓˋú}/"éýõ3/4;_þ--þ;ï
1/2µúB  þêÿµÁSãŠÖþ4ÿÿ*  Ó§KÓuw
ûõ˜¿Ým|Îê(r)ñ¿êÜí⁻N(r)3/4ÿÛ‡  ]k⁻1/4-"3/4ô1/2  ˄*...ÿ‡ý'Z§ö
ûûÔéïê<?ôÆ'Çv
    §ªú´é+þÝõ...Ó
    ÷z{õ  Vàÿu-œ{^ÇÕázÿ"Jô¡Áþ×ÿ  ÷û¿àë¿ßZå  4(r)  "Ô281ÿOï⁻v¬  [§_Ý4÷í¥5  ÓÿÿÍa
Lù    þA  =Rúõd  îBÿ÷pÄnä9    ÿ_÷øä8o·È  µ',^°  ò€_jÿ·Þ^a⁻6AÑü⁻
ÿ˜Öžÿ-Ø>"ÿý[Vƒ  Áÿÿ¿ÒÓ!Š}µ  @é´t
Vì...×Óp^  ý  ~×Â†
0ëðJ-Ã
Ó_ýðßÿÿïÒƒ
    rCž  ⁻ûûû{
?¥  V°  û  è÷ÐOõÿÕ¨D  Ønÿ
mVt
^1‹v3/4ÿ5  Bÿÿ¦  áŸ¸!úúÿ"  Š  öÚ"A  Ý"CÚ  a⁻]  Ÿ·oÿú"Ò
L  ÿ  ...çIÞS˄Ì⁻Úõk‡Õ~ÿ(r)Ýè-3X¿Ýߦ¿Á  H/íÒ"}tE§ðaý-  ^¿^þ²
^ØÿäÑ¶1/4ƒu(r)ý×ƒm  Îÿ×ìè}ö  -7ú£¡µ^ÿØ7]j‰  ÝDÃ÷šÃî"^ž""ïh,    ÿU    ûv¿][î´ÿ×(r)ž⁻Ööu  Ý
ZõÚí1/2÷è  ë
ë
zí×µ3/4ªéZ_1/2~-ùÐõ=njm(r)¿(r)y"ý{}1/2´(r)Ãìó³oÿïû1/2ÿ:(tm)³ÿnžÿ_Ãko⁻î1/2*ö:Láæ*Þ÷]ý/}ûÚ÷êô
~¿(r)(r)(r)Ÿï-}⁻vß~1/2ú{_þ-ÿþ{úa+ÓÒ¿(r):×ÛÚÓ"mm]~ÒÅ*û[zÚÚô}...a(r)HöÚWN×K÷Iµm{]3/4ÿã
éÅ⁻ÿí""_~ƒZÓÚ⁻O}´(r)ž~&ÚM"}¥Ò1/2CV  L:ö  Á,ÞšuÚL:é†¿Ã[AA,í(r)ØJÒÿí8{...î̂-ÃKµÛ["ª  l%a
Xiˆᵒ"Ü%
Xk    ÐPÂ°ÒîÓ�⁻˄L0K¶
    †  L·Ûm†"  q°ÂLŠ:úb
%  ¬    %°Õƒ  ›ú°•ö--"Ðé  -  3(r)ì3  Ø¨(c)  þÃ    1¶"S  Æ  Ø⁻õb(c)Šøä  1W"lqLS  öÓ

ŽÞ9  ...EH*Ã°Ål0X˜ƒ÷a¥ØW!‡éïw1/2D  íoüIŽáD)
{TÈwµ¯ì Óî...ˆkiõm" TÂ¸¦ ˆÈwxa5·" cã‰8õQH^"‹€'0›Wß]v¬4 _Û  °Ðv Á
a}5°ƒ Âj 5† ƒ =âÁ  0 , Á"Ó  ¬0(c)á  (r)Ô'd ápí§¸´ ! §,ÜE,
 ! ïØXa0ƒBua,
,DDD-ÄDDD        }š"+  1/2
°¬0ı     ÿÃ     °ᴮ""""""!-ª DDEDDDT‰1
£ÈhP! J1/2±-"q   Qšªãï¬Õëmx-N  šU¦Â÷Š1/25
  XQÊec ÿÿÿÿòÚ ÇÿùjiÇùiz›
^ŽÅÆxB7 *[...262[  ‹ÆðÍÆÙÛÍ†1ÔŠ2 ÓTÔû;Ñì‰Y 2 Ê   Õª'FBð¡s*Ó!  ¯¯Þ1/2_•h(r)
ý  u...KWR,-}zÿ[T¿H)"'VÌ¡/Âÿû½- þßZ-rÂû°""ÿz"  -¥ÂT‰Ð1/2‹úliCkûû{ð¶ ÿs +KöëûA>£A(r)(
c)Fÿþ8(r)>8õ3/4>ø×u__{zözõªÿÚ}ñÿKý-oÚÿëi  ÷ÿ¯\,äâîg  QÖ:jAcÃ³_
Ž´á,  ì†! mŸ‰YàƒÒ¯(tm)+fÂÊ
§@(tm)¡- ŒÀ!WfᴯL3ƒÁ  ìä(tm)¦¯3¤pyA  Ì
,@lñ  ãìÀ‰é¯ ƒL  Ph"é!¯H< Ï
8q  "
,a TÏ3b  j ¤9  -dN
Ô;ûh< Üû By s -æ¦  6P  ðƒ> Ù¡  " ì&u
¤ 5 ‡'
7†šë¸A¬5  ép...ØA"é ÐÔÌ.š
 Êq    Ã ¦Ìì fÅÂè?]õí:  >Ð{á8†ƒÐA  ØON¢-âý81/2>/ÕPi¯ªk í4Ða<êe  ý
'-éõƒÿäA  §Åÿv Õ9  r
3ÈHuÊöD¶è-
È(tm)|û4hŽ  D1/2¢Y~!¢^Ñ'(y  Âq  wM  Þ×í< ß'>Æ
³ç "- "F"‹ÞK1/4‹ù  çÚ<‰íÉÆæäýé"^    I{d&^KÂo` ïA  Ú
-
á83 SÁ  Â    ª'; ´ †îKÛ%àžOÚ#Œ‹ze9g ...é
Ñ = h{é1/2  élïøMÂnfºPfè&â  J5k|ÿ´ oNì
Þþ"tÚKw 6"ÓÂA7MZ 7  4cªV "ÿMôûᴮ¯]7×ºžõÿt zI7ÓÕ·M_[ý4úÚ¯ kû[{kT´ê÷M¥N"
ƒ{ßð›þ¿OîÔôú¿õ1/2íw1/2
(c)î(r)Ÿÿõ¬wé§¯3/4áii0Up  +|/2Ý(r)(r)¿ªú~¯ôÿúúÿ"  š[ª¯ÕÿªÓ§íûÇþ"¤Þ  Æÿþ3/43/4ÿÛíúþÒÿÖëÚ
×  ÛÝ}÷Ozw×ÿÿú",-Wû"3/4Ó4,¤ÿê3/4¯×V-NŸÿ[Áí¯ Ý1/2]º^º3/4àÕÛ1/2/-1/2êî -ƒŸÈÁwéªªâ?ý  þë
Ôþí[¤3/43/4ùÔ.Bÿ1/2.F
ÿë² G¥ÅÇwëuëíÓ ´ÿN€Š÷  þý3/4õÿ  ÿIßÓßÉÁzJ1/2WÕò :ªÞôÃK~ú(r)¯ÿým‡î
1/2¿ý׸úéßÿ Mî-Ú×Áw¿wöû  Ÿÿ¶
1/2u"û¯§"ú
þ
ëÿ:û-£Zò  ê·ÿmVë÷úÈ\ßÿ-õõ  ?×Ðaÿ²vä   ¥ wûîêÎ¡4í ?ý¿×VÞû0K¥Õü¸9-ž3/4ý~è'  Ó×øDO¿ÿ
dh~~•ÌT°Tÿÿ1/4Œ-(r)Y  {ª¿î1/2/tÛ"þ"YjÛ÷Öÿë...ßÿ_Õ‰o'_1/2hŠŽû§nµúýzß
ëH.ú"û¦×!¿õî-ªþªÒi__(r),_¨ïë]}ìZZ"ßßÿµ]þþ´ÿû³(c)¨ëÛÐÿê÷þþ¢kº  w§ÿÿk¿¯õ}"gWm¯ÿôî§Ÿ ¯×û
ki7×ÿzMÒ§¶t?  ûþ1/2Wû_úôº-o'í÷êÿÿíÿõý-  ÿo´¯ßn"o_ÿ³¦ÓíÓ  î1/2>¿ÿAý¯¶÷~?kk-j¶|-u¸iat ×íÞŸû
ka'ßöÁ¶1/2×[jᵕü û  ]¯}ßû"¿ë¯ "Xuu"i=¥ÕûŸ>ø0V kixZZ¿íX4›
ÿ
+
¶ ûΰ¸-/¬ ö ÿÕû(r)×Ö÷á¥
+a.Ðk"`a{ý|}‰7Ä'ƒ.>Âÿ ðÆÅÊoì $Ç"`kü0"
wjïo ±, ò.oî;°šü‹•Ø¨... G Û
VÅ }"×[Z ±-Ýü?ä {L/*bƒñ¦ìm,L:1/2'¸_[Wÿî"
¯š7}þÕ :¸[_ÿ¦ž [J×_{¯µ° B¤¬)

```
÷kö  T_~\  V
ÿu÷LuÕÒÙ÷´€¡&ØiØW-48µ  Ö"0AåÀT  ]B  ñ`"Õ0M5x`ƒ    §amBa0*wÿ^4  B4ÐhU`...¦  C
q  Ø!
  H2‹""Ð†  !      |E"6.  DA,
'Õ_î"""#^^^â"",¸ƒ  -0B0‡ßâ">°µ_"¿×ï-¿ú3/4÷P¢"?ÿÿÿÿå‹Qÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¤jÈ€öX%Tü"¢+
HLjSH"öº-§âî  ÕNä`J  ƒïÛÔì7"¶ÝVÿjÿÿU.t'è0"
ATG    D  M"±ÿÿÿÿü @
endstream
endobj
54 0 obj
<< /Length 55 0 R >>
stream

q
414.72 0 0 700.56 0 0 cm
/Im0 Do
Q
endstream
endobj
55 0 obj
37
endobj
56 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.88 700.8 ]
/Parent 69 0 R
/Contents 58 0 R
/Resources << /XObject << /Im0 57 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
57 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1737 /Height 2920
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1737 >> /Length 29078 >>
stream

ÿÿÿÿÿÿù'j$x'v¦[m<<ì4R#Fv4ðõ\¬dŸü(]%òaµ  UôS±úÒôë*¸û~¿ý  |‡  ¶Jï¿(r)  ...¨˜    (c)  Yæ`B    Ì9¨
>q'á    ü"1/4^  é"  4
ß    z¢&  ¡"êÁ1žg  ^ô  ª
4Ðuh    "A  ÝéÂa
{I  ã'¶‰oý  ÊÇ%Ðe^""°‹ê¯¦š‰o  Å"  A  é¸A†è‹í    h"c"e  àË.Eu¡  Ç @Þ4ž  Ó¤ûUO{  7Nå\<‹Á5o
›üíú
ÿÂm-þ  OO...^=7×  ÿ-µö˜O^  pí{ñ_Ü  úÕ1/4ŠõjØ?§¿x_þÞ×-C{`ä!
Ž
uDhMo)Â?ú¦N-Øippqþ        ÿ    ÿëÐëû
wò  ÿ'    W-3/4ßAƒ
Aw¢  û÷!bí¿o  m¿
```

³+Ö    }|",ý  s5ù'1/4Ö)NIiè';ú,:wé}íÔ-aÛÚÛØ_ÿ¿í×Vý³{ç[NÒÔ~°¥Öß÷žtŸw  Û  ÿ3/4ý  _mÒí÷J"Òÿ
U[ïõ¿~•-öö1/2~ûëKÚöÛ
ÞÚ¶'Ùm..."û  1/2íö  F  mÅC
"¸PaZU†  E  EÏ
Ž  nÓú†
wm"Ä&)Š¿b[¿ö"IÚ
"b×
UWi¡šþœ>1/2n÷÷
°Dt!¸Šv  *è0["v   võü  $â"""""""    0BÓŠ‡    ^^  ÿü|†-  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿçeQ72ŒŠÈ·YË
tæd¨^DäaD  Øå·W*FE"¤ÉÅ   ˜ŽÕŸÙSLªí   H2H:a

EqO|‹"×s±¥¶EµLïW
•cè4    µôÂÐ_Uè-?ë  èèŸ4JÜC×Ú[Ñì/ëÿ-è7AåÆ"ïåÐ.¿ú"ÛúZMçS  |hz
8ÿö/]Rn  ï]  ×Õ×kÿooß¬/ÿ÷3/4¯[û²  ÿÿÉ  -?ãþH    d6J  RFÌè‰"L•  È·Î±  w}
EDâhðE;/,
    '  S  tŽ
FÌ"É‡¯    dM¯
FGÙ ê  /õÖ  h...œó6  ôÏÄ#  äfò@¤¨¦'âÃÈ8ØŽP  '-fÂ  ¦ì  •  à1/2    Š²  Jq
  3'›  "¨... dxÛ!Œèâ
  Ä^àÁ  ¤    †  ¡I€ì†    ¹  >
"  3ìì
€È"@  Þý{ðf
é íB
úÂ áfÐ0Ÿ  ƒKA(r)"b  ,(.    0ƒÁ  ô  @ãÂ
í
¦žœ7PƒÒ   Å"õ1/24  ¦µêH
tf  h-Ýù  ~í  ƒ'ø´Ew  a
ôÓÓC¿ãßOPƒO‹Ó
ÐN7A¬^:AÆ‰os^4ãOAüŠ  G¡î-  =Py€Ž  Þ¤¹¢Xù  î  -Eu/Ã'¿ä¹¢(ì  2  Ü4K"‹Áè  .ÈHr,*  P3  ŽÚz
Q'nK¿r  Ú¢VÍ  ;  ?u¹  œ-1/2  öG0äÿÝ  Ò  È^z#  ¯ã   §‹ýa  á  ö  :MÂ    m    ü A´N  è  ¡Â
Â  ÓiÁ  Ï±³8£-@ô  ¹¢°%øAÒ
Nùsl•:  ÒnF  ðž  nH¯A°¦§x  Â}    öû'Æ÷  'x?UIéøO]4Ý=}Õ¬'Ié-"á?éÓÈÎƒ¥kO
á7é7Mè&÷±A;PƒtõÒO]?iÔwOM¥ Š
I  ¿!aè÷î  ÛJÿ°o    :]1/2>úWÔê¯Óý°õM¿¤õûZO_^´Ý}:"¥Öi7}m
ÒwÝªÐP›,  §uŠKÂéWzéªZv¯]=ZOOÿüì&"HxOO°ôÿÓoÂt-(r)›Qzß(r)ë_tõU]z}7k_^ûÓ1/2·zÚ‹ï"Þ;_Õ;
Š¯þÞ;zÝ~þƒÛ§ôÚý'ÿíþ°zê-§Ó^aj"ë-Vë--†"""kuþ¶ÖÝêþ3/4ÿë"×÷  ëmÿ"ú×mø÷Cÿ‰ocám¤·öé¯
túgÑqŠZý´-;F "tö›Üë"Œÿ$F   ç¿vü  †G  3/4¯ 1/4"
ëþµõok"ª]í...¢0šúÿ‹[O^àøÒÿ  Þ-iù
  C¨ÿì†
·"ü    1/2u'°ÃT×õMúç  7¬ƒ  ÓþšØ.÷þ-ÿV  ý{
ßÞ¡ƒÝ  D_Ü  ÿ¯õõÓ°|-Ý·öé›ß¯ç@Ã[õÄ"8/éÿí÷Úx  Á3/4û(r)
z÷÷ƒT  Ž¯7Iü"-ëÿú"¢
9N¿jÝ ^$kT>ûm_}í,/¥wÄzí    -(r)êîÃoD
¤ûßÐtÝkø6î°6°ü  Öÿ²Éùdï-Òv^^ûézÖ°êî^^;ÿ  ¥z*Þµ3/4(r)¹    a
¥  0zÿš    wnÿ  Eïõt1/2þ·A×  ÿoî¿¸Rc,{
¢  ÿßm~ë!ÿ·ÿû"ûõUîÿò$['qª×Âÿ]ö¿ïèõ  ×Kþ"â;µ¢D>3/4-yÿðúÿsWëÛúõO__ø>
û°ëûþ¿æ"um7ÿM~õßtïÚÚ(r)õß(r)ÿûêîÃéõ:¿ÍFÿÿ/ÿäªÕ³¿·öÿëöu?m?×n°^¯Õé}ën´  ît3/4ÚM×i_ÚÝV¯ v

-(c)ÆûiZ¦ªŸÛ¿á=ï6ké?ª÷î-ÿ-ÚOªë¶(r) ú1/2÷þ÷õ¿¶-(c);í[KÞÖí(k" Ýö-¤ú_¯ïý?¶"~ÿ^ö-pêµöÕuMouM
uTÓÞµö×|4"[ÛJ×¥m.ýa- -wH6(c)êÚ~¯ý-Ú3/4ðÕøa?a...õ3/4öÒØ4-†"¶·M¥jïûa.?_iÖÅ1
¶ q[ 1/2Ù ~Ã CXí0ÚÁÃ C
Ã žÁ ¿"]†
ÒVÂûa+Ó¯ØaQ ˆ¸ "‡ìSÓ G l ˆL0"r1vþ1/2-°"Ú{Ø¨(r)Ö!+ . wlBA- Ø¦.=‰7}r.z'
T ¦)âî¢[¹ á°KWb áˆ(r)-Ø- oâ(tm)
}ÿ±{¬0ŸkænÁBí¦ ~ ÚbH{[A öBÂ...l+ï¿°ÅtÖÈ#ÖÚ Šôé·aXa{
w- ...Jßû!ãîÇ°ÒÝ8† pÁ šðÂa0P°Â¦ l& ¢n"' ýÿaXa5† ôÕ*†1/2 iÚ
dJi ÂÃ nÂ
Âv-¥ (r)² Åjñ,
P‰Ö Hº G ˆˆ†q f 2C`¨D2a °"D2{ðB""D ˆˆe
VÁ
´ÓWµß ÄDZ ÄDDDD d‹Bëõˆ‹B Ý-æ5 ýÕ~Õ
+ìRÕ:-Ó
"[‰¸ÿÿÿÿÿÿÿò¸UR Èš*ˆèÍ W"; e vKßA `ƒ
!š^v •Æ(tm)ÛÕ}&È¦ê -ÿÛ"ldÓï¯Õ={Þ¥qLì¿ õê²c,-*"úÕ:(r)ÖúØI
wûý*JŸÇ IÇõûï îëîÿP¨k_"Þ"Ù"¸ +‹Y ÷þ· þd
£<a r]"DD ‡žfÄRv(c)•,*òA <"2
ä¡"¹ÐÔ¨gX"'Ú ~È SY3/4lÊ ¤8àÈ' ÌU)ÿ" h"
^ " ]3À˜!! ¡†C ˜ fÅÏ°ˆZ ä ÏÆÅ < 2 `d ÜûÏÁ h2œ è •, & "¨ˆ'›
Â -ˆJˆ‰ÃÐ`ˆ} º V
...Á sŽV"R&ÑÆJ(r)žšÅéìCõA iªvƒÝ4ÿT ƒ1/4 }qa † " ÂxM4., ÐvƒL ;
{.á, p>y ÑÔÁ º3Œêè‹ - Ì‹ D[ újé§ á õbÓA¡Åß i¦šq âÑQ êDwh•ãNÕ -Ånƒo@é
þ -DÇA¦ƒòÑäs(tm)1/2"åÁ\Z,<h"ÜIŽ&ì‰ÏY9¹>îœŸÑ/n u]" í ›'·%í ü"†‰s¸A¸@ð@Ú'á
¹ %ì"<la žF~œŠõÞ"ÛZMÂt &ÿêÞ...ÅÐ"'Ü 4- {" m ír/ÐAÐAäjÁ •òD GAá pƒÓÉ-,
ÉQ¤è ûa A7 - ÂnG0é³:F{H 6ÊréµD1/2ýw"ôõûðŸµé´ž
iõk§ö ]$ýROV-1/2]6"ï^Ü'{^-+ Þôß] ±kô {Öºéöô*1/2wÒv›û"Ý] (r) &áSÿMôî•Õ}7
êÒöÐNÕïN-
¶
¦×} ýñ_Ó-ÇZßUé>¿~êé×Ý^1/2~ýñÄi1(r)"Æ"¯uzñ§wht´(c)/zvý îúJï(r)ï ×ûÕ¿]%oÕõJ÷Ûþõ-¿Õ
×úéh-ïj7Ú¥íÔ úK|Ö ßõ¯ÚéôµëÿºOÚþ¹ ;X:ôß5ˆ-Zöl¤"~--Õ íúÌ, ÕÕº"$ (r)¯ïï¯}º-ÿþ‡×Þ˜X4B ¨
~(tm) - (r)H
~Û†G º*iýƒß3/4"K-Þ
×}ø^µõûw "ë¿}úúÚbÙ
@2
"ß øNºã _] t}.ðú ¦• ñ÷ëÑ
MÝÿ-W"þÿÖ¿^õV `ÁC
"u ‡ ÿ¢

qÕ"ÞôÁÿtÖŸÐu¢,÷ÿXDYýuß¿uÿ"rnPk¯íd(æÖ÷÷@Ã`Â!îÃù
ê: ÿÈ0,ÔUkì ý"Ozïè(tm) ý?-G~ÿ] µö Š}¿ï,Ÿþ¥ŠN Q "¨[ye D'ûæV1/2×W5‰ë~î"Ÿ eiºÂê×
¯ÞŸß§ý-StõõWýû¢R3X°X>µ§
ý/}6÷¢
ût1/2mhF3/4"{öºKéÿç[ÿûi-ë÷ÿ×§
%Ú
HJ·z"-ûYÖ÷!¿Tßöìè ÝÝÚ¶ÖîýþÿõÕ ÷ okÝ ^1/2{ù(c)÷Mw¿ß~kK-ëðÎ-áÿ~îßZ1/2ý-ï]kuÒý~¿µ ¥¯ïº
M7{í~í{:(tm)Æ(tm)·ôyôöƒûvû-S_¿_<ÿêë^³Sïª§ßzêê÷û}ªýÓö-¦ú§"uºý ïI*ëjï...¿[Û"1/2Ót(c)õ÷ ïÚým_
l-¯i§úßui

*î¿kÔ>Öî"]†"
µ1/2VöÒUµµ´>I‡3/4Ú¦(r)ÓkÚ"k1/4Uûkl&1/4  Xdq.  -?eÓÒØI°-Ÿi{    a...†
ì0-"ªÓa,Þ¿yçaCu÷µ¶
Ã
   ¶" %ö"a.íoa-ÒûuÇ‰cýŽ*˜"÷  ¶á'GLS"ÈQ×±QÇ"    °ˆ±i4(tm)
%Á, `"Á,I1/4I"
`Á&7v!0i*ÅCì  ÂMôÃ  ê  MêÈHÂz¶Õ.þ)¥UŠúd  ì,FÕ  ïall,F˜¦+
I1/2ŠðÇ"


...|&)"ªÓ  Ó
   ‰1ìT-ìBÞÂ-ÃB‰ÀJÁ
[Ý¥V¯OòÝj  ÖÒuµ¯¶C1/2¥°j°m-X]°˜Mrnš
ÃÂðÓ"NÕ"Óñ    hDE¡ ...è " ¡ ?l#^ B !1/4Õ 0[X0C† Œ aa, Ám    Â    C 3 #, H


  Ð3
°D}¥   {J×                    ]ƒ^^^^^^^^^'†"
Æ¿qQ    (r)¿õ_¥^(c)wbYÁ‰þ+Æ ...ÿÿäØš¥ É% å2Z£ÿÿÿòÞˆì-) YÍc²,>)'SÁáL•  ;  é "eS;
öÐÙSÂa#S)qTy  æEª‰¢ÒUJ‡§ ¡  ‹é¯(r)ùØî  Âô(r)þJ>ë      iI´ô¹$úZª.K+ü/}ü    ¿{
î*nm  5õ¶ø_õý/¡ô±  hQ:øáªÇñ~ÿJ£ï~5]ýzÝÝýï¿¯ºß¥ý_×ê1/4 C†t é¯2    Ù- á3
¤Aè3HÛÈÁv±)+dQ!ìù ¯È£#AÏÕ-$E  QadJ†uòTnþ Åk
Äï¯"ž^ ³À^  ò0A(tm)ŠB  ¥\pe8ÍÝç
Â3 é    ( C?- D%˜$ØB†h  6Œä¯"œ2:? !u!    å(tm)æpL  Àe,g£Ã5  Ìì  <† @ò
Ï3...çÔ4  (r)ƒOÂiè4=
"
,à xM  °"a
yv  ‰ÏÄ
  •|(c)¡Þ"CÓAÒéî  ÿ°A"  í"í4÷l d  &`!¬]"Xã‹O"DxÝ  Æ3/4ž¯M  a4ÓAÇa  ƒõC‹tÓßÂ
'~  âäW°  "ý
   †°}Ã    È¯@ƒr+âkñpƒ@ËB
"ù  r$Q/ÄI
Ù    #pØÑ->-x†‰fB
ôN    ÿü-¹/o['ïD%³8Tû'|Z'7V¨-SD°Ò  ±


1/2á
-"d  I1/2&ÐOL  ÂaÈ¸D  m  '¤
@Aé'  MžEç  -Jž¸Tù÷h&ái(r)"ì ûÓ\¸ô"§"-]  =².6E9
>K=&ê(c)ô  ué{°¤ô  v  Pä'JäÍ  a7Ó"Óõj    Iöé^  ðžûMà›§uÒt›H?AÈG#£  &ý}:{Uß¶--mÂïm'§Iö
iøO
§],"ëäZ]¥...ÿ¥ßwJ÷_A=?        úxAÿ×Oî5ÓïiU1/2UuÖíÒUÔûûzøÓ]þøÅ$
?1/21/2/øöö÷uõôõuï§ÿÛÿ§A  ×1/2îé{_¸öµNö(c)ÿûtØû^·ÿKëtëûïtÏ
   ú³PŠ(tm)È°
[÷Uõ-éÿµ¿ýðé¯þî  ¯ûÿöÿ_uõzZþ#¯þ  j"=ïÝú¯u!1/2ýþšo(r)B¤íú"3/4DZ  å8MzZ¯ÿÝ¥(r)þ¶þÿ  ¿,o~"÷
wè  ëÿõý2
      ñÈ!!')\†  ÓÛÚ~õÒ1/4_]Ý%æÁè÷_á  ïõW×ªÿúo×ý?"o¥¯Ã
   ¨-¯î1/2/Wÿ*×~÷y‰ª¿í  ÎœÊ/õÿÿßÛ  ßõƒ  3/4þ['  "-á  ÷ßÿíû÷¿¯ÿÿ  þ  ;V¿ßÿÌ"éu¯ÿ}  ,  ý
&  äëüïÒÿ§RÂWë~-AÜã...íoÿIm§Zþ¿ÿûí¿ëZ1/4´/ÿr.=P/êÿ  3/4°°ÿÿýk-îj¿ÿ×Vu¸ú}í×ý=?3/4Þ3/4  ¿ýC
ú
ÿ}¸*Ènµovï3/4Ÿ~á>¿¸ý  ¿1/2ýÒVÿ×Ó×K  k¸öÎ¦ïö¿î-§÷ú÷¸_}ÿM{ÿÕvéþ-¸üêþÒÒý-ö×ìã¶ý  So¿]mu¿§

ûï³"ÿúþßþ¿÷kiû¯o×û  þ-uûuÿíÕéuý5ÿ]ÿÿ¯ûé·gG"       ?ÿî  o°"°éa-¥~¯  ÐÃ^1/2[VÂú
_·´÷ÿíí-°°MÓ
'ë¿  a¤µÿÃ
ìOI°1/26  ûV  µ°ÂKZïl0Nï‡ÃXkî"5<él."  ¿êÃ        pÁXkkk×z¶  È3/4+¿zâ[ä_  ¯þEuvða&ÂÌò
ëµþ£×  Ž¡'Â±ÅØˆ`•ü  q'Þü7ß§  ‰lì  -'¯a{úÛÿu÷xjí¦ûb¿Šb"b1/2Ù1/26CÆŸ
PbMè,ï¨ö    ÞÁ>¿Ýþ  Úãb¯-ÿäLo
   ¸awv¿[†(tm)
/äÇ          "Úëõv"úk
% 1/44×VÕú°z]"
`¯ÈH†š_Ûu
UÇÒ¦
 ÉƒB  !¡a  A"Âì  *¶"]  B Á   °...ðdÆ  [  Á  â‚!   àËÑ  B  NÂ
!ÿ^  DDDDDDDG
¡  HDDR       gB"""""""&¬E"/B  \Dq        år.öµmo
*±^
hcÿÿÿÿÿÿÿÿÿòn  Œ#!Ù^µ+-Gjòw(tm)M  é  "(tm)ö}(tm);*†
(tm)V Î0!  ·ù(Ê3¿òJ³°4ëå"Ò;Xõ$"KëXP(c)P[
ïÐVµÔ/ü-ÝïýWö(c)ËÚßP°&-î×uÚëö_Xîí<q÷ëÜtþ  ^(c)  "§ÿ  ú¿O~¯×[ûU×3/4*  3/4ÿÓ"3/4dSž‰Æ
SŠHd†g"rx‰Ç  aœ
CÈ(¦  Þf¿;HÉ5i'<ò.ó¨ÈFFÒ
Í  Ì'"³/4D
B    :ÏÄ  ¢   ×†ƒ   @ðˆHŸ
  3ÁÔ L  <  ) 2ŒÂ'  ²‹Sb  B  ‡°DJˆ£d$È|4ùHDC51/4œ O6 "  9>a  g
†Ðf#ƒ3  ê    ¸D)  Á   C†
"  ~
  "PCœHÈ  Ìƒ*...NÝ?  4Ût
o  éúa
á   0ƒïÈ@pD(}?Aþƒ°ƒ×  0~÷  é"ÓÂ    ¦ƒ†  v
P;  •´Õ
-  a¤¡67Aè‚ó  E§Æ  ÿ"Ð~‡-ì]"  íŽ4î-  i¢ ý7‹OO    }
4Oú%Þ  9›Ñ  95´ŽS°ð¨d    dèÓ'A'!É[D²
³þGpÝ¢;Ù¥¢&YÇ'@@Ú"  ‰o7¢;foD¹ÈXr\åÑ  m  ã']H¯Â#öÈ(r)¤æÐNÚy#(r)›t  Èæéþ  ¡¤  t  ]..."  h
Š(r)Èþ‰NOÐ6  Ú   1/23/4  6´ÿü ò/µÚ
-›a
      h  CÝ  ðN,z3/4  d#  Aá`Ð ŸA  ¢sz Ú°Ðv  /ÐM´Ö,
Ú×
A=
¸'îê  uï
ß ð  øOÓ¤,
u÷·V"(r)ðÝ§ ß¿A´›émV×ZNþýõî"o[i^ú†ÿ  "H:é=?×¤Ý;O3/4'NÂ}·
ßZW(r)"tÐÝÇ_qÕéê•]Õú¶-ú
×  (r)øÓo×ëï3/4õ^¿Z1/2k×U{íoÂÍú÷¤ôî1/2÷ÁZ¶"Ö"C°ÿ×-×¿Öþ°ÿâû÷¤=¿vÓÔÐÞQ¿ïfwý  ÿA¿]õú°¤ð
ÿïõß  Ûéÿôþ  ¦ÒÈÿ¿i+-ö-ø¶-¿š,.-Öëéœ-»ÿ×iÃÝx=þ·ÿ¯~°¯)ÄÿðV!¯ûÙÛ°0-#  ðëë ‡ÿ"  7Ý"t
Ž  Ö#i7³¨O¤9
¯öB'¿O×é;ÿò  >"(r)L  2  ¯O_    à1/4‡~¯7ÿ
ú§¬  úÑ@/þ    G~C  û´ûîÛÙUÿØWoWÁC  ÿ}Þ
lÙf²ú!;¯µ1/2íÿØW_ƒÕpÃ¯]{Ö3/4¿ð¨x-oá  ñ:...õ¯¥  ,;Ã
3/4uDH'ý¢:wûÕZO&¯3/4  u"'ƒ‹"wpö3/43/4¶ê  ýÚÐD'ßÿ@°{ûùe4DŸ

Ã,.'bÿ(c)ƒfûë3/4û[üŽŸï"$°Zü    ÿ~Õ  ÃZW¹2=ëë'  .ëÿ}  G5  (tm)rÅpû  kúîêê^"
U°à÷(r)  µþ*íÕþ×Õ1/2ÿ
›Û̈ÿ(r)  Ñ.;ùÕé×Õï·Ò°¿ß][¯† õ|  ×BzÕ¿"ý  *õõ°¯ÿ̂ê(r)
þÔäïßÚZ(r)'onj"ÍN"tµ  5/  Ûï]Sõõêþî·Ûû?vṍ -Ò›‡ö•-&3/4ë¿×Ú(r)Úû"ÿÚ
Œì~D>µVÕÛÚ̂Û̀>Kþ(c)¿Û¿M'¿1/21/2µóÏLèïjþØ[ÓMöÕúm]î¿uÛ̈öÕûý1/2  "-(r)1/2;í-÷é(r)Ã^°¯}'"õŷ
vÕµ"
$  IÃël-ð×[1/25°*  ...]î-/ý'á"j-éÚW  ×
~Òîû̂Km  Òá...ïµì0I†  Øþ4DËio°ÅL6
†  Û#ê¶¶ªá+Y  ¿jØXØ0_ƒf#ªÞ  Á  þá[#ôØJ̧a6*DÇWì  ^  Wm&Ò̀ìS  Mû  îôâ  5Š†›  P
 ƒ}  †  nþD...
 (tm)
|oÃzO
Wú  ß  lWLK-Ãã'/±[  cµŠ†  ì&  r  ÷°¶é"µµ"W3/4  "w{mEu{  ÅVÈ#þÕ?a  †-ê"°ÝÃ
"Ø\¶ƒ  Ã  B
  ^Á
NÃh\0ƒ¸ktî̄Ua    5M"Ðaa,ÕCßV  ^Ÿ
hC  ì,0MS[†    W°¸Ž    :¡  d÷ña  20T!,  LÃhA"  "    îÁ
  DDhD  !
žê8œD  ¶t  Áq            DDDDDGÔ(r)")h  ×tÁöÃªX0"
Ž*  MX  ÁD´j̈ÿ̈ÿ̈ÿ̀òÛÕxÿ̈ÿ̈ÿ̈+Žùöv-  ŠÇ|  ìdv  É²Þ[Õ̃šÿ  "V¯@Ènó²ˆ̀¨;¨Bi¦e  •  2-÷
´  úg`Z  \ícÂêdžúúoî(r)"A  ~êý¦¿-KÜ+ø":ûþ:$C÷§Oˆ̊H  ¿÷ê  lZükñÔk¯ÖšÚ̊õÿ÷¯oz  úïçI3°  û̄÷
Š¢ÿ̈õ2-
à^JÈðÁ'(Cá  D
üJ  y
#SÄŒ
ÖÏÊlB    ¢<2  ¹  2WžyÐB¢%  1•  j2X-Î  .dTÂ  Á  ;/žŽ̈ŒfÅ:ŠD  ¹Â&
Âk  Â    -¡

  AÚ
ê^  PL  wi,
A0@ðD  dÃ'  @ì  dìØC¨xÎ2€8Ø"̧ dƒ.;Â    "@hÈà^@á
HB-^P  "°^    ¡C•Å  ŒæÂ=&¬Ž¡  êšj  t-ƒX"áúa
Qié¡Û
b-ƒÓ  ?  =  Ú  ¿M    iøMSL  4;O´

  Ú
Á  2Dkd§É  y>
J  ›"Õœ\Ÿ9  Û¤ß    r]b  P›ÕêÅ§éÚj  lUE²hŽß¦Åêñz§vž    <Ì!
Â"á    ¿"þ,
 ƒÉÍirsÈ̃á
"Ð|‰oÍ  Ì<:@Ú"~Kòsm¥#›Ñ*9  Ú#é=¢^Ð'!
Rså="[D1/2Éu
yè-
"ý  £'ðç  ˜2/ô]  %0âÖ!Ú~  °  }¿KA
¦ý  Û'Jé¶öB  Ât  L'...°›A:M·Tü.ƒpƒ  M²9²
ŠMÉ+Á
ƒh  }ûA=upœCÃm°n  ÈH  vEþ̀ù°W  u-i÷Ῑ¦á~Â}&  iè:ëÓÓ¤f¥_1/4'...úOOTõuuk¥}mÂ}¥mié¡›, ›
Ãá_"DwÉŽTp›ßzûÿ̈ðõ+3/4ÈcOÓµ×ZôÞ•7ü&•þ›¨¦á{¤ÝÐö,mî†  µû  ;TðŸH6ÝIÑÊè  ƒÇÿÜ  ^¿nè

Ï§^¬_ÚzÛ÷Åë
}íéô¿(r)¶
ªë}ÿMÛÓÛë¯§ŌªN°÷ßßÒì:Ý0o¥§Ú_"§m*éo ßÿÝ>"±ëë(r) íU-¥¤ûßVÞ"io2RDqwS    úÿàÛîˆ°Ouû
"BÔ°k Ý...öÿôÿû¿_ÿX>Õ}"ßÕô}*wÆ Vœkš,ëÿ!Ò/RT?Ýu& =Þ61/2Ía+# ¿ ~á~†@, Ú"!U§·ù
Ë¢>] õéÿï(r)"X1´-d€ÇûX˜ßn ÿÛÙ¨ /ZÚú§ ûdõzá Ò×ü=ü¨
"ðw´"² ¬DDuí}[ÿÃ#³!ßwI¸¸þ" éÿÒë¸_{3/4¿ Aý ú
ÿÿ__üèõûßáf"ÿú´ wÄ    ¤Ì ¨‡ ¯ç@›ø T·Â!;úR ¯h ö    îÿë~AÀÈ[ÿßf~¨àÜ†Á×ëþë 0t
M }ù3ÿöèŒ "¤T "~²hÿÌ7 DgÚ¸¸ÿ×õW(r)ÌPHÿþ³XOÿ5Š<11/2ÿ÷ífÓÚéé?úàÿZ§ú¯è.þí5ø.´
÷Zû¿]$ gIÿ1/4-/~ðmÿÿÙK¦ö"¶u R_u}×vÝ×}_ýˆtÿI~
¿ïÿÿ°éWè°íÒô‡úïïÔÿ87Ký}¯ñõn°ß¿í×ÿæ°\;§¯þ¿"ï"ûJÚÿ×ÏÔÿvÍ_}}{^T
¿¶Ô¨é"é~3/4=}Û]}õ"U1/2Sût¿¿¯[ÒèêŸ̃o~ÿA-ë§gÃ÷¿öÒÓ
ÚúzÒkTÚ́ÿ÷TÃÌôô8UÙÕTŽëµÒÒ÷    ~Ú_"zö"Ú^Þêêê}¯(r)-Ã"-Þázl$Ã ÚÞšO¶°Õâ"W k1/2÷Ó
°µ§úý×ö¿]"jÚÒÿÚ é^šmm †·¯ÙÒä‰øÂ÷    &6Ó‡°ÂüT0"LSÚÃJOÂúl+
$-kv vÓøaoÛK‡|0-·WM¯ÚM¥~ÃV _öV~zúâ[¿
u    fǾÿ´(r)-ÝŽ̀ž$Ç~Á...a- [B(c) X`œ‰v K1/2ŠØ?dAÔ €¬T·Ž KÃ ÈAÿöÃ(`¿ Â[iS u
~Â
"‹[á"'RÇXköÃÇza¯Øâªéä1 âMþÂuµþÂ1'
"Ø...} )¿è1_°k°ÂLÃí.ìùØM

am[Ó
Ø%a; ¨aRu    þC1/4 I7-ÂV¯V-ö {[ÞÓXkÚZj /†¯_q[ ÆÃ
v â"#†MH¤ñ    "ÃØBÕÁ 2iâ BÂWÁ,Ã#Oa0š
a...Òf·¸Â `ša 5Jf
, d†Ò´80A...ô‰¸VÕ1ìWÄG    ÄDDG    ¡h *ap-"²º-þ#^    'aVõ; [ù

°•A¤1/2 ÓHÉU µþÈ¯Ž×× E>•¸ØI¢c"†    Ö E•µ0Cñ ...
(ÿÿÿÿÿÿËpµÿæE
    ETg 'ŠY X‰ 'L    øª2°";Õ-Ëf
È.[ÔÎ    Î³÷Ý5ÎÝz{¡ Ÿi-ö µØr{D    õ•k*/¯¯?o"Ù! (tm)³1/2G¸]K øMWï
(r)
@ÌóË
×êîOU×]k¸Z(r) ÷¡ÿ¹0.öÎ2èo¿÷Þõṍ(r)Þ...ªW^LUú ÿ3/4-Õ}·ï×Vîÿÿú"KTµ_"¤ÙÐÈaÍ "Êqä1'x"œŠA
É r    h_Èe(c)-'x‹ä    éõù(¿)Ø¢3ÎðÚ:žÚ̀ì"[1/2ý|    F 2D`"
Á Å
, Å," (tm),|...˜‹pL    R0 (tm)Š ‡9v N! Êq20 Ûò@ªC ¨f 4"0$3ñ
    ò Á°"E¬^`H h G
Cf¯^-TÝïMP}"4ô    "
P~ Añ""    0f$0`B ðD:Gá    Mð "¸D9 AøA ðfó@úf¶(tm)öp\† £D _V›"
"‹DqXôâHIú
!è8Ðk žœxM/    Üa
"ÓUX´ ÓŠÝB ¸ü ã6ŽgG¹Æu{tK(tm)<2æî <    "²èOä# Nš́KÚ#1/4<B>z%    öÈ¯Ñ-
    äñH¨oò;h•‡R(í ï¢7h    'Fò/0^f%ßAén-§A$-?[_Â " ÉMÓÓÁ oMôÿ f
@ä% <'    á6 6 <‹Ô l"hœßè 6,
' Ÿ´Ÿà
§>êÕ"-    M lí"Ò~äj Ä5DAïËuû8}&ý1/2éÒÚúo^î¯ "I°I°Ún› ÚA3/4>²áÝÒëÐA¸Oj(r)¶ûÝZAÞÝÒ
Â(r)DΉÿžž û"úéîz kÒt¸]?ÓÓ §éö
°zúÒx¯þ(c)ö"¦é"ÿWTßh'"xA3/4>Ó(c)gêfÕ=n"(r)±§ï ... öU]SãÚÝW
éúoý1/4jºoÐNäØÓ=> þ"¥§¥wÿÝu¿úÝ~Ú_t?¤Ú1/2íëwO¿¯ "§1/2o"kïßÿ"Û_íµoOt¿ÿÿÿïÿÕö¡éVÞ×ÿì

?ß}úÙ ¡Â×Ð}u÷è È"¿´ôÿ] è^Ó¯ýºë¤¦ "§! ä@KÔ¸1ú¯gðº{þ¿÷,
û
¯¿Z² K _6ˆáû0 ÿë¯Wfz¿ïõ÷ÿl ýƒlè ê5ýø‹d Wëÿÿ äÔv·hl áwâ/ ¨ßßÈ 5}_Õ´1/2* 3/4
þÁá{_ëÕƒ¥õÿúõm‡wõX`ðÁªZÿëz" ß¯ÿöMZ" §ÈLûƒ
Q
Ÿd$ ¯è=3/4ÛýÿýP0}Wøvƒ{o!ƒ
G]Û×ª,º] ÷þ GÚÂ"ÏôDtüÊ=ÚòÄÝkÿ^þÝáùj;òÄÃR0GÕ˜§1?&9Ntÿû ,FÿÿÝn1/2÷ë,:^A E†ÿ¿
ß¢PV¯_¦Þ3/4-¤ }>ŸD
² ¯ÿê ‹_ú!=~•þýtºë3/4(c)üI}ÿ×mýWÛÖêû|‰?_¶Ãá×ýÿOÿ"!ôÞÓõßüêï:¿úNû ´Óêj 1/2{ûëý}~þÙ¯
m~ŠM"wÿ³-ßßú
×õïzªMôÚïzzù›OT×m]{ß:³gÝ^ïûûúšÝxOõ†t0(c)9÷þÙÐû¿³"ëþ•¿¥Û¥3/4éZÝúë"ÿ]"÷ßê¶¯êô*i^¶žÚ]÷W
ë¥êß¯ ¯ºö¿¯î3/4•"-3A-*n1/2µµí[_×m&×a¥*ÚÚØ]+N¯ë¿(r)Õµoom^×~Òí/¿×ÿê?ÿ[ Ã^Á}†(r)šÓeûö
Âü0•§Úö m+J ;m¥m¥šg
ŽŸº"5vÒƒT V ƒ[a¤|ÿm-†•ì5Û
ÿ±þª±T˜"Šö8þ83 Ð`3/4Å0Ë"'xVÃ
a,KAƒ Ù ¢!§L I´- I ‹`ê) ,o^Çºdq äL
%Á¯í...Ú¶íÝí5µ{!^È<]ì1[ pý¨1/2(r)!4...1ºÄ›ö?mŠcØÞAâÅ µßµ±MìSÇ `µ1/2...^¨,àÂ
Âö Òzm5º"ØA ¯m¬0˜M0"ÚVØ^-0¶ !"Ò´Ó† ÞÂØ-Ã Y
|I"}c}â
˜ . ˆd"º..."!,
Â"á,Ã )p 0"a4Ó
aa"ÂÁ" Xjƒ@ÉÕ
-µ¡ H

nÂÚ^¶ õ!‡ÿ ÎY q `¥.: 5â""""""
Ë
ö í[^¯
!
T"[Q ...te¢ÇØ^´:[uêYM ~¬!¨ö
?ÿÿÿÿÿÿÿù7Ñ"r...Ï †K†Qö} Ô!±
ñ +h ŽÈ¦E ¸Í ˜‰§ÿá,&v
ÕÒ!b,! ÖA†bµ¥UÿûR³ÿI, a ô¡]/kú,MÓ{I;Aú§ÿ¹ 0/-pKzÒª#Æˆâ Ÿ Õ_
òÀºIT 3/4²^á< Û
ŒÀ.ÜWkúÝÅE0(c) ÐM¤-faD;ýUûõe"ikî-kÿéïî1/2...A]=u}2)›2 'D(tm)+<*U(c)(c)>µz" Ý]më"BÐˆ
CA- Š <fÌ :" C 87ªoÊ "á"Hd@PL1/4`Ê†f sTlgHÙ›}zéî•ªPŸÚ

z`ƒÂ Äan " gÂ
â³m$ýBj ê 1/2uÜGAÅF1/4Z O‡ªïºaSkÐi7 wü,RWífK ñ|...%Ó6ˆì4N Ñ ;D¸4@¸é 'ÃjÝ$Gm
nB; N˜[ÿ˜. )¹#'l"ï
ƒè n } !º
fÊ!D3/4 Ÿªø
zØFfÈ¯Ú ÿ ~›xA¦ø]zN"¶G §IÞá7_º¥{Ââ ºý=úz¨MtêîÓk¡(r),n›ô›[ûªm+Þ zU§Þë]"¯¯IÚ÷þ ôðšíê
Ÿé¿¥ïk'mé'êªÚhoõw÷´Ãÿã÷i{ ÷¥1/2ð@ßí¯ºïÿZ[W¤ÕRÿÒ"¯ ¦ÒI5ÐOµÕþü TÏ#
=å ^ž ÀG{þ›á'â8un-í
•×Cé ÿüè â#ÿþ+Ðµ"ô#UÛþÒ{}3/4ºUú,¯_k-û1/2z_ÿH.*]3/4Ýþá_ú§ßý/o¯ëô¿Wèˆ2¿(r)
•" ¡Ê ×µù'>C ïùeO"ûïÿÌNõî²GnÂ Wµ}zæWý- ` á ×ÿ}+¯t
¿éÖþú³¥í"Ëª¿úW*úöûþ1/2Zÿÿîî(c)´3/4Þ3/4º×LõøgG¯ÿ(r)ÙÕÚÝ5¥gCû:Ô*ý ](r)÷
(r)---ëÿÿ--õÛ{ÿ§uúN-ßë¸Wßu" ÿýïM-ÿÚ[ºßÜwý(r)ú¥iC Z_Kÿ_^ Úä1-[

7ëtØKÞÕ  Ý¥û  QuÚ·Úš-EÀi  ýÃ
"ða&81/2àÁX0KØi0Òê˜ˆ•ðÒ×Ð4A1/2        ZM"ø÷·ÿ˜ÝŠºø...  ìS  ‰m!4¸¯ÿŠb  RÛjÿÛÙ
´
ÿÃM{UíÁm×ûÛNÃ{A...Kþ-[†    W"    ^Ð0Mé†--á/¤  L&    `"4#B!,
  Š!BZ    Æ!
    `ƒ_,!ü  Ç        ÄEá  0 ,  ˆˆˆˆˆˆˆˆÐˆƒˆ  ]ýz^¸ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿó%3)Ù  b  êÔí
((  ÙØ£H&w×ï"H  )È...3!³"L§3!^ÎÕ  ¤
*ìÈÒò]˜P--T3²UHÊ
Ê  Í˜ÅBm*vKµû(r)'(O-ék!³eÎ3/4  éró•·wUÐ@"·ºZÃ‡  ÀôÔôý¿ÉŠë  KK"  ø˜´øý>´øKýé);%³E}*o
OÇ\k_{[J‡-WÒW×Jìè/]tž¶Ûíýt1/2îhõûô  Þz6D"+,  ¤ËÄí˜"a¹  ÎÕ
µ$Íõ×-ÿT1/2Ûý]>ƒ  B  ]"<Ì      (tm)‰Ja¯  3¨s0§(tm)@C¤lB    'œ  AÞy'    Î
Ð¢\*eÕl\    Œ  ƒ}êt  H-  HŽ
¨È€(tm)    §3Ù+  -  "âÐt  ?Aá
h0ƒ1/4  j¯Ó@ãÁ    ~ƒô  Á
t  LÊ  D"""a7I  ¨D  †,  0Ò    @ì  30w²  ú_¬4îøô  š~  !ž¯J  ÓUAö  OBí
  OéP=  ƒÕ;M´ÂxAþy¯  "-¢  ‰
4
w(tm)ë"  ä~Ñ.q}ƒ-  ±È¯‰wD[ú#æÇ"Ã‹Ð³Èí3/4‰ÍÈAJ
  çn'  ´ãï×JJÛ  Å¢<òWC  ƒÿÓA,   ,  NÈlè8a  "ûÓ  žEçÈ1/4Ý  Ü!'øAå¢
³à›'øh´dLÐm  84  71/29¥W    e
N"_è  ¡"Jx~ºˊ  #ýÂ  ô  7%"GÍ•  "ñA;ÂIÖ  ?¤µôÝ  è=B  ÐxT  M¯é6"ï          º
0ž  ´Ý¤éê-
Â~ƒp›˜Ï·OAôÒm  ÜŽzìè‹Ð-  -  64érShÝô¹  ß
â"ÿ]=U×uwõNþ  §Þ  +ÛJéa6Õ  ?Mè-'ïýÒ1/2:t  Btž#3/4  '1/2dg
è7Õ  =éúíû-!úõžš¥ÿ(r)µëÞ  ïn¿ÿïW^ôµÀÓ÷_
ûu...(r)Ò|%Oè    ƒ  ¯§[(r)¿þºã¯¯CÓÓ×¿ïÈGcôÿ{"öºŒ%‰o÷Ü~  kñ
(c)ÞûJèI_]oïõÿ}oMÕ7Õº°¿ÿJ¿ôÃÿÒµº÷÷õ¿  í'(r)×JÔt¿éÞ-^×íwK"íyN  é(r)^  Ÿ"¶†Õ!-Q0'ü3`ö1/2úZÓ
qúYN#,  ÕÓ
öö  1/2õkþµ÷ë·ÒÿÈa  ï!¤
õ×ï³!    î(r)8§(r)ú²oûÈˋéH!ýö,éØ>      /]ôÿµþŸÿýö
ÿä  ïÿ]ý8.•ÒÚ  íð¯÷Á\0  U²ü  AÅ"  wý"z  ÿ_úK¢  ÿÿ!ß¯ú_
Æ-  m  Gÿ×Wº¯¶¹1wûÐ<pßÚuŠ^Èa  \  õU-:¨þû~Õn¢ÐIþÿ  ‰o6"_Ë¨ÙÌSM  ?¿Ì¯š‡]×MrÕÿDYðaþ·
÷†  0"ÇZ1/2ëõÿôþ×e'ÿùa§ÓýÿznM  ûáUÿÛ†Ú}tL    ±  ¯ëaÃ  ‡þý×ß¿ô1/2ïKÐ_ýéZïOï·"h.¨§µöÖíî
ÿáx5ïõþt  $ô
þÿÕê¥_÷ú[ï¨ºˋUÒ¿ÝÓgYw5=oÿ"5M{þä3"sS-þá¶ÿ1/2ß"âÓh¯iydþöÿzþ-¿ÝRZÿ^3/4Õ}?µ*n3/4¿NÍ-é_ö
  ïM×¤¯  >ÒÖimA1/2ºOë--¥z
  *Ý_÷þ×  ûÿôûKÚ×þÒµï1/2õV  "¯!õ÷ûÛøzn¶"ûæ-  ÂM¯úó'éö¿i~Ÿ¶(c)ñ¥÷êÚ¯~ßt¿  ¬?{Iwðœ;KÛ
¯§£ÏÙ]5jõ    M'a]6  ÿ~×ºÓ
á°·Úûk"-/†  Í      ¶Ú
ÿ
$ØVûü+Û
_UmM<-Mí-"-"VÕÿ~Î...Ub¶|*803/4ÿ²,·Ÿa,Ãã"º]ã†°eÅðÇ´•È(r)Ø?Øi0Â_NðÒÚb1/2Þ  *
-ƒ.8`(tm)ó†      ~Ú�KKx_é;×
    ª÷±]¯  Nàí¥Õõn}  Ø]¶ÜIE  ¯b¯¥Ûö+¶1/2v$ÞüPb›
  ºÕ†"m¬5†¯L0¶  ·L  ~¸a}í}0•¶A!ÞÈHÂkÚëv  o~ÂßZV"m"¿ÔûR  ;!  ¬S"
¶ã† †-  a  x´ƒ    :axÃihC  íá,Ò"þ  aKt  +Ã
µ
&  þ¡,    }ðÂ¡    û  ¤•,aUº¯v  VÛ!´qÈA×  ÄDDD¯B""  öª  DU,  !

""
!
ÉÐ°"C6Ê        Û!G2  -F
V
ë
,<1]ÄDDZ        hDq  h-a...¶  .°^(c)â"""ÁP0Ÿ"X^2¶H´    ªüZê>î5ÿÿÿÿÿÿÿÿ&Ãh·4æB¡
ÈÄƒ*q  ÎŽŽ  \"ÎÀÎû;  Ëqë ¢A)*yç  ...#°¤õ(tm)³1/24ÓîîI§õ
´þ⁻•Dv$é§á  |*ká- ¤§È7m⁻UúÿöÿWòê  ï_ôû
¿ÿ‡ÿ¬    ãëÞºú^ÿ¥ß_ASÛ~ÿ⁻oÿÝîØUÉÁûûmªç`ÚþwNÕñÒd2  ...ÔŠ$Ha-9
dA?œ"!  Ñ-E8DÏ3(r)KŒ‰
#Q•qQ"ñÉr8FbšÆjFdh        fÅ5^B0@ŸO³Q  Â  Špölf €J´JÉ^"
  š‰-<×µè 0¯A," 1/2 ƒR0  Â  I$5† X" @`fÁ ä ÁšÃ(r)¡ A"A    ~ƒ  D  jî}"  "
    `^& i"BèBD" N N) 9"þ  ÃL ý    ý4 a  wH4Ð´ðƒ 8þÓï<M4  (r)ƒ wè0¯M4Âziè-
œ
œ<Œ‰#7µM  æž Z
    <N- G8ïl&ƒ' AÅ⁻ iÅÈ€ÚqhŽ? äAð¢ -9,i!^(r) ^8qhiØOA èƒ4  " Y¬Ÿ°
‰Ñ¢srsú'í åR.Q¿².8B  é  Ý  ü#ãD¦ä^h  ,a¨@¿Q/y>DN¢SÚ  ;1/4...°I
H⁻Ð'A7'L°4N"N(tm)  Ú#¶'(r)ÙC""ž⁻MkOšdq  MÕ¤ð´ úA´ l"h  m
Â
›/{,
4  m  xO ‚ vL<#ð›A  äYöƒ´ d(c)Iþ    ÷äϦééÒznž <j]" d§"-4.Ø1/4E$ûÓk{ßOOµÓtôéi;
MÒnžŸT  U==B´¿ÝxN"ûi:M⁻ÚN(r)Ó -&í |
A¹/ÕáSj5ÓKï_3/4õÔû "Ó×M...´ §êêïuZzß(r)3/41/2ê }}ixwÒþ h ×#Ÿ
ÛKÄzT´µ]_M'êšÛ⁻}Úÿ¦÷⁻ª
={ûôþýâ/ X¿×<"ÞÕ]
Ÿ - m{öÝ¶ŸÛ̊ßµ1/4kõõ ~1/2}ßqÿ¿ÿ°ûfê:µÿ ð⁻ë|œ vü‡@fÆ°ïÒÒÿ{Öë¦"÷Oÿ⁻Ö°j-•/¿×!^â¨% ƒ
0  ÁHÐ< êÞ ¶"Ðœ4Ý‚Ž^ ]bÚmºÐdp^"õj£iãòœZúâÿ£XWý3/4µÿ^ò -Bh"2L úy emot·íû
ä¯/3/4°ü ~švŸÿH
U"  ÿ!†7úÿÿè   ÄØ*÷°ò '
Ž
%¶µÛðÃð"⁻ïöï[õÕý  Oÿ  ö  ÿÿÿ}¦¤C1/2ßÙ
Dè  ãý"¿ç@'Åh...Êò  _ý/ÿÈƒz J¶'wkÔh... õÿð^{ëéÿþó
Â!2 rXp0O"ì< ××ûoƒu¢:? F"ÙŠkþÜÂÎæ'Â ïw³ ÿ¢:Wö⁻ßÿî"3 x!D  ÝpmÑ Ž÷¿ÒÒÁîÈj
öû÷ú¿zô1/2Q2?ÿÿ ¿þ¿ïÕÎœ D
  _ù  Ñ } M öÜWÞ
'}} þ3/4Î‰·"Þ·ÿ¿×,ßo×"ý_‡Ù w_3/4
Ò'§nô3/4ï¨ës£ýUó"öë"ß̃õ@Ôêús¦ÚP^¿Ñ(c)ûÿïöõZ×ÙÐíiw:  (r)°‡N-ßoûv"ÿÕûkj÷çGö3/4Þé7wú~ým$ê
ÿë-wmþ÷^¶zz§ÿr"v"ÜÔÿ¿Þ"|5´µU1/2ôÓ÷Jÿ~iik⁻÷Ú^ßë÷wõkûjÛZÚ°×÷µ¿ÿõ_ïÚÚM-ÿ¥jûMª
[      }¥a+X|4-{þéô-µÝ† ¥"l-ë¤žëuka=6Á1/2^1/2-ï]n L0¬4-,,ðÒ¿Ó†•í⁻ÞÃ
ÃVÕêþ  ö  UàþÂéÚ{× ´ ÷ƒ
  a+VÕ'Ú°"ßiö"jÿÿ¶ J) Š'oìl0[Ý†°Á(¯a"    T  +g,wû { àÂôÆ ôÆÈ·Ã  "6- + °ÂÃ
íX8i Ô  /WmŠi...LK  û
9  4ÅE5ñ´
ðÃŠ‰7  ûUþÄ>¿;d;Þ⁻d,Vú
1%
^TÈ=þ0Å0vp,6 $Ú  Ýv ˉš
4ú´
ÿMªa^Âa5mIŽ  Z*Ú°›Ãwµv̂Û^Ÿ†*Ô4 L%h0⁻IÚ†C ...Ä"~ Æ÷ñh `ƒ  ÂÚ  Âamí

["  ¬4  `"0UL/      hA,Z
*    J¡"4ëŽ -"kA,a  `ƒ&6    G]Bvƒ†¶ØR
?ø^^^^  x´"
ÃP`"D0"G<  ¸              DDDDDDA, Á4Á8h4 Wë      q  DC)Â    Â Iø¤Ø â""?m/Ú
éäHíX...ö3/4×É±/  ÿÿ ÿÿÿÿòÕZ£ÿÿä"
È¸²¹j4Šâfw"0gG̲      g  ¬0¦ó".
§dÑØžUÎV  Û  ª¢'_úeMgf PdÉ›tœ(I,.Ö(c) -ûúX\ƒÿ"ëêû(r)¡
3/4ü  +...ß þ*(r)¿ÿ¯_¥¥×-ºWÿÚÇÿÿþþï¿éÿCiC¿]ïþ·}úü4ÿ¯_ûé]kûû'lJãf ...¨¸ÊÂB
XÈÛ%'º ) ÿ;%os¨¤Ð-É4E3°,ä pdb#ÅDä¨...ûÎ̂ [J³!F 3XM
Ù ÂgQ lØ ̂Q...Á  Q
EA 6) ) ̄äDHe
Ð!
    "-¢-a'±œ,
œ=>
ülCÁ    €â ± }"
!#¬'"˙‹  ³
ñ- ð†¨...@BxÛ4
S '2 8*j-M;_A t vÆ          ¦3/4 g@wª×P  Á í  x@õ i¦ =4>Ða   ~ÝB
"Õ  ƒ  - @Ñ
"pe yœ  ø"¸†ƒ  âÓ"í  Ä,ïâÂkßkA>ýS[â Úh5 4Ðê¢"Ðv¡Bé ðƒð ̄Z #Æ‰[ öcäKrXâäa - "d
Ð²œªm'J¯ò;ÂÈÈ¤GÁÆ‰ó']|h 1r_'}¢>rXäžB?VH(tm) ¸äXiÚR ÚqoÝ è
y$v t 7"ôÎ̂ ÐDç$¹1/4¡ ¤ÔûÐ nB\Ó*Ü' -R
iŒ"çÈ¸Ð ̄pAÙ  ðž
ƒa g  þäŽ] Ÿ ?
‰{¤¤Îg š‡Ä^ p»¤úu¸Aï²zÖžŸÛZ§" t t->Ø¶ kW"é<.´ m0}U=
>dŽ tÞ'N-H ̄ù ä?;°õ-pŽ3/4 /øV" Þ"    þƒ
  '¶¿zz1/2öÖozkþýëë°(r)¥Ž "f61/2Ó{ºW1/2z_¥3/4÷ûéSÓô-ôßºÓÿº[]tënô¬ •Ré7¥OÝî*oˆõûöï¯ã3/4¬.
S ̄ùÝ  ̄}S×Óú¸ôî-õ{ª{  Ž/Ž, ¸°k/wíiW÷þé'#[ÿí?þéþ1/2j¿-êë×´÷Ä¥ÿ^Ÿÿº
Ø=/|Z¸àµî¯_µ̂ Â²êê wö²  ëøãÿVEO1/4" £%Bý×ÿ ßêoû!, æ ú1/2y
1ßúÿKû̂õ×[}wÔ,
òœ1Ù  þ(r)šÿIÿzÿš  ô
°jø¸ûß]}u û{Õ{w¶ ðªØ%ÿiÿ§ÿaUû"Aßwöh õ~Õ Aÿ}:íûíøD="ôÿ~'1/40ÿD }I;D  û÷þ(r)Z"3/4-en
1/2Q  þµÑ  ëÑ ýþ¿2M¯[È³×ÕrÂ
ý o- ?uh¢G-×ˆê "ÿß' ÿDgûßHš?ý_Û-ú¢dzûÚiþ" Â}¢h1/2:& ß3/4ÿ¶Ö(r)·Uü%ÿá tú
°üë°ëïJ(r)Ûÿ>ì1/4">Î̂, m ôûß(r)žë´uißóÿ¿
"û̂êÿí\êûWéé:×÷:žj°êƒ ¸}'d3Ý"¿ÿßgC}v ̄zôªÒÝo(r) ̄¿3/4ûlI1/2´ÿý Ûþ̈öÓ̈ýl̈ü41/2(r)"U§ÿÿ]*3/4ž1/2Ð
÷Þú×nÇJµÖÿý~°1/2WUþ•¥kméûþ öÿ_ÿa&ṎÿØu÷j¡_÷mi_oÿ†---ß"}§}¯°ôûZ¦>öÿÛK1/2mÿÿö"°þ-~í&
Ōa¦1/2-þ¿}"
m/þ-ÂÔ
ö•"júÚÚa.ÂÚ"¶´¸þ̣ $ÃKƒû† ù ``•,| "ç°²(¶š̂ Â ̄ "^"ð¦ V
  ¿ß{ 3/4?b ÂM-Ûv 'D † ˇžÐg ßþž8ÿo
W\TI Þþ/·Ø" ^ÔlTv3/4Ä"ý Aß̂ÅE¥ñ[[ câ•¶šã ÿ̀ùóÓ[õÂ̂í¿õd0öÿ(r)í"a2-,&ÿÓÚ¿kðÂ
&C3/4õ
6 [
Úí*¸kÿ3/4[,amv Ò{RÜ&  áßÚÿa0 ̄W

  al ÿz°V¸0C‹ 0šÅv  ¶ a"žÁnßþº ]^̂ƒ*°B4!'Þ'dYÃ(t"%; a ^0X°¨F¯! `"DD ·¨!
  " B".¯üDq        DDDDDXB- ÿQ "t ‡þÛ

-á,...ß  ¿"

`†"MÄŽ?ÿÿÿÿÿÿÿü›ò;Y ¤Q"AO
v>Dã±
"
£è    ‹3!  2--ÆÔ·&ü‹£2
¤
  Ã]$
ŽÃ5;*aS2  ÉvUYöJ  þ  "X=û  õ;$Úõòż  ×¨+ÿÿÔ-ÿ(c)  ò  ÿ÷,æ    Èg×nüžÕ~ïj  ÿ  ¤œ-  V(tm)`Z
ÿxUÕÏŠéãÐ"Pƒ‹úãĪ  X×ÿ÷  ...Û̠_w  °ÿk}ï"é²¯ÔfKfFEU"Gÿ¿^¿Í}  éÿõ1/4ÈR6(L  2œ!"
  ža  3¨¦^6‹†   Ï²b(tm),  8âÊ  Ûøènl̠CPR]
°û:Ÿa  k"  $,]'  GQ
¨á›fÆ  "Ð...˜dtz5æ¦lB    'ž2"×õá4
  ôü&  }  ð@ÛÐyÆ...Ö¨D-
  ÉØ".>1/4œ?º
  Ha  !  Až  A¦ƒÐi"  C²@ša4Á    ‰
ËŠk  Ï3  Éâ^~âÓM83/4-
/N-?ïpœZú    Öè?‹  =xðN×M4ú  -šza:Ó@ü
n(c)¯  U^V^%1/2  ¸iß¦‰  ']ñr,*  Pë¥Q‡  ÃÕ5äKh^;^|>D  8â$Ç¢,>ÂqhŠî.6!"ý  Ÿ¦NÐ2]'  DáMBä¸
7  häé'ÏÈ3/4Ñ?Â
è³ù    ö6g  C(r)‰sDY†‰  "ÿò  {"-   dHò/ÙN]    OL    œ  9›Ñ-9  ²Ï'r^£äGpêÐtñzzx
Á  ÐwI¸]nÂi"ï  Â  ×à"T  aR  <Ž  <  zt  aõMÂn    á81/4&Û3¦  'ú    6¯A^Nn    DæúDç¨Ë?Nÿ4
õV-¯
×nƒÓÒ÷_~...\/~ë  úî  i=5Ó(r)é5_ú
°êéè5N"ßA¿'fùt¿ÈÝ¯ªÛ_P¿¦ÞµiúîµºéëÿH7ÿ1/2_^•ô×_ÓÖ"×WMÂ
÷Mï
Òoºa    Ÿ¿õ  ¿Z_ÐïÿÓ]
Ø1/2m  K×¤ß÷ôí{  õm8õ¥Kÿ¤ÿ¿VÚªN  ~þ÷ÿ"úé~Ŷh†Š-ûéÈW#  îþí{õ÷¯ëêõ¿íµ{  ÿWð¿""ûv\@  -
  ¥ÖØ+  µÓÍÓTD
'O,
¯]Z}.þ•1/2jk  éü  "ï}Ò  ßO(r)Çê1/2,þ"YÐ/ÿûyÐ§þâ  3/4š  C¿Õïß×Ûûo¿{'  ý×rL  ªéïwTúßÞgx3/4?ò
p]ëûÿ  õõ¬0õÛ'  ;îµuû(r)-]_ÿ
é·X[o¿  X÷kÙ  Û]%‡þÂ§  ×ø_ôßôº×(r)¿ßÿÞž°_ð^[ÿú!áWõßÿ§|...1ß  ƒÿ-Y
v¿ÿÕD/{÷^¯mÚá  ¸-ïÿÿþûÓ  µ@·ÚK°  v¿}~ûû
þt
d>Èÿ¤HÿïßëDgÕ?1/2íÓKÉ  ÿþ¯   ÷úþµN‰o-(r)>¿$‡þµÌ'òüã›_ø¨Û"PVC  ŸÕ
]ÿéõ¯  Ý¯KíšÞ  o1/2{¿_þû"ï    ÿ-BÕ÷¿Õ¡-"ÄzÝ"-,?Þu1/2~1/2kë-ûû*l†oÒ-...¿ôûÛý~î¿ÿõµ-ÿÿínü  é
ð  `ßûN·^÷îû¿éÿ¿uÿÛ  UuÒ×ÿõÿÿ¿_
ê"ëü-o1/2W'æÝï‰  )Åþ̠Ýkõ]î¿_÷ÖßiV"ºKÛ×Wõ_ôÚKÝªï}§[íúM
  šŸwiÖ°°oþ·ÿ{j  R§û÷{ïßë  ÷ßa(k{ý¿ý=þ-Õ°ö*é}¯þzmûªºÿí,/Ý=-¥m...ûÒ¬  (c)3/4×ì+°ÖÏ"9  Çm6
  Ì›    ^Úÿz̠I"×Ã
-(r)¶¿úV°¶¿ýÿ1ê{ÿL0¶¿ÚÇ
/,ý2.SÂ×žÚµ¶  ºN"=aªÔ0ºa+Kÿm†  ïMƒf#‡‡†  ]Ø_a¬5ºÞõý*ã×Ó÷lS  ÿ1/4VÄ  ÿ¿  ßŠO  cý  b¢˜
  ëÍŠÿâ̠  ÇìK  ü0X28¡ƒ  öÂ
Í
-¥úßý...  ðûë
...}tß-ÿñ-Y
†›  ƒþÚ¶"0¿1/2¶  úU~  ^Ó~Ç    ñµP  Ã

ÓV-¥úa  -áw°¹1ÂV   ô   VþÕ-ØW†   õ
`¥À&´õU§\C          ÛZðÁ5jÈwË  &  "  ;ÿc1/2†  0±    a"¶'h3  "#ˆ"  :d&!""  1‰˜Lãa
Q
‚C-<TE£SPÂ  e(B  B""!"   &   aT ×‡þ  lKxb¢>""  Ø^^^˜Ž""""""""
É  Ø_†  êÚ-æsé8†"F  0]0¶  öüDD  0am']Dl5Ò_  î-±ÖÖ›PÁ+  b#þS)øÿÿÿÿÿÿÿÿÿò¹J•Èh24ÎÔGb†W
    åœ_ùöOêvs£-]  ¬Å1/4Ï"-d1µe."õüÎ(r)É%  r¸ž  D6l`;ú_éiC1/4*pmWµûm}Öø]bœz¯NdîþL#ïB¸¯ˉ(r)
?Rh  ß  ÝúÒ5  [ßëïéÃÿA)  _k¹^   EÿÕÈ !¬nP#ŸÒ0D.   =MdJˆ@åXRŒÔd`îêgS6!¬^Ãó"D

#'   "  -d`B¢8)          Ú
œ!NDPÍ  5'Õ,  h.BE@Ê†E¢èÖ)¶u"(r)'     g}Ü  ÂzkÞ  ‡E0@Õ  ƒ£f  Â  á0@Á   ‡¸A   ÿ   "
 4  CL îÔ  d‹B
Â     - ƒÍž  †
k   @Á
ı˜
    "-d  g<Í'
tÐÐÿN.ôßt(  âÂ

Ä4ª
    4÷NÖ  wªa
  =¤"Ó   ¡ÃïAûé(tm)^k  '"
'#ôE  ¬"útí  Ç¢8  ªÞƒ]8"?T"hŠï‹  P¬EÐ¿j";Pœ^Ÿ¬a
R   @Ê"    I  k%±)tÉe  ƒN~TKÜŽm
è  9¶-ˆ ÍG  äL¢\  %Ù  d~Ñ ìá°²s
KšÓ    ä_  ÉÒ‰{  /  ‰MÈÐNo°D¯Ý  Ã"žOö~D¦äHÂÜ  ÓÒ   (r)  5O†ÐAÒëé°}ÖŸ] á  >  <
è&È7O   ü†  .  z  ÐMôô°MÐnGàƒÓt"{iSÈ1/4Ð"sKH0ä_è  i
ª!
H‹(tm)  -,1/2"b"×N1/2ÓÓ-Ó}i5MÐ¥ÓoOOqT  JÒ¸OÖö´í'
"Ié  ÝÿpƒÓÐzvžè7v"  Á6%oÓ¤‰Ñé"<k(r)ž  í²ž·Ývý¦éëîƒû¯T"¿ÿÓý~/]~õë×°N-O"úÒMÓzÓî   äQ
ñÕÿ¥¯hu§zÕWÞ  "°uÿ  é
Žß÷-ô/¤ßM1/2nÚCÓ¯õÕôùä_   U=z     ^ı˜h}jÿ÷ßƒªÓ×øÕµx¿
ˌv-×¤ž(c)1/2uû¯þ?íˆþß   ôÝ?U´¯õ2   Ý}ÿH¯  ¬àÓ÷_ÿ$µ-n·ƒ¿ûw|  ƒ¿O¥MÛÈ  3/4  °ÓáVú(r)ƒ  !
÷_(tm)     þ¯Nt
m  Û-ôÈƒ  Ù3   ³XJ-€Î`àâúÒÓ5‡  (c)  ÇÆ°  õdh&èuÃ°XOÝöë]AWÞïÖÓ  ÿý  z  è†
Þ  uÈ:  9þíþH     ß¿ˌôL  ûß¥|   ıÙ  ±...V¶øD;ß^3/41/2Â  ã×  ]~ŷî%íÝ
‡~¿xD  ì†  ¿ý[ OPU[¯ }äÀ-L‡
  `Žš,ŷî-}   Ŷy`M-ÿëü"-ÿ~
9   _õô    Û¯  qÎ-Hrœ-¯TCÚ·  ‚CwD
æÕÿ"Iü,ô˜žõÑ#ÿû¯ÖI   ×ƒîÝGÑ   ÿ5  !‡¯ÝÛ§ä': _(tm)&    t‰#ò,Ö²Ó¯ ÿ
7
-ô       }×¯Ut   _n·ëþþ
ðÃðsX¿ßê  )N+ûî¯ ¿@(r)÷1/2ÿûÈ`^"   ‹y
  G^"ÿïz÷"×3/4ÿÎ  Úú(r)"ÈH-7úû¶È7ÿõOUü-ýþÿõ5^ÕÈÎÒe"Öëÿõú[Î†ßÿ  oþïI{}mîê  ¶¬uºú  _
èo~3/4'ÿ   ÿÿX7°/Dî?zm;ûˈJÿÛ¯ ÿÓúó"_ï"ôÍ9v-ñõ§ŶÍ Ý¥   1/2-¯(r)¯ }áöé{þ·ˌ¿oºÚ}¬VÚÿÚßKÒUu
m¶°¯ÿuß"êéw¶÷ÿ%jÿ"u¥3/4zz3/4õÎ§î+uký¯ávÓ~ö  ^Ý6-¿w{wMíö3/4ï
Âß¯
{I:Óû[[KûKoµ^Ûÿ¿ÚÚÚm¯tÃIn  ^  +[aa¤ûam/ì+{m...´~iz]¶     Û}¥pÒÞÂ^Úl0-¯§k  tßO¥î3/4-†\F>D
¶ÅmG± n;
1/4B`Ì       Øƒ  È£;  (tm)  ðÕŠþš‹

US±T  Þ˜3/4á,±Å{"ˆ  K¶  ÖØwv¶-d-,r  ýútÃ ðÕÃÓ
ƒÃ  {LTq§ÿ¶¢˜3/4ý  ÄkÕ"a/!ˆ}D‚²-!¯‚[ðÂV•>    ÃK°"  °Ã    ?Ú^  Ø`-ÃO
¶  í?µ~Ý0˜L.÷á&Òìì%-ÚôÞÃ]~×ìS  ÜqL^þÁ
T  !ÃB  !  Á
@ÎX˜B
&"  !
   µ        Ãâ
   `˜A,é,
   `...,Ú  Â  dzè0AÓi"ÐàÈôáÃ
Ó
&¶Ù
CØ(r)"""""""
-'  """  Î    ^^^^Ž"""  °"A"!-4Õ}]ƒÃa\DE|DDC&\  ˆ°Ò†  ÎÒ    ˆ†  E,¥¨  ¥¬  F  ]Ev-
   Èê#-JøÿÿÿÿÿÿÊiaGÿü(r).Ë<Ë  Š³\ì`\DÌŠEHÊ
Îèó¬  "Ô  °L¢´
õÂî'(÷
ª  (r)-(r)  õ¢"i  û~¤Åz¯¢t_  n°x\  ÕÝGÇÇQÅ."Õ[Ö÷ûþõ(tm)  Œ,  F(tm)      #Å<D¢  )/ämQ  œ§òž
%6t    m|É  ±    %ã    "  v}›  à†ŒÄÅ  'a
,  †U"!³  uH2@rD}-  "  92à-  2C<Á  3
lÍñ"4†    ª‡v  u¤  N  ÂkJ  <  ðÐ'84ûM=
~ƒ^¢±k  Ó_NâÔcý8->+N/O¢Ýh"Ü9>¢  žŽ  <¬GlŸä6R‰wD|rX1/2¤KÜ‰  D¿ÈqõÈ    a<  é
a  àƒ{¢%    'y žE¢á  |"ÜŒ  A3/4Fº  Û    N  ìŽlûÎ\ÙD?|éái  ×a0›
ÞÜ-Ò§|èzo˜Â§KtŸIÿétÔtõ¿NÔ-&"]µKiUÞ  ¤Û_û    ß~ýZOû  M]  Ú°Ý}}ÿ¥ý1/2ýõ}bÿõ~-(c)=
ö£í?Ž(r)êõÐúú"ÁkÿvïÚo×ðÕ´µiSïl/[úÎŠÂÿÞ-]~Û¨/JS"  è  7j3/46P]õ÷,ÿ××ÿŸY@a|
"ïgP}SÿÉ    w}`¯1/2o  }_(r)  ¯
(r)ª
ýzÕ"ûÕ~ˆ[}êÿö×3/4"xiÛ¢  ÿý  ±_é"Ñ
ÿÞˆéõ  ÿ_í  ?ú"Oûá  ÿþý  =í3/4ÚÑÑaýÕoú¿ÒE‡  D'  ù4_[3/4(c)  #ÿïé¿úþÿÿû...(r)ªðµ¦êµ¸K(r)¯úM{
W"¨ï3/4µ(r)•Ý¯]î¯¿V¿ÕW×úÓ(r)1/2~"ÚI~(r)µú°ÿIÿ~ýknÿ÷¯µ×ÛþÕ}~î°ïë~-w}¥ð×ïúµþÕ}ý~µ°3/4
¿Ûr...°3/4Ã_m+ëíp3/4¶¸a¥Úkû
m-µýuM  iN?bÿ†  'S"1/2    `ÁU'm6  ŠWl  Ý¸0,†-¯.û"çêÈ<?d;ûbžª¸|$  ëÅð  X"¬<ÃŠØ"'ÿ]¯Úþ  w
w´Á1/2Ý  xá¥é¿Ã
¶  ~-í·kö  +    ^1/4-  "
[§
ö¯
   ÛÔ¸JÂ  ßÕb-  ˆ  4"    ÊØh  1'  ª(tm)eÁA9#Å"
àÂ
;C    DDDDDF"DD  ï×1/2Ö¯ôû  1ÿÿÿÿþSEj?ÿÿÿÿòÐgê?ÿ-A
>ZË*?ÿü˜ÍÔ  ÿÿÿÿÿÿù'Xf  1/4³
È¯QNÃ  s]›pÎŠânHdQ  ¶P(Lí}\e£ë  e1/2äí"‹z¥(r)v¬_ïâ¡rIs1/2w¥×Tµ.Îê3*-,ÈlGÕp-ëÒ%#\¹  -çc¿#sEI,
õÿ÷è(tm)Â^Õªø<        |  jÕ
   Qù9ÿªÚõCN5Õ~õïZ
_w÷ÿŽ*ºUWú3/4"(r)¿¤^ÞÞxÉ
   d,d#"'Ÿ#Ù  !q×;H"/'lƒè§ˆ"8y  !Q    íÈ#L‰D¬È'û¿á?a  Â  BF    2v    L  'œ"%  SS(53
:Œ-  è    ¢  Ã3  AÅœ  °@Á  6Êpæ  B ð  "µ  3à†
Øe'@§Q  FN!£>ÍŠk#ÙN
b6`^@Ë²/†R
SQë1/2*ø"NÒ

¦ "Ý7Iý0@ÈC{A Á õá"" a
"÷Oô A' D%ú 2€Mí0ƒÂ
4ò@!æH2s:‚ gÙ "
ø œ.µ_éÇ"Ž Fš (c)w⸠U    N7×N-6/Ö?Â ð ö¶" Ÿ¦ƒÁ6÷¿S
  ƒÂ
Ô*ˆŸ2 'Où    IþÑ9¹ ä/dæûJú'ÛDAßr/9,w"ÁXN
Ñ/È1/4í ¥Ñ    ‹E ÜX- ‰oŝ3/4-
• ¢D¹ÄI1/2  G1/2úéF'z Ðv  3¯p  ÒøAô  l(tm)Âx ÐzjE1/2
›Õ  FNŽÊ  pM¢èÌØ†ˆzG7'4BTÚ&ê1/2"  žSFO ƒ
žEÂ ü‹Í øý ä^   -zÉeî Ú± Å" ¦ h}z"ô(c)é"VØBë§ýu{"¤ôŸAÒ{H7Oi7î¯ Ý]7   ...ðƒÐ}"8O
"é;h {[" ²;¢ È_¢ )j
Ñ̃ ~ºk}-[i³¯ NŸ¤º¿"ßOmÿÂ
ôôÈü/¿(r)ƒÓ*×O¯t×¶(c)?Ôô‚ jØ è"Þ‰os,3 {ßÆ¡ †ºÒ¿wÇþ...'ý-/¯ ñ úéZ[t1/2-'áSë¤- kõ
ž(r)ƒĺ•4 "'é}÷Ôcú\Ìenïûýú"þþ¿o]1/4kH5êÿÚ1/2xþïµþ×1/2=:
ºa Õ¥ýXzßýu(r)(c)Cª¡tßû×¥P›ÈÁzû×ïþ(r)µ-w}Fîaéõ×Ö-Oõ
¿ü"I 1/4Ö Ø¿¦§
Ýì kþ¿ÛwçPÿí}m Mû"tïJ@Âjêé}oý>šN¯§ý¦ úÈ¯úoÞt
d97ÒR qëõ¿_å ¿×¿¥uö'K}UöäXa³P["ÿ_^¯hkÿÿ þÞ
Uu¨+
1/2Ø~þßÿö ïÕöõúwmÿ1/2}*$ úõÛµ[è?Të¯õƒ|‡¯ØD ÿëO!âÁÿºí ÿ1/2ý î¿Ué{U(r)¿§¥ ‡‡a_÷Ö
ýx÷" þ¿x6²Õ×DIí"¶óá ' ë ÃËs9ëÿ_ÿè'?}ôþÿéÿªÚÛ"BzÑ §_zŸþ³¯?éÿÊr (r)Y JÿôH‰¨3/4k
"~ûÿUô ûÿÞ(c) µÞÏO¬(tm)
Q#¯¶-ï_µÁwª÷àÚÚÝé{¶ßk
"
ý mþ¯µ-"^"ý Î w_ K_÷¥t
=uõÿäÈ8D< ÿÛ{ Z}wkûÕ¯õ¦Ûëÿ×ýi þÞº¦ûß~íÿ¤ý=ïÿ¯ 1/4+Ñ ú÷êÍUÚµÝ{Ý¥-(tm)ëµu3OgW÷ú}ï
ýo¿Õu{ú÷ê"ú
U ÿŸþÒ´L ýwûþ¿ºäÕWôÕ*§ºë·TÚ¦-éõ¯¨¿ÿî3/4ûúÞþºŠ÷õ×| ¿îtzý(r)ÃTÿ
"ôß{ïVí(r)û›¤Þ¯ k§û¹=jš]ÿÂ]a¥úa c _ h× ÿ%1/2¿o{IÿO{ïð¬-...† ›I4-"a> ÚZawÛíSm
Ø_÷§÷I$¿ké×"º"Ã[Ú[ïúú JÇú‹~›~Â°Õ ÃI†    0Õ'8-ün]1Q[ ü‹}1/2Š† _¿ Ø0Wíƒ
Ø^ ×IýµÕw
_¿Ø§a~Ä·ûõ ThlS zê    ÂöC é þƒ õý¿lBþ%"Øf 3/4¿¿ö•;" íÿím~ÕéÃöAíµ
ñ...Tí°"Oµ-Â¶-ý1/2k
BîôÙ ^õjö§n÷ÿ¿á÷V ÂÆ...,ø&" %ØL'Ýé"ÂÃ 5³@A" T×Âam†
`(c)'SøZêâ"ÂUi,á X¯    (r)1/2îþ-Ã Ú
+ DDDDDDhDDŒÈèa0K^3 """¢8^^^4- ¯""#^^^† Ú]/Nõkø"|‚F""#^î8¯^^^"C"    U" -Òô""
  °L-,-d "¤daâ""=ýuõ {J¬S‹aoK °Â¶ ´L 0¢"#ÿÿÿÿÿÿÿÈ|Qÿ-âî#;x¿ ô#$(tm)Ü Ù%Õ0L(c)
Rdá´Ð(tm)Ù L"ÑÞ¿"ëþ´Õß¯ÿé$µÞ,ÿÐÚ'ÿôÕ1/2Çúûøõê?ÿõ-¯þ"ûÿéêõ]-ÎF DÅLë!Nò`ÈPÜ ù •³
üÕtwƒÈ A É8ƒ"]ŸÕS‚""5gÈîâRd£‚ v]' `ªyÂ
, ô. š ¤ ‹2 nÉ ƒÈ8†g¯A B ã‚• Â Cf
' ã9 èE pƒÍ ¤¤ t T !- ÔÍŠƒ:
† 3æt3¿Ù8† rv\S`ž÷ÓàÐÂñƒCè ü a
§è4 " a ëh0ƒÂv h_á ƒÕü Ó => Biÿé(r)Oº...T/Žú´/âÓÓÓÓ¤Ðý0"(r)šxN*;‚·"¤ z§ ] èøMŸ':
'Ù?m¢ Â#°ûÐ| ¿"óD¹ÅÕ¹‚" ‹ Q/|-99Þ Æ‰CD#(c).|M
  ÷"eµ~G
Nv9~íS™¶ð(r)ƒÐ< è ì(tm)
ô    Ñ9-ØA‚A¶Gõ¢ 7"" N‰~ wA ¤ÝªÂ
HÌÈF0ƒr(2. - j Ú Ñ ÒA÷ZÓÍ¤é:\ Ý= ŸÒ°oT´-'é‚O

†,u×zúÒ¸A1/2+," §o} ßl!¦þ"âû×õÞ(c)6ý:Oût ¦úvºéëâtïºZ^ }ý/(r)º
êý×i¿ê÷,zÒwi¿I*÷kî ¯ûîÓz¿Ý+ >þ• 1/2'ZàºÇßÃÓëë×öº
~é?õ~¯T*ãîêÿè.*Ç1/2"ºñÿþÁî C×
úþºzô1/2þþéu}ê"Þµß ÚßëKÕþ ×ÈPèGä
.ûÔ3 ¸_ Nß þ÷ìº0J,hÖ"BnõùáúWý ,Uôß(c)¬"P (r)C þI†>ý ÷]þ-þëø˜îÉ ‡&
-íª ûÿd0 mt£!ƒ" †áÿA·÷ Ö1/2*Û_íÿ_÷ï
¨.ú] ë¨_é3/4ÁvîÃ "/TCß ëéúëÿÿ^´BeÑ [Ò¿ }Â!Þÿþ Š†ÖŠqx_$ þ‹'æWÿÿ þe Ÿ"D ]÷ä
...Úúö˜Ÿ]µÒ- E¥È€µÞÁ¿ô ë ë^ÛÚWÿÿÞ‹ É'ut¯`"þ(c) Gún±,\-ÿ†-þ oûü=T/¿ÿïZú¥ýôçGmº_z
Ý"úAyHÿ(c)å{
1/2 }}óRýÞÿöý\ÖÛºW"¿ü;Òýõ"›¯Zÿ*ÿ‡ë]Òú(r)Ù
×t ý4¿ûJÛ†¿]ûku}9Ôûÿo¯Òn›:ºòCÿ§im(r)-û{ÞÚÚWûui õWê1/2}ìkÝ¤í¥ÿþÇ-úéVûV÷m+NÂzÚÿ1/2
í"jªÚÿ¥ki6º×ÖÕöÒ´"×_µÝ¦+_Û_pÒº1/2¤ÚM(r)í...ÛJ¶ V¶ V ý†"¶·¶ ì+k"
+Ý†¿öŸ÷
+
Þ È¸£ˆH‰Â ÂØ]Xî JÕ† 0ÂÇ Á"¿`Á/a"˜ãàÂÇ\S"ÂØ-õº(c)"´ J
X0º d {NÓ Çq&ïvC3/4˜¥v) ¦+ö+Ø§d0ûbMá ïz"Å$ÕôìKZÔlI1/2Ã îÚ¶¶šØ]íiµ¦Ó!ÞÈ$e¸L.ö3/
4 ‡"Â1/2...l/ºÓ
ØUÃÚ"Úvšö¸j˜* N¨`˜L Á?† íT aBÚ] ÂÒÃ ¦ A-, ¶ † G 0¶
Óª,|k
& ì Rêeî 2Ó¡ a ±ÄD › Fö F ñ Q HDtÿÊèkUÛUKv'7± Ã0*Qö)ëÕTC
DGÿÿÿÿü¦1/2Gÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò1/4E %;.
Èl... ‹ÄXRÝC%ÙUŠ ¤ "
èËs8¬Fo,!KwaL‡?³í-s·FEµ'àbþŸTÑÚÆÿêþºWý?´Ok~¿A*'1/2j¯õ¤Kð3/4ÿ`¶(c) ùØ±¤
øê•?¥(r)ÿ!¡ÂïP1/2÷Ç V ,
UÛÖ-_Wñÿ "îÞúÞ-÷þ3/4ç|ÿö ?;/"¯û¥úŸ Œ§ Ñ,
¨gR4 (f¦`d6NDa äT "Šq+62 yV!>(tm)+ H
N)PÊqr " Í š
Š²0!
˜#0†¡IS$D¸ ýF·Âa éç˜Aàˆ Pêa, d0w6Á (a
9v

vƒ Ÿa
£Â
,d†`(C < j \ @ôÂ e ló0¡5ú!ˆD,kø†ƒCô- qé Â~ƒm0›" Ä4 ô4 ÃÓPž›§§qè7j qý,
Î z^²%†œ"€ø¶E£âÕ4D~œZqª!.ˆƒ·Ñ ´•
"¡úVÅÈÎâ % D¹§Ú¦ˆƒþ" ,a
×x'DýÁ
äLšR~äŽD±7Y(c)'‡D|ä îKè... 4N˜ Ú'FŸ2&Œ"S¢^Í '7 åÑË zi¢tÈ˜ÐA¶K
º‰Qî'%î]?rNÑ Ê ÓÒý Ò
Óo Òz" M¨ ,x#G < jž(r)žµ¶š
,
è ÜŽ"´ƒt-éØ
Ú 7C]?· 6"þ,4pB $åG¥Z×OZÓôÝVõý ë-"Ým:MúAÓJëöé1/2Òê×÷ú§"ëi%tò æúa¤Ü!m £ª[×Oï
Ò}ª×Õ^ ^ "öï1/2}: 6µMRO"
~ë§Õªoz
ëÿOZMÐ{"¿3/4Úöû¦êš¡}ûk §Jí ëÝ&ûÜ}õ Ò3/4‡ßþº ýôº×ïZºý}-ÿ×ÿ¯õÕï¥}¯ÓÒ_íÕýkíªÞö- luÒ
ÿîû¥ÿíZÿøN1/2ý?¬Ð#ú¯¯3/4 ø?†x?ëõÿ ã"ßñz" ú¯ÿ×Nžt û'"
¿I×-Úñº êÙÔ öC¤Ü OÙàýË1ÒÂºk¯ëßûí>úÁ WRL ý"íêõ úÔ ûëUô ÇU×nL A'Áj _ ¯×

÷_...ýü/÷Þš~ÒÿûA ïü0ëÝ×zîûéJ€bA ÷Ý{÷Õ·Þ¿Ñ Ÿ¯Ñ
uúêH"yŒmäÇ$9;K#,"ïM ;^
-è²~M_Y -uÞˆx†
¡ _î"¯ "Fw÷(r)‰-ýßÁkþÂ , ÷ Œû|Œ jþÂÝæWºo§ *a,
Õ ¿ÿï×ðUþü î-öÛWõ"ý§ ªàÿôu›"] í4Hˆ:!?P-WVª-ÿÿè/õW_ÿ]mÕ´íÿª-¯$ïÍkN×t› Wê ÉëÿÞ
ÿÿï{1/21/2Ó¯îýÎ¦ý
ÿ:šçSöÿ1/2WÛAí"gCî"êím×¤ d @Ÿ¤ÚZõ3/4¿i}Z-kJÖ-ý¥i~--ï×ëJ"(tm)›éZþ¿ïoþûíÒô-m[_þ›_1/2×m
°¯÷ö·^´ßÃíxkðôÕû~ýpÃ¦ë 4-k"USÏ_PËÇ (tm)¶
6•¥ûÿëÕ¥i_Þ Ý†¶ †"]¥"¶ÕéX ¶ ×÷[I†-šL5¦›JÖÖ›_þé¡ Å Â
_i{
+ M9 -"3/4 ]Xaa...a,Iì0K[ 0a'l ûXaWDK
$Ò†
l0"4¯m& \Í-F/´µ¿K^ÔliêßlWöÃ µb-£ÝŽ!1Ulw†- X"¦6-öØØ28¡ŠØ¦=¦8â#ö J ]+^1/4*j-[á ±' Út
Ù
‡"!ßM7L-ä<a;Ul‡vÈ$WØHT-¦ í C¿ö6% d\M, Ã
[¦ µWá-=a["
Úûarà& T0-
a...mZ† Bü;L· 0"

V ~á5lR cã6ÌC80B# D0...¡ ÐŽ JÓ
¬#T" Â¡
ã"œ pa 0B
¡ÏZa Pá a
" -"" ÁP°@Á T am ž ¡ DDDDDTDDfƒªœs‰" ¡&W5ãí ˆ‰&‹
Á íq ´'Õ[íVÆïÕb?ÿÿÿÿÿÿÿå¤u20ÍLèF2- -²l.)Ù#;(d$dXÈKõä±'#Ì"Œì3_µO¦÷'(c)Úv(c)_§h›(gÝõJ'õÎ
Ýº_Õ(tm)-;O ê úï×ÒÙ{KÒÝ$ ;1/2þÿÁkûª]1/2-ª¥ôÓñZ Ý¥ûm,/ÕÑo÷ÿôßê Ýÿ{Õmõý ãúíX~¿
¨äm _ÿ÷¶-SdC‰ Bò!‹g¬é ²;PìòÜñ lÖÍB Ñ ò œ2,<˜ j *:žL (r)6D
"2,#^tò
D#×ë...zÐ; ¨MÁ Á ‡0e Ÿƒ$F @(tm)CÔ (c) A ƒ:"‡HC4 §
šfb"-ƒ 2ƒ@ì Â!Ci'
p@É

"A²â,
Â
Œ i'¸ˆ §gBþßút ÛA¨AÚ
wPÓ^ÒtÂ ´Ðzè T
!a0ŸXAá
1/2?°Ÿè7A, PÐ' -`Â
`ÈlØDÍ" ^ïß w"Ÿqá?¤ØßâÓâÐoZh8Â
¤±¦Óñ§úIÕh\iÅ ôðš
Ðt
ˆ%Â Ê‹ïÈ(tm)Ñ?gì"s².>K-ª¢ÎÖÓäG¢7zh-mH6‰ó ² |Ÿ4Nt n] Þ‰vOÜŒ"ôNoôK "sr/4E|AE¢
>ª
Â{§ç Ö´˜&ú A oA7î'²BÞ¡ š hÊ‰'= }h Ü"`... n›...¥×Á:Aºtô wÜ y Ânƒ

È%,'08&Í '7 ûDyõí$'I?O-izMê´ §Ö Ó}:AÛõn ¤,é¥mC "¤Ý}mÕÒ[
ž Ây Ü'Wz "þqÉ
¿u§·"øï"Môïzÿ}ZOÕÂw^ [¨M¤ýB{úzz IÿÃôõÐn PnŸJá8ºÂýººZ×ßÖ-íß[Ö‹ WUÿIþ-ï Ð÷×Ý

3µk÷"ÖöÒ "I"§§Ý_úÿ]þªïõO,v1/2íÓ}7·µïtí8Õ+¯ÿ íÿëvëþÛÞŸnïuMÿµ ûßþ
ß ÿÞ-Ò÷Úÿê÷ê3/4ŸWZKëÕ/¶¿õV-V-[Õ~-u
ßv×÷ÿ!tñíÿo´‡O1/2zþª|;Öƒ8 § ³ÈØ"w^Ö¯ÿ1/2nßßÅÓûÚÚMßvë×ët´1/2Ã ÿý;¤Ø_×õ"¿Ž×‹!,,GÕoÿ
m/ukõuOýÿ´×Ò--d`žío ðÈ?¿ý5¿{ÿ÷ô¿ S@aÕîïýjß×ý ôºßõÞ÷w£ ?Ã
~ÿÁÞå"ÿêë'...'Ý_þþˆ0û÷D ~ëUK^ý ·_ÿòj÷ûÓëõk,ûµZë|Ö*õþûõCþ•-×"-&žbd.U £w{wýôõÿÿì/×îÿ-f
OîÂ ÿ[ÿ(r)
ôßO"-ïûþþëMëÉ¡;V-Ö-é× ¥ú¿÷ ëÕý
{Z"Ok1/2µÿßÔêŸßº ÛK]ÿ]ô ÐV¶öçG}ÿÚíÿ¥êëú_3/4›ûKü(tm) vÂT¿õ?¿º
U}û":6Ýí¯¿Þÿë -zþßªö;ú{û:= úë†ýð¿·Å1û¯Ý" {"¨ßJÕ þßÎ-1/2lèuöuv î¿ë}Å w ¿"ªÿ Zþ"{÷¯
M¿¦õ¤ÛXýn?õÕmb"Ò_W¦ôýv×ý¦Õ×µím(tëk¯¯×]z_ö"_ºµ|%µ
,èÚ¯´"vëõaêß
=&Òl/í...wí+]µíl/ÿ¶" ßÿú [JGÍ°•¥L4Ÿ
0¿þÚ"ö¯°ÒL+ØIµƒ 6 ×a...†'ÖØJ /~ÃJ 6 ûJëµúíoc¿îÇÓ k \W"û
$ˆ(tm)Ø3 Ó°ÂM"ö
&6)Š †
a ôÅG±ìTT5Þ L0K†-ßkõýÓa^Â"Økv Öøb UŠuŠ‰oØ... a0(tm)
-ìq[" Gò °¨1\‹Xa((c) Å>¶Á,ûúÕ ÂtÚ-é(]5÷¯]íxa5vÐaa...P´Ù

"ö xa]† ±Â...ìPa6Ò{"Z‰pþ¢"" B'_
!
. "×Â XO C Ð†
á ƒ HÚ 0¶ 5 0"D0ƒ !"4É×`˜VôÂv ~ÿ1/4DDDDCˆˆˆâD! gNƒË€BÐdê"á
,ÿê8ˆâ""ÐˆÓÕjèDz]}AvêÑ_ ÕbÕýw
ajW±"7å/5 ÿÿÿÿÿÿÿüµJé\c;ñH >ªw£-êDS2ªR¹3#†Î3/4[Æ
ešfDjFgu$3±`0w¥ëÂù¦(r) -...ÎÈû;%?,W¯...]& .µ_×kÛý/IoíSŠÕW_¹Ù¥È/°ž n#÷3/4¿'±?ÓýÚõú¯•Ç
'!›þ(c)ôíwüÈ Ñ
Ÿ 5 CÌ´ ,pÈñ†H5&#\`ˆ |Í Ož" ÆA(tm)& Q,! %â€B6ìì¸Á2?žÈ1JHØ¤`"1/2eÑ&D€C¨¥Ñ(e
Ô î
;ƒ-Ú ý7 >â>œ¨ ¦j; AØA ØD| C 2œ"i"

Ófmç €C Ôd ‡F Bðˆµ ´ ÉØB, |YÆ`Œ<" a"ˆF @ó[021,!æó*_~/M1/2 ;ü ã}4Ð¿Aè4ß
÷uKAá
ü Ó‹AêƒýW < Â "
êbÐh‡ %¬û D¨-Sî˜˜ù.×MW§º ÈqÜiÅ ãÓ¥ºom¤âê!¢XÙ Ú±" "? ðé š|}§ä(tm)êƒ 5$
E Hg )Çõa
T {\ý¿'í TY =²? D¦äNhŸ9 "‰Ñ¢Y?SôÈçTG È¿!-, ÐA¹gr ¨9DT1ý 82È'í Ørsvêòþ"íª
ðƒ ß1/2?[ÿúM°- ]<'Ân ¤ ")6 ÷T°~ ž›vJŽ¶ i<')7ÔŽž ÐN,
"Ô'é$ ÍëÄ44Â
í
ýn1/2Úþ´õÕ=7Tì& Mõï"ëMªMÓT"¤ ßêÚoáz·¤ "ÛW×}×\‹ù>i"âÑ wÿÚ -ÕÒnžšéé'§"ú¶•ï{þ-Õ¦×]
tõJê¶šëIø.ºªä ÏÐp ytÉ~Dü ˜úÕ˙ï0ÿMún÷ßþþŸ ¦ ¯_ÓNÖûþØÿKvÛö?tÚ ¯ØûõÂ}´ zm'îïºOí Ò(
r)- ß}.7ÚûzþµÓ ×ßKzé?*Mw~1/2>é]<." çP-ÝkÿïZÞ1/4+[Â~íÒúU¯úfl Á}_¶"
ËÝ<ŠK÷‡ïë^Âîž›×3/4N ¤' ¥úþõ*~` È 'ú3/4Ú÷î· ùÔ-ûõú!u ÈàÂgòâÈu?Ó!5 ÓÕ8Á ×
Kþ- ¦ôŸßÝíëê(c)ã¢
×1/2wûÿ×Y@bºÿ*d â6 ôàé(tm)#û[ƒ Ûö¿ß!/kÖ"ïû÷ÿ×...Zïë¯kWþÁ Aýëßì?Ã
ý ÁÒtúÛÃ[ÿ(r)øD ÿÛûÿ×î×XVˆNßõíª÷¿ÌS¤Bwßýh w º
ÿ† 6µúä ]%¯ßø[×ûëêªúU3/4ó ¢H×ÿûý^Ÿè'þ¿íYÔ'2³‹?óX"Ÿ"]6Fƒ ÿÿ(r)û__]Þ-"u¿áwí¯·_Ú"·| uÿ¦¤
AW‡¯Á"jþü0`3/4÷×ô•Õÿ÷ÿ¿¯õúÜëÞõÿKôõúõÚI{Ó·V-ýCºtê1/2ƒ"A!^3/4öþÿ Óúûîÿ¯³"¥1/2?µöÖþ¿Î¯

ëúw  ·W5·
ÿ°3/4¶ïšÄD'¿  ¯ßÇ^ÖÚë]kV¶"-ÒÿÿõuÝý-¥[í-¤3/4qõ
s(c)›uÿž~¯´·frÃ×öî¿M§"
þë·tíý  íýÅ  °ý  éZiö"okÿ|-  ÿöžû}Aë"ë...^¯azí;´1/2*[I;JÒ´‚am.ƒöÅ_}ûa+í.ÛÝ¿VÖí&öÿµ1/2=tžóÏ_îð
Ë‡ûL  ö+†  Òê  \0`"4›J›

}/ì 'íUƒ
C  ->í  ¯"  °¶Ò°"4  Ÿv-...t-m-wÿÖÄŒ{}  $âïÈ#1/2†  ööâ¸¨Ø2âZ  Ç°Ë  'nû#Bm_`Ýâ¢£àØ§d\±#-Å
A²1Ó
+  ôÃ  ƒ  (r)Ý^ÛÛ]v›KN"m]{û  -uX[P¯-§b•ûÛb-ímª
ƒÇn-ám\S  _Ä›Ø¨>
À_a-¥(r)¶œ0·ia  [
¶"ö  ¸[
[¦    VÐ{~é...ï¤  -áB1/2Ã["[NÓ    _´¬+x'  /  ¤Ú3/4Ã


  "82†"
lµ " jÂ  iÝ§  Õá-4"0CM    C

  °A,  F1    (c)°¶  -7ì,  c@Ë‡ÝŽ"8^â""#D]  ^Ž""""""  D0B!ö-Úv    P×d  ÿQÚ  `ƒ  Ð^0(c)ÃÞ¬%
×ê""!'    ¨!:±ýx^¨î\/Êõ  -_Cëý  ê¢,!Êj
  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-t¥âÿÿËHS-  ÑKH|  (P‹í    J  £Ä
¢ét¿Ð]    ÔÁx¿"À~]  1/2ºU_o¯ûû[ÿýÿþþé{ûiv×l0,-jX#  'Ž†#ÿÿü¦    Ô  ÿÿø €
endstream
endobj
58 0 obj
<< /Length 59 0 R >>
stream

q
416.88 0 0 700.8 0 0 cm
/Im0 Do
Q
endstream
endobj
59 0 obj
36
endobj
60 0 obj
<<
/Type /Page
/MediaBox [ 0 0 428.39999 700.08 ]
/Parent 69 0 R
/Contents 62 0 R
/Resources << /XObject << /Im0 61 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
61 0 obj

<< /Type /XObject /Subtype /Image /Name /X /Width 1785 /Height 2917
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1785 >> /Length 26362 >>
stream

ÿÿÿÿÿÿþdUs1/4EÑ#Ç'ØŸÊXeÈ(Ù  ËRÚäÕNÎ¿Ó...ÿ¥ÿÎæù=  ßO×Õ  _õ_ëwçFj  žT¢B6
dÉ¡v!    KùÐÈ(é  !Hh<ÔÌ
Ã°BOÈTò-'  æ  3P(r)P!    Õ,"pfŒ"(p@Ê#"    ¬!¨"  >žÖ"¨  Ü  Â
P0  Ò
;  5        ªI"  AôâÒ;¤Ð"ëøÐÓN"âÞ  ziß'æÈí}Z'ìþ?È1/4  %"Oš#€iG  ¨¤_z%ÏÑ:
#Æ‰œª  :  ]'?  ÷e    |  ∂ƒÐt  ž,    0é1/2  Ûi$á  C"P›¥"ê ø  ºÒ  MÕÔ¤Ôôé1/2´ë´ý{^õ
--  ßMÓkW×Âÿ[z×ãéw×cí5ÕÚ"kO3/45-[þþút÷Ãÿõ[ëkuÕÝ/àöb  1/2áÒ  ïÛ}kò6¨-(r)ßò  :"ô×  ƒ.  ú
ÿÝv¨q°t°ê1/40÷×µÙ
¬Doõ  tõ∂  _"Ø?  KØ?ûuîýC íP›¿u´
þûøaÈg  þßO³(!Ë3/4"}Ò"â̈y_àòÕÿëõå‰∷×Ûƒÿ}ù.tÿ×-¥¹  -"¿Ó  uûâ--þÛwìê¬"¿}œæjí  îÞÎ-=m}  ƒÎ¯ï
Þ°,õ**êyÿûÿÓtêêq3/4"K§1/23/4ÝuîÝ´1/2uíc†  ¿êév(r)  ëNÂu¶  í¤÷Ú
m&›Øa+Sï°Ö3/4;[{    ?
a¤ÚõÁ(r)ÃUƒJÒmn¬Wò
ø28¬-ÆžÇ
ÁH°"â¶)Ã    Ù  ué...~Ö  ¯  qß²  <1±Kõ´Ó
¢3/4Õ^  [  Õ...û
¦¯yn
ƒ      Ââ
        ƒ  -    B!¡

dk1£RÄ  b    ^^^â8Ž-Öý/&bm¯ú´ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþ[¨"¶](tm)  ³îŠRÐµ  h¬FEÆv^·Ç¯Üíl
d,Ês2Ð|;4D R
Õ3÷ýÊ¿[3|í@7    çbì)"¨õ
Ú-  õz¯¦š¿  'u{ÒM÷¨¯ÿ¤ß-n¿Al1/2ÕÚZ3/4ÿÉÍôš/kZþå°Õñ{é¨^A-,~Ø&-¯á  ÿøñ
v¸Ðý
  þªÂ¤"1/2W_õûUè=~›¿ß÷  ¥£1/2  ƒ"å'
  C:QvD¬žhêÊÎ"›Õÿ¥È-v³vrüÔ¸:"">È"G²  B  3dà†b  AJr:ÆÄ:  (Ï  Ñè31    BÁ  ƒD  ôÁ
i",  Ù,  DÉ:$        Z³TD  !ÆÄ*Ûæl[:
ë  3
Ø§,  B|hÉ    ãÃ#AI  Â5  o  ^œ^  û$  4  "¢á  4    ‡!"Bh  ð    Ë‡Ð0  ,
h4  "è4<  Âz
=  ƒÓAá0ƒº(r)§Œ  ¨žƒð(tm)à@  éº    3À˜  v    =  Ž,  ý  Ú
ÓÐziéú
      qk  ±×TãDcŠY  (ho  J·x8vŸ  §kªïÿ  ÓÓD  uiúz
4Gx´4â  ‰oB(ôK  È-Ñ  "ôG
    œ¨¤¬=9?r    øé
1/4ÝõKKâ[´KÜ^Þ¨Ü8Ð‰7
}  ç  #Ç  ^ð\¸á¢Xü"^  ^ôFô]  ;-pA¹    Ýdé'.fÑ9ÐA´Jn  n  <  Ãä    7
Õ    AàžšN  aÈñ    }    ¤A‹ðA¸MÈ1/4ùÏä  Ñì
"¦w."
Eðá
'1 ON,  þœÒ    Ð'
=7  é

Já õtð(r) ÕÐ~ 'Wt›IéÒz(r)†3/4ŸI}71/4 ×
ÒnHé"ÚX3/4"ÓI7 ==6" OtêÞ"{Âzz¿oéý^ŸêêÖŸÚm¯Wª~›ÿÖ•÷¤÷]SUOôðžª ´õ×è'þ1/2.-]zi· i&é
ñ"é'ß"...Ö¿_^-àþžž ío*×-ïM1/2íÓ"ÓÓ{÷¤ðŸ§§ñ~é&‡ ¿úo¯Ç3/4 %ºÿxH íÿëkN×¸ºªþ?¥1/2þ´ýpï
ÿªV ¶¿ö÷þ¶é?_~þÿðÿZßîÓÿO(r)ï"ïýi?öÿ_w^Ø*zÁ×µ°Ò}ÓÚ-"#B Óÿýv þÓþ¶ª"(r) ô¶²&4¿û4EÇé(
tm)...]ÐÝ
¿¢œ+÷!
jëÈpþ±"é4R úµizßÝ zÿÝÒß¯Î€žíù þ#øõõê-: 7iƒÚß
ƒÓúöº,ÝRi7"Õ¯¿íúÿm÷µk UZò¬ ÿûÿi?Ó¶¬ "
¯Ðaÿ3/4"Ûh,>-ßKUº ]~·ZÚþïv -îÿ"A-¿ïWpˆëÚ"IeÙ"ûÂ û·ÝÞ
ÿË ¿¤Dÿÿÿßöïÿ¿- ÕB!{ª
[ÿk14Ô²{ë¡k(r)F~¹N (r)²œW ¦ßtÑ4?M{Ýúþ"ú·×îÿûÉ-(r)ÿ¢3ÿëík÷ÿ^
ú! 1/2/
"ïêµTûéV1/2_ÔÖûþ"ß¯ýô
ôëø.ÿ¿¯} Omi~ o:6û°Ûý¯M3/4,×÷m{º¯__Ýú÷ëþÿëé kû{f- 5>Î†ÿ¥ïº ùÄéýYÕÒu-÷Þ"NýÃÿÚWé
_ÿõ~'"ß{_"Õ6utô þ× û¯\ÎÝ à÷KmöwU~ë¶¨$××Úßÿîê·§_~·úÿ¬5ýaîÃÛûKô¡¯íþÚ-é_¥
l.ÚÚü?´¡¶´ßWïÒm.Ó]Ý'ÿ]Ý/µ^×¨kö"-¤-¯·z{ê§' 0Ò´1/21/24Ÿm+[ý}Ö¡¯÷k¨`›p"5µÚk~Wúß µá}3/4
Â¶"¶•š4Ó°"Ã¯m+]dKiA¶"
$ÕC
j"i0iA°a(`¯Ã Û ¶ .Ã]† Kd[WL Z~"a+×°ŸM"1/2†Ÿ°`œ JÂMì0'Ûj -Šô V&üŠ?Š† 7b¡- ¸Ø1
/2ŠbMë±¨b bõ ±Pdq±]oìWO±4l Û ñ¿ Åo Ó Öþ é1/2ö!;
ˆN›Qøa2 -Âjü2 Ul‡}2 ?µµ ]éÞ× ¬ 0(r)Ù
Šì‡z&:
*´û!ßJÁ^Èwm-"´˜i"´ÁIŽ ì& ;°1/2¦"
‹U...ítØ-...&è01/2="az{ wm{
ü5Ó ,ð`-aX0X0J,*dTé¡` g D ªA"R'1/2K 6ÖP3ˆ`Á
"A'§É¨(pU Á Ð ¬! `...è c °CàÁ ˆ2ÌE
Ù "DD ¡ ÄEÄDDDb4""""""""""""""8 ê•w¯u§é/ZŠwøÖ?ÿ-åJ?ÿÿÿÿÿþ[ ³J³'Œ d ) '‡&Â±ÜÅ)
Ñ HíEd] ENM3ïO+ˆrljºˆ>€üÈéU?}´µ¦BxN¯
á]Z% é{Ò
h;-WíBû¢r ÿi ÿßX^Õuÿ¹2 þ; _Çÿê ñßÿûÂýß_ÿéa¿×ÎÔ"?'hî·´ämò"ä ï1/2J(c) ¯4GdË# f´
GE †´xf,"Ä ÙÔy¨Él`D Î¡lüN Ã>Íˆ <†)! ÈaHƒ' ÖÈX(tm)Ã)Á yöH|È¨,"hl#¨ ÐBœS0
ˆ\› Ö<LÙæpa
æÅ B ƒ³ †jŽ Á Á Ä£ñ°(tm)³A Âx@Ô
ò àÖ L õAúa
"
$& O" Ø h-
v ‡Â R '
¡
O°D Ú
a {Ý" A3/4Ú
'á 0 è4C' A§"ôÐ=ôÓÐ "
4Ó] XÐzØNÐ4îÓÕ4 A"³ úa
¦šiÚÅ¦Ÿ ÐâÓ 8°ƒMS'ÃÓ¶6G-"Ó'¶šñ.Ú#"º%Ø†‰e ÝdvÐ‹M ìZ%î!¦ƒOAÇDQÜ-8°ˆú^ñì >Ñ vÃ
îO÷'ÍdLh-8‰nÂ'6B4K ä%°qä\!>è òt²4 ˜r? < >´-E÷A¸A²v l IÑ9´
:, "à- GtE· ¸#3 Ü‰Ž h&Ñ?`Ð2ÎJx n"e ò9Ò
Éû"- m'ðFnƒn,
ðAß Óôé9¤"tÕ¤ úz
,i éè5Â

Ó°›Þ  a  MË>B;D¿Ai  á  éá6,  K ' ¥ðƒ×        éÒ
§¦- Ú{ôêô×¤õõýV"ÔÂÚñ3/4ºkI÷"é]0›H6¯   "ý¶"(r)éé¿ié°ÃêÕ÷ú1/2µn(c)÷¨MízÕ  ÷¤õ¿Ö-úé;¯÷Þ>
5^Ó¥p  ^"I;MÐ¯é]| úéë¯  j¸OOôëé7ï3/4"‹ýÓV/{ôôþ£Õ51/2ÓýZWOOOÅ ÷ÇßW
^ýê>žï÷tû¤úé¯ ]ô3/4¿¯ÿ÷]ýÃz|zá}¯ª-"÷ô4
ý}]UzÂÖþý×kk‹/ yN'×ÿÛ...íôÉÒr 3/4S"‡á]w¿KiZú×_'PŸÿÈ•6î‰Ñ }ñÖú[ë¯¹¨ P¶"!ƒ÷oõ¿æ
é-Dl' z]2á,6 Õë"þï÷Ã#ƒƒþ"ì |EÿÿWïü+ Ø/T¿oå Æ÷² ? ßŒ¯
×û 1/2k¿Å‡ëô   zkõõþßÕëß AÇõöD=þÿ×Â!ïKá¿D.=vÈ@#ïþ-ëšúþ ýûPÁë"¿#r` ÿ÷] ¹äÕ #§÷
ÿ-b^ßÈ2~˜Ð·ä HAW]"ÿí÷ÿ-/ÿöL ß-Oó /ÿÓÕ~M--Ð/õûëDÃýQÛ-Á¸ôÈ OÚ-aß]¯ëôEçvÿðⁿk]"ýo
V¶÷P,÷{á/ÿÖëIÿàßiWõ¸5"wÕ+ô¤Þîÿ(r)š÷ôÉN×ëúušÿ¯ë-}'×ý¿5ÎU1/2_ôŸ¥¥~3/4Î"þëz  ¯íí>ÿm¹Ö~Û
üëä -þý^(r)Î ý×v×1/2m u*:ÄNþ¿Ô¿uëÿïßþçW(r)°§Ñ/°¯¶t=3/4Ðv -+U_íÕ:ÿÓûþ¯mS]~Ó¿áó3/4tv¯
ï3/4ÔûKIößío_m-"Ûýծ/¯]ýÛ
^ëþ¿
}×ÝÂm7ZWþ }3/4µíoßì>ö××°°-ý§¥ïZïio¶|1/2(r)-îÿÚv·
 l'í...î °ÕíS[o3z_
/{k¯ëm&Âû...a¥k"ì5`ÂÚì5íµºÖ ZðÒ"K(r)
o]†•...Øi Ÿé...~7£FÇ   [
û       l ]¥
_aø0"  _"°°V Páûa&)ßbºA"i{k3/4ÅH¯ K3/4 Öû  ‹â°ý‰oöA
-ì, cv%ÅÚãØW÷C ÿ
2>      6p/¶ Å1VìS ¢ 6
ø¦•6(tm)
þØ...±ZílWúÝ(r)ÈW²
ëý"\4÷Û Ø[¦"°·ö éñ pþ;Mj Aªÿi"úm_´×°¿a;_‡úk
'(r)Á...- `‡Åz¦š`•,{1/40¶ÐÓM íV¶
øa     pÁ a
o¦ a~têðÁ á(r)ó¿ƒL!à‡¡ ‰
Æ -[    ÄDAŸ|PH^^Á †F6 Ý5q   f- DÕ †"#^°0B#^^^^^^|8Š^°°B
  ÄDq ;
íñ d
ÕS µAÖÃT¸Û
-"°°é(ª cCa  0ƒ;A ÿÿÿÿÿÿÿÿ•Í2Ð ŽìS°¸É?2 gt
ø Yà‡(tm)|Ok%ê Ù ÎÇÔé(c))ŒŒ3² HÖ Jý/"ï¥OVh^_"M$Ÿëë×ê²ÁaW[¤þÕ Ù/ákëýtL"úªþ hU|
5 K ÿÐÿÇÅÿþ¿ïë_é}_úk¯ôîêd(µìÈNñû;#>d¿çX-È˜ IÈ,Aœa $ØÊ^á ˜D
(¸éÉ<ëšÜAP3ùÑ"" S³ ã A ú-YvBÎ˜ " > Ðá"A:ÎàVBÎ§fŒé"ïØ"  -tC  ˜A,!#@^@Ë,Z
Ì.(tm)~¡
 f†˜A"ðfÁ (c)È$ÃP@ú    ª¯v  i'"˜š
1/4  Ã£ì¸PAÄ‰ D&"Ðh, ^ ðƒMl ô¡8Â
qnÅÝ"
àÂoH;U¦íÔuö¡ Š°ƒÑûOÐ8°žŸi Ø´4,qÒ L"7wÄÙœrgt‰ocMtÿËúz"?ê',nŸ |Z#Ï"Ñ
8rX ! } GÉu 9¢XôKÝ í ÷"Å Ç ÎÈ¿ä[AÅÑ)ô 0åÒÝ"tÓoH9 (tm)Âšæt
ä '÷ ŽCç'y°Š  ¢^Ù è r ô  A ØN,
´ "¤Ý
    ´ pŸ" KÓv--Ú¤Ÿªé"÷¯"ÐMÉ a;Ðt¿¦é°Ò O Ã§(r)ÝI¸]6Õ
Þ3/4¶ô÷Ã
1/2ÿ×-öµí?L+¦¯þ ÓI6Ü~"ï¶l-U OUí7-í}}:ïþ¯±oõü^¯-Õ'Õý&ë}§¥ª¯ßt¯Q-¯¯éýÇ´é×kí×N•uOïÿW_§jé
(õõôütûK ûõz
ÿw¿Ûÿü;Vë÷ª_ÝÛ}ä3éõ÷Õ¿ö(r)éoÿÖíø3Út¿¦l¯ö
kÔî ûëü  ×ù` ÈØŠõI+n1/2_ õ÷êxÐf ª ý B -ï²   G ÿïÈa  ×õ]¢`-þÿí+ûû÷Ò ( ÿÿ

wz]ƒãûÒð_§Wþ û! >¿úÓ1/2uÿýë _ , uýä€Kû^ƒ v¿ûD=ý-Ö3/4ÿä</õ ¿êYGÿÿfH
º-ÈYÖ ûþ ¢
ŽQ
ëoäÇ?ý1/2 ÿôGNû´ªÿÝµý þ‰'ok^D úø>Ì¯[×¤?ª"ÿªê n¶ªúúU¯÷×Uð-"ÞáßÛ§r õ§¯ð¿oûÿ×¯zû÷¿Î
³ªþªöíÝ} (r)¿ê¯ûýýkÖ'õÂ#§ß-{Òéýîûƒþÿº[: mù(c)þÍ*ÿì3}YÕÒýzïÞÞÿ úI _ï°´ý×ÿ^›ë÷M¯1/2µýŠ
k}Û_û÷]Þ1/2µÿµïVÿZWî÷_~ïm °ëV"¯a/ÿ[´"êûÿMmS]ÓK n-'íU´·´"J ]¯íÚúI¬T0¦‹¶¬5ý¯´øk¿(r)ö"º(r
)ÚªdBÝµÂ{¶´ÁªÍ¥M"
zÿ'p0" "a]´ ~8¦ÿ{#ða "ãZý-X`¶°Â^Á¤ñi¬0°Âª±ìW°eÐJì%-ÞýìVÅD±õä0í¤DÎÒl †E ZýüI'"2È°
Ÿb1/2ÝŠ‰qÝ Aë ö"¶! "(r)"
i...xawa+N·ûW þ3/4Öû ¦×ªºA¤ý"i"šµ† ,1/2?h;J M;A...uj 'ééöÃ# °¿ÞöE PÂNˆ+è]"â!"*
,C# Da ˆ'
4 Éª YC- ˆ4#ˆˆ"
xB0B"!"Ú¡°¢B¶¦"DDDDGŠˆˆˆˆŽêýRçcpY ±_¥Vm‹â?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü´'£µ1/4È
$Vò1/4é 00s6 ,
)
2ˆ C´
fGeÁ ÐR0 ¦F, À¹ÁšÂ ¢#d@ƒ (ƒ û)Èè ¨ RZ |Ã ÅDdÈzˆæN f°CPÎ£* œ
´£9K¨ãd T- d ¥9 ƒ ˆÁ M '
Ì 3PôÂ B,*|
2ðƒ^$4" ôÃX1/2pÐ==t-ƒé
zwØNë´ ÝïAþ {ÃS°¥[í<'3/4ž›éøA× Ònðƒôþ Ý{Â
Öð1/2ôÓ"_NÐza7îõNÒôïMVûÝÓ¦- ›
ù sáD]i4ø":é:"];ô¶ÛêžBŽqîÕè‰ µ ñ´í,
tLp"y- ŒùpB 'fßƒ'C'JHJd`"B~Dr=h"›oÑ
0Ö"ägr
Q r4n ôE;öFz ö" Äù$Ýúð¡7J,
h mtÐAí;è9¬žŸðn(c)3/4ô ¿H6ÃÇ ö×§
¯ÓzAû§ô wÜ Úþ·
...~ÓÂ#¤¿ëßoý×·¿þ 7ôßïëUo §ÛÿÒ"_Ó1 ÐöÓ;5"ÕÕ "=OÚ uÒ#pˆýLŸ÷
qò1øÈÇU~-øî-

µ"r É¹8B@Íˆˆ• ¡²|-¬;¯¬d£ððoâÔ~ŸŽ›I& ÿ[ V ø}¤‹ þ˜D Aá0˜@Á |#Ð‰(c)+!$
ö°î-ýk[Iÿ"1/2[¯"vÓáü:àý¸ ÓÚÃbá"ü vžúä Çÿd(6 ûîº¥øD~íd(×ƒøEÿƒy!ßzÛè6Âh]øN/
Þxi0þŸä ¬ ÖûªÒ¹ î÷Ò`öN; é<,õŽ
vC öÖ
> j3/4 ´ úŠd /ûö }Èl03/4úzo[ÿ[ä
Ø}žEð"!¡ 3/4ÃÑ33D\ÈžBfE}]ßºaú·"!¡ õ ïnëu(EÑ1/4ßV·ì² ˆŠÛ-ÞÉÂ Ï µv õ ¸FƒdJQ
aÈNë¦þ"ÛúööºÕÛ"xˆÕ·¦Úa ïaé+ }GÓL'`ƒVý X5 OO3/4C8?¥Òƒ
á ÕéjŸ t¯õïxbü>Á87"ÿö¶ƒiÇÞ n¿X0ø"ëoÁº‡ßl/...î _íª·‡è Îô
õm ×ð´º(r)1/2>F ä ƒ¯È@¬ ¿'¹ÅSÃø{Ãuý-Þò\² J¬+"¡>ßäzÿ[ ,#ï"áõ,#íÁ ÿU#æFÅôïh &
±A'Áÿ1/2Zîý5ðùV ¢¬Odv
ƒ3/4ýô1/2G ˆ>ÉÃ1/4=ƒ1/2^ oñöÝ²B< Öì=
ÙòÅëv
ö Öƒá¿3/4ˆ Óúá U,.´ ûö } {Õàˆü%i<§þ× ¡uÞ0þêêÃ1/2= ¢:XD 3/4ôB1/2/]àö
3/4öÿk¹ûaÃÿ@àˆþõ¿÷ïÞg["*DDïì7ë(r)´ ÛôCÝùßÕî•³2íä}µ†þ·mÜkNœ=}Ï ¬ WáëAÓàýY5t
þG:÷éÖ-ÝÿJÚí.é%ÒîªîØ_öýý Ûºïö÷þé+¯ô ü ~õm>¯[ûJ•¹ <7,#íC](c) ;
¢. Úº-ÒA´-Õ"ïkú3/4'þúkÛÿvØk¶"--vÒ¶
V n ƒ¶ [Âxa:oÞÓ1/2†¯°Du{

uØaadå¥e
ßúûÚ]ÿì%ØZØa(0¶Ã   xaZˉa}+a,Uûl0-Á,§poÁ› [Ã aõ,L4Ý×ý}¿-jÛ- ¥xk !-
Bëb-C 3/4ì}ÿ ñõ-Å^ìkiÅZK¿‚kÔ4">[÷(r)"Ši§]¶3/4¶ÒÚÍïj1/2"÷Ÿ3/4Õ0ŸéšâßàÂæ;³ $1/2ý...uµXiÓ
i×ˉˉ{aw[‡ö'-é...¦Û ~3/4¿ b7ÿÃm"ioa; ö ðÅÚ
ì%ï¸^Ów·
""† {Â- qß{~ ÿ † ÂÝ"ÂÃZ"
Ã]ö
ioÜ ^ _·A"ý A+ªÂ
-¦¶|A#|/¨è †

. A •Á'AèA,LC!DZæ •"(r)!,Ä§Ò D ó¥ . "´AÒ !'Ý"ï† ÷ Á ˆˆˆˆˆˆˆˆˆˆˆˆˆ0B
"#5(r)"" ö¥´
‚È`l H3/4\9 ˜f
‰"æG"/•ÁähB$‹²-'Å*Ã Fl!
ä8º0 ÁA(c)D¦Ž Ê@Bž# Á'Ã,Û#ƒIðk/
s øf¯FÑpÍ/›DpÓ/› ¢¢Í5¢8fÕ ˆˆˆˆ'G
×2 N@ðöXå #ÅÀÐhDDDDDDDDDDDH-nw!¤0¨$ä (c)Ùœ-H+9
g!(r)9 aÄDDDHd Xä Ç(s¹
T Ò " ×g ƒC"BgA
- 4Ah! ÏY ² .å Ã Ï(c) 8ú `s$"¹Ç:² VAê)ÊsYNPâ""$ILDD2 ÁJsA@d9,
&A Ã² ₵lQÊ µdŠÈƒEyÆŠf !È+ ˆˆˆˆˆˆˆˆˆ‹# ‚<ª þZIh•£ íc ˜ ç |g†vLR4 ÊrÐ\íò:;
‰op"\hŠ(3º@Ðdh3 2%Á¹Ø "ÿ'¢; 6"
Ò ÈR-×
ø3ºc>2HŒ §3/4àÎÌ"ouKÃ2R_d } Ð"Ò...‡ý¿"ÒØj¹*ÿVÿÃ
(r)¿ÚWêô¿Ýy Ç8(r)Õ?ß, £œx_ºU 1/2' É)[Y í^ Œ‡Ž^ô×
+á4¿#
;D G÷owmùÝý‰ºn•ëýÐH"¶"qÃ&7¦ßíÜ, ÛŸ^è‹f ÙÇ GìÔ‰oPB!"BRJgÌ‰

3/4¯ÑV*(tm)'|hf±
 #pÒ& (c)@B"w$ t^ñ³*5ò H&l
œflŽ , #ŠJ $ó œC!...Œè èE ƒ"
œ ˆèBT D Â g, øKR&¡"
"
,VE¬‹zÎŒê ¿µ†Óè Ð}vƒh` ¥h @Ía
¦l ÎùÞ ÿ
8Ýz x' wa P ÐiÖ¸Aé Õ Aöà^sŒÐ>g˜E
†‰o24)ª3/§ðÐÿOPƒè-Ú šÇ qïÇ¦ßh7¤-ƒé8"ë 4Ó 6÷Â

N0‡J›w¡" H{#
 <æ/Å³3/4 íµ¸† lW ë^AwÕ~šéØO3/4
(c);A§Oôû Èë A
éúqy ˜sŽJzn×¹ óª ×NÓ1/2SÒ}"ï(r)ýjý ðx]4GíS3/4ôí qÒÃ
}ýî ~"+µ ¯'{WÉwd1/2› D\r
9

U ±öÂI ßÑ_'yÚ"û-ƒXJD1/4"‡ (c)9 ²%(¿Îɛ"ò´ÐÌRéúúwWÞ -Ÿ}ô H‹a¡Pƒr$ò/‚
S‡`"‹Ø!ô¤Cáz"N· ôŸÒ èQ -)‹'¬5h&úúá=Hý(tm)'#þò?ü‰o¶Ÿ"¤én

~4  ¯§A<ŠF8M¿ð¯îšvý`°ováU
áiWú·P‡§Ý*
,ßT>  Fz      žýj•¨ýŠ1/2ÖÂÂWk¦æp1/2t  ŽŸöé¥  whzþý.  ·    ¦ž¯?é,  P  ·qß§a}÷...^"i{"Vƒr
T1/21/2âî(c)¸k¿Zþž"ÿÈq°3/4ä>¿û¨¨ÈD^Ôƒ¶¯_ZêÞù  ¿Øm¯1/4Œ  ¢ !³Ù†  u°¸V¯ë߶¶k  Õi?L†
  "G^È1Apõ]e b"êÓD  3/4Á^áuà¿ëâê¤  ö

  G_h>
:  w_¦  n
¯¶
B,+-‡pDuõ¿à¿Â#(c)‡-S,yÔ  j  ¿ÿoêý[
¬>Jo¿ë  ã)(r)é¦zX&ü  W$O"u  Ùý  ö¯{
Â# OÊŽã  é  Óè  1/2Ý¯Gõú3/4IGý"ûþ  _þ°Ýp^ê>¿Ö¿ND¿iû      `ÂZ...~  ý¿^Õ6
BG  ý²:  Æ  î  Oþ ƒUØôBÝÿ,."Î¢Ý
É ð0kÛ"ö,  þ Ȋ§Õî^
ýò:ÿú¿ôGT^ÿ@ðBÖ!É"  Âáö‰(OîÜ/ät  o  è  tS‰Á  ûF.áAªõþ×"÷rJØD&}  }aÛ×K  u‡uä@  ÝÁ
ðë¬ÿtÿIwÊ            uÛÈ2àø0k²Dß_ú^-ÓpD}à-îGL  uÂ@^éo3/4·ú"‡éÁö  þ×°ï¿Šë¯^÷ô
(r)    }¶Qè?÷ÿþý"TµªX>    ýï]ð(r)  Ù¦ý*f...ktþÙ<]Rzïý×¶"ÝZ›Ãa(c)±1/2¢?}-Ü4"þí-¶  Aoß_¶-á/ß
.ðõÎ
lÐ""°mUÉÊÓ@íÛ]Èg¿§ðýµûÿ\%j(c)Zõ  Ø^>Nû¿é4ÕkUðÿÒ  oµ  mUØa+[]}´-°¨":Óß×Ø`"!aC

-<0"
±L  ‚i-öÂ]A"û†"pÂW...¶¦1/2Þ-ÿ  Ýê¦F¬"...  íÂEA"¦H{1/4o¦l:-xö¢  LTlBÕŠb(c)Šv7Šnãê:v6CÀ}[ao
    ã¯ýû  ãõáþÅWÕLT7Ökßvö¿Mí§jö¯MWjÒTþí·K  Ò  ‡ÈbÝþ3/4Ó
o{i-·'GL-k¯d  7_{~ÂV¤  á¯ï³vCÇÚ"d,;¶A-•¯Ó-¿t3/4×uM...  öBC¦  &Ã  Ði-"ÃKÒïö²->ÂÃ!+Xa]²-°
A,
    Vû  ÓÓÓ
í¶¯r  ;ù
w¤  _¡éó¯  †          ¶DN  Øal  `·-,e
†          œÿÝ,
&  °   L  0B"  Â  ]†  ‹  A""" BA
8¸(M=á¯z3/4""#^²‹K  B4"äFHBDÐÐ^Ñ  "DDDDDDDDD0B4  !
¦¢(r)Wu^    ¨é(^ƒ8á  ¨Ñ  Õý´â6  ]B...YØ*#äpB#.
¡di  dlRR  Çf}äŒ‰ôf    ÈÀ¤  7  â

Q  Å%ÑîŽ
  a,  'Ã'h¸g:£a ¢6eÃ
@Ò3ÈáŠP  ¦"86  Ã,Œ
‡@Ò<Ž"8e  Dp0y  £  €®r#¹Ø@ÈÈàx3  Ã\àjžG#¦¦f
F^¸k
28  Aœê    Äl  À¶A¨sà^^^^  È
1Êr  c",  °~!  Ër°ÖC^"
8æ,  Ns  Ìr"!Œ(a
9a  /‡  ã",^(2
'¡  ÈgsÖ@  Ë¬,îqÏe
al9ïð""A'‡r  {¬D...2>S    š<^C"   ¹ Dh0UƒrL4  ...Ñ"D  0¢ñäS†r\f
"b    Ÿ DDDDDDDDDDDDDDDDDD-  ƒXdQ  A  ^^^^^°0..."'v;6EòùN  ÞTR1/2*AA  ^^Œ
DGÿÿÿÿÿÿÿÿÈ9Vd"-  ó'É>;  ‰Ì·£        Ÿh2lðNv¡  2:.4È  h²&ÈS    ]Ò2Á¢`Q)Ì¦-Ì...  Ú"¦  ¥
¬ŠøU2"ü&"',ý~áö¿kî"z¯_Õü-¢C,EÈgþ·¥¿éH§îõ  kÿ¿±¯³†  Á  j4?þýuüu÷ø_ÚÕýý%¦ÿ‡×Ouï_E¿  éÿ\

á  ˆ°"'N  †ˆè  d|-äª<;$  IÆqÁJ¶pÉr5F  ˆ†gf    ÆÂS†F  ô¿ò,  ³ƒ³7Ù.Í(tm)
   C!  B>Q'dDFÆD    8œB0ZÎƒ#  œF"'0 "-á  5  Aì  '|Y "6l`  š...Á  x:
v  xD.¤:6  ,hBG³ÀŠŽ

   üF  ˜ˆåy)'Pü$ˆì  ',
ð|Øea31
Ù
   8³ÁB!Ï    Aä"    A,!ƒ1/4  0ˆK  Ä  -Ü4
"- n h0  Þéú±"   A"
!Å" a  ô  @Ðy   Á  Y  '0  :  Â  ïøÂ
"    z
   ð‡é$VƒAª è¬Zk$ Ð°˜N-W^h‡  ¦(c)Ç¦È  Û1/2
úwh0@õ>  >'¥(r)  â÷ôáÓ]n!¥  •†·¢  Ú  ÉäîKÈáÉôÍÉtÍÉs‰8Éc'z  *  ›ä_È3/4  %öFrS¢]'mI~  6˜˜Ñ
?qõ  qiÆ  hz"þKŸ"ôÎò#"  °dW¢\äHhœÁ'ÆhÑ     D³"vKž,  äèþNm  üŸ ,
BP  ´    Þ,  W#àƒ ƒi6-  |&è< ðH'§"(&á6Â  O"ûîÊÂ  ²/4D  =4E  _øAú  æl^  Â
Â
4ƒ ƒòÏ¢z  ´  ÈD´ŸÒ
"  ƒ{}:     °ú}'h4Ý6Óé  Õ"  i
tÝéôÝ?°ƒ
§D¦ä[R<h  5KÒÒø_ü$› õi?V•úOI7_Âºt(r)ªë§§×ªo¥§¯v  ÓM}RMBúéÒ°...OuNôÝ  á
‚îž(c)="...ûÝ¿þ»"I(r)ßi.  îÒM/ûî"¨õ¥Øí=ïM:]}Ž•ïWc{Â..."¿  7VµÂtž°ûá|W¿×þ-1/2]:âîý    éi{*[íøýt3/
4ûþíN=Rö:WUoV×ð(r)3/4  i}.    ÷ÿý{  Øéõ[OþÞõ߯Áꈵ-ÿ#  ëë¦ÿþðÒû  m°Ú˜ê'Ôÿû~ïwÿ
ZýS34Áú-}Èƒ]Ðf  VBk‰Àì‚03/4ä_  û^j
   aÒxD¯¿Ü! ÷KMiûî¯_§¬Œ  Iý/C-
Ö#²!N1/2·B3    "6²à'  ÷  pm  Áó7ô;ù
Wï°Z#    †SƒÿÁÿÿZ}/3/4'äÇ:‰Ð  Ý{þ÷É ü
¿ë  ÿ¨  ƒµK
†&É    ÿúÜ0j-Y˜  aWÁ_é‡ûûo±1/4  T  Œ    þŸ˜ì  àÂÿÛ,
ƒÿÝCu·O¢-Òÿÿ@îß|...Ž    ‹§A  Hÿ†¦é." â,  _õ"'
/×ÉÁp}  xᆠ   ýLL  ü˜7È.!úRÅž  |²{å"ze8‹õ"Dÿ#§kDW  ÿ  Bý~ßÜëý(r)
ýýë(tm)_¦  EŸ:‡  "þÿ¤˜éö  ¬ÂÎÛhª¢D]ÿ¯r
õ[å'´X}m    Uò0^-}]äPy  -=ëôH÷þÿÿÑ29  ,(tm)ZÛ,˜°Ô>ý•ƒáZÿïá*w1/2/K*XNÛKƒíÂ  }f1(tm)ZéH
g  |&1/2_"ï^  •   iù²K�þ÷  kßÔíý6*°ë¥]WJô(c)oo÷ý]7÷\‰_V·úUÑ×¿5?î  "1/2¶Ÿ¥    1/4êÎ]?
Œ  ¨   ï:(c)›ïw×þÿ¦]õÿ¢§þ÷ýý  ÷3/4äúµ^Î²=?w^ê˜Þ›(r)×¿n-Ö•Rþß˜ZÖRuµV×^×ׁUÂôëÑ(r)\Ôóýuß×
ý´µn  wõûÿmwµµm[_õz"WoëuÍÛ-^  ëM"
{[KÛ§ÿ×XpÞiÕ}¥ÿ˜ï°µ¿¿Oív  Z°°ÒÒÒ  _ûk{n  A¶1/21/44¿¿û[[Õ5Ü'
% }...øa}ÛKKÒ°ïPo¦"íß[a-mp1/2¤ÚýôÃ
aW°I†  °"
%"ç ƒ  (3  pÂ°pa/V _
Ž¢*X0J  ^  Àì|5Ž¶D}ìz-¤ÚÛ}...þŸ
+úduï°ÂÃIŠ†  ˆ°0•,Ý†;Šb˜b˜_0X"}Œ1M±&?b1/2ãÖ
í^!1-ÞÄ"ßbhÂö!Wû dt  `ÂU
+  Mý  }ƒÿb¢ƒ    ‰ o1öÇ  Ýôû
C
°(tm)
ö)§µ
&  ÂnØW¦Âßkµ-ê1/2...†B"þLujÂ1/2  xÛñ  Å+
  L_×Ù  ‡ÿÝî*j  ÓNúl...‡†˜Oí4ì&  -4Â  ˜X4Á}  ¸'

P‡a
    ºªƒ
è2êPT"    U5-á4Û  ÈwèCû^Ð‡  Q
·  0ƒ  ‡`šÒ  'Pe§  #  Y  Ò
    ^ø0"DDDG    NC"
    ^â
±      Á,  ,  "ÂV  j¢"!"  œ0"0B$ðd×  ^^^ãŠ^^^^0"  Á
hDG    -MŒZ    º  {M¯δ"µ÷
+ÇéŠØ%Û        6´´ÈÙ)ƒ$Õ.#ÿÿÿÿÿÿÿÿÿâ¦*3 !Éá³!H›Q'fv$Â...)nd)  ~n"R'xäJ  H3
ìUþ§<...ŸNau!  3/4¦Á@
üí_×êvµézZðµ¥Z{-_ÉÎ    U~(c)?[ô´õ[§ê⁰ ÒÒÿUH-1/2ÿÇöºúný  ¤ÿkWI÷AÚJý÷
ƒm6Þßõ¯ºa?ÚÓª,Zú~1/2§_Â¥N"XKé  É"<Èš  S†G    <ÆväêE³€Ê~úXTì`G"¥  'ÿ8iÝ5...H'1/4ÂÈ  '
"6;620i"  ¨38àÈÐp"DFh!Ó8Â  j  N)t  ,P  V  0  Ü  Ý^`{›  4
ÌR  R  S´¸ôÑH
    ^lgPB‡e
Ú  ¡      xAê  a  è  4      Áá    ¸Â...^ú  P@ü ý  Á
T"    Ðiú}~\64  ÚiÚ

4ÓTÐ¸¸Âø¸ÓøâÇ[Mb  ú  [k§Å¢¸M  ;Dwys¢Xà^ù  Ù  ƒ  ...w...ƒ.  'G3/4²$R
"<ræÈ7hœÙè<        'mÈ1/2D¹É}  £Ù  œ  ;ðA¹  ¥n  9›  äýÉ¡Èç  r&dŽ    ~‰Ï
Ñ."    ¨äs¤ÚðA´  <  Ú        º  ¯H=
ôƒp†´›iR
¯O-"  ¤  uÒzÖ  ýõÓ3/4"P›K ý
Zt¯ë̈ª  "Òv·  º´"}§§"(r)‡¦é¿¦þ›^1/2¯ÿ~Ú  ¦þ¯ýôŸkZ¬:ï--zÚß¯WzÇô¯o¿(r)ž¿ÓÿwMÓÓ<  =ý{é5Ò3/4
þö"[ÿ
_þÒÞúî¯µ÷×†ø?oÕîû-W  Ó"ÕsL/
dt`×  ïë"×ëö(r)BÄ`ßýÓªWµ  Bÿ  @  ¡-Ès^  Uo}uªôûïõ  -,H:¿ï×êÓ{ÒùV
ÿ²  iÕ4¿1/2û×ê⁰i"    ƒ  ÿÝþµ·ì`·àÞ¯zûßÿ  NÿÑ    m_×ûßä  FI_Ñ
ÛJZ¸6lN¯þµ¿ÿ·[ÕÐ'
¿ßô¿¹a~‰#ý    ª¨ÿo¿¯-  ë-  "KÝú÷ßÞ‡§è/w°ï¯  ëvý[õþÔÒÕ5ƒm.ÿ_ÿnßíz-;_üïÒöÿû3/4›ÚlÑ?÷ýÿÖu~
u:õ×s¡ä·á  ŸSýoÿûK¯-0ž¿k{ÿÝë̈¯¯¶ßú¯ºßþ¿3/4Óú3/4Õ}nþµµ^"W3/4ïõí+1/2ÿµ¥ûÝûkkk~ÚZ·ím--"÷
º"awõï[]Ö
/´(r)üÑþ1/24-&  ¿Ú¶    OðÒ†  °¿\4¶
    Ù  ƒ  qV      ^Úìkä\øl,paWV*  Ç"ÛØ´Øï°cv)þ$ÇöÅl&9  cb´õëÿ  (tm)  vÇûQ-á...mm2
öA
ÕöÒµøa^ôí0WL,=ýÛü5[!cû    "§ö  V×kì    KíZ¸a(`ƒOµ×Ý7"Vƒ        "×°•¦    'O
    `"2  ¡Ä  B  $^Ý5'ê‰o.œC  "#;F¢4"
    ^^^4!""  Ð^Š^^^^^ÄhD  Rl(r)Ëu-1/2
+K    ŽÁ5ì...
&  GÿÿÊh5ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÀ*-¯Ù-  Èm
Én2ÐRÜ$w¤TÁ+qÙ6
¡2dÉ"vM  †¸ìÒ  Žv4<åó  ¯0R  gbíL  ^A´Ï5²(õ_Lý,
    ¡;
õ;$ý}W%
^·ôÒþ"WA'Ü~Ÿ
òS'!Wþƒzöܨ1/2¬ÿ[Döj-%"×ªz§ú-ZK[úi:v    ~í5ÈèØ,>BŽT  9_  ÇÚ  qQ  uÅà ƒ  Ä]v×¯-ëúÒoéS¤ï
wÿ3/4ôútÖ-¿ÿyN°ªÆ\S  "d£;(c)ùÐR
Ñ  _eT  M%]S3Ž  Ým2[  µ"Æ¤v6DC|ú"  ÏÆ̈ê    FÄÉ  É    Ÿa  &Cáp"3[DD    ~B  ]'Œ#Ð¸  ç

Ö ÄÂ

F~3Ž
SˆkbfÏÇˆ û6- ^ø@Î¢ 3ƒSÌØ§ Í !°ƒ.ÍŠ|C¨"áò@B 6!
PÂ
~`D
ò@[´ðƒƒ¤· ¨@Ý 6Ò]Pz
'Ú" Â ¯
× 1 õ¡"
4
ðƒpAë"Ô ûh=0AÜ4 Za:Ð|^ T/êãT- ‡ú iûiÚ }Üq ô(tm)r3/4 vŸzH8(r)ÓM< ôî-
.Dwzh" H-"ÅÝyNM DÇÉcdH
?n' òsh-> 'v jƒãD"
8J õd~Ñ-câÏšñ " dZ) å>-Y 2(ù š'GÜ•²†0ƒè ;äLšX3/4Â äX ƒh
ytl':¢S¤Ú ?²9äé"û 'y¤ò9Ñ/z·zxA‡"ûÙ/º%6Éœ‹'"Ñ9Í+@"7!2‰MÂ ÑgÐn›ô 7TßMðAÿëa
'jÒn"á
"ôßtÝ:AÙ MÂ OOíz´º~Ÿ"á5tÒv
¸AÒ÷"Iý ßO×Ó ]]+p›Iü-1/2[_ªÒn¶A á:]=]d¹ëN,v›ëè=l'_ªn v Óïÿ×ÿ_ßº×1/27XU§-¦1/2'§§d Ó[
1/4 _é vê1/2ºJúú{ë(r)´3/4êÐ_ÑÍúmÇÿþ› ÿ1/2ºKÝG·ÒÕÁ‡Ó¯
"kMý:û ûUÓCÕ"k‹3/4¿ßé
ßªþ¯ÿí×]^3/4š××þ
>öŸ¶ø¿÷ô-UÕôëýnÒ×^ú í_,þëýWîƒ
Ó~Ü ýŸ Y Â×ø=oýjß÷öþ ?Ò°_úãü¡& nu ëÿïýcï-+"õZ'¡-õû
·ÿ[¯Ý}} B¿Nê@ƒïµÿÄ å Æß úû¿Õýð×¿ðï}õÈ#q ëýý {ßÑ 1ö"•
Åý¿ú×xD ~¿ÿºëÝn"Ra?{û}kÞÃ(r)×¿÷ÿ§ZØZ¯ð´3/41/4É5ßJ ÓÿÛïrPtïëºþ´B"'÷º{ƒ ª~"ßÿµjøD.{§
K ¹ß§þåˆþˆÏÿMÿ¥ú,¿WÞý(tm)FÈÇÿµÑ0 DBwýÖŸÿZþHûá"xDSõí Úýà¿î-ÒÞµkÝ Î²ÿÚ·ïºö
ðµ÷¦ÿßþþ ~õòôþ•÷Õú] ïûýýûukgC"~þ"é{øDUÖÖëI×úÿµú÷[3/4-oÚK:mwëÿ]ö"¥}š¯ýúzÿ³""moÿAÿ
Ýwôÿû÷õ]]kûïAíþƒ:ÿÿõêí¥ö¯Æëkªþû×_Ã]ÍfþÕ{[H:ÿ¶•}ÿÜ/úW¿º÷ûK¥þÕ3/4Ò´û Z¯W·Ã_û
kkûkïéµa¥iz_{ý¯]ý§úý"¤Úü4³GkÃ
ÿ¯
¨6 :m.Þ ¶-*ÖÃ¦ l _í~×v¦ŽÖö Ûõ-(r)ûn3/4Ú_jÛ· Ö Kí~Â]"ÿ*(r)Áxh(al/[k Ã
%ü4-b*Ø1/2oÓ °f A,L0-1/2ôÃK"X`².Xa~ÂkÃ a¤ ý°-Åq-ÿÈ(tm)"ŠØ¨"ÅvÓ iŠûØâš× qûÁ,]...Ç
¿öÅimD˜öö+ØýŽ*1/2ŠúPÕß÷õ´ÐköCÅ¦¿á A °¿
5¦ ªÖ RÞÂÖÿk1/26 û
ÖC Õ ïH0WµòÝ]uvë¥-ÂV'n˜KNÖ A... †šÃ
ü0"Úá,¶ Á *ÿ`1/2v·v ÛIîÕË€ -_

ºá'ŒÂ
'a ã'þy G ˆøˆ2Á"!, G aDD X°1/4q a
† DN¶, ˆƒ0ØB"
Ì'ÄDDDq E! R±G ß-Ë:úTƒú[¶--×\ïL$ÚÖ*T4+Ž(r)Ða_úªÝ- ä¥ÄE, ÿÿÿÿÿÿÿþZº¨
å¤XfW -ŽM‹E2HÌ- 4gny j ŒÍ æd¨ëä'{ú(r)÷-ÖµÌ†-µ¯Ò¥Gf] §á*Ápªÿ¢`íØ]*Ë -÷Ýz¯§
Ú-ÇüwàtúÞëúN" ÿÖÒ¿¯×ûÕµ Ž¿1/2ç\íi×gªlŠ2@B
ˆ'äL6 , #B(c). ¨#A"äD ,Ìã, qÂ" ¯(tm)
q"Ä c£)ÃŸ"$ Aè‰2 CY5e• ¡vG" B }K0LaN}
°gÃ'†~6!
¢&A 5‰yøàˆA' @Á ä10@Ê
ÀD f`(tm)Æy"

Á  @Á§ï¨@Â
¡˜
ä\K>ÈlêyÔ-("  ²;/ÃP^@Û  /

S
‡      z
A    Í³
  ƒÓÝS  A"ØOAªh`  é´šiÿ¦šh?M‹  "þÉÃ  €...Ù,h4é§§iê  všqzoé¦  lC3/4Ðw
{3/4EŒk|4-4×â-;âÕcCé  á
Ða  ÂrvôÕ78áÅ§!\;Aë  wü}"E†üCÐ
Û!  4K¨    h-¶ãÏ';"",ù  È_ÉÍ¢|ù  ìŽáÉOÿvžI  é'  ræÐDì  ¨Ni"åÐ  -‰oc‰o7°@ú%Ku
£¨œÜ‹ÎÙ  (tm)  äsÁ  ü‹ý&Ð†  m  t  MÈ÷À‹'ß"  Â´  ~ƒtÚ    ¹
AŠ    ÏèÝÒDyÒM  ƒ"I7-Âa‹Ólš°ƒÈø  7OÓ  #ðž›"þ,~  Mý
á¦    ê(c)ª"ôê¤  ¥ê  ï¿
"§'!¤þ  a  '  7êÐA‹&ê¿ºu¦é¦(c)3/4ŸJŸIº  §éÒ  kÒvµu
4·IÞ  pÛéô3/4þé×øOé=Õz§  ÷±ñ¤¶'z(r)3/4¶÷§§¯éÿ¦ý  û¯W
Im"Q(r)¿""Ç  qý?°êŸ(r)¨´WýíÕ{ÞÞ¯éÚ¥ÿµîÛ[íÿïÛÚÓîÂíkw}Ûéýka?Ój"~¿~,>  ~(r)×ëÕºM=mï÷ô"k{
õáéÔPZúDwïÿú
ý^-Ÿûßýýoø|ˆ  ÿï(r)ž¯¿ïõû¿xgƒõZÛñ3/4(r)¨}  ÷NÿT6--ù¨+ÿÖ"×äõ´9  #
Óñõ¿u1/2kPÈà"_Û]è  "Ö·íp°áû_Kò  S1/2r@cëø×¿{ß°öké^3/4ï~ú  ›þ1/2  í÷1/2zé²aƒôÿü0  ø*3/4õÝu
-/ì0ðÃ÷ï÷õõûz_îwõý  nÕ  ŽG¦  ¿z÷y
V-ëá  Hê"    ¹
åATõR
ÖðaÕ¯  Ä  ~¿íµûƒ  •Fÿ_è'Oßëï])‰Ô  úÿæ    ú"Nû}r    WÔÊ?s
ÜŒ  ßå"þ3/4¸¸¸ç&-ú¸×Óÿöé&÷%Îû¿×"ãÕ¯""¯÷s  _¸¿k'-  ßû_ïÝ²¿ïÿ¿¶Ÿîëÿ]z1/2*ÿ¨`Þ÷ª
  ~¿Ÿ
  ðzpÿµÚ""Z¶×î-÷þ1/2÷ý+:  mœ›ºzïó(c)¿÷N¿KVÿöÏ†×í    Æù¥Û÷  _ÿíÖµùÔÕÒþ3/4¶Î§ţ¿u÷¶ô1/2Ó
ýÿé  {ÿ¥ë|>ÏÍî"é¿Úé_ë¥_ÿí¬  mïÿo}
(c)]n×ímRÕ÷á¨îk  õûVßßû@ýmu¯¯±ªÓk¶-ö-Úµþ"ÿÿÞÃ-öÂ-ëzPÿ†(r)•îží¤Þ}¿°ÒP¿jÚZïÓa"kjÚPÒÛí
µá"ü5ô¿í'þ1/2vÂ°ÂßL41/2†¶'š""1/2ÂL4"¿V  Ã_Õ4¯aw';ì+uÃ[Ã  CV8i0av
%ÃJí]û    pa&¿a¤1/2þƒ~  J+ø§ØÕ2âÅÃ/  |  1/21/4S      k1/4T]ÞÚÇ
%¶," Ã
±LS#ÁT  ªb-â°Å}ñë"ŒÞÁû  ×|×"  -kU¯´Å  nÈaÝH¹cv  Ü"  ö  ,EÚ¶(r)¶µë§úk3/4ÿ]¦  (r)
  ì...xaa...¸a    ÿ†¯]Úýà¯¸ï  Ø´6+nÈH¯¬&  µ°VÂ  -  l.õatévý  ¯^  3§ˆa
      'U,èèÁ"(r)èC  Âz¦Ï¦  ööBÃ5°-...  Å5ƒ,!Á,Á"  a-øàÏ8(UB
&  ¸"  â$b%    ^^^^^°"DC²â#´    BuÄ0ƒ†  A...^^^^Ž"8^^^^Šâ."-
zëÇ°(r)µN-  Wu¨kó³QFê¿  µ¤"ÐØC    ÿÿÿÿü¦  "  ÿÿþ[  Äµ  YLŠBš(tm)KiÁ•¶  2E  -ízWZUÿ
íÿšÌù/žý0
ÅÁýGO(r)õ§Õÿþ-ßÍ"PG,úó(r)AŠ  ŠvL2Yœ    D,eA'è  ',ÔTû0(AÝ,"(!  A  •  rƒ!  ¡"  !  m      ã
"
'    "  C  !$  ;þƒM-Bx@ÓÐÌè  4´    ô-  U§^‡  ziØTôÛ¨¨ítâÂhŠ8v  ›DQÛ¢\Ñ?|$FíˆVK›k"ûD
ýÇ¢s²  "àh  6  È¸  -Gùt-
  øI
"ÐƒmÔ'ÜŽ  &Ñ  0WMØ5"  ""ô¯M%}
ƒzO"(c)´  ...TÝ:N-Ù  ¯¶-U"zW^´ý6ÛTÝ7ôí]<.  5...×øûâ´/úm/ÿßw÷†
ßßô  ^¦^"qú\/°Ò  æ@¦í  (r)  îâ%  Úk*1/2M  [ÿ(tm))‹M?{²!‰o¬%G  -3/4m
èGZÃÏ‰oÕ×õƒL    pÿ°Âw^×õkúéW†-
^þý"þéöûÞ÷mÑ

þÚ^C  U])  3ìÒPç  V¤  j•3/4yúƒz  ë'  ù†Ÿ³+ô"ºrÚ"  BO¿ýÉ  è(tm)  é×ôî÷nÿ(r)õ¿W˘Þ,TŽ‡·  §U-
{¹Ñ÷_N×§ßn¿û:Òáß  [KgCý[:1/2÷Ô]f¶ÿþÂoÚM}[Ómÿû[ký(r)ž°[k^-i$ÝÕ¶¶*ß~  Uì5*  µ3/4ÛµiJÓJ×
"J¶  M¤HV

    öäÈá_‡î-"  ¶ÒØim°ÂM"1/40ÔûXa#CÅ_L~Ù²àÁ8¥v  Kc¦ÐäG[Ç{i1÷ý  AëÇ±.-m÷í  n      "
â  \0_°[ì/Úí...Õ\›
Â}...ÎÂá"  M1¥"  a0¬2AÛ"àÅ$û,¹  Mƒ'Vƒ    ."#^˜    ^‰V"`...¡      -"<(r)R×¿í/kâ"W˘¹\.  ÿÿü¦
hÿÿÿÿÿË4;
?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-hÛ"j'7    Š"2&ÎÉÝSdM•4C  ðÉqNÍ"¬çiDV£²†E  25fÎÙ
    V}"@ÈƒLÌ›ß"  ªÔL4ÜÊJv£#†pL  šxHíaoÞ¡  ïõäZÅ"Ò  ¥;PwC@ê1/2oëÓú××éuëëíú×ü¨"Þ÷--"(tm
)0"÷-Û̂ṕ¹iÚÓfmoÿh$I  V3/4ÚÙ  (U¨§ê  -ª¿_,á  Á:þ./ãµÎÊZÛâ¸þ:Xí÷×tâþ  oßë~ž"¨],%W}  ú~¿ðô̂ÿb
ÕÛ]'"1/4H˘à¤dg*g-E  Â3  Ô2  ²4yÔ#çS5³@§Ÿœ-Î,  l‰o":3Ž
ÍŠPd,ê•̂ö˘R0Êƒ$ŪÕ",  Ñ(r)6D<  DFuÑ  Ë¨"-ÍÄ"%š8E8\û:      mB
†  sb8""$€¸Â
a<ƒa  Á    ç˘àóa-t

¡  àí  pƒs0B-›    ¤"82œßW(r)¯d†  yæ      Ó0¶  .Á  83  t/$  ¦³    0ö  h>ÓOÂ
÷éÕ¦šxAý¦¡iàŸ  ßÜ'"âøx@Ðffá      ×=¯    zw§§-š˘Ÿ"-ƒ  =    â
ß  ›ê-
./N#A¦Å÷CëßÅÐ*i1/2¨Ó¥,¹  "ÈG
bÚ<Âu    Ó§  œZá  àÕáÅ'  äNh  6ÈHv^Aò+  N¢^Ñ  ¤Dçç-û'i  "0,%      {~DÌ<Û"÷  ñ
    T  ð@ÜÝ‡w"[>Ñ-›4GŒÑè-"Ìù›ÈýÐmÕ  ù¤Ãéá
'g@ƒ|      h'@
    Á  |ìÍœo*Ü&Ñ!|  Úê›p...úÈ1/2'cÓ¿Ý&äsðA§"  "A  'A
uA7"ý  ¦ÂAé´  (r),
á  zð›Iá7[¤õôÝ6ÐnÒôŸêôŸzi¦í°
&Þ  ¡¨K¿Ân  zéß¦ú
<'^ºm'-§§¦Ûm^áí=;[M¨tÕ"¥Imnôûôómm]>¯N1/4.ŸÈÎ̂×éî1/2ª-w1/47O"ZO*]T&Ü  7(r)Ÿéê¿~öÝÿÐ^
¿Õ¿þãTôMìÎî÷t¿Õÿ̂ê°÷(r)ªºzáiëú†
4×OëÅ§  zª1/4z¿îô÷ÿ̂êÝóÿzT̂µÝÿ5ôÞþ/ë1/2¯÷tî"¹R  ¦  Oío  Ò^-ÿí×ÿuúU^  ×"OWÒm/o  ÷ÿ__Û§
ÿ×-ê¹X  ÿoK¶Ñ  ̂â¯¡{ý',ïÿûÕí¨lú~×z*U(r)¯×_û5  ÿÕ  ‰ëïkÅ̂¿÷1/2U    ßÝýH¨úô÷ÿûô
Õµ¿_W"_ö̂þôC
ÿòL1ûþýa·üWÞ̀  ZÕŠ¯  þÿÿÕ    ÷û̂ªWÿõÿÿ×Ø/_¸Uÿô(r)ï~÷  ZÂ{{
Áí{...  ýÿ]ÿvôÿ_ìÕ¤÷ÿïoÿ§§ú"A"ûë³  Ôƒ  H¯¨¡̂°¦°  Þú!{¿̂ûÿê
í̂?ÿ¥í[_úÕ-¿Ñ
Ézý  'ÿÿæ1O  ëÞîHÿútµÑ">þ"éûþâ8ªŸïÿ  ëþý6¿]  EÝ1/2x.û_  1/2_¿ï×Ð/öû3/4á¯¯ÿm{÷¨wÕu3/4(r)¯
þ"Õï[_Å~-î    NÞm  ¦Ón¿ìZ-_J°gC¿êµ~¿¶-ÿð}÷ÿ÷K¯~¿ý'ý.-×Z×ª¤ëÝ    ÿîîÕt"ßoûÿ}ïüéÿÿ̂Í×ýÿ̂ÝŸZõ
Úÿk"ªÕ¦éŸû{é¯þÁ"¿l/ÿ×ú1/2ikéôÿÅ__Ûþ¿Õ{~-Ók˘ß  þ¿ú(r)ëŏjš†ëßÛ
úkô-¦ÿÕ--á}o~>KÝÿuÕû~ý"‰ÛiZÚZuu¶"Kö  1/2µ}W[·"_M,Ðä  zûkö¿ë°am;-´ý¿]íl†õ_xk  ÔÝUƒ  -
$ƒIµé:ûTßí~ÒW´ý°(c)"(tm)  uì0•ñ
ö>á"¶  .ÞÁ,      ƒ.  BB"
ºR%ßV
    ûÿ  ÃJ"ía"Íb¶§¦+·î˘Á-}°²$X0""
    Øâ¢-¯0'á§÷ø(r)/ö)Ž*Ø"  ëd3/4Å}  ¬R}tíºöž¨M  û-éñ&?â·‰ο'û!ßL'Ø°ØZì‡  É  Ù
    (r)Ó!ßJÂ¥íýv  ÿ}ÛUßk  ðÃÃ  -Ô+Ö×a  °›Ô0´ØI(r)ÒÉŽ  (r)Ú|  Jðƒ  ë°¶-&"21  rÝ5
Ú}û"kÓ̧,¨̈`0>_ðÈ  ÿÇ†
Â̂ñ¦¡0´÷iCBÃÑ¨NâÓÍ0B  †  AÄDE¬h  C,  Á  ^³‰ÄA-4"DDD\DDE"  ô"MiÄJ¿      fÝFÜÐƒ
DDDGQ      q
    A¨Ð^  Ú´3/4Ò;  5¯á^µ]4¯]%Ý1[UÅ"  õ

ˆ ÿÿÿÿÿÿÿùk¥(òÚTæFq7
‰²s;+3ñÚC%Ù•²V)†~'S!6(tm)Zda ÌÈ3*ì‹*É(tm)átÂgiB ?×Uåu/;µêëEc×ô w~ïÂà3/4 |/Ýjõ¿þ÷ï_Ò
"¦ïý{õT›P[þô5H±mö...!ºÚQÿÓñÿ§uwÿ3/4×ëý"ß~ôÿéëºås GY3Ê´¤ ìÔ?:Œ"ëÈÑö{¬ ;ï ÆAù Ž T
#º†EˆïA'
'y8R\ÉhÊ†N20ŽŒ gÁ
± ...Ñ¹ Ì ðCáÁ s³ÆC 2¨>Ì
@ž`f°@D=Á €È< ó6y, u íÊz¹±ØA,!)4#ŽÂ
† Åf ƒ' Œ 2†\, k C @Â
Í˜L&NÁ :" A, Dx† < :
õO ø za
!(tm)¿†š÷úè4
É0ä "xÐ- Îš A" ¥öžè5 @Â ´Â T
!OA=0ƒAºhZ
"â×^×ÐziÝÔZo Þñ"Ô ã -h Ö-ˆziè.-
>Ðiê NÕ;3/4ãTâ/ ãà(r)Ñ ãD¸:'÷ë
NnJÔ... ºÃDèù
;"o ¶ãNïA, "ÃÑ/h =r/4K)á ¢O'üh"ÃDxãDé"Äê‰Oh ÃDæäH!~‰Ì9 &t³äY´ (tm)"+Â ær
>ò]4Òm
ÉMü‰ï³JEù év 6‰u qÒ#·¦ƒ ô Á0í.º
ÉQ1/4 (#2A<ŽÕ7 ' V AÞ¡7"Í ŒÊž 0- ûÚNÂxNÐÓ ÒH náui?P›IøAûúéàƒEC,(w'ï´ßA´ŸK
é
¯"§§"('IäÔ^žõxO Ò
í{m}õï[é{i:¨m&¶ÛVºo"Ú(r) -›Òê tNaéúþ"(r) ¿á+ï(r)¯¯ úû(r)(c)Òz1/2/uêŸ "_ëÛ-úº{ûVúëWu"
JÒo*ïŽ1/2^ÿÐÓBÕmïBÿi ZT-××^7[
í+Æö˜[×U1/2¤-/U÷ÿoW† Õô]¯Z_÷_n)ëÓz¥1/2 ‹_ûjû^1/2_...ñÕ?ëú¿ýÝ § ÇñIúÓý
ŸÕ-ø< Õ|&ÿ' þ"þ¯äX üy Áx´·ÛIÞ›ö¿¯û(r)Øu÷Òz k"þ Dh ã' È "NÚF
Nê=Õ ò6ÿ\ê óPvþÿïÖôÒV(r)´²&.K"(c) ]û¿ïn-kÙ Q ^< ~H ?õÿÉ€c¯Û°OÉ1/2v×õ__îŸ÷"€
1/2 wƒLø UÚÞ3/4íøaà3/4º×z¿ ¿ø^ÿ AÍj'
‹P(c)È.Ž· ï^Þýôáp"
ý'¿·U]‡¢-õ&9NzÈg= ;Ó¨D/~¥ÁEïÈ£-_Â!ñ 1/4ÄèŒýºˆ{ó(Vôëú~ë¥þ¡- ñÃ
z¶Ý´äãúµø7r:n Š,œ"3ïo"E_¡þY?É#ï¯pWò:w¿ÿÛïZVúï ... B!?1/2n'Òz‡þŸ¸="Èû" oô-ëÞ"Wè+õßÒ
ý }/n1/2j¿þ÷äˆº& MA$àœ‹ûß Ï ßõ"
§ÞÕioëZ³¥[÷ý/ßm __Öé MÿÖÕÿÿÿá]Öä@á ×úïÿ÷ gF'öunuz[í¤ÂÝ*M³(c)ëçRÿ"ÛT¿×õ§û^éÿÿ ý
j"Ô;{Jõ¿w ¯S õ÷"´÷[_ ¯¯i?ÝW×õ1/2¯kþ°Ò´›Iõ"Köÿ(r)Õ%éw¯1/2Ó¯j"
?ÛVû_K¯ú ¿Vöõ~ûîÓøkÚýzíêÚôÅZ¶¿¥ý"k ùçÙÔú[
oÛþÂ¿ÝZê-¤Úé...a"Z"ÚV-¸l%[X_mvÒ" ýÂðiC"
ÝZ^í¯êÚëv¿ß†´ØACK¿áªöÚaºl.Á"¡ ¶Âv1/2"ß3/4 _Ða+äc
ñìS"Ø0_† DÁL0TBÂì$Á,PÈþªÿé"iÖ µa¥ƒ
,lV÷ìoµ":A"¢ø¦>%ºbÚŽö $Å;ìWÃ‹ðÝ°•‰( ´Ç ÔTT úÿ± Î àÁm†•(r)7i-º÷ôØ¦) xí5µa ïÙ
?Ø¦-Úü2
ÿ ï¦ž¿d-. L...Œ›...PƒOÛÿì,<1$õbHwQL %-á& &"¿
‹uöƒ "ÃL-...Ò"
ÕZaj¬. "Þ!...¦
'
?jÛ
kÚn[Ã ÝR×ô ][°žÚŠ¬&
' é"!§ùA...L ¸` ¬0B
Â M=,

2ZÚ  a  *f*  !    `"D2R  C  -  ^^^š-ÂÓan
X!    Q    QA[X^^^^^^ŠB"*Rdt""  du...    NB
u†´W  ñúëµV  JÃ    š  †  ÇLBÂêÂ  ÁKsM,+"(^ÿÿÿ̀þX  Qÿÿÿÿ̀ỳòÚSDu,¬È
"ŒÈ    "h3_9]C<}ß  'fJ^çfs%¿ÎàGÖ  %  THü"ÊÀþ  Ò  šýR
Ò...þ"Ú÷z÷ïj¿ÝkÒ`...úÝkß    ^ÿ{Wªÿ  úTú~þ¿ûÿÿ;    è-"Y  "f¤TD        ›
@"²  (tm)ÐR¡"  /dK|§œàÈ  °y'j Æ¤ †¶Er@ÈHŒ  è  0(tm)tIŒ´Á  nL
S(tm)"Œ*f*E  (ja"
¬´äH,A8  S"!³  `Ï1/4ü ,k)Ð*f*  4Aø‡ò  â  6C`  ,
ê  ‡ž  r 9ðB8rpæ±  Á  µ  -4S"Ï)  ›.AçØL    ",    2D    ÐhE"
¡"EÔá
  Á  AšFÂ  -  XU<Ì        3/4*f*AéÿzÞ*f*L'¦è-š
  ˜Aá
¶  a  bÐ}'€ªaÈ@E  ‰Y  -8a  ôÐv(c)ªvÆ  xA"4Â  ¦šß  1/2¡±a
ñüZ}- âÔ=
¬a4í0‡Iö  `  âÑ  ß  ‹  §    Ãb  uqziÄlEò  z¡h-dˆrX÷ù
z\"1/4  (³¹  "æÁ"¦9â^Q/±²5  }d;,›Dq'yÉûVÐo    "ã
Ú|  tNo@*f*r.4Jm  {2²~í    ›D1/2È  Ç!  ...ï#9gÈLi
  Ú  -8a:þGŠë,
¤þg$í$ÚŽa6 0Ñ    0 *f*f*EAÐ n  *f*ræ'  Ò#ú"L"†ž  6,n´;äÐ  n  xMª3Ò  #    ôô  'àž  "Þg{
á=:MÉ"×  [øOOOt×  ÚwÝ"-×3/4´"é6  I´†  •
‰Ì(r)žúÒ
éêÒzéé¶´-  i  °
ÿª
1/2ª´ž´úÿ×ákv-ÕuÓ̃ð¥kµö-ê  mkH7ïmúz]'§Û...¥Ö  ÷§ªn¡  "ôÝ>ÿþµXö4=  ]7__MkímÓ1/2>"Õééý  °
îž¿Ûèvúéÿúuþ·ÿzmþúëÿt"    ß-‡3/4*ÔÝ-'1/2éí-ÿßþÓ¥`Ô¥×ïý5ýûÿé.D‡"'...1/2ë}ÞÚKþ°¿ÞÔú}:Mjë}œ×
÷~/.°_.¿ÿ^ëš  Kˉu1/2Ê@H<ÔCÝl° ÿH¯O#  ÿF°"ôßïÿâ    ý+ì
ô´Ýö¿  ÿuxß3/4¯    d0†
Wï    ¥  0~È`¿wÿÿÚzïôíoî°  û  ßoÿ_ÿ¤íۜ¶úKPˆ$A‡@ˆ#"¿U§Áz_Ó÷Õ  úî[ÿÿ...úOMÿ×]ûþÞÿ¿m[ô
A"D'y',rdUû1/2  ïðˆ{ÿ
Â  ×Ôõ÷×-änR1/4µwk1/4"  ?mmkÓ3/4ßõúòÒw¿ªÞHò6%":j  Žé³  í¢,ÿ¢-5\µ  ým  ÷íÐ  Zÿh'>ÿ"ö¿_
ÿûKúWÛª  ‡Ña"  jµTL  Ë  ~Õ:ÞûÉ
S"'Ã{Õôu0*ö1/2BÿMªª¿ÿÿÿ°×þŸJ·K
3/4ÿûß-t-  Ká¶¿þÂ  þ°Û  zÿ1/2%ÿÐ?_ÿ̃õMêÍMþíûÿ  ××ÙÐýsRéÒß(r)
ùÔ×ÿ~ú[×}  ~Î§íÿûßÕ÷ÿÿw3/4ŽÝ¥Žßý&  }kÿˉhikÿ÷êê3/4¿ímÿA÷_ï×"-ïU  éÿö(r)¶'-û  ý¤ýþéVÛÿu
wÒw^õzôûNutÒÒòûöÒÒ´×Óíuÿ÷"ÿ†(c)¥{ö  ß×N×µáÿV-ˉk÷°×
o{Uíï"jëjÚ]¥uuVší¶-¥
[ÿúýl,4›Ká,Kˉ°Â°Òì'¶  Úá¥¿k]">I>ÂN"  {ípé´-a"¡¥°ÂPÂ¶
vØ]&°Â¶•Wÿw×  Á'ðKâÝ§Ý
Š'Lù
ÞÃ  ù  Æp,9  -@œ  3/4  ¦
.á+ûK
  ŠÝŠçØá¤ÅppË,[Ç  ¢(r)ÿ~DÂ%ÛvALEnÈ$WÓ°È<:ßêÿŠû‰'².X‰8±^Ó  ‹â¤\ì0•
kXL-"¦  ìHãJÈ#Âµÿ¡"ê¡...¢c"ÂO
o^-l"-Ã  ¦¬-v  "µl/...!þÚ_±Û0-ÃM[
š¶ØWxa$Âa%ˉ{¿~  ðÐkPÂ  èD2BÀœ0BÐˆª"4ži&Ýa  aP*f*  þ  1/2ZÈrEÁ=  0À'
)p  0TÓ
  Xa  0A...j7°Bî8Žâ"â*""""#ˆ*f*  !ÉÐ†m†X>"Öì  !        DDDDDDDDD  ÄDDDCˆ†  è›§K]  öàêô
ÚÚª"µÚ3/4UEîÂgf¢ýZÿ{        j"†F4

GX˜ŒD ÿÿÿÿÿÿÿþd¶ÿþÿÿÎ gV`ŒÈäC Ô9'@K 0˜TS =0@àš Â
)=
xnž† ,§D³#ö‰Ó#9>Â
¢sxMÓÓl$Ÿnž"Ókª ÐM×¦ô¿võÇŒ' Òðþ"ëuØuÚ
ôÙ€D éš,?h[![k]å /`ýavÞC

ï ...Ç¯0 "?Úä Ý\‰
×,ÿ²*[!"Ò[üé‡1/2ÿíü3wº ëÛ[þ3/41/2...M_¶3/4ŸÞÚWž=¯¸]°¬4¬$ö A{
±±Q]Šî$áì...{ ¥µì.êš
v !a "ŒV, ÄDF‡rÜÖ-¯\0•ŠÔ0¡, ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü³Bqÿÿù6@É¸ È -éã¸d¹-ãjv6‰óÀÜ"d
c; jdjÌ"²]•V}...tú-Ë œì (3/4ÝNÉ?ÕµJ"
úß×÷K·õþé,ÛYûú$&"úÔ†
JÞ¿ûµÿ^HèZ|i¡¯ íâÒª^þ¿^´' íïï¿ê¿ô÷Ñ•
#GNd¬¿T-š¢ +:d YÙ(tm)' 1TþF" "g F
JLœÊ D), ¢0diÈCÍˆ
Q Õ›27"JŒ , HfÅ5Šn& $ Y uKSð" Pd8ÀˆЗÑ± š
C` œG ÐSXÉÁ
²@" ÈØBC w› Þ %¸A,d!î|0 0 , Ga
i¦ A¨D,ËÕ, hf A¨L'`ƒ\À€ˆR
²Mç]ö˜AöÖž z... L ðƒ$0ƒ =0ƒjÂ

è=
@ÿA§a0" ´Ð¦/H&êš|;¤ é õªMqkiöƒh ã´Ó ú}" \Z ˆáøN
÷ÒTNtJÜŽÚÉf- ðä-¦Þ± ˆòÅ"4äAÔCM U1/4‹Í ðq|fw¡ ²,- G
/'-¢Qd^h "æOH´h Óå Óh m nNt nEæ t <‹7òtÈ(ç D'dþ‰NQ
‰sê¿ ¸V˜1/4ôE÷¢sr3'ñ y*M!´ Ìä\¢SÂ
, ¡7 ¿A ö´*Õ_1/2á7 7\ Ói; Þ(c)¹ Âu
°›H7MòSh è‰
Kôé;OÓÚAáPk"Ýº º á=<&éé¿H7té
3/4"ªJÕ×J÷KÞ¯P1/2o\'Iª{ ôÛ { ôû
é¶ê iÖ›-&êÕëIý.3/4¯*]1Ø$¯èkiº÷3/4-Úº}ai7÷OP'ý7WO"é]WÕ¤îðžêª1/23/4ýßú{E1/2!vñÚ ÷K^ èZ
K¥º}ëê-ë"ÿÝ{ÿûXï¤þ7*1/2uý}k1/2
[k÷~ÕÛkõ ÿû*Ozþ´3/4º÷zýÓõkßýÐkëÛ_ûtK‹ -
µZ ]w@›ÝWýïÿÝt-{ßµý/ü˜¯à-×\ g ôø¶õPPÁÞà(c)ÿÿ(c) UÛÿKú¡õßZÿ ÿ:‡-§\ õ"Oo Õ
ò@0Ã¦²@a¯ÿÛ¢V 1/2ºë[þŸÿÿÿþ¿×" ÷ûÙV
-w¿ZôÿW¨m"º ü† _øO´¿öŸÓÿUû_÷ïýøWÓµ¯ òÉ¿ídÜŒiþ
óPEK ...Í^Î¡ý>ˆLÕwýkï² Ó_õÿ÷×ëPˆ|û×"Bå ú(r)ZJð‡úDˆ' OÈç¶"¿í
ˆÎ1/2éom7ÿ˜Ÿ"ïÿÕª¿û¢3Ö¿´F{ÿÓ{×Ýû¬%
¶tv',5§ïºß ßõ] ú"×n3/4ýí{ö
ï[àŸßúÕ¿Ü‰í×H,=õt¹Ðÿ:¿·}*ýëîïõÿªß¦ÿO"ÿi ýj1/2úÙÕý{Vuc[ yã]n3/4ÒúõUÖ(r)û"ÿ¥}Üêoþ¿¥¿ým
Õ}ûý/í}ÕxgCëÒŽÒÞŸµ^ßØ5ÿ3/4Ö-t1/2º¿û^ªÝZM¯^1/2Õ+ºëº]´3/4ýÒ }ëµµzmo‡WZ‡_Ò‡ÚLU~í(r)
øA:_§¯È5kkkþý-þÒýý&¯ß"¤1/44è ûo-Bv ´ -PiW p¶• +_í-a pÕ?
-\&Ø[Já ª¶-ôƒM3/4Âößö L0-ð--¦ K¦ÂL0•" ÂØMƒ# Ã † N -Õ2,}† ´ duðÒô1/4‰
)'_wÝ"a ¶Ád\°Òû< Ø0X`¬Sx`ÁwÓb·‹b˜Ã Ä±ìwÐb˜"û W±
ãbàý ïìU1ÿkb¿âL ±_ nïbL|Bi.+þšÙ
"L& ;^ÁHwh*MlƒÆý...á ï... KõaKtÒþ"[ÞÓw°1/2¯êåºa^×øam0¶ i"Â°×†ƒUµõ~˜kØXa?°(r)° ...°
L/...û ¦•5"†*...i0 "ÂØ@Ëª!"!á a † ˆ°ƒ N(c)¡ áÃ + DDpÁ

T ."!...ˆ3íL ˆˆdÕM\J³ f ˆˆˆˆî"- ˆ‹ DDDV´ÇÒJd ¥×Vþ¡$-+Ñ7* ¬-F...Šû
tÖ 3ŽQº ÿòÐ"£ÿÿÿÿÿ,ÑŠ?å¤
¥p'nRÂ-ã \#;Ç2 jwl(tm)E) ž6Á3¹³ÌìNR1/4Ñó.veYêvM•;Ù›
o1/4"iÚêANÕvª·&gÙ Îàg""ÿÕuïU -ÿ!'ôÉJ4aVµõÝ´Ú"°ÿÁ "ë^áuKÿ ¦µ}ÿéÿ§ê øém~ïÊ¢"ª
(r)ßv¡}¢g6Ôb+¸ý
w¤1/2/§
êš¿zõÿûZþøâ¿¯úÞõ[ß¯þ¥z-Eb¡6JÑÿOSQ'¸""M' Ì• /š(tm)±(tm)ˆu VÉÃªEMÙ±Mb
...9(c)Â³b"ã%Ïo÷~d$ÍFk 3g HÛ( >Ž¬
>N&lR N °D ä!rÎFrþlÎ¬§g(tm)±2@9æHv 2 "œð!"60A Bh4Ñ
,à...ì*# úL Â`ˆu ˆ} D ƒ C ä`Rq2 Ú"^ºÜû ÿjÌD Ü z ¡
U,
, ÷¥ÂxON,
,j ¨A"í4Âzx ë ˜A" éÅ¦ ì xNÈ6 < !
šÈÐB;!†_Ðk_"5íS ‡ú|8 ¥Åé·è8¹ G h6"IéÅÈ¢µ"Aß ƒ´D ¥ÃÓ\
ð ¶y" ³ZÆ‰Gz×Ñ/è‹xz#ˆŠ3(tm)
#ÿ{´Lúù9äLf'%ï'ðäù¢/ &åÐ9 æ›¿"óD§DéDºÈ˜Â"Û'Î‰ž‰{'ÂD¹èqxA¥
ÿ1/4"· ÐÞ×D¿Ü&ùtÈæ´YØòÏ' ...Ç"ë"Íô÷¤ n {A7$@N,
µZ‡" NÕ(Aá]7 7 ðA¸MïA¢¢ º%ù º O^ :N¯ôíi?°ØMûÚO
ú¶¯
÷tøMÕôý]< Ö,¸O1/21/2jÿ]:OõÓj"k
á ôN Í ŸdïÓ{÷ZO ]>ÿÿU¿×OÕß¯MtÝ$é7×O¿¢ÇôÝ6"íWOºéSÓzO[¤Úr,õ[öº· kVªÞÇü}·¯Û]ú-;¨
N×¯XÓ×û_q¥écØ÷M°œ ~ÿÿiµþ {oúë[]'Ôuêÿ '}ÿÿn(c)n×ëÿ÷Ý}æ†µÿuú
‡õþ›JÚ§zý;þµõþûÃé¸u_kÚK]"1/23/4ëõméoíI &þ¿ý6
uød`"é=ôÛ¦=oÿ¿¦Ý×ÿ)Ää!eÒ`ò o×ûý ƒët...ÿÿñ û}µ÷D°;!1/2(tm)¢8üê §û¤´¶3/4"Zõ÷÷ëù
`õä F ýÕµÿ Û-woÿï-ÿõ¿É@/
ñ,}[ÿöšVúnÿ¯×-÷ÂðûØvC ×÷ëÚ°_ÿö¿¿ÿÝ_~°ˆw†
û· A
-Òþínu ^úþ÷Ý¿þÂ!ãƒ
ø`è" ÷ÿoôôB÷ÝdÉûºù Ã]Ë'þ1/2.í > ù
ãéP'ûj¿ORpbûÿß¯êß(r)ˆ³àÝn h"êêŸÿè‹DÚ[T1/2UüÄßëíí÷ô‰'5‹\²†è'?-ö(r)Ö õïûþõ^ú&G5‹~k Q$_
wÝ/ùaþÖž"ÿ(r) -×Ò÷´ ƒ ]î
}ï1/2ÿ ýÕÿ-¯}ÿÂZ
¶²\Ý þ1/2ý3/4•ÿ·ß [ß}º¶-ÿ[‡ÝÕ%[Õý×WD'ï¯õ"_¥ßJ1/2†ûÃk
Iwúé~Ÿn"Ôÿ(r)Û[5 ÙÐôÝÞÿµ"¡ïWºýú×ûF××n¿µ¿¿ûÿ=>¹ê¿mÿ þ"ºƒmU'm*ý?ÞºõŠÿ1/4û_s"W÷^Õÿ
ýký¯Óv"-ëÿj"÷3/4Ÿê±^ÿ±{~ÚßwÚÿjºÆï¿iÿÞëk~úM§õ÷ ß1/2/Úá÷Òtßÿ§¥¯¿ßÚTö }ì%M¤éWV¯v×
1/44 - ¿Øi}"kÚWzi'__ÿÛ`×ÕµÂ¶*k÷kVžûï×á?m/V ðÒ†*ì43/4K¶ m6Òý%ðœ5ÛWm[Wµ[ÿÿL .
îÃ
Á...†p.Á"Œßì Iì/ÿ]¯" ªcýŠ¶)'G]Û Ó vÕŠxÙ uì .ìl ,‹ÀÒì,:[_ÿýìw[ ÆÄœ:b¿Ø"cõ]ÿØ'ÅÞ û
aE~Õßéma HÅ>Å:² %"¸¬1Á,Oa7(r)Ë¯ÿ² Ý{!# 'k¸KûJÈ<>Ûþÿjü5¯
h0_L/wï,Zl4"K°];´¬‡|W Ç÷Å¯ýC m...´á¥dgá§×aT+õ~"ðÈÁÄ %a a`Á ˆ hDt#L ˆa ƒ&
. a °B
!v \·J Û ˆˆˆˆˆ`"DH~"$8A, "#Xˆˆˆˆˆˆˆˆˆâ" Á †RpN
ì& ... µkÄAÄDGÄDG d€ì
`(c)¡-.""#Õ.M¨×áJàB âÕjð¸ñòÈ±Çÿÿÿÿÿÿÿåª?-#X...83ìÁÌ"(tm)¶v"!"nh×uö""z-ÿ};çaá õÿ"•þ¿ÿê¯{ÿï
ßõÿuZõ×~"}o{ÿÕ;(tm)Bßù È- -I"+'ÞRÍTà¥8"L GF ‰
¿' Ô áá "T a
" Y ƒX3ìÔÉ -› Ö2() fã 3 Ö " eÉä Ha 5
å [ 0ƒ(Œ

xD&¯ÿ"
ÿ        é´  ‡œ  =  Ú@ˆ@á0@Á  NÂ  Ð0  ¨´Á
`ƒÓ     "  ˊƒÕ=
Ú  šoZ  vž  §á  n  0ŸZ"Óá¦¦Å¡§w    hŒxŒESD¹ýÈâ‡l  uq$;}cDQòC"ﬁŽ4KÜŽ,îb  Ýªh...#º#Ë#›-  '
ù>pF‡D1/2 ƒ¯¢Ï-:˜ì  B‰O#¥¨´/r9´Nm  ¨Ÿ#8M¢èÁÐ m  ì³Ø'@  á  á6-É  '  ÚO(r)›ý'ÍÐMè¨¯é¸N,
ÔÉ %
Ón,
Ð:OM¥¤õTÔ-é¿Óu¿_N     é¿¦ë§J3/43/41/2ÒuM  í=]Z_N--J-_-^3/4›ûÒ}Õ1/2êšo  "-§}z  ¡ºJ·§ÐÓ  {×
W  U:[ÿ  éwI:¸ÿN¿WÝ_ÿk×û     ªNºþ"ï¬úýò Jßÿÿÿ{-àÝ¶"ëà¿eÁy  1/2(tm)À3/4
ÿùÔ^5ÿ¯ÿÅdl  ¿¯x²`/q²  <GY     ÿ¯(  7ÕªˆÿÿvR    WIë(c)P  ë`õò¬  "ûí  GÿíÛßÿ¯  ˆ#õÕ÷ð  \,õ
þ^wõ1/2z"]~Lrà
ÚZ×þï"  •tBwvô  y1Ì(CÚêXÓÙ~V1/2  ?3/4·xD˚¿´"÷Mõ¿þ  òGþ"jûC&‡ôEEÒD  ×úÚú¿îžõÝkè  íýª
""
·øO_çGé}ýü†ß_uöÝ/úýÞ-¬ë  ë1/2%*1/2ÿþÒ³£ý÷Nºÿ  Zzû¯þjkU¶(tm)·í
úõu3/4ú]ÕuÔþ¶žÞÚÚý÷ÚZÚOÝ¿  ÷¯Mý-  ÃJöûjÚV"}ý¿  þí(r)  v"¥ÚV(r)  Ò†›×Ø[o˜ˈi'g‡M¯aa...
m{ýí}µµêÒ3/4í-mwm+[ì-0Á[J  /l%  ˜ö  +  0"  Ä  ú°-ÚV  ö)†  'x4˜k§"
Ä/ŽâL|  +bƒR       cØî=]Š1/2Š‰oí¯-    ‰Ýìmj
‡L,1        ïíSZ²  Ød%ØVÈ<=é-Zjõa4ì&A
µü‡vÖì  a-¦  Ú
&  [  C[[
ám-0-^á"Âv  OW^a8`  ...,  pÉ  ,^^˘Ž
   )5X0B  Á  X""KÂ
   a
#\ˆ  DhDDDG-ê}e'a¥OK[kÚí#²\_  ŠÇ  V¶-P`;'v-†#Ël]GÿÿÿÿÿÿÿÿÿÿÿÿòÕÕxÿÿÿÿÿÿÿÿÿÿÿÿÿÿ--F "    %
ð'PÊ‡&ŒZ...Õ  "ªãÿI[úúý~3/4¯ÕoU_WÿU1/2W°Ö¶Ò05  ì  à-"Á  ÿÿÿÿÿÀ  @
endstream
endobj
62 0 obj
<< /Length 63 0 R >>
stream


q
428.39999 0 0 700.08 0 0 cm
/Im0 Do
Q
endstream
endobj
63 0 obj
40
endobj
64 0 obj
<<
/Type /Page
/MediaBox [ 0 0 424.56 674.39999 ]
/Parent 69 0 R
/Contents 66 0 R
/Resources << /XObject << /Im0 65 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>

endobj
65 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1769 /Height 2810
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1769 >> /Length 24576 >>
stream

ÿÿÿÿÿÿÿÿË\Áž  Y    ƒ  ì1/4d9      D
   "Ì"£˜~*š(tm)%F'  ŽÁ2M  \‹GjtìH  '  VÌÈÑˉD0  fr¡é
áÁ'j  (r)·"+Ð}Ô  5rt˜7      ³²4'R-ëT  _ëúvšÒzíx[v×(c)2þ  ˉi_iRrÂwù1=~  ¹g
ÿ_·ÈOÉû·ª"CUøO°J"µÿû  u  I  Ñ7úÂm"á×ñqÇ[õñ(r)'OÚˉ
Çß_é¯Þþé:ÔïÒ̈ytÿÝ×õõÒ~þöõ"ò-ÝjÙ¸  Ç"ç:ÀfÊˉT(tm)×3/4"}9.ˆù  ‰oB$
ƒÈhêíHPLHÄ|³Æ§VF'
šüë  YH    GD-GY0D`Câ-Î2    ˜"  B!IvE
  Ã'#<ð¦i  ff  )Q  ¢!ÅÙ²Ê¸ )Â"  2lH2  h    YÃ"ÌÒÌ  SŸª×  $€ˉueÀ4  Ð,@ˆU  Cƒr  á d1
I,
D€¹ö      €L¡¡  ÍÐò
-  =B
Ðv  NÂq"_‹    á  Â    tš      ,      "    "  ªû`ƒ  -˜M
]Ø@ûUN  !  ˉO  ?þÓ        Þ  vƒA¡z
ÓAí-"Ö.á§ÅéÔq
=    ZA´-þ4  mý  äX|ña
ÿ‹í3/4ý9>h-83/4BcÑ/ñ~È"0B.9  Éß"GÍ  æfä(áòVîGŽÂq¡ê  J¹sÉíÒ'G'ÕöPæVGŒž    ²‰¹(²/eÍß!
z#Î²ð    ÉÍ¤ÙçÉpIŽtNŽ      1/2  ':
œæn¡6,
>EçPž  tÉSh  ú      äY¹/r/9,øªm&Ð  y  ÕÂ
þ
    `Ý      Iþ  òÐ  m3/4Ÿôš(r)´  zzm  ßMì'îêê=?  -é1/2ôž¡7ÂaÂ      éá  t  'G
~êé'ÿ(r)  m2  f  Ðv  ·ôÓ×Ú×Õ6"ßO
ÿþú  ún  {úO]Óßôõì=6-Ð?ØJõˆÿé
¶|A}/i?Ðü+_uýô1/2ªÒo|kÝ(r)¿µõw"öñß¬t(r)  ^  íRA×‹Uí¤5ßÞ  Ð]?§ôô  jú1/2qè  ÒÿÇ÷ýýõÿ[ˉïßÚß"
è-5
¸ÛÒÙ}uäln¿vÚþÆù£×ÿõïÃ§pŸ÷ý6-õõO}}ëÕŽ°µÐA¿DP1/2ˋÈêþ3/4E,U7]l  {úOÝ_ëßýAö¤ˉ  '_¿ë-û"
UÝàö¿WëõÚ  Á'€l/4poÞíá¬-õ}P?^  aíuý  a  ï¶  ó
?}ÛÝÔ̈ïo[r  1/2  äöý  °µ÷T1/2ƒ#a...Ø:  Zß×÷d  BþÁ  ÿ²  ýWÙ
    ^
õ×_ú_õîõ¬K¶I,éûZ§¶
    ö  ý?‡Ówü0ïü  û̧Â(r)ôëMûÂ  ÷é3/4×JûÛ̈ï
mýÃD  ßÂOéþÔ  h,G-9‡9põíomúUðoÿ  ¸Bý  ¤Bâõ¿Á¿L"  oë-^3/4ëüè      :"Ó[Â
'_zï.ˉ:"ÏÐ‰V    zR
Mj÷ò`þˆ"v"×3/4ˆéý÷Êqoy0×k^úõW×'ƒïõ0{õ¢-  ýk_  É  ˉ"Ã_ýö  ûû
ö3/4X  ¸¿×,Ôéz¥àþ(c)_*{éúý_‡ëÁ3/4þ'0ë¿÷"    1/2°Õˉëë§ˆô
×~-õˉ€¥1/2ûþ  °zúё]×þûW{"}(r)î  >(c)×Umé|ëoÿÿ-  äféëõû×ï]¥ÿÙ̀ùƒ¹1/2¥îˉûÛ̈ï÷SÓˉyÇOiW§÷ûû8õÿ
6ïÿl/2a"·ýÚ́u¿üw÷Ò̈iÿþ  NÐJ    WÿZUÿZ1/2/zü4·íü.'  ý†-V¿"°_ØZ"Võ̧Z  ûu¿}}ûW¤úïŸµ3/4ÿ†·ûI
  kj"µ};S;][^é"°¿
-'£û  1/2û̀_íUû̄]5l$êÚ́_jxí%†  ¿ý4˜amWt-nf¶|×´-[]mnØJý‡Zwam)  ßv  ¢¿l'Ü4¬  ßṎë°]°¶
'Ã̈Kí.  W°1/2w    Ú́

ß`Èâ0dx%"ŒêÃ    l4-,.í...ìzMÃ¯+ ¦)†    dc  VÒûÅGkpÍ‡kØê  +
†+Ø(r))X"  Ü‰ou¶¢¯ê*"¿xª
TT0ž›kö8-ý¨(c)  uìBákþÒ¨ï_bJò
îØ'†Õôš†,[
îé÷Ñn  OÞ  L/UjØRÇ        ‰7õÕ..."l ÓÛPšü>  ý -öš*º  ö1/2...†  ì*i...Ë...l--uX'a    0•  l
Ð>ì  `¶¬‚H]á  ¯ˆª
  C      ...j
'p$f$  ?
^Ð3/4 Â¦"  `...X!`$f$BÂ¦  4  !  hA""
±œ˜  ¯Í  ^^^^^Ž"
Â`›
  ÄD3H  ò¸^^^šÐ^Šâ"â"1  zå"µkkAª]l%äÝd[i  ãê×V "0a
  ÿÿÿÿÿÿÿÿ+¥²
ò"1/2_aRûq¨.?Êõd²È  2-  'N  Ö"˜Š  ˜G˜"  3aª*¯¿Â    0^ô"ðO  ‡8<]§ë
Õ<‰oa¢\ä‡)ÚÓÉó‹Dcð        A  >]á Ü  ðŒÝ  Ý;MÿWMÓÜ=Z]}
...ÕëÞÅ¿ÿì}¯××õ¦öØwõuWê-D-z¿r+m  ï  ¿  ¦  ×Lëû
ïÁ‡3/4ÿa‡ëÃzÿt
ÿÈÁ  ¿Âv¶ðÿëÙ  Tÿ  3/4  x{k(c)ëÿÿ=¿ïÿßû]"ì7êÚk1/4?h+
~êÚZµž{V  V  ïa‚_
/†        1Lz"eŠÞ+¡P¡mÓN-vgA  Âûa.Â3/4
  †  CT-  `‡^^ë  ÿü  ÿÿÿÿÿä‚'ÿÿÿÿþYñGÿÿÿÿÿÿÿÿÿÿþW^žKrÐ'&Ë(
§bY  Hâ  Ì  í<`ÄÈâÌèÍ<ÆFLŠ  (tm)  gal<2  Ì  T#(  &CxM|ñîß)  'døO"    Õü¤ì2Ë}°-,Þ×A§òB
ëê^÷z  ‰*¥";h    áu×ô(r).õ\³(c)ØY  ž
(r)¶öK¡  T¿zÕ  ÷  ¿Û{ÿ"Õ7MÚû§µ¿õI/ÚþšÖþ¶ëë(c)Û"]SôÍ3ì‡  (tm)  d¤Sq0EC(*5    Š°...9    lêÈ¨
K  Û±    †  #Â(tm)¤  "qê"mÄÓ3g  )ÙpÍŠKä6¦ó  4  qÁ"ã6Á  K>...ÿ³q(c)  ...f    3/4N  ¦ž3
B'  "  "  ã(  §  "    a"  ðöy›  žfÃ        à  Ú
  ð  '  DTâÂ  $  )ÆlD
à{
¡    ¨Ð  6  t-´ð$f$  O        ßK,!  "  AöšëxD9  ã  =Ó    Aá  A`  "A;  N´ý  †$f$ÓC  ?L!"  Ú
'± N¢ÿ×iñ"  í{T    Óôßí´,
.ÓôL!"þ  ~$f$"O‹DQ¢Æ  N)  Û1/2&.Kž^1/2äÿíÿ}‡Ür#Þê4-‡0äÝWß
Ù  ô‰o  ‰8rPôâDvÑ!ÜŠáH(r)¤|Ý´í
D|êNtKß  -O¨-7'.,hÍ  Ã´$f$Ù‹ûûæ  ³(tm)º  ù    "{D"  Ìÿ'ÚD¹¢/4G'h  þKéY  Aî  6    š'<œõ
,4fla
  ª"ÏÈ³¤  &ägO  6É"N"    Ö  n¯§Ò  P$f$3/4=÷Ã  "Ý  Â{1/2¡"ð    ÿûiB
Ðnê°-'Ìè;&...ÕúOÕí<"ê  -*xOKu¤ûWêí  Õ-d  ÓZ[ú¤•  éá:ÿúM×I}6"Ó¥}7OÒíÓÕõ=SÓ¿¤  Ý¤  ¡Òz
  Òuû÷$f$  (r)ž  ¿i.1/4;ßî÷ü/§{§WI+lzkZúêõÿµ  ñð×
ÿú¿úo  1/2:ú-ßîõJ-÷Tôø¿ÒZãµºøï¿*ºw(r)"´-é¨Ûú(r)ÿ]+
I  1/2  ï°-o÷ÿëÿë÷¿-ÿÿõö´Ó3/4üãTOßx2:³ò0G×þ¬Ô¥l•õëõ¯ý]ßöÔKü^
ý¯-Ì  X?*  ûûíV(c)cÊÐcsPuÕ‰o2  Û  Ã  ûÝx-=-‚ß°ot  }WþßëãzâéÈ  ~#d8|Ö
ý?ÖÕ¯ø%ØV*³îÕ0žï¯ðÓ3/4ÿiïÕ~ÿoÿ¨ßdÐØ¬õì  Ø~¿k^Ò  1/2ª!áù
  o$f$w1/2  CÚÕ?"Ó[j3/4ôõ8ÿùßÓ×þ^{÷þ  Á"'CÅþÚí6"ùjè‹5è‡3/4´
Ö"h‹GÓ_oHRÿÒÿu_ÿúÞ¨ïÝÝÝYúÜ"h"  <±ªëŽ÷(r)-ðÓ3/4´Ý  d(c)ÞÈÁßª  ÿ~"²/?÷ÿÿÒ¨¯zÓ¥Ð(r)‰'î¿D'
Ü  wÂ~Ý¿÷vÿÕ¿A=xzï...[  õj¿ÿOþžÿ*éû3/4ÿëûÝ4
Ò%'Z
?U÷í{_kø+¿  (r)´_~êS1/2†¨ïµôÚ"  º1/2¨ë÷Z_^jÓ§]·×¨ÿºë÷:¿_M*óÍûß]ÿkÿÒ÷ÿîq¿ªz¨¯"_¨ÿè>×ó"9ßý
Wþ3/4-¨z¨¯ÿéYªÝ°-=ôm(jßÚûÿÑ-÷ëêÛúµ¿÷N•{k
›°[¿öÕm.øin¶´  ôÚ÷ö¶šûv¿}M  ¥ûkû-¨Ú§

}Ž×      .  ûVîþëÖjÓëþÐv-:Úö--¥é§1/2¶"ëù¿Öù0 Î
'ÿ‾Õ;kÓkÚý=Zö   ûJ×  ÛX{ka{ßØ¦  Γ Â°Õá,Á'ÐXiêì  $±ðÂém·Ûö
%ÄSKÁ,(r)ÿa.Ø0Zc÷a...Š†Ù‾ÿ°•...mVE"ØY  0Âþ¿!  ìVÆÅq&ø    zb‾p¶$ßß"_~¬Vööc  -Šö>AÇÞ
ñP‾6$nÛö)Ž-Ø‾...ìI¿ÿÃ[N
  °Â°ÈX²     øPlÎ  Á¿W}oÖÁk²  ë÷‾š²  6Õý5-ÂÚµözC
Ói"¶‾ÿÃ
ØIµA...l&  am.ª
jÂÂ  >Ö¿Ú
*    í4î,!áS       (r)‾U°¶  5°M| Á2  !...Ó"V  BÁ  CãÐÐ2Ói  f(c)  ŠA'  °...¬DDD4-4    Í"""
    ^âj"F"DŒÄDD§Ê^`...Ä-ÄDDG    ÄDhDj.46""#(tm)*‾é*E
ª  µ-æ-3 -Ý6-î-Rl-"ð·I´Žÿ

À±[
¬  ,S  ÂÇ  ÅpšíT a   a,
&"bdQŒ  ÿÿÿÿÿÿÿÿ ùì•¢;-âYoÑ6    !  û)q^‾Š3²""l(c)²@§Ç+•¸3#*ÕJRÔÈ Ÿ{ä£Ó
'  ÌŠßŸi  ‡•Ê  3•W×ü%¤¡nÿ   ïççpUÑ#/"þ°ÿzµ§¤-Dè•_[bäÏL!  "¿×!úê¶  âÂc  T  W‾U[‾qñ‾ø°  c1
/2~¿zÿwþþš}÷‾‾ µÕ÷yØ/dj"ÏŠ"ÈkþK}r²IäÆIäµ   ÑçgQItGDáÊÒL¸.Hdœi¢
&z  šN  ÔÈ1
C:3
¢    ´ðB†y"  !žf    6È8Ø(c)    "  æpPD><úO)ò-Ì‹  øØ...8Ó*"@(r)h  #bš†r*Æt  "4gF  §"äØ.
..  Ñ‾0ƒr
~  Ö  ^D;-£  ‰Q  P^_!æ
    "é      `Q  Çœ¨¨4Þ,    o
  >Ó  5Â
tÐo Ü ÞÐ5Ï  iÔ  Ã   ˜§F`!àŸA,
Ï"AÚ
h4-    ;OÐí

Á¦ªa 'h}    kv‾ì' Á  ÄW¤Òh4/â‾<x´*/O
3/4ß‾Aðí§a?ÐëP†  q}7  ±QÄ4ÿô    I§""  ,MwÕ  Çu'ÂNBCD²
œè"ï!]ò  ÚíòNS3/4!³ŽNšã  8´û  ßèŒ{Ã>íT¤;ÝÑ>È1/4Ñ    St‰ph‹
DÆè-äpÏ4JÙ¡"È-´K  çú   ï@ƒ¢s°Aá  ÞGš~ :Á
D¦(tm)  Þ,  Ù  ¢ÖfÊ)    $å
  M  "ü"\Ö¸Ffœ  Ú'ùsÈæÃy  äY3/4GtƒÐnZ2       eÏ    n  ƒ.^  A
ÐDí-  Ý
öøM"i%i^õ}
kMµ     °n  j"ôëOeC  M  A¹    oÂá6þ¸¶(c)é¥
ÓõL/¡§iÖä't  MÐnŸ¥"õÚ-6,  ê›þž›"ÿ´""]×ONôû'õ‾§a    øN"éû]>Ýi=÷OÕuu_{è'§Õ÷´  3/4-ÃöÔ]m
  uñÔW§þµ  ÿ  ¿A7×ÿ÷Ò  é¥wÞ'÷±ßv·Õ0"-Ç°öÿza  TûµB"oü‾éÕÚ1/4[ªuº"Këk¿B-Õµ¥°Z^›k(r)1/2
ciU¥CO ö‾ÖktÚ  *ÿký_¶³3/4þ×ÿûÕôôû§÷¦õíÿ±ß鿪÷Û1/2oëL  µßMký3hð¿‾í""~T  í  "ú'  ÿ°ïþ3/4'
Úïÿî3/4Ú¶"ï¿"â{}/væ°õÛ8¿1/2¥  "×¿†BëÊp~3/4·ZÜè  ×ÕÝR]  ÛIý  ë A?-ŸW^É õõîÕ
ŸÆ1/2ú¦õmzý  tT  Sé}1/2Ô'_ß_~‾ï¿ßß\'
VÞ'ûÿ,ûk1/2§¸%öïŔúuÿV1/26-"  .þß-.  ,>ïÞÚöÿí%_‾ûáoÒw_ßÂ   ÿ_ý  ¹Þ"¹
Õ~2Ûàö3/4ú¦ ÚÚ#£×µ÷´
ÿ(r)-‾üéÎ-ÿéè...  ÞªéÖ    Ó-~ÎÒO-OÌMïþ;÷ûšÅô
ßÚõ¾tFu×ý××Kû[‾ÿÚÑ  >û°î1/2òhôÚ"ÿÁvÝ>þ*T*[~¤¹ë]þŸm_Á]n*íÞ1/2÷þ¿ÿ3/4
þ1/2ôzô  þÿ_K  Ú*ðÚ:Nî¶î(r)C=vßz_÷ôßë1/2_ô(c)¿úß  fÿÿUT¿µ×ÿê1/23/4‾†zß¥}°þu=5^œê  ÿê{×ß
¿_Óõ̿ÿÕŸ§õ·{÷ß¿J¿Ùÿ~"ë‾ÿÿt¡³¦þ"û÷ìÙÿ°{z‾^ûk‾Wÿþ"kzûô´ÓÒ¤  °÷ô"ÿûÚ_¸cëKïVÿ‾m+¦ô6Õöö

Ò1/2ÿmtßûA  Õ×¯ê÷Ýë§÷ïþïmtÕWa  ÿamS^(c)1/2¿_õ¯_1/47éµi-ZV¿  ýw_í
iwþë_ßN÷ö  í-¥ü5o~;×ïm-{v  J×z°N  Y;´1/2´-WØa'v¯ÂV-¶  'o  G  ÿ]†    í,ÿ''çê›KÓªúZ
+
'{°é(r)×¿°a4ÂV  ê  I†-Ã†-''(tm)  °a~  I†''‰É¯¥x|=Ø¯bEwþû  28°  ¿·ÿÝU0-ÿÙ  u°ÁXëäƒ  Ÿy  éû  ..
.2+'z²2,S  ðlK{  "  ìTSiîô  a{Mõÿ(r)ÈxÅa‰pÿWÿb¯kû  Ä  ù  z†B1/2‰on×-ÿd8î¯''{öµÚÚokØL'ðÁ
/L-&  I†     õíÚ!0¹7
X_Øu¿Úôÿµ°°×-µ1/2Bëþ Âyn  k3/4¯&3/4ØN  Ma...Ð0š¡h  /    0"A,              ^ô
!''q    þ-*ü4 É    á,  ¡
`š  pì!ða
,  íD_
    ^a    †a_0B"K±        \DDE¡a  ŒDDDDq                    GiÄ  u¤[ÒO"a'IzÜ4-1/2iRZ3/4Õs°ÐU
+    a¥íNÐ'  MF°Ç^;
Â(r)(c)...v  ìÍÁ-$
    &  ~Ã  ÿÿÿÿÿÿÿÿüµÉòÈRŒ‡FGŽÒetìì°R  Îðd        Š9'[;Te\
(tm)Ä  ''Òj(tm)Ü£;''ªá  *ë(r)ÙÛ¬íRÓu)ëëþíý¤  ].H3/4  +íW×Ó¥ö1/4/,(r)°ZÿØÓÔã÷ÿ±¿ÆúÇ-ªÞõÿÿ¯kï
ëÿÿý{  ý{'q'fâ)ó "    ³b'
d$}›  ê3(tm)  DÌ%Ÿó°ª  DTdµ›    y  g  ²]šÈ  "  ¤@ÉÁ
q
GQIÁ
2  ÊLªˆGÁ2ý›  ê!P)xø''''ˆ
›  Ö  ¡  gÅ6É    K,
    xA,
›  ô    *Ã  Œè`ƒá''^äUž  "@Ü e
    ²  :    ‹†&  ››Á  fÐa    ›4  ,  ø@É
ØB`*  ...á4  iè  a  M    =Bn^c@uO~Â  Aña
    úOÓÔÐ`ƒL'Ú  A  ðƒÓý?M  î†  Ô ì&  wÅ(r)  tí  GqiÆƒI0  ôE  Å§  Þ(r)²;ú  Ç
!§
/âõDW
Q
4·NœB#¥'  "DQÃY  ÚÉÃ    Ü#æÈQÚ'';¨´EŠÝ    þDæ^ó|‹ôOÜ    Ò    ôG  ¤%´O(  2&4K  ‹íOš
%ŽDÆg‹‰  ¤NnNlîˆ''ôs''Ü-¹
â  %Ìž*  •(œÙ  rÎÐFŽ  (r)Gù:dh'ô    Éû¬'Õ''ðA¹  ûN''Uý?Á  Û  -  é¶  m    Ü ƒÂ
Â
û  6Ú¤Ü/n  ,oÐMÈ³ª  úz
ÒNôÝ7\  Ý6Ö    ì  î°N¯  OÔÓ(r)ô¿¤î''i:N-O          ÷H;ZªOû''}šõ
Û]?]¥v-ii7A3/4'-  á1/2ëõ×[_U1/2=-?î-tý´Ú
°ëÏ0{ÚÛá?  þêû¥I=7ŸtøjóqªƯµ°Ý(r)''  iáûôëÇz  úÞ°ëß~÷]öŸwIo  ¿¨¿''jÒ¯ßn‡''ÛJœ_§
m  _ÒèR~(c)  ë××]m%ÛÞ°ë¿U³vß¬}wÚïú_^-¿¨þ-
    "×ÛM-Ñ.?wÝÿöôj-ß×Kmaª  3/4ë¿÷  zÙ  +Èš  ð]y  Ì9  *HÖ  *}  ÔÈÐ(r)¦þ-¨  é˜2âéµ
Í  'þûël  ë'  ?¿ê¶¿Ú5  l,R3/4u  ë˜ŽB/¥'  -=þù&          y
    ÿŸzë˜1/2Ôâ?  ïvA  ¨ï  Á  ëêý?R@0›  ~ÉÁ  }  EÏ''CŽi^ÿ1/2pU¤C  ÿéëïõÿõ÷-†úX_Þ¿úûD  î\œ
    ô  wëL  Ä  Õ~Òÿô    ë  'ÿïù›=Ië  ¯''û¹²Æ  ÿè‡¿ˆõÿ¦²Š!;  ÃÂ˜Beí-4ü¦þúõ×èŽ›Ñ$wúÖú  Y'  -
O  ý_H‹  "è‹O¿}þÿh(tm)  Ö+´¢3×èŠ‡è  ßôÔþ-ázÃôõ÷úÚ×o  ÿzl  ýQaöþ¯ý  Ay.vç_Ð.Ÿ²P.ê´÷s¦Ÿúk
z×íu]|ÕÃ¥ý¯{¬:ÿúWÛô  ßûÿÕÚ  é[_
    ×õ¯  ¯úûëß÷íó''ý{{ÿ¿\êßîÒ''wÿÿÜèûî÷WÿÓí''¯Ã×Mß}{íf{_u×WuÖÖÍ§~-  _ß[{jyþÝ5Uªûkÿï-'ß}ú-¬‹
Ùöõ×M°këµÓŠ¯¿¿ÒVéjÒkmS×''øÛWJü-§f¥ü÷õ3/4''î
¥]ý''í7ûíz3/4×ö×W´÷m  omm[Uí[WÿZ°Oøj''ku¥u×°Õ[[¨¿¥ï_(r)ÚÚÚë
k1/40ªýÕ''›Ú°°°š-íÚ°Ò´(r)3/4ÔÒÒ1/25þ  I3/4öÄ[

}(r)Û
.ël%°˙"
C    ö  °¬4  |  pñé°Â_Õ±pËà1/4[ì5õXab(tm)  :ˋÂO±°aka¿"
Aìp¯¬‹pÅjÃ.='qñ&ïbšëcØØˉaOžØ'‡È8õØ¯iv"[Ý  w§Å3/4û  ¡Q§²  =Šø5ú...  ÐÈ#Ø'  µì~¶ÂÚúa
ù
CÙ    ˜...Õ...°"ÚÿÃ"Þ¯ièuÓ¶C1/2"Â
-Zv¯ô÷
&"
."ö  °"è5°N0ƒ    *¦1/40°Â
v˜BÂ¶  C
ê  A,Ã   ª
    Ü&BGV......ƒ%(c)nš"!, Â¡qÃM  pdS  Ù  v......Â    C  D  cA    DDD  d³\Â¸^^^^ˉ^^°0B
"
  ¸^^ƒ2âñ        "kC
ã&Â^-MŽòÈ)xzúPÖÚ^Ã        :ì*MÃ  @ÂXÂX¦*ÂÚjÁa,
)6,A¡    ÊamGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü¶PD±  -Æc(tm))Œ²-³µf}¶[‹°\Š²¦ÉÃNv,2  '€¡"FB3²ÆWH
    (c)n"×È°UJ  0@Ð6Ÿ;  ò1/2J‰Ñ*["""¿×^  M? -  Ô/Z¯&  Âô‰·
DWiéí¯V  }  J¿f:Â  Ñ?h'ÛZþ-Z˜âXâµ  ÚMÂ
Ž  {ß{ªõˊé²¿×÷ÿK
k  ïÿ[ý"§iôˊÿÎÅs²  ƒ;ˊIçX  vi  HàÈÐ3/4H
HDñ±,'ßWþ  ¡šÑ  3  <ÔèÈ›%Ä²Œš£äA¢*‰or  HŠiš    "çCÍC%Ë  "F,û!'
    ÈÔÓ(  ¤  ‰  ÌÀ)Å)ÂšÂ(r)  ‡É E  0  Ÿ
5³cpš
h3À€§4$Få(r)-āŸ    š  |x"  !  £  Cä  "
    d0€  ƒ$3b  BÄ",,"-Þˋ8@Â  %Ù€2  &á  ó""
Bk,
"
    4  ý"
ÓOÂjƒ-?Cý]ú

Âb  a  ƒÓAé,
  ÓÐa
U¿¦  ÞÓAún  úqli¦    TâÓÐ‡ÉfÐ1/2ý¥1/2ñ¬^",AÂÚa
    (c)ßÖfÐ‹[ÓÂu¢;ÈG|  Úr^Ñ  =Û#Ñ    "Ê%í•    ô  ?"vE=  nÝI†-°ù
8rs¢  Ü¿r~Ñ9ätÈƒ¹  tKš%nKÛ!!ÈŸŶt"è"Ú%(tm)    Ñ-?D1/2è"Ýð@Ü  ¡É #3"    Ú    áô  6Â
Ó  #›m/i³¦4Š(b  r  -GJNÉR"i
"=:ˋ<  n  t  =7    Kæv(tm)ú  ƒÈ1/4    àƒÒÓõ~"m7I6"i7V¿M<- ßOTß
ß3/4¬²  ŶOOM×N"z¤  ¯n(r)ž›|ûÔ-Ctí;ª
1/2'ÿ¯˜õˊûoö¯1/27×ûúÿ3/4˚>°  ±×-êéêIˊˉúÝúéÐMiwëÓ×ŠOíá"•Õ{è&ëÒÝ1/4u§  ¸Aø0}ZõÐ1/2
ûþ=W^7ÿôþínõj=7~÷U¿í$+¯¿íŶu¿¯ôKƒðˋþ¿ûúÔÞèwÞéÿéÕõÇÒÒa  [
O(r)ŸnÿëZ]$ÞK<ˆÿÂ  3/4É@Oz}á¥Ú÷ðþè"õ(r)Ó  ôÛ1/2  ƒ"ÿ'j
¸3/4ý:í--  A/õÿ  ÷%fûúVD  Ôûµ²  ˉƒ×ut5]óPMWj÷  Dšêàäÿÿõþôù@1¿"úõ  ÿï  @  ×ë^  _Ó!t¿m
ˉ^¹ 1µ]1/2"
_tÈ=>ëú"XMý  ïJ¿ßOíõÿáƒ
ÿo{!  ¿d1D1/2WïNá.ÿ÷
;3/4  c>¯ôêžëë‹ÿ=uZÝÓý}(a"BÝ?¥iÃwmxaï÷È`?z"CÆ×¬  þðyjþ¿ÞÒÿ"IßÿÿÿÛƒh‹;ýúfu§à÷  O2-
Ôè%oî-öªÖ)Äë¬Ô    ï-w  ü*oÿý~U¿íÛÈ  à¯§ÿÊqoˉ)ÄÒ°÷ÿm  #üö›Ù    §'  açOÿÿ÷vÔêÿõÿ  ý]øx^
Cm"÷  o:/1/4ƒ=º"í×u¤3/4ÈoˉßÜ:‡óRáê3/4ªä%û_-  ß¥ÿÞ'{õzê¿1/4õõ^3/4u›ízo1/23/4élãí%1/2ô

ÿo1/2jß^(c){¿ÞÞ§}ûvù(c)°_ûµ(c)Ãïmk==§ßßÔúkö1/2í¯ÿ(c)çÃ{ïö÷í "TŸ ^--¥UV'í-"Ÿö"oß×Úí3/4--
Ý/×1/2[¥-ö3/41/28W[_´·m{_Û_Ýö·š8a^í°Ÿþœ?Û]/t¡-ßÿa{¦Ò¿Óé µ
a...mm. 7ÃJÒ†
¿é¶"ÃJ¡,¯Þ¹£°a&ÒÙ %ok†\>¶¶-"1/2:ÞÒ3/4Â]Zý Ôì%iÿ...ðÚWa{¦ J
%°ÂPÂ°Á& I%ocìŽ¶ KàÂK¥I_÷ëØØÔ^+ªb·b¡-  ‹ Ã
R°Â°Á&?a...'{eÓ "ÌS  öÁ{ŠÕä0ø¨Ü1LS 1/4CV+Ø§ŠÙ
  ð{ý... °Öö
;î¯'‹_ ìTS
â | ƒÆé 3/4$ ûXa5mRpš`ša+íxa-m_÷-§a:† ì&˜Ol&ðÁú
01/45"m+µ!ßû  ~ªƒ MKpM ¡  ,  _
,C
" ,2C;OûPeƒ Â`ƒI¤
  á"Â a>ÂXA"Ð0_Óá"Õƒ  ý Â
"C † "Ä 0(‰
ƒ%³
B#@Ï±R ¡ ˜˜Š˜˜˜ƒ "$o dËP^3•,  ÄEÄG˜˜˜ü(r)§t"Jß(r)¶Gk{ úû § ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿòÙ,S ± "²-ÒÑ7O"  r
; "a } (tm)á•È31/2 ˜,ö°\Œ B÷P˙· ‡"³#. t úð¹X÷ßI:
4-ýÚ3/4 Wë
~Jéj¿uï˜~¯"? j " ÿ ø+§\-u ï¿ëú xÒZtë_ÿÿ Ö o÷ -éõ-¶ -õ÷1/2nŽÁz
m3± úºÄùšŒ§ aÛ÷Ù9 " eZ: PgXÙ cLôk uˆo: ÙôUÄ6ue Dƒ6í˜j "‰ H"
 6!N2€L∅¤ƒ( "²†HE<`fee H B 33X ,!ë"y .E¨iJ¢ h‹)öµÛ̌a ¡·h õŽ0@Á >äÏ‰pö˜m !
| o˜ j
x" M¥¦  ›1/4Á" Ða ~Ú  .×> pƒÂa A, Pƒ@óŒ̈i"
  ¨ClêGFJMzÂ°í0...¦°wÖƒ ša?t<& ?1/2(¨û§3/4Ó  ñn 1/2
ØÐí=44Á?OMPvàùöl@^ ¦ö{(r)é Ãáäc¨ô ÂmÞ ",bÑ Ãýb oléZ ÀÈ´ œŠ¡˜MÓTÕQ/k ˜î‰o{ß
AÅ¢XÓ a?L ødn Ó"¨² Û Û %r~õ¤GÎF °6BC" ÞÑ.È'Ð°ê%o{T¤ªÉ{¨ÖBC
Ü<<œœœ<ö¤ëïÑ.lŽÒ%ô Ó É ²% ̣Aè:&v~Ñ)ä$4 nJo3/4-VÄ-ƒÐ êðAíd§H6÷Ân'àƒ Ÿ] ð@ô
Þ,}*
,w(r) ?M¤ÝÂn÷ué¸C =]p Òzýzn ;N,p‰~KýÉûí[ •Útƒþ¸§"¥ íS×O¶´-ž"Jƒz
"§í(c)ö°k§êû¤ ôû[ÁéÕÒ*Ózuzè:  3/4Ë>"æu Û Ã¥×O
"Õï'µ±§¦Þ¿¯m3/41/2iößêôŸ¿uÇÕH7Kâ•íÕ=01/2¦Ú¦wlÕúÓ""E < {ÿýn"¿Ó×Zê1/2
ô¨* Jí:¯~ ´3/4ÜÎê¿]j(c)~‡×û-žŸ§ë Fgƒ §ßô"ïFz¯·ÿ¶û{Žõ- "§æ 3/4-."1/4=j¿§ƒ^÷
¯Z[ §{Æ°›ÊX3/4  Þ¿uW‰o_÷-j-m~5ý¿_÷  àþÿ×´É@•Ô@ 6ô¿ ¥nÔô ßI1/4 ÷úýŽÕÕÿà÷§Mzî
^Á ÐÓ ÿªÝÒè ¿L‡í5ÛÚÚ̈Ù ßÐ_÷ö
  † µ{äTþíÛ~÷þö´û
÷m?õ' ~1/2 Ö×ÿ ÿ^î>(r)(c)v -w'1/2o3/4Á,Öu ß ú=j _ÞÖ×Ý-ûpÁÓ×¦¿ØW]·ý¿î-×WÃ
¯ÿxa¢- õ¢-ßëî
"AÇÞP
-lÛ}û̈Äüœ7æWÝ.°{ ÝûôCÂ°d  Ú×ôÿ "Bwüê ýtúíA  ×W¢3¥ÿÔÓ(D'-Ñ -öÐa×¥#O_ßöú[ïm
r,/wëöèŽŽŽÙÊ̈ÈBÞÿÿûÑ$}r0[§÷ï%ÊY
¯à·ìzðaÂ_a 1/2ZPnúÿþ"Ó~Óõþ ïŸëwÔ öì5ÿûK¯Ð^ï  ý¯˜Ã¥WýyÕ Ò]Þá¤^-ä î  u÷÷~Û¥þ
áÝ̈]~ ¯ZÞ(r)ÒÝ. û"Wk¿õÖÍ·î-ßz¿uI.
ý}·î -°a' éëëî*{}9Ñ°±ú•mo3/4×ûúÛ\ê}û¯Ûõ×^ªzö£~1/4ûÿiï1/2ÿìãÔȩ̂ÿ+
÷oí]{_ï"[é°}¯Òý´1/2x¦êÛûâ£ï"ôúï -nÖû_ÖûKÛÄku{i%*PÏo\%¶ _µü=×Qþ¨Ú~Ãõ(r)ÿ^×ÿÏÿ°¨uÛ°~þ
÷öôü¯-í(r)°ÓþÒ>í(r)t6 _¶-×uv"PÕä¥í"¡-¶·°1/2Õ7õ¯"^Ýø^Û̈vý¯"N Vµªal+j ÃJû[]l*ýý' o ü^Ý}0
Òka¥ØIøäá"þ Za..."ðÁ"š¶ _ ƒkÐ0ZpÂ
a† a'Äƒ#‡3/48(tm)ða&DÃÃ 3/4)ƒ a...¥ m{ 1/2ÿd uîV? c]§Ø¯ b°ßÅ þÅßìSÔW S 7~È

÷v)ÕŠ¬5  âÅ0ÓþÒõá...o†ŸÕÕáU0"kÃL,E[öC
Ý(r)îÚßÛé  wÛ~  ^ÖÈx´×í[
Ã        l0W°šNAÇq,zû  Ã
Ø*Ua_í¶¯0  ØTÂö
•Ù        já0"Za=v  ]"Ø  V  °°ö  &  SÃ  !",kip`˜N  v  îÔ‰oµ
e<    d;  i¡hh0  ˜DC  Áxƒ  8a
 ¸Š¦
DDÔ"q    †  DDN  ‰NÄ2Í  R@T  oÕ"ñ    ÄDDDDDDDDDDDDT2˜v    :õq    ]JêV[4"v•Ö  ë
b˜0¶¢°¡A,
(ƒ  ÿÿÿÿÿÿÿþ[oKr  I†dA  ‹Er  ÙaŸ"4Íë"ì  ét¤#  ä
‰²  dâ  Õ2¹£)  (tm)s(r)ÿm)  õ\Íküÿ  Ú
êê°êwZ|±?õÞéIŠw÷p"§×õ^N-_}Ué  Þ-
R1/2Š"ÿ°Ýëÿªßÿ  ßÿi_Öÿ¯z{²¹nE  d¬¬  {ò¿d(c)'Á  ñCÈ""¬...  &  ƒJ¶@Å%  f;(
HÏàa    ;#¢  SÍŒ  (tm)¢õpd@Ë¡"á        áÝ  'œ  ñ
ó£?  B  ²  M  Y  C'S‡¨äØ‡Qå(  2  e    4  èÐf,Æ  ‡Dœ  d    ¢8(Aá  áƒ:D3r@üäÁ  'f  a"
   B3cÓ    Ý¡   ˜
1/4  dæßa        D)  Ã  4  PƒM>ÕÂa  è    O  4-L
   áHa
q÷Ü  õ  <  ôÂ
'"    L  ï°ƒ|  Â  1/2Pvƒ ›á  þ...´•Ý  Âié¦êŸÅÒ
5  44âÐÂ
 ä<Ã  ?ôƒ
§§ì¦š
ÐkI!ÅñQ    È(r)øÖ¶÷‹M  ^ñÄ\Eü"pí  Ê""e9d9.¢]°ši³

š-é²³ï‰[D¹É{bäü4Kš"ÄkûD[1/4^ä    Ú'O"ü  :d  Š"çÜ‹ÔJm  ö  <‹"O¢%  Ÿø
~  pF†-"th"  "þK"';'ÝÑ,k
Þ‰íÈÐJr¢,  Á  ƒh  ò9è    òèïÑ?Èƒ•
    D[Â3  r/‡Óð¶6QS  Â  MÂm+"Õ°ƒ_Öé  éî(r)  ["è  è  ¡
AÏÐƒÉÿ§I  Ú¦Õo[¯é´-^"Iá  t  "5[Áþún÷>þ  õíí
¦ŸéÕ¯"H:O[M^õž›ÂA^Ýt(c)=
›ê°´  .  °OMßÐxOý5Iz¿]:ðŸþëJéê^·ë¥  ~›úÿ×Kà^êéÿ¨ëO"Þ>Á>ôøÓTõþÖ•{Nãÿjïÿ×VÐý?^"í¸ê-N:N•´
ô×o·tht•¿˜7WN?þ-"uÕ;ÿÒkÿ°ÿÿõÚ"é?þ3/4'1/2þ¯î>=:Oÿß]}‡ÚúÿWzïÒÿ{Ð/ô¯ÿ×-m~¿¿ÝdL^Ï...ò$  Kþ
ïë~¹
kí'  842    ÿß]Òû5  (r)ÿs¨¿ª"ÿ×  -ûµÞí÷@  4?)  ~÷"¢-&xÁ:¿Ý!´...ç@{  ç•`ÿ]-¨ëþH
_êê
ýß×ïkë"ÿJ(c)öàµ~  zR    jâ)jêûî¡:
   d@    ûß°íáíÿû
   Ó°¨ûêú(r)žÞÿj  Þ    Gúx³uoö3/4õp^xðÙ    ÈÈ$?_1/2uô°^xÚõJè'Çÿz"ê^ÓZ"ûî›ß¢  -‹VôÐŸÚh"
þõõ°ÏNÈ£-5,ò  Vr,‚õ°ôû¿ú"  êíÕ  Óýw³íÕ\Å
õ_Uë  "B¦1/2  #÷a  ¿z(tm)]"öôÚ²š,...šÅ¯L...}·éký¦‰'ûût
ë3/4žë¹Ï̈þ(c)ßÿuüèÐ]Þ    ª"¢¶ÿ÷I:-+
}    ¥    ý  Õ{{é-}þ"ß]~t×(r)1/2]  ïþ¿Ý...çZ¯]¯¿w]*  o¯îÿ÷þ3/4(c)~õÿíú÷1/2²¹p×~ÿõŸ3/4  ÓgSm
%ÿä^  ÷Ý¦6Ï¯s"ÿ=;k÷¦uÿ×zk¿ë  Õ  ûÿj¿  NÓoî(r)¯íÿÿ3/4(r)ý=µZoó(c)õµ¥"¿Öï¿ÿÓ7V-"ú-þò1/2ÿúö°¿
 Þß¤(c)wwu×³ïv¶-  (r)×ï{[±¶ÿN1/2¯-¥"öškþí"Þ  ßô1/2zÿ"K_í+I†¯ÿØ^öÕþÕ1/2µûõzÝm~ÚÚ
 °]°µ°"ÃVÅL0•¯~Ô5ÿ1/2ì  3/4úSC¯k~éZÃ  oûÃ    ¿^ÃM,r/    a,Ø'ö  ÂÃ
 ÃJ×MCJ¯ipÁ>Òa"
 ×ØØ"ÃX28}µUa,zêƒIX¿Ù  ÿÅG"Œì  ,  LRkú±¯ÅG±QÇïv  a,(u°ÂM-Õ  lÀ"  oØ¦6%"-  GìBcâôâ

H o±\ƒÇýíú  Àÿâ¯...M  ò
ýúd- m2-  ñ1/2  G±ÄT‰,˜ûÕÅuí0ši¬0(c)  ñPÈ ÿa_Ktí~°¿Ëp˜_ì*
+¿ë̄ðÂ...,`ƒJ  V'¿ ÂØN  L,?Xa[JÕî  a=á...M4þÂü0ƒ]ã&:PÁ  Û¸Ò"á"ÂÃáÃ    @ÂV‡¡
    Ð÷  E,   a  `"5a-¦"‹  !"!'  #  a2Æ  ""   ÁB  †á  8H    ^ÉA  q
    ^^^^^^^^ddÁ80Mq                ÄDD  R   ¥¥õÇ  øÿÿÿÿÿÿÿÿÿå(c)OQ+  (ÿ"aW(c)o4J  Â"úõzÿÿ̄
Êô  Ì,Æ      B':"S˙È‡  6uŽ
L
R30å#(tm)  , Â
à  Á  ó    <"
¡36¥  ¨3çÐh4Þ  ¦†  m§É  Ü&×M  üŠým5´-ëÒÓZ%úm  £'œ(tm)òG%îO(-Ù  Þ•ß.  ë  7ONg%ƒÂ
¤  "Ý]=Ö'
ÚT  n¯ý^  ItÿúûýÇo...jû×ï};¬io-ÿÇ...éZÐ-ûƒ¿¯ 1/2µ¹o]ê  §²
‹\  Lú#ÉúÝÛÜÝ  á-fJAØ4A4š  ê"+ÈÐJw[WÎ€ÿL     Ã!ƒÁnöÊ°Åý6Ö -Â!Ýƒ  ÃÑ
à1/2h-Ué/"A  ·ÐL1  Â
È(c)ÔˆXêê  ï';¥ÞŽ  N)    DgòÁí  Ï¿]z$Ž´
^C"gp^íÒ  Ú¶¶"¬  ¶×1/2°þ´ë§ú~-×YæãF÷_gCj'ïÞÒúïÿ§úíë;(r)*I    Ýz1/2k³÷MúüoV  +k
+u¶]1/2...µ´ý¤¿r  ð°iA..."
l  M"kwOÃ  ülqR$
d^        ÛÚb[º"!‡l&  ²   iâFýi÷Þõl&¶  Û          'jý¤¶
ß ƒ

    ì!


±  ,v†ÅÃ  41        gYB+  ȭ...JMÕ  ;ÐMWè*ÂaD  ÿ-jR  ÿÿÿÿÿÿÿÿÿÿÿ-J(ÿÿÿÿþ[  Ü  ÿÿÿù'"
ÑØS,(c)lÈæK(tm)övjÎÅÚÚ'"¯"B#³1gb£ È  ƒ:  4nv      É³²³
‡Ö§Í×  0"0°  ,  :ó÷5e}WÒû×"-ò-Õ%M
þ  W'ÉGï  ~3/4°ô  ¨ÛÕp[Uk÷ºU_[,"n  %ou  Û' }
÷¥_þ  ØOóýAU Ü m    oÇ  ×§Æñ̄K  u"¤
í}_ýkíTÖ  Õ-(r)÷ïëµëwïúvÒë̄ß°ÖU  ¯Ï²T3  <ÔèdS%ÅR^-  .ŠPì£É7ù
).dEd€ÇHÙ"  Ȭ  j  óíOD@K&    !,è)
(tm)ç^ê  Í  È-"    #8à-_8vzˊúsìØ
¨@Ä  2`  Aœ  R€'6  3  "ha  $3  Nƒ'      ˜
q¨"   ä%d['bXAš0@Á
H4Ðd,>ƒ  ?ð@ÐyP  ì  =0ƒA¡'''.  á  ª  <  ˜
ÍÓ÷é¡Vš
  iøAé,      z"Aûû¨@Â      ´  |  jƒÒ
  ...|CO  8Âo Ó{Aöñ  ÞÝ  ~ƒM‹UÒø‡¦  z
5¯]44  i±
-60  ß¶]ƒ̄M+âÑ>k  ¢>§î"  VøÑ    %    Û"÷"Nƒ    ¨ä¿    ?¿'íÑ  3/4N(tm)  +'?#ç"Í¢s_"c"˜w%ÔJ
tJmd%è6~'1ðAêE  "åŸ"  ÍÔ̄,(c)  _!-Á  Èý ƒp@è,ótKÜ  6‹£"úO"þ]&u(tm)Ú(tm)Á
èœðF†ôðž\è&Ñ  °ƒÂÒoÐ&Ò}  -›"ü  zu"  ÖúÁó;˜¬
  ž  ×ûû    °÷IªaÓÓ-.ëMÓI>-M¤-›¤žŽ¥}¸OÓtÕïW3/4×Óí7ÿi&C  k|ÒòÒ˜¯-§"¦á<&Öÿýë
ßzõî(r)×ÿêÓ¤Þ°ZZ×‹Ôô"Jž(r)á  H0ü¿wÇw¯§~ÇÖ¥ÚÕ  IÖ±¡öë"Æþ$þÝÿö1/2Ã¿]¯xí;j  U5
°µ]Ž  ý  Ðý×"oêÕÂ¿ZuÕö"[µÿÇ¬Ú÷ƒéÚ_÷úœÃH•‡ÿû‡þ-¥ÚÓï~¿¯ }à•-mœ
Á7  (r)´  €  ÿøoök
µõ}  ÚD(_ëö  (  ý~  ¬äTí´÷  vE-  Á-÷C¢,  ý3/4í7#Bnj  û "/É "ÿ  §A  w]ûÈ
ýßd*¿ü  këi+!È,uÿdh  _¤¯ vò¬1ä€waßá  zú°‡"ëö  -  û  åýÓ è"Öûu  D8ëÿÂ3/4ñZX]Bné0Òü"
  þûȬ ª"Õ†

ûúÕÃ  õØ  wô-  xD';ûe"¢-ëªôü²pˆ{öˆ\ZÙ
;  Èéúÿö"ÿþä T
÷ÿê7^ø0þ1/2e"xoDgT1/2U  D§_nÕ}  hý  Gi¢œ_í  ×¿¯ºDPþþ¯)  Dtÿÿƒßù¨/jÿUƒ|.ß¿"
ïëÞü°×
¯´Ã3/4þ  ÿÕÿ$Ÿëî°x/!šö1/2  ÿ'  ÷]öÜ‰  "¿  u(r)ÿþuz_Â"Ü?^¿    ô"ÿÒðÝ="ûø|†  v  }ÿÍN"  Öÿ
K5=-ûÿ"¿VõUóŽÿöëÿþ">ï¿Î§êé{¥¦  w|Õ¬Í;ú(r)ƒ"²"  ¯{m}  ß}°ÿWBûîßÿ-Zÿ§iJ3/4¿øOôÿ  ïWÕÕ3/
4ÕûûÍ5ô^×ÓJÕë†1/2ê¯ö¯}ÿaªL4"Ø  ûðÕ3/4×Ýom}úÝ  ·{k~ØKý†,ï}µ^ÕÕì+kaiÛa¯ª¦Ÿÿå  i
ÍæÑ-<p`*ðÁo3/4Õµ~ë{ÛJ  _i_,}†•"ý"ý†¬03/4  í~Õ†  "‚ì/ö      pÕvE  Ýþ¶*"7
Wìu²-¥

Ž-ì0"°ÂÃ
            |>Ë(r)ã{   ÂÃ
ÇìŠ=Ž¯ý  á,±ì3aZŽþ*EN>$Ÿõ
ÿix_²
>Õ  ‹c'.Åk  Ä(¯b Õ  3"p
ÆÅr  ‡ñÂ¹  ßvX...\IÆAÇl†  ý5P•"û"þÖ-}0UôÈ;Ø^ÓnÂv¯"Ý  HÓ]m.¬‡v  V-i  Žþƒ
ü  T×§a"Ýa,tíºþ  /    v-ü0˜V  O°-ï¦  m;"  [
&B1/2...†  vƒT  -a,
"Â  5.Â Þ ,  &Ø ðUA"¯-Á  ‹(§WÊn,,'¡0(ŽÂ  g    "âÂ          '•D  h\  B    Cœ¸B
    ^^"DDDDDA,  HDDDq        ^    ^^^^^^^    Êáo-0ïÚÚý+K¶°×3/4)ŠîÂì  \0CÄ  ÿÿÿÿÿÿùMz  ÿÿÿÿü
´Ô*Ö?ÿÿÿÿÿÿÿþY¥øÿùn.Ë"¤w"&âîv(3¸
u2fy  ˆîU  (tm)K•  W0ò
á  k    =ö;Qé  "ÿÑ]=¿  4    ¸]¥rIV  ÿì§Ôªö¶1/2÷ôKš%      =Õ÷ªIWû[è6,
É†Çv
    ¿à±ý>ðƒÖ-=u‹ëJÒµõÿõûµTþ-÷¹"Ï+këñ"s%B˜vz£^U
"
    £Lž%¤Fy  $óbš,]›  "  ‰  5Š    £!(tm)(c)'      GG£¤k`ˆµ  ‰  H.Èš'nL  çÌÖ  êŽ3A
Ä1Mam¨Ò‹ŸfÃ        ø"  !
    " >  °@Êƒ<Â!t!ê"y  '@"3
)0  3b
Ñ"  A,¦ò      àê  ff  "Ð0šy@
pj  ""ƒ  AÉ  Äë4-  j`(@Âa    x@Ðd-(  ŠŽÿ~    všh7_MôÂa  ž  zh4Ý0ƒnëBÂ~ž    0ƒM¬&š¸Aéª
lZ  NÓN4;²œÈl( dìÀ¡  ÚK|CâÐíñ  ‹M:Â
^vœZ  ë‡|}¢$U  ãÝ4G-P›  šÚ"  "
ù  ô  DXº÷j  ˝aú%Ù
ù>"K›ªËHò&Q/h^;dZdpäL¢VÑ,w'ÿà(tm)dç'B  ¸¢tÉÓ%Í    îNx
pe  ÈùÈ¿,">">'  'îNnBŽÑ*t  ñQ?rè  ¦¦6)<B  (tm)      "ûA
';A=  ÿˋ‰å"  òç>ô  £,
Á  p  ¹  ô
êDT  '3˜MõtÜ  Ý[ôÚÍ°›¦éÒ      Òi&ä(c)"òH          Ò
îíT  -‰xw  (tm)  O§§¯m&þªÚ§JÒnºª×K"ÚZ§IÓÓð>-ÒÂ]kU}"¥ÂÕºë"õÓ-é
ýÝ¢é<(tm)
ôÈ/¦  ×º]v  Wu×]é  þŸë¦ÿz×Ö¯,Þº    ï    Ýh7O°K¤ÚétÝU]'¦uÒmiº

ïïµî;óG_ê  Z(r)º|qßvÿö  "o˘ø¨3/4˜  m}øŽ×3/4=
ë(r)ŸÕ-Õè-;
--
Úî  ý]éñ¬~˜ÛáZWÌì÷þ¶¦šéu°ÿ¯úá=l;µÛ°è&ÈC%!]°ôø=6ôÿÒÂûûüŒh  ;˜þºÁzø2X%~  "  ;Ûé

ÿU..."Ó¹  ¦  ¦ÿÒ
†É¨Õ&÷kƒéUëñÔ  1/2Wàä.Ÿõuï:    ²  N¨'Ø2\  3/4ª-  â›ëüè  ëŽAÔ5ûôýn  Ý}i  @wzú]r€¸îŸØ9
îß  à1/2ôÁ,í(r)Á,×ÝÓ
   "ê°_ðÃzt  ø3/4Ý‡÷û°Ã"µµßð3/4÷^È`#{Õéÿ°1/2U°a  Gêû
þ1/2ƒ  ýÓ1/4"
:ÿ
6õú|}ú_[wîé_3/4^xú]ûƒ  3/4þ(c)uH"f÷@è‰óÿü  a  Ÿ_·Á°^|þ-]¢  ¿Èw(r"=[¯zù  ßWµ|"  õÝýtEŸ÷ÚÎ
   AÝþöÿ'Hþü§    G¯ðm-Ck-sPI  ŸûôÎ  3/4X-jÕY6‰°91Ï
   þ÷þ@ÉíéUW}  õî^  '¦ªWZÿ|'ª¹-8[yÑµ  d-iü  RÈÿÜÑW
áêâª
"ÿÕ"oœ}ÿúáßöé_ßÿt-Ãƒ"zo_úKiô  ú:-3/4  I}:ðè/ÿ@þ¶·íu§"§3/4ÿª¿ïÿ  ^"]  ÞßøvôZ3/4Õþ°~Ï5¥3/4Þ×û
Ý{  wk÷_Ò°œ|mïþj[Ýt-*mí[ÍGÚ±1/2-^"K¥þyå;^Õocÿ"¯Ú]°mVÏ-×÷ùÃZªv×ÿûíoz}8:Î¯¥}-×z[î"N¯uü:
Ý†-þëMÔWë¯  (r)¶¯M¨¦µÝ  Òþ¯ß§Ú3/4µŠuÔpûS3
4¿a...}3/4õIÿ"°-¯~÷"iok¿1/2¯û
mo†  p¯M-í...÷á-ðû
]...Û      ÒL,nÃ[a¥
"›     q÷Q§v  °"¿õ°¶•Ô5]†¶(r)¬0,zþÂÿpÒ°M°"
‡
,3  áö¯Ã
a=[
ÃKÓ]'Ga†
%^-ÿŠdQÕÂûwâ¯[Ö£†¬‹-
   ö!E.Å|‰ouc'Dzb¯"|TBdÖö*$nàö)v!G1/4[  {  ÇñÅ1OL  J-+Qï-2  þítõÝ²  [  "  í  ·v¿y
;  é÷4Ó[L/Ú1/2Ã  'ðÈwÕm7†BÅ¦  ±JÇa    ÂÞÚý§§×ö  ×°°¯N¬  ï"
¿¶§¶ƒ      "-    ‡Ø_[  J  1/2,]¬0A...1/26Âƒ8B)Q  Ç:OÂ
   "ÐÓBÁ8iÃ"âÐ`-
ã...‹B,  â4  XX'%`%ot
   †E    Z    D    !    X¹282Ä1¦  µƒ
aDDDTDDDDN^DDDDDDDDDDDDDDDDG-  Ž  -T  ":Ð¨^^Êáo-zŸÖÖÃJÒÈƒØïT+MC"µÎ  ^ÿÿÿÿ
ÿÿÿÿù|  s"ÁH  ‡£,¤Æe
È  %â¨ÏÀ    ...3±.-E}L·0i  ¬Ÿïµ;  °ƒ#lî¸¤
W°;Jõ_ý$  -Pt÷°-$
ïü  (r)äÆ¤bòb°ôâí*"ü-õ
a}jÂªñþ  |  Ú&  ßq±¿Åj3/4-µßZÿÿöþ¿ß  ß3/4{Î-l×  ƒEÖRÙ    "žÈÑå@Üì\  ;Rý¯(tm)
Š^3
¤    ‹  D¨Œ¹:^P#  "¨ŠVZs    ,  Àd|‰oD3=        šóÃ$ÙøØCà€@Ë,=

   B
   e†EÐ¯    9¯  u  Í  ôìƒ"TB  p^Ì  F2Td6  "r  3ò%.¸Ðn    Ô"&Ó    a  hj
yœ      ÍŒ  dì!  ^¨3PTÂ  ÓÅ  ²ïÀ@@Â
pAé,tš~  "÷Aá  ´×L
Lœ
...{0  ÏL¯  N&ü'"ÂhCM;|&ž(c)ØAÃÿ‹A¶ƒÐ"OKM4ëAÅÜXC‹†únžƒ¨´  AèxN$@aÈ&"    q  Ç¹  3/
4Ód|äœ0š%ÔžO¨Š;Ø¸µŠ}ÐöB
Ñ
êK    UD§'iM'-ÉMÚÚ%  ysh^*G
,ƒpÖ.Ñ.Ä;M?†  ‡ÚC"(c)
TNtGn    49?›{  Ú'@û      'LƒÁ...(r)^1/4  #ÆÈ(tm)àŒÌÍŠ  <‹  ‰o;t  ÑòsÂ

A;"þO²/PAý æ" nDëËçD¦ä&>ƒR ô %Î´¸'éÞ>@  ‡     ´ &éý&éôĚž n›'Ÿ"@è  pA3/4  ¤Ü!'x  ×é7
§A6  <&ÐMúMè ð  í´ 1í§Ü#23h
Ù=¶ }iééêé×µ~Ÿk"ëÕý]  ëéú~  N-Ö"tÚíp ƒÓ×ÿîÂ3/4 Si}<ªò  ¢9¹/w¦Ýaoý¥Ó¥¥}6Ó{3/4ý==
mUp"vŸÇÝV›Ûmiô¯i3/4ëkZÚ}CûN  7ÇM±¯ow  Ûvö¤œzöÿÿªéúÜ}4¯ú÷ôŽ´3/4ªªýéî  êý/}+Zß¥Ò×
¯íþ"é÷ÿÿ-¥_úÈ¯¿ÿzm÷îÖ¤ëªO_¯ûûª3/4È©œ  ?ÙÈŽ%'¡:  §34GÅ  ù  -ô1/2¥{ÿ¯þk
¿ù  @¿]\n±ßÿ]§w[ÿWõ¯ß5  Û!È  ÜF'H  ì,  D}}  ÃëÚ_ÿÿïÜ
é÷ô  t÷ÝÕõOÿêu·ë"ë"a.
µ  ëÂöÈ/žúh  ?ßÿ÷þ1/2A}þÁmwý  ×§¯õ]í5ßtŸápÁ~´XÝ    ]¦  {_  ÿÝÿÿuè‡¿ÿ¢-ÿKè‡rÐêLrÄ  û
÷§  ¯ÿä°!;†ØWÉÄª"E›ðÿj"÷@¿ëÿ¿÷êû  Š  ¯èŒÿ¿vZµpCïö  rc  †  ÿWKÿìù4T  ˜¢•  ^F
ÿÖHÿï¯éý×¿à  ß¯@ºÿª¿ô-{è]ª^ë}~3/4,Ûˆ  íZ
ðm  ô
O_ïî¯~¿´¯¯¯"1/2ývõÿ¬?·úõNß_þï  _´ZZƒ¿Ý  Ý~Óÿ  µ1/2?_I  u÷ûëW_-ö¶u*Î¯ëÿ}ûß¿z(r)^Ê°Ûý\êß×SÎó
"þ"¿µO°{nþ"¿ÿŸjëß_túuÛÿ3/4ÍŠ(r)ê·¶¿ÿmsŽÛ:;[_ÿö×ûémûÕÕZV"m*ëÕU1/2?OVþ-·ïõÞ1/2Âÿ¯÷_wú
]¶¯êÒµ×NÕÕ÷ûéuµµÂn  ÷ßoa["V  41/2µµ‡û
+´¯¯ïV jõõ1/2m
ö3/4¶°Å·¶•"
[ïö´"NïÑ¶  Ò1/2ß¯†-þ¯Õ¥jØ#Ž÷^Òt°°¡¡Ú÷úiw¶1/2í...×§¯a{[J    •¥˜ša&
  †  4  ØVÁ  A...†"a%Ôû
VþÁ,h%o-  _  øa,ÃV+¶+Øa/'s†  _ãë3/4ÿ¿÷-û",L  J0Â0Èâ±&ö8¦>þ  Lu!.ÅFÁ,[Þ´Ö°Ä"ÞØ¥Ù  ßñÄ
&ºaxb·¿Š  d  ýðÁ*oá-ZOc
T±Âj*•  Hm5ûÂH<oY  ·    ŠÕ÷¿[û  ¿ïö  =Y
šð×ÂÕý(r)¶¿dQ  ´DÇ¶  íZµTÂa4  NÒ´Âýí¦÷ÝdÇUëø0´ü0BûJ!,  ÃK-Ðav  :ûWºá"(c)¨akímû
É%‰'+  D0ƒ    --¯*:0`¸/-ƒ§2    :Ða  4""=  ˆ  1  Á
  m,Å!  Ám  ×á"ŸÝDDƒ"DDD8ˆâ"8âB!    DE1  OíG-Å"¹y¡  a  Çú^  ^ÕÂ°ëKÕXa/Ö1Q
Çká...ðdÛ-ØC  ÿùl  Çÿÿÿÿÿÿòn  ...'6/  Kgf  JðgÙÙK"  `  ¥g}&y(tm)  3°&FÌ¤D4hÛ$†q e
_·•.  Ž,
†dÉÃ_;ZE%(r)¡~¶  =ïé*
Ÿr£õIw
¿öå~=k{ªmþ3/4  ]õW××·õë"ã_×ÿ÷Ó¦ßó;^=è˜  þŸê  î)  "¥Nš  éÇíîû  v-...WW~"wêÿÿ[Øûÿ~º    ûµ(r
)×úý^w£!ë  Hƒ
j  IpLÑ  ,  'ÁI1œyì    G
LÇG
,§:;&2    ó¬GD,R0ò7ž"1  "  s ÈC  B  ÄŸ>Î´k#Öh¬üD  SŽ"#¢
†Hy¯w²s"  "ê
"  Ä=\ØD  "  £Aø"  bÎ³ñÁž  v
,Ã/Þ  -fÎ´DÔ  ŽˊVÄð°:9@sP†àƒ  <-aA    "  "
¡"Bûpž˜A-˜      ˜
    O)Á
§"  éXAª  "Ðm§¡Vš ƒÕB
Ó÷úM?Âh5$Â  Å  ƒ!ýšz


Ã  jÚa  â  z¯Úh?OT    "zI3/4"\ŽÚ  v´Ç)Ü^´£Ø1/2'Óí¦-^è|C    ¶š


(tm)a-Å¸0(tm)°åÙÔéî  CDp÷‹MÑ  S¯u
Ä48¸†^·ÚOù  ?JD¶,  Ñ)äU  è-  L‹Ý
'm(tm)°}^¯NaÈ æíý  ßÐÐh;û¿zÉÓ¬œÙŽQth-jD1/4ž=
Ë›sJÞÈú%(tm)  >BÆ  :%ÕqÉ9:?Ð"sô¯@Ü'¦ÏÍH³Ðn  1/4'A
  'ñ  ô  ¦õø ~E÷%"Ñ>"þ*ÕúMú °""Â{,

øN y*vB-Ðz fr:h< Ø:VÝ- ^¯Oð [i×v ¯ÓV"Âo~•øN y9´ ‡'úÞ¿×ºAº
Âm'éëéé´-Y ô´(c)<'"JÒiéõ×ô¡=z÷\&-Ý-]þ˜_ß-Ý?· 4,n
ÝèŒóæÚZÿá:õõ"zêîømézz ïIþ ú¤(r)>:"ÝÓ§WëýºMÓ¿-}Vþ"tþÖ×Åû§ý1/2ÿá ]xaë¤ýÖ>Ò÷s?t"ïz
Mw^š{þ"úÖé×êÒ3/4 uýwÕzýëÿèzûü...,nïõ¿_î·_¤Ó' °ô(c)ýz"-ÿ¯ïé1/2û ñWQÿ¦Ö
¦(c)¯f28u}ÿÞúð~•z¿)Â _º' ñ(r)j
!uÚiGOïÿïÅÕïé>1/2põÿöêd 1/4oÄ í÷ñþV
ýw^
"îÿšƒûå " èûw~-ûúûúký7ï
ÿ(r)°]t {Òªªî· ÿÕù@1V¿uy Óðˆ#Ø{úëo¯¯¿§"Oÿ÷² }oðˆ
ýý^'Ûîÿ*ß*þ1/4"-?}ë¨]´- † ¯²ïãw"W×ÚO Ã"¡? }ÓÖÃö¿î¦N 'êA*ó ÝUó+(r)ßÿß¢'ïkýÜ" ü"7
Â"žj
_Ðþµ¿é¿1GZúûï
i1/2û¬Q${(tm)[ "ôýò(þ"úôÏî›íd'êî ² _kþÿ]ý K×"ëðnZ‹õßá_¶êú ÷¿ÿíÿßp¿_ë¤
tŸéA"í ¦õÝ}ûÿþ"ü v•oÛé%ÿ¦ÿÞu"_]¿ÿÿ¯Ûuÿ¯{Ö-ÿvÎ ^-õýw:;]_{ýÔŠ WÿÒ×ù(c)û ÎëêÓÞ›:-ÿë¿{
ÿ(r)"k þÝþyõÿïÚÿïÿï¯iu-
s"lèÒ÷Ûÿúëoýýwéwé këëzM¥ Z éZÿý"÷ ï¯ßt1/2>1/2ïd"tí=*úëiýí(r)•ßVýiÚ1/2l Wû_~ÕµmúÒ¯
ÚêÝuö""aW×ßmmXjÚßUÃH _
(c)§ÿôº´¯m\/Õ-ÃJénÍ 0I_mwýmxi>Ú}Zza;JØ~Ã¯V×Ûouá¥
+
"kw¶ }°'tÿìvÂ~ iC

% Û
%† Xk÷±ÿ`(r)"Ã a...ØaZjÁ{mƒ &80['/±^ÔoÈ¸Dºû °`¿ß|:uÒþ¨~Å1±A ø(r),1WR%á7ì~û nØä
L ñ&ÿãd1 *D o¯ß÷ÿ¨L†
nì ±°Òa,ÃJ _êÈb?L, jA
ÿ[!ÝUo†'öA-ºõ² û
ØWíÓVÓºá...z² éí¿ö -é...ë ŽýY u Å1QzpÞÒv¬& L.õ
a...† º†
×
+öðÂm"
v a~Ü¸ dM!ü5Cƒ7ü4?á...† T"^´ÖÂa5 ¸ýäCá'," Ã(pA¦ª"0B"
í ƒ$3 XIzÑÓ Â mñ{øˆ´""""4"#°"DHLF (c) ÐÓ !,¶˜L& ¥ÔDq ÄDq Ç
0"0ƒ
÷}~W j¢ Ê ˆ‡år[ÎÀÚ[yn[Ðˆ ûÂ_ªPô-"·]† Ö¶´ƒKŠa"1/4P±[Q(tm)
[Ma"Ò a0¬(r)T˜\0ƒ&ÒR ÔDP(ÿÿÿÿÿÿÿÿòÐ';)DÜ(c)Ì‰L(tm)æFlìÖ+ æ¦' v;"¬ÈÁåpC"èî±Hy%(r)(
tm) ÎÅ XMûë}ÁIBD1áÞº¹œU×¿uß¿ª!
õÝ-B]/Wÿ(r) õßÿßý}+_. ÖßõUôøïl-W Ðÿcã×Ðí
¿ëÿNí §ÿÿ1/2Q'{"QØÄÿß2 ³Pò4)-;.þòUä3R Ûl†)Q- ÉD "+œ#XRJgP¥8ò¶Êp"HdB%'!˜ Èb'Bý
` á u " f, ¡J
3f ‡Ô‡¹€†¡æÈ†Ðgì 73gØ g@†-i A' "
)ˆ"
<&ƒ*ÌÀ@L a
' f 0ƒ
!
80@ÒO ƒ 3/4&àÏ *Ì#~J‹"Jž h= " Ú Òô @ð ïªké§êƒ 5 ªxA§ w¦ƒM
Ú ¦ a
a ƒˆt §OˆÐy
Pƒr

˜ u !¢ á§¥¦ v"|h81/2/Câ ‡ñ
>E‡ 1/2
'Ý 1/24- ]é¡jÈ-´ô/ß -š
'Ê%<Ÿ"PdèD| ï\ŒG'Žï´ÞO1/4‰nFþôN ±DwDý¢gr ð ¸ Ù à ´Nm - hÑ9´K› 7ÉÍò
Üˆ$ý ±
: 7 ´ é5'0Ð m´°peÐ• .(tm)·v"H" •'ý ž¯' Aè7MÉQÓÈ3/4E¥_
mÁ
"ÚMÐnEÂ'á6¨ û 9öEÏÑ '="- ÞÞ,ÐONõý6"týu_N mé´Ÿo¥§§^šA; -t ,zöá:
á0ŸwÞé§ DèÒy ÜŸ1/25]WW¶,nÒëiéºo_§éëá=:Ní?¯Oßjû^Þð /ÒºÞ¿úµ÷
ÝtÒOJÿ %¥"·]þ"Ójþ3/4×¿õÖ3/4"ã]:"Ó Õ7ûâïº´Û Uþ(c)=
(r)›úO}tíl{é Ó§oWü/ýöÞºý3/4ªëõ¯ÿµú§]/ß¯w×}ÿ|Šž-ëµ¯ }ï§oÝ-të(r)¯îÈêýÙèŽ'å8ž¿ý%þþD
~÷ÚV¯V" ‹ƒ û8 _µÙÿÿÝ/KïúëÂëÈR?¡ä0}ìŽ
ï_ßë¶u ¯ý¯÷¯ï² ;þ(?ÿ ÓëJþõ×(r)¿¿\ uÿ`¿ (r)û ÛN¥ Çëúg 7[¯øaßÝ
¿O_ßÿï¿÷1/2þöAŒ÷Ègtý Aþúëô(c)(r) w Ö±z ¿å ;ú¨ ¿ÿ_úûûýk{á·þYW´DÿÈg
_ZûwÝ ×÷{uTþ¿
m- ¹f-ï*,_-Û_þ3/4¿ Zä :××è(tm) f)þïþž¨ÚÿÝ}¿Ù ¿é;þžÕþÿûýï×÷È˜*~ßôûêï]ÿ×Â_×öeoþ3/4àõ
}ï-ÿzþþ"k¿ÿÖõßàíWßô(r)·ªwgG×"Ó¥þÿª"ýõÍMÕ¿¤ÍIXuÖÿJ"kÿ×÷ÿOjúþt?¯M\êšw"_~¯_ý wþÖßi
Têá:1/2oÜêþÿmô÷¿MÖþÿ%ß ÿ(r)ýõ@ï°¯úî"Õþþ¹"õÞ¶-Û{°îûT›mýS[ïýwá¯m}"êÚ§¶3/4Ã[û
{tªõuk÷
} Oû@ï úØK÷íz]u]ºÒÂý¯"azït¯í7[ ¿m-}m[]ím[KÖÒ"
š?Þ- [ m(a-"m+ZoÝÝ†¶°Á}† ¥†¦Žþ Xa*ö MÓ þ
[¬0--"šá"ƒi6-1/40´Ã ÿïöÕÓOºÃ# V6D +r&
VêF!'ÿ°J I ØûØúðÃ
¤ý‹ƒ#¢8Ø¯¶?v$Ç±°a$ðÅEC ¿ˆ\ °Èê¿M&
*Û

D*º˜§*b¢ªûƒÓcŠd >ÈwÝl‡ ß {È#ØŠ...ô _L+d,bŸ"Ó ÿ² wü-"L J-øuk
_" ^î´ÁSIÞ×Iî1/2é² ì/PÖÂ
/°3/4Ø'u
*‡a5ë. ØZÿ3/4› È#ÓØ"" 0" 0˜P†Þö RÜ& [
m 2ûpDu´ÂÁ,ÐB Xa
|" u "
á xe‹,a{X2""Á
ì úÞÂa/µ }ˆ(°ÀPÍ"ñ & ˆˆÐ†"DDDDDF Ž"""

v X@Â ,#¦ DDhu q
¡ÁK9 (tm) µüG
/]v-¥ZVÒ† ¿ 8Úk°˜U,ã
¯Ä1ÿÿÿþYµñÿÿÿÿ-"¤v' (tm)
' dÜa•ý(tm) È3 2¤{I"¥¸ *'V²J‰<Ñ(r)ÓêR f*i Ô.äÏýÜ/¤´"]iÔ*(r)¿Ô--µê(c)û¿þÜ.×ÖôÂÇÇ-~¿ø
õ{Uÿ_ýºÓÿíµ×þ÷Ì $"¢²è e -Ar 5 Pó!5" U³¯'Q Á o#y(c) šLÀCè&_&
êÎ
k.ˆb ¤ÌHˆÐ "03áN(tm)Â@É ‹ Á"Â -80A(tm)‡ H-z & š'J‹Vt ´(va CÔ
2p(tm)&)¸ Â u
'ì x" â,ƒ
a ?@Ðˆú Ó@Â
¥ =Ô& 3/4Áé¨ yö˜A¡ MÓÂ
¦‡h7CBôí4;OÆƒ‹N?Ø†žõ wúza5CC'm§L^3/4œZèŠïèœÝ¢^ä

-Lé    %ù  BÎâMèŽßò}(c)th  Ÿ"  DW M¢^Ñ  4B  äû"Îfä\Ù1Ê›D¿¢sl‹BÚ+'    ä^tÜŽ˜AðjDÌ
àïL-,  Ð'ßA  ÌÚO  DçDé"Ý7
Á  -,v  z  =1/4'ÐNfêÒO    A=jýÁ  ÖýU§H7¯"Õ¯Ðo  I°"Ð} ûÂ(r)º~ƒ×¦  m7·]_Ö-Õ"
•'÷-m...W¥P´›§k(r)þ¸k×¿1/2ý  K(r)¿ÝÞëŸëõÅ¬Z  uzzÕë¤Ÿñé×ûÿõ¿äýc^¿ÕÿiØ×ÿÿõÿÿ÷WÿëöûßŸ_z-
]ëƒy  M1/4. uz¿ë¯_ÿL#Â~ÐþšÔ‰  úíÁ~ÿ°Uø:a"  --{ÿöõÿ'01/2m\GÞ¯Öë&    ôC
i×ñû,  ä  :mjˇž1/2"úÿ @¿×_ÿ_1/4/Ý,[Wþél-    ÐÿöÕ¯ë¿¿
÷v¿ä  Ñ;þˆw°î^x  [ú¶Ða¸:!oÚî-ƒöÿúôCß~(c)-å  ×g0õý  Î¯èŽŸí›MV¹Ô:ƒhŽžý?×[ëûÂ#GUøCßOÛJ´
Ö-  "ªÚv²0W"ƒA  û}?ÓÝ-ü%1/2Ö8ûþïÂY¨ ZûÔ4ÁÔ</ÕýµÖÿÿA7ßW  ìê}jÝéúJ-Õ÷îôîô"ÿÿ_-}VÒõ
õgC    -ÿªÒïWÿöt5[8õ‰ß]ÞÚÚÓÓý=¿}%[--¤ Û"Ý/ÿ3/4ïÿ-ö÷1/2>¿Û[IµÒì/Ü4õÓÓwõÕ-""WÝñ¿
õõÃW×ý[]¯â+¦  ýé0×3/4-ín  ["Ÿ†  1/40Ò^Ö  û
{"ûSæ°Ö×a¥...ì'a[
Ò5Ýþ¶á,öÃZ°°ïpÃ  ZPÈâr4âää[ðdpHr%ë¶
    w°VEµ
Š  `ÁXØ¦)†  Uc3/4EN
  Øö+d\øâ˜...ò  {_±%  6¿Ø"¶6*
(tm)
‡lnÂi  í  GúlHßì‡~ÂëÛ
ší--}¯3/4ý¥(c)
{[    î(tm)
  BE"  d;3/4ö  ¸v-z\5Úð`¥¸A...¸`  "MXM
u^ƒ  5µ°›    ¸¨M˜ÂÍPdË...JÐ†
  i,  "A,  0XqˆÐ`"D`B#B"Ð¯¹]á'
  DDDq    Q    -""#X  õÊæ"2"ÿÂ¬4ºZiZô,‡VÂ\HÁb¢3/4Õñ¡    Á
Ñ  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÊa"  ÿÿù6.dÚi
...2,ÏÏçb†FÑ  da,-åÚPŠ"4@ˆ  eìœ¨33%ØA    Kgc
Â
çe  §j¹›Ám    _sD¡7Ó7ÑÚ¶vMÐz"J-ý}7ªzkªÞwW×uY=¬ký  õá.DÀþHp'íz%  ¯Ý$    ,W~î‰o  ê  þ
    ƒ(r)ínÕÿ°ª...E
  ÷õÐ§¿  Å8    þ1/4~¶-¯K×ÿôõý}-7ýÞ(r)1/2oÓ¢ÇêF$Éd  kó´µjN²  R¬ø"  <Dc<¬ú*c\ê<†dÍ  +o*Ó
¹›0!¬C!xdW8)ðC1Hf  3  Ã3  è  ¯
A    °  (tm)  2ì‰o(c)-Tá  ç(tm)ÇFt  #LêdL@DHD1t  ±HñÆ  d†  ;  v¯A,
-  ^V  !"Ð2C0N  2œ)¡ fã6¹!ÔCp)"'çn¿U    "  a2  ÓO  7ÔÓ  ôB¤
,a  ðƒ  C£"BÓža    xMô< ôëÐa
é"
Pn¸A"  Òz
=
°ºJÈ‹  (r)-"  ž›è=
-šanÂz"  Ð¸†Ÿa
úi"-
ú,¸|\qjÚ
5ˆõx´>Ðh;a*_'øh    ÆfÑ  -Äw"Ž
¸‡Æ²  éôœŠ+ˆì¢]D-ohœÝ²*Œ‰ÔO1/4œè,ã-r|÷Dý¢ íºY
=  Ç
dn•þƒÂ
È1/4ù  ›Á
'œ×"OÉÎg
‰O"ÁÇH    ‹7ˆö  6‰Ñ1/2Ë£4¹  è(tm)ÚA¨@ù  ¤ì‹6ÈQ  'H<Žm'(t  y%tƒrtûÈ3/4ÐAÙN\ÈH
'b  _ö,¸AøAÕ(p¡Sh'øWBxZ  :AÒ¿H7ð  éé´Ÿún  !Š¿O

éºÐAë"IÛê  zpj      £º_Âoz^3/4ž(c)¥ÐôƒÂ´  ÓíÂº{ÒÛÚoátÿÓtá  `‹MÓÓÓ^ý*
ªô3/4ÐAîºn    è&é÷ú~(c)ýþéò"KÛ ßî1/2ì{-þ1/2a3/4µîá   Ò~•"í÷öÕ/ÓÂz"Ž  ÿ¿Ôôú¿3/4:]>3/4û¿¥ïWý
×ÿÕù
uëª  k1/2Ú¿  ›J'n·ôèº
_uýÿ1/2_]wý8Úét÷ëíôÚ§ÓÿþI  ßÿ
ÿ}V¿ßºÕÕÕm/ÿ÷ý~ºp_[1/4/ëöþÿx'¿_ý8>3/4ôDʹÐ3/4‡è28.   ºëþŸoºÿûüëýúg@õ×Ù
Ó"é¡u¡kÖL  Ò÷ÿv·ïKÝ'€ÅÿÅ    ë  _i*T  Óÿý+Óõ¿æ€Çÿ•a"×ýÿ×Â[ÿ}5í§¶ý^˜
ÿÿ'  ú¯3/4·ɴ˜×þÚ§÷¯è,?ïª
¿û˜ûø_ÿï÷kZ÷@ÿäÜÐ}<†wA  AfÝ¿]µ  âB"ïÿ¥º¿_è"ïµ[¢  Ôûûƒ ŽVžBŽz"á  ¹  ú  ò)  ßjˆÍú  ÖY2
º_ß_ýu_Zý×ûÝ  FôïÂ#?ôÒ-Mó$¿¢Hi-ï(r)´öÿ÷è1/25ÿH'/KÿwÉ
ZâÝß~êÿý1/2k
-ëXW"þô¶ÿ
ªŸÕûíuÿKõ÷Ýáwéúÿ  ;ä4  ë]]_ÿ^õÿ_...þ¶ëõ÷ÂMÖ·]×þ÷·ÿüè  šš]"µïõý"]÷Ó}ÚþÚ_õÿÝé+Ûêæªû:š-}_
j-ÿï¥û"õß  ÚûÖ"k÷  "JÒÒ÷÷¿¿Õûß[iuim?1/2ßᴬí[õí3/4  ÿk1/2"í×múÇ·ºÿš  ²Coºµßõµê¿÷
/Uoz
›¯Ò^ß[W^¶Â]Ã       zÚêfˆÒì/V-µ´¯úØkvØ%a&ê(c)  t"3/4Âü?jÓÕµ¤¬/·^-i_
{¸a.ŒÍŠý†  Ð;
ì:íµ´ÃëÄWö  bºˆQ°eÅˆÿv  Oý"Ù  ,0-›awa¬5ºø˜(r)NÕôÂa  †  ²ê˜ûÚïbÓÝ  DN  ÔSˋ(c)}1§-...µÛ´Ä
-ýUŠëv%ÇØ-äQÚ"  B
^?Ø˜oØ-ù
    º¿i~AZÈb;µvÔI1/21/2í  G²-Ý†¶  °H›"Ö(r)›}'zµêÕ÷ÍE1/2  ñ¨...í/ûXk
...~û
ðÁk†  ~Õí ÂÕa0(r)µÚûØ´al ÁP`¯/ê"  &  ì+
l  íiU'-Â
xa>'iº¬0†ºðal      Ì  ?á,
xa$!,ka.!...¿°¢"RN""  DDDC0˜BУºB"
±´  Á  †  \j  DDCB"ÄDTEÄDDD  !  W-...  DDDDD8ˆ<^."!,ª¡v
~?¤é"Þ  .¡]V×ª¶      U¨¦  P±[  ë†  0¢Zi2:aDGù7  £ÿ-  jœ  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿåšˋ£ÿÿÿÿÿÿü´(c)
    p¡  ºpºƒYÝ$ÚCtßþ¿n3/43/4  }}×a"  ´Ë:šá¥í  PwøF·Ò‡è7ÕþßΙ¯ßþíuÝ-m*    a(&ÅD0Qÿÿÿÿÿ€
€
endstream
endobj
66 0 obj
<< /Length 67 0 R >>
stream

q
424.56 0 0 674.39999 0 0 cm
/Im0 Do
Q
endstream
endobj
67 0 obj
40
endobj
68 0 obj
<<
/Type /Page

/MediaBox [ 0 0 422.16 706.56 ]
/Parent 90 0 R
/Contents 71 0 R
/Resources << /XObject << /Im0 70 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
69 0 obj
<<
/Type /Pages
/Kids [ 46 0 R 52 0 R 56 0 R 60 0 R 64 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
70 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1759 /Height 2944
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1759 >> /Length 27176 >>
stream

ÿÿÿÿÿÿÿÿÿår¨¨dÜk;(c)  Ô2ndæE  Uw(tm)³"-A²] ÏÁ3´  >Ì‹c³Tûÿ÷ú$Ñ%·ÕL-|ìi  "Zëéÿµ
k¸UÁ5÷  õú~ïzô"ÿ3/4ôêÿ_Ýt  ÜkÚ  ¯  ÿ~:ú§þýW¯ßßÿ¯¿÷¯¤ÿéçkh•÷çþ¹       '$
Ê  øÐffy'£+/:{g">A£°¯È  !gQ,)Þy',  Œ¤ae@ÈÄ#Yæua  ÐŒa
sLÖDNEò  !
œ'  ²9'NBTF--X"  ÂBdZ  üW  ,0Pù  -Oš"-
a      <  3 §GØ"%Ô
5  &   B¢$4ÎÂùA,!j  ä` @âD¸A§ Á  Ìà  ,  ˜D")"
   ïA"  "  " 6¡  @Á  râí      a  Ð0 "áA  ò¤CÛÝ  Ðh=      ?Â{"
ÎÂzá  ô  i¥"×A qh=SAé÷¦Ý    "MŠ  4ô^a  OmPh  þ(c)Q'o    (c)ÿ  XNêtŸ¤š  ""â  Dc•
B
Ó1/24âôâ°•Ùö‰ou  a²¢}D¯R,SN  ÓOÈ1/4ôú3%'yÉõ  >DpÿDç'yÉcuD±Þ¨‹ŸI
h"Å†Hææ    ä$PB-  ÎÑ/{¢sh œ‹Î e      ¶äs¢~ÚA  hœÙ&,s
ƒp  ²  Â44Jn]&oD¦Ñ-0då¥7× Ÿ é
-   ÷éÒt  Ð@Ûü    ASÕ
H6ðA¸MÓÓt°ž  nƒuMÓ}6,të§I&Ò°o§ ÚWL(tm)  6    ‡Âw1/2öúzm&ÕÝt  ,þê  ëÓøT¸MÕR°ƒÓÓi
Ým  ôúN-×"ÿ6ðŸawÕ
žŸJ  Ó  mjú¦ëÎû¦ÕÿÞÝÙU¶¦¿...¶¯i7ÿ  ^3/4(r)ÓÕ>ÒÓ¥J/MRî4=?ã°¶,oÕöÕ¯×1/2
n1/2?ûô÷Ó¨_h*  ëjµzn¯u  WÞ*B×N-*  1/2  ×ÿ7Ý}}ÿµÛ]ê°}ÿ¬vëzE¿én°Þý¯÷3/4  õ}  ÚÍ¯ö"9!?-°ëK
ß¥kïUê¶1/2ªëî°ëuªúé÷ßû¦x?ÿÝ¯×Õ×¨D,ÿ²  V-y¢(c)  ·Ä/-  M?"Ò³Û^î×"õéš,z  ÿÑN  Ž/ÿõC-[(r)  º"  :
(r)¯¯
}S
B  Sâ8?^ãÿÛ[öÿRÖ¿ý      _3/4C
zÿ_1/2¿Uÿ·]pþ  köAÐA  ~Ø>¿úöÿ"Ý1/2×3/4ý"k·ê  ‡µ÷ÿ²

   ÷ßÿw  k!ã~Ø6ßø`ûþûÿûß¯o""xD-Þ(tm)
9À1/2á  ¹y'l°  ý~bžûu²cš

ù0š¯m  >3/4  Á¿äãå.¹‰  Øþž¿_õ"×ú°Z#§Tbª^‰-´Ý5þý  Òß  Fþ  ]þ  wù  3Xýá

- º(c)€¿þï_ÞïûµÞ
*Ûú,~3/4ÿý>ûÿ:Õ×ÙÕ¿ú_Úƒƒ~-ƒ-Ã3/4ôÿ´¯Wk ßZ´ÿ¥1/26"zþÞjÿ üÕW§]ÝÿZ¯çGUÑÕõÛöøzÿªªýô
ŸÿÞëÂÖ"K:ß-.ðÛ‡(r)š(r)íªiu~¶uµÛ5>ºíStïÛLãhäþ¶u‰}ïÎ¦ÑN¿¿¥÷î3/4ÝZöƒß]nÛI õ{
~ÿÕ÷·ôõÞ·
m{ßiRoî [ßôÂkÓkh ím-"_"[[Z_ -¿IŽ•_mºm{Iûm+IB]ÃÛ
[UíÿÝ]-¯-úõm¤Û1/2ÞÚ¥´¬'ð×{1/4Í·ZÃ[l/ÚÆÃZw_Ó[öÒ¿µµa¯¶-V l$Ã ?¶"a;Kn¡-¤ Ó
'UÛA]7´¢º`ÂëLŠ;á"˜iHGì5ûM¦Òê MpÛ
†
"çŠ† 0Â_ `Ö K`ÂQKðÂLŒ`dpv {
ÅA...d[ðÖ %"eƒ ¡¤ø¦AÝöÇÞÆìT0I‰cÚ‹µa˜ Ç\0_¶(1l‰,"¦¢˜¯b˜¨(r))¯Ø"‰ ,{ ¡1_±LSìS
Ž G*U~ÈXõ² ûLS
Ù
âJ4Óm±%°Âd ~ WVÓP1/2§"j õ°-...´Ða_µOº˜¯&8A¥Õ¯ö (a Za¥ö·atÂ¿l0˜[† Úƒ 4 àÁ0
¥¸*
"0üC XT @ÁBhD0ƒ
L0ƒ
1/20 "!0B0"G Á,a (º:â"Â ƒ E, ÁÃ((tm)...Žh"q w8 pˆˆˆˆg'i¶œ"_ˆˆˆô""""""""#ˆâ""?^['
Ê¯ú
ûZü3b â3/4 IÝ"Â¨ˆÿÿÿÿÿÿÿÿù6 É± ÎÄ'ØÕ+,2¬C ós"FE ¤hÎ8wÕ?|(tm)4"Ê¿þÒù Û$¿´¡/
"ü. Xµ_üœëëUU¿þ...§Úþ‡úýø÷ßÿ¨ZÜ/ÿ1/2ÃÞ¡ýýÊñždº.-ˆk%%"
ÉÏ5UD(r)È4¤^£(c)•k# "
‰"F¸¥‹2,
˜D&,-Sƒ,ä B * §A
†h2ˆ y@rD}› ø¥û8Î 3 ˜âD¡
C°@Íbv 0A¦P
zh7uÐh= M C @ÓO ?A±á ê#L
ý OÓCAÃAî- } CT ´Ø3/4Ö-b þŸI¡¢ Òjšr;tE·"cDw'iÑ äû%í ê"8q Þ‰}ä,dP y
...A K¿'í 1/4"b‰MÉý ö_´ 7-|&Ð r ú ÃA
" Ú'J! "í ô ðA³ô‹×s8 ´ m 4=+Iá AÒz1/2= Ð}Òºn›dæƒtý6-|
Ú(r)ÚMúM×Âztººo]{þ"iRÕi7ºª¯þŸ-þ"útŸ é:O×ê÷¯ÿ¦ÇPké÷ñÞ""ßâˆÿëïým7 <Z ÿAw1/2
?MÓïÿ3/43/4#ý?ÒßþÞ1/2RÕßöÒÂõî¿...ë¯ÿ_µ...Ý{×
\ ëþÍ V²4&1/2+÷š,é}{~D û.
ÿý-È@÷2
×â5Ê°Ç1/2ºþH
m1/21/2õçPÇÅ¯ÿ^ÁÝA ÿîÂ
ƒ1/23/4•ïÂ_ÖÒï,ÿ ÿÓ! W , ÿ ö &º¿Zðˆ[ ý3/4¶ˆ{ü,ä_þ÷ Õè‰ÿ1/2~eu';×1/2ÿ'?ÿ¥Þ' oæP¿¿Ô
Ò¢d&¿wþÐ%ú¯_@-÷"tÖÑ0×úýuäHmú´ÿ× ªÎ ¿öë¯Õj¶3/4 þÿú*ƒ×K1/2õþõ"1/2wÿÿwMU_¯ìÔïÛ
[ nü$"öÞìèzµÿÚôºÿ§ïiéþë Öº"õk"ûZ^öõÞ(r)"î¯_ÚoÒ(r)¿´µímn¯oÚýëúZV-"¯](r)ÿú¤ÚwVŸº¶"tûkðÒ
áou µ†›aa-¯ðÂ],þ-ª
*"
ðÒµd[
+
-"›X`'C°Ö¶
za¤Ã ¤WÃ & J¯Šá- ïa ÒbØ{`1/2HAÓ cbØa`Ì
Ä±þÇöÅ1q&ö)Šºê˜1/2ü B wÈ¢1&þØ¦%¿a2 ìS Âí7|‡w A jÚ-"(tm)Õµ~ õøjý¦"v TÂ
ÕØV 80"Ä A, Ã -R°Âá °ž\
‹PL(YÐšhA"
Á

/Ô2mü•Z
' ˆ q ˆŽ"#ÿÿÖ?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿæE*±þ[UäN"bã&æ % ["[;XgbC ‰çc²0Ô·
È8'3ð@È `†É›; e
* " 3/4EôÈnv Ô
nvTÔíW4nŸª{étvS%Mê¦_ô-V"Óu°Ÿi$3/4-ô ërö³ßùe úëUn• §¢Xýý×õH"Hjÿý/}o
Ý:µ¨þ-°ƒŽ?ê §étó ÜwêVÿúVïÇ÷ý%Û1/2?÷ªßMtŸý¿O×W¥; è+1/2¯õÔÏ8Ó%F§fWyžD"0±%óƒ5'ë
= ¸ Àˆqr;" ,'
D

‰¡vE¨$ü§2ƒ$2 mIÌÖ)uyÐ3/4û¦ Q ¡¸˜ ü1/4"L,L-¦†b8F,š,
9 :3ƒ b ˆš'ß0) 7L $^@à¡ ;°ˆBå ²& ÉÂ"- <ül!Á á ~a Ó -v÷, u ¥ ÉÄ$Á
X'n"âÐi"
=
,
k" L 0Ûh- ƒ "Â Ða ] þÓAÕ+Þ ¦†ž(c) ÓN"Õ:...¿¤ éPAë¢ Ú WXa á?
ðãí8j¡=4âÐâÓmÐ|=‹'Ž8´ú3/4 Ž h•Ñ.|Zh #¶gIóˆh-‡¤mtE†ƒz'G"éÛK6 "ó'ÌZÆ
Ýñ "ŽÙ 2XâÑ ‰m z!]ÈÝÒÉc4p|Žm äKoª%Üü(œÚ œÐ@û ó ¸
|$Ü‰Îƒâ öôLá¢sj *áD|Ê·Z%>
B z
nDæò'Ý äŽE² m <žÐAä^Á
"- (tm)0@ØDè" 1/2 ¥õ¥Á
tø wÒnºôEà Ý'´Ü'Aitétè'Òè7ß ¸b ØMÂn ðŸ§¨MtëÕÐm í:O 7V1/2
Ø;§ ôßë}Âzuö k"ûé
"ïÛ"ªµo"A7ú =¥ýUºøMé[TÓûô ¯zéõH5n"¸d ôõ
î¿ÕµÃMûOº ]:A" ˜zÓÓéU
-¿ ä|ý'...Ó{úº{J-ºí:V"{ÓöëWƒu^ÖÃtXú,þ¿ ë¸Jß¿ë_"z1/2_]]ÿpˆ(r)
{ß(r)*iÚªÅß¯Çéwnž¿Á‡ïß¦ÓxõÖ¯ûé* µï(r)Þô•Ó¶-þ'O-6 o÷ö¯éj×¶•}ÒéúëJý|' z¯"-/}ídH#×¿
-¯-Õþ-,¦¨v¿Ý- Ð·õúýÞ"] ¯éÿ¯kù:\-O];÷E8OBû& ¥(r)Èpõ¿z}ÕèqÝWü]&Õõ×ëÏ¯ï": ;3/4ù
¿ ñ-Ý ÿé' Ò´
÷û ¿ýÝ×¯¿ ¯WöÞî÷º{õÒ,ªö¹P
?µÝ"§1/2ÿý¤í ûÕ ˜1/2úiƒëùbÝ}ÿ' Ûý¿"-V¿ÿ¯1/2¸__Â÷ýRõß¯Zý¦ }ò
¡a hý{Î¡ ¯×êÖZ,É¦ô¿J]•
Ø ÿ{ë÷ÿ ¢ ¿Ó\‰ß÷å"ì´'+= vÿÔŽ (tm)C¸-kÛL§z{[{kÕU=ÕûÐ }¿Õ_ëÿ]Q2;1/2Þ‰ý¯_]þßûþ
1/2 (c)ÿá
Þ3/4ÿÿë3/4ë 1/2ïûêþýêû
¿ëÐ_õÿ(r)ýõ¥]¤éBýíi êÃ~¯çFÝ}_f¹‡Míþ |õ¯ÿ¯ûÓ¯ûúü/õ¿1/2Êuë_úÓß_Ùª¯3/4þÿÿ1/2+§Ø§
'WþºÔ3UÒµt-+¯í Ku¥_ý/Ûôœêk¶ }ÕêÝïk ÿ" ÿýO?ÿÖû üåí÷3/4Û...ßÕúN¿Óö-3/4ß3/4ßíÿ¯ÞÒÚ\
5"{[Øëý†ºÚôü5¿a(r)íÓ¤-°Òmv÷Ioº¶¶¶•ö(r)þ1/2¥ªú÷i~¿Ý"(r)-ÿ`Â]+ak§°¿ì5Âö1/2" .ÐV¬5ßj-$ÒVû^(
c)µÚN'9Ã

%
-{÷UÞ-4êÿµøk{ai[JÍ ß
o O'|4¡¬ _ðÃ¨adeÁ...öE _û
(`ÒväN
.Ó† °eÅƒ
LTaƒ#Š¿îÃ_[°¬- fÇö Øa(kinÁ,Kµ~Ç_°Á{ƒ ƒ Ä¸ " Å[ ìSÝnÅGß
û±V)ŠÚAG¿û Ÿ}‰cïŠî& û ˜"âŸköBÆúj$ß" !ÞÂ×Õ"Âm"-Âýö
Ûl1IûXM\&Xé...¯ëK(r)Óû

öŸÙ
    n  Z†1/2,÷kÓ1/2"Ý Â¦žÿh4Ð`¯azL  °šPh<%¥
(a0¡   ƒ(+ý¡
&3/4    ‡Úé...¨°"a0¶¨U'1/4Žé¡  Å¦          ¨ï"$,
.  ˆeÈ†8ˆ0B"
!.
1/2    3í  DDDDDD  ¶pB
    ‰  B"A±  g  ^^âˆ""""#ˆ^^ÅDDD]n3/4v5mÿˆšK"µ†¿a"ÖÚŠmx°V-
& ¢"?ÿÿÿÿÿÿÿþZ"  M¦Ì‰Y\)'F¤
ò$ò¡  ?üäWÖÉ*~‹H%¥...Âëá)b"õ°¯õÛaz¿  ü  ×ûý>ÿ×¿þ¿í¯ðÊ¤É†T$Ì'%NdX‹Ä[%ÆT#¡'þDàE;.ˆ¸R
  ,à^|g¢08"  'A  Q(tm)š
Q  yÐS¡ŸÏ
Ì  Õ    faA  ^³0ªH  N    H D `É
"    "Á   '   çÛ±"
2ˆ    0Â]    hH¡   š

 h<"  ^"
Óa  é-
pƒ°   é"  OM  "7    Þ  T  "Ðµ´  á  Å  ¦šÚz°¡¯zÈ(r)  '
h:iÈ8  1/2:<Ó¨hŽìŠ:BäýÕ¢\Ø<ˆvžÅ(tm)"öGÍ  œ"¤ùá  å  ›ÉÍ¢\Ð  ò%  ŸD^z¨ï  £°dÅÉŸ!ÇÂ
AÂÈ-ÐNg"  A<  ÈŸÏÉÑò.wÒ"  "Þ  ?    §¤-  n>`ƒM´  è?#šj¹  tŸ"}  Ý7L'¦ô  š Ûë×¿Óú
1/2uÓkT"ëõÞ-°°~  •û¤  §°¿zjþõ  GI?nž°ÚNÕ+a7Óí}tßûÂjêû¯  §þ꦳úöð×Ðü^‡÷{ñí'q  Kë-•...ß^ô?Ýh*
ãÞ/Ú¿þ3/4¿-mRÝ¯×¡ïÿ¯ú(r)ûH,--÷UÛ¨úß]ÝA_ïÜ  Õzûµþ Þ1/4§  Èt'\F(tm)  ¡Ì  B¿_}æ±?ÈP_Kë!ƒõ*
Wôæ°1/21/2{ä0Ã  :†.A  (tm)    õWþ¹@cKh•ƒ-÷ø/  uö'  éwï
ÃÁT2  ü"  =zÿ}=ý  Gú×è‡{ÕWÿa  qß¿~"..."  ¢-;rÙ‡Ð'ZNÿ¥TBbþÀ"O  þˆé[ö¨ý  œ1/2SÒè"³Xš#¥
Î  ú$}1/2  "¢g±òdkþî
ûµ ÿ Šk ÿ ÐÈD  Ü  '  %PN ÿ ih.×á/*þ,ßëÿä(r)ÿ}µ¬>,ì ƒ ;ÖçG¯ ÿ¯ Oá/ÿ  UÎ  ÷úÕÿ3/41/2lÿÿ"  m%"
¯  ízûþ3/4-_{ikë1/2  V¬SZ¬"ž×°Ý÷_ßÿëKáÕÿ}×[ÿuÿ·ý[÷^  Úí~þ¯ Nÿí}  µí¯ ö¯ ðO[O3/4£"[_UöÖØ
XiX_tÀÚ->¤í>¶ÖßÖí&é¬×p1/2=×"
%Úö  †'(tm)ôí&_K"
U°*íí,þÃ#...´ø¯žŽÃá,ÿipÂ÷r(?    Ç Áv
&+ÆÃ  ~§þ!5--"ö;âF;`ý‰qƒb¯...¿  ÇûnÓ  oaa‰o7{  ×
ƒÅŠa]-+ î÷õd-°¯þ-°k["d-[öÅØ.  ´  ]...m0¿-éë×oaRàÐ3/4¡...M°¯]Ô¸
~_k¨0ƒF¨!"âÂ
•[  Èìd0B  !-š
  bñ  ÃB,  2{
âF    DDDDDb8^^^^Š^ŽŸ¶1/2RrÍ+ú¨÷øÿüGÿÿÿòÔÅÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþY  FR3²ñÝlï(c)(tm)Œï*
2>2Rs°3!  %fW    ¸¤(tm)<
B
:"È'  ³'  MNõ  ÙÙ(c)Ñ  œ?HŒûPƒýÈ°u
ûä•pƒ    ¦äé0¹ÚÇ¨AõˆOë-uª
  àz..."/ 1/4¯GÛ1/2,

÷Â3/4Kœ ÷õÿH
5KXt·¿ÿ  =jß_    8ø¨1/2/ã(r)1/2¹nÿVê(c)ÿ-ëÝëh.ž1/2Òõ¯ }V-õûâ°×_1/2"NóRkuÈÑ'k5Ä-
Þïü"á  ÐB'8È°É†ÐÐÖFh2>Ùäv  ¬"v¬"x×  á  ÍŠT'R€ä
ó8"
Ðõ6¬ò!  šÞpÁ  )Â  #,'£É  "ìØ§Ä:  ):  Æz!ŠD    (tm)><5ÏÿU´  j  fb"

Ñê`Rè"
P$A¨"%Db"Q"C',Ä  !Ç  :ŠDÄ(  Å3Ì    C¥            '†"7        øA,!í
1/4"  €Œ  0ƒ°ši'aT' Đa  Aá    ô-          `(tm)€¡:UZ{xA§"Å"
   1/24C¯
  al v a    íÔƒCbðƒỖḯ  â
=44âÔ4Õ46-  úa  ßfÇÜ-4D  8ĐiÓ¯w"ĐCT  iê...Ã  ñ¢<Ã‹Ñ-=‰!ÚµÆ^ý¢;ÈHh¹¹<qò]bIÜŽØ¢CDªlZ
Å§`°ƒ¦ĐM¢GÒ#¶‹§ÞE  K¬Œ&DŠ%aª%Î´KÃd$4MÜ¢Ew*
   7  á
'  !!ðƒè  lûäJ  A

  x n  6"h m'y¢_A  ¢/  >‹FKè&  %;¢  >¨"Đ‰ŽGnÁ"•5XAár3,
Ó}Q  A²{"hĐ@Ú&w      Ï>ž  <#CA!Ã"(Á  éá<  oIøAüÒm,  ]]6-¤Ý  á:
"Óî,tžšX'!(N
±
%àxo_...Aµ¿ô  ûZON"o ›"Ú†ĐA1/2  â4é=]7Óí~´,mov›¦'n  O¶í:ōïWÓð›
Ý¨Oö*ü'v    *Ò]_úûï]7a  Æ°onž3/4  ôþöÓL'Qß¶1/2×-ª¦==:Nōû¥t
ƒ¥āÒÚ  W×ì.  n‡ë¯  z`î¯é1/4[  ]uÅ--  ß×Oúcjõ}+_ôôJÃ"Ý7kû÷Z¿iþ?û}ZÝƒuý  ZJ¿ý}ýª~1/2*[¥
Mý_ZÒ¯@ƒw-C_y  z3/4¯wo}'éjáô¯-öï·šÅm  ï"áY  iqæò:#Þý"á>Šp°Vm
ý"ïô  ¨"d(§U‡õ8ªZ(r)ý+ß
3/4JÇÿêÔ¤0Gõýs
;!R}  ^ý,†  ~È`ûhF(r)þ¿"ûuQÃ  Đ¶AÏ¿¯þ,    ÖÿØuxzôï  s@a}ÿ¦      ÿ  à"à1/2uþÿ-  Ý¦  2  3îÃOÿ
ûÔ¯  Õ8÷d  F·ûé¯ôCÃiÿ[      È8ký  Gïh...¿÷ªëëO¯
È\ô
µÿï["C°  _‡ŷ_ÓÚ̈ÿ¢:^¿}ôDö    2²Ô  DZ    ‰o7ðÂW}þCCô÷(c)  *$  &6×¿ý3/4Y@Vz~ûH    oíû
  Ú
[÷^ùzMc#¯ëßEé~¤ÈZñéû6Ö=ùuHC...ð̂¸Ýëý~'  .Ÿ]ƒ°žä"þ´3/4ú...¯ëõÖAµö3/4ÿÔĐ^í̃ª́}í>(c)·I{
Uûýk¯>tÚÛ¯
ÏIkûßûêÿ·yI6ÛÛ:"5  éjþ  -  [Kýýz¿³=éö  ÿïWöëÜ5ý"Ÿö×êÔ_Oÿëÿ÷û]?÷W^3/4ÿÝÝÒ1/2³ªþ""ýt  ÔÎN
"úÔ1/2&tuÿê"‡µ{"í¿úÔ  ×¿U8ý/µý?¿ë°µ¿û̂ý  °ÚÓuþÚ(r)Úÿú-*ë{1/2-(c)ém.×ÖÁÔßû3/4  1/2}-ªjØJí
ú¤ý(r)>{¯·×u†"ï*¶¶  °muû
  ÿ¶]3/4õ÷þÃ_k¿´-°"'´-û...n›¦  V"ö¶  µôá-"¡¯×  ÛI†    í°ÒÓÝma...ö×3/4›
&¶·ðÔûJÔX0Kí  sçkÙÃ(r)"jé|0  -¥a Ã  ]í²-¿î+a&  ¶°  ðÂY  {    <TL?†"    †G
Û
%È(tm)¸i6  †  1/2†
{jÃKŠúd  ÿPÂ\I=Uàïm=‰p¯¨äŠøØ-ÿØš,qQñ\°Ö  "ÂÖÚi1/2ŠŠcÙ  q[û  Ã  ŠƒPÂ|S  °¿k"â¶"õ¿I§jÚ
"  L'Ù
÷¿ÞÙ    Á2  þûö+  4þÓ
ØL)    XWûÃæ6*¯ì¬4*a...Ò°JÂ  ßNíX[  ‹"
'p•0Ó²$Òá¦
k
4°¯{Pa
  å
0...Á,      (r)œ0I
Za5†      Ò0[ƒ  á,  ¡
Pòn        eŒ  EÚëa  2€NËÚÂ    ^^^^â
!Ã  Ct!...      elDAÄD  &F  "DA,    ˜Ž!¶"DDDDDDq    "j"""#Ò¨ËI  MË!§Û  W
¶"ÚäËŠ-á+  <v¶¬  a,      GÿÿÿÿÿÿÿþM*^¥¦"Ëu8ƒ  >¯dÒ;  e¹"
eïïZ[¸Šƒ)È-ÎÜ^,"†AŠD    -I;Êèü"*S°¶DÝB`ƒ  B

‰ÃA `˜@Âe8L/...Ý;h'å¯Dc˜vƒTÂa    v    0ž¿Z""
^‰

ƒi¦š# 4Ó -4Ñ Ü>¿§ë}ü [Ë›"ÀÑ ¸@è-dýÐnOœ 6 .ï_{Ž°þ›´
ƒp›K§H6-A1/2oÿëë¥i]73/4Ý6•×M×1/2?¯ßý ýMýZOOWON" ¥ï
×Œ'ö›[w[Ýmo}6Ê²>¬‚ÄäSᵗ°gQæÆDeÑ ‚‰
E3ÆÆc¿¿æE#!² ? ñ ¤... c1/2té-k×õdÂ"#‚šÇ"    CÜØÈ Â#.D‰ÐB `@ƒ A*"Az' B "
¦ A"-t CÐˆ h2ñ±(tm)"SÆ˙)¬ É€¿Ä#æ°N ØA¦ 8'+õ^ÿ·ÿôþ ‚- a Ð@ý    éà è4 A"Ü 0
ƒm8†š Aëh {˙D>ƒ -lÌ
Ã!‹Ð ¦¯Aþ"ÿÿï¿(r) m¦† ]0›    N#M
4Õ;A¨Aá ...ī ÓÓ1/2× C
íø‰8r;"
lØöüßÕ°ë÷Ö-Pa"99‹†¨-nB
A-É ¢8 Ñ/a'œœÛ%6‰} æK ¥#†ñ íò Ú"
%(tm)/Ô^>5Mè°~EÀN Í
  ƒõýzû['ïnNnG6‰Í¢T˙Ô‹í ›d"    >N`ž¸@è '
H6"Á
Á
A›    l'Èü ú"Ò‰Ò,
‚s6U±ÞD ¯mxM6"m0}ýt(r)÷ýë¥I
¦¨=? ᵃt(c)éó - é7MõÓii:Oi:UM"ZL:ëa ÕÈÏÐé}6ý4Õ>Èt pþÿ¤ÿÚÚï"...{¥{M
  ᵃ ᵃ÷...Ø°^ßÓ~"}7ÓZÓÂ}ÓáÓ]63/4 ×{xaÁ þ1/2÷- ¿×Ý Túõzé Ž°NØém?ÓÂz-ê·~-'
~-•5ÇáᵃðÝ7þ ¦3/4üéÕ/_ mjý8P×Óm7]?Óÿëõ1/2iZ¿‹{ím§ÿôû
×í1/2nÿfî-_×××õUëÒò1-ý¦1/2Ûw]}¯_XIW±ß#O(r)°zgwOê-úßêêþ ûi?Ww^ ï:‡ûX?þÈà¿Hzf    {ýþ
D +"I*ä ?ß÷fÿ×Z] JëÑ
ë1/2ëÇkgPN²€¸t6AÕéë    bØÿþ5É€¦
öüßmwMý1/2Õ ý3/4þÍ†7ký°éò€¸ð_Ã Óõ"×ë÷Ow
þÙ¨:Ã
÷þŸ_î1/2ï}ÓK"v
¦žµ{ á Aÿ¢-ÿ°ÿOd$ ¦A Èîßþ3/4
  u( 87ÿõ¦ ÿÖ¯÷ øD>? ¸å"~˙O ¢->Ë ý>Î‚žbÿ‰×¯ve{Dgúá Gó
@ }kd ÷}z_úþ¤Zzÿô"ù4 -XD¯"ý[Mj*ïÿÐ%]ôBw(tm))    oÿ(r)ë˜ ûïöšë˜ öÿ úûé3/4Äÿ-ô÷ßÿúU
ÿ¢Hðÿ¿{_m÷MÓíÿiu×ÂÚ´ý_þÓA    ôþ1/2gGöuᵃÍ}/Úÿ¥1/2(r)‚^d‚¶Ó×¯
$ ÒíÜëV×Ûõµé7¿ᵃoÎ¯ ú¤•õ53gíÕ"ö(r) Û
ïé{ I1/2ÿ~·‚ë¯Þ¯ù¦8ƒí}{JÒ°zî"Õ3/4þ×¿ûvûMµm{^¯{_°ÿwî-U.-ÿ~¿M"Ÿýué°´›¦ÿo‡ázo×îÒíu1/2U[JÕ¶¦
ÕÒm({
"]Wµ"í;O¿õ°Ã
÷ ïXtÝ ¸kjÞhím&-CM...Õ3/4öÂ¶-í(r)ÚØ_Û † ´¡-Ã    C
ƒI°VÂÃm}¿í´V×wõs7†±ÿi+ JÂV m+J Km&
-" ;I† B÷
a¥"_a¥Ç
/ñ&;cƒIŠd_ ¢ƒ S Cƒ •×§Ø0IŽ8h‰-×" (tm)
~øb ^AŠ¨ÃNÃ
Å1ñQ Š¦*)‹ö6+ø- qìK Û
  H±P·"Ðd‚8¦Ã ÚµÚñR öC àßV *öšõØ]TVÄ& -
Ó[MH/d;¶ŸÚ¶¶»úa8jÃA-‚DÜ& I    Â]=mZka/wÄ·ßi"×ì%    0šVški"Õ´
ZÄk
  IÐjƒ ¦1/2" Î8!:duM
" ÉŠ" Á aBxB!¡

0B !
¿m7ðdöhˆÞI Á

!%Øpeª"1 2€A""V DMPˆ†^Êâ"""""""" Á ÂÚ Ž"â8ˆˆˆˆŠˆˆ2‡*H¯,§ñ ¥ÃKJ ø(r)Ã
Z ¨µaC$ÌÔ ÿÿÿÿü´ GÿÿÿÿÿÿÿÿÿþZ‰Ä&2;#' "XGv ¤Èº%Ìê)×>‹ÄqHô²
æ K '".‰hRLdb" u kDth29' ¤` c
œ3MŒê 5‹'² ¢*r?#ª DG&ëaÍ@`Ö! 5-|4
9-Œ hDX@õ ? 7Ó v¡ á @Ó3/4 "
ƒÓ
ú í;}Ð}4ÐhÚ~éé ýü8~ƒM;þƒÂißa4ÿ¸~Ÿ"ýW-W(r)š îúTôý 1/2 #W"SoÈ"wÃy Ü†ƒt'&>Ñ
Ûí œêÝ &ä "{'-¸ Ù¨´ƒv¶,
"è æ²Á É i@ ¿' ƒ þ y"ÀˆbÒ ] ûé7}ûú¶'
:{ðô ~¿¤Ý*1/4ã¥"ôák¯ uW†Ó Dt ·Ã×Ó¢ÇMÒM´µ
Òn Þ2Pöøl¡ t-~µi3TFûàûõ'1/2FöŸy'¥ýö-ìz,^þ ‡ºèzõºœD/zÿN1/2×¥ ›3/4Û‡M§°õ~¯'ªÛÚÓzÞß
y ¡ëßê"\þü W# 3/41/2_' d &Á¯òCú¶¿Ù ëµ3/4
P"?µêß¿wÁöC /?tÝ[-]Ô .^Ü†ÄŠ'Þ¿º•ioÞƒ Á¥"]*-ï[ Û1/2&õ3/4¯' ÷Ò"‡Ø7¯·÷¤¯Ø ém-
E×·IWÕîøaöÖÚêÿþöý7oÃþöý_¶è7Û öø^¯Xoûô1/2,/ûj¶ý}^F ònd
i]ßÃúoÁúÚIÛWCöÞ úÞ3/4
òÈ8$(tm): Ž"oÖôï Á$e èŒ¡§N¯ÿa?‹Ý1/4-N [éÓðE×Hu'a+,.š ßÝ
ÊqþÅ‡ï ðuÇ Ó}Øv -švk×A$¯pµíÛáü×ý"ªšë÷N ¯w#Ò¬ë\"?Ö|Ÿ"u•îˆûÓ-º"þ¨ùvÝûûþû
wé|›ª KÚ[õ}*vý(r)ºOé;ßÝa¶×¿Mõß"ÒéRµkÝþÁ¯"
dz 1/2wÁ× -úPÖG"øzpÕäª¶"¯Éjð(c)~Õ¤økÁ¤ØWè%-pÕ×m-. Ká""2OÝ ¹"ý†·l%ë I¸gƒ°`-l
Y
êØg ýÇ" Æ-ÇOí±UŽC*d+ Ç" - ÅHe ûOµ3/4Û
nö'[ìuÒA÷¯kA6×Â}v"-ÃMëaB¶Úil4Â¶"Ã ´ Jõl ßív Ðj(c)& =5†
[ Øamî J "pÁpÂØ@Â""Â"
Ám_† Ô2 8-ƒ$
† l @ÈË¡, !:
TFÊ"DDFgˆˆˆÉ¹¥3", DDDDDDb"9j gz $ÁÊDxˆÖG
*Ã L¥ Ê;¤pd ) K†Y¦`2 '1/4¸6 ÈàxR8-†¤›(c)# €i0 ƒAÀÓ0ˆá¶G
s ªG h ›
Z x0ä Cc"æA
Ô Í C@ç¬,ê (VD #s h`"...Î.S•æ7* Î\" "(!
pÈ( , ƒtä CÙ€Œ,qs´É DDDDDDGÿËX -À¹6NGeÑ ÊHÂ*2 "¢ddk.Š"I aÚ¨Îè Ö
¨ Øäv5- weRá
³5
!› "3P!¬ D| #aœ"
L
Ÿ j
O^3/4$ T(û
\
1/4 áò
a { @á¸_û øtÝjƒ~á" Oí6ÿÚ¸kí7Tôï"M?Ó¿þ-/wi>ƒK‡h4ööþF ß GÕ~õè‡w îÓÓÑ
;Da1/2(c) a
" x(tm)(Y$nÒôDEù w$ˆD%2%-Û¢ ÷a ‹-k'C×@êß¬&ï"H-Ü&Òzö n˜cÕ^-‡Þé/¿îî n›µÒnó±Öyí•
~A F' e\f¶Ê²Ê]...-"$;"zM§þðM ž¯K4(Du(tm)'²"¡HÁpˆA"A \e $ Ï'@ÉÁÊ
rP, [(tm) 0D E¬ƒ·$Míë×"¿
ý¿1ÝÔ&ü{LøD

v˜"        D- û¤Õ  Þ1/2íá  ƒé"Wm*  "ÕÿZ]  woÝjƒM8´
c"1/4*  7Ô/ý  ŸIVèþíé"?Þú×˜áb  jƒÂÛn3/4Ý}Ô7ûÓOwP˜îê÷]ƒÿ["o,ø...J˜Nï†h˜i_Oéý5êÓ'G8i¥¹  W
(r)"%  _Ký  "í3/4  §"G'2  r  X  DLü‹ÍÑ  ï~ïR  ×"Ã¡
Ù˜^
÷z÷¿"GZ×ï÷÷"b'ã@ƒh‹ú  "ôÐþƒü  ÕÈÑKæff< z
¦ê±IB#¦"[íþ ìÙ  ¿öÿ-... á"'iè:˜    ýYÑ  I¿ã¥Ò° l
ú"GOM÷ÀU  ßÔ†\ÕcÐ(r)"  ×ô:¿
     ×ü  tðx/þ(r)ûo"×  ï÷}a8M=<-wß"F  Û,;íáÜ‡n· À"ï*÷Õì;˜ý¿(c)      \
-'
  ^Ó-ëÃ!†=zëä-Du²  nKö×ÿVú¥
ÿ3/4    t  âÊ  z]]Ñ    WÕ  †uøDu  èDr  Û(c)ÉcD.  ö-1/2,á}ÿÃXOá8-þÝþ¿V>¨{öûw
8,\VƒöÝ  äU  ,.1/2°û  X=~µ...ü":M  -ð°_ðÝ[à÷¦·ck"ü  N1/2<úûD-éÿNžöøn,þûûðo°Ó,#˜"×1/2ÓV
  u1/2÷ô˜³ÚþÂ‡Þ1/2p1/2áR_òB^ß
ïi;Â#¥V  W
ýêú'  -ß}
ð-1/4Ž‰  ÂÔú˜ÕÈ°-"ý  xtÜ  ¡ý=,%ê·(%õ¤-
*àÓý¸í  xAû¢>×ú§(r),´  ,ù  \?oï}:vÝÓ3/4  w[ý˜Ù@Î
êÜÕïk˜Òf¥a*¶1/2;i    "4áWmSûUV-Tö°"i¿
  î  Õ(r)ÚNÕ"-  J  ^ðÂÚRÚØXtï
*øa[
  ¶   "0
Á¤š°Òa˜uï~=á'Ã   ã¦?v*¸":ƒI
Ã  ^)°Øãk  â¢Ù
˜¨(r)ÝC(r)•",m  b"°k¦    ûI'1/2?íU^Ó_*1/2éØu]    ¶×
ÚÚðÓuÈaÝÂÙ
  ¤˜È:¿i...ÛJ¥¶  ¶ÂÚjéÃ
"°ƒ!áÕ§JÞÕ2        ÂÚí˜L/á?µ3/4ü0-¬0š"Ú¹  +†
ƒ
Ä0µ•X]a,Ã%Zä      °M
  Ã  ×L    \    A...3-,
‡R0'A    p  X†  DDN  ^�̂Ô"ØÑFÁ  DDDDd‹
,
"DÂ#¡  ̂Šu-°†@ÙvD'ÄJ
3/4R    $  ;  ¤Ø"'È(r)
'dGD_&2à¹/›eÆ@Â  ˜ò.
$àÐj  ¢ì¸5
2¦Ž  ...ÀðÁ  2Ah°"'Âœ
3  ª}  Œ  QpÒ8‹ƒQ|Ð
\  K  °5KäpÉ
¬DDDDDD  àî@ñ    e
P¢¡
7)ÈfŒ ^¢   ^  Ê  G  "¦‡(  !È  JÈB²
  'ÁdÊ  ˜-M"  (ÍA°3/4u
²\  Â!  9-5  ƒùÐ  *    X9- c
Š6FÉ̂DDF""""""""""
    ùk  ³#U,ŽÉa
Ò;  Ge  D
èFì"  S    "¢#êz9  ÈíXÑ  (c)&D(tm)Ð.ƒƒä9

4úàð"H@¢...ˉJuàfüïÖ  Õd£ÿ†  µ~fü.Ë  3/4  ÿü/Tÿ]  ð¿¥
/¯¨uát¨.ú_î  ÿ"ÿÜïA-_ü"{ã_D$ÝÐÐ¥ë  ýIhú÷ð  ºÜÿë  Wú-w¥ßä  î  œy(c)  ¯|êÿ¨[LÂÒ
ó‡gâ
%"çaᶜéölRFG‰ÁÁ  Æ  u-    Cœ´  Ð  8‡\øÕ  à˜z  ÄÁç†H
  ³˜1/4C
C#ÅÕ1/4 Þ
†3"  0D      :(tm)ò    <Œ}h40ž˜í  è4 Ñ  êÕ7Ó÷D5Œ ðA÷â
pfÂ~
!,    5ë]]>  8´ÓuH Ýv^éÓÐ~  ôî>-{§ß§    ÿ¯w{iÝ  õûŠXjÝî  éÅ×þÐÓ1/2
k¶"  KÒÝÛøOý5WúÓô·zýZò?u¿ÈQü"Ü  iÈLn^3/4íy  ëVN  GöBL  ß¢/LÈ'1ÈW}.E  õD    "È-ä  w
...ëÔŽ-(tm)    ÈùAú÷Ò Û"‡Š˜  §^Ý´    á  öýÕÑ  ôægH  7"OŠÝ_¶ž4(c);
Ò
°é=p'o  ö¯ðõÒ(r)  þãÞ"×Óï^Ô=é1/2ê"¿˜ëéxCKUm?W}øM~×Ú  ×ëá3/4·V"_[    øZa"ë¯ÛÛú̂ô*5...õ°i
  Jÿk×!  -ÚÂ.žà-ÕSZI  ...æ°Å(c)´<    GWý}÷¬†  Ûßä    ~ÿî -  á1/2É;äù  }B
ä€ˋ
íßï×§Ø_ÿaÓÓ¥ü;ø  "¿O]+f  ðž>z×éÿðºÖÖÚéû[w¿×ézÚ"
ôC°ð3/4ž÷"]ÿè... _á‡Çk§' zÿ3/4¿ÿö  #QD_  !mu0ëúÁ¯úz    ZàýGô
Ú¢ E.øÕÙ%  ¶  õú"ûî
Rûÿ´×  ]ÃVóXzßz!  "²jßýI
"ÿá     úzÿi^(c)ÚþïṏB
_ê  {á  "Æ°íÿúKÝíô-uw¿úN"  (r)ó;kf("]¿{'  ô̂ù9zû  Vµö  V-¶1/2¶"fÉvÝì  [ì m¥Ã
U7¯vÃ[¿Õ-î¿ÚÂ_µ"ûIê]5÷ÞÝC  Ø§v  K¯n+†  î8eõ  i¿LT
Ž  Bæ>á,KWk±R-ñQ]_  ÷µ!à~Ç-Å  i/x¿
tÅp̂û"íjô"P  ´é§öéßý°Áúµ^îô×µ°ë]...1/2I
  §†ê•6×  ŽýÛÏ¤¯°(tm)8
Ù
y
Ö"i~Þ*V  °¬0^Âûl0V  ý  îëvë´¬-]CÓÕ̀1/40_è$Ê  ¦}BhÏPefA,
  ¯¹
4  ‹Å¦f'8d]wPd"  B  T  !a  a,Ã¨YÛ‹  ó(r)  Q¹^  ^^^^Œ²•ídYú-éÈ"dp"S"höG  1'òæ@Â    €Á  ‹f•
¹0    ÀØK£ÄäÝ1  åÃ4þpÈìŽ  ^28h:¢>\3"àÜèŒ  Ys#†ì´f  fòî¸  (DDDDDDDDDDH-†n  h,¸fK
Ÿ  6ù  ¿TC<  B  "  Ìr  ä  õ  sèC8¢,´ÓY
  V¤3Žtä3    ‰    ˜ã  "ŽLLðP(tm)  'C>  ²
'A
nX""  È0×  aK(YGÿÿÿÿÿÿÿÿÿ-r-d  É¶|"ºÕ;S  äÃ#ŠkdPÈY"ŠpRß  Ÿnv    ;2  s³  `"†  È²
ªe(r)ï(tm)v"^É
1/4ì-Â  ÝÿPî  ºª
u1/2>ÕBÚýªU¥÷ù+
-õäë\†?¯Þ³3/4,
UÒz1/4j'ûÿÆô´êîµî÷ÿõßt¶ÿþÝÿ÷Õ(r)ï×ö¯}ÙÞ2-  øUå̃¯ó²ú  X¨·:²  *¤Uè‰"bš"#b,
‡"P‡A$...  LAu  d$Ê  -F  Jf<Á  *  "  ¢  3ág!  -åP¸$f9Z  dR  ±  Ô‹££¯éÖ¤1  Yö  3áÍš  -eÙ9'
?  NC§!&CÐŠ4D
ÖD¯Žä&lÁ  •  èà˜Z¨H,2%@ãÂi,
A  l  2A¯    0@ðœE"ß"L  vf  0@ÓÓ<    ô
†  "fÂAç(tm)±    lôI£S0DX3/4•^á  Dt÷0  ˜L i"  ,
  Õ    z¦  a:Ðiá  Añ
  Ó°šÁ°v  q  µ<b  ê  Bâ  qzh-Ÿá

A • ÔÌ OÞ•øA¬_Ôw"

Ú
44ÖÓðš  ßvœŠ,(ù
¸*
ôK  Ü‹Œ">qØ]9    ZÚkÅ...‹@ãL ý
- ÈƒÞÐ°\,,ôâÑ.xdÎÍÈ÷"CV4OÜŽþˆùÈ£ÓEÎBR/Ñ:6]&' ffm ž%ã"ç#œ t ?#£ì ò
é ›K Žè"Û 7"ûD¹Å¿ j¡ ‡
"š¿Dèø sJƒ)Ë:¤N(tm)  šÂÑ9Åp"  D§"
¢sÈ±I´    Ö p‰oN‰ÑïÂÒm+X^ nJa6 6"3/4Þ×    ´4+" ¡A>ðž y ÿ"ñöGí ðÙ èŽÜ-qA'
tÿ~ Èè pƒpMÐzJá=tð... Ývè&á:N"}:_é5Å1/2Ý'a]×Óï3/4(r)"Öð·›§øA"é6 n a  ÐAá§L.¶íWû
-¡Õ´3/4µn ¤õ
K¥!Òt o_Óí}ûÔ.1/2¥Çúzë÷ë!ÐVý7ïð 'j 7OA¥ ¤ÒÓ ú*ôÿv5ÿÕ;O1/2oÓj=7WBãõÖôßÓ~ý Ž"N
?ú  M[·O¥¯ :¬W_ÿ¯  ñ÷ÓçµMÕÿ¿]í o~3/4î_{ý×Ûí1/2 1/2p-Véè"Úu"¿ßöõk¯wZ_ZÓÖ×ð1
..ƒu×ôÓéÞýšÄH" xK÷‡MýuÚï¿é´¡) 5ÿúLÁ-°Èà¹N/" ÝkàÈá,œ]a- ý3éd( (r)6Bèïaøÿ¨ô¹ 'úr@>F
    u a}VB  úï3/4¯ª÷-ä ‹Ö ÿëâ/¤3 z˙È  *âÈa÷‹(r)#ˆû}ƒ£ /ú_ô  ?ÝApOµ5,ïôÈ!?}WÜ}œ ZûòÀ¥
ºû÷ÿvh
ìƒ""×æ€l/2¯1/27ë°Ý uOöþˆwá G^áWiÃ ë"éï˜ÿZ^  Õ×ÿþÞC<$BÇ
(r)·ò  Ô‡‡O Ã"ï0úy  Pð^[\·8æ -{²
    ^  ÿ\",÷"sü" ;Þ ?3/43/4Òûþÿ¢    é7ÿ-BæH
Á†ˆŶWþbdO¿2ºË  ~ÔšÉQé    è´¡²\__,} Fý iÖ°    ÿä1(r)--"Ú$ ÚOýi:#?  Â#?WþY
;þ‰Avð Ý ÷õuò-ûÞ,].¨-i# 1/2 þdŽe ïõ3/4î¿o{Áv
Á{ëÔ[×ø?¥
    N¿Õ1/2ý÷ßÿïþér ×÷úÿ¿Ò3/4 þŶŶ^Úšê\õ¹T-1/2 _]êÛg[t1/2³¡íÓgW~hý}(^•~-ý1/2úÿ÷Ö3/4¿[õþ1
/4èzZiy¤õ"ßm§"[ÛvÛÔ 3/4Þ HÇþÿ-ª×wý§Úî¯(r)"ç ÿëö Ol×_uUÝ'÷úï3/4~ õ]{þûJÖëþí[ÿO-é3/4
úuî›
k_ þõZZÛ^ûX a7ðÕÚ(r)××ëm+ÛÎ×uÖݯí-Wmm[Û¨í+û
ð×ûZîÿÓ-nÕºµ§
%"]ö¿õûÕ-´"^4ÿußï¿ Z¦ ÛJÂ¿ìl0•¥Ý¤Ø[JÂßÃ     0ÅR%°œ‹Œ-ûî    /â›
ðÎ  †¶ØXa/µ(r) /ö mt ß°-1/2¦ }?Ûa"-X0Iµd[ °Â(r)Ø]Ž °¯±QÁ"˜¯?
q\VÅW1 /È˜?N¢[ø"{ ~È¶¯ ô
a"¶Òa...†?] ø?¥Ž!ED±û Çì[´Ä"ü4áŽ·ö MÈaÞÂúb }5ï
1/45l‡}2    ZÄ/d-?±L^ýŠbð_ìƒÆ×o"¦    Mì)
;öC1/2XUkÂ
"1/4
×tÐjš*..ª^êØa_Rá0¯¬0""--Ã(r) _Zb¶ž ...Zµ 1/2ÿ°Â¡¯[´Â¿a.    @¶°Ða`À`œD2B``Ä ! an!'AP^Ž
%: !
¸,C#BÄE' ðÉ§ï-Âk(c) ^Â Á  ^°..., ^¥ÀD"a °A˙T a
    ^^Š† DDDDDq    ÄDDF(tm)‡ ( Á  ÄDDF"DDDZ èDDJ"#É²Džv
øøzÃ_ÚO×í%`Áol^=¸§ñIRö
¸26‰"1 ÿÿÿÿÿÿ23ãü¦ ¸ÿòÖ
Êâ"Ì PA"·2 ÎdhÔ(r)  ¶C3
¯S"Æv6Õ"§õS"w! (tm) -²/&P0@ú;VŒÞúœÎÒÒaz×é3/4ª a
Zÿ¨PY §ÂÕT$ÿR
û
ú\ 4 /T-}z¥Ð³uû I×ÿ
}ÿD¹ ƒm Ý_ Ú ·a V-:
Õ1/2.¿ûôíR-íî¯"÷ÿÿøU

ªý7°Õ_ë¿ÿ...]Þ·^"U\ó³"J³†FÙ¬È›!†Q@Éx"
F K, Ñ52áŸ6?r8Õ àŠxÈlÁ #S$2 ž¯_Ä$' 3XR\ Ï20C¦GD†tgž ...Q 3P ÐfbgŒ `ˆ'Â PàÐ`ˆ
$È&¬ø Ð;Â"¢> =3á7
sbÿÐhJ°DÞÂ h< ?1/2 é ¤ AØMÓM
è8¸â5øN0 ºhxAˆ·J!4Ö"Môø¸¸q¦ìk Þ ÅIcO¤ä-
£Âö/OibõÎ
wÄ0ˆŽ a °ˆï¢;¬‡ ¢S"ÄìQ9µ,
‰~EVc'ó' Hœã'Ö²#(c) Þ²}¶ÐI"Ñ ´Yä à ï'ÞG7#¦ nI ‡Èç Ún"r0›" 3¸MÕÁ5ù ¢tí¤-GK
Ü Cíä~á]h ôð ÝVôõÒÓp(c)´ ö n(c)Ø ié&ú¦ªÃ ˜-
.3/4 ¨ ¦*Ö I:î¿Ó1/2ŽÝÕui/êúwÒëÐ
ÚøôõwÂz÷Ûé3/4(r)*×ÿ(r)ŸÝõ×ö1/26Öƒ§-×÷-nºµ¯úÇ^3/4-ýýê¶Ý]Ò ýÂ
...ooÝ µoÕ_ÿ[ÿPtŸ¥uÓÕ}~ÿôNm]dA-Wý^žÞºf ²$*ñ| ïÿ÷iZú×úwr
ƒ[×ÿi¯CãZÊ@w×
ƒÓêÿ÷TÝjî÷ð oÉX<ß Uúõþ
¿° UOÛÕÿÚúý(r)°PÃzÿÓµ]î÷1/2 AÛ1/2`éwv"¯Ý_ë¿ëôBÜ ]ª¯}ÝÕ(tm)^Z1/2a žµf"'¡ '{ý{ûúû¯§
Þ sX §wÿë¥Óú$G %#ý÷Úëÿ~"ÿü°Ð:"1/2vº"í÷ï U|=>ª1/2þþßý õÓ
×þ›÷_þÖ*|Õd ¶kk3/4õ××_*ÿ}ôœý3/4¿þÿçW¹ÔÖµ¿´ÿ†µZ]-ß}"KV×þýSû{]u_"êÒïzÕ´"ú"ÿ ¯ÿ-ÿ"i{ë
íÕï1/2"m¯jßëz¯tØ_†"ÿ í[[_‡PÒ×ïí+Xj /i[t-¦ ›
4¶ÂV¿
"/(tm)žïöÒƒ a...öÕµ°N I¿a"˜a[Wþ \0[ö 'È1/4E llBº
0KßzÁÿ Ž?' &)ƒ#,1ÁüqÆ¿±áŠkv$ÞŸ ¦E Ø"¯ëjþÃ Èw¿lSQ#{_† ƒ1/2ûµ
p"Ö Ü0•...Wµ¿ôûö"d,ov ÛOì&¶C¿þ _l$é¦ ƒ
/ab-z
j¬ Â `"Ã L @É ü ÁB
"DèB
°" ! ˆ4&¸DF#B Â V"D(c)â"""#ˆˆˆˆÄq "dž[¬*
ø>éil-...Å1VšµP`˜( ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÐ£ ÿÿÿòÐe(tm) d! l(r)¦Ží"jƒdì
Å!A°ÉI fB
"ƒ
!& §fŽ ¨0uf
2¸³@ó"fdT ³²b
H˜h; ¤NŽpa 5O ;vÌ {¤ŽÉ2Ou
Óºøz"Ó´ }:IÖ1/4*ïM;_3/4ª-SÓÓÛm}ðº ‡Ñ ‡'7o-ëÖ ¢91/2ôH†" ¯ì¤ µ|#3Jå§÷ËÑÕ
•(tm);"
" 7ßA°á¦ÿ ×O_ß¸6+ºÚMÂmîÒmÿþ"é]>Ýs="¨vÛ
›I×¤ wÿÞÿß¿k·¯ÕÓÓo~Þ·÷õ^žŸÊ";¢>dºæ‡¯d‡_z¶¿-ÝÖ'NTÙ 2`}
ÀÉ
HgVh † "pæ- hÈÛ ¤B...ý÷µ' žn8)á
¢ Á !‰Û×´ 2†gœ ¨D(r)÷ú`-*I´1/4§d‡(tm)‡ ,
, èw(c)˜| íB ƒ Bu 'ŒÀ€ D

JxÙ'aZ# (r)(c)è -¦ƒ ïÕý 7
a ÂŽººo Þº ¶õ
¦ xNš ;A1/2"'-þša ƒMm b!˜@Ï e8ž-&"'Ô^œCB"ý5 5nÖ"a¯þÚtï§I¨OO^ôý8ÿbÓAª~"¦è0ƒ·M¥z
m¬Z ÷¥êOƒO‹DxúOÿß"þKœº9 ì§-A)þEA/z%ÛY:lý"Ò"œQ-9trs1/4~š"îÃ ˜¥ IÒõ"A
Í ü èŸ¿_M&äÿÈ-á û"ëÛÿoÐ ûh(tm)âÒ þÂ"ß 0Þ'nEŸ*ÞÈü n 6•Ð~´'9êOšx"Â³0z{Ø Â Aºm
×{é ÛÁ

IÒÂÂuöõÿZ°ð÷ß¤"ª[õµßÕi7ôéÉ"Ý6g

›D1/2Ã· "}&~ž (r)ú_Ã~˜ôß'    ö¯út-b'j¯íÓoA"I^ ¿ÓN"î úúuH6 Mð›

'ÒÛt(r)µzoîâ#,WNý×qWÞÛ¯_÷m›Á{êû[¤=uÕ{^#¿ü Õ¨Ü hŠá

...n z ¯×¯Q]÷ª÷ûþÛ(tm)ð†¬|{Õ ý÷Õ¯-xm-_Š(r)"Ñ.h   'úw÷ûÿIvžµî ¯‡ÿÕµNB%\ ¶¿ûÂ ßß·e, ÷Óí"

Ü á[]W×^Û-...ºî-]BÕ¿1/2íÛû5 `Ë¨(tm)        ¡1/2 )úö´ p] Š‰ú(c) >úé=p‰È" ÿÓ×¿ÓÁRý 4-r

Õÿoº]ú!ƒÃ%¡Œ¤ ë¿ÓÁ;[¿^82X

  ² Jzm&Ü )Áw(r)"¶Þ¿O-MÿÞŸ,      õ ûëx+

}{aÔ"

?ëê1/40këÁú    ¥

kßK¯"uÕ:ëïõÙ    {}*1/2jˆx B¢        ‡Ç÷úä@Ž,!?1/2ý¬ú

0^{ûØ`ûþ›}    k"{*(r)ÿÿÛïÕþ(r)M÷1/2"è‰o›0P^"ò4iy‰æ òHêÿüÂ- Ÿý ÿí"xtE£ ý$ú-´3/4×ßïïi-¿°]¤ªÑ

-¥à•ºƒ_...î¿Öä¤ "üÕ f OŠØÍui8.úºÝûºÿ}Uiºû[õc×t3/4

ßUK_1/2íRÿþß _§ƒ1/2PëÿëuêõÛµ·[ýª£~þöÕÕ Û_õNŒ÷]ë hÔù:Uöÿÿš(tm)ÆßûX7ÛïºÛ¯-{ýÿû1/2 µÿëmn¿º"'Øé4úÿVøk*Çúÿý(r)'§úgýhÕÿZÛzÇ3/4õÿÃ(r)ª-ßÕ3/4Òa¥"ºVÇ^Þÿï÷ö,j×i ÿÿû¥Þ ÛÔÛV íûWö"ºì}¶-úðÕöÒl-3/4Ã    Uzê"ØÓöÕwMð1/23/4úáµol/÷uºV¶Ò°';û

éö¯P×ó4G\0"×í-ì0¬4(c)CP`"1/2"#¹ aPv _°"

*†

ðÈêÖŸ@Ò†

xì/¶¿pÕü0"·jÕûivØ^´

›     a/v J(r)!1[á´Tõ" ŠM°V

?Ø§ŠØ' ü ‰›]°J+‰onþÂÃ

°Ò†'›±M{l_û ñïÕ±±VêÂ7µ

Õ°ëbIÛO ì,îÿk

;

ýÓwV)§køØ..."p| /i-nC Ú\2 ÿÞÂî%Ø^ A¯Ã

ö Ââ1 a_¨a-u~þ3/4 A-"ýªØ(r)ÃdM["

ýi...‹__°ƒWí^ Áy ˜K²"AÁ-T V L ø† A, ÈÓé§"Qa G¤¯c

d=Ú°¨"† F..., ÄA, g F ËQ v"hDR `´

æå±

`Á

a ± ÄDDDlEÂ1Q ðzZU ß×"i-%+, }*éÒ ^Þ5"Hm:Q ÿÿþYMT ÿÿÿÿüµE _G,É†Ã´ Û†s Cµ³<È¡äñNdmšÏ-(tm)·2 e(r)vJ) gf ìÈ3^

èÉ›"° ëëMÏfl - (c) ÑØã_‡'EI"×ÿÝ_¨ÔT¿ûÂéo_÷Þ*OP1/2ÿ j ÃVþ¿[(r)ˆH{, þA ¨Ë×ª1/4 ãÿÞïÂÉ!ÕVÒ(tm)-¬ ţfų¿ø¢ß¤4 b¿zÝ*é_}Ò ÛuÔÓ¿Ý7TõÔô¿ºW××3/4aé[ö" Ì‰oG [kïêÊDv6È Æw(c)÷é6CgzÙÞ...š [? ÂH1/4h# By

!

!Ò!(tm)æ f¡ ¯ù¡3/4ö¦lë ö ; ÏÆ " teÁ,Ã ...Ô¿¬º€Á2< ‡É±"'·~ ,hDNKRà... d,R pa D0â

À-Ü0ƒ ÓÌ4- A¯ Â ï}m{ü

  |}Pa

ªZ`ƒ´

Ðý B þ˜A,

§ Ô Ð´-"á=        ÞƒÞ-5¿ýÝ'zÂ ýTXAÇZpÕo[L ÷ðšiÇß

SŠþõïD

]d ç  ¢8oUÿ~  ª ×
îÓ  Hú%Í  GlPDW{8äè4ûKD3/4ˆí§m"X  \Ÿdýîü³å9g"ÇDº~Ñ)ö¡
Â
þýíôÓî˜ñ¢^  ƒªˈ}Écí^  h  6°ŒÈÍ‹R/¹.ÿÐ7    D|ä_v,
È1/2H    -F-zâð‡A
ú
=8N"þ1/2=ªÝ×  :    ð  M  äŽék Û#    øV,aî1/2i6,n  }  Ý7ZVÕßVµÕÿ;ôð¯ï_wVÝt(r)ƒÙ
¯°  +¯Õéá Mý    OÝkÕ
ž3/4ž ¥4éú  ô1/2WW¯  þö›}v1/2i\0îÛ§§KhRû  ï  *ôö;tþÝ{¥ýpÿÇz1/2}GºÖªýÞ°k‚`ë-'ÿM¯_ë"õQî¿×
ÿjþø}uôûÿ×o{zVµâ1/4  {(r)ôíû#(c)Û&¿ëþš
ußþõ§ÿ°  þ"íuÿ'Nÿ¶ªešÁ¿}.  ¥²  "íÿÕ¯ßf
Œ  ·ý-  )WŽ´(r)A  ×öúé÷íí}ª  ü(Žd¦_1/4h4þ  õoï  ã÷ò@<ƒÍ/èv  ß÷
Á¿ý/û×  z¶ûûßoÿwK`ý-/ø¿ðVíëw×ûÔÃ  3/4íÊ‡ïÿÒ]nëzúÃÿëûÿß  ö-
- :ß_û  Ï  -C}iU"ÿ¯ÿmöëþÈ;q  uû~C
"  ïÖ¢¢$á"ÿÐÔúæ&íÊq{ß¿ÿþ÷ÔÛåÕn3/4vãfCUéí1?M  3/41/2^1/4²Ý\  š,5ª*ïëIÁ¿ûêÿüê°ÿßîþÿuþú(ç̃
õ_lú  ªAk¿wÚ¿Ö-ý³£§Zׯ÷Đ>õ  c§´":  ÿVûJÝé_ÿo  ðÝµ¯oúgWzçŸ^1/2ß{j"  Wê°¶ßnƒ³"ßÿF§þzÓ^
þþ1/2m%?¿ßçB]ÿõ_¿mvÒ´¿ê3/4  :úªå^-V-1þû·õé    ºßOÕ§Û¯Um}+µÿûIµ×"^ý3/4µ¶×þ¬>ÓÒôêµ´-
wí×ý...Òm%÷ßa¥íy Gzöá¥l0¶"5Úa¯ž;;]...Þž
Ž(r) L0¶  VÒ†"i  ö1/2ÿî¯  Zmí÷è0'íöµ  Ã_§]Šn¬+î,÷¶
ŽŒ      ¿pé´K!!!ì¥
wØ0"jì0-¯÷†÷÷
    JÃZì  Kãb(r)  LT‹  ˆLŠ &65äÿ¦"1/2-(r)  V;  (tm)
    c`Èâmq  ŠV*õØ0¿±$>80Z|1ûmul+ÿ¤-6›
õÕ...*ÛîT+Mu  ûL--¿b¶¸Xa1V  ÂöC1/2-  !=§ö  †    "ëÓ]ûuzµì
Õ"Åå¸A"µ†  VÁuì/PÁ;A...µ†  †      Ì9@h  ˈÔ0A"
    a0ƒB,!§  ðq0J  `†    2MÄ    #°A"ââ  T


    ˈ"A(tm)X&  !  ÉÕ,    B"""""""  DDDD×ŒhC  """""FÂ        Çb#ð--mqÿê?ÿÿÿÿÿÿ"Òz?ÿ-
ÑU)n6f@lŠ  2
ý d‚Öd6
ÓÞA  ƒ#^Úü5É§(c)3Pôÿo(r)áoþßKë  k¯6›  '1/2T  x_ðqþ·
/-&úý&êâ3/4ÛÔoóÿrßþò
'ßìˈ/öè:(tm)W'â  ã9  hÛùæ\Š  §  R  53"0    dtR  Ö6!˙•H²%ÅÍC%  ¬èD  ž  (tm)Ðˆ"&¤  ï×(  (
  5    y
""  ý"
  NÐ<
Šh  "  vƒ  7ÈØp  ž    C02ì Û D  Pü  =  ƒÿPƒT  M< â·Æ  O  Z
-Âz¡¿M=8Ý4Õ0šá<&  ~öÓbÓC‡ëí  wÒv(c)±
U  Ÿ
Ð¶  8ô  r#ÖÝ.OéÉO‰ou  Çõ#ˈD1/44  œôKÚ'7"üˈö^  D"Ȱ"üŠ,æÖDê^"œÚ%žKœ‹Ýí  ¤-Dí=
@  ¹  9ŸÂ  ~ô  ®ôúØA´ƒEqÈY">>?$ò3"ÞP  Û ú  ºumjé*v  "i:
¶‚]  ÞûOMˈÝî\ˈŽ>I"§j›ŠAjý<.¶í÷["éU=6-Ê  -ø-zëTÿ  ×a
-õMmÓé>êõVªÕøõ"3/4+§Ç(r)ü5j(c)tÙƒéëÐU¤íWX÷}8¯ §Ûõ...-*î1/2m
4ûãºúý‚-ë]÷_  __[õú"WõuT×þL(r)ƒí?¦N
¶¤  Ó¿Ò',WkšÂnu
-fy  /,äd  Š\nôDÂ}]
(r)?´"  ¿‚ûÈa‹úR@b°N‚ˈü*)_aÿ(r)Ù0  þ»"@ìƒÝµîßûï...ööÁ=B3/41/2F°Áïá  Ò  aº§ÖÚ×úØD  ÿé"-ö
á  ¹[ûÜƒ  ,

ë×á ÷ûðˆ'$A3/4B ÷¶É"~ûá ŸÝÕˊ
îHþ(tm)'=s
vù%oðDIß÷D'£XNbk÷ªÿù$j(r)ˊL=R Ú} % ¥é+H'+ÿ&C
Þëî ýx]§ˉKÝnÔûðû{m1/2Âúý ß ÷
%÷ôˊÛˊ(r)"ðÓ Óš(tm)Ç æ- îßë̃3OˊÒ1/2ÖÛgCoð(r)ívûÿëõgC¿v ?ka7×ë¿\'é¯Þÿv-×¦ºQÿú¶ž-é:ÒþõW
I _[I]%ënÕˊžû]vß×ÛXkkûm(kºÕÒwWþ×u¿1/2Þûm ¯-x]ia...û

$Ã\èþÚˊ×°°×Ý̂ û
Q
"jêì K_xaa...V WÃ]÷ƒ þ66 A ẫ- Š^E¬~Çn !AÅ/öÅ11/4W±&;Õ-‰!þÈ<Y {ü4ÂÙ -Óü,ïéé
‰ocÚ†×ûa(c)
~×°1/2ý"þ̂¶(r) ý"ÅÚpˆÃ]ÃWÛ!]í6ÖÂþö a{ i...é °C¨a ˋˋ ]ÔC ,0B M
P¶..."Â,a8`ƒ' ØX²0g¤CB!"Úˉ̂B#†v`A gR*@± Æ#Et¦²Ì-¯ÛVÒé ÁpÔ1
ÅVš† `
Â ÿÿÿÿÿÿÿÿûf)öäÿÿÿÿÿÿÿÿÿÿÿÿÿþYŠÇ²‹³³@...C#£ÂÎÉÝKge(tm) ÈxÊ¨ï¨Ñ ' h; "6d>A(tm)'
ÁÙ 0ˆ.œ5 "^A"ÓÓU²¦¯M(~ƒ'Ŷê,"Ô¹Â ßS²Ðÿëoëû
ëxNò[Xÿ°# Zø_í }ÉÌ-ö‰oc_""^°†ÕŸÿNé nšá 6H;õïþôj)[^a8(r)0ƒj"V>A7ãN7ã[C z 7N4 ÿ_1/
2{ (r)Ûý¸M÷ô"kéo¥ÿÿõî ;*Jt",Š (c)š3"53b 1
q'±<ì"|"´ý¿ŸfÆD ' &j3AHì¢53 $d3"
#Ç#Vv
-"2óÈ" ? YÐ->4 ˆ œÍd B
"f #
ÐÌ ` ¨L" A
&
³ælRC$ ƒ >Ì a¸è!O ùÇt¿1/4` ' " Dó Q¯]LA 8
< )!> 0@û EN PD)úH4-|Â
b>pÂ
{á Åª..."Ðx@ôÕôÂd0é"ÿ¨Ðzí§h8ðš"ûAé"C ¦ w Â~ƒîÂ
&ô § ƒO1/2 šißZxN!ïá
¿¿d[
m>.EtŶ ôžšÄ8¦!§ºr à (c) !ÚLXD\¢\Ñ̃ " Dçå9:Q-Y è(tm)òs¢?{±|-9 5²%"D\iÅm ¯pƒ¢^âû
8Q.r<Q/ %ÓJÑ.l\‹
'q¢XÑ œß"KÙD0Ö 6‰ûm ˜àƒpƒÐm ›"Û‹\ Ý=]0àƒü‹>,
Â
îg 7,ˊÓÝÃ ¿Óp›'ÑðA1/2 ô2SÐA3/4 AÑ̃ è°4 Â
Ât AÖÒA6,}¨é7Ü' ß÷¥tÞékýzOOÿ¤é7$¹"P×ªn› ...ô ª...Óý6Âµ
ÓÓTÚÓª[ák§á7M¤ºÓV-"õ¤ð´1/2,ínŸ¦'Ÿjíz°
ÿûÝ^ ûÝ~ý}ÕÂzÕÒz}¿¦øªm~"¦ÇxNãÞÓøñ,*tªúz{÷Uj°
zõ] ×"õN×é:û¸~ûk~Ŷ_ÇÛ"OþÿJ8ì}¿þŸëv...&ú%Ö×î×ÿÞ̄¨ü_ïñéRé×õ"a$õú"
µáÿ~ádP(r)¿ÿÕß̄1/2 aˊÁ~ ÛßÝ}éð¿ï¯ÿªþõ
ÿˉä)‹{r _{(r)L AˆÝ^"zÛ_Óÿ]‰o7÷õÿÿÕ¦'¯/×NFÄÿû {0ˊàœ›š ªÿªØ ìƒ£1/2o,² 1_wë} ´A‡u(r)
þ3/4¿¿ööP ý¿& ïôV1/4Gt#ë÷{
ý0~'ê¦ ãÛ ÷u^ýý} tØizÿßõß ë¯* w_"¦×_ÿë
?...†þßw@ƒƒh‡´ÿÿwîý+ 5*{ûÿÞßõôCÆ̃ï¿
-ÿË&ž º þûÊ°µÚ CÿZè̃š&
ˆˋGj´ý%j¿¿W§ÿõ¥ÿõÐž3/43/4E÷×ׯ_0 ÿúÈ î-ÈÁ~¯},ˆ$L=Sˉz¿̄ó ëÿzÕWWµßåˋÿð‰'ÓûÛ{þöúÛÈ
"÷ÈG÷ëÕ ]ÿû-¯÷OÞºMío¿ê¿
öÿˉ ë°ëuÈgßJÕ-¯õ Âí%} -ßþŽ§(r)õ[ÿJõõ÷×ßÕo¯W_² væ§÷ÿ÷šŽÿÏ6þô¿Ï?ý÷m~Òþê j3/4ôýÿ÷(r)

é/ê·¿Z"÷þ×ß  Z_Ý?[î-ñÃW-m%uÿm/ÛV   ÷[["Jëv  ÞöÚÿ÷ýôßí&Âý¯¶-ÿ¶¶V'a+þµ×Tþ-[__a""ÛJÒð
êÒ:+JÕ†¿~-(r)~¿a+ÕZØka(  Mù¡ðÒn¿†"
`Õô×"†'1/2,m...a"Øa$Ÿa¥Ù0•¯ }ª{

    ÂØIÂê¿ÚKûa;á×êŸk{`,îÂ][
%
/í...†    I†
    y  áƒ  |lŠêÂÆû¶|  éŠßa,M¤ö

W      ¶Ö(r)È£¯(r)Fù  ðeÅ(r)  V- XaXý']vÓ  WìTTS    3/4Å{!‡±Q.
×Š´Ø_Ä(0ªuPÅ0°Â"Ö"3/4Å?ñ$÷Ø...{  žÇ  šö?M"  _°ƒ
ša~Õ"
Ú
+IZmxk÷bŸ°¡+
["ÂûTÕ¯Okð×²  d;åŽ¯^Âý"×á"ÁKpP¯[Ó
"0B  ('
...-Õ   P`1/2C     "£a  ëab  %¡èXP1/2"ÂmÄ0]µÂ  Âö  2u`¯Xv  A";  G
ÄDA(tm)z      DDZ
¡Î\*^â""""" Ï¹,  ÉH`â'       Ì,<DF¬oõ  wþ×Çýx  -E•ÿÿÿÿÿÿÿòl'  Ö  e$3!ÑÚR#¢(c)  )'ÛÂ'ïí£
¦[ŒFŒ...0N
Š  Rf,    Ô  I"*  öùPÅ=}v^¿ë"þŽßüšGk2çjà¿Ok-  ü/áNÀ´ŸUùrí  é    ÿÿí  _ßëN´Lá2  #¯ÿÖéÿK
Ç"1kãøÖ¿3/4"Ò×ú-ÿß1/2ÿ¯ "÷¯ú×çzýWüÈZî%oÿüî  ³µ  IçFE,'Ó•lŒÎã,)ÐR  ?    ñ
†l²@R6;(-ÿ,!5>-K¯n:
    ...Ab  ób  ¨"  3/4PD,[#  ,ó)Â    te  ã(tm)`ò@CXp  œ  #LØ"†`    !À^œ  <lHi>=  (c)ž
    !"Ez
x@Ò  ÉÙæ  3áÓ0  oä1H(c)',  !Â
4-y  ð@Ó
'éš  œlPAÆ  a  ~!õà  õ@Ê


¬ ÐiöƒTÂzv(c)ûuNƒ¤-¶¡
    éíŸÿá    A


•   ^}! ðƒŽ.•4
Â
/é¦øA°ü0"±qPâÂlCWÖã´Ew  _!]èŠï<¯ü
Âh0žOÜ‰-Õ9  í  Æü&²,$Óô-  ãzDQèH(r)ÒÑ,ÈAÃDæäQb&7D1/2Ä  Ü‰olÑï\‹íœrè  ÑÔ<É)  ß-  '
~Ê  ³(c)
,'Ñ  z}Òn  7è      &    ÀÐ
ò,üFAÂ‰{"žEPj  ãá  ÛTN  ßÐA¹gÓŸpƒÈî,ä|Dž  }uªqz¹#"  °}k"Ø>féÿ  44K²æÑ:i7Oé4"°
ì/'p‰?V,sO'£A61/27#>ô  jé?W  i°
'¦÷ª á=Ân°é"|üÿm3€ÿ
,@ÚOO§}ÿ¦ëXM¤é7Âjôƒíý?·H"'é{×ÁpƒôôôþêÿJû_õü  ¿±  3/4é6-é·ý*Wýwúk°uí}'õ¿úÒÛ1/2[ßßíÕ¦ïz
ŸëÇá3/4¿úOíÂ¯-?î>(r)×[í?Ø¿u}°[Óu"    ú(r)3/4¯]kK¯õwýû  û¬|Gïßþõ¯ê×õ¯_]ô1/2×[ÁÿûÛÚ×"u¯õÛþ
3/4
¯÷¥×}Õ  Ý\-  ÝíÓý~ámé¤Í²?ÿtéöm
F


×öŸßú¶"(r)µ[Þt

Úý--cÓ¬ ¯íu5
ãû]në²V ¯,^Þ þ(r)"È`  sÿßúý°"íÿÞ" Óëÿtò    âŸïO    É "ý~ýZä\1×]ûwø+ ÿWß¿ûý/í{Â
ãÿ1/2zµ|"
0dÀc~¯ÃÑ
?ûŶÿß ...}/pDtêê¯"C1/47ñ¶¶1/2{ª_-ýíö¯NõÕßtß,† OûÚö
Ï"rÖÿýéPA<73/4Y[I   UW(r)Z°Nk ××ïþé1/2ÿÖÝý G3/4ë¯n1/2 öf"A#ýíô' ×   _ï{Dg}Öÿ,ž×(c)
$Iрÿëªÿ}'ÿÛ¥ë...ÿÿÒ~ÎÂ‡#ïÿêÝÁ]ö1/2ÿUt US{1/25õè ÿÿ[ÿû¥úý°ÿ¿×|$ëáQ H ëï�-¯¥þû"ÿNûÛÞÎ
µ+ ÿzÿ¶|'v"u"î1/2}wuÂi1/2a(z--ô*¥{gG *ÿu¥i(r)Â57ìè{Ò1/4?<þÔî"o_úÝßÝjýu1/2ÿÖ.-ÎÎßô¯uû3/4ÿ
þýj÷ô
b»ûÒÒû¯÷^""â¯^×ûëuý{ý¶Ö"ë¶-UÚëZ°Û¯×ki>û×¥±]ê-(r)Pі¯
.ת§iú'¿á...-_ÿ÷[õÕVØ[
oj¯[´-i7ûÛ£3ÓöûÚVі"ïí6°ÖÐ;Kµê¡-Þš÷ì}-¥v ß¿ò]{kk}...ÁÔ ^Å6²-˜0[kі¶×†-"ß'aa°ë
‹
   &Ä)  6  Ã
Ûp`""1/2 Af#<íñ\j1/2'ú(r)=¨0JÕ°•-ŠŠöAÇlL?c _öEà`-  ²:ýŠãWX¦6ž¢,...ÒÇïý±úþÈ<_àîý=Š'
qLv ±Ò[
šwa2 ë × †ž
ýÜ0Ŷv -a]ÖÓß   ÷~øZüÐ µkÛõúm1% (tm)
>ÂV ¨íé
´ _J [°ª"ïÃ L-¥  $Á"ü¸

%ê\ ú¨ *1/4!Ã ì ø¿wÓL&-¨W ƒ ^" " e--:
   Â
`...Ã[F´, Ø‰NÄD    ÄF"DDDìDDDZ  9C"+ ÂH200C  DE,  ±   ŸZ   ,"GŽˆï
Œ(r)Vô"ô"ª´ ÖðÂ¤ 1/4(c) " Er
û¤:ípÕ-ÕY  °/"1  ÿÿÉ±5ÿÿÿÿÿùj)Œ¤Ð|î#+Œ&DŒ(r)6ÎÖ£µ˜ì
Ï3²¦(tm). gk-2MÎ¤PE^šÖv á$ Ñµ¿ÿhî1/4"[zú \(tm) úð¡uuâ" "-ý÷Kê3/4ˆè×÷ÿÕ_ýA$,
w Qøß^ï‹L' Ý Ò1/2¤Ûïzÿ"GIᰤ¨×¨:¿†ùÝ‰'b•l˜E˜J¢ 2 æÄ b "{53TJ
Sƒ"Dh^Ï³      † èŒÈ¤GÌÌf²%
› N)
æÈŒ"7 !Fsƒ)ÆE Ô !N3 `ˆ|- Ê
   2 R  AÓÄÑŸh0˜W/Ú
a ˜" ‰ò¨@D Èq  "(tm)æ  AókÓA Ð`ƒA"
e \@@ðƒ 2† 2& d‡i,!í" @Â èè0 ¶ƒð &ƒ
ÿ"× 0ƒÁ žš}§^ƒ´<^ zzi§Pî-7Pƒ‹Óô<A" °hj#°âÂa
   Ãâ ¢#´4 ðï‹â: 3/4K \Zh6-9 2P ìÈŽÓÖE ¹ ï} ²sµ¤-B['üŽ,§
È D²ÈçDÏ'üŽõ '7# EŸ'p...ÎžGý 'mÈ &ê%í q Ú :¢Xá ¹?{Ÿ -B/° š'Gª%îOé
4¸MÂ  ´ 0Å0="ô +Ð\ CNEæ-gB~ a?è z
Ð< ÂxO"ðAáZ 7# Dî- ßî á=
Þ m'§ôž ×
öCŒ¤ð §^ƒI7Âv1/2ïé3/4-j-,xTÚ[A" Ã¤ÛIp _õ§Iˊ1/2Rz _Ó~°A1/2 Æ¶-^°Ò×jŸ-Ÿ¦3/4é~Ûûð¯¤
úéöé¿÷÷ý°Òh (r)* -ƒ1/2é÷Çé×_ÿÿ×NÕ*}W1/27CéVÿ¯M‹ëßŸÿ÷MäH1U¯þÿ÷öÿßÝÕÐûzoúýÜm_ý-
-]^°J¿§˜1/4‹
í-¤6%k~È•"3/4××uýu(r)ú÷µ¿_ú1/2{P¿š%îÔé3/4äC ÉX1/2>þR îS...ÞáÚ_ý¿ÿjžøÿê<..." °¿~2 x r
@/wýAfà÷}w...¥!,étÈ:ë^1/2úÓú×}[òZ O-Õ •¸¿ý Õ'O†AÈ¯nµúÁ G§a[\0ÿûÿÿµk k*øTÕ§ï Â!ß
Õö^{]1/2û
ýýôù Õh...1/2> ÿ þ¿§NüŠ€]I¯"CÅÝzí~IÈÀ ?r1  húZó
_ÈG¿ÿ¢hw"E§óX•ÿ^×}¿µKg'úXTˆ³ªß}kÁ

#?(c)"VXjö¿)ÅÕë]mïAoÉ iaŷûŷúõ1/2ý}ï¢d[z×ÿ¸/¿ë"µð "ú}k(r)úöð ßŷüëm w ß^*Oïÿ}w-õ ‡~3
/4ï~ŷÕ.-?^°ÿn1/2BÓý³£ëû!št3/4ë-"{ _öÛÕý-ßŸžŷWŷ×õÿÞ×*ÿ¯ ÿ ÿk3/4(c){¤ß_ôýÚëÕ"(r)3/4Ú_}¥
×(r)Ò¿mu¿z¯×3/4-žÚ_b°{
[-µµa¥}ëWK÷iZßÕ¯Þêì0-í¯Ú°ÕÂÿ}ÿ~d)Û]¥Ò û¯í+\Ôµ´-p°"°Ú~ëk`1/2¶-ÚÃ- £":¯†¿al/ê°Òþë³A80
KÝƒ
ÿ°Òý a,X*aa¤ÚPÕ†Þ°Ò°_dx¯0N9 Õ,L0•± w±ÚlLö8f .íÅ^õûâ"Ø¥ÿb*â¢1/2ƒ#,EE1ÁÈ-¶6
?b¯¦C îØ]±L{^¬, Ú"d<X‰'zû
k Õ0µV¿ö¿-è5ïH(r)Ñc¦¤ o† ÷ö !áµ1/24"L%`1/2Ø^¯aa-..."¨a W÷¤ë¯1/2?akì&1/2...á" L-Ýj
> I0A¯
"Õ& ...â ]
&+a; Ž- ¸o-"jdP
‹CBÕ 0_^ƒ5},v"2Á, hDêA, Z"èDDhFŽ´DXB""# q µ ô[˜èì‡Ô·3k
[ëúÚT¬,4¡,ê $Å1QbšaZa0¬ `†Y¥xÇÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿöÖ¨˜ïÊ¢(tm) e0Ê£;* :;
Ñ- Qó>Ê-
J ›2 çdâ
\Ê¸‰0†Ã±ó°ãµ‰oÈ7(r)
ƒßMIƒ ;Á èìÕ-Ãí}üì ;"×÷ÿ+.šz{ ÿÞ¸_øKúô %
ÂNŸîÿZü'Ms
K"G
î˜õ^Õ ú_§ë{(r)Y¦,n›þƒcécX¸Ó]øÐÜ Ú"[Ó3/4ï}k÷þ#
=k--ÖµûiW_Wz·Þ-¿ÌÕ ds" @(tm)IÙOSù*˜ê.I
ã N1/2~¤¨vk2
1/2ÉHÈÑäj"â 1' ç $2 '±Ù€ Ÿˇš (v]Š ' " F] ...[²@¹±"šš 'y›?ž 7 C
ÜFœž2 }o{3 " ,q
p`^&¤XÑ d " ¡ža : ÍŒ Ðƒ,a ó› h?O
wka
, "CÓÓBÂ
ý
oÒk}"Â AØL ò
~ "- ¨Ñø†É t3"# 9ýwMB
Â
0Ÿx h?´í Ó 0ƒ e4Â "ü âÅ¯§ ôÿ Å1/2Zo^žžƒ v¨4× ‡<óD@Ã_÷± í ‡z
:¨h8¶4Õãä ¬CÐw"wÑ?ÉcôKœr é ó3/4' pä#"Y Éÿ¢K²]¿X¤ýB
¬&...û?JÑ:Q 1/2¢SRwÕ ]¢]ä(ôE‡!!Ô Ã"£Dýá 49>l‹Ý J'L&Ý¬4,
3j,
2ᵍ2
Aòƒí ›,
èƒÒ
ý z AÐAä&Q/è œõý·ikþEž›? ›AXA Ö‰Ò,mäsÈž ¹2 té7#£IÒ A¿m&á:Ú
ë(r)›(r)Ò†"‰OO ¿¸Wý ÚznHîI 6f÷Dèô%ŽPí þëm¸W_ éû°•6Õ"M¤
ô,m. Õ5p¶ þ¯"\4Û 'éÿI1/2Û(r)þöžŸ ý'zw~-XB
ÓÞþ(c)ñÔµé¬Ñ Â$Ú3/4,éêú ]Û:õ-Võ¨"÷{OáßéëÕÇë-j O_Wýo
û_°(r)÷kø¸[¤.ïWO"‹äÚõÿb-ôû‹ý:]$²
:ÿvÛ¯ÿ°¸ëÝPZ¯°E×N"õúø}bôõÕ¯Õë¨ú¦¨öþïoÿ×¨~þX ÛÝ× þªÝ}¨"nþ¢5õØkªÖ¯Jö¯
-°ÿÿr ~ž"ïLíÚÓe8Nû×Ûýt"¬Ö¿zÈ •3/4ÿû ×a- "w† BÍA>
]m*ï 4, CÅÚ zþB"ï×Ð/_·ÿbÚ¦ Á~¿ò 1nµ¡kò*wOø']¯ì e Š¹dþ"wÕŸ ,ß~°¬:Ò÷ò@0÷ý ÿ×u¢
~Ÿ,ëWNïÈ kNÞ Tÿì Ø^¹1/2þ›ßL*zõû† ¿Ñ
õÿ3/4µúÓõÂ ÿï°!ï]-úì õö ÿƒ|ŽÍŸ ¿í`ÒëÑ n‰"3/4ê Õ3/41/20ˆÝúý"ÚûÝßÑ$zýôEžýÒ-Oá†¿Ü

```
    ü§  g&DŸÿêú·ùjÈè¯Ú×\ê'õíÔ²?  §]ûé-÷
{þùd=ën-pÛ_-zêÉsîM  1/2¿ZÛ¥ú,  ^ûÚ%Îôým.1/2zxu÷í3/41/2  ÞÒ¥Zßï¤S‰  ×¿o  Av¿¹Ñ*ÿ¯t(r)t?
¿-0÷öïÿÛ]îµ×é=RþŸïÿ"ÿ1/2fu¿s±•?ùšmó(c)ÕõÚKÕÿûKõ3/4t7¯ÌÕõÿªJÞëÒýý¯ß×ëtÝÕ÷k¶u  ƒÞ*××\-
+kîþÁívÕ¿†tuÿ*Ûwá;ÒÕö×uí{ô¿êö>ÂÿW¥§ÿëê}_3/4-ÒÒþ×‡]Z{úTÿIWIk  é?Oõ}÷Ãõë¯Û]í1/2R"¿û
Øk  M¯i-Ú  _nî"
‰  ýûªjßÚM÷ö-¯  Û]][í{í+    Wa&  W¶  _Øk
Ž    ¬$Û3/4á_zá,v
Ý¯  }[§Ö×al-ë°ÂðÂM,v¦fö¶  ýµA(r)ÚØXiu
+
ûa[

obì  -Á'Ä1/2ƒ†    Gí...A"ª¢ÓûÃ  Æ¯Úá†
l  _ýµ°a  Å  Ä&EñR$Xaua"˜ëØ¯"0-ØÍ†GA  -Á,^  ¦D    ˜¤!{
ƒâMðtÃ*ÐlBýŠŠöA.ÿÔ,;d  ï±ñ\T  %ï
¸\mvø}¦%Æ7v)"ø¨-Š²§ŠÛ¦%"[Ý...-Òì-"í"Ý...Û°¤ÇOtŸ¯a...UiÛ!Ýír
ö+"c°šÿa;  "¡  'TÚköš¶  aX0µ
&¿Úk
Î"L-1/40K¸i  b¿TÂ¬0B1/4.  ^
  ûZ†-"¯Ù    a
...7  N¸2iÂ
Öû
˜u,a"à*
0"0- É-
¨D0A"#B*
²èE,  â"I¡Q    ,  ±
!
  ]h0¡    ¨k^^^^ƒ  !ÄDDMi""
ÆÕ±    hDDD  ŒDV8^"cZ¨ÈÕ¨  "Un‹pÕVél,  Õ†
[-  Á,ý(ªŠ°"ZØR  û
šb¥¤"æ7-
"Â  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿËHxŒ  (AÁQxáRo=è7  +ÿ÷ýúîŸÝ¿ý~é  -÷¿ÚðÇÚîžj5u
õÒëÒè*ip"
B(c)˜±,  ÿÿÿÿ-"µÿø €
endstream
endobj
71 0 obj
<< /Length 72 0 R >>
stream

q
422.16 0 0 706.56 0 0 cm
/Im0 Do
Q
endstream
endobj
72 0 obj
37
endobj
```

73 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.36 704.16 ]
/Parent 90 0 R
/Contents 75 0 R
/Resources << /XObject << /Im0 74 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
74 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1764 /Height 2934
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1764 >> /Length 25844 >>
stream

ÿÿÿÿÿÿÿþ[¢•À²P!Ø£;Z-• d
;  Åu†EQTgdã°Ã97(s!  ]TŒôìÆhÝ
ªgìÏË  AÙmÂò[(õõ...×ÎôÙÌ:"¯ÂÞL°-ßU[ä2¶T¯  V,÷¿×Wä<7úþ/õß´>òêó'{v¿¯ñÇê›O}w]z}~  þêj
•"&{~Õ  µMÕÿ2    2¨Ÿg  3
3#"A¯Î
ø(tm)±  ãñ±OˆTð3/4  û;¨Ð~F¦É‡W÷  ?  -  ,"(c) ï@ý  ¤  H'5!ñ,!*#  !HÙ RœS'
! sÑ S¤p`ˆ!i ä1  f  <Ff(gãf)Ær)Ã³  šÂš
Ôó6G,"áTœÁ  D  2Ã'(c)vM:É  ç¡H‡ôÿÓŠÓN!Þš
  -¦  0-è    á  ´ a  ô¢
z
 Â  °  "-ˆ=Ð0  *3/4  f      º"×
Âv¨  Ð  ê%˜  0Aµ'NNo  "äæB
î#ê#  ?BÐa=Pha=Bz    á:jÐ|Z  Å¦•ñ¦ž'o ßðf°  é"
9  ´"ò/±jOÜŽ"\"~G?#Â%  "Û(¤I'-¢<r-1/2Ñ,hŠû'ODxâÑsiÚÜGÚ¥r;²œÊÒº%á¢^øH"ß§HŠí  Ã‡
í  i7Óv,
 Ó    ¦á?@ü  o*(
è  Ë:µ@fh  ygšk  7"sVä¿¢T¦<d'îE÷'ò]ÈçE¡<õ$p›"ê•>ò~  Œ$,  6‹£D"  ‰R%ÿÐnÚ}'ðîÿÕtýÓÐm&é
éè:Nž"ÂzÐMðŸ"  z"é;Ó{Ý...ª~Ý*uT  Â²€(c)=:  0äsTé
(r)°_ðDuUÓ}S¤ßTôëÞ"t    i°z
*ýú"zz~´3/4È¢è¸^›§Ò]ý3/4*›"§"Ýußñ¿Û3/43/4"o¯û]Þ-ë¯uë±"¥ý§ëI"G]5uÄGJö=
ú
ê  O  a>é=?KÚúÛ-{3/41/2}ª1}éë  Ö·íG-""{¨  c|¿KÞŸ"ú÷Xßö¡kõ×¿Õ  }Ò~·úûûÖÃ#ª×û¤"  ¯¯áá
]nù  +VÁ"ž?IúÃÿ¨÷_¿Ò¯·²à¹
Z  9N  t-x‡ZÝ ußÿ"ä8/ä%B  =ÕZ"¯{Áßä@"ýÿuïßûþûé2L1ww,ªûì  æ ÿWu×ùÐ"1§d  †D  >5 aõ
 ˆ  y¨>1/2µýÛÿ÷ë¿ï"  ¿ò€{÷
 '  3/4-ÿì  ª1/42 ¨
þÛ}¦º'DwÖP  ê ÝWþõ¯¯ÿD  HA#IH9  Aßm~
ö  }oúwþˆw-_ïì"-÷ý5Ð1
øD  ×ûÿéÿ-ûÿÿf)"Ï·2Š¢  -"ôS‹¢  1/21/2/Þ¿Â"}ïÔ  "º#>-b}f¬  ",ns
à¿õoû
oýzÿùð‰  éöÑ2-Ò¯aþF}[  ¥ëòhõõÐ  n
÷µ"Êq  B+¢Hu~êîþ"}ûîÿ3/44¿_úH/Ûõ
Î‹Eé°_ûßÐM÷ö  V'3/4µ¶ôB  ~  U××õõ3/4-[(r)Ÿ¿ó-ÕÞu;Më¿öø?ÿÿÿé/ÿöëMÚ1/2î  µ]'wÛI}¯¿  Ûé¯

ÝZþ-Þ¿é.yÿÒ}ýíß  Wûjz]3/4éa  ]mél3-Þú]µÿ°""ú1/2+Tÿ1/2WÞµ¤ýµ  Vÿ_^è  t-Úïéoú¶°ÿêyé_ZNþ
Γ ì-Õ×ßmÛ_ö¶ŸØ[ô3/4èØ~-õ    h[¿¯|>×oTÕ3/4ÝáÓjÃ[þ×"p¤õÃ
jÿþ•µÛ}´¬/ÃH6    wÚý,GÜ5Ó _ÿ¶•¨ku¶  †-
    °¦-vëu¥]§kvÝÿø... zÿì‹
's±L  /±QÃ6  DË  "  ¶  Û    ÿÿA-
  E  !!1ï  a†  Õ¶  Iµ†¿gÃ6  °KÞ×ê·þÅ  ´Äœ}¦C°bÏïµvÕÅl}?é±$ù  û  q{¶švÃ ñ  wÇÓqQ  2
é"bMîw!ì-¡
!é,v  "  ...Ú{Uz†  VÕ3/4ÂÒa;\†!÷ëÓ  Zú"ö
n  µ†  Øa  ˜"µVÈwÄDDDDE""!"!¡  ´ƒ#OpË  _¦    Ã¨a+†    C
ƒ
"Ò`*k1/4X,k  X0VàÂ  ÂpÂìXPši0¶(r)""""9Ó      q  ¡"""""6
  ^^^^^eË@[B!"<ThDDFYÅÿ2T^  ð×xJÒÒ%ßb  Å]"  Â-p´
  Gÿÿÿÿÿÿÿÿ(tm)*³FelƒE\YJ  o¢?oÂì-êlì"FM    Ék;Y0[;+þw§1/2  ¬ÄšÈ°Ô‹æ
  ŒE^Ô÷-u°
(r)ÒZô  ]ó°*ý-n"...{
|  ]SO×,÷Âßzþ]  kM}/ëÕ1zû{ÿ-×Ú"3/45ý  ûÞ  }z¯1/2þhÈÛ_éÿïÞµæE"ZÝ  (tm)
...8Lè)  mÛëèÍQ8Ë¡"ÓÉ    ù  ˆ¥úeûó^I-R°
žÓ@Ð3aÑ  Ð  à˜CÏÀ  ˜"Ê†    ¨@˜z˜r    Š  ÐÖF  9  XPD9È¦
    ]$0"†ƒ  Œ    ÆÁ"  !ÐÍ°D&...  Ì  Gà‹Ø†¡H  O$  #  r(
>  äC#TlC˜"ÿT  °hT^(c)  ôÂ  ðA,  "h0A"AÑK  >-h
é"-    ˆ@Áü Â    ?A,  AÞ  ¡L  tGcãDý"K)¢VÂÞÅñ
:°  §  ÓAéh83/4û  ?UbÓ¯X´ÕÛA§§V  TA
ä²  z
²‡&p  ¹,È·âoÈÝ'æi  Hõ'.´ƒ†  ¥8äÏäHj°°øÙ#Ù  ÈPKÚr\÷¯T  øh‰  (c)?r(ã¯ö
‡  ˆÝÚ  ƒh,C¤è n  7ÉxW    ÐNá¤KÚ'7    D§"§HZD¿    n    1/4‰ÐÎz
ÈæÐA3/4Œä¯Ñ¢tÉÓªAÑ9ÐA³;D1/2²?h    7Iú(r)›Ún°Ý§ëA6Ý      ¶Ýn  nÝ(r)  n›ëØ
ÞÿOMÂnýáh&ÐÑ¶j-"é°    ÿïWÅ*    öÿ¯NÓnõ¶tÝZ]¶¯Mõ  ÿ¯Z1/2¯ñ"¯ö
¸Zþ,éûÓ°[Ø1/2Ú]Wýa+õ  âÒ"[Ú]7}/tiÿm7ûÿ7N÷ßî=tÝ.?ßXKÿUõþÓ¿1/2×¶=RÓþ.-"ö/"]ß}%  ªÒÒÛÿ
Ý]t5Ó1œ  Ýÿ¿ôôÕ  }V)ÿö  ûuõoþ-Ýw"]iU÷°[÷1/4F¶Ý¯ý>î4Ó¥[ûâ#  Òõ¤¨¯¯1/2ÿW3/4(tm)ta  Â  0-
Ù€Ãœ°¿N×"    ¿~ÿ^þ÷î3/4""T
è×¯:  íí×  0zþîõâ#*Ã  Æ-H  î\µ]ƒÞ-&9-¿¿_ZWô-(c)  !vf
]"÷¯ëWØ-Õ}{z,úø^ûo˜ö*Ðë2Žîÿm(r)¶îØaý"  ù'Ò¯Z!ßú}ÐD  ÿ}_KÒ!ã{
C...è...Í{û  }tÛ1/2k¯éí"¦!H  ùj  ]CÜ5ô  +  ÚÚ"%5}^÷Õ¯,.¦"m  C1/2×
aÿB:Wß¯í>ë'ê  ×'B§ðž-,ŠiúÉ†î¯Ù¶ßaI'¿3/4  ~ë"âÝo³Uõoÿ°~°WÑ    µP^ß¯î¥3/41/2ÓÕ}µß¯u×¿_$Od
"úö  ×Î-wßÿÚßO
¥m  Õmt"ÞÓTéiU/iK3/4Î¿ªÝ3/4"{ß·o[W]×ßVnûß    Z1/21/2]j'ûné(r)ûïÿlèuÒè;úßWÏ^×ÛI=Ý+Uíõ¯
ÒÕ1/4--Ò3/4¯
-;}Ò}7×-µúm/÷"}~1/2{××øoøa&Òáñÿ  j3/4*ûtõ  kkë  Ý%-(r)-§ÿëkði6¶"¶"íû  ×a,¶  á¥
WÿöÒná¤ÚÃJÕ0žÿ¥kÚÿ÷v¶"
(a{]†"-í¬>Â°ÃÚíq^Ã&*Eñ±÷¯ü  X6
ÂV"0H0Á+
*"óJ  Ka...÷'3î¦-¬  XÛ'/ØJ  &1/4  AC#...baðÈët3/4Ò3þÈwûTÛ
  ï  {ƒ¯V¬lTq±-ýÛ    Ä*(r)¯üI1/2  AˆLƒ3/4E  ö*$Þû  bF;¦Ð>+¶]l  Òƒ  0-  W~µûA¶ØM"n    Òì
7¤¶¯"ÿjÚaRÿ†š¿
&°Õû_\  [  PÄH7ih|q


ST  L....Ã
MÕÂÚÚ  ØN‹€A,iÚé"Á=

0´0B Z¶    ÄDDDDDDHp2ZD A"Þ§ Aœl±¤#B"-    """!"Ù"D*fb# ]Dq Q    ÄG¿òÈ1ÿm.¶
1/2ì û ÓkÐ0¢#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþdf§cf@' a eXÉ±Z‚Â    0Ÿ "5-Â2],•1  2. ï"Û+‰Ç
e  <)ªŸu|vIš?Ï˜±
 ;+dÑY  Š"  l(c)3‚^"$Õ
}° ¿úÂÌ£ð3/4E´ÓWr±ü    āK¥,]ýý×Öµ āª".ð"øA°,#¥Úi}Ýeš´×*1/2nY×ïô
nâ-BÿJ]Nž(c)u_Çý>ÚJ-cø"¶+‹âÐô¿Ž"
öŸé{µ¯ûûÔ¥ö"ï(r)ïÿ¿ýÉGs(c)  q(r)82MšÑ"@Èè  ÆÈ†Ž∎‹h^ Ò·ÞJ  ¢·3/4  õ(r)´-Sí  j
"-~  Dñ  f  Ó/  "ø2  $g  "  3Y  h"Đ¯0ç¨·|À¤¨´g  Â  È>ÉÄD!Íàà"¯Š$B§"y
A`Éã&  5...É  Ê#Hà|±,!Æ  dzJ    ùC‰  ²~·$  7  bYŽú1/4.¸†  Úz"ôãÐjŸ,  A"
    †  °  a  ž  ‰  7¤  AÝ Á   `*ĨÃ"-  a;P*f  Aû Ô"
Đ3/4
 gÁ#æÌàe:a
¢&  (tm),f  lØ¤†u;k
øiÅñ    >,&  ~¶fOL!ºma=p*fM[´  v´0... Đ¤-Å§Ä7ý  ...1/2"Ã˜iú    <
?Ç·'z‰{'}ù›'ä¨-y  æ-'áÆ¯°ô³#æ‰ơX  'áÓÜ  Ú'íÐ-ù+h‹l+8å  Õ4Oœ-{DWs¹"    ôE‡±3/4^=-
!vŸ  "=
  ö  m-  ò‚Þ  rG#à*fh(tm)÷Ór/¸"w  s"->A  ~,
hÕ$  (tm)Ói  £A  Á  ¢SbèœÛ-Q3Ò
,
ä  ,
;
ªN^  dtš7Ù  œ‹Ù9°É¿È*fôÿIá6ÓÓ
Ò
õOOêð  .*f¥Đnžô›"
,t›ªm&Ò¶  é6,
(r)ž›è:Aú~Ÿ"Øk(r)á<&Â
Ãr/så∎S]?Wé°]_"ª  þž°ê÷...¥÷3/4äè‰L:î¸OM+wOV¯Oý]__·Öß¶é=  Úo"ì
ý^Ö÷÷±×ª÷ê^ŸÒo}átÿMōIÚ  ^£×ß¥ôê²¥H'èà1/21/2²éþë  Ōúzú}¯ÿ^ōÕ1/2uÖ;Ýuⓢî3/4Þý¨z¥v¿W  +ñ
oqWÝÇ-Æéÿ×§"(r)š°ûï0Z¯×úŸwöýkÿÿô¿öáÚ¯]wU1/2i~Ÿßÿu¯ÿï"kí1/2  ‰7W  ýw(r)-Ò´F
þÔ  (r)¿¨¿¿dtG
p]Vÿ'!;³9w  ü§  õÈ(c)ôÞF
"ÿkōþí%]Úÿ§Þú÷úÞÎ¶°y
¿uÇñ"  Wzoä¯/ñ  M²  ?ð  YĐ  ÷ýû  µ"{î  _¯(r)×  ýé)81ß•˙ÇÕ}¯{2Fÿ_¯ÚåX1¤
ød  ÉÁŠuủøµÖ  uí  ›(-šõ~ÿ  3/4§D    ÖÖ  ~Þýú^¿¿Á  w×O¢  ï°˙$  `ÿÑ
  ÷ÿÖ§{îŸ(c)
Ø§wþ(c)u°õ×a  &÷MWD=Óëü‰ù'{ßÿä'o(tm)G  ...àòTý  wz"DúÿÝ."þÕê¿*f¥ÿÿjßÿÿRduzôGMv¿þÿR
ÿª&Æ¿áÈø@¿²œZ]äÑ  þÞëT"¿w
ÎÊ§ÿ3/4ëõÝ
- ø/ÿÿ  3/4Èoÿ(r)ÿÐ[Ô/1/4  BX^¿¨û~Úýø7¿¨˜ m_þ(c){Û¯[ûÏþ›ô∎²W¯~·¥¿Wÿ¦  ß^Õµ∎ÿÿUõû××È1ív
ß_¨ÞiÊÿÿüZïµÎ∎î?ïmÓïZ"¯Úôt;ëuûô÷ÝUoþþï{[ûøjéxJêÒO§Ú¿¸1/2/wÒo÷Ý  ¯m{¯Þú-ßzuûKú×ôïÚ¯Ôô
-ïþûo~C8a+[ý´×mwïUMµ^ôûfm}>'on°"[TÒíoµm:Mo3/4ï-ŌïÿÛô-WëÏ3/4Á-²  6  l$þÓö  ×ì-Ó  á6∎ûJ
×ÚÉÚØJÁ{ímCk¶,]l-,¿°^-ZêŸë(r)š¶"ÿÿŠö*!1Kj3/4Ã¯øaY  ,  Ÿ°(c)ðÁ˙ÂA†-°Ë"ûob¿
4>< Ó'x0"
l,pÂõÃVF
  WaU°¿  Øa(a+ÿþ×°_ÿìBßv$Ç}±(r)Æû    Å{  ¿  _ÂD›Ø28¶Å1±†C1/2‰qýŠ¸-‰ooéäKëî...  *EÍÝl0
"0\
ÁKp  ...×v¯~¬'Ò`"d-  ì‡Uík´  ï-ŠêÁÇr  †Ö÷ÝµÂÚ3/4ï  ]Z...ÿ|TDG  Kw¡a  BÁ8?W°¿a  ¦€P¶  ê
  Á]B¨¨h8¨TÁgE°A¯¦  Rá+  ?Ó¯µè·

"Ûúíz    a  ^^^dÆDDD  N}ÀAÄDDDŠ¡:bC  ",      ^^‡  Â  a  EØB""á"-p•Òaq        hDD
DDDDA,Ú"a¹q¤¿ím+ôÚUÆ;ïWa\A-$(  ÿÿÿÿ;$QÿÿÿþWI  ÷2  i(tm)Än‡LÙÙC+1(tm)  é  ]è'
ƒ#²6Ó2PÉzï1/2$ê"ï(tm)×ý;µôé×(r),-Ý  -ÿMxÐê˜  UÙUïwj"h\{þ¿ÿÙù  Tx˜Ë3eFr:<Î:GBÊBîþd*ì
Â"G6iØÀ÷¯9à¹Ë,  R%È  é˜FÙ-  l  E8B-xÈ  "  Pä@"†  ´A1/20‡´¸M7ÓÂziáX!˜f9
"'  Ø"  ⊄Ó  0ƒ5    ¡fØ a  ñ
{§  ¤û˜hi°"ð    AÚh0  û¦Ÿ'}Éç}Q  .äþ˜œî^ôGy  4°ž  or~Ø-á¦Ÿ":TDpÂ~    õ
AµÐNô  @  ¸@á
²)Ë¦OžÉwD±¤    Dé"î~  ›",ðž  íxNþë^    Óf  è;  AÓA=tÝ8A  ÿ
û~µÕ¿V°§tö  1/2?ÚMûoMïMÿÿMÂÿÓýu-    +ÓÓ"ÒW¥é?Ó"Â3/4ÚIö¿þëí1/4?¶µµµ_al-q-¨|03/4"±ÿ
ý××...Â^õ[ý
;ÂNîÔ~Ó"û¯ë¥ù¬L    ô¿ûë""Bn
ý|×}÷ïr@c*  1/2:1/2vF        y0        YÐ    Üp}Ûkú]õ  µ×í?ü†  \  ì  ‡þ  ?¯Õûþ
    1ÿ{N1/2a'Â
    \'_ì†  a>¨·Wµù  :‚Š¿ÿ]á  ðõÐOú!oýK  }+ý1/2WôX}%{ëû×Dtú&EÕ  ?ûh  öú¿[ëÂþ¿OUö´
·Ajð_ú',î-û¿¿k×Óÿ1/2ÚÑÜ+ÔèÝ¬ƒ§3/4Ø  ¿-1/2þ¿-ÿÿÿÔ/zW~(c)Ðzöt  [m]  µ¿ýVïµ}ïáûôš}ßOÕ)Ç÷
ïö>ì-§Ú¿JÝ.(r)•¯Ú*V  ¥1/2_¯†-ýXav"
Ã#‡Âí...øjÚÿ  ...á¤  Õ"kÝ¶·Ÿ}ì<^ØâFö>>¯al$þÃ
¶"jÃ

l  ´1    4›
ý1/2éCµÈ<l2        °ÆÅ
  \  *Â1&>)Ž  KõÃ(¥Ýì...  1/4...{[WÂ]d<C        }ŠâMÛµ  ¸R    (r)÷kÂ
!    Â    É'@Ë  Å5ÂÅ{I0µa0O-Â
+
m&Âa<DDDDF"A"!,
!"kC^"0B"%9ŒDDF"Gÿ¿zøÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿçbQÙ";  Š˜Ñ  ª  rÏ  Du  BVB
ûƒ'FŽ
ìvW  dY•É  ØÓ@ìÑ  Ú;'    xe<I29'§    "  ú...{ÿÞ
    "r
Bj†@Ðfè?÷Uô"ÒÎÃêÈ3/4á  þ^ù¢X  ð÷ý1/2_
é7¯á7A3/4°ö^(r)-þ•]+'ò`Ò&)3/4-  Oð...¡Pâþ7×1/2B¡¥þñïÚm7ÓÐøâµCC¦Ò×-þÿö¿×W'  ¯}-ÿÿ_óF'）
j    ÎÎØ"  ¹*Šòe\  eFj‰J#(tm)4üì@É¦í*ÎÎÉi  >ÿëï1/20A"-  ?Î@^"    ...  x@Â!)?      2(gPäŒ†Ê
Œ  k  )  ç@"Œû'    `˜K0dbd  3^  ä"0)
6FaÉ  xðDHŸd⊄±Ù
B'0-'  *óÃ³Cï˜f3/4  Ôy§ñ(r)8hhzZ  ZÂ
'ØA,d  (&ž  4  xA¦  v        m        ¨@Â  i  !4-ƒÐ}8MpA"
    îÐx@Ê  a  <6  Yã  B  þAÎO(c)Ÿ  Œ  ."ÈXh"è"Bæv%of?M7Õ4
ü Ðhha;N  q"  AÚ
b  i¿ÇØMPqz
›OÓé7    Õö  3 Dû      "ð
Oþ´  '-ªçs
    Æ±rⁿÓ"ÿÚ'6¨änâÕ    _#‡Å¢Y'}è-µÕ  ~ñî‰o'c'!ò7v...ß]¦  ÿi Öê"ÓÕ¯AÿÐMÂ  Ý*m
1/4‹áÂnOé  ëÐæÐV‰Ï    49  ÄÝ"è :    ¦B[A  ÓÈÐ  7î,3-  6‰Ì0eÑ  à  1/2  NÈ1/2  LöqÉ
Ðän&í'NN  âÂ-È¯Ý  é~´ôô      P  ØM+¤ÚW}:Aé÷Ià  ¦û¦á7    ¸ôð(r)";ý
÷H;ÓÓo‡¨M3/4-CØFl"ï?Ü"ç"ßëÂv  ^ïë×  ·
Znƒh&ÿûútŸokW"  &þÝ÷‡µ~"¦ê̂Õ  ßék
ê°T  ÕîL'@ŸaPOãý?1/2?ôO?Oz@ÓÓÐÂm^"êœueWkJ  ¿Úôž'  ÷×Ûê3/4Ý§Õÿ"ôöð1/2éWÚö*N,ï
zUz  ínÞ1/2ÇÞ°÷  }°Ý-?÷ê×¿Ç¥oÿ¯ú°  ƒ.    ÕD...Ý*~·Óa.¿Óávî-Ò1/2ªµÝ.ªëõ¿ÿZ̈ª(r)´Úûÿ¿ûô  bN)

/" žÿï"R  GýõÈÐ^¯h  Ñ.*-  á?L&í  mGþï¦¶1/2ö  ¯ïÿ¯ûß
'Oà3/4°ýkrÒ  _Ô¤
W!  {öu  Û²@câ^  '  T(c)µþŸ  [tÓ  Ã
÷Ýuä¯_ë§°¨%øD  zþÿ{¯_¨û...µ  Ãõ~
Ö
öB    _{÷}uÿ1/2á/õï3/4È¨¿ízÇI}  fßÿ¿ZÛ  ×Ò  ‡  80äG^    ú!o^^
ý¿"Y    etÿ"-|"  Ûõ1/2WÕ  C¿é
ïÒ{Ñ2  ÷õûê¨¿Ô³Þ  gWý  ;ú#!ùeŸëéØ!ëk~FP¿1/2  jôÿ¿î
1/2ÿú|þ¯î-õ}Þ·þÛE‡ª5"ÿÑ4_Ð/áÍûÿþôûX.×-  #ï÷ÿ"Hïúþ̣vNT"ïÓ}ûþ×":_ÿö(tm)  ^.
3/4øU÷_^¿í+-6tŸýzÿúÿÐ_ÿõªëI  Uûõ1/2m5]³‡ÿ  f³þëëïõÐ]_¿1"ûû^ûz-jý_.ûëûÿú|þÝ{þ'¿uûû3/4´µ(tm)
¯O·KÕïW\êô1/2¿(r)ÿúmüêu|?U÷__Þ¿_ÖÚ¥×--ÚÞûûûÿØ[t¶î.Ÿ:]ëÿ́ý¯-uÚ́UÙ́ö*]3/4"Õ  ÿúë<ÿ=ì%d^Ñþ
ÚÃVÕþ  |žk
%u¯
¯aö·ö*m¥ÿ|°Â1/2_÷Úö  öþéÖÚ--Ú́}ÿ¿¿}ô}Â#"j..."|0¡µmVEÈjªßjÃ
3/4ØÍÂX[  ßiZÃN×öÔmmp3/4ÚÃKaÝØ+kM¬:í+ª×¯ÿ××ÿxx,ßö&Œ|Š=ýŠwÛþ¡¤ŸÆÃJ  ,  +a&
    †  †•...ë³ac`ÂV
ì3  C  ¶+cƒ  "      6  a"-U†  ûÿwÓ
÷ö
    þ  [!Ý1&?1/2¯T¯LS^Ô^:bMîÍºŠb    l[ÞÄ"·ŠbïbL|UµÈ<XéŠb'  ...D'‰1ÿÈ(tm)ý}<ÿï°Køa    i-...¦a*}
µIû
*(r)-¦¤  {!ß!‡¯ÖÈx`È<k"-ëama    í¦>
VÁ}"ÿë²  -ÿc^^^†  †"F  -Ra  °@Á    +ƒ  4  -ªh0A"îl+¿
  †(c)¨]"  ¥^°¨`  !aBPÁ0ž  ¸  Z¿{ô×ö¯×Þ""#^^ƒ&
u  ¸ÎPPBIô"#ƒ
  ÓGT."6""
ÉŠ  8¸2ÓØB    `‡aa,-šðÈXñ      DDk  ÄDDDDDDa  Õ03/41/2b"<$Y  ¯Ý|5"É·*Ž-́ÁÝ  ;5  °Â
÷°«(r)-    a,"-ÅDDCPd¶P?ÿÿÿÿÿÿÿÿûóSe¯>  9  °Î•².ÊàQ    ì^$ã°1H  Ìó²¬ÄÆ@'.¡Jæ"ÿª(c)  °¦v  ¡... Á
É·¨Uü/¯_I{@ëûÿ²{+w$#ö  ¤  ÿýj,O"ê‰¨ÿ¯Ã
±¯Ö†¨  v1/2ñ-¿Úê  6>ÿïK~þšÿ  Þ(tm)ÐR
ž2  ("(r)(+ÈF°OéûëkBD¯4Á  PÁ̂
A¬"ÀflØÃ(r/3o#qò3  ¡  làò  ¦±'ù  G\      8¤-II³QÙ2¯Ùd@'Ñ-  A(r)ÂoéÄ=B
Ô'"    °V  4
Ê  ¸AÐM  t
L  ƒÐd†    3?  x    2C0)ÄxÌÄÍ¯PÎ3Ã    D=  >œÀCP"l?e  Mc8Á    !p²  õ.È°"  Èšƒf#"£FSä¦¦Ýžø
D\r  Û    ÜG  ëÿ5};[    @ÓAªA  Õí;  6Ô    4ðÝ¨~¯A"þÓ  0ƒôÂ
"  à^:(4  gÁÓ  ó6
Ð"  @fB´&à  µ@  äH!qÈ-^ê"ú  â%nF;M?Xø1/28ïM
âí?<    §ðÓ}{<A  ðÅ#-´Â  ""Û\'ÓpL  ì  Ûû~DÃ  ÿ%(tm)ð,
@  ¹sh-_D|þEë8åœœÚÄI3/4ø-  Gí'B  r%¹'(|  ¢~  #q¢tl<:#€ä$4IÊw#r‡TƒÕ9  ||UÕ-§Ã]?ÚÂa~    éÞ
    tôÂ
;¨A¹  ¶œ]&Ù$  p  m'fù  Á
"å  Â  ÐB
  A¯H6,3-æv,    -  ‡    †Éè>$Ý
@ò  Þé°zÛ...ðM*1/24  oû¦úm+VÒwT  Âá?OH&    ôÓí6ë]  é¿§iÒ  "  "JÚ
ì=,  ÐO    këëë°ÿi  §¯÷  ª{¡zÿI3/4(c)Úú(r)  zÒµý+Ìëõá>ém²  f  §k-;þþ8Wï×†  ê-ØÕ3/4  "á?];ôûô
Þû×  ÿON/ôíx¥jÈ/|°z{ª-jÞ¯WÙ̈ÒWz  /¿"Þ1/2wwî¿ýw[j×N+ÿë1/2iñ†Oûí÷¿÷ÿíoý-û3
#¬7·Kþª·V"úý']{×ël,ê-×~äHí  êÿ¿ÿÿUþ¿qr  2  #.
_÷ª¿ª÷3/4ëîé¯

aý  G  55,-¿ð~¤\&õõ÷Zõý  Ûûþ1/2¥
,    zßý'"¯"_(r)"é,X_  l  é/y
-;'±étéý]zK  ëõºþÿd   &Ø=¿ÿ¯¯"  ¯ÿ¿.! ‡õPUÛß`õPß-ïÿoÃ˸¿}=W_ßs
0nC  ê^  2ÿuÿT  wß3/4ò
~
-Öä4}äNí"øaÓïÛþŸ  -:Ö;ûþïê¿"£:‰8¡×ÿoîëß(r)-YŠˆ³ôĨ "H‹-/GP°÷  ÿ  kû""]}-×Ü?¬  Œ+m  mï_öú
¯ÕÕí  §ÖÕ"ªÕú'  KÈKþ1/2uê°ë(r)3/4ÿÿQÑÿš¦Äß_ÓïÿÒWw·Ú°Ô-  uÞßÛ
Úëþßûöëm}ÿ(r)"ÿ¿ÛLã3/4umì3¡ÿ뻯ÿÿûëîÕûgSU¯JþÄÿ  ê"Õˆ"[¿îë¸ïíoûé[6÷X(r)3/4ý´-ë¿û×  :µ§ÿúUn
"£öþý]ÿxukN-¥¯µß"uõjÚZ*]¯  ÞëÝÓþØKõm]5Û[[Þ(r)(c)U;Ioïuÿ¶
ì\0-·
oÎ  öÒÒ3/4ÛUÛí&›K::þ×  í  ¿1/2í$״êÓÂûk¶ÚV-6  ë°"àØ¦*ƒ  ë           Cß¯†
ÃZöGi†  ê  ì0¿þÁ"-ÿÿî'l  ûi63/4Ã
0ÖÓÓ´µµ´"ƒ[3/4  þØIm    û⌀â(r)ê)ˆPdqX0"Å_  ±Oÿÿ†)P?'
ÇtÈƒØãd\°Ám¯`,
‹  Šßc|ùÝ"Ëþ-,Óyn  }  l‡‹^›   ¦!EmW]í/úÿp¶îØ"Èb>Ä&A
lƒÇ¶¦!i±LRµ(r)È ïÞĐ0T  IàÁa";
Úþ³ÚU Á0š
4  Wß
"ÿ3/4ƒ[ª`Ò}°L&˜Vêþì+j1/2§UXŽ""8˜¨xB ËP  D4!"    0B
ž"ª  ÕuM`íV Î
4!"  !    0"  X84ÁP†                 ,
`¯Á,Iÿ×^^^^q              hDDDD         ÁÇÿê"â?KË!BrÝ"_¨H$ƒ
CKä(_µOÝÐÓí6  ûŒlzé...
-
0¢ZbF[-  GÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüÈh3Iš;ª+-£"q¯ÈÕo#Š[×  U;0  §     ìïvd$!+2(ÈZ$  ¨D‡Ù(c)r
   :†  dÙDv
-  žT¶²·³²3/41/4Šðâ"  M§-Å  *ì-0ƒÒ\.  7ÂÞ·ºáBý  äDAò
mÒú#uÿ  ,Wîª-¸ÆÍ˴Ö̸ý0‡þÝÓ/WÞþ²r$¦Òoþ†ëï
!-  ¦]tõ÷KĐ×MŽþ?zoZ°Ýþ  ÿþ  {o"ª["ÿúø  *%³c#  ‰-t  œeólÀÎˆâ3  §"-  Ä.Š³¿JÈôäƒ$ÑÑ  (c)2¦È,³
](tm)  'ÿcY        "Á  ƒ´
7S
Â
    2C  Bx3R    8!O  ,†!Ïg†h  r  "êÂ  F ŸfÂ  †@'ñ  $  ¥
›,
ˆa
q2]›  Ö2
œdá  lØÈl":  ^,a  Ah ‡!fA0²  šŸˆÆÈ°3/4ê¨h4  CNãðšh-  Ä za
,  L ôÒÒ    ßL"  0Aé"
6•"8íú
  4Đ4      j
(@Ê  D/B
á  ¯A"  ¯=4÷  =µD¢¿  iÅðý==Óê3/4Óðš ÅÅ  ÿ°ƒ  TZv'qhv  Ãm\/
ôÂòè  \-Ù  1/4Ñ9´G"  0Î¹  ù    _Éû³9  ìŠ  I;ÓĐ‡"Ó
Yè  š";X´  z  ¢_D_9(°q¢\ÝÓÓˆr)Û(rT¢+,´  û:
Ó`Ô´I´    éÞ  ðƒN,
ÈÿH"›äç(c)  &vg  T    pAîDæ‰ÎÈ1/4ä  KÛ¯N,
,4)  Ü-Ý   DY†¦ÐNm  ö‰íÈ(tm)  ¤é  ´  d#´Kò  D  ú     µ§Am
Iúé"I´žÒm(Mé>Â    ÚP›A7Â}àƒt,{(r)ž›¦"A0ä  ž  ¤ƒi7Aá>"ü'@  é³Kk  ÝëÛ^›ý"ë"÷OÓõ·

ÿìó  W§éÒ

þ"múON-ÓÂzI¸WUµ¤Ü&Þ¯Ô7

ÕýéóÚvôÿ_^î(r)ývÛWÌµýñ  OýuÓuO×éuÕ"×"ûjõâ×"ü-(r)  wl).zïWõÿé{Wö"ª3/4;ÿ×UÐÓ°^ÿë×*×÷Ó
ý×Žô/  }Ÿ  Ø`-ÿô3/4éÝ@Š  nõ§Õïµ[Ý  ü+ot1/2õ÷  ¯öö¿["¥w"úþžýüI1/2ïþâ×^  Õ~;õtýAoÿà"Uúéé
+°ÓÓ.

WIÓðî²è.þ},r:f¯²  Zþ´3/4Õ7ÿý]ôï  OÕÿ  CÕûüš¿[ýÿúôñý¿|D  Äpq]f°  _  á"ëÿúKÿÿÛOߊ(  ïõúûÿû
ßoõµ  ÿd-~ðWÿÿf*<ÿz"  ìµ}zä*}{ÿëÿûÿ7ÿÕ3/4-õô(r)×ûÔ  ü"  ô÷ÿ3/4;ÛO÷
ëoï¯>1/2kªp^  ÿÿ  ÿÿ÷K3/4Zµ§RÉô-  å"ö¨Nï÷ít×OþÛÿoÿ÷^õ@¿_"  ¿ïÿû}úOßú÷¢&  §ôF~ŸÖÚ|ïŸ
œ  KûûéWï_ûú  ûÿ(r)-  ×ýk~ïÕßwj´

"è  ÿú1/2B¤ßMÿçZû:-ÿöuz1/2ê"Âÿÿ{Ó::3/4¿"þ3/4ÍO[ô·|"
oúÿÿÓ¿é|î1/2ßþÝÿvÿ1/2¦  ¯ÿÒ1/2zÕß k^ÝwÛß¿Õ
×†Co  _ÿ1/2¥ßöÒÿI}µÕµ·ÿ¨"ÛKzz  ÷í"Ûïõëm(ÿuÿo¿ÿó  ×ú_o°µö-(c)(tm)ö-é¤ÞÚ
ÿÛJþ×Ä¤¶¿  1/2ZZëÝZúm;  aí(r)°[iZU"§uýúëÛuØa+
nØ]é°-¥  ïøk÷k°3/4  ûõ'íµa¤ÙÚÝ¥Ý...´-w¿´-nÓé†¿ªÞÚUZø¦)ÕfJD1/2±P`¡Šfëö+àØa%†'Ã
ÞÈ¹øtÈ(r)¯a/ÛJë†"I1¶ 0Âû

%°Âß°iZ¶  ù
Áì4"a¥Úa.Å~ÂbXúmnþ3/4Ø"ñ"  Ýõÿ÷  öÇ  †+Ù  |Bcø-ŠŠØ¯¯¯¶;j?†  í5ì·÷jØ+úðÓûÏÒ×ßkÞ¡"×íV
×µ†(tm)
ÿ

mVÓAÿÙ  Þû
ö+ˆ`"COB  ïP0M
â!,\

   Ëp•"ÿÛ°Úa
(r)¯Rc-¡°Â  Á5~ÖÂ"  -"Â...Þ  [¦ÂðÕÄDDDDD\DG,  Â  ¡  ±  e  XT  bà"D2ÆÐ†
   dé,  Á0¯Ãá  d",5{A,¨Ð^hDq  ÄDDDDDF-Ö÷î"}/ÿñúÿ3/4Ã  ÿÿÿÿÿÿÿþdg  "(tm)>äU,a  v6g
ŒEÀ  @  \Šæ†¡z*p)[ŽÆ3µf;*i-A'äGEÂ}_È'Ù  -H_nãCÈ‡'ŒÑ(tm)  (tm)  ^[(  ð§k@Ñ}¤Ô¯Aj,ÿë
"  ‡°o
   êµË:Umùj¿ÿÂá__¨íUq3/4"z-/þÝÕ%×X,/¡þ"ý÷ív·úåœ  f  QÿÿÝm
£ãcæZ_þ°ÿõ¶Ýê(c)>d[Y×)ðE;íÿÕ×wOßí(r)d$Á
DÐÏ³a"EÂìH È
˜¨ö}  ¡Ù  G
          '"  vr"æB<ó"´ý/ÕöÂ
i3/4  Þ    A ÿÌ  'df@Éps
†ÓCS  N¡
,!
\  ð3P!¨""B  Ÿ š È@ÈH,  Ø"Œ
!  Ìã£6  K^k  ¨D2  Ba›  É  hŽ  ³bå  d"!  k  ¦"¥Ztfîôî  ¦¯a  ÚÄ=a"Âv  Õ4ß
¦  4;óf  a  ‰  0ô-  h-f<  M†Y  553  6Ž¬
"f¦  vDÇ¢_x³7ÈŽ|,  -=z¨‡Z  ±¡w  ÆšiÂ ìZ  ^"êê  zq¨A3/4Ýá  fHŽ  µAØ@Ï  "  eá7Â
'"¨õ¬Î  ¡
3')¿"ÎDÏÈ÷e
NžA
¹Ñ  "õÑ/r^Ñ  9  "cDWWÉcDwóç¢^ïDvïäcÖ.ý4G  ñôž  h=>-ð›Ou§m"3/4  ;ZN!þI  Ú'G$¬&Ñ
€§@  a
á:  ¯÷@  á
--'ÈÒBH  nEðÞ  œÞEè2tÈ7Œ  ,îNÝí  ç
ÓÓûè'ôÝ-%þ"ÓÛ_(r)f¤Ým°(c)1/2á=?M°›"í'3/4ê  {zMÐuIú
µ(tm)²ŒEP  ûÓòGµAçrg%ôKfÓÿ3/4þ"ÚÿÓ  BïÕÓÂz"þþ-×µ¤Ó_ðÝ~÷(r)è=oë]ô  >ÞÿwV-›A

÷CÝ  Øøa?_ý¯ýk  ÒT"ÕoÒ›kø9ú
1/4zZ°-ªþõ\Ý4zéŸoîµ1/2}+Šÿÿoõ¯ uí  Cî1/2u}"¿ÿz·O  m  ^Û  úãÓÂîÙN'÷öFÄ_"ÿf_¿¿Ú·Ô/K"û¿u¯
ÿ  ÝÿÔþñ¤  õõ´ÚMéÔ!,ÿÿDÀ>F,ÿ_°oõëeÁ}_Œèõ_ÿ  †;þ‡  ï¯',ý?êÁ  Añ
¿...ý°¿ÿ...É0cëþC
ÿûÆ×^
-ïôÿ²  ¢ÿû!ÌR÷È˜ÿkù    A>°ÁÒÙ×  ‡¿ªý"CÇ
uw3/4  ÿúíî¬  ïÿWØ=U}Ø51/2ü    ü$  dÀ1ëL‡×  dp_¿#§ÝÝôDþ^\÷¿àÑ    ¯~µËVA"ú_ßøoßù
á·þôCÇ_    ƒD    "†AÎø1/2(r)<  ÿ"H'.‰#úþj  ÿ  gInúDgiï3/4Õ~t
~ÿ0Õßû  ‹Nþ3/4    s
D/wðÃ  úÕ  úÂô  ÿþD    úé    O¦Õký    "ÿR*"þ-  ×÷è<@^1É#×ƒ¬"ˆÙS!  Âûª  öý_[ûþ-ÿÿÒÕ1/2$
ó³PïnþÁî"÷  ¿þ  kþè˜aƒh/¿"
Â  fØ'×M  ¤›zõ"é~zý×iÕ  úÎ§U  ÿ}vÿõKìÕ  û_ÿ  }j    Öÿ  Žƒ{]µ[Oïm×ÿÿû]ë÷ü
õ°ûô×u¯  8nÚoû(c)·õ_¤°î¿Pg˜ZUô
;ý?×ëZÕ3/43/4Óûµ1/2  ïïj×Ÿwß†¿ÿß0*Oku÷3/4"úÿÿçž•šÝl%Ø[Ö  ßa>Â  ¿iC(r)Öïõí.ÖÕûÿÕ}µµÂü
5uM´¡...í  ÿÕ[õu3/4"µ³¡Ð˜(r)ØZø5øáØ_4r%ûVÂÕ5àý†-
-´¬  †-þÃWÞö
+{"¡ï
m{
ë3/4ªÿ¥ÿ"
]°´±
‰oq"}ÿƒcïwâØ-Ž¯Ø0'Ç±Q¶|-ªì~¬"  0ÈácDLÅ1VGAŠƒ  -ƒ
¯ÃþÀˆÀ+ "Ã
  í[]&é¯·¥²
Ù
‡ÿìƒ°"  wß{  Â¶(tm)
F+W÷±b¨-È;ÛÛ¨:Šâ[ûà÷x0¬lL÷ã†^[ˆÂM(c)¥e¸L&Dø5í-ì.ëý×jÃ
ï
û
-  l&-¯ý  -]Zkjü0š°Ò&ëjÿõV$á°ªÓVC  b  ‰Â¯¥Ð^^^^^Á  "T\C
    "!...B8†  \  UA"¬  h  ¡\C;,ï¶  "ì*  °Á  ¦    Ø,0C(r)ÿm&
ÂõêÃNõñ  "hDDDDDDDDDEDDDDDDH'  DDD8ôÈ¦dí    ÂØA...éhq    e...É
'j{Ë"O¡    ë
l?J×3/4¶    uÄ1¨Jœ'ì  Â±^dÚX?ÿÿÿÿÿÿþW¬97Y  &g...&Õô
ÈÙ·lŒdQ,    (c)  1"@. ì  "
ï ƒIHçÿìµõ§üiJ´°*˜¯úÛ"/ "  (tm)?þ3/4´H‡ö°  á*ïÿðœv...  Þ-^Ä¸  võI¿  ^¯[Ý=Rµõò
î"~öµIŠ  B  -ž  ŠSŠAY.É\l-*dR[öR2W›"¬°;-"7#{
¥#ÆB0N  pdÁóƒ@Ê#  ól  3P-(tm)    çóÃ$4B  \  ìÀƒ  ,!*"†ì^  (f  5
'arXÏ³  A  .A°˜µ  ä    ...èFA~Ã
Ö  '    B²hÝ\Z~""  @õ  =S  <¦"Vƒ    T-  "  òLý46Â
  †¶    Å"  a5§oÈKiÄŒ  ¦    ?ÓÐ}Ó§"ø¤ý
    íqk    ô¨¨ì1/4?'LÁ6‰Íí×/ò<zoÇÉó<ù    ÉóÀè-âù  w§v˜ï"Xr  ñª|Í  óCe
M'8A6Áý:¹  +Ðm
É    ¥^ú  "ÏÙø¢T    £d"  -Eö‰ou  3;(r)Ež  x@Ú&|,Ygr^øA¸NÈ1/2  ¯²  Wi1/2á_÷õW¬‹7¤Ý  {¤Ú
Z]Ó ƒÐy
"nÕt  ...íÉ#  (r)þƒÓw\0{ý7ÿMB
°M?
ÒzÕ1/2k"ÛKÓÓ¥{]iVÝmRÓµN  A?
7éê*KLRZ{ÞÝîž¯Þš§Ø¨¯~3/4(c)êêô-ëN›}¯àÃµ"š·Vû{¨¨ª×Ó×m    ô;Ýc    µ¸"~¢ï  ÓU  "¡*ñÝ+‡úné

úÿWþ"Ú×ÿi µªêÒK¥wÌ‹ '¢ÚøÞô¤
{Áo¯}ûKô-h‹‰Òà²É§õµÊqu¿)Â}Ì...Áwÿºý yß*Aëý-v¿øò$ Û¹ ÿ÷ì
-í;' ð¯îýºNÚ^A ÷"ÿï ô°"w]/,ÿ-amøD>_Õeánr-ø0î %_Û ÿþ,
ëÁ_ï¿Á wÿ]Ú!ß"äg' ÿ¡ ü ï "æï3/4'-:]ï"-h‰ýý ÷ê¿ þÛÔ" 3/4¹´÷§ }dau¢3íWïí~´æ'-GO
TF õOÞ‰#þ3/4‰!ÿ]3/4ëúmpÿÁ.ïï3/4ÃûÜè"KßÐ_}Þ•p·ýþ {õÒïK:"ý1/2=/Jïõézºƒ~¿3/4 ë ÝÒ^þt
5ëÿ× ÞÝö-y÷Zþ'[uÓizPÕ t?ýô1/2Ö¿Ö-ö÷µ"õ§ß¥kilwÖ-Òº"ê¯pÒ÷éëU×Wÿ3/4ÒÿUý ýî¬0JîÒµÕ&
Õµ]áýíªá°-§kkëíÂ×úÛ¸iZ¿õÚX_Oaca"¬$ÃKvÛ[Üèv ZðÒøa}ÛíUµ·¸i¯aoµÒÖý†¯
m}ÉÕ‹
EÅ1]qL I^Â²/*}† éˆ]Ô0A0Òx`ºØVÂ|0¿
JÂÓ}"¸`"0"È¸ "Ú ÀúöºbŸbã¿b"¯V)ŠâHwMG
±ÖÇ "åŠT!D*ë1/2"a5Ët ]í4(c)2
ðÂ×iða}ÓVÂîÃ ŽØ' ÷²-0(tm)
†ŸÓÓÿ}...A,axf øa0›¸VÂü0¯a_@Â...°›Ö¶"¦CÅU(r)[...
Ý1/2¥e¸L&îÝb"
ÉÐŒ": e ,T
h0UB0"D\ Ë" Ê â" BÁ
†˜B!"8f U¡ q Lb ãˆˆˆq "HG Cý?ôÿ
¿k1/2‹ýxÝD ÿÿÿÿÿÿÿËW ÿÿÿÿÿÿÿÿÿÿ,Á.?ÿÿ-<QÿæCa¢v B'°ÎÍL(r)ªÎÒeC2 etè¯æd ; PšVøOÎ
ÃH ª "ÍA ìcÃ¸~þ ³º¶•(7¢+µ÷¯W×Õ"
A3/4OW¯êž"ÂºÓ...¦Çñzûå¨w¦÷ -[ªN(c)ßÚÿ[ å §%y Ÿ¯_ÿél*: ÑŸ 5ŠL#"|!Ó82#! 7
B} ,#µ• ƒvvUá(r)÷õtè5 w Âh5A... 0D.-Â
Ö *Â ccÎ
'
DÙÕ, f2(r)' œÊ Œ B
$
FÅ5")Äh É1MDj8gã, FS...É,:² ›H2€"Œ†<× c§Ï£ÆE‡ VõØZ
>0ƒ"A¶˜L!h8xAª
"Ô d"
Ô d† "Àè
< 4 @ì$ 0 ×i"A n"‰Àá"-C 3@Âá (tm)˜€ˆ= 9' '-.-š#†Ò
â"‹AÈ° a
8"OX††ƒÓ]4í NI"¨A¦ž 43/4ô-0ƒ¯u 4ô NÈf ... ¸%²w¥ª¢sh 7²/°‰ "¦D·%Í
¢S¢;ß Ý;pœEéÉc ¢;
t"Aû ¢; Oðˆ±Ô Âwñ§z§ºt¿×T›"áxaÈè(r) : Òª´ :'G"ã'1ræÙ´Fr_ ŽB÷-F ä#'ö‰Í
@è -¨-¹/ "ó-@à é ó|û,
è-...#¶ˆø9 _Ðh-t"Ô âï¥ÚÓt÷O ê zÒnƒh&÷IÚ
" N›H6Õ i¶ÒzoIè7M¤Þ•:Ný
KI"" ÷§á0Ð Ý
'µ'œ"è Û¥'K1/4-kôñI=5Mi6Õ]tõÓÓÓuÕºít,vƒN1/2¤ü n•- è*n êéé'þ¯IÒ
,¸Du-Bn›ZIµÐA¹ ;Mv"±ÿý÷"ÚUõÖ"Óî5ÿUôÂÛÖìh>ÒÒuë¶ ·NºãõW‡Aà-Nôè* I¸Ca"'Tª'Tžµ^¿í'Ý
~ÚZ÷é¿Ý±þ1/2S"Â
¿ñI×m÷3/4›(r)1/2
i[QP'ïÓÖ
(r) ÞÛk‡k'kéô÷kîþ÷{ ¯-ÿý?è/ëÞÖúýo-_*jªÛè §ìI1/2'd ÓþúèEíÇ|uúZú
úV×º"U.
~Èš
ÌÂÅÕ[õ²-Cÿù -?µøI"P|/ÖëZZ&"ô'Ö¯-×ÿoNª
-}÷] C W1/4ƒÎ‡~ÿk ¿~ì-üm:Õ:r A`-×Á(r)Ói mït¿ÿëïï¨ Õ%~Á¦ëÛ ¯ï² 7"Iðˆ=/]Ñ

'''2

vA,w    ' *ÿ(r)ùc"  È0wR  sÁG  ÿ{  zÝëØl  Ö  ?µÿV¯6  3/4Öƒ
>þµg  zL  šÁŽ(r)¨Òþ·×Có(W2ʹßßø7-ëß†æ)Þ  2, æ¬""":Ú{û  ç1Ö÷  ÿêÕîʹpo
1/2u"  :=ÿÛß¿¯¯óPÝßïš,oähM¯šƒíü-ÿõ"  õ¯¦:Ý
°nNÚ!ïÿÎÂ:  Ø8K÷wïëš¿°Þßú¿àÙí  (r)K-°‡  wý|^  ¯ÖåAõéúO  %Ë†^Îù‰3/4¤  .Ú1/2Wªú
÷:š¤§Vöôê3/4
š§ÿÛM  Q  ~E¤íUÓvC?íðv  ¬ßÿôûÿµ÷iʹ
ÿÖ  Wß3/4íÓK÷n1/2kïÛèÿûüóÝ
ßÈ‹m‹ê}Õ_uü5ï¿37ï³¤ëîêfÝzÿ|5Î"µl%ÿ×j-ZM"  µµßõ~"Ký?]ºMz´:‡n•¯gÒÞë  êéÝ?^
¿  ù(c)-µ°Ú¯¯þÂWvÚÚé6  Õ3/4°VµkïÞßv¯ÃWût-tþøjúͪ*íþÚú~ë1/4.Õ×Å+ì4
Á*]†  `Áma¤Ç   µmSÿÛ"Kn1/2w

%ÚV¡°"ïmÝ]XIwVÒÝ[W´"V  V-í"~Ý(r)íý...¥±±Vû  LW±NÆÃ.
  iÿ†  µ"
ýðî1¢&    °"  ¤[[m"ac]†"    \  J;°]µm+_xa+
*k...µ{O{ ¯ÚÚ- ÈK´Å†*ÖÿŠŠÃ  ¿±      §b¯¦6>Ø¦}¿B¢¨1R  w"`"ïr  xb"é´¢"°°öÒ[^›@ÂÓ¦°Â·a4"
  ±¯¯¨]  ´Â¶š
&  Ü&¤->
+ Âö•  ±bš~Ø¦·‰o¢¶
  'apgÜ    OeÉ  G  ÐàÁ4¡"1/2Þ  -...ý4Ðv    0L+°Â`ƒ
"Z
%a:"[á...
1/2"×
4ñlW        Ê3CB,  ,.  B  Éí(tm)%CÖ  ƒ  Á  ^ƒ#+
  P... gª  !
0K"@È¤^  l,Bk"q~"DhDDDDDDDDDDFQ!-ð!ðÂðjÖ^•pŒ/â6ÂK  ì%¿
  Æ£È¨Ï  ÿÿÿÿÿÿÿÿü  h;R  ·%‰¡¤ÐÈ°x É²Ã Ú  ¨gz  ÂC;$  \5HÔÎÌ(tm)Ú  ëpm'FBÙ  S
vÔ- ªyØÿºÕ~EuURŸ]ËnJ  Ž¬%...édö  ïÂµô  ðuøC(r)•ÿr$  ;ý4¤Õ
  ÿ}w[[]K"ért
"ÖÖ-
.48o  Æ-SöÁ  _ûuõÂwõ  JOÿVþ1/2ë1/2  Æ    ¨B
  ÌC¤m'l  Æ'  '2  d-BÈ‰žv  ²˙è  EZ%7gz  {÷Ú{ÓÂ  ƒ  ;  5Aš  '$ÖËÁ  k
ê  Ö  a  ³•-æ²%  Ys!k"Q-Î2p†  -"³Ì"  Pfâ¬  ž8)¬²  >Î
Ð  ÌC¤pÍ³b,
    Ÿa  °  ,°  $  $fqÁ    ö@^
          -Ô    ª
'nœq  xðƒ      M    ûAÃÐ`  ¡z    3ÀžŠzv  a  éá
"   ðƒAøM
×"ï        ,!òl3    Ð¶ÍŒ  íiËí"ÖF8uûÅØM  ¡?Bô"°ÐÂn±hiö†ÔCÂ
*=bÐítÖíúOðƒAÔQ4  <œå[@    È¶íjE¶‰ovK(c)¢^ä!È  Ý-¢S
  ÏÉfE‡1/2ª"
Pøµ"3r#"  í  ]~^íñ~¯A×¦  °°  ÛI3/4  95    éáŽ  ,A‚M¢ttÚM(tm)°d_ü-      g
žYòœ³äOh-Ñ*6E°Ô·ý  ;(c)  ˆ³ò9Ð  á  |‹Ø.@‚B<dô‹
D¹Ð¤›K¦öz§ú...¤é6-ÓÂwá;ÖMÅ·è:¸?      á<'A  äç¦}y  Âjúz|%¤ï  9›ÌÙD,
Ù  ÆBcA  ðP  ÆŸ§é¿öé¶,OÕ  Öëµ§ßtº*Ú÷Ý(r)  ðÝ"Ým?OO,ôõþ¦Úi  Óé;µÿþú§û  ž‡Pªß§±µ§¯ëI
þ  ^"1/2ú_-+Šuú  Ý'ê  &ò  êO{ÿU  Ó(r)š§  -¿W÷[ºˆûO==  õl-ÿ1/2éGÿþ3/4þ1/2ü"Òh"Ô3/4þ3/4Óv
Ø5v"{zKÃëé?ûÿ1/2×_}  µP¿ïÿ¿".²Ñ]  C˚ö'ª¿§^Bʹ(\‡Wm~>ãd&"Ú)Âý_'!=t¿þ¯ýxNk
ÿþÿ]_aÖÁúßßÿ[

·ú_üö   _   "   konÕ ÿ÷Óä H/ÿé  è}"Ãïÿ¿ÿû
°   ¶ÕÝ[
μà"õØ/§~-ßþ¿Ë  "ƒÿû÷þú  Ù
  þ¿×øa"
ý$÷JAÓ‡þ   vý}"  ?¶ž¶ßᵃᵒ_¦¿D;ÿ÷û^¿†ü-b¨ïμßé  ²c-   §¿_Ì%ÿDO×wÚ"  ¥[Z_·ßÝð^Nõúý  È  Ì
W~K-õ(r)ŸûnS‹  D"  U¶ö×  þôI
ë°@3/4ú§ßÿõí5y4  ÷¿ÿ(tm)u  îÂ·¶"Õ  ù  vJ^Ó´μÖJOé4
ï°",ú"1/2W^¿{÷M/¿Ö¿¡¿oœ~u¿×ÿKÝ‾^ûo°ÿþ¿ZiWvõí"ôŸ  ÿÖ¿íÿNý1/2~×ûmm{õ<û:(tm)ƒwÿ‾s¦  -
Òn"(r)ðúõ÷ßßoÿ¿1/2oÿßý-  owWëÚÕ‾ü¶¿i:ÚõÚÚÙt‾÷ý§Kö¿ý?×Õᵃ‾ßúúþú}¶Õ‾i;i7i&1/2ö-ÿ}×}v-
÷Ü4ÿþûïëÿμ_¿"W{NÝP}ÒÿoÚÚL0'j~0"  m{JÒ°"
+VÃëÜ¶"  "°Áák"°¶  ØiÿÚÿW¼μ°•ý"}ÿö  Õ±Æ  -ŠÓ      HAü0"  Ã 0Òb
ÂJý0¤GPÒ´¢¡...‡û   °ŸZÿ° Òuí°bÓá‾  ÿuÃK¿a‾v   §...ÅD±üS
*6‾¦þö)Šd\²  =‰oƒ†‾¶=Ø×ÕŠWû÷ö?Ù  Õî  %È(tm)à  Øa"ÓÍ°°í3/4ši"ÐkþÚkV›jîûd;ä  ‡¦ñÂÿïä;ý  H
zý(r)  "  ~, eƒ  A...Ëpšùn   0š
         U:h  &  àÂ¦  út  Xa/È#×^  (r)Ö  4  _†  ÷Ðû]û
""".!,  Ã  A"  !  œ0...¦  dèEC  /        ,  É²Ða("
Â¦  ˆ^°œ  !¡  Õ.Â  μ      ÄD0B""*°""Â  5   õ&Õmãˆ  tÂ  ¨j[•?í×Ú_‾¬%køàÈ‾Å}¦
*·l&‾T°Á      Q   ÿÿÿÿÿ"p5¿xÿÿý(tm)  Õ>ÎÉ/   +úÕ1/4-ëúü+1/2
W¶üÈ¥ùÓ*,emÂ!ÈX"  ²--pgÃ›Ž‡u3   aˋ  ª
  ôîÁ  {AÓ-  .../ âÂàwÝ  ÈÉÍ":Ðr   -:
(r),  äçH6hÇDýÁ:  7§nêéëú   Ú  Ö"¤Úþ-í‾^ý÷ë-Æ?×U¿1/2wÿÒÒzï‡2   Ð·³¨  [~
dP  þÑ
  új¶C¶...A  ð¿  Ã"Aú¦‾{ÿ}0tB  å"z"  ·ï!‡¢HûO¢dwJ"5‰...ý‾^-öD   Î‾ŽÝ÷-Û^ƒÚ×Ð5_KþÎ‾ï·‡ë"¿
ÿkéê5‾úÖ¿O§í">\+{   °ë
àOƒ
1ÇmØJ¸aO  ‰8~   ¬2   :c1/2Ší&¯L‡}_a...õÚð¡"  Xˋ...μ...ÐapÁ  †"\C  C  D  zâ*"#(c)\  (r)û¥¨Ì
ŠÖ0  ËL    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"õ&D¢
FFfw   qnDM´  áM¦  3P1æ¯Tì‡¸ƒ5  ƒ*3²FE²¦Â...LìÃ2ã
ÓV,(c)  ³μ  Ö-(c)ëëFJ¬ftß_V  §"õ°μè/üš   ç"j‰ƒý¢EÃöÕÑ:   ÿ'Eá7!  áa"×
§UZÿðμH:-I*ÿÖ<1/2XïÇμÿ"ûýê¿è>/¦ÿŽž(r)•ÒÚ÷"°Þ-þ"ðdÍ  -"0"ÿ{÷éý-z¶k  @,•lÀÏ"5  R50  B  4Ó
1öp°Â"ÄF      lðÍB'3ë:2¡  (r)ÊtEK!£b   3ƒ%Ì-W  ¨þ÷þ  a  é
Ð333/4,q  C  Á   2    a  ö  DÂ
 Á  4  y8p@Ô ó0  Ô!)3  d₵†}  gÃ,qV  g@pD*¹  Hƒ"      ±H  ó\JÆu
j  ìÕd  -¦å]§  ƒMéô-ña4  {@ƒm


×°ƒ  ?L  nƒÂ
éýÃ4Ðvƒ  Cè-  a<†  PÌ
"  Aàˆ A"[¦y›fÆS×´$`‰´K2,VOš%oodj  °Òî  h  ßv...¦  õi1/4]¡nž...ßZ
8˜ï˜0ƒí  š
Pa
ú  A,h0ˆ]×ö1/4  Ü³¶E",
Â  ^gA  †S-‹B&4Oœœè  <Ž"G  ²/Q9´ÛÜ"
Ñ/¢XûÐQÚ"†¨  "uFI  ÈœÑ)Ñ²È¶
  ÷  (c)Ä\  ¨h8ûOÓOð÷JÒxCN"wÒ"åE      &é³Ó ž  ÓÁr~•è è  Ù*4  Ìá  7"Ògˬ"
éè7@òs¤Û‹ôKš#ú c¨  nKš%Œ"+øø°ƒëÕÓ×&ÿíá>μ¤Ú/×"Ý7W¶¶°›KZØOM-?
¿T›§"§A  ´°ÿ}"ðƒ²⁹"õ  ƒ
ƒp@û"ó‾rÎæˆû3/4N•nÅ  Ú  ÿ1/2¿§WIÝR  ^ÂÍü  Þ-éÒm‾Ioz‾k_é°ˋ  Óáê÷uê  OOPœxO
"j"u¶¦°wëOkß  C1/2^ø¥ÜU]

¶-öôÝ}ßÖ6£ÚÿZZ"
°kI°m&í&Þ  øa'oxjÖ¬=÷WiéÒqÿÿ‡ÝkêÕWO  µ×ûNÿMí×NÂ×qëWëkû"Æ.(tm)¶  ƒ%#L!r%U×Nö¿
ÿÖÃß...O¿¯-^-1/2öÿ¥
N¿Wô?§{ÓÕºÿt²
ï¨Ù
   ÷d9  þ"Ö24  "ÛôC"ü/_·ÞóX^¿¥xÔ-  ý2à1/2?ûÑN'Úï"(r)ü;T÷
+TÁª"÷}1/2•aŠªö  1/2È= ú-k$ ï ÿ' y 'ä  _# Õ9Ð  ìŽ -zp·   Ú† ÜƒŽ} Ý õðUû¿
   KËÏëþÝü.íÿ8¨¨ßýÕ²  /Þh ý ô·}c  X6  õ¯në÷=Sò
ç&CÝ¿þƒvíÿú~è‡Šéÿv   i†-Ákn   -ÿ¢ é÷ß]þ³TÊq$Ñ| ÿÛKOœ)"Ò÷}y¨¥þ"_Þˆ¥ö"ÿDZ  t
ü°†'}P*]Q  }WOÿþ~ÔÈ3Ajàþúóÿ¢dTê³µò  o¿~ÿIe'};z{N0Ñ  ;êîk %o6Ÿ<(tm)
ödÝ1/2þC
Pà§`ä-"  |Ôᵝ×  þëÐ>þðþÿ¹Ñßëö  ¥ZôÓ(r)"  ^õ[äÈÒè$¿_ÿäì
3/4ësÍëõoþÿüêþûÿ¶ý~3/4¿ßi...nÖëµþÖ1/2  [Oè/ÿÿéz¿j"ªÞ¬4Ž:×í}vÖ•ÿ~³Ž-&·[ûÞ-˜þ×wþ¬ó¶éÎ¯_ÿþ"ì
Õvÿ_wKÍmö-7÷íÿ{ÿ÷ÿ¥{{÷Ãõ°í[KuOÝtï¿×µ‡ûkKzÝ°°zïÿ  m¥
%ÞÒÕa"›JÂ¥°Ò¿aÒ!Ú_kö¶",I‡U-(c):µÕ_uÿð"ui{¥k}þúßk}-ïÚx2äl°  Òía,vÃ#ˆÃ
CZ'D0•ÿa&ÒÂ]0ëÛV
/¦†-...÷´
á¥¶  "ß  °  -¨m(j"Úéÿ...l,:µ-mwìS  _±LI1/2Ø¨¦;Ø(r)DÍÂ,Ã  b¤KÃ  ø¨§mŠŠ¿a...X¥ƒ  ÿY  ã†  m$
$Å:¶(c)¯î˜>Etá[ÿÿM(i...¤Ý5{MH#íØ_ìS  ok¶+ØA-C
¿b¿bI÷1/2úû!¨lR   ÚÞ6Î
ÿ‰'L[  ˜3/4¿°íX&  ‚aS"    "ÕÐi¯^  [ ö  íBö  ".°¹n  Õé¯jþÖ-Lu
"Ã!Ç±$ô3/4¡²  í1ûÈ¹ØâTB"
     †  A-0  ´Œ ø†  a4
Õàš"!"
.  a  -šuaa"Òµ
é"8°BÂ|  A,Õ§jïV   "  ¦(tm)
   ÿÚ^^^^^^^^^Â    ø^‹  "
ò
   ^°......^"#†  [  ]k~Â  \v"DDDFÄ0B"â  j>Ð^Õ2ÊjÖ"¶¬î£Á¯@1/2ªµpÁD  MÉ  ÿÿÿÿÿÿÿÿü·ò‚(tm),&
   ...  &(H  ¶'X¹{3.B...›  -t...   $     šÅ
&    !  Œ
ÈØBœL(tm)"+š<ÊpA  ‚¢.ý"  "  A"  a  @Ðh<ªˆW?¹)JèDÁ  (r)ÓAé¦š¦(c)ºøKÖÔ'¢Okµ'  :#¶‰õ  ààñ
¢7¦œ›Ñ  "8hŽúíî *  K´  7@ÚN  7
¢srý¤fà"<  mwkõÿúÓÝ'KPÝ6  m  é:Núÿ‚êð-Öž-¶-Óiik}÷¿ïúî¢ÿ¿Þ¯_¦û§§Þ›ý?õ_  ˜dM  ç  h*  Zô
Ý²Ð  ô- è§1/4ìþï×  Bœ1/2  ÃL¯    á
ÿÞëúûù&!  f±2
¢  çò C¦q•nÉ  É  ÁÝ  ê  Ô)ï"Š  ‡
ÃLäD  FÂgQsPÎÉ  @Ï3/4  nª  "  Ý4ÝÒª¿Jé1/4=h  ;     )    ¨¨vƒ  -  5  4Âh5$     4
"DÔ  x Í  ,
   ì
œŒÄ'góœ  "NE¸"   B‡ˆˆr
Âê5}íDiÿÞ¯ßë3/4°ö  ÓB,
¨A õ    ëi¦ƒ    è4ÓAÄ4    =
(c)v  ;Ó

a  ¡  "‰"0Ðy@'Eïì<d/4ÉÝŽpuýÿ·^ôû¢(î-0ªÅ¢1Ú    ‹n#'  ¡Üh4Ù  Òz#¶¨í¢(ïN7L'éÚ    - øo´  iÑ9¶
˜f  "ÿëúýtít  ÏäKrs¢'$3CÐ#C(c),¢hÈ-BóA  æ%ou  ã'ù  Å  ÷"s@  Ð
i  w"œœÃÐ‹ã    š#1/4-z(r)ôö¨N  ~.    W¶-þû_ÂxÄÐAäëÚ¨Ï

¨ =l Ât¸AÐ Ã"Ý(n  t ¦Õlä  y  "[!:Èœà*fp*@è æ'W.‰  Ö×ûWl4$
>ïÿý¿ÿú}Ò{AZ†ØPµtšzÒm§ß¦Ún¯á
ý,.,a>ÂÒtžŸÃ$| ÷±úõ  †
EŸ¹ï*ß(r)þµ∞¢1/2§(r)•ëj•[Ü+Ðé=:é:3/4,mi§Òoouý/ÚÝÿ÷@Ãi3/4ï¯ýSÝ{Që]  ÿ¦‡Þ‡IÚîÚ3/4éÿÿ  MÝ
ëö  }µ¥~  ¦]v  A=ÿ×z"Z¿NÕõÕõ¨ßwýR¥w"T×  WíÕúÕ¯Xõþþ Béýÿgvß¸÷U¿{ýá?ÿÿ°V  ~Ó·w‡÷Úf
 +µ"U-ÿÓ]t'Çìƒ Ýúk~  O  ÿëÿï"  ßþÿãÚÍ@"¹Ô=a2u²  &¿  xõ7ëéãÜ  ‡*1/2xa÷µ_}×]íÞÿ*ë¸¯õÿÞše
Å",    ÃZÿûÿ}ûū  ûk5...ì?zíÿþ¢¯¨J×¯}ð¨W×ÿê1/2:!áý...ü0oþúÿéê¥ø[...ä€_    ‡]zUþ*3/4ÿþ×(r)1/4
[~ßÿ2j>  *-^{õ†û¿-9Äi%  ×"sŽw>  ÷Û  a
 ‡1/4+õ>;    ßfî ßß×M¶uïûwè'ëõ¬
µ'CµÑ${"s¯û_C¬  ð"Fé{z-¡è‰=Ûè‡  Aõ~°×ÿ§ÿ*ý¿-a  -ýWø@¿´3/4¯BDË×ÿ÷"ÿS¯"#{Ú#î¿ïw}¿¿ì§Þ
õ×ëï¥¿õÿ  °UÕ.ï  ÿ÷õ  ª["ð"Tø/  -=õ§ý¿÷-n¯3/4ë"Tê¿m;¯Ûè{é7o  ÷ÿjæ§í  NóUû¶õ(tm)(c)úöþ,ûú1/
2"¥¯ÚÝ*Nž(r)(r)-ïMú¯m÷w-m¿¶¹ÔÍ1/2[O"W_ÛOßÕuÓ(r)¶¿úßýúI    ui6·W"(}ÿjß}zßÕûÃT _ëi=1
/2ú1/24¯´´×þ1/47WÚý×á¥¿¶  ØzÚV¦g
+I´  <$ÚPÃE
ÖÂZÛ°Âm¥ü0•ß§þ-...ûT-l$ÝCIÕÙ(r)×þÕ´µÿµìqÿ
-1/4$Ú°¨-a[        X]°µ†  N`Ò µ°¶¬  [[û]µl.ý...µ°-¤Ãl-ì0WXk°×ÿo´-;
w~1/2...!‡(r)ìW
^LVÂFÂqQLU1LBc-  †  d[{  °abXÿäG±°ÐQL‹ÆÐH  I  ‹ƒ  ¤_  }i(r)Á,°ÁXa7þÓÏ  "  ¿V*v(c)"Âa
;¨ÕÓL,C~A-Å~ÂØÚoMØ"‹ãØ¦•Šb¿2-,Su]þìTq&ôE  DµÃ  êÅ...]
X¨&G"
  šÚ  Ô†ž-<0¶¯Ã
d;ÚýCVÂÛìÚ"Ó¨°Â¿ëá2  ö¶Û3/4$ßÜHÈDA-ª    B
  pdÄ  É§F¹,  Lp‡hE"
/

    Øí
  ƒ
a    8aK€  '    XN  /ûÔ0¯TÂ·ý-x
c^^^^^Ð^^^Žu"Y1  B""#Ô!ð`  ""8a-0Vÿ¥
!  --  Yê#ÕanJ-+BØXÅZµ  FÍ  ÿÿÿÿÿÿÿÿ-åœ  ÿ•Ä/ãÿÿÿÿÿÿÿÿÿÿÿü²¸Êàl(r)"K  a¯lvxSùs9  ^Í  ÷
æ)  ê  DLÉp0F¢$3¨·f>"0RXDI  Û  I  Du  L
âþñ  !  D    B
k    -@Á        °@ÍcP..."€V&|x&H
Ï×
  N(c)áÐ ÕB  Á
o"Þ  ÿoÛ  ¦Þ  Ð~ƒé  ý  ¯è?épí;(r)ûi0Ÿþ(c)ëx_ï÷  ]  ¸è&^g·ý  Ûôþûò XKUò3"DO"¦Œù"Ò    $
Ñ
á³ù  Z!:Ÿr  {}ä_¢
    ví£¨ä^ ƒw-  ô    ÖE<Zt    1/24      ¢:DX-¬ æ²-þ  ¦ÿë¤ƒ~,oZ  úL  _°Ýw¯"x'N¸OuÂµoÒm¿,
"ë5_-ûµ æ¨Š8"ëàÇ,
ÃXUý§ÈÇ ç  ø~Å"GÿðˆëˆëŽë Z¨ÿÓîJ    c¦´oJá
  ß  ]r1@}¿¦°_ÿ  ßX?ïõn"âÞ3/4(tm)àÇÔ?[îA  k÷¯F  .ÿµûÛ  oØÿú§é  ^¢    3/4Ca  ý´ÓÉ
ú´    áù'¦...öN  uïØ:JÕ3/4    ßÞ
¡öû!...¦?Žý  aþêÃX    ÷ÓÓÿ¦†ÿð"é"Ø~÷Is  ~  o[²pc  xMÿê-]§oúÃ¦  ï×
ÐIûh6ä  ×¦¢¦î-    ÁŽ  v•ÿý1/27  ßî  7ù-_êžÛ  GJK,I  ‡È¥ÿÛUô·Ý°Ã  ÿÕÈ¯¦ÝáåXNú÷ÿÛ{öÕõ
Ôƒ
ï¶´øíX´ð},.-Bÿ...ÿEõ  E×3/4
ú...Jíêê·ÕÿÁüZ¹  H^Ó    Ã1/2Xu(c)(r)ÝIÓ·ÿ"ÿ1/2n  ß""=ÿ  Ž·w÷Ð^~x"ëNäz}wþöâÍ  î-1/2ÚÝ~ýk§

¥êµï"î¿‾mC}z~ªœ41/2ÿn·[[ZßÿíʻKiHõÚL="Úò=0ÕÖ  ÛÈõm¬  N‾kïôÃv  A°µzÃ        Cµªo KÛ
S¥v    omí/W-]-
A‾
•A...c  Ê    %il  I]ƒ |-†]  Ýõ°kÿ{n6*ØlSIE{±üvé1/4E  ´Å^ÿ~š(r)ªÚû§Ø^ö  W*3/4¿ª·M$áÃ
Ú´¶  ín-ÂïW...ÿ}¸MZl  a+
1/2‾
n›a  `=öá"ó      'x@ÈM/  )  JöÃZ²
3ô  W¥v    Pʼ-œ²ÐB È¦¨C"(c)œ¸,Q1Ð'ô  ‹9P*^^^^^^^  ,•Œ"ÍŠTdtxŠLŽ  "
  ¨Žd_&  ¸'²PŠ±'"w§,‡  0'0
³  ª|5
†±  5ÌÁ¨¸k  ó
Ž  §Ñ    O  '"]  Èá‾kX^^^^^^^rÈ  ŽŒ"\  "  -9  b  Š±  Ñ'ÑäI(tm)x  " aÉƒ.2œ  3/4A†,
  C9  š  r:ÁÈ¢  #Ä@!"B  |^
æ  tt  ³á¢"""""""""""""""",¦C  ÿ"e,ì1  ¥  ;$  's"y--ÕQ    ÈæGÊ"J³',Ì)6        §ATØR€¥8B
    ä|3  "  ¤
!Œ‖#  §  É  Fl  •  HŒ§  N  Ö
AOŒ‹åÁÁ€È>
  a  ÏŠ|£)Å5  iÁ  S5•¡¿Á  cP|
"  DzÁ  "N
  4G¬  yÁ|  Þ  úzùÔ    íCix_¸4  ^è ý"    ¨Aïí-×1/2w j"mºê  þ  ý ý]=Ðz[ýÚµv3/4  3/4ÚëøAß
ÓO ª Mþz{ê·§§  è  ":ò;>:m+TCŽþG  ´ !9ïwý§ÕöûÈ£"  ýþý8?B  Aôè  8-å  ¢/Ñ
î  mï  ...÷-HÈ¢  Ží    ¨Jè‾9  R‾Dz[ë'³¹Ü§#"!G8ïðDtÞ  i|&á¶‰  @ÚMÚðAÛ°ð›ô  ×â  ‡è§wb
Ö^$vø7Ð3/4š°,.1/2°tž‾z  7÷°  =ôÝüi  ôÕ÷ZO(r)‾ï'v‰=&íâôÓmK?û(ÈèÒ,.3/4ï§,#-W,ƒÙ8h  ï1/2X|Á¦
áûÝ  ô¿Z"öá  ÷WQíÒpfm{  'ô†-ïÁ°_×  #  Á¿÷§a‾ï¿ï
P(r)‾^þIÝ_
ïájµ
õ÷ýn
Ã}/(võÝ*·{ýÂ.šé?  þ    pßÒ‡n÷
¿Ô‾§ÀðKøD~-;]÷Öôý(;,#(r)úý~
ka÷ÿÙ  #¤  ïûúö  y  õØT-Šõéäҟþ"Áï"¿îûX%^MýYÑzèCpIõù'zPûMjØDu^^×  ~û^‾‾1/2Â°u~Gk~Å
ûî(tm)€ÇÕ_ü[PÝm
÷¥}:ûÓ"8  -ÚÛPß°3/4>ðý'  ú¬  Æ-÷íß
a
  ûê‾'éÝv¿oøûkvÕ*ê  {·3 ƒ-Þ  §þ'ª,¤]T*Û\†  ‾†Öô3/4÷1/2Sµ}ÿ¿ð‾"þ  Ô_õm"
öí/2ÝX6"3/4ú  [,ußú·Ö²zôÛ÷×Èg×ÕW  ut'!Üž 1/2SöÓ|Öÿwä$‾?Þýõ¦
•þïön-Žöëä@žïF'  ÿJ*S  -‡äí/48"GÐ"?êµ1/21/2ðWþû¥Öœ  ÝïÔBMþ¤|  Ý>íÝ-ùn(r)
?û
  `÷Û×uk  zúÓ·W·þÚ×÷#wÒÌ§öÒõµ Ý  ¸*1/2ßá"3/4*¶¸¤ÖHÝlÔï‹...¸Ö  uØÜ~ø>°Ãv÷ö×¥i(r)?
  ÛUv"éÐ=x>6=¿ÿëÙ§(r)41/2ŽÚíÚûÿ‾"zð•_ßê(c)6ÒØÐu  _êpØ5`þÿM.÷~ÝÓí  ÝBfÛK`‹  ~Ã  °Ø
öá}A  úo‾ßmÿïr=^›ò  ß"°×fá¤iÓ"ÿ  Ž‾:"fÛ¿÷  üqð1/2-é¶Œ8]µVÚ[áv  I†-(r)ëÉ  ¸pi;°ÂÁÂÕ¶ûûòU;
Øj-§ƒõê ‾  Ú°f  ôÚ54  G  ŽžÒÞ  ^õÏ¢8O5Ýõ蓝
¡¥µ{A7Û[  áêqÛ    GÛPfÃïPÙ1ü¸=Y
‰  øÚ÷1/2ÄÏ      ¸=°".¶ïÚö¿  ŠkðÂ>õÂÙ1O  ý·ík Æý  k¶"*§ô‾
‾L-Þ°,Km‾a}V-ú  Ã}k3/4Pûö  'áXh01/2Ã
~Û}ØXkO{ÿÛ,÷íZ‾w‾†(r)Ð.‾Zí ¶  -ØVÂ*µoÿÐwá(r)ð"aSS°
  á2ep Â#|-"\  ¨[WA...àÈTðÂ  °ql fr,¡Ê¦(tm)P¶ƒï¦È8à-â"""""$X"DI8DFu":C¤ E€DDDDDg-  "K¦...
"Ý@-^^^^  &ÀÿÐ2‰  3/4G  äàÐHÈù€Ðk"áœ¨  É  ‾N‹²á°€dp|ÔŽ    :0‹†  ^À9  ^ã"h ŽÈ¤GD
9  0""$26)    "dp"Ú  ê‾DDDDDDDDDDDDDDDD28d  ipÖ.  Ä€Ðu    0Ë$Áà È(s

_  h9  š  <~Pä  fA°r  -CN
  †¸ä3
,rÜ†HkŽ@ðw    ƒ^^^  k]hDDHhDDDDFabÌ  rÜ¥e¹pQ2 Ñ
HaR(å
•2€L(!Ç8æ  ¡ÊHN
  ! ¢d  ƒÁÜ£  i  †PçA
Ô(^^^^^^^^^^^^^^•J?ÿÿÿÿÿÿÿÿÿÿÿü¡¯  ÿþd
Œ  w;&2  ¡  )  ‰"ªQ  ^#o2{  7-È ¶Œ  0ˆ@G h5
IæZ-WY8L'  r+7æUíŒe    O2¥3/4ÐwT-ª  õs°-B_D1/2Eüž  µåÐ¹  _""*_é´ƒn  Ž5]{úõÒªÒÿ¯ý÷ÇÓ-
"{÷  ª×Ô&éïÿkë{ûúÔvt"&òÈ  ÞL$ÌÁo·Zÿ]  Ð"  rü¸!<‡Âü28`§¡(tm)"$G   ‡Ô,L...(tm)  4D  N ò
~#B*ÿ)ÑR  -Î  /dcSQ  lÌR1"¯"  -È#5   Ê£;R,ÿ¿û  ôŸ¯
"P  "  h;A"Ay-  §~   Y  G(  SŠn   Ð9          A  t
@,(tm)ˆGÉÁ   ó
‡  ¯  ˜gF  ...ñ  ˜U<Â  B3
aJ
Ì!¬fÙö\S@"6ƒÁ  4"7  üÿôŸ  ÿãAÄ4ÓÓ]  ‡  L  ~  "ôÂ  ´ÓAÄ"Õ  ´Ó  á:Âv¡7Pƒ   ×,
  Ý4  õ  5JåÒÈ¹ô"GoD1/44E¿%    æ4Jý§é¿  û<A§¦þ(c)úzo   Ðq"Óõ¸´, ëx  Ýí¸_ævÎ9:  !2
;'f    <³Á-@ƒpA¹    vHäè  #Ço]DW¢Îäÿ²+(c)        ysr~ôK²-  Ð8(tm)ÄÝD¸8‡*
¡<(vœ"†Èÿ¢<ÈáHí¿Æ²/6Dw"Çuv¡m'á?B×¤í7MÓ1/4&Ôá:N•<  @ƒ
      ]  ƒ†   Í´  (tm),@Ø5]   ´nG8Ò@ÛP@é7   "(  :îF,tpƒh#6‰ÍŸ83çeâàžŸBýV,ë_ê¶¦š"Ýo
¤é=7§Ö  ~ëwI°§§Ý:Ó(r)ž  \+Þ  OM°WOê^¬^(c)¯ÿmÝ^ŸÇz~Õuµêá=t×]uV"øzkK"íSé;ZÝm
š"éá>Ý´á6Ó÷ßþ"ü,u±þ·Þšýß{  "Vìz^¿é¿ñêê¿¥¿Ô<":Ð}A[]á(^3/4ÿú"×†µ"ôã~--Õßµí¸ë]Sÿw  ·è{-›Åaív
8  ÿ  1/2HÔëÿ³ˆŽ  t,Ô.È...  ô"P¯ýi"k
÷è4•ÓOµ_êUÚÓµ]_ö¯yf  /ÝÿHEÒä∉G@È  'ÿ  ¬Mì¸/|FÃþ6BjÈÀ1/4oWeÁ  ä9Žµ...Ê  ?
zìŠÜ¥-ýÁ  ê÷ýAU†
þöP  Õ
1/2  u  í  DN¡‹µøßØ{·nt
È∈]¦¨
[ðpa$*è...¿uß¬   ¯d1(c)
w
0"ú¯_}öÿØx-Wo"á‡}U,N
ù
ïÛ  ]ýQ#ú¿(r)å"|ÄÁy¬*"  _¹2d<Sn  Ž-)`O3/4A  ¦Ò!ïrcš
¯J°8æÂ(r)  ?[Â!â¡  ïü/øa×_A  UþÿH(tm)  %Æ‰#ÿµ#  Öe
°"azæRi"E§"#{²Éü§  û¨¯‰÷  <?z!ã¯ƒ  këû¿ÿî  áà¿1/2ôY  }ÒÈ°ûòH[  û¥kNù  :ôôI  -G¬"HõàÜìCÿ
õï¯¸û:µ\êú-×kií  þØ~   VÿzØ=-õ
úÿ@"ü¤Ä^Òú¨ëÎ§iR¿šWi¿ÑÔ-•¦  Mú5·ëÎ¶ê·  _"  Mo  ÷ªÔÛOÿìƒw^°  ûû¦Öö---RëîÝ%zwü-rû]22  ë
¿ïüü¯ü¯uõuÿžü4-IßØ^ïÿ"í+JÕ_µûZn  Zí+]+ýî-W^Òÿ×}ßøi:Õ÷]ö  ôûì6ª1/2¯_ßÃJÒa(r)  xkiíÃUM]m
"[VÂ¶¡¶"  -¶--Óý(r)ÝZªúÚúÝ"*â(tm)  tïÃÎûä^þ  28  Ô´L0TØa, ø28Ga""UM´›J  V-ðÔÂ]"Õ†  ò
JÔÜ^(r)Òm{          6  µµ(r)ûLB¿
?ö¿±Q\IÁ'pS  cë
I  ¶8fÁ1/2H  ˜¶*D|‰}Š†  'p2â  Ød|!_±Tò%†              ,vÃ
°Öì  ŠöÂV  -Ü§ÿ  Õ...A"ÕÛM7õ¬   N÷c  qÐiˆ[í  )¶)Ó  Ý=Ø(r)øLI¿‰oñØö$ÇÓ|T   Âe
  Á   _ö
["
  anÓ  ¦›
Ãµ-†  a[  ¦×
VÕnÂ_`3/4Úõ-é"ÚÙ

þ›" xj""""#B#ƒ8YÕ"Cƒ  0"DC$œ'a  `šÃ&0&˜B  A"Ø`...Á,á

A      8iÃ
              Ø^Âè0KÂŽ""""#^^^^^^^Ž""#^2B""
-RI
ŽÉ±5ßê
\ì
þýn›ö-ë]Šá...OµÄ.¬-(r),&  a0¢'eHcÿÿ(tm)  Qÿÿÿ,ÏQÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü´  ³M  ƒ
Ñ-Ð4›ô  £{^,zoMªÿn(r)¯¿Ö"ë  é    ZÒÞ¿Kõ¥KzWÒu¥ô°¤tOém)d¢T(r)¢v]  0  ´£  Á......b(c)  ;O  )¦
R?ÿÿÿÿÿ
endstream
endobj
75 0 obj
<< /Length 76 0 R >>
stream

q
423.36 0 0 704.16 0 0 cm
/Im0 Do
Q
endstream
endobj
76 0 obj
37
endobj
77 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.16 701.52 ]
/Parent 90 0 R
/Contents 79 0 R
/Resources << /XObject << /Im0 78 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
78 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1734 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1734 >> /Length 28416 >>
stream

ÿÿÿÿÿÿÿÿùkœfCbÉ±k+,¢l^‹Ê  &NWZ<"Îdm˜dQ È3/4s
ˆŽ(EgÙ†vM  ;ÎÄ  NyR"Zæ"r¡$'(c)@Êp!]zÚÔí/UëT-êî•    }_îOáe¯ß...õúTúß
ª¿3/4'Kÿõ#°×_õõjßµv¡ßêô  nX8}éEíÔ3/4  Ú_ö°ÐOÿî•oÿÜ&"ýí7Oëíð"þvPž"/_ú1/2ªVç`òtžD³±(tm)$
äZ6e_  "ÈðÚ0-d¡œ3£!(tm)øá    #DEØ"-ïDWi/žd_#"  5gìà  pI$@...%òL>xÊp"8é  E¶æÆ¦Ä5
$3  ƒ  ‡  °D@"-d2¨BiA'  Jq"
5    ^ƒB<ØøD*/ a;0  d†`,!t  Â¨BF
°ˆD  ø"Òå  ;  ÕCðD0A    °A,v˜u"  i§¦ƒ°A"-  ¦  A"a
iº

ÓÒ°šqh=0ƒŒF    ý  uAñb=ð...4íPp÷C·ÐiÝ
øµ  o  ŽÐwH  R  ñ{q  r7qI¢WûŽ8k¿Ûêlå  !¬‹1h-k"ç¿¢S
0‰OÒ\Í  £  ‰{da   sA²5  Ð‹vA,ÇäL~^-BöEæ
o-F,   ä   -ôÒï¢]'  ö  4HôNlƒ¤$RnÕ"}²9 O"Þ   Î
iá7Pƒ¢ƒO   "!²Tz  "  4ôðƒÉ!  á8û&w$tÝpž  ü[]
Ø m  Ý=
"ð  &á
ý:]é7Uh'ô  }Sájô×M¤Ü   V¯é=B"tž  wÚN÷ÓÐnúz°éô  Õú-=Síý=ZO§bž›î  ·þ×¤  .ƒïò-µµk¯ëWëo
Ú!ö¶Ÿ÷Ó  ›Õ_Ú¿ý=×UÕW¶|1/2nÚÿê   cXëÿôU~•-þàúûu¿K×ZÝ_¯"ko}.ÿ§§ûNžîÚ°  ïzïkô1/2þô  uö
ê÷þÿ×
}R×zûµ_ÝFÊ  ¬?(r)à¿¯á'Á{Cü  ‹1/4t  ;NÿëOÚëÛÚ  ûÚ÷ÿ-qNKA$)"ø  ß³  _ãXcÒàÐª÷ïÿôÒµª¯ÓN
Âªß  d-  JA†-  ÿÿO}¿°_zd1î1/2  ¯¿t¿3/4ÿ¯-ÿûú!âÁÿÿõ¯û"áNPy1Î"í"CÂôAÜ
Ø0úÿÿê¯¿rÕå"  úoÿw†  è%oè7  Õõ~1/4É
ªª3Z³  DXIdß3/4ÿ÷uÿi"Õ}*×ÿþ5¢d2œ_^ë1/2÷ûîÿ    þÁ¶"××ß¯vé
;øßÚ°ÓÿW¬  þéû×öé°÷ð{Ýÿ  _þ¹ÿK_úµû‹Õ,?~¶µ¿ùÕ"gSïÿ\ÒòNíÕ}§û_û|2  (r)u;_W_÷  "ê¿Mê
ÿm}  î-m%ÞÒÕ6¿ûiv¿"ÿ_Þë÷ïõì/"ý-Î]ëkþ"}"ÚÛI  v³êÿßj÷3/4×¯I°Ý[UMé¦Õµÿ°¶_Xkïu}...ÿmvë"µÕ°¨
k
+ô"ó7Ö×3/4ÖÂ--"  Ý¥a[WÞ›ð¯Mûi&  `Õ"Þ
Û  i-°""ðï[
›Tø0"  ûO  }¤Ýl4
'ZêØJ8aW~ïCXaQ  êÆÅ1§J¬|V  A,û  ÅY±  7
U  íY
  ¿fJ+cb¹  "Á...  ÃØþ  ,S  Cb"v  †-Èw÷ì*i7Ø'w¶Ò´ÅZµ¿õÚÿŠ
tÈW{vžÄ  ÖÈxû  š~ŸV  [_û[
Tá^Ó
ša›ÂW1/2?†
þ["  ,0L&¯KÃ    ...µûL    Óí4  XÕ 1/4  -X0Tâ
  ˆƒ  C
b
    PÄDq  0..."""*á¿V  D  é
  e'   Ê  !""#^^^^^ƒ;&   ^^^â""8Ò-Ö¥-  í}"
-¥am"  Šj  A'  ¥Œ!  ÿÿÿÿÿÿÿÿÿËaS1/4  ÿÿÿÿÿÿó²Uÿÿÿÿÿ-Ä2Ý
û-h31"aW  '1/2g`òh
RÙQ  •³¹(‹³±t"...ØâÉh-§*Ÿ;Ó¦§iÄ:  É
  "×3gzh6

^  Nšw×ø^ï"}÷  Þôÿ}íõýo"Gn›~Ÿ]eé_  ú-  Õ
ãï×@Øûï~  l"<7ßŽ7î(r)-t°¹þ¯Ý[ý=7  ÷o'Å'zÛ¯  2V'œgW"Z1/4í/1/4  Ë  ÕÖJFFŒ(tm)  u#[6!¨dáÎg
Ý  H  Ì  Û6ÔœLÛ:²
C¬lSXð  š,!ðÚ  p  ¯ÒóÎêïØ|†P2&Íq²  ‹  †F¨ÀÍ   3^|‰ou'b9¤g  2,!àC'ÈÔÉ  "!O(
fŒéó   ¨@ƒ  ‡
¯D  (c)§¤  >ú  ?Â!ƒ¤  '"   1/2?·Ó×](MÂ   ...
¦  Ñ
EA  D8l  gA4-š"Ï"  >íA  °  Þ  a  °
  Âa
"×ŽÛ¿mPtÞ›  †šiú""÷J(c)/¶¯xA"   ...îÐa  šhhoz
'íê0ƒKOxÓDvî-  "'ï¬"'Mz#Çõi"."G
2GÒ'KïÞÖ×Ð¿¶Ñ,¬RÛ    ÊÆœŽÛ8åŸÒrYÕ  ðÑ93/4BÀh-:

D1/2È³ÍΙ¥Þ‰{<÷I  nÝQ:d_rs"ƒp@àýÐoî"u"›ÙôNm  ç#´,
‰Ì9
›DæäNr|á
ä[R~    àþ¨Ÿ¸@Ýõi7EéH6,¸OV·É  pŸ÷Ã-Ò]:_"›ÿ×ÿ¥fÑ    ºún  xCOA¸Xn  x-    IÚ"(&éé[¤ƒ×¤"×
Ö,ztƒpžµ"Òzía;ëMÂz  [_ëïémx¯"ÚÓþ  aû¥õ¯A÷Û¶'z"  |×°T›Iúv›IëkØ¯¨ÿt-éý§ZÇŷêwízÕëÿ    ¿]=[
zZt"ëÔúô  ã  NãÔ"Š¶3/4?õ7ß_t=:O¨Ïú"û(r)õ¡}    ¥ô#"uíþöóÚ[]z]3/4ëÿk¿ýêêºþúÔj
î1/46(c)[koÝ[I?u  (r)×]›õý°áÚûK[UÂ#§†ô-û¤Ùàýà3/4(r)FÂþæ ú·Xa›^  é~Úµ  ×
WÝ7õN-n-'
Bÿ_Óøk!ô÷¥þ...ý  0OÔ¤  ÿÁ  ñ0ôÛ¨¯D*MÕñ{  JB}uõ
à%×¬prÉÿ  n·Ü0ý-÷oÝµ  ÷ðŸ~
"ïZw§u¿
õü,
j"ú3/44¯ýƒÝë_[ÿƒõë-(_J"m  BŽU(r)1/2  ·ýa¬%o×"!    jü0ÁnßÓkWöë
  ýþ"µÛã0þÞ›Ý1/4²wÂ!ïúÃ"#_hŒÿ¶ç"_ÿƒÿu,s¹ë°Ñ
wþÿ~1/2d0]¯ûÿ}-  ~-ë°_z#=~  ]ípKî  ý;kê  ]þ"r
DHÿúñîe{"(c)b°"GKû¶(c)  dA{ÿûÖ"  ºÒzÞž-"¿_ëÜŒÿàÚ
ß¶Ûþý÷
nd3-wlëÝ_  ÷¡t~évÚ×÷¥¹Ñï×°iNô×1/2¿µ
õ·í  Öë¤ºûçFõô  ^3/4÷ëïÕŷÚ¿ïÎ§[¯Û¥ƒ_þ¬tõý_ß×[:IéWÞúöu_f¥
èÎ²1/2þÒÒ×-Ïÿ¯ÇiqUõVþÝ(r)"1/2´1/2&+¦ÍzÚ1/2ïy!"¯°"WÒ@ô-ÿ^  ÖëÝÝÖéµî-ÛVéõ›ïµÞ  ([KûUYc¯
ÿý?im(r)"ëú
ýï‡°ÿb¿øuit*°ëÓ}ô3/4¿iS_í¨Ú·ö  "Áí,^ðJµ[í{M´¸kK"a&×ôµëm]Oi0×Ý°"
(j"ao  †  1/2¦  ]ì  n  X0N  Y    ...¨Ë,{Xa-;.
jÛm¥û
(iv"
'"  †
¶ÞÝC.3/4Ò†°¶¯°·-Ÿ  ±L28Gä[L!  ðÁ)  ;  ß    Òa,±&ö!qÄ  úö).)(r)ª    Y  ÖÄÃØ0"
-,¯aXõ`Á    ÁÛL  IŠÛbƒ  3/4Å4ÂvÅ{O  û      i‰'klI="Ý; 'a?1/2¯"ïjÄ
Å-qW    q|1l‡  Lm_±M{
µM"  L$Òa7a"  ÓjÓ[°¯ÚV  @Ó´¡,  ...V(r)áj-Õ[[


5kÈX†  ÷  0ÝÚajÂ
Úh  Ð‹  8´dª  D"...Ã  "!""!"  /hÎËí
†        ö  ƒ  0BA¡
(&      ...^†š  Ä  `†...,
•q"  ^‰ª        â#B"""!-Ü    Ò\uúÒP'(c)o¨TÔ(c)  JÄ|SO
CUª
Z    GÿÿÿÿÿÿÿÿÿÿË¯£;¨[ƒå•B$  ^·5gb  KÉK;    "ƒƒR2%t(r)-ÎÒ"¤Èª;5    ³³6K¿*  >¶°H†  ï  Ž3/4
ŠäïZÍ²úýs )Sw(tm)  õß]R}wkëúZUn
3/4°#ð"×´ÿ÷°I-¿ïõÂ-OâÓ÷ÿª²  ?  ê1/2¬8Ð¨ÿõáE"Ýß±Â  o÷ïH*]  }¥×õ}õVõúÒÒ¹§ç"
B  ääN(  éž"  ÉAQ  e."QÁ  :Œ,#3Ñ  ëä¢8d  %ešßšÑ*Í  nî¤Œ1/2d.8)-  &kD|'žlB  vlœ
¡  blP@ÂyNe    á m...(  <    Y      êÊ  Ó<  f°°0@ÒiR¸
Èù@‰"ËÇ  >.~83P˜ðp@ÊrÈÚÉ  Ê#HØFCÙ8  (Â  (tm)ø±"A"´.Ä<...  DÑ
Á  ªçã  Hƒ(tšfŒ  =  šh=  š
{M
(r)'


        '

'ï°h  ÚÂéña  u´    ´
;A,
     Ì      "   ª{Úi"B
"   ûÂ   T-¶ëÅè=
   Ó   1/2
úAÆ ˜Ríè  ^ƒA¡t-1/2PqÅ¹¶§è8‡
í7‹J´  i¦  ÿ8˜ö/1/21/2   ·  !.˜ñÃ"hh-uÑ)ý$GnOòs¢;~^ó"ô2g&pÑ.ÈKxé^Dz%ù  u  ox¹:6E  "~ÕJN}Îî
DòB   ‹´Æ^(r)-fôGaÈ3/4äÏR-ÿDtw  -Eç  Ü  nG:AÐAÛo"ÜŒô  Ú  7   ¨  7i ƒpƒ‡§A  à  ûÞd¡Š
_C"ø  ü‹í  æ˜ÐtNy  ›¤ë%Kæ  j]   Ú  7.ž´  n›I3/4  Û´(c)ô(r)  ´é==->˜"u¤"k-¥¿     ÿ(r)  m?¥ú
Õ4ß      ý4›Iá7tïWzé7MÓ{÷ÓÓÿ
1/2v3/4žžž(r)1/2ëÕ]ëJ  ¦  ...  7ôÝ>-"Ò¥]Þ1/2ªöµéÐAé+÷^˜éé¢¿ÐMÂé£jëúúV"-^œuvâ  Ò÷J  mEv
Ò"júzz{˜ž¿¤Þ(r).é=}âÿ  µ  6-Á={°â>ï4>žñß°úk¦ëéí+-1/2ß]˜  1/2ú¥é6ÓÓ"N"·"_û"  3/4+Þ˜  (r)õ_j¿
ýðMïõ÷˜ø>úûô  këZ÷éúÛU)õíR÷Â¿ÿÛ�ardWU7þþ^˜^˜_Vb8,ùÔ:ö:¤ÚÇdÿ†;ë~O-|þÌ  1/2þõDQÞ(r)µ¹Ð
   û¢œ/O÷pk]C[zzä)  ÿúv(r)3/4"GY@/ïôßÚ  ¤œ†&=P‹ôâ/û_±"ïê
(r)ýY
1ûÿH!=¥r  ^"Ý7ûu~×"ï°ØOú}/3/4ðÃvÒ¦÷_júú˜(r)î  ïÿ  ýum‡"xd  ýýî2
   úéß-˜  è"ï¿k×$ï¦0â3  ~ÿdÅ  #-*þò  ZÿÿDO˜ž_ö^\þû¤     ì  éúÐ6þîõõ(r)üÅODÈþ3/4÷ÓrÕÔ    E
   ydÿ
ZMõý˜ŸÖ×D'Ú  jé  Gõµp  ¬  öŸïÁµý/Ößþ"˜jééRêÞœŠ
Û¨˙_:[ö-ÿÝ_Aoï÷
ýéÕ#Cu1/4Õ*ëö(tm)  ]ÿ  ëÿ~-¦ÿ·ûö¡éÕ3"úO-ýýý_Z×µ°ŸÿúÈ£^¡  †ûÚø  Ûõßs"  I×Ò×ïÿoÜ-Of¥´  ~
   Ðòžýé/šµ÷û-ó"  3/4-1/2téÞ(r)  ýÕx  õn°tÕ}1/4êÚÛ¶ÿŠµ÷lêî˜þ
Õ³¡þ×
vÝ  è?ÿ"Uo_˜úÞÞÈëþŒúÿ×='ÿÇv-תV"˜ñNÝ}êë"
zéý†-°ô1/2X  ÿ¿z{öi1/2˜ÿ÷Ý6(c)ÿôÚ¿uüUVúöÿ¤¡l%jÝZûþøku¤ÆÃ_ô-wï"}?þž  Ý+^--û÷ÖÖÒÛúîëïÿÿ
VÒzM"Ÿ[˙    °Ö¶ÖÝ¶Ò1/2µµô3/4àÕ†-*×á..._þ¡,ì0˜5†˜
   OÒa˜šÚÚ"tØ_°¿ÔêðÅW-ƒ  3/46  p"ñM"°ÂA  †GA&  M0Õø0Å0Á.šípÃ     ÿûbL|‹â>[KlØ^ø=;°¶
   `ÅL0"È¹a¥ïBûëub  ~Å{
îØ´-øi{Š  qñ  Ä-  {a1Wmõàâ¿_éö£B¸'†3/4û[     û  -  Ý"Ý˜µiv  Â3/4˜*í
Â^Åk...já¦1/2têÕ^-í   ¶Åd<ZØ[z*§µL&(r)Ó"Ø_éV¡...ô!,ðÉ¨  xD  m  0ƒ  X
ÓA...  GCA(tm)@!  Æ-†  ~ •0Á
A,
.[¬2Iû  5µ1/4  0˜T  B  M  0...ÄDDG                   j  K§  8eŽ  ^^^¨"
!%Ø^^ß  ¡  ÄZþÃK_Xm6•+u¿  VÒÞõñ     ùm  ¨ÿÿÿÿÿÿÿÊþ¦BG`¨¸'È
Šâqnf‰JÐeXe  ò<F  ¸<l  $Ü"$
Î;RÊ¶D(tm)  f³"Fd(Ðd¸(+,äçm$  H°
C8âÝp(tm)wzjhø  (tm)  þÊ÷¨Wa
Ä_^1/2ïûÈ3/4µñÅ
"uÄúûÿ\=h*§Úô1/4°9°éÉ  ÈI·õ_û"·ý-"vš(r)Li7'-  TÛ^ÿ{KCàô£íB  _  OµúEÇ"}û{T>3/4¹µ×Û÷ßÖ3/4
Ó÷÷{÷í{÷WlèÍÀÛÃ#£³  U%^  ó%˜ÿùqëSDfTjDvjf  HEÑ    M  !
8)  ÈëMB!  6  ÐÐE(tm)  ²-¢....Ù
å;:  3  9-Ž¬^  9DppA1/2(r)Á?2
š˜",(eÅ
   F  ¬Œ¹  '  NÊvO  Å5'ó4jÊFD
ë1/2áZn
Ï"#èAê],  a0D=Â
Ðg@G^  ;  -¨  L  vœHž~  ðƒC§HWÃÐ`˜bœàp  Ú
ê  z  %°  ,  z˜š  `

"êÞðý  Á qé"ý5L û´  CŒ&š
‹×[Â
;M    á  œi"Ð´  A×¨OwT    [û´"‹×´r,WD¹ÆŸÔŸä$i
'7#‡"FÑ  Ã3{¤š%J  'îÿî²\ÓtÓ  -Ó´_üŸ?¯A¢Yÿwöù  ¨‹  "?
GjB
qè(tm)æ  §dN
K÷ªA¸A¹"  ÑÓh  n  Í  2;Þ‰ÍÓ²/´  Uze  º01/2Ò  6‰R^ÎOÚ%6Â
4KÃ-7(tm)1/2  Ú&  oRsÂ
ú_ußAÌÔÂn  Á
íúMÂá
¬$,n  t,t      "Þ¿3/4,m.  [|  ‰â"ÿ  ¸AÚA;OAá
I1/2ý°1/2.'  VûÔÞ"Õ_Nð›K~ƒÓ¯Q_O[  O
õwí,>Ý]uKöÕÛ¨ïvÒ°´>']W*mkW];Þë¶(c)ÒzÝ,#¯êátÜ:IÞø[Šüíkýcïµw[þ  ûK
   (r)1/2-ú"ï^"Ðý{n·"kßâ:ëî?
éô"|÷Q  mU3/4¿éõúã"¤þ  ÿ¨ÿt/{úÚ[õ1/2wUï_ZP]¯ýþí¯í5û¤ü³
-Q¶-úpý'ÿ×þïWÝÛ¨í-4úò ]mêÔ(c)?qÓéò  G´´K^3/4(c)Ù0^á  ßêý ðPò
]ƒ‡ï  é  Ý·JÁÿ-ªUÿçPO¤ú)ÂÞP÷ê.C    }  Aý´  Ê€ÿë"|E  Áø9
¯  ù    UÙ       !RuÝ·‹Û^¿Ê    Úí†  é1/25ð^÷ðWýÕïµi¨ÛÝ)
   Ôƒ"  ]1/2ÿ)    Ò&  v    ÛTÿôûD;ß×ÁoaÊ£"9êÒàÝ¯¢-  þ¡  ¹ëÛNÈ9"*VC8õL  aƒ~(c)    A{à¡‡"
ë¿-Ô²    "ê*þ^[ûÎ(r)·,MË'ð^¨~PÉŽqÎã    E}PTÕßù'  1/2h6
ü¯å9  Ûÿ    ûoD=£¨_1/2ÛÓßë(r)LŽ-øDg×tïP‰Hëùaß´¡  Š
   i°O¯irdl-  ¸    ð"  ôL‡é¤¨Ï#
¿íôêÿwÞ,WnûÐ/{1/2{
oô-ßázÞ°Ý+îî,U*È...  þžîut1/2?     ¥ªÛ^ÿ§ëÃõþ×¨vÎ·ï  þ¿Wêú  ~ÝT×/ƒ¿NçFÖ¶".·I/Onøéõï:Ÿ}  Ó
   ÒñÑþÎ¡mÖ    ô¿oÎ‡¯¶1/2kûî6*ÝnÍW_ö(r)ß‡ó=Ú}-Ö:ëÊ´KýûÕÿ"Õ.÷ïÝÖø¦ÿÖ÷ÛK]St-"Y  {¥-§ÞÞ
Ö×°µ§§ßÿþßý¯V3/4'ë¶"k1/2^ëüí1/2¤šîÚ¦uM°Õû  kzÞß{÷]wI...ÝŠÕÕýpÞúú
   Â{¶•tGKðím.  [
i~Ø_(r)›
-...^h†]      He×"ia{]a"¡"ïvö  5u...§t"
.'1/2ýƒ
   µ`ÂWÁ...÷dAÔ4(r)  I'GL0-Ý"ä\[
   "  ìRý'ca^ÔñÚÍÕ"¬/VÃA6(c);
Ö  Y    ¡  ï~ù  Ø%3/4Ä  îEËÃ#¢8  m^Ht  ¨¦?',K  nÅ2  †"!Çû ýD&5`Á^Á(¦
~"ø¦;K'bÅUÂoú]±V"
û...ìD  ßm´Â¶ƒ      "3/4ýûUê  MU†  ¶ƒ  x{  ±TÅB]&¤1  mØ'{øjÝ+"Ý"°l&  Á.Âÿ
Xá5      ,
'
<"øal  Â  Fžæ¤#  Ü`S•xaW°¶¥ÀL  Öž  A¥ÂP¯VÁj  *    ´6  !¨^¸^^"q    %ÌH4"
   ^^`"DDDn%;    82zO  Â
É  ‹  Dv
Á-  H´!      ÄDj"ã^ŽEP´  ¥èzî1/2$¯"fKH/2  %SÝÅ41/2  (r)†"?ÿÿÿ-1EÿÿÿÿËXM  D8í:2QKL
<"àÍ  1  š¨;(tm)(  ÉxÈI  ÑÛÇi#²¸ì£  Ú
3¨ù  dÍk(r)wWä4U‡åUé"/4ßÀ-à³3/4-w§d-ÿÁ}T-&èŠ8IÖ3/4-°ÿßëöÓÁ
[_1/2uÿÿß¥  qKÉèÀõÿaP  âô1/2iÖ¿    ÿ¿·ïÿÿ×|7^¯ß'}YSÈÕR{}  "œ3H,1/4êÐPó´ç1/4î{û§gu-BÑ›%
ÑÚã  Î¹  !  CŽ†¦  Œ€è2  bDÆ`  Û'
t  BB[$  t`    aÂ    <†!    ;¶}  QÐÉp    ]  ^t      !ùÂ"LŒ

êÌ

ˆ" Èƒ0)N0ˆs", e D
0@ÈaH£$ ¨"-á ;§OÁ ûn ma
ðƒAá h:OŸh È]C , vƒÌ
3@ú I‡ƒÉÁð(tm)v 0DHNƒ ðƒÐpm(r)ûh4ÿý5ú
ÓT ^š A" õA(r)ž¶ ¦ªœ0 â´ |Z
]§N,.ßñh-?œrÂ} Ægl+D1/2¢ æfè ...wR\Ñ.¢$9 Ñ.wøÖG Ò#· ›Å¦ˆûwèŠ8a
'q¦‰wôG '/%oÕdg"óIµÅÿ ë(tm)Ý6‰žÖ,n ƒh Ü ðAÐ aÂoß¢^ ."Î 7ÈœÑ9°dèEê'7 3/4] Š|¹ä¹B
Éû" x2éA7 6, ÛVœÎ"ôïþðŸï§§1/2 ì'ëW"ÛN¡ëò4 Ú[ žH\ "1/4&ÒxO¤ð´ƒh'§A7_1/27
iý~ºm}ÿ·ë-zéµ} Ýj ^ ÛúIö×
Ó}=Zþô(c)=>ÚO´-Ó"k¿ý:[ÿê)þ¢ýûÕÿ1/2t*ú~(c)é"õu
õ§v ô-]]7WAñzT-¯ :þÝþÿ*ï¡oº*ýë(r)ßÚúÚŠý;Óoé øíôëT×wÛ×T÷-ëõI~-ïÿ¯JÿúZí¤ú ýöô"¯-‡ ÿ_
{^÷ } ÷ßÿR*uþ ÷ÿ"mÝ¹ V 5ëv-1/2*Oþ ZÖ3/4ÿì‰U?ë`Ýz^ý§Ûû`ï¯
`•¯^µ_Ptö1/2ã_õ÷ šÂü_þð~¿ðwÞý}¯ýH:=ôR ×o3/4¿r Ÿß¯¿ím&3/4Á,JH ÿíô¶C íÓø`ú
ú×ëðÁÿè,:ßÿîúpaÿý=}÷¶¿`Â ƒð3/4º[ê
?¥]Ø71/2uïÿü-¿M õý/ßMA3/41/2| äè ý}*ü0Â!sh...¿²àÃ ÊBo[p÷Û1/2ç@-W[ÿ× @ÝþÒ&E ÛúU
| ÿîÂ OOuÝ
ù ‚Žˆéî"Fé )ÆºÚÖ
= ÷êÿì--þÎ´-öý{·}È(tm)_×ý_IÕ:ß
Kyƒõ^ÿƒoµþKŸO_{ýÿ1/2/éª}Úÿ¥ki ßûû /ÛOkuÁ´µ_ï"ªWôÿWý?¥µúí3‰"þú(r)"ÿ¯¯þ'tÙÑêú[÷¯"Wï
"šžª*ž¿ óÛ*Ý~ûõípw_1/2w÷_¶·Ú'
X^´Ÿßßõÿ' ÚOKö·^é ö-ÃÝcým-}5ûþ×_µþÕÓnŸ‡]+{Vÿ_VÒîíVý~÷¶Öû-é¿mÖ)õ·mmo† ´1/2v Ï¯
¶-íÕ¥jÚØSCà• ¥m¤(c)-"| m'
*öÚV(c)¥jÚýëÒj}õ·K
$Ã ÞÙp°ÖEËö md\Ã_lºa˜ †`#iZ¶•l¸1{
Xa.ÕÈm´¡¥\ ðÂö
uiZÃ 0ÂPÂéì0'ì5ÚûÝ† G
Å±_ìTw±U¡qLr#äAÓ 1/4V¬0"r/
ô
&) sÃ 1ö` Ù ,5Ša,Q["âƒ 6±^×
jÄ)
‹nÈx´Þ"L† øj÷a2 ìS žõ" ÂÚ^(4ß±ÈaÛ±# ±Lp˜¦3/4Ø-ÃKß~Óú3/4Óíí4áö
Ü0˜Xi" *ÁjÂa[
Z-T0˜Zµkl !ß. 0-PÂU"ýBkpeƒ Â
e+# e:
ˆ† ˆ4 Ê !
ŒP! 6 DD 0Vònƒ Û" 0Bì a
an
`...Á¡
‰Ñ‡ ˆˆâ"""""1 Ø g
2è 8ˆˆŽ#èDERêÿ].-"ñ24 KÇKÁD ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ, (ÿÿÿÿÿÿÿËPlÉ¸C3 -9Øƒ&`¹ÜÙ'vNÎÕ³1/2
@Áã+"`(tm)ÙvvPfEØL)[Í Á )Ä Ñ"ê'çÙØ³lª%ÎÀ"áUmé,h?s°ç$-õši mW þ"]
m÷¥"÷a\(V^Òkàˆü(tm)žú#Ç% ÚÓé Î9Ç]uî'-pC
"Â
, åèõ í˜
÷ëŽ?xô›§ÃnïÿŽ"ï¥þµÝý úwJ¿¯ÕÖ¿1/2ÿuíþFÓ¶ˆ›í_¿É"Tì ‰bZ>-êÊs"§ I55
(c) §d 6E
§
IŠr5(tm) Ñ&i #Ã+ â# ) *dx‡ N ³: 9g ÑßªóÆt2

y(c)  F˙Ø   B  0@ÍCÁOÇ  j  a,!ñ,"TBÐ...  ì  )I"  "7  #   ...8d
    ~"-Ê̂    "   %u  B†  <ƒÌØ@Â
  &4-  aÐa   =  >  `ˆ•‡  "  ú[vûÐ@ò@UA¦  nƒ  ?Ð4ë´
  Óü  ap¶›¦  "  "
ð˘˘5Œ&š"7A-è4Â`ƒÐh=l  Ó÷  ƒÛÿ×ú      a8´/ÓOã   ÿ"û0\,¶ú"ÀqA  ^ÞƒD1/2ò8hZ%Í]  æÅÜa
  àùDQì§.  oëö'¤ß#zr
  §r8(w"cK   ØäWÈHr.37ú"Ão˜§e
Y  Ñ¢tn‰Ì  fà  3/4  (tm)Í̂a"#Ê̂%øNð  äNpƒ(tm)š¤-DÆˆŷ²/9>  ƒÊ̂,ÎY  °4NŒ  vé  ˜¶íµÂZ
DýÉxBè  †á<œß"c"  "†  <³ëo_Á6-Óé  ÌêÌÙ5  65  a  ûT  0ž  §...
  xAá:Aé±o@ƒtö3/4  }ê̂ÈA!O¤è  Ý
}é´  <&Ò~  /  QONýI#Ó´-Ó³ÀoWo@>§}ëWÒ^>Kú
"Ó˝ÕîéU÷Ý[...{N-Uiuí¬"÷
öÿÌÖú-&öö-ŸzjÕˉÇÌÒÿzz¥4̂7]^°>XOW¤û¯Ó1/2§°~šatõNÓýo°ÿÛzÿX×]ð̂ª"ö̂3/4Ðqÿê̂Ã̂"ëïëÐ-¿]Ýa¦ƒ†
ßê̂ß̂äpÞ̂3/4ÿ‹µ  OÌ÷{_ÿ̈ë̈Ýÿum¦ö̂[Z  ý  §úÒßÒÚ¢sÞ"¿1/2u¥"ÿúò-Ïk  ÒÂÌoV1/2"%û?˙ÀÒ*˙ì  °  h§
OÞÿ×"¹c¿Óß1/2>Ŷ°`ÃƒÒ*]ÿä@3/4ß(r)"ö̂,Ù°*-Þÿ     B;´#-þ6
÷ì   ¿ªÈ̀  •[ÄwpÈ¢8>"ñ÷X"xIöÿ-  [!ƒú_ÿ~t  Z1/2ÿwëR  1Þ3/4Ö3/4Á3/4°...¥[1/4¤
_úM!Ŷ¥{-(r)  xoWýÔ  ÷§¯ZðV°×Õ4"\  ªþ÷Ô0ë÷D<w  P^þAxN3/4ÿÿðÁwûzþ¶     "jß¿v  ,?ýÝ÷×
v['    å"1/4š¿û#r%oþ"DYû_tCßÓ(c)ì  È  åzê̂¦F9-ž¢•_Ý¦  Nè<Oÿúß̂Á6  ú-Ȫ-ð̂""-?{
Òù...¿w¢ÃÚO^   ÿtúá"§z¢ÉÝ  [°ß  õ  ¤ëÿZ&Eá.ÿÿ¥rÃ{Zß  Ñ̄+3/4(c)kßë,_¯ô̂ª}¶Ŷ°ÿ̈ë×1/2i
·Wo  ~ô´...  úun-¿(r)éþ3/4¿Ou1/2mo¯á-  ]ìè>°µüì:°ÿö"ý]5ÓíkØZ
Ŷû̄¯1̂Î̂(r)3/4Î̂‡}   m{Lèfß¶ó"¨ÿ¤ßÿß¶¦t;3/4ñÒ÷]--í¬í  ^Ó¤°3/4¬þ1/2  ¯Çÿé/õOÝ×*ô̂¶   (r)1/2Ý/×ß°Ý
{¥¹×Ã¿1/2%  k~"{ö̈"k}ÿo  {í?ÚW{i_iV1/2_j÷ˉZ[_ÒûV×ßµ  oÁíXkjíí...ß̂Â"ô̂þÃ_ô̄^ÒŽ"Ý̂]  Ú÷}¶
-zMûkî·°ÿÔûí/†"iCÚˊ°¶,Ò'vy   V¿þ¨~;Ux¿ØMs¢7{kVž›
%
  Ý†-l  %È̀  ö  L  ^=`Áoa,^ÚûaX28Om(`"  ì43/4ÆÃ
±  ì  þŒE4µàÂû
À›ìpý†  D  #ö
'kÙ  Ç  ±R/  b¶¦+Ø¦+}âN2&b1/2  ØØ...Ó   îÆï+Alq[{  o~?VC3/4  â[ß}Š̄øR  ‡µxka{Ml...  "Iû^
È.ýd  á¯¦3/4˜WV¯[   Ù
ðÁ×ak†B  ¿k  jïOa_(r)
{
n  ÂOa2!
‡Ul  î̂˜µ
7á¬'•0Á   -pˆé¥á,
h*
'ka

Å"í+  -ø°  ¥-...UxpÉ
    M<48´!,   q   â8°T"  !   C  ""  Á
Ä¨..."S
'ãÄH   `"DDDDDq   ˆã̃´ý"¹%-...(c)Rö(c)¤•+I†  ²PY'ÐŒE0X¯Qµ]"  U¦  -È0(c)
0@É¶ˉGÿÿÿÿÿÿÿÿ-°ß,ÕA-ã
I†I  Ks#  tdVŽFl*  Žß"¬)\  ëþ  †wìì¢Ê̂Î̂3/4-¦D(c)ô̂¿;¬"ùTFKh¤_áRÿÂÿð̈¦Bÿ.K{ëÿ'²?ê̂¿¤¬-uê̂,Ù4  _Ø
_  Ð÷Æ  _âO  ȫ¥ÛÿÀì×ûk_ú×VþÔîôÒÙ2ì̂°&"dÐ§8òR  ³¹N1/4èÒ!...$3fr$  )È̀!  â!  A'óŒ̀†d
R$)N:f¤_53dL"VG¯\ÔD_!  JÆÙ°@È̀é;8eB  lê̂ó  #BDC%Ã    5...´
Ì̀R€þ€;(  à¯Z4ðž  d€&  f  è  ¿Ûq,
"  A  \  È̀@  B    (tm)‹  yœ  ÿÈ̀   Â  @Á   !ˆ  2C     ‡,  f¡,  z
  Ð4

í ˆ?Â
× ê Ð}é ý w_¦ > w,
pš úxM4Â ƒtõì è 8†ž¨0šÆƒ´ -ƒé= ]Å*#¶1/4XM"¨Ðh‰
=" Uúj¯"-š
4ÓBë‹OAÈGh6F #Œ-†ˆñÈ¯"é£DX×%Ÿ'Æè .ðƒrs #É£¿"¦Yòèõ#Ìˆ ôJÛÅÉ_MäxÕ óD}"›'Ç. 'ã
4ƒ%B?h->K°AÑ9Éè yŽÐO ¸B måÒÉR,
ô mh7$Œ'Iù Ü nFp(r)ƒi<ÉC,
°... ü‰Í
ÝZ åE ¸è'" Iº
àô Ã´ƒt ÛUon õ ?†éé1/2R}.µ´Ÿ"ûép":¥WÒm$ƒ|'§D
Ó´Þ oý.ž›Ö /"Ü'A?¤1/2>Þ-éu¯Õ_MÒÓUôé>õÂµnØ."µWÖ-ê"õ"i]ZONÿÐoß1/2úmÅ+JªŸKö¿Ø_ ˆ
¿õ}ï¸øÿê(c)§§ÕûûKÅ&"-zt3/4¿[Ç1/2ñëÇñß¡ö"×¬~´¿‡öõÿuKéÇñ§ÛwÖŸ¦þŸ"M ¿ÿý 3/4'Óëþª

ëª¿ÞOŽ2ûêéVŸê¿ú~þäLI AÓ¦x %Ä§5"ê¸º§#aíhˆ ¿Œ¤ d:ê_ý%ý
¯}dhN£÷v´ÌeÃÿ_(c)0 d9ßÇF°}I oýA~ÈaŽ·Â°úþ›¿Ò ]ÙV _ú§Ä} î
¿uì p"×þ þ
úØ" ö
ÿwZ÷m}úA4×§Þ1/2ýÿÑ xnC-·Õu ‡"tŸ, ·D=-ôAÿ!G8
ðomuOºU-t´á ñù Ï]S_ÕÝwÕ & ¹j<´"Dï¢'õw"¥Dgþˆ³ý1/4²,3Ía4Ÿþ-ô÷ßxDIßœÇ ÙŠ*¿î‰'"BUïË#
òÃï[µ¹(c)A_º&Géj
%Ë¿÷õöý?É'Û"Õïÿu_"
o:_¥Û¤ºÙÖ[^ÐiWª
ýÛJÃÿ"I}t1/2 KÎ !Ïúûú§3/4(c)oš›ßÝ[J×Ö¯ Nÿi~ÿÓ\ÔüÑ7úÜ†ÝÞûmwú¥¿aÙÕëß¦÷]_ºD öºöt:T(r)
×í¿otï[u¯ïí| Ûkýé·ëÚú~ýÿ×û Þý'I×m+¥ÿµk]%îÕ{^" ^Õú×-_ÚëV´íu¶-ÚºV*õ÷JÚámVÖÖûöÖÝ&
(r)õÛJ(r)švÒµ-1/2nÂ"
l,5-¥W"ö 1/26ÖÝu´-[[]ÿWµºnžÂmðÂM"Ã¥M4ÒÂoPÖØ`'{
%a>éµØ0¯a&ÂßvÂí¤þÚr

EþÚðÒµm.-$Òúá¤-¥jØ*°al LT4¶Á&E¸.ðÁua¤" ülw¦ "äN- âØ¯ °`-1/4q"Pa+`ÂPÁX¦
+"
˜a&F ì Iá...ŠŠv%"c
1[ lz±&ÿŠzT˜R NÄ·" á2 v"W 3/4È#ý6*
)‰7ÔS °ý b 5ÖÂa4¬- x~Õ(r) L0"
&¯´šÛajÓVÕ0ÂÚü0¿v †šÚ
&(c)¿¶ ¥¸& CNÁ ƒ
ƒ ì%¦ -Ò
(FµÐ°Aé[a6Ð0C`Á & u*` ƒTž
/a+V & d3h *‹pšn"0(r) ˆ£ É‹¡ }êZ ! sq,""'"8ˆˆˆˆˆÐ2¶
hDDDDib62Þªú°ëúë† fC‹b¿è+
ø`¨b?ÿÿÿÿÿÿÿþZ
QØ"-êrl"de 3²XªG`Ã`SÆ§ef'Ú[;ZtÎÈe[ À"vFÙ =lìÕ ¥ûD_wl¨ó±ÿz§^ÖJ>ð"á|(tm)É Â×*>(c)~ð
" ^ÕôŸûáZmd"×òcž uI×3/43/4ºV"³...÷×B
Ó´5Š^)_mG¡±ÜU}ÿõOõÔ+ßÿo· þ›ºÿvk/"]wì"? Õ•¨Ù =M">ÈÖ(tm)"N!N< , ŠxêÉHò !Vˆ
1´F ‡$3 HÕ ˆSŠP J S!¨× "
2£%Å#
"×YW" FÇyB: R
•e'q°ç Ö%ÅƒÊ Ì†Ï DMH¦(30' ˜#Ñ #@ÓÁ 0ÃÊ Ôû0
â !

9xEÔ5ÐzeÙ€€ˆ‡vƒ C' 4æI Ú Hf š,"Â # ,
˜ 0 " 8e"Â
Í"

fr~ "Ð"Aõ!éÂh ¨Aªj˜NÐa
8Ó~ÓÂxM ¸(r)á1/4Zx@Ðè81/4
a a oh= Ó éº C^ô Ö(c)ña6*ô÷ODvôÑ Ó"M=;A...Ñ.|XT-7A-6ãM9 v...á8ù+¦î˜(r)Ô'tå÷-
‰[µDc†žÚj‰[44E¶ü àË
tOè"Ú -Nz‹"üŠ:"ž9? Ž o‹y òsƒ- ±¢]¢<r?r$9/r}Dæ -jKƒ1/2 OIÏ!ð 0@ÛÉÓHŸ1/4sõ¢\á ë
Ì'.|‹:%îF@@Ý A×@
´›§§"é7È3/4á
3... ò/´ƒZ ä EÂ ëM¤H-ƒÐO 7 A6 m ðƒD#A7#ÿV"f"Z
éú ý ƒÓz¤ðƒ|.ƒm$ï ·éô 'IÒ MtýõÓíé7Â
6ð´¯A6,|&þ ÓuÖ"ôðƒ}týÚ¶ªö"õz
Òóè TÚ_WMÔ'ÿÕúéý¯1/2..." GZ1/2=WímRÓïÓ Û"§¯zooWÿ nêªºZ§íÛÃØÄtõôõé_µÕ_Mý:é~î#
Ö"~ýný
MR÷ýñ^3/4žŸµÿÅÅ¿úTªú[Ø_"ûxÞãþ¸ª¸¿]é{úëUj1/2'ï1/2}¥õ¥]'ü:~ú]ÿ·¿aÂ§Çúµºª Õ- y ]×]
úÒû#
?¶ ]õõ÷O|÷ýo
ß]4 5ú]x8+ÕÿÝ36 ' <Œ ˆü‰ òœ&Ól-Dƒ¿ "ôöj
(c)ž´ý1/2¯"d&ƒßÞõd:1/2Wwf þ÷tñÈ!A2~-÷â;: ;$ *ü¤ !†.é tI€a^Ÿ1/2×µr@cˆµKõþðiõ¯_ îëÉ
¿]wì:¯ë¯t z ¿ÂO,×°ð¿ý Ö 3/4íëÿéƒûÝïÃ
ûõ...{ýû
>¿ûõtAÜ‡ 2ŽˆxÒh‡¿àÞˆ{¶ºòÉ÷ýÑ þû·ü '
8ç
z-y
?zß¢ ë]ëR @@ß Þ¿-#D'|"$ÿè‹6ž ~ ÞˆÎ'nýÿÓuDZypP ýWðm(tm)Cþï
~º¤ðˆ´ÿ[W,Qõÿ‡÷Ñ"?,>þ‰‡} #{' _þ3/4"ü°ÝÐÿúýÊqk¯¯²
¿"tà-¿×¢R Þú¥ü úKÛ}/°¿Ã}]×îjýým Ózô¿ì(=éï×OïÖtuM7k÷"ðüèõ÷ýWzû:×ªKû1/2 }Ò ×--_ß1/2
þÖöt?þû>žÿOÛ"Wô3/4ÍSþû¿kæ§´ú¥îº(r)ßõÙÇúµ¿PëÝmÓõÎ§kmt-+Ï=öÿ_Â Õ~úÖ¯ïí3oÝ-Uwø~š3/4
ÞÚukö"ß3/4*Ýën3/4¯"Z÷ë×þÒûJ÷ºýé´1/2ÛíkÖÿÒ×´(r)ŸívÂþºªM-ö°Â¶ ºµì-m§Ã
vý?{zL?uiZß~¶'¶µöŸ¿Ú^ n ¶ Û[]µµþÒÛI[
í-Ã
6 pV -§wv•áz†(r)È£ÿõ1/4.Ãíl5† ÐM,M¬4›Om+û¦ Ké´(c)†¸zµ3/4ÒmO3/4 V×öÂ]"(tm) _† ²/
b£Ž:- ¶.íŽEñ] Ó#"ã ì% ¬S
$ ¦Öá-{ Å}Å\2áÖ.9 b1/2ˆLBýŠØ"b[ý‰oÃ È îAx†C1/2 ]÷ì) 9
F(c) Gì+Nû~$pì1QØ¤¢šˆMFÈ1/4*ý¦-ÝX'‡² ù
=íŠkØZßJÂ~þ*v°Õº¶¯1/2-...wl-°Âé}5jÝ ÈwÃ
-à(c)...ºL‡wµûM?† ¥ÚÚý¦ m (r)¶ ´á,1/2¦ àÌ\
,ÇdIØK²-PÂ 1/4 Â &õ¡ Á a0˜]...†PÂn 0@Á ...VÂ×
Œl êÈÈÁ5†
˜J XL
°`"D ! X ! ^ÁA
˜˜'èDDD`"DDC)Íº††"DDC ‡ˆˆˆˆˆˆˆ‰(c) ˆƒˆˆˆˆâ"? &êMtÿí%† ö"a ÅmÅ...ðÂêZ |q ÿÿÿÿÿÿ
ÿÿ(tm) 28g3gÝ
ý}¿×å ö*§(r)¿ù
Á
¿‡ý?èœÞËƒOc{Iºß^Ò-3/4î•e ï¿}÷ú ¯ÒV¿ÕëmëýÝÿÞ¿ý~ Û-ÔÐò |àˆû

*⁻
  Úö(r)šÓ^Lrj"Ó  ¢#ÿÿÿÿùi  ñÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå W&Ë  &É2°!á"´Q"·2Q  2èïÙ  Æi  ¤Žõ
  §â1/2L)Ø6vRÐi  TùÛq
r  D  ë  gb¬  d]  5ÎÌ{Ka]á4B  ‡é  éd•~ë...__‚J"M4ýÒÂÿ*ú¢[I[¹]-iÞ^(r)Ó¿U÷ûõØ]RÂúZ    "ç$Cð
 ÓÒÌ  é}TqÒª  Á
¤ÛAüWÿ  kiöŸ×°Mïÿû⁴  ÷Öú°k~¿õiû£³1/4  ð¶Ab   ú×JûÉ'·³Êÿ;    š†EZ    ÍC!b  ÐL´Œ  A"B
²  ¶]f  CÐ...ã  B  ^  Š  Q°ŠœžI€'á"C^^  mœgS$NlÎ⁻^ïžgVB  53Tl@DJ^"  dM  òfÍlÖ!¶S‡Á  S
"!Æ?$
IçH  Âh2æ`8A   |   2  9  @e
ÀÑ
~  (c)é,     m"-y˜
  5PƒÂ
    &  d¶  i,    öèÐ"º[*_1/4  ð@í4Á  H&  ùø
CuÐ0ƒéí  Aß¨Â|7´-¡>ô  t‡¦  ôû  7´4Ü ï⁻á  ïú¶"èZ
-  ›  ‡Úa
âÂkî  m*HRÚÞ  hwÇ
Ož±r#1/2´G
‹N/Dx  V^°Ï"êÝý  ¤ô'q(r)⁻  %tí6E  z§~ÛÒ%áÉ  "žBñ3'ŸD¦  Š  ‹
  ú  :rs²  Ü  ,§,ê  ¡¢%¶ò/´K  vqÉœ³›,
ßTKšŸo  KÑ/¢^  ‹"Iäç'}¢]Y  ô  Ë:GôJsLmtG÷^I  Î è úNfÞ›'    f"  R
Õ´"¢,é85i6Ñ£
§"
,qk"Ý7Óz  7þ1/2l,/iBm  ðƒV,  á
à  "õ(r)  xAîAE<"ê1/2  uo      *á7Tý%ïuL.ŸéÐ^Ü-&é¿WK÷⁻NáÒß1/4A7ïMÕ5Ý]?N,
-kÕý0õ]zuuK]_ßá7  $Þëô Vý%OëüÚûÚo3/4éêÞ(c):Nï⁻°¿O÷ÿtþ
ÿ^"uû  O×ëÛtÐcÝ"Ó÷é?kÕÐÿ×þû"n"íRÂê¿"ßÜ~þ-Ñ£NÿãÜ"ÿ-ý<7ÖÚú"ñzúÝõè*]öÒß§  þ¶Ÿ_§ú§k
ß¥  ûU_Â3/4"⁻Tÿw!5[ud`  ýh   ^Õ(tm)ÄG   Ûû¥Oû
,0""Î;×ý|  ÿÿU|  ~
"  Öß
Æü  -E2
w1/2QÐ-3/4⁻#akVØˆþDküjß‰‡±p"áÝn‡ùÐ    ßß\êþ¶×é/*Ã
ÿûêÃk"°  ÿùH
ß]ü]tÚ[ëiä  ×°ÿø+ßzZýY8/ïÿ÷ßØ/⁻  ý°×¿¿  ‡  wÖ
÷¥ëÿÿPÖ×¶ïÿØ_þ÷Þð^ûÕwz÷îAt"=ù  É
ä;œ?÷!ž"þ⁻   W¢  ö⁻Ù'vC  ·î
ˆëµ ƒ    azÚþÿ!3þõýú  õï¥{¥Þ‹("Nó$ó  ÿLÂûÒ§    ⁻¹  tëûyÉµß-Nüq\?^ÌOá  Ÿý+w(r)ú#?ÿ¿¿ktL?(r)
ýÿ†þþ  ïÕ%o'ûî-Üèþ Òk°⁻í~ ÿ _û"Öÿ  "oßï⁻1/2$-¿o⁻vÿIí
3/4ú ÿÿ~÷-_Z]kþÕ(r)÷1/2§ZézZôŸ-wÙÖ"|ê×Î-^¿:ÇŸW´(c)  -ÿõ¹ÕÞæ§jþ¹(c)(r)Ôï7(tm)Ýÿ}  Õ~"1/2¥(r
)÷ýw~û"  ×⁻"ïï{ßÓ§_a;í~ëÿ"Nú¿o1/2Šµv=RK"ÃAßª I{ú×ÿ_z-3/4Ú(r)÷V-ªÚ]ßkmÕÿöµZûh+
Ô5N-íWÚÚÚÓ}⁻úöÃ]V  õ÷W""1/2"Ôï*é}(r)Ø^¡¥u¶  .  öÕ"×"Mº3/4éÕý°wÜ¶¥
Â],..zþÓ~ïÚmnû   ]÷jÓ|"a&Â{  1/2Ã-‡Km"⁻0µÁ,ÞÃ_µé"ƒ   {aX0""å"
u†•ÕÙ    jÖ  UÙùÂý...õŽÞÙâ¿L4¶  ä_
^)'x‹â¶)°cb-íÕÙ  ,WÃ#à3/4ÆÇñQ_°Ã[Ø"Èƒf!r)a  Ž¿  pÇ1/2°¤Kì    DOøßöÜb\wö¶1/2¨Xd+õd-
>Âö"MýÈˆxaxi§Úb˜⁻MH#Ø§öAÞýjÓ!Ù?âG-ïaV3/4Ã¤Õ,Ý"...Û  0°Á{°žÕ...í´á...°3/4  0  ="›ØL.  Ò´
*ÂˆöBÃOL0  ü4⁻zU...u-´  OAí,ÈÚ"†  hkÃ  -  2"a0  ¡¨k    [ð⁻. 2á
,êàÂ  Áb!,
0B  B;  T8‹  ,$AÀàÂhG
!

^^Ž"""""
íÊTDq$Đ^^^â"""""8ô"ÉIQhZ}t  áBÒo´‹'...(tm),"µdQíí^QOé¤-8`¡a  Dl¸  ÿÿÿÿÿÎÕT  ÿÿ¸Õ!Kq  Õ(tm)
 ¦@Fdµ  a¦‰øµ+-ši
ª""Îý   2"<Ëq
+¤¤²·§úïåp|"_à-.3/4w"¨ùTÂA  @'¿ßJ%øì=ø%¯ðZôéýÒ"     ]Ç\~  Âuÿý  MVÿO_°ŸŸŹzëþéCû
÷  3/4ÎÆÏ¨G\óL-Ç¥¦è)
GAr7å##l‹          TÔGV`e#?     ÕG±ó¤¦³"æD
-
 C‡ç  '1/4ØÈØÉ "  R   `^‡
 h("-":
,+²@WR@¨A'  @Ó
 Iv  "Ô...¡  ÂÂŸ    `^& Ì"  ,  ùð1/2¦    nðD B  B
 @ÈaA  (f  BBjCÜ  Î¡r€(c)`  á   ¦  z"  †é´fðf°f¨M  úa  }í0f  0  ðfC  ¿
vµ  7
          "ïAµÚh=  Å ôÓMcAØM  OÓ"  DW
j-?ĐĐi¯^Õ-
}5´í4å×í4á9  }Ì9j   [Dc"í  æž^¨'O}  qõ%  Dæý
D¡ßh‰J1/4¦ä1/2IóÈ"÷"E  æò/äÿ{ÉsÑ.h   'ù  °%oL6E¶gHèÈì-;'ç  ù¢sbÒ   Á m   hœÙ'
ffŽN   £   j  @Ý¤-FwMÂ(>E÷,óKy  é  Đ  Ý
(tm)+...  Û  Ro"é;z ›!$  n   &Đ  Ý<  ¦- p  7¤  "  Úui==7Å  Âv-°ëé°ë_"  IÓÕ  Ó~"u¦ÒIÕ°
^  ¥é3/4›ún°
Ó{×Aø]]zUÚZ]
›×ÿúo(r)´¿Úëvž•×ï{ÓÓÔu×Ôþ  -&ë¯]µõozzÛ¡ÎŸß^µ}%×  Æ  -+zkÔ7Ž(c)úiý^ô÷T  "Þ=%ý1/2p3/4ž
-¦j  >?Đ1/2cü¦t¯ñ}Ü  wVûß°  Õo°I·ØéPíÓuß·N÷¨ö›  ¨"  zÿÙæG  ú^•-úð¬>'  ÷ó  }Ò¬%êN,þµÝZ§
[È¨²  Aý›eÄÈ1¦§  ëĐ  /"Aop"ë
!  T÷é  uÿoÁ>¢+ÛëBÞŸÿ&  àÓUB<Ô  Y  1ªûù0
Õ¦ G]ò  d  p¯ûzõ]  Ü"  þ÷I¨õ_  Å&[Ø_  ûúÕ...õÉÀŽµUaÿýý÷}ÿ
ß[uöïÿè,8af  Đ:·ð¨#i  ,B-vZ1/2,D  ?"Aß¶(r)È  L‡¸aßÿ]z__TCÇYnXŠ¨ì,ð-ïý  >  (tm)ZäÕÂ  Õ˜Oé^
-è‰o?è...ê¤úÅ$tAÿý{§  ÷÷  <M1/2
"ÿ1Gÿôl"FÄ{árHú$GßwÔê¤ÈúÉ  ž×‚&  N-oõý¤µ-u-  -õ_ÿô¡"  ï:5(r)
ø]õú¶  ÂïĐWÕ¬":I"  ö¨Èm÷µ  µ{ÿ:-¯  ýí/oë   MöÛÿŸz²  öt=¯Ö·¤÷A  O"÷öß-w1/2ÿ¥ŸwgW(r)
(r)î¿~-(c)  ÞûÌ$Î¨Io_ô¨ÕïÏÿïÿ[J   g›W×õw´é÷K´(c)oou1/2ßTÎ†ï°ßkû¥Û¶¨ÿ
Ö÷o}Õµ¿þ×3/4  ë[ZuuÛ-  ß1/2¿[]/öëµM-*ÕÒ†-¥úëö  ðÝ+i¦?_õÝ_IÕÿì\4¿†  þÕî  t¡÷V1/2þ-ujÚö -
ÃJë‡MÚ   V1/4  $"
%a:û
Á...V  H0¬5ì5Û]Õ†  Èewa(r)Ø[V  I°,`ÂV•þÃ]†²   0"
ab(tm)  z†
ØÑ   _†
ðÂÑÇ{   Ã.   k"ð08ä êìVÅ&¯  û  "ø¨2áâ  ÁX¨¤D  EÇ±[
Ž$Bb   NØ"Â^[  ì   ß"  ¬&°bE  ìvÈ:ö(tm)
Cb(c)5Õj
}"ï‰  ÚbŸ{÷Ø(c)cÚ°ÕĐh=Ó²   ÃWï¨ž  P¯3/4C  Ý"ØA¥jÛ   XWxkï"ì&  µ         ...
·Jámm0U  í   (A...Â^  'Õ
 jú     ...é$  [†KÕ†
,  ÁT2Bá4"+C†œ0f  4u`Â  KRÜ&  b  ["š  """"$"  dÛ,  7¬DE¡             ÝÈzžÕp"ú×"ç
2  [  }...Õ0´  D  ÿÿÿÿÿÿÿüµ"H‰°  -Sæ"vHÊš;V
Ý  a3 J  ›LÎÈeC;
@(tm)vFÛ  =  †fuMyPŸJý¬"o~þvkÚ

3/4"éá{¿Ü-Uõ,3/4´-M
ÿÕoü³šŠßØT!ác  ÿÔ|E|vÇ  ¯þÿ3/4ï÷¯  ¿]°ô"ù*dI  ‰"  2^*  A§ ÙO"#*¬È2*D(tm)-o2UÏ
2  2^¢0;'h B'vI(tm)   'däš# E;#Ç  Ö%Äw(
B|]  š'E  ô.ÈMH¶YÈ>·€|°   Dóì   h‰(c)
œ‰¦p
ÌBs8Í†N)   @É
Ø   çÌ É  Î
(tm)   (  É     5    0Aù ‰˜    e R€È0Â!æZ  ØAæm  "t "Ð4Ô Ð~     D    Â
¤Â
¤Â  è4  A Ô*
ü Á     Ó^Â| ÛA- Ðh4  á  tÖÂ    "  Gïa4ÚÐax°šÅ¡i¡h=bÂ
   ƒc     úÁ  šhXCôøAÂ±i
ÓCÓBð(c)-¦Òi...õÐkéÉc}4  ¬œò;¢sh^?²Ñ4JÞŸ}¢+´J~K?%ÏÉc'yÈ˜  %ÍQ/j
³'|œÜ-6AqÉý  ÷ÈNÒ%ß>ù  99¿">A  ÖD÷%6%o{DZd3/4,n  Ðm  ¥¹  ÔŸá
A
I  ¦÷Ñ9´   "d~Ð@ï œõH=  è  I´N   ÜŸÐNnE  °
,
Q4ô÷    øA¿}    éð'];°ž    kA>é
Iéê  h ÚM¤ý^õA∞
   z~ªü&á<' ÙON,i4›§ZN›þ›Òõ¯øMÕØZ
-õi7O]:\'-ªÚoééé'îRt  &Úÿtÿ¤ kÛ"ëi7¶ôÝ_MWë]{Ó¿z¶¢...$Ü*þŸéë¯t¶3/4ª3/4éá{ÕuýZOÐ7þé¯Å(r)
šéÝõ  "û¨âô*"Ö•7UâÓ¥¤ßjÐºí‡W¯LRuzÇOÂãÞî¿UõwOoWÌ1/2°¿ëµ°×Ýí...ÿ×ýW...§I7ïëZ¿Ý*°ÿIë[¤þ
"ü;Uô¿˜?"úK|ýu¹  °%þ3/4ÿë5...Ö4µúiÛ3×]1/25Zzíÿý"í(r)     QuK¿¶Èuwªû5  ú÷ó
"  È(r)q  {¿  1/2Èa...  WûOB>¿  ý3/4-÷ýWÕh,¶îûÔ?"_$  :*iCƒ(tm)&þ°¯    Wÿ  ÛÝuôO×ûï*Ø7ý
}pÂÿ¿...ï_ðÄë~ý×3/4Ñ
   d3Åô"¯]{"  ...Ãû^ý×Kƒ
A  Êž¿_
   ÿü"-ý  ì†wƒ  *þ1/2  õÿP/yÕöþý    V°õ"  Œ  -  ]õë}ðne  ÿüÖ'  ü'ÿÓþ‹  ú_¯ÌMÿ,=÷õk^‰o"íîBí Ø
_-~è×öüfz_ö,óµÿÈºoyÕtÝ¯÷¤µ¶þ  =(r)ÖÚÝÿ¡-öt>ÿ£1/2'  nþ"÷ÿçGÂ°×ÿ  õh:¿ú¯-1/2 Nͪ÷ä3  ó¡ÿvC;
k÷ûÞŸÿ"ÑÕÓ_¯°÷ÿ~1/23/4ÿäš~ÿ°ú³"íýp(r)úÿjÙÖ÷þÙÕû¯°ët°ë{ }Ñæíûÿ(r)pÿÿÿÿíoÝ†C0ƒïWûÙÞíU
ûÛ"]í¿"_-Š1/2ê×í}þ°Kÿ÷¶ kûÕkû(r)ëõ"§íî¥
   µ´í/4õÒ>Ö×Uêéµëm  [[Kí[[_i0êÖ×JÄV""ÿ§i}ÁÖ"V¯ íoí[K-Òµ^ÖÄ¶°ÂPÕýÖ  P×´ ØaaÓí{jšÚ\
7ØI4>Ì1/40ûVØi/¶  m~ƒ...ì-°Õ    é°°§  n¡¥ÝCV  OÃ
Ø&ÆÅ6  î  L0-"¶ÕZ´›
ÇìŠ=†G
   "Ã  '
:¬~"
      q  TD°Â1/2ñL0Kø- cŽDÌ0"  ìS  öÄ(¯cbMûL~"  Ä&>+V)Ša{  U2,¹Šb¢¯¦!1‚b  µµ  ýl†²  =õ
BkØOû†1/2  ñiÙ
i"
¡Û¦šÚÝ...  ...ì‡¦{  Ã]¤MÕ5   ¦C¿wMÚ
/°×Wµ²-/m5î0¯ØU᪰°Õ†  u¨ï"Â¶¦-,h;
Ø]{a="íKpƒ    A"Ò1/4  ê  L+è0Xaxa;VôÐ2zh  "¡  ÕB    0PB  '   C  DD  "!
Á  †  2[   "Õ...C†  0@Á  0B!¬DA"
&   ^^°"C  "!-[      IDDDDF;^^^^û_Êê  "f1/2RÖ×êÚM...î°Â±]ZŠ...W  Ÿ"  0WÈ5H†"?ÿÿÿÿü¦
ñ¥ÿÿÊâ'Ø0Ê)âm
L1/4ûR¹
ìÕ4U¸u÷*¹$ôÓúÞ¡BéW^@  Öÿ¯ý-cõÿ  ÿ±w  ¯õúkß[(tm)-¢"Œë·×rž£4U

d ("& 2(eó BhBy -!ŽÈb,
†!.fã,Ÿ ¢>ÍŠSŠN Ð%˜ Qf 4- ¶˜@ýðˆ 2 àÑ ˜e
;M ž˜
ðƒÓO‡Ð40ƒ¨µõÂxAÒm-& a }Ä>,'Ñ ý4Ù ‡÷¢<vˆÝ¡Ä|]è-=âè"è'D¦öEüœàëØDsd#" ",'@ÞE² ß
"ý ù¤,nEêÈ¸B º Nð›¦ö@1/4ýoMÝ
'8@Â(r) h úA¸ ü&(r)1/2=>×[¯Â
(c)?1/4$(c)¶éÿ§÷ÃOÝ'WUðiwÒ¿~¯wê"úöö"¨þ*íxÓÿõ~ýzø·iuêÿ§uW‡j"3/43/4-þÿTÛ ¿Âê
ïÈ•Yf/ý}¯×ù ;L¸/^-Ì†Ã" CþÈ"5}_oÅ×êø'Ç 2H
> ªÓ
ºÿ×þ÷"$ ýV××Á'{aÝô¯ÓÞµZÛ@1/4 uß×D.} ÷Ö ‡UÛkwÔµ{÷I4BÛå"?ï"F}ª#?|Ö ûë-zûöôEŸëî
1/4 ðKù.OoýÿW×Ö‰ ª¿"¿3/4"ý‡é{ëka×¿}]¶u¿¿¥þºYÃÒ¶*-Óó¡ý(r)1/2%÷ ÿí ¿Û×µí/¯ýô¯µÿû-ÿ3/
4ÿûk*ö*ý(r)ß*_×ÓV MÂ Úk3/4š]...ØiWûö1/2...ÿóîÚ°`¶ þ
ƒ Ëç°Òm† M°k Òö Ø0Kÿý› ìpõØä^ ‹Â¿´þ9 ... }·‰(²-2
¿ö ï°¶¶ªú d- °¿úXiC[ 5OiõÃM°Xa_ëíxa_ÿØ' ,v˜B "ž K. † ¢C
:²µ 4âÁ4tB# DX(Ž
é€µ '¥í--ƒ ;PÂ ÿÿÿÿÿÿÿËHk ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùk
³fˆ@C#Fv,
LÔÎÀ" '¥;W•#$†W5gp2Ü°PD4lröK"fBš...Âz ',, ¹< ŒÌÙ"5Aª¹ í/}øP "ý%\ígöÚj,Mreë¯Öï\.(r)
¶Ÿi¬³...¿1/24 'ïz- ªÎ - ´"(r)ýÓ¬¹´ƒ¯k^öÓ
)õøÂJ-(r)h~Õ3/47·]zýiéïëú-íô·ú}-¤ßõô×k¿ça2?Â¥ýg`q¶J| d|¤"Èš;w 8...' vžJFFË5F¨üpLž $Tóƒ" |
Œ 8eHeA'±\Öd¨Á *ˆðú D ò d¡WOå8"h- Í 5
'd7hY œB>u Sù.!
Ä> Èq° D€ÉÃù8@@ÌÌó ÔBVÌ "
"Lð%(r) g@@ˆ8F
Q °dæ a5$ Ù€¡ ,v

...‰ g(tm)°šöým Ÿ" á
¶ ‰¨` "ý4ÓL iú
7ì jƒ¤I¿Å" N, íÂ

? Ü=47×
î"Ý0ƒ‹A§ý'êƒM4×A1/2ª3/4š
5bÓbí>-y á úh8µN-4KÚ #vªÄ-ª¯éÑ'kI¢^ëPÊs #çR,Å¢-¹ ´GŽDu¢~âåûD¹Á Õ4‰s"öè"º#Ç"`n‰
sä_(tm)º3e ‹ôJ £'89 °‰OÉÎˆÿ ï 4‰rE ¢>1/4‡ ÿTá œŸäˆ'í§÷
"äñW²%¹g
n Ï1´›'~ z
NÆÂ 'Ø@Ü Ô ë =So1/2Â
ÓÓ°ƒ" p›'} ž y ,
•Â
"pN²9õõî"i ÐH:Wú¤Þœ utƒÓ éûJ avé3/4´
Õî ÷uõ{uÂznƒ"×M7êôÒÀÞ›Ú1/21/2[1/2_ ºïÝ
ïÂzz×ý¸Mì* Ã# õð1/2é1/2/(r)ú¶µ|i´›W...´û´ÕSÖ-ÿ_ ×HUê1/4kõµ Jë¡zÃµâ-Å$Þ;N•þïßU tÛ
ONúªWU MÕÖ´ú[Ö›±ïoºª¯û§ô-{Û¶ ÖŸ[WC}Wu×Ãõzéºqÿ]ëÝõÛÒþÁô"$ _këNµÿïº
"÷NÛ_Kï"÷
ÁÿÚk[...ï)ÂUY#_÷ý3/4 Á,ú kÿ-Ú×~1/4µ
×IýÚ³X_îÿÍAä '³€ñ¿(c) k$ B4¿õ×Ç DÃñ² ‡îÓ 1/4dÀu_Úx?NZK{·Ö•ä€_~¿ì
¡¯~t él/m¶ÿï¿V %ì:ý êÁwëÔ0uïú¥ûú_ßþ
0ÿ{ü ¿ ,Cô1/2~R××á"G`Ÿ† ÿÿ1/4 _ÓÃ ].÷ïøD-ÿÿôCÛ ûyj5è‡1/2z"ÓìÊ;üZ×ì ´Bv¤ ¿ÿK -P

Bç~ö´Ô  ïÞ÷ï¿DY¿ÿý  &^Á:-¡5-¢-|°ÕÿÿOïÊêÊqQ$naoëö¥üŽ>_ſÈ  ßö-izþ‰'ÿþùaÁþ  vÞ‰†-ô-ÿM ûÜN

,ü  úw[¿i  Ú:^õ¦  ô1/2)ÐÒ¿ô´  ÿÿÖ  ýõõ}}  Óõ߿Āuûýÿ_õÛ
ý=ýw¿õÿï¯zÿÖÏ?ïÔ¨Öÿë¯×ÛÔßû÷ëVzëÛ:³o¿ÿ  †u"Ò]:ó†ý:3/4´Yuõþ3/4·ýuý¤è
{ÖÕþ"[T×ûé^-þ1/2"uúÝi_(r)¯¿(r)(r)-ªvšP÷÷[¯¿ÿýÕ×ím/o_ûNÂêÞ¿î×KîµÚõuÝ°*~Úü?Ãi/}ÓÓ(r)ªÚÃ
HÓ³3/4°ÿ÷ª·ØJêûÒjëßjÞÃKÓÝpÚÚšk·Ú°
&økÝ¯ü4-a"3/4-ûtÚ-°Ôa"¿µƒ´"]ßþª  Ø%{
(a/a...°_á›

, L0¯  †  ƒ#‹  n  [
¬5†
ax8a*‡[tØM†  1/2†  |  q°Á-Û  1Z"   ä(ý  ÖEÏ÷!  ±QPÒ
u±Ãõ†$âÅ1Qïö)^V-ÅÈìS  £ì1W  õ   >*EÌRìS  ¬p¿b'Šä0ïí3/4ïö$þÕ1Õò  =  ]ýõl,;h2
?K(r)õ¶Ó!^vÂ¦Aß"
tì4økpÂÝØ^  Aÿ
<  "Ú  ¤"µÂDÚ&   ...á...°¿Ã  !ª

ï¿a  -pÓ]   a0-v·öƒ
Ã     µ
-C  Âé"  /v  .   0NÐ‹T"Á  dSÈn(c)
dzpÂ   Â   "+ŒC@Î  ²c@"C  !'"#A(r)  "        IÐˆˆŒ!   `  èDDDDDDIxa  ˆˆâ"1
              Zå•ß_ª[kî
  +  (r)ü0U  ÿÿïÿÿÿÿÿÿù6¦Zõçi  ^£ËE
(r)g   Œ?
  ˆ  (r)  +ó&mÊçVæSyÙk"ŽwW¨@Ê|¨  ‰ŒŒ  SŠEH" ,B"Ë'6'*›á|‹ÞI  'ý-l"  °Â
  "  `ƒ  Aª(r)3/43/4  /×".Ða4Ó
       |ƒM×_¤¯ZÿÔ"-Úvƒ"Ç""‡  §r7û1/2w×_þ¿z%Í  ›Dþ,
‰Î‰ûH:%Í  ö  ýjýÇ1/4  þÚ'Ìè:M¤Ú
é¸AÒn   {ÿ  ¯ézWZW"^ÚZÛ&Ö×ëÿ  ÿý7Mí×¶-MÓ¯NúßùÚÂªdýû³"KÇs^ÔUtú-3/4µ´Ÿoë¥s±-  ã²
û'³*c£V^)aJs?  )Æ  ...A  á'  "h%oŠt  éžfãƒ3  ˆ^(c)È•†¥PE<
   S0d@ó³‡Á  u  F"(5>ÍŠ  Á  BUè{Ý-S¯3/4õÝ²¬!PÍBd¨´  œ  d†`,   !'#ƒ3     ‡t  4C-
x@Â     "    0pÂ
Ð4  xA Â  Ð'jG  DW,  ÞûA,  þša
ú"÷¨ÿv¯1/2:á  H   Aá  \  h=40ƒÐi"×°  "  Z¡h;1/2tÓ}0ž›w(r)ÝãÓ¿Âi  öþµÖéé¯[]¬ÓM
>,'  iÚiÃŒ'r+¤á¢#‡¨è"  î*"Ö;Dw°¨(r)ýHAÚ""   Äh   ¨,3/4óÇÿ¿ö××¯">.JèŽÛ8äÓ'ï¥Ï%ø‹-J%   ›D°

%öÊê%6%‹vJÚïŽ
Ñò.   y  Ã  "Ú  tN˜"  ú%þw¥%L³´   ù   NpƒcL  `ƒ¿1/2Ûmt¨¶ŸÑ3¶Ð¶,
'ƒÂA¹  Dè&ä~DúAÐAá  á
Òm  Ý:  :     A<Ž  4  a=6"ÓƒTÈé"ÿ§Iöß"Ât(r)Ø1/2:1/2¯I*ëÿîž  xN"ï'a=SÓÓ'út  t›Ân  ž   ß
¸T  1/2-  û"µpµ  ý7Zô×A(r)â÷¥×¶÷  [ßé¿"t´ž-¿{(r)ÝÕ5ïÝ  ÿkO(r)·§¦ë¯¨´/  ÕÕ£þé^   A  ž·ÿ�×  Ó
Ã¤ƒì"-ûÁ=5Ci?¾ý"ê,zo§Úý{÷´   þ(c){ú÷è0à›ûÿ~÷þ‡Û(r)¿Ýê¬zþ¿Ù÷KÞú×ÿê--{°~¿·ÛÿZø7·ßïjõIïþš
ýû  j¯ázÁ}3hÂ
"  {}IÑ  téïe       kõ  ¿  "ý~¶_.-E(r)ûôÝ³"§þþ¿·ÚkÜ  ˆõÿü_´F  üè  ñ  °oOÚÐ_æm=  "÷o¨ë
aíéMa?°  Èpé¯¯ƒÿÕkn·§ëôIƒ¥~~×ëd0Çà-ò
(r)1/2?ñ  þëÿx."'  ÕÃ  ô¿ûûuý¯˜UN-ý,ÿÿ  ø/ØD  w1/4
ÃÝWÿyKõÿü    -¯¨¸{TÃußúÿëÜíׯßíD  íûÛ¨¯ÈrÇ?  Kª!rþ^Lû0  ÿåáC  nY?¿ò-¥"
Ý}  ï  Ü°F¯¯÷3/4Ýôþ(c)?úêé"ÿWWüD_tE›_DÈê

ßnÚXüÉ  ¿ỳÌ-è‹D⁻º#¥uíT"ÿúÈ?1/2/m}ÿÿÚôL  ïÿ×¬²?
'ðä\1/2}ÿN–þÿà*ôÐ/Þ¹$']ýtýÛ  ô3/4ûï×Ð_é⁻~Úý}ōúš  ?ÿÚýÿõvýzý[ß}Òß÷  ¥Kÿ  ûú  ōþŸÿ:·}iÿ¶í´
òíûïè~Ù(c)=    ßús(c)Ú×3/4ō]oÍ¬ºÞï_1/23/4Ò´>[WIÒô×ª×þ¿nûÙÿÿ-
ŸW_{~ƒªÿ  "_î¿Uû[jžô1/27"Òÿ3/4˜ō  º"Úÿ¶¶"éÒÚÝÿ-Ý÷öºM¥iÚÛ  -ÿÓukÕú1/2⁻ Mo~Ó~í.ōm[[¦Ö×
"JêÒmuûíuÝ^õ
ý"
(i:ÛïZßjßÚûýÝ"
l  ÿµ~ÓÚV¶
õj÷Òp-"smm+ÉÍµ‡Úš  i7V¿jÚ[ì0-Ã
j¿a[
Á,ºÖEÆ    L    [JÂU
'×þ
        †·
Ú°¹(tm)àï˜ÂPÂL}ì0'ºô›
Ú1/2"˜a&  U
$ØIµÓT  JÁ?a,ºÂR%ª  ca⁻  û  ÇÆÅEIT  V(1ºÌ    "x¥ß÷
aˆ¸àà þË,*Ø~Å1R  ō"bž"›    EqLT|S  Ä*
0I  ‰73/4Å±Oì-  ï‰(  Âm  AÓM;QMH#Ø§(r)Õ}&  !^
wþÄŽ  3/4ÕZi-"ÚV⁻ Ò´íaÚ(r))¦µÙ
   "¶"k
wxal+`˜V  H›,
   -¬0(r)-þÚa4Á=·¦×]¬C                ,
'UÚ¶  L'
&  al&  i6ƒ        ...z´->Èō†  `‡-,  `³¬  BÂv  "    !,
   ."B;  A-f  C²‡^Â{çb1  q`B,  ˆ0B
        á,  Á
`"0...,
âd"˜"A-4  Œ  ‹  DG            †""%U  â8^^^^ãü²Ò³⁻kt-úéX%    +PÂƒ  -Š?ÿÿÿÿÿÿÿ
ÿÿÿÿ-  (ÿÿËXº  ÿÿÿÿÿ-Èßÿÿå⁻"e¦    g^-ÎÖB(tm)
I¹ll  #  VGANÏ"ã#ANüŽ€‡@Ê aIpPFâ
P  ¹¨  ×  F¢#c
¨  §2:33Y      3  Ð  \ø  '
Ä  2
CX¶  Â Æ¨  a  øAÄ7P  ÃƒÂ
|  þþ  >´  Mðšá
ªh5ý
ô  Õ÷§ún  jªú  Ipéý5¶ÿMwUO  wÚ×z~Óz3/4
¿Y    Ûª¦á-¢    ºh...æƒõY    MÓÈ(r)PåAZ  G  U¨;D"'ø"qQ  Y  7#-¢",¨+
×@ƒv(r)˜º?mÑ  ìCXB"˜‡"l  sYÖ,
_  ÛH  n(r)¬Fê  oté¤ôö  (r)    úVÖ    T+"G^-ÓPDu¤õ  ]ëW_¥ú§÷
p}:
÷Â¦á¬(&^ûzêÎ1¿Û~
   Û][ö"  Œ  Â  jÝt(7‡Û¢+º  (}§SŽ
µ·z  ºT  ºøCO1/4ŠOO
IÚp"§µ⁻ZWj"Xx  Ü  Ô5¿n  z·    ...1/2n1/2è>E  ê  Žµ¦(c)(r)  ýù
\  ä\;Ò´þô›Ù!û!F×H[  TïŽ  Ö›(r)
@¹uÞß  ºêF÷K⁻zo  Á‡  oá×v  qÂïö@    ò  ~
ûí>ý×º  Î  ~úŠ~×U

>-¯¥KÛ}ò€]+×°ÃoÝ} M"°û~›¨"ëÿÒ¿÷l7°ÿWÝ%z× ¿ôîàøO·ïz4&Õ+ÛýýA_Ó †
ÿÕwÁ"¶(c)]p}1/2Ð6"¯¸"èšZ,#ù -H¡u¶µÂÿû ãûko
ò0oø}Z
î WÉ í¶"öÚö Ž£@Ë""GJùV ÿÔ Ã§Ý
¬-ô¸ô-ÃÿCƒ#
á°ˆêì?...×}¦µ"ë¿Û3/4è§3/4-bû"áÆý†ÚþÛÝè5,#ùón¡Rkr= mz}ª"‡éB#-¯oaw
pi-v-\$¿
µmiûg
}àê^ƒi,#ê°ˆê›øujÁÿ~ÿ^ý%ý5Kaúpu
îàý}:]+¦ëm Ð8zr=[í73/4ô¿uw†"-1/2aöÃJÙ-[ 1/2¶ (r)[•U' ...k1/4?ì M¥¶ú¶ªí¤Ã ¸a-. $ü53/4-Á˜
@"ÿa iHXïï \=Z ¬r A UaŠKb·AS TíáØeÁ ¬qÝªì~ ¨_ißíl":í¤ïø§ì Tß"
'úatí^ÂØ{l/×~î×o{Õ°ƒV×á,ö §° Mû´"i...¿X`(r)Ý,¦ °Ã] ûa M û†
¤ L Ã¿a+°A...a,ÒpÈÒ)A l YNP...]ž°(tm)ÍÁÁ A"R
(! 'A 0C:
-93
! ˆˆˆˆˆˆ ,Õ"v".ˆR( Eƒ9 fÂ ¹'Â ,Ž ÈÚ#äxŽ2 ›
'nª "I E aH 8¸B9 ¤`6 Y 3
Ñ 5Hñp5 $Ü¤ A ù€[ !¬ä Ç ¬çÂ
ƒ <
9Cœr1/4†PåÖCPA
qÏQ ê `¨Š9ŠJr¶6NÊ 4 r HÇ,T‹
Å 7@ŒøPYö,v¨°ˆ ÿ"q´Yj SÎÄÆv$ 3Y AŸ ØÅ;¨) ˆÁ'¬-eh9Ø ¨ŒL iF ò5'd4mT-æ
Ô B=šàÉ Ü
¬ EÂ# ¹Y A"EÒf4
§ ¬Y Ð •b'Ñ(r)ltJÑ¡ A |;Kþ
(c)z, ó3/4ß" ÿü
"}:ï¥ ^*´(c)ïô" ë1/2ë† OZõ÷íþþÁmB ð·Ó¿þ- õ
¤3/4²-þ•×¤Ú¥
þ"ï1/2
ÿØ^ÚÓá ÛÈèßTCŽS"Ù÷ ¢$ßÜ-.Ñ :oÖ>÷²3ÚÙ"D8: '...K - ÿ†ÿ$ ,
>Ó^ºÒ m8JôÛè
ßKö÷3/4ë¦ øWßôÕÂ#"Ýz¶á¿WûÛÞ›§M¿‡õð›² *x(c)PE:5eóVSæ` ˆûdš/"A '2¤ßŸ"X*'¡<+ -%3/4
(tm)C Çš‹_<D Æ †.u5Î, †ND<§# ¨yò8fb
p¹Á"
ÆJ²!‹Ÿ%$ Œ -J$ Þf4-N
"R o› É D1ä1"ƒ H#bšÅºM¤· ^£Mü ÝXAÑ8bœ 6Í (tm)y ]V XM a
" AÕØMü ðžµwý(@ÿÐ~ Ð~ž ˆˆcuïV÷ºÜ"ëÿºë†ÝÚ§ ôÛO
¡ÖG[i&šv Ýé(r)éè8'Ã_þÐ4Ý'ˆ ^Ó‹ ôÛÿ¶¸>-÷ï‹ÓÝ8‡§ë
(r) AE ÓN-?ãÖõ]ïßÓµïð‡o îë]› !ÛÚþ ëá>Ðk§Ý-qT¶žŸg Ë]Óíô"×ÕkïõZDKéßãVÕÿ]_÷þGí'
-é 1¿-ðDu¢-µ'y¢-(‹<Ã'V"ôEÏ¢/y.È ›¿ðd 'ûDtk äO~ˆ1/2' ' A r%¹ ¿ ß}¯fÁv
3/4Öù ßN
Z"û 1/4í n×D^r(k è }Âv <' Þƒë 1/2 ô7^ûéu1=ôÿNáÁú¸AèÐ~ ÷Þ¸¤
œ §-µ...ì!ºiØWÐ~ê tºuPˆé"êÂ"JïT ºL*$w é^ºôøÔ+ßzqû§Þ >ëý-·ux^-þôú ´(r)Ÿíõø. ¨1èi÷þŸñ¡
{î¶SÝ(r) ß "$õ¦-t ,#(r)Çú1/2öÒº¶¶ýµn¶
¿¯û^žt(r)µÿýýÁ ø`1/2Â· o†›! étÓû šÂ r&ÉþÈô{~(r) RkõðD}3/4 Õ Ó÷]ü o²ú,ÿOR)}}C
Î û}/ür

´´

† þƒj...
"ÿZn"µé  ]  ÀjÐ÷×y7\zÐ}  ²@côîá~ü' õé]u  Î-_    1/2ðèœ  Ö  Ž·ä  ØÄè°Ú÷ÛÝ'àöS•n7"Ú~  ÷¿ï
µ_¦÷  _kÓï^
BÓýµOáµ(r)  û?þ
ÕX=0k  Û^  Mâ- ãu3/4    ·}-[  ÿÿCü+^µ°žŸê    -Ý^  ]û{  ÿ¢-  ÒMl;-/LS
ˆév  §\WÁ†ÿúƒÝ'íx^"...Šþ·Dt¿ð¡"Bf    Žª(tm)#ÒäX(#XK
{Õ    öÚ"rV]í-ÝÃÕØ]ÿàÿ#Qûãº'êŸÿ'  Eû~ßÛ߬  ÁpÝ;×}"!øu
%ß...ý"(r)  ï[ÓÆ÷
-µÖã'Oa}ÒO  Á
";Þ  dƒÿ{õü úê=Z×"J  j,Uõ1/4ã",/õ1/4  ¨  f¯û"¿îòù  _k÷ÓÃ,#ü  }}ûkZ°EÖßÞ-Á  Þ'÷àÊ0ë
ß"j1/2Aì>    ¦D
ô  ÷¿ÓI5'Õõ_ý"Í"L5àˆþQÁðkÙ  ×m/µOx¿¶×}
+  "[Ý  Ù"-ÄÍ?]oêÒ@è>Õ´  ýjÝ...JÎÊ  Ž"óƒý´
ém.  ¢?öN´(c)m~  _ØTÂPë×x¦Õxk×
$ØKá"àÓû]³e
¤Èxßoï†BÇwaô"¥zu¯...}µÒŠØ0°Ö
  ö!V¶-lzk1/2FÈ[LT4'cƒ]Ø¦ÂÛµ±_iãb
ˆÿNî¯  Vœ":}øk!í  4  Øß(c)â3/4ž*  ±ûÞì{[_Ü&7j+^8öž›íT{Jí´(r)Ô=5âžê)ªö3/4¶°ú{Ý  wÿ1/4'*v•...
Oñ%ãÂk÷,{¶¦  kNï†1/2ªVž  }ma¯
/ä  õ°¶þ(tm)  ‹í4¡...-†BÞA#í{
  03/4ž  tØa{wKì.¶Hu°"aW    Z  H°(r)Ã  uaX0'
-  °í(c)  Ô  -(ˆšÚ'"û[
Û°ˆ(r)ÞÐ0]_éØd>ŠÒk  h=ƒ"i
`ÁS8é"  HgªÁ  °ÂèY@Q
  á@..."  ÇB²ŠA  Â
ÀÁQV.  52¦  ,  Á  µ  0¬  h¡80EÓC°D"VqÐˆ  B  Á
  ÁS/f¥
,  (tm)Ê  :  B""""'8^^^^¯'0"DC"ì_^^^^^^^^^^Á  ÕÑ  r:  -¹ šÉ",á2U-d[#,äM  DqH-G‹"!  "`
  hÁ'Ár  5
£Á(r)¦Í†±ÎŽ
æhÆ_.  †¤a    ³¨5"è¸Èáœè
†åÑt\  !284  Ñ.ŒÐu%  Á‹U#²á´N
¥84    ÈŽ
&⌐\3
3  ¤t
¢  i`Ðj  £ùàk!åÃ\Ã#  È51                  !
<AXrœÐAª
¡  Íf^†l  9VPæ²
ã  kƒÁZ  Ôr‡+È5( "  5  !±Ì  C2        Aì¡È6yýÊÈ  *    âèŽ^@Ë  A¬N  EÑŒ3/4S†(tm)'  'ù
  Ù1/4ät  ,>GÉ  (r)k  åò5J  L-
D  !x‹',#ä  .D-  ^^^^"  DDDDE  b\¢"""""""""""""""#    C  m"  ùf  3(F  (tm)  Qá'  ¡
  ÿ
-þJ¿ØK×í¦ø/í}  Õu  Ñ-  Ç-íjÿ´Ýe(tm)ì^ê²  ¹ÔK3F  á  GÎ
ÖÍdpYg
H  @Â"B¬  Á  z  ¨Œá  y
  8Aé"áÞƒÐnÒ  Ó‹§  "  1/2]
ªïŸOO¤ÓK×TýÜ4•  mè"  ¡Ý<  Ðõä<:"FDú"b`ÈàÀ  Ø2G  !ía`É"^ýÁ>  -žƒqUO^ôíé<'ûÜ*¥oÇ]

ÿ-°áo¯ A'êêëûÁk  B
ìÖ  }ú-r  3/4·Ç  u  ü
µêû³Š†?ä¡íUÂj(c)kÁkúo°¯jßO1/2oûaóŽ'    ~'
un"è...  .&¬  ÙŽ~úZ"Ïÿ·Á  ô  ú
ö  øK{}||Rþü?1/2_¯m¹Aw¿¯Ú]W§mi¯ª  ë¶¿¯µì0Âí°Úý¯ÛOV;x...!à{ÆÈ^Ã.  ·Ç¿°÷ÿµb-ú3/4íÍƒŽý
w}†´îîÈ#êØ[
ö  3/4×Ù
ýZ"l  []¨h^¯/°žq §Q
    Œû0  F"""''#å  g#åÑ  0F">G  ä'^#²85    r#†QD\    2à¨y'ÃRYÉ  ~jd    ¨!¬9 †¨Â  Ùâ    s¹U  1
    9VUœ2  sœìÀ"ÅÚ¢Â?ÿÿÿÿÿÿÿ-€ñì    i  ‹§j2    &R
HŠ²  Ê  xpg`L'"h5Ø"*µ
äYaB(tm)
_(tm)?    D§2ÿé  Öï
(r)µáp¡Uú Öë^  A+úéUê‰[Y<+  é¢t.@õ×õµÖ  :Dš
C_ÿo¤/
-"ß×ÿW¶|µ|Â÷_÷ß×UZ°¿}}=w"æå<v7ö@Ü"7¡èŠúýÈLÛ%fBÅÍqÙ7(r)J(tm)èÔ^Aa'Öld`È'
^  Cİ‡9  AxGäMHô.ÈÍ²  B'  FÁ  3#  "FÌÐ9O  ælÙ'¶pnp    -â(r)(r)  3/4H
PÏÇ    CÙxPá'Á"Ð3AHm  5    ~SáÈ  B
    <-fÌÌ!    Î,  Bà^MC%Á4  A"Cø ƒÂ    4Ð;M  O

i  Œ  `ƒM  ƒ  B[ÂgÃ¶  x@ÐxUð"è ûA-¡  á  ØM    ´  ÉØ a?M    ~  4ôÓâ
;      ÷i¡  1^  ôÝ
°"Ð  "  M4ÓÂ°át°}'üiÂ!ž°ôÐÝ$  O"C  4ý0Ÿ%ý  ç  """ä³Ä4$Ý¢>qÉsC  8'w  ‰{  '  }¢Wã'h¤  ƒ¢
X    Ú%Í ¥'  "ô°û  Ñ,Ç'ÎôHw%(tm),hœÙ§,ä^r|äúhÐAÍ$  r/  'D1/2¤¦ÏÙ&ù  ð  ´  y    :'<<  /r9¹
    ?ßuÐDçÈ1/4Í73Š)2    M ƒt    †  O"sA
'Å    E  ú  ÌÐ@è ôâ-  "  xA°ý'i...h Ü'z
ðž      á\  Ó¤ì!"  "Û  =_kÕ.šá:¯ÕMÂzm/I°°zxB"ïè Ú·ôéé1/2ô(r)é°~>¯þ  |×k}Õ&öá7UÓ¯?-  ï
ö÷ðŸm'é¿V¡]kZOôû">Çi°i{iê"ÞŸQè÷t-éÚú  ±õ  ^-  1/2~~1/2ïX°XÕ¯  ]...AÿÒ´žÝ×í¿Æ-&ÚÞ  ª¿ûcØ
õð_×~ë¬uÞÿi^"VÖØc_](r)?ÛÿõÕMÃ¥¯°Ó°wAÿ°×ø·^ìŠÞ}}5ýÿ}^î  Oƒ¿·û_¯û'Fÿê  ä  ¶(tm)Àzµ÷ÕB
    -ÚÍa  "  ^,[
íüƒ  ÈÁ-°ëá'òàŸeÑ    èƒ%  >°LÀ8_³6  y€Ã!LkŒ0y¨1Çükì,  z(r)C  R |"
ÿ íÝ43/4Y†C
Û¯°â?B,Ð  (c)
    µë±d0Gâ+âàÿY

^Ó{ü?  4  3P  Kf°_õ
é¿Ð_"êÿôC¿
    *~ú,¯~  a÷î¯D=îCDtÒÓè0÷ëD<<"
    è."†÷×ßD&V¿¿ë  _@O¯ØD<~þC9    ïþÈ.<  ëd&    C-ät1/4š1/2<µ~ÍAõíQ  j'  ›ð°%÷èÕ  °Úá  itë
·Ó¯»æ&L    â"ý+å"!9(r)%oƒ|Â¯u¯/
T¬.ýü--ûN‰¹a×ätzø?ßø%éü]¯Þ  ä  "dkzÚD    Ú^  ýð}  Õút-àÞªšÂ*KuT^‹(r)Á1/2Zþ,1/2´ýÿ°Òì=w
÷w  zi¶  ¿Áþü§_[v¡ß  ð³*m/ý÷µßµûßöu(c)sUôÿ÷Öj³*õSV~zOÎ(r)ý|  ý³¡õ³ÿÒÕOßúÝyÂõêµt¿õûßuwö}
é  ...ôûÓ³£o´  ~ÕÞF7þØ}ú°Þi;þ'Úêê¼Uéêô1/2u¯÷_û"VýZý}·Øu¥¿Ú·°Ú}¤õZö•×m  µWá-þ-¯-ÂÞ×Ú]Ý
"ý[µ{µ´+TÛÛ¨í¹1/2-ßÚÚÉ6-ö°Ý...ÛJû†"ýÓýÕ...ím}a...ö×°ú:žúýÕ-6•ö¶  á"°µ¶"a%
ì4¯0V
`ÖÈéöÖ
dK  °a/í´-¶
    _X`1/40Xa{

kð`-Š1/2ø`1/2r.~Ø0±L  $ÆÈ¶*
   ö;`ÁX`-Ã
1°Á  Á1  Ø¦D  r  ‡#˜ÿ  ä%Š^â˜"w±&ö4á"â•X(r)  õV$ŸwÝþÅS  !^û  où        nõb¤<Xá~Â˜N×l/
V  ´×ôÂö  ²  =Ø"Œ&ö1/2~ì  ª{¯"RÝ4ÂOa5(r)  ðÂk\4  ØA"]¦œ0L":pÂü0°Óa"µ-á0"˜°Âui9p  †
!¦1/2C
˜/


â  ,  J   ,$0L  wµ¨d‡  Ám0˜C†  2cHD0@Á  ^³Š""  B!¡"Á
   !    U,  "
     0Q            DDDZ
1/2ƒ^^^^  Ž"8ˆG´ÝdÙ&•   1/2zk*ý‡Ý...ü3  ì0-Ø§ŠûJ×Ã  †    ²¤1ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿä¤  -jÐÂÐiP`  BTi³SÓ~°"*¯‹þ1/2ë¨(r)1/2/]}t-"ÒúÐO^,:."ÒK¡Ý%...  C´Šym  ±ÿÿÿÿÀ  @
endstream
endobj
79 0 obj
<< /Length 80 0 R >>
stream

q
416.16 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream
endobj
80 0 obj
37
endobj
81 0 obj
<<
/Type /Page
/MediaBox [ 0 0 425.28 706.8 ]
/Parent 90 0 R
/Contents 83 0 R
/Resources << /XObject << /Im0 82 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
82 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1772 /Height 2945
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1772 >> /Length 26342 >>
stream

ÿÿÿÿÿÿÿÿü·
ešH3 1ÏŒì  ä
›dJ;K2PŽÆ(tm)1/4ì]  •Ä]   °˜R"þAÙ¹1/4¨M´(tm)ÌÖÍa  ÁÜ>×Hæv¶²  þ'I}VÒZA"  ÎÕý?...O
þé.¨+µÒ¦Ÿ...ï¹t"'5Oý×1/2m$-O2pÿëÿëÿ´PáÕÒ-PA†'›Þ"Æ3/4Ÿõ
ý/Øv  t
éßõëûì*"]ÛzN"k†¿ÿ~¿...ÖýT  ¯uUý\.../îv/-D(c)  (tm)˜  œd"5ÆÙ

U_<dT·Ó[ú¢ ï; "÷•DK g `€"ŠAu Á'ã!"@"|Ô)ŒÐS£0A ˜ ìÃ !"(tm)
Ã x@Î¡- "¨-1/4"aB" á 'f '
"
õ˜ ¶ˆãºV'•`‡@" |ÀC¨‡Dua ócÍ' H3 (tm)Š á0MA ¤4Ñ ¡ @q, C° ôÝt qh>Ðhb(,GÓnÂ{
ý6 k÷ª
ôÐpv ð á - A3/4šá
A§ ãÓÄ=â.ÂqI-U¡
( ÝB
bÆ ^âšña
µ [v q ø¹/p¯Dx-È£2Xä6P^BÇY- "ÈýÉs,#á ó"ž Âd^Ú%>Üw
ínNm Àù
mÒ¢\´-= Gò'´ƒ"Å '7$ ' -°a m ž¤Kx Þô ºm Ü' nœ[ œ":o¤Kò:G1/2ô
ƒd"" ¶á7#›'û"›dÈ'@øO ûIún›ô "F -Âþ"§H7 ›IÖè7H&õ@ž3/4¿öž -&ý
ðžƒ¤Þ-×ßÂn pŸéë¯_îôõµº[-{ûïOýZ¿Ý=5ÕU=tô,okªõ{Å&þ¯öûýWÛý[ÿô"ým]úÐøÕõ úÖ"ûë‹ëV×þ¿
õÿÿ´›÷õj1/2 ßÿ¿"¯õI÷ú3/41/2¬'ûðöÿzº¿ÿõ¥¤ºNéï1/2úO1/2{ê"Z·¿}ï¿ÿ'¤G }x?~"¯ÿÿðÌ ;.
þúÿ¯ë×ä ' ÷×ß¿êºgò>Ÿ¹H Õ d: ¿×úþ¿xøÿÿWß÷[û d9:ÿû¥ZqÔD~¤
gßØ>þûýÿÿÛ¯ªïýõûÿAXtÿþ-û]ÿ¢
1/40{úõ3/4¿¿é \p•,÷ þ3/4×ÿÂ!ò wþ×Òï×!¡þè‹OÈQÏT‰‡-ç/÷ï]ÿ×ìÉ2Ô}uw_´ ù$A¿ý:¶ß[--I"Þ ~
ÌN Cÿÿÿïÿ"íý/ý¿Ûï,¢ ¿ÛJ¶ý] ÿÉQÿt¿Zÿÿum¥¯vú÷-¯ªU¢:
ÿÚîžµ}úô¯Õ*}ÿÿÿö• [(c)Ö1/2WM-uµïÕºÐ ëÚ÷êÕš¯5}õ ['uYÐ÷Õþÿ-WÚk1/2ÿíwßß÷ßIœoûi}(r
)ÛÞ1/2 þí{o_ýz÷}ÿmúOö*ï¦ïÿ_oZÝkÛÞ•6 _oÝ~(c)zÕ"í~ þ¿µ×†ºí"k"µpÒÂ°Âÿ
m-6þ-Òa§tºö-uü01/2Ã ]¥ªí...]s3ü0¿ÚPÒÓJ "úÚL5´þ-[Û

ov ØV o¿kÃK"a-
äL Ù ,
¶ y ?ö?X Á,Xa,L28NEÍ´ 0J6+ö!Hƒ¨àÁ) * ¨0¬~" Ã
/|H¯Úb¸¦6 b *¿(r)AßVÝ1I±LI
Ö-Ø(c)
‹ë´ (c)
EŠ{é‰7Èxû{ û
í"˜i,Õ¤1/2}ïwT‰¸P¶
"µN I² 7ÛTÂM-m...
ºía...¨† všа2%IðÁ[ÿàƒ Õ °Dt
0B a
ô.F 0B +"80A,
0NÐ† 0' ±j
ˆˆ 1 ˆˆˆˆˆˆˆˆˆÐˆˆˆˆˆâ"" LÂ´±-WNM Þ Ú[[
°" G@•Šˆ-0- ²ÌcÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿËé\èÈÂ&Ï'>Zª š#ÙŒ"3qÞ†aÙ ÈíÀÀM9n&Ï£·E¸
Ur>wFvPdM"3Sf(c)¬>ý¿u "D B¦k
d àÁ ª }/÷ìË?ú"â
É W;%E"á- šÞú¥¤Ýix_ý ÖÂOáV›õ~ëª-{Û^DØÒz¦ˆ(r) J(r)ª ;D÷§Oui}º ÐwkfØ¯...DùÂ
"}ßyz:ßú "ëíz3/4´Ú
¹cë×ÅC ÖõKzé6ß}SIéÒm¿}Ýê*ïÛß_¯(r)-Ý7ª_Õm÷þ'_i$(r)TÝþC Â¥kíõ÷t- WnÏ²`g#Pý]ÌÙH)Èè:J
ÈÈ Û4 S‹ç K1/4,3ÌàÊqpˆ%4EOé`(tm)0W'è ˜vU"%Ÿ5Îðˆ?L†ˆèŽìÔD(y
R ÉÄ#í"...³b"g ÒÏÆ ; AÔiílü`a
"A ÷t d¸& gP"L5° "îë wþÜ‡ A àaÏ GA' f`ˆ0D? õ ø_›‰Ð‹ f ›¡ N "6(@Ô
e
l^ƒ ƒL ˆû~ª† hGõXÐméªkÅ" þš WµÖ+øAý¤ à ô tÿ° ¦ " Ú ¶˜A¡ ô h81/2

þ5OúcUúäxÑ vÞìZÉüuû¯ßq§pß¸Õ}4Ñ ´ëOO1/28¹ µ íÅõµ'Ù:5m Þ‰~\Þö°ƒË£e
Lä^hœßò/Ñ/Óq Zpe¨%þ´Kž œwª%îEæÈËœrc(r)"Ð
nOŸ¢~Ù 'á±hœòé ãÍ> nEì‹íµätAö(c)"Ñ ¤-ïi'§
" &á˜ úzt¯"¥ÛÂ ì• o, î¡=9œ- "Ù
ü=
Ü$ Ò y Ý:O#ŸÒx
ð¿áS¥}U4, wô›þ(r)›Bþ(r)Ÿkö'úWWTê"Ú¤ôÿÐjá7MûM·WOOôÝõum?^"T×kôé?v"Z SÓÿN-Ž3/4(c)
1/2^é*mè;××ü& -{´ŸIëKIëú
¯áµëÅµoëÇô[1/4jïÒÿ¯v÷Ò×cûï-1/2U×ýV¯ uk"V¸û^¶þÿôëõëöõT¯þÛ Ã¨_×
§°•= ××t-oþïÛ "úµ3/4ÕëÖ´*^¶ m p1/2÷' 21/ü²aÿ÷¿K" ï[öô×ÿé~ýu[úÁ u1/2÷×ü§
õ}e8Oüê
ƒëC¯ÿd>Êõt Ý 1/2r1È¯í'"K"{ÿøäB×QñÕ·š,×ï×í¿ôu
wÕy
~›Á&AÉîÿëÝƒî(c)G" â=
": ÿïï² ¢3/4·Id€Â îÿé{à"I_á.ÕT"- oª×ïðÝz¤ðŸ×Ó¤ J1/2}{}=û|+õÿûkë"CÞ¯ÿD<wÝP+:...÷ À ÿ
oé"- ,BÿÿD<[1/2]íäc(tm)Ê Ù
,ƒÈ8ç!iá ¸þÿWõ¯îF}ß÷¢:5~ÚD' ÷NYOßìˆ ý+´E£û(tm)]˜ÃTDúÖß×0›ùdó$õÉÿ¥¯¿÷
ZN-z¢ÃOÓð¨"=6Ÿõ3/4 þéK×Ë ÝWOH(tm)
¯×ü‹--º}è 3/4KŸÿ÷^× {ýÿ]u¨a¿_ (r)Þ¶'[ëÿ÷w
žºuöÁ1/2_Úßýiý Ý~õßÿÕjø¤³E3/4þ¿Ú(tm)Ë ªê ~ßõöŸïùÖúÍ^(tm)Õ§ë_ßÛ¿÷þ¿¶-WµÛ ª...¥|6t;×¿
Wï¥Ýë¿gGæ(c)Ž"ÿûÞÎ7¥ÓwþÿßuuÝ}ººïý¯iS¶(c)úÚ× *¶3/4Õ$¿ëõÛ]}ÿëMuÂV"jÿzú§¶-ýµ÷ýô"k¥Z
êï1/2ZJÚõK t•[íu"ûV›ÿ¿1/2†-ØJ í¤"k(r)(r)ôš¥û°ÖÁ^-î NÂ~Õ...a...×†¯a{a...† t
Þf/ýw"K3/4¬-ö*ûjÃÏœSiv-pÂÚýØI† míëØØa=(r)˜¨`'3/4Ä·r#¦ß`Òãé'^ÅU´•>àØ` -°a{K°µÃoõƒ
C ª
+²(é=ƒ
ÇðllRú È#âMÿÛ ƒâN 4ï±R%ö+ ]÷Çö+tž I1/2§¦+
SÇì841/2Ø"Åu ¸§Ø-ù
‡íÓZÖ÷µµwô N =R`¶ "[_² Áv¿*kMm(r)(c) wi-¶ß¨v¸ Ö ]--?a
ÿ¬ ~˜&œ0(c)23VEŸ A,w Á(at
Â¢ v J(r)ì °DuÐ`¶ 0OCJ·ìŠœ.B PÈºpa `†°ÐhXCˆˆ ˆâ"4"¢""""""1 F D ·¡Å 0"D ¡
ÄDDDDDDiî¢""""""7K-ÎÂuø}ÃÒî nÂð"0"i%Ø(r)5 0ØIXNÒÃ ÙÚ³
(ˆ ÿÿÿÿÿÿò˜ ãÿùÙ€Å ÑQ{Ð¤É8zØxZ fÑõÃ öþ-"d-Y úgóHÛ ˆ‹ä* º ÷MPa "-ŸûU
è8(r)ür| "9C"A wûäXH Ü ptKÜ 0
ÖÐ¤ÚMè&Ø^ô :[Ó¯wzÚuÛkkª¶¢ÿê•ÿTŸÿÙvG
1/2kÿB?÷ûuïÿ× Îuÿ×¹•"þÞÕ7" T1/2Ý×]-ÚgVçF¯¿ÿ×jÿioki_ß
i:Mþ•s@1/2°ÖÒØk <WÁ"˜ad^`•ÃÂö**Ø¯Âöšëð Zƒ"§ 0"Î% ! ƒ0
(ˆˆÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ)• ˜RÕV2la r
gknW˜g$¹\Õ • áNÂGf¬ñ "Ê¶v† ƒêY¡mÝ"¤Ê"V-v/ (tm) ;L ÎEYS 5üÎ\ìÕQ%Â Ê÷jÑ+µÞ¥8
@ˆ "×È*zÙQúk(r) ?K
a.
Z¦*¹Ù áu...K3/4øUÑ ßÛÿÁ+Õ ˆ(r)áê'ßÉÐÛ ¯ÿ3/4 ã¥õ(r)' ´ 7/_ïZ¤¿þ:| V÷îôá è73/4>8¿×
Cí{wÿÿ
N-¿ßMm÷ý%ÿ{1/2-Rºo¿¯_ëÿ¿ê-ÎÔO ßßkÞ÷(r)÷¿ 3<2^?ç£1/4 §"(Dm˜
ALÙæ;8H"Æ@...*Áò¡" :0D%DwÈßOZY"¦TD f¨"ù-
§D1K¬ÀR ÈXò RëÊt|deg(tm)
šŒÐR_D^› Ô Ì ˆÓM u ž 'ùÑ" ` , Hwš¢A3/4`> 0U0 @õ>Û C i,~ ãWž4ÜãLÜfË":
n BÐ...&]'H Â¹ö`$YÆl2ˆ0Bvl@ƒX³@ž}ÃA, nÁ Ï° § " Úaö ø àïL
Óþí]¸¿M=úM‹C¥(r)(r)"Òõtšz"ðƒ°@úAß" ¦†¨ö˜OÐ~ŸÝ

Óø´8ºZ'ÃÂ ¨Z3/4*±r;uê -...úékþ...";N/ø´3/4â ºþ...Ç Ä_ #‹(rÕƒäOrY (r)Û}
Dæä1/23/4~}%e9g"t"r Ã •wº%< è"ñé´µºÛ-'m¢8Ô-9 4ˆùò y£Á"¡jËžB
Ñ:2 D¹þÈ1/4Ñ>È˜ÖD,(tm)
"'Đ pm €õh ðAÝVŸl C-{¿h-LŽ Â
ÿÓÓÓÿ:Š...>ö1/2
"
A´ t ¸'á né
"|é(r) 7ý:@ì ï 0µa=
¦N"Âz1/2zvƒ ]¥ { ûýk"§þ"-W(r)žŸ§¦ôŸ...ý*\'I1/2[ß¦ëAZ´Öð {d Ò×OO
j›ØM?íÓý}:Oîé=:ÿ["-Õai>"uuý?Ø ...ÿ^1/2=>ï[íÝ^ o]}íÐô5 ó
Ö1/2ý:×\zj¿µ
Ý{ßé¯éõú×Ô_ºúmÿIzÓÚ1/2* °a-=1/2m¢ÇUÃW}õzßúk¿þýÿs"‡Öõ×ßM×CþÿÿO¯ý7¿µõ~žJ ï¯(r)›P°
uú1/2_- } úu_Q<rõmïkÛÿÿ} ^›´Ÿî¿×¿ý×"á0o(r)º*ï:,0ÿûü7ëÞ...êêFÂzßÝ1/46ê¯Õi þD
ß'0‰_ög ÷ú×ºý"!ƒí1/2é÷ÿ,L,(ëî-¨K·n"wW) a Óÿ}×ô-öô·ó cû
AŽ¿ˆý ÷ï{¶‰ÀŒ }ÿMz ‡-Ãÿ¿Zþêï]ð3/4Ÿþßm-1/2ÿKwû ¿¥ò¬ ÿï}ÿÖ1/2kL"
÷Wõ}Þ›M :
ûýïßÕ×&Qü" ëí{ï·ÿÿßv"Ò!o× ÿ_ºë~ïu÷è"ú¿ì$ [úDÑ5"3/4ÞªŸÿõk×DZ }Ú_ßõý×¤ßh ß^¨‹7ÿÌ¯úþ
3/4þ1/4'9 ôý Úoï ²\3/4"3/4Òÿíëý "ÿþúÞ*[1/2ÿõÑ2?þè(tm)
¶ý ß×ïéÝ ûýÝZõúpßë¶"^ÿý*ëZ3/4ºó×{ýþ¿ú¿Kúÿ
úû ÿëéjý×}õôöë\&ÿïZ ×_ ] Mµ*ïúÒ´Ÿ¯~ÿ×IúÞ1/2RïZÝþ¯o¯º]'á ×û{_ÝVyî·" ÷w[z{3/4' êô
×_Û^"¯Ûú^þÿ3/4ºó"ÕýÕ{ÿ×^!¤¿ª|q
ÿºý/úý4šíU~×¶"kjÇÇÝºoi$¿ÿÿUÜ4í1/2u{M ¿¿ÕÛ]ûÚÝÜ+iZØOmÿ3/4öÖý[1/2[]¯ùF•a¯"]µ‡^¿ÿÚm¤
Úö¯ë¶›ÿÿÚ" |]v
-ÿk{iZÛ^ŸWì4'íp"ÚöÒl$hâ)Õ~íoJÒá"ïíýºª÷ö'ïí¤¿OÿaY qOñý5 0dq ÁX>¶Eï"_b›âá...éƒ
ÛVE~-í}0ÁvG
/k_"çÓ
Øc'q"1/2z û^EÏ
Ž t3/4È8ý7Ù
‹ Å1&êÿµ*ö1/2 w±-ïlzŠb¶ŸÿbL|‹Â ±,~× †:ä î ÿí qÿÿ~ 'aØ0ŸÚÒúki...ÞÓï ì/ö-vCÃÛL.
¯ûj¶¡m7iþÝÈ%"¦-aw~Âý ...´ %á
º}, "Â ý
L ?†M, L ´ Â...V r kM/L+m...&áT
ðö õ "XkÄ _ºã¸°B""#L! ˜˜˜˜˜˜˜˜Ä4"**"#°‡ !± ÉlÄDDDG U
B#- &À(c)KroùU1/2 ï¤•-ºM"¥r´ %x].Ö Z
.È(r)˜...-Š¨ÚµUl
ÂÂ"Áa"1 ÿÿÿÿÿÿå˜H£ÿÿ+ë-ik! / -¢lw2UpÌ'£±(tm)"³1/2YØÓ+Oá"ÌŒžfýYßi"·•wä•}~·ÎîÂÿoá ßr
P"k[ÿ¿ÿJ¸-ú¿ß]¯û ÿW_õÚ þ?ÿü^š÷úý×ÿéú1/2 kßÿÿ[3/4vK•U Ï³±G"¶ ¯ U"¬"YSõ$¦D› ž"!
YÐÉ = :fh"f¸Ø...[)â†v¬yžu
"å; i"Œèa< Ô"Œ
Ðe "1/4g #hû aìØ¦± XBó†tvpÊq,ØÈqø ²Y$ (fÌ A ÊvHiæÅ5ˆ ‡PG(c)
Aaµ
ðA, "Ñ \ a ,P0D!, zng !0...¡vDâ%DJÃàÁ 8 h v
× úux@ìÃOTÂ ƒÐa ÿð ð -"Á
¦é"
øL x iíhv˜&ú
ì&á0ƒ‹"M=4Â
!éÚ
ý

û  ãAÖñ¨M8°ƒ  zÓAÂè\i¡§  üC  =4-¶  .  jœ4K  ^;^w ƒ´£]4  hŠ?'Þ¯é'3/4  -U?]‹Dç¹  {
   Yï¡h-;ä(í  ŽÑ}
Ñ  ¨ßï¥È£¹%dn -  ì"†^ŷÒ%ÎEê  6‰Ó!.‰~E›äG  s¯Ñ  å8p@ü  ;(rH%î-ôKÞ¶,y-$GÌîï%y    7"û@
   ‡$}ÚR  š  7#Ÿa  š  htò,(M @ïò,Ú'4iB34  ~è  °@ðžõ  ==6•Á< í;Â
   Ü‹ÄIÐB  A
Òph
›¡"MÿNÐÁ?ô01/2àž  n¿Ø.ž  ÂèÒ    PAè?ì.ƒzMÓo(r)ÒOM1/2Sp›Ié°üëë>ÓW  >úÛpžÿ$  ÿuI¿øAÿ
ÒÿmvÒn  éÒi+ªm'Õ§µúéÿÛ-}k¦ëÏä¦éÓªÐMi7ýjÿ3/4š  Ki'þ¿  éê¿¯  ÜëÛýÓïŸ§é×ý-ö  ú_íý6:¯OûÒ-°
Mí  ÿµ×÷o þ(r)ë"ïñª"Û_Ûªÿ'ngÔcøö(r)ûÓ‹ß¶ïô÷Tí>-öï]/]ë¯÷ý'3/43/4¿ü¿úíýo¿^ÂKO×ÿü  Zým+UÓ3
k
N(r)·ÿ_|^  ¿¯×3/4¯ë]ÿ!uÓ¿ýzgðŸëö(tm)t`:pdp]-ö÷Âÿ1/2ÿ¦k
ß  \h]äl'Þ1/2}¯Fð_£P>‡w1/2  Úê²þØ5׃¹×¯  ¯Tž#xÿ-W:  ëê-ûÐ€Jßú²L_wþ"?a"
í]_¥¯µþ1/40oÿ  Ò  ôþë¥ý×`1/2%íÿ¦¯¤  }à"ÿÿý/  °Vï¿þ¿Ã
oÿûzþ×T
,  _}  Aû*3/4ÿ´    e¹bJæPZµ¢-  ÿýÿÚ!:ò  eHïëWÏÿÝ' ú'ïë
wûíê¹e  ßÞZ1/4ÄÿÖ3/4  ?ÿ¯é¢-6•
}÷H<=u¯×2¿édyr  ÿV×ïŸÒ  1/4‰  ¯×ÚWÕÖ3/4-znû×¢d  öï1/2
ý1/2oZ&Bûßÿ×...-m[§-ÿ{¿1/2Ã3/4¿é1/2{¯~Þý×ÿÒ_þŸ}ëú÷:Ù(c)[u  ¿ÿ{é+1/2ëõuÿÿ-}"ûÿß_1/2s"k5?
o1/2zû!ž-ëAk¥¯~è×îàõ¯õÿ6R×ßÍGø"ÿoìëÚ  Ú%Þé:õ~ý  -Úí6¶(c)°Ö×I  ëÿôôßÒv6û[WKÕ¿{ïÝ  ß*Õ:
Ç¿  û-ëo  ·Õõ  úZOß¿ÿÆ"ú÷WÞúÞÚµ(r)"u  N  ú×ÿð×µí{ØK
Ú÷éõ¯ë  {Ò¶"ê-ö-jÚ"úþ¬4´-  ~¿tÝZÃ
Ý¯î1/2{k(r)ëoÚÛàÂnÜö¶¡ì5]°•vö÷±ño  µÛA^¿Ø[aö°Â{uö
             †  Õ°"tþ  ¯VûûÍ†1/2...N  Kµ
%  ¬{
[#Ö  ÞD"ïklGGðÁ+éU†°¯-Á,°Â¯Òí¬
 Á'Ç"?ØjÛ        E1LkÈ£"÷ý1/2ƒ      1ìn]0dq>Å2
÷d  ~ÄG-"  ìVƒ§ü1UÛ"    ±Ln¯ÄÛTS!  îÄ±ÿ  Ÿñ
¯M|Hßúþ"  ,?d-  [  }¦-Zö  Húµíaî¿¯¥Ù  -ÂØL...w¿²  {t  aj  ¿axi    4Á{Z×éú´  Ó..."
L    0C†  -...1/2û†E"'
kõÃ
Öü5†
  N°ì-Á"Â

  x&  !...L'ƒ¨  â  |á2(c) h0B-  !Á'  ¨‰
  ^^`"0P‡        Dvß    a
  DD  !
  ^ff  ^Ðq    -µ-,²  T±øCðQþd]Gÿÿÿÿÿÿÿÿ-¨Ú-ã-räA  Ùb4  ÚU  }  •³(  ƒ
v1ÍÉÇj¨Ñ•È¯T    d-'"¨¦¦Ÿg`jÕ d7ð¹Ù¬fÎ†ý  zù  õ¦ŠÄ"
Z
þ°N  Â]kªé  "im    ßþ°~‰(c)1/2x)¨ë¯1/2BDs¯°û¯¯êYûîJ£ @Ý\qéûÚ  -‡¯ú
ãú  Ò¯¯þþ•¯~ú  éûÚí¯  3/43/4¶3/4Îø[Ö    (r)v+    e    âš
#  9  †N  ƒ3±  Â²þDŒ¯Ìò[
²'"•š=2  Í  "  i›  §"('GA
qM°A,!ðÁ'ê]'5"
  PCŒ‰C>Ë...:ŠqÙ  'jÚ Ï°¯A,
Ì4-  -q,  Hf  b...@ÉpLà¦°Á  *‡...  A&A  -  @å  ÔüpCà(tm)°Ê)Ùö`*,
"
Â`  ,  Ý,a

"a  Ða    ;ú°fôí·´ÖÐÂ  ¤-ƒ    "a  ƒBÐq"ý
õ    úoI¶ƒw´  ~ƒCOÅ
,&  "â    _  RNØN"Úq âîM6  r    ""Xµ
ñu´±r)Ú¡j    ë¢<hŠù:dZS  ±'Û¹  #ä8îIÒù  >èœØD3/4hù?¢Sfv‰{´G  ':AœZ'@ä_r_dAÍt  (tm)š9  ÛÉ
w¶S-L‰o2Ô9    Ò%íœrt#ú%0Ûg×    DçIÁ(r)NnG7    ›4¤E    ´#AÈ³ö  mª    °n(c). j›'þ
äsi;´
à‡...1/4
ma  öEèµF"¥M1/4&ÅÒm  é7ª*‡-ôž  &é1/42  F  z¦ŸÓúOOwAé¤ÞÒè6"m7Âz}Ò  ZM¤Ó°¿  :w"´þÞ
ÓÐm}éÒ}þ›§-  û õiÒm/Öõ3/4ÂÒÍ×ª§ún  ^-WõÓÝz
ëýÓÍí'_úÝ¥RééÚìUí  a  éÚ¿3/4•^;ü  Ý¥×Oö×Mí  ý[{"ÕÿµªU1/2iXûÓt×ëÿ§'
ÃÿízÛ²÷þœVënµúÕï"ëW°Z  ÷úî§o¿úõÖðÒOûû§¢*õ~ÿ]Yô\Y  gõ"÷ý'ëé~¨ÃëÕ  ×û]{`"¦c#,Vk
ôþÈ ^ÉHú°ëÿj"a  šÿ#    (r)¨3/4-dpb¬  íÿÐ§      ÷ýúíþ...    1/4F¹
ý~C"^  Þ¨ý}üùÐ1ÿ1/2Þü{  ÁÒ"ß"$  .ëéÿÿû!  ...ö-?þ(tm)
ûéÿþ--‡õ,ÿÿÛß@/uúN  ¶bïÿ^÷  ,?ðð¨Nþý†íÃôl/ÿ°Ë
Ó1/2  *ÿ¨1/2{Û1v¿  ÷ëÿôBÇµþ-ýþÑ!r -rÔ]  ŸÿàÚ¦/¿¤ÿÿ"b+^  °þúÚë...Z"  ¿_Â"Ï¨ý¿ê¿M"Hßë
¿Urœpú
ß"×uõ°r.Zo²ÈÕßi_ÿ÷¢Ãý"¥ðOû¿_ÿÂÿþ  Wî¨  û  Nßÿnë‡Ýt"ê·ý?¿ªýÚVý  õ¨ÿÿ¿¥þjoÒý¿¨¯þ-÷ëV³"8
1/2mRzïÕ¿Û¨Õkÿ"Úô¿ÿÿ⯨d3ÿmu[÷Jóíw¿z×ýÚkeä
îöëï"¶¿¯wz]¿¨¨¨3/4÷  é{o¿÷Wÿ§_-iv-¶ß_é  µ  ì$¿ßö-¨Ú]ZÖÚ3/4-°úª×þ3/4*ØUí[Xa]Ö(r)Òµá...ß†
ÿÔ:N1/2†ž  ûK¿Ý÷mm]?´-öÛ+ÿÿû
1/2¦Ò¦ûJ  \_=°·M"
%
"µ"ßæ-÷a,L0Y  ñ°Ó1/2µé†-""

+[ƒa"  0'V¿*ý¦Í¦á...aœ
á'a1±Áì0-pÁ'
Å¦ìw§êÔb¢Ÿj
Ž
²#¨†  ä¦ìqR,j  R²      "ò-û_n9  öÁ1$?Ø§d-±^Å1
jµzÿxvƒZ²      7*±]†÷ïÚ¦$ßn×  ¶$þÚý3/4ÝÞ  _L*µé  ñamõî°¨0V"!/  ÿ
(O†  5~ÄÒ1/2ïaKp¿^ì+"jÿ1/2t-¶  z°¨¦0ƒ    C  – aS  Á4 ÁV ×Âî""S±hi,  ...†  Ð0"CUƒ  †  0ƒB Ì
     0A¨·^
ã¦°"A"8
Â   e    #^^^'4"#B#                    Ç¨Ñn¨ Y\Z¨&â  aûþ÷Kkö  †  Á,^ÈHQâ1/
2ŠaZ"ï...
j
  0Q    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"r¤YEY'P¥B#£Â(tm)    -)ÚS#YV
  ¤dDBEQ"ÏÉ#°ã ;"†  †  °
;    ¤Ú
÷æ  rP-*?s²:;[°¦•æŸþw§ÿ¨ZØÍúÝØ^¿
á_^a  "áQ,k  ÿþ¿Á  Ò²PPäö
ü*Å
¬1/2  ¥õßïøŽ ÖÞ5Iü;×ã×(r)Õ}pµjÿ  ¨{öýoUuÞ÷Ýî¿S#÷    "Pß"_û-u§ÍyÍfB"±çc²>v¦o¨G
ÔÉÆk Ö    '  ÆÈ  ªÍ  Q...Ð,s:ŠK²\²  <e  ,"$DÂÓ¨a  Ë\y  {EÇR¿  ¨ÙÙ...f
ž2œK$
äèÒ0)  g"0"Ø¤c"ÍÉ  ÌÃ, j  EÙ±lœ9¬P"3¨B    '    A(c)N
ža  M    h;Ë1/29  @¨`}  sÓ  CàgA
-xÁ      ¹8¦/t-hù¹(c)"5Ì  h  "

ôÔ Õ )Á4 " : 5A" a
" A Ð0 ØA¡´úh0 §ñOÝ¦˜Aý¨A"¸A Õ
¥-|+ëÿ ¦ xC"´ë‹@Ðz¶šh_i¦š|5MtÓA¢ Ü-k×DýÒ"ÃDW
Æ"
Jé¡(r) ôýi=Ó]Ä9-y ^-
VÕ
"÷R\äW²&= å ÃD1/2¢]D³ %ÖS-LD"Éû-z ;)Ë ÈéÒs= £DæÑ9(c) È ¢<h#C Yñ'm üŸ¸þ'ØI1
/2ÿ3¤§'/ "@ƒ¦Èþ‰|ƒh‹6‰{"úAÍ$ ´N Þ Ð&ÐMÂ
Ð<‹ '
ä^ é6"
]ª}¦Ó" H7L6 (r) I·á
è&ïÚ\WÚkôðƒ¤Þ"n,nž¡pƒi4"zMÕ°ŸÝ Ý
KI¸Aá?ºšÐMëOIÖþëÓÓÓN-Ó¯ éþ¿1/2i }pž "Mmi
éÒé3/4ºzêúëíúö÷}^é1/4këUHV(r)3/4(c)"I´ ú´¯{úU
1/2µ¥º}µuK]ë*é3/4š¿nÇÿ(r) Žôõ(r)×û"ÝÖÜ?inÇ_3/4×z§Æ"¥Þ-31/2û¶3/4û¿ÿõt i}= 3/4=*ÿ×ð
u ôÞ•Óûôõ*-ÞÞÞû3/4ïuK-zõiÿ~›¯µ"àû×^ ÿÞš× †ûð},ß
Kúg ?zÐ=.-6-ºiUïúïáZý_÷í .;ß)ÄI
ƒ%b3/4ï(r)Ÿ ƒ¨_þÈ"1Å0{]-Ë,GíRÔ?Ò^Û-"i5ýôýïýwÅé Ã ² §ç@O Aªº_õíÿºì?NA ~"kZÛ¸d E
Ÿ¥V÷_¯ÿû¿Ö-×[@3/4ÁþN
x`Á ¯îì0 êøaû° ýïû ¿žÓ§ý-ÿýzKÛÛÿO´Bß A 1/2XD <ƒŒ
ñ×¿õ "· õ†ùj Po*Ùcœ'_Ã mñ " ¤ÚÚ_þýÝkÿì‹...$èŽ œI-è"ï,n /u÷÷˜_ÿW"âõ0"×" ‡Þ1/4K"
vß"ÿïÿÿ¯üÂý û"ÃþL‹NE‡&GVÿÝpn¿üÔ‹ ~ kÖï# úõ^ë÷3/43/4"Wûÿúµ^ ú
a <-º}uµ{{þý3/4ð{öÓýiAûÔ†À ×(r)1/2 ÷ºþ÷¿1/2+ìêÃw]|;:¶ëoÿ§W5gŸ¥îª }Î-ÍO¯ÈÅgWûWaÿD
%Zu{kÓïúºõÿ^k¿÷S kï1/2ÔÛõ_íï| ÷ Öô×ÖÔä÷KgCmkïHû¿ jÿÇÚt"i=ýÞ¿¶¿¯þƒ
÷-íÒï†×Z^êÖ þéÿ
[Óÿÿ¿¦ÓêîÝÚ±QÿVýêÚ Mªúi6·ðÕ5ëÂ·V-º(r)žï*ÞÚ*_ÚÃKn-'^Ý3/4Òß¶ M¯µÈ~
m5÷ý¤÷ÿkûk~ a¤ÚŸp×3/4Õ† aª"í-ö´ØJ I°^ûV Ü0"a+^" 0Ò×á"í{
%"Ð¦¿¿ö ]°¿°Á[é†"alà[†\FÒì Øf $ØIŽÁ Á"ýŽD1/2vÅ1LBë Š'8S `^ö Lr%ýŽÂ^+Ø[ü‰ Ø-
øä\vÅG O'<S ÄK‡ šc‰o÷(r)ý¦šíÙ
|'
BbµØ¦ 3/4ÈwQ
†3/4ºk ](r)C¿öAÖÓ j Ô%-¥i...M_² Ý¯ì& ,OV¨0¶ aW"L'ÓV°ôá'h ÷ÿì-¯ðÂûZ
a,iÁ,
rà-"Û@Âi-<0¡ ‡hA"
1/2 D0œ uÈpa M0ƒ ãB.Â°"ZdbK z hë$
Ã0" [t Âa8‹B
|Z
µ`"A˜Ba ˆˆˆˆˆˆˆˆ Xˆ¨ÄG DDD|DDD ùf‹3/4¥rI$š´´Þ(c)¶º¶"°ÁeubC -*ñ\ šÁ-
ƒ(pC ÿÿÿÿÿÿÿÿç`QÙH 4F'oÑÚÞYDd ŽÕ Ñ- vLÙ'
Ê¬A†Q÷d Sµ6d
á...Ê""†U0M-m?ÿêvQæBw...ý ªFtûßïý] ÷"ÕT˜>Oei ëôKeU_,§×"¢è)` ¯..."üÛ[j"p"þ¿òf= ¯L
(ÿÖ-ýÒÿ¨ýXÐ¿ý*¯-ÿÚýõ¯õÝÿÿ(c)Øˆ‹:{ÝÓöNŽ 8¤!š
þvYÑ*tk·ü§D±"‹"d
ì f ‡¨ØDNK
r , ØDÔ-55
"É Ñ..K³bä0¤Hô$&":ê§b h0A'
OO( Ëˆt Š
2 lÍ ` Ø e8¿ä€...X!† Èõ. Kd`"› " LøJd]C CüáØA,j Ô òœ d† @ÈaB Âi,

Ÿ˙  Ÿ  6ƒ  2Í  zXxL'3/4  é a

Ð z

Â  @Â  ë  5Ò    NÝ´ÓT

4  }E"ïðÐô"ÓB¢ÚOÐ  á

¸Ó^ëÓ^h4í+ý

˜ãîÂnÆƒ˜Ö!Új ƒM8+´4K  •¶8Du§  îB"ä[ñ    e

˜ríPD§  £  ýn¬"<všal/2:-  ü-5ú'm¢#í  Ã' ...æÊréDæâ4NnO¦-"vG¯@ðƒ¢'4OÃg

{Ñ9´Kš'<ŽoDÐù    y  ÖÊƒ!

    æ-

'Ór9"Ú \ï"  'žNm  ›ÐH  7}: :%ûí    "†Há  pƒAÁäY´  r.  1/4é°,nøN,zµv  t  qt  y        6"˙Þ-Â

fÆ‡ô  n  St×úôè'¦ÛÒ3/4¸N"pžAE<+Z

í  ˜a:Aè  N"í7]<'V'ëp(r)'m'§Þëá7°ý  ýOU  Ânºm'´"ïVè:M¯ÓoI6•  ºµ]==ōtí<Z]~Ûü&×"-ø":k*úþ¿Óuá

1/2µêÂÒ¿ÿWUý?˜UOZMÕ  ]uïŽí˙îRé!O³§ÇáÚÿ¤ß~ßä  -é~ó!ÓU  ô×í·ëü.-Õ  ÞÕ|7"ëÁ(r)´˛"ý?  -îÿï

ú§êÑˋ  ëJêú˛Óõ(c)

áýÿnöw  ú°°Ú"×  EÃÿéuéïÐD  N"¯¯×ûßþøf  -  ""t  pÅ<³  ¤ÿßúT?ãCÝªWd

ïÿýG_YÔ  ÷Vý_ÿ_ÿÒÇ÷ü_  x~¿"öß-  µu

    UÕýï_Jò€§Ÿo  ÿ  ý>ëm?ÿ_ÿþý×Ò°nßÒYâÂ!ó_í/Õí1/2"Aꪺ˙ÿ§ßê¿ÿú´"úþ¿ïÕ[õ-SÓ-g¬,ADWí

Ú"˙Ÿ{üé²    uÿ¢§ÞÛ"¿í_¿ÿÿã-  û˜¹"?ý{÷õÝ×èe"¶ä@Ð%˜öö˜Z...ZZ&¥ô"úÿwÿ¯Õ&ýÿÒ_ÿW¯Oë[í

z(r)(tm)  á  úþužûþ"ý"~þëíÿ×*é  ?ú{°ûþ*ï÷*^ÿ}Þ3/4-wýoÔê  }  ZºW_§ÿ{÷m    ‡ý¦(tm)Õß‡íû  U

ÚçS×³¡çC÷íO5¿¿öïÎ†ßK  Ûÿî¿{J×þÿLèó¡-¿°3/4ß  ú^´3/4´÷NôßÿÓk~3/4ßõm"}ðÿ  _õzýþ¿é  é§ýkþ-¿

ßÛ"ÞÝÛÕòéCÿ"]/ê×a(r)ÛZZém-ÿöv"Û

}C=    ÝJ?m+é¶×o†(r)*÷Ú_j1/2õPaut  Ú_Õ"},}Úö1/2...1/2µ´1/2  ¿·†µí/â?†

·Ú¶'Û5Ô+iC¦ÖÊ3  ÖÚôÃIý  2›

    ß

›JDÍ±±L28böÂî¶L4˜a&

¸5á,ÿÿ"äK[  ÷û    ëa'˜a%n  KdW±l    -b;Ø0-ØKß¶¯XØßÓv¢DwÓ-Ä+Šb˜â  Ä˜ïù  ?±_kÝ~!~Ç  6

Åq&öCºb  \W†+Õ¿kö  ^›²-,&3/4Ù

ý-ªd+ºÚ  ÿï5µ

/]p×{    •µµµl  ÈwéíwWïá-pÂ

  Þ"KA,  ºkÚÃ    L*-_^¶Bï

á-ŸBË  äôÂ  i...  8al,0"0¡zB  Z°hZÔ  C}£T  C  "8^^ƒ  4  †!a  hq    Eê  E...        ¬"

Ë  &  q#¬"¬  ²¤96æˆDDF"DDbDb"""=Õ³  šúþ¶-Iƒ  ã  ØKiâ    ÿÿÿÿÿÿÿù6Õ&ç3*£µ  H  &lì(c)Î

ÂÙ  giA  Õ,!I""    ¸Ý2,Ê¶(tm)v"•Êr&ÎÕ_ÎÕ†T

  Ö%ºB'y.ßT1/2ò/  (ïÍÁçp-ä[t  û  îþþþ'JøWô  ÛÎ?K¥¯"Ÿ_Òí  -Þˆœ Óý?Õ(X°(r)°_÷"  ðQrë·&¯¯v

†·w

1ú  ÛÒ¹c"ÅûQí    ÿ¿N¯÷îÖÿûô  Zn1/2éõõ$Ñ  z    3/4ù-éÿ"uFAgjFÑ+<óÎ  0)

&m  Ž-}  Ì  )!'

"Š,ÌÚ  d|¹  ÔRù!'ƒ"  óg

°!    gVD

Â'  L21NÊY¶uI  Ù@¤x"  &-Q¬  F

‹

m•

Î"H

KŒ"f°"

9Dpa

YÆua  œ²ä=dSÁ  l dì q  ˜"  ÷

xD  ¡nA4"  øBÝã  B".   ÂhAœa  Ï0ˆM  BÓSÆ˙$ì¹(r)P  É  ã  :ß¿¸gÂ"-~ðDç  D    À0ƒ

ØA"/ ,!u` Úkz~ ü õÖ,^¸ON øAÕ¦›" Zw¬
x'§z"kzÃCOÂ~ ÓT §Vƒ ƒN-‹ÕuûÖ$W(r)ý7éÄ0ˆñÅëqh‰•'-›§ý=5D±þ*MÆš¿§" Óˆr8h Z%
Ž/M n1/4ˆ?"ö òNS÷DÿÉÑîè-|Îêˆ'/
D· -Aà³Ñ/|‰ŽM F‰L>/ü->GsJ‰ßa& þG JÜŸÿ"œÒ-NnBCE Á L‹Í
'1Èƒ(c)?p@ò~äsÁ > d T ‡uH7ÓrGi ƒ¯õÐx@Ý< "ß 6" Ñ {u ƒº 3/4Ï"à-ÈU
¡ m ¯§ôž ?-Âuá
"@M¤è"'Ý_1/2=:N-êþµ¿¶·ÝkÖé}=_Mí7Öè6´ÝíÈ
ˆTÈ`eê tßé?ÓÓÓï"Õ?O§*1/2zÒj-ûZÒÓt¡ýoÐOOOZÿM´×Oÿ-+×Ò~°ß~ë_ÿÓuâ-
ÐM°(r)¶éëuWÚ ðë¨¸¿í/nétÝ6)þ a;ãj1/2B{ "µÿÁX`Ò~(r)›ú...ý{Øô(r)ûõ ŠNþƒ1/2¥ úµßjßÿëö‡ð¯*
ÕëQê3/4 êŸ"ñuÓë‡Û...ÿIÕ/§á""ÚÖDko¯§§ëù #U¦(c)9¬'...þßû]Å¢
WÊ 6Ý ü+ôßÁ'±+}o1/4Ô ývB ¥ÕuPCkZö(c)Òýò :WÓ3/4C
Ð¯ïÿe8 2À‹!àèk
à'ýš,ÿÖÈ ß¿ Œ ÿÞ Òéë$ ëµ*-ÿZà ýú,ÝýS¯1/4† Wíîž‡ßä€^ÿoa,õõúþº†
Þÿ1/4.ÝuýûoZ!ã¯K¶ˆx{ wU§Ánšß ¿E
ü ¯ú
0ˆx¿÷ö ‡ ïá‡ô÷Ö v°šû{ýwa w}ü" ü² ~žý ñæ)o
Ýï‹þˆ{ÿö
: ×Á H úî úµÛ¢-)Û^éU¥Ú¿$z÷õÉ'ÿ÷ÿ"
þÛ³öˆ£œs]Q0"¿DZm¿Z Ñ$i ù•"#öúƒ ºrÃNêö1/2¿(r)-,þ¯1/2 ]wÝ/^LŽúOû5wjÿàºK¦ò
¿ûþ"ë|ƒkÖšÙ
ô-t›UêÒën"õÎ¿uÝ_ûÿëÓÝ¿ÒµûýŸúW×1/2ÿõ´t?×ßoÿý¦Ý*oÿn-¯Ûtýu1/4êÿºýi.çW÷ßÖïÿ÷nŸžƒöߪuæ
§é× ž ûýuÜvš(r)ë÷ëýZÿûÿÿ1/2?î"wµØnƒ:;Wúú´ŸµÕmé¥ÛZ[úßõíum}j›Û¶â¶ÐV(r)¿{úJ1/2¤¿1/2uz3
/4×ít-Ýml-ß÷¯ý}Ýýö(r)1/2ýÝ?|5¿°"ÚáUûNÒ°¯¥a.÷^÷û í×iv3/4Û°×ÿµ¿×¶Õ3/4Õ°¯°ÂëÚJ-¥×í...öÓ†
a.Öéø28 "JÒ† {m%† † † ßö ×l%dèÓ¦ÕŠ¦Õ†-...µ¦Âßi%l0¶ ö p--Ú°fÐN ÷-A...ö I‰ob¸÷'b
Ä"(c) Œ‰€Á(abL "^ 1/40X-;'0Wkj˜a*† DáQ ý{ÃJ8î Y ìŠ:zˆQ-FˆA×
DKu ÷ìBøý¬2 wxcí¶ Ø¨"ÓoÓ Ä Â}"µûb-‰c1/2-¶é¤µb(tm)
2
ï‰núŠOvC í ïb¶)"kûßÃ!Þ [\-& !^ÂÞ-Õ ¯µÓVá§ÿ´-;† 1/2°"1/2"Âº÷wl0Ÿ
&
ý-,0˜V ^1/2°Zµ† C Ó îØT
Àé ˜Rn 7X` ¥ÀDº
-¤¡5
Ü0^82&‰ðÐ0Xam0·V á,`‡ e8!f...† 2jÁ ˆ°Dt"!, DG hDG ÄDG ‰Ñˆd·B
È¤ Ò }... """.""""-Ž1 -3/4Y
t(c)
"%ýK:¨‡b ?
wû U~š...ö 0KÁ, ÿÿÿÿÿÿÿÿçb¬È)ÎÉ§ê¦B¿
...ûëÕG"]/·õ<Îëˆ)YU9ØÀL 3P"ÄlSÁ
C ‡(tm) ²üÜKPÍÅ _´ Aàƒ ×`ƒAá
V!"õA îþÐáÚ[ˆänÂ%í.- nˆ¯ƒ,ä¨Ñ/r<!> t 3|‰n ¤No¤è m&-&Òzá
A7Oë§h4ð "÷Ó×WßÞ"K_ëßZßû{ Z÷ÿ ÿ
ÿðþùàNµ<Œ ‡û´ð ã¯ˆÿ-v ÿÿ ï²
ÛÏ3/4ïy
kï]‡ô¥ŽW
(r)XC¤þÞt 1/2º ï¯ý%
÷ÿi_ûä¹^¶þ›ÍWý¸z^§SþÎ‡i¿úž~ý´"}+¤ÿmn- W"{"W]Û§¿a¯Ý¥
%"¸a+Ï-ú´¿a¤ ¦ÿc† ò%1/2 é 'mû±_[kí"ÂëÙ v"é0µ¦ƒ
ïÚV hD ,D2@¨xCƒ 1 Q-é{ív•†¸"V , ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÖK è ¤Ülsµ£+!œí\Käš

*±PÍÅã°ã*(tm)]Ù  k(tm)  3´¤NiÎÄàƒ5ƒ  ša8yó´ü"J¹Ú-pµAðÜÓú\¡U´J?
òN´°¿ Ÿj¿"...õ-xCKüœ"#†*¯þ1/2¯ëDI¿õ    A°eé(r)Ÿþ¿ñõ
ì  °yb-Ç¿Çë3/4¿Ôjµ~û¯ýÕ};ÿ
¯Uûÿýý(r)"ðKoî-ÿî¤ÛN¨-3µKlîÆD    2  &UÇ¢  $  @!FGEHjwH•
)
-I›Y  °×hìŒã1/4ñçÙN.P.S³b  ÆsìØ¥9  2Á  I  §!+"".ÈÃd
aN
c"dt`  šÆä`s†yœ#1  0D8  ?5´
p^  @"  dJ  (c)  Î
ÏS rœ%›3Æ    D[1  •‹ÒÌ  ¯CR3D;_Õ(c)Ã:3S(0š¯
àƒL  0ƒÐnfôÂ
Á  ùA"
  n  M    =
"
  ƒ  "  J        ÿ"
0ƒA"  õôôÐ4Ç    "í
î¯""
´Â
  0    3/4...ÿïý}§ªz¦š¦¡¦è4âôÓM0œh  ªi¦  q] ôÂiÚi a
1/4XBÐwéºk-nÏ  ¤þí¿
!"õØ´-a ù  5D¹¢+¶Ý
h   "8h4ï,#üG.m  ü   ¤öõ‰üÎDv  Š;"üE¢_'æi*!]È(r)'  í"äè4GaÅ§¯â  "  ×üŽdLòs|Ýù
  Å'hDÊ%Ì"]@‰Ïf ž  <  Ú¢SÂ
‰ÑÉþNy  Ú%ò¢-D,  ØH7    ´  >²-= í
Dèá7"a    Ô  h  "°ŒÎ  :  fbò,(@Ú  7q¢"²á  "ó:  ²9ºoA
Ñ  0  È:  ÐAª  "Ðm  ÚMôÚ
éÐA°
´ôëÂ  žŸzmÝ"°_M¤ÚÛ      "Ý6"
Ò  OÂ  NÉLŽ  ÝÛBuuKÚxN¯×´ÚA(r)›¦  =zVî×Óî"úZOOí5íúNª"·µ×OM$úO"ðÓ÷Ò3/4ÿõÊ*õ¨-iuw
ýu}¥ƒ(r)ê4  ×¦(c)*,#¯¥Kúî1/4~þÒqõ÷±jŸtµ_§ªÞ›ª  ð@Ü;ï_Û~  ¤ÝÝ'[vµh}-ÕqñüD_÷ê^ÿ¿nô"¨ë(r)›
w¦×ÇKééú°o1/4Ïëÿ×_ÿÞµn-útéßþÕ-+o]óÈ+
›kuáp-Á¯÷ëß÷ß  ~°í¶L‡íZ_õ×ÛûÕm  û"á-Îd¦ äA¯AiM  ‚Š[íé%wÐŽB¤éµ1/22  ]›
³DGK!J?  3  „wV"n  ×¥ýãD7ÿ¯ûý{÷z{Üu    ø^ØkÛ¨*±    E  :W~¿ƒý:ù
F."6AÃ~±-ýÕHP?]¿Þ  ¶Ú¿~þ(r)÷ú×3/4•%à¶¯ƒ¨ëH
jÁ,öê1/2¯†  ÷ë
ë°ÿõÿÙ
+×ÿÕ?úÕë_Ó]Rÿ¤"áÞ^
úpÃü/PÁv¶ÿÕ',¡  ëï°ºnÝ  "Ògû¨  ý÷Þþ-~ÿ~ßî¶þä  €"  "úÏ4ÿ  ‡¿&9Ç80Ñ  ŽÝÿ"Ì&þýs¨-e  ‰"í(t
m)AdßÐE?    ]¯ïßî*ÿ×ê°{þ¿RÅ1/4š-àÿ¢HnÐ^:!?µ¯ÿ'qûK3/4F
Â
}?j3/4Ãy¨´éÿ^¿ëßÞýÞ•þ¿3/4Úô  ¶EÈÞ•3¤'()aÿwÿÁ1/2$ßî‡D±ôÔÛÿJK-ýu  Ž"yö3/4Þßµ-m¯î1/2ÿ]_u(r
)Õ  Om‡Im7¥Z1/2†t7¿ý_Í\?Õ³"ÍÝ  /íàÕ¯÷
Ýÿúý¯úý§¯ÿßi{Ñ¨õ[ý+:  Íp"¿°]MÛÿùÇ{h7:(tm)·ïé
  õïÓöÿõ¥Õ$û¬  ÿ{¿û}ý  ýÇ£  Ý§öýŠ_zmw×ëÕ  m[-4-/Ó"úo  S  í4¿ú¶¶œTm{  ÚöŸö  ¿V×TÛW
[U¯Þ3/4µëúPÕ  M×é¯îêÃKûK_1/2†¯ïký;"ì  ë1/2  m.ëöÿÙJî  Õ¥}¯a8a(i7Úü5o1/2C  •"
.1/2"
(l4¯ukÓ¶¬-4-ëµ†÷_Úa-...38§k§ÿ´•°Ÿö  þö  M,m°ÂÃ  C        U"¯d}&  ÚPÂöÃ
šïÅ1P`-ìpÁ¨äHPÅLWk"

ÁdKÞÆÚÉéHƒỳïTBêºä[û†)ØïØäKìŠé°±&>DÁLhSqq  T  +,§±°oûTÅzr    §c
S_†)ˆ[×Pdq|1_ú
pš·z÷ÚúöA
þÅ1mtÂ"ÖÈb,&˜... NÞ¤  ~°n  A ÂÛpÒµº°Þ˜A§TðÈXq]°¿"UÂ¶µo×"¡  '¿a?{L"Œ"öØ0šA+I†ƒ  Ó
ÖÃ[  ˋˆƒ  Â  "2~ 0AÃ      "Ö¿a0š1/4Aª
'µ  Ã   .AÕˉa  ¨aa"5ˆk  ˆam    ´ b  2à!ˋƒB
     Âi¡
!hz          p"{{BkB"#†  X!¥â#C˜ˆˆˋèDDDDEDDDDG              Ð  -iBêWXª
ýCÛˊªê  µ•Â        a]
ÔV  ími...†
  0M
D  ÿÿÿ*"  ÿÿÿþ[
  -ˌÚš2T2°ÅÎôÎÀÙ    FˋA
I³(fSI.w'  eAÐdQ  ¶N!Á
³ÎÀÙ  ì$JN-  @ÈƒfO"ù¡‹úmVò-ê  °6ò¡ÒuD£ö
øZßi>úߺ¿Úø_OµÒ  ú1/2kÔŒiêþ‰  ;˜wDLjú  ˉ[ý  pON1/25Òì°"t3µ@ƒm"ÕÿŽ‡ōþ‡×"
ï  u  ß  ]]
7ë́ýÿÈ  ë¿ïÝ  ÷-¥IÖ÷¶¿ōÿ̈ý¿Ýïtú  ˆˆ³*EVpÈ³$Òž?ÝûÑ(  ÈÕçÑT=H[¤ÉPú-ö
²(È°¦ÙPó(c)  ,
'ÁN  È  r-p`ƒî e
ÀÁ  õ  éÈ¤A  j  -³c!(tm)8ç`Ù  r  Bƒ:ŒÌ  Ù˜Ð'  Ú(tm)³†\a
'  æ    ÆlP@É  Mbàˆ"ô'r  ,    ø9 ˜>iñ\¤h30
Ÿw"†  Ù"í  ˜@Â"  ^(c)"  w
  Â
p  ,D  q-
ʼ
  °ŸÇôöš,  N°ƒ°˜OÚð  á
A  ‡u÷Oi¦‡Öšè=S-  ªq¦šqpÐâÕ
‹Âw
ÿ´¿¤‹Ø°¶  ëu§"h0¿Ý-±H5ßMôâ  -5BÑ-Y    "\ ŽÚv  kzä(ïO‹""úèŽè°û´- ÆzÎ92íy  1/2  Û  M  W
r_ì%L  zrY×'ôÔÑ  Ü...†,ygÈHpƒÂ
È˜A
A  ÉÍÈ¿D§D}'-ò~ì"ß&  "dÍ¹œOjò1Ô òt²>Ó"á  è Ú%ï  °Ð&øDí¤Nn  Ù°|$²  ]ä  N    ô×...r:jÒx
é=<! Ü'A< Ý6  7    z  I3/4ž¡7ÓÛûA  tž  ðšn(r)    ¿H7 3/4ƒ¤ñq"
åíÖ6  wúw}°Úuéþˉ]&ë"ôÕ6ˉÞ̂1/2{¦"ë_Iéé3/4šý+íþŸï�JÔø[
W¤íkëë  ztÆ  §§˜(r)éô›U§×"ô5ˉûˆ|1/2ˋÞ̌Ýˉ¦§þ¿é(r)  þ
>(c)-_ú÷ˉ{  ^¿Ôqñ_è?3/45°¿úuéèuþ"þ-}·-Õ÷à²0  owŸüuV1/2m'þú1/2*§ßôÛÚÓ÷Óÿwúëÿì  ·Ûú].ö-&c
•  $úÆW̆ª"[é1/4-'
µˉ[v\  5  ß^°~E\§ð•  ôṏÿšÂ?×Á×ö-ê  LþG  ~YÞ
ÙÀ•š"8•÷f"éß  Dƒ3/4ô...  Ã¡ÿð  Î  ‹  ˉÒúÈ`ÿû²    ª  (r)Î œG"Xo
‡qô¤€Â̂Oì†
¥3/4ýl  ö÷úƒ¿_ëÛw÷,K÷ˉ  _ääGú{{wû÷,o´(r)àØD  /O]ô    t°úþ  ?Ú¿îþ-Ö˜xo¿àÃý´¿×þ¶ÿ×ßtBÞÞý
A¸Z°ß[12  Ûñ~ßð^˄×öµ  Þ˜ž1/2}  nHs9aÿÿ  ...ï,'öiüû²ˋßé¢:}ý¢0TLˆöëˉÁj"9:    ÿDS´ÿÞÞˉkDŽÿō
,  ûûù$z3/4ÝëÑuø_î  ~  iƒ
"ˉÝé  W  Úõ)Åÿ;_ëÿ§Å  ëp  ·þ¿/oéaÿ¦"(r)ª×[ë¿zkê°Î´/:¿1/2}²]ÿ-  ýµÿIWï°ßú^¶3/4-ô÷kMµˉ{Kúîç›×
´  ïwOÿó(c)ý{{]*¿÷úöÖ÷ÿÎ7Î§ï[ô"¶t6ÒÙ°n-M³"m}?ö×ō¤µ_TïöÕ  o¿8ÿ[Ûÿþ-ú´_ÿêßñ÷÷ëJÝÝØ_uÿÞª÷
Ó¿A§ö  ê-u3/4ûJÕÿö°kû  "&?†  Õ{ízµ÷ô°_JûwàÓ›V  PÂá{Oá"š¦  ¸]Ø}...í÷
tûkkßu´¶×ÿðƒýµµ~°{Vëþ  ö1/2"k!•û!/êÃ

l+
Ž"(r)ä#¦ _dAò ÖÁ,V † áÕýl4ö °1/2ò.}ßØÛ [ëØiC
þ
pÁY "£öÿoa"˜ØÞÍ‡@ö)v!EêÇ œ1LpÈâ{ Ø]V +‰cúÿÖ1/2 Añ&;~îö)Šö¸ø" áŠ
, 1/21/44•" ÈxÈ;Õ‰'·µÖÈ<UÙ
ùcøLƒÃb3/4˜÷v#ÖÓ}÷÷þÂÚÖ¿V
ÿ
,4ßM}öÁj-5µì+},µ

í6 ¡,L4ÂÚì0ƒ!ß§† [-¯÷Óúðe
Á6ßôÓµ_P¶ á"ÂjAº%G@Á "FjÁ °@àÁa...Á dÓ¦ §B Â Á2J ƒ
Ú,...Ã, qà"X!
D\ ... ¡ (r) ! Á `"A-º Cˆˆˆˆˆˆˆˆˆ ˜ˆ‰(c)q TDDDDEÄ~wT'h -¥ziuµué6" %Æ6+°"
´ \26...#3EDGÿÿÿÿÿÿÿÿÌ Qi
çk xRoÜíX (tm)2ŽÊY7DTÌÍ "3°l 3Â'¬ NÒ(tm) dA(tm) 4êG=<‹"¤ÎÖò-+ÞDÏ
(c)ª•¯ëÎÊŽ(r)ÕRá/ß¢-úþ ÿÿïkÿþºÖ ôLË_þOúzÿëý¢t,[ 4÷îõI...uÿøÓ¤ _Õc Ý¡ÇÇßÅÇÇ×Ô}oÿiÓ
ÿõÿ_út1/2ò´¶ôLVv ÈZ$Þƒo;ìª<"YU3Ñ ,èdRÖÈ\pdL N¢ 3 ;
\‡žŠxNÓ1/4 › î†EiÚq
ç°@óì†d J e
¸"
yöH0@Ë³")óHà¥C82 d3. Ó6E
è`ˆDRg §ØL <ÍŸŽ
jD0ƒÍ Ê æ ...(tm) ìHƒdñ Á I‰ á, #l¸"ƒ -
gŒ 3P¦ÙH ¡,
Ô#"
´Î HÂ CœŸ -DxmÕ 5n z Ò ·ÁØAØA, û" ¤ Aþ ~¡ ...Eè>"^ëA§§ [ÂxKt Aá
Ðj 4!"
0 a
û }"ôã×ïø¶, ãˆo" m$ÿCÞÖ-ž†ÿÅ§Èà0œˆ*!÷¤¨Z vš éªñiþ' }>O²
?'1/2P2æÒîÓ K0¿JJþ‰sýt- ë"åäyØkÈ7p1/2 ÷"L´
ÉôûD$= ›éÙ ;TØµDvÙ4EŠr^ÞCŽÐç`ß Ð·D¹ª@ôô,
¿ ò/ä_rtÈÏ'óºA m¤"·|ŸöGí ðƒz 'Í <ÌÍ!Ù Ú 9<Ú 6 má ôŸK"
‰N‰žˆ³h-àƒ¤- rSp›VG6‰~úOð›êÑ ß_ß[MÂm'(r)ƒ·ÓwÂm&´ ~Ÿzmi¿·ÚøOM¯]Q - ê¯Ap›(r)
›iÐN"l'IÐM¥ôé?ë-/V˜M¤"×Iú
§(r)º
é$ ´1/2´ÿééÿþ ïßé 1/20Ý-úÒéè:Õté}Ân›ß...Óþ"éÝ,ÿ(r)÷uÿÖëí3/4-Ò¡¦´Ÿúzw¯¯I~ŸoÖÔz{¡þ´1/2º}é
,¯zñ÷§ß3/4¶8ß(r)þ·]=8¿uZÖÃ-;ÿ"ïñ u¶ÿëúwZÿA ¸þ-˜ÿ¤÷ÿ_ýê-n-Þßÿë-"ÓiŠ(r)ºúi~ð¿"ÿþïg }õŠþ
µÿkÒïƒþ¯V3/4µšƒÿ^¯kïØ/Öõ Jýí÷tÕ>u þªÿ¡ë-¶šðú "bÖïíUÖÈ}>"ýýÓÉ
¿k ^µGPÿýaíWë¤"õ( ÷ÿ_õýéö3/4ÿ @÷(r)1/2Ûû µÿ÷ÿ
o_†¶ýþÉÁ ý>(c)þ¯ßWÜ ÿ~ë·Õ/Wî"ò¬ ¯ß¯ö
×þÒ¯Õ¢ ýÿûúþ ÿn(c)¿oOêÕ×TBçýÿù!Ì9Óöe uY ûý×ý{ªÜ Vû÷m è‹6î¿...õÚý ÿùc_÷û¦Ö÷'Ó
¯û÷Â ¿Þéºúº̂|§ÿöŸƒo]}aúÞ‰'_ÿô"{Ñ$/}¿Ný¥ö÷ê"E‡ÿ]zÿ¿×Îª(r)þù$_×ûíHÁ ÿ×[]{tûû~"\/´ý'NŽ‡
é¶º_¿Òîÿï Ü,èÕëpƒÛïô
öŸ:"Þ"
ýþÿ} Ïÿýoéþô•úïÎ(r)\6ÿéþúM]}}×_lê×a
íÓô1/2ÿ¿ëUÖ¿1/2ÿOû{ÿ×±Úýzþ-¯¤ézÝ×ö¿VŸõ3/4º"û¿ÕÓ¥úºuºÿúïoo×ß8 îºí~ë×JûKm ¿ßº‹µI¶ÿ]{í
m*õ }}m~ÖûÒwëýµUKm {[IÿïÝ}"þ(r)Õ"ÞÅ{Úéý"M¥·kÃVÿMµµNÂëÿ¿ÃIÝ´-%¿µÛþÕÕ1/2=´µm
u1/2WµéÃ

amx`3/4ÚØ[ým/['zfª]""
Ã_j
Ž   Òì.ý¯ff3/4ÚÚÁ">X3‡
-†  "ý†  ×ÛX~ö,´>  mí¯iŽ8a.-]Ž9    ~
%
   Ù  0Òj
   -ŠØá'ÂþÇ  ±zðo3/4û±IlS  Ãxdt
Åmÿ  0_`Á[6-ì0¬0±]l03/4ÃÈ;Ø...²  wö¿Š‰cÿŠØ""
¹
{"!â[ ñûµÕ×V(r)ÃL-b)C
ÿi‹ö.*‚¦)Þøÿ!bûÛV    B;d  íúwA¦ÕúÚ¦Á--  ïOÃ\¯ë"Ÿÿ¿öÂ}"Õôï·û!Ý²    G†-CM5û
ƒúA"!‚¦    ka0ƒ
v3/4×ªÜ(W  -Âh0A],Ã    ¦  Á  ×¨Ïü2ê†  ø¶ê"â  %¢3`  Ö\  ÁŸT  L+ÂáZá...L    X
Â  E#á§^^0B#ƒ  ",Ž
   0B"-ƒ  DDDDDDDz    ƒ^^^ƒá""""#ƒ  "\DH"É    "
      hG  t±üq    -µé  ëoëGij-"ªáu"
Ùn/r¹"  •:I‡ºAvÒ°¡Gca  R¦"f  Õ(r)ÂÚÝî¶¦+  Ø¦  %J±¦  ð˜íkL+Þ¬([  #a'[(c),^^^-ë
?ÿÿÿÿÿÿÿü´  ÅtDY  )F@†K³"2XŒ"
@Úíe•l  ²´>NÂfBé7°L  4
ù...S÷Ò%^d6š$óºÑ!QWêþ·çzûšõ;"Âá ¡Upº×ú ¿î
¥ê(r)(r)"V%o
ü%&+ôÛÿ¯é/VÔ-ß(r),ÿv¿-Ö:ãCýî-ýÿwm-ýþµoõ¿ékôk]úëÿkÔÊ-ôÞ²  ßÎÂÝ'¦ÙÂR"pÈ±YÔ^L^  <dA•§
gQ'  "  gAH¯M2-Ÿ"1þp%ovJ"  šÈ^  N  á  HÖ  Ã(    ŠTd˜3/4ld
   RgQ,û5¢  Va  U,  ×  \í<H~pR†  -  `ˆ%†ƒ1  Ì  ò  ÉA
   2
É  3  (DtpS0à  "  BD˜ƒ<  DâÃ    ðD  !  :  $Ø"        £ì h<  Á  '0D a´á  fz    Á"ŸŸa  j
†  v¦'"  'dƒ({¿  ztßtša4
ÓAºÒpa
¦  Ü&ž  <&  é´áé¦ƒAþš
7T4!õ"ë"ëðƒöž  ú  ßõ˜ôJÜ]¦î›š"  ‹Mý
§ÃCM4öã  BÓ˜Ða  ÷âÑ  Õ  ]Ä4Eºéÿ¦‡Éc  ƒ¤ü'ÿÕô  r  ò-4œœò,ÉL4Kœ³¹  ¨-nÖK±²3"žK$!ÉÍÈ>E
¡hr&4K  ã"(tm)  èŽÜ £  %øAºeŸ"cA
-G  hr  Ú'G"Ìò-(c)3ÿ‹'È2g  6UÂ%oû~Kž(c)_äOé<  d  dÑêÎêÐMÕÐ:  7ú  <‹ÌÒH6,
ÒÃ³6òsp
‹Â
 A¹/  :    ¶øAá
WK,
-¦Û¢!  wò/´  wIô·^›n×    }tý¦'T  tßÕÕñµWOÂtŸÝ]ô  pŸ~žƒÓ]<&þ›(r)ºzm"¦ô´›þžƒ-7ÓúAý(r)  Sé=?
w§
éÒ¦kIûTª  -m¦/ÒÒ  ¶"ì-.""ÞÿZî;Õî-  ÿÓÕûªMúÕ¥öÿ  ú÷ztÚû¯[ê›ï[Wû  ÒùûÕzµõÖþ¿Qéë}ÒÇþµ~  ¿
¿M¶šïgõõÿº  umý>þ=W1/2këõ  UµiÕ[_÷~ì5}^žö¶¦1/2¯}?§úùcÚýÕ¿÷]lŠž1/2ò ßõÒ1/2w{'  î‰
ûÿ×¯Þ  mO  týr!eu^ßLƒ  ?K¥ý}  }Õëõ¿÷ZPkdpaJ
zºD`NÕ
ß¤Ê@Gm3hŽ-1/2íÛ.  þ6?_ä  K[^¿š  ÿ¿}w[úï´3/4Ú[ûõ"º¦q
/  ¦  Î    ßh  x  ¿OÝ
éÿ¶  v
   1/27ß\  ÿ×kZ  "ÒÿÕ  ëÚ§°  †  î×Á^*î\+(r)3/4þ¿w¯û‚l"  =v¿nµ÷Ý}vÿê¿ÿ{ÿûÖ  ä3Í    }uz!ãß,'Ý
Ñ  ûï(r)ÿÈ.'ë ãŸ  ,ŸÕÒ:...,  ºý\"  ¯(r)(r)Õ¯MýÛ**Ý'Uõÿ1/4Ô#Ì

±*1/4²Ÿè‰õúým  Œõã"î"òÊ=L-{]ÙN(DÈnýôÝ&‰"¿ë}ú÷Zõ¯ÿ÷ ë%Íz% ûî˜'?ÿ¯
ÿõ ú÷÷úÃÒOZë ð*ÿ×uÝíû×-þÿ   ×Þíƒ‡k{[¯/ý}úOßßÛPûÜÖ3/4ûÂêþÿtš- Þµÿ ¯o¿uþ" Kí ^uFs¯
š¿ô1/2W:›¯-Wæ(c)}t1/4ë{Ù(c)Ø@ÿŶO=uÿTÿw÷nït¯¥N÷×Ú±_Þë[yçÕ¶ ¦-úwLUû1/2íÿßö÷ÿwý-××
   û"ý
î¿Õ-{z¿§[¦+ þÝ+Þ*ë{1/2Ul>?_ÛJ×m-ozÿíõý3/4ÿ3/4Õ¿UXjÚÅzÿ÷î 1/2/°c{ÿÚ·÷-Óm¤˜I‡ "šõþÖý
   °uÛûkûi=."iuì5µm_µM/µÿÛ^M(r)ö-÷ý´(c)}† †(c)ZM-¥-îÕ...ÿ†"avÒ°·Ú_
oá¥ÝC   1Va~ÆÃ " v X0_a,  û
-°Án  ûkU³þ)xu
„S"à0Xi1Vì˜ëØ`¿"ð¦9   D±ò& x  _a,°z±ÖØbšŽýâ¯÷c°OÇÝür'^[
$ÚÁ,_ï·wØ=Š
lPbµV+âIßðŸa5"q   v4÷i?ÚoöB]Ù
w"!ã-Õlƒ ÇýÙ
-íŠ 1/2Šiï'K˜^¨Ó  G~Âh0Ÿi-¯ðÔ...w´Âopï² ï"        õ

UÇ
         ·ØK´û
ÿÓ       [
Ú[
+ýZXi]¶"
   †   0X† Ó        ¿
   &˜ àÂ  L3/4¯%
°    °°èXB  Ç  Z  ë    V  "0‡Ã  =J>  •6  E"Ö  UØ!q    a  0B  â
   ^^ƒ  8^^^^0B""
ëôDDG         q      ^^^^(tm)  t'Ð~e  [T-v  o±  È  FÁ    ¡,¦¡"Ó
0ƒ$m¨   ÿÿÿÿÿÿÿÿÿÉ¶,  %;  j   Ž
v£¥#  Ãë  ß³ßJÒXO~õ¥y=ªÕë  ÿÿ¦ÿ--Þþ÷z-wœ:)ÙУ#ºh2élã*  "šÔî8&  3P€s  "    à¸"pd€'ÀD"Á
÷  CêB  êP
NÎ  è0ƒÃzÒ
0ƒAÿa  þ  PƒÔpðƒO  8h?‹OÞÛO"3/4B[D±ò~Øâ^Q  Ñ-gƒ  #¡  œŸµUD1/2EÎÁÃ    A9
$  'Ú¯"O
      Ç*'(A6é<  Ü‰Ý°  ß    èi¦êêþ
Ý--Ãoý>¯]~"ÿÐ>P'OOëJî°¦•G¿§P±ã°¿ÿ]þþÿ[V,-  ô÷ÿ"#  ÿzo
1/2úó"ƒ  ï
/3/4ì¸.ÁY¬+¯~.¢ï·ƒßßŽLÃ    ßúÿt¡  qúÚÂzôû...uïëµÝ-¢-;÷Ùe
Zµ}  þšU,£¢3ÿ¯WWíšÅ¿¦úô
tÿß×¨?÷ßõî  öÍ·Þþ"5/KÿùÐþ  õž•×Ó§Aý  ßoí/ôî-îÿµ¡¯imÿ÷Z*ý¯ýû}°ƒ*ÿí†3/4ûa/l-fnß°`-    ï†  Òä[ì
   %õÍ...¿Áür&
¿Ø Å  ±_  Në¿{N  _¦Ô%ý"Ã]ý¿
-...û       "ÂpÛÂkØ/Z°"A,
!¡
±PB
   ^3mÐ`†  F"""""?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå°Y(tm)T¥r³#
Ê±L‡Œ†Ga²¤)•ƒd<v(È(tm)Ã Ù  eHC    RÛÛïˆE;[da  mó÷v  ²\óî óm=È°ÿV¯      ð@·Â!
u¤vK_^-ýx_×_%TÂ  ý*ßái~¿_ý/       &Ÿ|1/2-"¥~XŸÿ¥{¤Nwì%ù?Éäëé+  K-ÆÝv(c)"µ_
M¤  ØÖ/âƒ¯Ý/Ž.>5I¯ý}z§iê•Þ
ÓÓõ¿ïé§"ÛëUº3/4õ;  ^D"oo%"äS²+QÕ  ":2\\è-šÍÓh¨í9  ê"|Ž  ðU(tm)çŒ"3b•l‰
_3  é  1
û:3TlB4  '   Ôn(tm)ô  ^DÏ$  '  t`ÈÙ  (tm)      D )¨_6Á

, x    3PžlR*f*' "
lÁ '3Î¬ÔËq  ¡-
ud (r)N^f¥ °°t†õ    Ð&ž~8" *f*MLFÅ  B  A(
4  A¨L  5Î      °pÒ1/4ÌÓM<&  ´  õ´  "Ý    ]  è  M¤øy -"ÐA¤
,!ð´  u    ..._ýÚ    >ÔÂ
    A¨AøA°"ôÐØô¸k§}S    ié·Âz¤Dv(c)ªhqzz¿øA¯    (íP¿]0*f*Âûþ-
    éò8t¡0škH8'w%ø°†%ocÝ  ÇN¶¨  2$Q-=  Æ    îûD¦ÞN(tm)  ä1/2¢÷ïDWmh-?MÑWÑ!Î?ý
qÿ6'È1/4Ñ?È¿âÎ

Û  /  Ži¨.m  ÷#>A<‰Í  ç"õ
3/4    Í+]¯M¢hp  ô  y:7V¡
ÒsI  Ü³äs¦ªÈGÂ
|Ÿ1/2
²::HCîÈÍ-J%o*þf*~  i7OÈþÒO$,>Ð q(r)ž1/2à*f*Á
"  ...zî¿RG    þŸi°né4>éúuvšÒ
úMú    úzÖ  ^ga  ÃA  íxµéé‚_Aúm¨A§ þ"tõµýi5°
*zzÚK_]'zÿ_A=i7ÒúMzW¯WT  ÿú1/2>˜p>§Ûêú~*_éý[-.>Û_~ÿK(r)¯ ¡ï·ß"§¯Ç1/2Ðÿkß]ë}ÿû  ;þ"µ]5ý
t¿ôõŽ3/4þ"ÿú];Ž-v"¶¨÷ý?ÿ}="ÐÐý-kzÓn;ú
ý}-ÿk}xþ·N¯"ÿ  öô°ú{
¿éT  Õwøo¥Oú´ém?ëßô¿¿ßû÷]õ3/4¿"A)ú¦á¯
.‡Ú¿Y  )    D&-´Ÿz)ÂpÈà¿ÿ
*ë(r)k
¿Úÿ÷ýÛúoÿú-õrœJÿÉ‰Å¯    ÿn¿  Ã  cd- 7¥^Èa
§ü2  Å}ÿ²@/Þ-ûÇ
¯ÿP¿w(r)ÿß!†  *1/4  ëþûÝ_ð¡pÃªíýÁ  ã¯µúf ́ý¿iBnõ{ú|,lEßZªßê  ÿ¯à"Þµ¢  ûÿÈguò    Ò_Ñ
p^$pAïi%^  'Y',s'  ^Ãß¯\"    k×ý?
öµï  þ¿1/2þÂ 'ýß  "ú¯üÄüÉ6ïø@ ́B
ÔêÛÕ    1/4!ú  Þ¿§äZvÿ÷æ !  ëK‡ßÿ1/2ÿÿUDIþÕy2/ÿõû¤¿É'-G
¿Ÿt
^"ü  ´ôÒý  °    ²$  úõI¥ôëûÿ"É'Ý(r)ô  ÛúÑ  jÝ}÷~°  ëm_Õªwn¿  ÍZ¶>M":ë·þ×Ú  ûtß{ÿZÿõ×
W¯ý{ß{
×î§Wm"úÒ×‡oþ×Uìèk¯oþ  Øg[KK"ë¯
Þ"Ú(r)÷[ÿkëÿ÷Uþ-1/2`¶¿^÷  vy¿Ý}u¡°¿ž  ÕÛ^,þúê1/23/4jo¯    Û"]Óý1/2wô¿ïµÛþ¯¶õþªÒ¿õ°cß{µ´(r)
×íRíz¿´ö)1/2µ¥‡œ~á¥ï=kÔïþ"ÿÿ"Þ¿}§iuu1/2]¶¶¶¶1/2ø_a"-
ßi?ÿÚÚ8á ]wm  ¶•(c)(tm)Á""J  T"ÿ¯kÚû
Vœ/¶°M¥JÃ        fgÀ\.  °†-v-a[°"wûi[·¶  m.ÕZ†•--¥þÕ´  †`$5m{ÿl%ÿ"ï´1/2
    a`Ò¨ÁocÿØá"ä#ö    Ch/cØ->
1L0[øa]*f*#...Ž  [  \  ¶  N
Žxa&ë±Ĺ:V*)°•×û  ÓÓ
Øy  ,WlHß{  S  (r)Âõ1/2  î¯"-Ä¯ÿŠŠ-§§‡Q-é{  ñ$=  w±ñ%mÚcbFù    b
Í  Ó  íTU  ì.û‰  ÝØ^×"!ßĹÜÿØ[        ¶  {M5°"5t  O÷µJ  ×...¯3/4ÈwÒ3/4Âb"M+
*f*
ûö  z¬+u  `*f*"M\·  0Zf  íy  l-,|0¯C*f*."  .  L/J¯W†  ÂÃX`  Ö¯TÁí6¯Q    ...D(¥Ùc    X@Á01/2
Ân`  "¤ÄD0‡
    ^<@âB9Ó    œÄDDA>a-    DA"P  ˜ZEP*f*,"
"  0¢"8^^^^3  "8^^^â""7  í>']´ízZKÖÂ-Ž  <  Õªã&¶  H  ,    ÿÿÿþYN£ÿÿÿÿ2
    ÖÉ^W(c)"`#-Ó³3;C ¬íÓ#(c)Ø‡
"Á2

&
•æó<ìÉõÙÚúšAúA...O; ×;Âgt_dWëÎÇþÿ...\/@¿...ì+(r)-dÄÿ&¸ ÿ÷¥Â[§¯ëêûÅ×ÚôµUõîÃc(r).?qQ  ü
 ÿú×3/4ÿ"ý¯þÕì$J=ò¡ ªí{%  <d
Ù¨³ñ! 2³1/2c...š¨"D ´ù Ï¥ƒd1HB'
SÇ  ^**È...
(   GÙÂ
ž80DJ^‰ÈîÎ ƒ'
C<ãH§ſ¶HgVN3Xs0ç#VT  Í¢ 9÷ša  ˆˆRä  È:
ïŸf        h!  B |8 d†  ‹Á   C   !¯  ‡dâh2C  -˜A,
Ï  D>
1/2XA,x@Ó´
0ƒ  ?
Á  ä~Ĭ0^IÔ Ð]"  1
à8@øA1/2*zzk¯      A°
4  jƒ =
§è6  z|Z  Âo¸Aúh=4ÓCÂ  Omk        ô  iúx]<^¬^  "kwÒ1/24  -ŸIÛ  ¥èZ"Žâäa  {¦ú"
 |D>â$á¢;kJÈ±U~Ø¶ôÑ)ü!Èſ'#Ç¯-1/2HAü°9  "çWøÑ9ÈFš",r'9‡$é  ›   üŸQ  1ú#1/4¹‡!!(tm)Ò?
 çò  è-...  ÷È1/4  <‹ÄYÐ n\ÔÉÍO
'0Ý:tB_Y?tÙœÜ•Ð yNY ƒx ÷ÉQõ  •7¯É!7Ë£,
a
    ÓÈÎ¯a  Ý  "‹iøAÒv  ~ƒÂ
ú         ¶þ  mé¦á4ôÚA1/2 ßAµzá  Þ  A´-i
"‹¤ßmú  1/2&Ýú§Ô4,
×¤  ABz
6ƒ°...t  ¨ë
ý6"ýzöëMtíÂ×ÿ-·ö  j"Ó  ë"_O...é  °µ¿ïA7Ô:ziÚ^ª  þôÝ}-6úÛÒ(r)õ3/4úMÓôøI3/4Ò÷zi1/4~  1/2ÿnú
}1Æ·úþ  .Ÿ¯QI"m/"K  ß×¡µ´Vš]/ëh  zþ"ÔÛôœœIþÚ^Û}ëúÝ¤ýÿ·µ-oÿõû¯ûÒ>ú1/2;§þÝ×*ÿ¥\?ßK1/2
  V"--ÿû]ïÞ¿ï·¿÷  Ò×ÿÿÿ"çò8"ô  íÿwÛõ  µ7¬^  1/4Ú#¢á~ßÓÁã8[êž4ýIÒõ×J¦Ñ  >´¯O  ûÞþ·ëûÓ¿  ï
f 1/4jõÿ¡²  B"sP&"EÜoÛ1/2ƒÈ`3/4*kûÄ  ïñ  ôúûßµß3/4-þ¯z¹
1KË¥¶·†-3/4H  ?úKX¯õ§ëëJûÿúmÿþ°¿õm^Ýý  ÝA  Aû1/2×  Ðm¿Â!¡²  Ç
]ïá1/4"  *ÿ&á
{(r)"ÿ´¿ù8(sUôëý¯[3/4ßë-¢°
îXäÆ[ÿî"  ÀM'í  gænQ¥ÿy¬KD'þÞ  ßË'¿_-Qo]3/4  G1/2ÿôúúéw˝}  ŸÐúþõ  H  ïÖYßi7áøKÿ¿õ×û¿
þ1/2ê°ôþÚô1/2úÓo¯  ÿ×K"¨Û¯¥ÿ§×Áø]  ß{}ïÝ  Î²þ¿3/4öõÜë¶ž뮯{ïõ¿¶ý¿-Õþ¿5ý}û}?"^ÎŽ¿ÿÿ1/2mö
û·-öþ¿
m¯ß3/4¿  N×(r)œêûÿ·æ¦mý7ûØAý´-Î?(r)ÿõÞ¬è  ¶-Õ  Íé>Õÿ¯ÿ÷÷¯_û§û[3/4â  }+[ÿUUn·Qþëÿo÷·k×°
ü=êÔõûK^Ò¿Û²ª);^ú  mm7ÿJµÝ  ´Ž¿ßíz×-ÖØNû
¶-ÚÚÞ-(r)éC[]µumoÓJÂ_jûkýÿk
WO‡Ûºú¶  ¸aT´ÚXi7îÂO†  ã¶  [´ƒ
/ØipÕ†"4(r)ÂÃ̃X0-÷jÝ{
-"K¯þ  A6-
    a*}v¨iH°µmXam°-  V¿^Ký1R&  ƒá,_±[  ˜â¶6  V?dc  0eÅø¦ Ø0K¿¿
S  °Á¨Ø"¯3/4)Š'3    ß"x¬BßB¯Ù
õ...±        ø[Mu ïca}¤Ä/kØ¯1/2ujA  ìIEëjê°ÓO²
>  ¶Œ-|±Õ*ì,0›ö"
;L/ß
&  ˜á[\‡‹
^["Õá¬6Âÿöƒ@×µxa}Zl&  d]Z†  L  á,  A...Ðá, eŒëàÁ

!´Ó
‡5-  Â¦OXd¬ : ¬  á"  C†L1/4  &  "-  †qÊ   ‹  "  B£°"2@‡  !a(0BÐÄq
²ƒH""""â"4"""".""#ˆèE}.º(r)dV1/2;ÒÃYØ*.5¬˜`-->ÎÄÄ"
k×bµ-Uk¶(tm)ä¨ hhC   ÿÿÿÿü¶FÔ  ÿÿçjYØ·  ÈèïU
ge
ìN&€¡ÎÉ  ýï^ŽÌ¸ïô-ÿÚüžÆ×éØ.¯ö£¿ú~û÷éuèê^A
Ä12Le"òf21äk#¢T²*  Q    Sµ  û  ‰oSÂ
ø!Æ  2C0!Ð\ØÉÙÕ¹'    ö  `ƒ¢'!
6)ñ
     r  €š   0ˆv¢PO  ¡þ  &  =
ë~˜BÐ5A§Ã°ƒ}  A
éöš"1/27ÂvƒN!·MüC¤äN/A¶¨4D-¹+ô‰o  ž](ˆý  ÷  Ç¢+ýRù  ¨-4K¬I  dXz#‡ˆù¢S
_° ÷   º¦³Ht  Â3ræäsoßÕ š@›'ñ  n  7
·X',mCëôƒì>þïW·Ou!²ž  n  zt  OMð  h$Ú1/2]/áté?¤Ü'§¦ÝoúÝ&Úiiô  µ§ý-~--
ý</  ¿þ(r)° z  -êá7Œ_ö  °ÿ‡Úó-þŸÝ  é=¤-1/2×ôü  Ò1/2ïwä"  ¦Óï  Ýý3/4ö  ì  'Ë†<ÔÿY
v"UÿV¨1T"zÛzf    9  Ô4;V  ìu'  u[
Þûíjœ  ¿µ]D^ÁÁ~ï  ‡zýŸAûkÏë"KÿëzêÈa¨²ˆxú!žœ
[ÿá·ú°ÿ¶@"~¿§ªe  h<>ïÉ<š>ý9Ð*öµÿö¤ÿÿÚËP  1/4²/ëi_¯¦k  {÷  ý÷ûë}d\(c)  ¶"%ßü  Z°ÿÿëþ÷"Ãê¥5
Uõ¦·ñû¨ïêÙÖ÷¯îœ¤æ¦ß_m[Oý¿Î={ÿ3/4ý  ÒWTý
jr  ý¬5ÿµÞ÷V+m}ûî¶Õîƒ  ðû¦¯ý-"ý´1/2ôÒý~  VÒ¯°[
-"ì]›  vÕlŽ    ao°-Ú¶-v  wá¥wÚíÓV"0"jò
¡...odWLS"  d[±°°a$
%ñ3/4ÆÅWÃ    l0"°`"  G  ‹  á²Å  BF$áû    ]Šb²Ù
v"¿ÜVÅlPiŠ[þÂ...°¿aZÕ>xì"†  Wz&ëaS  "Âá'üD  C°‡pÁS  0¥À^Õ4!"!´Ñ ...Ø&šÃ  A,  ˆâ""'˜
&R¨""""#ˆ    Ì†ÒB""áý  Ú¥ÒÕl  Å  *‰,X_ÃUÕ0Mu  *    D  ÿÿò˜3qÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-
#S,
Ô.ÐíÓ£phˉïAàŒÏN"t(r)3/4û×^4>ý~(c)~´µªK²¤•$ª¸UI*¥AUHh$HT•+¨%A*  C²Õ,¦Gÿÿÿÿÿÿ€  €
endstream
endobj
83 0 obj
<< /Length 84 0 R >>
stream

q
425.28 0 0 706.8 0 0 cm
/Im0 Do
Q
endstream
endobj
84 0 obj
36
endobj
85 0 obj
<<
/Type /Page
/MediaBox [ 0 0 420.24001 676.32001 ]
/Parent 90 0 R
/Contents 87 0 R

```
/Resources << /XObject << /Im0 86 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
86 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1751 /Height 2818
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1751 >> /Length 28730 >>
stream
```

ÿÿÿÿÿÿÿÿùÙB ÌÉb%ÙÙLJ ["Žõ ä¤R'*
›êf@,œ •1/2, P
íT$e
H6°Ö    dØ-¹Øì‹EROêŸ´Ý ¬{"}êù>1/2'Yuz§ßH 1/2°è ëa'õÕ¥"ÿî^Ò¿×,O^¿íÉÌµ'
MÈà¬T¨ÿUÕ6"ÿú¥ Rq ßÆíÇñq¡j"Ú]WZí×_Ü-:×ÕïézûÑ þ¯;§1/2~î[è1/2þµ-¥jfÎ
^#" DVLh¨gAN¹ÆF' &HD1N¨ù"'53b ‡yè"Yöj^·¤dlÍ 7 $Ñ"$2q"â ±Hè^ÁM³8Û1 Y×!(tm)
C6"³dLG HaI
    ^GÐ†G‰p¥ } 2 Rœè/(r)ŸA" MÏÆÂD‰Àí a›    0Á L"
 a DPa:°@Íam²€3/4¦gh0ƒ1 Áo
 ‡a    T/‡è " p^p ƒpAælØH³ŒÀe"ø0@Â
ª×M×q
' è=;]0¯OÂzh=S1/2 ƒé
3/4ñ¡"Ûðƒ 5Ðhz×¤õ ¯"ÿA°¡¯N,ý-) (ŽÜ‰-/"ö‡ œ‹ 4âÂq
8´ûNE(uèŽ÷¦·'Í ]áQ ñ"¿µûä+†¨'" è]pD~G
¢Ñ ç §ý°
4 6Å ši7Å Ð"vÈÎ¤1/2ÈHÈû"u ÄÈý¢<ÕKöhõäv¡ ¢gý"s ƒÈC‰(p@õj÷çÜ‹í,
òg¦, 3{)Éœ!,'{!a ...¹? ×á7V"ò9Ó¦äg"ðO
    ô    Ü ð    &Ð ÝØH7ÿB"Â·ú
ö1/4Ž "Ò-Òð°}'Ù w¡j'3/4G7 :A¿é "m}6é
j    µ3/4ðôétÚOOMëOßMS"VšUÓÓ×NÂmßWÚ O¿Ö3/4ŸÝ:Ú
¿·ûO]?OU{O×õ×Mµ ´Ýi?¤ûu}uoëØ÷]=é]ë¥tÛ¥ð¬ïj‡(r)" ¤-þý´(c)þµBýUïôêÓÓutÔ+ôŸè~Xü{ §ô¿~ïÿ
ŽÿÕÛ}=
Wÿ꺰ÿß^1/2×´úÇúý{Oz}~Õêëa¥é;·é:Kÿ ÿÕƒ¯U÷Ýv-íúýn×,U×áSÿ·}ínÕµh ÷Ö
    ¯é´;"Ý}§ÁV3/4õaõëäuÂ#-þé]¯ w^³¨"'ù
×ôé"
è ÝU CëçPò 7¿ÿéëwïS >ûÖò ]íG"Ò u]3/4¿wKå ÅåUòL U^ø¯öê¿ ¿H †
¿úMÿêô¸-úÝ¨î†)¯ÿ×z êûÕoÚ!ßî~ ÝÝÖë¿íü" ý^ 0Å {ÿõ¿ß_ ,?]ÿ
6í¦[íÛûÿ¿÷·ú õÕ.    ‡þ"ÕòÜŒr¨ë×"BuÿD&A´
õ¿oý.é DIÝÿðn¿ AÊ%¿Ký4µTõ_íQ4o¿¹ ."éLam "~3/4‰#(r)¨š$`Ñ$uþþ¿íß'I W_È¯"íËØþ-k~ûïïK
"Âþþ .ý&ÿU~¶ÛX]ÓÒ

""Úï^ßú§¬'_ÿ"çi>uOï(r)•´ÿÿÓ}-wÚÞÒÒ~ÿÝ1/2¿þ-þ¶Ò ÿW¯õúzÛu §íí
_÷ß×ÿî-ôµÕÖ3ßøߦ]Ê~×5Miuôï LzÝo¯¿ ~¿úÿû¯Ü
¿·¶u} ‴ÓÛ(r)×ý´3/4¿z{Io÷Xa=ì*}wjšÚ×ë÷vµi:Å{¿ú^(r)ûÃÿõÿù ô›J×§ýµ_Û
ö"ß^(c)Ö-¿ÿM(r)+ê¿¯V"
    þ"ké(r)Ð°¶¿¶]¯-µ[a...M+__vëþîôÒÿoomoû¬ ±÷µ[WÛM†•"Ûk·ÿðÒÓÓWT¿õß‡PÒÓ ðÂL4¯í{"ò(ÿî .
ì5öÅÖÃ
š    ´1/2† ¿ÖÓZjÂÃ
aV£°zíûKl ø}pÂZnÃ    6-Úö)

Šï  b  ßQ&='rÄ.¤AÝ""ŽL|l  _†  zkÙ    ⟨øØ¦%¿·ß~
x(r)$ß"p}ìVÒÅGÚö  M^ªªÂ_°ÔÞïÏI?xúb1/2Š]¯{d-/²        [[!â-ý¿[Vª·ýjí5Á-#MM  0±ÞÜ0¿Ø+ö  |+Za
rà&  -^3/4  %a_°"a        Ý5[§É¸[
ýþÃ  Ú†š^^†
  ˙"v  D~  ë˙j  -0"0@Ð^0‡a   D2(Û-  i,    Hp2ÄDxN#    ÄpeV  -6Ä  1/4H  -
×  FJ8^^^^^^Ž#^ŠŠ^^""""""?;"Êú.3/4"5‡J1/2mmkôÚV¥XŸ  )ŠV1/25IÓa0ší    (\DD  ÿÉ³¨ÿÿÿÿÿÿù
jŠÆ"W0¥¸4e  v'&é�̇iT@R  ÐfBñ        Ç∫fs:È\vdeZ;  y  d.I~Ê  'w  ]ù(E`(  e8¤
ü‹zu(r)  ×õáB
0  ¯Zõ  3/43/4ÿ_TÂ!

?ð•Ë8[ÚõÖ⟩  Ñ  Ü-Q.¯ÿT>×  ñ§,    7Aµ{  }Gÿü&Òm-j3/4šöÿé{ÓkÛ∫ý¿¦þ-¿¯3/4ô¥  Èl‹‹EX¤H‰\l
ì"ÈèŽŠ"E#]š¨¯‡{jÝ:-çp¬  ‹⟩    Iã  -F(tm)ª#¢&È1HÄ)Å  ò  sQ  YÂ%Ù  ^*:3∫¯  =YQ  Êd°Ðy
@∫³C    AšÄÜ‹û  D  !"  >Â"+e˙H‡"  ï(r)¹  ‰
  ¦Æ  ...  ""(.Êô ÉÝ"Á  øë?    Á  úf$

¡¢‹ä€l.  t
    A∫  ü
¢`-,
1/2$Ó¤"    O_      ÿ§  ð∫a*OÝkú  ∫tð  ïAÿö  i¦°¦"  h0∫´ÿïONë Ñ  ‡j˙(r)î  W
âøõá  k°[kÚiÄÄ7D"Q~^7  Ä4Â"Ã¯Ê°â-´ÓÕ°D|qz  3/4‰os@∫è)t¢sa  ÷ôKÝþÞO(tm)¤‰cÿêûâÑ)"d\k
  6ò/ç  ³Í2‹'#%î  6‰oû,näçD1/2È1/4Ñ/h    °Üö2  w1/4°.  ›¦ê(c)´  Â
ÉÂ
ÈÅò,ê,
ÐAý¿_ÒdsÂnG‹'Òu"âúü  m'Ý'A‹'Ââ
"ð´  7j-r:dskÂ3/4´  I"J°ñž1/2^  O¥ZM¥õµ1/2ð Ý==7þ×ÿÂżt(r)›Ãmaéé´¦ß(r)(c)á
tŸjôôë+ýú  ...oµÂûõþ¿ð˙(r)  Ón-¤ß_Ö•ÓÂéÖµê1/2'íûi1/2W...åŽÕn›Ò´  (r)3/4¯Ú¥
_ÝWÛÙk[{ýx÷×  ùP1/4S¥·Wjþ†"ÒéjÝÆôû_×
ÃßÐëíÆµt¯zKyž  uÓým  _ø1/2Pê"ãNÚ[ó;þ¯÷÷ézdë³@¿,ëûJ  ~/úÝ-ÕéÝ"*,ÛßìÓ-tï]ÿÛ¥ý3/4ëÄë}(
tm)ùGvÙYN/ñÿm  ,wÃ?,/í*ÝÿL¸/°öt  I]°þF,ßú¹N  ôû_ë÷áßê#ãD  $  0¿ÿÙ
1ÄX_Õ/KªÕë  '  í3/4é=ß$ÁzÿÓ$  ÿÇ1/2¯kªÐd‹...nÝ¿
Â¿vÿà°ªš[Öÿúú^    z¥Õµªa̧SÿÚ  /þ¯^íÔÛ
ûXRj
È€5  ‹uä  °¿ôCÇª  Oj  Ú°¿  õ{ôBu¦ûÓßÑ
~¿ôCÂª"M¿ß-î  °ü̧µ  Pl  g&DÝ~b  ]  f¹‰¿$A>  {1:þ‰#k×ëxDg1/2ÿª#£"¹eÜÿ¿ðo  OôR  É'úßß
DÈ{•kú}5ÝÿÀtÿµõp´¿ÛÑa(r)(r)°Ô§¯\§¯þ¯7m  3/4ÿ×Âü/*÷ÿ›žþÒèÞ1/2¿
lèô¹  ý÷Þⱦôû_ü  û~u~êûmÎ(r)ÝÒ³"^ÿ÷A>¿ö-†Î³Zú_ÿ}-/-
ÓKÒ(r)·Om$ú~÷W¿  Ü;WÎ̂"ô÷¿¿ZôÎ†•Ðn(tm)V  &Qßõµ[_ÿ¯ß°[ßþÛÜÕþ³U"¥j3/4(r)  ñ°¥ë§ëú¯oûÚÛ
×ªÂ  iÒCý]Þ¿*÷ïÿ  [_U¯3/4Õ5c]ÿôþÐPÚ[n~4µßm/ÿ]1/2  om;Œ?Ú^š]...×µëë[Jé´•µïïmX÷{þÛ_V  †
  vá¥kk-ÄK::õÕíÍÒ¦"-rCi  {
W}l'¿1/2Y£ï°¬4-m^Â¶  Û§¦"°þ´"°a&+mŽ  %
  Þ¯÷¿x`²>
$†Ã#‹
%ȩ̂ßÁ,W  ÂO!
¯Ã[û"¨ÂÈ∫¦  IŠØì  Øa&
/ò/?3/4
oÆ´ÿ  ¦$BöÂµÿ‰opíŠV(1O¿áŠØ-‰o8ÿ
þ¯±&íŠbšÙ
ö$ßñLVëüþÄ/†    "L&  ¦›Aªû\?µµKí¦/¥a."úúzJÂi...†  "1/2ª}ßíÛôÁ    0Xp`∫

...M4› k éÁnÁa,
{¯†
å°Ø!è_¡Ø.ƒ 4
 a  l ²,Ô ƒ 5UA"ýØQ ¡ ˆ°0B"#
0B$""uRÇ2ÙJv q
û " DAžB ˆd¥Á (ˆâ""8Š^â"#ÿûð'I ªßªv¢•?Çÿÿÿÿÿÿÿÿ-äœ(r)+ŒÈÌRúe- -Æ@L¯^v7•Ý y'
"<Œ..."X¦ •'(tm)ÐïLîã³
4   ?ý  ïS$~Il•}yøÅZþÂ ÿS¯¥¯ ÞUÁo.w°ÿo_]]*ÕkCÁ]Vßû¿¦ÿÿÆ¬qøO_ °CÕ  °û†¶1/27Oßþþ¿~ý
 äÇ°Ôû[ÿi:µ×2Y Â6Ê ÌÙ
,! r R
,vV¥"#¹PÍˆGÎ3¡', Ñr d1/4F
DÑ8¤-H
&T(tm)ÁJw yÆP) Éq'æ]"(± ù²% f<
A1§Fl èì þÏ2##¢:¡á
øA¦ ¦["-g\["
 h<Í, "Ð2vt0A' "
 <¤
á0@ö @ÉØ@Á Hq h >Ð3PHŠÌ `fulül < 9  Â u d@§Q
€ø a ‡øü&'q¥ þƒ´=0ƒ 6ê ª

 T -(c)Úh8Â
!¡`ƒ] Ð;Ö0š É0]Â
= y‡zh?¢; #¶òXä øDcþ•4Gm Î^°ÓDQß¢|ãDXkqk ˆñÄ4G
"DQÊ! 4 Ç0äÞ»¤× w †áx´ É.ÐA§àƒè ¬Ö Ð°3v‰ÍÁ
"-J%Ô Õ ß h-Q)¶G:%þ nDç
È< ,\à"< y?"Ò v.(-"ü"_D[¢ îÊÆ‰owDvÙ d^h-¿ÂoÒ"Ý">·ÿ¦Òm'Úm " 3/4 É!
A
"ÚMÂy4 Ü&ÒnHŠ ¸NÂm&ù *" Éb§-w&}
"åC 1 " ßÒuéé]/A5þ•ýx["¯¥é Ðt¶°-¶ ¤Þ°ƒ"×OÓuMët):AÒéÒ} ß]
Ýí>£uô- Õ>;øÓ"mÕ7íÿÕ¯Jßní:ßÓi ú^šzK§ýá]5Tÿi]*¤þ`woýý'×Ý¯"Õ3/4ž1/2÷¯¯ t1/2k§ú~ Ò"Þ"(r)
1/2û°3/4žžþÒÿ ×¯
3/4ñÿW¯Wþ-¯nÝ ý XDtï
ýÇ-(c)'×ÿÿïù¯#Ž Uÿ~Ø=ô
'vûõZUÿÕ.Ž5ß"Öÿoÿ¸}§^"wÿÓÖßÿü†
*_1/2ReÁx:øB‡íÒ ‹Ú"a+§Ø^ý.¸Òë¦ÿê-é:IÁ2&:ÿO(r)ã¯Mÿ¸¿¸ö±°wnÁÿÒ VL /O×Ý[¸ï¸þ"V¿$
 ý¦íõ¿¸uþ^xí¯÷W†¸ ö ¬÷ûÁÄkþ÷Vÿöêÿî¿¸Â`Çÿ¥¥ôïOûDQÁ¸þÕ¦¸ãY
>(r)ê‰oÁÄdÂtCÇ×Ù"{Ú(c) ëï×÷(r)ïD<B
 ÿûï ò0Ôuþ ¿÷þ°è§ Ò3/4‡...á iöÿzÕ4å" ÿ¿÷ÿ"D œ"ß¦¿-!^ûï:¢:xZÚ_û¹)?È3Ûúzoà¿¸þ1/2ª(
r)ëéó1/2´-Ý- DÈ}kÚ¦µ°µé˜ ÕþßÿaþÛ£W[××¥û¯ÿövßú¸¶¦ÿ1/2úÒ]ßÿÿêÝ"ÿþ릦{ÈÄ°"Úp×Û: ÙÕ3/4
×ÿûÕ¦ë M ¯µî×^µûV°ë uÿ5¢:þš¤¶°(r)ëÿÕ
ã[Úóí ª m~¯MR_µï1/2×í=?°ßkW¯}."í{Ýv Â "í ¯[(r)Æßþßé(r)ôû
c´1/2_¿ÿÿmt-/1/2°´ ¶ûý4ô×ïÿWí.--¬5Ó^-;[úo
ëk
z"öÒµ×Û
ÚPÒ ˝m(amm-WM'ý†¶ õë¶"ýýØ0XØ28"
Ø_°•,}Ã
"äó† á¤ë
pÃ \ °Ö×Ûö

µ`ÂŸÃVÖÒa¬ 1/46Ö››     Z¸Vö Ý¥~Ú^¯"-È;Ø-‰'{±Å2.&
$Ä- cƒI†G@"QTÅ0ÖÍ‡øø8¦*
Ø`,‹Š†,‡ðØ•w ,ØZØ28Ka- EÏ ö(c)--¯Ã!^È;3/4Ø¦¶C"á1 ÄU5mDÃØ'3/4öCÇa$Â¶ãd u,pƒ ¦"
øð;Ø"|K}ñ°lB¿k¦ NÖ JÁ4›Ummì&¶ a§aXal ÕÂÒÝpa2Ý0°
ÂujŸ*k]...°-"Ud;1/2-v¢"""'#ƒ8@B
! l ¡dÆ Fb
éäAÂ Âa Ð^0Cƒ=PÈ PÄD a rÂ‹, ¨4!ʹò_Ø'jÝ,
!m,i" Áq q            ÈhA-±¢›Ž'ø^ÿ&Ë2T'"äØž
-(r)*ša,\n+[ZÃ
"?ÿÿÿÿÿÿÿþMÀ,•ÒD Ÿ hʹÌ-Ì fZÆl' ' (c)†dÎÄ#$¶(tm)&)Ù›ʹeZAøM03/4ƒð'ÙA(c) {
}Ã¯þÿÙÒI ¡ö^ŽêKÿ¬žÉ7ÞÒ è AK8_Ö,ßÝB¦: Âèw¿ÿV"~(r)"ÿøú¦þ mj¿_*¯Z~Ÿÿë(tm)Ç†Ffl^8
- (tm)ÔU (c)•1'a4‰ VôÉ "Ä";Oî@Ñ3‰Aä B6 d¡ù¨)i;ö d0¸Aš, Á ³d6^ð^t J "3
ô ifÂ( †(" (tm)p
^ Œ3\ " !" (jn#á Š
Ahf, Î ~(tm)±"
œËŠ
Ða ÈÀCm fG(c)pBq Bʹlã, ˜þš
! Ðw M$ôÂz" 7n iè0ƒ!,XA°
×t Â °A° ðƒ ëá Ÿz, M?°ƒ'h8a
âÓ"]8Ý> Ã tiðƒ 8´


P¶ʹÝ&š § N!ÃŠŒ Ðø¤ Eü^ j3/4DÇ¦ÎEæ‰ó6D"#991/2Q:
ʹÝ F†òÎùt{È^,ù'ÉÏ"àh‹
EvÈùò~ ª±
öÚz% è    äç~Ñ>ÎäçDH
B
Aòü"‡¢<l_a ÐAè8H7 6
·#
§"
"É-ýt§çÐFf"t £@ƒxoA7ü ôßè Üš
" Ð æÔ8Ô'ÉÑÁ
þ t r&?_tÛN- ƒµ¥Âz´¿V÷¦á7MÓp›"ïÑÿM¤ßÒ ún     ʹž(c)&á;ôôÐuºtéàƒú µ
ÒnšéáQI¤ÛV"µOã_V•"té:Aé1/2["ªÚvívêžŸê(c)1/2Ö¦:¦¶˜7ÿñmëÅéêÈa†°zèWáÿì*Úºo¿°}z×Ñoªõ¯qz¤
¥úÁ¶µ^µ(r) ~3/4•-%ôêWú}û-"ª ¤ z}˜'"ʹŽˆÓ ôÃ#-õ¿ÿê•:wÿKëü-÷ïÿªwö- áúUi-*úŸwí/Të1/2zw
zp-÷M÷"úzÿu ä.ž7^Ú¢¥T4È0"!
Ð."? ÿ"›öÒz¡µÎ ÕŸDtGîle¡ë(r)ëëwo{¯áƒ ÿü¨vïyN Ø;ßÿ¸Žšõ ë§íÿê;^¨üœ - ¿ÿ·ý-¿u -š1/2vÿ
þ
†-¿¯Õ÷ïwßî--ëOá ÿ¯éoÚÿòd€Ïl† ö¿²7)?dà¡ Bãp`ß¸jB¹2{¯þLr‡" ÿëõ¡ƒŽd5ôBvþëïÿétë"þ
õ2¶'×¦é: tI ÁúúNr¿0Oü! ÕÿkÕÕÒbiœ§hŒúy0 ÿ3/4¿ï¯ø6Ý(c)Ñ:kþ"Z


{ï¶¯¯ÿ ºûvökm;I £µ"Â¿Kêï-ÿ(r)¸?ï ¯ÿoŸÐ¯Û¥ëgTßý]/ÿúûk"°°¯néó1/2Z·ÿwß lë ~ ìèÿ: R¹ öµ
m\ š"ÄÖ-]7³Rzuï§ô÷¿5è?þ¯^1/2?ÿúÿç¯KNÕ̃¯kß·þªö•ÿ¦ž§ ƒ}j´ ¬WWõ-1/2§(r)¿
èzoÚ[Ý×ö•ÿ"á-Õt-ÔêÚKÚWßi Ò-6×""K]nÖ+ÕÕ7µÛ¯ÕÚwn¿ík×WZÿV-¥kkv¸a,Z¿kV1/2è0"{WM¥
i_|:Øioo
.a÷ø[K]l$ÚÞÚ[ÚjÿüÿíS
6•" °- ¯41/2†•Ø-¶ 0¯¿v°ÂÚ¶•¥a-´ k°-A¶,áö"0"M¬4ë3/41/2† _µ¿ul £c
T‹Â•¦5â(c)ƒ
LB^Kì0"

°        0Í^Ã        EpÁZkÃ  ´Ã  ¦    Õ‹Ó*f*        1(r)Ã
ü  %{†
  ý]1P¯U´á,"û
‰8w†  ìSQ    ˜²Ø¥"áU±VÅD$Axû  È ûØ...k±Oñ_µ¶¤Ý0*f*  ì,0A...àÖ  ^Âa~Â
)c"  aIŽ‚O^Ó{
aPa~Õ}µ3/4  [Ø_`"C  ž@Á    Á-\A"×†
`‡    "  ¨&  fpXa0MP`"  +B(c) \  †  4
)p  `‡a  Ða    v¯U  ‚‡N...C
‚͵B""'""""'""%:  Q  #.±
ñ  "  %Rb"#Å¡  D  [ï]ooÚÿÿ  !  ÿÿÿÿÿÿÿÿÿÈr¯ìÁ;  Œ"Å‚#;5ÊãÇaW*f*"*ŒÈ]à¦U¢v¤"o¹  Ò;(c)    ÿ^
Ìý2J'""ÿ‚_^-êž¡_õßUÂÿúZ§}X-Ŷû  í"£^âYUýú
UßÛ^µ¹n(r)×ëïü]ÈÐ^Lë    y±  hÒÌ  ž2(^-gã£5vk•Î  *d˜È͵Î3¬V  A×!  ΓQ    Äm  ÑN!    -f€'m
  G  'c ë6È'L‹¢C#qÃ(tm)-°  g@-    Ú
Ô  ³Á    2†}¯  }¹ )]Ð("-á  °   Ï³
  pKžP  '-  !ääB#°
Q  ç(tm)Á,  a    Ð>q›8<ÀsŒ g@øD"

  pCS  ÔÐKLÐO*f*Tî-
    Ä?L ýSCObàý0*f*Õ-*f*°  ê  `*f*Âv-a  œ4Â  KÞ*f*†...îÿH-¡
^´Ø‹'  4õO‹Cð*f*´  ¦  |R
0†  Âü8äp  {¦%  EŠl  ûuú""    ÃÿôãAä
ä    'íEÁ'á  ÈöÈ  Ð÷È(tm)ä^ryÞNnPäœ$KÜ§'2&d°‰OÉÞKœ^D  %í  Ê    ø
°    ¹?ˆæ²‡%:  häý²?ë8å*f*w¢;o""Á    ¤  pŠzl$Ü  Â
a  ö  m î(c)6!Å'  ˜Ú    ¶IB¹  éá  Èžõ"è&'!#Ñ  ^žÒ
‚tÝï k"ÚOMÓ‹ë @Ü'    ziê§°z  UuÿÕðÝ§÷I1/2$*f*p...&'áuA&é°¶{
á61/2?1/2{¯·O  õWPÝMti°n›ÿ~›H>ýõÝµuÕSôÚðžÒì÷÷ëx...¥  þ^ÝB|ÿ}RzÍ1/2V·Kµýc^"ÿ"ôÞ¯3/4õêâ
ß˜'é:C  öõ>>ÚWõãÿw}_    ûëÚTúúÿí1/2íýzJ(r)é}Úÿ§:ÿ§kx}}?O¿ÿßýh*Ò‡O  W¿1/2k÷Oõ3/4ÚÍ¿°Þ÷I/^•
Ún¿3/4š,Úý}¯  ûßúZýt*f*.  ýí3p'Pv¯ßü{Núv`  ×  ²0Mú²81_]/
-ÚýFÈBÄõ  M-"
w{øß÷b=  ¡ÿÿÿmz  t-¬†  ü%Õöþ
×ÿ§}·]ÿ  GŰõÿ}  z-iÿ(r)¯û¿3/4¯  ¿¥þ°]²\  ŽÕô¯|2  /ûÝz¿Òôÿë·¿þ¿p  þ°ôü"-Ûî"!‹  ¿öü"(L"í§°ú��
ÒUßôû"-¯ÿ3+'  u}}ùe  Õ'æ'·Þù  ~Õ)"w¿VÕ  GK××1/2  ÿßÕô§Rì¿é  UúÞT  u¿ôëZµëÕzÑ2+N¿§Ý
tÜ  3/4ßë*f*z¿û¯x  öõÿ°oWëëÝÿ×ÿÝÞb·í/Üëé"~(c)ô£°×wl-ß-Öëþþî3/4Õ
ÿÿ÷:µ{_õ[ëNúÍM¿]  lèÿÔÛk_56é  ¿Ðÿ¿V1/2úgWe  ÿÝ[W:¶Ð_³(c)÷{3/41/2xÍ¿[íÞíÕo{×  SsßßÖ•  _g
[ßkûí63/4°ë̃̃̃̃̃  v"u"étÞ¶¿ýZßuñµÕ--ñë°WZZÝUqÿ°1/2}¤ÒÕ!ß]°mm^¶×I[ëÕ{\-úÚû¯{vØJÕ  ßøamO  -
û1/45ÿ3/4Ã-m¯"[~ÂÚÁ        CK͵í+á..ì/µÕ¶"k
%ÿPÕÕ†•ô¿_
[øua  m'†!oôÃ        o¡L0-ikÃ  6±°Â¶Ã
  xa/m,1°Ï  ^Ñ        JÕ†  ¡ú-Xb˜(tm)ðÂR%Úy  ¬B†
Ã
"  ¶(c)°ªØ[+é*f*£ï^§b¶í
cd-,T‹â˜=&+Ø¥  GÃ›¿]Šbâ!nêµJÅ}ñ&!<S  Cä@wŠ!+-  †  ë-Ði_](c)    "am}µì--¥ÿ
&C1/45ª"L&  ÷_‡k"  &*Ü0¬5]Å...A¡  0¶  ³@Ma"Â
;  í  ˜k        Ø'¿  Î  M`É‡"MA,
  †  k
A7†H@]  ...1/2$Õ0(r)"""  Ê)  #  bDØ^†X'
šD,!Q  "DA›b    ^*f*  ""  !  e  ^*f*6Ë̃¬  ÌDhDDF"DDTDW"e
ÿ

R⁻t¡}ªUØÅ÷ {\0QÿÿÿÿÿÿÿÿÉ´EV; gÙÙ6W   Ö)'\MÄŠ[¬÷ Š ùó Ôì (c)>hÈ´[•²
Ÿa8_ª]£*›KZ¤ŸëK¡µ×à¶'Ú¶ïÚV8éÝÒåÂVµ⁻É·
Jµ  ã]=¥ÿwÆµX/~...ñ⁻O(r)â-úÿµ_WÖ³u\ÀÈ) •⁻JF§ww1/2ïß(tm)-G   2vt`^t  Ä^lf ¹ B1'
·çB"  6Î†¹PÉHÈQ•VJE7  €..XÈ... 1  †(tm)€Ï%(ù"jd  d,R0ÎÇ-LãŠ-Âa
è:VÐiè  "  @mø@Ã '
u8ò -   j
  , 1/4/Bq<Í"  îÈ³  D=D)9ÁB  j
ý⁻  ¨4  @Î   jy⁻  D  åÙ  @`ƒ#AÉ
   °  #§ "  "ŠiÈ£3/4'  â  ´⁻M5í44öÛKPš
;÷Ð¥Ô&ƒ°ša  3/4ƒ}   7ü'"í  -¯CÝ0O   )·T -A
³¹sz%ŽÑ+ué¢8¦¿Æš-<.-  -ÈŽ£M8´E†>È´ Å¦⁻ za  ]§qjêê<‹í+úa²hÈ1/2H0ô  m ›"
Þ"0á ¢to¿¢S
   æ‰Ð>×d+¹9Ê⁻i ›'çhœÜ-èÍÈ⁻ù ²|ßäé‹,  ÑdxäLhŽ+(tm)¹ áéá
1/2'['  §°  AºoÛIÒ|?WR3"ð›¦ýø é
¹$&Ð ò?Ðm  ßPOÂm   vHéä_uÂm     - ;3/4 "{
Ý´"kkAt•µõ_      °tŸ¿¤›VÒö×"Ý7°
 Òn  n(r)žî3/4  ¶ú]Ât›A7OZOü+í•3/4-úé¿V¬   ûtõûõW]  ý.ªKzý
ëþÿµ_¤õ¥¤ëÂ°  Ò  1/2Z[¥Tì~Ôô+õÖ)ý¥"T
{¿ÓáíáZ-_°µëéñõ‡§¦{íú-WÛÓ-þ⁻o"ÚÚpëÒÔÙé3/4šmEuºýWUÙÿÇçKßöÿ  W  öÒÛ~"ÜmèkéÙ   íÍ+
"  "[_  ÿKL¦ -__þžõéµ×ÿ~ ô¿×]  ^ õE
1/2]⁻xøŽÇcè  n‡æ 1/2ÿ  ñíÿUwQÃ.  t£:¢8O¥×'+öK‡⁻†iälM~⁻L'x5éoûö

þü  öëº3/4ë"ÚûB/î íÝ}  á(r)Šp^ß´É0  §þ*"  %oû$9-(c)ô(c)v  d0]WøO]^⁻ÿ ýkû|/û3/4Áþ
"¦
ÿÿßå¤u:F"s  Ë `÷ò(äôê...Åm?ÉQ-Néwÿòàâ   8*YdÈ{_k(r)  ?Ñ   ä   "  ;KÿûÛN·ýUP9¬NêZŽ‰
#Wz×]ÿßøÏQ}  hÿ  oí  žú³  ž-_¿-go<[õÿvä
^ƒª|›á-é{µºþÓÖ×¦ðKúíÙN/ð¿uD']5Kñúfªê̂⁻°Ã‡"íT(r)ûßS⁻  Úþ×þß§ú}T  ×A/Ù
1/4'Wkþ⁻m...öÿ¿s"":¶[Ý~j3/4'ßõÎ(r)Ðtj=×~Ó3/4Î§ßºó"Iw1/2ß  ÷|å:¥Þ×1/2Û⁻tÇk⁻ëÚœ}÷ö  Ò1/2zKV
þ¿×ë[Û"¯⁻êÒsû_ûÿ
é}µ}sSûkV¿Ý(r)ß"iu1/2CTïv6î̂  ñ[í(r)ö•⁻m(r)ºÝ?§v3/4"¶-ÿöõ1/2÷fî°_¦  v•Õÿ̃ÃV  ¸]'W"[]õá§"iZõi]ì
êï⁻"éö•§(r)  þÀU!!
Šy  <‰
†  µ°1/2ì:Ž×m-ƒ    6  a¥Öû  O}¥Û
.  Ðdtÿ÷PÁ{  ]†  ouÚaõ-ÿzkû
VÅ0eÁb¿a'Ä  -(r)ñÁ"¢¿û1/2Š
Šþ¢ #wÅ÷û  ll{  ìT0JÒm†  ÷m+Û
ÃJÿT  bšýŠ  ïd0ÿka1Mm~È#ü4Ä.Ú‰'í⁻êÅH;öC
ý¦8·Ø¿Ã  Z
ƒ  ºåÀX¨ša   0  ¦ÿPÂi"Ÿ(r) /ØMj  júÖ×h5¦.ö  a2 }d;×O^^^hDMH0@Ì "N"*  qü2`Á

ÂèhT0A...á'¬ðC°Tâ  A,  0A¤ª°`ƒ  0µ  iÿ,#  Â^^´"4""'"8^^‰  "DDA  rB·
*ø^Œ²⁻•Jþ×}~ÕV  JÈ⁻+bGŠ¦  5Õ,
dV×¢Â  ÿÿÿÿÿÿÿÿÿòn6)62s%1/2NÔÿÜEA  FaœØh$Â"ŒÔjB...;   ÎÃg`åÏ(r),Œt×@ÒCl
×¢$ Òò²ÓÊ"2*
   ¸È  É"ò[-.ŸÐa7OÓ÷wá-'è⁻Uá$°¦4  ×¢[  ú⁻
ÎêJ /ºÄä
   DæUŚGGÝp¤ö5÷{L*ªðjýÍl\Ch Ýªú_'£¥ÿ  }ïº
ù£ôú  Ðqfÿþµ†é¿ëú  ÝÑ7⁻iåÃ(tm)ëM¤íéýU⁻ì?mþd-Œãî†GDfD(tm)

"¦ R2Võ<õé¿ý]{)ÏÝ}ê"^àª †C
Póì¸Á t Èºƒ: ›f ...
"#˜d¸%"BTE1mmmÔznˆbfû/ !Î]'(tm) 'R#"? Ô.D" HyÂ:7:•œd@...DH2†N)¬'e<lŠ tA‰f¨Ž'
ùúÞƒAÖª Ðh4
uAè Ó ?¥¦ºoð ñ '... è5Â
'"Óí U "Ô ê Aî}Ú, h3áÂ ašÉ
SD ¢ s
BR‹Nøî-4Þ4 XOˆh7÷µ¿_"ÐwÝî...¡OÖ iÂziöÒiÿ 0ƒÂ
×o[A
väN¢ ÷-}¢sh ôKÜIÅ'ÂdL¢<{ ÿú¢\êD¡)ã -‡¿!ÝÉ;1/2bþâ Þ(c)¢\ûêÑ Þœ~È¯âÂ~ž›ù ÈÿM
Á ù ÂnGá

N :é}3/4ûz 1/4Í
žE1/25(r)Èç #3×'y(r)‰ÍÈG¢toòtpƒÿ#º'6‰MÈÎKÞ-u...'hDÊ#ç¨MÖü-ééÒ~'za7Ât oµzõºô õ\!I¹
"ð›...ou ?Ðy*RoZIÒ1/2øB n›=B
¢2ËtI¸M
›¦×¶3/41/2kTýSîý_3/4ëpˆêßô(c)3/4ýêÿ(r)ƒß×á&éé*3/4· øWO"µO|'§¿âý Mâ"¿Õ/OMî-Ã¥ÕÝ/Åúoÿþ
Õ&ßiéáwÒøÿÓ¥]=/ÿ
ë1/2¯]uV"¶Â÷ô"¿þž-vÝ"¥ÿÝ-Ñoßí+õ} õ ßÚWÇ"ûúz"× ðTÿ÷]?_"ßÿÿúTÂÿ&£×1/2÷]}tŸÿ¬ëõÿ
¿û { þD 5ñ}Wï×œ Ý(r)þ÷ÝE"E8%GOÿõõß
w' oºX5ÿ¿_O÷Ò1/2W ˆù¨ þµ÷û1/2 Õë]SzõU 3/4"¿ÿ_ô?CéÔÔ D•ô?§"§%õãßA‡úúÞï~µíµÿ[
_vì-vŸ_¶¯^1/2ÞÛªåÀn÷ÿûˆýÿû ôBçÞAruëÝþC;(r)éz¨d'î" pˆ{ò
¤¿ÿÒ n1/2u{jˆ#Ã àÕ/÷ß _ü (r)Ñ#þ¦)¶¿ëòÊz¿ á·ß15És ÿýÕÿW"(ó êšD'A×z'
(r)-~ôA ÊRüŒ ü'ûÖ›ÿþ-ýÿ^µý êÿÿ÷K§áu3/4Ú¢G'ƒuø-{(c)
¡Ê ÿ³l×ì úI :ß ûwý¥"¤Ýjûµ¥ÝBÿºÿïÛ"õøTT]+~ýrê ÿý{¯í}/¿¯oýÒ[_é#[¿]³- -{n¿úþî1/2+1/2uo:
Ÿki?ÿüãw_ÿìè÷ÒKúó"¦ÿµzûá-¿úýÛº(r)ÇýÙÐÿ: ÷UŸŸÿ5;-ú¯ýÍJ3/4ß kíí"Û{ÿÿõî"k
Û]uí}}w_ÿýº Žï\%ú·ÿk ë
{õÂúý¥ª|5¿"í+býA(a&
î-µØiwÖÚÅU i{-}^µí(r)1/2¥Óÿ°ÒõÃJE ao† †,j¬%ÿì4ºÖ)† Øi?a{
v ö W{ n1/2 "Ö ´›>‹"Þ-ÃKº¹Ñè ß¶ û tÅû Á...]Š¯ƒö -{Ó šØeÄö=Šãøaz×Ø03/4Á,Jö ƒ
Šul ¡"-‡^¬+þ ûé wvÈ;ë
(¦Ö(r)ûø""Zk¨¯d--ÖÈ8ÿbêïö)ö7âXøéx¦*Eá_\ "çƒ
& Á7{A¥l0ºNü0*î@...
m¯¯{¦ü2 ï_ì%ØUMXaB1/2¦--m1/2|1
Á ` -ž 1 5A, "(r)ì j"4-UHQ \ `-
àÁa...T,([
ñkÎ,3/4 NÂ,-" NÁv•†Û]¨˜˜˜˜˜˜˜˜˜˜˜˜˜´"""""D ˜˜˜°"DC'!É," ÅDCL!
DDDDDF[ 1/4 ÿÿÿÿÿÿÿÿùnhÎÉ2è§ËLÍJþò(È[(
LÈ#*¢ &T3"ˆŠ²] â2æfÎÃŒª 1/4I"- š¯Ù ð _¯1/2 USµ"NÖÓ ÉÑ*H9'VýzkáHÏê1/2ò-º ô"Â
¯an"(c)!Ð]îÿ×KK"P¯ÿù: p‡u(r)-×ùtúëÚqÅ.´µ {¬_µÆ÷ý õ}þ¸×ÐÓB¿úk^3/4¿_×ëÿÖé=3/4ïþÿÈ4f
ÉÇÝù, *tL :FBs¥'4K žPDº$
SÖ¶U"Ý{(tm)
8h a3 B'6< fy±š 3 dpí Æ 2D`f €†±'ï* ""#öaYÂ!Ä3)dA(tm)
"DÔ‰s ï8e8B"'Ë" 3F ‰Ì œ-O(tm)
PD9È@æØLŒŒ
øR0f ÏFôBYz D¶A°D8 sÆtŽŒê-ý¦ƒP á u@ßˆ ]< a
wØ `ˆW âÎ ðƒPD:B R 7M5 AÏÂ ü4ôÓA,
¸" ø@ööT D )Ç,

:ÿ C æ ÿ h8ôÕ4×é4â¢ô-?ˆn 4ÐhZ oi§Æ±jœjš¯Ôi"î-@ÐµU´ý "ÈW!q¢<r Ñ Ý‹a}¢(îG"ä
(ì ôEÇW hˆ;M'

B|\Ž!
íÄ1/4hŸ5~¤ø=µtKÚr-/¦ˆÇò(¡ ,_¬ÉiÓ%0 Ø ÝÂ
ä|Á˜ó6OhœÃ, Ù u
‰M¢; A³FÊrèEí¢shŸ¹9´Kè (tm)"tÉO
DÆ ð@Â #ð›H D¿¢_" üŽÒ ¹?(tm)ù¥¢^ÐGÅÌâQ
!/\-?}=jú 3/4ƒÛþ t¸C ºm šÃ@ô iº
,m -ƒÓÂn 'A_UÓ
¦Ò ƒv,oº"4Ü&ÓÒÒ
Â
?Á ß 7úkK§ÿ¯¯zmxTðž´ƒ§P(r)'´¯ëúuu§Ãô×[¥´ý]o¿Têõß
Õ¿Ú¿Iÿý=7Tý>ªë] "î(c)÷1/2í}kÖµ¯V,ºiß(r)´1/2Zëõ´žžÿÛªÿz·a~¿·ñ_ößÒqúêÒéý-ñÅ!`·~ÅýþÕv¿zñ¿}¿
[QÿA{ ×n ÿõzÿ-ÕwëßÞ¯ÿöÞÅ´-š§¯ j×ÖÕô-+õ¦ºÿ·ªÿõaþ"c·Á}éÝ>Ó5"×µÝ- ¨iÐ$þª¿dø_]ëÏ"8Wþ¤
êºÐg ÿý ÿÚƒýÝ-vH
íS÷T, 1ú¦ï"ò !
¬ ...]lÔ-1/2 ýë3/4#^Špº ·ñÿñk ×ò e_õ , ëÓà"ÿµÞ÷l d 3/4œ
ß·¿ïÿ' {{×ÿÿÿÿdbßýwH,
¿wUÝ ÷×þÖ1/2*`Ø; K}iô¿1/2 ì/ @ën¿¯ÿÿýƒÿÛ9O´D÷Ö"¿& ‹M?/ŠNÿõè
4,!îîž {]˜¢•ûó(ú!î"é ìÊ÷ Ã-ÿÿ
ßúþ‰!mïúÂ--þ†¿]"°p{DYïôF{_÷Zþþˆ³1/2ÛÕýWÌ¢¿ àÃ¿[Mép"Õ×Ó}%¤"õwê²
ˆÐ¯,‡^¨°éÿ1/2ïÿòÃßÚÕwþúõß'åû¤ûúkÕý¯(r)ï Öû{
E Í.Õ-÷ÿëûÓô-¿û5":?ÿßúÔ=/3/4Î úOÿþÎ¯öüê~ßõ{mÿÓÞ-ý
ÿúlèmk^çCÞ" =wû: ¯÷ïÿû[-k"÷3/4×3/4›n›WI(r)×8èŒtÝU]ëÿ·Kÿ÷Ú¿ÿÇßúû}ÿuºžŸ íúö›Ý."¿k§Zß}
ôÖßúÚ~Ã1/2 µûÿm&×´ê _º¿ÿ¤Ûÿöœ5¿þ•¥êµoïÚX]¥‡ÚØ_ÓþÓµ×JÒ×ý/¯ÿ×Õ6Ö3/4Ò†-ýøK¿1/4$ÿ
ÿ`Á(avÁ{jEÎ"iA˜ ¦ðÂV¬‹ +¶"
ÚL4›]Øam?Ø0-ßû 0×Õ¸0- Ø4 aþØI†Ÿf‡
êE‡
,‹ŸØ¨(r)>¿ý ‰ ý¥
P`ÂlU².o`ÂPa&*E-÷ 3 ìV¿v±Ç°f Á±WìTˆ8P ÈAÓ
Ã(r))ƒ *þÕr w{ûL&ôö˜¦3/4-ŠbšbJ*¡ ãØ'¿ö-ÿK`Ÿ‰ ð×\&)ÿcd ~ß~È%ã3/41/4 aKp°Â¿WÂû
0_ì)
ðÂôü;L*MZiÚ´ü Zâ¸† !c°"m,ôÃA§û
&¿ÞíÕ"B"!˜j" !-P-¡
ˆˆƒ&\, -·hX Á .°B"
°M0¸! 4ƒ D0@á£¦Ó°ˆ4Á
ÜC !Mè5Â C ÄDDDDDDDDDDDDDDDEDDDDDCˆˆ ¦úI å¨O _ ö˜UÆð¢?ÿÿÿ, (ÿÿÿÿ
ü´ ñ"r‡-Í ÜÞd¢+-²¹
ìÃ-ä‹o6kü*(×Õÿ¸P¯ûû×[Ký/‹Òõ1/2ªè[¿ûj-þÿ·^W d(ÖÉ+|Èc¥)y-N@'%ù\ìó@Î¡ ó & ÆâiÈG07F
Œó03F~$ "Ì ÖÍ' ¬
)¨ˆ¶æÆF Ca `öJ"%dÓ' 'k!-U, GˆÔ $Ã'3Â ˆŒ (tm)ˆêæK'¶ h4õ°@Â"(r)ö - ßXA,! Ad
, €d! Ù È" Á
ªpÁ A iº 44 a3 †ëCïÅ Ð Ú ë Mþ!" v'i"ð "Ø‡
8"A ÓCNÐj wa
q¥ù š%"K² Èá<Z"ÛÒz tûNþKšiúi"÷DXòWA¢YDxûD³%Ö-
qßúxA¸AÍ q(c) a_È¯D²‰ úR/Q7] ':%Î#'Ï%7#µË;-6 äæè- âlÐ<
y Ü-9 tß(r) té7ºp +}PB,z{øMÂoëºm Ü‹'"1/2¸OB˜Ñtž ðŸè6,m&éÒx!ëõ}ÓëÓtö"µA×tøZ

Ðõzá  á0¶  Ôê'ZµT-uàŸ¯...Â  °-ã¯úŠŶîÂýë ª}þ*Û1/2a{KÓZ·_[ôãO]ouuî-]
úow¯WIÿ×  ¹  ¯{ý  Žþï‹3/4>:ûŽ•m  O´Õ¯úduÔÿ÷-Û_§þ3/4"th×u{_-Wi´ëþ•ÿ**ë~ãýu3/4¿ÈÁ>ê¯ï1/4ˆ
  E  ÿ(r)"•bÁ².²BZÈ¯¯ôE  ,.(r)¿K~Ü,#^ëµkþu  m&êêŸõ:,CL  'Áêöœêr0-
A
"ü¯
Jü    ÃKöýkA  Ç¿éÞßÿ  þêÕ=|  d  @  -r€ðVAÐ  1/4  úÊ°#´¿ÿá¹
Õÿ¯×øD,  Jéé€1/4"    Áÿ1/2...Õ  ï
0ÄZÂ 'z"D  ý²ë}ðnbwÓþÿð  ="õ-ú³!=  ÿü"                    t
l; °:"}_¤Dÿi×µOè-ÿ¯WKû"'þ·}^ô&ˆ<µ  O'=ôI  Ö!¬Ÿ"tL  'è'7µnÚ_["        -{wßþ¡}mm=¿è'"
_° ŸÐ$Èƒ  ûê¶¯ @°{×¿Þ-Î(r)¿^(r)Ÿíwí{‡õ}&
ýýB_ðØkúÝ¯¯úû(c)ëÔÿîõ]µ¯V)Ô³mmj›³W×þ"[g•¶t=kVõû¿Í^ª'÷[þÚMÿ÷Çï  ±IÙç¸Aôëûê§ž  ëoµÔ
¿Z[Uêëkí-Þ÷îé?ø_[Ò  Ü+Ô:  m%_ÿøuªÞúv"3/4ìt  Ý0Õ´(c)~-Xþ  [M¯Û_µ‡ê°¦  ["VÒoÕ‡¶  á(r)·V
¢l$¬0X¨¶  †
mþÇ(r)Ã
`¦g¿ÃIª°-"(r)Ÿv
&  N"  †¶  a¥
,01/2°Õ†
ë  Ü†c<¨LTBƒƒ×zö6=¯Ø0_b[ã`Á$õB£é<´Á&)ƒ.+  z†-‰o1ý±ûÙ    4  oßd%¯öAáûû  OVÔÛ¦¯á2  zì,
EŠiŠd;¶Aã¯ÈWÓí2  ý¯U.  a    Û×
&÷†B^  é{          ö- Ó÷´Âní...m0š
l+ö  "Õ-tàÂ¬C  !"  !ØC


   ƒ&"#BÖ Î9J  0"é"
ã    Ð0B  e-    Bà...ÄD"b-  .ªâ"#B#B
"""0"DDDDDDDG  y  kÔkÒ
NÓ¥¢ÎZ•wu
ðúö°A$Ò
Ø"]°¥X  ¨¦ŠûM4×
&  P¢!,
    Ä  ÿÿÿÿÿÿÿÿÉ*  ÿÿÿÿÿÿÿ&Ú9Ú^d²jd0dÜld•-  ^v+  """I]£²³
(tm)<dœÉvUÝ›R'(c)ì(r)ƒ;;;  'vdì...ŠÎ¢°
  ýQÚÆµúÞžK1/4¬-J†BžfÁ=j
öÞ-ÿK^džýwÒö-¨Ÿ4¤‹ÚÚ3/4X›-&1/4/ïÿôžKÿÿúÕ-ßÿß§¬-7MøÒ>  ïÂÿÿIØDtÂwªOO(r)þßt>/ð"q
Ö  -[ÚþëuõûUx]ë¤õëî¯ý=ü  úý¹œp‰K8)'  Ç  Î£!#ÑÁ(tm)Šj  *Â  †V#ƒ)Bfh^
goÝ:ìù)  êêÉJ  Å£QÔFÿ=>LÈð1/2Úý0ƒ:...Ã
<&x  "  ,n
Ðh0  ,!ð°2C        L a  1/4À^>  hHÁ¶lñ¯  @è    L
    àá  µ    È†},    œ#X@D=Á  Šç  $e
HÍˆ  §y(tm)•yÆ  y›:D1úûÔø°›  è7M¥Ó
  ~ƒÐa?AÓCOÃ  uí¯  @á¶  O1/2l
Â  1/2á4Ðw¦    ¹¶  Âkˆ D  Ž  3/4"ì"pÐpÕ  N8÷¿Ó‹Bí  ]útõÇ¦          ¬4:ˆq
>!Ä=
¡a5VëCÛ  >?°õà  ¹.h÷d_¯ÉÐ  "ŽS  "¢SÈ´¢sw#'"cD³"óDèý  Ç)É<ÿD¿¦'<"òs²œ³-F¿!!¢^êC  ]  çn?ôG
Ÿ¿îÂ'éFÐNÐ~  é6¨Î  †(r)  šZAäs @ð  -ž¦í    -vJ  <Ü&ÒlZH6‰Ÿr,Ü  6,
šR:6Dï  ü‰öÎÓ/iì¢^ÿ¨kê£°ú~  ¦ƒN-ý]7MÓÔPtŸ¤Þ´(c)×^  (c)  UûZÓÁ6û¦  "  um.Ÿá
ý=ý==u_OKõû1/2:ð-'jéþžìz¯éþé°}§"  WÚ÷Òÿéßúuõ  ø&¿ëw1/2v-m  "Ø]uߟZ_×O"JñíxïÓŸzÓo1/
2k  WO¶¬õÿù?  ÷Óv¿¸u¬  VÝÁéé¥{1/2ÕîéúÆ...ëWÿ°  Z÷Ûéÿÿý¯ö¨ ÿþÿÕÔétþ
þª3/4·_ÿu¯"I...]S]¤š÷¿ÚÞ°¿këäÿn›úþ¯ëÞý3¨  ÷¢$'ïü  ¥Ÿj  Íb  1  õ  ïuÕ5‡Õ~-  _¤þú¶ÿÿú×â¿þÙH

úþë ¾(r)ôC
   ...ôžôé¿ßÚvB¯Ý-ë-}šÂûI*×ëî ¯¿î ÿÁ tý ÕþÂA ÷ßéÿõd GÚöþþÉÁ‹ï‹÷–Cöÿÿ ‡1⁄2të"A#ï MrÕÿzý$C"
ò g[[ï¸ÕÃ   ß-ïÕµ} Ò÷ýwwú"Ó}-h‰7Z÷u1/4É6-ö¯³¢'þb}÷ÿûß
õõµÒ1/4" {ÿ é¿×ÐõÜË ÿ|(tm)
þê"_ÿôXtIíW(r)¿÷ò0wºo1/2;ß¢}öÿ(r)·ÿÿ×þ°ïô ûÕý7íÿép^t=ºÞ¯ÿôü--uí 3/4X v-¶¶¦"ý×_×ÿ~"ÿú~Ã:
Ó ÿí.÷ù(c)¶ÿZêûûïë"^¯/Óé¯ýý_{i_ÿïý ~1/2'çCÝ-]mÒWî×_ýýj(r)ÏÓ(r)ïÚ§ ¿î :ÚÃI4"î"ÿ}~Ò] uº
Õ"þýÛÚVÕé"[^ûTÒûôUÿ]úz3/4íï"i
%j ]þî×õ×Ûßuø}¤ÃIj VNâ•S]ul.ÚN¿v"jíý4ß¿   ðÓµêõiCZŠ¯" k×L0-"Ã ü0¿kúë
umuvÝ𝑓[
špé;I
ÿ{
$Òôøk(r)ÚúÚ¸U   ûb¯-¨|+ûö+nî6EË Ü0_`Á$
$Å;ºÁ-úV7 Ø0V*
1A† 1⁄2 b(tm) ú¿`-ßk1/2±Q¶ í5mS_ÿ]jÈ=×a{ Ýû Å { "[² ñ$ø'-Ó|Lûø¦¶ÿØ(r)¸öšd wÈ±
ûMP°¥Â ÷(r)ÂÓö oµýÞÈX¢c"ÄÖ-"V ×¤Ø]l _ð¡këmk² ÿÚÙ ŒIÇä3/4
ŽBÁl± ¡
49¬ö ‹ ]0`-𝑓 í kÚ
š
-á.4È𝑓a82U0a -ù7A¦úºÚM1/4?ê & [WÄDq                   DE,
±8˝(c)Ñ 6Æ,
Á hDFŽ˝DC """jbÂà¸°ø^^^^^ Ò;O-Vÿ¶•ê -F+°¸j#ÿÿÿÿÿÿÿÿÿòmN[šÃ S,'xŠ2ÉFvJÉ¸wU.ÓÎ• 'FBâ
   N V§ebuö³"l fÎ
(tm)¥¢/ª¢ ~EÑØ&U;>×Ò
¯
¦ µWÔ(S±5äZú'@[~˜{µJ¬%×Âu"-µ]w¯Kk²Î_ÿÿä×%µ¡ k · 0´𝑓 õÿkiEÇÜkú×-·§õªëû"úwÿiÞ3/4¿å
sTFG^^°^w! " %¤ 2Už2¡
"Ä¤dm 2¤;È²#£ñÁS'µS¡ xðó´¤\"³²?ø" † 0@Ü" fà@Í @ð@Î¡- j CÐœ øÉ ,
! u ä 9žfÃ:"> Œf É Ðj𝑓 CÚ6 T PìÏ‡ 2𝑓00A C,
"" ¡ÍD 4 ¡ ì ‡S8 g¢" ªÙxÐ!
›p é"0𝑓ð "- a ^Œ ÓN1/2 A"Ð< ü& vÜ; >Óõ w§¦ê a
" Ø@ã 7Pœa
   Aá § (c)ÖÝzk
7ô i"4ö!§Åêî^î ¢óAÅC3/4í8óÔ>ì ÓMºÈñ².4Gy,l§,æ>K-˜ï¢,;'l>OÚpD DAÜº9/| (r)^qÚlŒ!
ï"Žqü‹íÓˆ7 N¸dK²$ÉMè š#†ÊrÎrÎÞJÝ¦Ò^Ý¥""¤Ga¡Ð ð𝑓Â
A6/è ß   Á Ñ:a ¢g¥´g
‰ÍÓ 𝑓¢sÁ
ÙåÒ
2Sz ý
   ³8£¯@𝑓𝑓m Ü ( t œÁÑ9Ç'ú
AÍ (tm)Ý1/4 9(tm)´ grÎ𝑓²1úz¤žfý¤úW¤Ý7MÕ¥ Ðuë¦ÒøO¿Aô>ê°ï1/2§éèPMÂúoA7$" t"úNè ã
ž†*MÕ¥ T3/4ïN-Zô }+ÿÝ_¦Ò3/4>ëá7ßíuôÝ}"Ôô zúýW¦ún "þÝüzú
%}¸OÂ §Çt𝑓U "
þ¿ûýÇÿúo °ÂTºIôôá=Õé? ú÷[Ö‡ñ-±èWêîzQÿLV¯úý ÿ"ëÞ£ï  T= ßT´µ^(r)¿êßÝtí𝑓Nš^š{ÿ¿ÿaéo"]
0÷~ê¿Mý]÷å{ û}û¯5...ò(:Ía=ý^ÉH(c)Ù %ZȵÐ Zûï äîë ÅÈJ²(Þ"‡q...Á]" KÔkæF€ÿ][ÕÂ²@cA
O$ 5øÙ
   ~t

uÈpßçPOÿV  ëÿ
ÁÿHEå8"¶t
ãþ¦I@Géÿ}Ð^  /..._öÊ€T
û
þP
 ^ì  ÿø`öAp  íó 0ø-_ý  GvûWíUØD<z   ö^ ýÿ
4A#ÃD;ïpÁÕx^¿÷÷ä  FAqÎ  <7¯Ka|"  ôþ  Ð¥î1/2;ôÐÿ¢  -
[_¢  CDlï  "ÿj  "í  ÷î¿É€ Z¯1<±¦á·uÙ‰Ñ
ß@3/4YVÿ&Gï¿ÿ"Gm   ú&  û0¶L  rd}Îa+ù#þï¬  •zÛÑ    H  WÿDh×&EªÓÖ"ï"×Ód7ÂüéÁ}
"!¿ðt  |/¥  ¯-  ÿ¯ÃwîÒÙ)7
ÿö6"ÐKëï...êöÿ¥é
"N3/4Õ}úuUû
ÿ×ÿª‡¯[5Næ1/21/4  Û¯1/2{ý*m  ïw-öÝ  Ð(c)u÷"îjfÝÕÿöïZÿýí¹Nk  ê°z°  nu=  Kó(c)§÷ÿo3/41/2´ý}
^öÕÿïëÕúúÎ?°ÒÿÿxDuÿkÚ»mYó¢5ÿï¥S1/2§(r)šë-¥  uv"ëÝ/iwØJý[[^ÿ"__ý{†¿¶"k¯¤íÒ
zUû{Im{am"V×öÒ-x4°¶  Ö  ^íí¶¶,_ÛK×l/_3/4ÚOw°Òxi7"v  -¶-tý-7Okí}ƒ  0Áiøö
  ¶Â¶    J
  †    pk
$ÈÇ)Õ,¶   ^-  LŒ@ipÓïƒþ5ªxR°eÄƒ  ¤[iAÃ    S
.Â  am†  Xiv/!-^V´×  oâ  qQ&;c‚nÇ  Lq±&?1/2Žâ¸ÿ¿ØO{m;  £ØÛ
UÅH    1ìr'
Ø¯  ÷Ód;ë{kjðÓ  ðá0¶  ¬&(tm)
‹  i¿v°VAã    ¿ÞÒ¸a;
aSXbD  ÈaÞû
µ{Ml%K
Ø]0¯\,    ¬  ,>
&
Ã\/Õ§-éÚ¿ßTÙ  ÝÝ...†  M´  "
'¤ïa{  í,  !    Iƒ  ,
  ^°CB  $  B
  †  Yc, dÆZ  Á
  X!  Ðð"DZ  q^Js    †
d†C  "¬  ‡
%duâ""8^Š^^Ø^^^^^^^^  zåpÚW¿-ZöØan±_kì.%q
cÿÿÿÿÿÿÿâq  ÙZ¹  d(ÉÆ  ƒíH¹TZîNKEŠ-ÌBäWh*  ‹~E²vvGOÝBWëát‰'ÿuÖEŠõáWÿ¿,æÝ[ý_øã¨
>?¿ÿê•....  ÿ-¶ûÿÿT"  ×äV?    Iß(c)
B4)    ìÑ  rž<2  '^  hŽ^z"ìcó3/4  /  TçAó‰˜Ø-H  °
à&l2(c)    ¨"  %Á  ,`^Uf²^B  É  âÎ(tm)¶t3AA  ç""¹!òlBŒa    ¬B    D¬Žâ^:=:   °>ø"Ó  ?  6
á"-š
ÂkôƒÂ
t  A"  `  è0žÝBí>5ý5í
  qÌè7ÛÐ5O
væZ  }1/2y  ,    t‰ûD}DW´ÉÑ";r%Ñ²è-=  Ú  ]=+8å ŠáðÓ-:%nõD  ¬Žo'Ÿ,  ÌáÁ-ƒ-AÐA¸ w¸
ð  ¸MÈî,
¬  6ïj‰Î‹ AÈG#    ÷M¤
¢tÈæÑ?ÂvôÝB~Ýß""è+é[-^  Ó°O"ô  ´  o...¤
-Â갃Ó(r)žÕúý3/41/2'únÝ3/4ÝýúKV>öë¦
›W-§    [ë°kÿèÒ  ¡¢3/4¿Õƒm+ÝtÝŠÂZ¦Òqÿx8OÿÃ
z  ë(r)é|[öú[Ijµ{¡ÿ^ÿÿéÃ_^ý‡þ3/4é+ÿ{ÖÃ÷Õá_],ÿûÈQJ[ïè"  ¢+òœO3/4ÿoûâ9  _óXT¿GPOÿ¦

þ    U;
Æ¤0uý
ú    ƒÈ  ?~H  Ûý,ÿ¿m,þƒ"Ù
    Þ
õ"UWý°ðZ¤°¿|  ýo
4CÆ"ýC}h‡  mÕw×~
ánÞÑ    uÑ
žÿë&    D|úýÁ3/4d  ^Nÿ²
~÷×ˌ£Ñ
šÕ¤E  iú#?k×ÈÙÍ'ýýJqvÕM-  )Š¿üÊ  '?ÚˊÚ'éÿx7_ßø  nŸ"þëü:H.ûZú  ý{×ÖçGÖ-ƒéÕ/]tëÿ'...W
p¿úp-ûúüÑ}wëþ    öŽ§×ÿgWúþta6õZÿÿþ°ûÞßkîfüiý(r)¿m(r)•ßÿé>éýú(r)××ï_}VÕn×ívêî~)¿Ò{Û[VÒ]ý
U|41/2m°¿á"  a["í.Ÿá¥°wOkß×i7ÃíWa"a[<×281/4  ¨‾
Ž¿cA'Ä
0²&[    |  ]†
¨0Y    0ÂR/    "ÛX^`,l  ûTB  Iññ&úø?é‰  ìBob"b  Å;  cýØî8>¢šc  v0Ä"·K
k1/26‾L4Õµì-kal+oá;  öÓ
(tm)
‡ì,>µ1/4›,    Ó  [¥h  0")Ó    é"a    ÂØ-(r)ƒN÷á"    ÂiziC    "ô!›eÐˆ0B!"U(n4
!  C  C
!%ö
ˌ!a  `...¡,^^^^^^^^  oÿû¬  ÿÿÿÿÿÿÿÿÿÿÿå¤X£ÿÿÿÿÿÿÿÿÿÿÿù\b+";²2  Ì°RRfD(tm)Û(tm)ñIª¥;  ^ÁHÁ,
    Fš  Î8Î¹È[    (c)(c)  ¤fSì'æM.    ?R3£µ›^ºh‹ê"ÿD"º"    Í%
¤ôŷj  Õ  ð1/2Q  ÚíéI"Z¬±
]+ù/&  íŹ]ˉƒ¢^ýZ*~°W(r)áW÷_Zn›DÇ~3/4£¿ãI}n£õÃ¤ôÿûö  Þ=  ü*KW^ý~õ]~1/2ð"xtÿ-~ïÿ÷  Ó
M'ñ  È  0E
Œ  L;È  ¹.  ÌÑ.)    /&GÎ3VSÇ  SÄ]  D/ºE#'  ¶C  •gÏ:
Íl
[AÙ
SžF  ;5ÎÊO\  ù;ú_šÃ"  tÁ  °  O^^8  gÁôÌ    "  €N  e    Á  æ  C  ÌÌóA,
Á

    òpw<ˋ  (c)³0  y    `ˋu  b,!ë"  ]'F^ît
HÎ
øCP¥8†ÙÐ
'æ}  Ñã*  óÄ  "Ý?ß[A,
4Ó_ñíA"Ða
´  zi"  úÖ8zv  é;ßA"    4  @ôÂxM4
Á  Ào

è  @ÚÁ0ƒÂ×î  o@Ñ  wþ    ;°‹Ó}8†šíÓqˋN/3/4Ó-bÑ  =bÕ8†š§ª¡H0...;"Ób  á  þˆñÈ¶é  æ]µ
Kò*ƒ  ¢sh•(ŽærÉc':‰oiDAÛ*
N(c)6%oÏ%ÎDÀôGž2wL‹C(rtÉû  'D¦  #Î†ˆíÄ]¢(ôäyX¹    a  p8ÿõpAÑ:d^    §zLþ,lÒ¹  é7W  7¶,
6  p  äèÇOnHéá
"ü  ~E›óGÈæé'ž  7  ´    ¹    'øDîÊÂ  è  (  :#ç
3/4DÆB1  °àž´ßíÓ´"ª~ÕÓwPž  zt›]  ôÕ6"{ÒÒ°OO"í?ü'W"...¥Ópƒ"ÕÂ
&éÒt  6  k"'Ò"wÕõÿ3/4›v
m>Ÿ3/4ûK-ýá{PŸmZˋÖôÞ-Õþþ-]7N¡é,Aˌ-]%l&éÒo-XOOúÒ›Å}/  ªÿë\}-jönïÞÕøO^ïÕ~"Ž^úõmW_
 Óî‾VÒôÿ×÷mzÅ‾á°oñôÿ

Õ4Ÿ{øKp(r)+1/2  ïýÖ¯MÓ~·N>ê={"]'ú¿Ö  -ÃUVáí."¯ª,÷v>\  ^ýo"Þ¿ýw...‡÷Óúýn"¯þï]_ö4Ì  Á,mY
è  ...  á÷¿Þ2  -'ø>ÓmÓüê  /5  êþøNu    €4Íf¿Y./áký¿¥Þ>ÞÈ8øŽA  üDl  úÞÙ
¥ÿì,  ÓV"ë,¿dà1/2uþÞP
2  M|]~j
ß:,'¡¤¿óªõÚ{
†  ×aê1/2k¿...o÷ö  ÿé¬  ¬-÷õª"  ¿ßy
  ÒÁ  -ÿbôÂðØD</  úÿ~´@,d  û  øaýÚOwh‡1/2Þ^#ûþÿ  ‡´  ~°×´Âûnëÿÿ ÅS  Ð+å‰¿z¿Óá"  '×þ
  þµ]tD  zDOý}oÉ  fws(-[ÍÑ  ÏÜ"  >,×ÿåñ[×ö¥Õ#  "B|<-Ŷê1/2o&Š×-å8Ÿ‡úù2/Ú&GïÿÄ
^  ÕnõZ$  ª"ÓìÊþî¿  Õk
KW  ¯iûô  ß}Y.wé×n¯/ø_ÿ  µ`Ýï÷z
÷,ßïÕuß¶çÞ¶  -òO
ÿ°ýyª-Èg[þïÛÿ~¿ëþÿ°[(r)(tm)Õ1/2  _ª
ªÿßvïë¥Vpúû:  UÕ?×3/4Ó¨ïÕ1/4á3/4-Ý{õv--þ3/4"(c)÷3/4Ú¦t5ßU÷økš  üé^t+ßêÿiúõ  *ÿ*Ï¯_  °§ê¿j
ßûÿ÷¿ë1/2¯êý"  Ž¿Ý^ÛO_ûÛ¯i6¤÷¿kÝ6°¿a/ûVö  ûkþê"ý(r)¦ŠÒÓ_ÿW¶û^Ï°*ô  þ1/2-Ó  ï^3/4  Úßv
1/2+aa¥a=í]¿l%`  ×ÚUÞÃKŠö
-...@ÓKp¿ß÷ØVÕÂV¶(c)-"¯-...†¶-..._^¯uØ"ØK[dGÙàŽÃ  ˜ãÓb´D3/4Ç
  #
$ÈòÈ°¯`Ì I†ªþÇ
¸=C  àÓý'o1/25      $ÕŠ`ÂMì5†  Ýµcaº Ȭ  lŽ3/4
  íE]<S  Cø¦  ïÙ  BWö    7ÆŸ  [  QOü‡"ÄŠ?ŠâL  ú÷i²  {  SLW±±,  ¬nÅ1-ûñ
ö>
*Ki...¦Âi-xWü&>a>ÂNš
  ¿‡,OÕÂïßô¶  µ
  ^ôßnÈaÛ!ÞÖ-¯îÂÛ  ÒÛ°ª  A¦...Ná...¿†¯A¦  ØO

ž        q¦  Ü>...°(r)•~Öö  4ÁI°    `1/2  ¯
+éal.      ×ÛÓ
(^‰D  "R@§  ^^hDDé^  q  `^£  qÄCN0Dt
  ‹ˆÔ¡Ðâ"
      C.3/4  Ø!ÄA"        0"o
-  /d  ^^^Šô"""""""""#^^^ËHYêµ}\²šš{I/¬0KÛ
c-  \$Ø"O
ZE¥fQ  foPÿ-À¦  ÿÿÿÿÿÿå1/4w•Å
R0)
^3*dv  È3/4dìšgbŒ(r)"ÎÓ(tm)]"2  uAš"5"  20P    0¥8¡  d Â.Å  $ÓWhÊm  ;  ?I
Ða    aS  0¨0fL.å  -È¿Ñ%[Ñ0d+°šh;AÚ
  iµøVè/...$ÿÕ  ÛM  ç¨"  #æ    µDú‰[Oêªûµ
ý-äæá:M¢sÂxA´Nm Ú    -?Ý  õ¯ëÞ ÛA
-  é>ôÝ·*ýýâû  °ó´3/4Òmï¿Mþôý;×Zÿ¯    }ûÛW¦×IÒ°¿Õ‡ïÿ;SGVFâ(É  'ßKÕÓý_ki[ë•"1/4‰Y  ‰Vv
.}ži  ç`BAçÙ        †  Çô+ýkï¿¥Õd¯"6    R%É  J  ¦r"      ,*
$
(g    ‰Q!"H,2-a  aÊ
  DJÈA¢-ÍL†)tN!Ò8d
$36lR0ˆO f            Ù(c)žŠýá  -SÁ¿wÿßëþü  ô  x  ú  Bj`f  fÂa2€ÀMÂ
  ðD91
&  y :    ØLÄl@@ï  0@ÍA0D  È&¤
    e  ‹OØ‹AÕzÚûo(r)û1/2þ  q

Ä4    Zvši¡ Ó´-ƒCON5M?N   xA1/2îá
äWýÉc4¡ùÂªÛÕoê×§]}8V    Þ   !Ä|"Ó-7IÈ-äcµAè-
¶šn...¦†šÒ-ŸEÑü‹ÄYÕ
l0z"
¶ý_ý?ýÛ"£´Í¢s¢S"ÎŠø ðDt‰vLêÊÂŠÚ'6'ñÉÍá²]Éþ  l F‡%ù‚š4  >"jÈ1/2D¹¢Y'ÄÑïÈûë3/4  OWÁÚ
Wêë(r)  "]jž°zo"htÙš´ +a  žfÂ
,m%Òn›"   Ð@ƒ}\ŒäxB{á  ÐA´  <  9¤UÒHÁ  Û"×Ò,u·â[Yézû·Ówým§I´žë§Ò}Ö´´ŸkA7OÝ7M
é;PƒOÕSÓ"ëë¥z3/4Ýí´
   (tm)}"*3/4éú‾õI›Õ?N-•?í{ÓÕâ--´Ÿðí]m}Z        µÒ·zéÛÐ ý~ö
Âuý}k‾§ü]ú°°-'kÇjÚ÷Û¥úéÒUÛZ÷ßÚpÓZÕ%×(r)þµ  Úwý-Òû¹ý¿"¿ÿ¿îý~îý'  Õ°3/4×¦þ*ÚÕõ×  ]è  !5
íWi;¿_þþ×iW1/4
ëüÇTæ°1/2(KÕd)  {æyt-Þ¨34G  -v-×Õõµì  ëë(r)·ÿmÿ-=ÿ)  þÒþ¿ä0Ç¹Ô:\\~¨D]y€_ˆßw¿Ž²6  #  xu1/
2Þí†Òÿí/uozÛz  ÿÿÿP"(c)8.ÚÓ}{þ†ÝézÒ§¹0
ýY  N  ?_Õ}ÝUÿë--ÒðD  ßµoÿû"Aî"áƒ÷ÿ-~1/2Õˆ^Yü%-ëPo÷§ÿ÷(r)¿×ßëÕ  ?éé~ÜÄþˆOµë..."‾±¿ÿ!
é+‾·8?ëô
bU  ,Círˆxó±A?_Üƒ}þ1/2ýïý-÷É£ý7‾_è(tm)THïë‹  ¿Va  ,ž‡Ýÿ(tm)EäQÁW^    wƒû÷zû_ö-×ý¿¿è/ô
ú  ÿ(r)÷@µÜ•?]ûßµÒw÷TL‡°ðdV  õê³õµÿí3/4ÕµUÒ~'÷"OÕ³""N•  ß·ßµÿ÷ÿ^ý  Jµ
·  ¨ujÝzKkû{"´  -¥í´ë¿"zöþ¿}V"ó(c)›kýU  _Û"èZ~þçW  "ß‾ÿ"Ûßt›¤é=ûWWßµµÿÿí(k~ªí¿°Ú¿õ{í(r)
   n·{þÓÕ-_Þíö  ûI[ý[VûI3/4  M¤ßuz‾¶]3/4î-jÚþ"
n‾íl%aoõµÕi  ‾´ýéRë
*×kúL:ÂF†ØI3/4Ò'm¤ƒJÂDæÚN"kö¶-IÚíö  ¤î+jÚV-ÚWPÒm[I¶ÒÝÿØkkÿý-(tm)1/4  I  îØ0"±a+
0'-    †  ƒ#  a...l+  ""Ž¡-...ö
,0"#ÇL0"
`Á›Ÿ°±°ÁX(c)    XØiC

v  Kûwí&  Ø[þÂ1/2Ø(c)
zû  ¬lS  ìTS  ±QUÆÅGìaŠ¿bžÁX'  Ó    b3/4*    ÆÁ,R/
þµØ28  "á,È£  #‾°ª¶
µÚá5"M0º
   ¶  LƒÃOd,Zé¶  ±&=-tä-  k"  NÔ·M2  ö+i?µö)  ‰!ÞÁ1/2±&;~Ða
ôÂÁ,
  dµ†  h0XaB...†    "ÚiXOj  %k,·ö¸Xi"íl  Â
-¦Á...ë÷†  !âÂwÖ(c)µàÁ  ^^ƒ   Â¢ !q  ´,É*"!,    `"E!    G
   ˆa  ˆ0B  Ð3Ö-§,  Â
%jíü0ši•
AqÂÄDDDDTDDDDDDDDIŒE""  !  ë-ZN"?JÂ]%3/4+ØJ4  â•...      ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿË
L§  ÿÿÿÿÿùdXˆñ  Œ  ,  ˆù  ')  ÂÈïùdP  àÌ  €..~   0D  !  9-¤z'k!"  Aê
`  Š  E&{!,  9  A*¤hR`    "³-Íeµw}
w,
"  Ø"  81/4  8~    •    Å>8È`"0Ë"z(r)ŸZ
õ  ë@ÝÖ  û  §Z÷Âiúz~ƒðš(r)šý"  _ÿ°};OÓ¶ÛÛW  ßü†~
Ñ      Ž˜ëÖd  Ã,D&9  Ôú
‡J^8í>ôüŒ&F6‡xA,  "öH‾"  $e¡¢%2  kD>ví  ‡  |‰Í¢Ò4-•"´á  únºlÕ  Õ"!
?"éï AÍenŸ1/2  ßO‡"GI;t  |n  n(c)  ŸÓéÐTµOM³W
ƒi
ëAûwûH    oÂm‡î  ºÅ  ¿ëæ  1/4  Ñ  Tä--o$î  ÈÛ  U¥lPEÖëýØÉ    §L5  1/2ý^¶ôø1"tƒô³3/4›,
#¤ýx"?ð´ÚI^ÞÂûÿ0µo~!Â¶"†3/4Û$?ê  ÿÈA3/4ûâÿ!Ë  .

7A¯Dqv÷ÿo|ê›y7|† h*f*z9
‰÷Ôû!Šéq  *§ßÞ•ÂUí*o3/41/2jú²
kk×Ò÷í,2€|§]¿#¿ïÞÞì:OZÞ¶  ÷Õ^-ÿ¤  ¿ÿ}  vþ"tÞ*f*]1/2nº¿víÿÞ•øoûîÒë¯§ë"ÿ  C-üŽ
Ÿ Ã(r)G¥ká  rE!  ×"¹"ÓK}]·  ·z°Dv"xb  `‡dÄ"°
à¢¤  7ÃÚ  Î$ßàýáÙpNÖ-û¢
  ÃÓÿ‹*f*h"  ×¹1/2ø*îÐë  Þ  0-þ°[5_o  Gî(c)uØ?ŽìŒ  ýÁ†ÒÁ  ÿÝÞ
u
Ãû  Ø>ÍWÒá÷ÒéŠwßjž¨;"<‹¯oâØ"?#ÓÃ§ÓöÕX  Aí;í×è_zéÁ××ýêïœ  ÷kÿ¤B
G
é¿,/¤,#(r)ÕÿRtAà¡Ê-úkÓ×Ó1/2vÕJ-ú[  °äëÿ°jï#ÕÑ  'êü=ÿÿøaaxJû†  t
%÷JÝlA-oö¿ýv!'r      C(¥‡m"·l  é  Ü,  J×á...ÿÛï¶ÅEtêìR"  ì¯øxb¿Ý  A×þ-j¶šÚV
Ú~  l]u"íÂ^ÿ{a{Ma"ØÁíxkÐM°KêõÿµÃ  6  &¬01/2¶3/4·‡†  {vÕ  "Ì´Âª
,
C`è2  GÁ,\  -¯p•¢:
$›éÃ
øÎèDDg
  ^³fX-"\!      #"7^`-"""""""""""<²,ä  %¹\£-A
  (c)    ^à¬5Š"b#,ä"l  OÆ  LÀÈàx!1/4,6-
G  *f*0l3  Ã  ¶N‹¢8"pÁ  F  T#  ¢"DDDDDDDDDDDDDDD†¡‚S  `a
¯+B  NPÂ      nœ†]›B
NV  ä  G>"2‡(A    üR  4
D  (r)!¥¡
È>¤2Ü§0d2Ç?"r

w;  Ur
£â"""""""""""""""""""""K0fs  ¬  ´  ÿ(tm)  ÅÑ      hËÈ,  wS  ¹Ù<Žeó.3±¢  "  `eDFp2
ÔGòæG  H)  <àf  C  ÄEd-²U  t
S£  s5  '  0C  p"Y£a  äB  *f*åŸ  ,#°
ªŠt  øe  HùðdH!Ö8Ì
GDFv
ŽÓ†Y(c)ä6kÝ4  ^  á0  "  à¯!  ‹  a  '×âBk°ÍbØ&j
ý*  "  lPA  4"
†  K*f*"Üê3XR!  â!N  µþáÝÞ*f*  0*f*1/2  ÐvðôÛ(r)  "êàÿ¹      Ú  0›
@  "G¯  <63/4Úa¯Všwë  ¶¡;Kë-=oÞ  "  z
  ž
÷  vŸ  "Ó1/2;{Ón³îë*þá|é§  Aþžù  Í¯"ë¡ïöD*h...Çöü  úz-÷ëÉe‡ý¶š  O}?ÓÉ!Èɡ¡"~-²¡GPDâ¢  Êv
  ·É-^K}  )ÝÈ"m¥È¯r)²Ý¤+èŠTFç-(c)¢  nGg"^ôï¿eñ  _    Ô  rD?¡zxBxXM§¤  `Š  "  1§NõÂ
Â¿1/2(c)"-íb|FH6^‡pž"dS´D›'GDJj†  Œïm°k
ë{"á:
VÚ  §à(r)(c)¶úl=×ü'
°ðD|:ºAÐMÕ<  |  ´  o"A=Þ
¿
  ^ëk·Û¡Óý0õdtö  {Ai6ð~Ÿ
n¡¿
°O
÷é‚MïÓÜÃþéïð_òP
þÅ&  TÚíña  Ò}^ÝÔú5ï¯,òZ)Fš¿í¡7@^è7S  AwÁ>"}'×öý›ïþïèvÕñ  _×|[¯t¯Èú#{,
  -1/2ÿ  ŽžûÔˆñÆþ  á,#"é•#íµäuuM¨ü"  ×  †  ÷Z]z1/2´]|-ÚH?}ô-µî  Àdi  úLaÀìu¬8‡#wüŒv1/43/

4°pª¯á  ý´(c)xrNÿ¦Óß~âÓ(r)žàâîû...tì >@1/2 7(tm) ôWý7_l,àkä " Ãû^   k†uû}+Tßµä
   U- ×ÙÑ øpzÿÁHy'ÿÝº-'ÛzƒOÝ3/4@ +È TÚ   (r)øö×ÛtBE/i|-ª â
A"ä  i|\  ;
Þ-ï¿
=m}‡,Ú Wm-_3/4õ¥
²œ'·Ûí"¬À1Ü*d4j (tm) K3/4Ù $ºo-íßííûtþÞÃbª U×mw~1/2Ö/K(r)‡_ O
ƒÁÄV¥_DtáÒ_ûái/û ]áº¸PD *(r)ö ú*I3/4ý1/2¨_Ã`^î0ëË }†Þÿ qÁ;Ô7ß¿*Á Vßa-A
w²eý}þõ1/2ý
3/4˜zà˜ò MÞäi
    #'né²Ûò a>Ü¡å8a,ä 1/2†ºÈAÏ Woêâ ××§ÈƒœX   5äX0 Aä3×÷áƒ~"kêô!"Õƒ∂ú´ V  #à
h2ïú(r)HÇôÞ
ºù t5Ýp" d@cïDui"` Ž¶õ¶ø"?UÝàï(r)î
Á{
#zï-µ¿áüZÒ Ådxô
T '¨ßt
Áðô í_zk Wwñ
ä'ï"Gï)Õ?ëc¥á}Sû#'
6 Â*bƒ¸aþ,#§Á¿PÞ
Øº."vïèOf(c)÷w^Ø4ôê`‹(r)(r)¨>  ªµU·|">j=Ã{~F
†žýZX4ž
}ªZ(c)-RÜùõ{  àú3/4"w·~-î·
·ç?ºpàøDt-ï×   ¿Òo ïnÛ[ßõÛûí_Åo} çt·u{Á÷Â#¢Lnpl?ý[ƒ! êÞÖ×H OÕî"5ÝÿwDI·Óá×ºßiqiuÞÞ
·%
K".ÞÕuô"¨{ë^öêšºÒÞ×-‡ u ¥K¯ú"ñ]í ×ôÛX}^ÙJÃÿ]†"Iõ)ÕÞ ¦-ü I‡PÁ%Øk
MÒmƒ  ]kîÛ [ÿÒ†•(r) ´>Kaú÷¶ºø":ê‡!•î/xfÁ:úcl cwD<({W{
Ýœ È ÝRä
Œ
/...b¬ØS
ö L -Ø[
OÁ"øDu
k`¯ª¸Òo{¦)...¸b¿zn+Ð¨ýÓ3/4!q\GÛÈ.>*C/ ¸L tG *ºÁ%‡È#(r)-ûT3/4û"_]îªµÓ^ý>×L,ã¯¦   ÂØ¨Š·i
   ¯b Žµ¿*]÷MBkwõ°pÕ1/2ÿ^×L{û   (r)¯]¦ Pßo
[3/4 wØd L Á| íöÂê ¶(c)Þ á0ZíÐjšwn¡Wµ@¹‰ Ñ<x%e ƒ8ë
  h $Ä W²<ºÁw ¨3/4ÚL+
Á}Øh5a,a-á,´ðÂ‹8àÌ¦)Ê'È! QÐ^^É   ¨(ÑJ´$ gV dO8Ð":Ü0 ¯¹
   ¦ Þ KÎ£   5Â"
±ÊHHPè`(tm)¶sÉ8^^~Žv"2:#Äq 1IVG" ‰k ^ŽŽÂ"n- 4GD¬v* !ªG ÁA   2á`¨ Œ
Ž
...Ãh '¯ÃP† ƒºØi‹†(c)ºÛ#†¹1/4¹'ÃHÚ·Ž (tm)œG
CàÚm "85""‹¨ Ž2+ "
1œ ;P‹(tm) F ÄduB""""""""""""""""$ œDDƒ-
9PAªÏä 0ÎC2C(tm)T‰@¦Ñ 3y 1 2. ¢& s   D0ÎG . "œ)"b Ù¯ æj
Âæo>
f#@ØG2\ #aLD ! ¸- ä˜g.d  #Ätk
R8d¢8dƒDDDDDDDDDDDDDDDDDDDDDDDDDDC3•Å
 ,"Šr Âç Š9  7(l†
!Ç)9 îLr" ãž
L,ˆ< """""""""""#ÿÿÿþZ

~Zé8ùl  ñÿÿÿ•ÕÇd(tm)"[ÑÍí'  #AžÈ›!lœ@†§`LÎ2ÑÍÂ%  DH  È¤"É:jíÉ´2°Ë^AzÂê
¿(tm)F§f"Q(tm)Oî³ƒ¿[à"ð^ARë¦‰cDH3‡  RÎ
Þ·\¦|*P  -W  †ªþýÒz°¦"uÓ÷_^¯CT‚íÛ{õ  ~÷1/4&(c)  kÕ}  _DcÑ(¿OD  8.H^F¢VóZ#£µe  3%  ÙÖ
¥>  úzÕïÈa
h3À₵(tm)°Ê5°  (tm)^Ca  5")Ä'
|9
Q    O!
ÌPD        BVE²ô&œ...  A-,
Ô)    Ì9 dáÉÂ    Â4  ÔEDC    (tm)")  <lB(r)8D    c  'd"
B4È  ÂXUßØAÖ"§  Aè4  &@ø`ƒ°  ¡ê  a>Âa  à  ý    0ƒÌÁð¯(@Â`  '  D$Å h  ¦¨3¨:¦p  êGãì Ðe
   763¨]u  øAñ
°¤  Za=;^k
ý  †ƒ3/44Â
Ð}Ú¦ƒÓÓÝ8´  tƒ  ‡  ¦  qz  ƒ×]t1/4  ü‹Ù  <,‡è  æ"e  Çz'ù?°%Ù&‰wä±ÈÞš%Î¤KhŽÚŽ3¹gÈ±Dæ
   §  ôK›Q
†¨ïÅ±¢ îÐ´ã  ö°  Ñôæls6O
'    m,
ƒh³Í  M ƒh‹øAä  N
ú  6  :'í  r
Â
    à  ±i  >3b,y  &Ñ:9  &Ž  k#žEç'öK  œáy3ä_|¦ï"Õp›á;U^  om
êßM¤ô  JêŸý  é  ÐoøOAÓÓ"úÝ5¤Ù#G¤ü.  m
o    tK²:¦Ù  ÚMýû  ÿ-  ªzêê¯kXZ1/2$Ý  MÓ¤õ}]^ÝoÐzi°z¿õzë...ð  ¨UÂxMÿþ*"Õÿún(r)  }Åßëéé
¿ô°nÇÝ'¦×Ð]VÓuø¶ÓÓÿ-ÿ}]>Ý²êÇß¿ÿÞ±1/21v°¯Å/¯t¿þü_"ê^°°þë
iè7Cï(r):Óá{ûŸíWŸþÁ...Wþµõ¶*áõýÿû};µl  ÷ãt:ÿ3/4÷wê
)Ä_^µM>"(/!Eúíéæ"¿  \0(r)  ²-µ4öFž3/4`  ÒÓU3/4B  :é-  è  ¥~Kä‰Î€  [ÿÇÜYÔ%0d
1ZÕFH  ÷  Xàûâ9
¤§  Ç·Ç^Á÷MÙÔ>A‡ß"    ¥²  3/41/2¿
  ~-ïÿ'
l  VŸï°°¯"
ÿ
d0_Ý{o¦ZY8/"à1/2x/wÈ;t  ^  ,?ï°ü

ŸûÂ!¦ïò  øaÿƒ  ^  -uKl  ...°_´A
MÓá‡1/2¨äŸíéþÞY5¦L‡""áB  °ßRpq  tû2ŽÉqÎ#û1hxD.vt›å"oE8^¿D="D=ÿ  "ú¦,0þš^ëš5ýUuurG(c)  9
0ëÿÂ  X  þaGúEH#¢3ÝWë¬"    Éh‹Mô‰†é^ÃÿÓT  ßkwvÿ
W'u+ÿ]%ð¯ÉK×l"ÁwnÿW‡ÿÐ*à¦ï1/2mÈÁ÷êúëþ°"Ý.í/}/Køf"ö÷ðúJ"  e]ï¨÷  ¤°
1/2¯ÿ  õ*þ*ÿÕçBׂÏ    oÚgCï¶ÓüÕÿDu1/2ùÕ'ëëé?Ó:·ó7ýëWU°¦ß¯µ}ÿÿ§""kJ  µáÖ•vÓïþ(r)›VÐpt
µÞ  ô*}ÿõÿ  °êõÿß¬á×{
hþ›û_1/2aÓ¬0¯{k¤Ÿ¿k1/2--¥¶¦¿Ú¬  Uö  öúê×ëí}Pi^÷ÖéU1/2?ïú`ÂV¶-ö'a7ÃkPÒµÕ†"k}¯}¥~ëÚÎû
uþ•÷iXOµ××_°û
%êÂ  þ  ý†GÂQLŠêÁQ    Èƒ÷  a"¡›
ì    XÚ  0a+ö  $Ã  2;
m†  þ  __,0-]¥kv  †"
,41/2°¿ŠéâMÿßû  Ó    í1#"!ßqLIÆö)Ø¦9  û    pdpFEñKáŠù
ß
Ž  Ø,0^%    àÕ(r)  ÛV  ¯¿é°¥¿L È$v    (r)ý    jûa2  ôÓû
¶¦$¯°¿¯v¿Ø'c±'  =¦áxb  à¯T-4Ûð¿ØA...°A...

Ý" BÞ !°Ô z Â
(i"Úì& ï
/Ã Û°µå¸&¯jÙ    "òn3/4¢"","B ‰ ¨D0B"""ª Á ^^á'J E"ç $ E¯B."
¸ƒB hpÁ        ", A...á` `1/2... Äq        DDG ¡ Ö-É±‡ÿ"K; Ý=µüVÚ^ë°["
Šâ [ ± ÐÇÿÿÿå¨H£ÿÿÿÿòl
¦K1Ø#*2£AœFBLì|ï ¶WO Å    ë(c)íT&D % Ë" T~v+C"¬ìi ê""*}%WÈ9(r)õ 2œ&'Ù?§Ôò
  5ÿI}/I%M
¸[uÖ)ÚWkþ"õú¥' §jµü    TMW÷éC¿¿ª h-:
×¿ ý áë"ÿª :A°íÿ°µá ø0(c)kjƒ† n ézãOÛO×¥T°wÂ¥Ó¯ï¯é¯~Â¯ä¯¢7î¶¡"²¿ß"w    '
!(tm)üñš
§ .3(r)s( §/ä¢ÒšÁ¸ÍŒ gVHgTìç úéöë&    ^ ‡Æ # #y@†ìàóÎªdâ'yÁ'"Ó: wRõçj ý"
  Ø@Á L"/    >-±"ù± L ÒÊ ]" p¯ê"A t
y€    C"A-"
Â j é
  (j 0D bD d†`d¸ÈÀ†šd@! §F\4)±Õ5}4Ð‡ ¤ÐÄacá8 ƒôÖ1 ¯ôî´Ó]
=4
</xA¦ ê
Ä"Õ"è ‹~#´JÜh- µ¬_#¶î Û-~ÓDûÂ¢8o¢;ÜCN4 ž±¦ƒ¬' ^ÐŠò<!=È1/2@ƒðƒr    -" ƒàƒªÉbD_
Wè 4 d h oÐ Ú"s'2‰cyg|‰ÎKì...²D >tE ¢\ù‡¸áÆ< w¸ þƒ
h6 nI
A>ò9äŽƒo "÷1/2ô Iù Ü&ë¦¯Â¨&ÐA¹#¦ø&ÐAÍ t h Ath æŒi žHŒ‹ÎNýo        1/2¶'
"ü'j›W ÚM×Öµ÷
Ò{÷"Íéê3/4 '{I¶'z1/2´›z"¸Ó¸¥Ö6íõÿ°u_õkÛCïMú];N"t"Ý ôôõ    §¥¯ÿý]kékÔÕ¸J-šïÛÇ‡UÿÓþµ t
øÚ†¯" ^1/2Â#¦÷ÿ¿ï"×ïÿ¿Õ÷×¯w_ÿÿ"^ï1/2Uµ{ u¤ö(r)úý ó"GÓT ôG ÿÿ_¿Û@j D _ÝÿW_u,ªàµ
Iš µ {~÷U×{ïèD|Gÿ×Vÿþ"    ¡Ý
'Ý"Tÿûq1/4nê@ƒß è56‹‡ÿõ o]kûõÿ ÿÿU
%Â†-•Üëÿ v"•Çö
    W_Õ-?Ý×WÿïÝ]~Ô5...aþõ"ÝÿZ"øD tÿR ýíûu÷1/2ÿY•åƒwÿÿµ°ïí(D>N¡nûôê1/2k"Qô
"¦dØaÄt¿¦ÿW]ßWÚ¯ÿíuWíGDg'ƒÿößý¦jðÝTFuõ ƒs$ôß¯õÚUÝj×ïî*1/2Öêª    ¯O¯¿ªïW,µú"â·Iÿµ÷wt
ÿ·lÕÿµîñ¤"ÿ]ôÝßu(r)"üïÿmmØ?u-vßÿ~ÕÎ‡á?í?U}1/2'ÞŒÐ-yÿ×íï]-3/4u4ßé|ê{vt=ÿúúk"ût** ]¶¶(r)÷jÚ
þû]÷÷}>u5´šõNá_•h ¿é*W÷öÃ3/4°á]Ò~¯3/4(r)3/4×ÿÿm tµ°µü4·õêj-1/4 :[ÿëµ†"ÛïCJá-§íí"›[_ÛKK
W-> V¬?(r)Ý^ [-...Oa×w ÚÒ×§ ý
AƒT¯a kÁ¯°Ö
¸F §{
& M" ÞÛ
Ã
  ýZJÃ
{¶"í"¶ÖÒÓ´-"så"d ß1/4qM±÷>ìTI3/47(r)**8¦E1/21HoÝðÒv+^-dOh&EµnÃ^Eî×ë]a0(c)(c)    ý°"
, ïï¦Aáµ¤Ðd ì‡uþ ¥azÈb-ð¶)Š¨ö!wª}X*×-á    † kß1/2"
[    ×ØM5°›é¸¬0Wúu°-¶¯Ã[M_[ûèD\Gh` œ B#Á †rg¥¸ ðÁ0B!...á¸
  B"!Ã0° Î9UØB ÂÛ
•Vƒ é5¿ÔDDDDDDTDDDDEÄH'        dÁ ƒ& Ž"DDe'-äØAÕµuÚÃ["¯¬SZaC 0 Á
  ÿÿÿÿÉ¸' ÿÿÿÿÿÿÿÿÿà`&£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿò¦'ŠWP"ŶÿÿÿÿÿÿÿÿÿÿþY1FZCE-+    t tÖ‰
Ã›¸ t zozâúzý -e šõ=xOGA*ƒÐzD R
Ò `Ò-</At°D4-3/4 œÎÏP´4ª‡PÁd s°¸^^ÿËMQGÿÿÿà
endstream
endobj
87 0 obj

<< /Length 88 0 R >>
stream

q
420.24001 0 0 676.32001 0 0 cm
/Im0 Do
Q
endstream
endobj
88 0 obj
43
endobj
89 0 obj
<<
/Type /Page
/MediaBox [ 0 0 505.67999 770.64 ]
/Parent 111 0 R
/Contents 92 0 R
/Resources << /XObject << /Im0 91 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
90 0 obj
<<
/Type /Pages
/Kids [ 68 0 R 73 0 R 77 0 R 81 0 R 85 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
91 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2107 /Height 3211
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2107 >> /Length 30706 >>
stream

ÿ&Ê2ê"Sæ  ¤`¢"%ÌŽ287^  €Ù,Š  ²YMA²wP6  p°l  ¬ƒa7
    É  Ø6  p°l•ç  Ù³#¢:#¢ù      ân°
'          =    âá
¢8¤tGDs7-ÈäG  äP`Ù        ÁHá  â  ò<G  ¢>GEó^ŽŒò9  ÑtM  ‰Ñ
    Ñpl^Œ†8$"""""    ÌŽ¨äG"8`DD      Ñ"GG'tq  DtG  È‰"#ç#^Ã#  !  3DDDDC>  9Cœr‡(r‡(sACž
    "85ÄDD2‡;¯ràð^-Ä  ðå    œr‡)Ì9Ç5  Ê  "86ÄDDDÑ      Èä`<,±        qÎ91Î9œŒs
^àÙ    g, ä+´Ž$4  †È  9  ¦°  ‰oÌÀ  #†Á  Àð^"Pg      Ž)7
      â"&q¢#£R#äÜàx/      W",‡;ž...
x)Î9
3a²
,íH          ÙVE³Žl8èŽ
"ÙB#£€x/        <£  !  Eò:.    á  £      ²‰˜r‡  x7i*  ^^<$æ    "Ã"  D2ù³#
.B"g'ÆG"8-  ±    (EÈŽ  Ždta  ""

Ž ¢"A àQ Ïe9ü"< Á
x 3 "DDLÑ D c Â+(c) àÉ 1/4 ÁrÝ@-
'ÔNŽ Yn
ƒ$H 6 ë x KT¤%ot[ªätg- À¢"AQ Ð^žFÑ´o#¢:#Ä| 'Àð,^‰1/4 'Ù Ž^Ó#¢8r1
Hôa G ^^^^œ #,äpÈq È`r74 #ŒŽ
†sèÂ d TDDAœrC˜r rì±ÄHf(r)jC Ò ^^²

F9C <3¯2 Ôl¨"$ žŒeÅ1 Ä+Ì2 ª"" ÉaàÃ•B
NRâ"2 (c)¸^^gÔ¯(sÐHf. C -J â Ê€¤¡ æ ^"E °¸k ">y Ì¸s!°È ò(tm)5 À
Èl21/4¦JCX¸ æCa ã
ÒPC 'Šie
qK(tm) Ì" @5DDdAÉ9Ü§!0ƒ(ç ªŠ(tm)RPC
)¨^^È")Î9¬DFW5 ÃLDDë'È¹-Èä] ^àØW5 ± = ó^Ú1 "àÔI¢:6Œ...Ã8^^‰ š a'š ¤
Œ€Ð°l Q ã ¸"tb^^^
ÁtGDw 8 ( ÿÿùLÑxÿÿÿÿÿü´ F@bÏÿÿÿÿÿÿÿÿþ[B(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò¹ª; Ì†2ÜžW #³Å¹£(tm)N
*$ÉIçbð&djá'ïª(tm)
,0žWZyZdèÑ•ÆÑ£(r)-v ;%ÿ£íUs¸Wë§õU(r)×ÿõPµXW^ª-Þ‰ík÷è JËÞ°·ÚÞðª "k(r)3/4
-êéÒÖª*cã3/4ú¯Ž;ýB...ÚK÷ v-ŸéáU}Úë-_ÿáB¯ V¶"~V' ×•OïÈâ^¯' g' -‰q qÂ)3HØ†‰3¡ èÛ
#]"geqÁ"æö{r¬¬•Áµ"Ñ±"çšÙÖ8)š² "
C¨"!šƒ"(tm)± s8Ù(tm)...5Š¥>CaM³ - +Q±
B ‡p-Ï20CVméaiv°a Aá ‡h8'< T
Äl@@ÍA Ã(c) !Ò6!
¡ 4ð@Êqs8 ÉÁ '!^N h" a É - q"pa ƒ$0 Ü ÓÂi"ê (r)ø" Fš
Å
,%d"8 a T- \/ôÂ
áúi ítÐa ¸Aö n˜B¢ @ý áè-ƒtÐÓTôÓ > hZ§ÃBík\& 8´ O D
è8vºékø†^ ãâé ÛC‹L'Ú
!§ · Ó´4ô š
‹Ñ,hŽÚ#‡ .(tm) a" DxÑ {ÿ">-;DXw âÑ.¡Ç äKrsÈ¸ù ¦m m' D˜îOÙ£Ñ"'ã'yÉû'}¢~ý ÷"
'Ê'ÌžD¹²?ræ¥Ï"ôÍÂ ´ 7"cI†
²;PA´Jkº£62 ÜŸ9 š'F‰Ÿ ƒ¹.e
DÆ A†È±¿ï 6 a´ Â
ôÜ Éx#6 wár9Ð ð '...h&ý æ' A7N tƒrÇO"h'§"ÐA·"4Ü'z[à ÐA¸ON"²:R
ðAéá
zúáp›zôž¨5Â Iºm"¦è=6¯ô ¸ZßMÓ´ôöû^Ý6Ó×_¤m´úá
IéÒzë...ôõÕû~›ß× ~¡ißÐn"ë§§•""IëxAú Zº ô44év4ßZ¥¯_Wß´ßu"×¤Úÿ]ÝzúúN¿a í= ¯pÃ×Ý(r)*
¥tíl OÃÿ1/2õöýæwßé6Õ(r)-SÓwNîÕ Òéÿ ß÷ý&ÇÝ^´(r)ÿªéÿõqêû^Úiƒ÷Õk1/2Ö¿Ý_¿ß0*M~ÿû÷ÿþ
Õ év¿¿1/2ÿ÷úÿô¡oä"E3/4² ¤ÿÿ_þÒ¦fÒ"bzXé=˜F ÿý¤ÿý¿uüŒ Úë#b5¥ü~†ÖðÈà3/4‡-¹ %{
¥îÈ"?ûë ÿ¦ñ Á'uûâ?ÿ¦ÿï(r)-{ç@ý+o"€ëÓÿÕ§è ¿ Á{öîÿ`ß_öëïúß¢ IZ ÿÿµßÿ(r)µ¥š TžB
*ÿÝ?m÷ë...ü0uþ ÷ë¯×÷ô¸ ^$[îß×ÿÿ
ÿßïoD<{‡ú '÷_' "" å¤õ õYc ¤wÑ
pnÿÍA;] £~ßÿ{|Å$/Òý}(tm)'ûÿ} îï¯%O°1/2Ñ ûuþs ×æI"?è‹;(r)KŽ"ò
v¯M{¯_-~Ü˜nõÝëýþ }ÿö"øA~šê‰ KûívŸ¿¿ôLŠO@í Îÿ
J"o(r)3/4¿º¯¥-Òêÿý(r)ž-ëÿÿÂ{"Ýà"Þé/ï1/2î¿¶ ßwî¿ßöuwwé_WVŸš´"ß[Ü×?þª›õ~"¯ú_õU_´(r)óWùÕí
%šŸgSöÒK]LÛ]myëoûWWÛý¶-_i7ë¿øiÿõa÷ï÷Ò3/4ÿÕ1/2 oÿM þ×¿_"ûM ~Õ×ïÒ÷þ*>ÖÞ3/4
.Ûêëé ÛÕ]-}öõ×¥ûýõímm}ÿá¥°×1/2_}"VûK¶ÒOûXkÿÂ#"×Ðt Ué}1/2 Ý"›J _õì%ïßí"1/2W
í;Jëá¥';Wë(r)¡-¯ðÒ´¡"¯† a"3/4 M(r)×ðÛ_† ‡
/ðÒÿðg I "

%éõ°Â¿ö  ö  ¿a}†"4
}°-  †

+†  -†°¯1    V!2(þ¢  W±Loì‹  †  }ƒ  ˜"°é'÷a˜  ÷3/4  ŠŠŠúíX¥þ  Y  1K¶
Ó  l2â|W±Á-  a-  ö9  wðqM1]´-†  ¿ßÁ˜¯b¢\}ƒ      ~Çý;aS
ïÝ"ú{  Ýû^Ä›ûd  w
!{WÈ#Ã  †!|,  bIÿ´Ó
ØL·^Âd+éÿØ¤¶  W"  k°°ðT  &[˜-Ö"0"3/4Ú°ÞÂî¯Ø\·@Òá¯
p¶  á"í_†Ã    &  '
°ÍSÁ-  '¡ÃêÓ^0¯Oì'µ
%^˜'o
Û  "XB;BÁ4Ðƒ  Ða4"
  Ð0(tm)$-G_
  ƒ  A¡    ÈÕ    Œ!              "  9
  ""1HDDDDDDDDDD  DDEDGjö¿¥í  WÆ1/2ñ  ÿÿÿÿÿÿÿÿ-A(r)Y8‰^[-É-€Òì*;  a2  Ó2    ¬ç³
  Ï    ¶M  PìÍ  è    Ý£û\4hÎÈ...ÞUR_  °B7¯ë]B(r)°Ã"åKÓûª÷Z
...¿ë&+uÕúÿûêÑ6Z-zõT'
'þÿ  O°Ðô"ŽË1ú  }ßîñM×ûî1/2VÝun¯ïúzþ¯õÖÿúÙ,  /'†Pw  Õh    P^c5#6l`(tm)twFR2  G
=  ˜ÏbA•³Íe°šOzÏ£(P.i  ò\g"œ>@Å  Cá\^    h!&A
E
      ¬Ð
  ÈaÈ,!,  cc5^b!  (G  8‡Há  "Ù  B!P\    O@âÍ  *  CÍÆÈ
  ¬^  70
n:?9  Y×DC    -  p\      ¤j  ¨  øp@õ²@˜dïëa  Q  =OÁ  u  Ó0    á  ß  <  a  ƒ"M    ,R`Õ
á  !  h  Aá  OÃÁéÁúxAÿjƒÓ  ïðÞ-  ¤ô  NÏôƒ    Ú{àƒ'  k"  Æö  B¶Ó
ö"§§a8†ša?m40Ý°vš}5b"äÕµãM4Âÿ"úqÅ§Zw§(r)œCK‹Ãª+q
    ]è\"dY  Ñ  6qÉË  üŽò$      xä}Nw'ø"v^îŠÆ‰os^"~4NnÑ)ù  Ù      "\Þý  öÄ9?F  ÷Ò'
Nn¤G  zâÑ:aÎ?ä¹È1/2n¤(þ  5ÈGpA¢  dXh#FBR  {ðÐì    a  h  n      ...  L4JŒiàƒpƒË£dZ  ]
›'ñ  œ‹á›'ÀH+°}&ý)  á6^¿Iß  |-'nE  jù  šNí  Ýô›"  ù  ß]A  4ƒð
ö  W[á[O  ¯ïá=6ý:MÓeE  h0é!ð°xB,n3/4é·V¯RÚ
ÓõÞÚôð(c)§á>ÝÐn  €ç¤Ý7iB}'êêá]
´1/2-é×ý-[§O(r)šÝzz  O·[Û
ú{m6°Ü-'Úú°Òn¶"ïëÒ·ß"°êÒ3/4´÷í'}!Um&ìjž´  (r)ž-ié/¯Z_^¯¤ÿZ^Ý>¿  Öô¿Xÿ
?úÛ-õúzúéž"3/4¿þéêÓþšÇÜ÷û  [Õ  nŒÿß¯_ë¯umÜ÷ýÝz°{ZWß  kôïˆõß'þ-ö°ÕÚûéÿ§¦ŸÕWk-Wë"ô
Ûkû×[Zÿ˜  ûßûÛûýÿfÆ3/41/2ø"‡¡ÈC  á›
Oÿ(r)E  ëëÚÐî=ûþ›¯¿  í˜Ÿ¸ë"ÕÎ  š  ÀW]-´1/2$  ú×\GìÈ]q
÷  ß\>¶Ÿ¸¯×¯"Ÿ¯Ò¯ô·iwß]e
ÇÛ¯÷÷"  ÿ"¿1/2vC  êÃuÿë1/2  t  *ÿ}ÿ·Öÿ¿Nÿ¯ú×Õûëþï-_^-´íU|ƒ  Öøaª²1Èë
~@‹ßÿ†
÷÷ÿ!ëÈL(;(r)ßö-ëþþ×Ú  1/2¯þ°^\òpP§÷{t¿¶íûþæ)×    ìµ  "-
×2²c(tm)G¿p  ïÿS  ÌM§Ö(r)"ÿ~ÿúo\²  ·ODgõ4"...1/23/4úÖ¿¿¯¿)Äê^°Þþ  ÿê
÷  þÚÍÍïíÿÿéþÿw¿  ë{,  ·}ê¿÷íW¯ûü|  ßi¿ûÈ3éKÿû¯×ë  ªÝÓúî1/4/õZÕßÖ×ú  ÿ~ÿs-Oáõlêo¯e:ÿõ  ÷ÿ
üëû:  ¯ûúK{uî"Õ×
êÿ¿°û::·Ý=µ_n  ûÿ"ÿÖ7ìêú8õzA"-j?¯s>ÿÿ3/4ëö¿w_  ú^"ÿõW  ÿH·"°*§¯  Óëuûµÿ¯ÔÛí}û~ÿ÷
!êî¿×OÝvúuM'Ý}†ÿú°Û×ÿÛ4÷êû[Xÿµ[á¯Ö*Ú3/4-¬5o^J í¯û[]m'ÿ¶·Ãô"µc-†·Ý¯k1/4}¯}oÙ\0•ý(r)"Kí
ÿv·ì:µƒ

nÒ

¤    iZýí"Õ1/4=~û
*†   ß"IÝmzÂúûì4¿1/2=´ö   õV"5ÿ'côÁ'ÂYuìŠ:ƒã†"‰ÀÂQL   +(r)Á,°Ò²?û
+JÃ   wö;b   >
†   (c)Û   žØø3   u"^ÂÿõÃ.   Âb¤21/2á°"0H?á   ö83/4â›vAÞÅ6ÆÓ   1/2±
Šƒ pØïcëÿa¥ßb¿b1/2   ïؘ x8‾ þö$oƒjÒâ   ""ü...û!cí   -tÓ      "×{L+ý   ð˜Tì+Oøal/M¶¶ø^   _
îþœo‾ ÿÙø.Ój[õõµ'   ·µ
'm,   Âh0^ƒ›a   `ƒ   =ð   "-Za,èjàÁdA"BÐdQ1/4-   a-
+
÷¶   Ðú²(†PU^al   ß   DRHqÄF   DN_^^†Li   Ž   ,DF""""
-..."8ƒ,.Â      g,¶-"DG      F#ŠB"*1/4›‹kæWÑ7Kka×Pýiª IZÚVÎ

M-...†   1Ø"
¬S
ISP¬&°Â
0˜!   ÿÿÿÿÿÿÿÿ"ÁQËH†g   ¹   ÖÌˆŽàRTÌó"ì';[Œ
}ÝdÎ;qL‹†Qœy(tm)>E(tm)Ù6U²
Á¹Ö   A
•MT   R³NÂ€ÇÞwÏVÊª‡'u÷
Â   È1/2
Ö1/2ÖÎõÿëú¯"ü=oJ•/ÖLÊ      ×"Kê¿z   ÿäÂ Ý~C`ëô^ÈÈ/_ý_'¤"ñÇ|'ÚÿôâÕ~X   ¿-   ñÝF   3 Aïä·Çë}
ý   †3/4›š   ¿ÿÿþ ëô   uþõÿÿ¤¿pÝ ïþ•É&h^   õiß"}t   öÿ
Ù   ²   dÄKÒ`R
š"0      ÚÝfqÂ   BC   A
l"Œ/Ù   E   '4DÃ   M   jÍÄu   ã   gP›ò@¹±"f¸ëÙ B   6ÉÂ$Gã,šÌöþC
r0Rì1/2M\è("   T""Ce   xIv-   ;4Èf   ÆP      /A(tm)šqa   ‾j   iá=      ...´ƒ@Â ó-á   C-ì Â   D   aÿ
è   5%₀   á   5Â,
ká=   !   Ê   à   á
"CÒ      Q"×´   ]ô
Ø··
]v   Ó°š-·~ƒ{´"-1/4 âÿ¸Óí   Ÿ
°ƒÂaÒÂ   AéÂé°˜êê›-   uÓNB;×Dy÷´ä¨%Ø´ã   -RõâÐîGoww"cn"   ‹oD(r)ñhpþKœ
?ôE"=Ñ   í
Kl5tK>
   2~äñÁ   ïe9g   "‰;i   Pƒr/¹.]6Nþ]   r   ŸHF,
ý"spƒêD8'¤   a~‰Í   õÿM•   œÂzÑ/z'9¤‰O"w"|ûKƒí   ïµ"   i   Ó1/2
íÝpMÓi=‹ì'Ân1/2&ÞGJAún   t   "¿I"'   ð]=¨   ý   úNÝð›z   tÜ&Öž@¹çAvB"]
ÿ§"'íSI§°"ôûÂt›ª   þõM Ý'ò   é°w(r)ƒt¿ON‡ô   é1/2&Ò
-t"úM°-Á¤õ¯ôÝ=;ÕwöÖ-ÿ¿÷ú   1/2o¤ýko*úPšv´   ÷[Õ¶ÿÝ[áínâ¬,2   ‾jïÿãý8ÕµW¸-:]/_   Ó   u÷ë(r)Ö
ýqUz"×ú(r)ªµ-ößÕà¨0÷ÿú{÷O°kê¿éú"=ªªzÛÿ·¿M+°O÷R   s
éö›u°w^ª Ÿm   1/4}B²\>Ýiþ·
MÝ&      ]Þþ
Jÿ}z"Œ÷ïöY‡ÿ^ÿÿ-\À   õ'ï   ÿþ
X   ?Y&0"1/2~ˆƒØ=uhÓ   ×¨"   °õ   û!ôÿwô"K(r)þ(c)   m_õ¿ïm|ê^án/î   "
   qz¿ìp~ÛJ   ¨õÊ€þ³3/4   ôÿïÿý_~¨UþßuzˆÁ   þ(tm)   V¨7o[ÞþÁï¤à^#þ¶ú   ƒ3/4ïû3/4ƒ
ýÿ¨   3/4Ú×U°í׿ÔÓÓí¸ëê   ›¨níK^A}C÷OD'o1/2.Ñ   •"ùd×ˆßé   ë¿¿×ß^öóÕ¿*ýtDíÈ,{píá1/4Ñi×{|Ã
W[í   Gþß,Þÿ"è   í1/2{ûÝSþÝ=þûë¥§ÿu¿çGÔ²   f²#¨o
ôêÞýy   Ûë,þ¿ÐZ×ßöD   û¨¨vÝ×§Zߨöí3/4ö¨Ÿ   ]×y.u§¿W]îîJ]-úõ__íÚÿáÕ¿þ3/4ÿÚÑPù
ïÒþÿjýô¿ß[Þ1/2/ïkÍŠ§1/2oÝûÚÓöï¹Õõ(r)×ëÚßô¨Ýý~þ   ô*ïß1/21/2{š""?1/2÷ÿ¶]3/4Ýì›*õÚ^¨Ûÿþ¨ë=

þßý¯-jÒ{¤1/2Õ"úó¹1/2+×° j1/2míû "ýziFÿßúÚý-ÚðûïØj°ZøjšQW(r) _{ÓÛmnÕ 3/4¿ëßï·† Kµµ Þ ¶§Õ¤×¯×Ã]}Ò›^Ámkí7mpþó7jü5íSÕ°•é&- °W(r)ß kšÏua,öß§í°| "ï0_¿dGØOá¯iq¶•õkÃ sD\'¶ á¥ÓipÂMo

9

¯ì0¬2:† k†1/2...á'"áÒ ·q

v

JG-     `" ñ û   =x0"  (c)äAŷïr'   üW  ÒÅlW"  îÄ(0Çáƒ J¤Xl‹Á'Ð/î^:wm¦•‚-=‰oø¦+¯d-?Ý
² Û¶û  'Û b¿d   Âþ×&:í¤ØWì‡‡zµ°  b"‰qØ²WìU-ì-0ÒÒÛ† h·Mp¯ÿ

"

ðÈwí+    Úý¤Ý¯ì/a> 'kZi iØ^ÂÃ

p×õ[Ø4µ

...é†  d |2ÔpÁ    C†Lb  1/42UÁ¯!  ?L/  HÜ¥DC  ;  hªƒ

...&  ƒ7Ñc  õÄE¡  a

    "ÁP^0R

1

    ø^˜e‰   e

8Š^^^â""""# F#^â""8^^^^^^^õÃÿæQe‚kª(tm)'ÕVÒAÿ ê  %V-¥H-(r)U  `Ám.UDµ  ¢¤
øiVÂb´Âh0šÐk  dl,lò  -ƒ ?ÿÿÿÿþX  QÿÿþY³G(tm)ÙVjÉ²Fv  NÁYnñß‡;-'œæ  é(c)  #;Ñ  (tm)Ý
¬  ‹ç"4Î"  ‡ÎÓóFvkØA  ÏIHÒ÷Ì"1/2\ ýWþ°Ð"Ó-RßÒ\*¦¿_õÂai
õ_úûH:êŸýmv^çé   eÑ#ÃZUÓÇ¯¨@Û¶û"õ  i  X1/2øwãú
ÅPpýúúÒÐ5ÿöí1/2}.*Ò'ö  WõI}ê(c)}-  ‹¿iýúS°X²4È3/4  ßJ}þF'  'c?.wæD>Ž†T"  BB9  €hÊ¦Œ
Ü  ,\á!   ì×',  ³...(c)8LÎ%LÀÌÈÙ5Ä@D1/2ŸŽ  fó@¦€¦-  K'  ,!ÎEVÈù±"ââOŽ  j  ÇeÂy
G‹`"Š,Ü  ÈX'  š"a  (  é    ;Á  !'H‚aB  f(Až  ŸŒ   ?°š


‹Á  "?Aî  ï˜  j

ø"  èoa;Ó  ;Ðj  ;  8ô

ï´Â

è1  ž  4iªa   ^ôÂ

´  L'xA"íá¡ú   ‡á8,†#lX'     ¯þßA§XC°@Ö-:N!¡Å  Ó†œhh;M

SŽG

) ŸÁ¢1ó

NbÑ  ß  ‰ob°^íž¶^íî-¯9¹¦ÌîK!  nfÑ.1/4"°#°Øu¬¨¸DvâÑ/Ò%ÔK  'Í  ã'9ÉçD¿  @Þ´î²sÈ'ÈQÚ  Ì†¤N
ƒÁì‰om&äNÁ

dLrtr:  ú%Î  ?'  é6  =è ð@õA°eÐ  h  ‹¡²/¹?Á

"-Bc'  'Ð è m   A  ´  ƒÕ  äj  $@ m  æŸ#ž  átì"/"-  xOM  A°á$è  ÚMøM1/2SuuÓÓÜ  ß
êØ5,t  vƒi6Á

Wªz

ì:át  PW

-¥µÓêéún-  JðžŠa:í:Aê  zoôÓý5Õþ-¯×NÈb-téu×õ]zIu"û^¬     ÿééÖ   `ß×M:j¿×A>;-µ"ÇÒ
÷¥}¶(r)

?Òz1/2¹zÞŸ  ý¥Òú  I±þŸMÿ°¨Ö1/2Ú¦~¿û0̸1/2Ò°{øûUµÕ†--ïÐõÞët/°1/2=ÿ×õíuø0úv¿-Çëê-Þµíƒ¥(r)µ
¿û‰  Ýý~3/4(c)oƒë-UúÕÂÿ¥-é-Èà"P/zÝ  ]oÛ  öõ
‚/nþF  ö\  ÒÓ0ÈþEÇ¥"ëšÃ3/4ê^  ƒ  Ó3/43/4û(Ó:

w¿úØŒ"

õõ°ÕšÂÝhr  •E}ñL...ÑþC

*|Da¿éý'²€_1/2  †v8#1/2¿ý,F

"ïàßÝv1/2ä0Çû

°ÿ  ^"û

îÿo×÷µÐ^  ²
µ_ëôÞÂ!Þÿ"é*!  Kõw]Ö
þÃ÷ÚÉb*¿A  Hú¿!œ  ÷(r)ÒH4ð^^éò  @a  ñ3/4(r)ÿú   ¿éí"6Íkß¦õª!mwÑ
?÷¤XÛzôBuf(ü¾¾/4ßmÔW$Žß8"DOÿÒ_1/2KVI  •÷-|"ÛÿM.Û"D>¯¯Ÿÿ÷^ÂÿÉ£úíEžúúÓIè  ÿdXh(t
m)
1/2küè¾  ßë¿ÿÿÞÚÜ(tm)  vÉIÿ
I{A~ÿU(r)ú×
†ßþ1/4  A}÷¯  ¯›Òî-ú¿w}÷Ó(c)
þ  ºÕÿ´¬ë=¶¦õÿ¦ÿ*Uþö»u¥ö(r)jaúûþŸWÕ´-û_ó"ëéÚI·ëÿ²a?øÚ³oûZ÷:6·Î²kzo§¿õîê§."1/2õµ¡ñèé[þû÷Vþ"O
oKZí¿53gÿjÃMô¶ž¾/43/4¶-õ¨ŸJÞ"kØM1/2>þ-k]¨¨VÕ](r)Âÿ
-{¨]|[ŸÕjÖ  ¿ÿïÕ*†°÷ß*V  ¿a...o°¨]ÿÓ
¨]jïVÒÛí¿MÝ]µÿ†  ÇL  _M...ÿWµí7V  ÿ¦  JûÛJÕ¶  _Ú²¦ßõ_¥ì  a¯
i6'Pí[Û
Ã^Â[
%
.-ða9  <0  È ë(r)?†  R¶"
  †•¨¿"  G
%"â      È¸  JÈév  $Å/°eÐ_¨Â¿  G  â(tm)  |01/2œ
´Á'Âì  Kb  k  Ç¢%µV7ö)Š"Ãû  o
  ¯¨¦  ¨
Q_~!1]²  ø-Ž!û  /Ø  â1/2‰  ðÈX±LUÄ"ý‰îWìSVïá  'µØM-\...  †  Ä¸á  ïb  kz"M>
lfÃv"Ú
z²  þ  ø^ÂØMPjûk¦  †E"Â
  Úøjžða     &Á×aªovÂÂ^  âD   ÒA...°O†          éÃ
""^0œE,ðÃ
LpÁ0-')  aR`ÁP´  &"4<!±aA  0Bâ4  B!¦¨"EC  Œ8^^^ŽuÄD2‡  DÕ  ~~~Ž"
hDXB"""4"#¨Ž#ÄDkÄJàKù]o\ÈQ"§(tm))Jd)V    ÔÝi-¥u~Ööö°[\-°-,Ã  'b¢  Ì
Š°¬P"QV¢ª            "  PÁ   `  ,24& A,     ÿÿÿÿÿÿÿÿÿ+õ2T<(tm)³±x><v-e[;PÉ|dA  é
  þÍÊ%Mr¿ù¥  ÇÿÎÒz{¹3ðª(r)  ¯°î÷Kjõ(r)ß-t-µ§_¨ëUN    Ç  ÷ÿWâ7[T¿ô¶¦é1/2mÿ"këOÿ}Oo"¨¤vI
  š#£:  T31/2  ¨¨X)Ö6   ¸ ÎFÃæyT  (tm)  £ìàó²¢-ud3  ¬f1/4à¦;-  Å
Ó"E0X2.¬ÚÍŒŒ3¬b"  A>D1H6E  Uä@§  ÐR0ÏFq-"á
D  5   3P‡F  ‰Q  ÐxD>  éç(tm)Á´¡   $0ƒ:^  4Ó:4õób   ;0!¬S"6GÅ)
¸Aäæy  ÑÁ"â"   |ØD)¿]Ú¨"a  ƒ¦    C  ‹P†fðD1āT
  >B¨0   B Èl"&¢Á  [<a   ·IÁ & " A"-- _ 0ƒAé
i±-ÔÞ  ¦;Ða  Â"  OOT  @ÂoÒ-7L!ÐOÛëäAÇúa    á  ...,
?A¡öš
8´>×"M4E¢â  M  æ^(  ×¨äWQ
  i"Ä=  ¦  k§
Åª¢,8ä|m³#¢iN×Ñ  Ý"E  8¨K:ìZ#ÍÉ¦‰{  ãÑ  }  ë  GW  ^íÁ<‰(tm).h&Ù    aiôgH-D1/2"Ã!-§¢+·
Y  }bÂ"Ã÷‰  áä¿#›"Ÿ,  ô  î,4l¦ÉÐ¦ÍÔÜ  ö-1ØD¦Ð#3  -ÐN‰Ñ¢}äNÁ=È  Dé¦  ‹6,
}&  ìy  š    A  á  4ó  n  vúø@Ýw$z'L‹BéV(c)ô¤N A¿Y  zA¸]>"É+MºU¨Ó
´  thÿÞ  p»"  N  ~
ÕøMÕ¤í<'øOðÝþ´›...íþöÂÒ
õ¤Ãamֶ¿W  ¡7M¶¦Â¦/ÐÓÓmS¦'Oí$õ§ëjÞõtéÓôÒ
úêéë->¨ö  'I¶¨°÷-ÓUÕ¶}éÒ~  "^•=?k_éý*ºðÿ?WMµÿŒ'I¸N•S¥Ò>ÿjÕõ¯^-R]tþ  a-Þœ*ï1/2%ÓÛ
é1uWÒiÒßi,x1/2{ý]7}  ú1/4Îê ¨õÄiiºúz  ¿wwUo|~ZÄú§ï¾/4-nÔ¥¿Wkák·s=P}  ýºÿîê§{õáïõ×ýWBú
û¥¢Ý²
þ"¡/m×U-0š"]ö  ÿk1/2z·þý+¥îwUwôÕ]_äJ¶¿ÓÿþÖÿ~"-Wu¦¯×  ÿúÓÚwt(c)¯

ÿ
ÿý¦íh&þµ»w^·Æ×]r    Qn÷F°ªÿë(r)ŸÓÞÞÿ{WÝ ï¿í{Ü]H!>1/4""·üíP1¯_úOÿ}Ýÿ°pÿÔ† {÷[ÿõõuµÿ
¿_¯ÖÖ_i?ßv ïŸn¶¿ð¿ß°î"ÛÂýûW
¯¶ "×kýÝ×}éÿô·å"}×þ›þ(r)¯aÒwÉG÷zÕú!áÿI{ûî%_ÈÇ(rzuêŽ å¹
2xS•Wð¯\×ßÛ×"ú¥×Õ Ý 3/4ÿ·kÌ' wþ ÿ"×Â"Óÿê¶-÷ÿ1=ï(c)N%
Gõ'=;ëz[Ý÷OÚÝ?"ÿí÷].ý"vê¬¨ÿ7ÿµ Ž°Uÿ^ôú¿ÿýM(r)
é¯è ÿ3/4¿ý&×Ãm2 ó£ Bô£sW÷Wÿþ(c)7x=¨ÿ~ßKÃ ¯{Öÿ^µÿÿk
-^Þ•ëëw¿GWÛ^¯¨i f¯wé¯îw³én¯·ë"vî¬¬:_¤û"3/4·OÞ¿gW¿-áÍuš›N³×oÞôÿ Ò"3/4Öêþ›U^ m~ú÷vý_5
*uô›ÖøÐßÔ°ö°O¥i{ë |nyè5µÕþ w{TÿÛÿïÿ"öëÿÿ ¯ívÕ
VÞ"÷{ÞíûK "Uµ ´(r)ýx-}öêû
jšê¶µí-¥[k...u ¦êÂýÒ
-6    °ÕÝ]=¿Ú Ö ~ž¬ [i="V(c)Winîÿ¥kì?        †Òß´ÿzµ3/4Ó†    _WjÚ^Ã
%3/4"²>ö EíZíðÂþßl4µ{Û"Ø]† †        l4¿a¤µZ
%
Xa/‹†    €1/2; ü H1U¶ cc‡û
 ¯ ˜ù    ôõb-v
$°a(ý[êÂ
ijÁ-
êÂ¬RÅ; È¹Øþ• f¦ (-Ù
u    '±°å AÛ WÇ ï...
üS
ØéÿW1/2"î› ±È<{ïØßï Pï Gì.[ªk3/4 þÁ1 Ö¬Š¶C1/2[ØM×ÛL-C!Ý† Ó ‡jö `•°íý§]-"×ýêÂ¦¯´
µfJ aZÂv ö ^û "×†•-...Ú¨a^ÞÂ

&°`"0\ ì dëB B""Á
L Á
!,Ø Â¡ w
! a ‹ "
  B9 A¡ a    0Ñ / , gš E!¡ X˜š¡    &1        $ÄDDDê¢"8^^^,Ž8^^ %ú-ê²DYd õz
+J Â¶ ÂËq0Œ0X˜" j!GV¯A" Tf        "
›h‚‰S†9l -ÇÿÿËp5ÿÿÿÿþ[-E¥¯J 9ÔÎ9\Ö"Œš
  fK.ÉJ"¬Š3±Ä9Ú'= b ÓfûØ^¹ F 4^; ÿá"Õ 1/47ëáu]³?ê¦×dnwµêúéK ¤¯ßt'(r)·ý "¢ÛÛþFï(r)·"
Õ,~ãõë¿W êkªþíÝhk¦þé¦ Ãf†ßM7]_1/2¿ûMý ´ÛU××ÿ]7 ×ï¥¿µV3/4ýÉQ oöï
"Fíáî- B X ,-"¦ Y(r) Bùì²¢" !t:Ñ;÷Ù žÿÔÊDKŠDÃ Î¯?$ ›
  •Ù@¨:..Ô..Q× Ë¬Ø†ŒÙ
‡Y@†ì¬ÐÓ    " "A ? !=...ˆŽÍ l¦Ô "C ""h dì `Ÿ" @àÁ î 4 LF›Bí Úh=Bkh?
.,} ëÔ ÿuPAÐNÐz
¸3/4×L&šß    M]
7o ]-Úw Èé n4D C{õwN,"8
  æ;Â"Û¸°¯Fá¢?r~ë'
R õ%Íù,È3/4ô§aP¢\Ù3/4Nv¤HfælŸ"ð¢^þ"û["žBC,'pA¹ š'ë,
È¿'1·Â46 t ò'Œ 7#Ê    ý ðŸl² *ft Òma ý_Oj-b´- 8IÕª
"é<&à¿JÐM¥¤ý=
7é
i¿ ÷WÓôÿê,mï1/2ÒxVÕíÓÂ~-ª
ÿN(r)Û×µôÿ_ÿI÷×z¿1/2÷úÞ•ìÒx]?é>ßïMÂÒ 3/41/2[út¿ôÝxë¿ÿWÿôõî;ZOÿtêªï·ÿm}þÿïw°Û¯ ýU"(tm)
ßø¯÷ÿß áÿ        ðjÿWÿû¯-Uÿ'ß-éÝ-zÿµ_ú¦¿×(r)    ‡§ÿ]{êÿkk³XFëK1/2}þ"ÈÁ=
 ˜ _þÿ×î8;/ ÿßßëßï¿å3/4žßÿßÿ A+Á_Ûúÿj¿

ƒ• Õ.ý ý-ûA}×÷ïÛ_³@"û ‡ õ÷ÿÿ!A"ý¿Û¿í-=oh...Îë·ë´éuü‡ <œ L ÿõÿ¯S
3/4õúM ] ôE¦¿§Û×÷ý Ó¬!DÃþ¿ÿßîE...",‡4 ;þô*M [þ1/4°÷ï¯ß~3/4E^ ~Ý/í'÷ÿõ_`ô"!õÒ¿VŸ_
§}ê-Ûûé53/4ßõ
1/2ô¿Õ{_û_£Võ{{Ö1/2->•ª_~Öµ¿ný-/3/4"µÍWÿûþýoÜ ´ëôªÞÿß(r)ïTºIýþÿ· ¿éÞ×ý¿ïÿ°•"iAí7þšWÚë"
"i^1/2(r)¿ý" õ¯ªºÒý¤ß¥ÿ¥iZÞ¿3/4ÚØ[×Ê ÞÚMé?ÿ[i "dtÝZ
+_ïØkÿ,WÝ6"w{ûí...Þ+Ûa$Ö¡...þÕlÑ÷õ§ šë"
a,ûki6 ßâ› 0eÐ%
%[ë†
$ƒ ƒ
é.
ƒ C..ØM~E¿\‹Ì$ý²/C ,üS c¿a˜ wôÅ1 ¯
3/4Ä(-ðÇ¬/ÅE,K‹ßýöÅSÕð˜"w¨i(r)øÚªUºi"ÕÝÒ} ¹ }Û
¶ (r)"µß¿zýöšý"Ân°ÈW°ƒ
÷à˜ Á0ªÛOM...Xat(ƒ"¨j ›... 0N>×Áa Â(c)Z·¦
ðÂ
Ë
† Ð¨Èƒa ¤ÊP"Z `"q ‰
hDDDDD8 Pˆˆˆ fpC DDDDDDDDEcâ"=rÍ*u}µê¿I°3/4¢ (c)°-
ÿÿÿÿÿÿÿÿÿÿü³(c)(Xÿÿÿÿÿÿÿÿÿÿü³D" ùi‰¢lPs ,"Gu2¹"; 6[è) d
Sº3$ŒŠ2¦Ê ÍQÚ*TÊpŠØU;[E ZþJ<*¯ô ¤O(c) œ*(r)¹Û¯ õTÖÒ
ºðžHu,~ºH UNÝ9a?h Â-¿Yg Þ"%Ïÿ §ÿ ~º...A
_I×¯ÿ3/4 *A¹pý×¯ÿ~3/4 i ¯~ ûõ DQá GïW¹ [ùØˆŠ çW K
1/2 ú'd ê !Mpº \Œ ŠLfÙ8...9 §¦L N ƒ#êlCX¤l)N!ðCfH ¨f°€ˆs @"²P œ e
à‡Qr-G3£ By ä(±°-²@@ƒ<Í" Cáv$Jàˆ• š ª †B ---p¿Ü& † 4 , ²8" 6Î€
Ð4 Aô C B Ô&ØM
"$CÓÐv ª ú}ö
Ð`ˆZÁ,a
...ÂÇJÂk L'3/4¡5âÐi þôÂ
>4øqha
âÝ ¶šüZ...BÂ
éáu¯ÉFDwÉó'Ã¥ù ¹ :Õdø5dZ0ˆŽ C" ›' Ñ/l‹Bsh"¶ˆ¯ä#3/4Oò
ïDX1/4lŒù ,@ÈWhˆ;"öÈ-']¢7qqÅR¦ÐF"G"=
Á áóô lÍˆe
] œÑ9´ƒ¢t`× "v›§'¤ç äí Û <º4N "
g ›"fz& "ÍƒÑ›
'Í¢SÐn DæÐ@Ü‹ÞúõtÔ ÕÕÚøH8pì tƒuïð›§KIô ßON"T- Ýt÷Wµû"MBnºm "Ý7õÛ-+¤žŸ
ý"W(r)´ž¯÷a6õ·uÓé=}÷OíUÒµTîÿM"i*é´›§úUã3/4¯cý¤÷÷N·Uè+IÔRôŸÿ¦é¥kû þú}=¥ÿ ºéëþ'ö5×¿Ö
í~"‹¤/îÒ3/4Ým-ÿþ+Oíx÷Ýµ¦Ó o§×Kô¶áôÕÝ}ú}{kýiðé[¯]4Þ*¿àÕþ3/41/2úá×M"ïï_`ÉPô
Ø<‹[ú"kûU¯]ÞB$ºü|zu-õ ÂO# ]WªöSˆÈC µÓ Z
C‰t6BéûO¿xÉ0ÅÿÖÈ =>ÿî¹¬=]†C‹7Î ŸÚïç@H> ãKÞ Mƒ$Á}ä1Kÿ¥þ }*ö ß¯ëù
3/4¤ ø/û¿ää¸aïí×ël" ý cPÿýÿ°¯é/A‡ µ&9œã21Î9ªï"A
þ
ý,!ã÷W¯¢ Øaºÿ ,Ô gvq"KÓÒþ‹)!;ÿ§š,Wë G˜Ÿí ×ä`GôEŸ¿-ý } âüµdÂ ¬1/2d@Ð-lŠ
~ÚÛ º$ í"X?öÞ¿ú#>ªÁÖ¸/¯¿í ! ‡õ)'Ö,J 6,ß%
ú1/2wë
ëÕ|úV* à3/4è ´ô ßÖþ,†Þ µúÜ;Zæ¦-*õ_WIlèÿ¯m3/4î gVöuzúWöëõÿ~1/2RëÛ÷1/2{=k÷œõÖ¯ëvÎ
‡]þéöqÒ¥OoúïkK~|þ3/4ÿ"ÿó÷k NÎ‡I{"•ß(r)áSÛ\m'¿Zÿþ¯1/2¿µmV÷þ"§þ-÷§÷ é7¯wÜ.ÿjì:µ3/4ÏÎ¿{}"
kö3/4ý¥útú_-/÷L4"_úkºÖ}"i/éHq(tm)×i:ö"-...kaÒõØKVûÛZí[ m¤Ø*°i{

a¯í(c)æ¯U×(r)ïû°-"¡¤ÚPÂ"ôãÖØ0"0žÈ¯dx£[†`W²ëØa&Áa"¤\ÃJö)  †  ŠØý†  Âï"ð(r)  <0O3/4DÍþØ
XâÒ
Ö¿ýØØ-?ŠŠ  Ãî
ŠâÿŽ$ÞÅxb1/2¶6  µñ±ý×  ±&ûÿïâ[¶(c)ŠŠÿ¯íSj  M5µl  ÷°¯Ï'ß
¶¯['[ŽÚPÂ]  ï  Ã1/2]...×W^ÿêÖ°¥Ž¯L/þªð¯^  A"Õ¦á...°ì&  x&"0¯
   a&ÂÁ"O
     0šiðÐƒ  É¸M    5
Ã
XX°N
,  &šO^ÈO;¡  (0a
   ItaÂ."    5`È    %Z"""
ÒNOj4"jB"""""
-‰¯!:  ÄDDDDDDDGÄDF¯U¥þ/Oâ£ÿÿÿÿÿòÀš  ÿå4"£ÿùg  TËA  Èm,"q6LÚ•Ïï(tm)  ²    H¯  Â
-
"'I  "B  â  fE
Ž´Eù]
¿  Bü*    a  ƒD"r*pÂ


   †k      •Mßoú٦ƒ "Â
STì¯...Jý-I  %
*
4Ñ  ÃDw†ší°¤"  ¿...SÃD¦  %ôKƒ'Æ‰Ñ ƒ
"_D¹¢~ä-(r)ï¿ëê¶éêè:  °éá7      é´  7÷õñÿÝ-
ôé6"Õ-¤ÚO[õõßúí¦êêá?í¿ûí>÷1/4>¿KÁ%î"Þë(r)--ßä"9  güÉÉšãµ"ä-öFŒ‰(tm)    ^Ù"'3/4‡  éµëÞ3/4ÿ
r4^ûÒ8!'²  Bt  .³b  ãM    -C
D  ñHÃ)Ä7    Tjt  6)  S!  2  !DlSÁ
¡
c9    5‹  lü  0D>MŠ    "    †ÏÇ    0D  d8¦ë  ßz}×1/2YV-Ó  <â/  0@íPÂf†  pÉ á
"
Ô      àâÁ
Œ&¨4Â
  ô    ôü Â
   û  5    Ýêÿï1/2>öõøAé¡"Õ-8Õ7M0š
'§

1/4vš}¦ñw~¿Ú}~p×\Ž-]uëítâÖJÞœ:  -´B;^ïK  #¶ƒTDw"\'D±¢\ãDXhhŸ5í  rS  Ñ9¹9÷^´G  ÈÔ
á  µqbÝ¯ÿäxã_h-P@Ù¤Èþ  :djíK='Ù
Í  ›è  aÈü2T%<ð\è è Ü‹ÀOr˦  6‰  'üaH-I´-ÖGäYÐ Ù¦Åh?ï°µï_÷@  éè:¿  =6Â  &ðè ÓÓ š
é  Áá7L4  éêá0´>Ai:  øA3/4    §"_k êÜ]  ß'"ö¿ûM×  1/2- ÚnÒWÂéöêê]°z
ê1/2Ÿë
õ{ÿÕUîù  7îò9¿ÿwÓTß  T°¤z1/2¦ë¨^é'øNëÖ¯["×O^°-tŸx__M¤øîßÕì,Rß×ÒkûÿíÓÕÞÿ[ß  µŽ1/2]  O
Ú]Ùk¬zÖÿÿÿ}U_Ý24%=÷þû¿°íŠÿ:IÿIßö  µúþêÝ.ë  ÿ]w_Udiÿ%¥µ{Öÿéúÿ°ß×ïöŸÓ'  6-
W|7¦ëùù    µ)Äû#,ÿ×u±r  _Oús
êû_3/4°}U×È  ^×ÿ¨Òó¯>ùÕ?¡²
ý¡÷  ë!,+¡×ûW"
1/2"ïÐn3/4Ÿ÷"×oÿ*Ã  ×ÿûê
ù@.µÁ·I  ì  ÷  ÜßkÕ?Ø5]¿ýþÿ°Z"zÿè-&þÿ  ¶´qÿ...{Ã
+o"øD<}Wà<-7Þ3/4BŽa·þ°ÖPÿõ¿¥"÷3/4    ~-õþHs¹Iþ    ëÚ!ãòvP@o¯Ège  1/2  ?Û¢  ?0G¯¿Ì  ßÿÛ

```
*  3/4ýíþÛúïÞˆ"ï×ß°B:è  ë¢:~  "  þ3/4[('É£ö‰£  _ÿÙTõú,ïÿ_ú¯í~²d  ï¨"o,Õô
ü"
ûo(r)˙/Ò...ÿ  ÿ´  K÷özÿt˙3/4÷ý×zÐ_o¿  UK[û^-¹º  %îÿÝ:þÙÒöÿøgH=ÿ¥÷   ·þ•Ó}úWÒßwõ}  NÛú
ý.üÔîÓ  ³ª}öëÛzW¯öF_ëm~~ôßúMô°_{u]zÚ]wö¨Ÿ÷êlëuÔÐ{]j¯Víµ×ýíoÕÚý?[ï¯Ôûð-1/2]û  Mû¯z
wý'jÃWû[K[k  ~¶"¤Ýï"î•¤Ú-ö"ÛTë(c)›µm&ðÃI¯y£m+Nëí[UûKm]-^Õµ¯áÔ¥µµÂ  ÚÚl  ÚZÝ(r)ÃI
µµþ  IXi¬4¨imÓ  †_44  V¶:jÚX'Ók
/ì4¶Evƒ  ÷[J6  M(r)Ã          ^ÚØØ3  ï[
Á,LS   3/4¤L1/4qÆëL5â'b¡,ì0¶  b  Šb¢¹  Ô0JÕ>!1
EçÇÁ1&?·bÃ!ÞÇ
,·À¢     ²  ñ$ÿv.:bë1/2U"Â  ÃÕí¯NØJ¯(r)**°Õ5†)Šbh1/2†  ŽÝ¿aa  ±kõ  ÄZØLBÚ"  1_jýY  ‹
&C3/4ÿðÓ"×
%b        "¬&ƒJÐa  Aû]...°µØ[VÁ]øa&  všpÕ4Ô0(c)"þÓ    °ÂÃ
...¯Aïa  aUîÂÈ  "Ó°ƒ  uY0    †  ,
  Â  "  ',  `"D0CT,!  Lbl2eE


    q¡  Á  âKâ  B"
  ˆˆˆˆƒ>Ñ  g
ˆˆˆ3
ÄDDb"8ˆÔ8"aŠ°ü5-áÊªW_  -Âí$•
(Œ+  ƒS%
ƒ   ÐÁ-  Gÿÿÿÿÿÿå2B  ÿÿæCo(tm){;C;-ˆ£û  ÕßÈ¿JUt°ámÂ...ý  ýÛqë  ëÛÿëo¿1/2L,?;
-y  Z""  "˜  ¹ÐBq  è C¤lŒFÂ  ÌÙúà¦¦±ä¨s0à(tm)ÈÁl0Aô0AÁ"  OL'Ú
     <  ÿôÛ¬=;J/ø×‡  ãÓZ%ÔKšÉðqÃÝãD±ª%œ  gòtøAÐNi  ƒÈ£ä~  |%om
ÉÎ,
3    #Ó  á7¤-  j·"--."ØCÓô  _"á>°›IÒ}¶í°1/2kßú  ë---.±ï1/2v-ýo3/4êâÚþÿÛëá  ÖëÿÿMn"]
¡ž
è?zÐë#a;Ô§        ëô5w×õÉ¢€[§  ýþÛuÕÿw
U,+îþ-Ý  ðD  ÿò  ?|bjZ3/4ªÿ,"  ~¨Ž•(r)(c)×í÷µ|%ø£Ýè°ý÷wÝ×¯ê  ××íÍKÍÎþ¿¹-þýzþí  "ƒõ~ß¶ô3/4ý/°
ÚWj"þÒ¶•úý1/2þÕëµw~×¿ÕÿôþÂÃJÂí¥ëÿka+
ß¶  S3Å²+"a,J¯÷²é†-"î
´
&ý  Aìr'
  ÷Ø¦.8>ÓbMéðÖÁa...Úk(r)Âd,Y  ·mÓµo-ß˜`"0  ,Vš  U
&¶
Úµ
 ̄
D     "HˆC2,ˆˆŒDD  ÿÿÿÿÿ-YñÿÿÿÿÿÿÿÿÿùmÚ  ÿùe,  ~Žï;Ó/"Øb'è3/4s#ÅÎî  "Y1/4  ²Zdlˆ  R-Š¨¤
ÄG
,€€¿A›  L  i±    @...@¥8Ð²  s¨e  Aë    !  Å  ›  Ô  Ö;A"
"  Œ  ù  ˆ  Î8On3/4,
{"   =Â~  kÐA-^ƒz  m/p"è=
ª~ƒz´  éá>žßÒÃý=;°¸éP"ïßOÒíÓ[Óuûôí¯þõþÝt¨"Çir  ~    aÈg  *!Ç(r)ˆ{zè"
i÷È3/4ä  füŽ  m)G#Öõ  ¨ß';'+"  ä   Švu.EC×XAД"éþ  9¨¨õxÖ(c)?è
ý>(c);zA¿¨ÝMo_÷:n,,.3/4›þøI<  utÝuÿ
  ý¿O  Gï‡  GÝ&¯áwL8=(W¤ðôöP,Oïí"ì˙Ø"¨ñDoøc
}  Ç  n›ù(ã¶÷|0Du°x"üÎ  DuTÿptð]lêÔÖÕÿ@-íÞ
Úƒ†Ãûöûúú  t    ûPÜ:uù  5°ýÔ1/4-  àð¸=íÔ†ðý  í9
IÈ/Zk×N(r)-Èa9  àÛr  r  &îµ¹×i,>J5 @Mƒv   Õj÷°kñ×Ûl-î  L  •k}Ópßd6w  p¶CB0¿¿Ðz·
```

¤g" +ööCB}3/4ëé,#÷ß  Ž1/2[¥Iýýý]µm[xvûªàá  ú  ô!ý{¶¿z¿ÕïÐ6°Ã×"GV"Ã°n¿Vï¨-ß¤ý+UnÈÀw-
EPt  "ë't
÷ä@<'H¡Š/ªî  áÚ~*3/4îB  YdY
Ú  õ´...Á  ú*Âpê
/ªýø·d+ÐöÛÁ·‡_é>.  t    ¬5ºØUð•È,3/4¸":~  ´-Õ¹-ü  Ãø+s_Ü  ìCmWøfu1/2¢+µ¿'yùBvÛX?'×Uí¶÷
Ûž  |²
'ÖïUu~x¸(^  ¯v1/4^ýõ]·û~"kvëµl-ê¿û-Š1/2mÿIÿ  ×i"  e>ˆé(>  5y-mÕì%Ý  é˜Õ  è˜žÿ  ÂL>ëäªÄ>ˆé
Sl%i[
/È¡-ºnÂÂ
=·a¯l%û-°˜-v"CIá,ÿ""˜Âûì  /ôðÎ  ñ¬&Õø¤    ïb¤2ÁŠöØî˜-á;þÅv  -×  W  Tú\.ëxVÂVûz1/2VÞý{O°
¿  í¦-ÂTúÚ"
ÒoðÂ[
&   ×MµÓ
tœ0·öf
ì-&ÿkn
`-í...Ø`¯\  -ûm"°kHtðdM  °˜Š  `È€é  Rp^
$  A    2iÁ
È¹¨Iï-BDŒÜç\\¦ªXˆ  -  ˆîb)  t\e[.!  !VŒÈˆD2&  |¹2#b'¡
B#äx"Dpå@.S²80AÆ  "á¢Y    4ði
C  ¸-  äí'Ù  2  9pÈ  ,8-  f"""'$2  1Á  Õ"  C9rc(tm)È¥È¨r‡8,
+!ü¡  nZC
E0ab*¸.  L,$3-9Ì  $æ  äÈH((tm)"'...J  8(c)+9,œã"Í0""""""""""""""""""#ÿò1/2'6    îfLg~2    F"ñ
H    !IQ  ÌŠeó²  ;â"¹tDdA  Y)  f)$"7  R5  XS(    3äLøÎ¤k    ×'  Øh$Ä%dS""3  Ž  <<ø¤P3
†Qðnt
H
|TG-
:†i±    sPï643á ê  Pd¬=".J(c)ðÐj
(c)    'A
  A  'ë$
€@DY  Ø¬Š  ‡á  †ùÝWÞP-Ã  A}HºÁ    Gî-
ÿîá
µ^  ø@úOa÷H0f"GZ
  .|  Î
  +_"ýî†  ð  ûïÞ¿þfµOØ~fÓoAðð¯AÃÂ¶÷  a6ÒÿÛ¯÷
xOõ¿þõõ"ëíÓÿ1/2<&  è4ú#ê›kë¯3/4øíýÞ¯ðìjÿÕ'ÿo]5ïp•Ã,#Ý¶¨-fz÷W~ô-f¿÷Ñ
øTÈì"ßßj^g  Ð    1/4  ~ý×uÅÙ  #  %  D+°œz!o"¦>ÒýáëwÈ
å;DOÞ    ÍA  Ìëë...  ÈÉ"þêÊ³  àfÝÒòÀä'dté¿$Cd‰²@š  P,"¡ù    Ž  '  êD¦Öµk-ëÉi"
üŠC¨"×Pš  í/ûTfv'¿†ë¦í"Ò>á3/4-
ßW@ôÁí&ÛÁ{`ˆé÷þ    Ýðž"Ð}ÔŒ}÷¬ã-  }õÿÒ}wa  ÕðŸH=7é>Ýì  -á=÷x>  ¦Ýööþ-×Û  Gá
-(r)H  w#  wÿÕ  ÈÇ  ]_
ázTš    Û¶  tì&3/4
  GÕ¥*¥ìòO}Îõµ�íáð¦
1/2C"ÄuzûÒm  á=ÝVíßŽ,`íav-ìèm§PcEûÒY'  Ì  ûùß°j¯[Wê;÷·¯  ]i"¯uú¥÷ÝþGOL?¡^Þì~  "  ¡m  #"
÷ÿuÉ=wIÝõõ"MëW~-  í¿jß  ]  -7‡pÿëøhõÁ¸u_O_oºfUÓ^¿[  ~ù'ÚK
ªrNýv
%ü  "$í  5-iˆïd9p3/4ÕÕvÛJñ¿3/4÷õ  VÞIß1/4":ö¤
R1/2ý<:Û_}¿}
†\I²  NûííÐ"    z  Žš'  °pFÒ^•A  êŠëûÛû´""´÷u  ÙG-Õ-Dp_Z"W3/4    4¿õü  {

_-Ð3`‹PíØ{!œ1¯"...ØÓk¿Ý×v"èi?k]í|E+¯÷Ô  mþÝ¤1/2ü  *1/2þ±]×ü73  Æ¶Óÿöîš(tm)Õ$¨'*  *²pa~
Öá  ~ô(r)ë_ÿÃðÃooo,#þ×
ûn    †    Õ:m  ÷(r)Äm]...~ë´ÿ¿]ÿ·|  Õ{    GÞýÕ¯~  t  u×
  øJÁ  çz¥ÿë}k      }¶Bÿù
õúöï'HAßÃÞú´ø~
6•ûþ¤    ª    öÝ†Úä  P£J(r)ßfÝ;{|  {zª  Ô  "ßúz^
6µ  ÖE>E    {×o3/4I!'
o  (r)^0JÛ[·¥õ]¿[íÝ>ÈÂ~ù/¯[¡¤  mþòëpCET...."ó:T  xZäeÞÝ•b
´E°Ó¤†:*÷1/2Ã°ü~ƒ°ßú§~  Èªm?¶ôþ3/4õÕ†  "+  öí§  °•"GJÜÏK}¹  +Ð5  3/4¿ãÞŸåÇÒ1/2¶  ÷¥û
v1/2¦ˆŷþ(r)ÆÒßÃ§¯Š,#(r)I%ˆ7Ít?Œ<  "4    ß¿]ÓCõ
\":WbÕ  _öE#§  -°¨ë]^
3/4Ý  ¿  F  m(r)Ér÷>_"PpEÑ(r)õ  Gþßâžáý5ÿ÷¿ý=×  (r)ë1/2ðY  -÷¿L-ÛP"DTýÕÛÆªÃN
  j8ýÁý{^ÝÖö"jÞÛÃÿw"¶é_...×  ízï-zÃIÿuDi.ß|ziÞö  °VÝ    ¤%oÿäz?M_itGVq¥ðäz¿Ö¶Õ‡Ú[p^ëk
[  Ç7A.3/4·DaÞ
,.›µÛa¯}Â#¤ö÷  z"G^ÃI]6¶
'0á¥  Ž"ÞÒƒÛ}+-â  1/2´GVö°öÂ^,oàö  K{
Ã
PØuí/°Pþ
/µ
h  J  fÎŽ3ƒ´àÎ3  &ûpK#  é0a&
/#  6  `÷3/4Øan¤ùwÃ      îöf_·a.ˆ`·
d
  pË,ûêŷí(r)  §u"GÍfí-
ðfÃ  -ÈXÄH  ´...GÝG!  ÂØãï
Ì#
%ØŽ¢1/2  GMíA  ÒO-ìtÄ'¤/o  ôbíê3/4¢>*6ö!/"×·l&>ëà^éUØ¯Û[Ãäa·µõ°Ý=úûvGOíoÿ¥Tè'Vëßh5"^
  †ßkû^-~¬6°ì+§-0ß_°  1/2...·K×mµW  ëtÕm5ïíí_Úßo§},ö  Á/ÿßõu†
i7Ð/I"šÞð^êÐ`¶Ã
ÕŠ#¦  `¨ðVëíªØkÃX`"ûú1/2¤Ù‡  Ž¯
[ëÁr  9Ta"ÈÛª
$ü¦±Œ  ÂÈŒ2  ·ò-  š1/2ä(ç,':Ž  ã'(c)-¯ab
"
h[" ÂG-#3¡    ,."E&AÀˆUdc"ª¢Ÿ      `"F...,    ¢"""""'#;@²      ^_-mR'è‰'NŠ    0"
-d"<  ƒÎÕQ  Œ  £  Ú(tm)h    '  ‹ƒ"èà.D#¹    ÀB£.  ˆg  •¹/-
  ˆÂ.  ƒ  q  @`ŒF  ,  .  Èq¢Øj  æ  T°0  F€Ö|  Êpnc7'Ã0ði  ²à¶
]
#P  .
ƒŸŒÁ¹1/4Ž
fÀðçÃ  ³@-  >@ò    áø†¬  <  Ç  x`r  -CTr‡  xH)Èi
U  ÍA
È?  h9  Ç8d  ŽI  3PC+B    "•B  ¨cR    @2Cž
L  æ  !ÈƒD  2    (tm)  3P@€€..ÁPRB

W  QY
r,  Ùeh¡œ    ±R  D  ;œP²ƒ‰'v  tÀâ""""?ÿÿÿÿÿÿÿÿÿÉ°1ž  ·£;    ³-  6  ÎÉb¢  ò6    qÙ  ž
°~v  ‰oN¥u-òœ$5"  mTÊ-ß2‹
¦|?]

nà¿¦3/43/4          }B¬?ù9-"ëô¿þ°%   È{öý;õú3/4=SA
-WASZ"ÛôêîP-ßxÐ¥þ·{ü(Zz~÷×z¯øUJ÷]ÔúÉZ{ìíL³[;$3·^J( ý]¹Õ'VN  (tm)°...ó^q'¸á  æT@^t  X°²-È
8ØÉÝçX   Ì   ²*FGób'"D...4
N  Ð9@Î¨Íš
k3"  3áÌÂ•fz82'›  ¬  ž03C#¢œS'œlŒÂ  3ƒÏ  N_"
Zò⊕B†y,
›`"ï"  ð-  a  5  ç𝑓  B†`@ƒíA  µ  DpD>  á    ,  Á   xA¶  4  h0D9  -›V^p  ƒ
ª  I
;L Ó  5  C ,4  ...ÂÂÿA(r)Ÿ(r)¨=   aU0Aè  q Ó-44Â{  ƒ    á0¨6í4   i¬qpãA¡Z
ãµ1/2mR]jñ    qiÞÝ   L'Òh•äv  é
Ðr46DCÐÔÕôÕßv‰}Ó'Ã  ‡  œtµ"Ñ›ÎÞfd÷#w#üŸ0²1/2'r|ä¹ò](c).r;wh-4ƒa  ;Dçe
]  ¿D¿'9œ‰Ni  KÜH  nOÃÎfè6ò'd_h òH':   ¤LîêàÙ

_øØ%¥pAé'ŸÚäg'GA´  m,mÐA¸Aä_h òH  ´  ÐAº  1/26     ¸MÂ~  ~  nGá  ƒÓõk
¸M¿H'H7$"ðƒÉ-  aü  ×û$ÿª n- êê°O      éú}þžš"õ¦Ó¤1/2+°zjêêúnŸt¯Þ°](r)¿íy
JKëüëz  K°¯ßÚ"Ú]\&ë[ÂÿÕ,î°KPôúŠTõîÔû×'zo~·  ´ÿÿz_ -...¨ØÓp°zúï].¨õêñÆÿ§ëý·uw  Hz|^¯ñí
ü  }ïëÚ1/2ÀÓLk×ÕÃÿ  Ý¨"ÍÙþ𝑓  ×_
Rj-o×_(r)ö¤ÁÂ×¯ÿí7µ
Ô0›ÿÕµ×°g⨯Xm¿k
...Ó_i;þB¯ojæ°˜&˜•   ›ö  [p°Oý~¬ü-qš,\...)ï_  N%Ô_Är
|py¬  £ûŽÝ𝑓kWÉ  Š"  +ÈÀ  ø?1/4†  Î€Ÿïï  3/4¤€}  p>¿¦H
"K1/2ƒÿd0x-ÿõ"  ÝpW5   à(r)-È;AŽžX   ×_UOl  ƒ
/ÿ,ß  †
4"
á    õ   ~ú!âšµM  ÿÃ  ß¨D   3/4þï\†4
   öÑ   ÿ¢  ïÙ  )åáÂ73/4Aq¦¡  ¹ä  Gä1£è  (r)ÕQ  -"  )Úh...ä¯ÐaïûDY¿þµDÔy•  ŸÁ°^"ýû12  ×Î¯´
%  Mù"›r:y‰ÕfˉÜ𝑓-¨ö‹
¨Ž-1/2
°ø>"ô
¿ûõ¨äÈ  Ë
·ÿ,?§ÕJOü  ¤X  ÷¯P{Õj¶æ  k×þF
ó¢þ  ]¿ïõÂò¦Ôûþ•û°vþø=¥ï3/4Ývôí¿ú¿^·Ý  où  }[jª¿î›gY%ß÷ý5>3/4Î‡u  Mýa  Ïÿ³(c)õÙÕý  >úµUZ
^ôŸ÷÷¿ê¹ªoý  Î¥N³ÎíWíÛ€?ý;£‡þÂÊš÷ô"Ÿôßþž·ö×muó†ÿm  ¯¶ÿ_Mm/Ò_ÕÖízÿ‡¦¿ÝÁÕ~"  ý?î×"´›
UÕÕém+*_ÚF‡¦ÏÝê3/4í-¤ßkß¯°ÕÕ§í¤Ø[V×÷Î¯*^Òýµþ  õÃTÃ1/2"
U5°ÿ⣿¸a  ƒþÛ¨iCK  Ã°¹1/2C]°°û
Xdp¬  V·O    Y
"ó     ~ØK'"Â  ÝiC  ì,{
-...ê  ]T0-1/4  /ÓoéC  £
T0XpaY  -ì¦4¡¸ûdsJ66!Aé1±\Lö  ñ^È¸)jâ𝑓  qV7v4+Ø-Û  üI?¦Z·b¡S  qØ¨"¦È
ü1QüE2  ð3/4ö  OÞ×ì/°úôÕò  ‹!cÈb  |*Û]í_{÷ÛRc
ÓÛa"Ânõ´á  A-û  0°Âi3/4ØM8a[†  ª×NÁw¢n¡{    C  "  ¬±Âðö
  aW†  ¹*O|$𝑓  A,
  "}¦˜Mxa;A"Âøa"K¬0@ÈÀô!"  !
  ¸[°0B  Â  qv  E¦   @Â  ƒ  ^¢$&#  kBâ"""
  ^𝑓  D£"¸Á  ^"0"DŒC^^^^^^   ŠB8^ÃDEDDDWû"a§ç`m  ¥·O[^×ñ\WÚ¶"µµÓ
,0IÄCC
#ÿÿÿÿÿÿÿÿÿ¹œvùnK˜e      Jè<"GÐ)¸‰oçfQ
E<I \ìU  •²,g`fw¨Ì†...)Nújk  J...  %  xL§

çdÓ{XS(JBûÒé.á}-h'áiúSš°ý´  (r)°é*pÞ•u1/4*pK[(r)•×§ªT'  =1/21/2ù9ê
¿ö¡Ý}-U
ïÒã_í~  aw"û
šM¿ïÿ¿¯uZzáÚ¬'I*õþ•wê  +ï1/4(%ëš²Uîó²ØàÈ  Dì-¢RWê(c).Fó¸gïÑ  Q  ÷T^  "bìá  yS  ·g
       *f  £)Ù(r)"C"5
Ö  (tm)Q  b§gWeÒðƒ'ïŸfÅ<  0!¬gF¯ü‰XuÚ#  ("&Å(a  3    `  ö`ÒÓ¤¬!  Á      LA  :˜ΐl'X@ì
gP  ,!  žf    AüH"  ¦  ...Ô  "-¢        ä)  À¶Í·M?ÓMÐa  Õ  ‡A"Ò˜ú
Ô  d7¦°uÂt•ñ  0  öƒ    á;ÓÓAÆƒß      é±a  Ý"  (r)ƒ±uÅ¦...§  ƒQ  ]Úla
¶‡  #[
-Óã        Ö...EÅ  ô  ¡  š
Ò¹  vžœqy    ñ-ò  zzh-Òy  ,ûé  cp´(r)¤èÑ.È""öG{äÿŬŠ?D-÷%ù  ð'9·D¹¢s
2œ±  ˆú#ê!‡¸ïAéÙ-  fäth-†É    '  -O/dŽKÝ'    '~8ê,xA²
"Ú
=Òy      'á  ;'@@ë"þ  sFhÅ  òJ
,
   la7"Ÿ#þ  ·ƒVÓpƒÖÚOðƒu    "i&àÝ¯öÖž(r)´  ×J"uM1/2?nûuW_Ðn  Aÿ"Tõi_
é3/4éôƒ×OВ"ëëW÷xO1/2_
øN"ëOK"ú[]>µ×éÕúú_Ú(r)Ó§§î(c)ñû§ïoë÷_}u×Üjþݟû"û¿í>˜ïÖ"{ÿúB*í:ô  ÿn  pßãïM÷ÿ§õÕ_ëÿ¥Òo
ûÒé/þ,...‡úOÚÿû°þêêdòðÓ¿ßÿ¶1/2  zí›
ÿv¿¶Òzöá  Pò
WŪu¿ê‡Qõd  *ñ!C  ßëþ·þšBøÿÿú¯ýB,²  ¯ûOë^×ÿEX/ë²  Gu1/2?é7ÿïþ¿ßîþýÒ  aúKuï{Ý÷°...þ¯>¿ÿÛ
^"ÿ-Ÿë(r)úKÿ
'  pÄíßÒúÿëW  ‡Ë"-\<œ  C1/2oÿ~ïü...  úÛ`×Né3/4"a¿ý$I  ¨_¿-Õ¿æI¯  ´ägªudP+  ¡¿ÿ¥K¯k1<+ƒwÿÕ
]ý(Y  >1/2j1/2  "ô´  wòP5¿ûþ÷{ý:Ý%_[  ¿ú
'Áûî3/4ÿK~ût  ÷†ß3/4°ÿ}  öûwý¯ÿªϊ°mß_§"1/2Ò  Ÿ  oÿöŽ§1/2  Oÿ¿é/ÿçW¹Ðþÿ  ×1/2ý/8ßíûÛûî  Ó
Ãëk^ü"}×V1/2  mÓþÒmx{
kþÒ3/4  _ð´-  µªÕWú¶  ^(c)"ö-í-mÿÿ"_1/2V1/2-oõo}µtü.¯þÚL4Øa  Økêûëíûujß¡{þá..."""I†¶ßk-î˜JÂ
Ø]¯³â6  a¥úk
,  .ï¶1/44-Õ°*Á›  -Xa%ì/ù(tm)ß  ô
%
%Ã
1Ò"gVÂÃ  c×ãCƒ  d\á´Q±¿ðÁ-Š÷  dN  l˜:b(tm)  D1\‹þÈ#ê-ŠcØ¦Aëá´Q²  ûú²  ‹  ~Ôƒ1/2  ñUö+{
ù
CkkŠ...-vûÕZîùc"ÂÚ
vÛîÓ  'vôôÚ¶  í;†  ëi.  ê÷m0°Â
'm...°ëÅ"Òô-   Ó
"5z˜Òƒ/ÒÒ°°BÂ|C    *  ÅÃ5@Â`-
   +aªÐ0N  Á+Wñ    Ðe(  $"  ¡  e"  #ˆ˜†Rà˜DD  Í´  #      ‡  -Z¬  1/44á¯KJÃJ
¸-6+      "  )e  Æ?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùYãÿþ[è£ÿÿòÏ1    F(tm)NÊá3¸d  ;.Šä±  ¦]•
¤d.;£<É£2    3'2ï>}(tm)  ˜ƒ×².  ,  ,    [(r)  L˜ý³²T  ¿*(c)Ø¯oýa  ƒ    õUµú
¿ÿö´¿ê¯M7ê3/4¿¯ÿï"¿þ˜ð9+iÿU^"×ÿ1/2ÿÿ
   :  6%owê'ýþð3/4ûTÿ  Iªm
ü(O-ïúñûþ[÷ýkW¯z³ý]ÿïoßþ  (r)´1/2aB¢Þ1/2  _ëzO_"%...ßo1/2ê^±^›    $ÎÜ,<èD  B¢Á  <3/4RDäD
D%ÿ-þ¥HÈÃ  (tm)Ð&yäè  Lñ  Ar
šš#Šõ^DÑ"$  ¤°%VC      ŸÊ-'"
*×‹"  éH†lÁ  ¨@  š  Ñ,  hÍ...<  ³lù,  2  S¨Oß‡Óa  ¡†ˆ´  ^p  Ø*
Â  j  7Ϊ0@þ  ö4    Ý  AÃ!  ÈUpƒL¸...8"3    %...¯WÃÝ´Âvª  Nþ,i  Ð?ÿõtïN!Óa

¦ hW§
ºW]p¯@Á<&Ä0ž¶  Vï'v±§§ë  _  ī¯ë¿VƒDcõ1/2Q  ÜZi¬C¯1/2wûM
Úa
   ... N¶ÊrÔ þü-= ãêN   ,.^‡r ú‰ûDxÿûÓtKœ ¡²3" '{1/4 £ £´Dv‰ÎøÿN-i"sÉ_Ñ9ä%´øî•Ö
‚
ú ƒ| Û}< 9› i¯N m o÷ÛëA
Ïlä xMÚ¥r:4NŽŸ' ßçQ? ð ´LûÃºAÑ¹ "
ÒU|ú¯dÈ ô oItÞ1/25tí?þßŸ7Úý?×
Ú¿Oo÷A´õ¯ž(r)ªÒn›aiºkÝ ÒmÔ û×_õWÿÿ¤õðOôÛ1/2
?uð›"ïþ"í_Wjéþ(c)Z¶-7þê×t/^éÕ=:  wíÿ"Ž-õíú
×ÿÂÒƒ¹ž¢ø¯u"Âëé}8××ëÚ(r)þÿiw1/2VßV•|'1/2ú  ī¯kÛ^›ÿñèvµoßé^
íÿÛÐ-vµ¿{  K1/21/2_vENÁ$¿aý{ûðÂÝ'ç-Ð+
à1/2ï_KÚÈÐ_IKätG
¡ºš =õý G ä!c"÷„Óô d(sP#ºò Eïà'ÿ±ûmý ÃÁ'±3X_ûïT...e
/ú  éäëõß^6 ê³é8ä1HMn¶ T=õõCÆ·zu!,ð¯¹ ßëël<+ûûê^ý
UÝ*Þ x%ï† wK¿l.é×1/4+ºN ëí,H,} -þC;§ ^1/2 Cçõ÷ä ¨>ïÿÃn^Nn·@Ýõ ôA¿í¿Ñ
h6 ƒ1/2Ñ
   ûÛ¯c:/y‰ûÙ€É{ý×,oï"z @îX§Dg"(r)k  ò`Ÿüi÷ÿ ‰6
¢ ¶´éÿëè^w Wÿîê ûé{'QkÕnåÔœ" Áz^AÝ¤ÿú û|°å8²3Õ ^ÿÜº¯
_o¿¯Õvi¢Ti3/4¯ÐPé"Ko}×m?û"SöÚZUD!
[÷Õ×}" 1/4,^ë"þu{  ^ª"ï ÙÒ¿1/26ööUÎ|"]-ÿgK_ò ÿWãíé ÿª¯Ž'mÿúú*Oº¿ÿjq(r)ú"ÖÙÐ×ªÞšÎ?} ÿþ
""×O(c)çiÕZýßö×ÿ¿3/45Õõÿoß[ÿ1/2-U5Mn¿VûÔÿ["V=wõ]?m/¿þ µmS˝šm{[ÿµmO"ì%º·
[¦íuö ïí7]ÞÁJÒ1/4Íúp(c)Õ1/2-Õë_'ì}¨Oi4ßØÕ|ïÿ†'
VAGØ3,;ùä¯Â-,ÃT(r)Ô×J Oþ Î†¶ ý5mtôÂV(r)¯ ÷'k
/ñ["ºãû`ÿØ Ã ¿b-¦Ý† 1L‹c^MîVì5
WU=Å1õL[
p"±pa$×ªþÞÄ>¿Úâšd0þàï×aE?†¶×V:¶Áá×µ" ¤:¿3/4 L'wd-1
% Û
>(0d| "öµm°(r)ïk
-...v-ý·´Öü ëtÁ0ª¹n-kÚkïØM4¯°"¡¦ °(r)¢>1/2j¯     ×L Iµ° ªvõJ...,
.Hs¹ÛÊqãBØØa " 24ö †KNÅ  °ºR!† 0ž... Á Ó  ...ì!Dà
Â¸˜Š^˜µ LÉÂ   hDDH< DDDC^^^^‰"
""C`É‰    ÁADDDD|q  é%Kê¿uU ÿÿÿÿÿÿÿ-'...ü›< ñÎ°š`ÈáÍ›%, åJW+33/40š¨Ï ã;HÊÓ%Ïªçh
"g
...;,
" Ø¡0Bä@2-‰otMÞ´L·U ª"ÿÑ*Â " "ßÂdé v d["ÌŠ ð3/4¿¥äþ¯1/2 Õ
¯...1/2 éh
ÿ×Âê§öè‰ŽŸÿÖ´*éÿ^3/4Ÿÿ&¢  ï@ƒwú¿êÛq-Ü| åŽá\ oA uûõí%ü ÞŸ~(c)3/4žö...,lGÕÒ_÷Ivéz
¿VÖŸt·ÿ§-êßÿtõÎÕ
íÆUù>GWoyZ?<jadh-ú"Î²|dCò43³Qr|"Xgky¢à^t  ~KŒA
9pBœÜCb ´|ð2  C"Bš a·Ÿd1    Ã"
S "l ó- 0Bób"
(r)(r)†¶Ê°"† 0@Ü" › ê
NÌ
ÌSr
Ô&FDƒ@Í°D>3c&3Ïœ^ƒ:(tm)ÔdáÊ !²#:3(c)  ! 25šÙÁ"ãéê <'|à^c8A'  ` ÿ,
" )Î÷ôöÐi"}'{,
¦š"ô  Pž a=>1/2B

A      "    Ì v  †)>Í‰ža        ä¯| Â|&Æš|...ê-Ãí
þžƒ        ï¯¡z    uß]Rqa


 ± îÐ§]n-;L  o ðŸ ý4!   M
É{Â ¬¶úAÈ´§ ¬îŸÈ§tÁ"C  ëä8ù  ŽOßÿ-Ü...w¢Y¹:<!¢sh‹
ý(c)  Õèv±È§ñ|\-;‹K  ¹*  êÂä_y  äç3-  £'.‰Õ5]¬ -"sh-]5£7"ÒB6ÊêO*"Žw"OÓ1/4´X
tN"  nEö,äg%ô(r)Yï~g
"å‰œ,sDc•~BÛ3h  |,
Ò  #Ì‰    ý&ê  zá> 'ê(r)  nŸ3/4>§è6,  ín¾3/4  6"uQ  Õê1/4'§§a>íPt    uí   A  ‹Á  w,  Tdsò,
é6   Ù ðž¯Tôôô      "'Íé÷¿¿é÷Òz{×Zÿ§VöÿÒéÿ+§úA?i
õö  ª m+Ø^-¥ð-"í=:Þ ¯]^-uÓÖ'ÿö÷}}û"öÓýÞ¿ö"Ð¥  û
ÕÛN3/4ºïö´¿ú~ iz%k  N=Ö  ÿÝbÿþ?M(r)Ú-ý"_êõ}  ‹þ÷oé8O¥æŠþýWjÓãõí>õô•÷ü  1/2/u÷ÿ¯×ß(r)¶
õëÐy5~ŸOë|²0]×¿¿¡ÿ¿Çuý3/4õ^Ç"ßW"'á~è  Òiû#B1/2~F
Vg,ÿë(r)þñvnM"ípZ¯õ:  jñ"¿uõUZïáíyú(r)¿ÿy
ýH€õk1/2  €}¿PüGNßuM  §¡  ¹.  ï¯÷  Jàµú_ÿ¯w',  f O¯öÈÐVÿÿø]ÚH  ëÒÂ_ÖP
_k¯ßþÖ¯µþ  ÿMð-_{¤ÿ·×d€Çù  ZõuH¯
&ûï¯  ‡3/4ª  D8þþ°Ÿþ    ×íõ¯ö^.  Ö"²
÷"¿ßÑ    Ïo  G5/]¥- @°ô~êö --]ú"Ÿ1/2Ò      ïû¤ÐëÿÚ"ÏÈ
Û-/  é¤‰    ÷_H"  µ_ê²Î¿e+¯÷¿  h‡Žý"Cb-ÿú  ,?{÷ÿ,?z¢GÕßèš+ÿ,  _¯Ú~úôê1/2²"ûòH÷þó  Ýx
ý_  è‰©ÿêHÿ§ÿtE¥Ö"(r)ë_,ABï÷Ð_ð¥ÿþþ×ûŸZãiv'  ž·çGÿo¯¶M  ú&Gû@"¿ûÐ%^û×Úþ´-úþ3/4÷×Ù
ª öëÿÿ\è×1/2×µû}{ôµ1/2ÎÏûÔ¯Õ̂ý}ú[þ"Ü/~÷ý?úÿÿtþ¿(r)éëñ^¿mþß·M:Uˆý×ÿ]¥ï±*²ïß_ûëû(r)µ·ë×ʇš"ÿR
ïŸ-ioÿö"|z"ëÕ¥_V'þÿð×¯ïµÿŠ×Õë_wÕ8ÿÛÌ¶ûim¥¯é  ØW1/2;_ÓÞûV  î÷"mVë†"
    VŸM¬5Ól  mXjÃ[õÿÿúˆÕ  ^   -øa.Õ°šúV  u´-µ-ýÁjÚWþõwÔ4·y  êÃ  šd$uö  [Uî/
Xh+     µ[  §ë1/2Ý¯öÞé8WvÖÅlqÿ  dpx`'"eƒUX¯*¯¦
È1/4

0N"‡u"çc"Ob-^PÁ{  Šw‰o1üll  È-¿ì.¯"C  ¿Õqh4þ  ßä    èlI3/4ö!?  cÿü1&ýŠŠ  ‡ß|%zÃXv?
,  iv1/42
="È;÷Þý-†î"±¯þ    -Ã  µc°Xd,C          "÷"kjö›õö-Ú
‡  "÷úØ4·{  °R  ‡jÖÓk  ÞÂÚíkÿ×‰'ëÚ†  ÿ~ÃØ"Š"Ã-:k`¿..."
Ý¦      v-§ú̌sh0L-j  Ž  &ƒ3/4  T5  @¨JD    Ð°"0-
!ÚÁ"
 µ°  {W}"
ôé5
-¤ÛÙ
ø^â#  Á  ^2†!
-Æ|sp  B"""""8^^°‡a  `"q  Á
au
  Út  CL."""#B""""4
¦Iª"uk    7E¨Võ
m-¥kM[VÂPÅFÂi"Õ¦¯PÁ0  ,^  ÿÿÿÿÿÿÿÿ"qfw[&Á    e_G2Yd  ùÚ†vEæ'3fF  +¤¯CäSÿ¿R(²'(r)vU
5"...ÿÿµÂøKméý>3/4¦tŸô"_k"ÿzÿ|qß    Çö-ÿõ]  *ë×ïëß¿×óµ0†¢ÉãZ;  3/4æÈŒ  :ÂHyRÎ
L
""!  ¨ØC(c)dÁâŸä;9  ²  ù&d§:3èŽ    ^è†y@"Æx%ot  §eò¡•"GDƒÍj  `^d"      œ‰B
sð"%DvYsY  Á  E:ç  øE
  Ì  "NBhAÑ"
Ó     "°@Ê  @ÈaH  "¨ð  ælÐ  ð!¶  x"    ,  C  ƒ  0"•:
&  3¨ť"ÎE  J

Ø‡ÜCsl†VH
Ú ÐD1ËT AÕ Â` ¨AÜXAéá M?kOAº¦ b a ·ÕB
Ðh:1/20N´ôÐn¡7 Þ-ƒ¤öš¦šìZ ß¦šÈQß ¨A¢(ïø1/28† iáW ¬xZM;ãNðœXMtm/A
:%ù~Ñ<o%y ›DnØ‹DnØ‹'Í¢~ è ž4NŸY ß'<Š9áÉvKœŽnKœŸôNš- mŸh-4Gaü"°äù÷'<"Ç#ÆÊ
2]Bïí4Kƒ2?" ' o@ƒš\Ž˜ jEÂ,Ú hh‰ /Zm èŒ& m ôþôïL8Bðƒh
zt 4,wjÌé Ô'" ðN oªa°ƒh pwA6È1/4ýy,
œtôÚN-Þð°"Âiá; MÓÂ¶ ¤ôÚ¿ôê"Ó-×WZº...Õ...ÐnÒm {Ât õ¥Óý è4÷Z :Aºý>Ý?ûOO¤ÝSÕ¨
ué´›ïúÞžºkéþŸpÂý.-I1/2/ßÔZÿ´¸]õ ž¸Þ8øéÖ¯×õôô›ëõ5ý?"¶â•õMÿ‹ÿÝ
ûuð"zi_-ý×þž•ýíoõÞû_áÒNž...?·Õ%-1êô·ïÞ‡ë×zOÇ¤ë¦îh OðN
øký_MU÷öªïZ¥1/2*ûìì _‡-àôµª÷ûý'FúÛ]õê-ësµPðr%VD¯Õ×ßaj"ØúíÈÐ]zÿû%A)Rÿd.¶×¿uúKi ¦6S
‰Úúo¿¯ `Ù
F ßM(r)• þ-¿¢` ß¿Ýª q¯ö¯°};úÝ?}Ü† ,† îû¦·ÿÂ!Ý2
= Å*Ÿßÿûw×áu1/2ßUÛ ÝºtöAyý{~ÿô›1/4 ÿ}é×(r)á ²@paí3/4Öý]ÿÂ(c)

r?¨D=¯- 1/40h‡ ¥jÒ Ãþú(r)ûý87á HOê¿-{È.Î $" W^'ºåÙÆ~Öd›þHÿ·ÿó
pˆ"þ(r)- ûëwÒ×ÛÍbz"N¿õ" òÙÕÂÈÁšÅ²œGÛîþšï~¿A_Öß{ÙN94~Úí2
-"ûV÷Û[" äÈ¿_·_ëZÈF d¹÷ûöÝ¿ý÷up"ý%¤-
Iïuë
þ§Mò í.3/4tuA¿A/Þÿ1/2w*ü7*ÿ¯úÿçS÷ÜèûÿЗ3/4ÿ¸Iÿ}Ö3/4ð×õu~öíûÿémû]üêúg¬ÛóÎº]ºô³"þéû¥]uõ]ßó
Œ:ÕwV•œ=ï1/2îŸÿõÎ?ë÷ßMcþÓ¯jÿú¿¯"k ªiUß ÷ Ú_"Ýúwïªþ(r)(c)-¯¶"í¯Ýß
} ûúºßuþëÚ¿ _¨mz
¤ÝZî(r)×kíêµ¶-...ïv¶ ]ïI¯Þ-uúþ3/4Òö-(r) +}(r)ÚÝ3/4ÃOê WÜ4 ivšZØ^Â÷¶-è&Â^Ã
Ã^ IÞÚ¶Ú
Òcé´¯´þÂ^ÃK}"´á" cäAÓaxiH¹ø÷Øa&ºŠb1/2† PÁv5ö?`ÂÃ ï ‹Ø¦ÈÿÃ ' `Ø`(r)·
Ø...øNEË
¸¶-tÝ0a{VÅE[ ë3/4" }Ó^ Å1$ÿõa|S Cý G² ?j Ø§h1
AÔW×†$ß|R^øcb X[ ...M7û!b¿ ß-Â
$ö(c)¨|ƒÆÕØ^Õ7íl-Ú1/2Zl0(c)...Ý† -}[ì'ú¹ vÂ" ,& pž·j¯Ãë¤

"Á Õ†•¡L0º
0] a
M(0N- š
& `†"0˜B
Ó Ö O"4Õ
ˆ' ƒ ""6" Ë(c)0B"" ÊV DA-²Bb@"DDD3-•´ """"
ŒG -ê'ÚÝ,Žø"V MƒRÝF1ÿÿÿå·>?ÿ-p5ÿÿÿÿä (c)¨ÿÿÿÿÿÿÿÿÿùhµÿÿù-"O; dhÈÔd± -
3â'ÙÙˆ(r)&é(c)¨ "‡(tm)ž|Ó5 d-š †¹i•*¯þÛõ'oTD{n41/2ÿÿÂZ(r)1/20"íwÛëÉP¿×ÖH+ßtª¿
' ¤°"§îÜq÷xP1/2ý]KzÿõZ"Öí/j´¸M uo,wöwí"ð§VEÞIU Çÿ"ß\•d6| † " ‹D€ä†y˜
m weö ª
À2†lŒ3DpŒÅ5 $#ÄGŽ¬¨ ëœ#AIã... †Âdâ ãga-} ·´Ù h=0šh= ºa 6 b xN×
h0š
"
ì ð@Û ƒT - ÷Úîë1/2$œ6/ ÖŸªl[ Zi
Ý=;"‹Ðz¦ÚZÅó ¿¿k"iè (ŸdKw%Í¸'vîÂ"ú"û[ˆÑ.hH¯I Øq Ú}"8qÅÕ
_öÝ+ß¦è ,
ðƒ¬Ž"GÊrh8"ô 'Ÿ#â'´ y ÷A¹ È~Èü= öÚ
@ÜŠÿß×ôïßé{é?V--'MÖ× 0Ÿv õO hMáøAþ›"5á¿{¶šÛ-+µÓzTõ·íl*oÿ¯mR
Õ<'¤›oIákDsÿ-1/2=¦ºZc^÷×ýâý};]]uÿwýW{¸M×ûzûN=þ?o]ý?Âñ÷á^ý}n¿_

÷βßÞ‹v'*¿¯ÿ²(  ¿3/4-µOªÝýý[¯Cÿ3/4(c)m×šÄ' ÷D˙›Uÿ
ª¯{  ï³ °.ïö"Òm³0¿{ïUwï[¢ b
1/4ê  ÿßïÿä0}ê"# wé~?"õïÚÆþ ¡ƒ3/4ÉÁ ëö ¿×
ÿú nÝ ÿß·MéôBä0Ûê" ÿÿÃ ÿ¦"-;k!¡ÒûZþ¨  ý- ·éö¨Œè O´DŸûüï× ‰ÿ(c)j÷ûë¦µ þú¿oíAY
:§-EW¯È'uôòhö-× "u_³3/4ÕïDôÿ
'  ê-ïßáþ*îŸ~žÿÝ~ï¶H}uJÚÓÝ:Ý‡1/2Úÿÿ  ðO-ý³T3/4¿ui9"(r)·ýüuzÞ-yÞª¡í~F>ÖßõöÕÓÖ ët1/2
ßÝnýß bµë¯ÿOýmiuzOÚÒ  ¿1/2Š‡ÕûJ(c)°--1î--¯¯ÿ÷Ú[ïÝq·ÿëÚ__íM
û-êÚv•¯
·¿û
+JÖ¿MÚ°-u
-µvÂÙ
êì  K oÍ†xMÕë'GÁ¬0K³aÿÿŠ ív À"°i im¥°a-þÅ}D%oÝ¨'1/2ŠŠØ' ò%¿x^ÿ C÷cûCØ¡¯-v¬/¶  ûð
ÖÂ-"ÿõaKuÚû    ¿a_°°ëí

ðÂ]&ÚÕ!jMÂÕ'ýûÃ  °°ña{A"-Ëu†  /ˆŒˆT
Å!a    ^^hïÇ  "F - Ð^¨` ¨ 'Æ¨"8³Â  Q±Ä|:¤1/2/ÞÒÒ"(tm)LL(tm)‰Õ/Þû^êêC  ÁDD  ÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿþET  ÿÿÿÿÿÿåš•I¹|Ž‹uqÞ'R  -   dmL†â\ÎÍH
fC"%ÝÝ‹ -Nîûƒ)Ù e Í-GS+°@ÉAˊvPÅ  'ÿ--kÃÓÉ ó!°Æ¡$ÿ
-ïrbmßëÃ"Šaú-§úKÿ×û}Ýaz¤‰s(r)åík×  5úv³/4ÿÂpƒwÒ¸ÛÒ¿1/2(ÿpª-X˴1/2_¢Û-ßõ
  ¯×ß¿ûÒÿê¨Ç¨ïÕþ×Ó¸výþð¨¯KH^ÉQ    òÝ¨;¬i•¸ð¤hS¦xÉwJ{³ïë  Á  ûWUr§A'".e8§#(c) 1
9A RÍFDÆ¶¶  ]Ñš‹0A' ±
¶~
ø!¯R `d†N( gÁ
2      ,  ˜@Á
¸"  ¢&"  "¿ïÕÝ)8† ... !È  2   ...öx   3¨B `9
É !Ç  ¯
" ƒa aSáh&ë‚h0 è=Pv U1 !q"-¨=4ô wi{a uÿoÿ 0š @í>
  Õs0{    Å" v : ð¸ç "Å"-ƒ Âíí  ZÁ¡Å§é¢¯þî¿´ § "Ÿï±á>ôÂzh\qô ò v^ø9
  dKr  Ô-7˄9Ã$|ŽÚı £ ˜Ñ,H‰oÕG  Ñ9Éïýé6ÜÎDX¢_"žNnB1/4ÕDæÑ²¢^Ñ
}\^‰ÑÉO  Â]U?, á7   àƒšB,
ÉP"² ðƒƒÚ    ÃXn Ð@ì&Ð o風ÿnêî]
IÒ
ÈæÛ"ô ¦äGZ¢¢tÈ³(tm)°´ r?Éw1/4]ôô- -zMÓ        "Úþ"pV-ÓÂ°nƒ~" þúMý:]
"" .ë" , á6Ó¬õÎ:
Â  3/4Eöi/26-[T÷]Biwúz°Òí¨]~"ÿü?ý.›(r)  ÿµÒûÒo
·a+ÃÕúÓ¿]7÷WÓû¸ëÕm¸ïi]¶"~î¿ÿõÕ̃ÕXÕ(r)1/2}
5i] ê#Õï§ ßÓ ¿ÿõU1/2  ôôõÿÕ ýío"}ãþðÝAÝ¦Ú  ¿wé  ̄ÿÿëÞ¿"
ßÕ !ÿ÷þ·ÕZ{  û  -ÕÃõ

=Z(r)¯`Âý7ÿÿ[¨"¯°ö¨{ÿÉˆŒÕÿÔø    3/4  î1/2Ô  )
\oò ¬""¨Èá 1/4/ò Rÿÿ¯ßÚïê×¨ïœ  (r)Ÿ°_ÿ  þ"öø1/2¸2$  õKØ9
˜  |Ö¨¯ÁW¯{¿ïWÿ^ÿøÐ  þÝá ï3/4¿ÿ{¿ÿI  \Ÿöÿ†ÃõÕ  î˜0D Ó]ÿïÕ6õÒëÿmßÑ  ÷µøD¨ë¿ÿ  ÅZ"ûÓ
Û
"AÜ    "Á† ×Á Aÿ8t ßU¯KÞ·"ÿ~ëäÈú ¢4 ë-¯Ì"í{  (c)Ô(D'ï(tm)'ÈÀ"¬‚ÄÒi" 1/2ã8tÈ¦1/2÷ß³êµ
__I_
-z÷:,þû_öï(r)8-Sè^  L où Ð }3/4¯ÏéH1ÁkÚt1/2õÝ~ÿÿ¿Õ*Vþ(c)oþŸwêî·Òü¨u·]ø8?·¢Ã÷'m-3/4"{"ª}
¯  úÿú³/41/2ÿ¿~jõLêÕÞú  öÚ¯NΧ÷of(r)µ¯¯¯ïÿ÷þÿ÷Þêî-*Úª×§öÝ¶3/4¿a°oSïI~ýs7'"p  í/Ý(tm)3/4•}
  kjé6•{~ê¯ÿîõ°Ÿ3/4ëK]ÿöÒõöú1/2†  ×}öû-Õûßí}ÿ¶•¥-¥~¿

/û
ý§H;Oá§i0ÿ†"í...þÌ×WëuiwÞyÚÚÜn3/4¶3/4÷ ÛHœÛT M¥÷ûa'û°¿h+á...÷[VÒ}†,Í
28.ða-ë >Û[Xf CKá¶-i6•:k[°Òl/Zþ+b 4˜þ¿b-º‰oD\°`-Ä±ÿ G ƒ '±"ÇÅ;" "À`"g †$‡² þ
â¶D-Ã
Óao‡ "
}µµ ×ÿµ¯µvìWµ~-)ŠÕ¥ï
þÇ O...Ä.Ýö)Š3/4% ø6(tm)
=ö p¿
l*a}þÂßØ["^ Oì...w-ÂkØ-iXJmíØL+
`ÂéÚØL-ÚoÜ5
[bH ÂØRà 0\/
žá, `"C,B Á ¶ D0...ö dRÞœ0ƒ #† PduX Âö ²(ÐUÓ\DEÄDDDE¡
"""" DG ,#¡
'¢ qÕTDDF(c)gaOï¤Ú¥Â(r)'öªE\F!
Ã\2+Pð†?ÿÿÿÿÿÿÿþYJYeHÎõfHRº Ù23
†xÈS;'3Ìª@(tm)'G¯*%₀£µ$Õ oÿÿþº(r) N* ýk¯~öúÛ1/2ï_ëªÖºUø¿ãŽ/ûCë÷(r)¿¿kªýï×ßw¿¿çjB 3Äf)
<xò ÎèGs2O*C%ò¨7%‹Ï2 $£HÖ 3£)<ÎÈ ¹(,Ôd,³\I ÈŒY%3µC Ó 0 ,
"
ÐÎŒÐPA B, Hf 5
m, t Û!Š jK³ì ˆMHD†²S
0óÆH
Ñ@R D(i¦`h-
vN NfÄ - ... ¸#
žA,"D¤ gHØ¥8È2!(tm)æƒ3 D2C:º M8ô Ð@Ðh8z
Ò

A CôûM š"-žÐ&ú îè4ôé
I"4ÕSÂiØA" ` "°Aþ `ˆYú%-# ƒ1/2uM5N-
BÓ_O‹MŽFíSÕ ºk Ñ ïAÚ¶œŒz
Š']Å¡I õAéñ" K 6ˆ¸D÷ ûÑ9†ÝI] ›Dù¢æí - ž$JÜŸ(r).Gy m ÷¢èÙ
=[Dq4z'í‹êEÆ‹£Ñ9ôJm
fH¹1/2 >DÆ‰e ÃD¿ Ö-¦D" ¿Iº
<&îŸÐ Ã Ü m&ä_Â3$ t ;A?#œ"†HúnI Í$ 3/4 ;ú
È¿øAÕ3/4Ÿ"ò- Ò # ž : :
Âm' .ŽE÷É (tm)òXí-;M7MôÛé
I3/4éá6"uh.›¦ï~´ƒÕ ô¿..."¤Ý='MÂ~¯Ýî´›...WWOM¨n i7 ú¦Ð
ÿJëV1/2'µ"¯amÓ¤ûá´Ÿz"ý6"é z(r)*O
öªÖþ(c). ïO¿OZOMÓý7õí·÷ªu }-ÿ ŸéÇ(r)-}ýú¿ñªÚwÒé"1/2éüqáWöÐµû}W^4éª]oÿÕÿWÒº{î þ¿
ÖÝzûÒ·öÐý _è=SëWÓ}_ÿ·h|5ilŸ_~ýî-îáôßÑ.-jþ-õë¸* búkpˆéúÿÍ ·"Ú
ÝrP/ºÿìþ ßB?ëÒß³`ˆr ¤Z(r)çP}ì¸11/2ÿé˜
hnk òœM(wßVÚ Ó!4E8OºLŽ
dP:ëÖõÈM D˜"Öþ¿¶íbö
_[ |kû Çù
¬† º×UuöÁØ/ÝÅ(c) Iõïƒvû# -¿ÿêºö îô
ïÿ~"úôCÆì'í] þÃÉÁ (r)œ" ÿ ×Ø:ªPK -ZîýÓoå
-G] ?_þŸò Ô95tEž¨"-?u}¯ÈÁÃ
¢ õüˆäô¢ ÒºK¿T
?*D ßi{~1/2iùa õïhš-ìêÿ×ó ØV‰ ûDg_WôþÎNK Z${uó$¢D]]-/Á"3/4Â"Oß}{öõJ²,_ú

×õöÿß¤  z  ŸõW  W  ¢ÐZÛ_ÂM}:mîÊqj°"#·\ÕÿÓêÚí
ÿÒ[ïu¿ýnê3/4  Ýý  ø~·ôÿ¯ï‡¯ D!ªü/¯ a?õ]÷nÎ†ùÕ¯ "î¹(c)Þõõ¶jDuçS-?Õû[ÿ\êöúýµlêõÿò  ¯Û·úU
µÕwÛU1/2">K:  æÝ¶(r)·ÒÐÚ°ÿß
û¯Zÿÿþöü‰?ÒWO¿-ûö›_ÿô÷êÚõõ*Çïi7W[°§°õzßöÚ3/4·þºï¥ßë"·ý°‡]VÂû"¦ÝVpû_é´£ÃKûU´¨Iµîõa~×
T  ÚÕWûê  [
{
^êý¯DÿÝCIO"_Uáí(r)ê1/2¬4µ1/2ºÒûN÷°Á+3/4  OaZm`Ò°ºl41/2µa,¶  Òa¯þì4•†  Wa?µ‡¶-h?˜a^ÛK
°¿aa¤ö  é1/2´¡¥[k
.ôê¬kñJ  §bƒ  Å;  ÜŠ>%1/2  ƒ0+  û"ÝXÝŽD±&ïäÌ  ƒÙ    ÿ    b-˜(r)E-î  Ø(r)/¶FöÒc3/4ÂV¿¨¬01
/2"ÿ]SL&•,z
I1/2§
...‹  Èwÿ3/4Ò°(c)¯Ø'w{  ¿ø¦  p¶$¡û!ÞÖ      ±Å01/2
ö$ÇÃ  '†  ü·

'a4Ó°jÖ  VÖ  MR÷¯
ØO  û
}"3/4ùnƒWµµªµ°"...¯!ªÐkØT"VÆÔXB48e"°  ˜,,2ZZ
,3‹Ø@ÌYA>  ÂhC^Â    ²‰,ª
,  "
1/2Sƒ  ,  jÚ
    †
#Lv  a8a  K^Âe¸UP¶¡"¢"  DF‡                                  â""""""""
°¡˜,  †
-VšÒŽ"+Õ&^¯õþ"ìƒM  '-V×t1/2%×DÈJ°"•5  •        ·  ¨¡  ý4ÕUi¦  ñ
    0EJà¢"#ÿÿÿÊdgÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¤¢ |
k@Ö  \1/4øAµ¥¥Þôèõ3/4·  *õ}~-J1/2%õéWÕé%ÒúHHÚéi_éHqËl  ¤/(r)  !ý$3/4h\!]zÞ[¯\  ÿÿÿÿÿø
€
endstream
endobj
92 0 obj
<< /Length 93 0 R >>
stream

q
505.67999 0 0 770.64 0 0 cm
/Im0 Do
Q
endstream
endobj
93 0 obj
40
endobj
94 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.16 701.52 ]
/Parent 111 0 R
/Contents 96 0 R

/Resources << /XObject << /Im0 95 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
95 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1734 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1734 >> /Length 31868 >>
stream

ÿÿÿÿÿÿÿÿÎÆ3°Ñj  Æ  AŸfZÆBÑ'X¤(c)  ³¡(c)3¸    ³Ù  Œ¬¿Ù•¬ûïòv¦
ËëU†}á  çdJëk"÷¥ÿçaå¸5ýB¯¯  °ë"òÌª  ÿ_Õ\  !
u‡(c)b÷]*U(r)7Þ8a%&  ¯¯°õõ-=*íPû÷¿ßjžY?ÿÕV¿{§[ÿS¢*ÅlŒŽ
§yOÞ@Å²
Žæ¬ìm§þlœ"vLe,!P"ƒG¢:LÒ:2-jd g%:  (D2''"D¬3¨(tm)›P¯D#-Y  ¡  !  "  B

,U  ÉÁ¸"È§/Íašƒ(tm),-Ê  :ç^"  d  @^C-  4gVu  1/4h--~>Á  :^n@Í  ±
£àÐ31  Kæ  ôìÀÈè ì
0e#  Eò-"ê,ä 2^$  |È%Ða  ¿¦  ô  >ô-  5NÂ
>Ó@é4
0ƒ  ô×  ‡&-ê0ƒõÐ0žžš
õ@ÿOÐ†  &ƒz  6ô
¢  ‹d  @Éhs0CA  XDM‹á8h|\    ]ñ
        ᵃ
ŠtÓâ  Þžš  môî×N·‹    ]Ú

0Ÿéú¡m§-úv(c)  Â    §äø  'E'~Eö‰pr+"^ùÁ  ù  ((tm)Ù  Ñ  >#ä^h-³9
^ñÅ¢_']*á  ÉMõç?ßr  èŠô  ÑÄ›Ñ'Á  à)?f  Ñ93/4-  õ"°"ö¨œÃÒD¹Ç"ŽÐpô  Cé
"ØA
é°r]Œ    ľ  °w@ƒrG"á  w è ÷Ól‹Žƒf  î²>îù
A7_  :'L-,  Ò>RHOý?#£ ä$4Ü' íPA°EÑ¢S¢t(tm)°^î²?ô  iôýpƒôßOWPƒtÂ
ZÂë"A  á  Òù<  ?A7MúÓßP(r)°át,n3/4¯¤Ôô  n"3/4,nHöá7OÂ
Â¿OW¿    Ö¨Ÿ-TŸª~1/2ö(c)éª
ñ  ðž"WO¯§ÎÕéÔ?O  °°zoPõM·ïUI6•ûáºøõï¤ß¶ûu¶]-ÕW"Öý7W\/é´  ÒÚ{¯ðÐôÝ;î×ã×M]V-¤"øÖï
ƒuÝ~¿ßýZöö•¨ÿ  oéþ°N÷mPÿõ÷ék¥ìýõúuß"µ§^øõÓýÒWý}/Z³ét›÷ðÔé]¿oÿë×_þ°"ÓIvÿ    {úNíwxk
ÃöÿÆC  ¿ýû÷â=  }*þªæ°3/4Ò¥¨Ë  ý"¶|  'ïÖ@ÂÔ-öpi/²  Mý}Û¨ƒ  Y
¦àßÿÙ¯1Uþ1/2?Úñ  ÿÀR  .  §ßZï¢4¨Y¨1é°tI,ûÿ  3/4öGõûªzVé  d  ã¨ô¿ú
ƒ3/4ÿwÿZ  Î=vªŸ‡¨"§k÷þ"MþÁ}ÝÚÅ
    Óúý&/þ¯_¯|  Á  êü  ¸@ž¿Ò_þæ*1/2özÖ^wÝ>žúëÛ°Þ¡  K_z§¢  ¶Õz
ã¿ÈaúÿþX  JC<m‡÷Ôû¯12Èßý¿§öó  V¨éÚ#§1/2:×v    ?Õî-"Óõõh"?öÌOàÛ¿þûß,œ-MÊ%
Ò3/4÷Iw÷¿ímÛôÞúµ¢ã3/4-^ßÃ_×ÕÑ0ßÙ÷Â1/2mÿò\ôÿ"]*Ur
XBRÃí°ðê  ô-µt"î3/4Þú×ÿ×I×VÕ°Ð]tûªú¿Õ¶¿-õµ
šÁð}ÿÕ  ž"ý°ÿõ¿:1/2Óÿô¿u¯¯W"V-Úíÿß KWÔÎ"¿ë¿ý›BÈÓf"Û
ëÿmWuêµî¿o":  ^ëÿÕý†þÞÝ+
Þ°ªÚïÿÚú  úœm=íÕê"úí(c)CèÔ§  öþ÷Þúÿi_þªÿ§Þ-ARß¯z  õÿû
wÿ¶-ÂWO    ö°a[Ý{íH"ý+_
&Õµ ý°ªÚ"Oa{¯  __m/
(r)-v'jÒ*þ1/2"...öÖ´1/2n•xa{§n¢(r)  ûÛûô1/2-...¿ö
n  IWdHÛ

%þ¯Ã  3/4  ·ÃJá'  "  a""L&ï3/4Ã[
1/2-·ª"  a¯ì{        l  Ka...î›  ;KmmM>Á,
%  a-  øÙ  Å2.U˜R/†  ÿ]†
È˛(tm)    ^:  ¶°I
ö     Wøãö  ^
º    ‰'Å?1/4‹ƒØÚdAÒ°f
  "¶¶ØJ  ÃñL'bL  ì‡  ]"
â·û¬$ŶÙ  á...õ±L  [  $?×d  á  öûcv"•...°"ðÈHvÖÖÄ.)  Š'p0"WH4  ¶¿Úö  ª  Ã  ÷¨ë†    ]°¯M0ÂEº
"...  ÞÂØ]¬‡v¡¬5µ^  §
  a,¶
jØ˙\A'  e  4"&¥¸˙ž  ˆh4+M  Œ!  ¨01/4  ÐÐÓGÓÐ`"}¡
  Ó  5B  &  ˆd•¡  4
  A--    †  0•"ì)n                    Q  !  DDEDDDDFÄDDXB
Â$
Ä0T?  IËyª  ÄpÜ(r)!ÖdúÃ˛¯Ô:˝×˙¡[[U3/4ÃH´    Á((r)'ÇLm  V  Â
+  `¡B
  2Ò  ˆÿÿÿÿÿÿÿÿyö%lµþ3ªv±  š2mŒ·        Ça  )T(c)3º(tm)Ø×sº"  ªîwª+•ª;[Éå²eÿªz
...TÊäkj§e  á/z;Ïÿ"i*Ò¶¡¿}(r)¬  w¯]×^¤Ü¥    õN3/4´:ÿ
Ç¡ÖÝ¯{ÿô;Û"ÿÞ¬ÿïZ]~3/4ôÓµõ¿ï]ÔíY  ²²'  ×gvh2·&jÉj;0"óº
^¥q  r¢Œ;È  &b'†  $
ãƒf#2-›KÚ×  ‡AvD
:  $Ã·    êC  Š  œÉ
‰    âŸ  9    -"    !-  D  5†tŒ2  ''h  è^èàÁ  GÁ2=fÅ)Æ    Ô(&r!Šš
†  -
h'  @É
Ø¡    "ÉÞ  d0ñ"
3/4H    ~  ÍO/¦ˋdˋÈ¨ìÙ  '×52,"-Ÿ"-ž  7H
`0Aöh  80š  Ö
  2w  Ða
  ‡  Á  M  ª  "Â    >  n˜M=>ÓAö˛OA·  A    @Á  tP3PK
AÓ‹CN;AªIˈ¥A  ˆv  ÅámôôÅÚi"h83/4Ó°,N.Fí
'ï  1/2jf^=x°šq
íPy9"Dº˘ùóŽLäQÃt'  Üœè‹
"9hr+äKÎ9)´÷!!±¢+‡T˜°ã˝ˆÈHh^;"£D±ƒ."GÙ  Úˈî  -ê'?
  #3Dº,
ò/4K(tm)  mÚ%˘ù    (r)äc†  "}:        (c)  m  Ü&äy    #Cé
Ân  6
Ò
8A±aS°A1/2  £µDÎä%³L¨pA´YÚ        ÐAÝá7
 l-  &ô'yPOMUðƒÂ  WM  ›,  ú%Ú"Î    œ"Ü  è-
è-3/4Ýté7  xO"  AµÐOÝ‹&˛N"É¡7ôÛ    Ôéöþ›ô›iÒ^ŸJ›"  ô›Këîä
ÓÓm;~Õ    -ƒi  í$  o"]=?¯¥ZN-U  ;W"
ÛIªºKA=,    :N1/2  OÚÔ  iBzt°j  þ"_éi[kÓÓ  W  ï×-Ÿ×ýú"    JÕï˙...}>¨Ü  ß}bê×Ôtö4>'·âôãð›qý=
éôºÒz°m_ª z¥-5øªµ˛ô7~þëo¥·^Âµý[Zúïø___ëßwõVñÿâ×TÝ(r)Ý_{Véw  '×ªßún'ößŶ¡¯ë_ë3/4ÿÿÈ  üŒ  ª
ƒ(c)3
þ(r)Ò_ÛO*ß(r)v  ?-?1/2Çv@,ïÿëTÛYø+kŶˋ-w¿y
úõÈ@)    8÷)    É¨û
Õ.ÿ{ïª´ëÝˈÎÂ ƒºþS‡HŽ¢Š°_î÷÷ÿ˙×B5ëô,¨   Òúu¦  :†-u  w^ˈ

GßÿÿC A×ýc¯Ò~Õ'  †
Âéêôëß"uoßî  þ×Ø<  ¿D8ý0ˆ$xxaßwû°^žT  ïÝ  ¹û  N'  -‰;Ñ
š  í  §ßY
^°é"  -~öá1/2  ·¹
ç^3/4ïÐ'wÁ*k¯ûý-'1/2î1/4š7¿ýç'éäÜ¡2,ê³ýïô1/4ÀZ¯×ðð±¢Hß×Jj  Ñ#äíËW´*¤L:(r)
¬:ýU×ùe$>5ëu"r=Ô    Õ}  HŽÙ!DÈ3/4ö"ëú-ôûoî0¯ööðo,êØ^,µ¸Jõƒ}]û"u×H'
ªîê  zÔ-*N°¶¯...Ù×ýÿ  §}  ×~  g{ÓT°}  ‡-4ßëvA¿(r)"_ï¸I§Ý²?z}]t÷×o_N¿ÿûÝ°lÔ-ß1/2WM  "o(r)›£
SúZÒ÷ú¯†1/2Z_µO^3/4öÖÿ¶-é÷lèß3/4ýzí+(r)Î¯  Þ×JÎ3/4ý>ýg  m}¶"¯
uÒÎ?N÷³ßð³"ö  ý²  O_°×Wôû¿_kµïü¥^µ´  iýá¨Výú÷ôÔÚ¿W[[ûÛöëûXÿmUS§IŠn°Âté"i~-Þ•"i_×÷ÃK
µbŸû_Ò´í$ÖÖÿ}~×ÓVÕÂÿ-×ÚÙÚ½Ù×Ò  ïé^ß
*Ûií¶¶  µ]†-Ý-"°Â\4•û~  ¶-"í"šá×-6Ã  /l'aa"ÿ°á-Dp^é†  M^õ†"  m'Zl-†G
ö0Ã    ;"Ø`3/4ÃJ-†"‰›
ò&  \÷Im]ƒ
ë
×l%  0"‹-
$  2,aÈ¯¶á¯±-ìlKuû  ÈÄ  þ
    ƒ    5í6•,  a$  O
¬H±öA
Åk  oÛ  ÄbŸ
W"  ìVÄ+á¢&]  Äb3/4+¦
‰8ulWÖÈwÕ¿Õú+QW"çb£Š
"(c)  Iéµ†·"VØL+i1/2"·†"
'k¶ÛtØ&  Þ×°·"m...ì&ÃTÁ63/4  NžÛ    *ûÙ
>[...  ì(ˆƒ]  OÓ  ›L-i,  Á4!!"  0Rà  †¯  %÷Zh  !  F0-...B  ["§X0Iå"  Ê  ¯  Ðì!
"1H(    °(c)"ÔôÁ0¯i-...    dÂÂ  ÍµX^°B%F"
(tm)²TDDDDC8áa""ulã-  ÀÁ
.Q  HDq    e£UÕ(5_iU"  ŠæA;  Õ"×aV‹@DÁDGÿÿÿÿÿÿÿÿçbq*  gHÌ£&ùÛ
wÌ¯C Lþ[¬†Vy Évv  ŒÙ"Ô3$Ž^çfŒíÁáž:ß¥mhìnÿ    ëí  ÖŽÍ'Ù"ý¬-ÿ"Ù  Ôù
    ÿÿ  1/4ÙbŸ^¤àþ}?øzUþ1/4!ëÕ"_¿×Úý'Jäï¯_ø  ëï¯ª  ÿÿö×ý¶¿_õ¯M~(c)\Ô‰ô$3o'¸¤@^{'¢!2
)Ndáïë^?&  2;  "  :(tm)
    ¡  äb"åd€ŒÈñ  ‡'jz!£[Î  I  Ÿfq±"æf"×  ¬ÔŒŒ†    ;/""#  h  ¯  D  !  `    [6)£R
&(tm)  A  (ƒ  f  0^_(tm)...  a
"&¡á  t  ">)&!-ŽŒ"  Ca*ÈY  å  óá-    x'h-x;"
    £X  A¯¯A¢  "-""Bà¯FÏ"B0ƒ  Aò¤u¦  @1/2!  ~  zAîƒ¿L  Ô  Á  ê  z
S  3F  0  àƒ`B
-ƒÓN(r)Ó[°ƒkµ÷xa>Â
§  AéßI;"
8¸ãïÀ¢  ô-  w  #ê#  Á  ý
h44ÛM7Â  Aé§°lïc¸´4Gn-,    ¡v°#¶ú¡ÆáX‡  à‹(c)?ïŸ
þG"ËÎ‰Î  Ç"[ôK  £  Ð@Þ,n  Ìí±Dæä"  [D¢‰M¡-  ò\ââ±ÐAÂ%6<¿r/9>h  <‰osJOÜ‰Îêƒp‰oí^E
ö‰e  rg'í  1ÈñÍü  ŠM¢síë  n    "ðƒPƒoH  üŽm  ÜŒ"t›Òt  z
"
"²?"MÚ'6‰ûÐÀäLh  ÞƒÂ}&éÐAêá  î  "Ýî•"ôÚ    ZA7  7B"z  é1/23ÆG-"uÓi<'µ"á:  êŸÞ-&áZO
¸M=SpŸI¸Aáz°oIái4¯  é'I·K-õauMî×Óûî_  Û  ^°n  ú
ÿÝv"{M}t-›Ú3/41/2úznÞ¿ôÝ6ý  3/4ÓWë¯ÓÓkMÓÒÑ3mðÝkzûúÓ(r)í%o¦éÜz  L    ú§´ƒ
þéê{Ï?ûÎ6=~5oX"ÿ¯¥{}zô:ý8Û¿û}kI}/Xý.*¶•68õ`3/4¿Òöëýý  ÞúkÞ¶¶û°Ù  5õÕ"Ó  ïn(c)àŽ:í‡Ò  ý7
wûï  Ýûþ¸/ð  ø]x_  ú¯(c)£UÑ0*ÐÐÇÿî-ýÅ)
ÐD¸ïW¿×

Zíý A'Ã îç@zù WvüÖu3/4-Þ ¿±µ1/2B#¢` ûÿ§ë· Õ2 oûU_{!4
¯\...¦¿3/4;êÁ-ø id0_ýÖÖ˜¯ß 1/2a¸ï×Ý_¿á GÚ†
  þÓþ²>È˜-í" ò/ÿn(c)¨D Þ¸˜é?Ñ
?ßßý§ëëáý"A¯"¿(r)1/4¯å ¢ ª í"A#ýïþÄ    §K
×"sÙÚä-    ÒíÖ þ {WX@Ýô-¿ï æWÚôôBs-u[Z~ö...Ñ$]0m Ÿ ¯ÿ!‡aþê wèG ]1/24I | 1/2×
DÈë*¦ÿê¿þÝ(r)‰#{ß1/2Zÿª
èƒ #=?·ÿÊqN {Tè§ []þð°¦--~ákõ°÷ÓíýßïÂÿ¯µß¯ëÎ•ƒ
O_Z]ø9 _"ƒ{Óúõ(r)ü>íÕ*"÷ÿ-(r)"í Ì}}/Ý>¿Uüêý^ÝÚWôÿ¯
†ßÕCí`êꢰÿ¯
ë-×(r)¯ÿ^þ- _×1/2- Õ"Ó î¿§(c)§(r)"Â¿ýÝmjßô1/2
zß(r)ù>ú ýÕ×¿î-ûU¯÷ªý>š ÌïN¿zýý¸n-öq(c)Ëß1/4õÛß--1/2Wµ¿1/2ª¿ßx þ¶ }&îÖûTÂûö µ_l/-(r)ž
Ý÷ßßïÿ¥¯÷ÛXi ì=°µ"¤(c)W...ÿÜ
¶ Â¿í-¥1/2."(r)ø¶-ZMÕÄK† ×m\/M-¥þÚÝ]¥í(r) JÒ¶ _ªamÓµ<l5nì-ÚûkÃJé[Já¤ÃI¤C/û
a...Ua"áÕÚPw±VÆÁ" ‰`ÂXO"PÁ¯ ¯mmZl+ö¶- côE-Ã¯ÿØ0¯
+[ [ë 6 J ¸ÃI 8S
  @Èÿ" £}Ž!4Ç~û ñb Š ö8"ÿÈ£œuaUˆJò ud,X[]1&=...~ñ\BêC ¿] AðlTBâ ¦}ƒþ(tm)
C] ïö û
¯VûL†-"!Þ [ö"~...°Ÿ
U¤ƒ\-6 ...kvÖ-a...ikí;µ-øk
& ¯ ÕCA""UÈtÓ 5áÖÁ ` ¦ ...wµ°µøOµi°S˜C !"" Á
° " U. VÁ î"
  Û °BÂ
  :,IÊPF9Xbh & DMhZ `Œ ! D %@"\G
&
´é¦¢"""CÃaÇ !¡ ÄDDD§"DF8øô5HÊÒë-
]U+[&æ¢è°ŠÚÒÅ`Èâ_išÚÓ
,Â
* ˆÿÿÿÿÿÿÿÿù•:e°Æd[ "^p^WÕ Äæ(c)'X‹¢‹OFJ°êBùìÂïWT¶¦í|%§,](¿¿Ú¥iü zñ¡ÚkZ"õî˜ÐõK¿Úÿ"
úÛ×; m Ñ 3±BUÉ]gw°KÚí;Ï³bà§ ±B!hY ¯"7
œwf " Ã:DáÉp¢ øá Š "VBèþÙ¬Š †!Wž !ô{BDj ¯Aêô0Ÿö 0œF¸@ôúÂ
  ƒRp¯M0 ";@ðšõP"\7UN m1/4^Ýé¦ƒ°N/ >Â~ÿ·ÐV‰os3/4¯äç'G@È8|œÜ uq %ù îEÆò\øÁ"=
Q
ò/7(c) *3/4DçAÁ"<‹ÛK á(c) =Âl¯ýÂoA
ä^àÒ'Š!ûAÔPOOü-%Þ v¦[ôÂ›Tƒt Z~ ïwú1/2&ž»µJ ]Öµ ØÌôý6ôõ§}7ý~Ý...N¯ßNÂþ¿-ê &´>I*i(r
)¿ïïV-Öó>(c)1÷ß° ûýÕGúÿî¶ÝWö¿ ª1/2ð ë×^í~ÿ×_ˆ ÿkÙ úóÖöm ï¯ D¯N¯ÿoé 1/2=tIƒ"Ý\‡H
ýø˜õþ
þÿKì?þÕ ú°
õÞÓí /Ò×þ¹8_¿è..."ûá¿þC:°}v^#ÿ ûwÕÿ¥^^³¶-j ¿ç+ëjè‰oïÿ?é~ÃúÞ-{-Cw"È¸¿ûÙ Ñá¯÷ÿÿ }ïõU
_X?zÝÿwÿWöµÿ ö·ÿJí{ÿ¿_ZKÖ{ýÿ·Ï¥u~ ùçõÞçCúÖ×õûÛÿ¯¿Ç]ÿjÿûÿµvè¦ïÿ¯ëël/"zÚ[öÚÚõõÿÝþ Z"
KŸª]ọb ¦û~ÃZ(r)"Nú1/2¯¯ßl%ÿÃJ Um M?4x¯¸àÁ~Û6 ¦÷¹ ý, JÚXtôÌ ƒj3/4Ë#¿{ÝŠÿ‰ÈÄ;
ø˜¸>íؤDÀÒ X'-3/4ÿßëûaÚl/ïö Ýú†>év ±Pž¿Ûÿ8`...<Eh Mv¦,
} û8Ò°¦☺,3/4Õ¯V/""4"
  ^^^Â Êt X°"z ... # ÄDGÿÿÜ5ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿåš¸D ôW">3°G&å(îÅ
h)(c)Ù£#
ÌÔ§3°2' ¶N S]fTfJŽvY• ! Fh(tm)š
a(tm)^¿1/2úÙ ZZþB8^"F³íÓ\ïfµë÷WH/kµÿ
-¸·Dg¥ÉŽ
ý¿Þí - ýko\VûA

^"ÿTÁjí}S¥ýk^è{TÔqJ¿~'RÑú§ñý  -=-þ•F
4‹wÿïŰõé7ÿŰoP  nü":þ¡  Õ]ÿ×ýp¡%õá÷§
éY£ï'NÉÑ  .ämæŬSe'oG   Ŏ"%á$ "  ²q  Æj^g¦BÒ~}  1  †P  ¨gVlC¨È´C  ôØDuÞ¶Jã,Ù ‚3ùâ'
  ~
¥8e8S¨EDJÈÆ  ¤   Ñ-N¡  DH  ¬ÉqHèÜJ‡  'ölzZuVÍAB  A
a  §{`^u  R  ‰o(c)  "    "   D/NDẼ
  à@ÿxjßV¯N
¦   ×Ŭ a  ›  Â  ƒðƒ°@ÉàD%†
  -C    ÓÂ ›'
"  z
;TÂ
-p^‹ý Ó   "ü ã  0  ý  kñvŸ¦(c)ì ÓA-¦Ä    MVÁPÓC¯ ÓÂútäü  %Í  ,
ë  4E¶ƒ,#öƒ‡§"  ÿÿr&›K-ÆhôA ¡È  -  üD±²/0^à4KÚ¦È¯ Ó'\4GÐƒDon/
...Ò^Nm ÜŽ(Á¦¦uùFš%ìŸg  ›ä;°Ç°@ò  ?  'îE   ›"öO-þ  öÜ
è ú"ü¬ÍƒÈ¿"ðƒÂn  6,m'Í¢\,%FÃM¯ xO'á @ü‹øÿWZOCA°okZnÁ¿'Í Fd• ¿H6×     Òoëøx^Ÿ
ûO3/4¯é=7AÐ]==  ÐtEä  é:Aéú  Mkm+(r)'é1/2=°  ð  é›ß×O¶  uÿzŰzú^ŸWv›"ú°
Óp´  ü Õ%tè+Kêîê"¿uMôúKÿÓú]é6•àJÿê  zWMêÿ~1/2aéG×_é¤Ÿ¯u÷ßa]kn"Zë¦ý¸M÷]X1/2
tí?‡ÿÞõþ‡ªÕú"GT6ý¥´Ý:ØíB#§
tõôÔýÔ¨  n›ÃûKúÛÝ{ÿï¨ÿW÷Ûÿw]4--:[¶"û_ -μμtÿô(r)ÝzÃ¿  1/2õÈ  μëë  3/4÷ïwÝx."3/4í¨-÷Ù³#^
ÚîÑ "T  úý§ë-...ƒ"áV9     ¯¤Òë_‹Œ¸¤
þ›Úd!  ÿíÔf  õ  A7  õ²  $‡IÐÐ  ^³P?Ã:...(r)   :ïî°  !À-²  "öíÿñ  aSöÿ u
ÿ÷âîœ  ¿ÿÜÐ  `ÿë"Zè  Ý  þ-ñ  ~Ãμþî¯  ‡‹_×a"G•ô  ÿÿt¿ë¨¢-!¿vApÝÒ,ßa  ÿßé(a"Bç¯
×õUß¢'V´(r)è  "ö  Gý'"^-  ;þû°¢,á‡è•(c)‰ëÅ!óü...¿þ"×ì  D'|‰o".¥_¿-PM-þ"5‰¯O
ÿ/_è'ÿëëè(tm)  {ñ_1/2  OõDÝõ-£"¯ê^²  p•rPT¶÷ßô-ì¶1/2  eý"øo"¥Ð/ÿÿZÈ3Õ¡(r)žX  tX  ÿÞþ•†è{
¥~*Þ  gM  á‡  ßøöáý~*ûõoμeDjE×Ú¥ú¥W1/2ú-uiÂô(r)uo
ß÷¯
÷¯ÿÿKuÿÿ}  }'×:¶Ð?ö1/2_þÝÝÿö  ÕûÎ4õ§3/4·ó-ÿðÿ=w^°ÿ"ëÿ°  1/2lóõmuíÒéúW\Õí  ¿,A]?_^3/4×K×
μÖé×Kî-{v×  î×Õ[o¥uu°°°°μ¿ÿ†°Öÿ÷Õûûtßh":§m}éý[Uv×îÝ  ÒÝ[†-"îÝ%¦÷§V-¬5íμÂÿì¶¦-(r)  ×ùN
wßäx"¶~2è
ím+Öíl/M-¥î•¥Ŭ    ¦Eõõÿv-`ÝÜ‹-Þáœ  ÃX0¬  I†  ûí?õa"tßîõÒvÁ(éŠ`ÂQ-Ã†  -ö  J%ŽØ0¨-Ã_ƒ# "
.;cßμŠ!$Çö¯kzQ&ö*}Šb°´ÁY    ðÁcƒI'þÿî)  wvÔTƒ¿†  "ƒ^)...Ä&ÝŠ1/2^Ø-V  êý[
1/2íoõ¶¥¸M5V  Ø'}Ú±&ðÈx±±0ûÖ-ëm5"  "  ^Ŭ
oÃL+
jÁ*°¯Iøan"É°¦(r)1/2ý{
  ma"Ó"hù
ö¯Ý"a+  -  ×ÓA¦  T  $á    Âö  z Ð†  Xa    °L&
CÌ!
  Œ¡]

     ‹C‰
  d
³  8`‡Å,hpa0Bé
DDD  5ë:š
'¸›"""""""4"#   ÿå  ÎëßKl/...
%...
*:\0Qÿÿÿÿÿÿÿÿ"c(c)nZjZ4    lí!-å
š‹(r)-  ÖÈæ    Šv335    e8"La  μ'  Ž
  BÊ

\ bÒHµ+Ïó)1/2:Ò¦ Á
h24        ¨    x]ÂK' ÎÓ¢M1/4%É !]¦ "Ó ;A"
•ôýW$šõo...%  Ñ/h•°š%á¢XÕ ÃM Gh•"ý§Õõ
ô1/2%´ p*f*rsm:  6‰ppA´OðAº
¯ÿ×_"ü-°t &Ò}è:M¤
6"mÿþ5Óÿë Zn(r)(r)(r)›§"h<'J"×{ì~3/4"I:3/4éÚºZ3/4é_wwïõ\ g ^âÐý=u~Ö•î(r)×',ÙØ4IRy dUù(
r)&L_à'¦ž0^ÆD!Ë
žfÂ>)      µ"Uúéµ¿úÊ@"&F
¤À ˆ¦œ0^@ÍdÁ'"C
D2*f*5
5'È†!¬PD= †&Æk
 <ê2€ˆ@Í p]'8" 0Y-I  ú`  Â ô
   _ÿúûÓ×á NÌ  < k"C† i"ð*f*3ˆ`[
Â  4  éÃ  a
a
w¦(tm)£>Ì 5Š j 3à‡PC¦q"
¿á  Ÿ±*j*f"  3·ÛýÞõÿ\'ÃCAö¡
ª  êš¡ Â|4!...Â  ¸âÓ{†   Aîq,
Â
§uÑ
  ÷' ô- aÊrÁÎ,ÀUë§_ªoêÞÑ  ¸´Õœrs  %ö9>¢-¸‹D|ÂÊûÐ¹ m ÆÈŽä±-è-
±'
X¸jžºkwäOÂt :ò/ = AÅØ ¿ë~¯ iûP‰Ü‰nKÒ%ì d^p›DH¤- <‹"',A¹.h'œ  ›"
 *f*
       öi žE"ˆü ;È¯Ñ  Ü¹äè(tm)  2:
tKßá7MöûM=7lq
¿¿3/4ëö  Ü+a
A= ø'IØ!§IØA(r)´ i&ÓOIá7  =
H=Ðx!vµ"   ;H:AºpjE AÿZ¿ïMh'i‡"Í¯1/2  ë¥¦þºAé¨Ÿ¦é1/2'"ëW¦Ò}î>(r)-.*f*j•é5ðžŸzÝa
pºÿ]
µ^ê  8Mßÿÿûûéõ}5ý%Õi5Nð3/4š1/4z}×Ý-êê¿éëÿê"þÖ¯  ¸'W¯Ã§i1/2_ëÿWWÇê &ß UÇT¨zm î›ß
ûöé§îœ%u‹þðMßÝîÿÕïÃ~Ÿ¿1/2ÖÞú¿ôÚß-Z"¿m=ª×°é_×(r) V"ÿVµ×ë-¿¦l ¥ôîÆá¨ÛUªéUéjÿälM*uþ¯
dp]W (r)¨Œ (r)    ‡ ö\1°¯
¸aé µéû³¨¥úXÙ
m×Ò
     Ýû°þþü¤
vú§êÐÚÛê        ^C
z ‡Iÿ ØÞ4¶Ýw³€¿@Á?Êq?3/4ä{õ¯ÕßM~÷jÿ~ÿ ªîûîõ ü-øaïÿêš"ê¿Çä¨0í1/2" ?êö¿ßÞÚíz³ÿoé5^
 zkfïÕ...ÃU-Â
   û ,›¹ 5 K(r)C ï¯ýß...é$,ÿÙ‹ 7× ýû"ÝÝoºÝ~' -ý-{fÕ =÷¢'÷f  ÷æ K-ÈëÈVûß(r)¯Bå{pˆ$
oþB"ÿÿ%ßþ›ý+ëw"}ª&GnûWÕª- #ú&G¦Š
*§é1/2
Óú¯ÊÞðˆÐߨäY¿ÿ•2ÿ]]~ÿúûW¯ýkª÷W vâ8]ýmø?ÿº·¿º þÂ¥íª£ þÝ÷ ßýµý Þ¯ðÞº-Wó"Û¯ª"-¦ë†ú
ýÍKþÖö¯Úô °÷
/öÃ!² Óë¯zþêµf"-úºõj•ÝéÿÓßÖÝé h ¹Ö×JÐ6üÕ>t7}j"5zÚ"¦ÿþÿAÿÿ]õtþ1/2]?itß¥j"}×ö-ßÿö-"u{Ý
_j3/4"o×Ýú
Þ¿(r)(r)·]"}¯î¯ë|5mm-m-þÒ¿Ýí[
ßpú×ÿmmm^¶|×Véµµí*Öú¶¦éµ×ÛÓ¯ßiZÃ

ý¥·í"´
  &-Ý    Ók
M  "kk¤é_ý"(r)Âv  ým[JÖÓ[JÒ†¶](r)Ã[·iî•uµk_Nö].  J  I  }µØxIƒ        0Âö    J  ]°°ÂM¥ßi6
·    l%
{
  Cö6Ámî  V  Iƒ    C
     a
$Å0Âa†"2:`Ë‹×¯°Òa...°[*í,ÍØ*â¯(c)
~"  ÄB^LU0aX¦+'  1LVÃ        1Qj¡  ŠºØŠÞ%Ã¥¦%1/2Ž!1NÅE4ÅHAÔ  RÞ›ë
c‹¹  <3ao¥í4×éµ_x\Ba5±L*Ø¦(tm)
Ž¡...‹
º
  ÈWº¯m[!Ý†šùc¦  !a±á...ºë"
öAwÈ¢>  "  Ãj¡  Â
  Ý0X`  "  ÃA"ÂÚí-"  azûAü4 Â        Û^    0¨0M  ƒ      XA"    Á85õú†  l+ïöþ-0B
²  "A"$

    A"

"
  CA-(XÆÁ  †Li  º"ƒCB""âKÂ,ÊØ  B""5‹    !
Œ"  `â"¨ã^â"""""¢""$I  ƒ  ."""?K  --YH  UÒŽ•Zl,b  á...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿâ²
£ü·Y"º¦\È¡  s<    1IY  \‰o¢$Èè‰ä-  ÎÒ  ,0ŠpÊ<
Èè3/4v\¦E    ^ØÊqœÈá°øÓ6  ¦Èê26!&)¬S  Î¡
¡"@Á
``
L  ŒØÁ  5  #c)  Ð2œhŽ¢d  2@fšÊÁ  M  FA  †*f  90  ^^Â)Â  øà    Æ¨m µW, ¸ÐAÐ@é @ÕÁ
é Óõ@êé
Ò}H      X Í@`ðóâÐ{  íÕ¨ö  6Âwa  êƒ¿        ýº  |ë  †  Ý
oïAß]ª]"×á÷é(r)  ú  ÛM_¨îôûOÂ  ¥Uÿ{ºNë}
ª  uéúm'Ö  /Õ§}ïÞÚm{ê¨ÿT
   º ã̄  Ï£DI_tšÞÝÈ¿  Î8$äT"-¹  ²  ¸õ"ôõê¨³ÈðÎYõ$'æ¢ôBóOäNl'X"p'@ ´Ð£5›H ¬ù
  G]pƒf¢  ,,(  "ƒ"äX"BQé¢!Ý¿á
@"_~(c)x è  ð@ß  >šMßWzh&Ð}ôõT-1Buèê, öé7$¯·¦îé["
È>¿ô›(r)  ÂTžþžû×#"¦ØvÝM:Mß        é  ¦ú°-ý/-',¦¯ZO  ÛûaÞF?ü?
  T"ú  Ž°  K"]znþ(r)¿¦        ÀDu  8ø4-4Fëœ@&ÐWz#z  iûÜk‡BÃÊr{V‡I"ðî  ~Ö    ÕÿÕ
  B0TŸ
...  K{ö  Öt  ÷×è"õ/Þ÷¤4ýê
1/2+n"]þ

í‡Z°EÓ}uPkOÝ°p¿¨_1/20u  wÂþ²  'V
Hv*1/2+u·        [¨?"×Õy'Ô,
ÙÒä
§
þø.  ý  ×þ
î¡œ  {  fâðO×ä  a  àÁ:"  Q...¦%ù(û  ýÛ'ÕqÂ¥Û_'×1/4ŒwÜ5û Æ¤
¡ñ-õÃD-'ö
a¬Z¿

¯ÝÒø  ê$Â?Tõ÷ì  ëû.dv]}Ø  KÝðÿ3/4
Õ*î  O    ûÕ1/4"é?o`Òý÷ÞÒŠßa÷
   Gú°~¯ÿ ¢
n  Ž'0éÔÞþWí×ää3/4ßÐÂ#í÷~6-  ˆyïä ¿ý[§ý¿‹a¥ÃØï¤ú þá  ýÐÒop-íÓ  ¿_þÔ  _þïÜ-íwoä
ºÚ1/2Ã²  :×ÛÃ  Ž"U¿  vÿîÖ
ü    (r)F°~ôA3/4²é¿ø>æE⊕1É  Ô  ^Ø"?Ègqz3/4 Ù'Cä    K ø  Õ'Zk÷´áþI%-iê  ÕÝþ¿2
   †ø[ |-3/4;È@°¯'(
    ¯ }2à÷¡ûÑ&'ºJÂ#-µ×Öž3/4Esø_PßÖ÷ß
Ö
ÃiÑ£  ûïwÛ÷a¯A·  ~·d~
?·øB/Ý÷ZØþpì<+V4ÿOV)\^-v-¿à`ù(r)†ïzí3""    '  Â...÷ž6ð^úÿæ¹_xzýšïaVÛ!œw]þiïL
Z    °rEÔì":T  ?(tm)
   B‡µO1/4  ƒ"GŶì1/2Á]{Èöö";Ú¯AÁu´íîZi"ýÔwþï  GÛ§oZMxk  ÁºZ  |  îŸ§ýü/]"]í}ƒÒ3/4(c)-Ô=
öíé  ëOaW    ûJ¯'ÙG°õN¯1/2ïm¿U#tûoJì/¯·×
íwV-°ƒí´¹-m¥Ô0"T7kß1/2¥Ò    A"ïw  ¿  °-/k
ÃWëƒ¤"
KÃ  Ò¸kvÁ"žÒØi";ÛMa¹(c)0k!•T×  øé  #§l/Ã
#Wï    Þ  8¯Õ"`'.
ÈNR  A  {°Á.¢¶(c)â  ýâ
Ž  BNb"‹ºØl9  µ"aZ@ÂUb¤2´Qjýlo±Qõí±ö×~éÐôîGMuÁþÅnÅS      'ûÓöÜ  ¥všÚéáU4¡Ó¶¡n¯Wì
-w}Ýé¤  ]¯UwT
-6š¦  (c)†¯
-k`-WÃKá÷ú[ao      ª í{ö"í$ì&¬5kÒØkul0"nÓm...ß    SëÛ
.ÚL5Ã  ×  §†      a0L,    #‡
&


"/    9  ¡...,¢,  ]&C    3"  ¶Ã  \
Was"Ç Ü°†îè  '!°¨    Š", šá                    Ç(t  C"òœ±  E/
"  ^^^^^^^^^Ê-ƒ-@Ñn
^*6)  Ì#hŽd¥  F  *EÃ'|Á'ÀB4
   Á1œ
"o7-"ª^üÈ¡
S"G
B3#†'ð"x¸  4
sqpW#ŒÀj• ÔN  ÄtHEÁ¤è  GÁ´â#Ä|Ž  ¹tG  Á Ž
a¹
b1-"ì¸¤      EÃ9/'À¹,EÂLŒ  0  Èá
   ¹p8.
á            G            [%  Ë  ÜV"3ˆîs  Ò  ã  aÈÔ  hNCHrZ  ]Ï  ( ÐåYIÈ  , ú  098(2  †  bÏ
   AqÊ  (r  Pˆ91"  r‡,\Ã-RAì¡b2£...
Ø'Ü¨)Ê+8)  X!µ¡
.+1        ˆfKbf  êg'  "#ÿËcù6&Ïçb¬ŽÉld    Hì  )A
Æ" gj¬ê!HD¶  BÔHr&ÔÈ†Æ    ¶  ¯l2ŒÌ¸SX@†f3å  k  ÖŒ  ƒc5"#
'  ØÈAÝ  ç@Ë>0D
   '  Â='€>j
£á£(
   àæ²†  8  pÈü,€'Ù`Éâ: Å(r)"ƒ  ~Ãô7  ×~šÚ ñ¦;A"
µ  8kx@Ø"-_-õ  Ð;ÿn  ;Wá¬  Ò#öéÃ{Ón"Ûûéúoÿv(c)µß

íT/[3/4Õ;[ößßÞ  h?ÞÿÓW×Jí7_"Wª߇]ÿõ"3/4‹  Ô  {o
Ñ  á"Bóo'ÑÈŽPî1/2  1/4Ý)6P9  [Uwù  5¢  ëZ#  $cI  îß'£$  ...õIp@ßÐx!<&Éi...  7ifŒ)-o-ªeAr)
ýúxK
×
h7RZ>›I"Ò1/4>°  ,mµß        ¿Ý7×A:~1/4  Ãë×é""úOAïßn(tm)Ý
Z{ì>ƒh"Ñˉ Óý¿ÞÙà1/4Œô    _u    Z,Awã}...ÂÐÓ¥M‡ußíéÁ-
1/2-Ð;·Ç'G
o·  ¿  þèàÜ"7¤-×AB]ëÓä  Èõ¤"úÕ_
ÓKßípDu1/2í×L¡
zµÓvÞ3/4ïñ•"m¿úë
Ö  zÜ&  ºZ‡        ;Ñ

  í  ëX"?*[3/4žëTFïWm/Dc²:^"  {
TòNðÎ:ädÂêœ7ö
-v        j.  - Èà3/4  t÷jþ÷,#‖ßˉb  2<G  R  Tÿô    /D1/2W$ȋí.
w,÷  ˉ úˉ×\?
ºÖ,ˆí  ØG3/4û~×èŽˉ1/2  Ð"  ¬,1ê×¨dpan1/2¶ÓZ×û_}]ºªß}â
,~ðD},"ˆI[1/2ÛCßÿza¦ÿþêÁøoX{zJºÂ,.1/2,mÿ°°"°  }é°÷á  ×·Òè7 ß_}¿O
  îŠpb¹
ã,éûˉ  ÞºÛJÝt?n·ßd,  Ô0^ÿ}|  õ[Ø7ZB"=(r)ÈÉ  \Bu  té¿ƒ÷V¡rZ¹  IU  u
¿k#&Aqû¢¬,-...ºOT  =ßÞÛL+ÿ¶éÃ÷,PoMwéæ  AÖÝö
È  VGÃ(c)x  oï%àý-mµ  4ÿú-§·
S  Ç~91/2Ø/  aäi)0q  Õá[zÓ  Du"  -ÅÿÝméïðˆëa(r)S"J£æ  1/4"?"¿ü=1/2ÿ~ƒúá:
ï"¹-ÿ{¯tÛPÐp  Ÿ?Õ‹  )ÍÿMÿïz·Ó"{kPQð²év3/4ûZÕÃßìàØi¶ƒ¿[{[íûÜ_WÿÃêÞµmÿÿð|l  _"û  ˉªÓ}3/4-
  0²êÝj@  ÛOJÂî¨í6ªÿ  "  m¥Âßÿ3/4òU0ý(r)ûk
PpPk¢Uo´  =µÂL0"ì0²4-´[•V  ]ý‡1/2vô"ÃJ-+!Îà·
"
,=5|  éù
Ø4·  ¶",#áÚ  †·Y
ˉý}:mû
ð{kB  Š  ÊˉfÁê*@Å§§Š³1/2Ý  )Šö+àí  v$ÇIXDuíÿý?lBÛû[  -[oâ÷Ø^é7Ân,o†"ë}ô¿_ZP(c)v¿IátÃé-
Ã        .  øk"÷1/2{"}
ßÛ-ö  Vß]°°ƒ  í_°{
¿*ÿïïÂÿä  êü  ]°1/4/ðh5á,Õb›
%ˉmÛV""k`Á`ÃZä    -5š"(r)q"
ˆñƒ&`^]†S¢1÷È"^0(r)("    ]  <*ÐŽ8†"TDC(s
    'U"T#  ^^^^ŒÃ,^^^^^    ^^Ó¥,Ä¬(c)(tm)"¤  *L,29  ¤A  '°\"  E£q  R    H(c)¢:#òl@f  Ñ
  B#ƒA:#²8B8h#lŽ  Î¨Æ\
  'xŽ        |Á-  yðÕ#  á¤GEÃ  6  ò8d  ap<5I6m        ^^^^^^^^^^^‰
  ÝÎ9œDEä6
Lr  (r)o!¨ƒ[    1/4  Ò9  d4‡1Èi-!"
†ÁÈŠÈŽHh‡,Ç)!
,L†
É  H="Lör'EdAÏ³  (âYBçrÊ\DDDDDDDDDDDDDDDDDDDNÔ(ÿÿÿÿÿÿÿÿþd"  2¤[‡  ‰(c)Ù8...H†
€ËØ(c)  ÃLì  Ì6*'6  •
l-DÙ  F  Wtˊ-A  ˉÓ÷-ºê4ü.¹•}.  RQ  gõ[}×(c)9  ß(r)(c)/ÕQ(rxx~üÇ]:ý/õXAèLÎ-Ö"ß÷Ø]U
Þö4/õ×_  UþéúïW1/2~
  ºöö¿m}þˆ£ÂþúéçaU  W(c))  ¸  /Ñ  ÓL(tm)D,³(c)•(ì  $"Âÿ(ú}"  !  ±A  øl

Ãág" 82(,4 þB    "  ‰Ö    lÙ  !ë!H‡$              ¶H
j  ;6)¬!
   ‡A
2    ´.Èœ
ê!
@Ï‡  C¨/Ë,  ApE  ]f²S!ê"Ù~\  $e:3<˜    ¥"1/2×  ƒ  7Ó¤Õ4
¡¸"j  "  ô
 Ô Ðié¦  =Phh0  (r)ƒA ì  Â
i Ðv  zw§ Á  s´Â
 ßLð$0ƒí¯  zêµ"ú~  ×  AÄ  4a7A¡ÅZ~š¦ƒí4×O  6-S  S¨¸´-(c)¡Æ  °
Ó°ž  ÚV1/4Žü[%L,ã"  ¤pÝ  æ²-
Ï#¶...¢8Z%nE‡è"  ‰}  ç#  'î- ðÑ,fm  Ûdhq5´E  È¯Ú"öÙ"‡!-§  ŸÑ  ú
.9  ø¨ðÂ
×(tm)
d}
sI¤D  ¢èä^
 Ü°M$  h´d%Ð nDt    h  ?
´  m  O"ûA< ü"v
   JnGÈ    £"ærAÒ,
,
4Lù  Ò  6
'qIs'x;@ŒÎøb´µo§ÿa
Aá<&Ò  ~¯    ¦...&ëÝ&Ò  O¿ è=_]Ân  Z
"ý_]=p‡z    a  Ðy  Ý?ß(  ý&õ^*IµuOk-§Kzz}iátÚM1/2:Iï¯¤Þ×M×Õtí{Ò\'Õá7OWô  W_^þ'[°]>¨ÿí¥
ëúZ°î?ÓáTþÿ"¶¶/éZ]
(r)Ò]p  Gè"¿  Úý÷¦ëiÇá  ÂèéÅÿn°{ë§ñúëÿßZ¶Ü~"Qûöÿ
A´  ¯3/4"×ÓÿÚ[ôëjû]÷þöœ?Õÿ¦ëàþ"ô÷    Aý  Û  ¦°3/43/4ÿ
à{¨Ë,éS    þÒ(§  t¦Î  Ó(c)pbE  ö...AÐ.þÓÙà¿²
ÞþB  úZÚÓ?Ï\(tm)‰ 1þÿ¡Ò†t  ä  o^ÓVH
øþ8?í  C†k
¨¨^°  kÁ¯êu  šÁ  ²  #ÿ ë-/O

þ1/2  ¶h
aƒ  ô¿  ÿöAÕÿa¹
  zÿ§Ø6þœ  p¿E8.·á‡{ÞÔ"-?ÿ{ú!  ÒàØD<}íh"
  ÿ_  Î  ¡ù  ƒÂ
ƒ(r)ý  ÃµuxUD-õ°Ÿ[°ý~è‹Gï¿è²kf&B÷#  DYý:yÒ  Ÿùj+,kN³  ôBsäÇ%_veoÊp›§V^{è<>øD  ÿç@þÿ
Ð*ÿÿ{ôI  "$L‡{¦1/4²>ÿ@Þ¯•ItI
¡ôÒ×  ÈûÑ  ú&GôD¢¿Pzúè      =  _¨¸^    Õîðò  ïl"  î  ¯kznŸ
ëé
K×ë&-µr\ÿûu¨ûÿš×Ñª¯ ~-/Ú5=~ÿ5áþ-ö1/2=z¿  oü/(r)Õ¤  Þønÿÿÿÿ¶ƒf1/2µû>wV"v1/2-?çVÚØLÛ÷":2
  ¿K¢W[ÚÔþhÕ%ÿßÚÿ×ÏßÛ¿ù¿õ×ôÒ3/41/2êÔþ"Õ~×Þ°µôµ×ß1/2o(r)ýÿK_X}×Õë_´¨ð¿¿ÿ¥i6¶  oÿmU
´-}ö  [_¯m  ¿µ¯m+éêß†"ª-...þúÛ^Õ¤¤hö-oï~Økk
%kv  Âû
&ö  pŸ¶  a-¤ÚÛÔ4¯i]...á÷öµÝ-}Õ"¶  l/am/"é÷úÇ_"çê      !¤Á...†
Šƒ0  ãØá,û    6
   †  EîÂC  '0²/0-û
%|<"GßÃ  p1/4  %

Úp×Xa  ö3/4Ù  ßþ"Øb¢¯¦%"zbI÷²  ûi‰!ÿ  ƒ!^ÆÅk"  ¶%Žî÷ì1]Û  °â¯3/4$¡±Ô3aâ  ìtö  m0¯]Ý´ú¦
vÔW[^Á0¿
5†        ¦ûa4ì'wÖ"WkO(c)
=XJÈw¦Ä"ýÃ
ÖÂÑ•...§i°kJ
)p  a0N    &        íC  T  4á7X`‡h0š1/40L ì-Ã
Ä0¨v      j  Ö
ðÂ  Âö(r)["-Q
!    DZ    ØBSâ""Ð^^^Ð†NDÁ  †FhT  Å,    qaxaZ    Dq  ÄDqQ  DG"d‡-}ÔÎÆïð×´3/4Ã#"á"
ßÅ\Rö¶]3/4Ál/bÅ
â"?ÿÿÿÿÿÿÿÿbdZÍÁ#±Ù*e  ¢÷"  È  M)QœÍVnÎÒ(tm)Øñ)ÈñpÁ¶¦a  ‹µ"ÌhjÏ,(c)fo°¯y
ÖEãžTQ  "ì}¦§kiBßë
ámØUýëwÒP°¯¯-}¯é  -O3/4×eÒ¨š"ÿI(jž¯šÔšé÷Ò^"ÿ-†ëðU
l;kÂÚ÷ÿÜ8aj¯¦ì&']=^?ûúð°µÚÚÁ:þÿiZÿú¤1/2íáAU$""YSf‹üï_uÔw(r)pB/œ#1sÌ•ç  8¤C×Doè§  °Í`Q
  30"
"  rÎ  Z#wT  J°â9  aó"S^t^l  0  ›-y',  3Œœe&x^(tm)  †QA  Y,%ÆS"'  °5ƒ  6`3çŽ¯LÑ'
4
Á2œDÐh0AýÖ:  §i"  CÐka
{\  ¯;
   /Á    z
°ƒ°@Â  š
"  ,ý"  0  @  ê  4  ^|&¶  ;Û3/4¯N$8aêƒO¦
  -D?_Mû¡Au¨  ¦°h?C÷ÓOTïA§iÆƒAøAþ
ø  AÆ        wÆ¯Ž¦Å  ii">vÎ99´çè-n!¢\ØÓj4ä-
  =Q  ú,¦.Èûò,  ¿`ûÐ-1/4    %qâAt"ÿ"£}  žÇa¦  "Ø¯È¿A7Z  <Žy  °ƒk'6²%´JryÑ?rJ
£E  ƒ,(tm)ŽK  ŠæÃH7ì
Âé´ 7&...p  ñá7$tßÓÉSCÕ  Ú~  ¤ÿAé¸N"²h  6ð  á6°  7I]6ú  7  y*</÷zt›á=  O¤ÿ
§¿K"éé·éë¦÷ÔÓ--ú}õuZzéûý5×OTêï×UúÀª*Ò´,éë].ž¸WTûZ°ém+TØ{A6ë÷ÿKÛ¯úuÿÛß°ýGÇ×w÷ÿW×
uhwéµ҈Ç̃Õpž›xûÿ3/4¯þÒ^¿°K÷têûõÿ}:1/2ÿÞ÷õ[÷ÿúî¿ì+ï^¿3/4ÿoEhH:1/2ï×Þ¸eÁz†(r)-  ¥Õ'u  Ûß]W
ëÓ?'H]k~÷ßþú'@H=-k  ×Ð(r)-^^  _‹y
Ž¯ÿw×ÿxŽÝ{§µ(r)´¿ÕŠ¯1  äÚõzÿûz3/4ÙV  ïØ;ßÿ(r)ÿ}ëÒ÷ZM?ÿú3/4    pDt  >÷÷Kîÿÿ
Õ¡ƒ  "  ÿ÷×ë÷"f    iíÓÿ¶ÿuTBpa1/2õ  oê¹‰å"ãj  D.~Y4
³¤ÿßÿýõ¯š¦;ú_ê¿WÑ$3XMwKOÿëtÿDZ~¬Š¯¿ÿ×uïßÿª§ßþ×ý$    e3/4Ÿúß  Ó÷  ÿƒÿÿß_¯ÿ*3/4×[- ÿ
ØT  ¥ßé*úïÓï1/2~  "áÛÕÿõ×ßÿ÷öŽ...ÿÛ°÷þúíƒ{ÿîÑ¿ìm  ïè~ëÿ  Z"  Ù?ÿïé÷  ¹Ðøm]  Ký6¿öû÷ÿì_uw
ú[i=-  "...Û_Ôïûë_i_z°  [°Ó"µÿµûßµµ^1/2_~›Ýz1/2÷ýZýÕ  ÕÖÿJÒ¦ÒÑ¯vû[Iµõ°Â¶°ï¤¤Ø_ÐÕ[
ïa~×mm÷ÛKüÌÿ°ÿjßþ`¡´êÕÚaÿ¯±ûÔÕØ[Y    #-°±±÷JÁ",ì*-¯"àa  ÃI']}...ä\ÿãëƒ  ¯a*
TUÈ(tm)wb¯Ý¿Ö%1/2Šâ¦B{êö)Ã  ÿ"
÷÷cØ¦*D  a,]ÿ°  w}ñQð›Ý5êAþÈx(r)·µu~Ó!á†BÇ°Ø[_±%  ÚZaVÅ[ÿJþ¿-á0-¦BGýC
¬O3/4ÿaXh?ÌŠ  S
µ1/40[    oimØN  A¦ö  ÿw`¯_CÓ
  Lbðâ.!,  ^¡.  5`‡"X  G,  G  O[B  !
  -  `"}...        DDDF"DDDDR        äØ  ¹d
|  mu°PÃXaXìSV¯V  ¸ÿÿÿùgP£ÿÿÿÿÿÿÿÿÿÿÿÿ-¹ª  ùf³²a  ó  d`e  #`¹'
-gpÉ°U;&^VWT3Ìïw    "j  Í†ïØSÍšy  e*¤Ìàƒ;9ÅeD    Cdö  (tm)V  -á
µïÓ(c)¬@ƒ"    Ÿª
ÈËó²L  õOLîšÿk  Ða;ë"  "ø_Ý:Ò_ü*  Ðh  z²...Dv÷_-i  ¤Èèå"0ä  iï~ê  ¢]'Œ  ^  {Iþþå  "
âNÝq-,TKô  A  }ÂISw  Ð
è&ø[þ*"h-  ýS      ¥¢ß¯íëõ

ûÐ-:*ßÂ...ßo~¿m&ú-îÖ1/2éÿ#  +Wú¹-‚'ö   -D(c)  Aõ÷"1r0×?(c)Ã ¥'$|TEuM×\+ ›Dqôœ
L‹¥Iv`‚
   Â 4Í  1
¨³ºöl@@Í¢"  T    Y    Ï‡4  ÍŠ°Ê  Â  j  M¢  Âuwö¨´Fã@¦±'!I0B  ?    §  k¥WîÁ ßM  á
¤    ¤  ...ý.ša  =ìo@Â
B  OÁ  Ó    ÷    kú@É
(A"
"

m"ð𝑓    øKZ¯ë¬i§oÚ"ÿŽÓÞ1/2
oq  î-4‚‚N1/2jë"Ða?ïÐ"\']'¤è-=  ŽïDxØ´EPcâ\Q  ´No¯¤Gm  M"_dAß§!!¢8
   Üä-‚_þl{u""[ZâÒ‹ŠÿgNKþÈŸB
1/4  ¡°AäHš%Y      Ð nÝ†jù  ã    ÜÎA6,>~‰Ï      Ð
×  ãÔÝé°òÏDçD¦ÈGÔ‰"Gšÿê  >ð...'Ònêz   OziÚn¯ˆ  ÓÔÝ4Â
ý7       °z~  ÕõZ
(r)-ÓtÞ  Â
Ú{°{ÛUZoÏú}ö  á  ì-  Iµ,-°  ßÒn›è-ÛâîÒ-nÝµ"Ý=WU·JšÚ]ki/ß×§m"  ÖúÜp×Wõ  MVµï&§"û  ú,
#ê¿Ó¥VÝ3/4  FíøOïm
×"  tÿµ_ÃÇ÷ñjéèÝ}SJ  {è^"iÿú-°÷ÿÞ𝐵z"^õÕ-È€(tm)4ŽYFžD(r)  þ-ïè𝐵ÓjÚÓó;UÇÿû(r)Èâ"‚/è281Vz#
Šé  ^õë²t  Aí~𝑓0
Áä`}»
{<  ¥ú(r)á"  \-[(r)à¬Œ+×ë÷‰  &žD,ÿ-"mçP  uz1/2  Ø=  ‹𝑓Î
1/2Zï‡!ñ  ÿ3/4ÅD"þÿ#¯$...(~õ1/2]ZãR`  þ3/4õO×ÿv-Â#(r)1/2‡...ÿd1JëÞ1/4,D5÷Õàœ      ûþ°"W´  ù
ïOé  G^×öö  t    nø aá  ÷°Ú
=÷÷|>  ^Ö-$       ^¿Vî ÁRi¢  ?Ë&¦  j˘ž÷Þî¶aF•  Ì'ätÿ𝑓üÊ>šxab-[uv  &𝑓
   KÿúÕÇôHÿ𝐵ÞÈZ𝐵Uê  {-m   è  vö
ÿûUŒ-?ì¤  Á´E§3/4þ(r)"5Pè/ö"º,ÿ[¿Á3/4þøaî  ê^D  ïk!Ý'1/2_è+#  ‰÷†úé¿ä;ÛZÿ³"¶Ýtÿu-_v-/§ÿ"Ãÿþ
év~(r)Ý^ª  é.Öÿ(r)´-UÿwJt;Õ¯-û¦êfÚ°l?":  -ô¿VrßÎ-ÿ{$:Om-§ZM´Ýú~ï°öŸÿÖbµôô°[Ý}Òêé3/4-°Ú-^Ò
ÿ¿WZÝcóÎ¦.þ-ôî-õúm.ë{"wnÚH5*¨˜mt-µum]_oµÿ¿J  ÇÚü4õNÿnö¥
môÿ†1/2¥Ú{-þ¶"tfä  ðeÀ†  ‚†eN  L4žÂ"Ò]?í&×ý´›[H  þ-(r)-ß]¯[
iwa~Øf  Ø0J¬  •¶EÂû    Š^0Ä*I†\Hä[      ö
   ö  R ÿü‚  A0Õï¨ama¯
-ì0µv+Û'S  ö![  ì  "Œ¯Û  ïõvÄ&¹
CŠ]Š]  ‰o1ú¯  ÆÄ-ö6*/Ž¶
/ÚþÛ
G1/2ª§  Ä;ý¿ªa/°"i¬5Âí¯`𝑓
÷Ú§  d-  Èb<‚ãîØþÖ¶  "ž‚0¶  03/4ÝÕw
   0\‚
c aHQ"  2:°    kj   i...
v     a0-ánÕÛ
é  ±Š𝑓2}0¯L!   £Q˘d"è44"
Ê  ä'     ."0"]‚  !¯2å¡5P  Úh0BÁ0NÁ  1/4X\DDDDDDDE±        DDDA•"D"}BKÒÓÄ  ÿÿÿÿÿ
ÿÿÿÉ¹›+¬äÚ±  8ì  Êâ
W†d.òRÓ+"
§c  3³ Í³³  ŠG~²¯ó ¤þFmÿÈ7Ô(tm)¡ÅJÙV´  Îô×uZ÷{ÈŸ
x[Jµ
(c)K       õN¡ëAoÿ(r)÷_tÈ/µ
ð*ÿì_ßÿ2Cj^-¦¿µ1/2/úú÷†Ç"ÿ¯wÿª¹  ÖáñÿßzY-/î[ú¦¿u  (tm)    b•

```
:ŒŠžF
ÍŒ† Ç¢RgüÔeL›Ï2Y  d
$  "  CÙ    ¨œ20!
0Í    ¢$  _:é¯VldapÙ8sPÊp‡Lùd ¥DK'ÝÂâ  ³   AÎh : Hf  "-¢-"4 !Á"  ŸfÅ  ...†S‡
§  Ü  30L"  ¢ m  k`L   jƒO   j  "Á
  Eè0D:"j¡     !¦  < e
          ¨yÔ^°Úsò  i  "
ÉÃÓÓ    êƒÓ†  ~  8z~  §è0Aè7´Â
-OMPh4-
è0  ú"×ë´Ð===4Ô  2†`PA-¶H    ,]3
    Úq
8ÓŠM
¤äLq^¨jƒ  5‹A±ÄZ#¢  VÑ  Û  ò Ë    ý0²7qv^ŽâÂ    Ó~Â
-tÖ‰s¹/ÁKŸ  -´Fò  Dy ÿ  %ordZ  ú%  OÜ^êEæ^ñÈã!
  ˜àƒl‹b_Ñ  Ú'7h    %Á"r-  1/2  -1/2ÒåžË¯a
      ôNŽäþ    ;uM8ô Ü‹ØAävV "r3
ðŒÊÊA›+'>Eö  1ƒ¡7@é  ÌáA<  n  Á Œ:W    VÓt-LëH:•t  týú·O  7  ¦ä_t-N  -6¶èŽì‹E¢]?Rá:Ü!é¸
H+Iúozv   °ŸI´  xN-:MÕWOÓÂt›é°n-ž›ÿª[§§ÒxM¥
žEÄ"m|  ft'(&ý==u×ÐnŸ§¦õ§W÷I÷zz~šÖö1/2°ë  xoè'í}°Öá}uñ\!Ý}
Ý×Zñ¬  §þ1/2+t1/2z--î´1/2_ëÛ¯¯ñî1/2  1/2ê‡±púzt  [~
¿úõw×¿-Ô/~µn  ¯ovÖi[n°ýõÿ�ýê-Ýtû_éCßk[1/2ú  ñ°èzî  ¿Ó×÷k×ÿ_"
°  é1/4{ý(c)ðõ  "1/2'{~S"‡[ß}kÝ×_××¯5  øøÿõëÛKëê7zBöµéwxöA  ]5ê7ÒÈa†  ×ãöµ^D  ýßÿò€_ú
N1/2U÷úÿûôoÕ...÷èÞÁúëô3/4ÁY
Ÿª-¥ãØ;-'+ÿÿOÖÚý§]_ÿý¤p°Óä  ...O×[
*÷1/2ý  ð¯  wé  ðoò  ÿt¯D=þLrNPå  n  sŸéÿ¯{ÿVË  ±Ï0*1/2-"f&ÿæ'
1/26-dÇ!  t°¨"ƒ{ÿ,›¿-
ì_êôEçú    (tm)Gß  ú×3/4Ö"E}¯  jª-o|"  ×Nž  ñ¦&DÒ  V"¯~Fäë‡(r)ƒ}ÿ1/2å†ýþÿïÿo¿ô´úþîýVò  ×w
o   Ö°{Óê×*(tm)$-    (r)
ÿ÷::¤¿þ1/2µZ¿ÿ  ¦Þ"(r)ß5  õš1/4;þ'ý¥u`þÿNúÐI•ÖF
úýné}³£vÎ(r)×]Õ¯õô1/2Î¯û:Öï¶ƒûÿ;'kªí1/42  ÿ¥3í×í³(c)ªûâél  ßl†~ëÿý  þ1/2~þ"m;ÿÓÕ.ýûîkîŸý÷ÿ
WI  OûgW'  k3/4¿ûþ'ÿ¨"
ß·ÃJß[^  ëaWÛ_¿K_IµÛ¯]w
Ç¦¿-
[êÕv  ë }%žoû×m  _µÛ-{TÕ¯vÕÛ¨ï]  uÿ
/"[Jí[_økÖÚ'°Õ´*¸ko-ûÕ¯¯öi1/2´1/2†  ¶   ðÂÚÃm&  I5ê
/
$Ú°Õ"V×ú
    pÒ†  Ø5†  i>ºÞ¡,ÚL  -.Á"šØkiwå  nÿï1/4V±ðlVÅ  Fø80I
ÿc'xqqR.^  %ÿ
ø ÅqLUÈ-MŠêØ"w  UôÅ&±°ÒÛ
    N•ûa+µ"  ðîØ[Lxb"  wá"á...û  þÿÓ[    "¯íoÖÂ
/mªvA
±ñP¸0²%ö*
×µ~  ØR  Ûòà-|5*L..."×ì.ôÁ,î¥ÀA,Ã  5Þá...k°NÓK"  µiÚÚ"b¿"ƒ  ì  anÉk
  k


!  û
p`ƒ
```

1/4A"þ"Â ¦ IÐ3
  Â
%\`"D !qPdµá...† Â...°O{    â"""'!šIQ ÄDDDDDDDDDDDC%¬0R ,ž
: OÇÄDDDDe-(c)IŸî"[jŸl 1-
Â
C      ...   2me ?ÿÿÿÿÿÿÿÿþd¨ EÌd
Œ-ã´ñPfCq        Â
íîži•´†CGpi 6šgb e4pƒKH úzü¡gf3 \î1/4(r)çÓºÂ
ìvÚï...Â...S±3/41/4‹ÍÑ2l/Z_¥Ö"ô 7ô¨Íÿ°ë¿Ÿ'á
Â3/4 øjÚö) (r)µ¬j M1/21/2×*ÿÝ[1/2+^Ý úÿþ"zi6'
^×¿ô F¨§Èq(r)"
•b~~6e
"       šó[0L·nBÙCnŠq X y"!qÁJsÉs   Å#q   Æ} ¬= Ä
ò $ÌÖ!Õ ˜&GÈÖ(tm)-oÛI  Ùã ‰ f‡H %
i"BV
   2  íä0¦m{H zn ¨ M  m\`¨´  ‡9g è4Â\`ˆŸ†PÂ!ô,
Ð¨ ¡fÙ Ÿ
k øs@‡XÙ(tm)Š(tm)Ð)
¤2ÈÐÈ<-u =i0 ö ZcA"ô  " Ý>ƒŠT lXBúA ô6Ðh<
ípƒOOÂ" Aá T @Â!hÁ u Â ælÀÂ t
  ,%é¿ "¢,=täQÞƒöûºÛI?H'iUë¬Z#Î´í±"3/4"DX
/ 4 ãNÓ´ƒ´=Pp×É[Wm öª
'|ŠôOœºdZ ÷"ÚîÂ"Ûïé ÷#µ¥%ù œŸ7dt.m ÷ÉpÐ òœÇ :ÚÉc,
Ù¥¢>¢7²- òéª
Ð¥ŽÂh>, þGúwé*à... ÚAÍ(Aá
-¥ 3/4"j"t:     Û'ÍÔÒÛ í¤ g§
¦Ù Þ ÐMÈ³¬ŽÕ x@Ø4  ùglŒäëD§NK8D1/2Éc"ï"~ &÷H7k
ƒ ¥uŸÐ{]Š§¦êž t u(r)-*¦ŸvÒt U{Âz¡×Â      únHü &ÐM¢S ƒÈ¶¡<
Ý úAþ¯×¯~µ~ŸÛÔÞú¦ô•/Õ×H Û...(r)(c)6Óªõ×m+ï¤ô•1/2=<'§a
A´ 'ûõ]
ôôt
{ ïíôó=
Õ=:ÔÔÛßt:O¸ûûu²3/4ÞÞ-uýí0•&ÿzÒ(r) éÒ¥ïÿ÷¶š_× û×ÿÕ!öþ"AõúëÿCUUÐøõÔ1ë-´ öïqºßî¿º3/4
õt=¯u{KnÅ+õ1/20l6ÿÁ^1/2×Û ô¸k3/4ß_Õ. {w^ºõß_0 5...,õ
ðdp]1/2ÿiS"áUìíàä%Kü  ÿ*ÿüƒ
î÷ÁþDÁßûî (r)õõÿ¯1/4Y@/^ÿŸu~D  3/4 Ed ë
ïV'(r)(c)îS†=~C¯Ò
JÿCdJ ÿÿÛÿò ÒÒõÛUzÖ'(r) † Ý'Ò´Ø5§ôAÿ(r)û´øUÿ& ì ÷í ä ä º÷zÿÿxD 3/4Úï'ÝßòO ƒ3/4
  m-¶
  1/2{DO~"×ý(r)   _pÃî ~•¦(tm)
  † ÿÿÿuÛ(r)Y23ª¯ŸÞdšoîÕ&Ñ xzþ
" uÔ'2+¿ ëú#?uðmêÑ
Ÿ·Y
  ú°Ý´×û õ¯o¨+¿W[úKÕë"#î°D! ¡Ro{...](r)ÿïë   _û ûi E}y"¯?Ûßü†ýþ×Ò¯ÞÝþÿëváwïM‡
o¸ï Ò1  þ,Òß¢ ÿao(r)ø9¬[zúÔþ*ÿô3/4k]1"iuuôÚõë=û T"þÞï¥_ÖÛÐû¬?õûþJŒ ÚO_ {ºîôÛÕÿ
6ƒ÷s(c)ÆÂÔ?¿þßS6ã;ÿ"[î(r)5V ¯i+-' ÷ªßzæ£pÕ´-m~Ôû-† "ÿµíí.1/2.>×Ýwuþ×"×ZÛõÿüßµ¤ Ý/ .
mM"0ïjÚ_íÖ¶(r)Ú--..."-vö1/2µîþû_ºÚ^ð·ÚÛV-¥í1/2"jÝÕÐßö=¯uúV ¬, _°´í"•† Û
Z{a}ÛKk†-(r)á4- öÛÃ^?† Xa"·m(a~ÿn- í(r)ØK

÷Waz3/4Å0é  Ø"Ø§^\4¬Ø[a"¨ x0_¶D1/2 fÂÛ°Ë"áÂC  oáŽEá]E1
àù  {
   d\  Mᵃl5a,ÃVÂtÃI†--¨(c)
õímllICƒŽ3/4!~Å{l]lz
¯ᵃd;þAáõì&3/4ø'w  †(r)*DñQl0XíŠƒ   Ë‹ì¦¿
.éC   ´Õì\$÷
=l\$Õ°È\$od;µvšÃ
úö1/2¦  3/4Õ3/4Õ0›"È<C  j¯LS          "ÂkÃ
P`¶  †   ‚
Øi"v¯X Â  v  Á  Ð†      †  0XúA'^†
pÂ        =¥
      NÁ[M   \‡{!]ÛM5   ^‚‹B"E  Iv"  !Â"  &å
"Š!¡        "A  n  ,0@ÉƒX¯¡(a4  Q          Mj"""  Ï±Cí"
Ð  Õv  JÁ-  Î&)"
†  KQ)0¢?ÿ-ÀŸÿÿ"ÂÊ  å2*£ÿÿÿ&Â‡  Éµ  ÛÓ"¦¯ÎÒ1/4¬wúl¯Öº
ÂIá  ‚'(r)¿ë×ÅÅ×þ¯ÿ¡"Ÿÿ (tm)  0D-Daœ2zœA  h^r  Y>.ÈœD¡vH  "4  Î  =MdQ"Ó'  2>N"¯  Ö)
@%›L  iÑ  @Ðoé ð      ᵃ‡  *
   0œX  Ü&  øAôÐnè4Â  xµ^h  a7M  ƒí  a
÷tK  ᵃìÈÞœŠ   Ýé÷  œ-U  ÛdKk">/Å
¢s~‰oó        %6Oò/
'Í¢'r        †A/ÈÿÉó
ƒh Ü è"Û£¤ôÛ1/2  tÜ'3/4  ôÚ
dÈÂn      ïO
°z'£ï~ºNú¶1/24õÓu¤ôéuô  Ý+º  ºTÓð-FŸßŸéÿº¿Vô(r)(r)ƒ}~ÆÇÕÛ÷~´>"_kᵃ  î3/4"º}ŸÿÃ(r)•}ýÚÇÿ
ÿ¦ý"1/2Hšƒõ‚  nÓÿ¨í&¦úßûŽ¯  Áú  !T[ÿëK\Œ  Tñ  }úM}Õƒ  tu†ÿûß¿  A~ÿ_Û¿"†    †
   ý.þÂ^¿û¥¿ó P¯ÿ
µ¯(r)ý´t¨[{"1M±Nõúƒƒõ‚Jžÿ-÷Ua    z¯Õuï}És)Ç§D ý  ×¯á.-¿"úÝu
Ûw§÷ý3/4úÛ¦†ïõß"ùè  Î¦ûm  ]ÿút¿£"ï¨í1/2{1/2Û‡ÞÚ
_ÿûKJ´-Õû]é(r)Òÿn"  ¯(r)-¯¦¬?Ý:kî"[ßzè  3/4Õ´›¨j¿úZúivÚ¶µiZM¥~fü0JÂPË...a¥
      ¿ü4¡¥ÁÚûî0ÁPl0°0ºÖÿÓ    Ç
   bƒ  "÷  Á´ÄØl3  íb¯lB^LT‰oû          (c)  ‹  Ô/ý¦!_  Oöš¶(c)...ÿö
¥a0šÕ=Ñ7MnÂ1/2ØL'aK€(c)ÿ¹Ñ†  0B  @Á  3      <ƒ
   i"í  a  0¢  ƒ820  xÄDDDR    (B""""#q¯¿ôû  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùl
(ÿòÈaGÿÿùnd‹9u-Å   2  FF¬È1/4A²¨g(tm)(    åXe ‚  "¦Øfᵃv
"¯F
´vTÂ  ¬&×jô  Î  •VYGw  ‡Ð-(r)"].-XAí(c):2  \(L/j¡mÿ¯Aë...
•Ô  ¹+  jäöµÿôX¦Ll€Íþ@‚ºÐ^¯-¯  ᵃᵃïaoPMÉ‹...
þ  ž  ¬kÇÛ\$  uú ž¿¡ý&µ"Þ-ëÚéuûkôü+  ...¯ñïù  '·"  úTø:ßÉBÐ-³8ØÈƒ50  'lül!¯Î,  (tm)äffƒ)È
9Ëë  ñ±   RB3d´ž`e8U3¯  ",oL  Dˆî è)   j  n:  Õ›  Î,'Ñ¿j  ...kîú Â
"  ᵃa  ~  Pa  A,      AˆˆR
   á"B  ý  ƒ|}Ú  t˘   4  jN      Ï
   Â  S'Õ¯
u3@¤  "
G    #b      #ë  "ê‚ xOÓ  WM    º  7Tí48†  ÷Òÿn¯M
ôô
   =< dì"  Æ  a  43   è/ZNî  ^Åá    64#N´âÑ  8äcä\$4KÝa  ö¿ÕRé¢8
âí4ÐqÒz  A"ôÐãîÛò/†‰þÐæò9ÏÚ    ÈG!ó%óGh"Û‹Î  œä\$4  Ðàƒh&þ  sGvaU§Ÿf  'G'<
tNnEïã-rèåÒœ f"Ñ  1j^ãq  Kþ  tƒl  ¬ᵃnE  a  ÐOôÜ  é<  6‚éè=é6û

Ó  wÜkIá:Aº
‹¤êÚ%7"Úé  C'2gA  ¢tl,
Â%?]W~›Iúí'aBk¦ý¨á{ÓÕ×Zú¡
ê"tÚOO  _uh&èuÞ  ~›¦¤ttý+zÕ°wßê(r)°Ö3/4žµ]ë"ß÷êÝªÝÅ}éí÷atÓ°›Òé1/2t›§,  UûN·_]¤ÿNÕÿtãu"ú
]é[ë²zÐéiuøâ"  _UÐ‡h?-íÿO1/2oõ÷Cýwÿí  [}rf/[ßõ]ÝßíÐôßcü/¥ÿ]  wußN"_Ö
ôûq~÷†"\¨³ÖD-ÿõU  Á¨Zÿ°ú÷á  ¿ÛÞ"Õ_Ö•š‚Þ"ÞL  ÿ¨Bÿõü2*xîù
V  ýAz´  /ÿÕúûß  _{ï$  >(r)²  ¨ý}{¦ÿh2  cûU²
PAè/o5  wL‡  ÷õAk  êÿwéû‚/ßè‡  ú3/4È`s²
EºÔ"_ì  _ÖðÁ°ÿ  _Ã  L
ûõÿýÿ¨ê¨D-þ"TDý{üé<Æ=:
K¦
¢  ?‚s
k(‡áÁ¿1/4
^Â^´ú  íµ‡}uiþûm  Ó÷Þ‰'ýW¿´  ;"
DtèB#ù    -    ðw(u1/2  Bþü    ‚_úÿIµt  ]þ×ëtà¿út  Ýí¨îêõu1/2  "    ¿•l...  É6²duÈ    ë  ÂMÿõ
ÿkß  Io¶¿-×ÓNj  š¨ÛKU°n"1/2~Á¿}.Ÿ¥*
  ßþ'î°·ÿµ‡÷Zÿõûé¬5ýWî-ö°Ý,×?ˇD'  mú×~í  þ  &öÿ/ÚOu"ßþÿÿí_ÿµmûKû4u÷¶  ìÍÜ  O3/4¿³9×Zmz
WÚÍ¥  éÿ¥u(r)3/4ÚÝWêéßiZ_k§m-  ê¶*¨1/2/û  ÿW´1/2ßÖÂš+
ZXU÷öë¿µß_µZmn¨a-Øh,  ¹qHe  0•æ·§}"
t¿µ>a´-.-  ô×õô  <4  6D-¨VÕ{ý}†  ÿV-ÃK¶
  ‚`¨0V=XõB/Š  Ê"îØ+a66
_ít-Úïköã]^¡¨V+b¨¦G  ?ïQ_µ    ±_  o1/2‹ŠkÚßÚÿDL    Å/"¨-  f¨ï~|'Ý"›
"
ºkaTz  Û
ôÙ
;öl/2"1/42  4Áí""í  ‚a2  v    ÓîÖÁ1[LI"ù    (¶íŠéÓ†
["  I¿Ö×ûVü/¨3/4Úå‚ÈõÐ2UUT  /þˇ&Ã
a&"

5{MûˇÈ<:I  îâÐdêŽza  ˇŽ
  TˇXL  Ð†¡        &†    ^0B""
Î¿Û,D3,ÅÃ    !    !
    pÁ5µ    uö3/4Ø\Dq        DD8ˆÐˆ‚ƒ#Ô  †Pà‡ˇŽ°0L!V"u-¤"""'";¬ì-¥ÚT1/2i...[
%Ú2P(c)  ø^Â-  á,'ÿÿÿÿÿÿÿÿü´
³%ª[ý  q4ì(r)ƒ<Ê";  f¶UYK  RH¡æBÉÈ°êÍþw¿(tm)!ÿ
à¨...'"^ê1/2í¨Z^›µ×ú¥ûß^"ÿý°·û  Všÿøëö‚ß¿÷§ÿ¨_ý¨ý¿×&Â‚•µÜó
ÑNŠvHÉ.t  Âò²õ#D¹¨{(tm)  ŠTe  PÌ
    Å  lœd    áˇB-pˆÁ›gB#  9    Œ  È6~  ".A.xÊp¤h*`  ‚!
 DD†r9  "  N%ž2@@D8‚.†²  ^g9±‚
ÉHò@!Dx"í  é'        <  f‡"A5
&        "
    x"    x@Ðzªø@Âa
  Á  øMt    †  Á  Î0ƒ'í;A j    §`  FçAHH  2ˆà¦¡  "
8ôÞ•    Õ¡"ÐÐhmZ}"í9  >Þ¡±"ì´3/4ƒ‹§‹1/2
  âÁ<  e    h;A  Ó¢8
;',;1/2PiÉí¢;qjƒDX¦%ofâÙ  |Z$í  ã"|'  ˇÕ  Æ²‚§9  ßr+¹  "G
B;3/4EÆ‰ oû×Dÿhh?  é¡Ð  ñ5á;Hœ ¢thœÚ    "g
'3'<"ðAÑ9‡  ?"ÍƒC!!  ‰Ü  ôÒ  6ú    dŽ  6òÏé  <ÒÐ n  á6,

º%7Ðy  š¢,8ä¿  ^ßI¶KÂ
°›T›o¦¢ºxM¤-            Òz
"í>Á  ¥i;  ‚A·Tž'mUû(r)ú°  ÚOÂ}'"-KÚ&{Â  "û@
A°ì÷ºw¤   Ý:W
-[¦'o~ºÏ‚O^Ý{TõAô‾ é°éé þ•§3/4ÿ§A=7$-]==."¦úõÞ1/4i÷§Õ  uÿ[×ºO
Þ×3/4•ê1/2:ÿ¶¿
ÚÚõÁ76"t‾M‾ýúýî'1/2"mêþÝkt¿tÚÒÆiÏ*I·Ôn¨oÒ  ÿ-ñÇ§IëÇª§ïÿõo¿ì4ºuÇíéê°_zÿ¿~-û(r)ÿÿû¢ºKWà‹
‾ëþh  "ßÞÕU-  ...LÚ6¨è+kX%ë  ý"Ùü1/4¤LtÿÕž,ö~ Põ
ØZÿüí
àÜÒ^á]°x6é{‾¿¿õ  280È8¨¨<J¶Šp"Ç  ÿÄF@ƒö"z  ÔDm    ë5
1/2zûþä.Œ!×ù,#‰"1/2oý]U]xØowÙ  wë¿ý2  ÷õnú:  ÷'   ×  ÿL-
zo  äl  ïëÿûÝ^  JÿÂÿÿÿ‾ûÔj¡  Aý...÷ÿë  "Õ†  D<}¥ð_û-^ÿ  ùj  qÊ  Ù•ÿ  ‡¿ÉÁIÿÿ²ÊHNô1/2è›")-
'
   Ñ  nôõÿæI
=  gé  D>/ý  ÚûkS
¿[TE?XCÿÿH'-¨êÐƒ²hú$u[î¿×@ú&EWÑ5tFwÿ{þ  µêòR}"òÃý7ÿÿ
-ÿëÿ.‚+ýR  ¿ÈYioo×  ÿúûM}þßzúïoZ"ÿJõûþî"ÒÿÞ ÿÛ:û{
WO~""é  _¿OÕ"  MÎ‾Ù"gCJïK  :÷ Uý  ^¶-×¦ÒÜè}  ÷õuÿÁáõ§þô¶›Öë}ÿïWÚn(c)¥úé¬:´ÿÿÒþ•X¨
õ‾ª×ý‾iZäHÿµ  s¦úûûKêÒíc°÷ï‾ß†3/4Ú]ÿÃõµm*×µ¿-(r)ö×§þÒ¶þÒ}Õ  þû  Wk¶"·M¤ÃÏ¶  O°é5m[J
×ÿíma¨k¶-Ãªµ3/4×í.Ì×ÚMôƒ‾ëK°š-ï]-úá¥ý¥ØT‾0"4¬%°Á}  †  Ž  J  /Û  Û  XT;
<0µ¨""C  øao´1/2
ðÂ²á\  ý...ûXa|*U
l}¥-Å;  -Å.Ü28...ù
-  Çü‰}  Ž   ±VÅl
Ž         "\1‾üS  ì‰  ‰7nÓjÁ"¶
/m-...]ÂÚ|5        a>ÈXLB¶  Ó!]þ÷°¤1
LtÓµ†  ²
ïØ']3/4Â  ô
â  ÖªÅ1\I"u
v‾æt¬*
(A"á...àÃô
l&  __†  `¶ƒ  0...-"ð›ö  ô¿iÐƒZ†¶
ý  AÛ[Z|‡|0_  ƒ6°¨°É   4   "Â  2-#†  DDH  è×†  DHDUdƒ  A"-$7
'lU  g  ‚a`Á
"XapWñ\DG      DhE!        lDD8^^°¡
#p´Á  A...
úm¥¨^^^ý#°Ý  6-ô-VÕW(r)ÃJÒI.RÄ...
    `Zþ1LP  ¦šî  A'  é   '-1ÿÿÿÿÿÿÿÿ,Š²ÐÌ‰G-Ë  Ú"  3$']e,f 0gŠ"R6Œĺ ó+Šúó6w¦I;;Äv6ÎÇõÓ´"
ß2  Ìæ)XþúA-=  é×Wu‡¿ÒuÔQ0  äÄ.°ÙÝ]  ^-ú"  ¡Î  ðµµ'JAcÿÝ
   B?"Ó  Âªô?¿Õ{‹bê×iÿö*é-‡ª3/4þ  ü›¿(tm)  ¢ÃÃF´v4¬ëeT  jj  -ò6‹":Œ"GãÄf)
,f  ÆKO"ÍJ‰Md1-_,"hC  k"6†°h3ñ³3
SŠfÐy@SXCX-¦ÌÑá"  `^y†  jp`¨"B-  '
"+Â
   Í  æ  3  xò@§F  2`)@%¥"     f  355  "
œóÌÔF †  H!
NAF1/4  a=2@¦õL Á  ß Â
!ÐL  a
á5°ƒ       è7í;KL iá

¦  ûx@í  þ    Ÿa    Ð@ÉÙÁ,!"B2â,  h
a  Ù
  Yöl!¨g+:
Ní4Ð1/2  4úÓM[î+Aúpù  ‡  FÜi3/4ƒ‹OÒÂÂöï_ha
"    pÿ4  }0@ò08Aä±¢sqi²-¿'öž-'í  !É÷    üä"¡)¶qË ´K2*
ž¤K!=Ô‰ÎG  eÕ‰[  -D¹"tü-  ^Km¥;"(tm):{âäw']ê^    ô  Úhj  ¤  I¹¹spƒ|Žðž]  ú    åž,  È3/4
Å¤  /"ü  ²  H7# A§¶  x ôé
'
  ƒÝ"êîƒ°A3/4Åªoù  š    >-  "¢s×ü]ð̃ž¸AÒz
ð...'    [úM¥"\'¡ú
ð·§'°...^•¤ö°ƒuÓ|_›Ý°Ò  á=7O"û"  #:
hý  £y  m  š
Í  ›¥tßý}.ÓÚõ{u{Oµ×ïMé7]tÓïé7M¤õý=zßÿN"K´ÚAáB¶ÝêÔ§IÚA|R  kþ˜'_˜u÷ë(r)Õµ(r)ºþŸúK"ö°{
ëüm°¡  ª1/2ºÒ}õuUÍf°~›×Õ˜"ö=
úN:Z^¿öÓýÓ×
êÇ¿  öï"ÿ×Ûk¬v°ö›kúzz{§÷ü4¯¥í/úÛÿªéUz¿áÿKÕ/öÒ̂  °Õé¿PE  ý  Õ×°uÐÒëêþ(r)ž
¿*  ßÐ2ááz×¯ÿx"C"õ¯',SíÿÝ
ÿ"ï9¨  ý÷"B5¿ßÞÃ¶"z"(r)×°Ûü§
/ñd0û×íß"¯ÚKïçP{_Z¯ÿ÷ü  õu\¤
}7ÇüŠ    ßßõd  ÿÂnÚ[š  ú{ê-é(r)3/4ÿ¯dàÆëÿ¿ÿôß"A
¯ôø/ëÿÈ}ÿÿ1/2  Áÿ"A!$þ^/(c)  ÷ï×'û!D²C-å#û~    3/4÷J1/2  Þ-
Á  ×ûz¯"Áî̂    ÿõµ  ÿÑ  i÷Î  ‹?ÿ·  ×1VseÑ  žý^ßjÿéõD    ÿôB{öÓäÕu    ïÿ÷ök  ¯à•=-4M-"íkÖþ
˜  ÿÈ  UUê1/2ÿÖš·
¿ªù2  õÕ
pÝß  üèþÜ
3/4"1/2îõ"¿úïÕíû  ëK1/25é÷_3/4Õë[ý4ý  Þ¯Ó  Á¿(r)ë÷þ¯I/^t?VÎ‡__×ë1/2çZ¬ëzÿ}t(r)úÝ}n·_Õ  µô"
´"j²K-WU  ¥uó=*ßÕéÕÿÞïvÕÞ3/4  ;zßÿÔß_öïë"ÿÿíµ(r)ïÍMß  ]Z÷Ø|4·
IÿÛ"-ÚKßª°Ò¸kzÝv(c).ÿõ}¯°ÿÚÚ±^3/4×V¯þ-k(r)  ~íß×uÿÝ¥ÿö  °ûí;
úk¶"îÚ÷"ëý¯1/2?kþÚÝ?a?O[U_oïÛM>úÁíÕÕ´1/2°†-ÚÚ×
%aXkO†
  í/Xil0,(r)ßü-ðÁ(r)Ú\Šä  ïuk[a  M¶öÓôïm%ö×í‡úá"  --,PÁ{bØh
îÅXIŽ×Š'0T‹-b¤_ëü  €  ÃK¶    ¸ªàËŽ
$üI  ýø"  Õ°-
%Ã
¯Õ...Û"  Âô8¥¡AâÂ*°~-
  Aÿ²--ÖªÓm^°~Ã"mÃ  Ÿ×¯1/41Q^×úTÜvì^  -Š†-ìvÃZa{UÝ[Mm5µ÷†•ÚopÖ  ^öÒí.›KµßÂ-ëV
¿ý  ±
ƒ"öA
í‹ƒ1/2Šý  Aì    0ƒ  ì)p    ¥a0"Á,aX0†  8¸h†šµ
  p`°  ¦  †FxhXT,^œ)
  ða,*Á,  þÁ,Ø/Úö  µ~1/2:p¢"  Éë    "ÄÁ›bñ    !    DDq    aœ0Ÿ  Xà  ,¦  1/4
ÂÝ...    Á  ´á
`ª¦CV¦O¤*#°µáá1/2KÒÚA  ÚPk³+q!...-  Ä†  ¯±NÅX^Ô*¨28N"H  ƒ  1Z`    ˜'vàaDDC
?ÿÿÿÿÿÿÿü³RRl  ¸íí(tm)
ïçdª‹u¤hÍ1/2òÝ]  ŒN  ÎÈÊáé  ¥    auÃ...
¯  ÿÿ^/J';[¯÷{ÓÕ¡ÿÕo_ÿ1/2'Y7SeI  ¹  Qs¯Îêƒ¿yÁ
EeN6y¬tL  4-R
ŠtRóŒìhšÕæE¡H  š"7    5  m  ÆL3ñÁIDl    (  LÌ)

3á    ƒñ  @ÈlÀ"´:a0ƒÉ0-(tm)Ð9¯="˜@È  @Î   a  PÍ^  2<ƒ  ¤  ‹

ÐRƒ:2A  Z
Ì)¨=',"  Ó'a  ƒÐh:  =Bvš
ÒM  ƒA¦ž  xL z¦A
(r)ž'a4÷  ;  ¡§h<\$  7 @ðƒM1/4ØÊp€%d'  øXdz-  %DYQ;A¡"
Ý
  ~œiÚéÅ§  Õ8ôô  i"E  ?*1/2  ‹C1/2B  °]   0˜AøAðÂ
Dü64G}  ¶ƒ1/2
'  †ÞˆíõVÑ>rèäW¢^äHr]'g"ú%áÈÄ  Ë9gj,Dç">@ŒÎDt¡  ›‰1Û¢yD,]  ýÄ¸1/2E¦¯Nðƒ́ÓN  y  š  èœÚ
@Ò'7²/¹      ¤
  Ú   I³ð›,'h  z˜ž   i'u¦ÐON~-›,3d\$'¸`ƒ
I  ¨ï'9,A°e¨.   æ^ýÈƒäZS‹OMÂ  AÐO  é7ÓÁ
+ô  É!:Oý?íÀxN"  ú  Þõi<"'èWMÕ=ª    ¸AÚ(c)  Ú  6,
‰Ñž¹,r/Ñ)õ×ýðƒ¦,Ý]´3/4-ûà`(r)¯þƒÖ˜¥ZM¥M²õõ-ž¶(c)'->  ¨íí?   O
1/2=tÿ3/4í4êÓý=cO  "Ó  êýøý%aê..._~õáwO~þÕˆÚM-ÕúOMýoOÅˆ›UèuÛÒ3/4×n'üíî-  ].‡Ý:ö°îê  µ
-Ý?kx__W\(_Û̄z¦ûõoJ÷°áßuôÕÒ>êµ¶ĬYµß  uë-¶-ÿ¸°C~ïÃ
Ø'Þ  ¦¡  þ  'Á‡ãY  Qr  ¥1/26K  Ú÷ô¥8v8ÈÐEÕ.*ß~×KØDt›1/2&'akÒ÷1/4u¥   üGÕ§  û²   AÑþ
‰HcÿíÁo*Á}]¿úýŠoŽ  ë1/4d
/û¨"H>éð1/2¨ÓúZ°è7¥ø_ÿ¥  A
Ú,Ó¦1/2ýÿßê-]d¯/×Vû
°µÁ}×ê@^.ôÁÈ`s-
·øD=ÿÿ´Bväi0  A  _Oÿÿ¦¥1/2ö*...þþ¯<Âõú!3òÜ¡WÚrÌjd'
<Æoöí  hÿÿÑ\$eÛf(!>êêÛ  ÷&aÔ˜â9C"ŸKº¢
  ÷¿k]ƒ¿v¨¨ïÐ×N×ùV<íÇ~-,...ý  Â÷(c)a1/2Ó  ¿ÿ...ð"G*÷ƒ*"ÓW(r)øo~ü  ¿úÛi>î
oÞ•Ôëþ'ÕÚU
_"ý/í¿ý¯Ñ0÷íþk    Î¿^¶Ú÷ï   O
(tm)Õ°M[°î"3/4úöÜÕÑWu¥kÿéúéÒ§ý/ë(r)K-áÝÿý
¯ø~çSL¡¶ÐÝµJ"ûÔ¥_Û¦1/23/4ÿ×¶1/2SgCza   M¿îSêùÐë  ÃÛZíZ]^-Õ†¬U¤úßý(r)"ÿïÿý[k-¤(r)ÚW
ÿk}G_"ëa:W¯Õ  é^Ú§PÒ1/2ë}-µVèÕ×°1/4   Õ¯w¶  ¿
Ûuk  ÿþ  W[kP×IÕ_Kïÿ[8mÛ_†¸M†¬4"³3V  M6-{
\$há-†  Â x]¨jƒ¯†  nÂXWI"a"¿ma¥Ã¦›K÷ûJÕµ¶ï}×":éŽÕ‹†    _ï  ðÁ&+
vGâ    U
  ÆØ.Èð^Û
¸T‹‰  áÃ.,0"a[µíïõ  \-(r)"a%î~SW  baì‡tÇýl¥bšZ‹
D-‰õ7  †!¦ƒßé‰õ7µ"
àØ...  ±J  ¤ù  a  ë"

  !ðÐR/Xkí¬0"Ã[M°-...ú¨jƒ[L'
  °¤ÇVÓ(r)ÈXÒ¸i=°ÓV  öµ*...¨Ô/ÝðÅ1[  k":ø"
  Ìáp°ÓA"-3/4Áa't†  ai      ¸ª  2-"  Â  Åal  "a,dIÃ
Ü0[¸aK...L(A-Ý1/2é"Øiðä/j4"80B*  !   ÄDDEÄG  â""""""%>""#†  A,  Á  ‡   ¨0˜M0Ÿk¦  qÇz
Ç    5B,  ^2Ç*G+  ¥"KK¿   ÁÕ  ª³N¿]WI/kiP[(r)Å1M0±ð¨Gá
Åø`  ,ø^  ÿÿÿÿÿÿÿÿ-°Û-A<3/4m'Ñó2<v  Ï3/4%\$vvdk
  £C>‰µò1/2LÊ¬É-A†Vy•*õ
J"  Ëp@Ë>Ï¹_]vvkÓN¶v>ê3/4wR25ýa/OÞ,éëJ²b¿
  ;uï¨´¨_¨ë"Þ-^¬ÕB÷éiÙ€¡ÿ]uÿ¬¨..÷->~ºú×  wéý÷_  þþéêý{µêÕéú¤1/2...Mr1fFg~ÿ3/4kû¦-/  1/2fB¡Í  ¹
C(  ƒ"6D@¦ã(c)  Yæ     ‡ª́É  Y²(gV  ‡¹€¡¡H  ŠldA    Ö'  ‰  !"  qÙ¦œB¡"ã£Q  c,¦C  8d†

u  !Æ°ÏÅ:%Å6ÐgA¯]ô-¨  ;  0^}  Ê  7M
ö¨< ú]4
   q
è      ª
' â-  PÁ      ,!ÐÐg ƒ"
Â
öf-ôÏ0DMCsX A"'±IvN "  ,2äToÉ  uT"Ô ÐÐu    ú´ CoâÓA°îô  zz      Æ  qzq
ë  ?¬ Â-š¦Pa    ;    fÃû,  Éât  DXlCTG  îDw%m"øNCŽÝjDÆ‰@i¢/Å#¶¢Há¡¢\  ¢VâÑ  ôïDwß'
       ?¿-  Å‡Té4íuN
´   ¬º9  2~á
DɨFm

]1/4œò?}  ô  m  hrsÂn  mÜ"t¢s š4h  <"Æ,39?È¿e9t    D_n'
%ïÚ‹DþA´Kœ8Ñ,dæ^ƒ´G  kÑ  Ã°¶(c)$  ,
Ðtƒîˆ-~ÈèŽ
ý=
ºZéÐAÚm&ía  è= Ý&á
A6  7    ÁÒv    Ð ¹  m ü ò?ï$-':
   eA·àƒî-÷I°t  ô¢6±¤  §×§Iûî  ~-ë¦ô›(r)š(r)›êéïÐOõO^"ÓrH
¶éÐMƒ¢  (ôƒz...ªH.  ¥×ßí/ý][ýôßî¶ÚÓté{ì/µÿÆ1/2/}í...Ó°Ã"íSt"uÓ×^Çm  þÖ¯  Z]ÿî×iUk‹×_"Ao1/2
'IÕÅÚj¯vþ  ÿ""ºO¯l:Óï  Ô믥×m,zÆ÷Ð  Ò÷ovÖÕ¯îôÜÿÝ1/2ÒJ(c)1/4>ô±õªêôzw¶ÿH  ÿD
1/2júúýCã  n-º"ÒÈØ  ?ßgÂí"(ÿ0dp-Ó  Û"  výw"ÿëÔÓxOò  rÆ=oe8Xãô4  Êp‹Û!Ãoý~-1/4e
:¯°Æ'qz  ×æ íiAÿä`]k{u  ~ŸA"÷œiuì†
§ùH  ä0ÃîÁÒë  ÷  ...¿"(r)ßß[É °ø`ÿ¦è
ýÕþ¿õñ³ß  ^w·ù   n
ê   µ_¶-ø"  ?o¯  Ï  ¸.   õ¦ß†*XOë³_3/4ÿ¿ÍÚßh‰ù'hµ}  Gꈯ Aÿ¿-ëùe$'i.ÝQ1gÈ'E¤þ
Éw  ûD=ÿï  ú[ß  Oµè3⁰ôE  (r)ú${íš"ÿû"3/4ºDg÷×M5µé÷¢3¿R\_mi  G{ýwýÿ-£í.ú...í×Ë#è  ù.}
¥*ðKt°ÝwZ1/2uÁ+"ƒÿV    Bn÷_õUõ6"KJÿKúïWî*§ÞµúýߌWíß3/4Õ&·wë÷õÿK¯÷1/2":.÷÷¶Ü3£úÛ
M  Ïÿ_jšßþj-1/2µ^Î¯K:µ¦ë~ßÛög?·é.ý}Ýý¯ú
öŸúéÝ  úúÜ'÷  UÅ o°Óý-
Å_vÛ°õý*ëö"WúþÚ_ÚáÒó¡ÿTýõÛN1/2VÕÕõj¸_ktÞ¯Õ.¿êÚÝm¥}(r)-ö-¨ÿÿïÕ"¿Oïz{´-/km¶]3/4Ú°×_x
wpúz¯þÔÕÖÒaÓ¶  Õ×m/m{ý‡¦Ÿ:ë°¿ÞÚÝVß "[oµ_vý°Î  -†  ·M(¶µ"
%d~C/1/40"5  PÃ    k
%
*Á¤ÃV
   Øaka¬03/4ø^  Kõßø"†  †"i-¥{Ù  6|0•'I¿mŠ¤Û  Ø""1/2?ŠbÿcŠ¦É¿      >)ŠiŠcb¸"ØÙ  {ò.
x§á-@°ý2
ø0ÅXKa¤È¯  I†  .=6  %Ú{¶ᵇb\C[  NÝ<5ý†"3/4Ú
\±Âam2  ÓXa{!ß  Q_k¯b$‡ïö  þ+b°ÆÅH¢*ÔwaZ¶  Wm[
jÕ(r)  ÿ
["×´Ó
¦ša4Â°ÂWö¶¯ö-["Õ0¯Oö¶Ú-"  "×~  PÐ‹  F"0ƒŽÈ¦¯†aÉÁ‡98`¶

   Xa  ^0B
±pB
¡^  "‰Ò  Áb!Ã%^  ,Æ      î´]
á,-éX[A"è,"l0¢"#^^^^^^¨^^^^^^ÐŠ¨¨¨Ž#‡jàÎT    ÓÄD}t¸^^Œ»sõÎ¦¥VÂĴ(c)  mJëbQT  Ödaj(c)ƒ.#X¬¤¤î*
Âá,¸¯L     äÿÿÿÿÿÿÿÿÿåÃÖMó-Ößᵖ%ÙÙŒ�v•§Eq^Ñ  †RŒÈ  "Îî¢3/4"ÿ6%Œ/•-Îä'y

2q }- ÿ
Ú
...¬‹t"_¿ûIé4µoWÖþ×õZÝ=kªh")9 ýoˆûâ£¸ãCUý/uÝªëÿçzo¯
nß(c)\=îò7b¦E(tm)U³µ¹ød(c)?ÿ2- ‡ Ô?6ÈqÕ• " YÁ,! > &R,: ç-lØHAúÍˆuDtxÌÄ$ÆEâ@C¢#
£ƒ B"6...Ô^'ƒ:ä Édm"D0B Á ù=š D B š2$ˆÁ êõ(r) za? "£Â~ i¦(tm). x" ‡" 3
G 0@ìÑ, C
a h;Ï0@ô 0D& ÌÌ¡(r)˜Až 1/4 † hH(tm)<Î
ø ...¡
L""‡!...$ øàÁ2èó´Ëðƒ‹ Mè }¦ƒmA0ƒm ƒí
v ÓAÕºk[§a-0›¯-1/2iªoàƒM ˜Aè: ? ›
¿
bÕdW²‡&qh-8"DWÎ9tabÒDºÄ^‰c
è-8´Naõ U ˆïö±h•þ-¤K"ÝÜŽ-œC´ëWüº9 èŸä|ÛÑ9°y œ r;¢sÁ `Ò'<-¹¹,h
GÄOô ->, äLÓ÷#çh) Ü Ýí2?h yÇ-AŽB=a ÈKˆš( 6BR_ -Ñ,w #"1/2'§A=
º§à z ƒtíÓh nƒ Ô<&›zm ÝÕÁ êþƒéB
A6ú¤ôâü 6õû#àƒp›ÐW ÐE
ä 4...æ ³- Eêéë} ÝS¤ ªtµ¯ý-...á§ZûÒ
×µõõ];ÞÂt¯á:jß
štšé¶ŸIúz¡zÓÂþ›ÒÛë(r)3/4›~1/2...u"m.ê;]{xõMé5{jµûýnãû]7ÓÓ }7ýÇÝ'§1/2/ß||VÄukuÕ¯n‡ú"î"K×
oë-3/4Õ?i-=V×êºïÿ×Þé ÿé=ïu"ëðáÿð ß[Öó= ¿waý5ÖôïÐõNºð1/2ýo¯}¦f'ß ¿é{ü"Ô-"~ÈCâëÿn1/4 ‹
ÿÁúwvº]?÷ûó Pý z¿õ DT%,2R$-vÕÿ`ä.-ÿƒ3/4¿öïÿ) =(r)(tm)
bít...íºÞAŽýõX/{ýÖÿù
tÈ -ÿ_ý†ÁÿX`ê¯¿]Òÿ õö ÷·ýû:,%ZôÔ ÿ¿_õ...VÃ
/µî"á† =.Ý"¿'‡¿_ixD<{ü0ýj•~º$ ¿} éW"ïþZº!Þô a ñôúýpl0Ý1/2ó¨Zþ1/2_ÿÝ g...^
ë1/2Û,§ÿ"A"ß÷ôL‡í?é*ÿXDgê
È¿Z(r)Õ¯ÊqšÄ_\ˆ þ÷3/4-"ÿ, þä`ÿÚ¯þÐ- (r)õ÷jû ×¿ 3/4K Eî÷Óüƒa¿]Aßô›×~¯1/2+íü ××ý
"ú¯ú§ý~Ÿÿ5]yÑØ:_úõûƒ¿[é~÷î"1/2Wý_oúî-¯\+÷ÿ(r)3/4¯N-÷Ý§¯~õ§ûu ž-×ôÎ>ÿß{õÖúJí|ãÿ{LêÞ"¿
¨Wþýzô Ö=-{¯ÿ> 3/4ë¯ýæßÚÿT3/4°ÿ¦øé>îŸßÿÝvúK¥Aûúôûa§õ~ôÚÝ+jí~µ{ïý¯"i{vÚû3/4¶±×V•^ûk
ö(r)ÚKiCõ·ÿý-÷V-¤ýÚU{uÚêöÚÁ"¿WJÒVÒöÂPÂú·"iWo-êºtŸ_
[´-/
ÿý°_l ´Á"' 4Á,W...†²-†•...ûV IWvG‰†"È±ù ·"
$ï§
ä^û"Âûza"¶Ö×mWûò...‰1õ±qNÅ:ìWaX(r))ƒ ×
ìVþÅ1" ºb(tm) ÷ñU^Ä›äQ }ŠdL×qR.
ƒ " ý?Ð;MÞÈWÕµn›[ Ý°·‰7õ
]i¬0"kýÿ ^(r)ßúûö°ÔVÄœ_VEÏö Ða5-Â¦ ih0JÖ v Wì...vÂÿ

kÃ _"iá'Fz¦
wü0›_PÂv'1ÖÕ(r)ÿü ¶ E °"XL h !

& Á ˆº"a ˆÐˆÔ °B"R!i,èN‰ªÔ
pÁ; °]i¿üDhDDDDDDDDDDDDDDDDF†"F ‡ ¦ ÄDDiuå¸Ø(c)Õ"_\ Ç ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿ,ÒXƒ
,Õ1 dêƒQ¢ñÈÚJpƒ£´-R¿1/2i×÷ @ê êü= ãáºM÷¤Ý'íBW...×¥Tº]$(c) ÿJy"¡
† ª ª Y M8ÿÿÿÿÿ€ €
endstream
endobj
96 0 obj

```
<< /Length 97 0 R >>
stream

q
416.16 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream
endobj
97 0 obj
37
endobj
98 0 obj
<<
/Type /Page
/MediaBox [ 0 0 462.96001 675.12 ]
/Parent 111 0 R
/Contents 100 0 R
/Resources << /XObject << /Im0 99 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
99 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1929 /Height 2813
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1929 >> /Length 22896 >>
stream
```

ÿÎÊÔ  ÿÿÿÿÿË18¥º¢$  œ§Ë²#8
"(tm)tR(tm)  ÊžGDã<)Ø/+ë˜ï(r)  ÊîÔ  E3/4,šòL2,  (c6  1/48a5:‚p
^UeÉo"¥#;;YÊ  ÃÃ]}>E~-êƒ¥Ó"ºëéó‚^ëêƒ[ÂH¯N1/4'uH‹aþ3/4‰Ð°  ¢^Ó-Ú÷á\¯Ð"AÉ" ÆþÁcI/
AÂIúíu[H&ØD¡ã^ýRôMß×xúÓw"  ð'Ø+þïÿ¤ýiU}kT¿´3/4¿¿¦¡[kÑ  oDo¦ÍÒ2-yR](c)  d\ÈF  ...  L,^$a
ÍSWXUd  >ò  §Fh  0D.    §dp¦<á',  ÑÓ\ôU{Z}~k  @Â'lÁš  5  $5Í‡*  BEÔ,\á  !À^%D/N0^R
²&  ,  f  Ð§"Á  ¡  sÂa  ]  ŽÐ0@Ð<  3X ^R
Â)±¬,zÖÐa
 Ð4^  -Õ"
 Â
 ï  7M  ›  îÄ<'è;ü&šlC  0ƒ°ƒ 1/2  ï
8ÓAíú  U´Õ:Ó´  "1/4"$
Òï¶¦éñr#-(¹.i§  ›§  X]&‰òD¦ôKÚ%}y  ,,J&G1hŸ¹/h-O"D1/2¡h        yÜÊÛuò/""¥Ñ    lÒ  2œº
‰Ž  ¢sÈ3/4Â#°äýÇÒ  Pè Ã"ò;Pž  7ù
å\Èþ  n  xM×NÈæé°lZ[.
-ôõN¬'ð~  t›"""
 ƒr/¿õý
¡A6"  ôú¤Ú        ÖÕî'
¤ô°›O‹Ñ  éõzß        Õý"ßz
,
"¤ü%]Ö-Jÿïi   ×iû§"ßÓµØ""'îöÓ}>þ¿]t5itÛ
õjö?Õãë

"úéÇà"(r)  ë××ß  è?"î>×·ôý/1/4n¿ßµwë...é
õ~1/2ÛÒ¿úê¯ªô°÷–_ú]pëÛm×úßm
jÕZ  Áî--&X3/41/4*"¯1/2e8F  1/2ëï¥ f5ƒ%"h281
ÿW¯Q"  Ó¿¯d!ŽÚï¯yÔ  ÿwöÁd(  i3ì'
Ž  oÀ\E2  jñÈ!  ßÿò  ú¦ëƒôž¶Ý¬  ï×òpb  ÜG--ÒÓ
   U¦  úý÷...ÿï  AË-µ1/2Wî
ôë÷"CÂ
1/2{Ô.ÃDtˆXò
ÖÿÿÈ æ&CßÝµ¬  OÞ²
ÿêBƒé=ÿäsƒ
ý  "ý.[-80a  ="0Óÿÿêb,3ýU÷
  [õÿD  "{Þõ@¬-¹dÏ'×K¡ˆ  &B\‹
-ïÿà"Ý¥Ô^ºö°è;ÿ
ý-k‚Y.w×(r)×ì--Þ÷ý  Ý× 7ïõaZ¯·ª_i  O¿¨"z*þ  ZVõ{gVÚ¥  ôç]~  þú  (r)"[nþ-íS_éL÷°Û5[{¯£íZõ9;
"í<÷põu¨¥Î>÷AÛ-.-þ"¯ë§Úô-  OOõ  öþ1/2´-1/2o]þ×î-[ïû_á×ÿ--þûöuu÷þéN"¿µ[]mo×ýº×öì$êÝ
I}Ò1/4§¡""ºw¿1/2(a;[J  M¥ý  G
GÞ
m1/2°ŸtÃì-l4¯þÂM...a...µµPé¥
%ÙÒ  Ê80"†V̵¿°-ö]  ¶Ù°ì4-+[_ñ
é;"Ž¡," 0I  Ù  €Â["ßdAðdpHd|$È*dQÖ¡  Ž¯ö+ø(r)/ô  _X'|Tl0"!
]u]ø...  pðÂb¤  Úñ_Ó  ¯Ãb+v+é"ß̵÷[ ðÓÕ"×Ú·A1LVŸWMmÚ]"Âamá"{°Õa"û
¶           SØ/(c)n  µ´žýþÁ

  -á"Â3/40EÒm$Ê &  x0A `...Cp¯_†  0BÁ
.¹l  íõ!!¤  A`ø‹  "Ðƒ(`!Ð2€̌       (
A,ê"""$m  ^^^^°"DDDDDDDDn"DDDDDDF#õ1/2uõÇþ?ÿÿÿÿÿÿÿÿ,Ð¬´  rn,É  rÜ'2+d$LÙ\  IqH6T"
:;  d\Î̂
KžU  'n;Þª  `  , cdA"c  , S^K^  a  ×Ê´-îTç  š
4  A Ðh0(c)"õÛ  ï...à¤(í        ÓL&ƒDcœvž¿×Õª@'(M¢^Ñ.hŸäœ4OÜŸ¹>|!
¢\ÿ^þ;µ[pž>Øh#7A`>¦Ñ?
  ôûïÕ"UöÒ´ž  Â1/2á:MÐ}´  uÿvú}/ú
-"Ö-"¥uáï÷ªýít"éÕ$Ú¶ý7¿}þv¯ëä/ Œý  ŸG`¨ï†ÚãŠM-¿ZW]Zõ""BÉÊ°"ú"ó6)N2  ~
@ò  "]  ANÎ¯W-Ë^C
O  0@Î¢"BD R]éŸŽ
  ³b"äDÆCh38À‡,·Í  ¿^ÂuûÚõé×  A
^  u  ¨81/4 Á  tÐz
¡˜        Ð:
Èb  ä  Y ¹²"  ,  ì a0  §Á   W Épê¯A,
ë   Ûû§{}}ôþö  xA¡  Ž  |ZqHh?°ƒ  P@Á  ¤  HM  Ðï"  4,&...úw  Ðìþ¨0Ÿê}}õ"}Â  þ(r)-  \4K
=È(r)ôGp´£‡¦šì¦  Â
Ã̃ª#íG#Š%Ù;h...Nû¨ä"""~`'×íkÝú]6%oÏ ƒ¸ tƒƒ"Ž"NnF
Ù  (tm)Ð±ÀÙD]ä¿"ŽÐ¨ËA  Ü"v   4K°žE²  œ  :
,  Ñ.¦‹Ì  :  ~‰Í¢soÈ¯Ðú  6fô¸  ß§úþÝéA¶Eü*...õ¤  j  Py/
¸Aá:'G'ý  £,  à>Âm&á   [h=]  úv¡:      ¸N-0(c)Òwltëýýýý^š"ê
ßMÂzVÕõïZAÐA´ƒoÕ6  oM~×N-Aé(r)  nêõ§}¤  ëVE¨MÏÿ¶¶-Ö÷o[JÒºøZV´×Ô  ¯é]z  7O]n  Tõî¥
¤ÝU{¥¯"I7MÔ‡
&î÷ÞõwÝÕõ¬ï§wßýÚë]ì"(r)Ÿkî-ÓBÿ  ýýý?Û·ÕÿáƒI÷èÒý  Ðûý{ÿú×ìzzèU/zþµ^¿ÿWit÷×ê(r)Ù
iJ*íÝÝZÒë¨¥êëÿþÚÓÕ1/2*  w(r)Û  §JäF¯xZì  3/4ýß¨¨?ëït1/2§ÿîéèíÿ

A+ªûoBÿ)Â{d`3/4(tm):V-•ýšk¿:"8u¬Ô  ãÿÿ‹  °ëÚ  F‡MÕÿµöþ-o• ¿öÂ#§¥  ì
   ]H`ÿ  È@?÷  Æ°C{Ê    ë1/2zª°  Ý¥ø  °ûú§iKÂïÔ  ßÿW§  þ3/4ýí  ñÚ°¿nêþþÁÖÖ-û·]úé~°ÿÖ
   Ž1/2þ1/4·$Ýá  ¹[Â '
ƒ¨ëÿ̈ýƒƒ,Õ=  (tm)ÖX:¿¿È.6ï÷¥R¡{  ßÿÿ×WÈ³¶ý:ï¨?É  3/4¨‰öÿ"    ë2åWPC1/2h'÷Òún¹³(c)=wíÜ/û_ÿ
ýþßè˜  "ý{õ@"Ý  Ev        ß  ""''|-÷}Z§wPokÖ¨ïþ÷Ûô›þÿu¥Õÿ·ÿ̈ëªán¶J
ýWo¯~µ6ª¿TÒÕ°}²íÿÜÿëþ›Iÿ°...î(c)~3/4j  ÿköù,*ïö(c)n°[}
ëfÛÞÎ  þ÷µÿ]êûÛí  ïÿÕíêû]¿_t"\Öÿ§ìêÿuþ°ýîÿþF>è¯¯ ý¨"]+J×ïµl%p1/2{Xk¿×zÿéÚ¶§êžß÷Aõý-"kŷî¯°é
ðÒÛ×ÛVý3/4Òm&é|'a}3/4×]µí]w·|Õ    _wZZÛTÂïõ-"i>°úÃ"TÂ}¯¯ }0Òa(c)¡ÚM¤ÚE
i'Zš
&-¯]ì+izÃ  [al--Zv  _VÖÒa¥†--/a8í$ÓuïØaocÚØimê0I4¶  J  PÂ[
[

  ¯'
PÂL0]XØ(c)  .  `ÇaZû
   Ø5aíÃ

Xka...‰o¿bXðÈ  ö0Ç"¢&>   L3bÈ¯~(r)Å-¦,  Šãa'ÆÅlTS
%LlTI?Ù
øWñ        6C3/4%ÂubgÈ8ö!C  0lTTU  ".ÚØNÂd8ÿWÝŠbšûØNÄS        ö£zh5  Ðjý"
'Ô4í[W{û  Ý  6¡0¬...{^1/4
-ªõÛÔ...¯ ¬5Ða0 ̈û  4Áa"Â
$  &¯^á"!,v"250...,kÕ,s¡¤  &  °¤ÇÁá Ð2Ó§  Â  f.    \hD  A"
´á  ‹ƒ#Prf    F
a  ^^^^^Œ  ^dÅ¡"
§  0¨0  "\
DDG        #xŽ.""¢"""2n4-Ô²Ïéú]û]R†•†-'m...Æ-TV  ‹Pá...
ŠÖ²ÍÁ^ÿÿÿÿÿÿÿÿþ[ª³+ŽÃŽËY  =êIV÷"¶êUÿ¥õ_úëÿ¡ÝGÿþÿ  _ÿ5ù¬ÉLND1/4y  ‹\×(tm)ü·+,†    C'
    Ó02ì    ´EÚ,!u""Ü¤
h  Ô  Ü  5$
è7A¡"  úiÓv  4ðƒm{Â
á
=  ‡  [‹L!¨k|µD¹²7¢]y  8"*R%¹,zl§,F)dW1/2  ö,

0ƒr7PA"-á
A
"üœâàË¡  è  >  ×Óp†ƒ]Bt  h'A
Þ  A3/4¯A1/2~"êé^Ÿÿ¯´ëÕ=4ï{ÿ"÷T(r)¿§°oÔê"}ÇZÔ~-iê-Sÿ  Z¿¿÷²áŽ5þÿN  úÿ...ú¡ÿ  üjäh/ùÔ  êþ
¿ÿúeX/þP
wY  !S  Gþ÷ÿpŸÿ̈D  ÿvrne}m.¥"Z!q}h  ý_ö""§Ñ  ßÝ£¥ƒµ̈"n(c)ô
"ý  û-  Mó"(r)"û"JÿÿþÃuoû°"Î‡Õ%ÿ÷ý^Óÿ·ï"ïúKKkt(r)¿ê-ÚV°ûÛjöÕƒ^  ¨ÿ3/4ÖÖ×µÕ|0¬^:†ÇßþÁ"
    Ø[·¦Á;<v8¦
ÖµwØØÖäQ€‹  ¹²  á...°O{ª¦Èw²
¶õd1  ûX0œ0-¨v"0Mp¶¦Ÿv  ¥Á(tm)q€¨  !  Ð°d†  DDD  ÿÿÿÿÿÿÿÿÿÿ    Eÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿË!B  ÿÿÿÿÿþZ=GÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþYa-T¨HEò8Íhàl;
    åó¨È  ]JâhÆG
äH)(r)5Œ    ƒ#c*ƒA        Ã(  ‡#  A  2    †Èà ØÊq  Q  ²aI,"  ff²5
!  ¡f  ¹ÐŽ£!‡!†aN  #Sã<>
   ahFf0A  yÀÍ0<  2  ~      "Õ    8÷:  æ¡è0^0  >-H

|†QÞ =÷ø0Aý ÿp ú
,
ØAÒ§~ ý êý
_ß

ðŸ× ×îÐ~·"-öƒîõ{¿"úûOÝýúwá{maï
ÕBwW ï O_3/4Óô ú}j"Óì-iÿ~º¢ #Wè...3/4-ðÓÈAÊ ')~@€úi1/2ÈçdR' nE-È"r
UD$Ûo¢ mù äa'w##òGÈ0 IE1/2ätÈçÁ
,oÎ¤×"Ñ÷¤- Ü%§5 Â kpƒýð Ö ~ƒ×Nk?ïpn 1/4'A
]íi1/2"¦é'á Ò 6º †›ª
Óï[xþõn×Õvÿ
}-wIÓ´(c)VŸƒ-Ý{îšûßOïÿa}ûïatÎC"G_Ó
"² i7HŒ~ÁkAý Gj6ÕÚ ×ø-õz3/4;1/4jîž†Iýc×Ói
Ž›¦Ûé- Å>›ûv1/2...^ß§Ð][u-+mßtÝþý*Ú÷]1/2Þ× $ö

"1/4"?‡-BïNµjBƒWëp¡ðEÓî-µ}µ! ß
Zy
º¿OøƒÃ<Œ"íÛ†l 1/2u1/2Xvh-kO
mƒ"öÚ·äž² 0"TÖàó¢í'wû Œ•ÄEªQñýï ¸åh-^AºMÓj•I?ôÒZÝáÝÙ
>È0 Gë y ÿÿwØ‡^ÿÂ [êÚ! 7ö¡ƒøŠWaÿß "GJßìÐ ªê¿aÿ×
":ßvýµ$ Õï¶ °×- #ìP ðö
ú]Ü":Ò1/2C{ú¶ƒ‡-ï¥Üuu‡ƒoà ƒ~ÿu,.œ7]*(r)-¯¸n×1/2¶ØDuÛKzðD{ûîSÃ1/4(. ÿÛx4ƒy Oò s_ÿ
Ô '
-Î "J¸"é
ÒïÓÁêßÝˆoºì-
¹
ÅÿôD 2ÆºÉjù-wW¹ F 22"ðÝX-ï"ÿ§nÈ@ýÈùöT äÕëo"GPÈ0¶ ÿÿÈqÚ Gðm,(r)¢îÝ öô?Bõ
á !zv"
"þÖ- _#
ý>6
~1/4Ã-...ï[da~Ä oÖD#1/2ýì~ÿ ß§5 1/2ûÞjh- ¥±w3¥ïm(r)ðÛKuõ¿·},.-×Ó'óµ3?é}ƒ`Œ-...(r)œ §îfï
~û<o{~Þ§†ûÐ7÷Û`ˆÿúÞÚ÷k-Áí?k×¯(r)÷Kï
þ(c)p[
oúƒKöê -"þšß*(r)÷ [w·T°k××'˜ß_Ûk#Â¿¯Ý¥RZí*¦ÒÝ ëµ'tÞÖ"}Ú¶ ûI§Ò¿4vÁzO"I!¶ Ã
m¯NÚWv-%z¶ÂÁC¥{WöÛ[^ ª3/4" Æy ƒ íúa¥ ¸¦
3HÝ --n À3/4Á,ì5]ƒ ,.ŸÝ†-Xx(c)
k`Ø÷³ ‹ b)Xï"¸Óê!1 þÅtÅ+
MÆ...öü|-:ŠÒ¯B˜öí?Õµ[¿
Rm¯§uÃP¯Û...°tÛM{[l/[ ¯ôÖÛ Xk{ið×í°TÿOöÛOÝ6ôÂøi×ÕýÃJÖ"Kp¶ý"ƒMUÃ Wv
Ã Vš(r) %""`•°Á A4† (r) /
×
þÛ
-,
& †
ƒ d3Õ
Š25àÁ,#Y† îk)Ñ 'E1/4M[9i
h`"§8! ! E\3‰¡ e ²T"""ÊL ŽZ•ŒŠ"º¸ FÙ"A9\ < Æ '˜ @`ˆËäpB
Œ r¡'Â" " .

hû#äq  y  0U‚ƒÙÁ  àÁžc.
　€ä#£a¤|  Ì  á°1/4l  O†Ù€Ô#³ Ð|2  ˇŽ‹†¡ 3  £q  1+˜  ‚mä2B9
[(sÁ
g!¬ä  G(r
　#˜sÙ  "8ä
V¤3F  `!
ã-Q
àD    AqÊ  @  ÈÁ  AÌ  ‚ã•  ¨†
>    Œs  ˇŽ[•
　　BÌ£    (tm)  õ  ØÈAnjÈä@(tm)Ø"]O°gØ2Š
æ  .Êl(        ÿÿÿÿÿÿÿÿÿþ[Í  ¢
'\(tm)'ñ-óg`qöeTM‡eu‡2  ^  •            &EQ<
Þei{2  gjn ƒ5"ƒ¦•ULµÝpžv    ŒË(r)µª
　"Âý*"Ö¯ïí6ûÝ  òr  ¿_Zÿ...DvÑ  òhõ§Zÿÿ  õA  h  0á  xõUÿûïð°žƒ¦ý
Ûzþ"ïÖ(r)-¦ÿªý÷  øUu}ÿÿÍÎ3/4¹  ‰GÕš£²Kú"¿ëüêÎ¬  é-J¤°ºFT"L†)
-K³  Nd‚  :¢  g#'Á  ù8@^@²  lè  &u  éž3A'"TE  lÃ  ŒÐPÈÁå  Â3  k  Èù¯ ˜DÎ  Ø›5ä2^×þ3/
4P        žfÃ"³ŒÄe  (tm),  2C    ¬@D  â        àÁ  Å
²  @~˜D‚¿  Bj-  3
　^?ƒ  ‡¯4Â    d0ä†  "úyö  eC  0M5  4-ê  3C6.  3¨"˃>82ƒÏ°D-†ç  "E<lÊ  D  ...  4¯éøOýP<  hAW
M
4Ðk"
!  Ó‚Ó    ˇžž  ÃáÚw§  îÓM
¡¦ÅÀ0ƒÂ
õMS    ¨.  "  Aô  ¢ÿ"÷O(r)4G
-4f4  Zè4GÍîôÓ'G
Ñ.ræÓDwäœ6"Âqm"  âí  ç  ˆ°  CtíÐvšîw    qA  ‡JÒy-t‚Í§"Ð²ô  <‹Í4Jn¤ýÉ~ä'"ÂDæá?¢>hœèœÜ
ŸÈHdLh  Ú¹÷    Ò  #3'l"üœÜ...x2è2¤%¹
åÑIöEµ'<‰ŽZB]  Ç  üMoO'Ž×¯ë  '  ´ïô3¦á6‰Ð4  (tm)È&ÐAä_ƒÐÓtþ  7OA‚L=,
¤ôîˆMð›"Õ¤ðAÝ&øO  6‚vHðÚAá
　ôÜ  n  <‰o  Ù/  -E÷%    -  Ff‰gÒZé>Óö›ÒO°O1/2ÓuÓ×I:_Ó¤éjö¯Mþ  úxL'I‚M"×  °~ê°z^  pŸá
ôƒWA´  v  ¤Ü
ý%ÉÂ?ð  ëÚ¦ë°nµ‚]Ó¤õZÿMÓtü%(r)1/4vš÷ß"Ý~/MWUý7¯Nî•×ô"M¤ÝBnŸ¤'  ÷úÿýtã3/4"Õ{Öâþ¿[
Ð1/2kþ7¥  ÒÓ]ÿÓbô.-a§ÿq§÷ïë"ô(r)¦ú¥¦ý  ô¯ý?kÿ¥¯  Uö•Þßì=  ëMÞø>1/2¥×èv  {ßý}  ×]ÂJÂi_¿û¥¦
Òl¯Á"õþS‰ÞëZL\\"ª
Ùô¦Z‹×y
aýÝ¬L  î  S×mÿ_í_Ûú¤"+)ÄUßú  øf˜š‚"  EƒÓÿ
Ž
'  þÎdv  ‚eÃ  ëø<Ô  ´#ô£  aÕ÷dáŒ§
　　　　U'  ß~D  þúïß¤-ÒAI¹Jä0}õÿµâ‚œ  ¨2    ÿã
èD^ñhƒ"  ²
　Ò  3/4Ûþ(tm)
　uÕ  Á‚pT¿  Bk  wû.
è]ý$¨`pW÷ÿßÅáƒ    éþ¯D<  õ
7]  Ý"A¿1/2¯a÷Û'CÃÑ  Ú"C3/4ý¦¯ÿ¡¯_A%è‡  ë  ÉŽ~(?¢  80Â 'ßù
rDOëöÈqÊ  úƒþL  H/(tm)¦¥  ‚>S‰KÕ  DŸD&zÂ  tõaƒÿÿÝß~  KÂ!>¿ïô#¦µdZptE¢ÿä"$Žó(u0-}¢¨.
ˆÏ¯N(tm)Éü  M1/2;"#¢h·°#>ÕÕ  ÿ×ø¦‡  ÿÒAw&    K}5Ô¨ù  4
ÿÝ  ýéR
×²J¦  ûZoå\û‚_V-ÁoÕS‰øÿÿË'(tm)G²Uð3/4·úÛÕöÁÁá_¯î¿wm'§¿ö•]w‡ÿéW(r)'"^"íÂÛÿ  ékî'Zÿè¿çCt¿*

ÿoóT¿ý9(c)ÿ¹Õ'  é>  Ñ×(c)ÕßßKß¤'Ý[°öÿXzÿÿoÛ÷Iz_ý§}×a³(c)¯(tm)3/4-Ý>ÓÿÎ§ï¦§/3/4  õß¶¿Ú×¯î
ß  ~¯ª°écœo~°ö-u}  N×¤"Ú1/2ÿ×}Ò{¯÷Þ ;¥ÿui7î(c)}w°×ßmëöÿ*(r)¿ÃM/êÛmk}_ÿÛþ(c)W]þûÞÚÚZ¦
1/2(r)µ†×µÂû-"iZ¿¶-¥¦  ¶-ö-Û
%(r)ÚZö  Ô1/2Sô×í ¯úVµi:Ý  #ƒ'O-F‡vØKûëä""V  M,ì0•...øj¬:a"þ
$  28XiCJ°f  †¶ØK† WM¤ý°Èâo§L03/4  †"
+
%í-í"Ó3/4  ÚVšÚÓ4"ÿ†  °x>ýŠd é†  ‹'0l]ì^Ã0,}6"lS
,  ñQ
D±r/Žþ?ƒŠÓàÂÇLK-ÇÁ'Ã ×á¥Ó  ú
&  K
Ô5¿ôÄ›û[þÃHS  È<z  Ä}  Aï  È%3/4ØÙ    Š{pÐiÙ
  µUµ1/2†¿b  ðí(r)A
¬HÇÄ/b¶ä  õVÅ2#ø¦:¯Ú°"þöö°š·a5êÂtÚioa      Mj¡"ÂØ^  WvÂTÝ,ý  tÁ{          °Ó[
*ö(c)X]¦´Åm²IWi(r)1/45þ  -    ˛Â`...Á,
  î  B  A,
˜...  0...Y  :
¦Št
´ðÁ
³¹õ°"0WL!  -  0...&H(tm)S‹  è›"´êî    "H›"ÂØL‡w  Î¬‰±c¯  DDDZ  Á  ^^^^‹^^^^^^^^Ž""8‹‹"  °"
DDC        "  Á
¢"8"J  ^^^  &Æ  gcVû×‡Ié†3/4-x0•¶  û  Å{ªaWa&Òz  ƒ  ñ  ÿÿÿÿÿÿÿÿ;
-ÈÑ¯é}Q\ù6
S!#¦¦"Ê¦ˆÎ  2£*';0Ó;+d]    5  Ê[ô¯JoRœD1/4íZþ"â;JÔ(c)}%ü.ôª  Wp¿Ú...\-j  OÿJ•  ª"¿ÉÓrÉ:°
ÿúÉ[_õÿ¤"Ü5ß÷Õ
î  ~¨k¿þ
UO ì*


÷1/2ßÓ
ýê¡uýí°ª'ýUh:þ  {÷Âø]_îî¯%z¢  4D6¯^yNÈftg+['1/2y  ÒÉ0¦¢U820ÈžH  ÛÎ-  %1Ù"e;>Ì  aâE
ÕšÉ  "^&C/ÚÐf¤p  ¸  &#æÂpÎ"ôp·¯    Z
ö  B  `  'àŽ  d0â†  'è"Q0  Ö&¯"  >¯&x2    ¤4Á    CÌf
pD  ís  iûN0Aú~¯ío"œSAèCAú{iÚ0ƒc  ?M
"  i ý;]
A*ÅÒ{¡ÅŠ
  ¤Ñ  }ú~†...Å§Ãâä"  GÓ¤G
9  úlqqr  ä(öG  -
ª%Ü¦jNtOò$ÈLh  ŸÉþBÆD  ¨¢<r8¢\ù  i
fÉá"›'"  ÐÑ/fp'
  ›  K1ÿ,  Ò      1/2è<ŽoKA7A²
,x'}  ðA¶  ·  ÚB,
ð(r)3/4ÒxTè&öéä"ÍÕ¯AÚ  ¤ôúW°Z´ûkÓÂz
  w§é×ê  z]
3/4  ut÷°é&×§¯Wü^´ ¯v  -"ô"  uö¯Ð×ª"]¯ë~°¬}>é"×¥-o-ê...ë...´Á-Óúô×¿÷_ÿIv  V¿ÓîþÝn3/4·Ýð
é¯"þëÿßÿë•@  oïúõŸÿÿdh¯ ÁÝ·õîß"×õÿA9
Aÿû¿Ué˜
ÐdpcÛ¤
øöAÎ5þ°ÿoûû×¥...d  _××÷^/  Ò*  ?ÞÃý[ôúýo¯_é*!nÃöŸÿÿÿÚ´Cßü0ýw¿ïÿÿ÷á'DYÁîÓÿûÝ¹    U*z
  ¿  ¸çD<"sëwWÿõëÿ¯ô¨(tm)  PJ-/oôþZ·2OÊ

1/4²r.*,Ÿõßÿ  ^ïþ  ÒÉsý¿ßÚT"{ô¿ðo  ¯_ö(r)ý-¯ét¡×ýRUíÛ1/2=Þ-ü;  -  ý×Úý^ëóÚ¿û÷õ(r)u¶Î  úßs(
c)å[ó"^Þÿ÷ûk{úè'Ö  ÿìvÿvÐ{û-$ôû¥ouû_  ¿ëëì¿¯§  {ö°ÒèN×Ôûu(r)Ôô¯÷Kþ"û
%
   ´-¯´>[öÒ°tûôÒÒk"ØWÛ^  Ã  7Ã
ë(tm)  Ø?vÒŠcûD6Wa¯
ØJ÷A...°±þá´"¯X0['y"•°"k
°il  Ÿ]7¥b(tm)
>ÿ]‰'ÅAêÅ1oýG±Ûñ$;Ûb¡*ö+N3/4--ôÖ
ûÿ"jý¦A-ÈwÖ¶ÖÂï
']§í¯ku"Ûë´ÂØUþ¡,
'{v  a...Ú°µµ"        "Öá"›      'Ø[ßQ
î·"  f&  ã  "'Fâ!,


aª  Á  0P"DDA,  '†  °‡  †""""¢""6""""""7&Ú¤¥1/2  PÞÚÃ  o´ðÁX"  ÂÂ¨a0  Á
  ÿÿÿÿÿÿÿÿþŠ  ‹Çÿÿÿÿÿÿÿÿþv!Gÿÿÿûi
Eó²€w¤[  ÒÈvv†[  †j(c)onÏ2$Žñ(tm)  Y  Û"  ¨Ì...Ï<ìÈÃs1/2  Ù\
^è7S³Ÿ  A*!d%%ÿÎÒrOÔ.¡kõ*ô3/4¯M0"Ò¯"·_OÂ  §×ª
ë²ò
l-IÊØ  ¯÷K-´ØY/"E‡ý1/2fGnÐûÐÒêýPMÁ  -  Ø×W÷núõ§H7-ß¿Õý  ¯UP(c)_ÿî¿ÝÞîÖßp"Ö•ÿ3/4wê
  T"ÎÒtWñÑNZŸkoþFÿ¯
                -ÈA|-f
*¬  gFlDË'"Ë"5´S‹
êí°Ê  C^EY  lôx  '(  Bd6PÉÆt3  4      "      Ä9ÁÛ²òp¹ã5")ÅÁ  8flÙ  "¤¿
"ÌÙÁú¿M
  ?Ó3  e      Í#@J      ,  u
(tm)ölP@Ða  §OÂ  "Õ"
=  ‡z  ê  0šv  j  ?O      ƒÐ  -ÓõÉ  N  ð$HH,ðƒ:  '  ÓCêú    A¤ƒ|î~  i  ÓN?OûÓBÓü  ã´
=6/Ðm  Õ  c¬&ÿVƒAá
A/×§úm  Ûø×äM  °ÒÒõdUo¨ä(r)  ú  Aªù  z#íú¡¢$  °^ž¿  ‡v  ¤-gJKÿ¢>j‰cé  ÷"s>äZc
ys{¯.ŒÒS'ò      <  :¥'<ì    ðè6}Œ"ÿÑ:6D‡¡í  û(rgÿ¨íƒ)Ë¦ä%Ñ  zq\  I>,mù$  m¤  7¬
ð  Ê‹'x‹6Å
Új^Ñÿ‹ø  m  Ó¿¤Ü  ¤Ü  ýÕ7Mý:
"i  ÁÑ  :N
²  "-NtOÝÕ5  ï§[ªnéÛÒéûé-}Ý¯I'¯§ÃÕºu  øM¥{
ÒéÿN(r)žš¦3/4  ÿa6,  A¥_  ÓTý?[×ï[Ók
¯¦
3/4ëßa}¯"^ô;µ·ø0šöþÿýz_°í¬:zÿµõÛJ  _í5ë  ÷cw×¥´ýSõ¯x-  ŠN-Z×ã¿µ""
I^Þ/ÚÓí7ã¿÷×1/4?ö  HG*¯[ì;š  ¯^"  üü7ý]ÿakû°Du¸Ô$I  /^ší]1/2Uÿý
õ
ËWûK'ÿ1/2ê  ¬...Õ      à÷³F(r)õ¯&_÷ðôý  û²6'(tm)œ  ³¹/"á  ~¿ä  Sü,iÿ÷  BmzCxã¨ìê  Ûé  áÖ#Ö
÷Ñ      _ê¿dUÁá'CÉ0ÇÔG¡-'Ô  oïýfëØ?ïkØ  k¯°t
ý°ýiúö  ~ý*ƒ1/4'ð¯oöÞ
õý~
>ü0ïë¿
  ×ÿƒ  D<  Ã!  ö"ß²  =  ÷øK°D,W_ï¥D<w_"å  ¿Ü  kåKPö-Ô    d  VC  ú"  ú  ì"--ýi‡ýZû
ÕÕ°^^ôË'E  :  "þ(r)õÓÑ      þk    "¶Šq:¥gIf  0³I  |Ö  tb  ß:
ÿ§öü
¯¯-  ïkï"#¿ß"',ýA"1/2oÓ%Ï"  ì...õã¹{j¿Ù¬OïÝN¡ê-]RûÞ÷P1/2uêÞÃýáúïïÜ?^ší?Ký‡Óïþ  ÿëÖÊqm¤FÝ

(r)°yªóRt×[ú°ïèoōgÿ"§"Sóo¶"  MÛ˙;:  *ÿ×žwµgVëëa÷_[¢  ê  WªújïÐqN(r)ÖÿjÒG1/2¨Wÿ_×Ž6ÿï  ^
Óÿ×[oß8ïW1/2õoa  öß"öë*°ÿÚÝ|5ÿooktýumí%´3/4ûuéþ3/4ŌÒÝ5oÿ/o<uîÒ(_wßV-iV  Kû¦í&Òùÿ"-
Pujý-ÓÒj÷ÃJ  Z°¶(c)ƒpÝZêÿ^"-Û  Ž¿ß  "  MÝ"êøkÚöÝíÿL  %
-tÅ¶  `ø×°¶¯L4(r)  I°¬28Hr#¸0"Ü0"°Áa"ï°·û
wµƒO¤   "Ø6  €ÿ°Á-ƒ       4Á-  ò(,.  Šb  "?Ü†
Å_øcb"
U1LBb      o  v+V)ŽÐÌ5a‚Ûh0*¶(r)-MŠÒø'  °¶+b‚'  íÿ1/45 w°¶"d   ?
  jšÓvšz‚/kØL,  ö6)ƒI÷Ö82è  ¯^Ýµki5µÓí÷kêÂ
&1/2...L'Ä]á...µ"

  Âa[  Ë  L+¶  [|ƒÅ...nÈ$}  wLE^ƒ
[
0NÂÜ0°Â  Ál!w~œêƒ
!¡  d÷(c)c  ^†F6  C  ‚Â  Â  f+%¦  (r)
ÓÐiXV-.á"j"
œ"  """$    V""T!
"#^^^^^^^^†  ƒ-<C  DC  XQ        ðºµÿÿÿË  Çÿÿÿÿÿþ ZKqØ%-ÌÙÞŒ¥  i    (tm)  ÎÝ  Ñ•Fƒ;
  (c)    ŽÖÙ\!ÏÈCÿG-ÒúDÄ  ;4    )Ü#ÇÏ†Ý;  ¤íÉ-oÙ-(r)ÐiS"-gj
°1/2ÐKÒúÍ$LnšëÐVÕ"°-"sôµÝ-$%ov÷ï§°þÏBÁSÕ÷ó=õ
ÚZÞ·ë÷  ×Þ°VÕª'ÊGÕ={ý}ý~ÿÂuj-ÿÕ÷ÿ}þ-ÛÂTê"÷ôòÜ
  ë:°Ó*ÿþü÷¹  T@Å  Sµ]  )  6DY1  £Ïî6d\ÿ[3/4WYEÑ
Ÿa  3 (tm)@R†`g@¹÷N£r0  Ð2-:  #
  2udƒ:<  a  +"êk&¡XD>  àÃBD  G  ¿H  ...(`  ,
0  "³(c)š
h2ìØ  š"1/4ØÊ  #y*  ðwI§H>"´Â    Aï,dí
Á  ´ø@í  -  W    è>1/2ÂøA¶¯Aá
h6Ò  -°

°  (tm)³"ób"ãÉ    C
D  02!çA"á?  †>  ñi·  §ª"á8"Š"OO...ýi  âÐÐ¤ß‡  ¦ƒBâÛ¯  0ƒÂ
    (õ.ú    Aï  £µD1/2ªÚ  D}‚1/2   83/4Ü(r)B
ä^a  Ãý  çD¿""']´_ÊQÜ•ä²‰{è´Á¢Y"×<Aéªñ¿a;µÈç"ú  Ù  BèEüŸ1/2
"Äõ¯
  Ïd  Ìz'ï-  >  m
È±ø  Ûê÷4‡°]$Jm  g@ƒ žƒv¨"òG!1
ƒhÝä  ò!Ú¦Š�í  ö  ~è4LwÞ´¦ál&ÐAö  j5y$t  ¶1/2>ôÜ  ¤ÚúAîž×è=tÂ Ú
~  n ž>"  Þ-"õ  ÷¢s
ƒl°m    1/2Q´ŒÊ  StôêôÕê¯ }ué  ÿï°zú~3/4ý  ÕtêÃÌöî'1/2§A:1/26ßÂ
,}'...¤  Ø!þ  ÓëÞ3/4Ü÷I×  -ÿÞÿé°]{H}¡µñõ](r)ÝÒzW}  "tÔþõtßM(r)¿_¤Þß°÷Kÿ÷ñêúMÒÇõ3/4-Ò°¯
  -ö  IuzÕÝoKN"Ý;  WÿOÁzúÿZ´Ý^åŒ¯êÿûûÔÚÚßWM...[¯þÝo[ö°¶1/2m  (r)•Ôn·úñ÷ë¦×Ók•a  ¢
Oý´²*/µñ×þÆ•(/¯[ÿ>
~‡{"¤õ"~µÞ3/4-Áú¯ßÿ  "    >
ÙÐ-3/4?È  >÷éþÛì‚=·^°'_ÿ¶¯  ¯¥¤×-öh'O...ëÿ¿ß¿ÿx_êÂÝ{u‚Õ¥ë^"µ×' aÿë_õ{÷{}¿  ï
A  ÿ    û  ýu  £œs¡ÿè‡¿÷"AW  è‡  ÿw[]†
,  ã  "Q    zþíí¯õÕÕ×þ¥Xg×ýƒ1/2ï1/4Èík‚s  Ñ    ¿D
á-ÓR    ""Bvëü  •  ŽíßCÇH  tíÝúH²~(tm)‚Sýjûÿûþö    ÿ]èt L  ×¢Hús  idÑûû"þ1/2þ^é×Wõê4(r)ý¿û
üƒ  ÿ  ‡ÝÈ`@  ýz~Ûá~/
"ïõzõý[Î(r)ÿ×Ð'Û^÷¦Ô?ÿµ°ß-SþÏï¯[¿ïÎ->¿_Òê"Þ éRÿï[×¯$:d  ¯K"ÿ  ïk  [ªíúízVC4

ü  ´¿í"÷YÐýW¿"øgFû×i61/26Úú"ù
Wï}+¥Õ
{¿Ý&'3/4áöï×ÿ¶Óí-ÿßï*O×þ±(r)¿Ö1/2ûj3/4•õþ¬>é  ééÝ~ûê⁴£"*×÷ÿÍLäûOïµÿ´µ]µí}Þšï´-k¶éïØkö3/4
ÚØ[O†°-"
z  Oîµz]{V-mv"ÚÃAwÓ  ì'-ö  Ò†1/428/"á"a.žÂí¥¥¥úÿðÕƒ
U⁴¶ï4-a...jëa¥ÚL5µýSµÚÇá°¬]÷a.D  "ƒ],ðÈéí&¢¡...ŠdWZìU±KlzÃ        û  G
Å1NÃ
6"  Ã  M.ÛÐil4¬.¿jíí-ûŒ5°~  ðÄ"é÷càÓcö%3/4      {p'  °}¯cø¡ØM1JïÓ  V^Ká°·  "Bl/lŠõ†"0K
ïn(tm)
öµø]]ö¬ƒÃß
=µrÝ0µÃNÂ]...ò  ‡á  °Ù
v  ÂÕZ  GÐ  ŠÃ  Ó  ñìTv¶°Á&ßA...†  ö÷az|.˜OL    Â  `œ0^×°-
  ²  Ò)Õ  ªÜ  &  ¢n  ÷†¶ƒR    ÃÝ  Ô  !    DZ
  ˆˆˆƒ,c    ƒ$
Á  ˆˆˆe
  ˆˆÐ0B""8‰Q^ƒ8˜A,ßV  L Éh¯Ã
V    DDDE!    ÃDR  Â  `"D0C<$(  ^>YSþ"""':A-B1/2rÎ-$0¡|Q\\M5è0šÂ
¢0£ÿÿÿÿÿÿÿÿÿÿ ËL•
[ª    Ì"Ã-æŒŠ².!  '(È  R  Îà
  ¡¡  ºÉkªì"
n¥éUšf  "!*ðd|Ì  ª¤  Ø[;óýÞ  %
ëºX/(r)N²  ý/ÛUþ×îÂ  U_Éýu-  °\1/2_ôò/ð¶-z"õÿ/c|  ÿ¤OG}§    Çú÷Çïl]k××ïÝ}S¬*¿°¿ïÞßO1/2o-ã
OΉ‡(c)Øî²ër,f,"¢þu2  eCÔ§D=2ZE^PE9'¤(tm)tI(tm)    rVGj  ÷~W4  èÁ  :'cÂ!hA
1/2I†\  K0d]Oäz  D!Ã#Ç@LØ¤AÑ  `ƒ  ¦  < 9;:°D=D:NH
""²ü¸#ðÉ
À@ƒ
‡    "  "  Bì‰ ~fΈ    ÐB  š
  -$1
Ë5G-R0•§  ƒžšxAá
¹æ  -ö  4Å Ã
  Ðg@ëV  "ôÃOt  ^
¦š
ÓÁ=    (r)  L  2v  ...·xAšÂ  1/4û  -l  ¹"ä@€y-§    Ðïøzè;  4Ð    ž"\C´ÛPšz§|i±    Nî4)îÐ}ªa
Ã†ƒû[ö•Â  §zh-5ãÄ"¥  a±h-Q  Ú'hÐvÈ  ""ãÑ.}IûD~  $%oc3u¢s
  /tOœ[$ ‰
Ñ-x¹.hˆá±  Î  a?  ÝjÐk"ü‹ÔK²  "
  hù    3/4    h‰oŽ  h Ù¤UÒ/Q/ò>  7  H7é7      ì  6íÈÎžGá
H<‹Ïˆ">Dì ü‰"  ¢Th  {¤-B"FÝׂ"{ªµ'$f  xAÐN"¤ß°  ~¶ƒÓÐvøA¸A"#    šªÖ  ¶¨ônÏ:-StÓi
¦(r)ž  pÝ"  (r)¶Ja  tÛ  "rsï#:3nªè-³ö·"
é=?ÂwîƒpµzµZ}ãì›"}3/4(c)^>...NýVÕup›UéÕúê÷¦´œ0éÒoZû  "ý_é:ÿÿÞ(c)i·  -ûIÿÝô  ÿ""·þûôþõ×ûN£
é%"
,ä""ú÷J›I"†  Óíoß Ò1/2"õ{÷UW1/2iZ^Ý+ï
žë    ?ý×Ž ÕÒ¿Jû°áµµkÝ3/4õ1/2j/ëúOûn"Mï
Úµ3/4ô1/2>êúé¯ KÓmZÿ_ªí{ÿ·M~
7èwUÝièx_véâïÕ_^(r)B"M:¿"1‹Ú¿Vß  28/,áÃ.
Þ±uZ  GÈù  #îD,zßýU§ÆE"^  -S·]ÕÈx
úK¯û¿ÿLjêš  õßô¯-
ÇïÝñ  ¯"  ŽÝúáw^˜<v¿þ(r)Ý  û÷ÿÿÖÕƒ÷1/2ÿ1/2¯öè3/4  ÿÿï,úÿÃêÿm?{muƒ#,|(r)-  }?ÿþûÓÓa"ú  ¯ÿ

ßäœ-"
  ô¶C×ù
ªª  ê¿ÿ¯§wÓt"¤.  D  *úªË&3/4¿þƒiUßR  I¿ÿ¦ë  3  vbvôY?ËW}  ?Ýÿöžû,X±
;¤ú[ÿ3/4˜Ìu·úÿ×ûÊq[ë[-S_¿Ú¶]-‡õ1/2{û¢HÞÿþÕ¯ZËP1/2ò›I;ðZî"ÿ÷ºÿƒz~ûïÿºë°÷ûî÷Ýx].¿ä3î1/21/2ÿßt
þC   úÌ~ÙÕ3/4¿¦Ò°×ÿúþ-{Õ   5wÿçCôÎ˜  ÷ÿ÷Ò÷HÕ¿lê•  o-[  ÿ÷éÿþßWž  Zþu{ÿÿZý
é‡gSÿÿîõÕÿþûôÕÿVÐ;W:µ  6ï_J1/4êú^÷ÿ¥Bÿkíúÿ(r)·ßÚÞÚ]nÚ_ÃKûÎ^öö×"3/4ÿí&  júþïî(c)ÿuumn¿
Õ¿ª¿Óÿzßí'µb-[JîÒý×÷İÒ3/4ûZ̑Ò̑Ô°·ß˜¬km×¿ïµmz÷ö  ßk
.1/2Zäº_A(r)  iSiC]Û[]†-Ü5W¶Å~Ã_vÒÒ¿n  Á&Õéµ÷kÿ¶  Þ  VÕ  /ýH¹l/Á...a¤¬žÒA'ÃCý"-  IÖ¦
‚1/2²,&EÏ  ÞÃ  µ'k
ì}+  Ã   ~Ç  Ã   6¶
(r)ºM¶•â˜
žÆÆÅw÷ñ^  "Å>¶Å1KìVÅ=1[qWîõ±_±&õÙ  wp£ß  ÔT0"n¬ŒŽ°ÒÈý‰  ÝY
÷a  ÷°3/4ƒ[o1/2ÚÚ]+Mm†3/4ØKtÂwm¦ß...  T  Zá"Á4Á2
ÿ·Pðá  ÁØWÚò  !˜ÕCíjÕ    7OatÕ  Î˜°ÂpÁabÁiT2=tÂ
$ö˜N¸aB(r)É  (r)ðÐ0˜M?ïÕ[apB  T
,  Æ!ØB*
-Á"  &
  a"
92H^Ðƒ/h8š    a  ^†  ^Œ!  `¸B"  A"Á0·µU
'ƒ)"3/4"DDDDAÿd&¡  a
:˜˜ú~"Â¥É˜...>  ~Õ:"MTF   ÿÿÿÿÿÿÿ+â  ËX4e4dP¥sD]  è  -eòXÍfTã%DvvR(tm)    çd
e)•FTÌ"
à(tm)ØFj#¬
P.
øe-  ù
  ¨6Ê...$  Ê·íûÃÛÓÓîÍ  "1/2%  A(r)(c)  á  `Ü%ÿþðß_Tò~-·§é&ƒÿÿõ×ë¯
Kµ    íôž˜õÿÈLoÿ/d1/2u!
("y  Ý1/4°6%ºcôü=  ÇÞ]A<  Ò}VY,uyaÖð'A´•Ç¯¯~Ò×§¥  {1/2h9PõÝûêÑoú±¿Õé7-ïAR1/2}Wîþûk
Ñp"^ûN•Ý-:H±ûîtÎÃ/52  ªÈ-¦Œèßó·ï¯k¦¿"‡  ÇT";<6!0*œ'%ŒülCPðÐ³*²ß$œ-}  Ì m  Â,  1/4 TÂ
†  $  !Ç
×'  Ó:"%âq>ïïâ-¸@Í  ë§\ŠÐ9=2v  ;  <"z Â   <û   A÷"  pa?°  é ðš"   Û
ƒÌ    hÁ  ƒVÎ±°...  ÁH  >f
å¡¤Ðû×"  ×ÙI=§Q  T"ý´Ð×ÓÕô0¨}  Ø´ôôÝ}
ëxAÕ(c)¦ƒ(  Ã^(tm)  kß¶ƒáu}-ûZl_ẻZÉóâÑ  v(c)dvW#w!
(v^ñê<  ÂߪoiÂkl^Ÿ~ÝWë‡·Éÿ¯´-{ä\z%îCŽÿd^h-è  °á  wÜŸÑg¢sÚH  7  !à  Ð&ä&}ôJn(tm)NYÉ
   Ú%7*lCÞE...(r)¬‡Ð^
/I³H{ÒKÕ( ß      äs¦p'Â
Pt¯˜ÏO(r)"¥tøTž¯uA
"  °3/4  Ø1/2TŒá7\ôBujŒØÝx'
gÁ0Áþ"  ý{ûé7NÃ?"¯˜3/4ƒ¥tõOAÒô(c)°j¿m˜ô'oÕê³Þ  l'{÷êÅr  Onéîôá˜]ýkõ",õt  WÝ{íYp"ž˜-°}}
ÿ"xZWU  þý/ÂÁƒ§êÿô"[¨ë  wýé3/4"  Ý]+"ŠI÷3/4Z˜ßIüzMöêûúï÷

öý}-S‡˜zíõëéu
ÿVú˜þ  }_þõt·úý·ý  ¿äÌ  È€ûûûûûûûûûûûûûû
ÿÿVú˜þ  }_þõt·úý·ý  ¿äÌ  È€ûûûûûûûûûûûûûû
-Ú_1  ZI=;˜~×²Õ¿ÞàþÕ¿^:ä1Pú  D  ·WXë#  ñ  *ö1/2>þ°$<  C"ï‰oÒvéûíÚ°ÿªd0  _þýòÉ˜ë¨ÿ-~"È˜Å
Ú¯Õ¿¿í}  ·‡íÚ
ꟳ1/2Õ=[Õÿþ  }ý/Z´ûþ   ïußZÒÃ]3/4Õ~Ÿóï{ÿÚ^$A:êÚ̑õúäÿû±²ÂWD  #ƒ{ö•$¿  !  -   žC¹ŠúéPß
ÿßUßò  uÿê"¦Ÿûâ8ŸÝÝëõw³+àúýë1/4Ãú"Ṍ'ÿzzú÷ÃÎ¶Ûïñûnÿ*1/2]Óïò  ßçJ¿÷§ü-=ÿôÒÿ  úÿízm}mÚ

èºµýÒ×Ú_NC7]ß×oëAßN¹-zõoõµ×*ð1/2åÔÿþïïÛ}õ}~tþb
*ÿÿ¯éÕ1/2ž}=1/2wwv ?u5;Ïÿúmÿ _ÿgY/ þ(r)1/2µý+ö-"× Õ Ûºv-(r)-z¿¿-éº´Õµõoµë¨íuý´êÚ_þÝ
}oV3/4·û]q_-úo¯m"kîÿj"jþÝ}××qµ~úßK¯úõÖý‡pÂK{¯Ú-¿U¶¿WwW^épa.Â°öÒ†3/4 ív ÖfŸuÖú°"
wýýÇ{/
oL ->ÃJûK¢C^÷°•1/2Ã 1/2°°`'·¶•C °¬0I°- û^ÂW
-1/4'Ý ¿ß\-oâ4îØ(r)ê
%\43/4Úk1/2Šþ:v8-x"c
Š>*-¶
¸žÅa ßØ`-LŠë
ˆý'×á¯tC>-6Ó¥ìW†)o ú×d Ý¦Èwa§tšä-1°(tm) zLWµÂõi¦5X'wq^Ÿû ²*=*ON Þ×´×_ø0(c)3/4¿ö -
† †• ±
5Û
V ×oì'v1/2...¤ ßvAßûívè0-H0¯...u}-(`"KkØA...GV6Ð´ 0k p€‡
! Â Áuì ÂðÂu þº¥ý/g B%9Ðã A," Õ ˆˆˆƒ """""""""""""" DDDXEG¯ÂM
×Aß¸ˆŠˆ ˆâ$b :¡ {tº þ-T1/2*KýWI%¶•
dS Jô# û cnšâ"Gÿÿÿÿÿÿÿÿ-P>[º#Æ3 RÌ•L¤ )b Ô
Ì Øy ˜È‡+'†bdM¸Aë
¡ LéªÛL5&ãjïé...XZw Oä[)ÝIÌ° é1/2 a-V‹××'¬YzùnìGÿÚ MúÒoé;ßßß[1/2·á ×ùN_äM#1/
23...
² "!ášã 4 ÑžFŒ†Ï3b Fm•a vS‰âl8 f •Y@¨0ƒ$ (2@ B
w"
ÐÁ Ý¦ >
?
" A hÁ :µ ?ÐzpÜ zõ"õÔa?O‹‹OA¡{ißa ‹O¸"û‹ôŸ ÚIÆˆƒÛTGtAC¤êä(í Ç"Ew"c¥Ñ:[*#1/4
ŸûäshŸäé (r)äç' á "²xZTOò9è à
oÓ§DIõB, Èçºt›A7 á ¢,'Õ5H ¦Ò~›§ÕÕá_...·Ó´×Mk ÒÙ
jÕý •]zé;U`•wO_ö1/2 W¯vþ†"Óã×ÜxívñúmZtœ}ë
:z-÷Ö÷...¯Ò¯éý¯¯Á1/2ua Áîôµ...ÿa _MÈ ¯Ó' Ù áaWƒUþ j Õº%Ãýºï'a \7GP_t
- äj÷ ^¹@1ÝlÔ
þ¯-..._ß
k&OtÁý|°&¿|/ïõ¢ ïw1/2¢--ï3/4 }ÿXD=ÿè‡ ÿú -Vú"Ïü...séÃÿ÷¢-?Ý ?ÿÛTM ¶ò!í"d_Ù‰òœ]ÿùa
ÿK
ý ë3/4×´ë[ÿ
ÿëKýõþûÛ×ûÿ__Ûÿ}úïõÿõÕuõm/_ó(c)ùÆý¥_Óëú_×ß÷û‡ëþßî¿ßí¯ûÿßì.¿jØ+°÷i¥÷î¿é(r)þ- Oá¥akma"
-Õê›[ïá¥Kì0OSçø`Ÿïì]...1/2'G±Pá›
*°ÂU²(ëa-1/2ñÿí ú¿býŠ¨6$‡}l ±]ÖÈ<{ýH<nû\2 ,,Gä Øa6ÓovÕíl/Õ(r)þ ‡¿Õ¬0¶ ø0°Á; Òk°
K°¶
†Ü'
Wh`"RØ": $á¡ ÐˆŒ
Á Ñ 0BÂ ˆˆ ˆˆˆŽäÜ‡V×a,pÖ¡, ÿÿÿÿü´€" ÿÿÿÿüµIT ÿÿÿÿÿÿÿÿÿÿÿÿäÜtGÌ"çkd] Jd'
æFó# ÎÊÀ1/2(tm)
Ä´B! a
A ^hfAFU Ì 3/4 ‡&Ð:;Oú"
¨z¿ä'ePÈ5Tè"'›¥U1/4%´ú ÖðuMS]+Ñ 4 Dx÷íu_êˆù¬Ž-äÉ*, Ñ/pƒÈƒš+þ¡_ê,oA Ö´Ü-&åÉ.5ÿ
ýiÕ ×¥IÔ;]{¿ÿ ¦Ö1/2Û~¶-'ë÷úêº" ¦‹¶ 3/4ò"h>1/2Öü í}9žpˆÐìã! E
ë03¢<ÎGFH -ÈF"-5÷•€B¦Îb'ã CÔ\ k#Ã(c)-AÄ 3Õë¿ÐZè›Òµ 4
Ì B!5 CdƒBB
'±84 Â NÑ

WPÒï1/2&TFÄ8 A, 8ø`ƒL§2sÌÃ" BjDÖH ) ‡é(c) ò¨.j?%OJ4'þ˜OL
lXAûØ@Ø¶×Âzi$ãký¦(c) ÐiÛÅßú
ð˜A¨O ,R\8! tf "ðA"ãìÁ éôŸx´ã[AÖ°",þãZZïÔÀÑ/v¶‰CA²8Khn´ Œ|XAº Aª
ôÐÐ0ƒ} ³}...(r)"È¸ä¸:NEê#îó¹•¹<r>þ‰Ÿ îÝ_-.
ÐO .4hÑ)ÁÇ'ûDyídÿ NäLÈáê3/4ƒ‹UCˆ}GÐOWN < Y:8MÂoHtÍI
n nGGÓr:U$Â_}ÐvKÁ ÐM ›úxAÛôƒ}Á6 ž‰~KÙ<Á H-m æ"¥Õ "é7
ÓÓû±pºxU×OT×{Oý4étÿZOý===7Á
A>Q
7"Ï : ‡%Ù Ÿð•{÷"ïM¤ß-(n(r)1/2v-WJ´îKÝ/îÝ;3/4Ý _ ¤é¦ôý ›¦ë è' íþ _ÓU×ú^ý×ÿ‹ý%¯ü
Ø1/25¥¥~×Nè±Ý}ÓÖíjõ[pŸm"¦(c)*]- ÞÝ _ êõÿÓ}tÝ1/2$ÿôÛ ÷3/4/}íÒãßMzõi6ÓõÒ_Ú¯KÛÝ{
"Q¿î,Þ¡p'Uâä '1/43Ùq uÞ-U'Fôµ{ý÷] é]×I/û÷ é-ý,ô\]3/4³XZö´ -Y)
ý ãÒUÞÿ5" æ6ÙàJð¿Ûÿõý§é êŸù Ûÿº ÿä0_m$(c)-ÞÜ-w¦(r)ïúé v Ðî²4 ¤ÈàB¿¡ïúU
}ï¥äh ëûé¿(r)Á%ð¶•(r)¸D<; w1/2_é1/2CkþåX1¬n¿~Ó1/2]%9¦Õ%þ ßÞö-û¢-îÝDˆP þ .º" Ls
Öÿþˆ[@ÃýtÂ [Õµûï"è(‰ - {~ _ýilÄëÚ¢3ýi'úäÈ_u {ÿ~ôE›5‹òÒzD=†ß!
ýù7UÖõ×‡µþ‰!t¿WöÕ(r) /úÿ-wÓý ßª,4A›í{"FŠU-%/¡ûô(r)'¶·õÂOÛîß-iø_u
1/2´Ï=+ûïõÕÒw" û¶ ÿßÿ[}aHl...×ß¥N1/2R¯ ûò' )õÓ×ëÙÐÚ5>÷ï{¯<ß"õKíö1/2¿¿JáH¬6¿§öžë{îj
}zÿ¤-$Úß~"Óé¯¯u" §ýæ§ß]öuû1/2£(c)÷~õ¦Ã¥í×_WÿÚÚ×ëÇ
º´•uôí&ëßÖ=×þ×uT-Ð~êŸk-¯U†-ØKÖÂÚº÷iZÛkûÙC¸jêÚÚ3/4Õ-¯ªº×¯m/mvöÓ ú1/2µn´˜(r)§ò='
_m{
i6•ªÓ
a¥Ã °Oª´A1/4ÃJ
(i · Õ6 º'
Ž•Úl+NšÚý×k¿°Ò"µ´(r)ÿñ ~Á› mŠØk Á"¤Aò
Ì4¢¸¸`"ß°Á&)ŠXÕÝ 'GÁ¿qûab1/2† Û[ 1/2´ºa...‡N¶"WKØ(r)ªâéˆLI1/21/2Ž¹
"Ä"ýibša; ðý& ŸöA-üLö1/2ŠØÙ ò& †
" 5†"u"Úí- xÉŽž·¶ Î¶¶(r)Ú h0Ÿa ´Óý5ôÓm/\,=‰8ì6+vA- Lq×KPÁt [
¦ "ÖÖ X`°`...,
~ @a `¶ mZ L¸LªTA,è0šÁ,è TÒÕ3/4Âö¶ƒ!ÇÂâÎº
ˆˆ3l¹CžG‹ˆˆqa ˆˆˆ¨ˆ3lÁ1 BÂÝÃ S
†
´MÂj""#^8ˆˆ‹A-œ!
&ša-RÊéìDDD -ÕR
"kË5L#
°(c)hZb dP%¡êMµTÁTZ M k j?å2¡Ú ÿÿÿÿù6Î?ÿå¥ü· ÎÁçFfD*>Â vP ˆdØœEm'6˜& è K.
.. oºÙ- ‹²1/2æÁ ùÝGk"ž"ùÛçj¹#úaå_ -
O-õuûÔ$ D¶XôõÎÄ•oýSYc>ªº-n,¸Ozÿµ'DÈ¡ ýM[vm^ú_o¡Æ¹€1/2oÛkƒZ^èžÄëéí ýß
Ûk"á÷¿WÛ¯ßõO"ÓZ÷múW# ,yB9 ï ýì ƒ ‰foT·5VA£Vf! Â" "
¸#rà...Ôˆ _ àÈ;Â |B
fbùìó' Œ (2p" ' :#Çå
b qS , ç KÞ¶"(r)´Í "1/20D-³ •Ò' % B & àp˜Aë¨@ÌÝ'º"Èm ŸÃ 0@Â
¤ 3G h Â 3¨PA"³ " , Î¡HÐ3/4~*3[0<í@ÝHbðƒÂ ´þûÂ
A
ú
7Óø´ý
Å ôÓÿA§a%ôúûA¦žškªi"
Ì 0D%D $Ù
Ï£2 é É[xï¯ÂiaR´B
ÒÑ.qR v‰[mdþÈ°´Gn"ú út'mèŽ

Ç¨D[r1¢"û  ^Å ÓwL  qêðÁ  †)äH| u'ÍÊré  n]×#Àä¸_"'îNvFƒ   ß  hh múl"†Há    ‹d$úÈ±¦åÏiIÓZ
² õX Ú.   ìœñr]'hEÊ%ÔFíbáû(r)š      < oIøX5F'Gú
È³uÐA´œÒ×"!t÷T÷Pƒ Â  zÂ  ›H7T,oÒ
Á
"'t    Ã Û%L ÑPá  ÐA´ (tm)²: ±DväU~¢äñÊŸO¯ýúr
(ô  }Ý$ôýÂoIÒ  ªýUí=,Õ7IØA  uÔU7Ý:]ZN"'¦ÐNO2Th  7
3aõÑ      = ôß_MÿÿOÿÿêû][Ö:jð"Šéñé/¨~·Å  ûÓÔØÔÓ}=?  ô  &Öïä¿¿¿Ý^è±ÚÓ‹ýoôêÞ×ÿ
þê¦ô(r)  Uëb3/41/2m¯ZÕi=SÔ
1/2êµ  úýÕoÝ>·ÿªÿz  _]$-õ-¿\  ì-ïí_]^ß\&ûU¯ "Ñ  /^°ÈRÿ¯ýð°[o°fk~B  koø&þD¨Q    ß G  ÿX? -
_ûuûï(r)›Þžûä0  ÝÕœ  zWþªäÀ}°ª{^í&z¿É
ukn  2\  ¸ùg{È"  K  ÿß(c)    þ¬°-Mú¹°  ÂþªÿWû÷T¥@/÷~*Ó!...}]~...t(tm)
‹Ö
køoØ<"  ?ÿ  ÷øg  á×¤ûÂÿ°^wß"k÷_Ú¸D  ßÿÕ7ƒ  ßïi1/2Ã
$á¢  îÿ¦ì  v  ¸  ÿþÖ×äjë  ¹
     JÕ  g¯ÿ¿  êÒ1/2  œ3/4¿nÝŠƒÕ  ë^--  œ(c)å"[  Á¹%B  ¿ÿÈg  +ÿµÛþ¨0{ùd  ý  _ÿÕ  Gí}&(r)
     ;Ö°ûÕ  èŒîî  oå8°Rhí  òÅ-ý^"¯†ýi/ë"×môÝ}R      ¤ý]Cû"þ-'  Û  R·u~
1/2_ÿïþY>þ÷`Þï(r)ï  Vÿ"÷¦úþö-    õ1/2*1/47Ý_YN"oW°÷ÿ÷ßë×÷ÈÐõ_Öÿ°ÿ{ÿ}ZÓ_1/2  _"·ûûÕ_ðÚ
¥ö  ÷1/4õ¹Ö×_þÎ*þ×ÿ³DUíuú]ÿûKŽ÷Tëä(r)ÿíõû¥ÿzGï¿î×"t3/4Ó_í  ÓÿÐf¦þþÿ×tûí  Û  -µjÛµ¥Õµcm
u¿*1/2†*TßÛWöÝ-í°ë¢÷¶÷{j3/4¿äc-×anž¿}a¤NnïiXZÛ          >ö  AC]"
t(r)ö"  ØXiØKÝ†¶·Ñ¤"ï5°ïl$µÚ÷úÚ÷µä"Tè2àFö1/2ôÃ
C  1/40ao¸i<  %ì5Û×a¥km¸M°  a,_v  †¶¶ØOVÂ÷°ÂPö¯ }÷
"
ÛK!
[!‡Ý[
ÞÇ¨b¹  }ŠbMò/  |Bõ
SIWLB×íŠŠî%  %ocØ¯v!1A  cÞ6Eµ±N  ¿†-ðÂÞØ[\VÕöÿª÷_OUvÝ/°¡0"k  ¦ƒ[m=uöÂa4ìƒÃÕ  ïÿ¨(c)
)  ;  "  qÅjØ_¥ÿw†  Ûá"
-Ü0Z‹N  ]0µôâ¯XÁXjÅ...í†šat·µ}ì  Â¿kä  {  ƒÚËp¡  ÓBì%y  ð¯!
v..."
¡s  †"Dq  %ðâ"Á  2e€'0B  Óñ  eƒ    0B¸a
Á  a0¿an×ØiÚâ"""""8^¯Š^^^¯Ž""'$W  TÂ  a~Â"    %oÒø^^¯3  R-
Õ$"=R^¡RÝ  ä
üqõëL  Gÿÿÿÿòš#  ÿÿÿ-¤È¢ªÒ0ôÎõa5)q  6E#°*WX
Â¸Â)L"3$  "(ÐaRRŒ±bÊ  lì  &Õ3/4v  !zY•ZO'yõm  ž  $±W¬2¸š#¯ªdf  émt¹:  *...K§
-dÉ@þ-µþb1/2~ú(r)3/4  ò
ìGTÿWúé,ýúÿ~[ÂÛøÐã  cÿþÖ3/4ô\U¯ê÷ýÿ  5ÿMÿÿ¿¤÷ö...þ"¥  ÂTè,3/4ü    }5æ¯Á  13
¤")ÄÞÈ    þ~:Ç|F
"`(c)"ælÀC¯†â)    É  J  öpPD>    BV\  œ-"ì‡A-...ÀgÑ  Rpäƒ%Ë  A-›  D  ^%E;¸³ƒ#
"#\ˆ-þ"1  ØAÝ

      û  Cê
Á  ‡f  J¶¨@ƒA"
     ·¦ŸiÐAÞ  kúa  |õB  3
3/4¡    m  "  0  •lÀ-(tm)vlÁM    ‡+9    éœ"œR  F1/4ù"  âÊu´?OA¦š¿é°  AÃM?ì!À<'Úÿ    z
ã  ›Å  v  TZ  AÕíè-N  "a    "Ð0@Í  D9  "

'  '#b÷ZDW|4  u~...éÅ...D°9(    #Œ‰onä¹h  Ù  åƒ¦§Ú  #  Š;(c)  ,CD}DGW
8¸"z      á<  h7M6Ânž  pƒT  Èá?.  dæN"Oœ¹þ^‰3/4OœICA  h  6

³ä_h ðA1/2 '>fó:¤d öî‰ÑEÎN"I ›Dù lQ 0ƒšBD9 è   ‰ ÿò1Ô8´Ev...ÞœqxOOÂ ºm¨M¤
Ó~t¹*t y, N""    ûé=B úH? (r)(c)1/2&è>Â
-ðN   Ú ${¤‰ ƒ B#Ç"@h ¡È¯Ñ9ù9´A
h‰Ïd¯ß_Ië§I¿§û¦ M¤ú¹žž {íµ {›(r)ƒÒ¿ :O žŸþž uÞ-
   "hp›h<&ô›dsl Ú
@Ü‰oo×¸ý×cëÓûUZ[Mú]?Õ:×ýÔ}öÕ tû Gú÷-+(r)šÿxOM¤õvúM¤ôïAá Ÿÿ÷§M-ïô‡ ×¿ÿñWÚ ¥
Ûô1/4{]~   û{ï¦ÚTúOO]=AuµÓzð"ÿ
ÿ¶éµûÚëÛÿ¯z _Oí×¿ ªzÒòÕê3/4úè 1/2þ1/4zzÿ-ÿüJ""¥Ûzþ
*Lð}?3/43/4ì§ û¯ªp-p_1/2ÛÔ§ Ò¿§"GNÿýZ¿W÷ýÐôß¯ úP´84 ^ÿ¨ÛÕ- ß_Ú: õ_ßqÑ.
¡ÿnC
}è... Ã[×§ý=äJûVõWõÛö ø4/ë(c) &·ýë}õ (r)¦þë"5  ýø%}T]m?F°NÎÑÕãî "¥B5...îëÐaþ   Wì?
þ´õÿ ,Fú¯¯1/2- Aÿÿh,?vÿÓÛP[B# éƒÓ÷ï!†?þ ä8äæ 7÷øaúËPZ3/4ýÿr,ë ÷ÈTý--"Bw'-ÿH‹6¿Èg
é| ÐWø¨Ö"ÿ
1/2 5‰LÁ
   R
"ÿ°oÛv1/2v¿Ñaþ-¿îb~(c) G,ÿ´
}+f ~í¤˜%ú°"WPmíõ~Â z¿ä¹ÝP0åÕ òœ Õêÿ-i*ÿÿýð1/2ßþ
1/2õÿõI ˜£Å§5"ßÝzD'të1/21/2[‡J×ú
ï³UÛ÷}Þ"ßû¶þ•ò¿ë}§¿ßðºÿ1/4ëO[D'ßéÑë1/4êÛ:ç ÿ_oÒÒÿÐÿ-t¶_ ^-¯gSêŽ§õ´u6÷ö1/2'Üëë"j-}÷áý=î³
   Õÿ·ím?§ïó‡} ´Ä"ßÞý{ïÿ_o1/2t³ý"*éÃ¿~š³UÛ¨: çç3/4´Ÿë_o¦Ú[Õ"kß××ü5 ýµ‡1/2¯[_ýw¥¿°W÷ê¦K¶-
^Å*wgCM}öë÷¿-ï(r)*}¤õª±þÝ}éCI]mLÛïxO3/4ÿ¦ ü5"
§ëý-¶ÿö¿ßÝUZô8°ÓrÍVôþ1/40-,\0°Õ Hí¤Ý ÚßL +
&õv '¬Øïl ø Ü4 '¨iv '00I†²..
   ×ì%h/{]Ö *_~(c)Réwÿö8¦GÃ˜¦+ö "Û~ %û ˜¤DËññ¦ qßƒÿcö+b[§b˜Û1/2‰7Èƒ ¹¶* /1/2,Û
& PÂûa,0ûv Z...^-È#Ú¶(c)¯´ ×c(r)Úïÿd ýmZ¯ÿ† ì+"Ú q÷í_ôñúLpl ,4ƒ 1/2ŠØ...Z   [ ~8\
   °ƒ   ¤Òwÿ
+ðÂjÓMC
¹¡p¿ßþ- Õ0›pÂ
+ dZC¶"
   nÈ<7b¢˜Ký_  ‰!ÿV a   ÓÃ&
   :,Á¦ÃW‹ ì!
±ˆX! !Ã EØB"
   ˆdÅLTL@B0"D0N" RÜ-v3/4 M:†
kÙc¥...ß   üDDDDDDG }Ð pÐi-àƒ
i...a...P"0"0Më×ÄDA- "DDDE¡
ã, C,Ùµü|Dn _ü5(r)¿
À£ßØ¯îÕ÷V
   § þ*ÁD ÿÿÿÿÿÿÿòØP¥'\v"E¢1/23µ2;9'Äv,   dI ªÒÝ-ª (tm)R ìò
&]"
3 ^vyê"šjÒœŸ 'ë¹nRe,ù -ÝUí'
   ýõþ"ýÐUäœÒ' ÂÈ.9÷Z÷*[_¿(c){"úU^¦lÚ|1/2 Ã°...ãÒ¿ÿC¤DšOûZñû¯-ë~þ÷ï×û_þ'ýÿµûïþ•ÿ"mGš...
"Q <˜6ü§ 3
#Bç
-EÑT§Éó€..@•
‹
žK (c)"ãÈc¢ 2 " I/(c)]n8f, D!³† `˜Z 'g£
B
"BêÐÑ ÄÎF¦ ‡ gF˜h^p`ƒÁ   " ØDÔ ˜: 3@L× eÙ

```
"Að‡  $Ï<Á  ; ,   Ha      ¤ly
BƒRq  ƒ"  J³Â',   ú"
0  "Ý"Ú

&  xAö'a  ×Â
â  NÂh=ôÚúýÚhi ôÓÂ  ¦ 0  Ã  0  "3   ""\æk  B  ë0  Œ>š
6¢ÿ´ÓTÐvƒÿN>-9      Ñ(  ""   éýÁªhŒw  œ^,ª"i"  XOM2  &  Xô
=<Ý'!ß"ó'œœÝDœ4N  ÝdýÉóÑ,ïR%äÿæ"Dæè  DÿÃ8F  'i?"sr
ßù¨Ù  ‹ò   Ÿåî   œ^âoÈ  ôî'  ƒâî-4÷ø¤ò;  u  |¸N
,  rT    AÒ´  |oµ"
Rm'Q'Ì4ƒÂm  ÜŽŒ$  41/2  Ù¥£ƒî
H7õ°ƒh  ûi< k,  îÑ  ò  0Ñ,hœÜ‰o m  ›Ž ipï@Âx@ý=  ôÜ'§H>"}Ó
›(r)  MÓ¤õÕÿO_êõ¿Oôô  ›¦ô¯¤ƒH Ý  á  š  <  ^"h°=ò
Í"No
mWiß3/4›I1/2÷§ëÝWt°t      éÚ}ýÓ"éú...  Ât  t°§¯"-Ö  4  tµ×
-'ÿîÒoµJß(r)/ÂýSÇ¿mýëï¿nêþ  ê¯¯¯c ª ÿ[  uÿëoïOl  :ûM¤ûuÓÓ~±õuZ1/2^šoð""  ¶ÿÝ×õÛvö¯ûñ,ã,
÷‡W×O"ëS-âT?]7ëUÐ~3/43/4ëmuü41/2÷ëúÚ|  ~Ÿ°¯ý¿_"Öå"þ1/4  ...ÿ]võ\>ûÓõ÷ß ªÿIÿ#  ¿é-È@ïõN/
ii~^  ýÁ  cÝÚþþC†¿÷áÇ1/2o×ÿ¬  á zíþ ¿§Óæ ·êu  ýâÛ´ÿCWûÿÿ  Âë(r)¿öGWýu²
%Ó1/2ßwJ/1
ÁÖS...ï[Ý  ï1/2"  )í°-§3/4Áÿúÿÿÿßûû¶þ
C¯ÿØw_ë¬?^ä  ¸¹
    ï  °÷  (r)
õ¢-+o-†þÐÿö²nPªäÜ•~M_uþ1/47u¿Þt  &£Ö3/4õ(r)ÁÒ"AÇõûî§ïä,~ð^ÍÒJ¯š
þY?K1/2û´?  o,õkÿ¢æNímü  "ÿ×m&L   ì
_ÿj¿ëÑ  úé  "°êDÂýý}iÿ¿-‡úio}'ç1/2zêK-ïöüi)cwÑ  ÿä8äÃ¿üƒ  KïE  *Þ¿WÜ‹*Köÿõ...þÿ^ÿ§ûoý{‡µ
[Ö[Vú¢,*óí{æ1^ù¤  zN×Ò]_Ó÷õë  ¨~uzÃ:  ðÎ  Õþ·úýÛmM7s¡ïîÿnJž"ÿþ3/4ÿU  ÿVüêÛR
û^Î  ßí+°ÛúëöÞ>-éTójÖïVð-ÿZúVöt;÷Uë§m/uÞõïþý¶"¿uëÅ  ÷V•ú×~-¦¶  Ûmª"-ö  Õ¤ýÝmìS~t3mû"¿
Ã55ÿVÎµ§]  ì'ÒIîë*¯  ÚU÷ka'ý´1/26Ò${
¯¦  Út›XizÞú^•í"Õ°îî"ïú{Þ×þÂû¶"4¡"kÚNøaªwÓ
+J
%{i>ö  Uma¥jÈŽýƒ[PÃ        {ØIXjì5moîÂmW    ¿}W°°ò-ƒ
"°ÂA‹l$Ã ;
%×
   y  üq°¨µ±KÈ¥Å_¡±°|LúáØ...ò  Ó¶  ¨a&  V'›êÂ¡¶-ûV-ö%Žßõ$  "{  È ö)ŠV5}ŠWì0¡  !__uû
ïä{¿xd,]¤Õâ-7b¯0"ì  Ø]¯¶  ÿZÖ÷kµ°Ó\*Ø_°žý(c)nšÕ5îÂWÚ∅Zu1/2°"0ƒ  ÚÖÂpÂŠk^Ax}áŠÝ'/±
îÂ_P-,ªÐP¯N
&
aUa"-j  $¯&EÒàÉÕÁ"  ']ª  ,"  -  BÉ(c),  Â  p  MS
.ðÂ×ëþÝB,!      ""j"D  B
±=  Pà¯B""""""""
ê@"DDDEÄMRƒ  0A,°   oÃ
ví6  DDG    Ç  e  !
   ¤
/Ð¶.#-RX]z¥"1  ¥¡@  $  _(tm)
   Òt/ª...Q  ¬(ÿÿÿÿÿÿÿÿÿÿÿÿÿå6h£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿþ[  (ÿÿÿÿÿÿÿÿÿÿÿÿ-BêZjqH9i,    I¦Ka  ¦,£sK  :
U¨'¯ëÞ"¥  ýZL_ü]$G  øAõMÕ°Wê(r)•1/2k  ¿ÚÕ~  ×
ª'  ñVêZe  +kB  *±T¯TBµ    ÿÿÿÿÿ
endstream
```

```
endobj
100 0 obj
<< /Length 101 0 R >>
stream

q
462.96001 0 0 675.12 0 0 cm
/Im0 Do
Q
endstream
endobj
101 0 obj
40
endobj
102 0 obj
<<
/Type /Page
/MediaBox [ 0 0 446.39999 706.08 ]
/Parent 111 0 R
/Contents 104 0 R
/Resources << /XObject << /Im0 103 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
103 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1860 /Height 2942
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1860 >> /Length 27250 >>
stream
```

ÿÿÿÿÿÿÿË05òÔóáN  jDqHñr;ÔËz#1/2LŽ  Jã
ÈÓ3
æÎÒ  ç`ó¹ŒÈì      I  ^72P  âÎês"C  ·  ÑQŒÃ  Aö-O
^/QÊkðýpßíH¦äO  3=ôÒUû-(r)°Áä³cé..."¡`ýß{ä  ¹["ž  B¢&5Â"szJKbY0ï'±_S"  ì1/2-ÓU&@oÈèô¶¸@
Øµÿðã‹i81/27ïö÷îX÷Ü5ªA3/4¿ÿ°òcêµV  µNªû¬":öŽÊ_ÝÖÎÂ-ÊV÷ZÙU‰Z#·|  ŠŒº#†!'vN)>~ÈÛ:²B!
  F  ²$Í´u    Á  ¤  dS  ZÏÇ  ÖB²  (DvD
ïÈb'
q  Y€ŠT  Ò6)ÔyOš£f|&æq@-O  3lèf  ê  ÔGV§ÙÁ,  díTB  ‡!æ"ò  Á  ¸á"D"P  óá  "  u  M0  á<
Ô"j¨3 L      $]  ¯X"
  Aé¸ vƒAä€¶ƒ  x@Á  1/2O  ...Ê^ oá  AîÓ,  ûOO  7I  M:H xM=
ïñi"ú

iµÐi"
!è8´4
+_M4×    Ý  Õ¿¿†ªˆ      N/Oí

îÓ‹OD}÷m  µM?ý¢<ò  6²  v´£×D¹ß§Ç
ä@xn"XD1/2ü2bD|Í  D<"  IæEÇr\ßD¸4N"NŸ"÷"û"þ,nDÇ¯ "sDX¶ô‰{"ž  Ö‰oÑÂ
¢spAºDæ    <¹äÿÈ±"ôë.Œ2G"1/2Ñ.ž•  ÷Ü‰oÎŸØ|

}a-Èâ'Ü  a= é&î  OMÕé  ƒtè&ún  ÈlŸ"ð@úð  ÐMÝ×Iéµn  Ý=8IÐA‡  i·ßpðB°ƒô"i1/4"ý  ¥û{Ä
G      "¦øMëAé÷Ö
á?ðžƒiüTÝuo¿ý?ÓuÒMµ'ém~ß_é]Ü'}§KöC  R§^šéí&ŸJÒo  .Èà×L  Ýoôõ÷●/
W^ð^èR  °zuè7Xê^-}{ï]t›ÁíZ°ðE×ß-~ỳQ  "wc"_¯ëßÓã1/2^^Øðë-.×§þÖ›m:ñÕ+¿ÿ
`ø×µÃzúÛJ¯á××  íôB9°'ý§æ}
ßêp›}ë  Ò~  ßoõµ3/4•:ø0í?-  ýÿÿⁱL1/4Ga`á~Ó  úÙjÿ-_¯
Ûì,...Ñë-õ}ëÈ@=r%}×OéúkÉ@´Ð  }ý¯ÞÒŽ"6B¯ Æ¬Ž
k!CÓ¯×][-æ°ì...'Ý:çPvAÏýÐÓ(r)¬¸1°kì,
×v1/2{ïP|ê
(r)¯ ỳ¥o(r)È:,dÇ̀ƒŸÿWþýtH
'-ß"      _"1/2õü{  ý0Õ¿¿në]Û°¯z3/4ÿ×ò  D0mk°kïõß÷3/4¡‡^°^̂tÿþÚ¯Ðm›Øm  Y  êÒÿéè"
-1/2uöí°  ̄RÀè!  Úò  wÔ  ÿ̀ß°D.A"þ`|gPO×-¢íÚ @ⁱ¯ Z:
[ôûéûÚXdB{DZ}ß[þµfQ"¢°¥"æ±  öþ̀ÿ-Q  ÑN'm-  O#  ÿV-ÒfHŠ±Õe8-û³úõÙÕ?  å‡]Wzë^1/4"´

õ(r)ÿï÷Ñz0~÷ËÒ  Öï1/2÷Ø;(r)AŸ]¥÷¿
1/2Þ-ï̧k~Ûù³ÛM]Ý̀ßý}×ý³
þ°"=ßÕõ×¿ïÛçFÝ¥ỳ](r)•5ö¿ÿuùÐôÍí¹Õ3/4ú¥ð^ëÿÛî  ":Lô×3/4üý°_tu}é¶uyCí+=o(r)"kö-õ÷ÚJÝnŸu3/
4Å^ÚPú×Lão  (r)ƒ̀ÿ¿-(}ðÒþû×á(r)"uûô  ¯_°[ⁱÒÒª×˙kÚ¤Ÿþ3/4"|5ÕÛK{÷Wö×õccý|u--"Ÿÿ{"^Õ0•Úû¿
N  Ö×¶ëÛKµmážF"äµ¶-
_KIµ{[§]°÷L/Þf~ë}ßU3/4ÿ̀á¶ÛjÙ\4¯(r)ëÖ  Ã˙ÂÃJÂÞØ^àÁ+Õ."7oA(r)ÚMA"(tm)  Ô  Ka"ªàÁ-ŠOV
D  °Ấý&
Ã      V-†
Å6  ý°-PeÂC]  -ƒ  ³
Û      A±      °¬  ¨b(tm)    ,oª¯  Å+    Å+  i1]?Ç̀ì{[" Žï̀Ql&+1/2  ¸¦+aW  Ç̀iStÄ)
    °*-‰8Ú3/4ü-¦ƒ    ¶["aa"ª²
þÛ÷bG  Ấý†C
5k†  á  (r)ÚÚ,Ø_Ö  M  -ÃZ†¶- ^MÖÅè    `¶  ÓJ  -ö  {
CÇö  µVª
Ã  ÂI,ÚÅ§a+
C  á,m7
'
&    +    zZ  B  (à¯B"â8a  adA^°@Ë'Ñd "  E,  dä¶  Dt"
!  "    gÙ "DD0"A-¯R@B"""'"#B4""'8ÆDDDDGT¯]Uy3  ~ÂÛŽ"pQ  ¦  øÿÿÿÿÿÿÿÿÈN'n$äØb)l›
  (tm)  K†ât-vKgy(c)Ù-ÓÝÖ×W¿ë¯õÿÿ́ýký  Çúÿÿÿû%‰å̧qR²
-èò  ÈqÑ'  œ›pÈ9Mb¨'Ù"
-fÅ#
_!à^*(tm)%
‰  H  ¬9ÔŠPR†m  Y¡få Â  2  œ  ˆk  ê  "œRTÈhŠ
(g  5-AÇ  ià^p    B,  "d6\UD&  fz
"      Ã  Bj  A(è i¢  €[è...
ú  ÃÓT  fÅ    NÎ4ŒÂ"  "  Aé"
6°Ÿ  Ðz
úíúa;A¡íµ  4  wÝ'·Ié1a
 Ðvü4ÓM="Oî
Â  N*#Ø´äAÒk    ÚI¢Sh-4\þ¨?Ñ.
'¤\w  Žõz
KÙ  ...!¢s(tm)Ò:d§DD  £äK!=^3/4åÏfÅ  ðÑ9òsaé  Í›"ÚMíòæýa
n¡    'G";,oé  ö,tÐú%í'l...ïÕôïY  ÒnHàšÓh:†ô  ÓÒ{¤  N"{ú¤ôŸ$ÝÕ=  èÌÒou ôì&á< Â

ý?NÂ  ÓNí;ÕÓôôÕ∅m*µ÷ýⁿûéÝ{§...ïP"kÕ¯¿Ö×V•õiU|-/[A=&ô·|ö
ÕíÖ·ªz¶  ¡ßIØOOOM}ãî¯"oúøý{ëo¦
" Ý*ⁿ°ᵒWa¥ë(r)Ÿ¥X-oÿ|5§ï--¯Ø_*¯â±3/4ïûþ¶ãiý§a1/2ûkém}pßN3/4ÕëÚá¯ÿ\4'œEÍXm'Ñ  w|÷¬2>\
5êm  Ì  Ñ
UêÔ  "¿~¿ƒÝ¤=
  ¿5  ÐÕñ×
  ~/~#¥¸ˆü0}¬e@/3/4"ö"†  íÝÿêê
ý¿z È! -{J¿Ú  ö  }0¯ïý80  êºþµ...÷÷Üƒ
SØ`ÄÞ(r)-/ÿØ}∅D>U  ¿°ßò  çHäÇ;""õªÚ!:ò        ...My
9Eü±¶Mdcš
C~a¶µ,Ÿ:
ú  p"3¿þ3/4  þ¦*L!ÿÑ4Ve0Ð~EFD  üÄ÷Zo¿"âí"9H/  ïò
~Ÿßßú_Úí?%0on°uÓ3/41/4-úº]?ÿ°ÿOÿõõ"ÿáŸ¹Õ¶kAƒ  ßü§RÝëz*Mú_ÿ1/2ç"éû(c)îj  ÷\-lêÿ  Z¶  á
qfÛ3/4¶tw{"Ò¿Î¯sÕëYN1/2b×íÕ  ÷ï    ûÓýmJ∅1/2Óª∅¤ƒ]x¯¦)5Ií+1/2oØì  õWþ"Wøiiwÿ  °÷ªŽ  I]ö
1/27"ÚÞÚ"ká-úWt-^~¬ïöõ¦"¶  ý¯í]µ"3}Rm÷¯>[
tÃ¯m*¶  L:Õµz´¬*1/2ªûa[[ƒV  IÄ¹ÿþ  Eài2,n∅K{Iƒ


`ÈânØJšƒ0"ᵒ¬¬4•á...ê"  ÖÂ3/4"Lø28H8á,²/Š{Óþ%Žø¦:±¥lS      Åu  ìU0â  ±[°˘"  QðÇ¤[  ¸LVÂêûÚÛ
a2  ÷a%mBaBw-ÚK!Ÿa{  š3/4ä  ¦  Z´Lpƒ
ØW}~Â°a    v  †Ã  0A"
  á(r)ƒ    åÀL  ›  (r)Ó  ×M6ŸA-  !hôÂp`"#  D0B  Á  Œ  ²JGÝdcQ  q  g          ``è  q
  ˆƒ  XB""""¹"1    ±        þ  äÜ¯¿õëÁB`ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-Ë£³  32%  )j-Esæð(tm)  ¸`
  "Ì`çcY]{Êã£!¦  ª°ç˘†wPf!  á¤3/4v  U20R¯2  fÈÍ  :4ƒQ  ;;
vUÃ;  ÞÎÈP}  o"×¤  g@#T    ;5V"...émõ"¦1e-ô    ...õ
T  ºÖÿ...^µUï  ýn^Ëwòc-ãö_&  V  (c)cÜ*%áí¬.ëk{  "î
â-?IU  -\...ëCøÐÒu÷íé¿1/4/uÁ  ï3/4÷úô  Þ-úuë]  ]_ùß#
üè}PŒêµÍ"[Š¯¿7JôÚßÕõwUÑÙÛÐ=š"X  îkƒ  ˆe  S0%oÅ%È  ƒ"Á  'h0˚O!ÜH...È-SìÁ  ...#  3
uÉq}  þ§¯"-ÙæVE"BåDJÅL"  ">íš3ff  ‡    "  A  Œá"áA  §æ  5  A"  Ó.ðƒ  0˘>  Ðiv  h?Aö(c)  Â
f    õ†µn¿\  d  l  @Ðv˘U!...    "-ÊA
†    .  "
  Â    á  †  î
    µã1/2u  "ú¤8ãØÐiá    xV?ïï§i¦  q  é"ÕÂ
ïzOM?L&ƒâÐqûWÏ'ÀiÉýûÐçã,9
Åœµ  o-  ú"3/4E...~  .c#ÿ  "ÏC‹DQÄNð  é¢+´/CD1/2ÄI3/4qÉÐCD|Ñ2zB  'aÒÈ°1/2'3h  7'î›µè?
Í"F...r-  n]  ö!  ûÐç  §  ~õƒR&&D†  9:93/4G  ÒÈ(r)ž  dK²
Ô"ÚA\  Á  bò'PA¸Aù        '  Â¦ô  ›Ié~öž-§xTÚ_  °~"C´µø&ÐAáZ]=  A¸N


"Â
ŽÐ¤õOÁ<&Ò3/4  ¸n  [ÿ¶"xØ]_§*÷ZÝ&ôž›éC  ÷(r)  ¤é7OÓí7\&éúvéþ(r)š§÷§...3/4´=tý'ò8/  Öþ-úM
ÿM"[JE"-Ö"mtÝ7MÒÒÕûÂý'Úëž(r)›ëïáé/  ×q  3/41/2  é...øé=^¸@ÿû×ßÿõÐÿ^ýW_~ž3/4ýuïÃÕnûZ
  PûÿëÓ(r)ºÿ"¦?ºÿ"÷¿wÚúµ_"}uõ×î¿û°}ž0"r  ´Ö  a  îŸ  ]êþ...‡u~3/4Ö-UÓ_¿÷þõÿuÃ.Ë‰ö3/4'ÙÄa¯
ê²  :  Å2
P
Ê  šµ÷nëw  ÿ      ×úï}wÅ×ÿô*þú  z}ÜD  3/4Áïa†‰  Bvïÿ.ºMi{A?êûúÿ]$¿÷êÿé'ûIíîÐaò
  ÃzD&uTÿzvC;§ÿÒJÚOÿ]Wÿw~1/2{kû¿²  cm:×¯  Bó(,mö¤#ïÿV³+òn['§é;õýé1/2õÝõ
¿*÷ÿ²û[ôX3/41/2Ú"}\ò*^¿õÿ¸k  F×¥û¥×ûoÿrÕÿïû(r);w×ú_|ƒ:Ü  ∅_wÿÿû¿Kµÿý}?úïÿ×u[ë^õ×}õïK-W
¥þíû:›    ô¶¦  WþŸÿV•Õµ  Ëí*·þ"1/2ó6}÷†j·íÎ  í
³£8Þúûkú]ß¿Í  z¥O"K  ~Õᵒ^Î¯í÷Nûõo}Õþ¯W[U÷ýní}3/4žÿmim+ö

×i=|_^¿MÿÝÚ¯µþÃJ‡¥{JÖ·µ-õ×°ÒÿÖÖ¯¨÷µÒô¿¤"  i×í-"¡-i7^Ú_÷Ö*áµµ3/4õNÖÂÝm¤ÃVÔûø`1/2-t
ÚW°Ò
"w°×¦CØjhÚ  ·~Ö÷JÛ‡/¦¿"i  zÃ  6"‹Ý†"_
+      l  ö"Rü}Ü2?Û0Ÿ±PiH¸  I†
âí+ëd[ª‡"¨i  ÂÔ0"uá†  ún
  þ  ØØ"Ò𝑓[ö6*Dá  ŠköC
ÿ𝑓ö=Zb¶|D|}Xéî÷ö)Š𝑓Al...  E2.b¿¯¨íÞ  ^Û  ª1
}8i  Ô¦  ûw²  êì(NÅ  C¿"
ª÷_i¨-Šk¦  Ý𝑓Iöê¦"ÂtÕ¤ïk
  †  0¯+Ô0C‡  ¡
*
  k`¨]i"ÞÝ{ØL)n¶𝑓Zm/á'(c)P¿†  `...¡     "F1  "2Ëx^^^‰V"
!‹!   8^âÕ  0¸$(tm)=`Á  O[𝑓  40B""Â        DF"""#^^^¥ï¥Ò¤Ô²"  ´z
"ÿÿÿÿÿÿÿÿÿ-!h›[; Ë}Fvt]  jdª  ÎÂFN
r‡yØþ¸  šh
`ÍÁ2¨ÎÕ  v³åq_õKðoa,.vk-  Â°...ï}(r)(r)"  ¬žÝ1/2~ß¯_ã‹Mu-[Ù"þ53/4úãÛÔ7  ëû÷-¿ýê•a  ×m:uýNÆ
£g
ì8  ÉH‰'c:£ã"qª0D\R"*žjÁ  á'ø~Ïç2Xm          ²  È𝑓  S†Tò1  &PÓ'Ž(tm)P    C†H
  ‡É€¡
FlUA(tm)ŠuGÌŒ  Cf
ê  N)
~      uGÙ€€  Ÿ  6Á  A"    Á  "lø@(tm)Ô9¨SXR  BøD  eÁ-  -pd𝑓$Ó  ‹B%`ò𝑓  3C†H#¬`1/4
`¨z^ª    D  æ  ‰BÕ,  j
  ‡è"
84$$Ú§
  ð›¨  á"
ÃÂ
Ô"0  !
=œp-Âzqq¦𝑓A"AÐ

&ª¶  :  A$Z¯á  Aé  ë  ‡;]  š
ì&Ö𝑓uA  ïOMÐnÆ𝑓¨hh  CN=
  ZmDH§  %¨"P𝑓M4  M"    á;ñ"Â""P'o¦Æž𝑓M7Mbî  iú  "ÃTE†¶"Žä
å=Ñ  Þ‰s¦S"9,orÞ*'G":Ò¨äY(c)  ›#1/4-  )¹?rW-@ÖK-kwýtE·
1/2IOé"J¨ÿ'ù  °ece¨í¿D1/44K    ¢],'36‰ÒB4GJ&¦  °Ñ          ÃA  Ù  ÅÐA¹*  ð0w'Í¤äðð𝑓Ô6  =
      °m  Ú
¨r¢A
'BdLè-3/4"  𝑓t-Ò"ë¢^Ù
•"Ý6    o'6Ù‹;iBx@÷Ázé  ÛµÓ{´-Mî,-ž¨4ûO_¤íß  =:‡î¯I‡  °A3/4    ¥n-$•ß"ÝY
Jn    ßAé§ô¨"íC¤÷¶¦Ú"Môôð  -&þ(r)Ò  _¨  ¦á-(r)ÂtÝ(r)𝑓ÿëÓ  ª  ðN,Kôž  "(r)3/4  Òo¯éÿá  ÓÿW
O"tÚÿõ_Ö/ôîÿÓÐ¨...ÅUw"ý5  W±´‡ý1/2ªñKZ3/4¶ê1/4zWK  §¥¦ž--U  ßµÔé  ÿßëÃMØ
úm"¸ë"1/2%úÝ  ï-µýô•Ó÷þõ§ýõ÷ú{þ"ðœG×¥(r)-ûƒdQ*
6  4¹ª    þD-P*ékI‹-ý7~þ›~"',v¦îý    ûL°.(r)1/2_(r)tAkýûôÚŠ  •  ûÃ
°^é§dI*0IS°qd¸#ðÎÅi-6êÈ@Û¯JúûX"?êê  Äuÿ}    ï    O,  ÿw¿ZÛ
  t  Õ]  šÉŽ    ŽR·ò  ‹/Äw'-Ó  óÿo"!tß...×^þ*ÞßÿïtB1/21/2ÿ÷µö
0t¿"ìHI  Á
xa¦  ‡Šöõul?êû(r)C
×`¨#ö      ß¥"ÿ¨íúð@žµëôß-      ="3/41/27¶ü†  É8h‰÷ô  "  ß÷þ²

Ö-Ÿ¢'ùŠ¿,¥_kòÉÖZ¿þ²G§ý¥×ý  0¦±5ý÷    "-@ðžM-¢-ùÔ,²ŸÝ÷³
wÕ  ïöÿû¥j"ßô  ÿO(r)×y("\1/2}z#  Äñì-.ë÷"üŒ  _U[ÕE†õïÿ~éuêÛwõ¯ôï¿iÝö¹ÑØ6  ß°o×Aý+ýðÝà
ÝÝéý-  j3/4,ý}Í_ïÿŠ'¦ì=ïmÓýj°ý´³Tì1/2-/aÿçï
×w¯n¯ím{ÒgS}¶û3/4Î-þÐwê¿,"  ìêô3/4•$(c){"~"¯u8vm¯{ß¢¯Û¦¿zë   î³Î³"í  1/47œ¿Õ$*_Þ•*  [§õ¿[
~Õõ×õô3/4  Õ{Ûûê̂Ýû"]µþëvä¯Ú÷ß±ô"÷v1/44¿A"}ÄJêṏ§ô^Óû  k
vÒa"  [¶þÒU1/2ßéZ·]Úëjëv•"  ¥ßPÕ×Û   6žÝ'{íC^Òµa""l%kĥ÷,û
{'¶  M¥
°•¥¶(r)Ý~1/2¶ÂL  ]Û  †  µ÷a"k

  þì0"u  Að`·
  °Øj̄¶  J  LW  Èñ  ý1&>    lBÞ)àÁ(¦6D  §±Ð`ÂIÈ-øuÖ
(-‚š,S  "'±
)†¯X0ÃKúb¯fÅ@è1Ä›Û  ÅAÐÅ1ìTSOq[ÿõÁõªJÅ4Â^...W  Ÿïb"†)-·¹
w  öÓ±iWßLB{d;ÃW°¯áVÕ0-ÚÕõ[
&ü0-e¸Xh0ƒ       "ÂPÒO  õh0´ÚÚÃZ¶ÂaB
öƒ
  {
¸
l0_
Kp¡
["  I  ƒ  WTÁ<#¦!¦...Ç   †IH  0Šqì  †ª°Â-0ƒ%¤ëƒ&
  °]ƒD<0@Â¦šá       a"
!  D0"DF"G
  ^^^^^^Ð^^^^^0Q
       #      Æñ±^Õ?,ÂÝ̈ÿ
mzÕ=X`·Ý^J¿þ  Mc  ÿÿÿÿÿÿÿÿÊäÜÉT  ø~ÿäQÉ"ðÓ¿m1/2ú¤éÚó(r)]  £,Ðjà"'
î ƒ·Žës%YVGÏDç´´  xOué°]"°ëÄ:µO\mü%ÿ  à"Û+($†
þ  ¨$þœ"  wû´Ð$þ‰
ýu÷µ¯ûê̄ÿ  ëÿµ1/4Íý
ÿâXÿú†›ÿ|+¡!  I4¬Gÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü¶
éd ÌÈ›(dU   Çç£A'ò8ÍÉ       NÉ\ì
!  ]¹(c)  Œ,a|¬+B#;   ïÔ§
S‰  Üò6vªF#F[Ž²¯Ô¤ÕNÈõúíûDWÖ  °N×]B´á}ê̄Aß...äè  ...h.•/¶µ"'-4ää"°1/2j  w_ðÊA¶  KØßÜ
Ú%ú  aØÐ×3/4¯oØßô
"Óx}ý/ÿzúî  -'ö¿  úþ"^"ÕÕß-ï_÷e^J]Â%¹*  "J1/4ìK"E}  §'Æliš"é  #ƒ§d
Œ´#Ûª%  N¢  "Û  "³†KŒ
žafÅ)ò;ÍL d1/4  ‡òžaC*
3ñÁBx d`à ^"5'‡:
  Y8È€±HXÉÝk^  Ûä
  gƒÅ¯
°@Ôá"C ØE  " (tm)  ÐE³;  BTBÌH"
  |H(tm)  C†     z
  ?Ræ¡4#ßÂ

&˜L'a  äáï
`^>"
¸Ô,?mxAö›  ¸D(aá    ? - Â

â(r)! û^h=  ôúø°"7M4!ª

¤ƒL Ða    t  +§Z  ᶳÛ‹N.ýuA§¢‚4×NE  Ð  ò}í.äᵒñÄl‰  MôE†‰opz¦  ⁻

lZ]y       ¶S"¡˙  fÑ/ØDXoÉXä"Í  æ

´ £Dþ

• 3/4Ñ*M"-ÈæÂ%?#¢á

3{oᵒó"

Èø"ü üŸô  Ú -Nm  ;"ê%Ø°è;ùtu    ÓÅ"*&EÌ&äNÂ  ÷H:AÒ  á;¤ÚAÃPž3/4¦=

ÐW"t¥

ô  ᵗé...ÓzMß        ᵒᵒnžƒtPëNž  Wᵒm?uA  ¤ðMÂþ  n  ž·éëᵒzo1/2Òoz  ¶/éû§¦ž  ÐwÒtƒ×éZ_I
ÂK]BÚýi´ý1/2V"ôî1/2êµ  î1/2uÆᵒÚéêê1/2¶Ò"-XKì*î""ûŠtᵢ¦þᵢ...ð"§Ý&ñÕᵒîñþᵖ1/2⁻ÿÒ~-3/4  Òß
Ô?â7ŽôT  xX1/2î¿îôôoýkýÕjÿÿµ¿û#OïuíwkKéú^á"  t1/2uýÞ⁄%µᵃ"uᵒþîÉÄúð_Ó_íáôÒ-]&£ÜÿöÒ‡¢+'
Gᵒ˜˝Š  è*m  #X'ë⁻÷¡}Áû¿ÆÄè  ~j
Ÿ1/4]jÈ"?ᵒý"ÿ-ü\G  UBᵒd 'I(r)MÏ
:...jŸÿk  d8kZþA  ôô-"ƒ

uýû

íôÿo·ḟþÈ9eƒ#AŽ'ô*N

§kÿ§⁻²  §"ß

?Öß  ‚?ïÿpoýk¤Æ€ĵþú\ƒ

Ø/      ;îᵔqûOôôô  á{

û-d  8>Z  ê‚ÿå(c)kÍAöÓör  õ¥ù f  a  ÷˜Ñ

...þ      Ú_îYÉ⁻¤  ⁻þa·¿×HŒôú-üî§ïÿᵒo‚È°'H  B"-5
5¿&ŽßõíÝÑ    _û"¢ýŸö‹Õÿméâ  3/41/26*Ö1/2oÒÙ)$        H,--ô  ü.ÿ"ÿû
·íü"3/4Î⁻ᵃÿÿý÷Tÿ1/2sUûíÚ·öuaü:]PZK⁻þ×ûæ"Áôu1/2Î]×ᵒèÒÿÚÑô¹·ézÿþÓý5⁻Õᶾ(c)ÒÝO[zÝ[þ  }j  z-
§äBN"-p(tm)ÆöÚ÷oÿÿöý¿oôÛᵒOíÕüSu    þ~Ò"¥ÿÝw1/2_ûuð}(r)¶*õÚÝkë  ¶3/4šØK"
Ý"  ïÕíᵗµm+UNë[ö'¢#§õÿÿû^(r)⁻jØM†¶•§Ý0Óßµïᵃ¥ö  o~  ^¡¥a/ÓKm*µa"ç  °·ÿD  ûT
>ÓþÛ-¿°-úk
  Â°ÂÚVÃ  ¬-ßa8wì0K¦)  ;  ¶- ø0K†(r)Á,LT0⁻
Xa[Zì  Iú†  [ƒJø7v>ØaXØ¶]Ša‚Á±LpuÅC˝úŽí  xp(tm)  :d  ß²  >-ãØ¦˜  -  '
QÝ&)}  ûo"Õ...ñL,=ÈXl&!Xa2  íú!´v1/2†"¬5íi"N  -xJÂØM=2
)  ]õ¶¿
,Cÿ[-p×°"d%ØJÓN  &"ᵒaný    t  H0Aí,  h0B
  Á  ÐÈpƒMa"  &  Ö  jî"^‚/a  v"C^  -  ˙`"=    Fœ  @ÊP  CB
É'!  ÈØƒ7¤DÔãÎˆHd  !`(tm)  x².‚A  ^^^^^"ŒG±        ...!  DF")SÒÉ=v}ë(r)ý[
•°°ÂY3  ÚLRÐâŸì&  Vƒ  Â˙É5É
ÿÿÿÿÿÿÿÿ-À  ‡zÇp%os-E<²"³²  -¬
ò(ÍŒÚ(r)ZŽÍXL˝ŽÕÿÚ33õÉò(c)ÓéÁ<Ÿ"ûëÿ^  ÝÞåRÂ"î  käæÂþ-õᵒUôÿ¥ÿ1/2  -zû
⁻⁻q  Lᶺû  ±ñÿÿØ-õ×U__Þ§{ûoûÿ}-fUâþo<Š¦  q
ÁHb&afÄ#'Tj-RŠW  tFÊÓ.-\"ŒG\¨2W  c  qÙ~È  ¤H^4FG
Ô!1      gV`CPÎ'
  p  ðᵒë"†\  u
  †    á,  i  Á5>Î^ƒ
›  UÇˆÌC˙¥\Pjpˆ ÁHmO  (tm)-  Ö[60@Ï    0BÍ(tm)  Ë‡("  !Ð)
:NP=ds"'!t!  >gS  ...P#Ï    0D  2
†  h4  "  tƒ
Q
E
  Ð=0ƒõ  Û  §  õ°  "Â  PÏ    ``  aê  (tm)  §Ú  þ(c)Â  ˜AÚè  ¡"Âh=ºAý  ÓAÆšqa
i  ðNÖÓ‹1/2{[_˜z#  Åán  ¦ƒ‹A±Ã¦üC¿ýS  4÷T-¨§ú¦Zh4âÑ!Û

âäQÞƒ‰(r/4ä% ˇKÙEÈƒ¤Nm'hGí  àŸÐGÉÐ‹Dpâ9  èŒv²Pé×¢YöGO"¡¢÷´GÎ·VÑ+
ãDW  µD1/2ƒ,îOÜºd§'ù  t  ¡Èý"Jm  fÑ9îK¬  Ý6‹£,xMí  ÃAÈ7N,  ÷'fí    'gd\!>
  Žá6,>R-    1/4-~DÆ,
Ÿn
yö‰û,
"Ýú%ôH€ƒÁ  åÑiP›y  è ÞÚ    é§§ ÚM"Ót"tôÚON"ú÷Ó×õõÕÂ
&ÐA¸A""-  p'N,nøAéõ¿Ò
•¤õðƒN,
"ï?ªAÓ§W_ºí&ë...Âëä  ééöëI¿~
(r)ƒt°¿n¯Du_VÂ
=ZNÓ3/4›(r)ªÞ¯êê§§þž³ÚÒ~ê-ªº~
(c)Ûê(c)öéñ"ë(r)Ÿðñ÷U¿zIÚ‡ú1/2W1/2:"  ØVôö:ôôÿWúÞ"¤;ñ¿M¸ï]m÷Oéû  ÞïÓî*ëO1/2  ¥Ó]  Ôû¸
ñ¥"¿ÿJèwý°ðºöÒ{Ý·E5jÒéÒ¿ þ·éfmSáÿ  ÿîÿ{ívé:
ýý^×þ괨õ~Þ"õ-WjÈEwN¬Ð'Ò̧  _-ÛÚ"ÎÁ~7§ƒëCÿµÿû9'ð¿ué´È›Ydc  Û!5BÿõOþú"_ümüpd
~(r)?ƒ#ƒ!ô×ÿ    ö÷ƒ"OßþÒi}èÐ]m||<-ôð}wñÿÿüiGºW_ºf Ç×èoAÞëßÿ3/4Ãµ  ÿú¿§ûÿVAö;È::{
¯^¿¯ÿÝ÷ëö  0"wÖë"†  ÛÒÙÿÜ  }¬,æ?(r)Ÿúý/î  ;
éPmÞÿû¿ëÿþCÒä  L4BÛz(c)e-@‹ô
×ßèµz-cTF  ë-Sÿ÷¿Ûf&ïù
    †ÿîè  VµÙ  ÅuW-ü  <š‹iLUù"¨  *l+æ'AÓ¿[Úî3/4ÈC÷Ý_[_ÿëë(tm)\-d"  Öðo"ß(tm)Kk[ÿ  Ü//úú
  DÈOéÿä!²ñÿû  †ÞÒÿo¯û3/43/4ÿÉ1Ì    -hzþ¿ý}Òé[1/2w^  VµWûØz¯Ö  ÍÒ°×vÍ1/2˜ïM¯ý  ôê
¶Ý'öÿ"!ßþ"nƒu1/2³-Þæ1/2Òû¨:"[:šÿ¶-1/2gCûõLÎþªƒÂªWuÿyÒïöSSr  Þ-³Íé  ¾ì:ý³ªÓçSÚÎ¡úÚ  ÃLŒ~"
ÖkÓ[YÇÿéÓ  ÚîÎÖïÝ_Ûÿ÷}¥BjÚÚó%#íš×ûí}7"KÿVû[I[(r)¿ý}w´-a¤Ÿÿ¯¶¶-°_¿(r)êÚî¶  °1/2¿ÿ´¿¿  ßþ
"u}-§Úoi6¿ÁÚ]v  ‡ëÚ¶•¥kíû
{Mm/†·§
$Ûì0"4µx}ß[kUÚMéZ[ì'í6¿ßÚŸm"
  ]1/2[[Í†-¶1/2ì5m,&ÿ
m&Òö  J´˜a Ã_a"3/4DÁ¢%Ò'
±Nê  ªÿ†•ÚpÒ†  ¶  ÛV*Ö  Jù    Ûmxi0aa...Û
ì0"    a...wb¤\ïTT  UíŠŠ'
ú  °ˆ-èT}1Zõí±T³ì¿b1/2â˜...Å`Ì
lBb(tm)  ;  <,¸'*>>*!E-5ûM  $Ç  µAŠðöÅiÓ]3/4í†ŸV  0·V  wßUòÇ      -"  È:é¯m  ñÃ
j  ƒÅ7Vƒ†*ý¦(c)ï̈  ¸ö  ºº-  0KL  ¦Ó  ø†ƒ  kƒ  1/2ô  WªˆÒ†  "ÂtLpƒ  Ú´ûÒÐï¥¦BÇ
  ÁB\    ×PÁ      ...1/2  2`pÁ    <"  ,
  �`"A-  "DDDDF"A-_hAœ  !
  0  -1    ˿"  !  ÅÁ"  P@"C  D  0 B"0"D3ì-  ˆˆˆˆˆˆÄDDD8ˆˆˆ  ÿÒëªⁿ7ãÿÿÿüµ
8ÿÿÿÿÿ&Â'
ŽÁ¹n  Ú"ÿÝ/öŸõ¯ Ô1/4Di{þd-(tm)A&_æJl  3B$ò !
œ  L eY  ra,  ¯"š3<è)N!¬-"C§!Ã
ÃH'œˋ^‹@œ p`ƒRpÀA,  žŒ  ÂiÿtÚ  q
Ô4õv^ïí¢\Þ/>Ñ(~š";1/4Š,\Ñ.t
ïÁ  Ô  Ž÷¨  #÷ÉÑ¢th-1/2 ƒ¤Ú  í=]ØFoT›  Þ"Ô  ŸT  "ð°z§X_ÕÕõïÁ1/2
-uoµJþÿ  }ˆš(r)ÖÔU>é  O÷øê+{ï  ÿÿ¯1/2ûªz¦(c)ZúQ  ü:ö¨_-Åíé?ðÈC  Íaj=n"}õüƒˆ^C
ûÚ[õ 1/2"·øaþ
éÖ@‹W-Ê  Ã:³  kðaë"A#ÖæIÄoÒÿÁ÷Ñ    (tm)²"3/4'm&îÿÈCý  ÿÛšÕÿšºïPÝû
Î  "  JÁ6Î‡¿ìÝWdëÒÒïÎ¯ w×ýÓiWø_ÿ-úÝCí.+îÿ3/4×µM  °1/26"Ã
  úV•jÚM(c)šÔ  I†  Ò}ƒ  ÿ'
5¿¬5†  Aí`PÂAŠÝŠ¯ÝŠƒ  -†¬B`È‰öˆ¯ÒÓWþÔW  ÞÓ  ðÓ°-Ø%í](c)1ÖÕ´Ââ    0Aªª">"ÁS
    àË

"""8‰Ó    āþ·þì(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿù6  ì8ÿ-¥:M´E""S²¦vk    ØWd# ó"VvWÎÆ²¸†  2¨‹u
-eUŸjvæB-UuX  m§
F  K¢Bó±V
vKš=ýj°-ÙØ§×¥ð(tm)@(×I  úíîÂ÷ÛõAÿvºÿ'¿ÿ:ªý}B{ü1/2-ý}/üi-ýë%ï[ÿüiÇü~þ¨
ìŽkqK   _÷ëë¸ûÕ ÿëü  µý  Ó0"¶¶ra  Š  {#E}jÒ³³7ä
\¨  ;weE  X!¦±
    ^', |9Æ ...
""ƒ1  Ð\Á'  ò@üá  Œ
5' #¹W'   wdâ¯(r)y›  GF¨B¡ŸfÄ3I   :#Æm›  ð† ^RäM
"cdB
,  B$sc  -}"
Ì  ~2Aù±  P  öž  0D  @ü ð  ·"úPƒ\ h3æ(tm)8(c)(c)ð€g Èb"
          ^(c)~  - á  ""àâÐzpÁ  (tm)È ðƒ  -¨C´
?OmW    µ" ¥n  §é¬6Ö- ÐâÀo@ ê 4;pœ0šë §X† ÓÛºAë
Â  ¦(c)"  _  š;ô-ýE¦é²)Âªv‰CÛ'ÆÄ(r)¨-‡Þ·#ç÷   " Xðµ
"ìÂè]¢ î8  9  Ò¢
î/°^ƒÙ  ØA/-K8åŠ+"}  öTR.y›ÉcH9ù$  nDëûOú%<‰Ž  ¶'lŠá"<hœþš%á"E-ëä§'Ç"ûä_Ÿh"õ"á
Í  £3bè"Ü"¶‰MÈ³Éí žƒ3/4"b÷Ü<?¤  àƒn,
 AÐAïP  wé?ôðAÒ  òÍá
    IþK
,'>-ôÚ  <'Ú
ôÜ'Ó  éõ"Û  §§A4Â
›]'§Õ"ßÓû"¶-WZ
°']>›ë§ßïKJžŸÐN"uúKû¦ëÒî  uA§ßéÒm¯ m'ÿJÓµÚkT¯÷ýé¯Þ·ÒþúÚán•6ôŸWuu"õþ  ¯¨ký؈^¯º"_µuO
tß¸~ï³§ëT†1/4në¯ ô¯Õt±wÒ°KVú\(c)ëé/¿¶1/2Ué:KãëW\  1/23/4¿ë"SE/¿ïÞ  ÿK  ¢ß_í{"-ûêÿø-Ô(c)uv
¿ok÷z    1/4zZéïö×µúûí"Ø0Šþý7W"Óÿä˜šJû]?¨ÿU~-ßí  ýAu_ÀU-ëCô/~ëûC÷àÈ¨U(r)3/4ûu  úÓHa†ü
æb]
  ø¿è*÷muuÿu_!ƒ"¿N@ƒ1/2¤  ·¿]×þ-ëÁ
Ã[ýmÓ×ÿîâºÃGúýW}/uÿÿ~Ÿü/"Ú•¸¿-Ô   ë wî¡† mn¯¥oÿu¥Ñ   ¥õ "ë"ÕÿÿÝ ]Âûôâ}^ÕE/åŽaÎ
3÷þÓƒ
7´ a  GÝ<÷ê÷_ï{ôÐþ¿ZýÈ=žw1/4/ÿWÝ  ßP^ÿê    ×vb~"]Õÿùe.1/4  DYûî"  ÿU_Ñ27ReYj?ÔÈë
Uïõ}_ûþù$WþätÚÿëë  U÷×Ù  P[   &ÿõ íwë[í/  Þ¿  %uÒ  þúJút
{×¤^  Ÿÿß~Ÿ3/4•ñü=z  í  ê¯íßÛKëÿÿÿÿÈ}¿1/2ªu}UêŸ~"Z^3/4Ý}mu³£u³(c)"€¥öùªªÕ¨'î¿ï¿JÒ]_ûÛÜÕ
}ß  :"[I  -+N÷[ý=~÷Ti-¥wÿ×v÷1/2  úµ"ÚáÓWÿkî  ŠÕîÛõ×ÔêûMûKßþ,nþ°]oß  -]þõ×ûWÕm+  þÝ
zÕôÕµïÏ6Ûõ_ëØ¦×z†3/4ëkôÕím'ÿëµÿÿm/×VÕê  O¶'Céÿá(r)š"k-¥"
uv›      &  "UnÂöö-(r)*ØIµº¤FV  3/4×ß3/4ÔÿÂÝZÿÞö¶"
SØî¯ÿÚR&_Oµa"1/2†-ÒQLtÂ]Xa^
.ÒM[
i0økä  £
'
V    Kuël%ß
Âhi}...ö  XaX¯Š¿¯é†\GýŠdQñÈ¯÷kØÝâL}0Â["Ä1Å°Òb¯0Z¯ÅD&Á  ?¿1/2ŠN"c1/2ŠÖ?Ž*"këÿb"ïj
$žÂí  jû    G"ƒõa6Ó-À2  >C  ¦}.úílEkëµ]¶Èaíä¥vAwû  A0Ÿa{¿öÂ
j-5a§Ú¯Ø&  °^Ý"šµ¨ÕÓ^Âd;ëø¤Ç    ¯ÿa6š"
Ú¶  ¦Õª†-MÐa-   ô>   Â , Á   Bð^...bГ^3Š"5@Á h0¶  a
JÓ  ×í¦Ë"¦

,0JÐ‹  Âi

Ò´Á4" ¦¡ `"D DDDDDDDDDDC%°C    $  1        0B""""""""""#^´ÆÇÒ[^-ü ÿÿÿÿÿÿþYÖ}GÿòÕ
Ó;";
É32,2`!\--Q  d€í;
z31/2
‹‹Á¤q¸@Î̃3!ÚÉ³¯&wG  èŸ¥S±ÓúI  Ìùn±ÒDÓÕð¿î  êÐuï̈        f@ý?^¸Zé[Ìí}p¨-Ç\f{
   Æ̃A=  1/2{uÚ"Ñé¿þ    ÐÇ-±=üü /_ÿÞ¿j°èi\t-Õ{ïÜ.Û[¦Þÿ~"ýCÞòWÿNö"€¦ìu' ² æ£*CÎ£$3b ¥Q
   |Œ  `à†#¨¤Hd,tõgö""`†¦·¯A§D ÏD
   ¯51/4êJ¸² <" çFPD€L"ŽŒñ¯ j  Â  KEÁ  ç žC ""jò€¦' a
Ñ£¯Ól
   ç.È̃š‡¨š3ìØ†±œj`!.e   '  n  >d´GS62 C¤   ÈY  ÷?   yP è)¬ ð¥ó0"
@Èq  , æ̃Æ -kh  j  ÿ{Ã̃   ª
'V*¦...¬^ƒmuT4Ðz


"Ða
°nª  2ƒðšÁ  Ñ  hPA3/4¡  š`ƒN, ðƒýB
o¯ §¯Æ‡Å"-  q
$  ªuìR#3/4œZ*é¿Å-é3/4¯pƒcA°kÝÆ°i÷Ük  Ÿ§": µD1/2...Ì'  Ic¹>rY'2ÈèYì5øAÑ:dç´Oì:‹[~,  ù+Ó
   G
ôäW\Z%"Evœ-tG  Q.xdth-?ôOÙ> ý´ûD¿  äçA  ÉØ" y  é
A  °œÒï"' OOAÙè5!A¹ m  ìŽ›]  ž·H%îE›Dèä  N"8y   :'F‰}    >à· Ú   ´EP(tm)8Aù
Ûå̃A-"Ó-¤ÒOÂx]=7  3/4žú¹u¯°
¤Û  õéÒ
wû1/2a
¤ÚAÔzIÕ¶  Ò  ]  ëé°§k"    ß
uz  átóÂ§¦Þž -U   ¯Ú§W(r)š
   ×   ÿM(MÓ*^  (r)ž"t¿uTè&÷Öúz´1/2×ÿé°ì{§Un1/2ªv3/4õé,qëì0ú÷¦Ûôƒë"Òn›A^¯·ûk
ñÜm+-Ý~3/4"óý°Wm'þ-Þ± Õ¤îëûûÃ̃
"¤ûóG¯Õ¥×]øýW]
;z~þ"_×    (r)(r) ký/°°mA¿ÝP*^(r)E  ú¿_§]Û·¿{°  ]Þêÿp{  ø]km¿Ã̃i  O¯u!Jú  ¡m~S"ß  ãuëlÔ
÷ÉHê  }]]  ÿÿxNÊ±î¯¯ø>B  ~èkÞÈM_ï×
{ÿk  Ã̃²    uõ,,ý(nÿ  ¿××ÿnètK‡M:ýw`ø~þû1/4/  r7ý"†
¿ú|  ¬7ÿt   -
N›¿]/õ~õ¯ }õÜÖ
¿-ñ†}`)´ý  íaÕ  kúÓá¿ÿ3/4Ñ  zÞ  z_Ø@    Hëï×}î¯OÛnµ¯ }BkPÖ"A1/4  z¿(r)^8²ïa"__š,üÆ2ÕëÑ
Þ¯Œ  Búç-(‰?´¤Cÿ÷{þ--úÒþ^]OýîùÔ&  °ûìÂ}èêþïÉrß÷¿DÈ1/2Ù  v¿ð\(tm)M÷ÿÕ  Tßþî(r)²ÉÑ  ÿ°°~
   F
H  ~ÿõõ²0jÿÕ¤  µ÷_XZÕï̈_õ ¿u×¿ÿ(r)   ýë"p_û"GG¦
úÿ§K
oÿ·û÷J×Þò"ßôÞ-"w÷¥[û3/4ß3/4"  ØU-  úëÐ|?ÿì3£Vô÷}};‹ÿs¦öt>ßÕ|  ëõÿZÿoõÖøí.õþÿgVé  ]÷ùæ›
gßßÿïÞpÝWßê÷Tÿµôûþßm{°êû5a¯÷üoÿ¶•ö  °(r)¿~-Mû[ûkûÛ×î"ým"}î¥ô-6¶¯Õ¥¶°ö"k
%WÚÿS¯_{I
W]ßûjë¯kÚ^1/2--...µøao3/4Ẫž;VẪðÕõÕ5U"V3/4  ¶  Â÷jÈxWî¯OÃ̃Iµá"¶¶•"á  Xa[¨a+Ioí{}†-ì  Vé
†G[azl&Á,[
`Ẫ[¦  {  `(r)è%ob ^ÿ± dpðÌ
é  Šþ  ^ê  +
²î̃A     C
Á...XadKîÇ  \VÕ2  }Á¯-Ã̃    r%3/4
   Ö8¯>-m  ŠØÃ̃  ±]ñû´Áû!â  'Å‰'ÖÈ#Úü1ûìT{-  J)Šv?öC  b¯¨¦DÁ

b  ÝC  " ïkY
>öA
µ²  >   ÂT(tm)
   AáêÛKì%¤  W{Xkÿ÷(c)

öC3/4ÅSJÈ<7ûiØL&"V  éuì$é1/2...û
d@ía...†(r)ÃXaj4  &rüv  a0¯¶  &           }  ±ÿ
0µa5jMÂ...°·ü  ,0¯L‰"a;
{Ã  ¸a  0ƒN  "    Á  ¸`ƒF-¢  4",œ,â!œr‹¡  -"  ,DF  TÐ0†  Xƒ  ,!
¤ñ  Jv-  6æ  Ð^^^^8^^¯¤""#B  B#  "DTDDT›  •F(tm)'  Jò¹‹µ
-Júz¬v•ØkMX_  ,&*-    Wa

†    (^þZæŠ9Ø"  ÿÿÿÿÿÿþYqÉr"W
@ƒ,
e°Ó%ÙÙ
d¦h3¯§ÿúõR¶¦ŸßÿJ1/2/ôN...(tm)ÝïÿZªÐßú  °ÿïÿ¯ëûiôþRÑ  D¯*Œ‹2Nò  )  gXëh‰².Nz:2C:ÆÈ    *
W    (Ó5
-<¤#"6
*Ø  d`¤6ƒ>"  2à'''...#›  ,!ÐÍ  )›  N    Ð‰
Ó6  ó‡,!æÂ!S  œCÐ0Aá  Ó    Â  Pƒ  =0ƒ|  a4-·  4  A¦3/4  ÅZ
ý
¦  z

âî, ãA  âÓX†ƒON...¦¯n'á  žé  ô  vƒ
ž^±dK
õ¦íüœò}Ñ-<...  ¢^ã3/4¯ßz"ŽS‡èœÛß%ÓFQ"\ÖPäŽNnKè-äY¹hÂ
Dèät'F,aÈæäéY  ÚAÒ
ð  1/4#æ  7
´  (tm)^‰óÓ$ræÒoô  }PA¯NlCJ    ô  têð(r)›j›§-'á=uõØMÂÒxO-  ô(r)žž    A°o,°tž  ß
  /Iéêúmn Ÿÿ:M¯[ÕtÓÿj¯õ¤þêµ÷Õ:"ã·UÿbÒ>4  (r)  N¯t"éÁ ›·Ú÷_ô
õ"CóúÝ{  î·õÝÜ}ß"k  k1/4}w¡ÿum-wJûÿ  °°|-•p¿ª_  (tm)šN  ozôÓ°ï|    (r)Ï¯Š{L  ¿d@¯Tj  !uÁ÷
Œ
(r)øö
#ï a}
V£P¿  ô">C'ë:  -ä€Ã
²  Í>öT  ÿuì‡¦Ý"  0ûµ3/4¿vB  -û!  ÷,õ`ƒFØ>  /¿k  ï
3/4ªýuH,B1/2<0þ°¯ò  ì:
>ò
     ¹3/4ÖAw
Á‡2¿A  Gë  GOË  Û¿Ñ  õ³  -a·ïD.kÂ#IÁúÈ+$w[ÔµpþÚ¢,ûÏ£UÕ~‰  ú  "  ÿD'‡|Ú  CÈÁ}:  Ðûä
  ¿òÈ¦íÝÒß¦$þì  _áik¦-Á÷wþš^  tô•¿çOÛûߪþƒ¯3/4ý‰að÷¯ÕU>þu·s¡ÝÿÓgWÁûÐÿÿô¯èvPÞê°§"èÿy
ÃëÒjz¬wjPý-Š¯1/2z¦ûí}S¿ÿ~þúí;-ýªÁK"ÒÒþWªÕ-÷k-×ZV"}|0-ÚÝ  µoõ>}mp  "°ÿõÚµnî›
Ý6-¯m¦ÚPÒØa[_Ö-l*kÁý¤Á¤ØVÒì%¶¬4µ¯ê¯4>-†    CNÂ_  \:
%pÒŠî  /
+  "õaj^XQQÇAƒ  -  IŠ¶¡¯  vÇ  "p¦6+Ø"'¦=Š
tÇqLƒÂb¸(r)Å  ¤1  ø§bšÝ‰ûMm2--}p¯[  ...Û  ðù1Èš%"a'-é jÙ
jØL/jÕX*v  C
v           åÀ  ÂØL  P-Ü0B  !

&¶Ð` "0"C Z
¦ 4Á 0ƒ
Á,a4Â Ä ÊM´ `ƒ "#`ˆè3.µ"hDDDD\DDb# (r)"IäÜ,"ë1/2ê³¶ëÿÿÿÿÿÿÿÿ- ¨ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ËT¹Ÿ2¸Q "D›-ëa
õgz -æ'7pÊsî¡Ù_(c)Ø- 2 f '
3°$hfKLš ç`i*3/4D SŠœ=×WNµ_Õîª 0 ý}è+¨IýÂÿTÓ_y!Âþ-ä+-UWë-èŒï¥"?~×,
ÿŠÔ"T¢^ØMö _NÐÿ·×Z¸M¤ ûQÿ¯x\6-í-~ïÿÚÂtµÕ§Wÿþt2fDC!Ä3:3'³!²
\˜ QyÂ!³¤M ,OJžï¢cÎ VkË§òP3ŒèD€ä¸¤! , "ažÈ`...
üpSP† 0@ÓÏ4
Ð0@Âx É
"!r p Ù R !¬ œÍŠ|CP¤Mç@æˆÖy(kíbfÏÀˆM °_Á H ƒ 3
¤á
qH˜žH ðDç É
ƒ
; =B
ïðƒ 4 Aï(r) A¡"ðŸ§ Â ›¦˜A,
,h j¿3/4ÖÂox v z `ƒð ð è< j¡5^-
÷ªj›¬Tw§ Åºi"ô h44úÂÆ´¡Ó šÅ(r)ž(c)"þ ×± î4E·Ú¢ ENˆñÈá¢\Ñ Õý ö‰~KÝú¢<iÈ(r)Ð‹
(r)ë-o3/4ã Ñ 1/2 ÿD-Ã"¤äºˆúih-†š':&vˆó ÈœÑ)Í;Ó,m
Â‡ 6û%ŠF...p &ä_ nEöðO'J&{! ...ü-´GtLîøû¤È@y)Ñ?Á
,
!(Mð °‰{D¿Ú': àƒú Ùè7N,}öž-9 êÝ Òtºèi Iêá? ýººx iÒ
,
(r)õÒƒ 0ýéá:ÚtúO < ß¤Ý:÷ÓÐ}~ 'á=;ÿ ===7éU>ðž¯¦úz×ªn tôúï
Bd
Ó×Ýt¿ÚMýh'§§¯n¯ º ¯¿Ý ¥j5W3/41/2Zo×úŽôÝ5¤ô×þ,N êÕëqn·qô¿¦Õ-}+¯-±}|jú[ÝñkÚÛZýÿû
õ_¬vëza†Ö•?Ý
¯O¿ßâúïðõi=(r)Ó(r)ÿëOÖ¿(r)1/2¯ƒµiÞ- ^ @Ì"Ã(r)û¿zðk ôõ(r)ÿTÃ
¦
û Ô(tm)‹Óú×ÓÃ0 î"õk`àÈ Eû÷ ¯á)9Á·- ' ¤@œ?
é" r0Kë3/4BŠ÷5
zä.Ÿ[×ÓýcêÛj÷Od92 #ê‡Ù¨;×A ›2*%-¥Þ-u
Ù
dÀ ² = NÁ ^²€aoƒêÞ-"ÚÿZ¿__`Øg@!÷ü
Úé$›~ýõd0¢
°yP
ÿ¤ 3/4¿`Âú ƒúÃ
õÿNŸïÛÕ?"ì0Á"AÇÿø_ÚÑšiß_W
á G"x_1/2°ˆ#þÿ Â -ðˆ^oá· þÕ§ídÂR´ÿú:

ˆ^þÈ0£"Cå¿ ¬[m=µÝA1/2 ¨0ä &CÇä €Z¢ µýáÑ ÿDhªàÚ÷õu¦-[]ÿÿ"â
²H¯¢Åü‹K×J¬É9íZ3/4¹0/&EÊqQe$tüÊú$...ëÖF

3/4
ï" úïû!*3/4ÛÿuÿÂ²\ÈØÐ-ý÷EéÖé-5ôéïƒv,\6è-ûøW¯K‡I~-
íëô3/4ëGG-U1/2:Mýû‡Õ~ÝWº-:Ú÷ºø=W‡¸_"zK¸uozõü$¡-ý¿UÐ ÷ "ëõÎ=éßó"ö•×"¯¿¯÷53/4þÏ's"¯ì
ë.ÿ§Öyî3/43/4Þpï¿ë§Ã]÷Mö--Ý?Â#¢œýWï¿÷õ[uÞÞ"(r)3/4ƒ-USõl*]îº í(r)¿ºõö¬> H5ÂÒêÚv¿ß1/47í]
ö×_céZÃ ÿWvý×´ï}-µµµû¯éVÖ×û"NûJÂM¤ÚL5¶í(jÚ_×Ã[ì* i_ah†î·Ÿ6BBë† ûû

ïV'j¿¶-¯Ã]Øa[Xk(r)1/45ä31m">I'
V")0i1°Á+îý´-+  êôÕ†(c)¯~A¿4¶|*þD  k   pÂð`¬5l/°ÂQØY  í,KÅA¯
ÆC3/4ØY  B}Ž8¦*C  ôØ¦A
±û"_â(tm)  {  élSaC  ÿI†  ¯ØýŠØö)ˆV\  3/4)  GÆû  ÞÔI=Ù
E¿b  š}0ši"÷ka  ^ÔT†!íí1Èb5×b  ïd;û
lƒ"ØNÄŽ  ÛM; ðý³ÚiÃ!bÒì{·ûM0š
*ö      "á"3/4ší  ˜IÚõ ƒÚßêÕÁ~  Ó*Ø'V¯OôÂ  ¶"}...j  ÂÚÃ#>Ö    Ô  qÐàÁ0ˆD
  Œ  †KeÂ  ÓB!,`ƒ  +B  A-,ðñ  x* P@Á%BÁb%["
                                              ´
˜€'a  0B
Ë  F(r)"DG      `"DDDDDDA•)""5ÄDDDq        "DTD  -à÷ÒäÙkJÔÈ  ý*jƒVÒ¥¶¡´-K6 •†
G  CŠ"  í4ÕX@Á0U&ÆŒEèZJB?ÿÿÿÿÿþY  ¸ÿþZÃ"¥(tm)y"q!ÊéhÉ(‹p'ÞŒ      -<ñ'dhfCFv˜IØ\    l
&djì-;  ô³±¿ÂÔ  "
-%úGd°þ´  Òè-äÕ  þ¡kjõð1/23/4ÚKèœƒÛ"ÚÎÿÙk*ÒÿÕ{  ¬.3/4¡%  C°PO$å--qñ¯  {Äv‡  õ  ¿þÿÿ÷
úý  ù¯V@ÊHì*;ø...  BÙÝ  5   aLÁ    qJŒ(tm)Œöv"úÈª²ù
JêÈ-ò¤    *  ŠT3ÌØ‰    %ãÑÁÿ  ê  É1
¨ñ  !I
ÀCP·›  @óíèDᵇ  Ê
¡'"ˆC`ƒ3  ˜fÆ    "(Aä13ÌØB¡˜  ð^z  C£æƒÍ°L  Á  †  &  ¦H
PgÑñšƒŸ      W
"Á  4-Èö  É`)
"
è#˜ì†Ðh  ¨"§á3Ààƒ(4
Â
Á  <  m"Âa    4  a=B
  ÛP@ÿâ
Ô Ô Ô  40ƒ|.¡  P  á=Óµ        ¡"øa  ƒŽ¯    -œ õA-ña;Mtôôô Âw¸Aè0ƒbÐâÓIÐ{Ý ãAº¦ƒTø¸ïOÓ[
è;T-š
U:°ƒÐqT  Z  í
âø1/28¨·O"  ud#´KÛé²#-%N-"ÖO)ý'^ôGÏäþfÒ'ó  9,ï  ‰óÛµNaÈ?§!\4Fô´EàÑ-9  ¯õ'fNoD+  œ'*d
AÕ‰O!Çrsr:9?P  º
(r)‰M"±nôLí'A:  ˜˜Dü  ( tJ  d^r-ÐNfá
ú
v,m'yÉÑ¤èœû!@ær[¢>bòsrX²tL#3A  "ôðž  a9£Ãr;L"Ðn³6:
ä_ÓúAá7NúNýóÝ$Û  §IÖØMõ¯")7Ó3/4"{Óh ôÕ Õ  k  h}í"ëä  Rn‡¶-
þ  i6Ó1/27Ót4×OûÓ"˜õp˜á6¿Tü'|(r)>
é?UÔéí  ÓÓ-M˜×^...þÝÐn¨+a:¿"Ó¥}t-ÐzýB¸N-WO1/2>µ÷ª_õM/¯ôÝW°µ±ý-˜m^-"ø×ªOI  i.¿ô-ôû§ú
qûWýÖ¿íÍÓÝÑnõôâñéÕ3/4·¦ñúÕÛ§¡ÿ‡~õïÕmý×¯  ÷ÿúÿn+V´¿¥ÿÿ÷é  ×ëëTëßÕ]ëÿõûê÷µ{ÿìûû¿ý-Uˆ Âü.
ûí¡ô¤¢€U÷I28  æ  &È    ã^ž-ÈÃ"g@ÿë'1jÁ  dJ"†‡ê·_PKëúµÖÑÕKúöš"Î€Ÿ  d  *¯Òv-"oi.ÇÄa|è    zÒ
Ôè
1/2  ÿ3/4L  îu  zä
X  û¿æK`ÿÿ1/2núú§ú"ƒþT  ÿû[~3/4úºþ  .×¿p1/2,ëþ
Ñ
  [x?¿aU_2%  ;ÿõþ÷  íÛ_÷×õ(r)C@á$ûßu-Wa  q÷Á?Ü  äMh‡º‡¿ÿ"AØW...†÷ß¿ø^¯õ  Ò×ß-ôCßÿ
Â!rí¯òÉÓB9'"º_&(r)Í
  ~˜NüÂ  Ú")¢3·Ñ$=ÿÂ  ú!¨iÃPo¿ûºè...ÏÖ"÷÷ë¯zè<>¿Ò"Ò³ýúòÀ¿k^?¢H¶¿÷´  /ÁV·ß$Ž´Œõôœ_ÿûòÈ
×î·þþû×ú,>÷ö‰‡  õÿ½ßïø]wý=Ó]k"ÿ
ø-ö  ·_×Òéwwþ¿(r)ÿõÿ×Kô"  {  [xozÓ  ÿ.úß": Ò}¯ª¯imõ]⁅×ÿ1/2ëëÿ¯_ý¿¯(r)û(r)¿"](r)ÿ: {ùÔûêÿý

[:=uÿÿ÷n°ûê"Lãv¿ý þ¿°ßí(r)ÿê1/2¿Þ⁻-þßám*Ó¥Ž8~Ú_Ò*úûê´ éÿ-ë-ªû  û-&µ×ïÒÔé÷ý˜ýwµú]o1/2µ
OuÚ-/_ïøi7ôŶn-ë{
_Õ†  ÿ-.þêŶ+ÿÃOá "__ÛýWKᤤ5k1/2...´¡" wNh}6  ˜5ý0¬0¶"¿  -iý¬‰›
WkiXWøiŶ}¤¤5í...ŶÕa,ØV  _ëÃ
{1/40 f¥¬0Ŷ† ÚLmì0"û    "  í,±† $ÿ±R-  Ø⁻b(r)¡,l]œ  üBá'ÃG°Âì0-†
¦ÀÇ  Å^ûìWë  "âŠødpN⁻âšö÷§v+côbL{!ß  ëµr
¿Ù
‡¤×lI  d  tÇíµ"ˆ±¬Wb÷â  ô×ªwµêá  xkµ"  8ÚÈ#á0-(r)ëkawÛ  CKÚa§
_˜m¶  ì,0¹
C]Zµö  °1/4†"§²  ïËpšUê¶  }BÛÚMZO°×-Ðax0⁻Ú
,5ôÂ¶š`‡ª
Ž´Á  á,

°¶  Â^ðÁ=ý+K
m4  h0^Â`"Z  e×    É  á'"†
ì!
‡    b"
,        DJt"""""""  Ì-`"a  @Âì¦¡    ƒ'XDua  ‰"                    q                RêB6¥£[  U⁻
⁻¦  %Æ+mv
Gÿÿ,  ⁻ÿÿÿÿÿòÓZ3  #;(tm)(tm)  ³°:Y  âi    ÎvT(c)ì1/2|ÉQ•  WFhzfB'fUê›ª•  éÂÒUv'Âá%
¡  zø[_  ÿõoi-?ø-_~-†3/4ªëÖ,´-é
_wµÿÛµúî÷×Ó  ×ôA  Öþ´eÆ{%q  "/1/4íHŠ´(tm)-*Ì-D(r)"  Lê"›  ^^l  Â  A
L34xlÄ)Ï:(tm)Õ"DàgP"4f30éÚ±"Èa6U£  B        ˆè  Á  (tm)@ÎE
¢1g"@‡HØ¤›?    ƒ  fÅ)È  #äh0  "â      gØD(d%(tm)Y
"          0ðƒ:  oðN,a  Lͨ-  ;M    p`ƒÁ  KA0"  VÌ                    ,
›        Íˈ0Â

Ûô  @Õ4  õNð⁻@Ðh  A  Â
1/2SMPié±a
§á  ôÓÓ°ƒtÕûÞ!"  pøxO"  Tý
=4-á  éíŶ  Ðm§i
ëbÐÂÞˆƒ´áýA  ôî›."B-8¹  fÖ.Ó‹ÂÕŽ  Dpý  1/4!H-9  Ù  èŽÜ|]ZhE"Ja¢\Í.DÊ"  'a¢sr)ÉM²/Ñ.:äC
Kß"@Ÿæ‰ŽÑ.l  ^O¢^ä$LæPäèDì-9  -‰  ^í    à  Ð@  äý  ƒp@àü  ò-3/4DÆ
¿DæäL"¬  ÿ  ´  Ð  "v"'ò      ,M  Ŷ¿"ü  h<  ß  7L+"-  >  è  Ü
ß-"ÿ#Ŷ⁻mz}éé´Ti  ðAÞ  Ól&žƒ¤  úxPˆê-"1/2è  ß¥¤-¶°ôžšÒnŶª´(r)›ÒéôßOO°N,zµÕéØOóU
/JÚ  §Ã
_`˜t-µþÓ-é1/2&ëj›"ïz  ý‹'ÓZŽ?OOô?O_]ï"ˆôëÿÖ×Žï]=Lï}ÚÚV1/2ý"ÿ¿ë§¡MßÝ7z~1/2;~¿ð3/4
[ª^á7ý"ŽƒÒûûݶ-ÿWýzzëþýW_
-Ò¿¡è?~¿~O¿Õ3/4×ª°ý÷ö×þ÷×oÕ⁻Á  ß^Ŷ  Wû  Ð&1/2(r)ž9
⁻I"o¿ÿ÷BìÐ&ÿNFÂHtŸõ¿°o{÷⁻°âûÕì,/öt
ÿì  ÿ"  ÿ¥Õõ¡ÿèzõâ
aƒûÒÿíW⁻ÿé{ÿê²ÉÁ  ÿL†    Äö¿"  ¿1/2  ·¿ûßþ  ‡õ÷=izßÿ(r)þÿ¿¿¢  ÷û"mû  Á0ÿí  ÕoÖF_ûøPÞþû
Þû¡¿þÈcGòà¢ú¯ä3Å]V"×    &  ëõ⁻
ÿí÷ûÈ0(r)⁻  ÌOÿ¢$Ñ¬&"ªÞ1/2zµëüµuÚ  "ý  SôF"ÿòœB  *ÚûäLWõ¥ÿõYEö"u"TI  oõô°¿  -ïëõ⁻ÿÿ,×
ýƒƒmS[~
û  ÿû×W~êÔÂÁP×ßo×êïÿ1/2öÿÿ¿¥ïõ  ?vŶçF    ß⁻þû³¡Ñ⁻ý-RMÕÿÿÿcûÓý.  O¿:ŶÓÞÙÕêûM~Î-S3/4
Òëï[³oþ´¿êó-ýpÐ~(c)ß¹¢3/4-õÚ[_±×i}-wõ×    ïÛ[VÒ_ï"ïï›¿í'KŶ"]_[ýµj•ÿÖÒ}×öëÿö-n  ÷tÕ÷ú†·øt·¿
ký5  aö¿"k-¥¶  {Kiá¥ûßÝwÚÿûkuZ  WvÒmul+aXa$öÕµßOý°þÂWV¿kaa-°ÒÕ†⁻È,Â⁻ðÒØkû

øo|5°-
-gÏê  , Á)  ÔllS
,<-  ZþíöÂ-áŠdXR%×Ž
+  Èœ+äG
"
Sÿ-Èƒ(r)¸Ûàä\M±VGÂìK-žûÜ1AŠbÝê*ø"Üý2-ö+úb1/2öAÞÄ¨úÚö=Þ   ŸÖÅw¨þÂ^(r)›¿ë´Ô,C
"Œ...ˆh5ì%{íúÒÚíf7k¦ÄNÄö  î1/2§-ÂØZì'ÞÓW-...°§-XL  ÂPÁa¥
•a
ÃZu"økµ
Š0 ýP0°ÁlŠ  ƒ  B     Á
4;  A,   e×"Á4Â¨¨Rà'   W-´Â5B  B8¸ x¹Ö¡    ÈÌZ * ˆ¨¨3  z        ÄDE...     DDDDDqÜ
e¹.¹7R^"SÎ êýÓ(r)´û

(k(r)*  +  ö¢š3/4Âi(r)á"Â
Šl
$       ÿÿÿÿÿ,Ð5 -ÇÊak  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüµm"ìì
   æFÜ›  "pXïH(c)^L  i¬  g  ÁÉ  ˜S  x;<yðÏT      Eq  ;  ˆ¸(c)'

óó€ƒô-"M¬  d´Í  #    ãôÔì'4nõª¦°{ý1/48xS!4WVª  ê1/2~.,v
ÿÓí=T-PiûÂûú-&Cd  ">A€'    ßdÜüÑ  r‡~  j^íýQ=-.¿È\2ê~
F9dýé   8Ñ ì  þ¨ 6%wØ*züuÃ1/2ÂoþÝÃl&Ä  ªO@ß   ÿ·^×þ"a  xWÐV"ÿ×ë\=¯‡Ó´Þõ
V(r)úÿVõßPD  OâÃëü†)  ªòQW  ÍQR2  tS²²dª#¢  ¤x"2O"è§Ž  ^y'  ,Ï!"4Â!JööØ    ß
ñ"ŒÅþ  "†¡M²  š(tm)»PgA  Q  h^G  .dƒ*Ñ    /   ¿§ó8 f¡Hf  2-ž` ž  3
H  '†¨ D(bGã8Á  $0D@"     Â5,
'¦ƒ  õoî3/4í÷1/2Ó    ,
,!H"  "Á,  u
   ,i3  ˆ"-
>  V*¿i
 Ý  (r)  "ÓOMB~  Âa
i Ö!Ãôõ§ööþ›_Õ4ÓC  >ô

   A=:AáVÿ¶ƒCx1/26*"ÓôâÓbÐôJß¢\÷ÒK‡þíûÞÊ     ÍÉ{"‹Ñ  wi²  õN-´õ×oÈû%m'-è‹í'aI{ä
ä?QM.K›r<¢'4Gy  ƒA  ~  MšK¯²Ý}wù  N
"      ç"ûdn  #3DœÑ.  Èóš R|ãªÿL0,n  >Ðs8PMÈè    A¸Áý  Ü  è  v  x
x'A?Ânü%ð|ƒyý´ý  @_WZAÐA¸N
4ôè Ü'ô    r'1/2  ¤úðž  m&úÖž¯Mtß¤é=7]>Þß¤ûÇ¦,ê-~Û[²
•}"¯ 1/2;õ^PÝk[
OoÖ¿ûµ];i7Jú_Óp·¸µë§ýéa^  =?õÕ0Þ¬ZëKK÷Æ  Â°Þ  ézßÝ6-ÿÕ  Ð÷û õ×ON•ÿvðOƒ  îßá¿ÇK¦Ú{
Æ'{o-3/4Ç¥¯^Õÿë}W¿Óu  ¿  ÿ  Âò
=µû~æ°~àÕõÿ"ìÒ÷þ  aí1/2jÕ}m×¿`¿¯¯-UÙ¸Ž  ø1/24¡d¨é  O"o(c).  Ù
-§1/2zdPB%_z  õƒõak·ÿþ¶þ³P_Wõ4  ú  ´×úé¡ÃÃ{ûëäX}þ
 †  ãwä9X9  }y   ÞCÈ×AÐÃÕõ¨¨¨ÿ{É  Šw÷$Áu"ÿÿ|0~ýú·Òƒô
 -w¯  Á¡÷       tÃá Öý  ÿJ¿ø¯ê   }_È.?Ð_þú_Û·û¶"#ïÿ
6  ô,¿†I...ëÿUûÿÖ^{¯è‡-Öÿ1›Î¯"þ³÷"(r)Ú¥·¦S"DYè  "  á°n@  Õ·¢  +ì?A,~*þÿÝw1/2  ZZý  &"¯÷ÿ
ÛƒUo¿ß1/4äú!     "ß,›òœ(7,šÖ [~
ð  -úõ  ÿZü°÷Mÿ,?Ý7ßÞû{°Ýtöú[ö-´3/41/4ƒ
*RÃþK‰Õ¯¿ëûíýÒ_ëÐK{¯çV3/4un3/4è  Þ¡  õ÷(r)Õ¯ÁÄ¿ô(c)yV~-ýÖÿÿßZêí?"¯µ§þ-oo"ª¿ý&ëÏž"}
  _îESß"öÿ"]ýu  ÿõ¯×uUõ_ÕÝ""  _nÕ°-¶(r)ø[_  ]nÖó3Â~t=ê-üÎþ,Õ°¶¿ÿö¿é¯  ·ß§öž-§¶-1/2¶"4þÔ ß

&×Û_µÒêŷÛøíkÿkth¡¥iZ_þÚÿë·
*{K"[J  Ká(r)Nz1/40¬W²
ëx¨0HÐû‡L0V  ¶|"ÞŰg  (r)-(r)ž¿Ñ  þÕ  'Á,ÚÚúþÚ[ûa8uaUm>Øki0`"ðÂ_í±
...ìWÓ  û"Ø¨eÃ°Èáá²~ØIm&
-´Ø&ûd|0Òý"œ1
)°-1/2ðÂ  Á"
ö)û  1/41Æ  ªPÇ¿ÛM_]Õ~  bFí  Š(r)EÁ[  Ã#"ø28'ÅØK"  Õ1_×µ§ì^-nÄ›éd  ð¡'°Z(r)ð¯^  Jðƒ
wv  ÈXM7[NÔÛS  8ª1/4  k
Ba}§íuì,D>ÂµjÓi(r)\ ÂðÂ¿"!"
-AˆŒ  ïï
Œ        8al%"ka0¯a&þÂÔ
ƒ  æIÊk  (r)
œm,î  °N  Ã  1/4  À  `‡
ÊÊN  ^h  hDE,
""#ƒ$
  '×  L@X°ƒJÓL(ˆ†uí^3  @!        GQ  Q*Ð^^‰
F"W;
üGÒÃ×...JÒ_"k\F*1/2
Ã\2)ºP  ÿò(tm)  ïÿÿÿÿÿþZ"Ì,âªÌƒfTäØ,É±6v¡Ã)qÙ6~U)O‡+¥:È6UVv¥çÙ  ÓÓv¯ÌŒ>ï(r)
¿]¿ÿ\/÷Öß_ÿÖkÿ×ÿ3/4¯1/2ýSX÷×÷Qÿ    ...t?ÿïø  ÿÿ{þúþ¦  L
D8BdË)ÑÁ'...'  s¡  Qr->d(tm)r¹=ÊÑ"'  nj^qÔÈh(c)(tm)
  ...  èèD(R\Û‰FÃ  CÜØ†¡H  pÉÃ  ,œ.B
Í(tm)8R    -}Ú
  <  y89DlDèè  M      ,  ØG(c)
    BœÍLØCQ  LÙ  #  ƒ  d´!
,!*#¹H)
    AŸ0žP  ÜÏ!  3Ppƒ$3b
,  š  ,Ä    -KµMtÂ  š
  7  <û  -á
§ñh=<  Õ4,  z"  "    @Á  äS
£8GCNÁ  -Aœ3£(tm)    øL  xAÚi¸Aá=$  A  ÓÁq¦ƒÂ
    ÂÔCMµµOÓÒAÁý§§ñjœiéòƒbÂ
0  ö¡4þƒbÐÐlG-fôÂ  ¨8µM
E  ¯  zqH-0e  G  ä±  ¸îK  ë"öOž‰Ñè•6‰vK  ^êK±hŽá0  Ü[Çi¿D
ôBÀrWDpÑ  È\r.;'æÚH-‡R~Ñ/v‰o}  ú#Š'6%og'y³Ž]  ³h"Ú  fmÂ  ›è"‡è  Ü<?Â
  ƒõõl  ðƒ  A¶  P@ò'4  <œÜ-´Ð›-<=Ñ.h-í,(tm)ðÀÐAà  ¶  0ƒPƒ|&ß"Û'0á6,y  Ü  ô        ðƒô
...ÂvI  >"¯[ôõ{Utß·×M¥¤õÛ    éé´>at  '~²G  :  7õ  §§ÎÒï>Ò  ]Ú1/27
ëJÐO‡H?OÓ¤  ¤ŸßýþiûiÒz ªÕá5‡-ié1/2Òá<'TÚmÒÞ*-ZZ1/26öÕ5OiB
Âþž  /þ(r)3/4¡þ"Õ}/þ  t-"v;
ôëVÞ°ÒÒ¤›ý¤»ÚJÒÜZ"]>óÒöžíý*Žôªð°um_¯k¯[Çñ¿¯3/4Ýºmn...wúñ(r)"qß1/4Z  at?  _ÿõý^¸k{ô:ô"û3
/4·¿Nïôþÿüß  vµþßö(r)µÕCõ,  {ё
(r)¯ö3/4-×_dB¹ž  öÂïÚKÿÒ"ÒÉÃ¢  ^ŠtG  ÿÿÐeÃ    Ñ¬/"\  ¢,    ê¿Ø:Þ
WJ°òâÈá  ûÿ¨Ïeõƒ¨ÚÚÍAZÐ÷õ8  ¨Î¨žt
V-íûÇÈ`ò  cÚX°"@1/2ë~ßÁ÷Ñ  -ƒ|É(  ý
{ëÞô^  ƒÓ×$    ýÿ÷ïÁ^Â§ßõ¸nÂ  Ž-Wá...ëÏ/d  úÕ§  õY'À1ï"éwëtöÃÿÂµö3/4úÿXD  zá  ðŸÿ_ü0
ôBÂôÞÕ"-7-íPíþámÚ,úëï¿úÕ  äàä  á  ÷ª²Zµ·ÿr  Ì  ¥"
MøDI¿  ßöbrX    ‰o:õ¢ÉÑ  úÿö¡‡·á  Gö´A3_ÈW÷ÿ~e  ‰¸C  ¢3ÿú÷z¯"Z$...|  ¿î¿ùR=
ý"è(tm)  wþ·5  ¯Ð/z¢)Ýþ×ëþÚ[OÿðKÛßëöÛ~  uÁ/ö"ÝÓïÒûþ,ïûÿAõõL?k-¢¯ï÷¯(r)1/4"¿v-*ëï×ô³Rw

¿J¿]ÓélÕUõÿûõêçG^àÝýÒ¹Ñõ(r)öîûí{ß³¡"ÙÕëz÷Vu?]ÿÎ-Ý Õ "Ûý(r)õM²$uýíùÔí%ûÕaô(tm)éÿ¤µÝ
kÿ°Ž§ÿího¹ÔÍµuýk3/4÷ëßï[U(r)þšõÕ}[I_õõ[ªÿöýn'K¯öûô¿¥ ëéá¤Õö•÷û
uÕº´ÿ¿×nŸV"NûþôÒ×¿µöÕµíom~ê"í{ûJ+}m-¥ü5]_Jÿ´¯µÖÖÕ´›_ö ]"(r)Öû
ì0-Ÿ6¶ L4³í†1/2¯Ã[Jík1/2´›_¿(r)-[Wá;îØk÷a.ÒØa(i6§Û
%\ Xa[M† Z¤ÿí¥°k"[
í"¤KÅ}^...0Â_ Ã ý† †
°Í...ö ,4¬%}...† ÷
i{
ì0JÂK¤ƒ Ã 4È£ Ã El~ÆÁ,±LS wÈ¹¦=Š¨µâMÃö ÿ³
Wµ±'bL{ Ä""ØØ¦ K¶*×¸abŸ±lSÛq\{ [
Ù 'wÂd;úþám[ ñí...3/4Õ§ °ƒ
ö Ò~ÂØ[_È#Úb·j)x"- ¨d1-ä;ÚUY1ÖÂé" Ã]†¶ a=ªiÚ¨ka ¡_°¶°Âú]&ƒ
0ÁpOím+ ~ Ú
¤Â...ì+ií_ GA...°°Ð´Â ÓL&¡`Éë¡Ã C †X@‡"!"" , 1 B4""" Û DDA¡ B"
²CˆÂ b,iâ
ÁKuá" @É-VEØÑk HA-[ ÄDDDDTq Ùa@"x‹âôµâ+US°ÞE7þ ëÖ "'Jø*¶--›¥R¶"P
Ál(Â³² -ê)Š (r)Ð°š3/4œ Âau Â Âà¢"?ÿÿÿÿÿÿÿüµ
†E'-£-jTw¢
j
£ìû!L(c) ¤mžÌ†œ(r)¯ âZ ÔÊTE³1/2YöeST -øú
ùÙÞ
Vœ'a U‡¹ÝH'yÞyÛúO^"ø_šZ~ºj Âáy0 y1_´' éÝ^ßö,ê-1/2HŠ:ÖúÓ...ª¤ ]ôýÝ§ÞX Þ ¥ÞY¦¯Üš
¿ (r)8¯ZX¸ô<zA?×1/2Õ~ß¯Þ÷_þ"ý}ÿû1/2uÿ F´ç SH< /ëÕªä•·"Ü ˆ 2>D' "a' Nˆ0‰"Ä€‡\àÈ
Ø"àÿ" Â!&^¥è$% R
ùöy› u È¤ †Íˆj-F²AghfÄ5Ù ¥z'6Á Kœ,O(tm)¨ÍB˜yÂl†2
' Ù ž @Ì2œ98¥@&l@ƒBÍ ƒS
Ø çØD]A, - 4Â þáÚ}`ƒÿL ðD1Ja È6 f€†Ù
" (z
§d0" S$
øAÛŸ 0ƒ| ðƒ5 óæ˜@Óè êÓ‡" O
§á tûA×¸N.×¿X´5‹ Ð "ôÕ7Dƒ¿ü_Ü46!è4ÐÝá"4Ð{ ÂÒqQiñ§¬Ÿ‡ r(@ˆëä±¢%·¢]¢#¿vÕ;XÓ_
AìZ ÷u†J ß 'uÓM ¨ä²Èá(2tÉ{!) >%Ýä;¹3åAg¤Ü‰m ù=
j,v ù9ÿ'Ï'ù:9 m ÿ'íý ¨|‹í Ê¢>v-ÃŒ‰
ƒä\i È¹Ñ:4GÔ Ð(r)Eç Q?o#ö, h <'È1/4 ¬‹7¸Õ¤ð@ÚA" 15ÐooZH?ð›H4•5¤ '8A³;èAÞž
¢ ÂowOÁ ² F zv 7ÓpAº~ tšt ·" Þ,n¡SoN,î(c)ë¦ë}'-ºëÿêé´ tÚTÿÓkOW¤öÿv }uÓÕi?××
ÚÕ-ozOTÓÛ_ztÞôíÒ}uý¥ úN"éU$Ýý}ZAú ¯Óa‡Ö-ßV-¯Ui4ôý6¯ÕûéV5ëÖ1/2[_{¶¸´ÿOã¥öÿ_ ]
}?Õ& ÛÝ_V‡ûÞ¯W éÝ3/4¿û÷ö1/2dW9 ¿}V¿õÿM*ÿß¿ôöåÆ¿r4 íV-}}} Ö*éªÿ[Ó,[¤útß, ¥u¿
ƒÿÝÕÝ1/2þþ ºþ¿õ÷È¨šûÿg' _ÿ O-
ìà=zë A?_û×zûJÍ@ Â#ª× AõK¨ºÞBUWI÷úIµëd þÿÝ Î¡wÿ×kýP÷*ü öö¿¦Ý;1/2ü ^
ÿ _3/4¯ä ;÷ëv÷Wý¿ëWVÉÃÿ¿ÿï}jê , ÿ"ýº^(c)ïÂ ŽŸ¯ðVýïë`þšÿÿ(r)ûý^êøOûú3/4ûäÊ)kïè
ÿÓkúß](r)-ˆNk1/2~ˆ\×ªR1ÈÇ=ûÃ TÓþ3/4Úÿ¿ß(r)³$!oý}×¿ÖÌM #¥Õõÿ-Ûÿð‰ õ¿Ñ 7ûÁ YÐ
}ýûu"´¹ ýëßu Œÿÿ[õk}+ ÕÑaÕí öé iµá k ×z×x:î"¯×KM¯];×ux/ÿúéïöõõkýWÞë_×^1/2vª¿
K3/4·~"ƒ-w}ÿÿÝooïïï_÷ßß¯gC|ÔÿÞô"wõÓÞûÿõ->þ"(r)þÎ¯1/2ßítûÓªýº×¶µÝ J×-3/4ÿ}ºÛ]ÿ1/2ïí}éÖ
3/4´›]ÿÿÒ(r) {]óÍÿý¥ßuëÞµ¯í_VÿøZuëuÓÿþð3/4é}¯ïk|V' ûa7^ïÚô×÷í{¬qÿØI´ö×¥Òµµý3/4î-7A¤(r)-
ö1/2_ðë}VÌÌ¸ïm+
í¯ÿukö1/45Ý[UZuÛ_öû
R-† 1/2µº‡ÛðÂí¯"jÛ
.ú~ì ö

Ø0,â?a,Pa'ï/ß°˘  "÷a¯ii-¥nœ5í+Or&x§1/2  î  V  l  Oc'p  JE3/4Â"&
u  JÄ-r&bµc"ö8§ãúøØdp{V;b¶8{I"  °Á/_í/‡úb¬  1õL,  °Åo°œ1þÚï[á...·]vÒIa  xw  ²  ö$WïÈ#é-
w±[[Èœ+^ëµ~ÈHÐôÄ»ä;°"ïß  iØZz÷°"PÁj  *ÕC  &á
ëÿÄ  Ôê×a...ÖÄMU  ±z"ïî-ðÁý0a4Û
¿    ´Âis"pÂk(c)N...h  !
  ‡  ˙`"X!    "20%˙ŽÁ  Ð†  a,Ã
j¯Dt!...á¯PC‰0B¢+C°L  h  C°"q˙†  ˆf9_1/4Dq        d÷  ^^Ž"""#ˆŠ¤*2l4¨ÉRèÊ,·
ðûÖÖÒÙØH  µoÚM"  X˙¶  Ç  ÔBŽÓ¤ÓV¯*
  Â†    &T†
""'ÿÿÿÿÿÿÿþÝÁQ•¢mf[-e¹    ˆá‰œ  `
¥¿ÙhÊ1_I,š  g∉ñó±˃  'ùÝIJ";ZšWÉÝ[Éº    ÂØUUIUp¶ü/×J¨ètúëUõÿþµ^L
w÷ÇõÇÃÿïûûöê×]~·þ-¿î×æCI|ù£ÿî3/4kŒ°ÓÉ
‡  q'  f  è  ˙  3 ..."˃2
  Ä#Y@"6l@D=L¿fÁ5ŠÐÄ  Â,(r'  ,  eÙ  9jÈpÉÔ(3¢)óÄDÅ;'
°ú(tm))³  "'Î±8¤HR]  (  )4  uÍŒ,  !Ç  Ö  )  :fÎÔ  f
h  ˙ƒÓ˙È∉@  Á"ÈpDs
ÌÂa
§¡á    0A"  Za  Ðd∉  &,$  L  Â  u  b:  Cg¯DMH"
^C  ¨ÛP  "2ã@Î    3/4,Â  Â  ¡  MB
4    "  §ªqn  Ðv¡6é
"þ4  Ú°zh-  j'z
          à  øA"-3/4  <pþý4  AÒ

-6í
8í=$
Fíp›k";‹‹DAÛè-bç  ±  '    î"';ú#Ç  }êƒŽÐÓØ´-ß§Â
ô  i|š¢.o‹DqDvÐE¡,zR\Ñ)Ð  pdÏ"£DN²3'ŽE¿Rs    '~!¢(r)'Ñ"  Ìà
l  3ÐAäNh-H6‰oO°‰o‹c'-¢SrWOÑ  {"'ú‰o"âD1/2ô‰oÔ¢srVäúgA6Èý¢Ï'-
@è  tF4  5¤  p    Û³M°ƒd
´  nI  7ªMÂmn  MÂ~Âô-Â,xA3/4  n,A  á  ÐN,  äéY¹sfm~  1/4!A  ÛT˃Í:    A:Óp¦á
§  òdðßI7*3/4Ü¨-Pí=$îÒNýÖô  'Iõ-Ý'ÕÔôíéé¤  é1/4=H  §H7ªþ_Ui
vÝ˘õá=:·]t'AÒÒôúú¿ÿK°  "A_ì  ôõ̂ÓÚ    Ý5ÚOOÔ¥¯Ý?Þé&ý...V--]
úµêÒ-M/÷  Õ÷Òëzm¿ëþ·ÚíÇ,W¥~Äëï(r)†ÿ¯H'uÝ"  ñ}êÂê"-ì]Ò¬t¿1/2won·ú×þÿ¯×¤ñuI÷×q¯íß×1/2Û
Õ.ßþ¿¯{KúÝv*õ×}z¹1/2&_0  ÿ(r)Ó  ýt  'Ä
¬ZÚXUï¡¡òf/·¿µ"X4,;ßp_(r)ž¯  -  `    ...ÿ°÷_  "  ÿú  L  RôýÁæ°J  ò    VF
öÁ¢k](ÛÐ$  ¤  \  ƒÚô%  ŸÿÙÐ-ã$Á{ëÿ¯ßÛ×ûû  MûÝ  È"'ˆ,=r¬  èÔ        õ  "_þÿMÓ
  È"  (r)à¿ßø/...Þý~"_Ò  Î=~ÝÂ  ƒõë·‡,ÈÇvú  ƒï$    Øaª"ýUõ°ÃÃ
ßØD;÷ûý  ñDpá"  r£-  ë~òi<²  óÙ1r  îÿø}  1/2...rnLs`K"    ÞÂ
ƒúí  uþì°9ÄvZ¸aÈ.é1/2¯Ñ  {(r)¿Â  Â¶þ¢í1Âÿ}m}kýûø$FŠÿÖu
ÈÏÝ¡  }  ¢°#r"Þt  î¿å  4  Y.$µªÛ¢"h:w^òd]1/2  {ÿ}¯öéõÿ¸,-Î  î1/4Œ  ¢ôÔ  Á~    Õƒ¯û01/2‡•eÐÎ
m³ÿ_õ
3/4úÛ:5úÔ]oëJ-ÿé{]Öò  Z]µÿu...÷D¹˃žÚÔÚ̂ZÞÁéÿJ³"×Z]ìé'×ª×~¯ÿjë¶umöt'úû:ËÝ?  úß¶t{¤3/4-öÚ×3/
4kúÎ§"  Wv¿ý¶¨ÿöð×~ÕÕ˃÷ZiO°þß×Ûì̂Òìãúöö×ï¿¬ÙÿnõÛ
Ç~PûA  7ïÝÚ*õuúíþ-Öö  kô(r)1/2bïÿ^×UJ"õ¿¨¨1/2}[Zûšõ"_{¶-ú¿ÚV¶"¶  "-þ˃†-œ0¿  "
-v  M6-ÿ¶3/4ÚÞÚï(r)Ú{n"}--¯îP̂ëm[J¶•C]˘›ÏÉÿÕ(c)(tm)ÚµÚÃ¿"Ý¶  °"
(r)¯a]Û


.  J¤Kü?á¥¬  Ixa/a¬‰o.Û
/p-...°¿¡°r    ínÃWa"¸¡Z

ÛJØ`¶  Û
žÁ‚pÁU"‚`"Èƒ(c)  w  ¤LlBù  Ç-  Ü1      x9  û  Ç  È¹
BÖ  qx28'Á'Äø(tm)ñM...ýƒ  ¤A    †  ¬U1[  Á-  dAÔ  BŠ|?cb1/2‰8í±LHÞÓ"W|  p¶ŸÛö¤  vÂ~
1/2Šx"'[b  "a  îâXïö)ÿb¶Ö×LRÇµW -ý  ¯"Ú1/2¶  ‚5´  /l5-ÂÚÃ
pÿ†  aX5xa{NÕ8m¥°áSOz¿ÞÂì&
ØU°œ0¥‚TÂõjƒ

ÂèA"Â
  uT0P"8dÆ  ÂÈƒa
^‚^`ƒ$
 †"0A"      ‚'  Èª  ¶  ×°ƒÉ9P{+  øV  0"2u  Â
  pÁ0‡
   6
Â     "  *  fn%
`'"DHx^^‰(c)DDD\G        ÔD{Tå¢"¥    (r)  ÒëJØ]8ñQ[kì.!'--  ÿÿÿò›Žäu  ÿÿÿÿÿÿÿÿÿÿÿÿùm°
ÿÿÿÿÿÿÿÿÿ-'PÊ  a  C  )ûJ  7ás
-¤-zôâ±ÿZ_ZëÒKúé/ªKK¥TºIRé    ô°  -P(r)"
ZXñÿÿÿÿÿü @
endstream
endobj
104 0 obj
<< /Length 105 0 R >>
stream

q
446.39999 0 0 706.08 0 0 cm
/Im0 Do
Q
endstream
endobj
105 0 obj
40
endobj
106 0 obj
<<
/Type /Page
/MediaBox [ 0 0 427.2 705.60001 ]
/Parent 111 0 R
/Contents 108 0 R
/Resources << /XObject << /Im0 107 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
107 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1780 /Height 2940
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1780 >> /Length 34164 >>
stream

ÿÿÿÿÿÿÿÿÿ-u"d  2$ÎÃgf  -D¨e¹r%Y    ë  "}ŸjK°ii...;ò254È  ƒ<ËqŸþv4    oï  šÏ3/4ÑÛ-WîêÎÌÒèúæ
D  TÞ-    ëÕ  *îþ
I(r)û]Éì:\  -ïU  w;"ákëä×þ  ÛÂê¹w"1ÿëÿ}mWMbëÿ¿  ÿ3/4ïÅÿ÷  ÿôµ¥Ikÿj1/2  É_ÙäGÜÿ}ïû'‰  $
  ¢  Ý3g}{0E    ê  A      -HÅH¤¤ÓDJÈÁ  ,D(r)D".‰Å:G  ˜²  R
"‡²]  '(c)dY  ÖfÍq  )È§  °(DvEÙÔÎ  &]    )Â, ‰ûû¢
A'#"  ?  "³"*Îè)  4D`B¦)&'  3
   9ê?"  Ý    tÂ  €@âÂ  ‡/BæÁ<
   -  gA4
Ñ"Bs>  6,ž"$O!H  ùæ  "
>,!
˜h-(tm)ð^XA
ÿPƒ  5   C^6ò\   0   (2ã  ƒÔBó>  ˜  #¤Á  u  Ä>"  0œ0Ÿ¦†  éè4ðž  PƒBè  êê‡"  "  a  ì'ß³m¯
wH;´  =0ƒ  <&  é§íµjïäLÛz
oD-Å¡r8Å°véi(r)èCDQú
<pž    ¬§,"ù.r^Ð†‰fÐÇ°u  ˆíÆš|4â  -Gþ  "¡   D¦Ñ)ØA´KÃÒDæÑ.¢NSÉÚ  '{%i  '9
;?IsdL-'í  n÷ÈWpFc  Ü-9¹  Ô   2Î  h"Ø5f¿ÐMÅy  ¨Ó    ßD¦ÉÚ"Š    äÎävÎ4Oò-´×
ý²ééé.Oôô
,  Þ"p›A  þ  Îî    ÒoêYßì  :O  ƒíÂ   {  ô÷  °    ÒÚn-ö°ƒ|  n  y  4è  é  Ð
vEžOúv×§"ÚMÓÐvõn°~ž°zzôÛ`ŸJÕÿ"Ý5ÐnŸ"ÝÚÓ  ûjôêí&ô"}4-Ò1/27µtð-  õoJëÛÿI1/2a:N"}7V"
¥Â}¯m¿(r)"úoK"¥ÛÍÿõ§k(r)  OôûMû^-â-Óú  ¯IÇJÿë¿¯_(r)‡ýF3/4ªžý-{Þ1/2¦ëÒÿ÷öÒÿà1/4z  7é°ï*W
ßïëwÓ¥íõïO1/2íí-ã÷µ×U{zéûÔ'N‚¦ÿoj›ë‡zþ?"õÓ(r)"9     ¿uU  û7-Dq+ò\Z(r)ë¨ö÷þÕW1/4i]    0¨´ÿ
"ú×Là>  Ø{_÷n¯â,"
ë{¨ÕÓ.
èDwü¨  ~B  vë"  ë(r)ŸWï§ÓÿöÊ€_v°Þ¿øò&  ^B
þŸ__x/ÒWßÇ1/2Zã€êëg@~ÿÿ×ûûÿ¬/§ßz3/4úä
3ôÈ8  }wÿÖ  îÞ-ÿú°ª#ÿ¨ë¿  ÿÿkÝÿ  G9ÛmQ    Þ"×zD0?¶  /ÿÛ_¶b¢  ?3/4¬‡1þb  à1/2ð¨ïzÂ
'þûûÝUkg&¶°é  Óêÿ¯îô$h"ÿ.ƒa  xiûþëëD  ÿêa  2M]^%oÞ
×kÈÝÿ]µ÷Ýøwß÷  ßÚû  ú*¢a3/4  ¹  _ûþß  ôôÚëý×è  ù.-ÓÓ%o'ÿ}ûõõágKôuI/  K§]uzû  É
W  -}uí5_m3/4öf_¿ûÙP  ú_úê´*_ðÎ¯‡ûé÷  ßÿ3/4æ¬Ž•²  ÃuïKµ  êÎ¿*1/2gG¦çW¨Nïëëk_é?éÿ¿ö×m
6ëõ°¯Ýzm+¯"A3/4-{]Ú_Õ¯3/4ší-oý+]µ§µµ"ÎŸ·Åuÿï¯Ö°×~¿"uiWk|zöï¨}fg×MÚî¿xjš-7QV"ÿöïj³Õ}i
  ÿ}...Û[-µô-_û
§öö  "_[
5-¯ö¶¿µkÕ´æ,5°(r)ÚÄV×†¿{¦*m¦xí´í  -‡ö  ×µØa&é4È‡±é´¡...öÂém¥uPû°-¤Û...Ö  ¿a.EÍ6\,0œS
%°ÁXka,0Å^ÚØ[òý¯i×kÿ¦\¨Ž"  v"<Å¡-  'F
^6%  øâ¶
(5Ø¥a,Ú¢%†  Å¦¬0‚§omŠca1
¨...  ¨ëŠö8"\r  uÅ¦ìà_þ-ŠŠÙ    Ç§i°(c)"Ù   Ó±Vû\I=Šx...  "-"µjC  -é-Ã!ÞÅa...Ûµw¶ÅuìI  ×ðÈX"
UlSƒ    ...  †˜Ká(r)[-¦×am[
Ã²
"ÿ-ÂÝ,a0A,µ

   a...a,öBE...3/4íh>¯a6Ÿª†
v  TÂÙ  €ƒ      ÐâQl¡Âdc8`†ƒ  Ó  ¦í...°  §a5j¬...Œ4
¥   fX(pL  0@Â  ÈÖÐµ@Ë   `ƒ"kv
ƒL,DXB*!,Eà!   DDDDDDDG
   Ò  ¢&"0"  c`¯!˜šâ)  ^^^^^,Ž&¬G  EDDDDDG-    Þ1/2uéaÚ-%ð-"¯¨ŠTðJ
   É±   ¨Ø-m

5°´Ó
jÁB2ÑÝDDGÿÿÿÿÿÿÿÿÊëH°+L³ž"±Rd   ž   ƒS"l(r)4Ê†T'¡¤_Pš÷l(r)3õ£°-õu÷Ñ'Ì3/4   ÂÓkë×H/ÿ¯rC"
‰3'4úÿ×l$šA
Q      z  j(c)/ÿ°wwëÝZ•É¢, ]ý_Û¢%²:³   ÉÙ s §Ft  lØ†¢ 'øà!"8Î
ï'¶pˆÐL^  ¿d#(   C²èó#qP‰0BC QÃ²  Î†gž#A  ùÃ0". Gà é ô  @ðD)  ƒ
";˜ðNÂ
ê  Ò!°\a 3   ›      jy˜   "Ð- - <
=0ƒBøˆ:qiéÃÂ
- × ê  ˜Øwá4á
§ý¦ Á
h=7Óû§-ˆí§§iß  iE§ü]õ  ù  w´Ó¸I¡éñu]  æE²  1/4 y~í  ó'g"ö1/4‰  I'9Épzò.Q:&J     z
    b$Þ  -  B9/r'>N  D%³çÈI-Î±        ‡  0Ÿ¦Ò  P  (r)Ÿá
é  ƒ·iP7Mƒ  È3/4ú¿'ð è úM"ƒz^Â
Öi=  õÖé%ßV•í¿O¤Â}¿Úi_àžÖpšzo"õ}?
ï×· GUÓ  W‡P¿"Ò(r)ŸOJÿjpœ~š° Õé  ÕÕé<?"ÇJÚÓ  ÿJúú§ÅÿÿëÒ"I¶1/4~°WÿÿwÓ¥3/4-zIZÛs;¥
×Ú~õÕÛ÷þfºÿÿ'*
~ï
ë]uþ÷Y    ×á(÷µþŸ¿Oÿßüƒ ‡Ñ/"
ýÆ¨ï[}"ä  ?µíÿ~28/Õþj  Zkÿ¿Ö  l; ä  Ÿz1/2w×¥Ê°_ïö  ÷Ðÿû(  Þ×ÿ_W†  d1?û
ëw°ÿ"XVõðÁp¿_~  ÿÿ÷àØ7¥Þ  ÷ï¿ëï  ‡ÊTõ†ßßîúô¯|õÿ(r)×üÖ)¨&ßM  Bzòwª}3/4ýÑ  žÿ5  1/2+²Êu
ÿ$  w"OÞ3/4ˆ3  KöSŽ*(r)îÿÞ---õðoíéo¿"Ÿµ·  Jÿ
K  °ÊA×÷*_éí?õþ  ûÿ×é{Þ•  þÎ;6¨ëïßô³{íˆÝÖk¿1/4õ¿˜š•?ÿZÛ§ßÿÖ  k-NÓÞÃëï  õßý=~û@ïKKï×*ò¿í
×Û(r)ÿßÿ_Qëê"û÷ím-_iz[1/2ýí/û[¤¯Õû
3/4Ýï0-{ÚúÕÝ~3/4"m...¿ï_õ4v  _ð˜Š  0ÂðÒÞ  [W(r)úm-§VÁ{í˜a  1/2‡R.4¬%v
°Áûô+ý¯˜†G  VD  F-¦¦Á'Ä-x"'/ñR& aˆ c  cÕÛ¯ïß´Õ±IñLƒ¿÷Þ)3/4öC  äA~-¦ÿXôª¤0ï×OÓ°°ka0(c)§
ØMwÝÊÂ§ô*Ú1/2...þì  °Rc...µÿz-XB"Â5
d€   †  X4ÁSˆ†  L!dRðéð"5-A    †     ²(  ¡  F"""""""!,                      n ...bõÿÞœ  ÿÿÿÿÿå(r)
£ÿÿÿÿÿå4H£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÎÀ(r)S"""Ó
ÈÚÚ%  vk  êŠªj
dª‰oa  -fW  ^,ä  ‰ofv¦Á
  `'\^  è8d,  Ð*
 Ó
     ÂÚ.  *40¶      B¢VÂh  dö'F€ÐPP¸EÄ  §
"z-PA!·•B  ¤þ

¥jÒM†'r•4v&ëN,m§kvŒœÈÆK  §•  ð}¬-£,BHÞ  [¦×  š;(Å§qPÑ0‡;  Ôu  V‰GÖ°*ñ_z  ú¶¿Zá  Ç
Õÿ}}  ¥  ïÒ  ÿ(r)×¯÷¦"¥ëª¿¯µõ_ß×ì'÷ëˆ´ŸßÿT"/¥
×d"{)ÆjY(JU  e'D  ×
CÈ²<Îã1/4†35š˜"  #¢5ÆÉ2èÌd¦"# ‡D}    ¦CÂeÃœ  3´Î...ÂÂ]øP  "
  á  q£03A
#ABfãùÆ¦gB  ‡óhOYÃ$Å(fÆuŸ@^"2"C  iÚyÂ:²¦!Ôa  N        "Ê    b!" "
,
     šFÉ
4
  0..."
Â¯¦  ˜ð^&PÃ"A&Â      ¤¸‹øTÑ¹...     ...
ƒBÂ

i, ˜(D-! aS v\T\ š.ÃBB+ -L h¸a
- E¸gÅM t‰Àz xô^ 4]¤MØUæê. ÜÂÜ
k e9:AÚFàÑ(¢c‡ ü M[ X(*,}#{ F(c)Ë†È Fæ M Œ!¢ûÚA· K'
(Â°¡ €h è"gåA ĐžÜ t
!ÍÚ
iS"Ñc´ n 6"ðÃ'E ›IÂ-6
¿ƒ
Á-"Ü'" [ÿƒ04 1/2Ã
9"I³2. 6!ÃH80ƒ"(r)
ã§d&:x‡Jº ²xH"ÁœpOØA^PÕ°atÞ ¤ +Òn k(r)fné:ZW q¯"=úJÐN¯xoù¡ êÁ,Á
aZíÓ5"Âzo A³3ü N-% ,mÍ-¿"é61/2>è&ØZé>"Óõƒ
éý û°êØ0Ÿiû¯§Þ(r)¤Á¯õîÖÝ;-´4Ö¿"Â÷-xMí÷O-/ÿéîÓúßëÚ·ZþþšÓÖ ¿Ú"íV1/2ï û-"o Oé}?IïÿO´'ú
`žôÝ7N"[K÷}>- Ç_Óéí
¿Øª~ý'Á××"þÕÓú_(r)(r)ûÝjýÂWþ˜qü é˜
*£ý¯ ¥Ómô!vžú¿a1/2^º ýT6¿ïî·û"",¥jÿB uþBUy|U_ã*Åÿßa¯¥Ë ¦/¤°3/4¶3/41/4>Úý(tm)? [þÿÿ¿
ëî¹ÐM×· Xý y,t‡ú˜__Oð÷ïïÓì"Ç÷°n¿L?ÿªÁ:ï¯ëîµ-~øEÇé1/2Rÿ1/2} ï 1/4ýÿLÿþ×@ =Ó† ¿Û
ÓúOÂ/7ÿ×õW÷¿ÕB_þá }ÿkÿ÷¤-ëü0ÿ÷×1/2Ð]j "ú
?}ï1/2 _º÷"Ý×~¿Ý KßJ"ýwîÿ(r),{õü7ÿÿý¤¿M×"a÷-iëJêH}oÿ(r)ú÷ýª
ß¯á?÷ÕÿÿiyÑwzáýÿ:tÙ ûÕûpm²ú‡Õ5ï:+ÒîÞßinûÿÿôÿ÷^"(r)×ä?ó§ÿd5î3/4ûÙä õ¿îë¯(r)é35ªõÓ{îïwë
×JÒýzU[}ÿo- Ý'Ûµµn3/4Öþµôþºýï¿´1/2{u_3/4Ã·Mëg"ûªö"úÞ×ÿíw}{¯- ×_ëþ×áÕ}ÞªÚ÷÷Vï[1/4 í¯
þµÿkÓö×"ûj1/2=7"Ry´´žŸ÷×õOß ¿Õú"_l/ïi]ÚWÚ÷úÕ"
*†-ßÝ"3/4ÚM¯ëïa>ÒnÕ-A,¶ 1/2.¯Ò]pÚ_ ý×V"wÞÃKá"¬Ò¿mu/°×7í×ýÕÜ6;ŽÕ†ˆŽÔº×8¯ƒ ¿ÿ8-7
Ä œãµnöÄ(Õ† µm%oím%_º¦ œÕº3/4Âe×¶ˆµÒ 5b¨›ÕX¦Â
¢¶éné´¶ AÖÂÝŠb
SCºŠm%¸i Âz ‡ XI¦ @ìÀ...þÓ\R
˜a+O¿oOî#b(r)ÒT AÝÇ¤×µ|UÝFø@Û Á

m$ ˜H0ê 6 "- 0ƒi
i† OŠ`Â
¦ ÂˆQ
všÃLB
B
0 -
\<8`, @Á P Ã
$ 0A²#ˆ28vBŽ 4˜V 4 ...‡H Ú' & AXĐ4â˜£@vDpL
@Ã Y Ba',pD}¦ 0˜" 0@é¤ 0˜T L"p(tm) Ix2:Á # Xé,¸ žÉÚ0
Be
w a'Ó"ØL)‡
4Ù, Ëˆ† ƒ Ð:@Â 3/4 Âa ˜BÁ Î90
A"$ ŒÂeÄDC<•Pˆˆ0BÂaDDhDDDDDDDDC DDèÄDDD !gßC "
í2ÌDG ë××K"¶," Á8ÿÿÿÿÿÿÿÿùhHeš §e± ˆ$vP!Ø" ]O'f¢$(tm)Øh·N,e^D£º¨•ôÁU Ù¬Ï¬ìŒú%
îÉó AÂ AN¸.
ÎüBœdI"...! q °‡2.Èñ Ô"‰ ,"ÂAB|. l" ê... dE%AÂ ÅlœCh"@"=°(c)" . 5 Ò
Âe9,Ö à - Þ
ÕB/ ¸9˜0
COÂÖƒEã* :'Ðˆü]6 U
gxÝSâDâ%ÒN +I...E Õ¤Ðdô¶Ô ó²¨5M G/ ÝÐAÐ'JÁBÓNôF(tm)ØSkxã‡QD]i7 rsn @ý
A ´(r)º

NªD
M+Åñ×¤ ZVú¦›è:}ý>ï¤ô ~h'"(c)ßµt(c)/ÛJýÕ3/43/4'×µµý+Ú]õZªo¯¿3/4ßï~ê"×þ-ãT(c){Þúß–_Å.-[×
õmû°{"^ÿ Š¯~Ò^µÝïÑ‡µ3/4?ÿþþÚÞÔïÞ‡Æ !'"
šÑ Nó(c)¦CÐ ýûÝ7~T
1/2{¥}tx¤åd³†Ð¬ŠG§ì&"
j aOá ¤ É f ° ÐP^&I :ÆÉ ...ý c$ ä=%" ÈY 5-O é'2@R a

ßØcBÃõõ&
¸A"D0-lÔ&f! !¬œÌ)
3c†š64^7Eãe
Næ Œ ¸çØ¢à4Ô õÐ4 OðöÂ
pÂ á"$-Ñ8a
oýûáúK· 0A-0T]‡ ÊqT& vÂ &ðPM=Ò¤ßX8:L0ª-H›H6 v d}Eã "ý
"N"KFÀÐA¹²,,&Â'"ƒÊrÃÒÿ Mú{ Ðzƒ8aRo
/ Ãh á Â¡;"æn›Õºt qÂo`ÐN,pÐ:VÁœe@ Ò
úN•Ãô + <§'-+ þ/Z(r)
5G‡ê1/2¿Pžqð¸3Œ-8A´´ ¤û =Òuuû
Ü N1/2°ûKw àÂl¯ ÷I3/45K
=µºm' É AÒÿÝþ-•(r)"×ýbëÂ} I÷" 01/2ëVÿZ¶Ö-´ i>ëÕµ‡]kü TÃJái=z tûªV¯† PoZ×m´¿IÒÚ
Jû- Oýw}í÷l;. •z·ï·RÍˆXou~ÿkU^•ë×
;WwKzÿmñ þ'¶3/4¿ãýoÓ˜n<_^¶þ÷ðï¨ü0uÐî¯ "ï*í(r)'÷ÿZ[ñ Õ Ýµ×Ákõÿä¢Æwûw~"°´ ðÞÞ-û§-
Ê ¢ R
¥" ðzPÿ°îŶëþˆ/-{þôµx"cï_ýÃþµû¯×ßÞ KNïzÚ¡ Á `Ë¿
;{}M¯7Jô1/2ÿæ&L{"
þ÷ß@÷÷ÿPß¯ ï-þ;xm
"öüý ðÒxwß¸ ´w}wëë&×`Ýÿ]øA:ÿ÷¸oW Õÿ§ýð÷~"ëú^ þëö"'í%wÞß" [k}Õ KÿúÕ÷ÿßÞ"ýáÙ:
yÃuÓn"Úé>•y. áé46Ò•ý [h-
†ô1/2Óõ³õ Þä-ÿûÿû×ïÚOwioø"£ªé%i]¶ÿß}õtçOõ-¥:Ýû÷ú~ßÿW{!ùÓÿõ[í?5-¿×ÎÝW÷ëé>,_ß
ÕÕDur OºZ]]×í õ÷mþÁóº¯õ÷3/4-÷þ¿¿õÿ÷}Úûª°ÕÚ§þ$D"ïö-¤Ý dýðïõï1/2{S›"úö¿ûëtµì-¥jÿÒé-ë°þ
(c)þ›^{¥§õÒÙT´›I÷ü?
Úû]/_Ý*tû]ª~a?¥ JÝZM-=×(r)ßÖ-¿z·
o*ZØ0*ù...éBmI
óFÚ(tm)Íßôúßi;|4µm}k3/4õØULÇ†ÿnžö* JÍëþFUûÔÚö1/2ÿæ†ØIÒ}þ
-§
&(r)^ƒ ¶,]%m%m%ô
Ÿö Uû[
a_ V×^Ø(r)ÒöÒNÒj;JÛKì%¶"tž-Ã"J¡ñMÔ0ˆ(tm)"b›@ØƒA'ä4 kÈæ¶Â[w{jí5v±Z" Á¡1/4ŠúÿH6
KkÜ 'pÁšá"š
G°é4â•´-$Ñ < á"-Ó{IŠƒMXLT" 0i"(tm) Ê 'ŠvB8V A'óá‹b v ^W
Ã^ 6 ~tÃ † AÃ °ƒb l‹ " 2áC Bš...@ Ã A'ÔlP gPÊ 8¸¤Â Û
Šd#£ Ñ
àÃL"pL aR!,¢ b)åXX1 "Ù
IPõ Âm§\ l ˆG!Cl& D(ƒ
39CiœpL ¢cÁ-ŒŒt2+(c)à!
& †*(tm)Ô @Ã LêÈlÐ6DsLøw Ð*í ¤ \‡°¡ ˆŠ2'C"'
^^Œ˜¨Ì7- ]@"2+,"²Ç(p†""""""""""""""""4, (tm)â"#1±Lq 6 ª3/4Ú×Ê "Ë¤W
óqpÁ §óa¬\4ÍÄp<
- d" §

,
£ lr°ƒ@æÐ† Î¬,ŠÈ4ÖIÊ(8ç å) ˆˆˆ" ÿÿÿÿÿÿÿÿùÚË-Ô24ˆ|$ 0"
Œì)˜úAÂ¬ífWp} ‹çdÒB
3/4µzÿ¯õë÷¯1/2¥¯Zj1/21/4í<` ¢,Œò<R#ò!D ÅŒ*£Y¡˜È<§"êÍªR¨Ž
"¡pƒ²@CaP3â Á ˜A' T# BÐ N 3+ÈdN ¸K8 8!"^= 0a4 1ØTÙ"ôÐ`¨†
"¶‹ÊA ð Â
Â^é^
ÚA Â 8T 74$p 'Ã oÑxÁ¦(c) ž
(tm) 7¤Ûû² l{†EuýzM3/4,¶ú§{IzMº^
'Á Úí
"{zN(r) o~œ ·¤Ý{
ûiÿ-›ÿ{[ü2è ý"ªýúÿõ}Roé~"z Ý]ÿµø" "õÛ÷,3/4(r)" Ä/,Ãÿ~ûJ(r)X7Auü ð‹tÁ¿ëúíûéÔ"ãþá uà
[ _zvç ¬ˆØ ÿ} ïï OõAµvß¿(r)ƒ ûwA*ßI4¯Â
Ãoëû"{ú×T-^ô(c)þ _ºè öCüè3/4¯þ-õ°ÛÝ;þ¯·÷VÒõ ê×¬òuÿz~0ú†-| OûÿÿnÛ¯wÇE ö×†"VºëZ
¿ ¥n¿Tí¿ƒ^ úïfÿ1/2s‹[¦ô3/4ÕªÔûÜR±Ua2>éÅXKRÿal
õ[§Û§ N m éâ
=¨k ÜTpÒÛ¤ö×íxA´ mr x@Á ¨, Ž i' D"\ † 0%¥\4 Ä0‰ Ú
&˜P-IÐËpš¥,a ¡ìPXaŠÚŠ¨ˆƒ DDG `"DDD0B,'À!Ž"#ÿ÷-8 x(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"aDWUË'£-
(r)Z¥¸¬K R
;,ŽÎÂD
dØ
(ÁA Ââ(tm)\H *,¨(@Âh4Â`'3ÊãC²‡ TÄ
k *3°¨× µH 8†1/4>(c)
•¯k•Äß+1-aÁ£²³Ü"{-æ Km FÓ2âþHÿm¤ž¨w Eý{ëŽ-´1/2¥ëß¶Õ÷ë÷ÕúëuÛ_Þ"¥~úÿ§} þ""3
É3}ÊCÈmo äŒ d >ˆº9 cÈy! c"¡ ¡-È(c)'³ö
0yÂ(
ºœ 3P§ 'Î- ‡Â$ ˜Er¡›2<pZ%ÁÏ"!ç2Wž#(r)F£fj ¢0g†] tŽ0ˆ% D¢
d p@Èb Ó3 dh0 3c 4ËŠp@C3Í @Éãf îš.Þ Dí¿"D
›ººTôN;´"Fí¨A... 2œ"`(tm)°ç† A,¦...¦ è&......EÜ ðƒ 3,¦‰Á Äà<Ž (P‰ÛEâ
5Â Â.Ã Dœ}' šÖ þš
'5
ž˜M2 v"0äèi°MQ8
ØA"
š.Ã
¨"H1/4
- m Œ"w èÝŽnhh"'
':,§MÂw
pTé°MPAôHé¸žÚßÅþáQc¿°h= ?q-´4 hJ¶
<Lí ñP ÚMÓ³ §Jä|×>3 Lº|¡Áž'~÷§‰ ¤-&· ö"Â ù.i6û -3/4(c)ôêœù Tæd Ò"
ÐVpÕÒnBs¤›A8ºz·Zì!ô›Üœî {úàÂzÏ ¯ýéÿéºü Mûïß1/2¯Cð¿¦×¯ðazÿ×\'iô(r)1/2a ý^Â
¥uuÖÛë¯é¤Â}Wÿuúûm/]ôí?ûµôÚ^Û¤ÿõ1/4{î...ÝvïðË°µJ÷¤ 3/4+ûq÷û[ëûëîûº[¡un*3/43/4ü1Ç¯õ×u
A Çìiâ/3/4ûmø/¿""uO‰Áußuÿ"3/4Þö1/2 ?ûk÷ö 3/4òÂºo,°?‡èÅõU¤(tm) ü"ß·ó
·uêý^ ¿þÌ#
uïÿ`ÿ ¿¥ß¦† ýûÞ ð,}-ú"ð‹Ëªû×o"Xÿm/Ý‡ïé}l-ô‹ ioê" j3/4ž×Øo ¿_ëí *;´•Výp@Ÿõ]T0ÿÿý1/2l
^ÿª"a‡¨oÓÝWáûK÷þÿKÒ÷ ÷Ð_¶ïOÃ¿ûû o}.›A{ºïíï_w2"°ß¯úÝÿ¥¿ëûþ _ÂKø7ÿÿïúûa-U{
ðoÛ:-Z¨ôAáú¯÷Èj¿Õïz ×(r)¶öëó§†ÿ÷ý°öCþ3/4!Y wÞÉ
*wý oß-ý¿ÚÿþéGïöºº^ÿjÛ¿ÿ^§öúô3/4q - Rc ¦s}aÿi w}izm/÷øÚõö"ûãöé"Œ=ÿýÿ¶¿ýCÞýµõ÷êÒÞï
þª1/2Þ¶·öºµ÷ýýu´Ý&¶ÿ

~ÿ÷´¸¿VÂôðÂœýµ  Û]_û{í"ËÿÓ
Ã  þÁeý(r)Âk¶-k{J¬4ž÷]<ÞÚMÿÃ
~(tm)uk  zíUŠM°Âïö"w§eÑ·NÌj-ÄV"TAýÃ  k  ~ß°e×~"kÓi'ØIêÐ>  (é;
°!žt    Õª Ä6û¦-Ã
  ;•ÄÁ"¤QÒw!-¡
i0¤8ë^švä8é;†  ÐƒÕØi4  íþÆÚ°`·
$ÕÃ^4  t¨  °·
0(r)FêC  °,µ¯b  uaE    \;P,!\8"Ô*AÁ'Â²¯
  @Í@ìR
!G@°W
¡  4    Í^H0@áE1    8 Ð`>"@‡ƒ
Á
¸  G
ÂN!0  ¨Â    l.!¢M+6...j§  A,
(A
†    ¨&Ô  êÑC  Úk"  &(tm)¬ã  2n¢    &¡"  A\$"0¤Þ,)j  2ƒ^Ð^2‡^aB!òÇ  D$ðÉë¨^^^ŒÐ  Ž"DD
YäpB"+^^^^†T  z¢Sâ
"4"",ñ˜Šã_XúU  ×²J'ýÓIRÒ¥°T"¥,ÁA-  }  @'"´"    l (c)
Ã  S  @  ƒ    ""1ÿòÍ/Çÿÿÿÿÿÿòmj  ,Ã"TIYØ>...;  ‰ÚÞ"§    °P  -Â...Â
Ô(*ü  ?~çÉ³·ïÕ·rFdS
†¹Ø¬Õ4V±ü~"9  %_ÿ¥Bú¶¦é}  nú(r)"^"È  ÑT2Y'...'csÑÚE+•³0¦  "Ç'qN3/4HD,/  <Üg  ¨&t"
  ³5dT*  ¤{'
xe<qšŒ‡  a  ¤  †]'"f  u  Ê      PB  "  ÍŒ&˜A'  (
Aˆ  >ÈÇÆh$(r).  ÏÆÈ n  aL    <(C(  4  SFla  C  #"t  !æ
"  u  "  òŒØÕ  â  §a  x*
  4B}4\B
(OA Ñ1ÃMÁÂh›‡"Ñx
Ó      ËxDà...z  ,ƒ±Ó
    (A¢á³/˜U  `¨"¢à3  ¡...
ƒ=...    ,  ¡  m  v  œ  æ[³,Ÿ$Ñ²  &'m  GAa"N  M8N<¶  bÂ/  @  Â¹Ìí°/'    Ž    ‡ssA
¦0a0¦àÁBy¹†"-›ê  !¢ò    p  \¨"Ã°‹‡    ë)ËBm    IÒ
Â  AÃ#  ]°†-£A0Ð¥
¸
83ÎÒmn¿ié4G"žKêÝ:L3/4)ý%"&  &î  °oIÙ
ôŸßvB
^a
ÃÊ  ‹ÚÁÒoé,"
  1/2\    Û"wR0Sc§8FúÒlûä1/2Õ×û¥t  í´¯÷"  ~ƒl  t·H
g  "ûƒ  iÍ  éa,  ÑÔ†  ...ÿN(r)"í9¡(r)úàÂmÕ"ôÐ§ÿÂt  /bõà  Oý§þ    °¶ÚPƒkn•Ò_ém{]ÓkzÝ~·Ó  ý
wTêŶ="ïÿƒ[þê"ÅýîôÔÚXZ~˜UÆ"°ü?  ëÞ¶"#,  þýý?¿Mª°cÿoG
HZþ¢¿Kël~þ-ül  þ÷¸ãÕ~"KÆÂM,ÚÒ¶øÞÙ-¿
eÁ@^XÛÃ  ÿm)  Ã_&9pV1/2æ  [¿xkÝßø(r)‰9B{  K~    ¨·_
-¶  ¿öq  3/4Ã¡úô†ýW1}ÐB²Óõ×²$×Ôô¢.Á  Ïì  7ª¡<  V×æ  †¯VúxEßØ  ·X"î  ?¸  ÕßÓóþÕ‡ÿ÷Ø"q
{  "~,1/2è0ð%¢Çkk~ƒ  t¯XA+ìZÞ  [v•¸_ôöÿ]_nÿ¯ô  ª,(r)  [(r)Þ,ûµúl7ÿ"ë/Ùïû̂Am·Wõõ^¿ûW
þí  A{¥¶¦'/}1/2  3/4ëþÔÿzZáÿ²Gý  m¥MÔ3¢ûs"ü‡û[ê  Î"ë  Òó]´-ü  Ò~°ûP}WéNžuK3/4-ÈkßÔ¬<B
"[3/4ù  VÿÿÕÿw_¿×Ì†  [  'þßUöÿ²ßß·ÃM-pÝ§úUûs-þ"ÖÕ+(r)Þ1/29žö-õ̂ý{¯Î3þy?OðkW¹Fúÿé6-Ý
žÝëï¿Ì}l  ª1/21/2&í+[°{"Ûµÿ×ÿµ]  ÿÛëé´ëª"̂ï×Ã]}Ò~  ^ÃJµWuÝ´  =¥·m6•  þÕÕ-ß  ì4>Muÿ  ]þ
Óí+Kô  iHŽµ6°š¦"  Ç  ô"P×ðÃ¤úÇgÍ̂oÛVDß¯ö¦  qHA×-Õµ/§úßëW°a%÷ûµƒ  b¬!Ä  Ó  ívØ&G-d

r(c)V)jÅUêÒÛjÛh‰otÒŽÿõì!°Â±Ø!È1ì  ôÖë1ØL  (r)-ÂLw
%
+[IŠj*B°1/2¤Ói4Ðƒ†"CM¦"´  ƒ†•
X"  qVÁ"¯A0@Õ2:  0E>ÐqPu
%Ž,
Ãƒ        E1
iða&,
  Ã
ˆP¯L... 5
Fá4  0@Ø@  ,
'!!V  -Õ§h ÂÂ "v    a   ...4  ¨D(àÐ‰  pa9  ë
)    p(c)A      SH"ˆD(àÕˆL%"  "¬àA    ...
~(( ÂY!ÐÉ:  (c)"ç'  P0FaÁ


&§
 Á
`ÌBdW
4Ã    B"2  3    0B
 ÂÃ1Â  £æÐxI3ˆÉ""
æÅgÒ""#    °¥""""""""""#9      Î¡¨FŸŽ'-
Z_ëßúºúit1/2%_¤šF@A80K"¡'ªØ¯QÕÂ¡0š AÃ    C>¨
,Ç#    7  1  ˆÿÿÿÿÿÿÿÿùn^-!*W  d¯B¹.d*)  È*;";+  `  'veqØÇÓ;U52ª  a;
~EŽí?£csµ  ¦°à- "ëëÓ,¨T--+Tôî=Õ(c)Ç†‰(tm)•õÃ¤á¡ƒQÀì¥  ,Ð^sºeˆTÒ8^Ž-;  *¿_¨ÿK"úÕj¿ÿ§ÿÿ
ZÕ-Û÷j="r¿¢•"´¡ÈÕj(tm)Ô"-¤õ¤¦dB(Ž  ÛÆ#ã#hó5Ç'ÄG¨ùÁ•  ,Ø‡ÆAŽ  £8ƒ  ,
   aOe  Ò"  ÑØ-mÙÆkÍmMl†  HyàÁÆt  "Ê±š³q        "        ž´ÆN)Á  !ê!|0^t
     óxð¡BeXÉ  ±¡Ñ    Â
!hAäö¡á2C0p¡Pyð¡B`¡    4Â!ù  ÆC  Œ"    =    "9  (c)  ~aB!ûj  a  G aS
  ,  &;p@Á  1/4ß
‹Æ~@ÓH*    @~*a


Ð&
¡  tfØPY  á    6
œ(P›"  \0T4Â
     0¡
š&8""¯Õ  u"]ƒEâ°VEt
‹¶... ^0TÁfÄ,  ÓL&hÉUŸ"  6ÊrÈ.ÃFä}Ÿ    ÉÎ,¡<QxÕ^,¡0í  -œ  !‡Ò´;"2‰
Ã¨Â¤æl*.ØPš  6‡  ¶
'Pžƒ¨ËùC  ¦Â`õ›  WA1/2Ø¹1/2ý•  MƒÓ¤  ÿPhÐn-  œ7õPàƒ¤ö•2  uÒ†Òƒ²  ¶,s21œ  ÁO¿Ê    6Ážh
Ø2;Èñ$û'  O[ø8Iº°a²  æ¶ªPJ‰s§wÕ[ÒoÔ¡íMÂ1/2³æí¤AÀÂzvœÑƒBúYòàÂoÚ¡...
ßul  t  ¡¨ß¥v¶›å  é°÷>c{îî  ÿÒoIòÚÿiÚ(r)°ÿ]o-*v1/2zõM  ép1/2ê°oz"Ûëïë¥Ó^ü'×Ý÷ûwoÕ¿ûpÝ[(r)
¯[ïÿONïJê×ê›ÿMÖ(tm)Ä-1/2z,Ò1/2]1/2/îþ"éœ  ÅU]m¿ý´3/4,OW"ÿõ}oÕD/-÷°õÝ    pÅn-?ß¬Evÿ]éµ
  *wNºÂwÿ*3/41/2^êÿúî
¯3/4×¿b  ƒ¹  0Ý÷  Ç§ÿ°[Õ}ÿK-0  ûiW,3/4ÚþµÛ¥  ÷U÷ßÂ.ÿÿWø+u9p  |Ã>Ýìš  œiõÿÛn~o"÷á  ÿë
ÿý·¥¿¿ý"ª  ]  [i¦"âÐ›  _ÿ^^A  oûßá‡ÿ÷"  "  úúö¯õÿÚ}Òu  úßÒà÷
ÿëõÚ
    °ëß1/2iXo1/2´¿  ¦þ¯÷ëW_ÿë§¥ë¶¦÷zî,Á"ÚÿíÛ¯6"ïµô(c)ï†ÿÿ(r)•ö×ÿíÐë(r)ûïë¿ý´¿Ö¡,7IƒÿàŠ  ¥àß  -w
1/2.÷ûÒÿÿí"ÿûÿ¯û"¥¶íû°÷õ¯í  6ÿ¯ÿ
¥ZN÷ÿ3/4tWÒÛ_¯ì(r)-Z°  ÿ{ÿÕ]uU}ÿÏ}ÃÆäÿí_ûî×ÿõõþ"jc  ÛÁ´oý?¯  1/2{õé$-ý{-ïý}3/4ÒwßÛ[ßû{

OÓì/·]¥ëí}ê"V(r)Ûmª1/2_ôý¿´  Wïú^^ÿûk¯ü43/4ê1/2×0´  /ß¦Û_}  ÿÿXaS.  û°]Zý/[†
  êÞéuÓ¶¸0•µ(r)œmí-ß¸C°n›  ...¶c²ó
³  wPÈïÙ×µ0Ÿ  ¶8ï"ýÝÝÛu-¤ÅH[°ÕÔ¿¸µ  që¯Ðkf›ö-  S´  ·QZZÇ  ‡abƒWÅ-°pÂ
#M:ïÙ
öB8KnÄ    "p@ÓA,!ø0 "  *  ÈG´  °A4  ·
î Øu  ÓiEX@Â  ÔU¤¯@á"¤¤¨ï0Ò    0ƒ  U    *L ,  Á  h<
`  å@P@ÈáÚÏ¨A  . b'  Ü<  0MXí    ‡  †    A8 ,aŠ
  0@ä(ô°šC @Â
&  a1@  §  i"  "Ä&  &  0šaE0,  (c)HX0(c)  ÂV3/4(tm)NQ  a,  ü0,Æ(tm)n"0"'P°°...-'"^‡œ0¯L&ƒ
  ÎâÃJÎ(   ¨e †  D
Ð2¶ª  ‹0¯D0"E!    q  HYMÂ  ^^^^^^^^^^^^^Ž:äKÒé?KÒ-±›S³&'dÈÒ...GÅj  WÓ¬  a    Â^¨ÿÿÿÿÿÿ
  ÿÿÿ&Ê±Ú^["à¤ì  ...3/Ê^,-...Pª
ÕpU
&Ê-
êï¨ì0œ‰¡;š*X=
  úÐ°(r)äw1/2ýúúëë¥¸ëÛ¨ëKk}%MþW2  äâ'ŒÔ)(c)š†¤"Q  f!@£  h<Õ"  ¹Ð÷+    .EÈ3/4ÍÜÃ5
6AN¢Êâ¹²  0ƒ  A,  Â¤    *h<   &zSc    N!Ä  ù8E
!,
"  aS  ,xflÁÂ aU  š.  EäEÃEä&
¯DÜ‡  "\=4"  A¢ò'/ª¨0š/!  €EÛ    5EÛ0(X&š  †  @›I°,a¤à¨pƒHi  í  ŒÎ
  ´É-2  2
l(J  ›‰  ¤ñÝt      `gÆb§]'ôü"æ",¹  *é&µƒ6aZ´ƒ|  Ç"ÕÁ
  ðd[m¥ÈGÊâ†ÛB·]ZV-O  3/4ö...'*1/4    zT1/2h6fý˜§]"¦Á":t  ›ÿ_ôé]UÒû°ŸoI3/4  ÿõµÓzõ  ÷é5    G
  ¯  ô(tm)Í  ú¿}  {tƒ  õ  ÐÿµÞ+  KþüG×ÿê(r)õ¬1ÇÅz÷-ëó
-ÈsÏ×ýÈÇ›'  ÿûúß  Ávùb7ÿK¡û~¦/
  ÿÓ](r)1/4á  ÿëí{¶¿Õ×¸Eßý1/2ï"û
  (r)  _ÿïétßï1/2+U
kþ"Ýµ1/26ý¥ÿÿ"}ûë§ûá$ÿ¶'}¸¸m}  ÿ¿ÖégO:+:$"µb  µ¥{ôÅ5ëømÎ(c)õÿÎ‹ß  kk"  O^C-_û'1  µS4-××
þ×ÒÒ}ö*ßÚs‰o×K÷HâO(r)Ý*¿ëë  ß3/4ÚWM¯ÒÒ[~3/4µ×kûïï}Þ1/44¿]Õ"    ¶  ×Õ¥ÿö›ÿ  úÿõÃ
¤œA_[m&!EEZ
Ý-ÇÚ-"1þ˜rhâaÖmj·°a%ð¥ú\ÞÆé'
37°Øim4Çü¸âï¶  ¦;ÖC8ÁÚ¶  (r)ï¯íl!éXZ3/4õÁ'Èðv!0ƒMHqÂA Á  A,  Â@ã-6Ûi°AE'| J¡"
**(4¿ø¬  Ð`ƒ  0    5
Øh  '!PA"
¸~ƒ  H  @Á  Š
  A¦È°¡S  ~×›  *ŒPÄ0BÔ ÐC(c)Ñh0¯A41
#¦,&  °    QhZâ(ú!    P^^^â"= Þ0ëÖúªUû¤Ò÷a(•jD...  tâƒW
¸`Šãaéƒ  È
(tm)¦-"#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü·B&äö"3 ¯B²  ;  Žé  š"/  Ôça2  ...!"x"ÎÂ3µ8ílBN"äP¡B`
¡0¡I•RœjEs  ¹  œaS  ¸¦¯(A•'...  P¡r4(PX(A...B-Aw  ¤k...žÚ¸,...ÿÒ8TÁY    °1/2/×A ù  #
ÏÒ³¹1/2ÎêeIUu%'  l4HM  ‰7PäEÑKŠPáÇ*    4E  ùâ  ÕTw¡±;
çbÖƒ^ú^ëÚÕÒñz
Ž×uê  °CO¿ßÚ¿Kþ"ÝõíuÒ¿¸c¿ÚK(r)þ¿ï¯úk^¿-  ß[ý~Ÿ{¯(r)þ°ë  ¬*W_ÂÜ¨ï²    ›  ä(tm)      Ñ  G¢
¤~jò)œe?"Ï¡#°Ë=ä<Õ    <)C5  L°"  MŒ†30§  'd@SÃ=  Â²@Â!FÉD¤4Bô¯/ùDlÊA y
xP(tm)è    ‡ža ¸Í  Á š  fBäë0¡  H
  3@r\y !ôƒ#Æ,...    ,  d†lhYà¤ Ê  ƒ    "
ê&
H  ¡Á    Ð°›¦  :a

T¡
A SA ÂyÂ 2xÛ-.
` "40ª(c)... éË† 'h0 ¡
ƒ #[°† '
° ...A¨@Â"è( `(c)¢ñá ž
˜a &àÑ}A"ù¨T]Á" Ø0A"
‹ðí ¶¡ pÑy 1/4
- j Ò|*rò‹èDî Ò ›Ø*u"ÐMÁ6 xÙ-Q¸0¡Q3/4 nEVlÁ;!(^0"ÏEõ ª
³›'/(tÜZ/ Õ Ã • NKºm‰-Ðmé&õZ1/2 æ" Ý=6Oafæ\Uá=bk¤Ý7 ?j•¡':
á¤ÚºX4é6Áž{i6Q"¤ 3'
Ê iZV œoOO!G¥rXÐ^PéÖ'´1/2+A:ë¤ 1/4 IÿÒm'Iµƒ8i<{5‰àÁ?¥¤æ '{² ŸOOôÝ"1/2°a{[v"× Õƒ
¦*37ÕµÌÌiéöým3/4›_Pí}
êÞšVýô *_¦é³‡¨~×êëõ¤Ø0šák~-éu}¥õ¥v"´é?Õÿ1/2/ZOé7¥ôýZOÞ'÷õþ1/2þß
^¸>û{õýëÖ3/4§%¯(r)¶÷õô›MkU¿ß ÿBÚ
¥oêÞ§ úµ·á7I ¥uU´3/4žË‡ø6""K]=}oûÄmxzÒ º¦û¤>/ ú[†-~"Çª ý;1/2v"ïî¯ ¬}n÷¡ýÝüB-ÿý-ÿ
!R ïûÒÙ ç Ä:º\BýX¯,nÿÈ éº w_§øœ Ñ
"õéçQ^C êûKä
*û...õî´ÿõ˜_÷ï°×é9,Q‹ÿ oØdh_ù‹ôe~aŸïÂ&=µ˜Q¯3/4 qY†~›(r)bï´1/2PEÇëïíý÷Á ÕuÃþßÝÓ¬"â-
°Â.4öÿö-ÿö ?Výý ¶õéµþ3/4ý¦ +ÿÿÿûA?ßwL?ú¯Wð,íö
µÿïúÿè%·ô•}"(r)¿ºïÿÿÒÿû¯Ò_H%úëÛ¿"‡ïÝ ¿°Ã
^ÿû¶•_õè%ÒØ{ Â(r)ï×úûþè'ÿé_{n"^û_² ßî"×é
t·L†š[}~ ïþ"ûÒWá+öžŸ(r)ÿ¯é }ÒÒßdŽº:~ßÓ ý þÎ‰ëá 1/2júu ÿs¦þCý[û§éÎ‹[(r)¿Èzk } ûêÿ
õþÖÿÛÿJ÷ÿ-žA(r)1/26ý5"õV1/46¿k÷ýñWûÿüi"u·VºÞÛZõ¿[ÿÕ;ÛÓý ûZVÒëÚöî"{Wo1/2í]5³?¯µ-ÒûI
ÛVûëý¦ P÷K÷m{oï†3/4"é}1/2 ß}}µ3/4÷·¤û ß´-×ï× uÝ´ºM~Ö¡¥õkú1/2-iþ·¥ktÿ
+ÚYÖ" S1/2"ÝaÒçÍþ
%-ªö¿áµïa(r)ÃI{ï×7þ" ¤Á-ì0-ÆÚ
Ž¬ÐÝ}(c)Ž¤+ß
×i ó| Od}é3 °`µRA(r)ƒK[
-¢$4-(tm){m/IMý±PÂ!Ü %›þ¿"(r)Ð8(r)?´DŠeÿŠ1/21/4¿Âµb-âš¨0AÅ0ÒNâ)X¯†" ÆÇ pÒŠø"
á" :oØƒŠ`ÂvÅ_÷
°3/4ñLS ·Wv¶·aZÚ´Ø¤ ûjÒˆ<5i5"í10áS
@Á £ íUÃ 'P˜LBl-vÕÁ
¶˜@Á ƒÙ
8( AÒl $ƒAñA Žš @Øa @Ë‡†
BA± ¤ @ 'Á
8N u ¤(ðD) ˆT u°š"Ó XU°œ " 9 XdX 1 8@Ì
h âÈ¢ Q¬2úa ¡ B8- ƒ
P@Á øA¨a0¡0(c)XúˆL"€pÐa ÂÃ,€ (tm) j TÂaf¬ ÂÙ}
&ƒMBa Q BÓ !¡d‡@Î D L!` , ¨`,
"2 Z DXB#,aÈRnQ ‹ºÂ
(tm)iÇ D2v q 5!`"DD0B""""""""""""""""""1 DDDDDF3/4•a*X(ÿÿÿÿÿÿÿÿÿ;'-˜"[¤Œ'NÁˆE#3/4 ÊåH"ÈžE¢2
$vi f ( p˜(PTÁBh0šà¡B-Þk... PJ×;Z
°ƒtŸUÓ¯ü·&Õû'&wovS-¬ìÉ†ˆ 2 NµH|ì-; b
Â ¡×¡ï'Ü‰¯ÎÈ1wÿú_¿¯ÿõ_¤ß×ÿïkªÛýÕRé}*ÿú-äÚk* ‹¢>|jIY£È'7(tm)'B:ÆãÁT‡›s°Ã ìê<êÉ ¶O
)VÂd S$#Ã ...A= €eaœ"Â-ÊŒÕç
G YÛç(tm) " DŒ,ŠuÎ )¨!p¡ npÂš‰3c*ófDF

ÌÄ$#Œ"    ...Øh ¡˜   Å -A '      (c)N
...Lø§Ló3.x C
*˘  ˛"-È˙   ï∵@Âh{V`PP^"...    PP ¢    òxØÁA fh0  Ÿ
^òN˙ û@Ô&"A¬ Ó  =0T
Ñ¦œ Á   (@Ô& & $      4
¢ó " L Â "8Rà4NÚ,v
¨5˝ʹÈ$AÙ(H4^X@Âa$˜(EÃÐh›† aT*ʹ ...
 (c)...M  & %   3/4Ÿ £t0@Âaj
  vð¦±   M ˜5ÍŒ YÇ-Ax B&v
¢òÓ
la
" "g€"^
Ÿ;O
         á8A q¢ñ1/4üŒåÙ îg
7ºpÿ-,n&z    › BäXPœ (L'¡¡¤Ã3l$æêÓ

§ ¬Lî'
Áœq¡¤Ûá&Õ0i r       >ÐL0ê•µødGÓhDöúV"Ó²,*}[ü V´žœ;¤ÉtÑ¥Â
-"h"ù· Ð›"xS...X 3i;)ér -ûôAÁ°ᵐm ¶ëõ§ƒ={œ6 f0ú3/4ʹâÉS¸4);!1?Ié¤˜¬4+êÔ•ÛúWë1/2~ð-tƒ(tm)
3/4¶  `¶³î+mV°us6ÿoTí%Âp˘ƒƒ$"ŸÕg
ô°(r)  ~ÛxVêßjœÎ
/{j´íoµ{µ](r)ÿ¶•6éuÓ÷±Ûµp›Ò~žßïÍÞúí {i-é^ íîõé}4ïþ·ÓéN
¶§×ë¦×ßÔªh7  ÿëV¿ÿ  Þ1/2¿ý/ÒoIþƒ^˜Q¶±Ûé-  öï]°¡ö:"ÿ¸×ˆ1/2§ìq[ïŽÆô3/4ÔwÀ'ßŸÿ1/2-7}ý†ë°z
m  ë-ÇÿÝpë¦ ëßÔ  åŸ¢ ¤N  aà1/2×Mëúµk K  ¸þ¯~ß†ÇÛöû]-ý{˜#JX  èŽ¿ÿ"Z,E†1/2úû¸ ÛÄBì-
›ê3/4bàÙO(r)-w--Á  ÿêþðzû°mÎ›"×Ýëÿ-,ÿ1/2{I-‡é þôÛ"ï·"
¿òùÞ•ïÖ›}- 1/2÷ëí-ƒWþ Jÿêÿí1/2÷¥úÛí˜}-ÿÿuN¡ " KûôÃz¿û3/4-ü
ž×^ýÿ†þê ÿþÿïÒZ÷ÿ3/4-Õ¯ _Õÿ÷jôøo...ÿv µêµþ÷ôÒZ-ÿ-*muÙ;î7M¯ÿÕ7Ok  ý~ôƒÃ  ~¿Î‰o.ô1/2
1/2 ÓŸÝ¥òèè¿  që×wÿ{}ƒomj
þ˜ïd?¿ìè s¢þÎ‹ÿî˜r"¿ÿïohéé×>-û¶tÁ*K˜{¿ºzÒuéê1/2ÿÁö•wµˆúWK"û¸ÓÛ- (r)3/4
ü£uß Ók|:õßþõ¯Œ]p~-^ë ¸z¸Ý×í×é"¹íØ?3/4þô¯V
 U]ûÝ-3/4ö3/4ï¶¿"Kíu|ˆÛ¿ûÓôÝÿÛ¸µÿ¥ßÿô
ó4 *ºkÞ×þ›(r) ß¶´1/2ÔÝ5u~¿Oþ{kë¿Û^ a"Õ{-...öÒn"õÿRîšïí%"îôõâ¥×W    iwÃJþ3/4×a...Û{ßþ
¬a´
 %*¯Wù3/4Ó/ö  Ùz I<ó¦µn _!
ú(r) §jcµ"öÖ"ûmˈï§kx(r)õâƒqë›âµí-é¨-4µm/[Ò
Çh0‡ÛV #²ô[¸ Çj›õ"  |Si7ÚÄUtÚ[
ŸÒVÒ[L%×ëÃ¬5M{ -ì pÒNÒ·N
{´"î ‡èb A8ÂpÂQR  ÔS! *a0i]R
4 ... aZJ  Ó˙Ð¤Ø- Aª±I"
)-    A´
 á´É6¶ pê    CŽâ  `ÂÓ@ Ä D Á°ÒÓ¸V "8L  ² Ð@Ð¦ƒMUAPi
û
!
"^qÃØ @Ð6¤HPh  m    N !
" ˛
áy8 C
%X"   NÁ    6ƒ
'Ž(tm)C"Ac¦Xç@...† ‹¨$ö( 0D pâ

g =aT&˜A"] !a "\(tm)...1P& }B
(@‡S`)!Ê RÀB,-Á-Z"eÖ"E"Ês- e ˆ˜˜0W
"Þ± 5¡ DDd,â""""8˜˜ãB"4Ä ]u×ýi~Vô(c)w¡Âú¥A&¨:‰nª
ºpa...ÔF#ÿÿÿÿÿÿÿù6 Qüµ+æJâx,³ ã!xÈ¯)q-˜S²Ø·œv ""[U
˜*jœ }AAA%^Îë -Ü(_&‡ÒÎÉQ tÕ
6qå*všÎÏ3/4Û %ˆ••‹Øâ9=J• ûý Zý×¯úªëú¯_ïÝyÞ±¶HH2@¹#$
‡"g
§ŠÁ×çeYÌ,D¤òN5g
î %ˆ(c) Ošó†Sæ²;" W *gÄD?;PƒD>3Ä `ˆud] /2"B1/4Ä 1/4É1I ó32C0<†!×>3A
¤H K³

žE8-pÎ¦h ð¦†¨3ã!Àˆt C *
àsÃ# LÌ9q
ŠH 2 "Èa 4Œ3ŒÙ ˜ Î£D>3Œê
¡ ¨ÜóÃEãPUM r 8a ¶ dð) " ``¡ TôÎ
Â&8`˜S¨M¥ ŠCÂ
‰" 0P¡ ¨˜è ÑwA,"Ø Â
‹Š´
"ÑvÐ`(c)Ëw6
˜P(tm)ì(*a cN iã›§åõ§d}Bg A¤^a563ƒ
Í ˜TÐ`·£c` ", Â/ Eä0ƒ 4Ú¢ø=eÄ A(c)p
!¢íœ :/ Aæ÷
¨ è1/4@íMÍ Ú7†"÷ ÚN ¸¤"Eã LôæÇdH¥w·þ
9˜Ã¬°iµf¤:".œ ,&Â <`Ì H6
%WMÐwi(´ ÄðÐA1/2$ é7¤Ý7Zð ýiè6í¤éjædÚ
Òn$ èxŸ)2eñ"ƒphRzüÑ"ä‡ 1/2×ïðd^jïò ,
hA1/2+"IÒºÝº"ê1/4 ë3/4 l§3ËhÑúM¥ø0¿ ÞõZUkÕÂþ³†PðØ0M¤ÕIs¥×w^ÿÕk ß(tm)°Â ´›6m7
úvêŸ}ÛøMíÂý1/2....m÷-'ê-õO[ÛVéÒwÒ×ªzkþžƒ ëýÿ~Ÿuj3/4¿-j3/4õõUKN×¯§ß}-·ªý
Û"i;ûú^+k¨j:î×ï-0*CÄ%X...Õ}ZÞÚÞøcho~ú¶õ
Ž Ø1/2-kuêé)€ôî°Æ-wUïÐbÝu ^ïCwu¿ÿquðOÁ}ÿ 1/2 ^"-k÷}1/2 _ÅCoÿï-ø´Ä&ö"Øœ úÛƒ-ô÷
ý º"÷÷v' Û•ó "M÷"\wöÜ P'ûw1}Óº¯iKNXÀûíúð[Ù
- ,¨`ÙÄ* }µØwó
*×ûê1/2~"-Ü-ô
ð,¿ý ‹ŽÐ"nÿ`÷û¥ýþƒ
hÃÒú¿ Mî¨ÂL"nÝƒÓÂ' zØ6Býï÷OwïK´ÿ´ ê,Jï{Â
mP' a÷úoï"¶Û¥úßá Þ-ÐO¶Ÿ ¿×a†ÿµ×¶µªµ3/4Óµþ WW-UÒAv KíÃzõÿ"u¨o"J _ÒïÔ
1/47^-íø6ßûï÷÷ÖÚÕ+ÿ¯T"¯b'Ã -(c)$ÿëÿ1/46ßú3/4ú
ºw¯{îŸî°Ø7û ?üè³§zW"¥ÛþÈ îõ÷1/4 pUþÞä?ÿý´²-Ù

é3/4ýW]×:z^
¹ÓzI ]Ûüéª_úwößáˆ+u²{KZ]zÝg è¡ Û³È?ÿþÝ}ïokÖ÷÷ý_ëgÓv(c)ëøcÏáÃü=3/4ÿ‡ZM{ê‰ -"J¶¿}ý
××¯-=¿
ÕýƒµM# pl o_[
uïVÕÓÿõ3/4onÿµz÷J §ÒîŽ&Öþíþ1/2Z ê"êÿû
/Þ--†"4žš"_~ÿ
ªßÃ[1/2W}w-[ C Ú°ÒûkZþ øa, NÓ#ún¤{µ´ý ×¿ù ?oUÛW†
7Û×"i.·PÒOÌ-økiÚ˜O×o}"àÂLSivÁ... (r)÷OÕ°J› {Ä -"ä L H m2>ºÝYµ k·[
šc U§Ö {(c)}ØÚ°šé¤ ¦ @ØŽÿ´ºˆ67n-X¦"ÖÖC"

mEUù  :¨ä#¤Ø¤Â
î í¨?"U
ë¦ƒ        ^  ØM0Òn"p•ñ
TœA§
*b    0@ÞØ0°Õ  Ž        ...`¡
¦ ¦  'ý8h†q û
B!Î
        6¡P!
&Û":m  Ž-0ƒŠ
S        h8
  ±Ða4...$á0  ±A    B¹ éÃ@^~H8¦  "8L‹i     aÐ...  Ô  0~" ØM        ! (àÈáÛÓ    (´Â  Ù7šc
R78Ûj  Â"  A"ÐI4  h0ƒ-á(°Ð`~&° ...
  (c)5JÃ¦D"    h0..."Â  óä,`"  B  B Â  æGg
Á

DDDDEXŒ-a,
äc¡    È1/4eq  ÄDE•´€'H<I  DDDTDDDDDDgÕŒ    'W        ÄDzÆúT(c)Rµ
J3/4"]uÔªJšPÒ|²+a+["ºŠÊÐ¨h0K  ÂÒ"Ä+  £ @•U-ÍE*¤›´  Q   &Äèÿ-
·ÿÿÿÿÿÿþMÄ'fàÊZ"(tm)4S!X  ÈÑ  ‚Ê¹    L  d63±¦   (tm)  a4Õ    $ '$
¢,  C#  u1/4  %£2 Tœ&è›
  Á  È:¿¨Mtœ-*ÈZÊÐ7¨Î¤†ó!3Ì‹Ôï¨D)(tm)W  a¥º"±Éé=f†xmKúßÄI  Ù  ß"kÇ×ú    "  {+(Š"/ÿª×U÷
÷}ëk]   ¯OúKk}þÓkíwÖÓ-Uúë"nÖ-S_ÿÚýªý
}ØZI}kIn¦kuñû§  çc  "K:
  ¤ÉËº&  Veó-LD*!~j';UG'    q¸¡²L3/4(tm)1/4Ðg\Û  ...æy  Bä¨  !¯íQ  ']Ua  g    d^Ù¸AŸ
xS2$3  ÐBÈANƒ:3d¦dŒãÈy@Bv        )ò !p¦Å<Â!ñž›...ÙÆ        ›0D&"¨DÆ_Ê  Èñ
‡LÃ0  ðfIÙ"Â  f)Ô9"  &|B  >Í  "
        Ô0  aB  ,"ƒ....Á!
Í
ÿÃü  ‡  ...(tm)  Œ3/4\g"  ‡ ûP<¶
        ,A5EÛ"Ð@Å(r)<´  n  @ÂA0¯PƒÂI,¦  2p"Â
$¸&(c)
  Pa
1ê  Ð`±  ¥  0U  4^  Ó    L Á5  4-    ,Ö¯P'r ë    ¢íý%¶]6¡0A,  z(tm)"ÐmtÂ ô  l4  H¸
*è è m  l
  NÁ0<æ  ´_4[°Ða0  ŠÈ¨¦K¶Å£s  ÓEå  "L3/4¨ç"_0¨  Âh    †¨Æ"  /¯MQyEó<ÙÜ´  Ú  Xd
$  Lƒ†:
êÿ  ÑyåæAî
24:O  ÀŸ(oî¨ Üo¶¶,
ÄöÐê  A~Cå-
‡}ÉèÚ‹Iâ(c)~[Ý9›¦Â  t‡0äoH7L¿#µ°  ?:  Nâoß#Ê fß#Æ•Ú¦-Ã§
ær¹(tm)¨àÔ1/4t¬  L&åA  Þ  mêœóK§36
‹»e  Üù1/2?}¤  É}9/¥ Èí%Ô*ëºIßÙ
qi""

\"ðŸÒ¿VÏŸ        ºsB~  ¤èt-Ú§ºíÕ3/4"}á4ã        Ö(r)õ1/2zÕºkièCýu
Ÿ  êê  î  ›[¿^û>}    Ý$¢é=[FnºÔ}Rzêƒ°3/41/2ÞÁ  °{  Õõܱ&ö],"ôÛ¨"Jõzºßo
ï-íumýúíÝôÒÀ  ïÿë^·V  (r)õëwÓnÈäëß^Þ-ÿ  'LBÃt×íÝ(r)3/4#Ö"_ü1/4  lZ  Þ¨    ñ°·uïv¶†ñ-ôöÕôô
õ-¨ï°ý·Q¿MþªÚý-

¬OÖíÿJŸî^AÆ¥íýí3/4"û]þŸª  ¿Ç¦¿ëè  -¶´¯ßkÒÿâ
õ
eÁ  î"ôî"ûÎ+v]1/47VÃ   -ßÇ~¿×uíd(ç=fÿí[1/4  uDÜ 7ÒÿÕ3    e^öö
"ïöõþ  øt?éÿ°_WÚÍ·3/4õÕ5  §ôCŽ3/43/4ÿ1/2L^ÃÕ¿ß"  ›õi".ºÿµw¯ê´  8¿÷[]÷XEÝ|0~¿]ªíú×¥I  Ð¿.z.
3/4×ØŸî^"ëÛ
ô¿öö  zvœî õ_°  ÛïÂ
]ï^úm×  -û¿ýÿßý"ÅØn  PÁØA]þßû÷öë þßý.  ]~ÿ"ýZÛî,û...¿Ó  ÷-ZÍ¯A¿wÿ_þ¿Ô£tÃz
ÿ¯ÿüßx7é  ÛôþçÙ°ÚWþÿ}¤ï¥ÿn-ý0Á.  [á"!ÿzïÿßntZ¶Û"› Û¯UÿÈ  ïöÓ¥    Á  ÿ¥ÒÿW:.ŸKû-2
GVCØ¯¨[öÿþ!kn-‡õ]  ÿßµÈÅ¶°V(r)ûîÝúû¯þK§µM  _×öûÛV
¿ûÞ1/2eZÙ~Öú¯î¿"
3/4é  í´  ´ÿý{õvŸôœ"Më÷îtí(r)"×´ÁÚé3/4¯õ¿ÿö¶°}  ´ÚíÔ  ßþßÁÿj1/2  dBïÕ¶  ´"wÓö-(r)Ÿ÷‡Zþ(c):
ÃK}~×mmöÿïö1/2  ¯Zï÷Ûí†¦%ßÞÒßKz^×ZW!*1/2¯ï×~Ú¶"M1/2(r)÷1/2þ¶Úâ×ûKm´¨"á"(r)·ô"ûÂÞ  I
´š{ÿ8•a,ð¯-¶  ¦ýœ  oí  }ß¯_mò  tÙ%oz[1¿ß›þ)%VÕôÕ¯S  6ÿaNv)?-7¯P·tÅ7IªÝ}"×V*D‹Uæ+ÓMö+
b,"YÐ"Ö  !!1/2‡]i&Ý¯  ;
  ÿ°b¢¶  ñ-¥¯RíX[‡ÚTÿœì!ÙÅ¹3/4
$  -5†1/40(r)Åv(r)  K[µøfA ø-ø³Ø"¯\&$|  Ž+  "¿m[A±Wé¤Õ Ø¤  ZÚwÚm![

  [†"TTZ           cXi
  ;  @Ø...´  ^MC
f  C,q@^\l"q    a¦µM¤Óí6,ml‰            dH
~î´D=  %,
DŠa  (r)
6š  Aü  ´        :    a  Â
Ž  TØ0M
Tâ-B:"ÈW "ÕÃ  -ñXam
~LB  ?¬u&ù1Ê@Aªh  :  CŽ
"      8a
0¶  @›TÓ  hª
Bqj  aV  0†  éI"É: ZŽáÁ  †  "pÙP  "  Ò
&¯*aA4Ââ"2á  á"ÉÀB!"'3XB^Ý  ›ì!  Õ(c)"Ó9iEEÛ
"åhQp  ¦F]KÂ...A#Õ  -à  !          aÊ
ŸD  ¦a  rá  pa03/4)  ^â""""#  ë^^Šâá"""""""""Uý´éuº]&-ý}kÖRë¦"Z¥Ü-    Ú  ¬  ¶
      zâ  qA*kmVÂ...  Cª"  ...6   "  ...J  5
  RlP#J1    ÿÿÿÿÿÿÿÿÿ-uœ‰"n.GdÑÚ¬I  0Œ"Ždg  Çf3³((r)ñ  Â,•  \a  (
gh-¦      1B...  U°P¦tÎõg$|(tm)  f(tm)q
H<   À3/4
J  Ê fq‚  "Ý  f,AAA#$3l  ¥PJ"M_  XCÂf°ÌÒä+^hZ  ×j  TÛKe  ïÿr@l>9  ³µgê  `   >&ß
´ŽÉ·u%"@äj
  ú
Ë
ÒA×-2é
"-NÃMA0•¢MÚÎô¯¬Hßï3/4;~öÕn;z¿Btþ¯oþû^*1/2?Öÿ  ØJ×~ô¿}/Nªš}uOí}_Zûô×ÿÿ×ê××~·þµ"ý  }µ
  ù‡  ŠÓí?JÿôÝúÿWÓn¯ÿíVvœÎÁ¯]¿"QÂÞÑÙ  v  ',ï´ûr        ¦^öÅ\‰3(r)qšß'ø)  :›z_1/4  2€'
  Ž
ÌO$âX‹œe:&  %Ñ¨Z:   ^B*  tH          ç          žd8   Bäè;05:
kÌ  80@ÉólŒÎ2  m"By
äw'
f�"    e  ë*ÂDyGÝa  ""  !xT<zO  6H  Â!rl¨œ    Ô

Â  R
8(D  á  H  2^"4
,   "Ô  á  ƒ_I*°  ...
      éá  <  :°šaPaB"ê,¨P  ...Ò1/2  -í-¢nÂ"ü  \7ï$Âéè2@L
óf  a   /žё6RÂa  pÑx  *£fæÆ·²  Ë†ô‹1/2l Â
-0¨¸È(r)  ¢ï  Ú/˜a  ¸Ò7  G  B"  *h¿`Â
¸Ù
¸¶          ¢òÖ‹æP×à÷@›B[°¸â  ÑÚA"_Dœ9  bÕ   þœ4  ëù1/2¤  -q4a  Òp...íé6"H Ø86,  ´
   cX@¿áá7"Žúoi¤ž0†...U°SŽ'uH6  œ8OŠ  *mpÚ^ì  jŸe?ÒÞ3/4  6Q'tM
    n°"}Sw-ÿ  6"oÉ\ké6"    nŸÇú'é›Z\$Ü  mRÃ¶ƒ#...!Ýž#rAî...1/2ÎÚM(tm)›î*ê...pö×
+I§  ~¡ßé7  ,zo3/4Ý:"ÿÿZN¶fÞŸIÿ-  ÛéÝÛÿ§uo°Ý¡5  w  7Õo(r)µ  û
:ŷû¿KH;(r)ézµ¤ÝÿnéW÷Ûz  ¦"ïû]"ïo(r)1/2wÒnƒ(r)ïé  uM¯̃îõ-¿é^ÛA‡¶ÿu¯~·Z"{ÓkÅoþ-ÿ°ýA7þ1/2z
û(r)ò$ïû.  ß_iFõ¤-évþëß3/4‰Ò¿°úKý  _ÿ_,-~'â  ÇÕŒN  q
"Ý-ü1m  W  XÿK¿×  1/28XõoÄvÝ  ,...ßß~B      :ú}_Ž  ‡¦"0>
Áî‹,@A|  _ë3/4ûïàŸäX)"  ~G]vëƒ×ö  ZþÚ  /üë¢È  ¯°ê  "îÃÿð"z¬Â¥Ûð‹  Wöõ†  híÒ÷aüÂ/ï¥"¿O
K°  û
_ü6¯EÇUßÝÝ  ·ßfÙJ
`ÛG  ú.ð{3/4,ß  /¿Kþ  ÿ3/4õ¯ûïuUîÒÝ¿ÿ‡þ9PžÒÿõ÷^ëöµõ"¶ï°ü
°oïJ-(r)öž¿Âz¿U†õ¯¶-(r)ÿ^ÚT  ÷ö  î3/4óéA  }k"~ú{ßÒÚ}Öÿ  ¿úWéuÛu÷†Ûí+ðßk  ïÚWÿïö      û§¤
îS-¿KÝ'  ï]wÒžþu=/È  Ó  þÿ×ú
0Kêƒõí{}9ÕS3/4·"ä=  °n¬?þ
µÞ"†•¯"ñü  ×[Úþ¯K<ŸÛ"ýpÿNtIn¯þ±Wö-÷¤ü>(c)(r)'"ZJ¶¯^þ´û  †îŸÿÞ1/2í_ûV?é_òîÛmP6Òõ³Ûþšõúï
£^Õç"l    ûž-Ûo÷3/467(r)ëÒ<Î  üò{UMÿKý}  úÒÿ^×k1/4  V1/2þÿo÷zÞŸZÿ1/2iw1/2v·W¤ÓPÕi_¦¯
    ¯-zÝR×¿ÞÿûÎ--ÿúé  §õÃ
ïÿõ
%Z~*¥°×§jî3/4ö  ZU  PÕïVé-þÒ¿ïûXu¶ža{ÿœ[
/¯Z3/4Ã[
   ;ĵiŠé0(tm)µÍ(r)ù  mKëØ&_ÛI6û_ªêïïüzî¥[  1/2;  þß_OZZV  -°šªÃ¦Uû  ¸-{KlÚ^ÒÇkNÕÛ0  ß  ¬
TAé±
ÝH1F"HGk3/4šõ-Õ¤ Nív"a'[I7I;3/4  Wvf8"¸ƒ¸v      ZÅ+M{
(r);Øò  ÔŠ:úL Ø¨¬(  ÚdGÝÈAÖÃ        Cm&B  ƒIøpa  °
+    :ƒ  +`ÁiÚAÃI
U  ¦i5  8i        I†
f
   ‡  9Ç  Ì@@ä#  @Á  Ä$  !9mƒ°(c)¶¡:    §PÁaE4¡"  a9  é  A  ‡            A        £aÃ  ±
   ...X Á
   T¡"  @Ø"é  @â  6
Ð"¨b-bƒ  ¨&t
ª    5j³I  W  "
   p@Úy
9

O@Á  j"Qí
!"Ñ;
)'  A `...v  \0Mƒ  Â,gp"V^  XM  0Db"
   ÉŽR²à  ‰›     È  |FG...lL  ^°BÉ  dŠ  0ÂD€¨
""""""""(úÄDDDDDDDEÄDDDDDDD3HÓu  [Õ%ûÓ/ds        q]'"^  # Ð'  7)¦8  ÿÿÿÿÿÿÿÿÿ(tm)
çchÉˆË^£  "#èÍ'6  ¬0M  v)  ¬ÒŠã¸î  '<"E$    ì¸:øRœ  °Hî¤  %Ñ  2L•N¦Ab>_*Ìò"dT(tm)  2`‰ox-

"0ÊÀ¤C" -dÊ" tc*A ; ˆÀD" - zad6UUFÆ Á U È0xŒ-
ˆ$ X x#[ Â
Ð0 ` ...: i0ÐE °Ñ¸:%?FŒ0é"îü*/ @3/4 jq,k ºl*. Fê.
Ú79-...äó...H$ H ÃkÐAÚw
"
jë¶ I*
"0è¹Ñ: KK' 4 l%h Ú"iXH6
H rK´ I´•ºj"ˆ"·• d²HB ž z.úI4 ?¦ºFg·¶-Í6"jôÛ<Q zN ¬Á ~Þ:
ýÿO;ÕµÖ n &ÂZÝii]ZZOM¤ÚãHÁ÷ÎÉ*]$nm¥K]Ý.Ô_ÒG N=_WznžÚ"WúºU ¯ª-t(c)´'vî-·þ WV
[
u{úOcCOªN¿uu}ßßúMé?TºýU}^'ëIõWIÒujƒk{×û¤ Çõét‡¿ÿüÎ×ûëK¯ öÐcz ØºÚÞº[(r)ƒïÛþk xSé|ê
³ðR þ,K_]R{kþéÉ Óÿ"
÷
Ô0ˆu ¶Ÿ"Õ: Ztê'Íh+ø)ÐK !x‡0² ,!A" † }}/Ý·}Ø:WêÔ ú¸AêÃ A"-y,
' ¸ è ÛªRa Ã ƒ
¯,£Y
p˜M z¶ ,!çï£é&"KXb¢Ã3/4ž-- JúßEà}CDÜ4la'x*60PŸz/ Öœ
OPé wIR
F ¨AªÖG '@3/4" ¦1/2}è4ÖÓßµ ¥ö·A¯a ƒi6 H6 ûTŸûEÛ'$)Î÷¯TŽ†²èKàÐÓí£{=
M"_Ú] °i&D:K_xVÖÿé]mÂm-onBãÉq?1/2t d‹ y›ð,ux^-º_Mûò\ a.1/2·G¹Òaï÷êëªë¥v¬ ßàéYöø7ïª
ÚMÿÕö!tžý·M¯¤ï¯ Õý|0j"
›Iiëý/Ú
tý j ÿü63/4ù¬&¯ nµJ•ûïK§û]3/4›(r)ºw
7 ÚMÓoß¡ ºiè^¬5.
"×íWöôßýUäã KmŽøê÷Ø[ÒT¿ÛÖÕÒI5¯Ð_ëÕPxµßnü6¢ 1/47¯ßjŸÃ ïPû(r)¿
J›J,ZK·áö×ÿæ
ÿ_,³·4 å ×Þ÷ÁVŠ,ûëÃÿooºá¡¯ÿ ÖŸ¥¨m{Ã×OþS‡A?ïTF ^
â>õ-nà‰ß°ÿöß_ÿûÃ
?÷Ã#‹Ú ! "†Ÿ ß{Ò õÛ_1/2¥úWýWýU ¯ß¿û¯véÐ]pûÕ× ÿI\:ÞÓu~¯N¨+ý>ûÊž ýïêûA}?ïÓn1/2
+"êðÜú:í?[õõ
íµ
ºÛ](r)-oïô-þ¿Ý>-ÿëlˆé¯Ûm Ã
_"æ-î×Öó¹c• ¹VmUä ¶ï~·û"g)þë 1n üé"¿Þ-3/4Ûÿë"_Vø...û}¶tý}|D\Fé-|"ZÃÐN"¯Ù# 2´´3/4éuì
‡é:õ×õÿÿa"P}úsˆù¢}ÓKÿA=t•ÿk
[I §-Eûvë_~Ö ïíwZÚK[×t*ê›t3/4íÒïÿÒºô›Iºm&Òa¤'
7M¯*EB:¯t1/2¿JÒn›JûTúß÷]?°ÒZ÷a¤-þ¶Ú÷OÖ1/2¤Cë$ j § $-ö›¦ B-Ö•-¤ùÕß
.-1/2~•º_(r)3/4Á-û3/4Óÿ§n JÛÖÂ·äïU´ ~fÃi ¶
†§ [JÒmc!"sé1/2éŠ]
h&6<Æ°ëì†a&" -öê›(r)Ä+¤õ
>A‰û/CÒØó iz ÒÓ¤)´¸0•°ÒM" § ÞšT†ØI´ 'ÒÑ 5Qá×Ö Ib=RïXa ÞÁ œ"ppa 8" ,
ê>¯ ZZÚ²<K l0A;
µm+
Ò·V"4¡'Û Âj(r) A&ƒ¸¦Ù ê›'5ÛJá" Á L
¶ ÐmE B 0Âa0ÂF€€ " ŠM1/2&)¨ªb'
‡ 1L 8a Á$Ã 1LP0 Ý- a š
1A
6 Â"´...l0, A$ 2bA3"&å r Wi"å-²ì ÓLVš "8È`l £à&ˆÁ MÃš
& 4 1

îQ1A,    E_  `"h0IIºu  †Pá
;
˜¤D|DDhë^^^‰V"DIV"".â"""""Kâ"""#ºèÊÂA¯pB4+r¸3/4Ù"é´œZ  (r)(c)êë}(r)µÝ·Þ  *-    Ø9
FÅ!H•  Ìdx)p...>GFc#"  AI<Ø.A†Q  ŒÑ  0SÅÀÁ
   Ë  ƒðIº-øi$j
€0  €"tÚY  ,         H  9VA·Ä  àaÈ29
qÈkáÜ,³  Õ  Ž  5qT  Ðž  M¤ÚV4"D...2[  Q'Ä5Œ3Žg;"PT¬
R  æÒm,ƒ²•"""""ØA6  PhC¤  J""?&è<  ÿÿÿåª1Gò¨#  ü·  ¬  òÜÆv-  ˙Üv  ¡H  "y2È:;  D&D£±(ì<
   ìì,ìŽ    è  M ...,  Ó2  !îdwH¨Â"˜TÂ...L(A...¡›
   ,›J(c)ÏpHï"5Œ"
N  -  Þ  tE†  âô:WE  Ã  ì  ôaØ,-B"  ú1/4Ã´    l  Aá  a˜[´
   Tƒa  ƒl%ZçeÚ  7Á˜‰(tm)"QÎÊÝ´-XEã I§';       Aµ
¤ÃH&Üïphìlë\W*ê¶Ò
¸Ðè"tÛÒ      õss  ±ô"um‹‹,'?  µïºÙ,ÐAÒvž    ú  ƒp¨MÊN-$o*ÛúCûÒ{]-&ûMUöïñà...
ê"¿é  zéµj"ZÒë¦Òö(c)·ÒÒ-¿Kþ£ý¦µ[{ÿ"ãúIZC*öµ_úF};(r)×{ý^¯ûï~ûì÷û";  wj£þ3/4µcëþ¿...*hô¯ò~¡ºä
   S(c)  2¦Ì  "3PÛ!
1/2"nÞ...ë'×:         kNF"0  Ø¶q  ãSÎ  'œ#æk-|!¥  H9  á'p‹6  y@"<Û.Î
O2>{.ÿÝ  XD-  ¨U7
!"
   "       .(c)C  ‡è:DÜ  zV(c)BÂ
("  á   &  `ƒà,h˜ðUÜ  <Î  .
âÿð÷Fú/  /¬      Ñv  /  /  iü>×A¬ÿ"  ÌÃZaQvâÍb¦\/  °H1/4
   ÂSŽXH:7a    0'  Ðh}}†"ï¡¤êCƒÂtƒÒÎ9bj  Ýµ
×z¿Cƒõ    M  È-B{  ã§Ò...i4¢ïl‰ÍVÅ§£Fõì›
SIwIÁ×VéµpiS]_F¢ÒÈÀ  v¤  {ð@ù£",za>î˜Èƒ÷    ýn¯÷cÃ{i8IºÝ¢†--KÓ~ì"&(c)¿  ß,
¸ZÒ
õdC-oA%{  Õ:ûw^õöéö"^¯  VþÞÒõPÃ´¬éð¸Û}wôûý*UÞÒ3/4›Õÿÿ˜ü0    uÛù´  j3/4-'m¿m+n"ëþ·è;¯
¿}!v>û°  }  ×pÚ¶"~Óñ-Ø-m¨A¿~Ÿ    åA6ëêê+þ*éS~°ùÒWµÿ"j  S  Z_ÒùgÖU¤Ã
.  oº[(c)  'oÚí?M;ú,ë0€õÚuþÿ[qߨ_B´  1ö"    {
]µÞÂ'oÿ{¨ü  8Cº}3/4þ  p¯(r)"ãƒv¿÷ûÚ    ºV  õon,1/2¤  ô-(r)w¥¿êôè  ž  }vîh+yÝ¯}ý¤}/3/4iöz
(r)...§Â      Z
(c)SíûÝ{õ1/4$²ÝíÿVž  O¨ï  Ê´Û·,)ëzýú^"Ô-ÂÝÿì[ô"¤úý+þ-m¨7Vº]õ×ëUÙ§^¯(r)Ö¨öHô3/4'WÿÈ4Þ
UÿõûÚéoÙ  ÿëìÛ:  ý>ÿRmö-ÝíWôï{õÿÚJí*ü;"Ò
ÛJè²ôþ"î¿¥íÞc  ^ëWÒ  ^ûê¤ºª"¦nûß  ZI5ëíCU$/ÿ]XÐ?¤ûÿl7]îÛµnÒXàí¿ê(r)ûm¥÷úÚÞ¿GD"5~Ò
¨¨]Õ_Óÿ^KékÒÃ]þ--úÿõÒÔ4"3  ÂÝ:ki4-Ûõ
-Dîó=µ3Ð"Ba-  6"ì,ã-þ×û]w†•ôÚ*ö¦  Õ&  nÂÞ  ´âƒuh  §±@ÐMa2=(c)€µii¤
0'a"‡  RN˜&µd4´›¿!
^Þí(c)}[cÕ;1Ä  ëa5kÛ  #÷\ðK  Zi†-Æ¿  Š˜ì1/4  Â¸^  \"Ä  -ÐVÄ"  ]Óö¬waU4#¸mZNÅj  ¡Á"
‰ºÇ  {^5  œ  !¡@¨nÓiHG    0^\nÈW
B
   ¡  Á"  ØK  !aÕ8¨Ä'ÚÛN-ßL  Â  Ò
ø0@Ù  è h  E
(tm)    ...  FÓMk!!  ,MC¥a1U  0¯l'@˜MR,
^TÎ8§dMSr  8:3/4  I  BŒ¿@  ¡†  A"Á    ×  ÁBAµH$†  .    OPW  ÆÊàB'ñ
   Œæ)È#-  !  Á
B  Ð¤  B#bÎ  ˜ï  ,!â2+(c)ÆÂ  -  <D  ¦qpB"""4(Œr‡Á"nR"."""""""eàØ  ¥  b"""""""#[~Ýÿn"
$(c)^þ1/2Jä"    "F¹Q›Èá,
E  ›˜Î  r  ˜Ã4Ô

@ƒ#ƒY˘Ž
Ò¤W
   @V      B
Al5‡
§d   @Àé  ¢Ý  1/4"d  9  Dx•ŠD'-%ˆÜkÉ&@±  ^^˘³l)•{|DD  ÿÿÿÿÿ-Ô"  ÿÿüµÈü  ÿÿÿå�ª£ÿÿËq<Ÿ
*±6Q•ÉY£;äUs ·  L  È¬Âª Ð|*apP]  ÖëÿÊâŠSÜ  # $
   †  TeZ¨„,i[ÄD-âIvQ±WãÓZCúVïéw¥Kí  1/2júO¥Âùn((r)èÈj   ˜D°Rž#  ˜KD  å•I   )
ç  ê  y„Š  0G\Û#yÃ$Å:"Ÿ0‹ç†Ê˘š  |œƒ¡    ‹£3:ŠQ-d†`gR$3
ƒ+'‰  a    43¤O  #Ù5FŒ  d1  ³A  Â"
¢
pe     !Ä
ÒF '±m   L        ,...        ,!)AŸ  a         |SÁ0ƒ@ÁM    ÜB
¸A"  LÃ)Ù ¦  `˜A""
*a
(C  0',P¡0"  H-˜Õ  Eã  œ  ˜laABª,    3  V^(r)'pÑ7  */'.  Ó  T]  œ]´1
   Nƒ    *.áS˜ƒ  "ì9  )Í  ,|'a4^i0".ØCEÜ    ohF
   ž   ÑxÙNZ
çM   \*i"\d`ÉÛ
Á
W  cAÐN´Ú     àÍš/š    ÐN"¡¨Bxi6š‡Tƒƒ
Ò
   Á4ÓI´Ö¶,mPAâƒ¥z  Ø  Ý2  -àÕZêÈ  µ†yÐ9ú›‰¡‡^"
'  éÒv  uŸ3šË:m  Ùò7Î<  A÷@Í*ªø@þÈGH  ±O?3#Ì  N•œ-Í  :àÉŽF9Ç(tm)"  hÍ
ÐP"§üë3`Â1/2ú£3
õÒn  "ûI÷ÇmoÚ  pÖ¹óné'ØN"ƒ  MfÂoê¶  ïI  Öâ.×Õk°ßíþÓþ-´÷ÿK  IéúK§I°éÚëuVÖ¯*wþ1/2Òv¿ý
ëŸÐŸ}"˜ÿÿÿÖê¥{ßí  µ°fÂ}5ÿ¿1/21/2,]Uuÿ±Ãëû¤°?ÿ{üX¯˘Úý÷÷µûûPÇ  é    m4üWM°WÓtµñZþ>3/
4  þÿß^*Ð/,ÿ
qUÿúû  -  ‚Þ²ƒ  "ø+µ-  S  1/2ÑÐKý    ›œÿöÿ×...Ñ1Rcú  ‚þÞL  î-úÝƒÞÂÿ
ÿ\"Þ"t¿ßÿ¢âÿ`#ªðþ-¯Á  ŽÐA?¥ÿ
"MßßÕïáêá  o1/2  WÂ
   ÷ßÿÂ    Wÿÿ‡öÿß
·Ð-°  -ü0ð,õoÿ^  õAU7]  è/V×O_ÿÐOÿÿ†ëÿh/Òík_að[3/4¿Nõ  ÿK-_ÿÒ÷ë}ûúT-¿ÿvÿúý/ü6  K~ƒzÿuí
¯pötO¥Öi÷=ýz_°°_ä?_Kÿ3/4õ
ÙÑ{÷é   R\A  vúOì1/2ÿÌÓê°]±  d?öÿ.""õïÞõÛ¥$]xz_ÿÝ/†¿:  ÖUþ¿úÛ·ÿÒ8Æ"¥ÿ÷°  ¿kôþ¿ÿo(tm)§
†¿ÿßúÚí(c)  ç  o§ö?¤ßïi  v•-3/4¿uÿKï_kÿ÷VÚöí×¯úÚí(r)ÿ÷ßÚýpECÓ*ûWõê  Z[÷§í]?Ã
}  þÃZÿá...÷úß³
‡V  /§aL]?V¿3/4ÂÝ7ß²  én×A°ao×ôÈúïëƒ?cûì&Gÿâ¶°ö¢¯_1/2p"eÜS
   4A    Kkù1/2°(tm)-ú±M¥"B^  LwÃ  !ƒŠm$ûâ  é†'  ïwìA(r)  éÃ
í&-¨õ'"â  Ä±Ó  ^Qö·|S  iÛé†  b  @âšD$  Œ  ã3øM",
0˜Ù  :˘öÒjÓ"°§!
APdt˜ØIÄ    5pN  L i a
'  l&  Xa0,
  `   ÃJ¤  é    °˜(c)  á'
   UdG  ö˜¤  @Â
8T  0@ö!0
   A     @Á  ¦  0"CPÐ@Ã"8$â˜PÁ  j   L,ž(P˜M0¯[  SMb  jš
   ¢  MP˜0"C  3¨  '...  e  ,  -";8Õ  œŒ¢/"rc`¥  ...  a  âžD<  .L{9XB'XF}""  Â
      GÕ^^˘Ž""""""""""""")8^(r)  /ªú_T(c)kúÚ¥M#$±!š  'C\0J¢  UŠÚ-B    C  Â  Q  ÿä¨²‹r9nJÎ

2¹Nv²ÎÕcºÄ/ Ék
FèP¡B,¡g†

° ¥q1...
#^Â¯u*ZzwåºÄÊy\]ƒ (c)µÉÙ-`ÿ öÒ V"ÄŠªûÑšÇõ3/4þ?×õÿí _ûÿ3/4ÿT¥qQù ÉJ%¹R tEÏ; Þ
TŒ y(² œ2' ±• ;É#L¤8Lž8GÈ‡›<èe ŠPÎ¥œ3¨‡Q,"q‡7'Ð" Œ 3 <( ÜØÊA"4G "³g Å4
(tm)ñ
fÈè)@sX`ãÎ, Ä¢¬@¡ x(DeÈD (0 " Dl² 3F h...
é›tN
0¨< á Â 4HpÂ
"n ¡ " ×µEØza
šaB
l ÂA"NÞƒ(r) Âh ã 0Tá '1ÃEã ÂaPx ÁB¨T\
l 4ÁST]°Õ \ ¦š74l
(tm)³G àÑ;A:ª.Ã ªaoFæ ç÷ 1/4*.ÜÝ' Ñx Eõ ¢ ¤ -›
¸*z/ (TÙ " 6
"q=‰ò...é
~ m'bè6"¨ §"§}m‰î v ÁO L;Õ*¥´(r)
á¤ § á(r)›§JÙN oIZMÁœ ÷ ÇÛxg(tm)¦)\zÎ æc67¦ïVöä±(r)-Ðþ"¯õ
›¦Á"Âp`ƒôö(c)6"Â WÉ I´ŸÁ...ÿ¤àÁBÌÉ·¬ Ñ·Ó`ÈáUºøO¤ÛUZ\'"Jê"]&÷ô¶ -ªÚ}-ê¿¯ÿô /zw¤3/4
Ýú}wé5m¡¦GÈái§¦õ"U~éÔ ~î÷öÿÃU×ý7jÝëi˜
1/2=ÿéÿ3/4Úî¯"Ó{3/4ÖõÖ#õv-Û¬¸${hx Ô1³ lmè{C]ê"Ýb£ýqý Å~õi ëÖÿ|3/4(7¿~ö¨h,Bù (c)
J"CAÒ(r)Ö×÷uwK&9% UƒÿðKô"ÓÿÄ/3/4ºñïÝëz"¨Ã~a [Ørc@ÿU-!ëõí¬´á ÄoùiøMvÿÿß ÛI}ÿ
ZK(r)ÚÂÿt\?d"'ÃýôŸöí_¯¬"oƒÿ|"ïï_þþ qêß Õ"oÿ_1/2¨@¿o
?Öß ª÷êý †úá Nö¿ï(r)¡ öëßïzûßï¨N-øo}íÚÕ *ío1/2-¿ÿ...~ýÿïº
ýô- UV¿ö-éÃ!é-t-ÃwçD"oÿ§1/2 °ÿû¯-Ö §3/4¿õÿ¶ýµ3/4ïÝï² ×ß :û
ä<7(r)¯y WkTž(r)¬'Y#ô°oë:z¥þºººïú...ô-ÿ Ó¥j(r)--¯Oºú(c)äþuß{×1/2Õ>›Õƒ ¯Üò "î1/2] µOýiëí×§
á/Õè=A*I(r)ö*K{ïk1/2-"×"ÿî÷M¯ªßûi7~êÕ¤õþ¿î(r)ßà×ÕÒÓÚµm-(iZÕ?nÚ]^ÚK¶-1/2þ•XXkÿ1/2ý(r)ë
ûýÓû×}îª1/2ŠÕÿm*a¬0•"
m2þ Ö Wë
%ðÂÿÒ·" " ¯,)ÿðÖÓº¦ Ó 6"¯(r)¦=U°ÚKk´ímé¸¦>šb¡, 0@î˜î(tm) ä=Š}Š3/4ôšº¨ªû
-×ìSa †‡wLSikwÝ"ÿ1/4ÇtÝ""´- µL+IÚb ¨iT0I ‡N Öƒ Ú Û m5ÜAÃ
(c)¦Ó ˜ ˜ úŠ´

$œAªi¡¶ [ 0@Á
@ † %A¦¡, "Â' 2 Š
(¦˜&"
@Á 8" 6 I Ðh
àÙ ê( p` °(tm) ÁHGA (r)Â
0¨PAÈGA Ú
PAÊâë" §Š&8(c)c"@...l Âb "
† ( Ñ'0¡ °@Ô0•"á (€(tm)ª •"Ë
'ú... "-Ê &š
Ë˜! @ÌBgHg 8å (c)f& &Cˆˆ‹B"jI ˆˆ† D2¥@B"3nâ""""""D"" ˆŽ"!"È7Ž"/CãéU/¯ÿ]%êR´›+B
áR]Â -...-jáWN"è'
" `˜A FQà†M ,ì´ üµÿ2 ¥q(È"+äw4R"n &d-S;¶ & gw ,š0H&vŸê
ì tÁ#1/2Kê¡uý t¡m9Ø +ÁÎö1/4(r)"ñpë ²" tí ˆ\JÎÑ#"Ù-xáÎê>šöµ ÿ'=ëÿÞ"¿ÿ¯¥(r)ª-Òþ¿Ú¯o
ÿUþ"×÷XDu]s±eal*ôW$³°<,Y ÕaÊãl¡-Ž¡r-

DæG    :žRe>m  dH  EB  sXé2  (tm)Ã5Å$D#¯P^  ?  Ù"^!(DÐœ2-  s†T#hŒŒ  ×7    S'ÐCS
'  DlŽ£%Ä'h|/Q  Æ  Á'    r"9ä1Bš‰à(c)"
("!  G†Â  ˜!,!  L Ó8)ÁB""CD?1/4#H    ž
-,""Ó  `^ZBg,  ,      M    4  h¯ã30P¯D  Õ
          ¢o  0ªƒ
`ÁA3A0ƒ  ó
†>  ðÓ,ª  E¤  '
H3/4
  z`ª‹°Ñx÷›(¸h1/4ª7‡¦‰°"    M  "9dW? y  ÂFàÑwE"  N  D  ÁBa  í    Ü  .Á ƒ...
œ1/4¸p¡
EÐa
  l  0¶  t^:  "a
ñ¤çššO(tm)Ã
"
  Í
  Þæp:OA†,lŒ{q
  xBè>    æp¤Ú@Ò@ÜM
5HNøêÔm-  è ê  œi2Èø3fº    Ù  è ÃB,  /  ZyC-"ÃDíAäNÿ8þ1/2[K
  Á'À'ë3/4›IµiÒy.Ðr!²  ´φ?ö-'~
  ¶  0nqÈáSii7M(r)hÍ  Kða
!öÁ¡I"g    Õ>ž  O  7pa7"÷éZOÛ  ^ÿðÕ-[N•àÂïßßÛ§§...3/4ÂÁ"*Ýi:õîßýZZO^|Å"(
ßZí¥ÿ¸~¿þ°ZïíÒ×ut›KÛu=¯×é  Ö-×¸]Õÿßÿþ-wÝÒÔûì?^ÝP×Vú
uOziÕ"{Úo!ß-ëÆ•3/4îõoU¯5  ...ûÿ  ë¡}?öµêl-}|  ÕÿýDBßcõ¿ðÇÿø/  {ëûÆA
  ×ÿÿ×^ý!â1/4kÿaÿü¨ëö°ZØr    úè†  %vÿS'å¯_¸jô‹NXÏÿÿü±  7°ÍB¬Œrt_~
      ô¯õ‹  L‰o3
×þÌ&ß‡¿¯øDÇ¯¯×ö¯ÿ_ÿ_ÕL    -ó
  \ßßÿ¥÷ð,1/26ú¿öÿh0Õ}ïð,ßoßû*ÿÛÿÿuu1/2BTý}ö÷ÚûûÚÐUí÷é{í¿ÿ(r),u1/2o¿ïÿÝ+ßWµ÷ïA}ÿÜê
Zé÷ÿß÷†×(r)*tÛ\7ÿÕ3/4¸_n3/4÷!ößÍÚU(r)Úí¿  ¥ô  Uo÷œ  S1/2úͺ]4ÛgEßz(r)¯‡ÿï!þ-ÿ×kÝÓú‡¯ë  ¿
÷È  zþ"Úÿßöö×þï(r)ð}n3/4¿!íá¿ÿ1/21/2~°ë}¿ÿïôa3/4ï"zé=gNéú‡?ß>Ÿ  ïWúÍVÒ¯³Éô1/2ßè7§çÓïëëµë±
ëþ°Ôµ¿ú¿[}ZÞžÿöëÿïþµ
_í¸úû  kúÚ¸ïûÞÃJÔ÷¶ºî¯-[Jÿÿwµ†-Ý]¶-ü5¿ï~"a;momnÂÿÛÃ
ßÚ]&¯Ýêºa{¸û÷I†""tÃ¸ý+    "Ù
$ôÕ×µ6"Jþ(c)õf×føƒíîMÝ×
C  Ëö  êÒ,‹æÝi0ÒUúlÅæøƒíîSvêa}Z[u    Sa  ¯ý  Žu  Û¸a    n•Ø0-¯CÏ&  +}?†°ñÈWQµ
  m¤›    q
jÆÁ'Â¶  ma"  ¯ÚÄ.6BºŽ¡"
Á
=íxiU4Ä%NâHA  á.Ä  Wii±ìv
  ¢"âa  ð  AÅFƒ"Ô  &˜"ÚH6(tm)  Ó!]A"          ^$*  %i4  ¦œ  %VÂi  Â
D(Ô  >! Ã
&(tm)  8$
  6Ú,  0@Ã"
  @  ±ØN  6Dp¢ƒ  ƒ
H Ðp¯A  Ðfðš
&Dp¢,m4ÂaA!M  Epš
B
A4
  4) @é,,  Á  Dp(tm)    @Ö¥Ž  ØL&  4  M  .MÁ[7"š°šaHÌ      @Ú    Õ0šb

22Ä"""Â"
 Ê  ,X$  Ñ    Ca  a3
    ◇›£æ2=¨  aAIÐ¡  ...˜,  ˆˆˆÏ¤DDDD3    ºd"
›PBÂ    2+...                    DRq        W¯(r)#Iëë̂ôµJZ‡kÃ   b¹ :Ò  Ä-
"S.A6U1  ÿä(r)Z2UËq4A³÷ò3/4fIóXÍ¢  ÎÃGf±\
i•ï...Â,"Ð†¨2¶V    ,    th,¨OÏì  º(r)"ûT"´²¸-T1/2Ê£+ÃiZ%-É"v.Š¦IUm
ãþO
wžvFI1¦
  ;:T"q  ¯ōp=/ôÿÝ7ô¿ÿ^¶•ußë̈ªµ^-tÒ¯]}8U¿ÒOÿT/ôó°-TA3±Doí_ÒTÈ£6"#Å?dp\ðÎøR-š
ˆ3    á J ¨¦îl‰
 eÐAç
"  ƒÙ:  ô$A ±"(tóc!ŠH
  è) ‹á  þi¯v^?    :
É2:3
^ÉÃ  c³dj  ‡    ...Ð, š,        B* ¡Ÿ  Š
    ;6a2xÀ§,PC0)á' SÏ" Z
  h·      "IØ*  ¡
š
  5L Ò  ,xhi,¡  '
!"
$˜T,        " ºv    ¦'... Ã"ÐP¡ ‹¶
l ÂF1/2è<  r¿ÓšÙQj³d ƒéÁ6  M$N    4^0ªÚh  æÆÈ(r)'xÂ/,Ž¦Ž9±¢wF¶
¨,ÝDì=    <˚àôÊrÈ'      EØhß3  YPYê
  Z
ª‡Tœû
Fç(r)'
ñ<:H:W  º§ O (r)
Žáœ:m&‰¦iºs;!Ò  M    Üj"Âxºo Á-  ,  Ðz    éPžë g  ðû¤ñ}&øAÍ  ir_ùN
Ù{g
›31A
¯m4›§É  PöéÒlù
  y?p¯mSôÚ¥  ";ò!ƒ
3/4ŒÉÐ·ōä  ÿÂu^ºªqa7¥Ò·O÷"Óÿ(r)"¥¤ð"¿§þý&Ý'Wü7á"ÿÂïí-¥ÚMú3/4ê  køAúoÞ¿  U[ōë
ý¿ÿº1/2×¯÷wúi:þû×¯´,  *ïPü¦:þ(tm)€Ô¿Zö<^û1/2Çëü1¯m+"ÿÐØcûûâ  }a  ¤?×ßÛ  Z  O3/4)º¿ÅSt¡
"Å  õéþÅ  úô¯ïöÒü.ö"oÿÿ×ˌká-ùpU_ü  aìÃ̊¢ÓÞÿa,þýpß,`{¿þ  oÒø?ö¿ÿA†íØDãÿ
ÿØ"o
5Ø?ö1/2_Ø`‰Çëÿzè0  ÿá  û*˚ÿÓÿ×Ý(r)  +ÿukè
VÁ°*ëō1/2îÃAoßoº¿†"i~,ßÒoý¯_~ :}  _ÿßÜ*ov  ÝïÕ-Ch-Z__µ"  ï¿KUo
¯éûú÷µ̂ûÿÿ̂ð¸uÁý  ÿvÒWMÿÿÖ̊Ã¿Ý*ōÿë  ßÝÿ÷¨7   ¥_Ù  §ûë
µ  öý×!Ö¯z‡WZý÷¿¡Î‰¿þþµØtÿd?_Öû‡µ  þõ3/4(r)°éÞ÷°ß¯
×ÿ(r)¯Þ¦0þì  zú°eB
õû÷ōìþö3/41/2ØÝ/Õ×ŸOÞc
ÿß-þgºōÚÿû°÷ÿ  Ý¦êû"Ký÷ýí×ëKZ"iukû¶-ÿÃ
Û1/2~úÝu(r)÷Ki/  þža/í{
U.sn³  þÃ jé¯WVqCIJ  ÿ¶  éC
ïê¬  I5µ*û²ë̈Iº°ŸœÝ,ÞÃVüß-iöš3/4Öž  º-Þ*Ö÷×ã3/4  Cû


˜ð¥ý+9Å&'fÕ¿  Ú"W-tµ"Vé̊;7ÆÝXXÓ¨¤÷3/4Øƒ"î¬&GãýZ]Ã"¦-â-(¨¯n"Nâ8|SV"  §´Ã

0Ò[3/4 ì -)
:Š... ƒjÒ(r)ëÖ•^  Q0àÚ~Ðb˜A  .    9  í Â  È°¢šh  ;c
 eÃÈGHS  5
h    ô
5   ¬$
  (tm)  éŠ†G6    S  Ó    Ð fÁ0ƒ  ...pr$ ƒ    Šj  A      0L&-8"
  MX&
        ¥Ã      Sdc¦¡0šaD&¨Ø8&  A'
        ŠÂ¥
 `
BaBi,hCL§  <°p‡†m  "$§  &  á"  4â#(    Î b²"á¦  ""3¸!    ""  ...
ž§0  ^^ƒf4¨"DDq    Y  °Dlq          èGUJ[ª-ªᶥ³-I-BHgibÜ%KXU\i(c)7
0¸Ç-'¢  òl¥BšpTê²l  =jäë  åq¸Ù'3%C"Å'(r)    O  0    E  Èb, <hÂ  t
ƒ
˜EÛ  4N  ¢Q
  0‰¹
Ù4TÂ    Ñ|á  Ñx    áB
ö&  $õih''ÖBcX(0AÁ'!ZZOWThÁ"êÕ¦ÚXjß{kíuë¥z¥U÷  ÛÚõã  †-¿ÿ÷åŽg)-ßÿÿÕ  Ì3(r)ÿ¯]  ¯]/ÿú
Ûï~ÿÿ¿_z×*öt_3/4¦´¿}9Ó×!ý.ñ^(c)m4¯}1/2þvÖ-á°oµ†*~(c)t3/4›I´›K××ý¬0±¦-ÛþK1/44¶ÒŠiŠ†    Ý¢
  r  ð¨l0  i¦¨¸µ¶$x²ÜP"
ƒ            "ÈG@ƒ  ...    üdQÐ0A"!"  CiK"^^^ŒáÁµ
- ãÕú¯×ªª  KlT(r)  <*ƒ
%sUÿÿÿÿÿÿÿÿò¸  ,"¨˜Ñ  ‰'2-3%L(tm)˜L)¦k  GaK!
"ÈDd%NÃãþw<¸¥âY'œ0  "#a°û  ‰P!
  ‹,    M
;¯;´{*"
"¢.ÊØÉtAŒ  0HL¹,Î£‡ð"e  U
Ìí  U  G  +F°AHb  àè˜^X8    °"  !jf¡  ";N  Hð˜7Âa ,a"ƒÈ0?°ÁHL#@G`N";8ü,
`¨  â  Ñ¦¦  Áƒf"a"  6(c)
O¢æŠÂ""Ø  ÓuÍDiä$
SÁ÷za
¬    n
  (tm)ô"é=6‹Æ"tA1/2
±ÒzIÔ=±‰Ð-÷ÅG  š¢ïÔ'J'å"Iµa¥Ðt˜cÕ°ŸJM¦-ÐÓýu_ý ƒµáÂ  >š  ÐÕ´  n  ¯ëU¯TŸT-w_ÿ
Ó~"¤ÐÕ7M×_ÕýúUnw÷íýÝ  _;Ò}Þéñô-oqÕûé=ZT"î¢´ÿþªýê  ¤ŸIý+_Ûï-zI÷  Ý¥ÿöÕ"ßÚ^Úûz_*:°(t
m)#'"´ý(r)(r)¯ë¿ä¦%‡Ù
  sÊ²T±vûý±×î²  ª)Ï)yÅ  ]±
†9  '@  0A(r)ô´u    !F(tm)}ÈÈ"$1ßà˜B  µŒž3
  $  C
    D)zëØ"  êŸis@•`ƒl‰ÆÌ(Aš
Ð9á(tm)£  Ü  e
¸Ö2=A£[  5  A...O"WÓ¤LpÐ˜x*XA°O£c@Â'  IAPrâ  miÒiáã  í7Ú´MÃ  Eàx(A,¦  mP(C  ¸
&    ¶  m  ƒ<ù±...T3/4-Eã´  7!
XYÇ-  ^
zéXEö  4  ‹  õ  Í ð-EQ¯ØiCéÒÓÐA²5RO˜(c);ÍŒ0ƒ@¨´1/4¤ÜÜ,
  Ž  V-R‡¤  †xÿIÕ›éÈxê/Ó1/2>"tÚZ    ÕÓ(r)i%×Û-~^Âr  ^3/4-  ƒ ,mªZz
"h3/4p  ì  =x‡Ì³6ÿÿú¶¦-úMÚúé6"(tm)Ú¤Û´úWª15  ö  Úÿî  [ò43"
!ÛmYO    :WMm|6¶¿×éxK¯zýþ¸þ¨~ûëIÒúéÚ

î  [¤í:Ûþðƒm% }
×]ÞÚO
<À}ýn¿ëÕí[¿õµ¯ V  ÿ{(r)ÿé*§†              Cé[Óë
cë¿UvõüðOIo°ãH  þ~-Z_ë¿CÅKÐ-¯üZâ¿I5ß‡K  ô0ô>Óýõk¡W"¿
‹Oýý}|Býý["ëîÿOý,é6'j
°¶-^×!H(žÈ  ëzNÚµO~<iaŒ0ëô¯zô1/4  WõÕ  å
´Ÿ×ûUEŒÐD‡éœî  Ã
Zo"k^dä:w"[Ýúÿ^é'ñÕáÃ  ÷ê¯¡"Ä"qéo  Çÿúÿ/Úð‹Ï  "‡Ó
éá÷+Vÿk  ']ÛöÒ}.  ,&=‡  ¥ôûñ    ×þýw÷_ß
1/2P[fíõ¶µÿô,]Uoõßa"  ƒ  "NÛzß~Ÿé}1/2ý=Zÿý×ý"-ÕTƒW{I:OÚ\Š8]¥î×^"ý†Ð,7*Î‹:  õ×ú^ý~¶ô3/4
  §ÿöÿO†Q  Õ;X}1/2+ÝßÄ}  ÿo1/2h  Awõ_ß-wH§´1/2R¿ü‡¶-ú¿õÝ  þµÇ"ú'  Š  ¥Õ1/2C${¥ÿßÕ]
Ù  t°  °Öëõõÿÿúÿþ"oÿÕ1/2"IýŠ]ïmR~Òíê1/2ý~›þ- ßƒ}ý×Ûþ›¯ ÿÚ¿ø|  ö•Õ÷ö*V3/4'
>ûaaÒD>ÕôÕMuÕ°wáÞí(c)´ég*Ú°Òµ×-×ûUJÖŸ1/2´"Ú
"  ö- é.¤ÿæ  FiÅIS[i=6  VïÏÕë{í§  Ý5wõ  ö•"~Ÿ¥ÿ×ÚßÚ¿š8!êîŽ1/26  I¿S  ê¶"';I0Ú"á¤    ]]HHD
  A5"ÉøAôf¥÷ìÙ"Ýöé...  "fÒ°éÂvÂd{´¿²öÄRÚui0Á
õ  0  Á,  ^ôÈã¤ÚWupÂ6  2á  I1/2´ƒ
-±  "ªoTö^KWù  è  $áªA¶'i"jï  uÒ  ÕŠ°j
Zn¢"L l&!1QÚ  †  ΓÁ%`ÍÛ†ÐÛI~0"LAr#...W
.  N¬SWPdpKAca>  6(`  öò  ÕÅ Á  AÐ aìÖ
`  ¶  !G   0D  v  dG
D...ZÅ4...4  ...A~"Å0l*¶šøÎ

Vƒd#,aEDÎ  0ªÜ  0Pƒ  2""    L³  )îªPÂ
   6¶   U,80¯`‡æN  a
         "Â  ƒ  L"
ƒ  n   ~!
ë  G‹(c)n  (  h ÃP  i  õ  ¹üDDDDA,  Fƒ  È°"DC  DJ|DDDDDD  â"$  â":  |D2‡*^
"Êµ    ñ   D...'mV"DDn-›1/2w°÷1/2.ê'nj  DÙ   c#(tm)        4GG  îÊ  ¹Ó<  GƒHŸ8
(ƒG³  ÖÒR‹(  ƒ     pÚA  !'
#•  y
±ÉAG ‚ç  ÎqÎr
nÏï  3G0æ   ð•ÛI"¹!  b  òc/'âêŠ">_.Èù  ^îÆE28,"""'2·à"D  ÜÅ;ï  ^^^^^^‹-y±¤í "R
"2Ü    DGÿ  Œ"  "¸@Âkžà µzªN  4|C]+kéú{§ö°ùÙ>w@Á=yÕ"  `)Áž"ú
à¨B8 {    "  Ö¨D  ïÑp  Aª›/;×A  ý
áÞ¹ ¤  ô  m~õZ¿Ûßñêõ¥õ-ûK¿m¿Ôû  ö"cõ-~Òaô{ëtwðôÿ }¤  {_"wIöÿýw-7ß"¿ÛÁýþÒ°L    (r)(r)
£¢Œ>¿þš  ·_  }<Îþ-oP¿N›i&¶-ÚW  ‡Àa  ,   `"1/45ª†)(&!u  ž!,
!    ÿ-,Eÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü'...N  3PJh:a  þkl&é    úÒn"¿íý5ñOKPÒíÖ"K†+UPôŸ
ð'‡u     éSt'zÒt  1/2íð-...$  Aoó4G4øØB7ZL8Ub²7-:^ƒ  ÿÿÿÿ€  €
endstream
endobj
108 0 obj
<< /Length 109 0 R >>
stream

q
427.2 0 0 705.60001 0 0 cm
/Im0 Do
Q

endstream
endobj
109 0 obj
39
endobj
110 0 obj
<<
/Type /Page
/MediaBox [ 0 0 439.92 706.08 ]
/Parent 132 0 R
/Contents 113 0 R
/Resources << /XObject << /Im0 112 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
111 0 obj
<<
/Type /Pages
/Kids [ 89 0 R 94 0 R 98 0 R 102 0 R 106 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
112 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1833 /Height 2942
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1833 >> /Length 38602 >>
stream

ÿÿÿÿÿÿþ[*ª[  ¢  Š",ñ\Ä[^ÎÂÀRº@@¡5%ÚGg  ¤´Á    Ã  U  J... 5Œ  -  •
%
LþqøTƒˆ"¤Û)ö...H$.AæE6ùÙki\-Ù
   êå\Ñ  4v  †ƒ_Wo3/4‡Oè\ì+(r)"Ð}ØKÿt¶1/2io_¯×ý3/4--µ]^ïWµm{å#6¯^1/23\v

UQÄE
"5'Õ  Œæv È¢sT-  "  7?    _ÝÍc&  Ó<ÉqŸ"...š²ˆ1/4l!Á¦s8
ÊA'  DAù ! SÂ  rx  2xá"  9°˜p  (tm)  A¢  Ì  ƒ$
ƒ:  P(tm)  )  =    i    d<Ùä€§Ù  ÏŒŸ:æä
^³õ0A¢íÓX Ñœ2
((@öÔñàˆœ. hØlð‰Ž  ¤    Ã(a  t\  Á    æ  0  £àaPhŒ    <.    EØj  "ñ¦F
ÏŠ¯EØj  hØ  TÓ
   èÜØ"Ñð¡a"CûàÌ  M  Û^aa  7?5R


   Â.  a  L)  É;T  aU0¨4  @ÛM  ¦  $
   Ò
žœÜÐM²‡7ÐV  Á²"  n4  ,ªN  Q¡œ  m&ØL$^      ...°Fðû×  qïÛ  Òm[ƒ?n    }Â

Ò"kOØBÑvÂUÓaµBqÄøêàÏ>%C  Ï$ž›

Péº
Bi6hG   a  VéàÏ
âXí*·á<L:  ...&ÿy1/4'ôù?tpa
ÖŸu3/4(c)6   ƒv%Xw*Ñ(tm)   êç  1/4¨ v‡ÿ×J  i7  w37I°`¨NhA¶Ô<:I°dÒÒÿôÚ]<&Öë
ß(tm)1/2µwu÷tœ0M`Â  (r)ü&ž¸]BoíZÝ-_-ý'ëë"Û¥‡_(r)˜  ]-÷KõÿÝ¦Ò§×ÿþ(r)¨Ž´(r)ëïÏiýõ]$/ã""ÕuH2á
Ú÷"GO*ënêÿa  ãÛ{¡~êê÷w1/2zñïTÃ÷ÿÐŠWé¶§°^  ºíEmâ1/2ö  û~`;I÷í¿  ëÛ-9Ç)Ê  [ÿT)6ŸïÿÖÚÓ
ó ¸\Ó  ]þB¹Jß¹   Nbÿ÷ÖÒ  :_ÕÕ  ¸J"ðB"  ‡}n3/4k  Ú]^Ž  û}ÿú_
mÁ  ¯3ŠýB.;Öë^(r)ú,FëødSð  m¶1/2"Ý1/4^ôgÛ*>Ý~¶ëïÛþö¿J  Vþ1/2v,ÿÕ1/21/2÷¹ª¶þÝè%-ß   Ö
Hú°@Ÿÿ_¿i_Uzþ÷wmÂWÿ]"H(Du÷¿uÖŸÞÕ{
ú·ê·
ÓÔÿïA+¥¥µoú}núÿKªÒ "^áê¶  ‡ÿ¥_{knéþ  ºÒJþ¨%ï·~"ûc§KîÖÞ"u^ÙÕÔ4¿é>u_GU
ÿúí[¿û^ïÿoé7"ötUÿ¥Õm-üöCýZKoûôÒ·iÿVÕø{
è¿Zû²Öÿ"-   öü-Þï¨Zö(c)ÿ"ö°×"í×1/2÷Ï7þÿ(r)1/2o¯ -ût×3/4ëkýZOUêß2TWNýjƒ  ºþ¿ÿc`ÿá  Ò¿  A¿
}C]mkûK"[I~×]:ßÒ·àá"M]F(r)ÿíÿa¥ÿßúíÙëÄ4•uÝí²:þ  [ï]ðÂöÃJÕú[]Xk§ÿtÔ4"1/2wÿv  ¿(r),l.·àŸúÓ
Tš{kû¥-û         {žV3/4¦   3/4)·¶ÿL¿ñ_év"
}º§ƒ  "3/4
÷µŠ†  /ë    v(tm)"ÿ  w  ê  'h/í  Ñ  ;"°CŠÏvñJÚW   =Úâ^ú§JÝT~oz•Ì  F†šl‰  NÒaD  Û!  $ía,-
û!#M]Ûj~0-*í´šm0ÂH6&      ¬`Û
œ  qØM¥BÂ
   Øa í'-GK'r    ~ @Â
P
ˆAÛ  ÄŠàáR
   0@Ø  ÂÔ  :@"
("  Á ÂA  8aˆZi'
  @Ë‡¨N  MP`Â`  6!  Ã        "   @Ã
 Â
Š  0Å,  Ó  ÂQ   '+Ê   XS(c)" ƒJ]¨L*p  †  A
   "  Ô~à¢  M
   I  "
   t
  ¤Aœ Ð  X!    ^4  6Ocç-9Q¬ÆH  S9F   !DDDDDDDDE•°†Þ!    ¡    Ç    ¿Òé{-¥o×¥
\¥4-+wX¦ô+t1/2z  B›
†Ô
²'&ÀAÙLƒ  6¶  þW-ËYIJå$O  ôW  E~ÊxÈ
+×    ak
J"~ ÂD$     -"=.ô{
,....    P}ÕRoµ+Ôå;øhCA¥r"GT
Ð¹Y|D¥!Ú†/ãó
¥C¿•\(r)¿{}Õëÿ¥- õ¥Óÿ1/2¹\LyVfÑRGf  šÒU   #4H²S(tm)'  -r%fK  ÄÐÞR  C'  É  'fØLŸ?  3ª$g
   0'S""'Ö]dM
,1/4á  øÉ"kÏ3á  Œ-   ŽÍŠCDáI2        ,  pR†l²  C0¡ÌÄAš  Ñ  B=  $  xX³@   ç  '›#
É  h1/4aQ²ƒ
~PPA,
&  &  ŽÂ,pÂ.      ·
$~@˚åÂD(Â  ð›   A
Ð0êhhÙ
   *
P=

T Ú5ð˜DÇ Ì"C°rv i 8M ƒÐa
5è& PAÂ7 0š` (c)¤Ú8å 7@Ú6 ˜ 0ÁABh m B Ã

R 0ä@bT0´ š£@•ÐUÐA¶(c)&Öè<Z
¤Ã,
‡è6"v‹†"Ú,v‹Æ ~äöé;(r åÝ 8)Æ" ëqt m-C
°á ãM É8BxëNCá
T´›"á† š
áj mé\'Ïä±Ót(c)?¥Ó
Ý
i&éé Õƒ .há9; ¯¯õ ¸rs ô-fA°ô•ôæ nœXUÂ~ ºTÃ[øAöÒ~÷Ã"Óï
¿ÿ÷ ^Ó{O_MúMÓ1/2iÛîÂ"Õµ-íÕ1/2úoW1/2t-zm/}ÿT¯MzZ¥é ¤ÓT×º_ú{ Mÿ1/2[kÿÿ"Tïþéa >
8c^ Q×ÕìÄ ¡ôé- 1/2·Dt=û kß ¯á.ÞØÿ´µ*×MŠ ß¿O|G!]]º ì1ˆ2;}ŠèU‡ýƒî××Î£Ñœâÿ 1/2w
Š-º¯*ÝÁ/ -1/2Lœ± å¹NPp_na>Œ%ÂÃ×Úí;{ô -x,ø"Ç÷L ,º*Uô1/49 1/2vïõª "#"XÿA×ý"˜=Þ 6"
TŸðA_"l3/4 O×
...ÞÿÓzaõ¿M{zMÈ› ú, íaÈ÷÷à‹¶Ãôì4ûõ×"3/4,¤Ò@3/4ì7,/7ºöÿaƒÛþÓûJÒ
Â{´ Þ 1/2=¯AS ê î›¿}'wKv'ú ÃÐ_õ´¯ì=*ê"ßm°Ü>(c) - Ö?
üÓ÷ý/Â[aRïÃð- ´¿_
"´¯í(r)1/4†ƒëvuJïaÝóÙ ûÂØ7÷nÈ~õKöºçU[
$-Vï"wýîý á mýé¶¶C^ éÎ ¥×‡² ö
ë-÷y¢w(r)"¿ß^õ¸@ ÿ¨oUª ¥^ÃÚÞ""1/2Aë
M-¯íRüú"[í'×<›Þ"Úé1/2}(r)ïix õoÓ]Áº¿ækkêú[§†º[¦°Òn"UÚÒ¯U×*3/4ÿk¿ 3/4" 1/2 %þ ý-ßÞ¯û
VGI-º~ý:L îFD"ê Ø]&×Øk| Ûn¯á, í¥ý~ši-W
%v¸[ï¤ô¿zÿ3/4 ÂÖº]¤ò ñW¦(tm)
ôØIŽÓ0". ðø¯bµþ±ö" "Ýý1
˜˜¦Á2é ´Ëª¿Û"¥
ZZß¨b(r)ïKº¦(5ii§a(¨V lDÃý¥Úø0ˆG| H9 (r) (c)" ¦›"BBšB ¿ˆ4 ¦Ã YtÙ€·í¥I§pa- pÒÛ
;MC u±M
š`¡ šA Èé¤Ðq°ÂVG
! , A"B@0@ê˜L&DŒ6E" 8a ...C‰‡"Á ¦) Ö
0AÄ Á
dn¢
RA,
Bi1/2,a (c)"Â... Á
a" 0M'`$*"" e(3 É<DXF-,e"Í0L£†¦•S k° f Hy;a ˆÌ0 àÁb&´#B" ŠÎæ•"Â ˆˆˆˆŒ¤DDDD0
Lå1 ÄG q (c))d$ß3/4¡ +¯ÒÉšJØHÈj\!Y ¤+¬B¤êÔ"º€ð¥'l˜RN†"#ÿËH";×#£- ›,2l ,,
É‰K}YÜ(R3/4"ª5°S²'ÁalË
Mªx,›,Õ(tm) ,àçe"ÞœÈï¦žÄíý â´d! ,ëÊîŸªþ¿Z"}_ï-%_ûÞÿw] UjW Œˆ Zù Eòù°-m b;ÎÝåH H"d
y)Wœ3¢7"°(tm)#"Ï•ÆÂ ãdPÍ¨ÉQ F¥@Î¨Ö! É<ŠD@¡J¡'hò#æq),é D+8È
Í#"ä€'-pf C 'c'fÆƒ$g :ŒÐ&r
à§Q,¢?!k"ÂÁ"BèEò ¤1 (tm)Ã4
EØ`(c), Á ä
) "MÆ jlxa ˆ
²ü"Ð4Cñ´"
* ÄC YP P(tm) *...
¨œ6 0O!‹@ô‹paS "ÐxF€Ã 4 R Ô&¡$ UFæ‹ 5.9Ü§
k œz
...A¦š4è"

```
    ƒA   Ïá,"
'°(c)"_4nà  DÝ£s
  M  Ú7Q°4h
*
-`Ø(DÇo  °øa  ×Ø@›TghÖÁS´ƒoA        Ý"^   |Â£="æ  ,  wA
  _Â@ØA  âÁ ÁRnç†
    ¥
  zn  p(c)1/2  Ô  ¦Òl  ¦Đ ÚV  ˜v  m ÚZ
°  p  ž  ¨aÕ'vë¦ª‚"á†  xž-"oP¯}80˚àĐ2?²‡  ]Õ¤Ý  ÓÔ²;wéÍÉØAö×K¯vPáŸŸe8gŠ²¯ $I]82S
¿H:3/4Ø5~fÛ¥Ý;IÁ"ÖhO¤Þ¦m¦é¶  ¶  lC  UÒ÷^  wªÝ</mÝ[K\  ^¢Óƒ'Ëmvúé¶"K~1/2Ø/zÛ÷n"
Þ‚MþŠ^1/4'á=?ÿWÝ?ë¦Ý´µ¯µwé·  'qÖšªW^ž  ˜°Vßþ"ÿõ¿éé&úÛêï_¥éÿZ
...vÃ¯w}Òþ-ø_¶P-°(r)‡°Ó6,¿  Ò›Îï[ïão÷_  ;ÿûkú°3/4*£zC-éõ´1/2Û"  %Ä-úûB"øÄiUzW  ŠWÿà•ÚÓ"
ÉVõv×ØDu]ò
    1/2¹  *µó       -°õ}*NÜÃ*
í×¦F        ýN&÷  [(c)78"ÿ¿  [í  õí¬åþ(c)>ð  óƒê˜EÆ"ÿï{nõí0u‚"ï÷ú        þ×(r)
‹z\  ...¨ë´  1/2jÝïÿÛþÚÿÖïz
ZïöÞ°_~œJ,  t*°,þÙC/‚@š}$|ÿþ  _3/4-ÿµOÿ]u  u"  Ãzêé×w]þ  zzKÿí    êµé"  kv  Jÿ3/4'ínž"ý]?Û^
øuõ°]wßÝV¯ýÄw1/2~Ûµ§]úÁíê÷A_W×i}  wþý  ×õ  ë]õ  Wî·ÿÛPùÑ>"}tÝ-gU¸  Ø"ªÍêëß-×Kõ³¢û¿1
/2ûíÍKÿ×È}m-ÿûÿ(r)ƒw~-VØé=[Ké    ÿ1/2Ã!-oÿuâ¯?êÕÕkëc(r)¦˜éÿ  ä5"Õý/óÉí3/4ûíõ^  Z¤"2...ú_]
"Ÿÿ3/4-×VÞ¿ëê›Þ÷ÝëöÒ[†"iu
ÒûïÝ°°ïKØkµð×xj×Õ}·
-kOM(r)ú  û
*I-6(r)°l4¿×õ�þµ†3/4öþ´--î>ˆÌ.ªôô-"µm`×"Om+IÞéÓtÖÂf  ÕÃ6  `ÒÞÚ"°¬á²éÒ^  /†  %fÖÃ
2#ôšÝX[¦êÕŽÅ
`šöî,í2ê+Øi2  u~êa'eö  *...í3a  êû  :ö&  lV1/45MÒÿb¯³


xƒA...µ¶]Š°¯1  ‡PÒl+i0¯"8(‡úkq  Õ›ø¨5Tì!¶G  Ša¢  6Ä5M  0LéÝ6
7M0ƒM   l4šL&  :P  ÁÃ  $Û  !Šƒ    Ó
ÒnÄ(Dq'˜a
&ƒTÈ·M6 Á  l‰    ¨¤
Ú´  8Ø"  &£        ä+"  ...qÃ...X"    0  h  0A ØÓ  €î    DÜ ĐD+°(tm)Å
        ¤  a0ƒ  PÍ    mL¬    ƒ    ,  §à`ƒX"8ÑÓ¨#÷Đ&Á    ÁdH    ¨&  ‰
  0P¨3¤
"#/|  DQpa%ÊÀB"Â    ‚Đ  ˆa  Đ†  ƒ&O  q)á  F4Â    `¨2ŠBa  ‹  Î¦  DDDZ  HDF"DDW
X  ^^^  ÷[õ¥¥î"õ  _µ¤3/4dV-¢¶a‚ÈÒKèR¬  ¡]i"I6(c)Ã¥¶  (c)]L    6  "
0b  CšF  Jë(E!    ÿ‚ØEo+šetF±Ld  •Ëb  -ÉlW¦  Éª...¢"°UH(PPJÑ(r)°‚PPL*...N'  ó  •  (4Vã
%  Ø¤;@ò¸ÞO^¸Û¨WO(tm)z¡~µ<1/2¯Ûô  1/4ï×_ú]þ"¿×úé-{ê(c)õöÿ¯~-*¯ {~w  (c)ÑgDôÌ/ÕŠ"  ¨ìM
  ‡(c)ã:  ¨d¦ƒÍ2s5-u2á¶¦q  ¨a3  ˜BA-,!}Ý  Ä¤1N...t/8d8  f2\)¨[6F³s"t#¦pÂ›Dâ"Ï  "
fÂ†3Ë§  ÖÍ,-  "ĐŠ9H  6GQ¸L h·    a
    ØA  aI1R  Œ2"(4l"xhh›´4Á(Â¢à    (c)h0P...  Ly  ô    -ƒ    (@Đ°  "´k
P< pÁ
  'n  6;ƒ  ¦¨ØĐ à°£e  qHØ  /š4  Úh·¨ª"SsDAðƒ
  œ²#Èâ"  t^9\
Âaf·  g  ƒVš/  ª/  TÑ  u64Ä¤  aWL#{•áÍÝĐAĐL8•yø    ÃÛ§BV        \Ò
  ŒÚ    °DA´†,    J  ¬‰CN¡1/4  ‡
Õ ¿  Ü   ÷‰oc¸L83õhLó8PMÃ1S¡Q
+
köĐoj  ¡Đ ÚO¹  pŸt  +ú*      üÍžTûé=4þH(c)°{pNû"¿´í.¯s2
```

º¸4*Û"ÞK :]o(r)"p &ë]m¦1/2{KÛ¥"ôÕ
ÚMÒWÞÿé?§×wî --^ iê°a
kuíúêžÝS¿ã÷õÕ-$õ-õéÚ§ÿë û ]ÝÝt "jô¶•øM×ºûþm ÕëÃ--1/2ê›Ý3xV¯kÿÞ= Çë o_ÛØªI[‹×[ñ
uº µêÃxˆÚt? Mè8...Kˆ, EÝªíP- ã¤Þ U ìXoo¯b´ÿÓwí(...û "1/4,

ÁX5µ:ˆ1/4± â ÷g
Î\?§˜gÿ°Ø?ß\è/óƒ§û£-,õ
Mó
p‹{
ú. ´ "×,ú¯·ö-_÷Û‡¿×"\}¿ª(r)º ¸îú¯á Ã "
ýP^ ,.ûÓû"S ¥ïK`ØzïøAwÂý;xw ¿d'éûÒÛ~Ò_ÒéªAnÚ_a*-Ó ]Ðl63/4¿ ª"_ ë /Ãi¿úXa¯ Ÿô
´˜h$ýµõÕ÷ö &
ïMô(r)ýú§éî¿ Ú:¤þ´œ?ê3/4ÚNSæ¥¦-Û#
î@ ÿ²-ëÿ
"1/2Sý+×gUÃ×Ó:-zÞ_}+ Ó3/4§E-¥¿¨¹
i ÿ1/2Ûïÿ†ÝVû!¥Õ×õßuÛK:$"ßIüè1/2]ÿZN›IZoôŸM-è;oKÿ§k3÷1/2.÷ÿûKÿím Lú{þú(tm)§¯îîÿµû
WµàÔâ×3/4 VÞÕ; æ1/2ýÒ×ÿö¶'1/2}ÿj(r)Ø_m/îêõµ3/4 ]ßéjC›
yv úé¦ [A Ñûœ[ö¯ºÝ6-êé]"3/4"X4-mpŸ°a/°¿kÿzeöö -...°KÛLÂtBê( ó‰ á˜K
8Ú†¹ *¶ÒiXL ªÅ]Ú˜IÖqF¤7jëLm"´Ë¨ƒø"¶)nÂ
ikQ
a 8T28v)5µUd ¦á...jÒ >ØH " ß3/4õ3/4 á¤ëÄv¶-]°á'¤ÔTA² ÕÕiÕ"
'#ua0D- ƒ(c) tÔKt÷
Ó¶¸6 4° ¦›LBNÐA,!G
J*B8L0,h 0@ä#¨29Å4 ðÆ°ÂL Ó"Âjo#" B8m Â°˜Pd@T
LpDu 4Á-l& 0 "t ƒ
h0¢ D Ã "8'Š " §QPM2ƒ Z-
¥¸ª
%n
\Piªi, ")2ª 2‡,¸L! Ê °˜A"" L!•THx‹+ ²œ¥SVSâ""N‹â
ˆˆ†PÀ"2"Á BÊ !, q xˆ ˆ8ˆ-BÕ'¥õ]kâ(c)/¢ÐZÐI%t¡,A
•BÈqð'é1 #´ h$ ƒ)œ] ÿòÖVŽÉT› E¹&M(r)
ÎçKtŒ È]'¹J }x]°T÷þö"ëü-³² ;)BR "pE 6¨GaxÕÌ‰£°EŽ3/4þ×ôª•-+Õµ...]kPƒ•ÅoÓÊþG~ YÈ-
Dd@¢Jˆ"O 3äCÎ T‡ Å5 D<ÊÐ¶E²¸Ø"1'óAHù " ÔJ$Xd 6f¶tŒANˆêDJ" k¨‹¢R YÂ5
#2" øÌ, HŽ "3GP S
hÁ0D! qj% A¡Th "c ˆ|£a `õ ...
øM Â.Ã@Ð3L*,

82Fmš‰ '
¨4BÍ dñ› D<Ëp`†BA3dT P(tm)à" i¢ñ, øÎ
,¨U°‹Æ|Á0P¡
"ì8@Ý,¤èüÁ-LÖÂ§IÂ7Qº
5Á-Av Eõ
Ÿ$Â¬ØÁbÌ
#s ¦‹·0åºA Ñ² M (tm)ÁÛ 4
(c)Óa4ì* 7 P"ðé°¶ ¨Ï
t ¦ -Ý,Wp¨ ØM=^-ƒ...A 1/4 té0ÓX´ƒq#³N"`1/2¤Ø´)6"f± žÞðg˜j,hOn¸3Ô§ Ã§ H¹Çƒ ÿ z
Š
ô,º| ¥¥¤

- fßëðÿ  Ž-ÒÒv
1/4    ßƒ'œ-1/4  žÝkZ†œ  &'°a6ÞD
ñ:àÂ°eŽ  :VÁ  MRT
Xrw¿¿"ïïõš  ~þ¸]í[(r)›4Ä4ÿC°çè'§un¬ƒš"ÚÝX*}éÜU^Û¦öá?[i%§  ûÞ"p"þûÿtêÒá*ýþ·i"úÒ(r)›§Þë}ú÷
Óÿ}ÿ{Ó8"Å  ÿîÚŠÞØéþ1/2ñûu_äïü}þûÿ"ŠþÜuø(r)ÿ°Äm3/4¸¯"µÂØÝ¶:  _}c×¥ÓŽ1/2  B'í¯çQ_ôEƒ'ü
  ÿþXÀÿðUúï  ·VÃáò    K  ï  ðG-6Œÿ@›´_"\Wöp}ðDÝÿíÒ0  à‹{3/4Ýð  lŠ  7a  îq  |ôøF~ÿw">¿
á,&ÿÛÿjAmÿÿ  _ÿ¬'#ëÝ    ëZ]&Øl4¯ƒí]w1/4  ^¿Oa  ë¯3/4  _°þ  ]  ßéoý]Xbßt¡-]{éC
1/47¥¯-:
þþ'Þÿ]  _uý  õ_a  ¯öÿ†ëm$žê÷ûÛô  ïö¸Akõü÷þ×ÿ¿Z-ÿíl=ìPKûÓ´`Øo  ÿÞ(r)Õ}W:¤ŸKó¢ÿ
Ôÿîý·ÿ³ª1/2õ¯  zÎ²7ò"/{^én  ßgEoÿ†µú·þÚ}ÿ¯ëÿÿkÿÚÿÿ¤m?¤Ÿîí  s‹LÎ?~·þ¯{¶¬õÓ¯  ¥
ãÿë÷·þÝÓÝƒmoþ¿ëþ}7oß¶-×÷Zð˜ë3/4-·"Û¨õ"õÝÔ[þ  ëõ3/4Ó"ë0"w$kµµýÛwéx|/ÿ†°ÒÝ~˜iv-úý/·e×ü
4-"µ}5éƒIêô  (c)...ÓuÙ›ØD$:µUJÌr<V(tm)    ÛÚÙ0µ0¿c¿µ0¬ß  ßîšÿ¬0@ÿØéWƒ  "¿ßÇkf× F
¬  Û¤Ôïv°[|lSa  ›kÚV    a¯î¥†-Ÿ}0Đw|0ˆ[{_Äï[Né
jœUÝû°  jØ[m‰Ç
      ¶  ÓÈ¶¡¥  áÓ
b"a"-  J áÂu|"AÅ0¢  éÄï        ,  °š
    ª  !ˆh  0 ,  9  (  @Á  A,
A¨"  ,
ÓA  @Ø...h  ÂPQQ@  ¡TÂdG  ìP@Ùœ  BdH  t`;H  BdHPƒA'a
¡    n    @Á  Á
h,a'    &P  D0ƒ
      '°      ˆèA".¤Ç  Ž¥!°ƒ    ,V  8O^"1Rv Â
    Ã*åÅ"Î¬&LíÍ  B"Đ°"  h¯à‹(c)Np‰"""q
!      [Jš  ˆˆ(tm)·ˆ^Ž""8^^^^â"}
É±'¯Íj¿¤-5Ým#°OVªaPUò¸Ž¤^Aa-Ñ  Ü  BAB  šĐ0†    òndê    1  ÿòl¤‰±+;Fv¥  ^
O(tm)    HI%,ØS±Œ(*,¸ÔBüáõ
&À¯ó+...¬ì  A  Ú
j±pü\XdĒµS3/4_ªi-^ÿt¿]  K×Ö÷îÂþRK+‰fÌ‡›‰È-f¢"çäÄ"""â¨ÊêD°¨  ç  ÙÆjD,)  °0)álôŠ‹(tm)à  "G
ˆS' øfa0H  ÖÐDx  a  H    Ê2xØÎ¤K  jŒ-p`  '      jO  3P¤@²3Ÿ      †ò  T'"0¡
Â
#ˆv`h"a  ª  špNÎ
0  0Ñp  ØÑ7h1/4...  L"à"    h?£`a    ,¡...A"]³  (r)
  ,¢ðZ40U\&
?çéööƒIµA ›
˜2È/  $_˜všÐa  ƒi0àƒi9ÁP(tm)Ú  Ñ1/44;°
  ƒ¡...EŽÔ  Âa:tƒ
%  5ÈOmBN    JØ3  ÓEŽÃÂn9\hÛù  Ò´-+Vè;pOL±DÙ¡  áŸi7àÈàÝG  0Ý  `w@Î0""  xÇa>ãÍÉf
´  Ÿ(tm)  uK  M¯7OCO]:M¤¤ñ;uzèi×Û
!ÅªK1/4Ìþ  ¦ë§'"  oð›](r)øO¤Ü-7Jééu×Õ8·Muÿ´Þÿ
Õzz÷ûÞ¿Ó
n°oÿ"ÕÕC1,~¿'Ó´˜Šj¿ÿþÚK+úû  i¬  3/4Ÿ¿ï2p^ëuÿ¯i9€Ÿÿÿ?£9UÞ1/2†ÃÿÿÂ,~ß0  ÿ~¦    éuÿ¹V%wÕ
3/4¿BÕõÛŠGÿP,}.ž"§(r)Ò
~õî1/2Š\~¶¦í¿]¨˜
Á°ÿÇÐ^ï}þ-T÷úoÚ¿Ð_ßÕ  ðûÛ¶Ä  üä›h.×...×Û{íªß~¿ûA  ú_  ¯[X6  ÿm¥^Ÿ¿µZ´ƒ:$Û×PÚP¿¦ê,]õ¶
  "ÿîûÂÐp  éN‰õ7¯ûûwötM+d5þñPÿPß]w±
ÒþûþÂoÿµ°¨¯þ-Sÿ  å  µ÷U_ëœm"ÿÕ{~S¦ÿ"_öþÈkúÿá†··úcÕ"i  ô,õþ×úÍ  ïk"
%þµl5í×ujšV°~æ÷á¯úß"{{

%ôÿü'Ô ý...6¿´¬‡uvû & J L>õR
†ëÝ† ôöõ° v °3/4quÝuh ¤Åo
2¹´ÇÝ4¶Òcb Á, ~ò:ºö"v 'þþâ
%† ±Wanï[I‰ÝuVœJ}¥#å(r)
M† i¦6+´ä ç
•m¦
a5¹ Ë'!CØ"8*N)4
4
(kPPÂM µP`,h4 6²ÜB ˜L& "8I, ì0 @Â ...ðHNè a ,
6§ðÁ i" A A... ... !0Pƒ ƒ
a A...3Š¦,mZ - Ð0" A›PÔvØ"˜M pƒ> 0'c"á M]...IÉÂ(B B
! c• e`! ^""4""<DDDFQ "Lb"""""3Ñˆˆˆˆˆˆˆ õHÖ' :ýÆñ ×(r)Œ ...+å3/4í*×¦˜P,°,]ÈqÂJ
ñ7
ˆBÄ ƒ¢×€˜@ƒˆ•Æ± þM-Gÿÿÿÿÿÿÿ,Ô¬íó²\íZ;, HÉ- 97";ã Lì• ¥ 0Á Ó"L ;) "Ôì
(§k
ƒ*¸H Â... 0T{el1/4 Z Â¤Tã1/28PD&€ðš40¶ mRl/çev(c) °. ðÈ(ÂÁS
æErNÊu¤å\-2žÓ@Õ(c)'Û'§ ²‡ê
U"¶ºA±z§m' )HD6õâ ´@äñRk;%'æà›1/4†º:övP‡2ä"´øe-îv Õ´ŸÖ‡ô¿úio}oü'I×ý/ë_ë×zû S£"éRuê¿
¿ÿ_(r)ã÷"-×(r)"ØÕâ÷ßÞ1/2 _oUèè¯~¿Š"' .ŠÊ= 6c´ðžs#¥;ÓÉƒáä3:G
2ñáHù ŽŒ§ÂyR ˆ CO!ŒÔ " )
óLä|Š3ª9z¯ü¤Oè (L)˜ ... ‹ç†á åÈ¤
Æˆ|¡
Ô2aš"LÂ4É 3Ì ‹S ;$
œ Ìe Â:‹, & àÔ jO !ú|C3FÆO EØÔ Âa ‹ˆ!%, @ˆ"¦f/ž
|nCO Eò ´*¡´n£``ª 8
±ƒ¤ˆ
ºÐ‹]0E¸">T v‹€Ð°I Ã
F¸EØf "^
"Ü " (N\
˜TäGHÝ FÀÌÆ(c)È£...Â
$› Ó ú7†xk :60ÓHÖ &˜EÃö k-Â. ³c:
è 6GQ
Lƒ{$ÕR¤ôÜ\
œ Ü£"Ã'T q+ 4 6,
¢(è Ø*h t lŠ
A
$HÜ hÎÁ ÓpÏ³HRuI1/4 3LpÒú q¤Õ$Ú N"†(c) ÜR 7ì&² ô oL Ñ¯¦ , O
¤-Ö¸2V":[þ rP 'ô³ð·MÄ¬÷A²] ôœ `í
\ _NDšMƒÁž-zóCz3/4›>kÓ
ô› O;øtµún'v‹àÒ h4- ^D
×º"B•¶ÿÚMï]:]x4•ƒ þ•õ¥}6ÂÂO"¿ÛÓ¸0›~ô(r) ºûî-ZáÚû¤ /¤ðAë§‹¦Òm
ãÐußéÕ:²3/4ÿv(c)ÿné}"Ò{"ººú]uý}3/4·Â×qvŸIéznÒ·ªÒK÷V5Õº}þOšN"`Â
ò¬- ±§í6ÿô ê›PŸx"îïcé×ßÿïÿcïûù: Mú]3/4Æ6Ô&p&ß×Ë¢þë_è:MÓ°3/4
'1/2´--?ußü~´µ{Ý].‡¡{uŠ GûÛëïûÁZêô3/4ÿŠhWî¡ Q {Çì*ôþê 1/28b æ|ýwú&Uíÿ[V¯ÙxUyœ
z\ê/\=nŸðê ¸¯zKì9Ô:˜" ý¿Þ"ú¤é¸íuî¨FÁ,é
ýZ}~Â ¥×ö ßZ | Â5÷Ø?í+û¤ ÷û1/22$þÒ"höë_{Ö+~‹sŽPb÷î"‡vÑ ØºdSûÿýA Ýêƒ ¿íuÝ8A
zì?}ëíPUõ÷Øaá×ÂUÕ¥ ÿ
-í ¢Ëýé#ébÒ~Ø ÿ¿º

¿öö    z¿ö(c)wàš  þô-÷¥(r)ö  n  }1/2cÿØEåfõ¯Ö"¶
"  ø?û¿ø¥íúØnºû[ô´  ¶íÿû÷¥õúOftÞª-Õ(r)¿w¤¡¿x_ñ    aºñ
×_Ýûù  ÿ}4    ïþÛ¯ø7¿î‚t-  ÷öÙ:-&Ý-íºÝí°...°ÿfýWºÞHÎ(c)"ïÖ¿S¢öÿ]7Z¿³¢èÔ¿N¿Rtÿúwÿ÷}ZåBz
W[!úÚ̞ºÂ#(r)-!
~÷ïÉ
m†é-5  ýu×3/4º  Ò¯[žÝÖ(r)ív  ý×ÿ‡ô¿(r)ÿ÷ÕÚíÐ4£õ³öÅÊ  Ø{n  4fn•    _I  Õš%×m#  -w¶¯ÚZº
Õ̞íw·ô"¯í?ï_ïïØz  wV"":mõaCJïê  ×Ý*î}:1/2(r)tÿÖ..._i;ï-""z[Õƒ_ÒûÛût´é‡ö3/4ÞéëÞymÕo¯ja/  ÷Ó
1/2'Óíí~•¯±o]aÿµBŒî  î  äKL£-|â1/2uxa/Â(r)ßÛu~Úpa.
%öšaKýÙŽ̞fÛîÒÍ§j  C1/2†  -ÚW"""
  '#Úý  ÛþÝ~§•>ÄK¯(c)
Ò[TíS  ...¯  jƒ.a")ÍÛ/Ú±V        ,¬Úúý[Ka"
=ŽÕÐlA¦œÙ¥ö-Üíñ;í6 •†·
  ÇLRØD.;{Ò1/2‡Wëz¥
/Á  ´    .  @á"    ƒ
CI‰¡  á¶  XÓ    LJuN
  Jî
$ÃIX,
  ^NI Ø...!  A"Ú̂W°a D-´    íA    l‹
~"  4*  ´  8  ÐA›    I¡f*
ô-º¥ûîšb"¢ùD)    É#,xÂ2, Aµ   T  7b   @è jÕPj(  6!        ~D(28            PÂ
&ÈGL  7  9DÔÕã...ìBDÇA        µ(s^B+8À‡  `Â#âu1í6    Ù¡;a
  Á
"VÐq

+A0ªÖ""'",&  ƒ  !¨D4!(tm)Â  1  !¨L!...(s  ÄC        DDC  D¡^^^  V"3
yœ*"""""""*Îð A
†    0ƒ  '  Å0š  0AÄDDDDDDDDDRq        DDC

x  ~  ƒ    ï¨B"""'>-¥gej-•$(c)TêèìPÂ"h0'P,†°h  J0¢¨XP¨b  L  GÿÿÿÿÿÿÿÿÿÝ ÈRÑ'tW  S³(ÉF[Œ2
  DÈ        ...;å
  "‰-  y^ã±"
        ;s;4Žç  ‹ÄUAL"Š¡Q¬0DT...  H
Ž²ªrcdÆ  SŒ
    B  Ž,¨[
;K(tm)OÁRp  ,  œÎ¢¶  "ðA£Xh4\    ŒìCÎÈ²¸  ,à¶Åß¦"¬`  #ðh&Òm  Ú60,
ÏÍ  ôÛ•$NÚ2  [ðÝ¯Ã(c)"}E-ÐI:†ÂMÐn›JÒm+Vû-_    pÑ  (r)ýõ°I6,¶›ÍÔ7¶"¤  I*ý÷"iÈ*$Ðõ÷¥ô¶÷
ám+-o¿U}WKµï-  ×-ö×ZôéZ_Jûþ•t3/4ÿÂIZOZ*¶--þß1/2ºëëÚÕ¯  "ý  _ý_Û*ÒúþÝu3/4Åwï°¿"öº×È
!Z',"    Â
  "ššêµ;$,ègLá#(c)  ...5'ÔyV,  )
"¢@$q  4Í§¤¿Ý^¯ÕÖ×Ä"  ¨K*Æ  ‡Éžu  £9"E  "^  ØÎ
  d1A    FåT,Ð[0F¡"ƒP@ÐeÑ gTE    Õ  Ñã(r)C\"Ç  a4
  Â6  ž  -Æ  £8Ñ  Íá"
"      #ù¦pgÈ¤    "^ÿÝmö¿ý    š4
  b,.  '_eÄF¶  4l  aBi"^9nBùv  E‚9  3[T  EØa
"í¡a  hg#ŒØÂ        gQJrr¬a  ú†G,˜3òt  :73b*hÜé¤l

    *
E¥Q±...3ƒ...P¨"  Ï

M¢ë¥¿Ý/°¿í
(c)
A    D5¤  `š¤èÞÂ  Ç   Ó"  :
A  '  A‡  ,nnh&ÙC›CpaA  (c)Ú, Ñp
  p0  È£¤0°Â"  j  },3b-kjÌ"  Ü  *d  á  "sÏ‡  ÓF†
  x‹yázëKÿ¿"‡OM¬  æ-  'ä  ø2^  °ê]  n1/2.K  i0špt›B-  Ú+ š  ²,m    ŒÓ  w'  š  .Ã]ZYó
-ßm&ÒÈ6""'|  æ"kü  Á]&öäp  °Tõ]ÕëÿUÁ,tµ3/4ž>8cý´Âut°ðü&Ú
"i0ÂÚÓƒ$änÛ    ‰ÈÔm'§Qa  0Ë³Žƒ}ZßÞ¿ô  ³F  éééüÌØN·  7ûOn3/4ýëïXa:Z1/2W["Öõ÷êßá[Jéë§
1/2¶  °L&Þ  M¥ûì!uý'í4Úéi  U|-oß¯}‡
×ý¤Ý[ëw_Öé¢Û̃ōM  (r)ÚÍßUo8  WõÝŠ¢U¤¿þ  +Ý]oéîµ÷×ý¯"Kÿû0ÖïÚÛ̂¯    *ý÷û×~1/2>Öš
µ¦ÐØkÂßQþ#Âvþ4(r)=  G0¿_{1/24ÿÖß]ÂkÇ̂ô#îÿø  ±_÷í†Öþ¶-ýþ(r)ö (c)Ō3̂û{4
¢ñTüê+è±Œ}¤A
ùb  GíÿXCTézÞ-ø/à-ÌÉō[ôl7wý_Uýþ¯¿I~  ê
÷õéi  þt  -Â-ÿL>¶¡Ì5á §      ×þA
ô+Û¸ªü#GõEÅt"oû顱1/2ýó"w§Ööéöß̂Ûö,,ÿûÿ̂é  jï    ôì={¯ûèÒî¦  °_Ô+uÁ  ý"
tš̂ª~ù  -ÿÛ̂^×úûÿ̃iu  /¯ö¡  ȪõzMÕ-W  ÷¯þßoO×  Ž1/4#_ü  cµÕ-é$-Ò̀wû̂ô̂û  {  éÝíûiýköÿ3/4  ·
÷¬-è/¶Ð[
#H7uOÿ¯-ß¬?K  Â  ÓûAw*NÚMwëÚ[zÒ̀þÚ*  Z(r)¯Ókíþ3/4¿ý{úUŌ  Ý*
:í%ÿ-¯¯  Â
]].¯ -Ȫ.E
Ý^ÿØ²ÿyë3/4×ûÓíZõ¥×¥ÿýûd=7ÿÿb  uA"µoÌ·Û̂:÷ÓûïßK-Ô
¯Ýz[¥Žu]Ö3/4øoïÿÿu~×ßýõÿû1/2wî¿_¿Æ  ‡§uê°MZ†t_ÿy×]-1/2t̂ª÷kú¯¯^ÿÙ#wë"ñ÷¶-/  Þ›[Û̂I/ïnµíjú
3/4¿ª71/2-5LÛzëÿÕ]6þ°¨éÿ"û̂WþN¡¥ŵûëy(c)
^û̂ẑªuuw
ú*M¯O^Ü":W  ÷¶Ö̂Û̂ï3/4Ō3DÁ...
ëÃAI1/24¶ÿ  }¯ō-áö-ítÿ̂µV  1/2'ë"i{k_úÝ_¤µy§¯N¤ÿ·Z
Ú}5  ê  ]Þ"ija'
wÎ̂%JÒm|0ÂÜ4¿ô̂û"Ó̄Õ  ýÙ°(tm)uþ  /È!Ã  ›A'Ó́ý›_
+í=Óm+%úÒ̀u'^é:A
Ói]&Ý́iXMu
  v,l¿|o`  Ã'÷Vì3/4‡
°Š̂µ°"
›¨dr´EÁNq0Á}WøkÞ-°÷ødt  6Â
ê̂Ä  ƒ-80ƒ_cö?̂4Ó"û̂I1/2´  M´›I°¦Ó°´-´J
þ6ø5L4¬TA¦ƒV!'ÆÄ...š̂M¨ÝS  &!0Â̂µ    ÿö̂Å0Ó°(tm)  6"â̂êM3Eb
Žq3¤  DH!`ˆê̂ÄLJ    é̂¥¦Ō̂¤È  3/4  a    œI6•¥l4¯iCJí&Ō̂µIÒ
T"zvÈW  Ã  (c)4

2#"È̂Ž Â
  6š̂¶  0I...
  bƒLJpA...P  i¦  Úi"
  Øƒ  '›aHöƒ††    0³†šà̄T    A,  Ð Â
...  Ô̂      lB  ‡¨ECV5b¨¦*Ø¦GX"ïU0¯@^w    "Ä Â    Pa
  !a2à̈"‰o=¯c(â  a  !  (c)"Ô̂ Â"
ìŽ  ¯ƒ~"à̂¤#̂Â"x8ƒ"^aA  ̂Œ̂ª̂ˆÉxi          (tm)E    ,  œ̃í"    ƒ    ÀM°"  "3
!    Â  7  DDDFy¢""'
Ê̂3  ^Agà...çÄ!"Â,...M4œ̃ù  è  >"""""""""$b  q      5¡        el¯MK  r°DM    •b""Â(c)¯×IG
¤47[¬ïƒ¿  ,IXK

H3/4   BÅA"-Dµ  ñÿÿÿÿ-u¥-m8ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÉL¨"ÔìB5Çc  '4Tâ0ÉÆW  ;  •q'œTag~  .
(tm)ŠSåÅ∱  -p‹‡:Ä4GeÛàË5'%    ;  4  ª"  Cà€jJÀ‡  )'Œ"¡  ÂË    v$
F

,    e-¥Ñí£ä¯Ã;N5H  $  B  P¶W  ¬  Ð0    §"  Šx2/"GÙ
<2-!  àgPnu  ÷é:M(r)ä¯Ú  Ò  -ŒÈø.
w¦šÝÃ  ÈÑpt  7"ÎÈ§"9  Ôû•æÎÐ‰á§r
,
s    ¶aÓ{îmÃáÒ†á,/W‰(B(r)¢e¢  (c)×ê•    ÎÈó-  ‡  Ýbæ  ^ð¨ê·{I·    ]
}  ¥[ß
    ýE"Å%   °áúZWßÛÿ§¿]n-årÝ-²‡   _ýÒ|Í>êû[µKªµ¯÷i~(r)íø;(c)nÝÛþíjÔý5z]Wÿ¥µ¿ZÛëcçÐýþgŠvû
ß-¤-¨ýOÒ¨Ú‹ªþwõŒñá
¿  ?;¨BÚjÑ0ÒO$Ñ ¨"è...3Z9fjÍMrW  É.ÙZG    •×·\  ü}ðú¨"³°Ôú%¹ÃÎ"uA2èýf$Èè°)  8¡  K#Å*  (
¯Z   ‡Æy,  eð¯~fÈ(^Á  "    ê
    Lð(tm)±p@ñ(  ÐTE¡¬∱  ÈšŒ‡Ÿ#â  A    5  D8'ÂÉÈÇÚ
a   ÷ý*X=
q×...O    )D`T-LÁÈá,žAÉ  4káÑ°4[Ô
    a
¥AŸ  ý-  ØTÂ/    L"íÚèØô[†PÍ  TAÇ̈Ë€Ñ'œ  ‹°Î
&    "  žÎ  Rp¡  !Ô)ß#úöþ¯ß¯êø*  Ý¯(^Gþg,  4  l$  Î
"h Ñ  ?H;NžF¬äUR  xH6  4  ÅSq  H7 ∱{,  x  ∱hÓ∱          ª    ã
XEàlŒôÂ£e  ∱  -å  ,...
    Gìáš  £"(r)qö  TµùŸ-ªªé
Â£Ã'  Èx´  h&é-é°}  ï  y"fŸ  z
ßá6"¬}∱f#´"ÉwKI    ù
ûúúJÌÙÂm  Ø5i"i&Ñ3/4,
    "h¸
*a
Â
    í¨í¯  ††á  a(ãw      XRVG‹1/4ž
0ôþ    °_¥Óõ-?ü+  ñø0Z    ÙÇ  }"ý_¶ÖfcI6(r)ëµZôû  z't爴Ýp∱
    a    î
´4Xð‹°ýA  I!  q
/,ì"içÀ-"v  ßàÂ  °ý["ïzoþŸü$ÛO*  ÒoÚÒïkzK÷þµmà*Ù@Ó¥{(r),ìÎß`Ãt  ß
È¸¦Èû  Èó
    Ž¤;...´ú  MWúûþ"ÿÂÒÿû  "ÿ-Öïéž  -×-oÛûô
Wú(r)¯o°Mï[Ât"¤PâûÈäÆ  ü°ü8†ÉgÐ...-Ýýq}íÆ£ãÞ+ÿÃýþ1/4i_B  îÿ  Tô)}
#ç-"ô?-j›Mð¸M÷t¸":  þäu
nßÈà-öÜUëþùn•-)iÄá"Ð*ûðÿ¿Or  ¿¯KW_'!íØ,ÿ  ¨õçµØÚÓ¯öŸu"
,  cö¯ó  Ó    ÍB¯ÿð...&þ    -"h¿K‡"GO^Ýj  žÿµ×Þ  üÍ  Xìù...¨Ý¤+

[  ôÈè  ¨ñPÈûÛÃ¨"G[n>Ã.ªØPDuú"l"ÿþý¨    °Ýè  ¿¿dRaªý",
[ÞÖþ¨kªÞ  &ªÇ¿Ù  ¹    ‡0-ÿx^",õ  ÎÑšØ<Í÷ÁüŽ°l¢3/4á  °ÿúÛîá1/2∱×A}ï†  ß¤úH'  [û(r)Â
÷t,
1/4úÒªÚp  y
;ÿë2Ü-  ¿¸êûÍ[/hŽ¿k"ûÿÿíj¬7  1/2¥õôÁý÷{ij×N"ô  éX¥}  ÷î  dRì%‡ÕÿßÁ  ÷#§-    þó  ß‡[L-^f¯ð¿
    þýîàÂÃ  ]~ë°aÒÿKõë3/4  ï1/2/*...°çÛ§ðÞÐ,  zÿÿ¨íHÿ  +w¨ñ¨^qü8p‡éRÿÿ¨ð¯Ã$a∱È<~¿×{ÿwÕ%  }¨;
Óõô-1/2¨Kû¯WT    RíÓ(r)ÿÕ§a~-ýóÅàö    A  å  ¯Kûû̈¯Ã÷~¯uoš¨þ"zî°O$'^¯¯îœ  ÓJÎ‰ëØoÒ-ÿK

Ö¤+ǘ ñãÒØØvGÿo÷÷-í/‡mÑµ"ÿ-^3/4ÿ~'~•û¶¶"ÿÚöœ  îÛ}⁻woi.íÿ~í  W{éw†GI+
.àÒUÕu1/2nÕµa"¬0¶îN°_ÿ}  m-·IíÕVè6'u-Amw{µ[I°¿ÌÐvÕ-µÿõµ°1/2Ã
w
+ÝmÚgŸ[kmÖß\  PÕB±^šµoØLÂ1/4â×n3/4ÿaöü"Ú["ÇI3/4  Of^Õµ°Š†¿ÿ...65¶ô⁻ïu§O¢>l"°ì*†  K
mRO¥˜Ëúí›Kû  J{  {i2-µDNì0@ój>îÕïëÛÌl  Õ÷ŠdŽ›J'  5²ûa -  DB,0^K¶î  %›ÿø"Uj  žf§_[ÿǁ3  r
ã
0a$àÐdt\#pÂIÄ  ÷#ê§´×!!5iv"ǀf‰£  $ì Ð f'
  1/2°'
  Ž˜0-Ó  ›I...[
  ‡±(p³%:  3a  QQ^¶"M"Ëí"
ÿÿ
-Ä    f
A@á    A±=@Ø^3/4(  r   "  á
,!x0@Ðl ÂÚA
  "Ž˜A    Pšp -  ì  rc"GÃ   `  ±@›  "
B
0f    š˜ D)ÓL& ž   rá  fTšh 4š^8i1
´"³jö  %  -9@‡  /‰¥"Ë(  †ǀ€(tm)U  LÐ  D+†  GD  4  A†  Ó  F  0L1VP¸B‰¸ el
ä9",   ŒðRQJ    ËpBÁ    0C†  ^‰
    @f
*   "E  [
$    Ã  n*"""""">""""""#^^^^^^^^^^^^^Ž"Î954Á0f        Š        ¦Ð@Á
q±    #P‹Râ Â(c).¨DDt  Ö³,3/4  ð´  S+"

  Áe¶'Çÿÿÿÿÿÿÿÿ-¡'  ¨ŠÚ+•¢¸';UÊ3%X- ¦JÑ^(tm)  à¡L§  ;
...
  "È  Â...XPP¡SP_  "È`ÁH  Îˢ¸:",à¿AH›ÿ†ŠÔ›8ÿ;TœJÌæA r'?È*;W
´v-‰ìL...ÿ"Kw⁻ô¢v6¿;  ßý!ßï ÒIÕízü×ëŸµ ÿõ×Ǘ-/_õ1/25ÿo_÷  =k¤1/2S$"&;\‹"POs1/2G
^  3  ÐP¦ÑYÎy(r)!ç"\ì"#\jÎD
$£M  _Ê² Q¨y
  èê )Q  3³9 ^j  D?›B)  *  @Ü DB  b¢z  ÉjJ  ¨SÂ"£† !ÇŒ"
`Sf:  œ‹ñšò!  ¤Bè@^ã  0EÀ~  42$ Pf3,†  Ba  HàÂ
  xS‹Ÿ  Î¢  Â!j-pÂ
  0f´Í1/4)
@¨‡-`(c)£Xa  ¡Ph"v  v( Ó3    *a
^`àš
#pj  \  'h‹&  ‰ 2-s3Âf  t  è  tl
  e ÜÔ"ì0U  hÕÍŠ¡
    ¢á,¦
x  hØB'6?ÐhØÑ¬4naSÏ    ÜÙÈcL*i
Ÿ(tm)ö
  Î  zA‹Ý4ÑvÑxÂª/.áS Ø(M  ¸Û£˜t  Âh"   v  *
(*a  ²  :i   I3/4    ÏPfhhÞÒ
ÇO  AÐA¸      â  M$àÎLè  "h ÚN  ~  a ff0Á8ô>Â]    V1/2Õ¤ú  7O
ü  kt&  ¤Ü  çO°   ¸3Î
ãA6,
...  hOxNô›Vêô"ulÌ't¬  5-KÚW¸2VL|  ð[ü-éµ1/2dHå
ü"0pÈ¶¦1/2-·A?zMzÖ-

.¿ ?fl>ïkÓÂzoÐÁ...tËBÒÕ-ZI:ÖÂ(r) ...MÓ¥i[B 'v(r)*|-&(c)÷3bþÚ¿M† ¤õt¿×ßz·Û]_´ÚõïJ-OV"
ø2Vn°µÇºÝ> ý_W]îš÷J
á=;õ Ú*õºÛý=z†-×ïJ1/2´-ktŸªuoþßÚÚuý¡é÷¯O HoÛ×¯WZ - _ë3/4"/ õÖ¿*
ÇÇèGÕëJíÿ]íÛiûÇèUW"§w}kÿÒRÜÖU)
_BÔB[È ènÚ Æ1/2ô"41_âŸÛpZë üRxÄ/úõªü(r)ï¡ŠÒ¯ßÿ´¡ úzòÄ0]9Œ*þò`}/0 dÿ¢Üõ7ü íB-þ
"2¯^Ÿýþ_(r)Í +ÿþµøíþ"- -Õ ýü": \ zh q÷"2*?"lë´ Â#¯ ]¶Ò Ïßµÿý‡Ý7¿B ¸ÿ¿Wõ¿öïz !û
Gçß1/44 ßê [¯aƒÞ´1/2ôÐO ÐKN 'õ(r)-ýÛÖêýB
ÿûk"³;ï×u´ ûð-uúA Õ~ðµu§u1/2 ÿ ºì žð-Ü":ûwýC
õuô,ýûJ1/2úOu¿Jî"Ýõ÷íÒ[ v˜KþÃ
wT3/4"Z1/2éjÒ^¡ßÚ_àûÝ~Ú_øz"×gOmÈ ýßªôçD ß °,KJÞ³¢ªß·
úZöt_ UWé?Ó÷ÿ[ ·ú÷ª^é" ªµûwý¯u 5Iû3/4 ^Oq_zþÙÑ."¤GA¯Ý/ïÒXuit¹Ñ%ôýÿItì†"-³ªKÕÖ
ß
n•‡i>Ó÷ Ú§(r)ü¡/ïl4-/ lŽ‰
¿Õý}µÿµ3/4Òµûÿíö ÈÄþÚ·Wëöôè¦â}õjþªÒ¯PëÍ/uÛ Åw×û_ïƒS‹ß}a¥öºÛ~-·"÷{ª}¥"(ýoúáúÒßï1/2°--
.ënØkßè4µõ³DÞ"ì ¶·ô¶"ÚuÞÃUí+S
nïXaOz×ê Ò ÷´ì$-1/2"¯ô•l0ˆKtÆ¶Çg ƒaýðÂ^Ÿ±º÷ÒxL¿Ù´Ÿ a2é;v
-(N"

,›1ìU">Ð< #í- Á ›¦aZ¶°`˜%ê _¬A°a+·Øk§ov¤#ÅZU°ØV --¸6>Á é¤ D.k¹
A¶c ö˜â UŠ†°Í¤ JÐê)7bw\BˆqL|A§l0 ±4 i6•Ü:dH ´íŠ†G ×ä0‡
" l$ÕÁµ 8a$á,´ƒbaÕ ØQ" §È 1E4(c)´ÂdHÚ HŠ:'§ ˜d[ ¬ 6 R
' "Fš¹ < `ƒb ¨LPdD 0 - @Ì €-D*ö˜AÈgý... Ä& a0Âk
P lN8M
@ ,
¦D @Ë‡nEµT 0@Ø& P æ´ Pm3Ø @á a )8L a
BÂ"Â
'a4¬-H° ŒÃ"
NX2 @† Â#¥ ÂaR
0 ¦ÝDA, XP! † † VX LÖXt[¡± ...6}ˆ/aq Á ˆ ˆˆˆˆˆ†a0k(Å¨ˆˆˆˆˆˆˆˆ£ë
ËpÐ¨ˆŠ>±•Ä* î/T¿Ëu¤úý-V'(r)¿P•¤¨+µ¥
%"´ £
V+ ·
Mü P`¤WRc"Ý, DDGÿÿÿÿÿÿÿÿå(r)±'‡&äò(c)'
e3/4¹ ŽÄ£µ¬‹ PA"&v(c)É²Æ , O[LŠA${i'2 Îè â ÓF·=µ]W
¡°^¨ A]éÒv ßÎÄ: ,"KÁ¿
}Ú¡Úõ -Œ
¡ ‰ B1/2 ]Q ˆB"ÓTR••t 7ý
ëª ;õ K_UW3/4-2ÑZI÷Ý-k Z"êºz-tµêÂO"Z1/2éýÔo^Â(c)Ñ ÖŽ(tm)æFò´Žô;]Hh '¤"ò&ŽD
,!D "Ã Zd?R Š\HÈDQ ñ×= \ó²¯(FyÖ# xŸ8F¡¢§R5G " Bdˆ ê‰ãƒ
Q 3¨Á5$ x0h2ˆØÎ¥e æ
âF%S¡•S%(ôµH Lø¡0A¨*y@RFQœ " "á,89 !Wœf¡B›g " @Â,
† (& ‡O,
$pT0¡B
AB h¸
5FÀÁB¨& &‹r av(&ÈÝ Lv
˜C "
&¡ p ˆ' á º . ÐP¨ A' Âø*"Xì%r1 ù±...
@ ÕK °...Û ,a `Â

M0  l*Í
*pDt  *¯˘86
˜Eä  ?hÞ  CA0Ð•l   ØUT,¦  @Ò@ós'Å
  hÐÑy¦Â¨dÎ  uæ¸@ˆõ

  &ˆ~  øÒ<ÓF-i...OI°¦S'á  ájƒaPp›B,&  -¤Ú¢Þ  a¦3Í!P"îðí g
  m      +  ŸIÁ"¦ÒXÍ   ê ¦Z "(r)  ¤éa  á‡§Ry      Í&Z  a¦<~  ÚäHÎ*á‡²
g      WX3Ï$T3/4"ïÏÏ280xŸÃ
6,Ã%>T0Á
'~hÃ¤ÞÚNhmÖÖO%šDíè  V-.-¤çÛÐ{hÐß1/4‰ÞÕii
a¶¦iP{(c)Ô    "ƒ  =0Ÿ§4‰Î_ÕÉr
¤ôCl'§aZNÕøa  uëôðµn"Vúíž°÷Òn›K"¯ÙB]oot¬0ŸßÓ
j(c)>  ÿ"ÿ¿Ókõû¿ôûÓuÔi5ÚÂÝ%úÿÚ¯1/2-?õÿþ‡1/2ý}ÚõëdAºÞþßÿû  ˆu1/4  ¯×Ým3/4"¯{ñé}cîê÷ß"
[CÐ÷¬z~Oÿký~ÿG¿¯ÝúQZâ=÷  (r):îPý  ÿø":é÷é?õ3/4  Ž¸Z(r)  þ-Ú
Gø¿¶ÇÓäA5ß¸/§°x.ôÆWÃ~D×ÿ_ï^¿Î
úßoÿ×:ŒÅî´  *×°ô¯1/2K  ¦É'}
÷uT3/4Ô  oúíð‹  Âÿ  ÑùÁÿïþÓÿÿUz  ×Ô  §ÝÂ  1/2ì  <0    ô    ì=ô ‹Ç·ÛX
_Þ'¸A  ÐÐKõ÷÷÷ÿ¿ßÝû^¯~¯__L%¯·xl ¿þƒ
ÖÞ,[Kîë÷VÝB
ú÷´
÷ÿ×ý}-õõ^¿¯
Ó
k¿Ý  Ýa1/20Á"  ºUöÃÝ""  Ó×Z
ô(r)-...ý"úKkW¯tÿÿÿßuþ"-¬>ÿõ-¯  öƒ¥¶"  .ßÚû±è$þÚíé_Úþ"Ó§ÿ_ßM    ë1/2  >Ÿ  }v*¿¯ô˜í}Cu±
ˆê1/40ëtšÿ  -z"Õu¯Ûd5ë¯{gE_ö°[zöþ¶û"jÿöó  3/4Î˜î"÷µkÎ  ol6"£'
ê(r)ð{  Ž›¶¯õÿU;ÿúUtß×ÿÚïw1/2S0(r)1/2†°mÿþ¢ŸkPúí4  |kÎ  ª61/2aðÿØuÿk3/4é*°ý7í}?ÃKÓë×Út*
ûí-¥è  öïÙ¶ú_µ{~N¯÷òui~iú5î?Òÿ¯ý]ôêøi.*kì5¿íýtØii1/2UC
§ÃI5íî7ØjñaomuZuõ¿ôÒÿ}¦Ý^·Ùµ~Ûf  ïƒþûLÂ¥cÿñ/¿ý¯ÈƒîßÚWlW¸oõ]Ñ    0@â•Š3/4á'Õ,
  ÷fûÎ  3/4ú›H2:µï¦óú
ÖÂeõãÒàÁ
5XÓö
&·Uïë
¸u¶]nî¥UâB[â¢-†(c)ÛI§V-  ¦È.\SI3/4›
ÀV!ú
/³  ¥i¬HyŽÍëi÷NÃ  x[ˆ;M...
V
¸û°@ô

¹CI¤í  ƒ‰‡V  m Ð9  d&SÙ  á
  6š  a  -
Ð"  ÁÛ!Hh  !h‰ á²  Á4  ‡š8  ¸v'    "3/4ÂmD+5...Šµ^;iG²=ªp@è1.€Ù
  ¸  ÔB@ê  0@Á  h&l    6šƒ ƒ    0@Â
  Úb
&Ð Á*PD,  Ú,      á"ÔÕ
Vp$Ê  A"  s¹:
ì  °§äÂÃ,4Âa3à0  °(tm)N
›µ  ÈŽž    íCàáÓœ¸†  a%0öqsX ¯0"!É1/40CˆaB-8bu¦""Í3‹  "  C#t;
"A"¨VÊ  ^^¨ÏH^^^^¦Ìg

!ÂaOF $MÁ Ôã" Q\DDDG """"""#˜˜Õ ±ÄDR:â""!"tÍj/é>.#É±‰|u;(KÿÎÁuÖ-Ý*Ò_]Êëi
Já 6 JÂA.¨< ù A"/¥ú (c)Š *
Za "0† @Ø! sapQ ˆŒ ÿÿÿÿÿÿÿü³ Ñ E"×!y 9e "
d' Ò+ª@¡B L¨((TíA"X*4Tí(p H/ë¤
,¢Tîå?¬¨ˆUV'>>./BdI‰
;í ¶"îŠ 2 †1/24...ÊR^Õ×ê¯×†·KþÚWJ ûÝt"¤-úÕuÿk]×j Uê-•ÄÂ x•£±,,YTFXì-ÉHÎèJL#ù 8ˆ
GbìŠç ˆQCa Ê›lã oT \) N
3(c) Ä$ th f¨Áœ
FlgÈè Y
Š - ¡ !(tm)"U£Z<` " @É •b" D,ÍH `ˆŠäð É,: !ç ¡
ê À@ÐTCô Â
2 "(tm)#8E>Ñ
Â
-
Ñ¹4 4l
EÂ %£b ¸
*a0˜Aá
4\0†K"
‹±jÚh¸rº p EÃFÀÓ
¨1/4"é P‹ 4l` ƒ 1/4
&
ˆ`@ ` US œ # ƒÁ
!ˆ˜D9 a/ &< i- ç"qN¹Ã3=86 AZ?´ hüÐA´n
&´Ü Ø.(tm)á§Ípí#`h Ú7QpÂ¦"'ò lÂ † : :A´ 'œ!0í(DuAPh a¤ØTÐM£ø0"-
ý "ÌOxA† Œ'£cOEàÑ¹Ÿ0œ‹0@ñ 4 Pƒ :MÖ(r)•í¤Õ:MÆ"¤ÜJ±>S1/2 Ãt' WU BUº~ n
v +¦ÒÁÁÍ -š žaŸ'´ q=ëIÏ ËmêÝ é:MªL4 æ,}Â(c)=O ˜Eó
ß÷"K_oÐVf{"žl'4 áé6ýZMãàÂ
-´ëiôß¤Þõ¥Ø5Óî
î;ºš[
¿"í$ç ÕÒÐ3×¶E#0a ØB'3/4ÿZ^¯÷Ý"Òé...l/VúWKH .×O(r)-ö¯ý>ÕûÖ ÖØZZMÕ}}RZÚuÂë·4;U
òAœöä' }¿Ðk ßÕÒû. ;þ›éîêï¿ë_~- -t*ûïí"ÓîÝÿïöºÝ-ýuÂ§qèRs6 ðÅõ ...
û-û ˆÿ§×m ˜ ?-Þ"¯v XëÿýV?ú Ó¦¿"O Çº×í÷Õo]×~XäÜª1†-·,G¦ßá÷ "^ zõôðÑ 'ÿÿ"IoÚ ä
+áRÝªò
G-' þß[öì ÿ E†Á3/4ðáUºKûiN0ÅØ&·ÿ¯s k¯¿ÿý6P7ð ´ÿ0E0‡3/4
û#*¿×V
}¥aºÕöD Û^ßµûPÁ^¿ûÃ"|#^Þÿ÷¯ëî¶ÑÞ1/2'ýuÚà‹ ì7]ý; ¦Ô oðÚz÷ZïV˜a"nª ÿ·" Kû¥¥Þ÷ë÷]?ªýÿ
x@¯öÓ~ïx6þÕƒl?Ãoýv×k"
%ßßü ´1/2þ›¯ÿÿ÷Võ÷~ÿûJ3/4˜t"×Á×ÎªðØnü:1/2ÿIÛ×a´"ú_ðí%ÙÕ/Û
%×ýÞu]ýb÷÷¿õZ
û ÿ[ûoÞ§UgD ;ûntÖ¿Þ›ó¢PÚM¿vÝþÝ úÛÿàøw ×¶(r)t^ßeÕÿùÑvt]úÿƒ_Öü(r) Ÿí+[Û}T ƒÃÿÿ
í[Ü†ƒÒÿ-òžOt3/4¯ú(SÕÿÖ• ×Ôn-ÿ§÷ýÿÿýÿïöÕ´› Nq7×"¥éßôÃUµ
¯¤Þ×Ú_kðÒÿÿÕ×í`×º†µ"vÚö¿}?æˆ=ÿß~ÖÖÖûW·¬ ûÒ[}0Ò´ /]"ïÛíô1/2´3/4õý´ºûJÒ-ö1/2ú´¶×ßM?ý
¦ßÿÕ,qPa)
:ßÞªÜó £(r)Öÿ(r)"Gý~×U(r)(tm) ê¦ÔwÖž÷ ‡û"Ž˜kvqS]œ^ÚpÂí¥÷1/2 ëW_Ð|A´Å1ÚÚ·IÚ¦Å{õÚ
" Å_kí"
²òn JÖ)† Ú³Ü† µØ¦Ò-ŠŠì%T¶ ÖÐ6+ŠûM0 Ý˜í3‡vÚëàÈæÈ ši...iA¤ÚÜ0- 1/4
ÛJÛI§{I°D-1/2ˆQI"DÆ" Âj* ¤Ðh6
zmZW

š           Á¿q,        (c){¶Ð6$%(r)8iz1/2}aµ    M5# D( @â ´   " Ã@Á#@¬0-Â
CJ4
  6DpT  0¬T        'l Âh  0@Á;PD+ƒ¦(  0@ØM
-É  é4Ù
   !æ   0  ŽB:µi  WðÂ^œDD  "3ƒ:A...$7  ~"8ÙU^I0ƒ,  R,

Â  Ðe  " Âa  µ
Ê0w;ÇeADÁ  ,†Œ9...   ^²ñ  ^e
   XH  a,ã(tm)  H5  A    5 ÐlRh
q     -^°"G    Á  Sq´$ð^^^^^^^ƒ  DBh"DpD  pØ@  ,w¯  IÄDIZ•@,ˆÌ¹ÿ_    (r)-^µ]a,¥Ia$¡t*
 $   IñH(í
¥-  Á  $Ò=  ÇÿÿÿÿÿÿÿÿÿÿË5  (Žú"Ù<Jâ'KrFRã (tm)  ŽÊ    Êœƒ  ‰±é,Ø_¨$
j      ÁÞ,Jþ  .ÒÓ  X6ô‡é}ö(c)ÒÚí¡  ôÙ- hí  DV"hiª-    "  ‹  ¤$WQ[|"]  ªßúî¯ÿzô3/4ÿ¯¨Ëÿ§k+"
a%Õj÷õ#| gFSç  '×%"DÐL1/4J  'QÜ
h...95&H  Iža  H  ƒù R¬d^üc3  ë!#fz:  6(A'ãá  "k
DEQ
ÒŒáž  ÉãF
D3A!
ô  Òj  d  pðƒ(,,
"'-
Z"  (C ‚-...  ›  ·M
/A6  ¹...  ¨((LÑ f...
¨¨"!4#
ƒ         Á  ‹ç"n
  ^.Ã
   |þÁBê\d‡èßFæ    A°  MZÈ´7zV"h  æi$  =Â...   ¤Ñ  £xn  IÓ}?  6  uµ  J¹?¹
U
Jå  zù  .¡,³Ó"ïWI³Fí  $
ãiÒ`ÏP(tm),Rí tŸýt'‡Tòžhaµ$TÎ3¤â  èžÈFõÓÚ,Òêë\œß³6
   ¿A·ßn×zrœƒ}âí  -õµÿ_×ßÃ_"}}nßv"ÕUûj*
ïÿ~úe'öÚý{1/2ïèU1/2wkÕ¯ÿnÖÖ(c)Òoßëþÿ±Æž°1/2}-1õ3/43/4û-jê-×Þ=!ïB¯ûû
"^ýíon3/4¯úßÛ3/4þÚÒO,§&ç  Á  Ø*ï_Áþ¿úë`í+1/2¿ô1/2  ÿ[ø"ÞÔ!Á  -1/2?ˆý¿ÿÞûÃ  Òí"wMzöÛûì
Oµtá  §×¯  Òèí%ðÝ  "Nª¿ïê´-}/OÕ+ïÿˆûþßzuˆîuWþÒ§~Ô‡KïÖÝt  Þý  ßàßOûî0"ø?_ï·j"ûK1/2êÿU
ð°ý~Î´¿¸v!{mî¿ÚÓ¶úéDI³3/4¿¯r¯[îˆù ƒ  mÿJŽ#"Û^1/2iª_1/2"'1/2~¯õ ¯úõ  }¨kXýõù¢}"k÷÷÷!-ÚÃ"ý
{ÿ¯õ÷K`ÿÿ�î  KkßëN"i"zíî  K(r)×¶ûûá-×ö  _Ïl/4T5þíØa>ÚÓÎ+ZÛKÔÔÂfì  ^·S
  ×ÿØ¥kþB
t?9ýÚt"á-õT!§¬",,    ˆŸa¥°Á
)Šµ‚  ?³  ÝÚÿÿiß  >ÜT4"        †¡  0
     }²   ¤á¡
   ÚZv  N"'Ó
Õ9  Ò Á
   a  "Ä&  x`  ‚,    a  ƒƒ¨"ƒ  Ä Ÿ Á  °
," ‚    àË...m"Á...Á
P@Ú...
ƒ    ØT
8iÑ¢ã³^&1/2Y¨ÚúÑc"ÊÕBx^^a
         RŸã^¨Å-9U  4Á  ƒ  -Á³Žp4{  Âf0w2Q[4+F""&¥        ZÄDDF"DDDDD?  ¯"tŠì›QRTª-Z{Ú
I]+°¡*

$² p¡b¶!
¤Ã
Â
› ¤Üm2Mq¡ÿåK ÿÿÿÿÿÿË&# hì' ¬ì|› DO*(tm) e v-B É8 ‹ +1/4
  B &xL(r))Ì‰Œ¥ ...íQž P"í£Þ{
¬-d-Ö dÈ‚ø*A"î +
:ø-6¥?£±Žœ¥Nd(Ý¯›ÖøZn.-:†±hH° jœŠ¢ œ~y1/2Ç¡ÊÚ!HÊ1/4‰-hqñ Ó(r)êú3/43/4-õÝTRUTß]
_Ð}Ü‰Mõ×_-Uu_õð¯¥ß
Þþ(c)*ÙÝ•u(r))Q %ofTÑÌ‰Ð¢rPŒ-R 5 )%"YÂS DÍC)3(tm)@Èh Ä0ªt 3(c) hãS":Äò
 ²t(tm)Œˆ ;*Ñ Œ#²húý' !`ãž"d T DdÁ ãl jC žA"¶f!ÒÍç 8)>O Å Ä: $Æá 1/4A&
Ò8He "Â!ù ÇÌ5A,
(PA¢Þ æ 0ÁP7(
    "Aò|0 ‹ ¢-¹Â
†Aç
-E ,, j Dm hè<õ¬*&> ð‹†˜*h¸
*a 0(c)...T\ Ü (P¯(Pš5 ƒ 4\0Pš74\0UTnª7°Mfæ P ÔŠé Q¹‚¯7
°FÅÙ Ò7´E...Ï
à¨ ‹ L*`¨U
  x@÷Sþ û
" hÜÐÐA°" ‑~
& ª,
    iÁB ‚ªA(c)¹¤æm U& A´ÆiÓ rM"4¬' ¡íÝ† (tm)Õi§¥¬3Ìž£¡tÅÜÏ ôœ(LàÓ 3/4aSEà0TÁ
Q±ÚÔµt Ý/m';N†°"
Ç L4ƒ[ªÄ- ÚL Aá6-›@ÏJÞægÞéSd¹éÂA ûþé6
3Çù£40ÐH"
Û³Ðzt&Š +
ñÓ±...H7§(r)¿"[K ¤Ù(tm)œéÒpa Ng4´-1/4Í"°àÛªÒ(r)(c)9ãn¿iý"]-´)6 ,m}}]...~í4(c)t"ý;ÞD
°d²"m:
Á" SÐW Côû¯Aú-n...zn±[(r)(c)ÒZÝÕ-õN´šõÿÒuÿ§ úÚ}-UßMþ'ûØNâ(r)Å°m¡|< t(r)ÞöéW ÷§K
éý(r)ò›§["SanË‡"ïëïWô²nÇ~Ð°ÿw¥§V"ßÆ›k1/2Õ}z K3/4Çx·ÐÒzI8f28"Hi Þû°ñ̃õÐíú7Û¨":õ‡B "z
í"W ëíô(c)û êÿÕ ê²X(
ÿÚn"z wÕ}ªï0<Åý¨ŸoÒÙ@ñ;
Ì%|§þù šö [¯ëKÝ=+mföqzÿ˜''1uÍ3^Ýþõ¬¯[ Ïµáû˜ª6‚5úµÂ&?Uê°<"iß uýæ Ý ¥°Ã
OHÒŸ [¥×úZýu{K_ @¿Ø?ýß`Ó .éß
MÞ"Â
WðÝïõÕ{þš`Ûû +W[§û ûßé°uÛ¶í'OÃz÷ý
Ð_k0¶]1/2;"I]}ƒô×3/4ïÿ'"6 1/24"þÓkuûý:÷I]?ª6%~ƒ (r)ž¡*I{û@´ý(r)ê 1/2aºÚ{éªúýa°Bm
¯]úÓ_ê¿¿muuÕ-Ð_Øo~›upÚJ8µêíVŸÚéø7zõÚ bÕÃÁ¿³¢ýíjÓs¢Ú³¢íþ"V!?d4ù u[Ý/ ûi ú{z#ªKÎŠë
U÷ ¤ î÷±_õª¿´¥l6"1/2ªµª³ýM×ÿîÑCoÕo1/2ý]÷î·IWxwì5[ëN×~üëÍ ý*ôß÷ýs=û]nëoííⱱ oÿ÷ í]µû×
µÉ×ëPëo>1/2oªë1/2ÿ_Õ ÷é Jÿ ôC÷lÚnøí%"ÿ-ÿ
- þÏÓí¥ÃKÛ_ß^(r)"W¯-ýµ×ÿÿ"*3/4ÿÚºû
÷õ
  ûî(r) [
i.Ú
mÛ vÃX}...ïÖÓY Ò°Á%""UOü7JÇÚýœJ ÂàÈçiZ§ö§ öáK¥þú]Öè _¥KB-×Ó
'Ó ØA-WßØÐK!
ë ¬0°\ n°Qî¡¢& Ž¸a °¨Köcn¡˜í["K1/2Â± ˜¯Ø0D>SV:^ Û7ÿÔ:¶ëI Ûî3/4 Ã¨a(‡Q
¦Ú\S "² ñ;ªÖøƒ† ka]±

'-ƒ@â¡"¢› +IÜ9(HT^ê)¨a    Å    @Â
H‹6œ‰
)oƒ
iv"0-{h+XW% @ða(¦D°ƒ
D"  0@ãL2#,   ¦Á5µ 0ƒ
0›q      "  6'   ²#.j    i  M1  -
  @  ,!\4!4Ó       "ÔP+"Ú  jÐ)°C íB¤
  0D,  PÂJ  0"Bh økh,,
˜L-E0N,
&˜Ag0   :"  A  k


BÚ"  ‡'Ã,
²,


 U
!a0B,"Ca  S3•  ¨B,Ê  ƒ  4!¨DèC  y-!  q  ^(H    PD*  Í
±       Ž"""
(c)YÔÎTrµB(²ƒ(>¬DDDDDDDDDDhDDDDDF†Šu^Ž
  aDDFÄkñ  êûÕj-ûôˆûþÕU~ƒ  WýŠ¿;¿"    ší¥
2#¨0@Á  æb,Šr·E    e.P?ÿÿÿÿÿÿÿÿòÒ  £"rŽ  ,ÖMÅ¯+'(r)¤M>µëÓÞ'Ü(r)$  MR'a-DXÉaÕQ
Ä/Ë‡8*  g
'  ,-~ª.  :.ê  Á"  4]º"(rÎ  ä>C  fû"Â  ŸN
y¤û_Ú  ÛH?ýÿÕÃJæfé/}nµ1/4]ªÿc^ÿá61/2-¨Ûý^ÿ¥Øn
%í,í}ƒÂ,}3/4Ä"[îÿ    'ÕØa  ª¥á1/2  ú°ÐWÛ\7¯Ý^"Ó"zTi@éu¿
×^Û]{âp4ý^¨ÿ"(û]û>º§û¦ûî¶"Úwß×ó    Ú[ÎÚ˜ëº¶-oƒ  4Î$  ‹Ë·
!I¬4Em% u  NêÐáÚÍÆî  ...Š"Õ5"@(¥dXA    9
8+*Ê-0¯T  ...  6  Á  PÁ
DDDDN,^¨ëúÒ"¨(ÿÿÿÿÿüm  T  ùn/j?þY  ÑÑ  "eºÄJNM-26Êœ  ‹0eJ         ÁØ
Ê]2HÎÃ#4º¦  ¡¨M3²cžØ,  0D  à-hø‹7"°(c)


L!(r)Òëä  hì
û)ý  <
5O‡  Ä--'  £s@  Îé´$]
A¤‡;X[ã•µIÂOë    ÿ§¯ÿ¥
ÿ  ]/ÿkõõõ¿ái'ï¶3/41/2-"j-¨M  xR  òd‰U'DzR¨ÉJ"á  !B  ‰N‰  "
-¨èÂd  'óJ'"Ì  ¨É  ²D*sÙ=%    ¨Œñ¢-Ù˜9pÁ  (SÙvxdàà  B,flÔ!B<Â!D  4  ÄÈˆ'3d  P...  ÅLø@ ƒ:
  "Að"È\
u  TÂaPhŽ  ¨-˜((MAS¤  ,|""]  '°˜L(Aª.  7B.  &
š5ç  µfèE¸lŠé  v  0¡  Œ(UÝ"-
  1/4
(R|AWFæ  S'xe
^†PnjNÁÐAè1  Å4n`š"È  ÚMB
¤
    ‹¤è  l£       º"ñ›´ØXƒAÞ  ¶Päo è  Ç³Ž´€ýÍ    (r)ÑD
Öäl/4î-"¹,bhtÚ  ßÙX%h  ±=ºß3/4·    tž    =oÔ  H×  Ñ  Á"›fß       ða
WtëþŸv˜VÎ  o_÷@Á5¿N,  ¤ì&ÒuÁ¦õq§¡  ûW
›÷v  Úëþ1/2-Bm'...Òôÿ¶m6WÒû÷Õ¿a  ÚÈ,¥o{w˜BÛÿÿÛÿ
ÝõÝnûÿ¯jžëÕ  c2  -Ôõõî÷ª[_ë(r)ôñúµwO¯Ã

ÇQ×‚§û
  üBzÛé$ÿ"x...þ"¥ù
-œAw  Vý†ïÈÇ5N  ô ¿Ü=ê
úî
¿×‚ÿû÷³-Þ  ‚°"mw°Ö¹"$bý\  7íðýxEÇ  |#[  ïÂ.ïþëê-¨Ak@,7/°z}[¿è  (r)ÁÛ·p‚Õkð,×ÿÐZ÷ý:¿" °Ú
·ðÞÓÝRú"  õƒ  ô  1/2ú¥1/2zú
ú÷IU_K   mÒ_áªµ"¿ôµ1/40ôß
"þž"1/2Úô¯ÝÝ"  {!-ð¹  5×AÚÔê"¢:z÷ÄÿÖÝýR¿Õ?ZwÓX=öÈïýyB  ÝXm_³§pÎ  ÷kºïíz×}oï-ê·UMôr
è
Zëkê?Þ}oÝýÕwÓ"æ% oû3/4ªú[Òé{  ¤»õ}pêúýÍ  ¿ïßiv**êÿoH  ›_oïVúo´3/4í$ÿÒò˜  õ^ÿ3/4ßa(r)Ú÷ö(c
)ýdë íûI~ém:û8"  "Nî×mƒ
Ov(tm)..."ÔÔÂûõ1CDK
%Á"3/4Ó´  -Á  1/4,È"         (a§xLÂù  ªúeÒöÚê¶  0ž Ã   4C  z±V¶cP‡ G°‡  tÁ1LjÅ{

  í(a&Òº    [
$›  zui<Á§ñA>ØƒÞ!Aª}w  Å\Rvºa*  ã"ÂDI¤  @Øä$xph  ý
B
  £Ñ  Áµ   dGA  °
‚  ^K •'-["Á  EpM"BŽÂ  Ð Á  "È  žE"     `  Å0ƒPM  t  0¬˜às"  0@ê!vE  ƒ!è        "Â
IÂ  n  @áT ƒ  Ú"9Aºjª  L  OÒV¡¨0A
A¦
"Ž{L!Ñ  ^"0"XB  U91Ê@BÔDDDDheIj"",5b"""#F´"""""""#ÇÜYM]<s*$¯•¬W¯šÒì\¯É+IÁ.ƒá,HU8
iE5N   0  °  "d
DD  ÿÿÿÿÿÿÿÿþ[:(c)hUÊ"MÒ£#1%º^v·   'c"  dI  hƒ"6a(g¦Ì"³ì'‹  "ñ  2ù       N0ƒ  Á
f±...GÎ
eGl...    A°D"q¢0#ÛM    Ö   G¦°Ñ± Õ_  ;
‚ì2"Íp^(r)
Q  ¤  FÆ"a&Ð&Ò
¤Ú73"õ;^  Ø4Lêy¡
I
Ø[I´"ÚM¤é:Mº(tm)-ßlJšñKy:Ðn›Iý[PÝ7WMÝ  Ú;)Gex•  6T¥¥¡å  V-¶"  Vª¶1/2zø'>°"÷÷Ûi¿Iëïûõ(r
)þÝþ§  )'Úézk~¶  }}aWÓZïr...¿I{ïªWO(r)Ú¯kíû§Ó][ïµµ÷ïnëµþúI  4v  ;LmÛ¯uý"õ×%±Ã
Q¨e;Î24f1/4¡'Ññš  !(tm)  ÈùÐ  ^3Xªtêb  Qü$w  êÔ-·  òDl,!yœ#Q•aÎ  áMq¡"  >^š/ÿë_úò
"A0D"   -  `  ""@Õ        ‚  x Â
"¡
  !hENGQ        6^³fv  •:-Ûê(c)á0ƒE1/4‚¹œ  a9±í
ÿ_ÿë[í-   ‚í£`a  Ì"íé£sD  ƒÐî  p‹Æ  Í•   ^   ü,þÓU  ·
"ì"åâ">  ÐBva  D.  Ø§ ^¦œ*"   ì  -š>  ‚3  2v
ši6PàÛõ  ¯[zýi  q=é°´  n
ãA6  ÷z
"i65N-
¹Òl!sŽ[",  é¤  7á4  *t
  0•týß  äƒàÏ0  n  ô"{ÐmÜ-  "^ïþÿîƒƒ  é?¥pÝU¿^  i7¯VÐ:Mƒ#ø‚¤ÚL  ¶~ƒ8hÜÂ¨h5@"#;
ýð¨žá=:ÿ"pA°•îU-:_Mn"]~•´ÚWµ]:Mïÿ¯Oo(r)¯ì-i×¯"è'<3  ^
Ô  ÇßÚúûwÜ  M~ì6ûû¯ýß¯ïz÷"_ÕªþÙ\  +û§õn-Öý_ßm¡"£K"ô3/4¿íXDu  "^Úƒ
1/2¥ïÿû"ö-1/20¿L.ñÿlböª  GÿÕ/)>´¶  °¶õÇ,ÛÿtCŽ
Çê  /wÔþÿÕj"Ö(r)šŒW¡_Aë   ¿¯pïÖ‡÷¶¿T-p[^ÿ^(?"[ö  (r)•U~(r)ï  ÚÝ§$  ×,K‡#ªa§Ø-zþ  [3/4F9
ø.(c)  "þî

ÿêÎ$õþ3/4Ýööî×}n¯ëkà ŠÞ¡7¦ Þ1/4 qßwö¿ÙÁßÝÕ}'£f¿÷Ã"ûìÊvÿý?ÿïûõÒ
Ñ¯ö1/2h-ýoÓÿW^p›þÛá ·ÿýïëþ¯ÿÛÿë1/2oî û" ¸oï %_ëßÛKWÕtqÝ[¥ÒéÿÖÈ¸×÷ÿ1/2‡·ßÖ"×Ý:
ß3/4-úh%vÁ3/4ñIí{ú×zïßomk~-¯_Ó*ýÿ3/43/4"¥ÿ{kkõVºëîuK]6ß"ýÿ_jôÚ]^ŸÕV¶´ŸûþÃiWö¹.¶•ëý¿ÿ-
(r)š#¯ì‡¥¶t_ªM(r)êtM5¥¶Cýºé÷bœê´¶"V×Õïímnù 5
ï OãÛ^ÿûuþêß ÷Kÿî¿Löî'kkV-ê÷Ú£§k*y(c)n•ÿÕW*Oû(r)ï~îŸÕ´(r)Ÿt [¦éþ(r)"¿á¯¶µ·"ÃWþî3/4õÿ
þ²:_Ø=ßôºÿÚõZûêA-kõºµZuÖé×ï†-(r)-I"¯Öö 7U¥a_zÿ¢...
+^ Ø9Ýi/Ó6ª¿^ Vö¿IÕþ(r)¦"ua&èÐÛ[Iºm¥tÚû
-¦G 0K¶=S õ ¥zf }÷(tm)Øm%a...ý´3/4
ÿÃ (r)Ÿ·" -"0@ÿ
¥^'›Jé6Òzmm´(r)¬%m¤ÚMÕÛ Ä cö 0L ±
i5 ¦ Ci³-ÃKM
fÕè†
+îÒé(r)ÞìA×Ú"c¶85‹í;JÓø`"}Ú†ê A+
é +`ÂM¥a% 6¤GTƒ 7ˆ9
FÓ" " ÁT...&Ø% i0m6_ö=ßÍëäXVƒ è 0 ´...HHIÒ
Š ¨(...a%b£b ˆQL*‡ Âa0ƒ@ƒ 'a0 H& Š 9 0š
Š

î˜0JÚ ;jëX¯Ô*%a€šm*-ì&S'Ô)S ... 0a â)"Ä'
aXa XB Á2‹B DXA,
ûÐ † µ&œ Õ;AƒÁ...A . ¿é" Edà§ 2ŠPˆˆˆˆYÜ"B"
XDb 1 ˆˆˆˆˆˆˆˆ‰¢ ˜ˆ†
~CA: @Ú AèDDDDDGXAÄDDF] Ê tM§ ßÒV"5}WªB•azÒA-p,@ AC R
T) Ô$",B¤ Q-qUÿÿÿÿÿÿÿÿÿ-º ² æIã"ˆÈ\ge°)Ú &ê-< Â@ )o Žç ‡É`ª³Û MAmA
ºÕCÎó1/4 Âçn*4;D*Ì...ÚN>ô> ‰ Gd(c)èNÀ-',î<ì] $š;úªÑÚÒS´‹í ÿ C× ªÞ-÷|zª¯ûtª¿ß(r)1/2-zu^
ªª(c)ª(r)ê1/2>¿MRlî (Ï7"M<(tm) (tm) 4ìôTÉ?äßDr#Hà§†t7:
uGãFSÇLá * (tm)|ÐB"y
f$Bê -Î ¬É ¶f †(Pƒ"aÏF d†l š!ñ› Ôa
D9È¨!k!ú gA,gQ !fNÊPF.W-2A•ÆÓ1/4›*ÆÈ(LÌP3/4..."\0˜ Â` ... ¢ <ž640˜PA,
!" ðƒ TÑvÂ
Bam P¨5Ô&‹Æš Â/+"Ð4]´ "0‹pÉ Âa ò@BDK£X¦ºÖ
" )£'a ŠA' (M àÂê
'£{0>~h"L ¦ vÂj,m ÃBxlj"al'"Ž XEóA4 ìÓ 1/4t ˆ¢{£s Ú73Ô¸H m àÁBj
ƒtN &O ƒ 2 R€Ä 49ý...} &'"Ê : pÌå ...4ªÐÒxAÌò¢†~"Ütôá,
E³0Â ´' ?H<dÿ
éÿ"Ý;ÂtŸ´ è z´ 6 › q"/"Ã Tla "\ ñ<3æq$Ù 1/2=Kò?
I°i§! 3ÏIÃ"Ý+§úÕÁ"
ÚM†" Z-(tm)¶
ëWõ Òm+] m+IÍ
0NhG‰4š
ZAºi $Rl¨AèU¿T1/2Úa7NÂµsFÿƒCºÿ]7¥"pºþš{"¦ÒoÓJñVº}ªõ×¦é¦éß°æƒ>Òm&Òmðž"þ´¶1/2/v-é[
¤"uêÒÚL ÷ Ûû÷[ÿÕÓ Ûj÷Ý÷(r)3/4›¯Ø]i5A3/4íº¯´¿¿v Ö›1/2Ü|_¿Z
à"Æ-þ-õ_ ´;Ù ¿ã QÓèU¶ý§1/2úuë_×Çé"Ý"Ò ý$ÿ- üU£
ú"ÿ÷]ø." 3/4° /¸¥þÿCÿ º÷õ"rÇ8á>á{§^_"BêÞ´X‹8€þùb?îß_ß|ã| ˜¹ Föq}l;_×1/4§õß w, ß}_ho3/
4ý¯`ÿxUÓw× ÿ¯a a7ô ³ð~ÿõ"Xýù†z kë-Uÿkÿß]0 ×é¥ÿÿÿ- 1/2
È,5Ã /vˆÿ¯×á }zþý=ïéÝ Pê-ÿëáé†ÿOéßÿ ÿv´ Xi"Òª1/41 ï¦ÿA}ú_×Zúv¨0Â
RA_1/2ÿN a¯1/2ðÎ‹ÿÿÿûT"°ÃºÛ[¥oÚ"]ð-÷mý]]~ûâ
ýÎ‹Ö¯ìè•Aßë:"Öÿÿý~÷[ì=o¥ÙÓpvÎŠûû[J }RÿV÷léÿiÊ/Ûÿ ÷êÉÿ¶Ö¯úïµÛ§û!"¿"GJtOÚÙ

uøn×ÿ¯áõÙÓûû[ÞŸÿ4.ëkÿü4›1/47ú§VÚOß[Õ-ÿ
%Õ¡¶]7þ×í,Ñ5í  õ¥ÿ{ûû¥n¯[³Mw¿µÿµÛW_Û]†  Ð]ýÕÿòT†Õî›KÓ÷-6Õná¤  oßð¿Ö÷×kØ]µhŽµý†-1/
2ÿ     Xf   â§÷´¸¯óõî¯_î¥ê•œH03/4ÿ
+Ì(ioØW]zû‡û
¿Wõ°ÔâÈü  È˜ôÕ
/Ÿ{fö=ŠÖÍ¡Î¯b¶¯t(c)§[uþs(r)6   @Û  2?jÅ7JoíŽ#Ša--˜...u÷iz·ö"}×Mn*¤(áØ@ä3÷Ø"ó   ë  WPê44Ó{i°
'

i¬4-5ŠA¦ÔTCŠt  V)4ÞšŠ1/2ÛÕVél     {¶;¶Ò[
$  [L  -;  6,   a  œ4ƒI°H0"
,       @  °LP Á5ƒ 0Å    0@Ú    m2$  "BaB˜T    êD´ð¡'¨L0• Â

%Å}S
  >1/4PAµl(L‰(tm)Þ
àÐl ªÐA,   6ƒA    5rô    A" B-"á°          S'H˜à^éš "CL Â   ÐÃÍ8AŸPƒ
"  MD&  dr
 Ö)  dH@˜[¦Âb  a-æ€B
*      R:àÊ¯' B,  ìÃ"TL !      Z"DDDDDDDDDDDDE"á
  ¦)0ÆÂa$  ‡pa¦DpQ  œ  B8Ó^^^ŠB Ê[B"2(êQIbaH  Þ-Ž"""?íú-%éíRZ¤  ,  $÷$³±A+¦ƒ
P-6
  A    ÖA  "!b#ÿÿÿÿÿÿÿÿå¡Z-ëPS˜¦T^-    ...0[  2  ê  ÕBòÐ
²‡JA· -pv‰
Ǎr*¹  Giü¦µ8ç˜_÷_ÎÖ¿ë¯¯-  úô(c)~°¶•iü.ëÝ-¸²""PŸIV(c)œdY  È¦x•O  'ž%otS'}"    ›"ÈþD1/4  eÒrl´g
QN¨ñ(tm)(tm)!ŸÍ
Ô!Fz:ˆt  CD)É"ÖGä=Â
è (A  Â
Ÿ,!ú
  gQPÁ  æÆ¦˜ƒÎ£
û:ˆQœ0D9sœÖGÂ  ¤ìÁ"  @P^~3 @ƒ  34 "Â
   a0‹€ÁB
 ØA¢qPƒ  ØBxii¢Ü0^  0A 1/2¦
  a    œ+èÕ0EÙ  õ    EØaBi    %'H
˜ÂéÂ7
?°...&š  š  6  4ƒ
        È"  Í&'±Êƒ  Nô  m
  ª  '¢{hhÞá<ã-
"È é1  ¸á  ÂI§D¸Âa3I  Ú*/  Ü  (tm)  6  1    Ä(r)ÈAÎôk¤èJ1/2i  á5¤Ú³  8Ó
¤ç˜ßW²‡ðM  #æ"jââ#}]  'Ä~Gít%eøgç§<F(M
  ê-M°  §'...folá°ÍÖ*Óu¥w1/26Ð¶é  í6ÓtÞõú^Ða0(c)  Ø0Ÿ*'Ù£µJá
O3/4õuv
Õ"éu{I6"éZWO×émîêÐuo÷úÒÿøWÕ?3/4·ö:Z¶-kð"¤  ÿÕïÍ°-Uõõk(r)"  _þýµWÿí%  "ªŠûµoÅ×Š  }^ð
Ë‡"âð÷_ïêÄÿWê"‹ßß¨ô.Ç3/4÷§ú&9Iýkë¿èŠç"ž¿¿{°óTÿûîó  þ¿
-ªoõµ]ÿ"?s'û¿HÅÿ1tèäéu[ý‡(tm)‡þ-×(r)-¿ùÁæ  ÿ"_÷×úz¿_v"jû¿û
¯Ý"¦µ1/2ýö3/4È˜×µ  éí_Ý^ô´ÿ  ÿ_ðßÿ-éÚ  ÷_V!3/4÷Zÿw_~¶-¥{[ý7_  ø},ÿ}*Þ¿¯§¢D  ~ßoþ":¨s*ïöf
a  ÿ§Û¥ýu^Þ?øa¥oÁßþðü?Î  k_Ûk}öC÷w¨...gEß  ÿöÇÓÿÂÿû#Òù  ¯¢:ōs§Ø{ß{ßï×ëïªè¡
^*ûJ  ÷1/21/4òèûÑEþO_Ýúuª
   MÕ´(r)¶µ(r)Ö¶  L4-\>7Kf¥Ã¯¥T--ï÷°áþŸ[ëß1/2ïu"ÞÔ†•Ý--újhµï†"¿Û¿öãý
3/4Ö  ^Ó¦¦Á¥Úÿ°•Õ¯{ÇU  ØI¹  ˜  6ž  l0·ñ[Mm›ém&ëŠ÷an

§"Çú¥æø0¶Á¥u›Í"  izú´ŽÓ

    u ÇŠ²<*W3/4...CNÒÒ°Í(r)$%† h,ôû_ G(r)ø¦)Y ûãOM¤*i(r)ÓÛU ¸PÕ¶á›        T
qL J*F¢ÈHQ      ƒA"
0ÒiÃTÐl*O"Jj(Ì@ ,  , !f
"Á2#...nÃ# †œ vÒtà ´ XBà&*          -¤d \+
& 8A     A (r)
   m    mŒT.Â
Á...      8áÑ Y7@Ê  x¸†!O; Á ƒ "2÷ #
C
f-^ BšM+( † 0Cq                    ]
   ±     ÆUQ       #K V.±íŠRZ- tV¿Ö°ª^-°¹Ú¹a""¤~¸u"Z PLBN)ˆH(°Šà@Œ
ÐÃ "HH D ÿÿÿÿÿ-ØNãÿÿòÓ(c)KrÃd-d°D_(ÎœP¤Ûâ +h"ŽÍ*e>
Â...A,-æcM F Ø-    räVy ¸¶Bó< GÈ(*>B¯j Fq •2% Â-ÓhRjë¤ì¡ÿD
ž 8Å;    (tm)=h kuö¿Ã÷ äØwÒêé´X¶  (c)$Qw;:QÈRhEÊR"N(tm)ö
²¢-åpoÿÿiJ±h kuö¿Oÿ¨¿íí Uµ_á Õ
ž ×Uý?êôÃ...iÛ"¿]WÝiaûI t^×•<4 JÊ2 > Ýëž1/4† Êçâ     ç ù     õ) f)Á     D9
N~-¢"rHjN D)r'  GCáz " Å B†H,    fa-¯* DpÊtGÎ^è<ÒÈyÂ         Æ(c) ô(r)š
¸L Â!z      HÀ$...¦¯EŽ D 9 ‹"Ü " AvÕ0ƒ "
"Ç
²Âj‰ŽÃA ¨p (& pfEÄ"C°¡":C       ¨A, ÁB    (TCð7%ÁÂ"g        Æ² HŽÌ°wa
"¦ a£}Á'i ¹ t *62‰(c) @M†S-"œ Ø@ ¶¡#û? M1/2  Ð&Án p   š,
0¨ ¯/
   ,±êÖ T^Q¯0(c)óuT (M Œ   0 "Á o   ê œ!×:Œ°Å°§ƒ,âxh'IÁÛBV ?$ $B í7H7¦"bÒ -
Õô ú
1/2E¤ÜJº1/2
 Ú\ æ,
œ ¤Úpƒ ƒÄù d-ÙNNl :p¡Qø3d     Á    5
P    ÉcÞ
öì un*£6Ó×[3/4•öé=Î9:mtÂP¯Kt '÷sÍ1/2ê×ÜÑþ°a6"ƒK¤çÍßm1


AžiZ£[IÕ&ú"
4_9º ;
øOi   }t-ï~-[ÒO]·ÓVñiÒÒúVßmºa6-_jîëi6-×[ÓíÂ ÚÜœßÌÉ×1/2êÔn    xMï
õtýZ¯êÕõ~×××ÝS-Ó¸KÕ-´(c)ÿté+¿ß-BÎðÕÿ]~ nð(r)œûûÒÒðõi:OÛ°ïß1/4 ¯ ý[VÝ{"ß J>-‡Ú [c--o
K×ã×›Á :ýöÿuÚuëÞƒzý_ÿî ¬l=û×Æ÷WÕZkw¯N- M;ÈQÊG‡Ã Vý?ÿˆ‹üzý¡Iz-¿[*õ Ö÷Wü...P ý
ÿ    )oët¿ñÎ 95ó {Î
24%~ý(r)1/4åþS ÿ þœ ÿ±Ó†?W}÷œQÿ¯x'÷-=ûû¯Kß×LŠtÄF1/4?ÿïÿÁ    þÁ   ï5 ë†0ÐÿïûëÁÿ¿
V "Ozõµþ"³8w×÷¶ÂÛ
U.ÿµþþ-ÿA úá ÿöØ9c(tm)ÊrŽ ÿ °†Þÿî ZÓNþÝk¶3/4Ð÷Óú†ðÁ"
ýow¿í{@¿ûAUïa ÿm‡
"E‡õZßðÚ×ýZ_§"íû¯¨öŠ€^°o
-ûÝª¯ÿé ýÚk¥Ö" =‡ýûWÛ ÿÖý }êêÿN"3/4uÝ":~·µ ;ÛÎ¨?Jûû¸oGÚúýþ•Þê,ÿè6 ¨ýéÿçD×ûÿú["
[÷·zu¶Õy
Sëüï{í ¨§d>µ¿ô3/4¿[(r)Î¯ }á¶ðoûµÿi Ó÷~þ¯¨÷}Õjé6"p×Õ[ûZÎ§µ6š×î¿hŽ²ßµûÿß_ÿ"ý àÝ
é ¨°}-•uuT¿i43/4·ÕÕkÜ4¶ $ßWßí Ò[ïí-ü5ïoûî¿ûKZîMð Ñ7ë"úP3/4ïÓ~ïþ¬·Ýk°¦-Ý÷aRmøa/Ú^kö
¯v¿ÝmðÕÿª)ûÚ#¯ï"S>g {Í¦-ÕÁ õÓ3/4
-Óa;öÒÕõí1/2     vÕí+¦)[cÍuï" Ý¬ J×LÂŽy   °¨1/2¢.
  i¯WVõaM-^a ÛÚ ívêµ þc-Š3/4 Öî ]"Ë"ÛÎ Ž¬ÉÚ[i0Ò{†ÕU*z

¯‡LwÄi§  \/{   ±Lwv^†G  ïMSD&x(r)Â˜ZN·ÐÃ[¬0-·lh4  Á,R    A,
   AÄ5    °Òj       ÒŠa     †  ÐA"  5h&ƒŠa!Lˆé
‰‡  ƒ    zr  Á4  0@â¯-étêØ¤ö"Cí‡_Ô  %ðÅ(D+ƒ.        ("ð,
e  ƒ
2,B    6)¨(A"H
b  0A...Ìà˜MAo  ˜A              L(TÐN}Ba

†  @ÃTÂMZ...VD       0  È'T  I±8ëNÒ°˜¨k
*  é"9DÂgô!",  ˆˆŒ  )˜ˆ"C  E
'É°  ³À)Bç  æ-  DA""  L£"    3¡...
!    Ã   N  ,Á  Ã

)  ¦¡  £B""""""""Ðâ""""""""""1l!  6Ub
ƒ¤+[˜ˆèD  {&3/4#]uð-úMa'1/2  !$J  B  â?ÿÿÿÿÿÿÿÿ-C&d  -]Q/  ˜ŽÊ  '3T
"'(    È(r);""bL*AHÛ!M    2rF€Â£;
     `ûJ:æ‰...5
  ´  £aj",  œ)ÚC
   ">  ÷]-  GI>-•*Î>ƒd¸×(tm)  ˆˆìEMP}¢EÑ'mU‹¥ïkw  Ç-‡H\¥/V‰:¢þw4(c)~î·Xçahkë[úIÑ  î¿ûÞ"
ú  ë{µö1/4^"î1/2UVŸ'=t3/4"þ  1/2Îçhd YÝe<K^  Ô-øRn43³-fÆjFy|"ì‰¢ŒãR-|0a)Ã¯@Ï">236Á  C
        "    ]
"‰'NC    Ý  Lœ    2Œü  y@Èq±"Cñ
"F
pCLò#¬é"#ÈØCƒÉu  úY6$‰oãc      N  i›  æØ&C  ìø^f¦  tH  (PƒD>t#tÒ
  ¦  a"  ñA...      "XáÈG
  i#Xa#b"^

Ÿ4a  š  P  à^N  M    èŠy
   3Á
f  d<‹    ¡B¦  ðpp¨ï¢p  .
a6  a  AÚ.Ø(*ì  †Sš  !`Âh*  ›FøHÎFàÂ¤,?  1Fê5²‰      Ó"ØFæ
Œ;"æB
  î
  Â/!"
&'
DÑ¦  32´]†  4Cäè(  dáS...
(c)[‡  Ðàƒh  ñ1/2&°
µƒ8Î%    Ž(c)'ÆÚHx-ëI¶PàÏ:oIÐA1/2+ƒ=V(r)Áƒ‹Ó¯¢Ýð›w¢FûF±  UIÂ7<  &‹ÀÑ1ÿƒ=¥ô"ƒ
,N  y?
é  pþÁÃNå
í  û'  q%kî,pa:Môé7Óƒ      Âµ¸0ž×|0Ãþ÷ÓO°g
:m&Á-ôn
   Á  òlI  Ì:ÞÎÙäq  Z]0ˆëÈ,o÷
-¸Ú*J‡é÷Û¯1/2/}v-¿auß†  ëÿ
üƒ&Á"Eër†"¥i=  §ø"èi_é†ë
÷öú¯
ÞÒ¦ëzÿ¿éz...¦û§ïÇÖÿwªþ  ÒèiiZ·¸úÔ~  ÙÀ"¿{¿ÿo  "¯-ö;~•êö  ¡ß"N(c)Õ°ÿ÷ûÿ×vŸ¦  Òªþÿïñ"ûuŸU:Ò
Õ§¿\"    ‡ÿþ±4-¯Ø"]_Ô£ú_1/2x(r)6-ùà-?þ"¯giŸiñ
-ßíWkHÉ0ëÝ_Ý    wA  Ò@¶Ÿ°kß,m¦·ûô

-x¡}}jþ"Oºü  ‡oÓWþÝt  q
   1/2  û]û
Á   ¦  O^   hïëö{  ·ßÔ±  ßû]Wªÿðá5ö  }"öÚ
‡ö¿-ÿþ  z[wû,     ú°3/4fï   ×Ó  ûïñÒ]î-ú
_jþ1/2uAP7ÿÿIwð^êÒöðÞ·ª
moúúÂ
"ý'$d¿  ðßûþÒ¿¯ÿ°ð•†ïßø[  þ   -µ
ï[×î-ÿ}wþß3/4Ž¿UÂ#"ý×KAWVÝW¤ß¶tKAßû-‡   V¿1/2îïT¯¯ÿ
~÷†í\:(r)ø2ÿc  Ûûý_  ¨jßÿ̈-èZÒ*Ò1/2rtßû¥Mÿý-_Ñ(c)káÿÿw-þõdu^´¿ÿ̈  ]  çÓÿëwvªÚ×vª"WuṏëÚ°
   Þ-[  ¯:":  aúØi~f¥z¤Bõo  BÕ]-{Ú_T¶*\:1/2ô¶Ó÷Ôôþ   ßWªïjë^û
(r)¶·~÷_¯¯Þ"[   Zëuð{ý¯
+÷¶Žÿ¶  3/4ö°¿û]µ¿Xtq
þÅC  ÷Š  Jµï×¿ïøí2êéëWKn
†  cTí   (c)}|çz   Ôzf  ÕØÕOël)Ž  Z°êÂý>øfÔ5
  †"ÚW
        -ÜÆ°¨KÚ°8i0Õ;m%a...ŠÚ\1PÂ
iÅZL...uwÃ  :Õ‰  ›
Ú  Ã  ¬ÚÛ       2$nÏ>  †  !  ¦Ó  ¤AÂá¤œJz
   `ˆL
     ì1    Ðl  !  E6    0A°`  "  `"8  ÐA°-
"8(  á
¢(c)  š   6)Ý¹  é+(r)%:Ž;CbºN    @Ë...
&  ƒ  ...
&B:*
Ä AµA  ƒZ   ˜
   aT Ä$á1H^¿0¯A         °"0˜K8å  ƒ
   `ŝÈ     CÔ  4( uL&"0ª  §M  å:
   "Ñ2  "jk  XL)Ç0ªfHZ^rÀB,!  '  2"  #9(!       e    a  Î9Y(P@  ³8 ˜˜&
¦   $ñ    -"DDDTDDDDDDDDE!   V !
"žƒzWN""&¥õµ¯Õ~3/4YL¤³#1-*  ÒAtÝXAh'W
Â
A   Š,Ø  -(c)b  ÿÿÿÿÿÿÿ-%...."cå^^W
   ri•yZ   "£ †FÑ;-ŽÂÛ3(c)  9XB¥  #f-NÍCB=°^,$@¨·a  k$4  ¬,hC)ÉB-âQWí  Á‡[  -"
"48A`lh  x#sF€Ñ°0<°Ð=lÑ¬6TÁ  &Øßƒ'@Ò
   d Tƒ"i6,aÕ¤  I°t-¸4 §‡m- pØ' i
Ã¡KyÞ"ï=];¶•ñè&Òl_ÚÛNÕãƒõã-›JÒm&ÒnÔŸuµnØ@æŽ÷§¯zïk~(r)-úÚ_ (tm)  !
ûKß¦ÒûÒz°þ¦ÖÕÒn•{¶|}†Û1/4WÕ3/4ë]zn¿ÿÞ-ÿçÓ÷¯¨  ÛôÝ]-w"Þ  ¬^d  ~)~ë  ß-ª"×òÝK"&
Íc"¸D*sá^Gàû""*  c5'N)
‹ D!È%l]  ¯÷Kë  !HÛ"hüJQÄq-VvPŠªKà˜šp    ó  ˜  Í3"  3øC¤\=Ð2ŒØÁ          "[  "-Ã
   é1/2úW¿¥"Õ÷Y   œ¬§a0L¨
‡  H  62¬B  ?"ä†q|øÍ @Ó3/4  vÓ²t  ŒÌ  >  ¢†  &
@¡,
$  n-   Pƒ›ÃA  Ð n~¤  (tm)Ì¬  Z§ÞúoU1/2þôkaT    4\O3F  7
Bh›°¡  ˆô
/  P˜rä´!T-
   - águA7ú  6  *ï...MM
¯Uw¥...AÚZL  ¶  ῑ"bý÷õk[ú-jÚA¸¥B{pƒ"Á  Øžè  l  &    ß  ƒ¦ž  4XèÖ$S@•^*õm†oâ^  ž`×úMu
1/4O`Ï;øUî"á¢:ÿKôÿ÷T›4dœNn    Já

" N;E"A ÝàÎ@Ì ÜàŒðÑ£in(c)zf
Vg
¥´io"Öû\Í°ž(r)-'¯ö!ÿÚÖõý÷-Sý?úO
We
0`û{ƒ Ò¶(r)-¨Î"íÜjú wëmjßÞšøJúiõ{ ÛÝýÿ-tÚÝtŸÿ÷Ð0L-múnë"î°ê;ÂêMÊOzÞþ£Zi i¿ClwÁ‡
þ¯×Iî×oª[ÞÕÿ†3/4-ë¯WÛîßkÿU1÷}
Ý÷í¬Ã'IqýÄ/ö*ßí:÷Û^›_îý=¶=(øýëïõ×1/4? ÚßúÖõýPø/à¿0‡ú0ïÿ õúOWim{ï°ò`t×¿Ö¿cz_×w¢:}û×ûõ
P P éƒûi°3/4ÒZnŸun·_ß]ƒõð‹}ÿkû ë÷K¿úÞýÒü "w &(r)¶¤1/2ÿµý¿þ--jï°~õ,
û÷¯È ò>é¯ýq·êïëÿÔ
¯] ˜uÃ ß Õ}(r)"Ý{tï~µ°þï,þ1/2nü"âÅÚ;ëûíëí}ß·"µ]j"V•†ï_ÛÿzÝk1/2}w Ã øKîýÿÂ †
ÿ¿ÙÑ:þ¿×úMê-{û ¬èƒÓ3/4ŸjÝ7Wõ~ï_ë§ƒþt___^1/2¥·tÚ]ûUujß¯ëo²BÒ]ôÕf 'PÛid"z¿ý_ý-'[¯ §þý
~ÿ÷é ƒn¶µ_ê jûú3/4ÒõKÒÞ )¥- utë×Aº}Õ}m ²1?¶"é *ß^¸~*ÿuÝÖ¶1/2ßL;KT"õQo6 1/2~*(r
) muºu
×O]¿·zk¿ÿÿú[v(r)-ïl/¿Öµ_tÈ·Òoõ"3Ø5e"éw-Úš;î Lë-o'í ßÒºì£§
ô"ÿ]}ÿ(tm)§`àýlWÃJî Nï³ Åa kîáKè8¥¨}ú
C}†ÐM"p-´›¦é>-&¥ëØ" Ý}...ý‡V ¿]ö´ý$(r)-Ä¬VÐj
† ...3/4± ,èV-""ëm. WJé6Òm&ÒL6ºM¥w§|K vÃ ...¿m-,
{"ê"î×l0'`ˆQ", §m&ô ,‰ÝZiÈ

$Å !SƒÂ,!u`'lS ØVØ¦ÂLUE0ka ¦ a
a& Ôª
Ýk¶ ‰œ=s~ #÷‡kê NJÁ " † DH Ú < D . D+ƒ
BpÔPa&Ä 2±N & L&(0œ0LPb"
8ª Â C"kNÓŠaB B¸8¨ƒ°µ ôâ"ŠZ †UTXå9€‰ì¬ ¦"îPÙÏ ¬"
î DÖ"X"3 `"D"A, # 5b!"Â pá & (c)"@L"u ðƒ 5â"""""""(c) Ž.""""" âÊð"DDCP¡
: *ÎÖÐ¤"" Ê: " ÿÎýb#IqU¤(c)RU† KR%", B
Š ¤ Q På5VHº ñÿÿÿÿÿþZš(ÿÿòÈ¦ŽÊã°L› #µ\ìk"sX) S²¡
é Ùx-À(c)"Éó1/4Ê¥PTx Fvà- ($šw ,Ðu ê
(c)µþW(r)¨:åm¤Ù\"Ó8÷*• UåpÇ&æ¸|;J×GgBõŽÐh ¤*V•
+‹ "'
äM{úÿå|ßÿ¯_¯UµÿI ëõÿ¶(c)zë}/ÕU_ïú'LÝæ¶JK:¢¢Î""L "ˆöE(tm) D=
Aøº‹VBó=šÈ‰"cÈdJ
2:? "ND¤´¹6Y<† LÂ' lˆ ä1š Oœ42 ØA,!x...NAðÐN"z Á" L&f!;Lê A¨P
˜D(Îƒ FhÐd ª d1B hÍ" HðXÂ É 8R@Ê#lôD³TE...O"4k
- pÁBÍÃAèØ (M ¨¸
*¢qÁT ÁSL S
h·hÜÉàP[Gâ&"h"Ñ¸0Pª FÀÑp EàxAÊrÝ a,
$nhÜÁQ² aS
O ,š3 Â!æE = %¡ì•DãFæ,m s]
¡¥"ndòN(c)¤- n&€Ù Ì91/4\þ TqÊ- 4o
- Aµt, gš°ˆ ›ºl(BÂA´œ MÂl¸ì ¤ÚM Ðyø0T3Ã"Â,¨Fú£Xe °ÂA L
ýi8Ð¤Ùã7¤-ƒn"h ê-\
à×‹†E" lÌ"0`àÈî,Áƒ8JÞÛ' ¡:°-†ôàæ†s" ¦éµx•|¢ô°~´ ‰ ~š=ÁÕ ï³7A† ¸@Ò60(c)¢ìtƒJÛuÂ ´3
/4³ÏKö
ÿ
!§a0¶ í° &þö ÓÒ µ·h}--,ñ·ÛÕ:YDºX2dP3ä
¸0Ãý › )ÒPÛ y ÒAúuõ i^"Ó Òÿ{íî› 'iºë§ßí-'é'_êéúm iÉÜ-¦ Ó·V
ŽïÖ (8UJ"UzJ·ìàO^-÷OZ_Þ-ŸÙÍ^"þêû. ý]-

-YƒZ é28'÷"Ÿé(r)Ú ¥pÐÝní-Õ´-ã¿Ì
ãþ†1/2l^ëúI
Å8~ÿuÅ-üm
íï¬A Ò^ã Wëÿ×N"÷3/4¹!ÈÏD(æ¦¸1/2 ¿" ýÛºVúºeÁÇ9-Y=uõKÎ IóˆÌ_êÝN[OƒïúihUvë¦"ÒªóƒÌ]z,
&"ð¶êÃ¥uï† ü 1/2ïwþ(c)zÿôö•ƒª3/4îß:²=kÛx"ÿ¿ÿiõ ëA í|-Úým_ØAwÿ
õW× wÝµj÷aõõý, ÿÚ@"×÷ßú³;û *MpÝRý÷ï¥×ö3/4í j¿t+í÷ÿ(r),úëÂ5ÞÓþž¿õ×è.1/47vïý
¿éµ-YË÷íw k4ªé"ÿ÷ÒÞÞï *ÚÿþûÝ1/2ï-ß@ÿývö¯öý±
ïWþŽ"gU V"ðÒÎ‰ºÁ¸U÷Òéuû¤ N-¿¹ÕyÕ+ÛùÕV1/2S]·Õýõ VùÓKÿ@"üè1/2> jßÚ"÷¯oš"úíô´é}
a5 ïM{ýlè¸kíý§Ñ: ïÿv-$ƒõ÷ç ÓÚû^*V1/2;ã"ÛFˆ<ýúõ1/4:
Þ·ÿöÒvÒíí.ÒûÒh{ûôŸÿ]ÒWÕ.¿Òû¦ ëi/"
‡WIîÚ__^µ1/2ßI ~ûU†3/4ºí-íÝ(c)¥÷¥w¯Õ¤ CIµÞí^ö í‡v"
Xk×ö ïûï¿·îþš¿ýûðÒÜ%·ÁÕA"3/4Ó#-:ßïëûd|´¡,Ø\â]PjqjÅuñM"
ÂM(r)s1/2Œã´Èë3/4Ò¯ÿÝ{¤Û w3/4Ã²:
vo ¸64Ø(r)á" "Èú}›Mú¶•ªk Ú±Q!0wì,åÈÿÒÛa 1E1]EnÂ¸a õb¯ûÓí GöÕÛ¿_Ø p¢ƒH6
¸JÚö ¢ "
4 ]°él Ðo
&¤HL$Ð` Ý'a¤ÓŠªt T 6šØ...Ã§TïÕ"ˆvcºZÂe×pû Ž "Âh Øž h
D l‹(tm) a:Š ...pl0H 0@Ða Â^A"Ó , "@ ,
Ž
B@ Ðh0¢œ.Õ²$ ...BA"
S " Ã ²-¨§JÞ Õ\"$ C
×´
¡0"0¥Ž...4^ Á
¡ §pAdÆ
›¢" (tm)!ö`(c)˜v<ãJLpƒ D0C-Â ÄBl¡Â @ˆí0 , ƒÂ mBiŠZdG , b¢""""""""""""""#B ‡
³ DDDVQAì Pƒ ‡¯L"Ï Ep]'ñ Zˆe ,(r)"ãˆ ¥UK§].ì+""ÈK
I{ i ãA%¤ # lí`ÊäÃÂˆ³›ò‹ ÿÿÿÿÿÿÿþYñIºH'&Êµ•H ß¯ð}51/4Dr´¿uïUºË
Œíc%§' HjMádˆþP3HÁ"Ž¢ (tm)Ð!VgA
(tm)ÃC9 G† ‰Ä/96$,`(tm)ñ¢/AT "à3Â¢,Í s@aBh¸±è¸i§ MA p"h rv
ƒ"na
˜A88: Û#tÔ* qš6Þw% ÊL7t›¦é´
õA1/2ÖÁ¡äÙUš "ãC" ºZ¶
-'îºav ÿM×WëÓÂoúIÛ §o[^öÕôéoÖî¬%ík -ûc ß¯Þ?éëöŸïÿþšÿk¿¯Ü>žþ1/2ZÖï}éþ zõö·ïï^¿"é†-÷
Õ7ýïõû(r)Ûÿîê·- ÖÖô
¿××çNý¿ÿzï WWÝ÷Õ}{{ýÝí M[^ék¯Ý*ŸMÝ~·¿zÕÚ ÷ûejÚ^ÿÚ_Óí:í+_l% vž¬ JÉÝÓü ;ßl'
¥ Ú_h <Þ ¯ñ¦›
œ8tÓjžÄ(-è4Å]5 -È @Á Ž¡" Bb "
2, Â,aSÁ B"Ú,YÓ,j ˜@ƒ µ 0OÙÊ,íÄ±qúþ(c)z"tî Kj Å
, ÿÿÿÿÿÿÿÿË`iKrXò23‹p,¨ŽË²ºAAaYR5 Ál*è0XVP) é@Ô Ñ±¯´É˜ êõTv(å¹,Ã!L¡³R'jò¸ðŠ‡~ô
<ì' k+Í >‡2 "{ùØV3/4ÿûýÒëÕ}{ î"_ÿw±õõz_Zí~ u õ_mHä] c0,šœ"
-j¥:Ê´K#ŒêŽFˆ‹#È-Ï%$
ˆÈì-";ºÊ'.,ËpAÒ¸"&‡²ÆsX¡J3† Ó#À ...3 ÌÍŒ Èb é •†GÁ I³d B
0S ¡A Ñ ¢ 0f !
AÁ' ÖGàÉãÏ:ŒÌ* 8GÌÖD<á"A0³qp...º"]† =
‹€fÆ & t4kÈÝL8aBj‹€Á0 ¦ c‹ 6">0‹x-...C ˜áŸ- y
ø‰Ú,t Ï ›† 0˜(Aàƒ`š
˜L ÁBuæý¹G 6
¿ >

´-qÌB
šb,>Õ í ðƒˋ‡ƒ0€
<Ã‹XAÐ† ¨n4 pjƒ"û @ÚM 4
  TÂ/ ôoaÚ
š5°(c)šIÒ}1I´= "`ðg¤œ]{K    m"¯ G3/4-$è-Éäƒ' 8L"ƒc
Ø2V¿ÿéÒn'
  3ÂQ*ý6ÕAœ ô a ÎZÛs9'3; 'Ü ßét-°špza‡}[¯øAÁ"/    ¶‡w_}uu"
  Nhaô›µ
¸Ny‡Ú¶mD ïO3/4ïu×(r)ÂUÙÒá~õÖ-^¿¯o[i=UÕë*ÓZín=ßW(c)1Ò§ýÿéí}í1/2÷"ßVÒ"Ôî×o¸ö"ßÓû1/2
~°ÚÕVYß}
5û BÒ ÷ ¿ö4ÿÝ¶*! ÷".
ÿõzµñnÿ÷ëéä `ðÓf³ ù¦R (r)-ÚÝû×PðZô Ûq þú÷Vú]zß}ïm ØxDÇKBþ ÒþÛû þÞØn   Ø~³ƒ
Oÿ"kIÁÿ]}R¯úØx@>n¿{wÝWØoß"L- _tÁ"O_]ÿuoÂþîøíû {  ...Õ¯Þ1/2+1/2;
]/{a¨A/[n1/2ÿÓûÿ÷þûí~ÝüKµ ÿ"¯Ã ß¿
õÚ¶ ¦¿3/4ÿu¯ÿ¥1/2²Úý7iU?ÿû§Úfzýj µomC{_uô¿Ö¿ýÿßÛa Òø}ná'>üè¿Ö-Þÿ¿
¥I5Xo^ KO n›Ó ×í~"Þ¯æiúªêþ×uÃ"í;Ôô(r)B'÷OÃ-ö"ëýÁ°1/2   ß"~ö¶ßûÛ¨ï1/2j"-^-/³Dÿ]´¬£ÝUï<
3/4"¯ÿé"GTë¥×Õ-ëwƒJÿª×aéûkë×÷*Ö-¯öÚ›K...û-†¿év•ûÃ[3/4ßö-›
†  _e}¯Y3/4Â]ò#(r)Ú¸uõt(c)ou Ž-PE<
Õá"B"ÛÚ†-¿[ j¬4-Ï#v DCÕ‡ÞÃ ôÒÍðÈà'LV(c)±¸›Y1/2µNÓêÒðÚPm¥"@‡
  GtÚNÆ¶¶ÚMwÃ ¥dXv* °'a8l AÚpÒŠ‰n(c)¤Ð`ƒjøâ¨ii"íb a
jœ:jD... È
Õ²æ "°^K
  ƒˊUA±ZuvDpJ qH0^!Ãi0@Á Š¦ & A   9'˜"‡
¢
*\    A°Á    hSL& T(¦! ,
  4Fö(
U B80ƒh           ë°‡
  2 ±p‡'
ú,
    C DD AÆ &ƒ ³ŽR€e

-L! `¯"...› j DQ| † °^êz" á Ô¤¯Ð^^^^^^^^^‹^^^^^'" ^^^^`µ[µô(c)kWê¨-×ªå)¤ Ö±Aa wP(c) Q
àƒ¡‹‚ÛX`Â^ ÿÿÿÿùlh£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÒ 8AšÄ" Dà:
ƒy¸:o   ¯Ý-o·O¯¨ÿû}W¯÷Öÿ}'ökVÃÒb´ é    *CÒJ-I*GD•%J¡$¡
%Â
    Vu D ùL
¨ÿÿÿÿþ
endstream
endobj
113 0 obj
<< /Length 114 0 R >>
stream

q
439.92 0 0 706.08 0 0 cm
/Im0 Do
Q
endstream

```
endobj
114 0 obj
37
endobj
115 0 obj
<<
/Type /Page
/MediaBox [ 0 0 445.44 700.32001 ]
/Parent 132 0 R
/Contents 117 0 R
/Resources << /XObject << /Im0 116 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
116 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1856 /Height 2918
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1856 >> /Length 13710 >>
stream
```

ÿÿÿÿÿÿ"c4U2è¸%"¤"  [^ážÊTÆv&
YÕ
"
"yØ¸/n›eéeóßµj
;ý¹Ú7{n?Õÿ{Õ%~ï_"`¡/&
ëœ¬"G2qšÐN² Oœtl~P,    <  †‹paM    â9 H"f)·I·ôl
*å    *      NF¯¢pÚjé7ê,  -1¤  j¤ýè Øiª×hk¨ÉHŠ2ƒÛ0Ï¿J1/2(r)•ý6Ô   qi+
?A}´ƒXds]šu~:^  Ú
w¡¡  áëœ>*÷²Níûj?þ÷W¶Ä¶¶Ÿ  3/4  ÿ¥t@Çu^-á¿ÚÓA  ïÚKz-mêû  .Ö  ëw1/2/ZA-ë_ÿïöÛ/î2íÕ}þ
Ö¶-ê"ï*K´ô÷ö1/2ý_×B´î-Òý+ÖÒò}úƒ²ëÛýïõ-N±éÚ_1/2wg  a3  ÈnÕ&Úþ°ÂKÈ¢1  Ô80"•  1GÂ
Á  "  H3   ¶D...¬hC
# ðÁ  ´S‡...   _^^^¢K)ô*D/õIuUH·-ZÒ ^1BéPP†"
#ÿÿÿÿÿÿÿÿÿòl!2¹>Œì¬Ä|  ˜5¤  B"DÙ(c)  ÓJÁ"'+A°)    5
"CÁ'   Y  ƒÙGá,(7
¹1/2[1/2  ïaÖ|z¹1/2ß°ý3/4õ1/2ï"ý¯Ûß§òlT  å!  sw  È-Y"ò  Q-Dv|~òt  aSÕ  :  3  Í  ""š"`¯ôn
  z  1/4£X{2¿5°a   ^´›  I&Â  ‡Õé  Ã(r)-   ...§  L›      }t,Òþ·Äul("Ö-ah*O-ÞB=_-×...

ß÷1é^ÈÕuíCJ+î"[*-¸D6!a
%0•û×÷Ðl  [   -/xßÃ¢›  "ŸÑ  "  pï÷ûÔ  -pð, é~"]´
(c)oÐW  ûÿ[êô  ýjÿö¶Î"{Z~÷ÿéí×o×ÿ¿Øk·íZV-ëé{-¿I°~ëp-W]¿‡  î¸i6¥øa.ÿZ:Ôõ
¥(c) ±  VßeÁ5,!Î²Px0  A¡   `&"Nâš1/4œUœrÕŠA,! :a   D."8Â<
xŽ"#2XB)†  v´""  -h'Õ5ª}"Ü°Õ":K   ÿÿÿÿÿÿÿÿÉ¹ª!@¢Ê  •°Mƒl+
3  ...omï1/2  tv  *ÿÛÇûú...ß"úõ"¯Q  ²b5ûÑD|)^'  s(tm)8É  T'QvD§  "<ÛÂ,  †   TÐxD>==å
  ˜Tì  &É  [†  0‹Æ  Õ³RÂê•¡èM
  A  Ðá0ðœwWì  I³3Á,}  `ÉZWI÷Õñtð(c)...êð...'÷÷-¿¿M"Wl¯Ôêcë[ýV  ñïW3/4õ]ñü?  zÝ1/2z&9
  ×9vÿ°ÿÖö  +
ÛVœzw~ûØ?¤"Úª  {Aøn"Úwúü0Eï#  ÛÕWkû  å÷Óí>ŸùÕ7Ò(r)ÿÞì†-<Ú  ÖïÿèÕ   0×¥ÿ]Zý¶¶ÃK
3/4*AÏRßß6|  Já'Êé²w‰%$PD}†'kk  Ç±Úæ+¶Ð!v-ktÂM¨ï!^Ô  b    C¸0@Þ   `¢  W•¯  a  úÒ¡°
  ^è§BÓÕÒ        $-  K(r)ª"[T1/2"´±I  V  *'†  C&ÁpÇÿÿÿÿÿÿÿÿÿòlYÂ"èšGaL(r)  ›PVpR

691YÚLÞbBpr´  ô"BmYñI±]a˜²  ÷;
é}1/48fÒ,´
µÛïöÔnß",nšEÛÂÅmuZ·XÖ×  ñ÷·ï"\äöLe:8œ"ÎeQ'‡JjšSR:ý  ÞN,"! j  3Œ£8@  "B¨n  ...9øõ
¢D'  ³Ó]-  Ø*y!  C
š6  1/4np,HØÂ,
"ì3  ...    ¢î  ƒ8÷ÂA¸õ  `š¤  I\=&ÁSH7"|  g  ;á?
-6
ž/  Eƒæ
Ù¬  N¡*t'Ç
Í6  v(c)m¡¥xØI".NÃ ý\2á  láôê
îâwW§aF×]kÄ/"Wõ¯ï1ÚüŸzý¹
;ƒ²ðMßWû  /Oß    ...{    2  ÄUh_º  ¿jµÛß¯Î+
£  ¬ºVÒ°÷NííwïuïÓP"¶  ÿ  1/2  ë×oµÞ  ‡ÿ  ÇûtŸêïïoý ß1/2~  þ ÿ¿PaîÝ}oø...p^éîŸ:¯pÞ"ßúô§,µpû!-u
ýÿ]¥Ÿ ý†Ê  "(r)íÔù¢  ô××"íü¡ðÿ†(c)k3/4î-
Wüëa§  8a/m&Û{³Ëë¿_êƒd  ûIŽø0´¿Pu]7Jôïy  &        5ñKÃ/ÃI8"  Á¤J  0aBpì  ;M¶    šUjî
    úî  ,  F
:
    <4  †rá        0    ð  E7  hC  Q  K3ž...  ã±˜s(c)0Ê  Ía    DDDD  DDDWOT‡å}QOô"
•+  ¥  J"B  A...  º³  ÿÿÿÿÿÿÿÿ"Å(c)6-  fD±<v+  -£¬W  E^W-  A  fA•[  ÂDO*q¨
gLƒ,...  4{`'  m  æ¶  üðÑ¡,æIC#  M&ÓF·ÊÝçUv  t  "  "(~(r)e9&ãn. ûIjðDx9'›
;    **ï§,'\w§  Áó1/4\ãñÎÒ%kjû¨ã_¨·ëC}o¯Ýjÿ×wZ_ÿz^÷Jém.µ^ÿðDz-k"ÔBCªÉ÷oi7~t_  Ú)qÛ²:ó(c)
'¤  /"É"?  ¦GÒ5"¡  2-  †y0^Ã
õolê)€‡†fgTr(,Ò$"Ly@¤Å=  !ú  4-T"A  J˘Ê  Ð@D*  õ5'  !ç-  2
D"BÐ^AnJà(tm)ÒC  !Â  B'  -dz'  B"#Ðüjƒ  DR  5
º²ù˜C\ƒ#Æ,    ƒ,ÒJ¬  h  `(c),&ã  Âƒ    1/4"
='Ò  !Ã$aB
B,!  È=s†  `¶\x  DÝÏ"  Ž˘(c)"_
h-  xÂ'
A  "$[º±¦  v  `  "(·Òa  Ñ²  7

GÂ/  £ãŸØ@Â    ^´XàÁV·¶  AáOÁ,k  :,ªYÔh>    aAS  Oü‰
  0³d!ÍŽ  m\#xj¿"ô  Â
š@â,  Â  m  î¯r  Gàè7Aá  Â
t  &  L4  (tm)ô¯!(  6  84é4ï"Æ"ƒH  ÇAš1/4:K  BUÃ†Ž'    BÂy  :I†"ÓíÊ    çO
ý†¿¤Ã  Fää/Mýi  ~h+WW"83öZÚÃÃÜF(tm)
Á  Ð;8ìßuí3/4'Í  ["""(r)KŠlïhž    jõÃøÍ%È†)~1/280_Á  zZ_ÖÐµ¤íÒ"têÝuƒ  ¤õÓ¥ÿ¦¯¸íöë_Õî
ÝØA‡÷°°¦'ŸÞ(c)3/4é×Ÿz{÷ý^1/2mÖïï"¿  m
êÝ¿"uuî"  ¶šêôN  þÞÓé'/Ò]/ïÍºÚ÷"¿ú·Ûþ-µ×Çó´-  1/2Õ²ú[Ø1/2*ý=oxéw{]{i&pAj  ×x-7¡P¿WKã1/2
±ÐâáŠ[ýV£ã[ÿ¶õ3Cÿý^ø+  ÷î÷qGA·"YÐ_æ+ûîòÇ'  !¬?'sŽsÁ:ÿÞøzÿÒ  ÄÔ=w  Iß  [ÒúZ  X>beŽ˜k
wA    ï  gú¡¿  GJ0ƒƒ
#BÿU¶G¥‡uÿ  ã˜º*  ä  pÞµÿü  _öö3/4íø¶IZ  ÓÔ    ÿwý1/47×"
¿"è0{
ÿô!º§"
-õÿ}-úúkÕ‡Z?ÃDy ÿK×Ð\":úÿé‡Þ  a.¿ï·a÷ÿŸEnâ-ßøm-ô  1/2×ß"W^Æ  3/4-¿i,  ¯ú*‡ü:
uþ°Ú÷¡¸þ•ºZIÿ3/4Á  šK    z ýé~
i4  é:_[Î(c).  ÿÛÔ0  `Ú^ÿø7ƒ
ÿ¯uWl¤Õÿü  u-  k·ø~    I‡î-/¿ÿÿÈ{t  ó ª²  unû·:'ÃtÿcVßcÛ"Òò"÷Ôÿ¿÷·ÁëŸ[Õ ÿõj"ÿÿÑ  pe"aö´
¦ÓÕ  Ã[Iòt  ç_àáð¨ëm[ôŸP¿ª÷¬>Úð·}ÿ""K_ëÕ

šÝØkû° u"yô "û¯(r)Ý:§ö¯ªúÚ¿këæ~ö1/4 Úþ·Õ_}ïûÚ÷·¤Ézõ¯{°ýwû¯éo_°ý{˜"W_{_ß[JÔ Oi´Û _¤(r)+   ~Y3/4Í"Kö
&°¶økkiý Ø"JÚÓ·×õÃ§°ƒì  h,á [
&G×ìÇu÷iÓÁ,Ø@ô¯uw   ‡
ia"Mm&Â·Û¯ozÅ1VÓ^{"    ÓikfÖŸt°ƒ×}^4Ø¤î Điq)ÁÝÜRw~·ªqQ8ø5°´Ø>  I´Äã†Á ÛI0A a...ÚVÓV B"¶'pA¦
 ¡¥  JÃ ¡Â  Á ù ! dG   0¯MàÂ,
P"A,
@ƒ 0NÓXi   Ó
¢
¹,   :a0a Aƒ       ª
(£áÁ  1Âj¢  O  ... È'
¸z¨AŠ'G  ¨D?Š
* ¦4Ô Pa "


? î[^Xa0,        ¨a  "
àÁ .
  ¦a 4Â•...V ¥9Ý2Š Ë
  0"N†""+(r‡ C@Á ö +j¢ŒDä 0C¡
  ^^¨š*        f7$B"""""#ÄìMxú÷Z(r)"IT=jÒRÐ
$%
 áR^]PA" D " 8Æl(r)´?ÿÿÿÿÿÿÿÿÿ&êœ)(Š[;
• Ø",ú¯üíŠþMÔî"k^  ˜¨GjÐÜÉWÇõô¿·Òð¶µô¹è'EW=  òTŠÂL†Š]pƒ!æãñ¤  :Št" Î,¢'(tm)Ó( T  "& üÍ"u •ô I4,"Â. [...M  &›A"Ñq  F‡¸¡  ¦âÍŠ†  ;IÂ...FŠ  ÈÎ,`" ós
Ø2þ Á,a   ù>Ä"C   ÊøÛÙVX<O §JÒw(i; õ...(tm)˜;   °ÄÁéÞ sI KÞ>
°¶]šý§˜¨Ÿ§§ÿ§...ÒõTÕ§íu_‡Þ-V  ß1/2Ó×Wí÷ÿØ×CûïZO~õµM§ßIWµ×íî³û÷V°1/4 /3/4ßûßiõªnŸ÷ Ñ_JµõõwN1/2×û   ÚþÕÿ뺝 Jî ü6,ïï þÝ6¿·KêÚ
þ"ýð¹ [O" îàÚ^tÿÿé}ò Õg ë‡_þõëz§{ý š/á¥þÿ-Ý%îÒÝý×oûK[uûÿ§ªþý"1/2ûlûªJ"hŽÎâ`a¯þî¬)... ›û¯NÁ"(r)í
 ?vš Aq]--"7 6ÒUá^A     " Ã° "
 mµi qQ°š  ¤ƒ
àÊÕ¢Þ"è›æVØ@^W           '1 Ó
zÅ   x^Š>¬DeU
  !   E ÜEe•Ó¥uIzZÒé]SU" M"²/)   @¬BŠ  0¥-(tm)3qÿÿÿÿÿÿÿÿ-°R+Ž¤Ø·24É±Z O ,R"°g3° ¦ŒÈŒî˜R E*[@ÁHH'Ù-fZ:·,ØTÂ£

)Ø°40TÁ >µ î~@ Tƒ,^"³ Á ]þ•¦ ƒ°¯^v(c)0(c)ÁÚD1/4 ´
Å÷ $GsŒžIÉj'j* ¸"T÷   lí µmw&IÝEiª·° z2 ÝÒêµßéðŸïëz"ûúÖ"éVç_(r)(c) þ·ÛI"t¿ßÕtµ¯÷-þ 'wª1/27¨&ÀÝNFŒäÈ )Ï(%A ´KO% ¹0È*5gÓä· ¦   ¦æ^-tÍd¨ò 2 Ì
^R¦^S†@¨Ÿ" 9 ÑáN¸L¨ÈVAÇDm ø]l†!¢Ž¦@§l!...4fÈ "9 ¸ L
pP  ç¯D,È¦g
 d"n" ( Î,é¯ xS6 ^ïá B  3[0a Â  >
F
!(c) ¡
Đe " dB Ã£9  ‰Ù8"¦)±
ŠN  àÊô? ²7É±@Û¬0ƒ ÂF† 4]ÁBIÂ
^žáÂ7; 4lk" 5†
ƒF¶

h˜ã# @p"†
J h0ºª.Þ
p hh×dd Ãdo°˜Yó£s
ÂhI:
. ,(tm)°th¤ ... ÕÝ- ØCH> ·i0HÝ ƒ¥z¤ "9h ŽÒl. m î ³
[› ØM â M šj
h&÷" Ÿ AÁ¤ƒ`ÐÁœaT=$ÞáQ Ðè ëºM ´^
š696,3/4öëvB>²vÃzj úàÎ4¬- ¦Ðü ZXã¨a˜¸žé87
¹Óx:^1/2?M1/4'
§ºoàÈï
§F-ïMÕ:¢Ý¤×ºzé, B"Ð0µ÷WÝ"ôõV"ž?a7°ˆéÚh0...PN¯ "1[õoK÷
?VûªVôfcÒ¸¿¨zÜÐn¡þªÛýµKÓ~¿...ë[ºun'kz~ýØOM3/4"ö•íÚzðÕ§þ·úÛ úín
ëý ÛM_÷ý-ßZ º õ"¿^-¯1/2^¬Þ ízß÷Ö"õoºÒO¯¿ýºÿÿCZþ÷ þýõÇŠÿßÿ¡"ÄuÇ c(r)ýÝ _Z¶ãý µ
µ-oNÞðŸým5
w§Uÿš
ª
--µÿRàã•¥f ùxUPM3/4 o¦ ¯_èì8CÞ·ô.ô t*3/4Ò`ÿÿï¡taÓ ÿ×m -%ô8F|2:ûÚÝ ÿ á¶ý†Ã
bõW¯ÑQÂ.ÿïöÃ×WßýA ÿßýþíûÖ Xb û§á†·ÿðÒø4,4{ûóéoÅ þº¶"=ûÿýÂ Ò].ÿëíkè*zÿ"¬7¯·z
?ÝÂ_õúÒJÍ¤ ÞêïA·î"ÿú"n·U×ÝVúXaß¦ðÜ7Ûî1/2† ~
" ÿ]m1/21/2/õö
$
¯ ÿ^uJ--ôû3/4éõõv"Õï^
úÒOÐmw p¿ïôîº-~íÔ0ßß{ýþë_÷ëêä?o:.ì†ºÃ ¥~ ÈN vßØwÕ1/2]~3/41/2Ô{ëÚ9e×ZÕ/á¯ÿúm¿éú
VµZÒïôÿ¿L:ÿÌÐu1/4ú}%~ÿÓl U÷zX'1/2ÕïÓ ýz1/2íwUýÒ~ûïüÍnÿöf¶Öý/ï Ý¥ÿ¿_]¥Ý~iûjÚMÕ×ì4
"ý·UKþ--ØKv WÞ÷i]u"
'"NýÛ]=Óÿn Ö]ö ë õƒ.i;kü úÿOIùÅì03/4È Tá¯ja_›íTÞšißi_` þ´ö ÷8¿î ºÕ§°(tm)uM" 1/2 \F
¢DáÿYÅñK` ªV { wÅjÅ{ ¸C´¢›¨¯õa"›J5³ 3/4"AëkaL~ÚzPP üA Ø" }ÁÃY
›M† m§ ‡ ä+¥¤ö"ØH0 µq8é5¦Òh ` §
Ã + 2$ qA - M²$ u ØAÒ} uÑ €3/4D" 6E€,eÂ,
¸4š"Ð Á Å4 Ã &È± B¸6' P,!N ` †
ƒW CÔšŠa1O !@... !5 ‰ ƒ ¶¡H£...Q0áªlBÝ ˆµ
p`'a ùn ºœå:ƒaA (€ì Æ%Dí 6 ,e
6¡M M0Á
˜á ðe ,Fr‡( L"B#¡
ˆƒ(`DPPÌ8! FèDgq Ê¬ Âb
6DpWQ ¡
^^^^^^^^^^^^^^^^^^^^^^^¸ˆ† •Ç î ƒ8á ¤1/4DDDuKýWý-,›
é,0•BzL ‹L¶ìPA1 "KT Š²-2&9M5@¢"?ÿÿÿÿÿÿÿÿÿòn§ "Ÿ(3Vz)Ì‡›p¡3G
aA
N 0P¨ü -¢ñ"ÂXž O Ã...hpa
>F%lÐ›VÎ §"4Ü'ÍÚÕºÿ]wéÚ{/'ëý^#¿ý1/2£ ]ëú¯~-/ÿû ÿ¿ÿû´-
-JÇê1/2Õ5(r)¿ïu~3/4´-k÷}Ô4³£ÚTé&¬wá...¶ V"Zâ"l$Ä&,"Sš Ä$h Â
\D\DG^ÿÿý}Â
8A¬GÿÿÿÿÿÿÿÿæEŠ¦D1/4ìÕ ¤" S
'7%Ì,(tm)š8!$24eò<x9+EÌ¸0D(tm) 4 gcHº= d|ªe;¡#Úy , œ!( A"äD `¹ ¡Ç)Èµ ÀÙÀÈ{È>
àaÄ] Â! 1 ÂÉÓˆˆ³ º 'ó¨TC Èµ ¶aË Ð{(r°ž riAƒ;
Œ•
ÃA"

â*
  Gc4    A  l   0@ƒ  Îé‚*  `0|ˆ>"Â  t      !   q´h  Â†]    N  £µ-
ØM  Ú6:  \ÃD1/2ƒ  UšH².(tm)  ¨=BEÐ9¨   Ò<l1/22XÞcš(tm)?'ÔNm†
ˆN
  "§
àÃûútN  *A´(c)´  0Úî%Á  TºI  ë÷ž  µ-à¨
Ë£
´  zCÒ'žþÿÜ  é:\£pö  n(c)a<4¶Ý$÷§¶›OßÛV  "~áé  ¶1/2ö"Â
ö÷5·I¿´ƒõ¤•$  ¯u-ìRëÒ
›wï¥Aðƒj-ÿ¥¥u×u¿   /
oi%  uÝù(c)7  Õ×þÝo*WMýv÷M3/4°"  t  ßJ´‚¬Z  ñv×ÇiÒmîÿ°¯wÜïZ°ëW¯U´ÿIÒµI1/2u¤gcB˜¯1/
4î÷  UôçD  4öÜÕ]õ_ÃÛ÷Ñáþ´Õ%°ụµý_ú ›Ký´š  D:
ÔŠ›Þð^"=šds"  Í  ¥ïö  §Â#§ßÒ  &Âé%mntV3/4Ý¿ì7í´÷£[ Açàk·"\8é    38ØÏ
Î‚"ÆÚÒš¥ zWê¯éZZW-¨-$ÛZ^-ý   z  ´ffr6  H;jÞ‚
°ƒ  A°TÓ´Â&á‚iÃ]¯×ûûµI  Ã<  Kÿ!§þ^éÿ~  ß¤Ã-ûé:
§mRl=  4Â-ñh  haƒ  WÜ  m$-û3/4  @ƒ‚J  ÷g    RI´  Ý³JîÒ†ê_é°qÝè7¯a†x  äù¤Ø2Vµÿ:
:ßÒ´´ÝH¯3/4ÈáPÒýÐU Dtíª}-÷ý-]oUo§
  +"ôí  j"÷ÁWýîÔ  j?Aq"C;...Nû~  vÞÈ  VÒ
ÿÿ¤  3/4·}}ý¿j  †â  ÿJá  ÔZ3˜¯ý    (c)ª§q
o^¨"›£è   *°¿úQ  î¶(c)"¿Ûf/ÿñ-<  -â"^éßwÚêÝ  ƒ  ì0aö  /ðõúÿøÝ-   1/2_1/27
Ãi:[  ÿjÉ~)]i-}3/4Y  oØ"Çè´ýßÝµF
ÿIRoÿ}ÿW"GJÃÝ-íÚ§AI1/2wý[ïöƒzÂ  ý/°ÿÿßæ
I†-¿ëül›Ò´drÛÕÓí´ Ü_¿T-ì&ö(c)]ö-ý1/2?ûµi$¿§ôÕ:Û  ""ªß¥Ò
µÿ[¶ªáƒ~  _°NÿV1/2›úzA†"{Kßü› Ê  áÊeÃKaôÞ  mÉ£]ÖôÁøíý/Õ3/4;î"U]¥ô°¿K-âj÷‡  xvúÛ
n  "O}""UÃõýÞ...ýÕÎ"wÖßn3/4õh7úÒ¥m¨nCE•o‡¤žSõ_ï!(c)*†  È...ú_ÍŠò‚ÿþÕÕw³¢_Ký-k)þ¯È=Û
1/2  "~õV'šv        µv  4Ý  oÂÿ
{ÝÒn°]ö¿JÒá-¶µý¦i+d‚=1/26é%  ¥‡]Òaû[å?¿Òýµÿï‡
  ÒÕúHèƒÓ¦(c)°
ëUÛKÂ!Î
Ñ  î¶êõ¤1/2‡W¶ÚW
nÿý+S
8-+SKw-†  ×jþô-Ûªvý~-´°ØUPÃÛm~°]Hzú¦•  éô  ~  °‡a(a&    {Ý5  þ¯5]M5
6-(tm)É%a/´•îž
0‹v-°Øiz§¤°Ð~"6  I§ëJÝP3bÅFÅGû
-¯{AEm¤ƒC´-(a+a"  a%  "a...W  ‰  ˜öƒa""

0U
¤°áî¥†  3/4°D~üS"Âi¦
        "!DZM0œ  I"a¤(c)0a&ÂQH^ ŽÕš
);dAÂ4
"9"ÈÇHA lB>
¨ B3aaØ"  VHH;dWDâCM"    !pÂÉ .  M  h2,  Ð"  ¨k
      "
Ã  š
ŠmX6*  ›Ø b  Ð2Ž  PL  0Ä$  ŽA  &  0ÛDîà..."  "(tm)‡  Á°‚`4!šÁØ"^=    "‚  †  Q      el":
T  ¯á  Ñ0¹°¦Î
  ^2Ó‚  ƒ  DU`"<Ü  ÂdÁÎ ƒ
    Ì9ÐU

.^¬DY(EY        xA$
  qQ        %Ð^˜˜˜‹ Z   ˜˜Öâ"" ÊÜ#ÇÁ+ ˜˜ô    ˚˚ ¤çUH ´DÑé-B  á
é:T³Ñ7 u¥H.   VÂP']:I
B  ØA^ð,÷Kú^˚@¬ Z1/2'ê-"'XëK"(c)?à"k¥ëKú6À¡  A.  'é(KK×Z
Ò...J´˜äØ&'"1/2)]HCò  §FJä• ¤²3/4¢¤§z
(c)ŒÖ  ïçè 'âpá4  (T(c)Crh¬ (röq ˚,"µéaÒÎÓÁˆÁ
Èë (c)µP-•_  wwjª A-í0ðÜ- "'˚-ÂÜ-ÒUKÂIzàÿp,P,ðKsÃïm+
  ˚H¤  wI/8ïoªA$@µ¤+˚ÿÛÛJÔ- z'0  ù  (  (tm)ÔCQä 7Î,  (tm)üÂ^ˆf5g-•iÒ@,Ö•ªI¢n
ð‰ÇnÂfÄ0  7Á
ž    ,AF,
pú3  *h  m      ‡·£Í˚ ,
]MŒ!xe²ÖqÂ        $  :%  A

˚ê""ª´ÚMé?zØw"ÚI0Ù :Ú    "˜¨  ×E@` YC  uÐoÿê  ûÕ'   p,A    ‡R
  í(r)íí:ÿíÚ3/4ôÝ%3/4•  "EÃ , '@,ý}?u~ýÖ›v"-Ýi    MQÄ9
  #ý´¿ÐµwuÛ_ÿaoé ,AB  ¤ñ  Çïÿ]Ø...ÛÑ
í%  A  v  ]TàlúÿÎ1i [ià k  Ž˚ô,@,•Df
  6 _í{£CÛÿ ýñÑÕ`ÀA "  ì‰o?  ÓÝB
ûÒm  Þ¿Ú  Ð  Á '$  ëÿý  "~3/43/4ü±Ú  ïfEPˇÈ¸(ö"ý~˜Möé=>"N§cfu    @ËÓÔ  g]¿K¶
ÎŠüVÚ}˚)`Ý$  "  Ù  î¸ûaÒý~ëÒôÝØH¬ }H(fv~êÕýW  tëduÝ{¤jFÁr  eZ  G@^0ç£ý}ý¥ß]¬ {t"h
DH7Ü  B^=Av¿¨i}ùÝ"
&¿ßm  <MÎ˚_ÿØÛ¯ -Ð{Á...øM¥ö^-ö  "%š¤¨è?¶  -^×v)ÚA3/4š˚Â!¨9
Í§H!"²1/2I
F`è4ÓaCTäGOnÂ(r)ì$  Ü†,èiJ  (r) Æx; @Á
0~"   P¬Ö  Úð@Ø'    "BÈè)-Ú^˚°L¢P"DeìôÁ, ¸DI
P"    "^^"    *G`o µ˚;v  ì6GzZ¥TÂ/u:˚°Ö:d  (A-
(c)%AA  PAaBXJ•    Ô%AV'¤h,IªQ¯    hr  ØA ªvV  4˜¨ ("  R;
}%P"  8á%A-j-        pˇ  Óu "@ ,H†
¿_ }B  RH*H    )  - I$    (T•ÐA%œ:B‰
ªÈá*Žô
˚zL  ¡ ¸ÚÝ
  iU"CZ˜ PU",µTµ|öE(tm)ì  J  @"ZAÅ˜" Zà-^€'
  OJŠC˜Ö  ¥l%A -(tm)š"   áSA/]   -5@nÂaA  Ô"9ªZIdœ  †  a  "I†  ×¬    *¥  hŽiC&†  "šM
"Ö  qZHB#è":"I$'&š˚i%H".Í@øøÐiUª    Á×hRA0T(r)÷¦  6B   ÒK
hãÁRÓaÒì"T    RÂK...T5Jˇt  Ó Èg€  aZT  I÷í(c)(c)"ßKQ    -a,Z
Ž
Óûi ýSP`šId<  r    t ,Î~›-&Ð">'(c)ä¸7  ¦'ª  a§¥Õ×ê  ù0  š˚^A (tm)

ý¥¥ÐP(tm) ÐCð"...&át  ô  ð,P-¥@Á$  A  ›|Pé
7JP &j~'H  ´@  v  ÅZI(IUSÒQ¶¤$#š  gb_˚öé$¸ÒWTKÚr  Ã‡f@6  I˚~*RÜ ^fÎ·IRÓ¬  7VÝ&Á-A
Œ%KxI["
›
´  ÐPÂ    Ä(%"À0¥KtfH
¡Ï´-¿L0f  ¢2€H...¬:A¸‡¨  bK|ôÝ"
ŠŠlfÂÅUS!
´Ò
f  (tm)
H*...A;[è (tm)

0(ªa  "•
<Î xfR}$@     ,  Ä  ÂÒv¬  ²8 È-  r°ë(tm)·ø`^á-       z  Î<uÄ"8  ^ÆFÃl    ÿ
Ä  PR+,  D˜QDĬ¬2
P  ("á"=u

  aK  VÀÂ  ¢\Ì6"¡  D        +%èA  P6  Di*      ^áúä¡  Ù  XCP•XHD}...³1Pu^4!  šÂ,-š
l'ÄRµ³ŽVÊ8j#T0•Z¨Ký*Ñ\o°
  'È¸h5EÅ#†'     vG
sy  dpS#£l¸)  2è¸+    ¨kÊ¢86'1/4æ`!UÍ¢ôµk  h+-eÑpÌ#  rLÌ28  Èi  Cn
á^Cl¹  ¯"ƒ!(tm)...    Û.A¬r^UD4Ü¨<  Y  §
£".Z¡  ^^^^^^²‹"TA±ÈÇ,s9Ü:B"'#*
$  GZ   J•iBZ1/2)j  fi  v6ŽàR
  v8§ÑÙTf¥¨  Ð9qŸ  6  x  Õ  DÀ¥.  d0t˜-
†`  ðR4   !
      \Xë--5@"     (¹  0Q    A¢8
   €T  /  Á
 ,éÃ¤C>  Á"c5
è  ÍðÈhÐ  Âšàá
m"(eÄE  "Ú  9£h"  äq¢ç  G  "Œà€¶¬5M  #1/2¸dýµÑ8C  Tîæf,aµJ,}  Â  ô     @i2èÜÌÁZ@ƒ{z
ßJŸ{]Òn"Iê3/4  --¶    Â#  šMÕï]÷Ô°ÛI¿´  ¶•jôÚ
olXj-¢Ã†f6úÕ1/2ÚZóúÛé[þßN*-\%3/4ÿUKZ{i:Úi^-øIµ"  ]Ò¦÷î5µs"ž-ëwÎ¢ø^¸ýi?µS1/2.¿^¸¯ýWOUÚo
¥þÞ¬":ÓµôÅ[ëŒ--´(r)×ÒÖ|V  tPõý
ú¸ÓúR#ÛUÒ3/41/2¸oÐXKiRuzë§¯¿3/4']k  î(c)]é{  N·¿KN-ÿýµ·[õõ¿¥"{øK].(r)3/4-¯wªª
  "ñ3/4  *J•V¿i>ÒÞâ"¨[Õ÷¦ÈôPaÛÛa$Â]  -A  Õ%{¯a$¿^Ð"
  õ¸     ²8"¨ï·b  ë&å
Q×ÓQ
ÝR3/4å'mï˜Q
ÒÖ%ëÿ  ÖÚ¦ÍgÓ-ïË‡N  ë(c)<5íµÙxü"oØuÖ  ¶¯Óúo†ÐDu|Ø(r)ê¿oT¶  VÞíúè3z{*á¶  *oé>ÿëÿ‡éi/1/
4EêÚáÿi¿ÿ$3/4Ã1/2.þׇMzîÞ/-oá
  ÷ý°Òu}°ðÚ¸>  öÚ"Mõk  öë  ·P-ýúi5r1)N"öÓ÷÷  ëIt  ÕR×ŠµõWÕ¶È?m-¦×ÛO  Î=:ûp×
{í.õÕ%(r)  [y  ¯N›íô'  ¿"   ¿W¯3/4Ã    >ƒ¥w-µ]C¥ï[zIU¨;H
µ}ò}¶ÔUuí°-Ã(Úïmĩa¥+zý¶Õ  ":×k      "h+I4ªØi+
  šV•Â¿n¯úé¶Ã  $¡ÿIÞÃ  °Xµ¶  [
p°ÕmUû"ÛKû
  Ixh^¸,
V  ,C8    MŠ´
´*)†  O¦ÃOwKZ


1Tf  H  <
u
"ÜŒ  a  ¢
æ
  3  "€@ž
<  Ä*²pñ  DÂpÐJòÓT
pÈ¨M¢1ÎQ    E´,ëƒØâÐ*3Ã  ]0È£"*jÆ'VQš        DCX^<  0_  ¸m±  [I7Ô.ÛúPÛuH$ÛiU    v´"
  a´´  !v•D6-    $´>  ^  øU§(r)vx¨‹q°ZkCs†EØ(R   æ  •çc2èÃ Êpâ   B‡   -ePg
E,  Q  td¸Z
$l

Þ'.
ì‰
JºN )†tÊ† F@Ù(tm)h¹ÒšÚÑ¦Õ&ÐA"Òs±‰¦ú
Hç ƒ~›˜Eá7´ }_Iô'nvêÒáRkmZMûz]
OZqIÐM¦"Zþî¥-v-m[§ÿÿ__X(c):mS¿-wýo¿H4(r)Ÿuu%_"÷ë
"' {¥yÔ- A
pSLóD' Èbd†T f³5 aá ä X?DVàø5×Â- 7
Pš`¨Œpƒ
a, ìTÌD
tôŸ·á Õ›

ƒ n û¤ m š/ðdCFÀíî C(tG_WÓº
¿Bxì¡È¯zT'on ¶é6EB%§¡8>Õôºªõ(tm)›â Bë¥Múì5IÉHî˜bÒ
Õk"ÒM*Â~(r)¡-%tž°Áõaü ¤Ýôï
wþ¿~)/ü0ô"íû×
"Õ&÷ï"Yx· vÝ
zÛ¤Ýõj" -ÓÛ¥Ãìè:Áµ¦ýºOí¥uµ Ö1/2Žßªáù'•Ð}m ^š^ýûž[~ "û
û ¤éý~ûë×_¿ ¿
3/41/2B[Òÿÿ" ¶•_"¿"iÞš~õOoöíßªWÝû
1/2'[¿j-tÚMÒä ×îŸlnï_í¿KÖ-¯-"¯ÿü 6ÿ¿¯gEÚ]#ªI1/2Òí[Iëé1/2Ú¶í*ïê´(c)ú¤ úm*Û´›þ×V ·Òkïì5K
Öƒ. úJÒaÕ·¶-PÁ=þÕ¶÷¶ Ÿ;JÎ(jz"%n-†ƒ 6"a.Â Á"-(ƒÖEÀˆëí´¡,
"B;AÓ`¬iÁ" ¦m*Hˆ8M¤È°"a'Ã± 0Ò - ÐB I°Ø0"lBØ0" q ´ 0•X6)ˆ@ƒbXàƒ
(: `ˆ["- , ¤#¦DpM¡T ]0ÂQ
Ì Â XPAœš
¦‰
˜B²bÅ
`"-| Âh c"Ç
""""""""4"" â"""["Ö´²Ø Õ* Ò
C...ÿ-T(r)Z,(c)JáQ7 -¢†ƒ 2 Dù8pS"D/!6å¦¦2L& ª"N
" •@¤¸P ... 9#ÎÓ¸0Á #N Sa%Ñð0°z¬¬ 4ôÐ& $ ÂÃxÓt--o Üñè'}ºÉVA´rëwpÖÖ-Å&û
·pé_"ëÞœ"=_ ×ë õÚ m/¿oö & Ê‡•${ÒúUþí9
-3[:‰ É7Î£< ¸I o" O›yñ;DZ-þÕ5 Â` ÃÂ
L< Ø Á ›H `(c)ì ÃõõYñU4l
ÃÑxßÑ±‡ N'7
`"Oß°×Ðgê
¤Þ""wA¿¦ÒA7 %}ö3/4ü¢(v ÕúÛoJÞÖô¬Ðí|ƒ ßºOi;·¿}7I;o¶'1/2it ¿íiu}{wútÃî°,í¿_i$÷¦rM_Þß
ÚV &ß(r)Ÿÿ{uñ 'Š÷ªiðúõí¿ûÒWó
3/4j 7Î µ]¬W¿þöÿÕð‰ ÛþT5¿}éÞŸº^-·á k ¿§þÖÿ_kïÒ(r),3/4ûu¿Ýf€ÿ×"}wÛ3/4,öëéÒÿß§·ÿWý
Úëì^tV¿Ú¿uk¥ö×ý£§Uþ÷†
i¥Ûº§Û"
¿´¯ÿj×zM_3/4ÿK÷ü=ë_vÒ(r)Ûü7é7Ov¿á¥kzgÞð×kévÿt-ºý±·]"Èú~Å4öÝ=þu V-êÓNÚµN
îÝ¯M°¨4àÓM
Ú§O ...€Á 1 l‰
M¶º"`Œ0H 0@Ð0D8`â " Ù,´Õ à Ë):aOª"æ°¸`"f (c)¡'_0À˜l£~'Ž"DDDDD¡ ˆˆˆ ˆF# }*P
• ÿËP B Dw<(r)]KP jP , Ì‰¢
•
˜ .ŠIe¦¨ xK:À 6L

‹pÓ×@è$,"
ë XÚ Âë' Ôn- ƒz¤",A|ç¿¢iéZ 'T'm:]/"
ŠM Üú-*ÍRkÜz"VëT Ý$Žÿ"-RÒuTx"¿* 1/2 ¯... V'Þ1/2."uZ[×ªíjž/èN(c)j1/2$ÚIò\G¤Bƒ-ÿ[Ýj×A
ªÝ(c)*ÒZëU¤1/2 ßß v(c)yqvõZëMù -Ì`}W ŽÒ],/t¿
§ 7éræî(r)º~"ê
1/2>"¤ÛMÐKI }6"¿]5uuÓê7ØM%} 3/4 Ý.1/2=xwok^ÛKŽ'Ý ºu¦Ÿ›
-gO6 f -þýév"H¶ºm;B."?¯^õé÷Õ~éþ¶µßÿþßéëè...rÏqmnDÃ ¢
ËuF¥û·- ÚQÅz
{Z÷ÞÒujŸw_WÒ¤1/2]zé†(c)"(r)¶ÿÿû jðò-"k^Ý:ÞŸb•] ô´-ÖÐUÖß"ˆ[i{¶"
+øM, BâzMŠ-6ÂAŠ pD-¤ k`ˆ€á,U ! A´9{/ ßÖè-ðÚí
-†,‡¨ ÿËX·7ËML
"É Ál,£\B &!,#XN-jÁ
" F H3¨¨4N ´ÉLÚ8i$ ¡Ò"
z4\4lh 7¡
K @ƒÒA 1/4 ÃIµ3/4éKN'†ˆqÝ¤•¤é6× @(tm)PÒyƒIU:ß¤ßÒ¡h$Ü%Ò"§¦ïãý:èï zëõ
ÚWI%×\:¿Û }+--+ZÕít¨?}wn-û-"gFNds6=2:Õt¨%¥¿m¥W BøéP?
-k
{û"ª/ i...WÈ=OJ¬Ž6Ð]{
/TÛÖ = õW Ø~-Øã§
"åRsúÒ#ë¯Óõî¨0îƒv(c)\&Ûí¶Ûþë·÷-tÝúJ' fGØ;zKé}B3¿é ÁüUè7oú]:L63/4Òo²ªU~¯éwfÃ¤ß^ oá
º WI -v÷Nîªø" :þë·Z¤ z{Vú ÚOÿëý/}oÒI
µß-^Ê(r)A}dÛO-£Ã"´×ÑWx÷ú" Õ[ƒ"þ ÚZoëý=^1/2×(r)(r)þþþô¿¦Õ%"kß´ z^Ãs¢JöŸ*[KI3/4ë°Â˜
H"´ÒÃký"jÝ:Môâ5´ô
%é%Xn¡¥iC" A õ Ž,
-¸"›$ë^Ò
Bm& $ÅSaiª[E8v
-˜¦˜Ã
(† ˆ"š¶H P† † F"â*";î¶ëi]l4 °•´ Gÿå¨ (c)Äñ%ÎÊÌì'
, ‹ ' ,,"¹Ç
þ°‰è-BØì-ƒd'@ƒmKPoÛ} Ø÷¯A6W ZÿV×ÿ¤ý?Ý+õÿN• ÎóH¨ÙA
]ð(tm) 3dtGòvtÎ Oy 4Î (2@PD9ä1¥˜
ËÐÐ_˜X-...Ù%eyz'i-(tm).l à¨n ,,
& " ' D% ` úEÞØA" K ƒTÂ`˜EÀ0ˆvë!pë¤¶˜*hØý
"ñÜ . ý@ Õ ø4Ò.Ã Bä ô_0ª &"¬ ";‡4Ð3† ...EŽÓT›ô n ih Ú†ÐOIoª
´$Aì¤$
=!3¸Mžt7~ Pg Ðg 'õ×t'm¦"é¥zÛ8Fæ•k4<-
êü´ÕKÖ›36 Ân¯ë¯J muUvô ¡úVéátÛV1/2þ"iÕÿt1/2 ÷×Ikj"×Õ6ÖÖ¿-.ºý3/4ÿö-]ßþ¿°3/4!V-÷‹1/2o
3/4ßúMøªŽ ‹LWÒ÷J/ë3/4-¯Õÿ1/2×ï@ 7Rð¡Ï
ƒ}$ºùvV"Kß} _o×õïõ°¶ Â ÓémÔ!ô·ý #íu1/2ýzßWÂ6i1/2ƒ[U×[¿_÷Oÿ~ýê(r)¸KYŸ·ý.ÝW¤ýÚ
íWô-ú-Ýô ¶°ðÛþµkuÒë3/4·ý"ë1/2-~šÎ‹m0ýu¤ÿxKÞ"léýzûë^-Uî¯!á"1/2R^¨ê"§×ÒÿOï¥Ý÷ý6ÚN èÚ
õ¨áý¥t÷·
/úimí{ÿé÷v¿}èãÖ-n"Ÿ"GKÒukýZoÞúéõI´¶áûÚ1/2¥¤ì:ô¶ *ml4-ØM41/2WJÒOµa"•¶ WL ^ÂXHòj
/uWîfîØëpÁ ²õëðÕ¿NÑ
Üv±)üU¥Ó Ð[m/µJ›7ö%1/2Šƒ
í4 A6'
ÇIÁµ
Õ6Âˆ^Ò
¥†'

"$n
*ƒ(c)Ž‹‡L  0D+ƒb    $  0œ‰  4  4ÃQ   ...xa0I;@  ,

c    \  0A†ª    `  L!$  (g°¦&  ‹
  ,
#¦4â*!...(
PB-B   j"""#^^ö   ^^^ûm/M×·
Ú†,é¶   û
*ï†   ¡    !
(AÌ¬ADH    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò(tm)V£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ,Ñ¥ÿÿÿÿÿÿÿÿÿÿÿ
ÿü¦‰õñÿÿÿ-     ÿå˜T"ÿÿÿÿÿÿÿÿÿÿÿþ[%Š?ÿÿÿÿÿÿ,">íGÿÿÿÿÿÿÿÿüµ
     (tm)
¨ÿ-°"   ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþS
j?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÓXRÓ&@^-;A£FšA‡M'£~>Â~éiq}éwµõÜzÕËLm&ðM(r)
¯¨ðÒ   'Xm^î**ê•ßÿúí(r)º"§JêZ`úêš¶-)ŠÁ5  v˜¸ÿÿÿÿÿÀ   @
endstream
endobj
117 0 obj
<< /Length 118 0 R >>
stream

q
445.44 0 0 700.32001 0 0 cm
/Im0 Do
Q
endstream
endobj
118 0 obj
40
endobj
119 0 obj
<<
/Type /Page
/MediaBox [ 0 0 477.12 645.60001 ]
/Parent 132 0 R
/Contents 121 0 R
/Resources << /XObject << /Im0 120 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
120 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1988 /Height 2690
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1988 >> /Length 25796 >>
stream

ÿÿÿÿÿÿÿÿù  ¥‹ÇÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùÚpr¦ô]
        !¢ìÃ;:?œÌd|Ž!ÚL(r)5Ã  ºB$ª!  ƒÀÌ  s  œŠ‰ÄDYO'ƒ#†rà`  !ŒÈ    X§
l  :ƒ    žGƒ(

} æJ²ä\ # Ág[àÂ C>@Ð2?"ŽGpò
 Çè·èR £B AŸ
Èp' Ç¨ j ‡ ƒÐpi÷h6Á ¦š¨Ã/Ff)#"-Ùs.‹ ƒ"œ2aÑ|È0n
 %vC8èÌŒ"æka 9 Þ‰øÂ"À0Èµ-r|
C-†"ß
}Ø!‹I 'm9(c)
Ói
e Ú@ƒÍ2èá oA
œèŸ è³°ÓM
jA"ðÚþ÷Ã
'iû-¿¦œ i õAÝ‡²°ý:A¤ mßxJÿ¿Wß§§ÿÿéø~õû1/2:WiZ·ýï÷uõ×¶ÿÛZýÕ"¢ý:ÿá'}á:M¿µ÷ùC·qqÂÛ]%
 ÿ vÿÛ¿ëZÔ=Zúk×Uoõ'wqyŸŽ>ûéõČ°"ccé;ûÕ?Ûþï"÷|†¯ïhGÕ×ÐWß} ÷o(r)Ž‰"GWc¥~¶;÷úā¯N¿
 Ó3/4ôø|?×Û¯†3/4ð1/4Wz°û¨ýú" ßz‡
1/2{ÿÿrd°" Ø_1/2+tÎ
V-ÞÚè/õ°ê±ÿ}q"l=[X‹oö ZZ_1/2Ý"¿,~ÿPÃë}ƒü0û.-3/4¿øA}ö×Ùn - ýùhA"ö Ä '×üJ õïëQÚ¶ ¥
kB- ƒ -aíUÿÂûí÷´éÐm-öÃ
~ßN1/2ÿòïÿoõßmÔÂÀMÒ!§ü0ÿ{ßÿ êÃýõ°aŨGZ†ýÃøn×ßÿ¿îÿâô-'
 Þ!ÿC túëU·Ývÿõ# ì-;• 1/2-ÿÿ{îöÿÿÿXo[Òßÿïoúý÷[
ù µêé÷)ÿë(Aû~¶ô°Ã ÷ý%"z_Z _únïƒ[d3/4ÿðý.ÿ"" n>õý.ÿ‡M¯ÕÓjÿaûõë§ÿé}¥ÿ·¶|-"(r)ªß´·íRp,ým}
:Ò"K·í-†•¥u·Û }§at¡ µmì ÂXKµû¶ J› 0Ò×ná†l,z§
Â#‰
StÓB¨i&]
%L7°a l4 l%h%aðb ;g
 " D QÔ œP@Í P ÐŠN*Á

& ¢ D A'â "@<!xC#sŽUd ="Ê. "( lÃ £¨2¬ " Ó L*Á ₵‰±
$, A^QA6MÐ' "r£Œ°BœÐVË
 $ EZ3X¨DDDDDGÿÿóm¶|GÉB?'Ši )Ñ
ÎÒ
 " % o#,"4 ð ^¢%D*²• D ...y
¨=' (c)ÈœtçƒYCf¨ zŒRW ÁŠHAr 9= gÕƒá ª*
jFáÁ š á É£@\ÒPDtu ð,!"±
• <àe ÞE¨‡q Àæ !,é B°ä‡L...j ¢yEœ2A1/4,ÿ§ ^Ž "ð' Öa
"²
0¨,%ãÂ`É!'"Èé" #(r)
‰X@ƒ:'"Gdt
A
AÒzæ¤;U1/4 ;²t
æž 8pÈ£¤ y>. @Ú
äfËÕƒ 5†¡"t
i
 PT ƒnÕSïû
ú - z¦Ú0ô ÊEÂ 0ý1/2Úvè>,m
Û¥WXz×zµ_{ÞõuõŸ'TžŸúíÝm$ƒmô-žŸÿÞ÷ïPßOîîôõzM"·ýÕ]$ÞÝÂê-ÿïX-ÞíÿÿJ"õ¤Ý
ø÷°÷Þ ·W‚â·üíú Ç-õ "ýÝCzOTð¯¯û¯û}·ß{°V:ú<
÷ciUö¡* §ûÝHk(r)ÿíëUèJ÷"ü %ïÒØ÷ÿ¿(r)þÞãôî/¿·VÝ-Õ?ZØký þßõ
ÿI (]õûkôŠÂ°ß-ý^¶ßïëKWýUü†3/4-%1/2 Â[_üÏ

Ž  KÿÃ  Òý/÷"VÓPõ÷×
ÿñ  j  Xmw\h/"‚Ý‡Qó  íkËä‹  ZpÁÿÜ    ö!vúÛ
‚...×íû¤ÚLUñ  †;  ß5y°Öð·A´"WùsîõÑ¿zÿ†ô'û¢wÛô¶  ríúÓÐ}±Ç§P×ÈÏ‚pßþýo{~Ý°ü?MCKÖÎy
6*ÿÐJ6õ÷÷Ðo¿Jfûw{þá3/4¿Ò  Ø|;ÿ¿â·ÿØm{ïñ̂Ÿßß
;ßJôÐ̃ß¶ñ¶ý  ßíñ°-ú  "MéRµZí{ý9:
ßû_íûÖü?1/40}þ̂ÿþö=WuÛû´1/41ö*úï¿ß}  )úmÃõöôÞÞ×ôÔ  íÓ**Úa¥Óÿ[-i  W~A¥°öö1Șp-ðé(r)"ªkê
*MÐ^êéöÂNÛûV(r)ûiw‡3/4Ý'M?×õuõÛ{t-¥ÿ]n-}î̃aTÕ4ÂÓ  |%Ú¯vØÍÛKÛÖÿ°vðÞ  $Ã          .î
(Mµ{A]×°øi(m+ßIü6ªÃï  ÅE&C  >    &È-  B  pÁ$  [  d%"†'§¡Õ&Á,        1/4
èî  0A"Kf§;Ÿ'€l8àâ  '  °ê      @à  Å†!
Š(  &  ¹¯  mË°;  N
Ä‰À0Õ0æp  (2¶%      qÊ(*Ð¢  ò7†  &
(c)à¡CŽ...  ÎMl""  E("12ø^^^^^^^^^^^ÿÿÿÿÿÿÿÿÿÎÓåÂ  *ätA"PŒEd-        1/4º#HÞ\Èù  GÙ(2<LDqIQ'Ñ
Í¯  äD'ø3/4D(tm)q1  Ì9
W  ̈9ÜŒpÈ(tm)xŽ  eÁXÃ6
eÌ‚k  GÙpÍ)ó`é ̄  f<Ú#²;#†Â2.‹,      â4"9š'€Ì$fââ`þ_#†'ta
Ó  Þ\5  ù€‹  """""""""A-¢œ†m
      ä  6  æÅ'                          V9
€  DDH-  Ç;
G2äc5†fyÐ  .ŽFÑ¨    Ñ‚Ô  Èâ  €.‰0äs#¢>GÎ  ̃D  '|œ3O"@e  ¢€Ó.Ë£aš]  FÁ ̈ŽF  ¬G3a|]      ,
      Žd|§  æòœ4DFb.DÏ"êJÊ  /Š  0çrœâ§  3"VEâ"^=-œ  qË  C1ÏPâ""""""""""""""""""""""""""
"""""vj
Èç  ÿÿÿÿÿÿÿÿÿüíTR<FFy°CÀ"fTÁ
à  ×žDvF¹ØÂa
ê  ‚¨³Xhd4  !•"#$ÂÃ  j ...
šÆG
š  ̀,
   ?m  Jm...If'áÀ0É‚$N
$N  öö  4ÿ†ò  Âz ̈MÛ7¤ß  D  w"}ÂMýÕ÷f"Ã
"ú  |¯Ö6ÛÂwê¬>ÿüïëñi"GI  Ô÷î1/2´-
      7þ-ÒzkwWµªè":~"µüèŸVÿÃ-Õÿ¿Õz×ýt-ö*í=Òè]1/2~1/2W̪ZvG    ô  pÈÄ}]ôô  WQ÷a  ñ  Kþ!W.
ÍMq
ïÿ#  _C"É¿(c)d_§°>ÿîf  ¿ß|üí  l]1/2¿¯ÿÒOCü/§¶•m?ÒÛëßû¶|×óéÿÇ¿"  ÿî>Ÿþî·z^þ-SôF&Ò÷y/×O-"e:
ë_íúWì?ÒU×î"tÛUkì=*-+IëÞÚßßv-¿[...'ëvÚt¯mBVª  ́¤-ÃjÃ    h>Õ‚0A*Á›
`"0'ÓD$  dGF‡Á
   ;̂...    a
0fÆÛì`8bØ...rg
4HàŒ†‡  @f("    b  fZ  E"‚QYÄËw6...
œX'ŒDDDDGõÕa
Gÿÿÿÿÿÿÿÿÿüm  £²¡Ê  ²¤Ñœ0f-|  KÁ/A:4;  wêÚAàÈAÃ  ¿jŽË ̃x'd4+÷mW-õöïþïu]}oþ¿ú5f´£8I'#á,
é
û  D"|‚a  ÿX    !  á  až  k,"9  õK§áž ̈ËôçH  íff^Pÿ"´"a;_â3/4ßÕú°_þßÝ  ¡  úý{5  ú ̄3/4  1ÿÝÕ
×    ÷÷ßIþ"èè/Û  ÿKô¿  [õÿ(r)-öß÷ý÷_Zß ̄×äôêÔÂí[8¿    Ó¶#µ_ÓNÛ¡    "  ̀  ,
    0D  fX  iBh  §Ñ  šÍ8@  3/4bÀB"""""&j#úÒÔ  ,  ÿÿÿÿÿÿùM  (þSEŠÊ6  ?ÿò ̃
Q•É  -
(;V-}ë]ÒÚÊáió0ò‚‚{þé/](r)  ¡  í+
¯}_ÇÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÉµ3¹ä  :[GhŠÚ2
ÉÃ1'<‰£#ó´à...  ty  lÁ‹"1  F"(ŒÌ‚•
sÙœx  0¥C%p);"  H&vž    ̃&(tm)QA,  Ôð9àF$&,2\'  u

ÐØX]A{      Fº5ð-v  á2*  ƒ  †H3B)ØD(c)4 aWºüÃµ
•¥ªzÚšrr ':CSwm¨AÚvˆ-Y  uC@ó  Iè0š#v×
}í$ƒÓá  Ç  Ä]Ä;µˆâQ  §⁻
é:_Nôî3/4¢⁻^1/2ðõii  ¿ÿë×þ"1/2}û¥ÿÿ¿]ÿ_Óá[w÷ýk"t"ÚWÙß⁻µÿý⁻~ÛwM¿Øn£ªeZÿî-V?⁻ÿ-m'h¡ód
‰J?'
(È°!‹'      ¢KeX‰˜´ˆGg#¡  ë £%#)òŸ  ‡¡U
"(tm)(tm)¥œ=RÞˆè}1/2:H(PMÐgÆ
\Ô,   - ðCã  C6( iÙP!C@Èba  vh  Œ*    œ.T   ·  O   ‰Ž  "
H
    7ßa"Ú
^?}"pPT-"7AB¦  "
      AQºÊy£Fç¢n  H&‰¸àƒlŠöT  "laf·H"
   °T    EÃ  4    ƒ,
3/4Ò§I[1/21/2kÐž0g
Ñ²áP•"  (c)£ÀI8;¤Þ    Â  >  ul‡ˆÑ;  +P  }    K  ]Z  0÷N  'ø`ÛMBNÃko³P{'Ô‹@ÂxOÖÊx0¶œÑ
ôgoßþ
é:_ôçÝ]¥üä'qî-  ƒ"kµÛC†G  ¶"}BB-ØO[î.ÂtŸoÓëÿ\0-'ý×ÿ⁻qi×ÝÔÒÛqá‡Ä,0  ù.}×¿  ·_I]=×Õu¥"k
õ"3/4¿ÿK¿Þ<0Û"ËÉ†L?v]_¿ñú_aüî×oÿ"¿ã⁻ÓUÓŽ¡-^.ûkÜ="Gûo(r)¿  áý¥ˆôÿâ    Ýw×Ö...k
ØZ  ô›á·Ú|1mÓÿÿú¶]ÿ÷⁻_‚à"ú[ÿ,^
à¿{9pø?á1/46-o  ª⁻ö˜5ýî•?Â.ø.µ÷ÿ,&?
      ‚ÿ¤Ä¶ß-á3/4ÛWÏ›ÿoÿßwëAxEç  ÿêÂ  ÷a  (r)  _Òì:š']ï  Óoÿ¨öÃwÿµUï  .  KÿÿÞ,3/4ÒÝÐ_ý†
Û  |"WþßWþô
ªÿôÿ].--1/2×ý$-Ij¨.1/2á
ûö-ûö  ×µôõÃ¿"î°ý¸^ÓÝé  üè(r)›¥-ßìê"ÚÀÝºvÿê›ö1/2(r)öÓ}µîÝõkÒ×¿ÿÿVìè-Õ{1/2%A'3
íjM¿(r)Ãmÿî}Ÿš
×ý'?ÿjÿ¿î•ûjªÖÛÿ]Ú[nÞÊ>žéí{+[ûo(r)µßú{op|;÷_´×  þ÷ ÕÿõZÒ×´·î⁻{v  'NÃ_$-ÿÿkÓÚÿÓþ  ÛV  WÃ
ö°ÂZîûkýˆ ôÔ(r)Úí{vû°žÝÿÝÔÚßûh  ,v  ...Í"Ýßw°Ð^¦        Zeý+  ËðÕÛÿß±V§

%j°øa$÷bµˆû\ í}¶  jû  G
  l]0"Xö  ‚Itã[    ¯  Aß  lv...}¥s±€I"BÁ  `˜TàÁ D   J¡,  Bù  ¶  i"  "  Ä80I    0AÅ - bg
  Ž
D"œU"
Š`ÂPÐ0ƒh  q8á"  2-" H  š    ˜i  G^}JÀ‰Á  xc˜qI"N  'â  DcÝA      Ó;œ¸"  0ªÈG
:   aA0 ⁻P    dG@ƒ²  Âb    ¸:-Ða
4ƒ
*... ša0,m    Á0w   -Ì  }^^^Á  B""'Ê,  EÄE,    t  0"CB,-§4Â  Á  Í
"A"#2À"?    ÄDDDDDhDG÷UýRÕê•  ,
Â
ÒÂŠ
`ƒ  ÿ-0%;O⁻Îî#²⁻Á-å"¬  -›vÝÄˆ&Udc"8d|  ˆu  ÐXË
0R   #èàh;X+2'   ^-\"  àÁÜPdvEPJ h2ž  .¬    ,  ˆƒÄ§
t  •   Ô(tm)

   Œ  æG  0•-ÀÔ0A n,%    ÉÁ'G3†R  ²Ð80ˆ£ŒÐÃ  FA  q`˜X`÷2"  àþáµnŸ"
†ðÁ      â"   l"gÐmÑs
4   Ésr  pÍ¬    hî"¶áÒ,#ØH0Ö"6í ƒ

ïÒA°Õ4  l-¥Üª¦YØý´úcT   *1/4?I˜Ÿaè&ÿoWÿÛêêÝ&´íûö•×ö  mÒÛûý[{é°¿Ú~  Ý  i?t•*ÿUŠ3/4¿eE⁻

Þ    žaß3/4öôßw·þÒ~"^µî  1/2U¶›ÿë_  Þ-Ú]§ß÷ýv×´žµ¿1/2Uµú1/2'}óLâ"])0^.ÖR  OV÷´Û×ÿíûÿt>õ
wttŽ¤t  ¡  h)8sL†-  'œ (tm)t  ˆAøÕ  G¹
   FC
^z  @ŠâÉóP¦£5gTDfÈèuÕvÒÛ]o  ý  ¶î¿' ƒEÃ[  L'5Õ  c  0¡4,"ì0 ƒF±k"  4dcÐf'¶
"ü"ì0D  ÈDDS  ...?T*j1/2  *úÿýû°¦  x    ‡èh1/4
à(c)8Eà`(c)²@Ó... ̃ŸÑ1/2  ÎñGæ
   ¤ô(c)´^
"ì0(c)¢ñ3/4ê  ÒÛÿöÿÝ.þƒzÜ<    é6é  #",zuIá<  ø  §    Æ"Úþú¶"OoÐM (tm)<Â
4
õ_²;      vÞÞ-ûúz^1/2·ÖÒN-O¤ÐÕù  N-ž  æfÚ\i7¯Mƒ%  °O 'ú
W3;IüA¤ñTß×Ã1/2á,[ÿ}÷þ-¥[ÿ¥×]ûOM?ì¤í
^  [{1/2=;°yp1/2(r)þý¿â
ëÜz¦ÒzÖD...Kï^•ÿ¿ú--Õjž!*kzÜëµ§§ktµW  ]L]Uõ    ¨Ç'  ¯  cú#  âµ¯¿¨Ü_ü{]~ÿöÓMÿÝÖÿîÚíµOÒ
^Xçs¤C
D]‡¥±ï@*÷X,†  Hƒ£Ü1/4S  Þ-ø...¯Å¥¤ˆ°KáÝö÷èEy¢‡þŒ^  ¸-þ´Ø...†Û1uÒ°ÿÿÁ}¶Ÿoþ*  §¿W¿z
Õ4(r)Á¯3/4ô  OïÐEÃƒZ3/4ßÛ_ü"æ¹ôKM×"‡ÿ~ýµééý6Õ‡ÿKh/Õð  S  þ¶ë¯    þêÞíW(r)¥Õ~ïz÷"
†þÒÞ'ÿ1/2+
1/2ýíý  é=ï_§Ý¯`ÿ¿öÖ"t"ýAûß]%ýí  AÖ¿ß
"Ÿý  ú
=¿°àé]ëu²
|vÕþtì‡"ÙÑ7ý    1/2ÿî(tm)  -ÃogEýC³¦Å-´ý^êûƒßpé...î  }ÛJ7¿-u0ŸzM_éý1/2ÿ~ÿ"nôr÷ýo"kû[¥ô-Ú¶
-¿µ¶"kñ£í=þµÿõK=¿á{ôÜH[Zþ¯1/27{VØK}-´>K·
Ó]÷_i  Ý¥ÝZþ1/273/4*]_pÔÿ_ÿûUÿ†•1/2,[h&Ò1/2"  'zØJ
.ðÕ>>Øk}°f  íÕ(r)3/4æö×ü7
$(c)·^¡>>
í}[Ix2ám†"
%í1/2&öÅ1K±OVÃ  "±_h0  ª¦    d*"Ë¤êÂ±]ý÷Hƒ'm.ß/ó`à  Ô*jçÃ†
3/4
Ï†¢¦Â`ÂIŸ  Ø0-[µ¦ÒkÄ'TäZ†öÄ(¦F8m¥  ëjÛR  ù¶(c)§  §',LA¢  €ˆJ+b(&èƒ  "@  Ø"Å    §±  Þ
   &    µ  j)  ÈAÂh`  ¨È°  `ƒ
ˆà`€  \  ¦
Ð`ƒNBM  Â
      `ƒdG@ƒˆš'"@á-¨G-        'í  b  Â  u
C  èÂa",%-B
      `    ̃e
   ¢  T  &T    `    "Ô†
àÁrÝ _)Y    (Q
   ^^^^^^^^^^2"Î¶pâ'LDDx    RõõT¡-h$  J"TXPaK\b  ÿ-ÁE  ª
Œá•ŒŒŽÁQÜ<¸r$ŽÆó°6DÌ...guç²>AH‹
ïW;N(A ƒ"ƒè†... (d0œ  Ž ÀB. 0H.9ê³ª`2Ž  é  §!EæÃ    '  k  F"1'ÅB
œ4HX    s'*!U  á  PÌ
Ám†E    `@Dc‡!¢§    ¨2>  F  ÀË
BL0r0gNÐA
dD¨Y  &EæF    ‰ó    O îVƒI²è  .    Å.(eè‰Ïñ"ð  h  ... "Ã,9¡ž  9  ¬¹-Iö‰Ñ
"%ÆàÂn      l;¢è
Ê  úÁ´ƒl  ¡"t
4ƒ¶  y?šxv  ¸oÂÞ'
5]ª õÂa†é ÛAé°µö,nŸöÐ@õ¦  7O¶ýî¶,pÛîíná'¦

›û¤Ö›M¤û{¿ûõíêíý+ÒM·-{kTÃ"¦÷öžªêßþôýþþÝ§ý-÷ úoi\:Iÿ G'‡üï3/4¯1/4{þÝ ÛPšã
›1/2?ÛZIöP=ãJéëíõo ÿœv¯ o8íç-?*)ÞŒí} vý*)ÚU}Ýr ÉA (tm).D´ï¦ÒëþªÿmÆýi1/2[ Õÿ iû¯m" ÿÚÂ
Ÿ8@ ' ¤m,!æC *úþ¹
_cí-d>¿ZµUöúþöú[ÝWý(r)‹Æ
æê/ œ^ Qxÿ^3/4ÿîý*ñé6ÝZÞ(r)Ûé¿öÿîßoíý8'í¥P¬!Ðl'i7¤-Õih&¶¯ ×Ó}[ë1/2ëÿl>ë¦^P·¥ü Æ-L 1 /4"xI¿ÞÂ_¥ßWû¯éoíßôß·ý oa×_Ói~fß÷§ ÓúW "ÒŠÂPk·ñØKaëÿíé_Öß×Û"Ú÷þûôµÚÿïO´ › 6û kø@¿¦ëý¿ "o-vÿ Ýtí?÷ ]þòCƒ~!LCˆ& Ýù?)ñ
oû]íúÿ¦ûW¦×ÿªˆKÇúÒý*"N?ñ-ì?Ã^ 3/4íéuýCÂWþÿý¿rÏíî
çAÞ‹ öÿaÐn¹yÈjƒA¿
÷èž5 {wðþÿ÷íøoë_ô £á ÿªÿ nýýXa‡÷µÛMíûuªKúÿ·úÞ/¸öÒ°"§"
ßï¯W ßÜ4ßMëÕ"*¡ïïì>/ý¿úlâ1/2J ô´ Ö,ôº¿åhöúÐt: ö÷Ç3/4õÖ÷o_öÿí±× ?¥~-Ã¯ÿWOuÛ1/2ßß OÝ[å¹("þú0o¿ ê¬Âé¯~µë°Â
³¢¿ò1Wÿ1/2í P{ÛV1/21/2Ž 1/2z\m>õ±ïïôŸ´ºµþ-¿ÿÛ]Ö ¢ mýqîôGNé]íû-ÿý¥°míS`ï§ºå
¿ô•úÖ¯ö÷ö•HÅ° ·ý(tŸ# ûÿ"ëiªîêô-vÒ{êü7WzßéÛÞ'Mî--ÚO÷¤ë3/4 Aaí&ÿvµéí(r)ÿª¶˜I´°ßÓ
Õ-¿[1/2÷ot·¯[-"GTØ^Ý%õé'ÿ°ˆK
+º]*¶'´ªô"é]ëöÕÖý¿}"¦×aÝÂÚa¥÷â ÜR DÖÃJõ[A...a"-1/2vím_°-Ãvê×a"·[U† ¿a""°-O
²#ÓM'a6Ò±\3 Ó
& I[A'Ã Ü4¯í \ "~îàÁ%UNÁC -ö "
0K"
T áU† ª $ €À" A ! r q@ƒ °(ˆ
&é, @Ø1/24
Ð `Ä "‡ 0 Å6\ˆb6f ˆGP˜b tÆNÐ2´²µ 39W C# $C8QÜâà ò rD
¡Ôî 0`Üè
ˆ`s!†G Ü 0Y< a'N!à ¢nqåÀÁ {¨`"A" œDDDa
F""""""""á gÚÊ ø¥2š'â""4ž"ºªY ö!XP`£ÿå fKQTŽÑ•¨í>I PÎÃ¦CŒï"` ð9 Gv æÌó
Yx "D/¸a"xŠáR
ƒ -"P)-²¡Îê#PPA' 9Ô30Á)N!V Ž $ ÔD Ð)ÄD% U Ó *£;
P ‹qv
0A Àç ž jÁ¸ s@\ÖD|!ø/ªzßMÂ~þ
ƒH Ã K2X\õáá ^(tm).
¡Dæ¯zÈ\ÖA²²Îêk"TD-á3/4 m¢sž í5Ú[m ð
PÑ
"}¦š|i,k B á&þŸõ÷öôžÇÄoë ¯oOß1/2é÷ûûkô3/4"?zW3/41/2oioÞ, ïÖÚ^ªß-v¨ êãO¯{Óý~Þ1/2Å ±§...}ÊŠßïºÚÿ(r)w º¯¯ºßý\îÿo"Ì ';µíRmj¿o3/4¶1/2Er" ¬¨ÉnJ
"¸Ìˆ CÍŠxR ÑV)"6GQå#$ 0Œó ... \¤ "5çòP0š
º4É
GÂ}Þÿý/Òò M~œ-Á0@ÜàÂdáT¢6HY£‹Ïèn
j aS ` åÁÂ"\T"c‡a B- @ƒ -QpÂ
}3/43/4¿ï¿Ö(c)ÿ ,I¦ '7,",h1/4... 4 w 1/4w70(c)¢ú xÙÜÔ, ˜`° é Ì"v (L"í£ó
~*
ÍŸº§á §Û_í%T›
"Îã¸ ê ´œ+Ð* ÝÃ´"
g = Ç:J•"'3/4 Âx´›VÁ³I4 i=U†õõÙ€ª*1/2qº] ò>"É8: lÐNï@éz¥þfm¤é]e
'=/¯Ø2>Ó¥µ"4ºq1/2ÿ`,â5}ºë
zVJâvð¯ÝÉÌ?@ú¶"ÿwì.º{Þ(c)·}'Iá7ôþêëö×¸,¹ Wërn[Ð,ý3/4º úzÞÿ÷ëûuÖßö• (r)š _ý?-áiß"æ¯ïïT! ïÓûû×§í&1/27Oÿß_úëê. úõñþ6Ä{
ß"¿é6¯ÿ/3/4¿ýmŽ¯þµþ=

ý{ÿÐ¯Šøõú'e  ÿWÓ  !\ÿÿßþÿï1/2ÖŸzM/ÎƒL  õzßë5
j         î
þÂ  -ÛþÿÐÂIa  ê·é-
ûû
þ1/2¯úA  í ‹u_÷ÿ"kÖ  ¡v  ·  ü=7ý7ü[Þ--º  úýû§¯×í"
¬ ˜Ÿ1/2oþì%w"  øAWþÁí¿Kmþs"õt1/4
°•ÿ¿ƒ  ýÝëÿÏµ@"¿zÕ¿ÐUV,(r)  ]  a1/27µNßj  ¿  3/4üü  ý‡¯Ý¶  ·Zû]úþ"i&ßK‡¿†÷

ûW~öÒ¿oêïÕÕpûÿUÒ×ëé=U?×Ù  ×ì¢¥Ki^tÛ_:
ú}-(r)ºwƒ¬§Xol-Jôûo†ÿ{ßÿê´¿µ´ÿÒû¥3/4·ºK"H7·zØuv·µëÞëWk×¿÷K¯~º  ÿú_i  ëþ'N¿Mç  éÛ[nÖ(c)
µ  öû¥  ×Ì÷ýSx=3/4ÿ-omÞŸÙÿÝ%õ¶íwá(r)ýÛI&þý×ÒïmjÉÕ{÷1/2êßÕ÷...O"3/4ïÑû
.º  ^µ´µá...ó÷Øï]"áokÖÛV  K°ƒ¿_  û¶"X0D  *av  Â]´ ¯JÅpÓ#êÂ6·Z¯L}Û  -ì;
  ÃTÕíZ"'  Ý¶  [þïí.öÁiöÂ
  ÇPÁ  Xa  3/4  (n"÷:jÂ!m"¬!Â¶ÈõBÒO{  ƒd"  "  ž
  ƒlô  !F  ²$
  "‡vƒ  =    Ã¤ÈémŠOX"Âa!;Â
  A˜
ÅXHÐ  4  a&ÈŽ    aEC
Äã¦  ƒ  a i,í8FÃ  t
pƒÙÂ0"  Ä  VaÁ±
  A    <§
  0¯`†^q⊕Ð0@Ù  Á
,    Á4  4Òì‹a,°È°  _  , Ž  a
        ...0  '-A  Å"Â
)2!0aE?  g-*NHt""
~nhL  u³  Æ"  ƒ  0C°B"
!  e
  ^šñ    Q'  """  Á
!
!
  ‰o-  ê"""'#^^^^^^^^Ø^ÿë¯ê-µÂ
  --(Ä
Ò<(ÿüìÑ  Â)Ár    dqHæA  y  ñ€ÁQ
³ª'G³‚Œf3!tNdl‹Äl‰B="ìš:^v~vœ  Ía  "

  ŒØ    Ð†t  -
êD¨...¬ã  eÀŒê!
S¢œ    H09ª  pp@Ê  C)    À¹ÔÈèÖ    d⊕t
Òñøø&
ƒ    ¨
ƒ"´
ŽŒÖä  -
    5pº30A"  ÈËÃ    Ô  /Á  Epò2  "  v!'ŽOƒ    Q°Pa).f....ŽN  †^"1›      -æ Døe‡
0ÙOr;5.‰øø2A  -
  cf£h  Ñ:2A:
u2v
¸A
"£-2þ|  "ô  H0ßÛa  j  h;Öøm-FÛ¬çaºH  a·ºwwá    n  @ÁÐ8n  M"p¨  j¸Wm+"-Û§î"*öï(r)*á6ú¿M

ô ~Ò3/4Ûé3/4êø":}ih
Þß(r)-Ý¯ûïz¯á'¿_þ›oV3/4Ý+w]àÿúÚ¿ïºÛû×øßý6ßoJÃô(r)ú`ßÕ'ú¯~žôúJ/w÷Ž6=¶uúûVÓÂöéúMÞ- ¿k
ÝúùQúÿÞºe;ýÞwz<?--3/4aêû}¯8î*íR}Æ‡ÿ m×J3/4'O3/41/2 "£"é·ôw ÞÞ-Îíûuëêþ-~tNÓ :j'ä5(r)Û
¥¥Öá¿ÿpÿ^÷Wíë×ÿ_K¿oÖî›ú÷Û]¶þ×Òµ-mu~-Ÿ".××ÿÕú^ª"ÛíýªA ¶õúû ºîÛúïïûoNõß÷ÒßJ-'`ýÿÞ¿_ÿ
1/2&ûµný1/47Õë3/4žš[_JìÌiÞ ´›[oì Cõ§^ÿwoýé"ß(r)éj×~-ÐZÿx¦".eýB 0éïâ
B
ÛÕ¿õo§þƒÒþÝú-ÃßLÙðeÃ-¿¨ÆF9n¢ aÝ7öÙ Zmëÿwµ¿1/21/2ÿn›¶¶Õx...ÇÕ¹~ òq, Ý ß
üÄP...ãOþ*[ÿÞµ{v,åÍí*òNîC ÿD ÷Mï'l61/2ÿÉÛÃgõoõîÒô"o{û¦ Sý>Â Rêí|6ém?[~ÿ1/27Ãôÿðß·êº
ýopˆëßoºÛÿÅï~Ã_l7÷þÿº ûíŠ˜ úO_ì>ûwý×é>ÿÜvÛ}¿Çoo¿uÛ6£úvþýÿýº~Ý¿óéßka¤öuÁ×oôý1/2 C
ôëo] e
j1/2Ýq{õ"êÿ}:ûïþÿ"{{
÷(r)ùô{(r)ÃK"¦Æ"Ã}Öß×)Ò_z[w¶?±ý ûTŸé]ƒ§ÊuêÁú["ƒ~± ¶ŸßÞûöòŸÛ:'}ü§_°}û~ÿ¯"íÕ´Ý{O[u}
z3/4ž¿(r)õÿþ-ê×W[-ýª¿¥]¯*kßûI[¥m{Iw1/2wõWõ‡Ûª1/2?OOáµÃ*^Óio}ôÿí-í-‡uï}l=ëöéõ1/2zÞ(r)-Û
/í.÷¯ICÂM¥°n(c)*i]¿...wÃÔ>› (~î-w¶ J¶×Ü:
o_amS ˜i[i" ¸0-¿aS¿_¸h"º1/4 †-"a+nÒOvGiX xÂ"
˜28... í
6DÁA ° ,!C 3/4äOaÓD(a"
ƒ65u† Ù Â°öÅ+†!{± † B ôçiÀÀD)äpÐ "¬P påXAa¸PJ Ø'ÔÁ
h †! è0A, 1G@(tm)š ...
Ð. G@B`#`ÁAƒš "Bð<†Š 6HrŠI• -±¤#'2"Ù~Q5 GÅ' #(c)ç ìê¤ÆE f F²däWâ
Ê (3/4Iš """"""""""""""""""""#ÿÿüíV"'ƒ#ƒ
! gjÑJŒdI Dd" š#y C´± 6AQtPEÑØa"V . ¢W Ç; Ñ $!fÃB ‡²" FóX I...:ƒ"àæÅ6
,›Ê€.xB¬ C À"0r€¤p0l4 b›DHSÈ 2 † . ˆ3ÀA J\ ê " PY¬T2á²¡ä ¨Á \{
%À€ ¢ ê A¤›¢/ ^`
‹-Ø`†@ƒ
‰`iÅ' - 0kƒ 5 OÛ
Œ˜>
òzY/Ò&}•#äèÑ:3 8F,˜ 1/4
"ä
Âdà2rD¹‡ =&"lY<"KÆ
"T
eé
Ÿ"š†;
K nÔ-7( ¸_¥í ú~¦ ‡.-Ž"
" pËÕôàÛA CzvØ@Ú è t Á0Ùs{¸o-Ý
ï·Ë ?{OÛ" (r)¶ I·ooo ô´ á†íW†ðé:L5
Û{í-}B
7¤ïpÝ7þ pÞõN"jßíÂz{I$Ý.Ò·ôž "itÛ"1/2ÿ"›oÞ·ö·Þé:z m]ÿõ"ív´˜mÓûtáC-Ó}"Õªï zÃ1/2º ŽÞ1/2(r
)÷WÞþïBÊ|âîÕ'mqûëÝ&ý¡]|t˜wÝÖÞqèîÑ‡×í<ïtaÞé7µŽéö-¤ôïÛ¤¿õuk{¤ÛÏ
zVÑ‡z3¹Çßu ºOþ--Dt"õÿëõÿkÓ¶"_é41/2o·¯÷TÓ}{}
Õ÷-' Z iÝj wïû i.ú÷Ù
u i?¯ ]õ_~Þßwýë¯¿^×w¥o[!¥¨c í Ûi Ø¨ö"éõ¥ö*a¿û-é_j×Ò_Mî(c)ïÕU
íã¶3/41/2;Õ.-ÿ¿N·ïûþ-‡õïúv¶•ÿ]6¡{ë:-(y#Û"ë^Ò¿¨?êô-´'ÿöõo¿ íÓÆá-Rv 1/2ŸÒûY * aæeÿëí¬xA7
×ý1¤ .ßJé3/4"
ýÒo´-T
û ." ø
£ÐA†‡º^ ' m z}3/4 m P-zïá÷ ýþN˜¤¿þ ¹qñ ÃÞþE...ûL³â˜uÞ¨0"(tm)Ú \?[Ãôõ êý'h>ô"
é7. üB- ß†äÏWø...ûTòN›M§ö š

ÂÛþ(r)õ{oú"ß⁻/·ÕÿLË·ˆyxÃ
Ÿ´¹vqŸ}á6 >×æWæÀì?*íé]7]d|ÕëïëWá¶àßïO¸l¡  {¿]  ÿí‡úÿðÿÿMö_÷¿¿oj1/2wè^...ïu¶ß¶  <
é°þÞÿ¸6ÿ1/2  a
ÿ¶øŽÅ  åŽ*_  1/2¿Mn3/4ÒöÛw  ¯ÿ¯-ï...N•äw  ôÞŸ  Ð g*⁴Ÿu*z
ƒ3/4{/"¿¶Øø  VÒïúöÄö  ÓrÜã•ß"GKß>  *×  ï÷Ý;+O  1/2ôÚNÃ:'"ªßð1/2o¬ê"MkÒÛA  ÿ
°ßÍÓkÕÝ °ÛÕ[Êt"ß¥]⁻n=ipò  =}Þîÿ¥¶-Ôûü5  ±ë[V
ò  o¶KõÿmmôÛNÛþßÿßá:Ã{ä-ðÝòÝ~⁻î¸"ê⁻(r)´ï[û}Ò3/4(c)=(r)-Ú´Ÿ  "ë˙÷ÒÒÿ"W"î(r)¶Õ¿mpÁý3/4-
o}5{w^ö-é]¶·uúZ_këM"Ú¸ÍÂO}7÷éz*3/4  ªt3/4-"a*Ê-•[tÚ[kì³Õ_1/2 ÚK¥m°¶"
›¤µí-ðßmÕÓéUº   6Ã¶
%µ°'"ª°Ò|ô  í-'þöë×¸ui6  m-RÛvÒÛÀm/o (c)Û}Ã7  -"a% ´Õ$îD,¡6  ¶  ªpíS]"ðJÒÓ4  o
  a&
%   áœËŽá...Nî  ]3/4-Ú`"  0ƒ62?Ø!  l"  ±
Mã
    ˆ&!'
  fÍÈX   !"ôÂ  †  0I  B"dK"âƒ      !  !&"a6!Ã$
Mƒ      Ü  `  ⁻  ´  ƒ  àá  Ñ@l A  ƒ  œ(@òœ
XBAÇA"t  b0@ÃÄ H
9⁻8&u
¦!  `à ⁴%  B
A0L#  !Ð
,  Ã   `  †!
"-  ...ª   Yø¡#¹Ç+d¨M9‡:'[
  £hÐ  q2¬  Üp!':&[•e  ,  reÂ  X  d]¹C  b  e
!  Õ,   DЄa
  DDG                  Õ}(J"  ÿÊøŽÑ-[GìÙRGf  @†  %¬¨ehR<d  ÎÓ¢áHâœ

@s@§@‡'  '  -`  è  †ÈÀ¦˜Ž
È  !8RqœE^Ks  ÉÁ   NÇ   Ú5ƒ"†r`R  r  MAKƒ  j. Â
     ‰
 2P  }  àà  P@Öú   !*  †\3°@Ë@Ï†YÔ
$  #...Ë†Ä  `Œ)
àÕ
a,  nLH ÂV  Cd=È  ,
ó²ä¨Ë³AÝ
    Áòù°O⁻D⁻É
2 äº
  4-N;Ÿ0høÁ-àÉX  ¡¡   -]DæÉ   02ãA  Á  <2T¢ô'74ÉÏèCp  †Ö  "Að  Ú"  aºÉÌ á"÷Z
Iqtƒ%KÐm d|  ›m"Ûh  m",€Ú       †-Óm
ƒtÕ  ÚaZwmô  :WÒm"a[m  ßPÜ  ÛGOwx"  máêê$  aë
:t    oI1/2_á¿A?÷¤Ûz¿¿ÓÕ=u°ý1/2 ´Ý-k‡m"¶"
ž1/2&è×1/2kÕëï"iúýýuí¿û¶¦÷¿é7}6*Z¿  I¿¿û-°  IÒãOÿ⁻*⁻÷îî°ÒÓ[ûounŸ3/4µqø"oîŒì\unÎˆhUý-Ò  ¿
uíûÙ9Ÿo}o¤ÚWs¿Û  .¿Õý5èðý¨ü  ç  †ßG¦  ¥s"-µá*ï1/2W-ßKW§"⁻¿1/2ÞÃ3/4ý‡ù¥ÿÕÚ]{Ÿÿmãðí[
É8¹-   ]  FIW!⁻3/4...zUwµ]Uo¢B  mjfR"m  µ}°¦   ª[zöka
ÏÃ",ÐP@È¬  0?Û  Ów1/2¨wnÚ́û"ÿþýöm´"Kï"áúîÞÿÐ%%       Fé  ‹†   >µ´ÿ"(r)ì?×Øw  á¿  KÛ
-ÿôû3/41/2%vú1/2  xA a  Eã  &ÄB
ééë"´'"⁻ë¤û  ⁻û3/4éZwÛÕý÷Úw_ÝX  V˜W·"Ý  è<¡æƒ
ÇzzÓíó1/2?ïA  žßa  nº  -µô"]1/2=RïûîèÒc^ýZV¹Ø_ö  ÕÿÕµì  §
{ÿ  JýmÕï·^Ø$¿íûïöz¿õãñCë_§~ýß^Ñ¬?ëoï"cõþ⁻wZ  º"G^ÃZúé?⁻¿}  =úÕ^Õo}HÇ(r)  åÕü?(c)wÞ¶

×ûêùeü5wÕ  ¶ÇC  ý"U}§ªmêÚÜ  ûôþï  M"˝ýémõ¿""}×ôßhŠ9Ê  -  ã¯öÞ"ðÃÿöëí1/4¹§-¥ï·w]ïöïï>a†
ý3/4ÿˆÛ  ï1/2¿
¯¯  éá-öÿ^ýU§ë
ÿ¯ÁõK¯  zÚœ:ï¥‡ëoÛ1/4oXwÕÚÿ[ø~·M.Þÿÿ
vûÔÂ*(r)ÛZ ý÷þ    Þµ¡çÓîµ  {~ëu°þ¿wëîï
1/2Ò{WÝ  Ûè  oû±ýýÝÕº[]í¦¦÷ü    T¡×Ù
éÿJþÝ¯þªúÔ¥ï
þÿ1/4,-ÝÝÒ_Ãðî<:/^S ﾤ"uOî"_  °ýo¥l:oW"KiB]"¥îßúoêÿ·´•/m%   ´  °Ý ﾵzm]ô'µ}Ú¶ê÷  M¥ï"}ç-ºP×
(r)Õéé¶1/2"†Ò^ööë¿¯Ý°1/4}Â^(c)v"  Ói.Ø]ô  ÚGþú ﾤ"  M¥Vë
'  ¶ÒµûK  "‰
Û_ö¶  aô°ÚL0-¶ÃH¡÷`^#1/2³xað¨¨?ö•,°ÂM",i"¶-þÃ°"
1/2´¿  $ø}ÿ°Á+ðK ƒ  6,µv    5¨->é0"S  ·ù  ô
(tm)  "âM  A"  "töØ¤  JÓ´Í  {.  +V-*zlU1/4BM'
'  -1/43càÓ¨PÒ`á  µM
  3  1  "  a  #à˚9È}   Be  ä!ÁŒ  ¶!   ¡  °D9Á,a  ä  pÎ¡
0GPŽ|4    Aƒ^@^x
†!e@8D*  ,Š  fX"  p`ƒ(tm)ÜåDÀ^"%  `Î8,p ƒp·¥X
@È0@Á    ÑðÍáÂ^97†  &  k¤Þ(,ãa‰  -["àÁ6*  C8à¨L  0@Á  úhb""""""#%±¢¢""""""""$-"""
â1  ¥×_Z"""¡    a¡DGÿò3/4^în  ;   '*d  Í"(ÁJÕwS*£  ƒ  -$iLÆÆ‡ÃŽT    š
v¶¡"J@  A"há+*#³T  S¢¬S^^  <  5#ñŒC  ﾥÙ'ŒD  ƒŒA  3Š1/2  Þwªsä  ø'Üãâ-
  e  4"n^J˜èC=Xa
´ä  µC}$ëÓ]
i*/¡  à`Ù  àÉ'30j  2Âš    (D¯;   ¸    ¨î"é¯^
Ñ
{N  <  0Ã|¹-;AÛ!Y  á¶  9Â  ÷õ    ÅEµ
Z
ÛªþþÛÓ
-["÷ÝmÕ*°MµÒû*Û§3/4"ß§k_ý-&áþÿkA¶¿ÿVŸ~¶(c)î¡îê1/4wÛÇmzß_ü¨£>w1/2Õß´=þ3/4ïzß¯[zÒ´ô(
r)qøÞ    ¶íÓêE°ö ﾌRšŝœ´Í"+
»#Å"    Tz"  IŽì‡àI...*A
=?÷ÿo]ïÝÉý8d†  5  L!...8  ðÂ¢Üiá    ä  @P(tm)ÒU  30Ápp'ÐBvH  )      Fq  D5
"'Ï¡    Ûõášû  þö-/I±è0Jl,j  -  ¬  Ð*@àæ
è‹°TÐÂ/Ÿ,h¯á...  <Ñp ﾀ¡  a"  *J  n  6SÝ.>1/2÷ü†°ÿ·]CØTéÂHOt  u
4¨˝vÝî  mQ‡£~>$D;@  °³sÂ/ƒA  Á  ƒH6  Á...4ŒÆ,  ÐAþ×öíõªÞ^^ðÏ0i'
  ¤æmèÍÿJ°N  aµt›ðz³Í/-t/ë
úoÚúÒv  ^Û1/2,¸oødpý0í;}‡a7^ë¤õ¤õØ0    ×[Io3/4"3/4|   é6ù"J÷  µöÃ  ¶1/4k~ìU"    ]'þ(r)÷Oñõ
_¶¯ }"Zÿ"Ö°Ö÷ÿþ-Áßß{o¬A   [n?×Zék×|Ð¥÷¿Oþ"µÐwÒwZU±Û¯l0ÿ  ˜  7¥³  öûý{oý¬B¨Òît¯¯Ž
üG¬|UøïtºÛý1/2-öÿ^^6ëï?ÿÒ_\  Ä$"]_×^^‰  "  GN1/4îmA÷ðÐ">  ý1/2"-ÿíü7u ƒÿðûûàà‰Å
WõëïÁu  ·øE¿Ûu  ¥¡  ßïÕ[{kþ  3/4¬>¿Ò•/Ð[,/>¿þ,EÇÅ
Û  /é:
>ýCôî=;¦ôŸ  6î  ïÿµÛý  ú
ýîúú  /t  ª
ÿm1/2×œ†  ðÅëooûoö
ÿõ{¯1/2.•ý¯TßÚ
í/Òï°Á‡-OAÈï"]³
}1/2$ªlêƒ×§ÿï¥ôõ}$¶Úþ×³¢ÒõKô¯ëPÿ¦-ïÕÇ§ÁßÛj÷ðÿ߶(r)ý&'ôú"ý>Òÿ¹ÓKêªÍ<[lèÝtª3/4>§z¢ÝÝÒ²  ;
nõ{3Mÿû×}ÿ-ïïë§ZOõ ﾽ-ë¿(c)¨üv·ßý·[ëJ-úÿïàâ  B"3/4ºo¯  Økéô×úéÒ×‡ÿ[úM ﾤ¯¥áµKªnÿ  ß_-ím§¯¯^°w1/2
o°ým¯ÿ¶"oioúÝî""¯N•-*õ3/4ûþ×í  °LŽ¬  êÓ0ºÓµ×†  Ó3/4Ò¨Í+JÂf  0-§  ²ûSÏkÍ›Anê  ÝB

^í-¯~ °Â
´›

);MvØpm×ñî -ÅYpO° ±[ z{"Ü4˜i;ö " Y9mÃKv qH0 ,
,
¦ÈG Â"È (r)!¦ b˜a%A ÚAÆ›ÅZQ0ý:Úƒ d`•
w "âÝ45pB CNBXa( dp/ jˆÐE€"Â
5MAB @Ù Ä Ù b @!€pA° È' 8R Ô0" ¦ m B¬*F`` ƒÀAŠ! Aàˆs£Á
Ž¡"l ¸"+j`"hDDDF(tm) ³ ;0åb g
(H(tm)€ƒ/ÁD& " Èh\FJ
H ÉV!ˆY2lN¢
‹hep(ˆˆˆˆˆˆˆˆˆŒò&"DDDDDD}úëþ- ê£,ð&ÙKþ[%JwZ"@... š3
£ -6f°s¨§Ñ DlŠ€"#'
T2( £hÆBƒ,ÐÌ"¤ˆª·²;5£€¹"B m Æ_#Yš"Æ`Íy A å Ê# ,&)Ú |¸8- Ñ¨ D+ô"Bh
jp2Á 7 d€Fˆâ" B ! ` K†Â@9 r œ@"a
d àÎ ¨F
X D sÀ\2&-‹,Hh&C
P2‹ `°`Ím
âsƒƒHŽ á Dýƒ$œ l§, f4 "'ƒ80F¦ · 2sƒ%0Ð0` j6B{
& Á
iÊwäÎ50š
s
,-
OËú'Aa
7 z !¢,F8"}"ö N‹Å5
¤ dO°Ðl0(tm)3æ ¤KÃ h; ;A¦Nm G Xhï"†OZá·Ià¨: =6ÖÛ¤j3/4ƒné ÖÞ öú
¤ ¤ 7‡o · Ú >í÷
ëû{ª‡"p"¤Þï" ¿""-Bz§õvü0éôƒ}7I¥Oa'[þý
-ýá
êéÒnÖÖƒ¯O{ö¯ûÿý¯¤Û÷¿"ÂîŸÓzýýé_zO]=é= ÚoÓkéo§"{Ý'ëmûé:ÿ¶ÿ ]õÅÅ^›ÖÞ"qÆŸú¬[œ ·ø
Vé[}'Ý+·"1/2ÿ×Ö·òŸ"ý]/v:_† ¥-ôöò
=1/2m?Fÿ"}}]%º Ø}mUÖõû êÝ*š?¿Ýzéñi´þÝØî3/4/Š~ûª ßëv:"/Û÷l}.3/4÷Jô'
îN ¢ìöGf'²5·(
þ uzuZ¥°ß^µ~ÿý·í
ß¶ö¯×Z\qj˜ Ô/Öí5ö"¶µI."ëØw¯ö(c)m×ºûkzÚKÝî

š.ÅÍÿ"{H-~ z
ýÝëì:ÿ ¶˜oöúûÕRêúƒ1/4 Æ"¤õ1/2ƒô·µÿÛ÷û WqþÛ"l1Òä-8aú·,
Š|¸êãða7 ?Þ°ÃÐ,ýïþÿø...Ø`ÿ1/46"A‡ß îÞ"AZÿZôÿÃ iW_ýÿê1/2‡²cÿ·{
=ù Û^ºR é1/2éÝ*¿ÞÃjno×[û ÷.ß†-,'úÛúoô w{jòí"¯,õÿ"ÿ‡[ Ó¯_‡ ø
Ó¿{-(oWkÃ IÐuëÿõì †Û£òïz_1/2 ÿƒwé$" "
î•ûoïvô›o¿ßL?Xn•¿W3/4×¿úØ~ßÿ¥IP ÿumR¦öã]~1/2' ÿ\=1/23/4Õ3/4ï†ÿíÛðþ?·è
Þ×ý"¥Ûw¦ã*Wì?Y:ý1/2íîu¶ý}WÉöëºÛû>ŸA×íª{öõ8 "(r)Ã öþþ3/4-à÷÷{é¯jö=wÚT1/2 êé"N {ï
ûûöA¯ þŸ§lƒü§ô˜u]Þ C÷ê'¶1/2¿-ÿþ"3/4ªÛõ"¦þ°ö•cÛv¬ª3/4ë‡Â(y:û(r)¶ ?a†ßm§þó4ßKû¦öÒÛW
63/4ýå:]·ÿïßB¿t"°ÛûßZi¯O{úíW1/2†"ºMÖ"¶-ªûv'Õz_¥jg î›Jñô ¶ý· ¿þ
]×·¶ ÛI† ´ ö-õ{oÚÚ¶-úI÷á´"$m4ÚPÛÖÏŸ¯·ß°'ÚV›
6
%Á¥

$ÃK
   i*...^á"-+ô"tÏ"m$ú†(c)øoXm°Â¥v²1ÁýÙ°¡2pàÁ    §        °Ã    b    ì0I

f          ›           A¤°Ø0I   âJ±\Šœ0,†ŸÕ¬"9   ý
ÜLôÔf
   Á E8q@˜ la"Sf±A"Á      ¶Ä @Ð¢ 0h       Ä&3¨9    Ä" vÏ    1/41E à  ›   ù    \   °Ä'Ã  -S,4,
   lBB²C')+     Ò‰       Ë  Œx†  š   ;  !"Š°(tm)Ü 2ca
²...ŠòÄ0Á     SD{×?"PE
6J  *(Œs¨

f+R+žaDDDDDDDDDDDDDDF"DDDDDq       ýWUU",T   AD   ÿ  ¬FEò¦^Lì
'dR*  [ÎÆd"dã1  <  ÆTFAY\  Ó
(tm)+,ø(IP˘†š¦UÇzä

V \PJwPg1/4  ÂøRª(*5¹⁻,(r)'Dp    $  Pì...õð¸ZéýT  @Á(0mA'ðm4  ¬...MQ  ÊË;-¤êÂa  )Þ'
   h2Îl(r)Ð6'~" G  iYZHED¡5×àÃí  þ˜èìñl}Û3/4Ú÷×ýÓÕõÛ^¿OûêøþÝwýzÊq21/2÷¡ï  ^ëïü  ^...53
   ¬r"IÉCÉ   ¸ }á;í¢-mµÛ4ŒÛÉf  4Bì5      ,"g
   <Î˜"  ¹˜k#Ð"Bžds>GóT§  xR  'y   ³Œˆð@É...ÁÊ,$GCÊB:  HE@¦¶t'  çÐŠA=
   ]^t  3ÍN":Üœd-v  ~Â,¦  hÕ  ÉpÂà ¡T ÁQv  ASC<8ð ‡n  "E   :B
   è.  c†  =   Rp¸A"Lv  00‰¸a   U      ¢  l4Õ#ð<  Â"$Ôt
   †  "  "60‡ð±HÛÂ   Ù  Á   CUNÓ
      TÑ¢  œ  M  EÄÒ
   1/4t   †  0‰¸ÐGÛ"Â  Ë¤"ð0T]1/2 ¯       CA
   Ø  Hž  Eàh¸â)"1/20T˜Ñ¹¢ì0Dœ  TÑ"-d#Òn°j>>DZBhÄðÿV  m áé-    ô÷ Ðž( ÚM'1  X[ÐzI´œ
   ÕÓ"¬&ÐA÷Û  Ð'p÷I°
   Á  Âh˜íÞóíÑ  kz"X2sÁ  ‰ï"  0´  Þ  Ò÷[÷30m&•"ÑÇ'¨ëv"î
   ²è%gâ$JôÓZ*    ³333/4>Køn•k"I°ê°é°õ~°Ý1/2éý¦¿(r)ž°ÅÕ˜~¿

Þßíé~5N,Ø_"Ók(tm)"_nßêÕ"~û*ß^3/4ª3/4úÞ"]{~ôÿë×]tý{}Ú¦•%×W¿˜õ}kBèWÿëÛ  ÿÞ    é§Ó×ÿñÚ
üEïèÇÝ
ÇÞ3/4¯]Bu¯×"ýÿÿûŷ/mo~...4Å_õïÕÅz  w  TŸZ¿ßÿí
¿ïÞó°ë  ×ðýÛöö"\  ÁRéëþ³⁻¯"XþÁ  y"">¿^"y  s  úWõ¯{M?¿ì  }~-"ØE¿  Ïõí´3/4ð‹  "
ÕQ¯ÿL-(r)"Ŷ0°ïÿýíÚ÷ká¿Úÿßü Z"žßé[  Ð_Iná  Ýý°}ï-  ¸ÊÄúúý̧_ïá‡ÿf¥ÿ"1/2  Ú-[k_Â
á
¿A²V°>ÿßôµ  'Þ××öt_ÿ¯‡o{ë[ÿAn-¯Ŷûÿ_¥í"ôì¤  __ðoxKÿyÎϟïÿ¿fÿ_ÿé×"°×ô1/2    3/4§Eú×    ðÎˆ;ë
ë}~"ëý/3/4×ÿõÜÍ]k}·I{ë]wÛzÙÜöª-ëß÷¯û}"{Ö  3/4Èz-í¿_´_.×þõ*1/2ÛûIÿÿUR1/2.µ3/4Ÿß_ÿu  †'ÄÿU
þ"Òz1/2kð1/2µmvëý÷ßÿØ{ö1/2ÿu¶ßôá  Øí  KÃInÝÚÉ%Ú_wëN•{ßÖøk
% õ  ÿ̧_ôỹ{´ôÿÿö×¯á¥ªþ¶‖×V(tm)...-ê°(tm)Üþ  H6--a  ÚL:µ}µé{  ÅY´ÚZ
ÿôÒKØh÷ÚVûÄaÁL%°(tm)}nö×î*ÛL¿¸ÅXL.-"6)ì1/4áŠmPnÒÒÿa&ù  ?×m    l  [§Žøv¿ß
m;'
ßÚ"˜¨  },
ì0ˆDá ´Õ:Ø iµ  zQZÅ-_v-""" AZLTH¶í´T    (r)
0¯TÅ  ,!í"
(A q  a  . Š   &Ä)            Fœh0  ±Š  ‰°"  4  8Ðm2-¤
%"Ûh
É  Ô0"l    3¡0@(tm)
¢Ó

ÈAÔ  *"
    Ð`¤da      ``w   5<Ž&E€l‚@Ù   Â
J9
'a    VDp$f$    j   `"l M¦  &!0 $f$          XA6          [  0A6Ax@   È8à$f$ "ÈG   a  i,ĬåH
"2V(tm)R
BÎ0'   (p"Z",àfS   ""3À!  Á  ^³˜"   ^^‰/†
n)œ\G            DG    úõªN´™"¡$ÒŽ4    qÿòl3;
Œ²+QØTKc 'Ú  ;   dh  AHÒ#†  ABÚ...ÊpGb  e...
    ê'äËR,["¢Ô  +)àÁÞŸz(r)ŽÉ(tm) Ó!p"&pk  ¦
T'Kt  ;S¯ @Â²(1/2"   È¢$"z‚(tm)Q
d1|6¿Û´  _ôºûÞŸá²  (_ûúô›V¿oÿô×ûoi×ê¿J"^¿nwu~ÝR-ªêÕIUä6(r)¹
›d¡Yõº(c)ž  1/2S%I2-ŽÂjtVFš'ŠÙ R^Î,ø f¡k  ...ÉÂ
fc3    PE
    Ò   &^^œ2  çA"C¹
r4    Í(tm)NgL)±   LfÎ   Aì$f$:
    Ô3ÂšfÇž  q"Î, hôp  FÆ
0w  0ª  ÛšØO°°¡B  hÉÚ. ["ë %k"  -,

 ÁWA,

¡   -T  .Ú¨(A"MÒ¸*{  *h3á  ¬  U  aÕ  Œ&š/
$f$hÜé°š  /  ^  5  Çwb)A  ô-   "ñ$f$&s  na  AÍ  ...  £C ÐI8Mœ  Ž
<Ø  r!$f$...N¯JŽí  1 a  "NqÊ@Mú{?›ô¯tÚÃ T3Î   ôß¥."¿"   Èú"ôÐwI¹  ê'v"¬;I,      ¯¡\¡é
§ðÃ›î  38$Øié  z  Iÿ(tm)"§õÕÿ-"('ýá?
ÛÕÔ:Î1a  ¥g(tm)¡‡\˜  ã\Î  ø‡¤ü|01/4
   ...í¶ôf  ªéë[ý°°o§i_ûÿÜm/ÝÝ&Þ°wk§i1/2Ú  Ò  ú~(c)ÔÚui1/2+ëïÿZëô  ~"Wþõ  ú-Sk(r)¿_¤Ð-o¿á'1
/2"¿ýí?-'Âûñt÷×þî¿úÊŽ÷Õcÿ.Â3/4êÕŽëÃ#,b(c)w¤š×õÿÔ  -¡ÿt1/2mû¿ý  èV*ï(r)èEõß¸.üpÝúªïÿOÿ",{
Ë  ûÎ/¹úê¯ï  ï,J
¬ÅßË/÷    þa  ÿv-(r)Þ¿¤ÕA  Ž´ÿÔïïÔþ'ÿü'  \wªÝ(r)÷K°<¿ôÃîê/÷Ô-ûð^üëëZ]ïß~"ÿè  ¿ê¿ÿ
1/2}‡ÿ  G-}¹P÷ûî  ÿéý    1/4Þßþý~°é".ûßõµø]~ÂþëÞô×_ßª_úý°BÛßõî¥  ûî-÷ûû†Õé{
ÿØ  ïõúý/ó§µÕtA]*_ý^_¥ý-  d?Uÿ'Ií  tî^?õÞ3/4ôÿïÿûð¿j×õÿõœõ}  s¢Õ¿é_²ü¡=Vú°·ÿ‡Ýý+Kþµÿu¥~"
m1/2íþ  ¿¤úÛÚ×¶-ut3/43/4°{Þc}{ïï¯$f$õ3/4w]¨ f¥Õi7TÚÝÿj+é.ú*§÷ßÚ¿Ô-íïÚ[ÿíÿ°m{éo×íl$ý¤1/2Ûÿa
Lúô¯¤ÄK_í*Ôa¯°·Z  °Ôê×õõt"þýÕa2ÿÇA+J>Üâ×m(
Ž  "ì  A4Í-Ø0ªÚ¯Vb³j;3/4ÂW§"$f"
lßÄZÃ  Cß"^ÿû1†ÒéD  ¦Õ˜)¹Pµ
Zm¬...u  %ÛŠxí8(r)   <T¿ÉR  Eiè    QÚ  µk   ì?m&šNãµÁËG,   6   ¢š      lR
`  ÄÏ'+@Î   $Ú    Ã  "  Ä±ôÕ@°Q  X
Á  0@ÛA"(tm)   m !   ÈHA  ."q"¸pÁ*Á  .  ¯¯^P¹c Ñ       Â  B  Ð haŠ`(c)Ó @›  "JÂi¦
...$f$  ¯Î¦<  lB"  mS
  %e¸†   Ã
BwVXâ:a
-  ^†
KŠÝhC  D2ÊO8‹9¢
!  `...šF¡  ^Ï2‡sØB2c   `"DDDO
e8X^^^ÄDDE#(r)8^ŠB{ÄDDDbý?&åk_ê(c)  KÝU¯°  [Ipeòæ,  -(r)ÄP±
°¯PpÈÍÆËPâ#ÿÊâJv
    "
"*l¸R5  )    ,Jš=çÍoVÕ¹ÙmM%¤ÕÃ']ðÕ<qÚ¯M}~3/4¶Õ_I÷;   <  2"8H...ôÎ$f$¹

M¨ AØA"AT*¯T- Ì        š0^EM ÄñöÂhO
CÎœ M¯ì§ :ƒK-
Ö ëš`ÂöÜ±þúnÛëWw÷úw¿ãëÚ×Ió (c)kÕÕî,. ï¶•ï°,°~¿ú
1/2m·ÿ¥m"ÿW¯I'é{×¤Ýúm}?éýí~-Úÿ·ÿÕýWñ¥ØRú¯œZæ-ôâ }'s¦ž+ ƒí4õM  è·@ `Ò
  0@ØA ¶A!ÝÆƒ
...Oe'L1/4LÄt"""'&µÿÿéuá-" ïP£ãÿâ¯3-¨b-2²9jL6#ã[ "²Ÿ  âôY †"¥{-> v1/2úðþ¿5'ÿe  Î#1H^
Ô<èGLØÂ!<...ſ¯Ý  0CA(tm)°ƒ a
škô 6°ØÂJ·ú60"6/í6fÂM"Âh-[B{šT úz¦Ã z-,ÌŸÿ(r)õ† 1/2<+Öþ°iuï~÷3/4,* t°ë¦Ç}$µ~*ß§(r)¨ŽX
 à3/4ì=û×Ö cëV
3/4-÷" ¯°íÿëxAoÛq"ûë...ÿ7W!îßú]î K×(ë1/2 ÁºW]÷÷_(c)§Ò† † vÿÿzL .#þŸÿž¡(œ/ÃDKaW·Ó"
(tm)ÅN7`ÂQ"]·/ÃJ¥¨(öÄ-  ÆƒÏ  B £
¨ "Â  ZŠz#ØÑÊB`"C    •
†"""¨?ÿ-¨,§e‡-Bh...!    DDy4E¨4¢?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÎè<åóÌ3/4E2:#ŠE¢Xd
¨,">EÑ6š^VK^"""'",À-
  (c)
‹†Y Ë,ƒ¨5ž
£DG
ÓX4šdp<4  ráªx6^q  N†\2Î# €Ò4
sè"0
        Ñtl    0nD#  ▷ Þx\DDDDDDDDDDDDDDDDDC#¢8ì›Ì ¹ŽG Ž Ù
Ž±
ä G,q Ë...A' £Ï 9c Ì |)É
x# !ö- L ÁÄDDDDDDDYqqÿáo&æ,¨C^"3  Øåa Ã¨äpA¨rnF9
QÊ  ˜ ŽA\r xAl  ^^‰$BO¯² J(!ÅH... ŠÈQb r¬àÈ8(tm)
*H´-'
   $VCŠ'ŽXäÜ¤"$ &E  ÀÑ
øbä(äŠ ¹c's
Yr Î¢""""""""""""""""""""
å¦ ¢²
C'r¬¡ÈjŽU d hî"""'%hÈñ Š€&EÈ 'Ù  Ì"è  dxò'
         ÿÿÿÿÿÿÿþwLŽ  -` ¨ÏŒ‰ƒ $x9  †Â  É4c0dY-2T2, Ä¯!h '''JQ  ¤Ëƒ Ä`
  ì4GdvA"a-  lŽ E³ŒïX"ÄDDDDDDDDDI@²àØG Bá
  |Ž
a Ð    á¬g¯
25›Š´}
B"""""""@¬¹Ü,
   ÎC-YS(rœ^,qcŽD\ÄDDDDDD,Å¯r
›K ) ÄH)íJ<ƒŽ] mÄœ†HjÁ
!Iä2    < G x3Žx)È4Žg"Á ÁÍd5`†Øæ ,³ Û ,"œr
Ï^^¶KFGGÑ Ë²è‹ |Æ#8)C-VXæƒm9¶¦"³ "(tm)‡>Ò 9E¦(tm)[ abC¨r...HqÊs¹É-9
å 0æÂæpd3Žg+Êâ

Xå                          ¶ "xÌ4 D 6 EÃ&^^^¶GÈ£  f2>a °
1/4U...^^^^ ÿÿÿÿÿÿÿÿ-1Ta ŽÕ£.å ,C^¯
\dÀR,) D\ÉÁ9        "' ÃÀ è

Ã ¹pÌ8  X\Ô Õ" ,è ›D@ D' Ë¢d¨5<
l,W#..." A

B   ¢+šƒ²   lV
C   ´µx0D  x"
ƒÖBà‰  @JSƒQ@ràÑ  r  €@ò   @,

  $Jô
0`  †È}B>!°€ÈxAÃ  B ^9îxB  M  ÐC    Æ¨ü2  Z
  8(r)
‡>¯. h4ù8"‰Mƒ†  é"†G  ƒL&Š  Fd  hLÛáÜø¨  Ò  Ý d[z†³€'Ù  ´  "PÔ$
ø}°Ã}$  Øv¯Nøt  m({  GðÛ§NÔ  ‡ï¨
wÔ6ô  6ÝCo°D{Þ  Ý^¯t>´  oO‡Ò·ß[F  ^"(r)"÷ÕÚÁûþ-nÃ
io;ßëoê³ûÎú}  ëwÞ  "m1/2YôôŸîŸ´-¶Œî1/23/4ßêÛÿ÷ó¿t>¿¿}Û¯÷z4Mùôé ÃÝ[}  }g  ûûÿÒÝõùÝ1/2ý
êž¯éÛÞ*ëúZõ¬  ÕS}¿HwúMúÚZWÚ繿{×  ßßÆ>"GO]ÝAÓðEýo  Ø×ÒA.ÿöö~ûÛ×ëÿþ¯¤  ôý
Ý·ðwö"{ú  Giø¨öúw_Ý  Zoßu-ÒïÛ[°ÿõÛKƒ}·¨çu·|·Zéz¯××n´-£ÃUõÁ¯3/4ÿßî¬4¡íûÚát1/4/...ßW|ø"=
îá3/4¬  -  ´í¯1/2¯'o  äÒäØÕ?[°ý-t   víâïûê~ß
m$'     [c ÈâÞþÒïë  ,     é¶}öþ  þéû|¿
,o}‡°     Îr,X2óR+(r)E{ßûÖ"%á{
þÿêÝ  ·O‡ÿè5
Ð7  Gè>¿¡û‡(r)"
têPßî·µU¶ ÛWß÷]"D€fx=µv  (r)ŸÑ  ~Û{¿}×õ3/4ì‡  "Ø?uww   zûi
ínë,#(r)3/4¿ƒ}v3/4Ú¦Ÿ„m?u[¥þ·×ªÛ~×aâ:[ö   ^ÿî:x{þf fÆîîÿfka·ïïm°  ]tÃøDt÷û  å  ±  þ·íz‡ÝWø?]
1/2ÿlý[`Ò1/2V-Ÿ¨ÿõ†µjú}•(r){(sÃ§é-ÿá  ×ÿ×ôÓ¿Èƒ"?ßï"Õ;÷î1/2  ‡*Òñé1/2  >)}·WÛñt'Ãkmÿõ¿÷K
vÝPñþÿoÿö³Õ=E(r)í1/2~ÿÚ3/4(c)é_ªkþ  {_ý&ýz¿P,  1/2×tén"-Ó1/2ëjÏÿmþ•BM¤Úî'&   ki+O¿ú~
ë{Kmõ¬/uö  Û
p°wA-_¥í(i  1/2°Â^ŸêÞ  ¥  ¶Ý`"a  Ã     Ò¿ÈèÂ"§†ü4¯•ëêÚï
$  ¿M  Æ-÷hhS  -+Ðq§3/4ëŠbŠ  t  ul  "x¤É  7  +)Ã0"
ðfÁÎ  ð`¡  Î,  1     <  ì3Pf"Ê   ÞóÀä¨:>  Á  Ý3  "  Í   Cø'*É
  H†ÈAX†§@a  rƒ À  Á  ƒ´P  ª  -  œê
R3Á'"xgª2JÁ  Æ  ¢  0A  eJÉŽw'±2¶*q
†ZQdÃŒrœ  ÊÎ'YADDDDDDDDDDDDDD  ÿÿÿÿÿÿÿÿÿÉ²Â"ù7(D   øe'Ñ€m>
f3y€Ò:  'ä`5Š   ƒYÌ1/4G
3  Ø6  ¢á¦h  æhÀjF  4   ³ÈŽ  †(tm)86'ÀðÐg
2   á-i'Ñpk628j  Ï†`  ŠG
‡Pk(G  Ì°0
  ŒŽ    Ñ   ‰ÄtJQx°±                              eÙ€×#,¹  G      V
  )b""""!-^àÔs3  ³  â.  ¤€Ô¡     ^álU  %‡  ,  ä2A°¦ìl!  'ò  !x3/4Aƒ  Ñ0

°...â$  1/4D†GÈè¯  ä|"
  È1/4a  Á
   ¬
  F2@`"  åÑ     -^äm  ¤|³ñ -Ðƒ‰  -q²  XÅ¤œÖPÙ
sƒ Ã•  ( ]Ê²
¢  4ŽŽ Žçr(c)^^^^^^^^^^^^^^^^^^^^^^^^^^^‰Zdvm  dGÉ¢:"a,>GEB#¢8-  _!pÉ  x^^^^‰oš%8ƒ8)  É¨#*!,"
Á•Ä09c•  ^^^^^^  ÿÿÿÿÿÿòÓ[QÿÿÿÿÿÿÿÿÿÿÿÿÿË¯>96Yâÿÿÿÿÿÿÿÿÿÿÿùh¢  ÿÿÿÿÿÿÿÿÿË4FD'Þ"B:D|ø!  ¢
0  Yƒ".É
@Á¨  #x"'Íƒ
"$24Dq  ,  "5  I€Ô  ‡  F$A€Ù
  L

¢  ÐØ @ÞA  Y
¦ï¨2  pÑ     Š±tEá†(c)    ' ⅅDx  ŽÈ¿> 2  x2/î Ã   9n¨ ï     CµH niÐƒ  ¡á1/2  é·ì ŸJ  á%
·zw¿¤Ÿj  }  3/4'MÿîûöŌn(r)ŸKè%O[ÿ÷7Þ3/4-¦'ßýŸ_{ÖëZðÓ -ú(r)·ßZ_êú
ºT  "ê‡-ÿKÿ§¦-Ö(r)"  w0úÿßîÂ#øá+AiWÇxþ•  "àÿ(¥I  :Úõ,.1/2ÔÀþ(r)-œ#15ŽÿàëIHÆ  "ÚÝ*×¤°-
Ò"ô° 0ÅM  žÂì  Â
  P]{waZ  - â¢   G]°ˆê3/4D  "[°áÿ~F
 Õ3/4  &ù  Ã-æ#ÌŠë_ÿÔ4³ªoø÷¨ ¬§ZMû-¨ßûî÷õÍ|   ?mñ¥*Ô(Dtkþ Ã á*ÿ¡oV¯M†þ  >3/4ðnÓì  ä+ïo
  àjý  Õœ}7,#-U$
'Ã}°"m¿
  û÷Ã  õöé‡a(r)Û§µ¡(r)÷ùÿW'<o1/2Ý.ûöûijë¶Úî Ãažé¿íïm1/2=:Ú"¶|-  ŠÛt-ÿ3/4ÚI"•jÛ],ipØu°Ø]÷iYÀ°
Â(r)Ã   \8Ô¶Ò´Á,.Ã¦ i   h6! Â   ì+A¶  AÃ¡"
‡  Ap,  PPD,ØhÐ  DG)Á0œ   ì6 ‰opÎh  ¦Ã4&É  ¤
  Îå$Ì  ‰¡C"J  `¨ ì·0Àƒ)Y  9àú,#(c)LÔb""""""""""#ÿÿü³šdx-"K"†E  <F£±D{#³,   ´ "6

ÐD  R
  !  -   3"2p‡Â  Íašt
u    73
äm! A  ?  2‡ ö@‡"¹Ç!‡!šÎ
e84a
    0ÂC
  !´  0ÙC†Ê ... a ° a
ÖA8G_'ÙÃ# gP‡  l4h!Á  E<‰ò!  3  #ÆÈ3/4PìA'àb  ÃF   ¬ÐPd
óÂ(tm)‹Y,"þi·J   6íQ;n  Aò ,   †ðÞ¡m(c)~G÷h¡¹
ì   ª  Mí*Ðoéý&Ýûû3/4°é4z(r)×ÚO÷îé  v  &Ö÷{m*¯3/4ûÛO×-îÿ*Ó~3/4Óý¤"3/4Á  Öû]jÿI"1/2³ë´
¯3/4'µ0vúÞ÷O¿Çý  ~¸ë  n-ûú§  ÷š/4Uê"t3/4öö³É°o  ¿[fâCú  (r)ßQ¦7÷ýþ7PÆ3/4ÿ-U|Sa  øT;ÿ,#§ë
  §°ßþ"þû{
áúÑßè>-±î[¦--ú×8ïvö]z-ÿwTÙõu¬?A[Õ"W"o  GÖ1/2tõö¥*á[¦ ...·T´µuˆû\  Ýÿa  ¶±n"q×f  Â'¦(r)  1/
2,#íÇj*,...'Õ,  X|5°QZÖ•pÿ¥
õª"   6  nG  ù   ¦à¶û^Ç  ÿò,:lÂÁª
àð"ë']Uü  ¶)5#Î-"uUð¶ÔrÚÞ‡¦¤Ñ  nÙ  _3/4þ    ].ì-Ãß
ÞnÂöõƒ¯  ·R>G  þì=°óZn-¨šaÃ¢1*  pÕÿø  }%÷¿Ãÿ(r)•Ù  ÿý=_
ßUö~¶þ",.*ÿß9  ï{Àùšþ Ô°Û...K9  =-êÿM~'mïcûãïÁßW[Kß  aûuWúW~ú†  ê¡ï3/4è_^(r)¶öôµu´-
E×÷á³-jß·
›ñ¶ÒáÕ·
a*ÿ3/4¿p^êÛJîÿtë
4,~šÚÛ}Ãëpv ÃKaãî|¦01/44•†œ3 ¸E"Púü&  (c).
±  ä Þ†C ",
0ËŠ  ƒ-Á  B4àÁ  _-¨"
ó   "æⒸÂ"@@Á    !Ä  Ÿ
Àœð  a^$...2  4  BûDQÊ   à^.‰p`  vqÏ N
Œr¶  -ñ1Ê  ^dp#ŽPç  '($8":e
  RbÂ7(r†   dDDDDDDDDDDDD  ÿÿ,Úâ§Ë(DTⒸ‹ŒíU" D>"  ¶Ëä0¤¹!ⒺnC  ÌÂ
Ž
@,  @å+3D[1  Dq  R.        BTC
`   ƒPh%Að@ØA^‡FÃ6
`    2
Èl  !Þx  6   Ì  A€Ⓔ*Ã   5,ðšA  °Á  ƒƒd  @0D3  D¦Ã
ÓgGŸ  ÀRⒺÑ.  Ž ".

a¡　¸Ñ
P　L- u3/4　¢:0h"　Ø¨‹0i　　z　RVEí　(tm)i¦　ÌT　l%"ph　rqA¦¤c　~(tm)　　æÇÓU‡
†í　ÐAé°{x&ƒ"　kºMÝh í?

"Ò¿V•ÂWXl
ƒ"¯þ3/4šz"I°¦÷3/4"}õ†-ÒÕ_Þ　_ÛýîÝmé´öéþë}Ò_Ê¥　rªõ　　•Õü>3/4"J-　#ÿ¶"¥×Õóƒ W3B...v　Uµ¿}
¥ßÿ{ÛVô　§w　ooï?Ýo
:Z{wë}-Ê‡øÕ1/2/0÷÷iÔ¯÷ÕV÷M DuÁ　×ijÿ-CõuZ　(c)Á]×ãBô>ÛôG_‡ÃÝ^3/4"û,#í-Õ*Ã...
Rû]　×Â#h
Pzh　öÐÁ　_{}pzOÖŸ
ú¯Ð=d;Ez ̄　ÚúÁÝVÝP•Ò¥Üñö　ßZÑ-ÛÒOPïõÿ{þ¡　Ö,ut　ýíÃ÷1/2bÃ¥mu³¿÷ûÛ　xI¿WÒ,.3/4　Ð
EÕX-ªÃá;_Cþ¿Û6¸,ÒB　　　　~　Ã　ï...　o(r)›(r)aÿêÝÖßÓ
　　]i7í¯
8îžè"
%ðÈë　vaÿÿÈ(r)Úhº"　ß†ßîGÑ3　　　　　　tu　　　　Ã{Áéÿ-Á　ÿo...Mò8
　IÞ　ŽƒüÃ\ýÃ~　¤úÿé　ö
³ºv　m\6ýŽ　　öþ--ú´Sÿ~÷‡îaøwª
,¢|OïÃÕ"ßû　]k[ôÁÚ°‹ÿ　äi7è　oÁ=.ëZÞ¸º　ÿÝ ƒ3/4õÃû_(tm)§á1/2"}Þž-%Ûuÿý1/2&　Ò"cZÃús
　ÿ]!ûºþ3/4-wöä　ÕÛ¬-/ÿü-*×oR...]:_"dbn¿ý"Gá¸~-ÕŠ;ú...　°¥ ´ énµoÒ　ÿ--U¶
žÕ%aúÍ}T÷Oë}$Ú¦,nŽ·ö=Ûµ VþíaÕ　'-çßJ
¯h*　　　i6　uµÞôÛp"P,XtÚþ
MÒ}Ptûi&·M"¯a&　KoMÓV　a"¶ô(r)Òm/°Xi?
*Á'ÛtÃ　Aœ　Ì
^A^&(&é¢　àÐh,L0Á'ÐH　,¦　　,　　　¨a&
　1/2
+¨´0•X¦(1　!a　A¦　a　!j, 1/2 Â'
à›±　"‹A　\S　H　　ta0Ò^TA4　　Á　@,　Blrë$<Q
=œ¨§(T°¢4îMX Á　çÁƒ　&9ër
90 AŠ　　DDYl"DDD2¶Tv€A2Î"b3/4•(%¨ÿÿ,åÅ5F　　Èè¸h"
hì^=　\(r)?-　@...89€0j　　a　Á　　9Q
　F　0Ø9€ð§A'Å4　u　Ô　Î€àB'!3¨.PeEnBL,
{!
ƒ!G"G　²　WgF　a0ƒQ
　　　　　　　"
êà^c.,"(c)　　ƒàÂ　çF　'h':‹d´ÕŠ　>6　,
　　　"　　dO
　a　P¸Eã
tžÚpÚAº¦ú
}C°$wL6¨　*]...ß·Ö"7N÷
Ûté$Û·¸,éX/"úü:N*û¿3/4"{á%
f¥　ëÝþ-êÃz-3/4ÒJ　Ž°"DÏ　¥°öC¿"ìÍZß³Ûõÿ ioÁébÚ('ü*îqþ1/2}²　¿vÑ　:-　Du　,#î　]
iä×öÐ÷¤*ô,î　uÁºU　　ýÿßô¯1/47ýé:÷ìVš"Õ×ßÿ¿îi1/2ÿþÚ_øJš‡îÝ/Û¨ïœ~　õo¯ž-Ô　　　ZW
ûýÔûu¯é7éüïQöƒÖ(r)　uÛZöï　,¿ûô(r)ÒÒ,.1/4%¯H4ûÿû1/4h"á-　ç}6ª=
-:ïÖìL":û_Þ-[[Òµé　Ž/íÛö¨"ÈöéÛã"　nºcù　Ë,"Ë€µ×úé‡î×¤ût　jû$0　",F　Ž　<þÝ}ºîuî¶G[ÿðèÂö=¿
ÿö×ø?-Ò]ƒßöxúkîß ̄
...í÷z"ë3/41/2Òaý]íµ÷ß"~　ÜÍVé!îî¿,xoï　1/2wÿÿ‡Kw†û3[úÁÃÀØiB#§×õôô+JÝJ
úý{Öþÿÿw　·öé%_
P"Öý*°øu÷V ̄ß§Kû3>ßßº(r)　·ß ̄Õý-úÓiïïS^-ß

tµÿÓ-1/4+h&Õ{ÿkÛ-1/4;  "  õ}-%{I†'...''ðøIý´(r)øh":í¯}ÝU-Dp  †"0UoW†q  tÕ¶  M‡w
80•ý\Ì  Aœ ,  ± !¦  è=  ÷M†'všiÜBt,
   ...Ÿ#†n  4
;,!ê`(r)¤P3†!    Ä,Xf  ø0ÂŠ$    (B,ÀÃy[ÂF
ùb2cDL:-X¸!
^9†Û1y;    ":Ð^^^Š^^^^^^úT1/4%J?ÿåšh  5dÄB  ržÈ¤"- q    iJ,I E  †  Z,
K"  /  *ü    &•*I$"Â¤¸Il  UÒ'''&'ë-  r'<_¤"ž  (r)Q^Jb)¥¸Û¯ª...IR¦ëÔÕ{]¨">¡wÕ(ZÓƒž5D!z  <%¯I
Q¡áéRÜ2=}/(r)!ÊïhHÕÞÒÒÒèè:(r)D  ÷×\ρM]H£1/2.OßÒéqJà  µKô'áirÒp¿ëíÝÚëÄýÕw3/4(c)p¸  uKí]
¯V¡1/2lÀ>--`[KJïÿPÈà"ûµ¡!!-  ÿÛ¬{ÿñÛî]  ÿû  ]=×úÿ|U|^ª1/2}l±É¸+þå    ³Rµþ"w¯Ç#
AÕÛK1/2:[  ]xizÿoè†  Þ"m+¯|U·ßp-+ü#  1i%†(1D0r:3/4Y¦d  b-wƒ8¸H  (&"  !        ÿÿÿÿÿÿü @
endstream
endobj
121 0 obj
<< /Length 122 0 R >>
stream


q
477.12 0 0 645.60001 0 0 cm
/Im0 Do
Q
endstream
endobj
122 0 obj
40
endobj
123 0 obj
<<
/Type /Page
/MediaBox [ 0 0 605.28 776.16 ]
/Parent 132 0 R
/Contents 125 0 R
/Resources << /XObject << /Im0 124 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
124 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2522 /Height 3234
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2522 >> /Length 43334 >>
stream

þS:*ÖÔ  ÿä
Ô  ò×:  ÿÿÿÿÿÿÿÿÿþd    #  -%B  Ì¯ÎÕ  ü·
w  2@T#C;°˚Ò    ,-ÌÀÁ°  Ô    Ãçd  ûéÿ
   ª  O8      ñ
!ðåÀ,@  W²œ  Ö¯ûtNûxDv<&(c)ü;E'  'v`)|Ì
   N‹T"  üPdF    9èsÁœ†Dh  <Œz#±"Gaʵ\Œu        =  >  Ô
   rX  è  ÈØ¦€..ÀÁÛ[-¤Þ  Ò  ÷á<ô9è  :    (ÍQ>HsÐÔõ¢yýP}Öl!¯B6  ð@@É A
!ãž"Ã}?öÞ  ~ô  xAÿ}õô  -z  Ÿÿp‰[Ýßü'  ïõ·¯ý>-ý:Mþÿþ  }ò  Ñ¨jM3¬,  Î(tm)Ö  Èx3köœ",

} ¿ëÿÿýKI¿ïò Ÿëþaï^è&ÿü3' "@ÁK£$e CÃ ZZ#V úµ¿ÿþ-ý?ðÖ¹+
jIŸü ~1/27ßôß°D{÷ô'
áô¤Z
ûcßcÿÿûôß}ïa "X" i8!N }õ×ý'õ¿ý1/2'ÛÒÿÿãŽ1/2 õ¯ÿô^(r)ÿ 0Ÿëû×é7ûÿ(tm)õiS ¤ZEÌ‡~íÝ×Ž8
ÓÿCŠ-    oD(r)‰`xÿM-ÿÿ-ÿï¥ ¥ÿ¨÷áô ÿÿ] ø3¤
@ÛŽ¹ïÿMÿÿZ{ioúWý }£ï"I†x ÿøIi¹ëÄ7}XãšB3/4iŽßšCè¤-ú
woðÃý pv+ÿ¿'Ž &þžž-1/2 ÿwÖ"~ÿizü(c) ü0é ÷ÿâ°û-m ‰;ÿÿ1/2 {iw(r)-Ûü¬µò /7/_þ
Ýj°vAÁêø÷ o æ Õx]{_¿äQÛ˜Òÿÿ?-wþÏ -PÃÕïÿ¿÷Û_ŠÂ{þÝ×
öß ×í¯ÿÄFTÄ~ëÿ˜ÝϢþ Lïoù ï¬Œ^¹ÿßûoÿé•‡ÓÛôê=+{=>õü°¿ _ú1/2S{þ¿ûÿól:¹%{¿ï-õí_?*}µß
úÿw÷íý¹úß¹JOÅ˜ëü V*ÿ1/2ßÿ×¢ é NÞÛ¹¥Ößjí~žÿ‰3/4ü{ñ7tëõ·Mî÷¢œíSþÕµ VÛJ×ý-?ÿFÑÿ¥ïï
÷î" ¶"Tä¥á.ÒW1/2†tŸo ooÿmþ¿Û÷1/2×_"ÿøÞÃ
Ã     .  †-¯Ø]†t¬%u¿io÷(r)-ÿïjÿÁ÷Ý¥···â¸Û-ƒr@
t
   '|  'ÂVÂ°ÖÂ÷^Â^Cß³¯iuþë"  ¿°íÿ}§  ÂÐ¹W3/4Å
 Ó  G  #"h  'fArÂ,.Â(r)ØN  (r)ÿ¶-Á¯ûuû{ð¯¯B
¡Á0¯.x

   Ä&)ŠýŠ!†xfÅ>  ðF
à¨ $t
-ÿ
%" OV oöø^^^^^Ž A" [Ð0¶!{ ¢°D% (tm)†    À¸Á"ŒBX
@‡Ô°Ò3/4Ûõ^^^á...Xa3À¸êÅ{kä¸0Å   d[
"´ƒm1/4DDDG÷
*i¦·PÂ̰c^^^‹M;
wkâ"'")1/4  ?â?ó a
äö...  †ƒ@C±qš¢to#¢ )´k  xAöÑ°0l!ð€ƒB Â  dá ...0
">  Ø  <
 È )32A ¨Ž ‰[" å^T ý
...    ÷wÜ jƒBÎ päxØCHÄDŒ  ˆt Ð0j‹³ñŠ<=  (Á¡
 ‹SÌ¹Á,    öt̰Q? ÿáÛÛ¡-‡ ´ƒD4 \Yï¨ vS ôƒ ƒ ÞÓ1/2›ô
ƒ"ƒ¹j-"ñÓ$GXÓ(2r!ÇvD9ÿÐmöëIé÷,#ÔÞÝ$t &ÿÿü;ÒâÍT Æ J
`'?¨ÍvtÃ ÿ-&ÿnÿÒ›ÿ¦úÿ÷¬'"° Þ A· ¤ZJ¨AJüÊ¨övƒ¤é_÷þÚÍ7ôÓ÷ÿëÜãêq÷ÿt"íé •!"àA

f dÄÌ£"HŽ¿¿¨þß_ú·ÿÿÓ"~Ý}î´ÞúO3/4ƒÄ ì&B     ¬ ×^¿ÿ¤-ëõÿÿÿ"~Ýþ~[I&ÿHŒ1/2t\9c
‰%xÁ¢ #¤Õ¯TÞêBî×í×æˆâ¨ÿöö¿ÿïÕ?é ƒp...    ,¡" DMÎûšJ zþìhu§ûîÇÍ1õ¿n¿é×ÿ¯ôÝ"¹¤Ú$œ
Ý~ÿzÛÎ °úÿè ïï4‡^é+ý '¬¨Y þÞ"ÚU [~"ÿ¿ ÿƒþÿÿU°Û¨¯ïÒß¦%š¨àCPLê !àž-"þéWÿÿïÒ¢Ù
ÿ4K(r)    ÿþÚÞþ-3/4  <'ãT ïÒßÚ{ÿ÷Ûö öC ÿÄqÅmû¿ú G÷¯ °ñ/(ž
 àÚ 3/43/4·¿ÿþ" üÓƒ ÿÓß·ÇÓjÅ¨T^D m
       ~
:LÅ̄ZõÿÔÿ˜uÿtÓõel¿ù¹ÍL ÷÷ÿëÄ"‡ÂÐN"v'
  Êþ¼¥k_ÿÖ3/4ÿè¯ÿ¢ú¹íóOk{ÓÁŠõïN¢U~lẍë¿×ß(r)µþ ÿÿöþ-ªú  ùÿWÓ¤é6Û_ñ
1/2µÒ²8Kmÿ·}ß‰ÿÿÿö÷ö÷á î¸ÿëä¯ÿíȬÔ0¹ x¿÷÷Úé  ÿ‰"o"îÿ_]*÷þž -#¢8V þ]"    RX ¶Ò
ë~öÿô°ÿÿzÞ÷7-71/2é*ßÿ  ×ø*3/4 ø-
`¯ƒûÎ×o¯Ké¿ÿÛÛöïßÿ×ooÿ[ÿ{°ª   !
Û5m-ü_¶3/4--¨ÿ*ù¬þ3/48Ö÷ ÿæ ªûú   :Oa...l%a-"ØipÕ¨Ÿÿÿbÿ‹úwm.öÿ}Ð"<A  "-ï¨i]†
Á"(tm)  #áßØa+†  ƒ Z_þß×_ûimïï¨ Mÿ1/2×Z]^LB
UÙ 0u
1E 'AŠa...N

C²étï6ŸWÿ"K~ÿ¿I¶Päð¯þ"uKÂ\4Ó        ¦1/2...Î칣
.f    0C  BÏŠ8¶´ CÎ"N›   'i·þ¶¨`ÓC}wIn-  L(tm)CA  Ö  L§8ç    0A,
/ýÞþÁ
è-†   ,  È°
Ei*ý1/2~   (r)Þ'j,¨^^^^^"DDDqöºwý°-  t›öésZ}'Ò'ø¤"%a    DGÕ†¬0L$ýZ¤ÃNè  °
kÄKMT  3  x,Lä¦(àPD(¿m#¤  †
   U  6(c)d"  ×á...†
êØ¤)Šr  Ã
ˆˆz%ú²Ü·  Îœú¦Êt
    ÓL Ââ˜¨â¸^^^ö  %Ä
  Á0°`µ¤""
!"(Ó´ß^ÿÿÿÿÿÿÿÿÿ+Â0Œdx3/4G  Á  ˆæG  2    aµ  6†Ô"+
L ÊPr
æsqÜ¤Á2ÜÔ
-
R8Èù¦Í  f3  Ÿ›^R;Ô
ˆŽ  ñ        m¨  ,òÕ5  f
¸l.

1/4^#¢¦ŽÍÄt\ÎÑ:0  (^^^^^^ÿÿÿü(r)";  É›dX<ªçQIÅ^d¬ e  È¦Þ
C  ÏQÄ&àÏÏÇÿ3/4I éûy
SA(tm)¯Â!Õ  3/4B‡:3
þ(c)"  æeø!¿Ü˜Èxeóg ª8Ê.7ÿø^DoÔ
þ'[ÿÿwö¦Õÿÿÿx"à‡ÿÿ  GCà´nÿÿ±&BÎž,  þ·5  ï¥ÿþP  5ë§þf¿"  ÛaLÒ#Æ  m...ïõàˆ"!øNá"->3ÁÁ  3/
4Bèà¥}¦  8ØA,a  Åq        W¦å@IDG  f¥   ÿþ@hž]  ò  'ú  a
&†dX  ÷È

%±
o‡Ð4v4!±  ÔLr1/2ðû3/43/4d ) SA  ùr6FÆh  -¢"m  qÐ  š  èª  Á?î'7
öÙÀ@‡"ž  ßôÃÌ+áŸÙ! @á"  @Á  öy¶¦ÙsÊ  Á  Ò.ÃÛ!þK²\Íú7-/"}?ÿ³û
àÓŒ þh  ÍÁÁ  ¿  N£í<Œ
SÅý/é¿Ãÿ¤Þè?M  8  ´,    Z"-  ¨ÿ¯û  þê  +uÉäD³Õè$÷DnõëÐþú þ>"~   wL  t  >þ¨¿`Ìc
  ô]î-úWa'ó‹ÿzo±nŸ¯(c)è$  oÐAâ  Ð¯  v)^×ÿIªÒõ-ªMúWX¸;žõs¸OÇÿ"*î¶´(r)/  Þ¬"÷Ž†"ë=óE,)û  ]
Ñ  -‡A'&í/ã(r)ßý"kïÿë."
Å#<áSï÷]ÿâR-¿‰...ú·P¿¥á¥}¸_ü  åŽPå
  ïoÕ·úï÷ÖdÿÑ'æ‡MÂÜýg  ÿlÓÿÛUþýµÿº"ÛÛ...¿ï] Ù<"P  (A"!"  l  Â]  ¶-kÒ×M"-ÛkÿMÓ
B¿ðB,  !,  S¶µêÛ  Ûë¿ûâ"  !   ...Ö  í+¶Á6Áí"îÛ^Ù
q      (tm)°ì  $h
   f  Á     ÖÝ¯l0"fmXgÉ2ëaŠö+
P(D   ¦  ²<   ð!Š<
v  °¶  ²   ´ÂØ\HŒDD}"ÖÐa0  žÊ    b""""""#§ÿÿ  -  T.^  ÒÈ›4 1LS¨9Ô‰`¦ž4JÑš¨AÚ
  91  q  ;    "è°#¢èïZž¯D  î  ¥¨"`Ù  ¿Î 1/4 @ßhŽ<>"}7A3/4
Ûƒ4÷§Òt›îƒ^  ¨ßõ¤NtŠ"¤M'kÿÕ"å8µVh  ÌŒÈñ     ƒ "ã0)~"  Å5  j  ×1/2^  ë  ;ðŸ"ÿÂ
  a²ëï¢v-i  Æ×  î
3/4GI  pa
Ó'  D‡  d9ô  |P@Ø6
NÃ´,B  -B'75  ft~×éô›ú3/4-u"  "õ'vÿºOÓî-ÓÖ  I"VéOGïûÿïök  þô  ¿ÿý?ÿ1/2U9@ê°Oÿþ¿ÿV""
°Bþ•ýª×1/2ÿûõúü%Úô÷¿Uõö-ß¢Ïú

é×û×U¿  úA}R3(c)ûIuï1/2ëÛKn×"XK[V×um´µïõ  "]~-i"-&  H¡Yµue  (r)¿dþÁ"1/2a6ÂãB¯¦(!  Øa2:a
...a"¯a  0  pÎ
ð1]°ÂM"Xøiý¦(c)‰‡  ÆÅDÎ¡b1/4  6GÂ¢ Ã
  "¹N  "
  µ†  MUl.¯i-...ÄDDC  ,  0A(tm)L -4  A"  A¦
""4""'"4"(c)  d  þ?ò  uöv  Oõ    ZE    ‰FW  h-f s(c)mw;  3á ð"lSPŠ(tm)¬¿]øP°d  %˜§
">ÈZ𝑓-L Ø×Á  âS²𝑓
  4Î&|³çH<"þó¿Ýµ    ¶WbBòÈÙ˜°>f      ÑèŽG"'  ¡  #a    =s1    lS ‡P    G·KúqùdU    𝑓B
ã@ï×Û¯Âa  𝑓SX]Öÿû¹g[2    Ï

Ý
ß4Ã?2vÂ
  hÖ|ÿìi¢PÝ>ÝÒý~  a  L
Ð  FH2ëv𝑓ˆôá1/2ëïß×:@É}  J
òp÷î"þ¨×F´  ³3L!a  ì  @‹ÿ÷°  _z×Öëá]  ÐMò  ïmzË•|Ch Ð¹

Ä  ‰-ê¿ý[(r)×õwþ˜°u  BëØ‡÷éÞØA°v‡o  wÕ¿ßu´3/4°µ~ûÛ_Oû¯õ¥ëç<çÿ·â¢ïïoñË÷õ,â    ,nf  ößÞû
ýéó*ÿÔkR0io×ˆoû...ð•|˜y    (r)8ÿ[ÿë}Ù  ·Á
ï  ïâ  ;ª=7ì?W¯|÷õöÿß_¡×]ÿ·ÿ÷ÿç[  ¸Aëþ=/ÿþþcûþ¿ÿauüò}qÇôÿúÿút  ¿þõõcÓÿùéÿ(c)G*_Žÿm¯ýÿõ3/
4Á
  tÃ    À¿~𝑓ªÿ×1/2  ÿlè-}#SÛÿ¸ìLñ¸(tm)é"  AÃ
Ø*¿øIv  ×]X`-"-OàëÕ´¸a
0"Ub£A,
"3'H!0PA"    4    À`  Á±±  œ  °ZMì"œ"(tm)  <•¦  KŽ"2
  `-WëÿývžØ(tm)Áà^\",F±Q'  Ž"""""'#ûì  aUk¿{M-DDDDC
êžqÉŽ Ž(tm)ÕK  UYfQ,B8^^^˜Ž))fh¸õ  ÿù_¹]Ä*Fw(tm)'-¸"(tm)  Î}¯í    :  rZ'n  -××  ßêû6f^S"Ôš
¿"øAè3Î&  Í
êi-EÒ  È  ¿t]°eh],3r5𝑓    æš  z
û"  á  Ã  Ò  5°ÁœÙcôlßÒ}'úq
ÖÂ  A?üòOÓ(r)3/4Ýÿÿ  ñúÿ  cúœFqÍ    Ÿ
þÈ  ÿ^#ï"N?ì?-ÿß    %ïÿÿûÿ"ï\$Ù§°Ìÿmkûÿ")"-  ...˜29    @Ø0AØ_ÎíÚK"Ä-^]DÎØ𝑓
  8øê Î&  DÑ
Ž>ÓÂX^𝑓  DA"1ŠQ  ÿQÿÿó$
  #d\) S²èÈhú.?
É    "8g  6!0F  JB›3,"'1  ...D"²´(¸^(𝑓ñ\T  rŽ¸œrt'"°š  DŽo#  "_
(tm)  2  á

  Â
þÊ4[¿i  àé¦𝑓˜Õ0‰Ú?Q
`Á  4-
8F  ¡"'[´  Ú  𝑓&  Ì0`0p!8¤|ØSã4    ŠGÍŒ )ñšŒÂ;Ô°Mû3/4
'Ãa",3𝑓  0  œ‹  4ì$𝑓"  1  ðÖÊ Â
"|3ó    0    !  𝑓

  Ìì  ÿDÇ  öè·  Ü6Â  °§  saN    ?_þ"÷×ýÿöÓu@ÛOÖ  ªô    Ým£s
ô𝑓*"M
4Î¬  $  ž
  ý𝑓£dÎš

‰¦
ó£c÷[ÿü  tŸÞ    ¯ÿþß×¿ EþŸ1/2éßý'à<-.  ¿°  _A
vƒAýÐAþ?þû¶¿þÛÿ    _÷Û_o°õ¸D  ÛÎ¿þ1/2o§_  Ký}  °ßÂ[c÷Ðú"  ÷ÿßûþ¯ïMÓéwï¤ý7×Mý7úÿÿäJ
>¿Ú{ý,)öÉ
öÿúµûïí}°9Žs  }E}W¯u    x7ÁlŠ  [ø§Ûâ=û  ÛkïzO¤öÞïÿÿÿíþÚŽ8ùÄß")TÊ3/4
=ÿ3  ÿöù¢¢!ÿý  õ}ýíÿñÇý7õê-ÿad›FyB  ûÿ(µmï§ÿû  íÿ1/2zßù§ÿëÿúù¢Õâ÷ã
ŠÚ[Öÿo
IÝÛöŽiÛÿ´Ûÿþ×~(c)  t=¿þVegø¿x¿(¿ùíj>öÿÞ"ÿ_ßÿû  _ÿw?1/2g›úÿw¿}  ÙZ_ýÁý¯íþû  ßyBöÿ{~¶Ýz
]Poéó-Rn±¡{¢›ûG£¢¡ÿÄÂ8›(tm)$  ƒ
      Á  dì"VÕ_oôû  ÐaoaéTï"úÞÕ¯þþþÝkWÿÿÿØ...ßÜ0'ð  "&ðƒ : aA
"  @Ì  B"ì  ÚÓ6v(c)¦š§wi,L41/2l  i  f‰o[oÿº(¢Hb"#  íÂzûôî§Ð¯P@Ü!GÂäáB  ˜õ  4Á  n  "ØH
&GÂ#îJ€ÁN  A"  !°¨`  L",Ã  ÙŸß--Dì    f  ^^^²C Á  0A¦(tm)Ç2
0 Á  ^^±H  ÆÅîû  -û  À†,  "  qK  ¡
!
!    gÜ  ÿ)×Q        ÒÆ1/4  ÿþd¬! Í  á  Ù£8)ã<2fŠx(c)Gbë
þÕ?#...$Â," ...²  Éñ-  %€eÃ  ¡@$œ3ó^Ó á#s
†
  4[¨h"z-ÜŠ>{0öÞ61
bhâÓÁ  WVÞáŸØ3ó@ƒa
hƒ Á A°ÏM4y  ƒ  [-*ýmÒ,#ð¯é'"G×nƒ¤ôÿ¤ú°è  tè˜àÊ^@Á
Eúÿt1/2Ý*ß1/2´¿öÿ×1/2
Ûþ-¶-~•¨ÿ¥ÿ  _Ö÷}Ò}'Ä?¿¥ñ¥é  ¶"kïCíÿ›Ä\{éÏ
xÎ†Í,Œ±ÓÁíÿöþý  Oÿõ¢¢‡æÈÁ  C"ç  ‡(tm)  N  Û\ïéú_ôßÜzMë  AÁ
k@^õo5°F•ký¯Õ¿ì  ÿÛî¿üR
ù¦    g  Ø¸ejƒ"],¶¿o}þ*ÿÿYóÇš.¯áþý6¿GŸëëoêr+w*þ&  ž3/4ÿ_Ý¥¿n›ñíV  Z  (r)öÿyçþ¿¯Î  ¨Úî¿Û¤ï
ý¤ß°ó¿Î¿ïþ1/4"oâÎ
8kiÚ°Â¦ú[kfŸ"i  ^¿íÿÿH  ?  a  Ä0¯i¦Â  -(tm)ƒ    ¤Ã        -    >
.  Á  †  ?ô-{Ö"í  wMSM0 ¸i
MŠ
R"†*-ðCl  6¿úéÛd¿        fpA•h0¯B"  %    ØaXa+    ÌÖ-¹þÎû^^^
  Å1¡Á  ^¡
a'ÂX+
ðÂ
&  "      ‰ob~(r)¢",  †  †mJh(    ÿÿù  \¦Îg
(*çh
ò  g‡  ˜]  ×^ƒ<â¡°Â¶'8Î  ç3/4ù¡"ö8fÎï      A  ÷  De32
ƒiÛ  ŽÎ#    ˜Íät^#†@/¤  ì    ÿ"[1/21/2        h
ÈL-§+Ž9LÍZÓuƒ£  N!'ø@ÿ ƒe  ·5  Æœ  ÈŽ‹ÄpÎ]  óa  "ñ    DxŽ´á
æhÖŽ  °6  Ã
Ø4›3/4úMíô  X^^^^^^^^  ŽŠð
Å  Ô  3/4Þ-Ä²@g#(tm)s#ç    Â  â:9  ÏÆÑ  ?ûÿ  ëï        ÿÒžþ³Ûî?ý÷öP¥¿_kþ?  ÿz×ÿØ6
Ò(ê]0ÂV  _ìÑ?jœ  ¶)‰Ç¨Šv^    9Àì  ( nÃ      T¦ëL Â  Žüi1[†)â"uB"
ê‡hq  ÿÿäØ...ÊoA•ÅY")Ì†tÊXS1/2
ðÂ
œ,,š  ¨¡  œ6é
B/BÃ
.ƒaŸáÁ",
CÐH$kh¶H\Û<Î  ³Û$+Ê:3/4  Pt

Mþ  ó1IÂA  ü  1õJ-/‡

Nc¢Ý¢áíá  oê3/4µû
Ð@¿Ú  oA  ÉïUõ¯õ"  O¿ôÝ¥äqäqß_þ+´"oK¤¸2î
ÄØ\Ž?ÿ
<  ÜRàƒÁ;  D~
Ýoúžÿ*ú^ÞØðŸÿíĨWoÔ%ÿÖöÒÿÿÿKÿZ1/2(r)3/4ßd  Ø6ò}  {ßþûa&
À_lÓsL'í¤¯Kí&ÒKJÄ("?  6O  ...`Á,  7ƒ  ¸Ï‡cc
7Ã  Ô"vØ!)-Ã  Öì&  8Ø¨¨^0GT"$"""(&¢"#ÿçi  o4DtPˆîÂ3  "k
\R>x
Â  "DZ  "Z'Ñ
€‰
œ9€Ðl!ð¤l!ð"1  DB#³Šs:
H  |3"
      •(Kü ûõü É D"æ  < ûBÌ  ƒb  "%A
€¸  ŠN  àr¬d Í¢FBD|  ...¢ssPô  Êj-"8ë  Fï3/4B='t
2œ"  8~  Â}Ò$"  ¶¸A'àA¦  ÐE(r)  à´÷û @ÙÓ5dXÎ(tm)DuÃB

Ò'ì  ¨Á¯€H  (Ÿ†Qš£2!îÖˆá1/2†qÂ!Œ!¡õÒ  ëÿá  þþúÒH6àÛÂA:  ?ú5
9œ
Å@  ³¦uÈ¹‹
aè¹Ñsš†kŽ¶"õoÿVÿÿ¶ÒÀ73/4•
¦þÿ  "ßwíÐt  æÖïúÿôŸÝYÝÿ(tm)ôÿ>Þ'N"  0ÿëm$›ÿ-'(r)"ëþ-ÿôÞûkî"iS  ¤-"þÝö°I?Î¸^  'Vëõÿÿézû×ûz¿
é~ä÷÷mé7ÿûj°ÿ  œC  Ð)zâ8ÓŽ9|;{÷äê"ôªÿJ°ÿzÿ´¿÷Òþ°oÁ  CÞ·÷^i
ÿØÚíÓÿíz¿îÿoûæŠ¶ÿ÷·_Â%  Jûëÿ ú¦¶ÿÿµJõÒ$Í¯þÇ  Ò"ì  "qÇ  ,(4
ÊwdcU~5-é¿^  z_øI  ÿ¿Ò_õõ{Ò¿5šÀè4žÀÔ{Bâþ=^·¯Á-n¿öëoÿïîØ{úuÔðÃéÿÿ¿ûØ?Š‹ÿÿ1/2´  ~,p
u  ÿðaë¦ô_W  Óõð¤  µþû
ÿz"•  z¿÷W¦ìTÿûûè÷æ¥×ßáSm_ûß¿û¿aƒ
?ö¬l^  ÷ÿoÿµ¯Ÿõ  ïí¦ôªN  ÒoALŠ
ˆÙçÓöŽzßßÿ?Ýo  ¿¯Ûÿÿ3/4,""  *1/4Y  ô
"`ÌG  ãßMoânµ¶ÿþöÝûÿ÷_ßÁ°x¿m¿èÚ¿þÇ¿þÿ]¿"Z]¿î±ÛÓÛv×ÎÓÆ"ÿÿ´1/2ÿƒ  ¿ößïÿ~ù´šY  þv
)(r)Ýþ1/2¿øöÒÚÛ¶Òÿÿo÷é1/2÷ÝWçw6g?_¿Û_¿ßôª¶ÿí'-°ÿ/1/2  Õ_ÿúÿ¶¬°  µ¶¿¶F  š¶Ö×‹ö×Ø÷×ûz"
   ïE; ÂWÝªÚÿõ¦¨¸l5m&×ÿ†-1/2[ÿWj  wW§Š:  ç,š  >
š  †  $¥L;Ÿ  -KC  ×íØaXa+  &_  ´¿^  PÒ[m+†°ÁÞg
¯Ã   ,  ÿÒƒ#€œ+"Ø9  ‹  Å1@...¹  LÂ5H2<Á,E  "´;,!

   J
$§Dœ0º  p¤+(r)  Â   }"
ß¦œ1UÛ"  "×¿  â,1_ê...E  BPCb¶**¢!,    Âe:
    2‡M
`"RÚ÷Ýœu0év¹ÝO  <DDDDDDHÄL±   Ã  A"Á2‹,jŒê3a...              ÿÿÿÿÿÿÿüÉdB
RÜo=•ëegÿÚi  Š
D,  ÆÆWSeÑ7š  ¨  1/2ž Ê-W¯"ûÐfþ·]bÌŠ  AÂ
#DPA  Ma
Õ  FC    šÅ)Å:  "¿÷þ  þ×ÐúAá    íÞ§e1)ŠâÙ]bÌ†þ‰ÿú2  ŠM  ?"IÞ^ÇhŒEv‰¸i  îd
ÞvI(tm)  xAü=V   ¸
Î   <Ó @ónqªÿṎ́?Á  ä    ß
ú}í´›§~ï×a?K$

)ã(  #  ÷¬...d  t?Wõo¯ß¿¯ßøAé,          þ¹²>Fb,
à¡  f  ÐSâý  U¨ûù
ÿ)Ù  w'  "#ÄLeã"<ë  fF  NF,...£Uÿ¬
ðœ"1/2  qí×úxTÖ¹ÀÎxÿ¯¦C  H  H#      `Á  ÍŒùr/Œ  Ï  A  "'  ñ  #  'q0D$É8`ƒ  2  Íc1'qJ
Ø§AäTDÉ
f)¿ÉAä1"ædj  œÎ
è!9      6çã•"¬  IžJ  "d`_Œ¹²-‹1/4ôz    ÿ'"N&m  v‰ô0ƒ
üwëÿ‰op  ~˜CCkÿnÂxO        ðœCA¤  a
  j˜Aª  ~  `ƒÂ
IÃAØM
§'@†°r4A    0..."-ƒ$  (  á  Ç  fE6
ÐAâ  ‹ôý(r)

C  Nè!˜ƒaÚúdc"]VÒà  Ñ;o  ]  Ä‹ä  >  A,-?W¬I"Dì  ž0È¸Ñ~æ    ¶Ä±èh  äîõ¡"  Zqa  Gq-ß(r)  M
V%ŽÂ
,  Õ+§Ò}ëíƒ  1õu¯Îm"'ª"¤)¢m    ÍY¬ÃÁ    6á÷éØ  i  Œ‡£tû

@ƒl  m    è¹¹§›àÉÎ‹ú
ƒ  0H3/4¢}-6
-°‰Íƒ%ôNl  aÌ  Dò
M"_°eÙE%û    ÍÉ²DÐîÿzúû÷ª§n¿ö+Ub¡Ó¤  ¸V"×~õ[ž•
ÜPÓÓª  §IÖÐAè8†êÐO¶>°ƒÂtžƒp÷(r)  xO'J  <
é  èEÚ  9ÙÓ@ƒ†bá3›*dütA÷î°ëÕz_õ°I\1/4  _];¿9¶×ÒMÕjõ0ÓÓ}U-ôôþíÒN"Ân´˜"ÚW_ÓÖ"nõ    =ý
    ðè  þø=ú¢\  ¿(¿˜é$'7pƒ{h_ÿOûÔ1"þ3/4    }Û  ~ž1/2ñô¯§W¦÷ëÿþ°  ÛzÝ+µëõúþ°[÷èÓzI
F  1/2}z¿ÿi2    Óuÿ~1/4‡@Û  PKë°d
vüW‹ú  ‹î~Ý*1/2×ÓßÍTàTK¿{ÿá    ¡íÿ1/2i6(c)%NÿßÿþêÁê"_ÿþÁÜ,
    éä    I'J/î¿ÿð  ù

òqS-ÒÐó'úëÿà"÷¤ÿ  ‰o4éé-÷Ì5÷_þoÝ'Ê̂â̂õ?_ó¯ï†é†¿á1/2öAÆ×$ëÿæQÿ  q]-á¦!ZÚþõþÿ{ô¶ÿ{B
ÿ  *_×ÿïÿêÀ·ßÿþÿÈÇ8  Çhœÿy-$dm'3/4uûÿÃ}?¢Íõ§z*þ1/2¥µõõéo*ú¤  _õÿkÿÚD_  ÿÿû¿(c)è>'

ÿR&^z[å[û÷ßú¦¤>ÿ¯Ñ  ýµÞÙÑzö¸úþ-ëùQ  3/4'3Ò3ÿÎ(r)÷  o×]ÿÒÒµþ×^˜îÈH4-ï§ué    w_[^¿ó(r)  {
-.ô"ú*¶Ÿ...Û�Uͧ~ÂÁ°í"M5k¥¥Z-kkðÃ‹ë¶•"{  ÞíÞ-¥íÝ¯Úôjþ1/2÷  --ÿ"úÞ¶¿í-ƒ  ˜3ƒ<
°dr.G  †  û¯Õl&Ñ(
‡  x0UVÒI-.ÔÏ    ,0"d?ö;V×ƒ3/4

´1/2m6  Eki6"2  ü/Úß...`ÿVÈkI´3/4È  ä...ÿ¶3/4°Zwõcb-+Ù
ð  ,q  l  3    ž  þ  ¯ƒ  ÐÐØ·ª  *  .žÈw°Â

  <
5"º-†  ûa...l,0"

ØN  M...µm8a[    ö  ¶-"á...a"1/2†
¦Gáž>×á¥š6ÂÃ
...ìÝ˜á"Áa...ªW²  þ×]°1/2Š×aW'  1ž
  -‰‡Äîþ+¦Ì  >  6&    8â¯...  Ã  ƒ  †  "'€  ±
    mA...d‡  œ
À±LP"  Á±,!    $v^Ð@@Ã  \l  ø  ÁÀ0Â,pg  &GEè`1/4í&Tb""4  0§  39à Ìæ°Dt  B¢

Áxa%"A¯a0Ÿ±ØXkêx[´pÂØJ
Lá1QLWÛ!#L-$*$ÞÁ3ŽšÕ...\.?b˜"×<&+B#bš^^^^^^   ^^¤"  ) 2ÇD...†  ƒ  E!  ¨0¶
Ðƒ&   "^hX) 0" ÕOa   ó
ƒ[  ¡"Â§
  ±Â#§
  ^Ô&1/2"ÂÝ"¿   ÄTDDDG   ÈDDDDRh " "q   X  sØ!  XB!..._ék   DG
J-+"×ôÇZÒô¤ØÐ((tm)j@'Ûh@"ÿŠP^vâd.ÂÈs{!ö  §
&÷5ÿ¡Ä²   ³Žw  _ÄDDD  Êê#!"È  1/4¯Ûi   Ì‹•Á(tm)\€§ƒ±  5*ÆvN¿ú¯epÅ×;PEs0¥pÊv_;¤   '{
ú#  ÿëîê6$š•ÇÈ>mžJ²£|  û  !ŸH  äxÌ'üqšë6%¨6"ÁÐò  Ì.-NÈ  ø
úúÇñü  TJ?_ÿÿÿïu,'1/2Ia"ûû$Ë'Y±'  |^  $!"ÖT?ÿÿIÿ"   Á  `€Â-  BÁ
‹ˆk  3/4  ƒ
"
!(J 'Pæ"  3¡äÐf2.)8§Â4  3ççu¢1  â  C:  þI"¡²Î^YÑ  â Íÿ_ý6-Ðk!òCÁ0‡á<*xL ò& C  ;Â   ,
°&Å:  J  "$nN`Á  É@Î,',›y±, 3/4"MAš  È´r Ž§'3>d  šÅ/  Š  ‹  "  !'DF^  #‰›  ÔNÁ  ^³§"
-Œ†
Á  ë(  Ðe  ù³ W
"    ì   ƒ?  ¤jd‡h"kDñÄ"rùƒ t!êŸ¢1Þ  Âa  š  a< ð...á
"  xTÌÈ&  =4Â   Ô'¦ˆ  'hz
'ÖH
    ƒ   3/4  zÚD0¤â"-pKŠA3/4ŸÃÏF   ƒ8
0'ƒˆ;
Ñ>'-  "\Ù>  è]   Eç‰qD-¢xÁ%  "ýÊðÈxNÑ'Q-ú%m  ÀØ-n_<&  Ô&š#¢C   †‰GÓð(c)ã"é4þôý
Ò    á  I?_X°Aý  ì/""è â›ˆB
àÁ  Ð m,   A  ÐA1/2  FjÐ#C,
  rà  ÐAÁ,
!Á‰°‰ð2/¢î‹›š"V   š1Ü  <ìK_3   u  ÷‸Î"=  Æ‰ó!ßHœá,   òxå  EÃÚÝ7×ß×û¯Õ$ÿÓmôõÖ,q
m é:N°´  ×›A  ánÂxAâ  ƒÓè'Î°rUƒ   á7 7  œì  Ë"
  ƒ~ß    1/4ÿ*H
Øƒ¤  ÑfÄµ^¿bõÿ[ÿÿëé}u÷×ÚM°*ôÓ ô×ü-.(c)µýéÿAkZNÈ•ÅøOMôúM÷°H&àÇAu}údP¢î£û(r)Eƒý?c
Oz  ] ïõû×Úq  ¯1/2.ãÕšv?1/2ul,  õ´Ÿï-µ[Tž°-ÿ[¶A  ÇP¿...ÿäBŽéuï
¿ú-¿ñþEƒý=G  P8?ÿC  ÿ²8>ý·ÇôÁïZ
þõƒazÿ××Ù
  ÿ_-,úí1/2  ê3/4  ÿ"  A•öA
?þKO*Åøêÿ×1/2(r)ê?ÿÑ  h°   Ñ'÷ðß¶"à_æ¡P   ~ˆ¤¿  üÀÎ¯¯ÿL?æ&ÿÿ ,-Ÿôü"  ˜éµûûÓˆöuÃ
  ÿþ¿iü  _÷ÿB(³Ý{Þa¨ÿë£""ûào~ˆ¡  üÛ5ëÎ  ÞîæW  é  Ëw"þÿ¥þÔõûüÕˆ{i  ü.÷ÿ§_ŸßK÷iû8Û  ¿ÿ!U
è¨ÿ×nŸÿþ›ö-ÿÿgE~'úókï¯-ûßÛÚÛioÚÕ÷±þÿöBOêâFÿÿÿ^-]  }ÿ^ß(ÛVÉþ"][OÛ_p¿¯"î7Ù  ÿÕX`.ÿÛ
.ß  á~×o3/4ûÿÿmëKï^Û"t  .×Û°ÁXa(fÈà€xà1"Å°¶  ³7l4´á"
  0@Û^öÕ
°¿"
',V6É  0'Ù  ØõÉ   ²-Ã(¿_xÎ‹-µ²¯ÿÙÑ&¶Pµ"m}é²
·ûe;Å1LUÇÅ1;'ñQŸ   @Á  bgiÛ
"
,ô#´ÉBvF<ð/f-¶   ²  ì0PØHÐ  my   Ã  a,¶  4
†    1/2†"
&Ã^  V ,  K~Í/l,5°°å  dŽÒø;_í/m;   "ÁWÏ
-"Å¶3/4  ìLûŠb(c)'[  À€N   ¸0¶6+¨ÍŒø0  YÀ€  ±±±@ƒ   Åƒ   DÀÁ  àD0@3  ¡(tm)ƒ
HN  Q   Ï   ˆ6

à@@Ø3 Å1°ÂØ+`¬0'
. "ë lm>ØKÓ.¸2Áœ( ˆ°¡  0Db#àÁ ƒ DZêwL,0[]5Xì&¶+ØL&µaz±-é±
¶B1/2...K"±ULNàØ¦6+íŠõ*  Å  à¨]DDDDDD ! <"DX&œ2)@C†F   C [[ 0A˜ìp‡ÚÝ...3"á"Ð2
0Ïa{°^ &{    ,-"Â
{A,ªÚýâ""#b"8^^^0B"""""'!,  :!
'a   0B"
-á1/2    (c) Ž±           ªËH*äñ ,°-*;P¢df8ÿÿÿÿÿÿÿÿÿÿÿÿäØ
;¥êvXjµûÑN¨×NÓ†Àl...çf†S^  f¡¨A
j± )-"œd0s1"  Õ -   =0ZO&Y
   Âa
   ÊÒÍÆýÖ‰EQpõEÛŠ¨-SN\8oÏëë"| n  A¹³ ›Ç'|¿ÍÍ
   Ñ<  Ipý‹ÓkN¨•·?L(r)›'žÛ,#ó  Ë]×ï83
€·.PBP"  K5T¶õ*ãý}ï¶3/4?\&  ;OAâÛp"áP^·.Y  Þµ¿§%  ÷j%Žäžá  °Ø›?Tÿ^B  /×°wVü‰
   ,ì
Ž0@ó  †`@@Ø0Nê¿×o$ïúšU}-?ÂẤún-ký}HâÎv
äµ5Ã
   ü¿a-4S¿Oé=nµý|C  úöØÞ¶üC´)ÿÿý%í_dc3/4õÿ-}.ÿÖCÓp•u×ÏOé}',\  ÿÁ  _ô-ÿÅ²·_¤×¢ùÇ¿í  _¿Ò¯
   ×ðCð  ü ð°È &?Ñ9þ1/2Rÿ(r)  }+Û¹ ;á  è  ïû¤-ë¬‰Ïé}<ã5¢ýÿÝÚþ ]¯Oè  Ö,  ÿÐ
   þ3/4¿¤g"úé-w¥ÿã¥_ývëö°°êÿ_  æ°Ö×þúéØ&Ù›a""# ¤u"µ×VÔÝ       Zú
Méëü.L9Ø0@@Á  bg
       @Á":`^Á"Œb¢¢¬+fn×á...†   /   'kdú{úØM " íS  "ÆFÀ^1/2Šb  ûl  1ÁÃ6^¶ƒ
`ƒ
   OÓZ´ katÓM~ÅlUDDDDDT  C@Á  aS  É9Ü¡Ð3ÙJ  a    DX[  5¡Q                 A   u¡-°¨
   ÿÿÿÿÿÿÿ"j  Èb"'K  '
†  6!'ØÉóyèÜxËŒÈEPƒA§ÞF,    <!pÐ
±ha
<
†,T)
`  ôF;TNO  (r)ýØTÓ³ƒ4Ú74  nyŸçð`°Á  @Íeu  9žCÎµa  DÇh›°¤é=>¿'^    ˜X1/4
þóù3/4g'$M8@Ú   ûÓtûÿØ¥é  îþ,¯näÿë(r)1/2ï÷ÿßÕ7]oÿ  êŸWÿý}%×ô-ÚÖïïužûý¯-÷þ-¤*?Bö?ÿýý¥
"ïäqR§`Á´4  ÷¦ÿ |  ¯ ×â¿"J.E"þ˜lÿóC´¿]'  d:?Ç"þzRôN  Î  ë†ÿ  ÿ  Ò1/2   ÿÛ°Ýçbgÿ6Q.  ÷K]ÿ
@Á¿àßý<'¿ú_Z¯ù´ÿÿÖ÷ð"ÓÛ3/4  ¤¢§u÷ÿæ/ë(r),÷ÿœ¿ï  ÿŽ÷(r)µHÎ́µé  1/2.°oÿÿ  ¥ý"(r)"*(r)tdC¿Kþé
°°5¡óÓ       ¶  JÒ!á0  ,
þ¯¯
,5ÿuÕµK   Å!"~Á    4]E1E
¿ðÒa¥a/[M  ïµÓÝ89ðØ  ¦)Š¨5M   ˆÿéO  5^Ó´±       ÄDZdðÎša5Z    -¿Kñ¨ÿþY  96@Ï....
Š|R  Sâ
h
   ŒŠ   Ë'pç  |R  Sâš  N  ;ôBd  ò\`\F20_ÿt  (tm)"6*"øâÔûN  †Å"†  0ƒ:Œ  Ô†  2
]×SŽ¡   'Œ  1/2ûÿ]"p  ù    ˜*
tN  Y6ÔÉðf"  !h%ot,
Ð6
   a  dñ¦Hƒ=H  àÁ @àÍM:¢í¢íê3/4ª"
"EL?ÿÝB
ûH/ÿ´ol£¨(tm)¯N"lù
Üïm  Lt  -ÿ?ñ°öûW]Yí´T›wT  é7N=i};  ´Ã×  ðÐ(c)°ô§w}¿·TÚøKú}]  è}ÿÿ¤¿éoÿüKÿ];öë]ú]üö?¶"ë¥
ßŸÚÓÛ]o°ô¹1/2ÿi"¥^--ÿ  ÷UÒ¯_ÿi/ú÷í_(r)3/4×K°ÿÝ/´• uþÚ×Ú×3/4>   íÿ  ¥1/2ÇQ
Eÿ¿ó...¥ß^Å%Û

.lûþ"|Ô_uÿP}Ç _þ3/4Å`ƒíówý¯,- o--µ~
¯ÿÔ ]2+âýÿ÷¿ÏÚnß"Vúö|LÖÿ¿F›ÒðÁr}ïù Iþýºº"öÿ{ûJÿþ› $ª 7ïÇ ý{ÞÞ±1uûêÞßýjýªWÛþ
n¶öêïõoõiÝ÷¯¿ôŸï¿×(r)û{ÿ

ÚVß ¿^Kz÷÷ÿ{i]ù(r)"þŸn"Û"[_ü%kØ5úÛKomi ÿmwÞŸëuôž(c)-X!îEAØ0P@Ù/wÛ^úf 0H 9*o´
›[´-Ï JÖ [õìW, Èè œÎ Í¢* Å+` ²@d @a&(
1' ¦€Á˜VÒÿôÂÝ ~"kuµc¥a|&*""""Sâ.ÒTÓ"Žx rRŒ a îì
Ó´ÉŽ (sÑA<Dq ÂãªûQÿä f1/4r Uþ?ÿÿÿÿå
(r); ; › "çöÊÁkS±8› dS÷ÊãQßŒÞP2É ˆÓ ÑÃ22F¬ã#ŠdV3y(tm) ˆñÁ Ävp > ...gò.w2 ß
Íx= ð¥ó,
G" 'ÆN31
Å< 9ŒƒÂ
Ï:'ÀBpçP§@`Ø§,-
‡eÁrâ
G
Š|R`6 ÉÄ... dX †
'A
PFa àº dX 83áI€¡
hEÚ y,
ž
ƒá
†Á]×ÿA
{õ øCCD‡r:P;ÿÈ(c)*ðõ[þAŠmtÖ Ú õZ ¯ûÜ|Q"'é]"V a"áKê.t öÚvaÈÇ GAÉÜþo"
ë1/2äc'b
˜å;5ÄDG T?÷aHíƒ,ðf }Ó¢|Ã*Íˆ2Ã é äJ.‰ä ~T}zú i 8g÷Aá A°pa Ò
l7 ¦ÉòO#Â B!¶¿È\
4Í > Æ à " ßô
Ôƒ1 ðˆy- ÉóL¡Ó¸l"àäñ Ëè
ÐÐ‡éÐFŒ'-Ð@í Îß$âœÈC¿ý ÿ;ç GÐ"?OzZ\'œz GðÞ(r)÷þ ë ¯^§è7\ } #é=ûþýý¤ÿZÂ~ëùØ
A2@C20!Ð!¡ 32 Ô(c)Œ1/4C 3ÄlSâ(tm)":‹,
º'¢1Þp‰ Ät - Ú_u¤ßý:Þõ×Õ¬ïÿÇþÛ(r)þõ3/4Û¿ëïöûÛý^›í}'W¯éá=0ƒÂa8°ˆ0*0ƒPšªa
K, 8Î ,è"Ð´ A×ÿþ1/2<îïÒé3/4ÿ}_ïÿÿí _§÷þý^wwý/Á î(r)"ÿúµþ‰8äð8šÃDùƒ v\Ù9-z
#- 1/2 -î +
€a"r‡8ü& úmD±ÿû¯1/2k{Õ5ëî¿õ~ÿÿþéuõ¯Õþéu{ÖùëßÛÕ×·¯-}óÿF¥ ÌÌ a6,n ƒ0)(c),4ˆz
Až h pÐˆÄÝDý°@Â!ÀÎ
OÓVk0|{î3/4û(r)ï±¡§úûÿï ßþ(r)š÷ý¿óÐÿïßû ÿÕãV"¯NØøÒtž›¦ëIº~ ÜPº ž›á<
ÛŸÿ"ü+3/4-úß-é1/2¿û_"Wöüoÿu uëíÿµ×Þûþý¿êÞ3/4...nÿ1/2]tõ×õôõuN"]i>¿×ÖÃúÒ¿K^ßƒÿzõª·¿Û×
ÂÝxK[ëýë"ï] ýßWëÿÝƒ NŸ¶¿Ç]í/Nªžß]_i þÈº""ëoß"Ù
-ûÿýý¿]û ›K §þ?õ{o}zÖú3/4í-z¹
-1/4uÓ~¿Ã ººŽ¿ÐÛ÷ëý çû-úÿ1/2†ôÚøKJú Lñÿ Áð¿É þÚ]u×¿ûûôþä Ü0ÿÿÿÿ!Ñ§ÿ×ýWÿÃuUÁ
ß÷F± àø¬'o÷z31/4 ÂjájßüÝàý1/2¿Ñ"ÿzÿ úYN,ÿüÊ?û:¿°sh ¥0?¿éÿßä ÿ¯ ÷Éwÿõz
ÀýëIµÿŸ Ïž?¥ÿÑ ? ¯ÿo²èŽ?Òÿ‹ ßÿþ¿üª# ¡Ûÿþe7;ëúü÷þ¯ï
Ý(r)×
ª/"úx/ýëß¿¿ö¸3/4ï÷1ÿú Ý¿ýïæûÿWýþ&uúÿÿÿÿýþ×¿(r)ùÿ þp›ýÿºÿîþõÿÄÇÿ¿" ëí1/21/2_þ(tm)ôø¯Vïu
ÿò
~Ý=¯Ûÿÿû'¿ÿúßï·¶ÒÿôbWûþßíó†ÿ¯ý ?uë_î³‡1/2Òý¹Ãßû[µ´·lè¿woÖÿêÛI´¿"ÿ¿-Ò¶ýwñÿ§öÿk"]ºöõ ×
ñöí"Ò Kï_¿ÿKÿ·¶Hí+]l'~"d?ºl'0ÖÉÿ¸8>þ¿Ýoí´ª Èm²
%ÿK÷ý1/2ÿÿ¿_ëþ1/21ëúîý[}ÿ·Ú¯á"Û °¬ H 0@Ø0P@Í"lÒa¤Ø-°l0-" 0^Û(¿Éÿ1/2m+ëû],il0-¥ÿtß±

~¶-¥·ýë ¥ÿMð°-á-cW²‹t-VÊ%v _baÁ±Î8¦)=Š^ È¯b ÄÃ¶3, Ã i¢paƒ.0DK p 8 85
a"(r)Ða6 H Ø0^)Š´ìâAª h)À\
Ó@F$!€ÖÔ #¦ËçÁ °!ðŒ 1`Á \6`- ¦" (tm)ÀÎ Í† u# A°`§Á˜3 0x60Â"
80 ‡kaa ×† ö*)§vF:ka^Å ÿÅE M;b3/4!Pi ƒ
, !"ïþB>)Š@ãÿÿ ( ÓBãºD w ‹ ˆN"
0ÅoìR¬RÃ Ã#
A, !± îƒ
Áƒa0˜*Ø_°3/4šé¯¬0·˜u† a ÿµ°š
5¿ï^ð3/4·,
Ô nî MP2 ¡Ê î"0· Âj"8ˆ†võ"ØÙöªU"
Q`A""¤"Zi eAKº
! U
&Rô"ŽT Í 4""""""
! 4CÄDDDDq ÿKó( ñ²C... ÿËd¡ 1/4(r)³SLÊ...(tm)*(c) #2(3h†2ºA›[ù (´GIÀ¡
ÌÈÌ!0
Ã > e Ø.†@Ñ¢)Ä#ä|è)|ðl6
t Èb †Â( 1/4v ÎÔ" Mƒ"ˆp! ¥ó!A˜üì' ÿôÐwÿ! Ã
4 °‡ Ô'èdâ "8
Â 0‡
á
ðl a°¸†Ã9à¤p`!êw 3/4d"ÃÂ$Dy :.nýíä(ì 1Ë¸2Ç,v‰õ={tF8ôJ! þ¿ß¢Q¿w†‰?¯ÿ G "?1/2
A89< çœ ÈŸ2| ŽÚ í < peû5H¹çó|þhÍR.(tm)üß@ Ñ(| › Ðf"iMçœ § '
@ø2à(r)ƒ H (tm)<g š
#øýë-.›*k÷ý¿Ý-Á1/2
é?é
@ °`‰ ƒI ¿×á¿¦ç(tm)þÐ¿ý éÿçi
" êß"ºÿ-ûÿ}á¿õ3/4ú ë§ûëýý÷¯Úÿ¿tœî å¹ªàƒ4 Aí¯_Õ
Dyîýç 1/2 ^ý^õú_é:M× Gºÿ¿ ÿÿø"=íöF...8Dá Èò%Q- >]- D
º&Å*yÕ ³"y¡ E'eÌÙ )× <'õ÷Žîÿú÷÷g×ø÷ÿßÿÿÓwï¯ýzú"_ ûÿúh0D ìÌB,
âÁ
øL PAš $ C AÉ8`ƒBÔ&C ÉÛb]û]__oÿ?
ßúcÕÿ ¿õÿZÿÞãŸÚÿ÷Ü}sÿýûâ"MÚ%l!øAéÇñ. §Ç $í'¸œv‰`h> `Â
ïõ*ZÞ8õþÿ÷¿b£þ#Ž;û¿~8âë1/2øøþÿ¶Tä Ð Ú#3/4
KÆÎôOØ2>ƒ8YÁ,
‰ãÑqEû5A'û Kó † Aàƒ¢ø '...ý}Á÷ÿ~ÿà¸VÿoÒ÷ëþûÿÒøcÿ÷÷pb, é0ƒbðƒl&þ´ 6H A¤ m
Ø\,z§I´ž"u÷êì‡§ß¨öÿŽ L... ü ëëýjû #‹ø_d@xÿ Ù µv,~ŸIºþ´ ÁŠOÓÓ3/4×N,~ÿº]Xaþß }|E
0 ² f+ÿïï º â1/2,#-ÿ È!Búú~ºÿzºÛÿÿÓ Pï} Áû'ƒë3/4¦Îýóv ö ×ÿ 3/4 ?ÒÔ1 û †øÕþô?
ýc¨ÿò ×øŽ¯ßï¡ ÷îŸ3/4-çÄR?Ê±ð^ÿ×Þ
¡ÜÿÊ.[,\ˆ|ÿÿú5•- ÿÿOµ ö û^¿(r)Þ÷¿ï üÇ¸oò <ýõú¿|O?ý
Ûá¿ÿoðw˜'¯ÿõÖ¿é ˜3/4ëÿê wU ÄÇß~>Ù#õÛ]3/4ûúöÝüÅú¶"ÿÿêÚÿüÊÿüæ(Ãzý ?õÕÿßœ7}Öß þÿ_
* çO~ÿ{[ûSûãÿ¶ùëñý¿Î^ÿÿÿ¿ýþ, ýþ×ñ÷-×3/4¿¿_î3/4¿ööû ÷ ÿßÿþ*ÿû3/4ýÿÿwÿé ßþþ1/2-¤ïÿ±Ò_
¿ëÿþ÷i=w¯ÿ"wN3/4ÿ~-^þ- ßÚß_ëûv¶ Zý7
& ¬wÿ¯÷
-.ëÛÛ$jÙFÝZìn¿û3/4(c)×ÚìzßºÊ+!ýý ÿ²..."-sªÛ:.ÿµý²E(c)ª¶
&GA Aš

Á,Nýªºg†ª ¶]A...ÂðÕmøa>Âv þÒÿÖÛX0¿kø%
.y0ÂÚö-Ø_° ,"

6  ö  ¯" ÝÜ0V  §b"AëqLQð(tm)     0D/B    Á8¸ B   ^3  P       ^. F€ Šm&  I7ƒ
g  a

'ñQD"(tm)    !+
$  "ɛ°Ï!
DH  ca,Ÿ  ÁLÁ†G  a   b~Â{
ñ-  Ø3c>
1 fÂ1<  "°Å6
¯Þ§€ƒ
ø^ó¸P¸"ßkiŠŒ z  ¿Û
^4äúŠØLW;ŠØ¯ª}  b·ý¯ö    ?ƒ  """#¿"
[""  [¬(\ðšÚÂ  3  Ð`š
-ÙÜ.šph0^ÂðÂÂR  ¡à!
Ž°1/2...†
¶  ` ‰   ,Ã
ëeÂa    °"2U-¨^^^^^^^^^^a    ^Ÿ"DDDDƒB"" Ë(^^^^^"0B""""
Â  ^^Ž"?ø"  (r)M?ÿÿÿÿÿù  *èÿÿÿÿÿÿÿ•Õ  (r)0TÎÂ¢lI  -Ó"¡Sò¸"G^
žEÏÿ  3/4œÈ  %7ïÎ²:0ŽØøBüí8/¿    f_  ¯Íp:

6  ÀBâ    p  3
P  aø¿õþ‰ÚÝ  ¸3Møþ#åT  @õ"Ì::
ɛ;fþÿÏúsL  èpÏQÊ  ø7[ÿÿm+[ýo{ç  ÄTÇ'  ÍB  ¸~d¯Žƒ3@^/¡    ¥e§7r e8Éòè  "3Â
Ø3/4péýêþ¿üYñÃ
"'  <!¯B  "  á  d      "
ŽXA^¦"  0A(r)  `ƒ³ÂÚ"É    2`Š  à€0x ×ÿ¯Õþ¿¢N4JÞþ  i...,-;    Åhž0ž¯Aú
?ØÂ  ÿÖ¯ë"ûàÂ

y    ƒA,Dý  ɛ²CÁ,
,40g.  nO  1?Q|=  7=%  `  X2sh"  Ü2ø¡Ô  ûvþÿ}xKè<&üi4Ô ñC°    ú    ¶    "è
ú  8¿KZ  hl  š  ^{B5¥pÿõ¯\SÒZ_ɛŠÜ.°.~œz1/2ô(r)ïzÒ
Úiw
Ý'5ûÂjÒÞË¥ûÒëí}_-'ɛ÷K§¯ÿÝm  è÷¯Xn¿  û¥  __÷}WÆH>ÿéÿÿ§;  :(r)(r)óœ6êµöÿû§ë"˜>  à†éwöÚ
kÿÚ¥¹Ðû÷š  ðúû8ßÖK-õkî  _õoëÿ¯ô0ßþ...áû·_ýÒàKiýQs_¿:ƒ¥Büi  ÿò¶¿ÿÛ÷¥  ïÝþßÝ
ƒ  ¯¥*õÚM¤¥  £  Ó~¯Óÿ*ë  iuý...Ýi~þëÒÿÿj_ú}{ëŸOúÒo¿}"¿m{×÷_ûûÛ_ÿþÎ"þÿÿÕ¿VÉɛYÑuÓ
"+I×ív  #Â°ÿ    ƒ  É
ÔÓM.-u¿ë
†  °TÍ¢p]1/2°3/4·  °V  JÂïk¶  †
0E=6&-ím...Ó"ä[÷itø%;N    ^63àBÁ°Î
ð.h    !
0¶6³Â¸p`  œ  ƒ    2â°Â&87:    j1/4Ð  ƒ.0@Á   D¯|Qá   `ÁIÁpDIƒ  +TÈG°_LWî;
¦+Ob[íŠŠëðÁ_ìWÿ
ö)~¡"åAJ  a      "  pÁm0Du&¢Á  ‡
ö  Ó    Nò
áSCÓ[  ïA"AKÚz¨Q  ÄDDDG  %~~~~~~    ^e/À"Di(Ø  zÒKRÜ265  -...Š&Å"ÇÚŠ†S  ¸,  •  ^^ÿü
`  !  D  "èÆDhB  ‡".
åÈ§DtGGAN
;
ô  L  2pØ^-á¯  è)à¥Ãa  O´Í~x@Aš  ÷•R3  G  ø¿D  ¢c´ÿÿúýNþã_1p@ð  ^^9üÙ

DEâ<
Á, b.ì"s  i¦ `>`Î¡ Â¹ ÷ý6"h ß‡zÝÿ Éðg"Á @ÓH Þ
Ò  ž `¸ÿ_ÿ]ý8þÚTÛúẂºS³ (tm)ô/_ÿý1/2ußçúµIÔô¯º "
 ~¯¸þ"ëÜîëÿn"ý)‡î"'w÷ÿÿÝg°ßÏ"m}*ô¯Û\Ÿ0Ë K]¯¸-¸ãßØ÷·"þ-}ñ
Õ'À¯m!Çéôß ÿt¿ZK}Òß ¸
%ÇÝÓ}ô°ö̇µzZ÷Ý~Õö?W}÷ãà‹û×ÅEíî¿šm/þ1/2~ÿô¯þ¥Ç}Š ¨ ÅÒô^>dU¶é ûw?t°ý...M÷Ô.ØJô oø
ÿ]ë ojé {{Ñ+ú_OýÚ'"`û¸6›ÿ÷n›þ¯Èî¸é ÕëzÅ=/Ý{ß ×ªO÷üá¸þïý 1/2^ï¸¯á#>×-ýí.Î(tm) ÷úƒ÷IÛ
¦Êu¶ÿ[T ¤ÿÚÛ'ÿ'W uõ"vá}{arx é.Ã[]zxÒÓZcÿö [Õ(r)Çá,&86
Àâ Ø¨ï 4Dð`, h+@...t›`×È¨#

GdO#§{±\Um1QÚÝöÖ ÐB:¥b-þ ¹4
°›a ¦ºz(r)šU }...Oµîñ Â ¦y`! eB
 j8 ^Ò(r)¸^ÿüÊ1/4ŽÉÉ E lR¸eCÎÂÆƒ2¯³²'ÿkÿ2S3q0Ž(tm)tG 1
¤AœË"< ¢tGs"ð›> -@ã²Øìø9Ý'@Í...( ð†Â, <
"/ Â Â
fÃa "2àÞäRÊ-
¹ÚT 'N-¸ï ñî ì'ÿýúÿíûîé Ú/¤8 "9È¶_Dð¨Éó Ééü¿ÿÿÿðè"F_
'...œz@ï}
í
Ð¿í}þÿÿà^üãû1/2[IÿI×§ûÿëžf²ÿÊúep(^zäÄ¹± íuþºu,#ÝtÚN1/4 -ÿ " Î
†& ƒ ,
 <Û DÎ pŒ
t hE ó†j 3ƒ5 P3Äh "!Qv} ÊÈàá'H"á+"q `Â
Ùžt 0(" Pƒ
"ÓÞºn jé+þ-º[ÿÿ ,¡þša \V h?Âa
Ð"
- 0 ØA"Õ40ƒÂdT Â Aé(r)ƒ á
ðƒAúh?ôöþ÷öÿ§×?û ôFî$Ý¢þ6¢~É÷Ô"7 í¢|Ú é§ c´J p‰ Dò‰[bªT
Õ ¸xDÇ3/4‰óDðjƒ%onÑ;a" &ê.oµéÿ§ÚÿÇ1/2¯ ñÆÏH2s Áœ lC†X(3ò. f
 Â
Â3Ú bàÏÈ¹²&´Ú
CÐAá
@ º` :.m :.Œ' A³Ø` A´ pf.\Ü £A a¨Z 71/2}ïët>ßJô?ßÅ°xN°"jº ¥N"v"Ó¤ §A7 ...Ïºé�Ò
Ðt Á Ò ºwA
§A
éÒ~ý}ú×ßêø÷ÿZ¸ÿ Ò1/4%ZOõ× é°zúz¨žž1/2ºuô1/2[Þ¯¯1/2ÒéûÒßï×þþÿ__þú
âîþ¿ß°lwéôžßêê=úêÐÿ ¿VöþÿoÉÂîû}Î̇Ò?ößÊ ?Ž÷÷Uý
-
¡×Ü1î ÇN¿ôßÿü_ôu8_ÿÎW"...ŸÿÕ ÿkð¸÷ÿÓ¸÷-ì,S}Hš- J{(r)¸÷ÿš
[öq^Þ...ÿ-Þ"z^íü/¸ú'ŸæÓ3¸(tm)Ç,#Ú¯üÆ,?í yö ˆÝF
ÿù•?¹1/2hG¸ÙÒ÷ô-v ãæ: ¢éþÿ@ ÿ¦Ûÿ÷ÿ Òù >1/4 ò,Œ
-Ṏÿ_¸*³/4ÿï~pøÓ6 ÿ ÿ̈ÿÒÿÓ é̇k¸}yN ¸ò
ï ÷Ý ̂Ý{ÿÿ8u~píþßzÐþÿ-n×ßÿ1/2¸oúÿ1/2û̊í¶%‰aü onèn3/4*ßÍã-öé ÿ}mÿßõ ÿÒÞöÿooÿ1/2oöÿöÒî
Öê̂Û̂ô¯è*ì†̂1/3/4*cí¸ØÛ̂Û̂Üÿcúô̊ÚÝ!ka s§*ðÉ ýÝ6Cûí¸/3/4ÒÒ̂Ö̊l'ì¶HínÒµl-š]°Á7÷ô ‡û°Ô)
 ï̊{
·iÃ O°(tm) d÷°Âì>Û ª² Û(¬,01/44¯a$Ð;VÒ‡¶ ƒa,l0 æ"aa¤Ã

p li̊ª,

Ž,"ô",Á°fÆ| BuŽ
X0Sa°
"@{ G"ä °ŒA±, @;
°Œ H
3a þÎ Á 8 ±Á,L qO ñ±@ …ƒ
Ã E1ž Šbgl q°dqA
cb1/2" hA¡ þÇîþ ýüWá ...ì*b1/2Šÿ
ìU" ;Šb- _ ÅSU°šâ˜...$é,aV O¿ì ¸2 ÙX......Ó1/40šhŸa `"A, Át H¡Ê) "Â§
A,dc(c)ì
`"f & Î˜) tÐ0A",&§ ` ˜(¢€ HÚ (ÄDDH ˆˆÄDDD3 ˆˆˆ -`Á ˆˆˆ†Rc‡ ÿË@Ø ãÿ,
...é'Ás²@ÿKòo"ˆ"Êë @†ÿÿ ÿ_ÿÉ%;V3¨. ,è› †!-g2 &C"œR@Ï 8€ˆ.,"r A`$ @×Âa -
@¡2ä a (c)"¦|
LèÏ|MtOš N!§...D¡ú/ž ¢æÚ g m ŸÑ~Î˜Eä /h¹²- ÙÏ s l17h&þ¸O :A¸¡ è
ÜP‹úA°ÂzA¿-[WA<*m&êý.¯_×˜ˆø-{u_×û×ßþ"4†ž·§¢
uõý Þõÿü! ÿÿÖp¿×-ÐKûÿÿÿþõhº?ÿ¿ÿÿÿÔ'û¯ªþöî¿Úëþ¿o¿îïí ×ÛþÚ_í';!"Kt›KÒûKÎ kÙ¥"`›a6ÖÐk
%m"áŸ{
%ë
ŒpŠ v3 b˜a&
3 Á&
Ž)˜/ ¸630aŠ PàÁ ñívÂb˜...Ìâƒ ¶¶ Bþ [ Ì`Œ¬&Ÿa5A"Ó Ê0
Úˆˆˆ0Dº ý`ˆp Çÿÿÿÿÿÿä ¨È\v*(tm) DsÚ¦eXr$!¨InFwH›$ˆ\W 2n\S²¢ (tm)!b
r°[ÿÌª óµ°¥`ú_Bð¿ô‰òÿë}ø?ª%r(¿á *ÈN×Éßðrn Nr ^mÌ ¦ çouó²áI/'¿@"Š
;ŒÈFÿý;ˆãÿûé7zýýkÿû(~8þ#ÿïþå{
KÎêQ ¿u¿ÿý ÞˆÇ,W "F¬"fòRgHÚ%ÆNFÇ ä\SP¥äÁ
ä`CB(#á ¯W¯ù Œ‰£^UÄ¨f#µ;"ã(ÈùÁæÅ)ú<ÍcÎ ¹ "`ˆ0‰Â5
‹
dá
¡lÌB, X xAŸ @†DÁÂ ý?CÓd¬² Íb˜Èb
pd¢Ê˜Ê32%B Á}LÑ 'VC N3 ¦] òC<2 ¹T HÈ¨ ˆ.‰±Ha 8 £2)ÆH â' 2@CB
! Å$
ñ ð†a Â
,"'ÈbX@Á
Ú{á0ƒÂh4? è ÜK Ad ¢Q"ú.o°ˆÜ?D(r)jþ < a
!éž `ˆJ `äDáÉ8a "
"`B B*(A" CB
Aä@†"lPD
œP˜AøM h0š$àÁ
i"4ðš"Õ? "Õ (c)Ä0ƒÂ§ÐDQÃ!Ì˜ëL'...D¡¢WÁ‰xÎ²
š vHy*rÿ iA è&î'ga" ,
AÒ´- †‰E 3/4 qÝ?AÅ"F8d;Ô ÕBax-íB á
"Ñ' ‰±¢ýØN-5 ¢Q •¸-y§Aá} †‰@Â'ìÐ Ò_D-Ä›¹<y KžƒC õ öEä^P m
:L ü"¦Á¡z
/O"uÓçªK^òý A¸ x@å ÙObn`Ì' 9°d3/4‹>š‰ù¢~È1/4 m G.s(r)j0lë¢PØ›!'Ž'?d‰ ( ¤
àÂt l¡¢áƒ#æŒvC'"

'H:.l'#dô
ó OA Â
× 6 rsÁ

é    úxA¸1A=?      1/2&ëú{þžô›ÿúV,t  n    ðb á"Þð›a=7f80ž n(i´ ~ v    ÀÂmœ  ìP
ƒ  ...¤ìB  ›ƒ    OOè
Û  .ÚN"Âzé°Çô›øV"Õ:_¿]  ý  O_ß¶/Ý'§Ý'.°  I´´›úÒzIÒïzA</I¸_ý]S{×¤ÝnÕuÔtôßî-Nýú×WK  ÷Çÿ
bJ~-¿tî(c)Ca  ×Çë§ú  ¯êê...WÝoÔOé›"}qÂP(r)¬  áŠ·Mª  ëÿy^_þŸ  C¨èzõõäRÑÈ9Oú[ï } ¥tñpèk
ïÕÿ  êCŽê:-"ÿû¯ÿªä¨:    ƒœä"¯ÿê˝¿(  õõÿ̈ÿù̀g(>û
â  Bý¿Å  ü7ß1/2  èÿúúú-¿ûóÕ  ÿk²  ?ïC÷÷ï÷ÿü/oïÿ0Oý  ô  EžD-ÿ]7êF-/(c)  œu  ú  ¯ßÿÿû¯ÿÿÞs-9
Jÿý"̋G  h$:-)ÁßÿçWÑ+úÿó    ÿÿ M  ƒö¿úMÑ¢
¯Î(ÿoûÿ÷ùÉs¨ÿs+þÿÿÿC"  þ'    ÷úé÷þ    }?ÿÿ÷[~¶ußÏ̈ëõî×ý;ßÙ  ¯ÿÿÿÿ"ÿ¿û_ÿþƒän×È"  ÷[÷ÿ"úþ×ý
÷ý  ¯ý_Û(r)¯äó££éú"Ÿß_uû_û*3/4ÖŸþ"¯ï1/2<§Þÿûî¿´¿_é~ÿûû²ß¶Cûzýoí.ÛIPêÿjÛí    ÿÝ  _ïW    ÿ
ûkÚßÛÑzþ-¥ÿ{"m-¯Å[û_m.Éÿ³¢Û!ö1/2",ao£;†-,,z
$D  vFêõ  ]A...ëv¶Cfl/Ú_kî˝ÿötM§Ú]ÿõ¶-Qê0̂^ÔÎŸ}¯ÃI²  î¬'Z¶-ØI²Gø_l  4
A¯/l.Ã  a,Ÿ  Á#@aŒ0@@á¸'bEu    ÅlQ8  f
1_  éÛM°¶¬0¶s[VÉý°-°ÂV}e°Ê+l  †  á...¶  #üžl.ÚØ("%œpl  ±ðÒƒ  ¹-&  H  3a#l'l
  ƒ  "Ž  6  "

  Á¸  l#
  7%"  ò
ŠŠV(ð@@ØÈÐ.ÆÄ.w  †  ±ª  ×XkV3/4aóP@Í  dcƒcŠŠ>
  `Š  ›PÂVp  ƒ
  $    °ŒQ8/
  à€  °Î
    ì  ñGÀˇ£@a°P  ,  Ã  dnŒÁ†
  LRÅ±GÁx¦3À1/4lWÓ  Àb¯¦&vÅ¦"¦)x¯ÚØ^ÖÂkÚÃ    '  vxA"3ØB-2
⊕B-    ;Ø-ö    DEÌ8¦+b1/2-  ¶+bƒ
  ÖÆ  X¦*›I...Ð`1Ý    A...1/4Î
Ã    ¬0º#X`ƒ  ð×¸a  Ö  &S"å
Qr1€¦̧
!    ÓA"Ð20Ïa  >  L  [A",  °X`ƒ        Ì9UA",  °ƒ      ÃR‹,
õpÂ
  3-="  B"!'H,s¹C"8A
É'(p"  [  "  Í"ä    DDDC.Fq  D†ÄDDG        ĈþÿþZBÁú÷Ì D9±a
Ò  PB  g-Ë¦·  ÄDcÿÿÿÿÿÿå6UJê¹l-}K@8¯'äX¿'a¿(tm)+?(tm)  ¯;(̂Â5  (c)'Ä6  s±0Á(c)"  (tm)    ìË
5"  îó¸ ø(tm)*Î̂  (tm)  ...Ïïü  ¨¨´"  -  &&;
  ;Uý²    'ßøßº/Ÿ-==-,;MWrû<"£f9
ÙuÎ Içi"?  '  õ›¦Zäxvœo̸Y0›çwÿ_O"é´  ´  IûT±¦  ûÎ·÷÷;  ÿ"  QÕ/ä""
"#²"$ÉÏtH  ÿW"
  '  gÏœC,ÏÇBLÙ  E¬    A:§  Èù  üÚ́Y;83C6)8§  œ)‡  <!  -gB    'ò9  JÎ
  ¯D1/2[3 A(tm)¯@ÉÑ
‰  IÅ<)á
¹›"p€0@  "É  â  76("
î?Vf@ƒDœ5    ÌÄ8)á
&  4
  ´ðH    <&"Gÿí0ƒPš¦Ÿä†  iš
B0ƒÝ
  ¿]  Ð`ÆÆ  wñj  z  OAá
éúêñ
!¸L"Vñ  š"ý  ·¡-  þµx-
‰pÜ"á¢xÄT

§ÄZz#v°'i ÆkÒõ¶|&ÆfGÞ
ûÈÜNî_C&:Dýþ‹›Ñ ã‰¡÷]`Èù(tm)(tm)›$HÜ¡ mS²vJ2ý'4]£!š´_... ó d..."ö Z²ƒ
ƒ
'$ @Ø‹Éá-dï4Ø3-.Ž›@ "   a:ÂÓƒ 7M"H'ÍFO3W
&ž 6Ð Ÿô s¬‹$ 83˜,
--Û =‹ œž` {M8‡é"T PAªzNCŒ±]è7MÁ¤ÛkÓN!ô k¤é=¥""§§b ¤ a¥ÓN?
1/2›-é°òè% Òé°n'm˜°¯Òn:1/2'...ýïJë(r)"m ÿõýÓ÷øI'§§¤œé6-Òú¿;Õ]Rj õu}ÓÓ×¶-Õý|o^ýIÛi›ôût-±]
WêtûÆÒ_ý÷
-´¿þ?øú P¿Í=?ýS±_uñÎz(r)õØx
lQ1/2Õþ°ò¿ï ×ØIpöÿõØ?ôpýÚWWýíe$-¯ŷû_æ€ÓÚýB."îûþ¿üÐ ÖŷEr¢C§(r)*kü/3/4ü‡tÿøÛo ÿ^×
Ö ›@/3/4a¯ŷtÞ?BôÿׯrƒQüÛ¥6ï_ý?ð^ƒù"¿Ï7ÿ÷›þý?ù›øŷ°ÿý?׈ôg á ŸÄSut Û_þ´ÿæG-&ûÿÿïþ1/4
D{ý ¿¿ÿëç Õýé7ÿ ÿ8{_ç }×j ý/‚8=moëÑƒÿõ°›ÿKÿ3/4×ýúW [i$ßúû-ÜÛØÏÙÒ×}&ÿé Ûíkÿ
(r)Ö×uVÿõïýµü }ŷõµïÏ¿ý{§`Á[:#£é.ûûÎ&ÿí›éî'"
/ÙHÏ]1/2+K†'Mÿë¶Cý†Q‹ /Úíi~ V-ØÎ&ÿ1/4-"&È lA øaS×n J KmRoÿ
f"
  ûa= ò sª
O"'á¬0'g
$" ö Î(aP0@Ø`§Á€b[õ³6(tm) ,L % 0 Ã †
| `Á#Â"- # í§`¬3ä    Ã
a›d‰A 4  % ¬0 M GG xpá°˜‰¹)†`lŠ=ö)6C1/4&GÍ^Ã ².
!HPDZ ŠŒø0Å p,þ 86'rT c     !ÇÕp 1V...1PšÎâ î+b3/4¡Ü8 Á±±^; Ñ-
...w;Š Ñ 0Å Á¯ñ[ ÂnÂ4 ,Â
qMm4";...;"á'°þ×L/acûM4Õý¬0°ÂxL^:"Ø[ ...ø`š|°Ã

auþ Ø Á4ÐdaÇdÇì*Ã  i¬0°a (r)ÿé|ƒ -ð(tm).¶  a (r)#Ž"'",":


žõ^•4
! qe """"""#^²Û-Ç      DDGâ"#˜ø ÿþ¿úúúü·O"(r)É³ê³M£ (tm)" ...n ,!C
  ÒÅ !Ã!Û¥Ž...§IÕ}v "Óµ"Ž^Ì›`' ùk
(c)6R‹‹Â'2¯C´±
Ée-Ä
ðŸë ¥d@É±¬v¦
†ƒdPG ÎÒ
c% D\ƒ× " ø"p†Ä5¢è§Dx1/4m-Dt\BßÁ1'zb,& §a ƒ@á |gÂ
  €@È÷Úä€ä0Ñ ;tX Áÿé€ÁàÛ AïV1/2éñ ÷} Ž ¥ÚˆŽ 0@Áw¢N ÷ eû$A ÷r pôO
ÌD ^‡"CÈ)Ë \Ê} Gè¹ñïÚ£U?›D3 @ ü n¡6fÊ0f£ b0 ÿà^ô GÒqi
zOÒAý{÷ÞÒ ïì¤÷Ð Iÿ÷¨ïÓ (tm) d\(r)3/4Ïu×-ú^AÄ
"ã$ ‹î¤únûoéN†@¡þý^°¥"‰"áIÂ    , P
Õç 3  FÅ ÿ éÉÁe8RqA  ;ò€'1
,,
ú1/4ï÷ý°A"ŠpZÿt°þõ"-ž O¿ü'§ÿÿÖ z TÙ |ý?êûûþ, ì9è öüÿÙi ç"OÙ
EÝ 7(rP Ž±ë &É¯ÿßÛÏá°ÏDù' ˚.l‡ É?Ñq!úÿ¿ùèlQ?˙Ó j 3/4Üéþ‹P&øA·A
  6!¡ Û"X&ÓÿÔqüPA1/2 bƒ›þs³^Da Ò KWißl m°_×è"ÿ¤ Òn
+ÛÂ]ìè  ýtŸIá
A3/4Õ_ƒ ²8OöÿË¥a¤á´(r)6›ý_ Tý7[ò%T ÿÿ S}7_Çõ Çþÿär
ÛAWì}_ío^(c)öA
tí~²cž ýw]SÿÓPòGÿþáƒ  æìÿëßÿ Òø7 þÒ¤ü ‡ùûjõ¿ß:$€þ3Mûûþ Ò¹(Õ¡ýÿCÉ ÿÿÓý•ƒýGì¿÷ÿ[

¥ÿ
Õ þ1/2ïù]*ÿó-×} ÿÿ ðDwîÿÿÿûÖÿèŒ íýûëù´ó * oÿ1/2ÌW¿µß·
ß(r)-ÿôn µþ¿FGÿúïÕÅJå º3µÿÑô ¿ÿµ¢YÞÚï ÇëãÛ-:ö¿¥ÿû(r)ßëþ"oÖ?Ý ëm/ï-*ÿ÷ÿ¿¿ÿé þÒÿ
K3/4-&ÿô(r)¯í¶¿í¥þßçWOÿí¶-Ú[a/í|"}{k3/4ë×ÙÑ$Ù(c)ÿûÿÛ$m¥°Â[
%Ã]µôÿ¿öÊ+^ÂÛ
+ü/§`¶¬0-Æ(c)?
+aRm5UL& 3A ¬0V
$h
0`'˜0ÅpÂ...D^ Ç ,ç ª(c)C
Ã
HÌ b‰Ã
† n
ø.| È h< ¤ð(tm) †‰ Ó lfÄDSÁ ¡‹A¡v\4
-)Š¶+h ŠTõ¶ª1/4ð.N
[ Å(b•¬'ÅZï[@ˆ^¡\S "]mUðÂj˜Xas
¿ëw
N:ü0ƒ
a8aJ ðS,ö¿iœpLˆç€A,ø\ð M4""5# "(dÁžZ á 0"DDDDEœs¹N(tm)Üõ ¸@ˆÈDDDDD0B""""""
""""""""1 ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿ)ƒ^?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò Ú+)¹ÿ¿}Þ¶ÿÝÿÝÿöþõoýÿ}ÿ ¿ï¿ÿ1/2w ðˆë xDuaÿ¿ÿ3/4õ"Gûïÿÿ"°Uÿ~°
GðxDu¥ïü°ˆê•ïƒÁ | ðD~¯ÿàì ¦GV1/2ÿ¯ÿØ~¸"ë÷÷þ¿ðþSñë ]RKÞë_úÿ
;UDy #ð"" Bz¦þc³%Tƒá" ±QÁ ]³´¯ÍK+ -}š "_]3'Êáð
(tm)à "ˆH œC4lïïÔ,gq (c) Ix"?Ý ...¦| 4!(c) çcõ"-ú÷ú7¹>a ÎO(1/4l"4 " æ ¿"â
AÃ#Œ†EA ÈëŸ @õ²+ëéeu´Dò
ŽÃG¸=tðžƒÂn Á6 DÇa Þ N qfaM` |PL&Cd 5³£ï¿3/4²Y•ïôíOeu 3/41/2ºµÕºxP@ô "'º |
(c)<ËvÉÃO°(tm)ðè‰Á" 3Í ! 31\¹
{¯ï·"¿¶§ó(Â Í " ýþ´ÕzÓÕ¨éStð(c)´ 7 6 ø$oS{Tì&áBgÁ ÍYøÏB AÜ... C ì¸Ê Ï4
œÎ¦H,Ð ŠŠ¦¥Fše_¿ÐºÒ õ{Æ1/2$ *zééé¸Xáäñ¢û' ·¤‹Ç'måßµ'G§vƒ>-Å"Â E
ìàS0¡
†ò: ±ÔˆC:¢xëÃ¿÷(r)û ¹ ì\"ý=í"/‹ýXq]Ówûi6¿itô4 Jž º Mÿ/Ú/ŸiÓR7ÉŽÕ #•"NÓ
0ìøp qžx!˜S¨!˜Á 3 œR@¡<ÄO"
7 ÷±£_êÑîÓ ?Í@¿eg¥ò0##£†`[¯Ð0"þÁÓuí7Má "îé> SÐv ŸQ¿
'@ ´yÐ@íB '(tm)¿GšnHµ Ý¨T
ð'êtÏ ƒ Ä2p...:.) (tm)ªAœ C " ãi"Ü¡æx"‹-
Ö¿5}Bl>*º§ âé (tm)ßm ¿éÛÿ¯...t "ÓMÓï
º¦éÒzy>Â{(c)3/4‹ÌŸ8Rñ¢ó6d-°·[‹í8ˆiÙÍS> i A Ì ˆÆC2 îóËÖÐB
(c)W";(tm) (">ŸKÕ×ÿy} ïôÿô·õnDþ-PÖ¿·œzýßÿ_--/×_ N×ôô-ƒÂA;AÂNÂwîšDîòVÑ(ÿOw¦(tm)à
DÍæb
Âh;#Œ ZÉ
ú{Ð Ü84¿"ö¶'Þiú ³W4eWÿ-å9Ü.(tm) j/é¿û‹¿Þ÷¯ õ_û÷¿¿é ´3/4ª7 mU-Suû÷‡aBx
Ú'Äñø°FºJë79wûMaÚÄ4ï< Í&hd3-3/4á7Ñ¤ø0I† Òµ÷_áWOwoô":Í[
×R\}oiSÿ¤Ý?Õq¯\tÜ^‡Þ "íÝ, :¦í i=v'Âêžº§èò#¬÷ÂzPÒ 7$ïÑ(h ì"qiô÷´ðƒMS á
ÌÆP5rA';,.¬qPÂPjÃKØkï§áŸ(tm):~1/2ÉÕù:Ûn¶Áýµš,º"êþ¸ÉÙÇ
ÿÿÒûü
ÿG~h •×‹'h ïûß-Õ xôßŽðƒ¥Á: A¶ªO3sôJ*Ò&í
}
a0ƒ¡ 3'F ˜¤ìêÌÙ
šš

^f´Kä+O" ŠŠbŸŠûµ9/v  ÖÿNÕÓ£N-tƒÿI\%ûâ  "#ß$ù
:î  $ê"TNÿ·º"
]ª
    wþ-ÿð×÷ü  ÕƒÓ§õz´žš"ÚO-
ÚÁ6‰>- &ª  mBv`* G  gÃ¦  ñ  4Ì   Ó7~‰ùÚÊ*)c, "C  jâÛ
"aXaoá"-(kÞÚ¹uÿ]pÝ"§ÿ§¢~Š  1/4  ÿ17S'ÂøOÿøDQä1êž /êõµ   ÿÜÏ?tÃCÍ*¡WI3/4º"Ý¦ô'm  i'C
n´%oã-oEãùvêÎ,€  éá4-SMmM
#B"-"  †Ø"Ç~Ç  ÅqQ_-Ô5íÓ]fIé{[ý  ßu¯oA  é6"ÓƒýKPäõKþšº_þ(c)ê""!3¿ö_    ×1/2vºõ1/4'W
...¢(r)¡=
ª{¨Aà'+rxæÇ%  "Ñ  îÓ    Óz"  B  1/2  "  d‡N4  [[µÜ  JD-Á¤ï
%·v  -ö  ^-43/4÷4-4Ìíľ/×WøàÒÝêÚn  ûkÿ\¯ú1/2  Ìàõé]1èèþ×þ  xÛK¨(c)
DƒÊ-ÂatËÊÂá  á"|à'~åõn¢1á...O¯    œ  (r)  h  ]1Ã1]±^Û-êîW"
'´ž  Iµm.×xk  íug=Uõtsvľ?ø¯{~  w(r)÷"û¤Iª"Mõkÿß-Zò  }82‡ê¬>  O*×Kz(r)ºÞ  *zzz"úïÐ¡Ö"DDA.
.. 0"4ÓP¬4"Ðµ  V>õŽ67b1/2ƒ
Åÿ1/2...3/4  ¤Å
~"Þ×-.äÿßZ¥ñ‡{þ(tm).
õº(tm)ÏëÿÐôÃ7""Ð°Á"U¶""iu¿{ôíS3/4:  G?ú@žøÎ  ^^ƒ8opÂÛ|4Ðk
bÆê°Þ¡ÒqV  ‚â¨ik
÷ûû]  ¯^  wš^-p[¥1/2n"Þ"ßçDø+ì-jÕ¿‹ßëCþºõÁ:ÇWKxø^hDE¡  Â
-¡  a  2Ã0woØ  ¯ª
8cß§_nÓ¨Â[û÷a=¦Ö  ]  ³ö  ÿÐiuÿK"Vú%u  ÝÞ¯UJÿÿ¦ÿ~F  å:ÞüÆÝÄDDDDZ
   f  aÛ¦ƒ  a0"\iþö£uûXl_ÆÇÔêtÚ÷Õ-¥×1/21/2ë  \µoúl,¢Éõþ•  Òü  ïÓ~#Ž")  †tà†"EÂÂ"=tîÊ¯Þšß
0Iƒ  ¨"öÕ°¿w(tm)Úÿ^Ñ>q;jüTº  ïE×  ûÿ  Î¿Z÷ÃTDDDE  a  ¤
' v)Šb"]Š
WÕ¶¶¶-ªö(c)í-Öõ¬õ¨H_ºïü  |>î¸ô"Ð‹BÐa  šwö±[cbØa-¨îÂÞÚØV--_û
    ¯ a/¥b    ·c-Å/øU    Ð°0@Ë,ÓQÜm¶  Š†¨#
°Á  ýµÞÛ mÿ  ·¥T
ëÃ¥B"!"  0›dc"a+±±T  ¯×¸0-·`-
    î  ,4"vÂÆ,·†  8hCŒ  Â
"Õ
    an´  ªvÃ  ±ôÂ±L:jÖ*""\DDDD4âí  a  ²8†-ö*vgÂ   Ð0B#A¡  ªM"  ¨Œ§  !(r)Öw(r)y-H  èIGzÙ-
·É?Åhĺec!h¬^vQ6²F"nâ£¦    §  Ž¡
ò'H3ª#e  0û  P´_3<`I  'ØqÒ"¹Þ¹ÚÓ‡Õµ/&U,*  Î"ÓÒoZ²DÚêvc³°4Fu;J~ÓÑO21ßdâ•hŽƒÇ
ÏŠtŽ¨-3S5dNªh5ÿÕ¥úWeq-gjÏëkø ì&^4  !  {Ì¥  3Äé"
Ð!õä"s
'  jí["¯z]átW(c)¦Â#¯ÿZN-Ó¢ÍÊ²8þóFD-Úª"
AÊPÈÁÅ31¦PÈ   Ý¶-äù  ¬€  ×(tm)VÉn-W×}ìÚ§"-ƒA¿ØT  'Ô§ö  y×EÃ  5î  za4Â`ƒVè î‰
^"5  AßÿÒ}êÿ¯_Õtº¯×-ŸQ òÿZ  :'  ¨º  éàƒ  ==  {3ŒÓ¨D"ng  f
*QÒ%)2  5dñ›!3/4Ëµ¶¹ÛÔR*¹2H(c)  ûØÿ_ÓOÿoii7V3/4ðƒòú,"ç76EÐ)ÿµ7¹ºÂž8OÕ´ -ªv  Ö  3<ð
    AS3  ¦  1 a4  A‡  2"Ûii¦Â]2-•O  ÿ}/úwÿøT3/4-"úB,1/2'J´  ƒªv'm&ÚÛç픺¢íÕ$  ù(ÉÆÓTÂdf  ,
8‹  Â  "É²Ï
 B  °c·¢  ×[þvQ-zÓÛ[÷~=j¿(  n(tm)    :êö¶-ë!Áƒq誟ÙÙmÿŠA
`´(c)á:  ?èÙ-o""\)  #k#-‹¶ŠþƒR08M=A  g"£ùwjHÓ\Ê¿"ÚÝ먿Òwûë"¿Á7u`ã¶×îÿ÷µ  ×þ¯B§úznº, '§
ô't  ~  p'¦áKà›Füß,
A6(c)Ò6Q1ðÂ{ì&šhe8ó1  ÆP3(c)    (c)ÃN  (c)¶u1/2z;  ÿºþÆ3/4+Ëð-ñUÑ<KÐ7U×¡Úàõ¤Æ
¹] a  ï÷¯(r)ÒüR×[k‹äï¤éUjÚ]];ê  m
Ëü1/4ÕÒ'  zB,
ð"  |( g'  *a51  f€̈^áA  3  ×¿ëû"Ö¹  ý

ûü ö¤
ÎžÚÿ]w¨7(tm)‡Ø ý·³ ·kO¥,oÿuwÖôÝUu"ú÷-U;ZA¶ MÒÂ-ôIèŠí ôÓo]T 0ššÂ "¦D pË£S†ù
ß 2"aSÞ¶ßrt-œÿ_c ´·"õÕõÈÇ3/4ˆßÿî¨Eó3/4šIÞÈ@ë-†Tr Y ÿ ÞÕ§ßM(r)...lk"ûÓï a
H-O 7Q<µm;ÈÞÉC- Â (tm)¤ N$Î
&(tm) ‰ æqä 3WæâŸ":ÆÆÝ
÷ö›ÿþ1/2 é'"ö Í8C¿ 0 ôèÓó oÛKÓõÒ (r)aùðì:ú_õ zâ...< aúû
úH:MÂm "û´ì. Á
n <$×JöÂw ÓUBÊ 5Fz
!' IŠC"t]ž"@Ð3"T 2a'¡í=Öá/¯{Â~ƒVÂÿjäÿ}_"+úúû¨å§ öòÞ 6"ý6'°ÿW_ ÿÈÅ;ÔÐ,ˆ_ÿ-ë¯ôûúO3
/4 úëIà'}Eó|"íµ%nIÛØAé"7a3ßiØA' † 4 É
"." b1/4 †Ç´ÚPÒºvÒµÖ, ~êÿýšM¥ÛµïuÓ
¿øãEô ?ÞŸUý~_"ß
?"ÿß§×ÒW~ëäßëOÕßˆ1/2¤ i¨Z4ì ¿Ëë"˜AÑ v ÕZ&îIÚtˆÝ§Ú" !
! ÅÙ [ ª}Ša,ï‡(r)Âév¶éZU3/4P(c)÷^ Wï¦¡8?ýÿ1/41/2_}
" ‹é
{õÿkß ÞÚ^`Eõ¿ KDH×þ5O_1/2>,§›îš°¤óAá Ñ}... è3/4u"3/4]°ž"C@Á Ð0ƒB" b¿‡ìS&û‹†É1/2†
÷l+é6'íëÛjúî(c)þ-¿Dÿ×"ìuN ¯ïÕ "ÿ÷zz ÿ]øø0¯°×Çj´›ŠK¦ÿj Ý
"Ü*j˜pƒpœ'Q DCCNþÓ ›wb˜¯xav›ƒWÛm^¡¯êrßö× ÕõÛ
Ú[û ¿û¬·Wëñ[_ÿëû P JBŒÖH oÚÓéoý>ôéuŠLV£/´¨DDD0ƒ ì-ˆ Ã G
S^ ¯v-v:Ø0X`-öÁ'Ëý† °¯Ã Ujnö ~××ª ¦ëYªú"ëúËª a[Û¿> ×‹¿†
z_é÷ay ûÁ¤ÝTDDDE"-
GdqhC´ì\W_-þÆÇì~ØV
ná¤æ~ÚÚ¿mš -ÿÕk3/4(r)ÝdÀÑ,ê
ÕëýZñéÿÅo-Ãå áÓÄ$"""""!¦Gpâ#A"Ðˆ†¿
;QlUlT5á,PÂö·v" ¶gëi~¿Õšxt
º:Ÿèžwù¢þó= 1/2/`ê= ¹ê"% A"!,:Â"ÓL‹ @Õû ˜öÖÒƒ
a/°"Ç +º÷{(r)-¶7¿"ê¯1ÒMü"u¤Å~-Ëš‰Y‡(u b¯ Á a ûB
ñ±Q±îØKáCàÂ"k°k'÷í ïþµ¯"~Œ Wë0×¡Áïü î"""""È£Á¨
Âªcwx"?Æ¶öÅwØ] ºémïi÷ÛdÿW"dÿÑBÛm/Ãõ)(tm)¡
)¬& ˆ`"ZÜA-(r)Ðµ±LCØíö 'v-"•¿p"ÿ-¤Úy§è (c)N øŽ"2‡ê!Ä3‹Ù í4ÞñwXb(c)¿†"÷ì0J Xa{I´·M[
] ~"
0ƒTÓÖÈ±Úz ±bº¿Ž)Šãcø`¶-G AˆŽkÄD UÄA,#¡ a4û†¶ ¦ ô ¦+h uB""vèEÄYN ±Á
ƒ '1/2ÄC\(r)Ÿj˜5 ""# !...Å t ÐK¡äb"ëxk EÕW+i
×
uÊš²º¬v ñ~vHd3 šÞ3/4(tm)Ý¢
(tm) ÎÎŠ|Ö(c)F ƒ 30¥ )' LÌky*~ó3/4ÏeKÓ"&šçd} Šj¡$ëO=
;<"j1/2~(c),¯ HÒz\ p‹ì ´ › 1/4xEØq" È£†P) ) gHðÉ jd(tm)Ÿ~ž>#ßjV2·Á ü r‡ñ
ÛAé ÓT-Fí5Œ"C°L&f(A,
Ì9N Ê
Õ&DWÿ ×Ãøö-_^í ›, :Fö "Æ Ñ|Ñpà'qD‡i¸&f 3y †ˆ¸É "
)Ä'F I ä¯×Õd Sµ¸í TþVµ1(r)Ó}Ý?1/2]u õÓ ƒ¥ @ äû/‰õ;{M
L$š °†NE H#§!ÐF,7šÑ@ÈB' Œ
ýkä Z GUÞ³º²' t -~"÷¤ôôÝcM×MZ76nmh"rvÑ±¢í£{D-£fl"Ða xS-ƒCLðpƒAž,y9
&A'Õ †3¦xŠƒ!Œƒ%þ´Êy*_ÐÎõëƒkÞ†1/2/]ßWWëÕÓ×ÓÐtž´ƒÂ
" ƒÖÂ
,
,
‹v m ‡W'm 5ÞFí

```
    },  h,cÍˆ†
Ã"ÏÁB

a42sL¡šÞHï$"uýÃQb¬ËHìÍZ"êv´än·J"ïü    ðeÅîûƒî°õëö  i]7‡-1/2ÒÐ@ÚAÐO  TÜ  6  }  m  -ƒó~¤
Ç¬÷Ê‡Ú.è"0‰ÂŽŽÑo-í  ;M      ¢  3@çÁ  £  AæÄ8!
Œèô  ÌèÓú  Gù  }ìO@  ±Vzß~/Ô{Ç†Eõ*ÿÚÿÿ%Õ~•oOŒ'(r)ƒ¤ÚOµã_O @Ú/°...îOš
¸Aè<  /(  m    Ah:M
-¡zZ
    hX ÌÂ"žNGW
s  SªÊ£šjÎÖ±;$\-B#R3/4Ý  OõÿKØ0Óuoøßß  'cà¿·ZOãŸi  ¤øúúO            ÇI"õ¤ð›...
Åéªm‹SŸv^9°  Û~¤‡ráé§  Lø"h8²q  Hú
    #
š(  ÓÐ"?A0ˆ×óµ%žFuÇ"-}MZÎ  ù'6|-    K¥_úïø×#  "ÿö¬>"nOû    §ûWíqÝ¿ñìRi.(c)´  'Al3/4ÂJ
      -KÚ/  •°"NÒ"B
4  ì  7TÈ-'  ÿP"
ö'k"jÚÛi_¿ÓÝ¿û¿^ë_ý¢CõëÐ¶Eïë  ÿ²*  {  á^  R×Øk  †Ý'iéÇ§-ªoxZAá:/"1/4rypÂ¶‰oán(c){]3Ñ¤pR
œ9ñHdP)¢6D2:œ2`d!.ƒÂ§cbª  Ám[m]'4-ìÓéÉ×*÷üÕÿÿš(r)  ?éúL:ýé}ðÃ
}ðdqk>  ì  øeÅ(c)  ]'  õþ×ßK}%ìZn°éÐONÃˆO    ø&T  #Û3/4i"    "ùþ  Lð M
    ÎÑ
Lë  ÐdfNF˜Ã‡˜3¡  dtƒ¢ËäƒTOœ0  §i˜B¶ÅCá¥öÚm¥(r)P  ×˜òuöÓ"õÕM>Þ:&  þµ"ŽS˜ú*Í  ÏzQøZZ
>  ãØd`vÇÊ£ÿÂŷŹìŽž›ÞŸn›êžµ•1/2-  8†,{Õ  ›"Ðq~šg-      ¡§  Åa      G    XO§˜0B
Ð"QL0[Ú°J  VÂÚ
a...ÿW_Ó°û'Zz  û  =û¬õÿˆt    íÞK  è¿þ  }ùgàÚ/'
3/4Õ  üøW1/2xàÞÚÿÿKýaÒÕ}+íµL´éÂ/ò}F÷˜Ž^dò  Ñ}Fæš§Mh4Ó  81/4-uÄDJ,
Sn!šŠb(c)Šb  ÿ
WZµ±M‡W˜jŠ¥wsOý²ukýþ  .  ~  3/4,  ¡LÒà¬  ú÷ý  _  Iz¤ñí1/23/4Á'Ò-Åí7)Ó,p˜ê3/4ë›""Ú]7MÓh
.  'n'xö¤±¢û76|¢wDGn×Ä  Ð^¨  ƒCÖ  Š}¶Ø˜`ÂM,à›ì0°ÂÚ¦sí}4˜ì×5~°zÿÿûîO´ë1/2ó§Ë˜ê  7×O#/]
}õúõÐŠÐõT
]  k}Ô=:OX_  oè<±
    M¤á ðƒp@Û]¬Dg%
    ^^j"Ã5‹  ÆÇìl0"0WKm†¬0  a...ßa¥a>ÕÚÎmu"ZTÒµ³EùÈ  v¿t"ÿ,oVÿõõ¬úö°A  ×þ-ajêúÿOƒWu¯ª
m,tŸzzØ4ª"  !  v  A"á'  $L    Šb3/468ŷâ˜1/2Žá"k    "IÂÃV  \Ø[XalÒóI{ZûT·5aÚõööj·"óO³
qÎ  "wV
¿ÿh_Wö‡°î"Oú["þ×Ò3/4ÞØî"""""!"  hD0˜O      !
´  X˜Øù  |\S  °Á&-Šcmv  îÚ¶  é-[3î°m*_Í/í~°ƒÿ_  _Í÷ûÿX·
:"Xÿã"  W  OëQ  "hDDDD  B˜  'Äb¤Ht  M  6Exh;  ±Z°Ö      þ
^Áa¬0¶·ß"þôê˜ÿê/ýþH  ý|˜íA"§ÿë
¿(z×&>"Ê
    š    V!ÀB Ì  ÉÂ  (c)þ8  n+ccBƒ  í...n-}-1/2â-Ý8Dtõ-ÝA^¿lõ¨ó"ÖÒ(r)"Ñ<ý²j,>qª  ¡
‹  "  8A'ÄGv      |¨M


wlVÂ#  ÔõÃa... msMÒÿÊ  É?wúš1/2õ0  .Öe
úO-Pt":ñ      ð¤á
†  ý3/4û  "élU-kkjŠ--¶  uó-jÇ"/ü  VþOÒôôû  ?ÄC. "Zq  ÐÉš&S Âc¶
    0Èä¥Ð,C  økÔ"?ÃV  [a  1/25ýýjÿ±[¨^°0E×@àÁ4,lTG  ìV"-ÆÅ5a  Øa]Xaaªl...ûàÂÇ^,  GÐDt,²,
CÍ  ([M{"  |ƒ-Áû  ÅÆÄ2‡¿Š-´¢=.ƒ¬DFl  ^¸  ^˜...  w‰oC
-"×ÓR+·uÚø0¶"""? GâñÄjñ    "4"  A¡pÂA†"X¨Â×‡N  ?  *!Ä5-ãÒ²:I  GJ(c)-  Â%"HyÕAÂ  4
    °ÿ˜R‡ÁÑ  A·š  GàÒI  :
```

8¤ ‰ß£±4v#5õPD KÒ"GAàˆüÈ *Ù üï]t

*<Ã¨l%(c)Ú"ÌÆP)
œ -e<tµò-ãÒÁ ú@é
#ã ë"Xí³1S "ðÂ I iµµSµhzô˜"?Ê B
QÛT 0Á M º, F
N*
Ö2 ‰ BY9ïj¨5_Zˆi^(c)÷@'
žy|Â/§M0M ˜AšÁ f`ÁŒŸL Ðva ÕA ð-é%)àû]Ç¥ ºnžÑ"'m †Ò.Ús?M5 § Ï A',' ƒ5
Ÿ.4÷Ñ‡KHãÕõ ê,3/4›]¤Ÿ§"è v òçA È- ÓH1/4zv
¦ joA¡ü:¦¸ê•Á"u"ÄøMƒ -þÆžž‡¦Ça4ÚµA°Ô ú'm ' °œ"º×TúT´‹qõýªìˆ#-? ÕþŸ]ë^ -á
Iá ØZ/ðƒ~ ô %Ð@¸?õ ! 3/4 þÓöEOé;
Þ Ÿ(r) öû m'1/2&éÒJÈé uî kÝg1Êw?Ûv•Ã
ûÑNÏ...öÖ¿úmhk§úÓëÂ8ûå
š÷_¸K¥1/2Cuÿ&?°¿ý__""ÿZOiB#¤ vG'á h ³D"Ö¯ø=ö¸FŸ¤_ýÒ"¯ö
Ö {÷T£Ž ?B3/4Õ¦rO3µ_µpþÿN1/4/[ÿ^" hŒ{ï}ò‡U é "ïë°Èå
˜`"a=Xj'í¿ë×Kþ?þÜèhÞ¿"ø=k š¥H":Ó Ä±îÆÇìwi{
oíWÝªm_÷§ÉÖ·ÓJ'J þ£@‹¨A
Á" ! Âdv...§ãø`•Á,pjØN¯"KüæþÝû"´å>
Pëý :Õ ¨ˆƒ " eÓ D1M±8ø¦;¶¡±Wý¥¦ÚW¶-éJz ¥ÿx"ÿ Óì!"È¯i1/2Ú†¿
ƒ ·†"žÒKÒ(r)Èí t°z šÊ e *ÚÞ¶7
StÅ 1/4 I>8î"'œDG q (tm)+µˆhkð þ H±Ò
Òñ `ƒ†v¡G} Z
GA¬-! 1/2 àˆÿT¯ *é-õò¹¢X-, Uç K AƒZê KÕÐ8":+š RX"êqÒ¥- "?Uá°ãF¨E:Ùƒ
HÃ(r)¶•på:¸u"_O@‹"ÑO"GW h jSBø@
Ðj"4 BªSÁ âúIS 3¥V ¦"' GUJŽ?W§ * @ÊæUiQN ‹ªX">ÃôƒA-

Jh)+¬ u;¬"‡•ÒÎ>-ê-×) ¿I u¤‡ªÊ Jhµ

$ zT¨=Á Ò\":(r); Òè (c)t ":":Ê A ý zP•/
GEDŠ (ÅNøúðÐkäu¡PDt Õ GVƒ¥":T²5Ö ºIS
+¡Ô 5Ã†‰Ž+KK ¡òŸàˆý5K\ Cë GIiPuF 0õÿ
Ð"¤øÂ** ^ -eÒIZØ"‡Zþ-YÇÌøj3/4
ªõªÕ$ ºê°EÒ 'uª(u

P< æ-(c)n²Ÿô RI Ÿ Õ A ÒXI+ÕZ
- Ã¨Du8ÿÁªZðZ¤µ¬ã‡)þ ¤ôG×Šÿe= °ˆê ÅpzS I$' " I%Z^µ|>Pü Ž'¤8A}(>(c)"c"‡-ZK
Õéaè A¢Ç_;û
,#ðuÖ°h%T1/4‹ý ô } u|- Ã":ôµÐJqÕh Z,kõi ëƒKB§u;ëáá Õ C×ëUIT'ëZK,ŠZààˆúßÖ
zÑ AÔ-‰Å-'ÒK¦GGt' ªº¥iS,#é\$¯Ú"GURcÕþ'_ê' ƒ]'IÃø5
ÕÎ>S-ÑÇ(c)NˆÒ^› S¬ Il cUÒÚ`ˆü4ëKƒã¢n¸Du¤(tm)-@Õ$
BiJt-(r) Ké*ëRŸ
Iêª-[TaÒøü84 ‹ÿL 0éZí%þGJ'ðD~
uI áp-Pþ•
ëW8õKü m éQÝ$Á ZÖ ý*pûH#
ô ý Ž:"=xpDu- ": ˆê (uÇH uñê'
.Â¥ GZZ$=%õ¤qÒòŸ -/Î:I×Jª ¥IR]j ÃKYj†ŽÕô"
" 9Ç(r) þ‰= uS3/4 U Ÿi Duä

hhR  ¬ï†1/2 z  ƒäØPŽì!n%Õ~  {zDŽ\e
¸4é  #òo¥¥ÌÒØL(r)J;ýÒJ'I$-¶]#:">'ƒN"ÒÒÒ    1/2]ì~‰%
$¿õ¤þ ÐiCƒX":  ép@ËÅt(c)  Ý×ëJ•éý=Á D}-  #éN:ôª á
ÈSè(r)V  ó±1/4É  "ES¢^"ª  #
   x¬ªÁÎ?ªT
-  ª":¢}úNü-gdÆ  yN)
Ô  ùO@ÐDu†õR  õ(tµ£
   Gu¬  Õ
@  ÿèo    ŽÚH0šIµªICÁ  úI4-x9C¨Á$ý˜ÐIA
D~"ÿþ°A1/2  †‰cÑxÑ¨S&$  3¯A  ¥ðœ§¢ÇJ¯Ã¯ú@é  X=  ÿÍÚo"  @ƒzA·  ð,  A}ÿÊ  +Ã‡I
ì%ÒÒ¿ ¢  Y    Œñž  ¤Îñ=øé:I>éWÒ;¥‡ðzZô"ãá  ÒKSŽ    Ò¥¬§A¯ž  †(A¡
4Â
"†rœ%›  Œ  u
æ ¤1    5åa  å9-"¦3ŸûôÝ7Ó}Ã  *ôqÒ_¦GÐK  ¡  °DtŽ:ÿþ  n
"-  a7  <&P  •  ¨ƒ  ...,!œ8 Î    ƒÈ(ó
‡PÎS‰Ž¦þ¦ý¨M  õ^  T-ƒ1/2  uõICø:Ø†    HœÙªEó>3K  ^;tJ  %ašäJÞ‰1/2
   ˜O¨ð  "    ?éÁú~'ÇA?_]a×Òê°^ê"@˜ù  Uý    Â¨NK4Lí  l
@Û£!  ´    Â#ÆÈìO    ðÃ.`´_²2EÒ  wz#wéw¥Þè  "7UÒKÒù4
Pé    %J-'PÓ[y  I  â†3/4  t  "  Ò
   é


†št  l8Á"Ð:¨ãœìé¿Îê¨ü  qHç  ô(c)$-_PD](5(r)¸y    ÕÕzA¶ž1/2'Š"Ý5¤ý?M
ƒˆoA>-þ¯žá    PD}Pt^ªÄ¬  -*KöA4j¨õúZV"kMÂÎê¸MõÿNúMê-ô-äp¬WÔ  t1/4  _zZÒ¥Ð5E:†  ºW
§ý*}Ý](r)ÿWëý'ú}  _âê-ÿ¨H"ÒFtŠ  ¸jÒ×ª¸8mÿé~ž¿ûéÿ¯þÆÿûÒ¯I/"÷¸sŽPá/ŠÒ
%^¶GSŽ3/4´-UùØ¨¿ÕÿúÚZVi'Òÿ  ¿Àù¬ý}%õþ  m  Š,#ú~(c):3¤'ô-
   @ˆþ•s²ªÐ"<1/2  (r)ïÿ¡    ÿì†
ù
1Ç¥øI]["äQ&G\  õê
é×J´ƒÑ‡PD}  :*Ó×{ÿüÂŸÿý}†(r)  í$1/2*ý  þ  t  Ð4aëÃ^"¤(c)`Ð9ØO  ú×ÿZÿ(tm)oó(tm)ÿ  ßD¿É˜
T-éo1/20ô  ÏUA,Ã¨ë(c)N-U]  I  k-ÿïý÷_ÿþDÏU  O>ò  IÕ  -¶    uõ"¿KUúTºÑ‡W_zn  wû^Ÿÿÿÿ)
ðwëûA~-  H5†‡ÒTµ]A  Ðut(c)xpDt¿ÿ¨µÿµ1/2×  ¨pî×Û¤'1/4$-Ô    zMzK
}  ¡kÕ$    ¯†¶"q¶¿ƒ¥ïÚ]þÿõWëúÐéé  õ¯ðEÐXÒà¨üÏA
h  T    ¤éU%X.  ×i  d>ÒÓ³Wº°Òvÿ1/4è¿¿]{Â      iµHŸIµT    Õ&aÒ¥H$  ?-  u
8éx=V°Òv¯˜>(tm)¶    ð¯VÂPÂL0"aVÎ¿í  k
ÿjÚëd=³WiZú_¤•  ér1ét"ã(c)N'ƒƒ,#è6'I(:Àxb¢-;a,²;  ‹†  &
à¦  'Â'
ì0  öÃ  °^Ôúƒ    6  °¸V  Z_m -¶¤=RƒÒJ84  ":CCIg  iCUœu¥  GH  Îá{
é^AŠ'¸¦!lBØ¨ppØ¦(øSÁ    È¦
   àá,$ä
Ø¬Žä 4E%a-Ra¤ñ*  Gêæ~'
   Á  × zZZ
-h  A""D  ^°MPa


*
   ì    uÎ  U±
b    ŸØ¤>)ŠI‡Ú¥¥H$  wHÃ¥ô´¤
¢ Ì¨'(TÐ0ƒ  F#ª    aml  `ªEr‡8ôšÒì...8ëÐ":  Rº
8úéi  uðD~´"^^^^^0B

Ò
†‡   &°"GøuIR ...z
¥ZKK¥¥  QHE  °êépD~  Ž3/4w^ª"4•tµ ÿH   x]-  °(r)ƒ×ˆt¿TqÕW\ãÑ!Ò
ƒªU¤'ÝR,t(c)i%-*ûû  *°I  #¢:F×ñê=i%"êw]Ppô  g-  ŠÃôè  AÂ#¤aÒ'  GT°~,J•%öGJÒV"üT4'm(k(z
0è<pá÷T  Z'%LÃ"  ~ª1/2%  G´úPh0@ª¢!   IR   ¤  ðàÑ  *
ICKÒ×ú  L'A  qÐG  $,     G  a`ˆû"¡¥J   %)Õ  A%Ån'PtÁ  ÐM  ÐA$Š...;3ŽËd  Ž
Ý?T(c)%ô  $fJ""?  "rŒý  [-   &êwZ\ˆê"-:Á/(r)-Á  J'L  *z
  uÓZPK  GHñàþ   ÿI-RG  /  L  ÒMA  ô"#:†  ÎË  Œî1/2Î-D7y
  $L3ü8"ëúT  :¥G  C†0k  }W\ì@8Aþ  2  Á  ±:(tm)  #Y  "@ÑÄSŠB
Ö  W¶¥¤  ,#ô  ]Y  #Ž  Ž3/4¿Ë²  x¿¡  Š]   ¬@ž  2¬"
  e8   =ˆê  u
  †"IhÃ(c)¡$Ò  2  ÎÕÁ  §-  v  ";  L*a>ÓÒ"G\  uT  Ø"éz^  hV         ÷A
þ  <"Ð tJ
  Ž_¹Œ  í  îf€µ^'H
  X4Xê  *¥H">Œ:¤¿ÿÐ  ÒnTðƒ Dí   ƒpƒuA´  n  "?
ÁÁéA  ùÇP,
^=úÍ}  '¸Î5Š¹òÒûÒlt   è$>  Òz{I/@ˆþ  (pihî(c)¯ƒ¨Du_Í
Â   0D3é    ZY
BC0G
¯Õ'I´  =Ýk|Pâ:H$¨î•-
vPê¡¥ÿ‹PŸ"Ï'N'à  ¡a3c6 "   ë!H%"@ªÖÿ·Kõûéj,#¤
LzIkZÍ:â'^×  Xd¬Om  ö
É  Ó÷úí"=   á
"  ,#¤ "   ô´›Kßÿç  pD~  J¿KI÷¨4¡-7Õ8"M:   á6Oƒ1^šE  †  0aâN-ˆf°#·  ¿õÕZ÷þ  ðh4
¢  Ž1/2ÐmqCUú"ô  zî1/4R
ÓYñƒ¨ÌL¨2A?ý
°ï[ýóŽ¨ü   p@´´0Du(r)'Tµú]&úŸuA7îÂ
é7      È&~¨û¯\ôi=f   þ  D4  $¨4¶š¤Pÿþ-×i~õZVè  Ý  ¿×øK.  µ´â  -ê,#¤  °
BÿP"Zÿÿ  ßú  Ý×ë_ÿ|Ø3/4
D6!6•Õþ)úH4ª°Ô  ƒÿõ  Ú¨·Þ"ô¨ƒ¯×ÿú"ý).|3bÉÍ¥Z¡¤,à‹(r),C  ¿ÿ  Ý,Õÿ×Þ›G  Ø›Dts8   úÿÖ%Ãø
pA´   ÞÁl%}A  õÕ(r)  QÒ_ÿÿ¿ú{ÿéËÀŠpá³ŽàËâ,  L pE:×þ   ò
...Ñ~Ã
  ë  A°iB@ˆéE  #¥¯ÿ¨ï_ý  ÿ†¨  !   ¿þ  ~
Ú  6=Ô  uá    J  9O¥,#ë¿ûÿµ1/2õÿß(ÉíPt?õÝÕ?*Ó(r)Œ:ƒÑN"Ò
%u
  -  ÿî-Ýÿ¿ØL¿:ä  wÿ_3/4¯NµÔ  ^£
ç  ÿ÷KÞê*zÿ¥‰C‡÷1/2m°ß(r)þ1/2Â#-  #ªÒâ:Ž¨ú)×ÿ¿Õ×î×¿ù  puä-žv¿  wZÕ¥"g3/4¨4´  Ii
j"ÿl%  ?n1/4êÛmn"W)ÛŠûM~Û¤ôÿÝ*ª_Â^-=àûþÃJÃ ü~›gZÕ¯°ÁX%ÿn"5+ï×§Ó¨h>  t¥Ö•#°T-¤d  #
Ðpá°ÂL0Sá   š/Øa[
]é...°‰Zí/û]°›a'Vé¥WP'¡   !-oàè(c)Ú°]  ƒîØ¨"""  P1Â1PáÁÃJÏ...a"-öÂÍ°Â°Òm+RD  !á&  @'Ö
!  -"Ò¿øa     Ý¥Ã    ...üÃŠbH  @ˆN!J;  u

S
%
Xa(0²]'Ä†  1/2    0âŽLr‡+Î°•  |DDAœrŒ  i;A,    M  œ4Â
/Õ¬0LS  ÅED&!B¨HDDD†›œr‡¨Îâ  mN9{(  µ       0L  a Eá"  Á0ƒ   Á   0
Š°^  lÛ{0äc^^^  Ñ¡[š#ð§‰ª  ÄA"  !       Pà   ô]

y  FÌ4ËåÒ  fg%(r)    üF 5T'a  ˆh  åÙˆõ¨ø$íC    0  "  8ç(*£8ˆ  Y  ë"\$ô- Du²‡  aˆ(tm)v^.
dGEò:#²ùü¡RT  Fµ‡  F"Dð  †Ñ0‹(tm)|Ú6Œ    Uv  DÝA  K  GIB#¨":-ÅŒÐÈìÀ  "-ç  +‰,  á
'z]PpèDù  §Î#ˆŽ)pÉ    0@Ò
~)RZ;ÄDH  d  ]•‡\Y
)t˜øA/Á(tm)  2ñ‚Ð2  ."(¡ÎÕ(N•$  1/2ÄD(tm)Ç  €<2¨  Mè4•$  !  H‹Šq  ùe    ×éW  Ž±    7,  4¨
Cè"ÇNŠu
)6  "  .  Eu!8mB#ªKõ¯è
$f$+¬"é¦<  N'$¡ZúAŸ§c  N  ‹àäWÎÈÂ0é$!î'  0x  DI(">1/2?2¬    L  #B  ÑmÇÖ ×ß
÷(r)ê(Y#+|"  2pçf    w    ŽG§  A  Ç èÙŶUD¹•Q  ‚ÎÂ
Á"çâ  -÷û‚
1/4Ku'n  Ž‰q  Æd²
F  Á¦‰¿    Ô4
  ÉqMˆGöŠª.ŸþqÂ
,  ûB3/4-3/4H  5ôôÂa?  G¿
ú
    ÿ*¦C...¦  ‰Ì    1/2n3/4Eá¥è3/4s9H"Kš'6fûy  ²6DMïá  :Jÿ1/2ëA
D‡
è=    DK,
/ $f$t<  ôÚ/óISò  r  g:,  Ä  3b  "üðò  #b›,MWëö1/27  1/2  .ˆð0ÿ
õûwTÝ=  þÞ$f$ÂxOû02qà$f$Ñ    -Øù˜g5"  @"äEB  R  ÊŽï#&Ò)Å5
Ðôž[‚ö
¿ô›KëÕ'§IþÞ‰s  ["9ÇR~Ír'pa
ßÐ~  Âþ  5  0$f$÷ÈaJ  !Šø@Ó  ‹Ì&à›  P)¯Èbz[¥'R3GR!ˆC  Oá¯ÿv·ûÿø@$f$
¡  "  Â  îÂðs¥    &$N  -Ôˆ(r)ôG
"+³]Þ$f$ûI<.(c)a:L&$f$  Ê  ?¿8Dã4  &ˆœÁ  "üWøÐØýý3/4  |[Š  _~  7°  :
Ä‡³¢uÑg
  ;}1/4"\  L&Ò  -†u'<  X@édQÞ  }__éá4D  Ûú±  Hª×ÿ}&÷"(r)3/4›úu1/4[ÐN,
þð  ØAý
t
¬2Ú  4‰¹pÍXDñÌw"G  öÔÁÙCΰDîQ"y-FH$f$1_ï³ë¨ßÿNºþþ-,o}&é¿oA6æu6•7  8Ab,nô  hCð@ëú‚;
  Ð\  m¿ùÇ3ïUW_¶é7õikõ  éH¡?ºOí-?ïI7ZKI,Pú
à˜êž¿ò  ¡Kê3ñù˜¿¿6  _ÈÐ‹Oº_¿Ó¤È=_"ïý[¿miëAir‡  G¡^"ÿ  ñP¶÷-Õ'Ø0J'I¨°@û}x!Õ¤...}~£  0ò6^1/
2?¶ō1/2¬u¥Ö
õôé-ºûÂ§Ò_¥ØÔ'bçÿï...ß¨ÿ§  ðCãÿû1  au§W¬%ðü¤¯×uëå!"  º^š*ÔŸ3/4ß(r)‹  ÚP_ÿ,  'Ù(c)a}  o^‹þ"
ãÉ  â:  ?x~3/4ō@‡¥š-"qÕh  ºI$    7Û{ô  1/2L¯ÿÚ
DéäczÊ-ÿë·  G¿ûôð¿
ˆê¯7Ö'+k§Ð"  ~    j  I  6/õÿû_ïþ  è  ~eŸí1/4àt  _ùpþ´Lþº__ôOÿuÞ...t"á$'m3/4Û1/2t"×ÿî'UïK÷ýµÿ
¯^r2šdЁ  þ$f$¿ÿ@Ž›  ÞÎ:úzI  Oû[]Wµÿ_*ÿÿ_ß3/4õ¿¦ÿúÿ÷}ý/Kë@Í  FÚ
'§¬ûîn"×ö-á  BµÒíÝ{~êè1/2{w1/4+Kï(r)-ÿWKý  ¤'_ì¹¹
µãõÿlë/úûkþß]=¯Û÷×úû^¿¦ÿé  ¤  ïûa(al"Çív˜ÒöÔaÕ¶tV¶CÛ5v-¶·  jÚ^ÝøÞ"ébÿú¶-ú0èÕ(tm)þ¡#M#
KÖv0;²7L2â1L-  Î]m...º•¬0J-
-,+aua...m}  ³¬îö-"{fµá.×û_µ  û*ý*Ah/(r)"  ˜"  _  °x  Èà"Š((
  á±Šê  V  -"MÛ
ðá‚°`'@gøakV  I=‚{
vÓí}uü+_Ú    3  UéZ[j•§
0˜[Ò×µ‚a/  ˜¦!A±AŠb  E$f$"  l^ˆ  aŒœ3ª
3/4Ø$Ã3%.ˆêÂa‚&àÍ  "  CZöÂé°Â&í§ùN  ÐØØj"ˆêQ¬DDDVE‚a3Ž      Ç?  e9C"çp$f$    <&  5
°L‡

_±
ðÂÁPÃ   ðÐÅZ        @  ,
F9!Èð†t  Î@¨<,  f0"""1/2ŠJ8Øa(0•!          O  Â`ƒ  C   ‹   Ó†
¦(tm)C'G†  ûL  Âö!~Å~  ]z-Â]...û  "ÄDE   "DDDDDC   Ï3ƒ  Eª§a;   £,#
ÂeE}†ˆ&¡""-   P§ÄDD  DŒDDDDDR
ˆËñ  MX-2‡¸þ-ˆÔ8M$ˉ2?ò¹h"_L:(r)  V(c)  ýuâ/(tm),‡JY  ¥JØVë¡"u5Ñdª;
8Ù@(c)u¸°Î‰pâWJ(r)MÔ"ÂÙ_[øwà˘ÿ°C;  ) r¸â  "Iœ  áý   <ìW&qZ
ë  •åâáHödœÊO%â¬';ZPl‡"(ãÉ÷  ?A  ×  -  d¹$SŒ óXB
R
R  Kº.'  üŽ   ±Ž#éš,g@(c)á4Ó  Þ  rYCØlÊˆ  áƒ5QDá(r)³sI4Ó\îô  p"?aš$ƒ"è
ÜœRdâ"èœÚ/œÙÑ  Xˉó'¤  ¦óP¦ã"§HŽ‰  -‰
wôJA-  ð3/4žWù_I´¡7N""
." "
Â  @a  OÉ          F  (tm)    3š  N
‰9-³ú  Â<Ï~•Ž  ÿî"i7
êš  (c)úN  p¡¨O‰  ä€ïæ\ƒÆpÈ'Á"   ...Œ">
‡y !V2  üôo?›ÎFbš,  Ä>2
  -ÿÎ°Iéý  ÛâÑ£R¥-9
:Z¢(áÂðˆÝÙ€X#,õ"õN-<!†ˆøCÁ  P0Aú  Z   ~(tm) !  kÿÕõºt1/2,‡H   -  6ý:'F
   3/4]`ä<ø6  G';'¢8
&v‹|ˆí  ý  è%  yÐxOý‹ð‰"A¡ì¥þ?-ýÖééÅÿ   l  Õ"æaQ  ¬B!¢èÀuÐ"v
&
6
 Á†ÍZ   ;
FHŸ6Pâ_<Ÿ  vÈA  Ù  •   8DvÑ+-¿Ó¥ïév÷ïÿÐO*;udpÖ#Ô
t( Ý5Õ}
    Aô  6!,  za  ý  Ò
 E  Õ/þ°zû÷_úÓa/z>  "vG›TBÚ骰îêŸ- ý ƒtþÚT  â...  Ü¨¯þÒ_ÿ·øØ"ÿú1/2xåÀÁ-  t    a
" ïÿ,úO
µm³*ú§ÿ×êüüäöÔ†  `Ø2  1ÿkç°NA  Îôïæ?¯ÿû¯ {"øÛK~'m{úÿ$°ô
ü+!   /§Þ°ò:B¤(à‡§IOŸ¿ÿðÅ)œ1Õÿbª·-ßŸu1/2/ý
ÛÙtN-  a¢gÿ°zÄKŸ"¢^  ÄëÿþÈ'ù
  ÕüÓµýw
kZÞ•{ø›1/21/2
D
)Ñ  P'ÿ\ðVCéíÔ  7oÿþÈ1ö  õéÚWøÙ  Oë÷A.3/4  oúY0ÄÎKûø‰   º  ã"  ÿÿða¨6Nwý7ýd  +  _Z
_ð›íõ"A³9¿þè  !Èˉ  û(c)
...   ÿü‰»-j#bˉ{1/4âO_g   ÿ¤,ÿßß¯þ3/4ß  "]  ´O  ÈÆ  ÿò1  Ñ|  "ãþ±M  þK
ú](r)-ß_  ^¿]vÈr!žÝÕ1/4Îby³Ž  Ûÿþ̈Ÿ¨"CŽëÿoÿ!SÓÿ¨J×[û ¯þ¶-æ  œ  +ý  OH%
  m×ÿþ(r)    ¨
Ž  Üëö"¸ºû&7µÒþ¤1/2÷þØV  ÃIº  "gY†^   ¯Þ°g  &  ²B×ÿ÷ü¸  ïþ'n×ßý~Ò¤  ×_  Ëïa  r^
  ƒ  ¡,$àÛ
  V   Bµ^ØÞ
ˆ  Û       l0-ÿðÒˆ  Ñ-¨ô›Òû÷K]1/2R'-mmh[±
ŠŠb  ±-Û        Â

   1È줓â    ...Ç
ˆå[cm/ÿá¦!"3a.1/2  Ü0-¶u¦¬=ë´°-ÐÚM×Ø\Î¦t  ØXb  r,#ÎSû  (c) b    ÅAÁÁÁÁ›

,tP  Ø0'Ø Ïdqœ  "  ƒ
P
Ã;
,  I°'Õ&sÊ,D>  ,J-iZ¶  "  BÑòhù  hA",D$ƒ_°"%†G
...Ó_ÿž é[    "â  HGk;Šö
Ø±±HE¤†ÇQ°`"  ÅDDDD    õÄDMzàÄ¡!-†  5UTäp0
"¹‡)Â
    ûß
-Ø...        ¯v  ¬SMKp Ø'+CTU  #"  Ž"DDD"#ävG  !"91Êè°b$I    Œ@ÊÙDÍ  †
|  4Ê  (c)"ž""´ÓPD  HÄ"5R±0j'c  ¥Ð!H
B"8^""  b"2Ü¤  ,#¢X°¡A    gtdpÓ  A¥ë-Å  "'1/2%ŒŽ!ôJQ  @B@‡,PzÕ·      }//ÄH(  B  H09ËA
    ü"‡K-Ò  ð    #ê;
D  HE,  ÁïP^"-<!,  AŸRÇ±0äö9c"+Ž    ã#‡K-åÁ  #-ýDDI    @¨(r)0  È  #  r8ÈáÈçµ-ë  ‡t
¨  ,"  C...  2  DxŽ      ±ÄDXÊpÁ!Z^ƒ)    ÌŽ-2›0    à`Ž
    ÀÄ· >Ö0Á  ÜNÒ(tm)¶Ä¯äAÄH£Ž[àb(tm)B'      T›'
à"D†ž¤Ê揈  ßUÌ‡Â!
²m<Ž
Œ  ^Á  '  ¶        %-ê(tm)D"¨ä  Ûh+¬,á  eMgjŠ,  ¹n    Ž-$4Ûi
âhº  Aö1

,  T[Š  A  p,  0 ,  GsÂ•D§aK    T·
G  aåÅ#ƒ  ¨ë,3"S¬·Ð‹,Ì ÁY  c  u"
...Ëx";#¢<^+¦  `  A  ì  DuD•xp@ˆEEt°S3P  !H  AÚþv¬  R°(c)"
(c),ª  BÆßzHº  ,"N  (c)\´
å  Q
-§A•hx7        ÊâÀ(c)  @†,ßØ"1ÂÐ">WVdpÖ•ñ  !ö(ÃÑ%J•  $8c  WN
üº  *
Ð-^é  q
Šä  ß  Jõ    !†  "EVW|Ž^á,<G
    ey      |apáÁ
d"<×  #L..."    bmYXÃ¥'Ñß  %)L,Â0h,"É$AQÙB¿
Ã  æBá  æGÂ    (tm)4Dc-  }ê  "HsŽ‰Z
d    Ø‰
&¨  ÝxÂ#ðÚBÄ)'pd ¡t    ò±ÃJ    "eXmÌ    ³lWpÇì VeàåÀ¹3/4  Ã¦-²²  Dt•    SYÙ
ráš0B²:  Gø^Ž:  Gi@Ù  "†
-‰  M~  #";UÁ  iM  ÂoÂ8è¬¨4¡  "'    ,  LÉL+...T  "G^  J³±q'Á1/4 ¥:o
Ê  ~  I/(c)ØØ4A  ...ž"6"0E
†
íXf  S"  ¤d  xE
ÊÆ3/4"-É£±  ,8`a  9  F,#¤£ªÄ%  ŽŽÃADpr8b    v  -R$â*  Îü    ˆéÐDtÒ¿@Ž8ANÝ  !šÂ
J  m_Õ|G<²84Á  E"GZ(r),#¬!
¡(c)
      +Â_Ò"GD¨5!  #¨a•±5pEÒ
9WÁY  Á  i  ¤Øa!´  Ø"GXØÊt  X!  îk#D^grI±    o
JÊ‡¬4Lp"Ø"w    "c‰
›        ÈëÁ    ¬  B  Ú1/4 E8‰!ÁB,pI¶G^š        i  GC  ¡ÛnÊÝ]¦
    ëH"
pì  ,"!q

,%Px"(á  !
GÛ ƒ->X2á0÷Òø"ž(ã-a  *åÁ¸ÐJ  ª
Ú´... Ì ˆøl  \  X"="°úH   4  L¬        Zb
  ¡Ì8AZ# "PÒ
ˆƒ"  '  †p    A0,  ¿  !"GZA    ,  ,"
ð"8"éƒIV†˜Ò†D  xD{£  ß"DzÒA D|  2JPAm
•'Ö   2  .|ÆŠp¬BéC@ˆé"%  L  ¸¡ÁÁ  e
   A   ("è7  ¨!3
ñs°QF^è  ...(r)    (c)  D  ycè(a1/4Ž´  žÄë
#º  A€ÜL">  Dv   Ò¬  TÄ†  UNÊ
  `  j  Z  GÑ‡  Ž¡  ô,¸  "éá-,/ÃÂH  u

Å D0$ü  Â
Û-R`ð'  A  h"p^  <  M  Èî   ^^ƒ†>^"   A  ð°<  %
Ce    J  .  U³‹Æ
kDu  Pà  FÃ
+  Ã(r),,uŽ,  †


h8$ƒØpéF´  !JExDt"  è  }>  A  a  Ð0ü¨áT  t"/†
          Þ  h0ÈBY  ,4Ä 'J   ƒœ(c)"/L%  Kj  `ÉGH&š  ·Lã±
:†  á'  aBX2  SgQSAÃ  d]  (  #ü  ,%
,
T  P³1%  T    œ  Æœ4GPtS,ƒ
\â#È  4'ƒ#ßA-Â²    ð   œ1 ÂÄ  "  Ι`bqÂL,;"
Žõ
  taB#£‰  -°ô'  BNÐ¢‡VÔ  Ç
;   '(œÝu    ¨"P` ^Dt^‹Ó  B"v`  `†¡R´D  <-÷"
  Ø¨˜Ž^ûPPÁ  ô@ƒ@E


ðó‰NŽ  +;  "y=

˜I  *ö5(tm)  ¡
^(c)l-
šN¬#{ã    %  ]|*  D0:vÂTœ5@ˆü"œ  °†    iRd0^¬  ^ļÒÐ...  GIÃ...Ih‡=,ö7X~
APDä
6"(r)ŒÃ  hïXDuDt°ð,aB#éö'Ù€^  õ´  ¸Au  Gà  Ù  |*  l...O   ^"J,}
¢œ
*
Ê´  '    #-$1/2":{ö Ó+aÏ¤:r7 "þü":  ]1/2dW    Pzz
ŽDt‹²('úáŸá  Ö'Ô  É
ï     ^†  6  á  Â.  Dº#ð÷á  Ô'Aá¤Sè4k
!,t  Ã#(r)  ¨Â#-:†du"  UÓu
Má'û"   ÔK¯ý  #ã
R9(c)#)[µH  ÍB  àÃ>8Duàëðq  j   Ù  ät"*·pDt"á.-    Ó¯  Ž¬Ž°,†áiÈê  0"OóŠ"Auƒ  Ñ4
3/4Âê"*Ò"=+...  ÜŽk¯]ÞG×¬im~1
Ý"ƒ
¢]8p^ê

    h">E0el
õ_a  ?§Ã‡u"µ  Á¦L$¬wþ  U...\6(  öCå
û
û@^ôUC¨(c)-¨x;¶    WTƒ¢MpovR":pëT"zw(r)  VûŒâ‰ot  AoÇëÂ.°Š
T.    þù>IZ(tm)w,#¯D5  3/4Á1/2µ¨ Šu¥ŽØøDuü":"-œ*_W-/ü>-öÃ  Îš
  ×  Žµ VGZT•"G_-d  ¢:",.šùÇ¥pEÕ
"ß"GFV¨=/3/4¿ÕaS
ö  µ÷
mmõA  ?†'  A1/4>-*b,#ª_A  êû  ÚjúL8">°°§\  *  ¤• Êmj´,pô  Duz1/2Z-×...ƒíß
a  Õî  CÿîîPè/×     ]  ëÐI*ï‡ªN•µ´
ÿs  Aô"
   °¿ñëV-¿@"§\":§à^þ1/2†P :ÒP-þ¿Ò#ë  °øàûb,
ézA  Õ_ï° p¿
°¨  Š(u
·‡,#ëïð¡×µ
'T  @ƒ.DÃƒ@ŸT    PD  \  7
Ã×#(r)1/2i(Duät  XIv¢ýLm³Òðuip{Á  PøVý/Z1/2ôƒðD}iùcõ1/2  ß
ÓëÐDták# ŠûéðøPÓpš ¿      >ñ  þ>
_ª.
âJŽbúí"::à¡-H+¡ø"ëþ  Dt  ØcÒZ‡ ¸:-›tPê  "Ãú7¤Š  ¿améfÓxΓá  ×Á  ý$    †Ó±Ö'Â#àÊ´  U  ¶á×
  Du
]ƒª  ¡Â7"á
wí§ÐV^êôàá  ÓªACÂ¥(r)°-  GW3/4-  ÷(r)¡¥¸"pÒ¨IoÿU"  8"‡éuýQ  ¸ V ^ÿij
¸ê  ×- ÕµÃ    Aö3/4  à´é"è  Ý¨}~ò¯þšÛ&<  $*]C*Ã1/2Áá  ××`, ÂNHH-ÔÖ-ÿ
áp@¡Ãá-B#ý ^ê°a\/¤  Î'kè  ZX(r)¡  ×þê'O)Ðe
¯IÖ3/4¿ßD5¦"-¡  ÕŸi,¸åÀ�rþ×·Ý  Ô">ð˜é"YJá-$Ø-¸ú
k ô    %  ]5  É  pD~´ëÚ-¢  -"GApúáâ)‡ƒzƒÖ    z,
¡²Ç8ý}  "?ÿï1"+ëDuQÙÕ ^ê  °¦Póz"¡!  C]'äöœ'    %i  Â@þøph¡Ú  ª    -I]  1/20^ëÓ
Á  Õ  ø4ø  °×    †7l":
":    P5ß"G\;ßA5ê."^çU
œp,
ÑC"GWi†"
°k¤^ëXY!+  GN
  _'D1  ì  ]w¨D  Ö  hW‡ê  Mþ  a,8øDtQá  uÿàÒR:á,  ¨":ÒpA
,}zÂ#¨-:‡\>  ¥¥´ÓÑ  ?K      *†'ÿÃ¤Ô  h  ×
aRÃK‹†7
dvž'P^ë£ytÛL":  /ûê*GK8ûPÖi¯°"¤¶    v0'A¥X[-e×ðÈêŸªt.>ƒ  (r†¿
&Ú
    ZøHRXL=B  v.ÊpsŽ    )é  PóN  T    þ¡  ÐJ°kþÙ  0Â  pD}nPø4-è]1/45¬  V  Žšê1/4  nÎ8.
àÏ(r)  4  á'Ö
{¥,8áA    {Ö(tm)CÂH(5é"GK  GÖ  "  Rt&‰o(ûÛ@ã  ÿÂBÚý^Šp¦ïÞÇG  Š:0â°-ß...T]ƒ  -+°Øp^êâ•
{A  S‹}^Œ8X/I>ÅYé"8.1/4ßÒ¡jö}R
*š"<  ðp^é'ê‹ª^!ú  G^0pdwÂe
D}  -ì(Â[Oûƒ^¦"duÔA"9!ÂIá,N¢î;Dt    Žƒ°þ>G\(DuÃ×Ø  `‹-:#"£      °‹  ...4  ðD}l  ûh
1/4>
3/4Xá  ÒPma  1  0Á
ƒj  @êÕ[  ÕÃ
  ‹xDt    0å  a"  ÙYþ

Â  Žá  ×Ã¯ʼᵒ      R,)Â†  §Vne
,&áa  °øDy -]7
    ðEÓª1/40"Aô  &)ƒ  :DtØ}.
¡ˆÁö4-      éœxØA    Ï†Bš(rœ  °Š  ÝÁ  ýa  fk¥"EÄ%‹      XduH4
Ú)Ä  ÿÚÚWT¨  †WÁ      Â"W1/4  CŠÆê  °È°?ØIè¡ë
T"  Vƒð-  GðŠ  F{

    É  - H  ‡  Ý
ñ(r)š"@ì":  ×Óƒ"ÚÚ  (bÈù      éS
Aë¨EÐ ZQµÁÎ:  +(c)ÝZ"      s
B@,†ápD  µ    Ø^î›Ê-"
ð  ‹  0¥    BŽ"%
S          Ij  ...cXdð:(t°},M      å
(ÚD  ÎçM°  Ž¡úÚ    ªÒý[J  6R¨Dtm
  ‚`$1  §-ô  ã"'  Èè"‡]  Ô+ABKQ  ¶Žèì!•ç̈Ðl^  ké=¥DuãD|
(r)'Ò  GBç'%x^ÛÍ¤Óœr‡VGv'Ú°ÖÁ  >  A&
="̈‴
*¿wBØ@  Du±    Ò  pEý†  ÙA`¥z'Ý$µµ·h¡C¨1Â
'    OXé  é"  ôañs
  ¿  ×š'X"XëMWN  [#À
Ùò  u^&  ‡
.,8á  !  ÔuoH  (r)ÄeB">

  Õ´GA  Ú      (r)W›
(r)  ˆé'  Î‰/×¤°°ëx`Œá0Èº  ˆé  îÁ '7M†
~¬  !  á"dv'P^¨Ä0,  ":\  ¨`$š1ÁṏmA  ðzb  @Û#å^GœC      "    E¦'̈˜CcÚT˜&GÈéC
    ƒ#ÅÑ  'Ñ"  @^æ]ŠR1/2%œt ŠxK¶      á³
HÎÁ  Îê  0¢Õ
"  ÕÃX"  v"3•  ²=± ŽIÁ        -9Ä
v¨L$Èé̈Â  "eá
        Ž  ...¨Œ6ƒ*Ñ  á  ù  Ä  ˆ‰,  Ì(tm)¡"GQ  xŽ
í´u
#r...Cb  ‡Š@  a  V'  Q$4"  ¹^ky1ë(p^èC*
ä(L82¶ZTA  á7  G ÄC
/[ý¡_ PAþ"
#¡$Ñu‰    ̂ê  ,  þûØx0Î-  4ŽèP(r)1/2S×Ð õ  Êî°ej    t  -äu
¨
$ð¡î  ¶ÂÇpá  ;-Æªƒ*C  ¨Du†!"Ên4  ¤^øA2›  ...'e    Ö7  '\    p  i  Ž¡´,Ã°e7  Ý
Jé  @‹¡¶ùn4·¥  Pápe7
 ·"
.û  >úabñ"e"[‰otßKê‹›,wA{  e    A  #¢Üb$(vR0-0Î  ƒa  (c)  EÑ"]\˜^¹"]  Eðe
Ø^^^ðH°‡AÄ  ÿÿÿ€  €
endstream
endobj
125 0 obj
<< /Length 126 0 R >>
stream

```
q
605.28 0 0 776.16 0 0 cm
/Im0 Do
Q
endstream
endobj
126 0 obj
37
endobj
127 0 obj
<<
/Type /Page
/MediaBox [ 0 0 594 755.52 ]
/Parent 132 0 R
/Contents 129 0 R
/Resources << /XObject << /Im0 128 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
128 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2475 /Height 3148
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2475 >> /Length 42794 >>
stream
```

ÿÿÿòÌ(
w  ;  F¬(c)Šm  Ü  0`Ì  ž"œShÓ03    Œ  FDtGEÅ#  9  ÒôBy
P."OA    ´¨âA4    ;8      h§3(c)/õ1/4/xN°  à  "...>  ‚g$_ ‰¶žv`C  ˜  3
j    `Ž†¤ïã1HÉ  LÓ5&yↄ  *ÍÉ  ðh¿.tôþô‰/¡ÚyÀ.KE:...#..."qÑ¯D|Ða-Fò;='ÈÑ  ÖD  Z
 ƒÑ
ú  ¿ƒcŠ  -šp‰ox0^íf[#  õá  Â
-  &"Ð^‹CD '      ä"  $    "â  ª%ôø}&¿ß ïè  x
mž³    9èj  EÑÍCÒC)èiô-ÿë"  ;þ3/4ß]~î"ÿAÒnü7ÿô  ú3¿sHë¢~Î'Ò  Èq<uƒ2p
Á"XÁ-í"8'þ¿÷  Ú¥÷é7ÿëúÙÿÿZ  7[ñ†  H  m¢C    -¥¡  "<-ÿöÿÿÿ_K§ÿ÷OëÿoÿI¿¿ÿÒI"}/þÿöÿöÿÚ
Mþþ¤¬)Ô  %!'Ÿ8!N'  ¥ß÷OóŽÿûê°oH´"
þ;øŽ=kŽ5ÿêî    "Â  ÿÿ¿I¿ßû?Si$ÿ¥  ï3/4ÿ|uª  ßôJÙ¯ôIØDpö¿¡ë(r)'ïÛÿûÎ&íí/Þßì?
þ+  ¨â  ‹¬q=(  ;±  W    n¿ÿ÷þ-  SŽÿÃBÁøK¯ßúÐMÿ<'ÿ¿4‡ìÎ  ¿4‡]´(c)ïÒßÖÈ&È^È"ŒWÿþ
¤  úÔm‡×ý?]ÿßý×imûÃ
ø`ø]õÿ  ×õÔÈ€U  þ1/2ÿuVÒ^ÒÂ]úÁ¿Á3/4
þ¿-_ë]  pžù  zÜ4öû^     f¥3/4  ÷þIN쨐gÎ'þÿ,z¿þÃ  Kãø¯âêøþ!D=¿xoðþÿÞ¿7%¿þ2    Û  ïoõ}¯(c)'ÿ
÷ýþ÷ÿÿ3/4Ÿÿ$§úÍ;óO߱=7õë  Míÿ"û쨻ÿû}îÿ뵨6Èè[ÿþÿöv×ÍÚ3/4þ·ÿÿÿw_ß  ý?-v-íÿ"OþÝ=¿ÿ¤3/41/2
1/2ÿ_Ûÿÿ)]ÿ¿õÿ¿ÿþÝ6:ª_ÿß¿o×þ¿ÿÑµø»¿  ¿  zÒÿOßûíJwy~ô1/2~Ó³W·¥û{¯ýÿWôÚ_þëþ¿Mí¿Ó†'áxi
{}(r)Ù-6"uý¯û}kýÿ·ül{k·wwØa.  JïÏ^
*w{    °¬5mvöÒô§íš"_oé´";ëí-1/2éû  Åd°6  Ã<QÐ  4  È1/4C>,‰  †  Xa+
o°Òì/ØXiuþÚÞÇûíÖtßkk¬uUÎá  †•Šb¯£@²-  ``Ž  @gaœ  ¯CÁ  3ÂÁ"Ž  Hñð"â  4Bi¿a*ßëÛ
mŸïØMP4ò
ŒEXa5´á,pÐa53/4Åq]±QQ|8³M3yÄ"
$(tm)SI-Zk×
%Þû|DDDDDDX&šü0¶  †

w_ñ        ,    †à‡¹, Ã ‰Â²- ³"4ˆÇ    *°ƒ  "
  ƒ  2Ž"Ö´éžÊãl-ÿÝ¯ßx^^^²¨? Â   aL:
)NLé¦¦- TôÐ&GD  ^^^^^^^^^¡  ÿˆÿó°QND1I
Â'ÆN  À  6  ÌBV!Ô   Ñ
f¡
   Ÿ
`
B
"  Å÷¨A¦  Â  ›  x!À.x!  ÈyÕ›Eq6Z‰hì.?ÓÐ}ÿ¢1Ã¥AÿÞ"  "ÐC&Bš
0
"3  FÂ  P      Â-  ˆ›)IÑ9    öQ  £3!ÓPôŸŽ'
tŽ². ‰{(  Tô5?Ýÿÿ áÿ}  è&ú·ý´¡  ßA
"  ëõfÐÈ5SHÐŠ
‡  d6
~åyOi§tJÝùi  ¢ùœR¦º :AÿÿôƒkÓ¤ÿûïàöïÓ  D;2p‰N
     $d†CÃ-¤¤"õ¢(c)  "#ÙÚ


êTž›ùÇk^ÚI7Ò¢7ÿÿïë  ^ÚI  ÷ÒßÁ  5    æ  Ÿ
  0P  šÀ  ¥þï~ë_ý7ÿÿüîÞw  þ'  ÷Ò-%"}=>°¯(O¥Ó  ¶¿Ý+  é~µÿïëÝÞgíû}é>°/  Š:  -
ÚDñ¤%o s¯¯ÿõ�û  ßÿû~ßïö'_ékôÜëa  ƒ5aB
¢IÃny
   ß  ~Ý3‡  üqÿþßúõÞ(c)¿ÒßÕ~  1/2$    OÔjÿ·VÒ]ý  ÿ4‡÷]¿'UÚÚÙïO,È    ƒSPþ›Ò{^ÐTßÕÿuwK
µv~ÿÿëÿk¦?°I  ¥š^  a  á  (  x¯¤ýS¥ÿÿÛûëŽZEOÿÿÒÛ÷}õ¦ëõÕõ¯A¨ÒÈ¨7ß÷Uº  þ¿þÃ~È!êB
Tmp"~ÚÚðÐ{µü%(r)D
~Dühœã$0Ë(ÒõÝ>-ÿÿmÖ¿
ÿÃqÅ  ï  "ý~  ^
ÐAÐAÃh'_]ÿ¥ÿÿjïóN  ×ëëoÛ_¯c!EõÓ¤ß  ¬Ïþ‡[×þ¿¿ÕÕål¿î}3O  ÿ¿÷µð¤áõÚONÚ_3/4^ˆÿÒÌ
ßþÿÿPoþ3/4¹¹mû¦ç°¿]M  S}tÕõÚ_ñ  êÕ  ‹Ä;ÿïûû"ÿ  û}ý¯õ"ÿ7_ý(r)Å*×#‡¶-...Â
)  ?uû  ÚâK>Òÿ¯ÿÿý~þÿé¿×  ¯3/4  úcÓX
ozëßÿÿÿÞ&ÿ1/2¿oÄß"ÖëÞßÿµþ/3/4ÈW¡4ó&    vÚK÷ýÒý´µ¯ý3/4þÿëþ¶ÿÿÿÿöûPÂ¨M¤/ÛßÛþÒþÖ°ÿ÷ßÝ
þ8û]öÿùÂŸêÿCÓ  zÝ¥ïqûkÚM¥÷ÿßy~ûÿ}°ïo÷ôg
-    "uV-+°Èm°-(r)þÃK†-¤ØZÿïc-  ëíÿÿÿ'ž¿î"Ã]†    0ÂPÂGôÈó  ð^J(tm)z  $  ‡
    `ÂPÂGH"  ?ûïûû¥û  Þé6B£óÕï(r)év)^LTEèZ    ¥Šb~¨Í
òLÍ-¶›-1/2Ûû
%··þ¶"  kWªV(c)U"Ðk  a\Îƒ A¥Ðq  œ
"
CÏD  >|
ÖK
     dá   ÈJ  ZJ¿m[5¤~  ûwKè"  ƒ
  d¥X!  Æ   `‡ý¯þ÷°Å~ÿØVÂ¤ß-š¨¯Iº
*ÄDDDDDC(Ÿ  ,t  g  ,:zi"ínZ@²a  h  l4Ø`¡~-"  I´ïIµIÉ        (â"""""" "...~8†  (tm)Á±@  "B‹í°'
+
,  U  Ö•  1/2ý-,~Ø¨¦)ÈP#  ‡  ¡
!  GÚ
  ÂàšØU  ðÐ4  &¡   ‡-
kQ      ªña0¢?ÿÿÿÿÿÿÿÿÿó°P4  2
  !¶XYM@"
  Î,ŠZ.‰  Â"ñè""    ˆæ}  æ3  -1'ÙtGÍq1/41/4G3lâ#¢:#Ävq

€m^^^^^^^^^^^^^‰N˜èâ8Ž#h§ÈuÃ63èÂÃ3ŒD|â.^ÖgÄDDDDDDDDGÿÿÿåqDSä[$ù•' ì"‰ š[þ‰Ž'1Ò O;R

Qä à† jì í±Ç×† ÿÿo* "+`^_!CGFazè 3A(tm)¯ Â!æI    ô\7˜ÍÍˉÏQÆ$k¿ñ

CÃ    ÙÄ A

3/4"õÿ¯ý.ÿúû    ÄÿïÛ >   'ÿþì?(E oÿü-"õ_ÿå ÿ×ÿûõß§þ ýõã^"!ø  Î

  0ƒa,ž

  ...ò G$é/°f { ûÅq      ±JßÒˆÿÿä - j M

ÖdX    È

à\•ä& áÝç`b    DÅ o •1õòÝ.Ãþƒ   0Ÿ ......4

N).FÈØÍ Ÿ

Uƒ› œP ï^°

-á þïõ[1/2²qz" )ÆbÎ"9MÝ/† d   pÂ

 13û

þÃ= Á  ,

øAø Â Åã¤j    ëd`¤ ž.ßOõD o

ÿÓú~"_¤ kA  ¡?Ò_¤ßíÿ¤ß¢æþ_˜\Ý²ÅúIö‰

õÿÿÿÿûô,oÄ: >,}$\Ø3 H ›!è1/4ÿ¡ÿÿó~¯ Tƒwÿ"¯I   }   ˆCÂZúW"¿_ý 1/2/I1/2Roéë o-ñOÇëÅ

SÕ nèb Åÿ-Ö }[ ^hæ‹ Sú_ÊpOLñÎ‡OñÖ{ÝÏ: =Ýiûíö

û^ ŽÑ "Mÿ}vÿÿ¿ó

þé ?° °z

¤Þ¯ÿ1 ÿùæÿ¬~¿_êá?·O8-µÿêÞß¤îÞ¿Ûf¥ÚÛÿí-ïoõÿ1/2³Eÿíëÿö¯~--   ·±íÚöÿ


ö Ã    Âi"Á

   PC (À.Ã    n-Þ ...Ûv*µûé°âØ¤ââÛ...Þ ¥6¯a-a,¶ nþÛ¬ ¶É ;$A"N‹

`"DDDD †Å ƒ ˉÃ 86( "

ª m¶  †xí†

{ 2:/ÄDGkÚØ^Ä...0

G,˜ÎÁ†) ‹°0B!" Á È'Ý¦ Âxˆƒ "$æÁ   -

DGÿþ@JÂ    ü·2 @b   #S ...ü 2@. a )â   ,7 )†%^žšo,

  Œá -Öu ãEû]

oÐo¦ÐMí‰oÝÎÃ³Géô 'uA

ðü 1/21/4Œ'§ÿßZO"--P2xŽ 2>}   &G Ðg̀ǾÌÅì !Ô!Ô_^ÿè~   ‰8qØNÿ 0¯Aÿú} úÑ'

cÿké †‰oCD uË   ÐO´ `äää  e 1ƒ  /@ ¶  , J!ÿ(r)ê)

Þ Ó 6-   Ø°OJÿþŸI¿¯A?"·ééOGëëõÿ}ZQI>¯H]÷ú   þ aU"‡úOÿÿWÿ÷SâðZé ¯¯ÿþéoëð•ëuÞÿ

ýÿú,ÿ "§_ÿÿt¶í¡wÒ3"ï•××ÿvÿõÿiR¶-"Ú¶ß¯ë¥Û¦ªßJÎô¯–$¬5²Gikþë·táu¦R7LaŠ' ƒa...l$Ù¯

Îðïü0"0¬0žâš-   c`ÈäÄˉã‰ƒb ,í  ÈøS 9         ‡  A¦ am;LBd#õk÷j(c)(r)"""!,

& 4ì  GÒf ¡Âe

  0ƒ C b"""‡"":¥ë *( È

"Äu  ÿ 0¥S;Iœ]

ü€Ë"qçbQ'lAÅ$j2^ß¹Ø1Ÿ

G ø ¦ÀLÔ;Ð÷ù  u    ¦

`^úJ

NÁ" \ ùÔ ŽMòÎ?ÜïvÚ$ê\a}p¿¿'1/4^ÈK ïm!ÇÒlk•$Y Q(c) Å^s'2†H3ÆpCæ\~-f)

Œ   ‰o(c)

2k

{×ô÷ Dg l0...œ   ¦...÷þ¯A§§;û_ûî

†y°Ï4i 1

Â'çÃç Øšèž4O  ËÇÞõ¿ü³ªF¥°D  kmÚ  ¿_ö-tÁ,
,  Ð ÚÁ  {{ik"òÏP^£-"S¡nGB  ^V@"÷õ·  ]uÿ¿Ý\'I1/4  í ._ÑpÑ
R53/4'v  -¯þ÷JÝ  ýz§Vé×ÛÞ3/4!ÿ  Ú    Ù#
è
á"Ë±|\~þûî¿\*3/4ûö¿  ôŸz÷ûÎyÍú~1/4v  ÷Ž-ÈÀýìËçÿÿ§ëKt-  [m  ûÿ|.û[^oùh-  ~  ÌÃõdƒ'0›qÇþ߯µÿ8
:á{ÿ  î  Âñ‰Kü¬r³ÿl/2  ÿÿ£#¿ÿ¯  oú<ÿ'
  ÿÿÇµßúþë§Ûÿ·ý  _ç'?§Ž?Wö¿÷öÿ¯  ÿ^¶Âÿ÷Ü£ÿÖU-Õ  ûv3/4§Wþý_íXíWúÌÒßþ-ë  ÿd  ´1/2}¿õu
ö l ö g†G,a

l/ëá/aý§¦`¯0'Ã      ÖÁþuKiv%C  ‰PÐÐiÁ1A    `³§"  B`ƒ  < !¯@ƒ    œ
0Äð ²ë(Y"E'fÑ>  ¡Ã1ÃI†¤€Â  ¡ På! PáNé¯þ  ûÿì&  Ö'
Ú  hD4"-
b"Ž""""""""""Ð0F´jÈè3<24á  è°
!ö¿ì³â"""""83    ±°A"5HDFYÆÃö¿Ô  ÿòÜ  $ù'1  Y¤þû ...‡GK'ÍÃÿ¸2¦ÿKî´Ý{öÏ        ‡  qš
Ÿ ñ'Æ
  !"¿¢áƒ>...Ãbxa  Í
ƒ7´¡  wî,  ƒ†  pƒ^8a6Î#
¯ôßMÓíÝ  Oþ3/4Ÿ¤"þ¯ÿ-‡ÞÙðŸÜ<¯ªÿ^  ýƒþÊ    >úFŸüÔ?þõ÷_íP  5é_  ¥¯ý1/2u³EÙ¢1/2¯õüÍ^1/4
!L0PD‚Ã  "
6  A"  A¶  †"A1[  š±8í‰ßñ·  Q
!
"|XBÐ^0¯\¨        b"""Ø  [X  ÿÿù72Sµ@"ã#£c02áÂ  "4
lÎ
à¤|Á  "T  ã<20f  1 ""²  Ëâ    ,Ÿj
²
,"
´  Ðv  >ô
þú¬"o"d  (tm)"8G  ØC  Ï  ±>"qH  Í  àÐL
f
l  àP^£žÈ^"Ð^43c'
|a
6  à.K
v±£|  @Â  ~e  7Éàpa#t0@Â!Xpa    a  pA²c
  Ê÷ï°÷3/4íʼpÑn逤[ƒié    ¶Â.-OsaN    ÚRë(r)ž"jô  wû÷Ò~ï
"á"  DøeM†  a    Ñ  a°Â
¯h l3Î  é'A    ‰Ð6HH  pl2¦Ã
  Í  Ï"9-å]>"í¿{¿×ïÿøD   ÛÝ}þ  3/4°EÿÃtÞÿÓ|  éà¯þÜ  §ÿi¡tƒÿÿ  å?K ,#ûÿûÿÝ{~"¯    û¤ßþ-ÓzZ
Mý6-þ¿_± ¯Iqöü  Ú×Û¿ý}ß¦Ò>Ûïÿÿöÿÿ_ú÷  ýß"Ã"ÿý¿^-ï¿úþÿþõç  ç  øûô;þÞ8ãäcÚ  cŠVD  -ñÿ±ï^
ÿûþÿ[Öõú¿×^¯~Ò¿(r)¿Î}Á|¯
Þß(tm)-íþ
û  ï_Nõ-^ß  ÇûþøI[ýmY&Ñ.DSÏ<rQWúr(c)ÿ•NKþß¯kßû¹¢Wÿþ    ÿÕœ  ÕÅ}ûÆÁðßï¿MùGþßùBoÿ
þ¿Ö
n/o¯àž|÷¡þ‡
  þ{šÝ(ÿÛÈ  ÷mîÿíÿÿ*þÚ1/2kÛë"õ~8ÿ  Ü-_ŷßÿÝ  àí  ÿûßƒÒÿµ~UÏOkk¥û|ª}¹TÚª[ÿ  ù¿ÿý·¯"  "~
ÁÿÒì¥ÿõÕÖzŸW°uMÿú¿êú*ÿÿN  _ÚÁUøzi(c)  J])  a4  Á!...*ù,    {  ¸[ª  ßì-¥öÙ¢êý³O°öÍ?ÿÈ  íP,P
Á  6
ØX£áA  pÆ  a
¡    7A"áÅEÛ    P"'

a... 0ƒ  B              ,
 Ü!M...    @Èb0Âž  Â
  àÂ"  A"EðÁ  Á-#
Â  jžF:  šv  ¢  Lãœ{9pL¤  ¢'ˆ•hDœ"D}aEZhRq}1
í8ÓµPÄ-Wv!yð ‡    â""""""""*"""!"""""!"" Á  ^†  DDC  Gâ'Ð^^^  ZŠê?ÿÿ(tm)  3³TK³(c)⁻D<ÔŠ
,#qt]Ë£  PÈq~v¤  Ðƒc6  ù,
áž   <... a
6  á¢<
"
  ‹@Ð1/4"  í2oÑpÛ
&Xá³XhÖÑ±  2 Å  "
3ÎÍƒ¶U°glLŠ9ÒÊ  !L  ¡P0ƒ†ÃP›¨A°ÛM  î
,
 ƒ1/2ðƒíNöè  íÁ  öê    ªOû{i6"þ"}]rŸ£
⁻  é¶ÒÙ,#é7  G1/2¿þøD  þûÕ1/2  åOöäê^ëõé  1/2þé=W·¤Þq
uZùáO3Ïá"  D);g   ‡˜}-¶×ÿí¿õõÿñÅ_KE"û@^ÿz-Ý"Ü>  -ënºz¿ÿ¿Ûþ?·Å
‡
41
¡¡ˆ8eT  9E˜[Áð  ï_"¿ûÿ×é  ß×ÛÚM(r)wUmoë*üWþÿÏž›Í>*ëëë~    ë¿ÿ...ÿ·ÿñ⁻{jµÕœ    (r)ßÿû  Î-›
ÿzÄÇ(r)ºÿý  ëÊ£ñõ"1/2.×öû_ç£v*ÝþÕ  jå4
ï⁻û~Åý'›ø6Õ'ÿÿoˉüëÿ÷ûk3/4  íÎÏ÷µ¿Õmoµ×õ×,A±
3,    N  H v  ˆ¨    `ÁN     ±I  3Á  0A,  m-⁻fjÒÕÍÓf⁻Ñ÷[ðÄ%j    0Ä.œ0ºªiœr‡,u
õ
%i,)ÈÍÁB  ØNÁa,ñ            ¡    )^LJpÐ¶)&'vÆÅ5PË
&  "ì!a
  !Ð^^^    ÿÿò   {'  °$G  ìáŒ9  g‡ÒÚ
3/4  A gœpØ0-Õ  "+i
yžg  Áyãs á  üø1/2$ÿ_µ  ˜á÷¢à;z70psC°Eìà  ÷ÐA²zv
  Ã  pr9ÏŽ
'â8Bà¶
m¤  oë_I1/23/4  ~""""C 3
 J  õ  !öéÊ  y"r  Èƒ  £"çrC  ¬†  Ó  Qi3/4þ⁻Ñ
  8  HÇ!º9!È£  -Es¹  9nS  ƒ"  ŠäW)ÄDDDDDFõý  þÔDDDDDDDA"änMÊ  ¬$çÃÙnPæ  íT  ÏÄ
G!°r#"sAÛã"9ì·(sAõ)Î
Î9XU•  A\T  ¡ìðT  ç,¦U•²¢¶Oÿóßÿ¿Æ""""""""""""""""""""""""""""""- ûü¡Oýo¿ÇïmþúUÿþ1/2vÖ×õo˘ÛRz
  ¥a=S'VGìóA"
%Ë  ¡  Ä§
,p^‡˜"Ø"žÅvPæÔ  hDDA,    vT¡  ÿÿü€ y  RÀ¹  1
êgÈ¥
  ƒ¡"
ÌgAÃ

ô[†    .  @¨1/4aŸØ6  H ì¨"  @›  Æœp›ßr...M
'z¤æ  øá  >ÌÆP    Ï˃>'[¥ƒ7    øDÜ0"j‹‡ô"õI°ph    Æ¡  œÿº  6Qúú⁻þ-    é{}:¥Ñƒ£
k-?÷Q[Óïé7⁻    Ç  ÿ¨Qxúûîss››  Gœçû(r)xõ¶þ(.ž-žý~ò"ïú_  ÷˜ôûí|%ÿ¥ÿ´1/2"ö
è¡$sÿÒz¶|-þÙ¢íÓ4
SA{i6  JÕÃ
a;0•"    Ã

a ì0-†f † † † Å1 GeÃ" ÅiìW" &* L! p`ƒ DA, `"F"""?ÿ-Eg*b›ÌÀÁð¦°0p
'Ñ
€\‰ŒÐ9€0l!˜B$ ø@@Ê 9Ú'-GR2 (c) Ñ óqÌÆa b›F¡
p‡ß"-Ÿúá;(
p i"
œ)àØh À 6 ø@ ¢ Äˆ´ ÄC ,!"‡: > Dn÷ßi¨$K dcœr‡~ Â{ÿ§þ¨ ÿóS5
9Ð§¡§ j¨ 0Èq×
:`Í¬3'D¢ Ø`"A°e¡"~4O˜dÈ)ËöH9 "/àÁ "\Î'Ò"ÆC E.t Ðïé ôèÃýßA7÷ûî'MáÚ,A
A ÃBÓµCNð ƒtöó"A
æ²5Æ(r)-þß_¤ÿ ýôßzH
é7÷þÝ$ßúé:NŒÿ×ú_ Ó 0ÿó>›I'ý%zoçÿªOó"÷úûÿÿ·ëé?íÿÿ¤ÞúU¤÷íÿ¶•7ýé]~-ÿõ¯¯öÿÿ´öÒß] -" ßû
z¿ïÿþß Ð)Œè ÇßÝ_ßÒÿoßÕÒ¯ô¿ëßÿJ¯ûé3/4-¯ÐÂ-Äq" sHwÌáÛóL}ïï-*÷ý1/4wn-Í1ß^ÅÅ_Ñ<Éçÿ
Wÿþš¶-úé g ]ÿâÚïû~ß}3/4S´ C@ Ês°í_ÿý1/2÷ ûëát¯Þ1/2¿Ò¯ïÒØpë]8OAï
Õñü}è ö-Åkëß·íÿ
ÂZoÞD.D
mÿuÖÈ8J¿ÿ3/4úÞÁü+O_ÿø¯ˆöú¶A+
õuÿ÷†ßÿ·þõ_ ^ÿý¿k"ÿÃ tÛýûðß_4ÿ4ýóÑÝ^ÿ7i¶ ÿíÝþi"oVÁ²
"þÕ‹ -JQêß]ÿ¿úþþõ ÿºõÕ_õ"†Užþ," õ ƒ(tm)°¶ ãÿ¯îÿßõî›õý¿{ÿo‹
+ö$ƒ ïþÑÏÝ-ë W÷[{w öþýÕ7"o¶
9,ý? uÅïÕ÷Ýýº ¯ßýq"ò 3û\ì¹• þm?ß"~úëÚýÛº¿*ý×3/4 "ÿEñîøp~ý7õi.ÿÁÆ1/2o·wÿþëíÿÿBÎòsM
úëþé}ÿûkWîÚV" Ú_ôß_W ÿJ"ýµö ö¶Â[{dEzõëíõÆ1/2(r)"êFuùNðkjßì0-º-{
%~é¶uØik±ý"1/2ë´¡¥Mô wÚ§† : ‰0e
ðE
B l $ ‡ !g ?%¡†(Ð+"ÏvÃ Øa& KÕXa+ S²û,(pe $_Á,K¶ † †-ŠCMb=ˆKºïµ¹°¬ŠEŠb f
É ¹Ð
Q@" è]ÅE !

'µÈ˜¤KùÜ'ÿk÷kÃ ªý"Ó_[
ßçp§...¦Ås
*!q ˆˆƒ """"""Ðvƒ
a4 vƒ "B""
!
v A(c)ì&¢""""""""""$8DDF?ÿÿÿÿÿÿÿ(tm)V‰´óÙnDZ†u ò1/2G Š
D, ÆÆWS È¤ rÞ"oóYÿÞ1/4...Šbe\ 2 E dL9Ô ?Á JˆŒ"\ýÃ*;ü
ñwµð‡é"ƒ 0ƒ!† ó²¬C•Å¢ºÆd (tm) yÙ$d[Â þ
)É DûÒ/›"Ó ?¥_ÿº'5XxA C =tó£' Ù"6þ>ÿ á
ø"ú Gý ÿMÓÂ
Ðm Ýnëýt›¿ë;¢5~•÷úUÓÓÿÿÙ'¯ü R O(tm)@´F
÷æÈÌ ŠxŽ
30¦,(tm)Š¿œ 7ñqÿÎ ¬g\Œ3"u ÄE‡œ#3É (tm)ŠFÄ/ž 8Ê" Ù+nC E8Ído: ¬S œÎ
è<‹
^$ h)˜§Â ì•ÄA ŒÖ2
Ó4D± 1 £83 €ˆ0,B ',(`ÊK¥" "Á
a?uÿ á4¿_¨ÿý" A¢! ˜A a
ëê ¿> Pƒ0@ƒ
Bfd `ƒ 0A¡,v <!, ÐÈ¨(tm) )ò. 32 A(tm) & ²( C°L ðƒÂ
h(& ƒ Eò!±G¢NÚ §¢P>ë}Ñqt[äòÓ_ t¿û âÂ -þÔ Ý¤- M=
Úz

S‹CDŸ%  Ñ;ì' ÂziÅÖ±&í  "äï  ñËî  ÷Ð F'
Eâe A÷ðpr-,r}  -R  4Áz"(tm)í°µí¶¢^âÍš£Q't  ‹ù¦ ƒ 0P ¦ þ Díê¸lM"_
  6
OÍ 6 :'6 LÓe  ~EÏ hç;  0P‰äNÁ¢~Ø-  æ › 'Áƒ#æ
Ê¹§  :.Œ  A `Á7  f-‹^3aC"
 Át pb/ÓúßÅ
P‹ßÿ±Z-(r)`Ú
  ›átè ÿ3/4"  @Ù  A  0M¤  Û 6,
Ð‹  t  CÂxOAÅÛJ     6
  t 6 '@ƒ°ž  ð Þ/N..,  EëÓÕÕX·Uõ[¥ÿÒULTC§IÞ  &ÿÒÒöïH7
]=>Þß¤ÿÒ¯÷¯¤ÚOMÓu¤Ý  õÕ  Mð}¯[(r)÷õ¿ªï[ý=U¨utß]=?nêã°UÕu¤Ýi  ÿý}UÕŽõ~"þõþ×¥ÿõ1/2rB
Ž3/43/4?ê^1î-Hêô_=$,
_Õãÿ¥úï¡ß"×"Ç1/2=Œ\1%/ÿàÄè;t éÐöû(r)?ö  ÿåLk¹
%v- ...ŽD  ÿÕ ,  iïõ I$|ø·ÿÿ¿î²  Fú^·þ¿d]2 ¨  ì, 6õA  õ×ÿÿÈr 3/4  ~3/4ë¿×ß{ú¥t3/4ÿ§ÂI$Û¿
ÿÝ  Ý0ø"">3/4ÿÕÿÈ‹îƒŠÿí-X]ÿ^÷þÁ¨ úú¹šïªÒ¨Å  Ï¯_ú.›þ²  ¯¤(c)ÿœoÝ  {(c),
¥Öÿë: ønd  ?ù)F  vÝ  "1/4Ê?üêÿ'á_ý  @}ëÿ@  ëþ¿ÐNé }ì ,
"ÿû"úú*"ÿ¯û÷^F 'f,oüOÐ1/2Aßþÿ÷1/4  ?ý  3/4-÷Wÿ.ïÚ3/43/4¿ÿÿA%1/2/ÿ¤êûi  yî›ïþ×ûÏáò£z¯ò°Ót
CÞ·¿þõ¯ë?°þšëï"Þ¿×  ÿÕ¯¿l"Ïw¤šKKÒ¿Û
ÿÿë¥×ïÞ°ï{¯ö¿(r)¯ëzZZÿÿõ¯Zûuo³°ðÚ÷kö  KöÉ¶‚A&  31/2N(r)öÿd-Úë¶-ÁÁ¶"ö1/2Ói  (r)  õ×Vû_ý
¿Û:/¿×m\  °¶þ¶ÿö -¶  íó°ŸØV  [† ì%¥'¯_l%e  ñ,tØ[
ÁÄÀWíûV  #ÖÕÕ†Q^Úû
a¤ØN 5mXe  ¤Ú_a '¸i}¥¶ a"›   ÷'ì +
  ð/
  !Áœ  0@Â
&Ã
Ø0f
13'!  €Øx  cö)$ÒLÇÃ  Á*"áB°ÁOƒ ^-
0(r)
 1 "  ç'
[¶  [VÂl0X`"
%#´Á›  %
¹ ÈÀ€¯F9
 8  Áµ
+aa...†
("%ƒ ÁHØ1
  °ŒTlLàÑ‡  fðD  0ÁZÆÅ+ 1/2‰oÓb[þ ö ^× FÅ!\ â¯õ±Ø-î%¿¯ª¦30\ø@@Ø¯pØçqLTS
 Ä/Ø-úké‰‡  Ç8âƒ  ±¯  Å{L& ´Ââ¸¯¨"kpÓí0ši'GA"Å£¯¯^•A,[ÃM%M
êƒ
ƒ]s@[L/ÚØ[A(c)Ý0§tÕûZ3¦ ¥< ÖÁa"×L/`¹œ- Åa  "  !Ã
¥S  IGÄDC  §,Oá›uÄDE!  Â5(tm)  2
pƒ  É
 q  õ@Ì
ªÑü  !  ÄC  Áa" B$ƒ
 ^^^â"  b1×ÄhFñ  DDDE! ÄDqªAéÖ'××^Ž"×Õ$Œ°Öµô¤Ø
WŠ;- (tm)nP  0D>É¯p|i0D;q8"  ß1v¯Uý,DD\F²äÛò×  æAr(tm)  *‹""M•b ¦M... È2ßÊåÎ(r)@\‹(t
m)_Ah"  ; Es0¥pÊëúÿï(c)  Eß³"  É ú²  ùØb¢y C>  í - ä ;¦  'Tù\×
@‡
*3%"ó¸È‹"  ¡,  ±P†ÿÁÿÓŠÿ_õcëõÓL  ü| ¡¯Dù~KYF

Wÿÿÿø@ÿÞÿÿ;-  \¤Ddÿÿþ-_}×
c/  E  †  62@'"¥â,!¬Bø"
œˆ0"¡+"‹  % É  3³Vs%&A
¤içŒÔ2X3XÎ2qIP"€¡‹ˆK|ÿ"
•'#3#(c)dS42  Mc1"ŠF
d
¢  È žyšÇÚgÑ    F(tm)Œ3/4u  •ŠH  Ñ‡å
      #[ _B,×  <!@ƒ  ~ƒÁSÓMH €¡    ˜‡...
œT  D  <   0A"  "  Aá  P!N!ƒÁ    ApÈMHY'€ˆ't
& t   LÁ
Bt    jH#      °
ƒ  :Á  dà    °ƒ  =ÚÓ1/2µ!...'    yÁ:|z#$ôJ>  (Äœ4J    ]  Àz§éÐ^ÓM44Ñ  ì†Ë¢<‰[Â- Ðiá4ðš-(
c)î†^Ü98Ö  é§cÞšd6sWTJ  wH<'ðf,".l2Ë'é³šnz4  8f1,'‰Íç<  AÐAù3/4  >l&  .l‡¢á†Ypgä\Ã-ô\ÂEÍ
Fm¡  @Þ‰^%ÇDñ¢|Á‰"/Ø17Q}"ú69¯Ñ(c)5sN¥
%\K  DØÑ>xe-7Á¯1sh'¶‡1/2    Ø#4
6¨Ÿ6w¢qØ.)  Ú"úÄÀ<¨¤Ü'  ...tä"H<1  a›ˆA¦"A8¶,i  ð›ÐNjÐ  ÁA  Áœ‚@Ú  6Âq
Ât  n(Rnƒ ÚMÂnƒØ2tƒ80
ÛB  ÐA´  owt  m¦"¤,
‹ šát  }[þ-é7]×Oté6ßOCÂzoIé´Ÿ"ÒzøO    ëë¦(c)  ÿTÒ¿Ó_^Û
þé?ßOÿÒO  8Kÿ_µÿÓÿë×Óé%°¿IÞ>Ié1/2~žŸVÓ3/4úÔâwú1/2]ý_Z[!53/4-ß°ÿðtÝh/OúØ'-Ðÿù    Þ3/
4Åoâþ‚þ£_  §˜Ë(tm)  ¬u_ÕÔpÇ-
    ÿ× âÜ  Gâéþô-ˆÒi/ÒÿþÈ...fÿü  õûƒ-µëüŠ  }ïÿÿ  äX?úò  ¿öA
?üd¤L¨  õÿ·ÿ}ê+-ÿ²
)__×  ¦A  ï×ÿ¨üü°?ÿÿ...ÿÕ  zÿ,{  ÿò  ð¿ÿò  rÈÁ  þ3/4¦÷ÿÁ•
    {ûþ<?ÿ
?o¢ÇùÒ‰_ç
ü/ÿœ!Õ6O=÷³¯  t$<Ž¡_ùöjôK<á_ÛœPöÿù  þ¿ÄÎA  ÿÂþü¯=t°ÿ,(íw^ÿÿý    ÿ¯ "¯üOTÿ3/4BÿF#Ûþþéi
    Ðoßï  wûû__þÎ_=íÿÿ¥*ßÿkÿúUÕô•  7ôâFúÿÿ  ö¿  ÿéíÿ}_°_ÿöôÕ1/2ëJÿú[
=(r)ÞÚÿwý÷"wý-ý¿ýÿRï×3/4Üqíþ߸m+õ°µ1'd...°Ò÷
ö-ý"{oûv¬  'gEuÙ#á...ûm1/2ô1/2×o^Ò²k_ûwÞ1/2  6×ã²-ïé{"îÙ¥kf-ðÕÂ^ÂØ-¶  [†  0›a  ,ÚVÒŽÊ.É
ÿl¢°¬K{
&ØKl  cü£²Gd  VÂ}COl¢†¶Úm...†÷öHí,ž°¶i0ÕÂZ"¨µDY&a63/4Ã1/43
"&  qA  ,  Àb)‰Ü-¨LgÀ†(
`Øš  ,   lL<  šeè4¯a&¯aO  ¡0PDK  Á,l0DÜ"ÕÁ¯  'Ž  v4Í¦C1/2  8`"
    †
    ‰`á-"9    ‰€Á  @1/4  q"   † ãŠ"@BjGìù,"X6  áÁ"  ¨l0DÜ"Ã06
À¡'th
,!rÇèE°ÂFb  Ñ-  ^  Šb  -é...†¯[^×á"ñ    ±[lS  ŽÄ&+a   Áa  cccö+ö$ÇìUl...{Tà  "
Š[b¢¢¢¶!1LW‚ao±HE(r)ö  4ÂdÇ[)Ë  ¡Óö  hA"Á    !  Â   `‡  Âi Ál  L"
°Á  È-
    qúa  0^ÂëaxdB    Pa82)
€(tm)B;^Â  Åa5´Á  °i,i¢ ¯_µ  R²(tm)  A,  HLH"    DDG
    dÄ  Ý"l²L  °PEB#  ¯¯¯¯†  ´ŒDDD{      ÕW-  xUÂ  ,(tm)ÂÔpaB‰\Ö  ÿÿÿÿÿÿÿÿÿÿÿü·$Îéî
õS_5ZuW2T^ÁsQ'òš¯è  2  *H¯¤¬6  EO;J  &¡_C  ,y2Š(tm)"á    2@`øÉÆV¿¯P^ŸÓj¨¨ïÈ(‰"  AÃ
ÿ?>Ÿòo,  Õ  œœt  76éTNÚ.èž0Ëœ  ...þ1/4zzÜz§ùwA  tÜ'

ë÷¿êÕ'Ò"É#Ç-&éÒv   Î?ÿG  u  "
"  (JÈ¥'ë¿WÈXpD  +‹×Ÿ3/4ÚNEF  ,ì+Õì&  5    áwZ}  Oÿÿïü  ?1/2i(r)‰;%onõ¨ëù|Á›

This page contains corrupted or unreadable binary/encoded data that does not render as legible text.

56
N ê ê
ðRá° ‹C Uáÿ
˜´
;â- ÷èŒqï"Hžuå+2 ¯ó^ ¡ìwè?T4þ ¿ò*O÷¿{l eóï{ £‡¶EÈÆ
NÈ¹"é!ÀÏ #(r)Sè r,EÎ
Ä __KÈAéi"pö'<HŸQ>aá_Óµ Ê"
" i³H0Syç iÍy/-Á,h¡ƒ- è"DGÎ†Oƒ5 3 s°qm(c)Þ"ÿé< -H?ÿñññEÎg ðÜ Ý ƒƒdú : :
",#äù(tm)"äžG˜˜ 'çó}:wpýWá¿¿vž Îú¿Ã †ûÖéûKë§¯ÿÿ¤çz Gàˆú0ô nøN"Â
Îô1/4>"÷þ ËýÛ_÷Õý1/2{õ{÷ýÿ-/}zÖêÿçaH"²"üñš‡õÿÕÕúMúÝkÿíÿÿøú(r)é ý[ïîëüãÿýùÝêþ÷1/2¯¿ü(
c)-t"\Êr$fdj A› Èƒ˜, ä^
À‡Å
; AƒÁ0ƒ"fHË£ÌŽ #¢9ç )
Î
¯ûêÞ1/2çw×OMí¥ï-ó"ÿýÞî¿ý_ÿ^°1/2¿oîýú¿õëj" õÂ
" (tm)
4
`ƒPž ÓÂv¨4 V˜M4. â/ Ý"þë õ{öÒëÿÿOïÿëôÚÿý yÿÛõ}ýóÐÿß1/2
õô+ Œ'" CN4 z% J t\Zp‰cDð %
'ê'ïúÓã±þê"J-ïÆ†Ÿoÿïï÷ ýÒ uû_ñô°3/4ÿúýím{ûéÛú'€Ñ?`Èù¢~Á'õ œœ ÀÌ
É Ïáž€ƒ œ0†ž m, ‰ 3ƒ üÕ ŒÎÿ ßº}öÿõÿIýñÆýu¿ÒÕßýï]÷ÿ÷ûª uÿ¹ qá
" a
A ØMÂ
Âú
,x¡Õ
Ý7Â´ Ïõð-ál?õ¿_ûáýý ÿßûøIÒð^-~5}Öûþ;ýÿû(r)µvC'¤é=7MÖ•×¯OWU¤×]_ÿ_\‰¯îººÿ{d)-îÿ_3/4ßÛ
÷Šb¸¯wÿÒé÷ÿÿoJÿ_$]Xaúz1/2Òzÿ}±[§Ðº ã´Òú
Èsý×Ý Û¦ ýƒð-"õ~ ×ë-/$ ñÿ*ü ÿïßÞ¿÷)Å›1/2Ðêûøÿ‡ 6-ÿ"ÿÿØoøû þóPŸÿ-Höý¿@ˆñÃ
^ü óX.Ì`Ÿõ?ÝÕo¿á>3/4ú ÷÷Ú ÿÿÿßì,Sÿßÿÿÿ CïkÚÿ|-}Öý ¿ü'Uþ~þÞ" ßôñïþ¦Õ ~Þëÿa1/2Ìuÿ
§ôLr°ã...ûs V³ ÿÌ¤ïÿü?_ÿ~Þ ¿ªáz íÞ•Â û¯nïúó ú}úí-þÿýuê Ü Ì£ÿº"Gò²^õÿîèïKÿöûºúÝ{³éÝÖ
þpžßzöáwûwïÎõÇÿßüzß1/2G÷÷*8oÿÿÚÿùK¿_ÿÿÿÿ# ûûÿ1/2'ÝÕ?ú6 Ïï} - Þéoõß- 7ß¥ö-·û{¯í Öÿ
Ýþÿûü,ûíÓßýëÿÿÿXøö-ÿëcÿBþúí}û ·Óþ-ãÓíú¿¯¿Ûd ºþÂkwõÕ3/4›Kÿ÷¿ï[ýºm_ÿý¿ýºïÔèÛ!¦Òÿÿï µ
ëzöÿû
ÿüKé| Oið °Ák†-í>×÷lè1/2õl‡ö¶CÛ\£ö Eðk ýö¿ö bïJÓm ô¯Ø3/4ûÛ^î×µ
...1˜Ô "ýo|øÿ<2( ŽÁ GÛ D˜6(Ì s .|61@ ,

ðh·L2Gi0ÒÖÖ"'á-...¶
†
Ã[ L"‡
†

ù=ÿÃ Z_ì4-àÁ-ƒ `Á$ A÷ïÝ-"B A,GÂ2? ,¤ÈN#Â
@0ƒ "4 !" ! Hú P!, ‡
û]xaw xa; º¶ PàÁ 86 á,"`8fÊE"Á- ð/±± Å ...±´æ€Ã
Áœ Á , ˆéƒ 0ƒ 0ƒb Š¦)ŠU C 0DIƒ6
›
Ù ; ÆÅoÿïÂ[þ
ßÃ

y!Ët g 0_< V& Pb ¸¶)Sb¢˜¥i(c)
ö °_Å}¯ Å µ1/2a"×ªÿû"Å¦¿zi˜r7M3í?ðò Y¸Î"DDDDDDDDOãk
)á5Ó û
wA,| P , t .¶ ÿÏ (r)1/40¶(tm)X A" ! z-Ú¦ ƒ ! † 0ƒ#
É...
cbBÛ‹ÄDDDDDF"8ˆˆý/ú¦GD|`"^§bÊ?å°g ¨Ê"vS ‹ÿÿü›-³1/2Qn(Ì†'8Ì#ì¸9'/;$È?2UæABšÅ4dtf ˜
†ÃA Ÿ
G
ƒ`¸ d| ƒ Á
eZ1žFˆÕ Ñ²:ŒÞq-ÈáH¨†2 M 8 -8

"ÀÜÀ.f!À¡
BÈ h0!À`Ì! 5 #Þwüì dã6 " 8p ÜAðÐ;Â
ü,!& z "Ô'ú÷Ò÷ÜC@ë_¯(r)" ò ÞèžC'ÌêÌkÞ‡¢1ÆŸè"^¥Ù>ƒ7°`‰ /óyÿ_!
h Ä_Ç· rþ‹ö
OOæø3 >dø3Qƒ1 g£A

N(Ÿgó|ü|ÍPDçžgú fh¿`Á #æO @àÎDÒ" | Ý -·"Y" '(tm)(tm)<g"´ ?ýç3ÐAÒ
¶ÿÿá¿Ã Ÿ3/4 >íÐmá?ð ßÛÓûÿ"õÿõwíÓþyšÈ¤fFLˆ~ ¯]tÚÿýûÿ 3/4-õ3/4¯î"
›ýiý ýwÿïý´¬,Ä2# b HÐˆb' '"±,
¸(tm) Ñ A"ˆ e :#(tm)ÐÎ #b Â (tm)s00D.€ý]}(r)- G-ÿ þÿõ{1/2~·ôþ´û× G1/2 ÿ×Uÿþ
{ù Â ÌÄD ; <'úh7Pƒ‹PƒÂa
(c)"ÖBÂ 7õ ¦÷ÿþþÿÿµïú~¿×"¿}oÿýý¯_ýõÿ
šñzq â‰c¤\0Ÿ IŽäžÈÇ ‰cD¬t-Ÿ¯WŠ¿zþz-ÿÏCö;ö×Þº¯ô"Õw¸Ùì ¯÷ Ç?×Õîøè›´Oš'Ë GÍ• O
Ø2_
Ág : Ù"A4‰sžàÈù'2
ž " ; A¸ ð‰[bkÝÕ+ÿ·Ž>=ÿý_øÒµý48ãOÞßuãŽ¿ ÿöTä ¤ 6, Î" 8‡A ÚwêÐAàÆ 6;
ábõ]:O@ °a ÷î¶êÿÿoßõoöÇ-1/4 ïþ ¯¸I]ƒÿíºí¸1IëZmiá ]\$Ÿ(r)¿-&éôÜ/´3/4àýÛ~?þ;8R §ðo...ÿú-1
/2'k¡ü‡ ÷¿dBÅV-ïÕ÷õÇU}{¿1/2-FÅ^"×Oêì‡§W_ÛÿŠ
‡ û!Fb¿_"ßd9aj _ ² ¡G WÇ×ÿÇÿ' _X ~ÿÇÕ†1/2¿ÿóvƒ °}~ÿý¸aÍœ¢áx7É ¿oè7KWÛ¯ ë¯þ
ÿÿ_ÝVæ±=_æîßÿ5"IŸå@¯
ÿëß#
ŸôlNä"çÿÿå9ÿþÈ£'uÿìæ ÿ¯óƒþþžÐÈ7× ÿÿÓ‡ü˜k6/ÿ¿µ
ÿÝ1/2_úöÿ ù, Ñ•ÿÿ˜kõ¢éÿ×ÿ a"Ý×w1íúí ûo\;Õ÷Ýÿ3/4þbým\ú ïß×ÿë~¿ÿÿÐOÿþ¿-OîëÛê>ÿXûe
Ötïßý×ûÏ^?îî(c)þ?ßç/{ïþÿï ¥þÿÿOÎ 3/4õoÿ¿_Ûý ö÷Þéëmÿßöÿÿëzÿïÿ3/4¿{ïûý÷¶Ôêö¿cï^-ÿïÿï~¿ý÷
Û¯ú¿z¿ÝÖ3/4ÿw¥îÙÑ6CûKl‡÷e
Ê ¶Qvt_ý...][$v·×ýnÕµØ÷øð-÷iiwû} ÖÙ
ZV(r)Çkÿ"Ú Òû] JÒ[
Ø^Âö ì ÁA 8#
x l/(r)¶ "¶ á°Â ¶ ÓÃI´·×WÁ~Û†¨ BpÅ¥ï¶ Û °Ò´•á"¿R$)" 9†
0aJ ;KÔøá(c) Ó#Ä}†
ƒ `' 0Æl q±§±ì Oƒ
R BX(tm)Ã"¶)‰ 1/2°'
Ða0@Á
"E't "é 0D/A @†l$ŽÅ œ Rp@DN#â
œ )˜$ ì l`ˆNÆx6
ˆ]" ¤H; " ...EDA±±\î+kÚ...ì Å Ô/ö ]X A
Ö-8¦*ßþ 1/4Ã¨\Uï±Xb šÝ/÷aLëÚÞ l j°Ö *pÁ D'ˆ`¶·pÓB B

'p"muÕLá    =2"r𝑓B""
  Œî  o†
a    aSGA'"ᐨDD  ¶-0¶        ò\b
(tm)pC^^^𝑓;M@a  ^^^^^žb" ÎÍ¢1  ÿ-É  ÿãÿÿÿÿÿÿÿÿÿÿÿÿÿåš+JèŽÄ¢l"dX¦N)
åq!'0-ÿÿkÎÍÄ0Ž  l'üï
W\×  y


...ù  !°¦Á𝑓0"€JÁs°âSz(tm)~J"ïÑ'[_Ü<?¡û  ¬'    i  `Á4ÓàË÷e
]"ïÇÿG  ?𝑓  CÎ±    æ  ¸8𝑓~ý  ¥  ý?÷ó q¬Ô""X2C8>ÎÍÑ  ^p¶ÿÿï  dÍ²  óP"
h!@§ˆø"2    f  "


  i"Ècò0C¨"â-  ð¤20! !𝑓)  PG    AtB
/ÿõÿæÅ3  Ü    ØAá;ÄhziÅ""Â  ×M  _×1/4  ú  ÿ"4J  þ',n‹‹8é‰±¢|  3  .mžŒ
ÎôF8Ý  ᐨÑ(~ìMtO  @ÑC  bâ  {·ÿ÷ᐨ a
iÐ |"ÍX0H  1‡"  ˆ8a
@𝑓°  6/
šu@𝑓l£Ê0ÏS    6    ÿAê  •Ã  Ý'Òá[¤    öÒ"Ü
§T›ëIøAÄïëH?  u"²  O¯v
'ŽŸIêÿÕëõwÿÒ}&íÒ°ëoÿ  d  ÿux¬U¥1/2ï¶"uÿôäX3/4éÞ  "G    ßþú¥õÓ`ÜèÿW{u-
  3/4ÿþÁ  (r)øŒ ;¥úÿÿ(r)w7ÿï9ÃÍ@î¿û^"ëÿ  ¯
  þÝÿñ†ÿô<?
ëö
w(c)À¿ßú.ŸõFQ~ý×"ô¿ì-ᐨýo~ß_þ¿ÿᐨH/ÿy  Ò¯ý  ý  ²(r)›ÿ°÷Þ×ý["ÿÕý/ÿÐ[ký÷·ÿÁ
  ÿÎ  ÿ1/2^ûÿþÃ^×ÿÿúþÕÿë÷¥ÿ÷ý¶"-ûî7þÈ§¶",ý"Þ·þÃ  𝑓𝑓iÒ²  ÃKíuúëö-  ÷[Û$]û  cìÒa"-5¶ÕXe  .
..¨ïØ(tm)ûûfnÕ0𝑓Y    á  9¤µx^  ˆÛXaW´á,žÃ  ^(  Á  Dðž
¸Ø0J'p`¨K  Ä    eÓ
-"  :  ç,    ë4  #6    0𝑓O  VIæ€À`¨"T  ê Ã  ð ø1AŠB-u  ˆLS_±  @Á†6&‹Ìù!}l/1/2(c)‡
â3/4°œ2  ì  ì  3/4Ö  Â
!  d#ö    ""øûì  8èHÒ    a †  ò+...,I"
Á  ˆ²öÜ  Ä  𝑓'X!    ÄDDDDDF8ˆŠˆ  Kê'è*Ñ)6(ÂUB£  àZ(r)
  `-  Çÿ-Bñ    b.  (tm)Dj  Œ2Z)@l0!°"  )@CÂ


8ÍŠ|R  Sâš  N
H  Ø¥Pfa  â-  wL...    a  𝑓Uïõ  ý8  qÿM5wÞ"
    'ÿNÿä#¦1/4Ó  ‰ãEå  Í  Ï83  r€Ð|  a  1  Ú§
ú a
  ì  èÁž€  ²|  A,ô0𝑓Ót-¿êÞ"3/4þž  Máô  ö-öéÒ¿ïÎþùßÿ¶(c)  ûÒ÷Y$KŽ÷ᐨö÷k_}yë°§ßJw{u!aB
¸¯ÿ¯õÞ¬ú÷ìõþé-þ-ÿ¥  ÿNôÿûß¦=þ?¶'úõÞè-Ì3  :ûQÇêÝ/ßûÒ°ûð-ûu,
ù  j"
%Û"ü{|nžëô-1/2úQ~'ï±\uwýÿ  Gû¯°J=1/2¿ö-ÿ"-oý{
ñWüæ›
v  ;  (tm)  3/4¦çß?õo  (c)pöö¥H>!Ò^  ~¸ïÿûÿæ°(c)÷ø^Ò}&ÿÝ/1÷í  ô¿ún¯1/2èž}  Öÿ§~>ß  ñk3/4
Þÿ@  ý+_þpî¿¿\zï÷¿  KÛ%õ÷-Ý  ÷ÇÚ[}íÿõA  ÏWõÓÿ    ö?ëÿ÷5=‹ø]$ž×^ÿt1/2›ßÿa"¶ö þ1/2"ìÒ'
Z¤-¤ÃH†¬1/4  ¦Ã
  0@àÁ  ¢,  :ua¤  2>  Œè      ÌÐ  Ø"n


  )
6(!  Z~ý/þEA  "`íÿ"  ±U†š  úÃT  PP_Ã_émvœ0@Â  Â    DDDG    ЁßDF""#ŠÒᐨþÕD  ü²

d˜§ey      œì¯0ŠÑ     ß  è-d¨ÎeI    o#a  Á
FÄE
¿ßÎðŠ  àB@Ï  6  Ö  >
        ð¡
Ú  ˜  ð¥Á¿ß;JÈ<²i'\  ìð=÷úxCÂ$þú  ,ÄS
*X8=ú¿ëï"K Î91Á  2v‰ü·´  ÌÁ¯µ$äÜäïzÿïøxD<    dùÓ#ÐAÄ¡¶¡
Fz  ?ƒdüóBß÷ÿëø"ú  GÒ{Òtƒ÷¤õtÿ  ¿ÿÿì/2ÿ¯¿í/œ~-1/2  ÿÿü'~xÈs&s:²a'qšË  At¹aS  "‡dt]  ÞpŽ¢w
ûÎî÷ÿoõµ1/4úçwúÎÂÿÎ  ¨a2èŽ¨ölgQ3,  #b  Áš  A  Áàƒ:
Šfdk
  (tm)@¥â@"ælR.!x        Á  '  &¨!Á    v¤0¯Â
  ˆðƒOuÒ÷¤(r)¿~(r)3/4  1ß÷• †"lPDH, Â!        Ð  "ÓÿPƒ'pÂ  ˜A"(
ì&† j zmi")ÂxA"i"Fá÷^ß~û_~*ô÷÷×Pž  OÔ&3/4¡?b[Ñ+~Éb‰±
âÓ  Dc„"v‰Ý  ¶‰oå  æCÑ(r)
 ˜`'thŸÁœ¹<
&æ‰û bàÏÈ ¥¿¯¥xû W±íŽ4J    á¢v0Èå f_°Ì 'ö‰îÁ, Ð m,3A"    N‹› KÚ.l'#fiÑt`Á
"
Â
"  ÂBõMÂoA Ðt ~      ý.¯  }÷×}vþÊ;   :   Å" C1/2pƒxJ      ¶ÓøN,z
 ƒ±CA´ƒpžƒ¤õ¤-  TžŠé¤n›éÒo¿ßÿ×1/2Ö÷îâð¨Ÿ(r)øZW *Wÿún¦ëéëö›Þ(r)›ªµoI°zÿÿ×"Û´›ß  '
O""Ÿ"ÿß~¿ß}/ÉÐ_¯Õ컱"û  {  :Ö
3/43/4Ð¿ãâõ~ÿÍ ¯ vŸÿ  ¯_ëŽ*¸ŽÕzãÞ.¡"ü?¨ÕÛ¯ ÿëßû~Ëç> }
ÿ  ¤;÷1Ûß*-}_|    ÿßo{ßÿR  ÿöA)Ù §ÿÿß_šÍ5^"E÷¤u } o:Øõ uÈX?þ‚_ø 2Œ ×÷ë¨ÿÛðÃ¯Å¨|
õ þu_Ð Õö÷ÜO·õ9
þöï- úÿ:¡í×]u×:Ÿœ

ÿ¨Òòz ïûô*ÿÓó öö`Ûß3/4Ý¤÷ÿý ÿÿÑ¨ÿÛ×m[_õü 7×!w‡ûK¿ÿÿì'¨(r)ëÍþÛÿ
¿ÿÒ¯[Vþÿÿ1/2o#0úù žÕ ûÓ誨Ûôÿ} Oößì t¯ V
ÿÝ ïÿo{Ò×þéÿ´"ÿûÿ†tM§ý.¯¶t^"| O ðúØaUzéÿˆø_vÈ{·í'6
ƒlÒöö1/2vÕ1/2Õ˜¯l'lSam+4›   ZVH·ÿ†
vŸn¯"‡l )˜. "ë \PDIƒc ;#§(Â"4-\/¶(r)Qý...² V U´Ól ì("% ƒl¢†"
  ì5´-@Òa" ÂL Áž ö
À¬H,Ca¤ ¡Ã
  g‡
ÀÅ ,"á" B
Ì3Ø@Ð†Æ"a ÚÁ ´/a }§
  †
  "% °‰Ž
  ²a  `Èâ "B@0A±û Û lX0V
ÀÏ  (éŠ
ØH!*)ŠÚb(tm)
øLR Ç Å1^Âë    "A,
ÀdbWìT ` ±0íŠÕŠØØ´[(r)ÁW ÔB(tm)Å1\Pké...;¦ † 4Ð˜`¨M0˜&
š
  ˆˆ‰! ˆˆˆŽŸ Âà·a; Ó† 5*
) "
  ˆal Á4   0M2n(tm)í

°eÈ¤!   ˆˆŒ0ƒFŒÓa a ƒ((tm)Ç(ØDDDDDDDDDb""#ÿà^p /ê?ò n

ÖeQ<‹ï@°×+-(r)‹ô
Ÿ¡""ã˜ÿÿò¨D  Îæ".Kœ3Y  Ñ›É  $
xÍ(tm)±N¢
x    ÁÈ‰Á(tm)  åLD#  ,è"  a
  xNÂ
ð˜AúzÂ  ðšhŒz$áè˜î%Ý  ¶á  Œ3/4ƒ2J.l  3õ  ÆtÃ‚‚ʾ¹\è  £$H  p`ƒh l‡ š,
î,m§ ƒ{Pžfi
¦Ø¡¦On(Gýë
ƒ  ZOZO[ÓÂ  I´3/4ÿ]i:MÕZM×ôïÒ¿ø1/4~¿|-  ÿÿÿ_ëþ,úÿ§ÿê¿zõ÷ÿÿó(c)wõ¿FGÿ÷ú÷v¿ë¥ÿÿ_}÷þŸé
~×ï_öŸ¥ßizûiyÕí  íÉ  ¥Ú¶|1/2""}¥÷m.Éõ¶É&Â¶"a(a  ›`    Ü0S0]ƒ
$N  g8fÈ  0@Ù  X¦(Ì  Š
Q 1  ¡±[    b  ‹c1/41M    3¦¶  †"jÕ0U°A"Âe
`"  !
ã" P
  'Ô"""8ˆˆŒEÿ¬
  ‹_  ÿÿÿÿÿÿ 1N!QÚÜd0B$  ê  S  fW0_,ü¶ˆ  ì˜"..ˆB  ;5
ÿ'rS  t*RÉ°  B¢‚!  ...Îßà‡åqzÎÖÄ+  ¿ƒ  ¿äí  ¿ý~vW-ÒÂ  äÜœùXÑ·0BE|Gè_"ù]Z
ÿ˜ ÿÿòÈ
  çq¦ÿÿ  ù  3R(F  Ìr    ¬tJþ  þ¿ÿþW  gD|  f  î  ôJY  fò&
  Ãðƒ3  XC*µ  X  ÿ(tm)¯¿?'‡J  É  5^^3  Œ  H  §
  0ƒ  dTBœE"¡A    =Óõøÿ¿"e‚ˆ<‹Œ£3,À‡@(tm)±Mo:‚ä¤d0À"
¢`@@Ñ  ØA¡ú    Çá
  ÖqÉ§%  P‰oû
  ÔÔšœªD{ÿS³Eç  ê) g^îÕ  ¨  Fó¡  fdJ  /    (  àÌ  xCáA
‚  ‚  L"Ê  ø ÕtÂza  ‚a  Çbll"Ë‚'#õ3  äï/óN- @ßÂ
Ñþ'
°  *¬"2V2  .
"lS°,ƒg2RÉi    ¡"Ëäs%  "
¦Á  G    a  š
L  ±N¡    Å  Â  pa    Â  OÓCN8-
  Ç  cOtNÙÒ
Ÿ¨Ÿ¨œÙ  ²‹£˜ó¤
  Øè Ü.‰$    °ƒi
ÐMúMÝÿ×%‡  Æk  Œè)ŒøÏ  ˜¤,0("
  ˆœ...(tm)(
  õÓ!˜EE<Dá    ÌÄ(  A'    $á¡  A‚&  †øL'§a    Ó
œrp'+xDÐÕ"¦Ñ}EÍš
  A‚O/ù  "    ÐÂxM±CAÒ~  Ò°ÿl  Ò}ÒmÕzõ`ƒÂ
!a
Bk  ü'"Âmq4B      "Â"-ƒ‹Ñ'z/
Ã00gä]    FìK†‰c
  8Ëú.l  .h  <    d‰o
    0H m    ÝtÝ7\    MýZO
-/§÷ß꿿öÕÿ¦Å(r)è=  'êñ-ß¢XØ-"OÙÓ  p`ƒ¢Vð‰1/2  æ‰oð†Á‰¹  d\Ø2_  `S    ô    @ÛÓÂn(A"
Á  Èz  a
A7
öéØ1nªéëë-'§  ô‚ú*n"Ú~øé‹Ç±¯ÿ¿  ûV¶‰oà4OóM¢  $h1/4  óQ ƒ Îb    Á,t  oë@ƒd_"    "
  î"°ŸI‚¡§ëIê  ¤Ü  é7_I7^"î"ÓÓÙpJÿ¯þ:Ž...k_  de¶B  :þ  á  ý ƒÓ ƒ A´ƒÂ

ˆCÂ  ô  "¦þ(r)ƒÁŒ'A}7Âm/¦é'Zû-ºz z¦uJÒ ~ÿâÿýÿÕ ßÿä VÈ8¿÷µÒÒ5
^ž›ôºûôºÒ  §At-ïÓêÿ"Â¦ÿCªÔÂ^Æ¿n6Ÿëÿïò€Òÿÿæ
õçVÿ
¢ :Äqÿ¯ÿä ¦é×Ú(r)º ßëïê:(r)¯  Þ¿ÿëx«(c)-ù ?´¿¯þe  ⁄¯ÿ̀K¯¿ëò  Đ' ~ëÿ1/2ó9þ1/4v*5ÿ×ÿÿÇZ
ÿµÿK¿×ÿ2 ëö àWç
þþ"Ñ?ñÿÓþÿßø=f¯  _m-/ú¹1/2²&šÿûÿûÿ¿ß"×ÿþp+ó [¿Á•oõþúþÿ  ÿÿÿÚõÿnuõÿoÿƒƒÔêñ×"Âd- ÿÿ
ÿþr¦á?ó"ïûÿ·ÿäïÿ‰ "uß×ßÿ kÿk¹Õv(r)ÚÑ_þáoì%ì0-ö(c)ÿœÄÿ¿ëí ÿû__ÿÿõûŒÄ¶3/4D§*µ*V×õoõÿ
þ³ªvÈ¦01/2¥¶ ì̀ímmv Fšf#3D-          ?"Âéß'{þ3/4ýúÿýÿÿíþ×µþ÷_[ëëozlè¯ ´3/4Ò²EúûìyGÛ
.Ã a...?¢ ,F€Ã lfÃ      N(0"0DÇ
"Â"˜"   Å±UQMg
ëd$ïö¿(r)-¯ }ßÕëí__¶Cû¦ÿm~û$ ÚÚ¶Ã
Ø(
` Ø_a"(r) )Á `ÍŒ ìlT¦î=Šö  #b„-(r)¯[Ìá0"~ýÚÑÑwþÚþ-ûfä?µìèŸá(r)Ø[4"°·kd °m/† °(c)ž
L        °` ²1Đ"%ƒ) @b-6Á-Áž̀ ¸ìQ8aŽö*ØL/ka;°¦î     ç€ƒ.
€ , 5¡  ÓÚÙÑtÚ ìYBÛKØk¶gZpÉ-Ù#m{Kl&1/2šL0•°ÀPÎ
à€ ²7ž á'"˜(tm)à^E" ` , S àcb¯-=^]É@L QWíl a,dÇ$:
Œ`!ÁšD
!       öÚ°ÂpÖ [á"¬ Đ0Á"  ,        ñ,  6ÁHÚDW(€Á6
  ø1
f
0`  ,"x28¬Q .Ä&*ðÄ.)ŠX¦+é,¬0A"á...A¡a ,¨*i a f¤DF
Ù' Á¯ )¯F¹!81;ŠcMŠ]ŠÔ^Æ"[ Ås¸...±
V! ÉŽP€Ml e • 0¹œ& <ö a hº          ñ-Û °ÒûL*ïö A,:ÂÁl axk
Š‹L Â q       <È†- ˆˆ ðÕ0¦þ¯GQ¯LÃ'Ò
& MX^^˜0Bka-Q       ÄGÊJ """"8^^Ž¯VQ±tÿ¿Ôx" Ø'‡m (r)¨þ
¶ÝEs$#ÿÿÿÿÿþS
y_"äX¥š- óüÈ›ù(~çbaƒT 9\¬Ó&ÏæG Ø¯9Qz æT ¯3/4vS'ƒ5 ¢ Içq ×¢ñó â>vhÎ
ˆŒyÙwàâB;8Âk‹öüäZ ÎâBKiTÂ þ/aShÈ\°˜š?ôžÄÂ=ª"o 3ê É3/4osÈHïÿÿøÑÙ I" ÈBÿà¸MéYØÚ
üÕ ÒÎ ¯
(tm) •Aïï@^ð1/4ïóëñÇ÷43c43b"Šx‰Â  pgÄ##Î†0LŽ!ĐWÉ  b
¹á?ÿ3ô(r)žÕ³±¨(tm)£Œá'  A}H¢¯òp"1H?8k3/43/4 xAá0Ÿy!" L 40ƒ]
"8¿Ÿu•ï²L÷5
ã' %è43b(tm)' J x‰oÂ ŠpSâ!i,  ÿAá8C  0^/¸¥Óq. ‰oÝ  Oƒ  u¢-tIÃô_¹ "~
KàÎ´²(tm)Î†-²0‰oÑ(tm)  xŠ ( à§Ä$2ä'ƒ A `€k" " Õ~žƒPš ø×OôJÞ 1/2?×Á,
   6HÂ  ¤ pÙ'dì æ£$h ¥Z 6-
ƒÂ1/28ƒØª¡  $àÕ0ƒþ-SÓ" a ‡Z"q-Ã‰opÝ  ‰oãï¦aá",Q-ì Ë-Gª AÍ\ž  ]"äSÚºWMÓÁ
M¶¦"M8ú 7
¹...Iúzþéõqqx TF;ûd Š^6J ÏtNaB Î-·*Á,
ƒ'FHĐN, Áà...ØM6!úm"ĐA1/2
A

x$ˆy
^žž 6Ú
ªß(r)#"zéo¤íºupd1/2ƒ%ò-‹ÈDæÁ¦jÓM7
    6-  ĐAí\ n zx¦¦ÛKZïIø"?UzO_é7ý÷U±_ú÷È;Õ_ö¯lQ1/2ë Ý â Â
†Ò°¬n(c)öÒi&Ó´(c)öõá$ſ¥ÿõ}7ßÓ×úrp Mï¿"_ä ĐÙÑC¯× tƒû§¦é&ÛJ¿õµéÿÒ[úééØ¯úã×ã×ÿðn ë(
r)-ÿÁ

ú~ßÿ""Õ×U±WûñÓ    ÒNB5o÷¯
}Q >¿ÿ¿ãƒbÚ  ÿ¿  áVe6³
uþÿW3/4ô(r)×ù ¨ÿã(c)†ÿ  (r)ÿ"^OÉ  -[Ñ†°ÿ¶ÿßø@^÷÷ú.-×ÿ÷="ÿþ×"...é
î}ÐHË¸¿  é?ð‰ÍpB={ÿþú1
ÿÿ  ßú    ×÷¡_ÿq  õéþ¨ÿyÔÿî¿ÿ£;Þ¸&õã  ÿÿéó'"Zoþ·  ":0¿  -+ÿ¿ú  G1/2t  =è´;JÙ|
(tm)  UÿI1/2n-1/2¦¯m  ÿï¿m$›ÿ×*ó³äQÿi-¥F²1/2ÿï¤ßï]\'mqai;î1/2ªOõÿ  }¯úªMëkÚJßÿ...É
²D"
.Ä›õ³6(tm)    &
  Ð3/4°ö(c)7î¿þÃ
Ù  vµwW[i$Å  1/4"  d?Û(¶
    òaú]Á"¯`¯aƒ    Š^¶|A  ÷a8`¬0
    ›  ƒ63àÀag      Ä:  Çû"(r)ÒI¿ü-°É  MÅ¶Hï$ioal.ÚI6¯{aa,°Áw¨ÁO,ìK  Ù¤¶t,Dì("$Ã¯qHÃŠMŠ_
‡
Ø(tm)Á±±]±XþÂ¦¯T›µµÛT›ÿµ³IµM0ÈW°Á<-...'z,
  J
$f
°¨'ñ  "Y  <8pâw  ÆÇ[  a...œ    ‰1ä  ŠŠ(r)šÃN  O¿ì.
h0^  ¡  T  Â    ‡ö  †    ØHð²<  Ç  ƒa°¨‰¸6F=Œ`ƒ
  Å|P i£
*qÅ+  3/43/4×    ...á...C×  öƒAœt6

ûSM  ƒ  C
œ‡^^^Á  4  Ž-qÄ#0aŠTÿø...lBaxì  T  'ðÖ  pÓMSM0ƒ      "  È÷Å'Þƒ      "$,"
F†"DDGþÖ  v  Ö×†(c),
  3"A-Þ"ë      ÄDDnÒÂ:¬  Xa  0"DDDDF‡  }b8â:ÿ"h,]}RTÈò  ÝiÉ´%  ‡
[ZRÞ³8VF
ÂCðÁoŠ  C†.  ^Á  á  íÈ
É±¨Ÿ  ^ÿ-ªÏ&Ô<.
v"  2Ì  ŒrÜ¤ôÕÈ 2;R
  ÃAª¹  À"0ä0Ñ;  íl:å  ž}h"*;V  H
F
h3á-N
  }÷ÿICóµ  3  ¸†Ä<
ž  å¸  K"ôå$K!  š
"  C÷¢,  LAˆÉ!œù<@  'äOU[ó  ±  ×"Ñ'|‰  ƒ&9Ü¨¢þ
ÄAœ;Ô  -
?    %    ¡û3/4×-Êrß¢yÕ¦  AšŒ¢@  ³FQƒ:    EÐAÿà‹èï§þ‡è¿âÍPGð`  \!hÏd÷÷A  î
  4áô  ß¿Öÿÿÿð‰Îè  ÿÿþ
  t  ê}^"Óh  öÿÈdH  ñ¯ý(r)"  xAþ1/2Ï  ßúÓP<Œ
gÌŠ¨H  üèd¡  Ï1/2[v×  Ü  4×>1/4Í{×þ  j-  ‰F
]|üG    !(tm)Áúý  ë"-  °¨Aõ",    'm3/4´ý¿yÿñMþÇL}t›ü{"
'
ñ  !Qü!-"û¯ÿútô-š%
‡^µ¯ëjÿøè°0iš²Êÿí×ÿÒÂ    ;
§äüIŽÕõ-³ûâ  ?n‹£$HÙ@  ·ù|Íq  #c$='-ïÿ†,l6'Ç  ÿßÓÑ't‰ŽÑ<d;Ø#\
-Î¯ÿ1/4|xAµA;  (
ß[  Š  Uÿ  xØ:vÒôûõ  Ð¢æô  Ñ'4  4    Ý1/2  ð"ïµ¯Õ&ßn  ñ  ÂØ¯}¿]  çÛizì^C_A  ô  Å
M¬Œe  Óú;øþ7§ÒzI¿3/4´¿õßm

ƒj~ÍßöõŸý+Òn'wd8t¿ÿÿÕuô"þ(c)¨y#×·ùþWX-Ðï^úýiýëu
8...ûMÓ|ÇÿÕõoüË"  x³  ëû~3/4WJtž3/4cë¿èßÔúê¯$ƒÿ  ~Ÿçûÿë¿ëê  û¯^1/4Þó  µ    ×ñïÿþåiÃÿô¿ÿ÷
÷µëÐùþþþÛþ*W(ÞÑ¡1/2ÿÎÿýôûÎ¡oý&ÿÿ7Ÿëÿ÷
Aï  íwõŸwI3/41/4uoÿ  ÿêĴçÛþ  ÿñþ"¥zþ"ý~-þ¿í&Íwÿ_ÿþþëÿ¿ø?ÿ[m]µí  [ò(r)ÿl+±ë(r)¶CÒm?ÿoû"¯
¯¯(r)ßæªŸÿ{!-.ÒvÒ̀ÿÂúzûio‚_  "
    aä\(!"  !  h)pØl4nÒÛ]µ  Ûý?ÿöÂl5VÒXa"t    s
{
ú`•Ì+
$x&  P!°dqX£b   ÿöÉ  kŸv'ÃKoÓ_
à‡  rp}X3  b      †(Ð
R   `   ›
   7   x   >
à...
ŒVé*   Õïû0ýÙ
ü5†•¶  M†  4   äHGÈ"&  c  ,  îéþ|61L--¯Ø¯úÚøNÏ   E9Ü  Â          †(1F€C  f
1\WÿÿUÓõ†  k
)  Á  ðÂ-šë  ÊY  """"#i-...†  ="î2àã•    •QR  B"""" Á  ˆŒ0˜&Fç"
!%p^^^^ÄDDGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþS*J?ÿÿÿÿÿÿÿ
-Eÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿçs  §˜á(tm
)*¢  •
   ¥"×M§Ù×r¹Œ›
_(  _fCÃ  ;1/4¥  ƒ$"Ø É  "
†2  N†1/2ß     äUe-wWÝ3Àá  |:gÁ  3¨"Œ¿"â"  ƒLÃ5?"×ZÉfW
^";  ý  ŽO  /  ›]"i0°óú

¶!'""#  "
hŒG
H    ÷¥åpÖ(tm)Ù-{2#ü ðƒ ž  < ÜŸZŸš   Kz.õ#  ¦  &†(c),
Œ#¡  Êî×°¯²1/4x'Oúú³°‗öéÒzzÌÒ}P@è'aA
Eã¶‰;¤Hv  !ÃL Ï  '(tm)æ,  Æ(tm) ÙÁ  Í‡fã¡  $ìÁ    !×"/¿    õ³*2
   âM  ˜U¯J3/4•/Ýn/cÂÍ°z¡è< Ü  x(#>  Î"ÍØÁáBgÁ    3V~3Ð°A§  ÐgÂN,  d`s1  gÅ( œ("* æ
ïü  ÓL§
v,?ÈƒëÇí}U"        V"ÿté=cO Ñ¿Í  ¶è$^dãH"--§ØZí4ÓÂ`¯P˜ Ô-(tm)
d    Q¡  ÙªAä  áç>á  ëü>°¡
3/4>"ã    ‡  iÓ§éõ÷V·øÓ AÔ% °
°  M¿RýçùÂ"ê/  5'(tm)°·ÊˆŽ'xäî  ù¯m  ãñžp(&u  3
Â    2  W1  çT}    N!"  KŠlEÒ&hGVD  _Èu]Íå"  ÿîÿR°#  ²¿èw×Åý¯  aSÿ_é+Ó°AõëiÚ...Â
ªt(r)  xM°(c)éµè7/¬.ÒEó-;†(c)"Â˜Ÿêœ}|  ]ç´Á  f  Ÿ  "  g-  FEµÿZA
´Â%ŒÈ¡    ˜"=V²  Ù  _h"'Ã°˜§ý
~ü=Òn:°ÿ  Ý'ûþª(r)  j3/4·|(c)Ç§§(r)´  ú_áMÙ"6dï  TêÒ'  (c)+h""ïÓMPa4-Mää'  -$  <äu~t_Mú
OëÞëõ/N  4ts;•_õ¯õû"zþ ×únà`ò_ßT·_¯N¯ÿ6Ñ¿÷-÷Óä‡""té<&þê÷j
AÂñ>  a"ur8ª.Ü1/4oØM85M^f  <œh3B$  úôù'  õ"-züŸõ...‡
ýþó$ìž³QzíÿÚõ°OükÙkï"¿iái¸¯ÐWýqî¸ªÒRn¿}(]SÂ°-j¨öÒOT  O/  R$;
,o§~x  ô¡4.Å  xPƒ3  @Òl  È> Q(c)Ÿwc†  ÂØJÂ×j¿"{v÷ÿðV
ÚíKŽÿÿûÿª÷õÿcÞ/<{ÄÐ&ûzAaë"°ý'ûJ÷ÿtªŸñéõ  ž  m    /²úÓRQDíúî·¶]3/4  ¦  t
ƒ="a_h)°¨0L‡  ë%ôñM...ƒV  W¶¯°(c)ívîÎ¯ÜÓ¬Ó§zÒ÷šÛ5uý• µq...ôÈá}>é×Õe    ûGz(tm)...
"ªõ  È³a?-ÿûøk÷þµjÃí-*§K!ê¡
,~¤ûÂA0Ñ}a´‰Âi4Hv  NÔ Õ3À\ fx Â`˜žD¬(c)0dPÉs ò‡"ÅE1û

-h6Âv-l5µ¿µµ  4û_  m.é~Ö8Õtûy"ÿ17SWš¿Ü3/4ÿíê  ]ºaÇ´éR"_ÿ¹ [éƒCÛô†  i?UÓ÷Mí\$è&¤9Ô
ÛH3/4pƒÜ"Þ‹Íl[eô  Bí¡AŸ,
& LÄ]Ø çaÁ...    M
  1/2¶-Ž>bƒ  üpk
    àÒa...Û:/J×|Ÿ  ÿÉÿ¯_÷Ýÿ1/2  ÿºWHŽN...édƒ¯êûwZ×}}Bí¤Áÿ_akw¯OÞ3/4µÃo]WAê  oè7
I¹²ñÈÝº'!Ý  F=\$Ô'ú"ã3(  "" d±    Ó¿A¨!qLWWÞÚÓmªûuµöiÿæ-ßšZäú¹¥úÒÿ{    àú\µ
^µ÷ôŸù9¯ôÝ  ¿¡á¿uê-m  CÿûéÊA  zI´Ç4    mê¸Tô"h',
Ò  7    î  ÄEãDâÖßz    \$!
"  (Mm4üTS  mÉ?{a,M~Ø[Õ˜žýµ"º-k"kkû
"ÞÛh</ø¯]øCõÿ  õù&ÜëßÿëºÝ_Çã!á~˜}ïzÿÿS{t,x[tôê ì/¤_>"3-
a  †¶žØ-m  k¦*ºa.ëŠa...a,í"1/2ƒV    (c)ïM*lÏ7viïõßk¹?÷1/2ª]ÆÛKéúûõüÿ
æan-ƒÙÇ^é"  ßƒ^µôŸSøõû=q  `
ƒ  " B-Ð¸ûL{~Ó  Å; ‹  {V  ¥j¶  3/4×[Ýë  µÕþ1/2v    "ü}Î"Wé3¯ÿèœ.Î›Ð_¯ñ  "mXÿïDc"?¯z
(r)œ*  õÿ  õ²}ÌúDHpâ! áª
S#-ÈíTÛñlqVÇ  ØKáÚ÷{    u  ÛÒ¦-Ã]¯4îÓµ¥ÉÒë3/4Ð·Vú'ÞXç
ïÿ×þ#íÿÿ#  ~Ú¦ÇÄDDDD  !    Ã"Åª¦ƒƒ  "ÒO÷{  ë-"
/äo  "muu{ßA·Ó¯ëü/¡  mÿt'1Êõµïÿ&¿Oà¿õqÄDD  38B
  `¡  ¸¸^¸¸a  ]=²  ÿ¦})¡wº"
,:ÿ
þ›
m]¶g_  ^æ(tm)Ä÷ÒQÐÿÿ.  {Oö3/4˜ï^ÿÅ!    ¡      ,  Ã  =  cb¯(r)-œ  ,  U_º-"-ëÚ¦í§  iÕ¯×¡ÿû
þiÿµ"³
    |G    Aª~  ÂcL6!1pfÊá...1/4,5m[Kmm/÷'ûVÒõô¶Í²Š¦~•  ‹£Ra  q  Âa
í;  ±vØIŠ`Ì  cj
    [ÿ†3/4Ý¥w^ëj",[...HDDDD3TZºAÙ  ¦Å]‰7MaŠi"ñ  %ðÛ  Ø`¿
[_"O¤¢\$    Ó^†¯A"
!

    DDEŠ  bºÅ?    ÃÝŠŒ  ^^^†(c)§hj(c)'^Ó}5        •!  `"  hD5;  "DDF§f¹
ÎÀ×ó1/2s  ñ%->e¬V>Î¯Ä÷(c)
ÊÈ‡bî(c)ÿ'|  Êxì8é  \íTv-§t-(tm)Rw}‰  í  "D•;û
ÐÎdé2ñ¤U‡AÈR  À  æª(tm)GÒA"&  ^éjvc³º<§ì(r)-¿E?}
È©ñ}iž  f  Ý"  C  ¢0DhÈgôZö  _¥Ù^¨ë  ×Â  Zu...üž8RVÑpä‡kžð""  T,¡-A    dFPï8Š~"Öýo  ]
v¶e]Wé¦ÓéÚ"è  Ü  2úßµ79    ¢î  8
Õ0šÿàá
    a  ÅÍÍ2C j  ä  ëëÖÒÔ-ý¿ßëÚºjšoö  O/õ    -Nþ  Ô^53/4  A¦ƒ
    d  ‰øø  gó<Ñ6'  dèÅF(tm)  ! RrR
;_}NÕ¯÷ôéôµ·Þ¿uÆž  u÷"ß'¤¤‡(z&=‡Íá4<==5t,
!ØTÁ43^g-,e  E
2s:Dìñ  ÍÊ†UbŸÛÍÓ¢+æDâdŠ¥ë÷¯ÿ1/2i/õ'"ÿªÍÒwA
J  †Ð m'  SsaMÍ  ì-ôn  Ý"íÕ\$<ç\$í  (r)‰"  '  ð(c),
ÌƒÁ¸&N-C¡'  Î3Á  ‡  D#  C  6Ò!ŸÂßZ;)_×¿ÿã÷_ÁkX>éµñõ(r)"§aµ        ÚÍöëo¦ÛÕ        ...¥
'

ú@ƒ¢c1/2  w§Ú
l ÓÕ5BÂiê  3<  ÈæF  3ù•~E3/4Óÿí¯µúúœa÷Ù  c^1/2  ß÷õÁƒQút  3/4Ð-§µ\-*uéÛU"è
~  v  'xRPGy³.2wDîêH3/4¢áÈÜ0²ÚÍ6†
(tm)@É  53¬k"A§œïUÎÀ××¿¿KÝß-á~ëZ#¹Ý    vû¨ÿë1/4  ÿ¿û÷úun¬  ...iÒ~ÜxCÕµ  6,,aZM ƒÂ

û°ÐAØ è3/4°›¤Néõ.("³€30¤â "A¦b'E â
    †D¶ÞŸöëç¿ °}ïFžŸIƒDí.-Óê ñ'£É è3         Võ°Ö0µ3/4úAo§Òzª}Ò~é¿Q¦iè7QT ¥
ðA1/2;L/é,¦x 0Aš {(F"ƒ'5- ¢  ‹ýÚôù ûE
Sïúê0ð...Û^æ ÿö s0üGý7¦z<:k * Þ"*9¯H ß~ô-ý%¿§t´ûTÞé+¤ò¦æê% ±ÉÛi(r),°ƒ(c)Úa>
 a9
,(Iœy "
Õ þy Õ°¶ ÿÿjî°ÿôK¦Ü¡,VæžP¿þKÂ# è1/4ïßÚÿ¯ý¯ÿ<p>" ýWªÜ0Zz‚Å< ƒßö(c)ß¤ž‚M ›,
¤ð "Âù~
_4Gí.../ ' I>Âw


¦..." 1/2U Ä0@ÊB!Œ†Î
ÍfT2 X Å7C÷í...÷§{µÚO´ÿUm}ÿ, ô ó ×Øæ 6?ý ß~øi"yaëë"üZûâ?;ÔÐ," T·×׉ûN F 'Þ¿§¦Õã
    èÚÚ'Æ‰ã
HÇh›µAIÜDc"ôì " ÂgÄ@Ð30@^D †^"^~û ÐÿpÁ;Û
0Â_Mí...õ¶Éûúü¦u{1/2W¯>8^¿ ÁÁ4 ß]×úüënž A‡÷"÷3/4ü~'!?õ¶¯oÔ^-#·[UO
ØSO   ÂT  ~é"D‡rON' ì'¦ ÄG  hqÅ¶:x¦7jØ0I wëuzÿÕ3/4-ò ö÷ÛKÞ÷¯:Ÿïþ"Ééÿ¯j±Í9
*¯ ÿ_1/2~×ÏÌúý%ýµ
uÇúýI"ASÓú°',pƒpƒh3/4u ðpÑ w$ôô""àË0 "ÂÚh1L'ûøa(a{[†¶ ÷µwÛKî×Û_U}~Ò÷Ø_Ý &7Jƒê
ÿµ_õ&9C§·ý‚µÿÿ' jÈµ~E
1/4V(c)þ*1/2"_...Â Aéá ƒ A‚óÍ¢ùèG
hDD0 "? pÆÅC‹°ÅòÖëa"ªâ¥íÚoÚÓ¶(tm)¹ÿïjÉ÷þÓ¯·Ðþ¯ÿà"zUø¯Ýuþ¥ƒf3
ÚL¹@·-§W Í ¨"u1/2´(r) Žôé =hDD\xA-¶Úcqv)¶?v-v?‹a¥þØK}mm}µéÅ›kî¤÷kÿÙ§[Ö¯Õ¯ß ¨JR
_aò§ =ã‡K hÍúíký°mûÎô¢$4 Ð3T^x`"C DXB. Z âÓ"Æ²Õ ý' 0Åû
ojÃ[íÎ÷¶¯k-¤ßoßZß¤,DzA´_ôŽƒuJLs ¯_úí ŽÞ>DÝø>á$"DDDDDD [Å"NÖ;±QêÅ4Ö[ 1/2Šµà
X0"
'k}¯¶gû{ÿïî- 7î, ¿frœ)¡ï-Ê
¤Åo]kƒ ¿†Beâ Né ^† ^ƒ†IâÓB!Ä M 5~Ä(ö(1Pkik¯WÚWÚY"%÷-Ýma ¤°ÖßÐ±ö¶¦-¬±ÒÒÁ1/
2l!       iÄA
É:íÚŒ1"°¨'ÝðÂ}é:1/4:Ö /õZ÷On÷'Ý¯å Ú¦ÊwþIžÓDDDD ¡5T Ýïb(c)‡VÇ±l28N _w[3/4 íýª_îO
Ú¹?1/2¥ï¬f€A, ¨"Z É#é4-1m1L;âïÛ.:}Xa_ßmmuÍÍÒ1/4§Nß¡   Ð¤È*A'3/4Ó~ÝÖÄw‡b ¨kÛ Ø
J ^öôÛV× b#@ÂjXìC'ÉÅZ Ð‹ ZmÝŠ Šv80µÃ Šè ñ ÄD B#âÕ5M )ðÅ5°K¯ Â -M...V
  Ž" L ‹MZAá¦G    ú(¦È^I×þV¿(r)kò¶¦û åKR¹&v- Õõ¹vvt"öÊâ°ó"È-wÙÌ(c)æ¨ìè§Íi%÷,
d1"#F]
S4,"ÿÚê(c)"L¯h¤t-ô]Â&;> RM
Ó ¤ S‡"ŽpÉ+'¡:Š¡NV¥ì øø‹êªV2-¦<'" % A6‹1/2#@xOì # " 9 !,gB%Ñ œ"q Z ï×× ¥pýÎ
Ãt...&á:H'A
    n]
óckÑ8v¯P¯LÌ  Ó> k3Tufµÿ¯ð²    ù-° GE
ÿi=>"tï  ëA
aM7 6·ú/ ØåØr1ì"' "MÜŒw›Á g,
 Ê ', ¢ã( 'æ¤æHÈù
Î"0Î¤H5 fÎÄ3 ß' ÖõÕ,í
òòÓÓØutÿ¯I=^ßZ]7  êƒ ƒÁ àƒ á
,
úhZ
*ha
!,
!  gÅ1Ä A"3V¦). gð‡,

Ð99¿ÿ'ÜˆIh§^§zì °ƒ²9' ¨úPö¿¿ÿëßzÆžŸh:MÓmh1/4²ò Î^4nrvæº6n[´]ºí4L}¦šêé¨ ò\R@É $
Hg†AŒ R\jhI" (c)äŒ§W""{´ñ†ÜV Þz† GÞ...¯ÿÃOÿ-m+"(r)ªé÷- Ú ºt ÓÂt =
G Ú Éõ ðFmä±£s›º/:/ /)æ°@Lø Lø¡0ƒM
Ó ˜RpçÄ3Á NŽ 2A "â ÌÔÉ ( k ( yÙžd †u¶• 1/2qÿ ü{${ÿÔ4þ(r)ŸtžƒC¤ÚN"JÝ
=p›§Wát-›ÐN´ô- ò8h1/4ÉãEãí ("h¸"Xáº&>ÂÃ‹µÂ
hX ÌÂ¡,
ý #(r)"#§;Žaâv"ª ˆè8m"Ÿ"6¿Ôx_ÿ¸d\ÿü ××ÿ¿õuÚ {ki}7b?3/4,t1/2Ö á6,zn -zn z
"~... DñÍÔnÈ£¶ª¹qTÓ
(tm)ðé" ! " _'ˆ-ZVÚ$ Òú 1/2&ƒ¸íÕ?ù"Ñ€¿/Â] s

ÿªþ¿·ò íp_ý"áÕ} ý6¶-ÿN7´Øî '...¸†"PAÒw"Ý:AÐ-›ð-
oh ÜœÚ79>st"xÕtÓ>(Lþx:
ºAš" #%'f(r)ÈèÇ·zÐPƒ ò£WÇ"éÖÝ{ßÂ`"pnë NO_õÞ‡ä`UÿÐ¶Eýïqïû# Nü3eÚºO¥uÕŠmþÛJôÕc
Óû
ŸzÔ=:Aá<ž6š"Æ ;u-ÝÞÞ LÓ<(B h ˆ³Ù ' t$ ;"GG ¤
ÉtN_¬3/4íOkíí§ÚÚY§þOßï§""Á+ý¯µJ ;ÿ÷@ÃßIÿýƒ þâú3
ø^¬ßì0J ÕSNý]WzT¯ ›(r)ºzzv˜TÜ ðP@ß/ GM¬›3/4ÕS ã‹ 3à ôÂh3Ú,
ú0Ðv\ˆdUŒ†f¢$ÚaR|U,íX$ÚØt-[_ít² '[×ÿ"õþõ¢êo ÿå¨}wÈƒ-Uðm ÏéWk(r)f ¸ ' Ù ?Ž£ïÌåõõ ²:
zn¿ú iéºWªzXÐ mé,Fö‰Û'Ì-dcÓØ>Ñ1Ýè"ÐÓ‹ 0˜D l O"† §iŠ ˜o Ã
~ÃXaC*~-Ã_ý†·þ"íj-ÿûA3/4ý)ë3/4¸: ÿ1/4Úð‹ïá Pa"J!‡÷ 3/4 ýÖ£ƒ}ûÒÐ¿Ý-zKÿ§I¿¤ž <&Ð
MÁ æì¿lŠ9ÇèÓ @Ûª ÞÓi Õ ƒ²^ê!œµ
Â* b›ÝŠŠŠX¨ÿÖÒ×í~Í=õûÅ]ìÓÿl jþ .í}3/4 _£OóU Ñ3/4t?-‹'G
¯äÇ)ïªîh?_ÿ-ÕöÂ(r)1/28A°D û(r)-iß§H?Á¶ö)?ÓÁ0¤ò‹ç7fê/("ÖÚ Ž¢" Á š
*

L-×Ø÷1/2°-¶¬0*ûaJ ³LÝN(c)vºßöj÷]1/2\Óë÷ÐKÓN
,°nøC³§ BþôÚ#.×_Ûêÿ^/Cþ·§ZÒ [V÷"§¦3/4Ÿªxo ºt 'I´ l5PÒX˜ˆÍ ,
ÐÐˆ†"[v5àÂV
f öÂ¶ I°-¤ý¤ØV _ím}^Ö×3/4×ï² üç¿dÿ"¥ïKÿÙÒuoßÙëë*¥1/2ü ¿ûþ.¿økü">¬ Ý-"þ´¬tžž +b
Ðˆˆ ˆk ÆÆÇìllTqW±±Æ¯±QtÃ Ø¦=~µÕº¹§ë}(r)1/2§3/4º~(c)yB9¶þ-ë¿¿ÍVj-KUÿÓßtÿ¡ûÁ""""¥ /·¯
úÛëLYb¥èƒ&,Y27† Õ

öšoc¶ƒq|0-...ƒ 0`-ƒá,Ã
Ú†ÒvÒÕµw÷öÕ:ºmio³6·²¿ýkt¬ÿõÚ_õ"á‡÷(r)þ†D ø1/2þH}¡ *2 q 2Õ-* E
‡ ¶6,1QÅ+°k ð×†
ÃXamom[§õ-É÷r{zJ¡ZýÝM¯ÿ-5õä2ÕêMÌë_Â[-~ u "#A"ë 4 Ó#" 8hZ¡c×ŠØØ¨
Å>ÆÅ.ú{a{KßI zußúßÚ öðw"XB?ú/¿KëO Dt3‹ @Á0"2ò ,B8°OL,^º‡oLVØKóúðD}µµísMµ,#
ËùBouîÕŠr...ûÌ ¬³"÷ÞZ...'KÐˆˆ‰ "8C< N¤ýßuºÂýô"Œ I†´Ú¶ K†3/4ØOö 9Uý"ÿ\Ÿ-í
í×ÿ ~"8ˆˆ 8ŠBÅ8×
º# Ç-ÆÆ‡Á...øk_
pÕ† ¦Òÿuû§[ÿá...ªˆ¦"" ÐÃa Hp‡aU'Ã-Å^ ø@´ÆÅl}ï ºm...1/4:_| ,} ˜ˆƒ5JgT oiØM;ðÝ"
Âi...°×b¢ââ¢1/2† ˆèŒv" Æ
TD B/PD|I a 0šß
2#Ý¦3/4;H Øj ŽœaÁˆˆ´"Âa ƒ´ ¡
(Ö Žž¶øD|DD× ˆ2œ [T¡¬ Kƒ+Í(Œ(r) (r)°} #í£ àë t›
/ðpD~
ù\Ò5êê1/4øbª' ‰-tÂOi%Ù 0º(c) ˆ²Äï^ž-Ûœ|1 â(DæH Ò>EFF/·OÕµê ºþ mA8fb" @Í
•c!

†àÈÌ KùÚ´5 EÔ?¥jÑ°0ŠÍL;
3¦ƒ5 ,"
œC
Si hH<Ã´œGƒ¸8"?mRu ÐH#ò7äñ"]ôl¢C´ð(tm)¬ LÁ"Éû 4â š("ò"¸"ê·ÿA±á(‹´- -&ØGð‹æÂFú%t
lr(ûU ÷a # $
Íc'EÆ¸ KÁÜ":îé Õ-i_ ]=W "- 0µaKÆÂ'ÃP˜L&(tm)1/4&...ö•B#¨Dtð-kyé0"
~"3/4'w éÆá;Õ ƒ´Á;¢ò "MÝiÚ^-(5ÒïÒ |.È ÿ3/4 !
"×µöëÛz} ô @ƒ† î_i"GPáÁ þ KÔ"- ðÃ ÿÙ "ï...w' õë×VÄz H=7ú\?ÞÚ³ÖyèÖróýá¿ü§
¹àôýkÿß Õ×)ðÞ B#ªX"ø1/2†á?¿‡ïô^} *¿ÿÈŠëû(r)(c)B#
U- Gíkº_Ý`Úö-,}Q§×]ÿðÁšÂÿÿðáÁÞß
óLòúUýw}ý/ªýë]
"F;û÷àá ô¡ Ô;"GPD Mª
<Îõû\åé ÷¥ü{ îC91/2?_ü ü":J Ø¦:a,¶ öÚ"°ÂÛö•¥ïêïáëþïtqÓ Žª¿zé4 EŠbaß±ìSÜUÃ0,0-"û-´
¿Ý|Ó÷K]ýP?M`‹(r)!, a 4"âÂ jØ˜|T^ß
ƒ C_9¯·þ-Ô-Ê
G\> Añ Ì$ 0 "4È£ßjâ¿X5´á-ì5ÓïAÁ øDtõõ ökpÂq¡b˜¶*ö+ÏrŸK[ÒÖ°D ^"" dwi±kjî
·@‹¨8>
Èê i "! Á4 š€~ K;9A þwÒáxˆ pD}%"ðŸëï %

¤Ð; X¥(~ ×i°Du[úŽ ìdí ø">¯ ":i`ˆê'x"?õ]{#¤-]S pÿëÖ"pu ]_†ú GÕéþ üO÷Ü ×)úk¤ý
ü-¬pEÐ ø">¸>GYNµ
,v×ð°è_þG×ªá ÒÝ,#þ ª§¿†é~ ƒî±¨">ú-*ÿ5ý'ÐAààˆÿ "ÿ Ž¡Ê ":
ˆÿ×ö-ü °_Udt õéõ¥÷‹Á°Ö¿ýaªÂ#ø"? Gáÿ~û1/4àë úX"éz#¯ë
úðþw_x"é)N"ß·]}÷ D ð÷1/4 t¯ÁëƒëÞÒÖ1/2búÊ
uàûW×1/4i úIo GZ
Ö¿ Gÿ
e
2? Ž "ê é}Á Çê1/2jµiuK"G_ƒZ"G__ ü=\ Aÿwµ Žµ]ÿ(u
ýS†Â#¨"ëÖë¯õÎô ãýpu]:
8"ê 3%gø">1/4 / Gý%LŽA'[,ß1/2%²·~Èéa Õñ Ž˜ õ_U" |-ƒœ~
<=*--Ðøø¬2 ¸´":†ª-*ÿ(pfBÂit(c) éø":ö º W¯kPÿÃ ·Â ¯úöÁƒ
ý%OJ¿Ð">
<":‡Õï G- ºê Ð"é\/Ò^-¯1/4<;é+ô.3/4 éAƒ Ö'H˜ç ÷ Ž(r)
pðEÓ *, ª_ð@ƒjwø@"Ã{Uëå?ã]`àÚPÃû¥ðwúÁ°D~ (r) x5Õ*ÿ×x80Þ º @ [ÿ"G_ Gàˆûx
>'ƒýzý0]Ã
Z
9›Eè"?¯ GÿÖ-éunZ FæqËrC j
(":Xoý}ýA·- K
DDNeò>_íz"GU¯ýpàˆè7
Øb,4å:"Xw´Œ8":"GK_ Ž¶Rþå Õ$ !
"L ²' GKH":þ!ÞŸÒé0ðÄD3/4]k
.êœÁûË*Â/" Á ú,#ÿÌ8DuÂ#¨5ö 4
æÑ ~ƒX7ø‡Ã,/Á ^òÊ ˆ‡#ðpˆëëø"?S ßJ¬¨˜p 0vM "øiWz
@ þšUÝ[Á &z GÑÝkï-µ^¿°á"n´¿ô¸Dt×¢c×Ø?-Þ[(tm)³3/43%h "Ë ¥ÃIV•=c"GPzduxE
Û¦v8 XA Ø èºLì˜•º¯ÿª&9C"GXÁ Pˆê ümõ2Ñ 1Ãú¥ Ž¸~?Ã(r)ék3/4-`ˆü-2Þù¤
Ác ÆHˆ0"F
TY/| @ˆë‡Á úJú1/2 ªùCâàˆW<... °"¡ Øh¤È¹+ŽÕ 5L§
@ƒ5 á õ÷3/4 l 3/4Èê0Ü!ßFB1^þ 0ˆáèœ4Õ

Â#ü    WÁè  ,#è?ÿà‹¨DuDÿø_qîÍè  7H  l"\ô^9l‡  ¨ƒü,ýAÁµ  G_õÞd11/2á  ×"  ¿ÏØM-7  6'
°-*ëO¹n¡  ÒuÁÚð@ƒ2
  Ò  ¿duIÿ2!
Ç¡÷¥é3/4Ÿ,":H%  Gà^ú_H
    t    Oqa  ‹vRäµúg|^Œ+_ýZÓÓ¤¯ðÐ5{#-a  Õì":"ƒ3/4ü+}r  )×:  äP0D  NB  Î  S"5  s¨R  ‡Å$
  "&óH§;Ï(tm)T  ÞAK5
  †zÈBXÿ  Õÿ8ûÐoúRß  ¨DuKè  O¿g...!Œ  h‰ÁÉXv  xA  ðƒÂh4Fá"  d°3àƒ:  #
C    $  é'¥¸Ú[î    Aj    A  Õû  zÁ  ô"#(r)  ä|S÷õª  \'¢7
$Ý"K  O¢;n‰Ä"\   ˜´Â
ôèU=:  Ž  ×_×Ð"?qIppÕmU  .(c)  ~ªÕA  "ßq`  ¤]  "  žA‰    b`
    Ñ  1/2    ÍZ    ÐA°  Ðdp'°"6
Äá  6DhºQs  º0f&  žú(r)"ÞÈê:¯áõ
Á  ø5Jî  ¤ß{i¤ƒz    Ø&ô  n  h&ô  z  a:‹  4è  ÝA3/4,
,
/H&ú^õ"S  à,
"Gà^ÿL"?"ðpEÖ0p}  D}ƒÞiè&ô†3/4žž›è7  "cP(r)›êýÒvÛ§×õýÁ  ~  H  4-é  .  ^ÿ(pDu"
    ÃE


ÓUx:ô›§§Ôêœ"D  ôŸ¯(UîèV(c)%1/2.ñ}õÿðà^÷üº  Ž  æ    -A-·VB×ê›ªé'í/|ér1  ýéú-+ëô  Òõ
Z¢<~  ÒëúÃô  ï(r)    ñ  æ'¿
ƒ'úëÿÞi^"    ?Uþðec  ÿõKê1/2,
ÁÔÊ{Â#¨4ê  Ž  ï‡
è2ùV¡Óß  ôÔ_û"(r)?zŒ  Á  eÆ^ÿÒaÓ    Z¥øI|Cn-n¨?X}Lê  3/4-·  Û@ªþÁÎÍN¢__õÿ_ã_  ø¯R
•pµ_AWI  ØEº,#ðúê¿ûá  Ô  _
à¨ü  †ß  ÿûùÔ...ßÎ4  2  ëÿÄ0ü"hÜûÊKé%{á:ƒA  Õº¤    Ô"õKß,¬-÷µ×ÿ¨ü  ð£wÎgüÔƒ
ÿJ¯  /-´
    úK  GþN1/2ÁìuÁÊ'~¨ÿîÿý{(r)"ÿ  [ô¿P,WÒIÿKáºÁõúð|  t‰=4XôS¨"ê    Sßz×ÿ"[Þ·    äf  µ
¥÷KÕ/ü  ÿ@^ü":ªõùCÑC-g  úº¬  duýuoþ    í{
%W  ýþ"Þ:Jé*µÛ  ŽïÒÄ-Uzƒ    ÿúJ    ["ô-îÕ^í/  Pá  -*ÿ¢ëm]U1/2+ÝBF'ô°D}
    ø8"é$Mðz×pDuëº  éí/×ê
ƒa¤ûçDÚÚM  mµØgI¡ý‡ÿ}k...s§gYBZV'
I¡µI‹  A¬\":Uê¡Á  Kû8ã  \  xá...}°-"¯¬0"0¬0"
%°Á
ßgJÉ  ]"
ml$Ø]%ÛT3/4Ò!ë    I
    Ž´    jµ-p^ÿýUéaVÐ"?}'Ö
⁄^Á"pÎN  ðXfÁ^Á".    (tm)  #@ÎÅ  †v!_°ÁX`(c)ÙF(tm)º
+
    "90Á  r3†lVGh"†^éŠ^JKÔ  #ƒðÕ*ý-  _[ááÿI(uâ"b¿b    ¤œBb    [
    8lTP  g,¡  ...1
b¶!1
Õ¨ÕŠŠ^'‹  Gê^ô¿à¨ü  8Du    _PEÕùím  ¿`ƒXa        Ã
Á,üô˜_Ìá5°  "  *dc"ç...L/h0ƒ  ô']*ªÕ|":,#ð÷øDt'û²-
    6"
(tm)ºŒL!
Š^  Ö"\ñ  F  Á        N"DDTE"(^  aUzð}>°t"P^(c)C‡

¥ ñ YÇ}R Gàˆú,t'(u Žª"ø8"?ÿ Gþå O+,é% GQ
4 Ø8Ž õº‡Ã´ ,":J3/4¥
‡þqÔ¡ÒÖ‹uÿ÷°D} GK
1/2Wú º
! ×¥ Ž¡ Òª ]Cá ×Á Õ'Ô6 ë
Ý ê'éRTqÔ6 T?‡è4 ƒz,.´ è1øA Zø">"úÁ ÷¨">Â#¯x">°inÂ.¡!¢]Ò ]tƒAõ[ÿ
õkPˆé -/Ö -85-&õ]j @úÿ D}à÷´,#¤ñAª]Ukõwþ / A ûô[º‡°àˆê¶ÒÓ} Ö°
º_àë-A˜A
_¥¥ýR Ž(c)Ö òž ¯)×¥ý-"ÒS GÛÐ4 Ž1/2% è":[ß¿,#ì
ÒPDu|íZ ˆ þ"_ õPtü":`þK
(tm)ÙY"¡ æwt'"¥-}%ú GàÿE ¨Dt"ðƒ-·"GKTª-Ã^?x"ëá Ôkü ...ÁÎÁ£8ì
§:ò^+D} Œ Nd ÈˆÀSX¤ Êpb Ž¸A
H§IõÃég Gõôþ ºþ•êB€Æw^èX xE
‰Gá ! @Ó
¨ `ƒ zJÝ'Ì u¥_
'ÿ¿ƒÕ ëù ôFã ?Âf
A0(c)§¢nÑ'|-"5Ø×µXp×ø> )Ö°óYÇ"ìí\‹¥ ú/ ¢~
ÀÂ! - ÷8 m çg¬ ur‡&:Kªâ"Wá ×¬":Aÿ¡h ÷H /è7't t <˜4 ,
é: 1/2$ž Ò"GU(zUÁ U
-ô¡ðÿ×J,p,×¬t m ØABÇéºo1/2ºJ-µ×
]zéú_ÿô ê"zN"p•·ö·áÝ{T-Î=µXDu
Ž´1/2Cÿ%lû5 <ù " -_ Â 3 "G á H
ä1/2ûõUi éÿº8ê-'X">Ôh u¿ìPˆé ?
üÐ!ÔÐa " ô,

-ë ;NôóXRA Òõ´ * þô›²;J°.../Îø:Kå:-aÁè":ÿÆš Óõ\"1ÜDÏ‰8 <&J !#?ëßÿýÿc
ª1/2<m ¯pD "GI ÍPdðOÔOÙ
‰æÉàf,Õ"ÐÃ/,
f@Ù#Dvâ^4>þªém~µöÐD} Ž'N)
IZðzë×ðDuIqzkA u Þ1/4R
Ñ‰"¦ôZ ƒ3/4ú ¯¤§ k~l{h ÃCÖ pÞ'ØA Xix ÕZMõÚý7-tú 0áY-Ìÿõz§ 9 +
-bÒµK(r)¡ü &GPD}
- ÿ ÿè'éÞ-KŠÞŸÞ¿ÿüØ3/4 EÅ6· GÝ4".3 ø:T ¯KàˆýÿzoöÕúnaÂ×1/2&ëÿëðƒõ-6ì %Ì88aB
º"QÂ#¥Xo(r)• ú¯ë¿^-"°÷ß¯ÿÿâl~Ã" ±-ì Ý6Œ=t'káÁ Ó Ž1/2 é% G×ÿÿß~uÿA:×"ÿÿ ò
Å´\Û
...ÐDu
$‹ ¡ØJ CÔ(t" ÂZþ
ÿ ýÒÿýÿÿýÿÿá~
ðƒc1/46ÐA
Ü% Gúò:@ˆüý¥ |/ïÿ÷_~ ã×ÿÿÿÝRn÷u JÂJ¶,ƒI?¸l"?@û¯(u GWÿÿ-×ÿ]ûÿý?ß§Ýo"[,#ì4
(tm)C°" t• }A ð"Ö ÿÿÿ3/4ëÝã ×ÿ"à__¿~¿zàì¨
ƒˆa$ Õúƒ_-zA E×ßõý×îÑ}þ·ý"öÝ ßõ¨">Ã Ã (c)-Ð?‡ì":-*ÿÿuuÝ{zÿkÚù, Ï]ÝZÞ3/4¡-i Î...±
KØ"éu"GJºýÁÿö×1/2×Î§šÓwÿÙÑ6-ý-í"î´·I,9; XkÿZ,#Ò‡UÓÝiA Õ}~×:/b3/4Øi¶ _ÃK
ÿïTÙ"m+"IRu
';î'ÇA...¥öG[ G×ƒØ0¯_ Ž¿ûa&ÂÿêÃ
Ã /á"˜`¬0-ý(r)Ã[ 6-¤CÔ',5)Å5JZ5 7
pÁ-UA¤" Â#ét˜I ƒ¦c:# #¸pá°a+<3áO h,†VÅ1PÐps¸â˜a+OØa#(r) 3
†|aƒ 0`" ,•(c) Ó \d0D) Œºƒ

&•GßKûß"G\ª,èD^ ±LWÕl&¶êØL&(Ð ~ÅDlS Å1QLS ¡ ˜ˆ‹.Dp...ÑuºÁ¬,(uIP¿Ý¬0˜/] Â
.º `šÿiC ¦š
ÓPƒ ˆ‰ Ä ðQ "êž´ "ò?R²Œ! C&1 (r) D0žaÁV B
Á 3˜)(tm)Yðã Ë D ¸â,¹-4Ò"GêÒÒ†± K 1/4DDDDD"2$ŽD|¸ † ] D}- 3/4¬DY!ru"ƒ
Al4
A¨q î3hº8‹£
]á ÕSëX"?ˆ'6PÉ4s. àÊ÷ GËÅòñ0¡Ò#zXŒã§~' 3Îó#ä|ÜGDv\ D,Àâ""""@ð^
1/2 Akq}ê""""JYB.(tm) , {rP}¨M" Gå
"%Ú Ñ0 ÊG Ã
é
â u¥ ´¸x":v{.£
9<!G {¿j ºZ¥A,(}"qÐô$U ò) Ã˜ NÉ¸% ¿m/Úˆ7K¨Dt$1K³
Ì2 ."•^"¯(uÊ `¨ b"Rˆ¸Èàx ¢‡JëT-Â#é+
6ÐUˆ'XŽÎ*h. þ Z °(tm)ûÄF[(tm)f dtGÉˆ)eX:nÜ Á: ë¦?K "^'nH ?‡þúUè ×¤ ¤]h ÿt
'ƒ‡!c w" ÈÁÄ,ú2 !. Ö I°ù °Œ8GbA
j&SF'1/4ï<ê!1/2÷% K‰ P+u‰@g -×"-ƒ 4 ,š
"ù'pcôÐÑ`¤Z û0Ð× zþéh¡ìã'u"--¢C1/4"(í Æ‰æg3• ˆëö û¤‰Ü'•º¿ñCºK¬<(<C Y
i ðcÒ
Ë
‰Å"í " ¡ )Ù
Ñ'xœüQP "‡ôÛ)Â; Ž"¢sº
×\y Å ÚMýCzt›àín 1/2 Iÿ
Âm%A
¸"?†¹Ý£>XázOôúÖÝ7þÿzÐ":Iÿ1/2þƒ¿] ìtÿëè":þŸÎïöý?þ v"¤í ÉÑÂ~õžˆè ÉÅ3 ñ
ÆP-CœˆQ¤ºéôša¸¿þóP¡34KŠjD|†g³^]îp‰ÊÍ‰'â Dtt
c¥²&²%•³)ÀŠo5
× Q 1/2 â E3-|*YÐ$†:p>ƒû] NÓÂa?ú{þ Ž±Kÿï" z
>

/× ž(c)¡î †}H} g¬...

"
œT;P á?ì õ è>ÿ¯ áQ _~x ×(r)3/4ï 5O ÿý ý
ˆ¯±Âeì&ƒ¢&-1/4'íÒzýR%mÑnHu'ÏDøuif'
:È3/4'4_YÑeÀ@ÎY×íkU]ºûè-0e"'6SÈ Á"
(tm)Àñ4ÞLi"g1/2Hìt‰cDùšñ¯DæØ kI FjÂ/"- Rè 6Éä ø Þ, ÿ" ŸI¡lmz¡dK
º_J"\Àºo@ ¶˜ Þ,põûÐoŠ"ö
é
D' @ØA }· ƒmSj,
é
-)7zPbý=ÿ¬PÄ!Þ¿"x`› }j"
% ÿ¤Þ>, K_"ý$ðñiRn y UôÝ(tm)Ût n+K ï
8éôž-/t(c)í{þ
-ëJ" "
û}>ð ¥û|*vE
útƒý·¤þº¥ÂÐT•·_ô÷ GÿV"t·ýŠ¤´ ¤(c)Ë£÷¤ßÓ¥ÿOë² ¯Òº1/4iúÝiŠ¦ë
t÷¯ëý×õD "óR]U?]ÒI6 o¿_Óu,_ú
°ß}:¿w" Öõ¥¯u

œO§øúë*Ã
-Ÿú'Ž zI"èÅýûä
--b¿3/4±;Ô&FÅûëöøîÕÿ $ E†+ ?ëkþ,Ý î pD †'T÷ß_
õ_ø\ì(c)à‡Å÷×î´Òõvþ Òÿ¿ïá E×ûÒI¸i$ $ß¶ÿ°‰wmd-^1/2 ~ Â¿ù
[ Îÿþk|ö¥¹œŒtô¨²?ûÿðžëë& f?"Gú $ ?ïú@ˆ ÔêýøCý BÑ-3/4;|àoÿúmÅ...B"é*
ÿúïô·^·B#¯¬4-¿}þ ¶¿ûË~v¢í "ÿþêÚïû Ã@ëï"ú_(r)Òû¿uÒ 'õÓ ëú_ú¥Þõ_õí÷×ÿ-ÞáƒIk× ïý_úÈ ?
é ×ý ßÿK_¥úûÿßúíwmîØô÷èâÿõºîÛzµ‡Ñ>'Gj"oºº]´1/2n´ Ù wê(r)xR8r:uöûµ¿t1/2î -.ÖÇuûV
û5*þ %
K}u{kÚÔ{-¯] Jõˆ'G C"-kìvkL
Úûmök^"k]...öÂ¿TÚ~Ú_¥¥Ã $" ØK!ø[kµ´ -°(c)A¥ (c)°Ô#"#(tm) Ûi~ÚþÃKÛ‡°Âs
› Økkj(tm)ü'&GFè`‰9*'
"a...øaa¤††Á,R8[v I°¬0 î"°ƒ Pá,"á3{ ˆPÃ ¸`-...°¡
Š9Ü á b¢Øa.Ý°_!IX`'Dˆ"! @Ï" xfa¡ƒ ¤¦CA Èã.A Á, ¿> Ø¯b [ìTT,
â£b ðÎàˆ8Á3†"· "Yý
b¸¨fÅ`Á u "XÈäÈá ,, Ø¦œ š
_llU1
ö+ö-Ø]VÂöµðÂ pÓ Õõ°1/2...¡º'žÂb LB
,ã"g1 }...î M.Â`(c)ª¦ 0éœpƒ 2¶@B¢Ð`µ
,Qmí¦ ,
`(tm)Îh(n!"Ê Q2'ÂDXL†ÀÂd,ÉÀ`Ó"ƒ "
Á ˆ2(BfØ"W B#¨ˆˆˆŠB", r0ÈùxD' ˆˆˆŠü4-K "\ QÁ•‡l‹¯ZJ´§b@À †UèF ºëP¨ì
ˆã#Ðˆèèo^¡%;V a
Jw"R:_é( ˆ¢÷a-Ê@Fée
"€
"?ðé(c) 0\Ž¯†GB,#ëi !Aaƒ‡ Ž¢ i'À"Å¢Êd"Ã H (F E J†ýL° ge+IV @¡Å-ÒÐ"
9Ö,$µ H¯U¤"":¤ !"GüÂõèŽ tŽÌƒ(tm)³ê ãõYÙ,Ã"êAQ"0ŒeqÂ '# GÂ¦(tm)-ÂyÙ` Ì†D Q
'd'¬B d ¤˜OZ"ÐF t'`
Ãëa %Æ¦±"- h4ÁUkz#q•ŸÁ D¸wêø¦j G@(c)¤ 4MÚ&í,-TŒ†Ñg¶•
XC‰Ø,jÂ/žº7ø m
@Ú$ÍZ'ÿ¶'
šXA$-¡"ôÜ"ìÙIºA:N-,áý ãV ±ÁSŠA I±´‡Û]ºom Ž1/4 -÷Z & ² â>d,Ïõ×¥þ¯N"
:íçQ q
çQ
çQ dPId0... ' òD9 ¡ ä
Ø$³" 2‡=F¡ÂÉYª#Ã... "# ç - Ù Ô!N)˜Èa ã÷ÿt...ë^- å € á
1-a
ñwà,ðD)É¸a 3f ` "" 0†H A -¿""Â
!-éuÿui Ûí [ÝtJ îAáîÐ@ª,
#b×D ë ðŸþ‰Cð‰ÃD±¢}û¯´¿Þœ5Ûæ;Ež‹>c²-uñ@‰ÙDt3B Á(tm)XA, B Ä"^Ã
Æ6G kl·¢æ4\äd‰Í' gf˜"Á˜
'(tm)Q ƒ @Ü"C§¥÷ýÿA Ð_Ü' è â-úA Þ º(r)ž, P Û-Î÷a0œ] è mÐ
Ü&ý´¡ îÐB,m'ÿ×¤-õÿ*Bé ué7ã]Ú ún (r)šúé-'¯í*ê
ž¿ÒýW×£bö ÿÿÿÓ(r)]SÓ¤ -H7C_þ ]&éäcÛJ›ºKÿÿé/ý

"}ûïúÛã÷t _}Wë*íüm¥¿[m ÿê3/4þ oíå=¶6&²_éÖÈëéÔ"c..."æ;ÿì2ªc×øb3/4ªHrcáþ-ú^1/4M7 G_ò
/"ƒ"¨ ÿ3/45ÝÐ ú3/4¡ ì1ƒ÷ùék÷ˆä0 ÿô'÷á
í.Þ _B
‡(r)ÿÁ ýÔ O¿äuÿ² Ð,àëÿõÚ¨`þÒÿIÿ¯á ×oDÑ

0ÃE'ÿøhÝ   þü  1/2†  {õú [8£ú÷è¸¸ê÷_ú •   ƒA=ïÿ Gýµ    ë¥  ¿Ê@¥>G
ýøœîþ²  ÿKÕRÕÿïo·Ö@¢'ÿ1/2zïõ  '¿  Du×àŠsó  ïÿõh  w  ,7  ÿRWZü0Kö¹FæŸJf2:.3/4þÒúo  +ë‡ÿ
"ôaÎ0þ¿¿é7(r)÷3/41/2wªªõ~ŠÛÿ÷ðL$]+oø  ²"_z   9"ÿwþ¸ûî¿Ònûÿz×~,  ŸuÕøÐuµîµÿÖHt  VG]ÚZ
@¿Ÿ  Ò   Y-Zð"ÿ(r)ëm  ÒoJÕ1/2o¿µT"ï¨Ÿ_°n  ÖÖÂ,/ áÚ:ì4¬^èÑ`Â
m[K‡  [×ßi  ¤Ýû¶¡¡Õ-%°Z[ì6"j·¥ÞÂÛß"¶
ØVÂZ×Ã@-!+
   Òÿ"á¬4¶Ö¿I¸a-Xaa...~ á¥Iv"ì0Â¿  ðÂ&àà ÂR/¦ "p!C  ‡)  pV
   ƒ  Hq  >!<E0(c)Ša...ëÿA"¡"-†  M2:"€à   ˜
   (
      ƒ0$S
#"     'ÎŠ°ÎÃ  XØãb·ä  ;±W    ±4X"Ä&!x  -
ÅC¸páÃ8   ¨Ê  C    1/4  Mg  ^Ä  î   E(r)Å{M5è¡×Ø\î  î  kka4ÕD›,
...ÿú&:~p°×ÿa...Ðaa"×í%°ƒ  0¯[Êž!"9áàÁ   :pL¥2ðãŸS"  æ0  2-  3,QaU4ÓMRƒ

,r êÁ  èDG
   ¤#^¨Á...^^ŠBÎ²ÈøÆ  Ç   PT"â"",     Ç-*†Q*µ%ÅH  ¬ì  B
RKÊ  |  Væ°  ,Ká  p3/4°ôƒ(-:@^,   DHÒÃAô¬":6¯Ð"å    õŽ  +^
j8e*  @"Q"GI]=  (tm),D]k"   "à...CL Šä í
   Ò  ƒ)M   XA  •+     b  C¯L¥!  C.<   ·  ẽ¯ð,
Ha""kUh"¸  A  ",šý A  MŽ  J£'°¡  "è  Z†  G€;  ð  ÔH¯Èùv  :°-
8An-   ¸¡É  ¸š¨-6  ã...I-á  ðBma   S"qÂça  ,"Ž  ,-  GA  âB
   QÚ4  ŽÕYE
¡Â  Ü (c)Ö  AêÖ,#•¥Á  Â  ¸" pf   -
   ‡
¸!
   ÙÙ..."  ª$R   B;Ä£"  óS"ƒ    Õ%è  7       {  ¤J  k  ER¥¤£"¶ Œ8#5,(r÷@ë
   Ž³c  ‡¸
ø ...B8é¨ÑN  Ð¯Ñ  p,X(èŽ¸
J  2¶     -  (tm)C¤   YØ4"  .     !a$  1*2:  Dîb  í+á¸
d¯˜è#Ž
É4Œ=-pD`0^  Û‰‹†ÐU±Z  E  zIçb
eoA$±TØ"E  €¸
Žo†µ  )'¬UPA0ƒ  Ž•"-"Šâ  q"ÅÙÁOeÑ´C  £æpÈù...@^øA:  ú
·;   º#åx  Ð"  29"
!  dp0`
   Ãa1/4ÆGS$û  ,"  •i(r)v6    "'\R8d  är#  ,89|1/4]nÂ(rUœ7UJ  Q  ~d  9  2²î¶Ù  `
   Y
   §UÑð@¬Ê
<)°È  C  ¸/|2Ëîâ   sµ  fS  r:6Žý  &G  Ž   pÑHŽ²4CÕKt×`Œ8,í,  ¸*  B""A  ùua¸A$)  5
7ÑÝm   íP
Ä¬¦˙   R#Ž  PK6¬xì`"   •ƒh  28m~  >ß,  (tm)Ù´€W#âH
Â9  ò?  ÙNSŠ•R¦  ì""Dv\Â!ªÜ  DY-Ú"ÔÂµ^z"w
;àe&Ð   Ì¦|"e±è7¹ØãAY3
¢l
   Â    }Ð"?ÐÌPQÊ *2‡ C  ]Êm  Â#£è"œ*ª
   à  ˜Y)
"pP$à`  '  Í¥  Á  T  Du[i&  Ar4  EØˆÈù"G  K  ïì8DtåH  ÉÑ...  GD@*‰o7
   áŒ  ~   tƒ1/2  Pw6ã†h<,¡7   ,æ]ô"I*ìHíp^z   Ú  åPDã  Íd  h"m

¥  j    òPEÙ...H2:>  H
"Ä
¡  V  ·¢>ñdL8Ä!d08"d  ! r  m   ˜ïu±
TI,  ôŒ  (tm)vY
 ¦dž  ]  ¢:µ   ØD‡
!      ØË(c)
 ,.:A  GÆ†  Á
A
‰e     çA'èçè  '
ÎÈë£P^ˆDta  àG  ƒz-YF  F  °(^ø ‡ñL   ³@Ðj
  H!3  ‚¢ ÁsØ,    x0y  [f  s†|4˜2Ê  \ðÂ   l-\1e‚d{BBœH   ²¤  "GÈ÷/‚¿Ø1   Î
":$  s@äpB:?B4ì²ª†
ø@¨-ÚÉv
Î$‡‚rP"C   )t(r)YVC  Ö í}±  "$6
Èá˜I3/4Ë)  c      éðÃ+ ÖGPaÈ/  %YhpI  n1/2iƒ;9‰‰    ")à‚ìâ    A  ÕoáƒhÆ\2Ð×Ó
C¦-ßXa  ò>  D†Â...8H/°Ü  Ü":"ëá^eÂ  ${#†±±ðÐ,5ƒÂ  ˆÃ1/22  °ÐD‡eÌ    À¡Ã  Ž'A[‡(tm)  ¤  ý
F
  "Xä6"`Ì$   C"_^  ,¦*Pb"@‡<Êr-,§¦¿nÒ
   '  ‡(c)  Y  ^èŽƒÈÂ   z·²:

²(tm)(tm),  ƒ,#ï¸‚^^ë
¥
  é%  Œ8]  5ð¡  )á  "GA  ÇSµD]  ÓPõUÃEÐÆŸøf-• ¢>}Œ(H  V,3¥ð Ð EøGl•^Õý  PÕCê{†  B
§e¹#ªá~"":ƒô×#"#ã;)MŒE7AÕè"=  žÂ#áî  YVz,  =,3/4R.    C...]
cnä<²<!ÐÂ#§¬j   ]Eü":äö3±4"{þ,
¡  œr(˜éÂ^‚O1/2†Gæ  ÃPÊ¶Ê!§;I
DtT‚uE"Ò"1/2iÞ  ¡"GU   4*P·±ô8A¯ï‡PE    öôÂ#¯†  1/4=1/48J  é1/2¥  ën  i‚"?
  ="$>!  ÷...Ýp(c)Á  9öjÅ†µú÷´çù"°á$²Š   7'õÿ(r)Üë˜ }NøQÁ"$Ââ  Ž',#õÇÖéa  pY9÷úPÚå
´Å{z"  Aÿü55vŸ
ú5¤1/2.
Ñ  š±w1/4<÷Šþ‚Duô1/4Í  H5#¬  J'  Ž²Xæ¿ö¿µ+gàð^é       ¡þ¢÷"ä•   @
z¤²}])(">¡ëé(^úÚ  Gê  =°exsÍ´GGJëƒ‚A  Ââ¿âø]Œ"é  GA  GW  Ž...¶5"ÿ  +J‚5  3/41/4Ÿ1/4Xi4zþ
aGáÚ*§¤  C...  Ž"¡Í  úm":×ò?"˜è:Ú¥A‚ÊÂ  H\  aíu  /ƒG  ":@
ôíð˜è$"(,  !•MuN>   ]AŽÔ¦û"1/2ø">°Š~  ýƒA  ×Ô?÷ôÕ   WñoT
 ,":à3/4ð-3/4'Ç‚ßŽ"  jª(vë¥Ú˜ïÞ"×´×Á  pÂ  ¢Ÿ  Ž¢ÕàÈwP^éÊ{E=  #ùÒñ  àŽ8_  -ïª...Z  Kv  õ(r)
 o‚E  "~-3/4(c)µ]ÙO<¯"   °÷-zïý--W  ‚XEíb•kÈy-3/4¡ð^ý0^é.qëëU°ø%
h  ˜Žœ  J-ƒZ¯î¬=T ƒÿ  ]pD|úÕa  ÒÂ#ð3/4˜ŽŸà1/4%Ý  tv´tGMÃðf  #  †  •¦
êë  ü  Ž-Ò"  NáÔ  uø6  Z
ÒvÚ³Ç÷¨"  k¦vY1/2puŒ  z  H;á¨Dt(c)/Á  ñ  µì%z¨":O  E8F      Öœ?þ
ê¬O  4I  p~_
G²<G  Å
]ðEÒß  Ž^þGÁ  ÿœV5ÝÕbkf4"°T...~ª˜i
V
,ªá   w
ï1±  Ç%EöDªƒ  µöÃB+ÒHªúUÁ  ×B
¡Ì8ißVôQ¯¶,q6--¨ïpt(tm)ŒE(r)"JÛû¥Èé  nGUÄâ[Z"uªÞ´  Ikr‡þfû4°":3/4ÕZ
ÚþÛÔ?   g×N
ÒiÔ ·ïjû";ïÌ

@•V˘3/4  p⁻ßuZÒÖ"    þÝ~êf0⁻ Uí}<~aà×EÒÿñ"Úz"]    Ž³°iRi    ÚˆîÂ(r)v~"j"Ö  á×Dt  I<E  ê
šìW[ÒM  Õÿ"ú f l&Ò¢pÇ f @-<¯(r)ßÂ#§ÿøVÂ@ˆóÁB#⁻øjý%†Úù  oJ"q¥"Pïkªþð¿ï"GW°àˆøûÅ  Ö
CÅ f °-oW÷PëJÎÔMV  Î  ``ê§a  6"ãh4-Æêþ
è  -oôì:ówio
V(c)w#¥Zü6  Dtþ-  °"ô,#ˆˆú~÷8÷„Dué6Ö-@áÝCp@'(r)"µ  ¥è-‡õÂ  ZÒ¿ fûzIRê-G_
OL¤Ÿ_"G_KMT1¤¿A'@ˆÿ²‰"G^ê    Xÿë
D°
(r)Ãÿ  3/4 f í ðl>'ááÂ=az f (  O...~-{÷ªÖ÷,#ð"ü  CÂµé*¤    MRëjÝRÜ  -  ß}B#§N'†,."ïÿ
§"  ÂúÛÉ²ÿ...    Ò¤vU    =Áò  .•§ôÃðh    ´¢ý*,@,a  Ò1/4
ÅûÝBH":Ã  ]  VÁ"E'Ý×‰ou
+ f ÓßX·A÷  ïê%    :ÿú×¢°jCA{ÒÙTK¤    ,XX"ê×1/2ÖPüÒ  ßþìŽ  pÞ  ô]' f ¢:Ö    xD
¡é[  §KÂ.µÜïë‡  ¿z]àèz f þ  ·h-  "]  äu'×~    0'ê-s4HVG^÷c
^ í f %ñOß^°Ý_KJ    ¥";×‡øÒšÕ!"ŠtÃÁpÿb<  ÷Cc;ó  b°¬æ f Xe  käb,/Á  ôøDtÛ'5ýfh£  ß¦2<P¦]
ðó°ÞqKP¿
‡'õPPE?#- D~¡  Ñõæª    Âð.²$'"ªq
ô  <  .•î    Ô%°¸Ü  Km":Ú  ÑC1/25  &•`ì  °ü+
ßÝ6"    ZPàÜç  ÜCÃ"GW²:¿Z5$°ê¤S...dIqÿ...1 ª  ia  Ô§B--"  þGÓii-:Òtžè{XØhÒ¥
-Ã¦Ò0›  ŠmT%P[gaJ¤GPÇ#-0ö´--U1Z    ´ø"è%¢E
Ï¦ˆâA  (c)a  Ñî`ê¥PY8ÎéûÇûk...¶U‡ i f *¨n·† f @ˆéé¦`ô°0 Á  à`û°ˆú...ð,VÂ
öâa$&  é4  ]  ¬K¥
V>    .-±,h  *  -ð"....´  ,·
.  Ž˘":êfyõtÛ-I
¤ f Ó"-  _ÛN  PPç  8;  ,%'Õ  Ð+õ        t•'Ó6ÅQ  W
ËøX`˘B  k⁻-l$Ø$A¨"

$'1/4>‡XÎ‰vsÒ f Å+...{        K¦PålH £KvÉírC"    ¦´GZPM"jè(v8Ü  DAÆ*qÔ0Ê  ðþ-GF, f ´GKk
  "Ò#¦‹óŽPö        -m-¦l  #E  a Î4⁻ YÛ"  CI eNØÕc
a!
Ž Û  '  n ž    y³±¿ï,.²>ˆ§  bÊ  0@ˆêK¢  @•D  $-°]4?"Pÿ  "``Á†p:  "*°A
TÐ[  HÎ/hR†P°DÁ°Ð)
"!m²:  -ŠCeÖÕ$  \"'±$Z(    ÓB)eD
H @Äa  Ð f &HC  †'(ŽÃ  Ã0ª"GPà  "¡´ýÂÂ#§xx^3/4û    ,

  ˜["nÂL3"  ,ÂAˆøHŽ†•    -5í3/4ÚX;b>-°,ÕE,  v    ß[Al%,#â
v.]L8X1¦0d,Q¿M  ÑC˘  QR,°@£éÐe
E    _2SMˆa  1 ¸È/C
$ÀB{2×PÈÜˆ9NÈîÒ

N9C^28öÎ¸Tî
â
á        p  Tî¡Ê]J4    ZáÑ  ?†°⁻o[
:...  euE±Â#¨x•Ô"·  c"WUPe.§"⁻3/4´éw]"  CO´:¤]  Õ  8ÕÑ]Qlh">WRäb0±  ˆ•ÕTÖŒ"ùn-GEr  ÄF
  8Ù@6¬Ú
¡¬DFYT(ò  Z("e?D~Â qÿ ÿÀ    @
endstream
endobj
129 0 obj
<< /Length 130 0 R >>

```
stream

q
594 0 0 755.52 0 0 cm
/Im0 Do
Q
endstream
endobj
130 0 obj
34
endobj
131 0 obj
<<
/Type /Page
/MediaBox [ 0 0 594 752.16 ]
/Parent 132 0 R
/Contents 134 0 R
/Resources << /XObject << /Im0 133 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
132 0 obj
<<
/Type /Pages
/Kids [ 110 0 R 115 0 R 119 0 R 123 0 R 127 0 R 131 0 R 136 0 R 140 0 R 144 0 R
148 0 R ]
/Count 10
/Parent 2 0 R
>>
endobj
133 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2475 /Height 3134
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2475 >> /Length 56976 >>
stream
```

ÿÿþbdVFC  7     ï  ìP!ðà  'ã¸
çPÎj  _3
£`Á¯3"â  Ž  €A¢Ï¯C‡">    ?%¢œŽƒKƒ  u4O÷¢Wï  V  t  2p§Â-
ä€l/ç
Ô$  s¿É  FH  75  IžPÈ‰  |z  "-ŸÞ, Wá  ^>  Gƒš€ÇéðŸB  þ  t  ~°‰oÌ  'Áƒ  Á7þ‡Þp
'Ñ
€‰
œ)°.q'Ù¯B$‰A}'ÛµÿÝi¿ÐA´  v  X3!ÏCS^  >RC'^þ  }Þ‡ÈO!

 3'  œ
ÿß¯ÿtšþƒI7øoÿè  ,4Í"  OCS¢PÿÿÓ‡ÿ¯oëþô¿Òn›ÿÿô    Ñ  þiš´  6tÎ±  2  Qš°gN  0  "‰ocdnUëÿÿßþ
¿Þ•$ÿ¿÷õ_ÿþ  o~¿Ú"    Á"  Ù
¶-....  ìwñÿÞ¯þÒoÿòX!¨3§Ÿ2\¿úoÿÿA7-ßûi$ÞŸ¥"Ð‡'ßÿØãÖ´8×¿ÿàƒÁ  Ï¤  a  [ÿ  ÿ_çwÿÿ71/2%ÿØ

ß¯  Õ  ÿ¢(áµé"_ïÿÓ  ÿÙú›Iˆ'ûH  !Ýo1/2‡ëÕ¢*î£Š,ìÕ›Ž'ö‰Í¸×I_ÿO~ßÿÚÍ73/4"ÿd>Ã×!
l  ÿÿý ßÂt  nÇ  }n¿ÿ]ÿµ¤¯î
Ý7†AÅâ  }oê  ÒoéÐMßMù¤5æ  fù¤/f¥Oö,œwü7øo(r)¿ÿŠép°x=  }úÛÿ¿ûÿ-þ¥P^²  '6  úëúÒ  -vA
÷õÿÿõÛÍ]*KoùY  'GÓ}÷  Á?  ðØ¯ú3/4?  o  ,#êÝoA-  ûþþßß¯ÏËÿøÁ1/2_Õÿþ›äÖ;Où  ÿrŸ  }ÿÿ[ë
ÿÉ!}ÿ^ßéïo

1/2¶ûÿþþûÝÿwÿÿ  ÇÏKóÑíóÓutÖ°Tß¯ïÒÿÛ8"¯í~ÿÿaôÿþ¿ÿ  ~nÕí÷ªÿÿû÷WÕ*3/4¿ÊVß¿Ú÷·þ¿þÝ?o
µ)Íóÿé}{jûwÿ¯ÿëèÙ|Mß  ø›Þ¯ï°ö÷ö´ÃIp1/2...÷á    m-]*m/ößöþž1/2¿ÿÿmûÛ[kÃ
]"¸i}"k°Î1/2¥t--¯ÿõ¥ÿkíÿ  ¯~Ý?1/2ŠäÈ‹‹'  '  <  Hè  '  È3/4[  °†
¯Ý[VÕ÷t":/r  *û¯¶-ÿÔ{¥öÞÚÚâ¸\UÞ...±Ð¤Ë  Xa+    +"
/
ðÂ°×íþÿoÿöÿ¿û*ž  x.x]{
b¯¨30²-  `´  $H  °7Ø-Û
*
--}´3/4?þÒ¯o~'"  B"|ÄDC      •@A"  MmìR  lQ¯CÁX(c)
::  à^C  3/4C  vÂ^ÿU¶  o3/4Ö'"!"  A...ÖÂØ^Â¯q
û4  ò(è  -...£1  â  ý†  "ß~'''"U!
Œ      @Â¦ª°ÅvÜG¹-
1  œ+"Ù
2#H‹|DDDDpÂ÷ßÚÿøâ''''"
    ƒ¡¦g  Öñ      -*  öÿâ?ç˜¢œÎ,  ÙtGFqäD#µ";.É...  -  hA¡!hCÁ
¨!<Œ´2      B¹ö!  Bñ
Ñp...§O×  ƒÐÐ{æÂ-
l
œ          Q  DtGè    D¸2ˆë
šf¤Î    D¹ƒ&  "}  •-×ø8q  dÈS@æ  Á€a  ØCá            Áƒ  CÂPA´  z  §Þ    l4è t  6
ÕÏCŸýÿÿá

S-5A
Êcõ&¨7}ÿÞ"kÓ›ÿÌó¤HÍÝ¤Ne  C  ²   ^Z§¤Fî  ¿úm&þqßöÚI;é=7ÿÿä"w¦  XfN‰Ft't
'"0f
¶šÇéuþÿÿM¯é?¯ÿ"ëowÕ¤  |6é  '  g+wÿ&ÿoÿ´¿-&ÿ¿ý^wo  ûuMi¥¿•3;  G³´    2Ÿ×ÿÿî-÷ÿÿÿüïÿ3ÿ
R  Òuðƒ5    æ  (tm)...  2L!
!N
V(c)ëÛßjú|Ñ U  ?õÿ÷¶"kî"ì$ßzE¤eþžŸá
  wÅoÿ  ]%ôÇ¼Æ Çÿ¯ÿþ÷êÿK  Eã(tm)l-
0$D-¤¯íÿïÛûÿí  ¯Î!ý¸¶Þ"×KúÒÿH7H  8a  ø  Ú#¬  ny
¯þý^ª¿¸ëÝ{ZüŸ  ö¢_úÿ¯ÍÝR
  SÿëßÞ3/49  "ý  ª[3/4ÚÚëÚ×(r)  ÍDxSXŠj  è)¯3/4"}?ö•?éÿoä÷d  ïÎ¤íÁíÿÿÞõéx&  x
Ó_ÿ°§Awû[ÿÚõ
?þ"£ŠõÝãÑŸV-xKUÓOO²(
)ÿuúßþ¿¸SNUBÿ×ÂÛûÿö?Š‹r  fr.ƒDè

Å/ô"ÒO  ÿ÷í_¹K  üú9é,ïßú1/2(r)¡IÃá:    Ð'm&-ÿéú_1/2W¿ÿ¨m×ïÿŸ"û|Ó°¿÷  _
é¤»m"  (tm)ÿÐ°úÿõÿ1/2÷]þ3/4¿Õ3/4ß3/4Ÿõk(c)ÿMû"{v¿3/4^êþ³e"í  ûñ%Ÿ  ý  î"(r)1/2_þÝZ×ON
A  Â?íhØÖ!üKöõõ1/2õ×üMû{oß's§þþÕßÿ×ù+{jØ\
iC¶û×ï·ú¶"ÿþß(r)þ=ÿ°[íþ1/4mkð  ¿¦=5-7¶ÒµÛÿ´¿¿¯¿ßoíûêþþÞÿÿ¯-"ûì...z  }(Aí  +_ãý.Òl%kõÿ÷'
m~

ƒÝv÷ÿåŽXæ1/2ýâßi     B

"..."

+

$Ã        n"

%ÃVÒm~ÿ÷Á=þ¿´¿oÿ"")  OÍ-_ñéÒ{    "Å  ‡r@.t  Ù  òpI    #...#´t

uû{  1  ^Úí÷õú3D^ÿ·U"Avškÿ^\S  Å) CÁ  PE=¯õûÝö  [{¯1/2ZMÿ÷[ép`ƒ  ...MSA...Ï    ƒ

û0    'ÌŠä<ôA  ¹ð1ä´- HÐvGÓ¿"MÒa  Xüõ¿¥éq          6I²LÅwßÿëL1

^ƒ  ²+IWî¶"  kÛ³Þ  â""$èO¢ði-ë}¯ wþöÍi&ÿöî´ô  :â"8^^^0B"  N¿a...a,¤þÚKê"zV1/4DKH´3(tm)">#

p""  *1/4'¤Ã!¶è  m --1/26$Ý±

OÛ      A...a...ƒ  -RR†´   >ì'

/ö*)Šr    ÅG"ÂØ^^^Ž-0ƒ

"ÖÅuÃ  " 0L)    L›£XHø^^^þ#ÿÿÿÿÿÿÿÿÿüì  2  p"|  -"8B>GÈ(tm)    Ï¢èæ]  EÑ.  Hâ.¨DDDDDD

DDDD†@P  XÈ  CLr+•...ŽPæsÁC•QL

-SP6  òÐ|  ä6GÈ(tm)|Ž^ùt\    â8    1/4DDDDDI¶

-Vü(r)=•¡X]>

    öw&åYVXê"""""""?ÿÿþeq    L'f¡"

ë'}  µ

   &çjAI    ¯£¢  O‡Ž5KpÏþ3/4ùÐÈ  ,!

ËÊßðƒ4#C  0^y'C  y 'ßEÃv&wàÏQà*E    â  ‡†  6  Äk    }wëÿZ  ¯ÿÿÿË K:

ÿÿ

|E`µÿû!  ç  Fÿ_þ

×éûÿÜ-¿ë×ÿY>ëÿ  Ì×  ×  Šrƒ    à¡   ;  <¬  ,(vG"xk_‰  ªìq    a  °8¥^†  ^†

"uGD<î"""-^(r)Ò´ñÿÿ    '!¨Bh_Ì<D    Àâ²â~v  Èì¢.^ñ@È£   -3Èì"!  (c)Ãws±¡

‹Ðƒ^°  ¡

0^´!ø‡PC  D£  8  ù  ‰Ž  ±"Se"  F  šÛ60È²‡ƒA,#èöÁœÿÊ  ÿí

¤  pÓÂ#î

àÛ@ì â¡"oô  0A,¯úMß^Þßú    ÿô\t¯íÿt-ÿ×û{""' òœ!¬BþxZ  /éi  ÿ·cé}"ü  Â-µ¤j    ÓÈÁ

   <   ñô1/2/£ÿïZ'  äž^ß1/2é

ðƒÂx¯Ávð¿  ÿH  7ó  ¢Ïä"*I?Dnôôñ×  ñÿz¤ß‹Óè÷ÒEÑƒ1Š.Œ'#g<  óí"s啝_=óE,)ôû  ¥é7h$ƒ  AØ¡í

ÿT{ÿþ°ØJ¿ëÂ^  ~•Ö>Û"]¿Ä¿(r)îîJþF

Æ!'  "  ð¿õSÑþ-þ¿UøU´Í  ¿{üu¶öïöëÿí)c,¿Õæv    §ÿÿ}(tm)ÿ¯·,Wÿ¶•  ú2>  tÝwÿ1Œ  l  °¡Œ  `"0

ƒ  9!Å  0C  6  .ëé}6¯  *ÿ]ÿ§kÚ...û  "þ"Úíi-_ø^^^^^  i}"d?o`íÿïî¥ø-...¶÷Û´1/23/4  ‡Ð  $h    ƒ

0    Í†    DP={

\£ì'ÿŠø...lR¦Ã  2<  ²XÂPÂ¦Ã  Óá§ÃXa?  ...¶Œø  Å-  """""    ;° °ÂàÈÙ

    e...  t±   ÿÿ   °"  šËt±d    S¨9Ô‰`÷á  (c)"

§È-J  o2U]  w¦Ÿ"-v2D  Ù    <Ê

Í  7Ú~›Òn›ôOî

Þÿþ"ú     ü  âÿ:Mä`ô  wû÷1/2"NP2†N‹£ù¯Âfh¥6  ³'tu^C  Ö2œ3/4ªõz  a  M

'v...¡a  ...(tm)ŠøA,    wWõ~ì×  ü[ëë¦¡

ò  ?úOŒ¹³L    /†ep‹È0ƒ  ê‹šm  ÷J  ué>,

îÂwŠ  -PA±xOJNßïI7ÿÂmU$›t°P@ÿÿ  ú_]1_íBBßë_ÓêÿV(c)Sôô×›ÿµÿuÞ¤Ç

s@Eè/Þ¯ÿßß´¡

ð¿K~Ö¿ÿ}ì×wÑ9ß"3/4°"Wÿ÷Û-¿@Ÿé  ëjÚÿm¯ÿÿv¿kA{{iSk    ûìoúÿTÒ

XI†  Øa[$m¥¯þ"¶ÚZ¶¸â¯¢pb Û

Ã        X^ìÒ¶

m†  l'iÖš

%d+äQì  $Ä  `  Ã03à1/2
#à`"0DÜ        NW  5  Ðh8a8b   !"  3/4áŠb¶%3/4""""!"Â
>Ó  õ"  ...†        TDDHhcCKÒ
õò
>v
Ô   È  ü‹Ë"q(c)ØŸþÎÁÇØøh<!  20Ž¡ƒ  Ês-aöÒò   ê  L†'zîB:t1/2  v1/4...ðD~qùÙ6QƒAœL¸ËŒÊ
ÉÆ9d$"†\g"8‡Ñ¶}  s¢#Æ(tm)š1š"ñ...Úõjê8úN?¸¸´-  ó#¯°LÀPB
÷¬ø"26)ÐC¨LŒ  {¯ûâ  ;!(tm)Ñ'O  Ã<áźsH3ã

Ñ  =>?þ  "  Aàƒ,#Û-×_   D-Ã'#F
@^v@°D  }ÚÁ¸D]³k  m-âN(•¹;|"7o¯ªõ  5´](c)¡ñ3ÑŽôÿþÝv-ÿùÓ5°è  :
ì£×vêÿø‡A  "  ‡†  6,
gdXßÿêßÿ÷ýh&Ò|]ÛWZú¿ÓW×µþ8Þþßÿ°_]i7Ú¿uò  ?ú¿ÿz|âΪî·ÒÇ-?þ÷éït¯‡ü´  ^R
çÂ   *E  ¶Ø-‚þ"ÿ×ö‡^D
{ì}ICÿKëû!'B÷C  ú{¯ßúþÁ  [ë¶  ø£ÍÞ  ?å  q"žóßõ1/2  ÿæ
õwßÅ¿õê-üäiª-û  Æßû_ßÝ"Îû~¿þ-¨ûÛ1/2ã  ××ÿûŸ\/mkÞ¸ëÚLn  ÿ³üª~õG£×ñ  ýi}ÿÿö    dŸ
Î  A"  0¸U  -woÿþÛ¨ïŠ"ïßìM  Ø  õšqLW  á*¸  ÿ¶Cí-ÒÒßõµá,  4"
 Ê°~A   0°§"  ...ÁA   -N  Ì"ì¦žÃ  a""   ÒxÿÝ¸.8^¨ï
ßÓ      ›
  Š'  "g
"ß  •-èDDDDD  ö  []  !rh
E  ƒ0b)Š(  %œI+
#£0ƒ1  j   @Ê,z"×¿ôÓÐ29  ^^^^¤ÓOàÓRÇV+        ô1/4  ÿÌ‰ŠUQße'R  _;
  :Ü-¤¸Ý=×
þ÷¥o†Ê  "  2"Ï4(r)3/4Ùál   ‹r:  ÏŠ},
¤   þ‹v  ´,w
ÑcƒE"‰‡z¥  @  ¶  GðÁ
@ƒ^6
  pÊ.§ÿÿÕ.´Ÿ§úý¥1/27^ÿÿ¿âøþ³Cëøcþ¿×   þB
üâ3×ý  ÿàÃ^-þý  Ù   ÿï¯÷'Þ°Mš.ÿ[_³5úÓ  °šmž~Ã[
šx[¯  Å  �BÌP@Â  Ä   EØA"   ÇQ   C
Á  Xa  ŸL  ²œ%^^^  ^ÕÒãÿÿóµ@"ä|  'xŽE   ^  -Gâæ{3^ùá-Ì  Ã%y´fŠ  ØœL*  }Ã40...Å  Ð´4í  4
  a+%d-  ¢  Éñ
 4LícGèa   3ã$hÝ´Ãƒ   È  L"
 Á"  A e  lƒ  GM²ì"
ðSc8F  œ
x  ŒÀÍ  C33Áœ
Ì0`0p!@Ë£  ŒœR$2èØÊ   ÔeÑÀ‡ƒ  H?àß     ûÒ
îÓ×A¤  †"8i v  4ÓMµM3/4ÜŒpÑn-øÐÇ
Þ  ;†š
ç  _
3    ÿ×ïKþßú~ý²tÓÐè2|Ø@Â
  Š°àÁ  +Ú  6
ªC*"M
4Î¬  $o(tm)°ÏÎÑ"ošr°ÿô-ÿÿþ   ÿë  G×ÿà^÷¿ú·Ú  ]R  GïÃpŸÿ
ü   Iá  ü7tß4Ã=(ÿÔ?þ>ßM  ¶ÿØûÿ¼^÷ÔÝ7z¶]-ÿéz¥:^èïK  ÿI¿  (r)ß·¨ûÏÿß·þß÷U3/41/4§ïÓÿÿýíÞÝZ
ÿÿ¡œp`-%Wþ×þ×`þ¿þÿÔÿ°ÿ_9Zs  ¯¯¡"úñÇÿL  °È¤vþ5ÛâÛ   ¿Û¥[Ý×÷Ýÿ  ëŽ¯ª¿JÿùÃ-  #
yçµ'SûõâÏ?·Ì>S  mÿ̈ÿ"zOoïñÇÿ_öëßÿþ̈ÁÿòSûþÿþA÷ÿï_õù¢(r)>¯ÿý  KL  §ÿ  '[J¹>ÿ·  %ûoeû  å  Ö

ß×kn1/2Çñwÿò³+/ÿæŸvÂ*{þߟÛŷ} ý¿ÿöÿ ¥ú_ZoÕë §Ž}
Ï̈žö3/4iß" ßä÷Äÿ[áý1/2]|ó *ŽÛúµõ1/2~í-zGŸ_ðŸ[Jôï̈~v ~ªÿpÿ| "[uúnµz‡ˉû*íýí(r)Ûoøˉĺ(r)v¦
  0ƒ A²pB" f { A" 0¡ Â
Í...Š*Â,
"*Ø~ mWþíô›Kû4Z_NN(c)ú{4_õö " Â^šjS¦ƒM JÓ‡÷e
  Þ 8Læ(!PÁ ƒ 0C 0"7 l0 Dh#
‰@Âœä°4 DW°Â" A"Eˉa6 SÚ$p ÞODDDDDDDDhDDDDDGÞƒ ÿv,b-ÕŽ-SCcM;´ØÐÓNE|0
•q `"DDD0"D0D4"!, 4B!,
!Å-DDDDDÐý
EuãÿÿæEÑ"ì̀ 3/4K
v ÍT,àsæ gŒàl*Ã" C6 Ùž A'°Á€ƒ 8°Í
-¥Æ´¡'" Ý²Ý¢á¢îÓt‹†ÿöŒ÷
iÒH l4 FphĨA
A
4AÁ",
†U3ñŸ$Ø0_@‹úW
ˉ÷Þ›§ï§ýt ¿-ÄÆ_; ¿íðD} ·-"Gý3/4Òt3/4 é7ÿþ†R´A Ð"é;i ¤û ˉßª·þÿ¥èÝÃ>>¿z[i}ÿ"ÿŽíÿœ
ÄqÛÐOàßp-*þ¿*÷¥] ÿÿé9ó3 Ç(tm)æžçÉ /"-)&áÓ
ÿ ê̄3/4ß\zOøAÝØM êí" BÂ ;...í_þÿQOëþÿÞgÕ#c
  !š×Í Ì:› ' Ú ïøZÛíó²³Çø ƒ~Á ‹m
  ²zĺ̄û¥¿ˉß(r)ßø̄Z ¤ß×þ"ßnUCß*úõÿ1/2kÏ?ˉý~h3/4F9C°ú¿kˉ
¥¶-3/4ÁÛþ"~ÿÿç q Õ3/4ÿa¥3/4 m&Í?í"‹ÿÿ ˉÂ/‹í ¡ ´a l"í°ÂA pB," J
  Ø@@Ý† a
    a wˉÿÂ ï÷lWÂ¦(1WìU*úÿþéV1/4DDD ! a DA"¢""Ûicê°"dE ¦Ìö Vq&Ùï +[=Yú
ë j^ Bœa
^"9ÆÅ|0̄LWµ ¦̄L&¢""T""#ÿÿù 2,÷,
ŒÙ 1š²Zg‡
&ƒ7Ç
°¡¿M›áˉ"(tm)O šùÕï49Ø(Èñ#Är#¢æGFò>GDtGDta Ñq'ò:# ¢5"² dùŒ äèÆo:fÑF} 3¢#HÑ
dÚA yÙÃ ùÂÂ
  Â
"DDDDDDDDDDDDDDDDDDDD?FÆ Ý 8øEã(r)Ñ°; r ÅÚI ÷
s(tm)ÑþžÛ¤fdô²š ( :oê×öóúu-(c)´d e%ý1úÿÓ1/4_ ãgãÛÛÿÿÎ(›¿î¿¨ÿ ÿÿ oo°÷¿ÿì-¤÷a"- ìÍö
K- B1PÁ `8"* ~!ü (@Ỵ́í ]4Á̄"ðÄ*¦)¨ˆˆˆˆƒ 1ÿÿÿÈ æLÏŽÍëÍE¥(tm)×)È F†P8AÃ4 "ÉÈ$
§FÆ -‡ 6= ¦d 6= Ú ¨̈̈Èi @'nž-n3Ï ÇäæC2ÿ(tm)•›'[tô´ðÝ,
  á ü ÇÒKÇøpæ"m¦üæîÞ‹Çÿÿ ":¤ A'è Ù£^Œ:0ô]_ÔUuíõéqql0(c)n3/4¡F£*Ón1/4‚rá± G×ÿÊ̈"¿þ)h
Ú 6 -¿íÍWoô ]b'
ûûÿý ·w|%muööôûT¿õKtÿíàèžØ;Éô ·ÖÕ$ +a+
  !Û
ôØÙUöÂÍ¥ÛjÚ"'[ Ds· Ù; S"

Å<Yð¬TQˉÐá¦ši¦ƒ MS´2c"í &IÃ#¨ˆˆˆˆˆˆˆˆÿü..."1(tm) ƒáĺ@`à % `\‰Œœ9€l!̄B$ øB@"
€´‡þŸzÿ" 2€§ ÐC(tm)
B@Cáœœ9°·pC6Gd°S¨("fH
peò¬C ¨S} ß"F8oÓÿ¢1Ýø@ðƒ[ÓT0ƒT ¡a
!š GÎ¡
ÂQ'ž†¤èSLÔšf(c) 33¦u^± òFjÁœ`D¢ @Ê"†î̂Ç }ÿ§Þê /N"þŒïÿA7ÿúÝ
Ÿ1 ^ ´¥ öHÍQ(tm) 9¨zOÇH"s

‡  r,D<Ô4](  ?Òÿÿÿ
ÿ  û¤¡1/2ô  AÐA3/4¯ý´(c)ßù‡¤-  š^§ÍWÿ¯ïé¿œw¯gý1/2+ý$  t›ÿ¯}    öúxN"Îïõþ-×ú_ïo÷ºTûê¯N·  G
"ûI&ÒÑ‡ëküýõúíÛ_oÿî$ÝÝ  ZMÿ  ï^ôïÿ-{  ±  Vë¯-ÿ¯Õ›ÿÕ$ºw-ÿíRoÔ1/2&ÿëó³ºc5
nã  Ž4i
3/4ïŽßšCþ•^º^¶1/27þÚTë¿þ÷KøC  +}?ýÿÿ§-[þ'I×ÿøãþæ˜íôþ8Ó~¨Š>ÃÖÿ-Wo÷,#ë¯á-
ƒÆ  ý¿m%ý}{µüŒHÇ¢Ï"<"1¯  ãÛãûÚÎ|  p-ÿÛ~ßßíû¶Þß,
  z
  pÈ8:·þÿ  O±üR§ÿÝ  ¥\oõlŠ\Š¿  ×OÃ  ÿÿn"_§à¢    õ·ìVþÞ"
•  z¯ÿÿ$,tüçüó÷sÓÓí{?&›¯ÿý¯öÿ¶  aÕÿ  ò"õ¿[÷ßÿ  õm+ÿoûYç_K%Â"áUÿîa‹Vøÿÿ^ÿ×¯ý"ÿÿ~Óû"
  "†13/4ý,dPdP5  ñ7ºXíí  Þ¯í-µní    úþî,6ÿ,²
èAvÂÉ+ý  G÷  *Xþêíï¿Ý*ÿþô(r)Ü^¡¶ûóýý}ÿ¬kkïo×_ý(r);|Ç(vi9Ÿ¯  §    >ºß[kïüÞíÍÝ¯Ó  õ-ô!õôX
  ;
  -ÿþÒöï÷vÒWíÛ¯Û ÿµÝõ  únèï'4Ÿ
.›ïm~?ÿº"Ú¹/]¯þÚ^ßWÿWÿ^×_ö  Kßÿm%mÛ        ¶u›
7VÇ¡¯Á¯iZ"n¤dÿ"ï    :    ‡  f  '
0'@r    >  éÉ·b
        2->ÃVÒºµÿ¥ííÃXk÷§{zx¯"Ø"·þÃ  •Î  dR0Ï
ƒ        0Â@^ÝÈx"SŽPá'æ  $P2;  h  2€  ÂR&*vÂK
$
/(tm)ÂÿÖ]{Ö×¯±LS  (r)†"E±H]·k
Bøa.

%Äñ  ^‰  b""""
  ‹3/4  M5þ    ù  O  v;Ž+^^^a  $  dãX!      a  0^Âjw  3"ñ
ª>M  ¶¢"'"#ÿÿÿÿÿÿÿÿã^'^{(tm)j  ¨  Ër/ù^¢ÎÂ  "bHY  1/4  "!  $GóTmGAL^jù\lRº¤ßœ óµq  '  Ú    a
øLê^îZgA"ã"
"ÿüÈ V¡  ôô?A,
  Â

d€À>vU'-ÿ¢}÷"d5  "ÿEþ"L'ÿ•Åò°Åçdª,  ì"?8÷¨Aþ›œŠ/š/œ3/4Í¿  ù'ld7i(tm)  tƒýk-¤ÿOõ-  ÐM×þþë¬
  E!'
  #
"¬ú!
Ï¢A"
£1  ÿKÿÖŽº  ÿñÿ^ƒ'  &|    >ŸÎ  (tm)".B"ã    ˜ùÀ#ê‡  ÿ6E9  ³:'  ?;â7ÿÿt-(c)èw¯øO
Ÿÿw¨÷ÿ"  d    d  0  -0ƒÎ  (tm)d  LÅ  g^œfƒ!¢  5  ),†2  c5ŒÆt  ¬f2P2`ù    È°Îd1IÅ3
¥ïÎ‡O¡EÍ  äksO¢ÿÝ^àä‰  ry  Ž_ºa
ñœutµ_±iúj'"?ýw  4EÆ``¯Aá  fa    a
  Â    A,iá
  z"(‹  $  hfÅ:^Ng  u  œ  Œ      H£  ºq¢VE
"A  ÅÈA"PD
...(ôƒqB!ô  î"ìB  1  zë  ~>  ...¯my.h¹³T
MÍ  á"}
  ƒ      ,Eý"    <&Å¡ âÂj  TãÐÕ?Pž  P¯AØL  ðž¡        ¦¡<&  4  ñ    Š|_
á^¯W_Õ;  k"  ªK0P ƒh&þ  ,
Bw}Ú"-  Õ/Ù"EÜ  /h¿¢æÁ'ö¨h¹Ñ9`\ìß(#Ò4è¹Ùé    0SN†ƒ‹N,'  Ç{É  ‰o  Œèv˜","w%
ëõºú{  ú¯K÷]*|*!Ó¤ßÕm'ÿ_oÐAØ"0ºt  Âz  Aá7  8†á:OAÂßH:/è°323'9ºd¿.l  pf$£RE
  ,4  œ(  ¤E

e-è˜íÚùB ÿãþ¨"[k'?]=Uî(r)ŸýéÿnÂ¿ô›ªtžƒ{i7ZOýi=w¥è' ð›A á: 7 Þè<- Þ-Ðl\é AÃ1pƒ Ñ
" úúÿÈ€K¯ßÑ¦ô'Ni1/2ãþ1/2ÿµ±1/2*n3/4 zz{é"Þ¯{Ý¿zt›§(r)ºzÖ¿Òoëâ‡ºßëþÿÖ ×ÿè:A$'1/2‹ÿÿ¯û
Ô‰U=z¯xû[±ŽÄ" ÿØ Æ¶"
Uÿºmõ¿îê¿ýî × iŒQ>ÿÿô‰÷¯ðE
Ðduú '
ßÿÿþÚ²
ï^¿õ² {!Ê
õ² Ý)
\{î1/4~ü1ÞŸ*bõf ëº¿è ~ÿÿ´ µþÐˆ5µI**ùÆÿÿÿA3/4 ×÷ÿO" `×ý†··¿ëÿý2 -_Á Âuº[ ¯ý¯
ÿî¿ÿ¤'ÿÿï öÒ*mºmkÿçP×Á";œÁC´Oûø3"EÒé |Á ïÌ£öÃþõôJ ¶¿o_×-þ1/2ÿvÊ1/4ôþ'_ýï¶¿ÿ'|7¯ßÖ
ÿö (tm)Ø(tm)´ >3/4'ä ·'vµ{ÿ^´I-þ‹?Ñ'þ-ùÕn" ëw"ô¿l†ººÂFzF~ë ¯kký¥ÿî1/2úßOŸÞÈL=/ÞD·¥Ò!Ï
ÿ÷ï ;úáwÕÖßmXkØ^×õýX?[OõI " kF"I1/2ö .¶"þÆÇuµÞÝ÷ßÿîëÿý¿zÚûÿg]÷µÿ¯¿K
+`1/2"ÉÕœM"Èê m¦} ÌF -F
y(H -
PàÈû
ì0---é*Ú¶HõØ-=µ×`ïê×¿\è m}³¢¿_µ¿
Ú]j÷Z_~¿û -ª¯¶°ÆÆx bg FÄ TâqÃB4"8(tm)í! ¡ lWÅ* 54,X ÂPÁLÒv(tm) 4ì4
Ðfz
1/2Á""m-vÕ´í&ÂV-...µºº¶°Ö V
ÚÃ$z*ûd=÷$.×ì%e -¤Ø_êÂ`¶(c)Ù >ÂwpÂÒö
ÃUìTU"CŠcBBp` ƒ ÄÃ¶' ""ÚŠö $i"A< l D/ 84
+
%"Úƒ680J "n
ÁÈÜ %
'
QL5l&Ã 0ÂKv
1/2,ðÖÕ´¬ °Œ;† Â,p}"Ìr¨È†""tÄD¡ ˆ`‡ 5">¸g
ö U´Á~8am>'0êšb ôØ(tm)ìTÃˆLTS Å_±,|S º¨ œ)
b 6 'G, l# "ˆÐ@@Ø¦6)‡8â˜¬à/
¢""¢:ˆˆšÑ.ÔO@ËÝpÁ 0B;GŒE¯ÚØ*i...0è0Sº
*ðÂyÝ 3/4gA š Ó^Ä/...×´Â¥Ã
µbŸ^#ˆ¨ŠB""" Ê(r)"""""""""") µ†

& ´ )c Ó
LrÇ GSÀL·L `˜ Âk
Â4[ *M5^= Ž""""""""""""#ˆˆ²B DWJ×ÅdØ \$•%õèÊ¢ ŽËB ¯ ì
ÜP-(c)E...ø" ß } âvªµO;& "-? ; (þd
¦D fEÅ%1i #´µÿÊåÈ(r)@C³Y4ï¹'·ár.EpÅÊ rl7È&wL;%Ò ÿÿ ¨"¹ r¸g[ýü(r)k ¢÷K²‡ä
ó1/2e¿Xãµõ‡!!
ß;´
v€"xŸ!|3/4D gÂ )ñ{ÿ‹ûïÖ)èk †ÿ
ÿëãøþ‰ç÷ppÂêR?? Æs% K(tm)"*"B2VD#5ž×¿û ß lŸaW A€ÈQB
-`B
Š
As ‰Á(tm) È¨sB òhfòRd É‰<ôF2 †BD Î¡,R îµÿwuð iáSCè'"ÐxM
‰ˆ ` (tm)ˆx@ "Š `ˆ0x ` '€€ ˜f ˜@ÉQ¤p""2 ˆ3%DB Ô² É 5ŒÆkDAd
C1 1Uëó±´ŸN- k æ nPê'ìÑ-ù|Ñ>†_
¨¢~Á‰'"ÐbnhŸuOÂx^"& ha m 8€ -= ƒ ¡,` (tm) Â

HØ¡0A"2q    L!Ù
Î
    È›  ÔUÁ  \2!    Ð˝TD H (tm)Ýä
  N;SS WÅ    hF›    -  :   ¡  A  ØN!¶  NJi§Eû    `'>d9
2ð(Ÿ  'ÁËê'É  Æ‰ó!ÈŸ1/2
Âé§i§  -  µÐÂ
-Bv¡0fõ  -   5ü ýè  2  B  8"¦ø_âè/Òn¯¯}  è Øv   Û  ...¡"è â   @ƒP@è ÝB
u'>
‰¹1ƒ1ræ  .af  y¢þPGô_È´˚.m  9ªEþ\ÜÓª?M<y  ý  ˆÇd8Â#ûz#wö¡   ¡  ¤ÿÿÿu×úOÕ"zTÝm< ÛÓ
›A7¤Û Aá;H é
"â  ...h'b  ƒtA:  .AÛÔGàg
ü‹£l  ‹šŒ  Ë-J.Ž"  EÑ†    M¤‰[tLwÿo¯±è~Ŭú  ï§ô¸V-3/4¯ûõôÔ-:n  týtô-_N•ÿ
á:        ˛x3/4,
  žøøAóþô    d‰
rí,ºÿÙ  ·õß'POÝíVÛJ?øÿBë´=_õ×÷Ý^"¿W§þŸ(r)  '+ý^Ýo-ê•-7  :
ÿüƒ‹~ÿÂý{""_ú¯²(-¿~ú¿xãòT--ê;ãlzÿ]  ä  Ò  ¿Û1/2ƒIë              ÿ
4O+×ú%  õd Im¥Ÿá ^¿¥ÖïÈ¨&õÖÈQ  ù
[ûø°ÃÊ±ú  ~ßí}i  ýÉ†    ¿  èÈý":ÿ8 ùÔÿ0/æ  ÿÿá  þ  ßa¿ÿ'ÃÁ  ÿÿu^ž¢1/2Õï  pÚ]ý××ÿ"
û_ˆôdoßÿºêp‡WÑ>þüéèÀOúü  ×û1/2ù/1/2ÿ}ýkûÿý}    :áÝ^¯"í-µÿû"ÿõ  ]|‹?W"ÏûùökÑ9ù,µ÷Á
Îúÿ-;"k  þ  ²Ôkî¿j¿tÚÿÿö¯k·êÿwõï  d&  ï²    ÿöB§Ð'ûëo}uþ¨7Ê;K(õí-l-"÷i}...öÕïµé³¢íûÂ°ÁnÕ1/4è¶
    ~Û¿ëî¿ë¨ ÿ×þÿ¿ÿý]}^Þ  +
$Ã8@ˆ-
    à1    †      ˜a(¨¦˜Ã    <  pÁ  p`ˆ-


}"i^ÚîQ(r)Ù"Õ‰cÛ$M(r)ÃOa,^¶tWø_µÛ:+Ýµlè¯þý¿]{m}3/4Ûßíkn�ÆEwÅD-ŠcV*ö*ü13È  1
†        0Ø`§  x`¡
  †  6ž  +
$h!  Û  Ø,#õ¶O¶-"í}µÛ
k¶¶  ×ÿ¡‡êã...(r)Ù  ´1/2ƒl‡ÁÁö*ÙOX Â`3/4B  ˜t  ÃL  †  °"Ø_  ÅlU±I¦Å1<2‹
S  ...±F¯"  ³‚
`¬3Ã¨Î
Ø†Äa,&àÁ  ,  @È  0Á‹  ‹  Ð  ƒ    lr+¢&
{f-¶    V  °  šL0-...¿a...ý´1/46  ,ðÁ  ^ƒ"A-
    a  `"D  CÎá    ...P1/2"Ö;  0  ,S¢ôØ¦)Šî+í‰oô¢°ÄÑ
TV  ‰`á¯  fÂ0f    ƒàÈâÄî


‚àËŠÁ,FᏀ
ìŒ}9    m/3/4""""""
  Á  `"  !  `ƒ  pÁ    †OHþÂ¨˜·.ƒ
ðÂðÂž  ÖÄ(tm)Ö"  1/2˚Q    ^MlPb¯¯Ø§-Š4  ÁB!  ^^¨¨˜Ž"
É-/k!  ƒ=p¨"0BCÚ  wan  L"L  a4  L˜T
LtÐvDÕ4Í9Pšýú^^^^^ƒ9¹  @ÊâŒ  0-P^¨Œ´ƒAV...  ,ëâ¬  D  Qÿÿÿÿÿÿÿÿÿÿÿÿ-ê¹Ý=Þªv9*úä)  ÈñtæJ
Œ§  N¤D4Ž¤j
'Ø
T£µ±  ¤
M  ¤Ê*ŒŒ  -'  D0Bs$õ      é ªIôB"  4Â

4Ê×ŸÍ̃y"|¿j›Ì›ô_9·F¯Œvšwÿÿ-ƒÔ&Åê3/4¤ž‹  š/Ø3M†Đ_ÿê×}î°±é˜ž Đm,#ó ÿç t ‐ ‐ )"œž -G¥3
/4-²¦ ‐.
-~‐{t¯ þ
0ƒ°Ÿ->¿,
ñ}ß--K"¢, "X"¦QOxš2wp‰Xq-ß_-SÔ ¶1/2 í   -1Æ 7)
3  ¦ ?¥î1/2ÙÀ
   ‰= tî¥¢QýbïO[(r)¿_  j SQí°Öµþs°g0[ Óê"uj'Oë÷ý
   ÷oÀõÿ1/2?éWõ1/4 ¯ìŪ¯¥ÿü    ô¿ÿ Ù  é n ãÿþ _ô-õ÷
é01/4"xĐ÷È`\5ÿw¿Ò¯ëÝ|$? ;
¬ èÈý{¤¿-Ö·?Õµ",ý{Ö-ÿJ õëô è/Wœe-  þ3/4×ô'¿W^°Òz¯þ ×õõíĐFu=uÒÚÞ-úþ¿þÂ¹!6-J uµÖ
Õ,.Qá išû[ZHz\ ~Ó°œ0V I§ë¶ $iœ[
"^+a #Ì0]- é=mö Ê NA
‰œ q@ ‐ "
   ƒ u "]1ÅEAÆšü5†¶ªØNÁ íl ×ú‡Õªal     ö)Š Cœ0ƒ‰œ fäÊ -A0A,
   (c) †R´Â a â† †
öš·ÚØO     QQ  e9@a  a ^a ¯!Õ ^^×&ê QÕD ÿÿÿÿÿÿ"m:ê3/4[- b£ "PŠ àB0Bù
C1Ÿ
Má  Ÿ?Đz ím
'å l6


øR8` 4
   Ä/ 0\
     ã °Š^c' Ì!°Î|!¯Lø.dƒ; G¢%'¡Â#Œ‰Cý "O ¶3/4â †‡ CÂ Aþ†§ƒ'pØ` 3 l(" Ä6  Đí
#ÈfêAÚÊp@Ú A°è"DG  @è æ†OûÈG}¢w1/2 3/4‰o] ¶Ó!
t‰õ  Ž  Ž3/4(r)1/2ÈAÚĐOH Ü - ôé:  ¿ŸÍðg


"æ(tm);'É žhĐ r'š "A  Ï3Î
@ƒƒ CÁÉô r "
›æãtüxÁ,$H¿Ìæù Š#Ù">e  œ|'sÒu§ß×¯n     ß~ÝxtŸ
ðŸÓH=7÷Óá¡§z Úª
ë§Ý3/4 ´  Ò8¯WÝ{ý 8ý^ÿ¯ ¯ýi7ó3/4Ò ÷ßÒ̃ÿ×ÿ
×-iöëßÕûûÿ uÿ×_ö(c)éûî"ÿ^þ¿íþ   õkï×Jìjöõüúöþßïû õÛï÷¿ý}ÿ¿é  ~øÒÿ^÷ûío¦=îôg V.þ/1/2
1/2ÒÞÊûúþ?ç÷þþñÒï·þÚ́ýã íÿúÙûc ]w}xã×ØØø-·ýúÿ]&Ù {ïñ÷ý...Õ†ÿ þúzÿ×Û"ßßþöµ÷_° ßûÿ
   q?!OÙ _ý_wÿ¯ÈÕ8ÿ¿Ù Y*"ö Ù5
ûû÷ÿ  Èq_° ßÙÿ̃ñ^Ètéýÿd;X'û^µ9(c)  Ý{ônïüý' ü   ×]ÿõá‡ß÷øaõÿâ7ÿÿûÿÿñ  ðaÿ÷÷ï'>
ÊqÛÿÿ¿SY^ž*Ó{(r)ÿ÷ý÷  Ã   íÚ̃Y?|ƒ¿ÿÿ
ëküÄÖ÷ûþ&=¿\L}3/4¿Þ¿^ÿÿ~ÿ_ÿ3/4ëñêÿ×¿ÿÖ"Ù'ßçIÿû(r)ý  ßÏ÷âû  G"¶-¥é?L4¶:ý1/2Öÿ1/2úëÛ´3/4Þ
-ÿÛ̃ÿ^ý  dŽ›Kþ  Ú{ÿÇ¯íéá}{m'}‹l†¿û¿¯¿  ú°ÁV  I0¯L
á'"^aA  ;  3/4-÷k¥ÄKl¢µµêÓ¯÷t¯ý.<%kb(c)ŠÁ¡
8¦!&äRS  " 'Ò|Gõ<0¯T  pa
(tm)Á¦_ƒR"^ÂÃ a"¡"     `ÍŒø/þÝ¯5íµW"5†¶¿ í|G   !n PC    ŽÆ ¢pb)
b¯¦+¶+>     "' ù'R è
P D.M†x¨a(0"A"  Â  ýá{P"¯u† a ·
-uxâ1/2ªvª4"" ^ V‰     ¢Œ b%
ÊÎL!a0ƒ D0Bûá...</
'jA4*Â¯^^^^^^^ƒ:°B""": (r)£ÿþ["     ã%b" Ã
   a
u,Ö^DYH\& AôöN ð...ÃAØ1

æÂ
l  <
†,T)
`   - ð...Ãa  O^RÈ¡  ¢è‡œG²;*ƒ>  Ž)ñH¡'  F
Öd@šDíË†‹Ç
Ðe?ô?ü*
?ú)  <  â âÐøò  "
2@‰ç.  m  è&çš?†¯!^ða         '   Ði,
Ã(c)8'ÖKŠ†   EÅ  aƒdñ¦Hƒ>ªˆÎÛ  £ûEÃE"Ñxý:Máý]'
&ƒ@è v  ‡^g
  iÁ¡i  !  Ò{ýê‰ˆÏBýƒ=  0A,  Éða
\PN,  5ÐM÷}ëÖßï_¨ÿ3/4ÒIéßûõÃ  ðô-1/2  MÓcÓñëÿý'n1/2  þº...WV   ïóÞÝS}é^ÚZº¿¿ûý×ÿß"ÿï
µÝ]Ýÿÿ ÒI÷¨§  k×_â"m  {ZÇöí,ÿÛ_ÿÎê-þüþÖ3/41/2ý%Þõ÷ß¨ö]'‡ô*üqüzñ_-]|{Û¥  Òßm/}û¬‡P1/2Š
XûÕ vÿÇê¯3/4ÿþÖ¯3/4.ûô×Û]-m>¯tÇ
ÿ-`  û||  IÿÒÐ[î•  ñÝ;ì^ÝÖþÈR?øÒÿ  uom/°]vûJÿö^A´1/2       ¿Ø  ú  ÿßÝ|ÅD>ö  ÿÓ^p-
ƒ  ¡ÚHÝ;   þ  ÉÍÿïÍuWßê\wÚÿùvú_Oý3/4ïv*ÿþÝÿÿïûïkåŽ
›ïÿý
í  ªßëk(c)Œ?ÿ›êî°W  1  ÿ  o  ýý'é=  ó†Þ"lî(r)ÿñWþ÷¿Kû]º1/2¿Ýuÿ"ŒÕÏ ïÿ¿1/2[ÿþï¿¶¿  Ç¿Þýÿÿþ  Iº
õúWi~"  ý-(r)¿ïÿÖÞÞ ýÝ]  T"í  Ýÿ:2!þ¿ï]]  ÞÇíVÛ[öj"ÿÕ×Ö[‹À'!GºÂL  R@sâ  "   h/ö›ÚÚ_ö-"j-
ÿ¿kÞþÁý÷î^6)Š_ö2ŒÐë"â`Â",â  IÃc
$Ã  ¡"²f   ?Û    [wkyBÉOºÂL0'!  (r   "-m0"þ3/4¢¢¨ö6)Š-×r*
Å   ÉX6GDE,°  (   ^ Å!   -ÊÈC  0"DGë(tm)Ða~ÓM{1/2{_¿þ  kj""" ža"" Á   0"DDZ
*i":¥%LDZa  0_^^Ð^^Ð^  ýRU_üD  ÿ
(  £ÿÿÿÿÿÉ,  •";*ÍéË"jEÈÿùm  )YfBHÉ+",¿z~GcFU£Û8ñS  8¤äPDØ±  FÑ´z)ÆG  Ì!Ð9
  e  7ÝŒÏöG3âœ  Ï‡%¢)  w¿|šÈ=B öBY
ô#r:  Ì31¡a  s ô  (c)°rpçP‡P\àÏ"0
Ä  Yº¥Ás1   R  Ä$D
Ö
Ì6   8Í...(  ð"p\œ6   È¿0lgÂ
Å¡wz  <   2ùÀÙ  ÷÷_ü ïTJ   '}CûíH(c)ýýß÷_ñ  ‡_h  ú% ô?ÿ  Š/àÌA"  <)|Í  F‹
@  °éCí|ÉÛ'  ô d.'‰  3{   `šóz?(tm)(tm)ª%ò<j  ¨Î Ö"'
Ž  pÉðð(c)-Á²vE‰  9Ò  `Á  "Ý@ í  Ë××]   Ý,#È  ,#È  A  ïA
Iè7  Ç  G§-Oš2|"Ëä3/4
Ô(c)§W¯  Þ*ðú1/2mƒ1  Á  á  òø9<
"^  Ã†Š  !m(c)Ý¤-Ý-  äŒ3/4,
  r7;tRdº$ìª  1/4êdÃ"äSÝyÃ5
ú  Þ1/2ëIï(r)  +ß}ý3/4ÿæï  1/2k{oW{ÿ D}{öößýÒ  "×î¿  QT  !¡›  ê  ÐŒ
t  hF   Aqq"
œP(tm)       0Aà^0^A"  %Fzç  †ˆÌÐÿý  únqÿiU?¥ïÿzý  ÿkõþþÛßuu  *3/4ß  GµºûZéÕëü
Â
Â
'"ÓÓÂ"ðÝ¦ƒü*dH    ˆš  a  š"‡IÃÿî3/4×_  ûWÛþô¯  ûÿõ¯"¥÷úÞÿïÖðÐ{ß_÷éë¨¯"¯þ  (  %n$á¢x  M
Œ"X   ]'Œ3/4hÝ2CEÜ  A,Dý¢|
    ‰¹¢~þ  Xñÿÿzéöük"õÿßïÖÿþëÿZÿÿÖÒ1/2þó5ï÷úõ÷--"çþ      @Ø0A´  6
',
    8a
    A  n,  ¤  7      øN
a  ^x3   të  #ç  ëö¿}÷  ý{é~û_  êÚ‹  º3/43/4  -ê*ïëQÿuJñïüiÜ|tôÜ'§§Iº¿¸VÁ1/2U¤í]|GçÞ  1/4  ßí

×1/2{ïÚ"íþ3/4ß⁰8¿]$ô⁰KW^"oë{    ßÛï[¥_Ýp´Ÿm&ë(r)¿¥z1/2^Ÿ-^ô3/43/4¶  ÿÿ×ïd{ÿ¯_û  }Ý...m.Â
ÿ~ýk×¿ö¿ï÷÷ß"Ã†µ}ié¥
ÿ °t£õø¿þ1/2öC£ö-Úï²  +ûi>°_¿ßÔT|S"  CwW¿  CþÞ"û¯õl"Ô  ‹ÿÿöJ1/2~(r)ÿÿ¯ë·û
ì-3/4Þ  {ü...öþ¥2R°°k...Óá  û-¯ïÿßÿÕd  Ü2   ?ýÿû "f¥  ¯M¦-ÿù,ÿÿ÷"ÿüVH×÷ôaç
>ø*á  ÿ?x;§ïûÿþúÝ÷ßéá"ùÔu§æWõÙà_œWçSÿþù
×µ°ïfúõÕ1/2ýúMÿÔÙ~~è_¿1/2?g4÷ôþ3/4øý×þË°(tm)  ëëûëÿ•³ö×÷ÿ,#ßýáÿ  ÿï  ÷à·  ßé́¯ oöþµ]~
  ¿̄ÿ}ë÷B7ók}ÿÿù
@ö1/2[¯öÚN-þ¹  ÿÿù-óýÝ×ó"éýú°_wÞýè1/4*Ýïãbëößñ7ÿ*ïwÿvø§þÕÕ÷ýwvÕïÿÿ÷÷ÿ÷÷Ý{ÿÛ\  ç  ï
üWõ*(r)ü!  ë_ohÃ7  _×ïœ7té  ÎDõýµo¦Õ{û3/4þ¬èµ_³§ÿÿÿë    u¿ÑÕ1/2/ÿþÿ}  ÷ïÿ×¬j  m  úÿ^ÿÿµ
  þ¶H>[KÛ$_"v-'.ö  MµlÒö  V
  ÿÿ°ÿl/  ¯¶HØkÿ¤ß±îÕí(r)ßÛzß_K°ûßÒÿ}Ž  ²Gmõí"U  1/2†¬0`0"
$Á  a,,    ;<PjÁ,œ  ØpÁX0D8Ø`§    Dà`1/2vOÿða[_øio
j  M´"Oÿ÷ï-1/2wZ  S    zO±á
ïÛaxí5†  ^×[    ...3Ž6(í  5b¢¢¯
S  ÞÁ^Åy8/
    Ù      /ÀÁ    ,P`  @Á    0A†  $x/"
¶ŠA"Õ5  4  äƒ#°DN",XD)€aX`  ²^AÂH?  'á  ,‰0eÃ`!  °
4Èè  C²>  àƒ#...  0B    Î  Á      ðbŽ€ÅàØ  ¥      ;!^ÂØM{  ì)‡A..."  ÖÂö
}Š¿Ò)Šÿb·ŠH4×,!È  a4"Óucb¯÷wþ
PƒB"ô!ivþÂßÚ    hRÃ
%
 Â
¡Ê -A  †
  ,
  ^0A,  Á  ‹U°"÷  Ðk  a;Ï  1Âi  Õÿû²,CMoÓýU2,  ÿx\.ŸÃ
(c)|P¢²‡  GA,~a×      `"DDOážC"""  œ&T  0  ^^°BEÐ^^^^²c"çÀE  DDDDDDDD
DDD  CÄF"DDDDDG-~°D;4  .>?ùh'  1/4(r)³SÌ  y  .GÈêW[3µ':"]  2œfóh†Žoiñ
vªDã.
"0`"  d%'8,üAr'  2
á  3/4"Xëk1/2÷ö1/2á  ï;Œ...àù'§öB
Ùn[¤_Á,    +
á  7´_Î°9<‰oü  `"ý"†    Â  z1hPAÚ¡¡Á´  zmá
ÜGñ¥£¿  ¥ÿ1/2  ¤ÿÿ;Õoÿÿÿü  -Õÿò!  !A
  À  ¯ßÿÿûÿäJ#æfP)N3  ž]  ó3:fò RŒÌ    \P†  6)ÔR  O  @"1N†|R$fÅ$  $Ñ(r)"
á÷ëÿ  ÿÇÛëô!"Â
!Å`  Á"        ë¦  Âa
j  ÂiŸ29
  }  *  qÿëÿû3/4ü}Â¦  ‹Ó‹øÂ#þôÑ(|K‡  áÉÛ‹M    P
Ø2sƒ¯(r)Þ"-ÿ¯`}    >-9Ò:'öu'?däz  p³ƒ%î    ‡#e
  cQ‡    <  vJ  ¯~Ñ<  ÛOõëÃ³x"ŸéCöþ8"0›H;Â~  n  ý:      ¶(a
áu‹°§tƒpƒÒm/×Á-'5  -...2  bßúIëZoIêþ  "ÕWý=õp  &µÿuÅl‡GÃ  ï(r)ªÒÿë¤ÿvêŸ§ÿô°°¿ìY    tx"  /¿ƒ
  fGC¦°}
ï÷Ž£ö¥!•uŶ"_  ùð,  [ób$  ïÿ¯¿Ûúúý÷  :øëÕ3/4×3/4ßûoï¿[ÿÿõÿôJ  ë¨[1/2    ÿ*  SëöE*ö÷  (c),kù•ÿ
ùÀ¬  ÿóüÀì÷ÿïÕÿuï3/4ÿþúÿ¿ÿÿÿ  þúÝ    ÿÛúÿ¿÷3/4ÿÕÿ3/4ÿÿÿ  ûÚÍÿdgë¿Û¯±ßýþ"  ßÿþú  ÷V×ÿÿl'
ÝkïÝïßþÙ  ïÿÛÚÿ-³¢þ×I1/2íÔÕÕm.Óµì"¤äÂ,v(tm)    A  †GàÁ#@\    ¬0P@Í‰°Ê+
Ú[e  Û?"ÿ
*°Â(r)¿a5Õ²ì§
P"    Á0D'  ¡!!<R    3À°°qV>±ö@  v

ƒ ŒÁˆ`' .Ã83b "xfÉƒ00DK fÆx `ËŠ| 8 L " Äð 1/2†
Ã ö¿÷~a× Ìê"
.¶)Šçq[ { WlU±
÷¦- Ãcb
)Ý0B
:
ˆ0B""
Íº 3°A...íl l `º`(c),§ª _°(tm) / eƒ((r)f"DA ¹`L du"Êm â""#ÿ-, ûµÿÿÿÿÿÿÿÿ
ÿÿÿþd£&Ñ hêW[ L²Š ùÚ,;Ð) Ô#-åA.TÞ Oõú
Â!
>ÉÅðy|‰LBw•Éc!3/4 ?hîí /Ò0Ã.WèžEFºñ¯ð ß¯ÿé?ßÿú²A
‰¢`f2@È²#¢:$d|ÐSXÌdi-3fP Ô< ! †fÅèî‰3È§ü"Gt3[ (tm)øèD ' j/25ÊÆEÞC"\Êq'äj FGÎ
Úe3/4 2qBf <""
@ÐƒBÁ ÐÓ "- ~ AƒÍŠt ² žF 4 8ÍˆC ƒ
Ã) A"Í š AŸ˜Ê"†E†C Â ¸dD x˜ dY "%ä¦EÀÁ Â |,
ÌÈ& h """ ð‡Q
ÜSÂ ...OÑ í |N= " Œq¢Vø--ÓAá
á
Óá0‡ M<' ƒD\dl T- Ò þ : Ä0œXN=p˜CØDæ "EÜô ª¢s¢èØ
a3ÒŒxeàA¶zf ÉV
m¨šØD-' çèž:|16Q>L ƒ7Kæ
ø QsxNIÛ8åÕ Ž- 7{¢v÷ÑpÑ|- ö
š'ìœ òæÉÈü
å ‡'kpƒ± ]øAÐM¹ÿ öê±m ôü'
àÁ< 7 A¿@ °Â?†ˆxa
@ƒM4â §`ž r- (tm)èÅ f. $H' 0H 6iƒ 5 < Û : 7
ÐA¸^ a2ŽÐ nÁ¥u¥¥Óÿÿ¿ZMúôè&ô›ôŸ×(r)Ÿ-ë-&â"_ÐMºbÚI þ...'Iéºn´(r)¿?bûÙ
{Ó ëm¦"ã3/4êúûõïíþÞµÖ¯_×ÿOôõ}k×Õî"ÓÔÓíÿÔ0ã-.†?Ê Xoäâ¯ÇÿèŠý/ëoÿÿÿô8_ªÓ¤-ý$ñ×_Ç¯ª^2°
WMúÿ"6A ë"=ï¯(r)/ÿß¿ú Í ?ï!Eü]ZÖýz÷Þ3/4ÿå ðpt\ÎŸ¥ó)´ H(aï"Fÿ k ÿ¿¯ª_ëø_ùh+T ï_ÿÿ
ûÉ£û~ lƒ´¦ÛC·ïõè³Ésý ~¿_|ä¿ÿ¸"=ÿ èº?øC¯Ìcizÿ³¨ÿðCþ,#é+rYÿ¥ÿü'
þ ýÿÿëï3/4ýÿÿ ¯öôYÿïÞÿÿ] ÿ^‹<-?ß nÚMúšWþ¯ÿßÞÿë¥Õ{kúýÿ
¿ö××ïï¿ïûï"äèþëçE ¥¯OúÚ*þÖý¯ßí-ûa ×þÿÿé´ w[Õµ÷ýÕýS1/2Ó
†3/4¶Ól‡ÁÁØ_þÂÚÙ#ÿO3/4ëÝ&8?àÁ ×ûl†º_om/þÕ³¢º´3/4 #û(]AëÖ [ ìw
%`"ë Ó"F °Â Ã "M Ž~"`7(ý²E¶-ÃJ¿Ø"}öØO×a,}...Ü£l'pl0•...ÛV Xa[[VÂÚØ'
Ø[\ I†lg Œ†
1±µ±3ƒŠNí †Ä±Û zpÁA
ƒ #a† $h ,ì ]¢p` 0DO
¸pâw `@@Á
ŽÛ 'ÒfÑ C ƒ <) ša,PÂ!lƒ b
ƒ#‰ Å "á, "ñNö "9Á...Å +ka0º"µ3/4ÂM...µüVœR±ZlVºj?{_ü#àÄLàÎ ñ±H^Å13öB1/2Š
ÓKµÓ
¶!\V{ ,i§ 0P" C="- a a 2[$
Ã
kÃ
ªkÿ
Âö
(c)¦1/45°Xa T *
0ºk˜u

^2{àB&¤""8^^^‹A¡5¦    -ä  a  ^Ž"""'Ð†  `¨0¢"*""4#^^  K¯ËH8$-Œ›
  2    ...\"'-ÔD  åt¸(r)  ÊtI2Ì,§j¤B        'a• NÎ
,'"T[Œ$›    ¶Aoûýq  ý¿
)qØžÙ
þÿ
^k÷×ìÈ§+  d-¹Ý¯í_ã3/4¿éúÇÿÅüG  ÿb¿þ¿÷þw¡š‡›,^  Š'A        62P‹á  '
!(  '  ÈTBdžF  1/4èÕ""Zfó¡  Œ‹Œ&c/g  Ô3$è...EAçz(tm),#XÈqt|Ê  /    '3bÉQ  'â    è
ðƒUü&    ¦ž3/4j  §  aš  4 @Â
"
†  BÂ
 T
  B<&  dPgÌ SX...ã1I    ^,Â  " 0D    "  IÃ d  a  ...¦  ÐvŸ-S‹Óþ´Dü"7h"  ÿ        ªxL!"ô  I
A}
é"ð¯A¡Þ  Âx_ÓbÐxMS‹‡
ƒ  s-ÍKÞ‰û
  4H  ˜,3ò/æ˜<  ¤    š¿Ñ+ 'aÄ·¢WD-á ·/(ž= vÓH¿a-\OÙ~ÕQ °'Ä íÑ+q. Aâ]Á'óEÍ'$]æ  6
-Î(r)ßÂßƒÐoA óý=Bt ú    Où    @ÂA  "˜: -    rà Ð@è
Ù"@ƒ@Â`  A¶(c)´ ¦‹hÕÑsræÎ´ÔÁ³¯
ƒ  3 A,xM  ÐB t n  Ÿá81/2}? uïé:¿ý:            ,]
I1/2&éÐAàÆôŸ...¤ñ  h6,  TúMÕü'§¦àý.Ý¿ý7¥méué?÷]þ"ÓÖ-"ªM´]:U}uÒ
ÒúoIëÿ§Iéê›ÿÿÿ-°ÿ¿Ç1/2  ]ß×"
ÞŽÆ:3/4?âéo(r)¿<‹ ¿ÿÜub¯íWò€Öÿûÿÿ  ÿÐûÆ?Ù*´é/ýGCïÄGÿûô!ÏüoøͬZ~Lr1Õ  ^þõÿó  {ÿb¿ù
Ÿ¿ý  9Ù¨_ß}ÿÿû
ÿ_Ñ,ßÂ  zÕÿÿ¯¯õ(tm)_æTømœåÀÕ(tm)S1/2    L  /þu  ÿç • Ž'ÿþr:ÿÿ×ÿ  ÿÿ ý~KO¯ý_Çÿÿÿ_  ÷ÿ
ÿ  ÿoñÿ  µÿ}ÿ¿ËÚ
î×ÿþ"ïÿþòžw_¿^¶-Ûii  ¶°*¯ü0¿wö*Þôß1/2ýö¿ÿý  v3/4júß¯öÇàÿíml†›ÿÿÿØaoÛ!¦öÒöÎ‹3/4Î‹Õ²·d?_oþ"V
Îé´1/2=¯ám-µõ³7Ûkjà  á"ïÞH±¶'H°°›d‹(ía-...Ý&ÂÙ?î0"d=Õí.É  ä÷}¤Ä
ÃXivž pà › ÄîÏÄ
m4N
1@ › Ä"á8àØ¦&    °'Ì 3ÓM ±a,¦ ¡Û
%

   †  †  `ÍŒð/  Á›    `Ž
'  ¸¯¨0"
$(tm)1/2†
    l0R$
,    ^ D-Á¯  àb)Š
ØNÄ*û¦Œu†¿kÙ        A...ú  È1-Š
  6(1LÍTS  ´ÅE{  ^  .  Ø£àDãŒÌ
V› °Îâ    ÐkÚµí0¶ƒ Ù  ¥;#,  0S
  Ž  Â`ƒL-A0"GÇan  L    S°
  †  0šÃ  °L'Ã
a{  ía¦  (c)í  H)(c)Â"""""""""""""82`  -
  0°e8!      LrcÃ  " a,  e,Ÿj±    -"""""'#^  _ÿ,(c)H%ô(
¹r  -={  ÔD  ÿÿÿËhuÿÿÊçŽÄ¢Ô  æCŠD,vMÀ'    `¥°ÛL‹ úB  &d.)
Oÿo_¿!HÂ;8¦3Ã    Ž!Ä‡jYôCg~ek6Ž"ñäs. JÃ
aä³ó-0y>DSßS^
"-ìwùÂ\Ð! 0JÂ&        ø   (tm)ƒ

Š"EÄ<;úÊë;Â  ËâUÿÚÿ÷

éÛÿÛÜÛGúõh|ª
   83P  0D‹á¢QD¡˜Î:Dñƒ/Ø0L#H  ƒ7‚f£  ÿñöw  Òw:ä1/4GÎ¹£@  Ð
m,    A¶ƒÔ*|AõÿÿûßA  W†Ò  Oé>Ý¥û{µÎÊÑ,f¢"(tm)  gÑ   /[&
Š‡3/4çš1/2z_{ïZMçþ›*ÒÿùÁ(tm)ŠD...r@(tm)¨B@‡"3  N(Î^C A"  †FÃ"Az  l0@Ñ
È¥"pb  Îo%B:    ]  "j  SÆP!¨B@. ƒ '
   "¨Î§(c)  3X¤â- ð¤262  †Ì¤  8Î   ,ç.
¯3/4µÒÿ.Ÿ^.¨Kÿë"  "øO    øP†Ÿ¨"  C  4  í|&  <&  a
á  ƒM0AøA,  ï    ×ÿM_  /ôÿëwëß¥ÿÚÿNè    Ç"¨‰ø|ãÃ'  ÎùN&æ‹š-ì2ÔQ(r){
MBq  Å ôÑ  v^Ý  ÙÎ';rw
M  ?    ßÔZ#  UWÄ×(r)ô  ô*(r)û÷ÓÒÒ^:õ
ÈL  A,A
   Ä!    š  j(wEÍ¢çEÍš  ›   0@Î
-Ñ9²- (tm)shº6"  Ë"
ÊC
   ¢x=  ðæùF  #(r)k3ò.a    4C  œ‚˜îô¿¯èkÕ  "Kúët"¤ßºP(r)
Iß¯ ÚAÐAº
Ýp(r)  x¡A
I¿A  Ç-    Á8†úá:  >z_§W˜õÿ|$3/4þ3/4  '
^N(c)u  ¹1/2  ¿Ã1/2'A{u  Ö•ÁÎ°  §  §ÒoµëIþ3/4º¶C†/ín+_,#õñQ  Š÷[ß"u"ŽH}  _õÕúO"iuÓ×Ók-þ
¨Öï_ÿ  þì9nþ(c)ëó1¯›þ¤Çõ†éV‡¿Ä_þäP  ¯C¡(r)¿ú  ßò(ÿŒ‡-úû·ÿégx:oõã"  ÿÁSsþ  c"ÿõÒëÿSÿþ
ûm/µ"_ë
]zš  º[ÿª_ñgstÿ÷=  Ýÿÿù³MüÒ'  t3/4a¨ó  1/4"XºÖFæ   3/4¿³
¡×1   î   ÿoÿ^   õú‡Ûþ<    &ÿ"ßÎ{{ïÿ[_ÿà  ûP`¿êÝ~¢=  þ¯²?ûÊ
   ÒÿÛÛÿì-   §1/2Ú_ö"tÞ7ßwJÿw"ÿmRÿÿ(r)ºÿÿ3/4-ÿt  ßÿë÷üäÿwù÷;ÿøãzß¿Ûÿêÿÿÿ...ÿµ�î ÛÛ_þúþ(c
)~ÿ-×ôÅõ¥þ-ÿõÎ1/2Ôþ×1/2ÿþÚÓßé7þÃ]  VÝ×]/í{_mu÷^×°ÿ†··×ÿ  ßíÚé_MÚ×¥·ßíécµa'?-É  ÒÄÃð¶
OúõCí+§þ>:.Î‰µíµµ3/4þΉ0Â¿ül  ¨  "Ü0"ÚûêÛ#a¥Ó
-í¿ß`"L0>gÈü  0Ëé0`§  rp\    ÈO    Ø2æ\Ì  ð]ƒ#‡a"¶Â¶¶
Éþì*°ÂpÔ[>pÂV    "  v"am`ôÛ  }UÃ  Ó
ƒàÁ#âHð  K[U†  m-Û
   ˜@›dt  2áA  ´´    LL8lqqj  ¥OÇb¶+‰o1Û  `Y  ¦Hu  ìg       Ï
Pb  8.Å1LM  ÓØa  `Ã  lpÁ   -t    -D¯/Í †0@Á  @Á=
·bŠ  p  ,
   ¡**¶(  8áÄ4=ôí[  ^Áu3/4ÓÂØM1A^LB  Õ5ì-¶ƒ    ª]‰‡ìS  µ^>îÂÿi  Õa...kÐh5ì-÷÷ƒ*
-  A, Z  e
}•DDDC
a""  X`š
   a4Á   0B"ÂðÁ0  ö"a    Õ  ÑtGL  ƒ+k%  "  8vB
   0A"-  B""#  Q    Q  Ç    DDDDDDDDG^-I}yo¢KI*¡ùeY0YÝ..."[Ž  ê  +ƒ
¶(r).Ñe[  DGþMÆÐßÐd"-ábdÌ`0‰ðµâq±IX3/4Z¥  è  õÿü·";SEB:£µb  Î´p)º¨ìhÎ±.ÎÈ`ù-1'Ñ  'ÙÁ(tm)
Œ¯  ø|b  †
   82ª3á¡
Í±FkÁÈ  W  ^U  'y  ‚`  !N@^‡!²  -B    ^!0   hwç ƒa°ÐJD  4  J  #B"Õ5T  ?þ•~ïÞvIá4  OûÚÑ!ÿ
^  4  ÿõ‰·¿
"ÇØ`^?(r)47É;E"-  i(c)Q
°Å3Š$  Í(tm)ä<ëü#¨¸h‚ƒ fðð3

õ  Fð`  l  (c)        ,ozÿÿS∫
  ∫ ›ŸÏ8`  ,      ?N,  üþyÃ¯Š,`A´  oßöÕ  ømÒŸëïÿôôÞý÷Ó1/2  ÿßéSïu÷Ý$ßªL  -íge9ß£Ùª*  ,#
`"  1/4Š Lþj,Ø÷ÉR<Š1/4∫FªÊ¯ÉrúÕéý-o_¯ÿý  ¶•Á  ïÜö(r)-ßºJûiHX"LŒ  u  S∫4      e  M
`  ¦  g^ûHš
(  Ây  )+  Ö3lœBT)9    †.E‡š  S"S ¹áB       "
  ^œ  (tm)  É@ ^.+  ¯úï§nµïÿ¯ú{þé3/4¿Òïz,    0∫Âa

"ÓkÿN/  0A,
Â`∫Âh< ý
   xL ÿ8°AÿØ÷ÿþ  {¯óëZz{¿?µ¯i+þ"·ß'<  í¢xôMòù"|å
&Ê/Ù  EÎ    Ô∫83Ï'7¦š$äDn  %
%1/4"P4N
¢x',¸Dâ‰ðã-g¨"¢ý∫%í?÷µ-ýnÿïý1¯úÿÝk×Ium,ç`Â
A  d‰  i
  ∫        ÐA3/4  vžñ
ÂoEÑ³Ò
°@å
5p∫ AÉ   ÐAÚ  t  n  Í6
À°öÒ  ~  Ò3/4ä  ÿû  ÷]ë¤í"¬^>I¸1Ý'"ê  ¿¿ÿô∫bÚO  81/4+IÒ~>A<  Ów¤õ<Ò'ÂUâ¸ûøÙ  ¯ò1ê`-îß
G  kí,QjüW§§(r)öþ3/4ÿ÷"ëéÒ"(r)∫Ôÿô"ý7"ÜZOµé=-²    ñá
ß÷ÿiÃ_{þä"  ¿šìkòL-ú*§ÿu×ìk¨d¦¸Ÿ¿õ'm/‡ý1/2Kr‡∫  ü_þß6oúø)¯3/4Ô...‡¯i'è  þC†ÿ  =ô2,Kñ'Q  ýø
5  ¯¿_Ê¹/  63/4‹ï2*÷Ð9Ø¡ÿÍÙ9Þ¿~  Òo~§ÅM1/2ü.ö²  ?ÿìúÿ,Ø!ý'ñ,SÔ  à‡b  Az
¿ãu¬?ÿÓ  ýÿÿÚû}ïõùÌC  ÿ∫  è°  -gr¬%û,ÿÿ-ó"{ß¯¥ôÿßVÑ1/2¿ÿ1×ýoù‹ôßï}¿¢ÏµÜ  Ÿÿåeÿ
Ÿú    ]?H³þÿÊC  þ1/2  O"µíý[ñÎëûÿÇû[öü_I¿µÛÛïð¿1/4  uû¬-aýû]wA=¯
ÿßÂþþÔô  î•ë¯Î  ×ÿÿÿß÷ø8?-ûßë  å=ßúý¯ÿït¶  ëiºæ(r)ïÿþ¿Húz    {¯5"
1/2××}ûSТí  í¶"{šŸû§ÿWí  ×ô´-öÕ×û[_Üè¶ý´¿]R¿ë]oü  ]+_~Öë-cö1/2¨"î*øKXd  é´1/2´"Võ²zÂÚ[gE
...dcá  Ó...ý[^ê×l'9GU¯auAv¶(r)ý;¥÷Ä¬4%øðE
BëïöÕµ]í~Øa @Ù,  ÈÏ"ÁrpKa8a&Âk    †  <4Øa#@Ä  J  "    0€Á(`‰¸3  ÁLÁ<
aX"{al/°Ö×†¬0§Ò
†

  Ì  `Á @Í‰"š27  •I$ÃR€Câ       °¨‡ÔS    ",  †¨0J  %  @^Nœ
›'PF)m7]üNàâ¯£ÀÀS
  6*â¯(tm)ülW$8...°fÇ    ""˜TÈÇ±;∫0  ØF$    -@    Å!!Ð)ŠV!vÁ'È¹I>)
Ž*ôÿéí¯Ø!)¯wý-þ(c)û\ï¯]5á...Îê1/2,axkb¬ª  Š¯!BE  ¦šÃ
Lp¶"ŠØ...[ ..._ïµSØA"  VS"ë¶ši-ä‡ULÃ"å:
!    Da"ø0∫  TsØA,
!£ñ  "MH ¦  Á    †E(@ÐiÄT  h3Þ{  0B
˜ÀÄ×^†  0∫         '      """""¢"""kB
  )X,DDDDDj#^^^^^Ž"""""""""""""4"#¯ô¿ú]Rße'O    ;C;H
GmNÆÆ
  Gü(r)ŒÈ  -B:•  ÎÂ¯¬E1/2y
‰°  '²¹Û-  ...  ÌŒÄ2Nþ-õúü-É<;TöPÿ;Œ¯s  "Ä  È.õ_  ¤  ¿\NpCÿ    þ...ÿqÿcã¿¯ÿ¯÷þv"‰oV}  ¢z]›
ó‡â"ëDA›ó ÆG^öq'Ã7  ¢5
Ö3  f*eÑ#ÙÁ  E%"  Š  Ä#  È    œS∫4  fdr
ÌCX9 )
    ÔgTFŒê3è&GFüä  †EâèÌÈ  5^^3    F  !ŠF  4#  ,Âx!"È  "â¯É  ¦¡      ò30  æ,    Â
!"8B#Âa  †  xAúz  â×TÖ!"  "  Fá,      ¡  Ü  Â  ...,a   ¯  4ÂxA3/4¤

,
!"  AøOP‡Æ  I/¨M  |  ÷Dœ    áá  v  .l"  0Ê
_Q~åþOØOc  BXð^Ýè¨ôJ  %}‰vÚDø0ÄÝ
ÀT_â-‰  Do  Ž  %léÄÚÁÊ93/4u  'õ  ¨hÔ£
ÀÄþÑ9¸#G9Ù¯@  Á,  É  0A¶  N
,  ÐA°
‰Íš d1/2"]  bà  ¸lè  t    @  ³¦
 Ù×"
   Nü àÉ  œí  LÇh  ma  ÞÒ
ØMÂ  ‡Û1/4.  tœ~  Ópi?[ý_Ópƒo      éøZ  7  (
Ý5Â  ¤Û/þƒxô  &ÐM1/27×õ¥  þ~ßW§ª1/2õõ~"JúÒ~  '...ZW÷×ÿÓOº]>ÿÿ]uã  ÿö¿  ¨ÿñ  ±ÞŸúkÿÖ
ê°}Ndq?  cWõ¦y  õIµ§ûã†Ãõñ°Äè_][K¯²UäR¿ÿõÇQãÿ¨‡û'"ß  ¸ÄEûÿ²  ¿ud  ,
ÔXþä  1éúûûƒÒÈ¨ÿëþ¿þ¿ä  Oá
   ým  z°È
ö    Y~§¦¦  ÿüÀû¸79€ÿëÿYxx  ]s  ÿÂÂ  ...æ  _ß‡÷¨h§e8þô"$¬h°oÿõU&-EŸÎ7ÿ÷""=  ÷ùJ¿EÓÕÿO
D  ÿÄôAßòi
žŸë  |ë‡²    ÿö¿ýÿî¯  ]ßÐN÷úþi‡}l"ÛÎ  öBæé{[^÷_ûí/ö×ûÿµ÷õµ_ïÒÛUÿ  ÿÿÿÿïë¿·úßöŸï·gOë¿ß°és
¢m¿éÕÿÛ!÷ÿöÎ<"
¶¶°Ê-ßµ²ŠÖ  ¶t_±_ÛÑvCÛ^×a"_dü4-{
ØNÉ
%Ã
a8kû
    X0"4µa,Á...°   äÎ&  @àÂF`"
    h3`ÄŽÐd£":#A¡†  od;Û3-XavÁXan  H  CÛ
lPDO
ÙA,ØK°œ0"
  °' .Fƒ"¡"

   Ì  8    8â¢¬g    !8qLT  Àa‰‡sŽ*Ø-¿Šb£'tÙ  )ð`æÁ›    \g    !8dh  b¨"h
Î8¢p"s
UìR
f  13ƒb¨"(r)HqLLø¯ÃUZö(c)¯axjƒ
ß  Ó
g
a1^    k¦¶  ^  -,ö    ž  (tm)Ål,4  A¯
 Â¢€(c)"á'H=...=...

ƒ"‹-Â
    °‡    †OcÏb'  ‹  Â  (tm)ž¬  'CD2(±ðã Á    8a  °B"#†aÁ2¨S,
Á    0@Ël  ^^^Ž"""#b"""8Ž"""#ëÿ¿_,f2ÜÉ,•ÅÃ-
+    uáxÄ›
1¨  üÉFM...  ì‰oNÔ  \É9\2ä\1/2  ùØc6¤ñ¦;1/4fÂ  i  °  H  Ï";CÂ  Ÿšîô¿ÿãâ°.  ý¦  ÷Ò  Ö
"ÀÂa  úû;  Ó<¯n¿ž^SLÑg  Ô:°D
"A  ô"    ^  ~t›S(c)"  >9*  8Î    ƒ
,  N!
    ð¯Aý"ì  Â|îòþ¦"PV  dâ"ð¿ý?
é"  I
ôG

Ætíôýé
"÷ˆûÄ×v&Æ  1/4  OÙsàÌ\ôƒ1s  A¿1/2  ðØA"T_²D‹¿-6    0Ž¯f.ÍX0ƒ¸Âm  Û
...1/2&é3/4›ÐAèÍ4ô‚
±  t¹ÿöŸ¯-&àÿ§I3/4ß...m¦-¤"Ö‚·  ¥é}{²  ;ë×÷"ÿ}7Z]RÿßÞ0aåX"Çþü  °þ¢¿ûÿûä¬xCí‚ï¶ÓIÕëÝÿÿÿ  [
^¨_ïÿõ÷t    ÿÞ¿èÛ5z.žÝòùÕà`ÿWóCõ¥ýoþä/ô  ÷¯ß··ïôßÿ×ÿûþ¿°÷ïKK×Û¶"  1/2éúÿz÷¯ßÿ÷^ßô¿¯ÿlè(
r)1/4.HM  Ói{  q±úûf³ÁÁù!  öÖ}...†  ÌÛ0¶
Ã  Øa (tm)|Ž1/2²DÕl41/2¿N›
ñ(c)
á¦],     ˆ6  ²8    6
ØäAÓ    9)Šb¯Á  †  "ë
äX;          çÈ"!  æ€ÄP!iÄv¬W†*)...
i"ÂýŠôØ¥ÿÒÅ¯¬0Ÿ
     ö
(A,    ¬ˆîÁSXa5íDD0B""""""""""kB"""1ÿä    D*;JEujW  Îé  c
Ë1l¨!•ÀŸ¦dœ9     ˆI  ^v¶  ¬  jW  "n\_!b
ÍÊþ§úü̈ _UÎ̈ÿ
¿  ÇÉB%1
   ÝÔÉ°¶
   ù  @ÿz2Ÿ  TGFÓ*9,Z1i‹×;1/4ÈF
   ò±¢÷3  ·úÿ""Åôëÿÿ3/4  ^#  ¿ÚÇñþ¿ûô•<  cý  ÿÿþA¢  Îu  ûÿÏäEŸ¿ô²ƒ#  ÜhŽ"
gFGÉqÎÙØ °/·.ÎPI9    L‚á' rœ)^Ê  !ëÎ̈ï^  d¨d0\"  DØÎŠb
Ê̈†¥PŠC"¢,°&Æu   g̈î×hÕ  F|B  *#  Ðd23g  >2qN¢äXBs6.`@D!      K:‚ä
R  .  ‚è›  †  ŠŠp`  "  BÊ          ...‚
By      Á     ^  {§¨^Ù*-C  Ô!-!^^<)Â3
At    ƒ3 A"  Z        Ä"¢ž"p†¡
æb
 d     4 A"Aq`dâ"Â  Ða
¦R    N¡
   3@r€",   i"Õ0ƒAá
"ð̈ƒ  =0@ü ôÂh<&š  ¢7lÌ  ð¿4¤QÊt‰CÕ  ¶íKé¯¥"-  a
!JŸï ï    Ú¦üK  ðša
ì ðž  Tð(c)ñ0ôJ8DÇá  š"Õ
¦¨'<'á  Ga  q¢Pâ\b^Q?q?4÷L  ex-  O  ¢â·ö‹œé  Hû:È°0dæÁœ+/²ÿ4Ù  "P oÐ
m,?†  AÓö‰ö8Â#†‰Ý  "A
Xö&Æ  7L"¢~ÉÈó  Ÿ²-
ÅÁ  "FïDÇ"JÚ%v¢ln‰ð¨ÄÝ  l)ÂEÍ  ô^4\Ø3ƒ
    d=    í¢x  ¢â·úÏ  ·œÓH¹²-  ÓØ3Ð°8#C@  °¯ƒpƒh'§žœˆÑsn
á
@  ²/ ...    H? 6ô-  'I    "  H>"{¤  "÷N"  @ð@Üt     ' ƒBàÂ
Â  t  n  ƒ{Âæ;"ú  -    @  Î¸0ƒg^  ;    ÜE ÜB  o¦ÐA‚¡#L6
!á  -  t  m‚z
,    ¬ª    Òtƒpž  pƒp±o̧ÐA¿ai<  N-Ö(c)_þãþ‚}}ÿÿÂt  i=<   ôßÓuÓëN"Å
M¤ý>‚n  ÓuMôýPtƒqC°OZÝ7
ªoá?l3/4ÿÓu...êê°ÿÿÞ̧ýúôÿ&ôJÅ(r)Ù1/2?¾¥u×é  Mÿ¤ÝS×Ó  þ-KṏÕ×uÂúoö-ÛUéû¯âë  Iï(r):  --ã(r)1/4
^ÇÿÿÙ  5^µ1/4j"Ùý°uþ¿¥ëÿC_Þ(c)ÿŽ'{8  ¬ïý±Ž°Žµþ¯ÿþ¿Zëö¿1/2'K,,   ëÿ"Ù  Ú°1/2ã¨Ôj"úÿÿã̈¨1/4}û
þ¿¿Ö1/2  ¦Öë̈'uÖ̈ƒjôÿÿ"    ÿÿÿ¢Özä  VÄÿ÷t   "uuù  ?¿ÿú  ¿-zÿÿÿþ¢é  Iÿd-ƒ  ›  ÖüÅÿÿó"á  ÿæ%Î̈
   ûµþ  Dò  ÿ}zè^<_Ï¯>¿ÿûþ¹ôh¿ùÖ̈ÿþ¿ÿ¯Å†ÿá° ê̈ÿþ¿Dçÿÿÿÿï1/4¤4    ""ÿï1/4Ï̈
¯Ñ  'ÿûÿ_ú-...ûÿÿ¯ý÷ê gë  Wï¥°ÿß

Oÿþýßýýg\ ,Ó K[WIÖüÄ?²/   õïÿß ¯öö1/2¯1/2ÿy ƒzµ',=ÿw1/2}ïõÿ¯ýûÿ/}¿ýû{ï_
(c)Ó¢Ýr ïö3/4÷í/ÿïë ïßôõÕ1/2{"ûöÕ"[_Ò³¢ý}ÿÿlè¬‡ö a':ò} _í%ì%
Þµí[û!ÿ}í¯Úïíí¹Ñv1/2þépÒÉ
Û!û×3/4Úý Ó
†3/4¬êÚ_
[      þÿiyGì2‹l †
ÃKl     Èé† †-,Ã]† 4,!æAŠ ...1/4 ,1/2[jÙ"°l/ÚY=¶•f¥Ã<`¯LŽ¬'í'(a>ÒØdñÒa"-°"0Tö ò< G
+
Ù"í&ÒøjØ*Á°Âl A°Á DL R
  ~3b,"Ÿ
Ïý† `§ DàÁHÐ.É>
  3 " †0M
       $XP`‰88¢$
1QvÅ5ÅUn dtÃ
       Hø.N
A,L )ðaƒ    6 Š4 ãƒ  a,'°Ã
  † 3 àÁLÁ†
À¦Ä D¯28¬Q .Å1,    G  0g x 'Å't|Ca"¯Ï
Å10á±ZrN)^^Ç%" ò
ŠŠ' Ø"Ø"^Á^∂¶ ì.)^KN×MmLéá   bw ÅE )yÜTBØ¥Ã
`° 6)ŠYÜBØ-bšÚ...ì.qÅ1\S ôÖá"ÓMu´ -ª kax`` Âg "> Á 2@..."g" y¡ På
P@"N'<B?k`¦t Oá" & † Õ 0"0B!,Ã ÂðÓ†D¥Ã Dš 0B$ƒ 4ÄÑ 0¶§°ƒ" x#
  B
  ^ŸB" [ Á"!(tm)Hò'""â"""#
    ÓGñ ÄDDDD2ös¨(¢"""""8^^^^^^^^^^ã ÄGÿÿûö ^vQ"° pD9±a
Ò úÈHW0¿^ÄGü¦ ºfŠe¦²3/4D£•Ï_è |‹Þd¬(r)[<-eC#£<"ó²¤Aäi
  ÌŽ!Áh•åB; `êÁ
Îí øS'¦ 3#...Îãƒ
; #XC cÍï×ïtá´.ž¨ ï¯Úr OÅ|~c 1/2ö(c)3/4 Ç
ú";¬Üæ' "=ƒ Qýi<(c)Dxs°ðú8ñ
e¤Gÿö|Â "1/2 û÷ÖÕ~¿>µÇ êÎôGSüïÖÍ_×¬¯vL:ÍC3DãUµl-ÈH¯^dwqÃ$
  \Ú'E(c)å  Å×ýÍ
Ø!flRqA h ÐC,ž Œ 3¡,žÈèê/ Ä!^ ",}  "
(tm) öi#C82 Ÿ2p†,  ø¤ƒ#',( ƒ ƒÛ Ë¯AÓÔf"\C2. œa0 š
pSâ M0@Â    "òœ!ƒs Æãé]" "- AþHa 4
" AøN ðŸ÷ÕÐ0ƒ°ƒP¯Oî-0ƒÂiZ
/íAé´L&¿ §§ú% èj›õï áÄØÙCÁ' O¯4Á h<MÑ ¿Dð<"| OÐË³ƒ9V>][ â[· ¯í ¸nû%
Ì9° sHÝ‡°.a"æÍRZ¤ñ60ÄÚÁ)è¸¢|Á¦ Õ N
Þ¸Áœ¹twè 9" •¦&3/4S-   lAÐAÐA°ð "²všpÌ\°?@ Í\Õ;Bž|vÃ
UÁ'› $H i vOM]"ÓÁ ÜP'JÐM ƒ§äay!ƒa" ...
†ë"Ó^~ nšPƒw
(AÁ v Ë'WOO ('l% Ó^má7j•é
...éÃ:bµpžž
RvÔúÇªotž›ÒÒVÒzz...a´*îôŸ,#úWI</è ^{ÓtÝm°Òê¿Iã§°ûû×3/4ÛMÕ6Ú_ï"÷¶3/4-um]]+¶-µÿzMöf
  ûß¯þF8i7ûÒ8aÿúÛÄÒ1/2>ÔÓb‰Øuë§ªØ¯ÿ ^¸ÚðÞûïTïùAü ñ ÒÿöÃ` ÿ ¯ ò,øÑ'_ÿ x
úo -ÚýÍ /¯ìRÊŠ¿ÿÝÞðC×ÿ÷ü0¯¤"7 ÿú à†1/2}ÿï"ÿ×× ðµ¡}R m¡ õÞ¿¯7Ÿ #-&ùÆ Žúÿÿ¿êó
)>a"ÿÿÐ¿úõÿQ(ó(c)þ}Ñ¿ÿõŸÕ‰õÿq ÿê×û·ÿÿ¢€ÑÑ9ÿÿ_ï ÿú èÈýkÕ"ÿèÌ¥ð¬ Çÿÿôú1 U_T¿ô
ÿßµÿú3žÈ ÿß£Cÿ§íFÚvv#ç

ÿþ"
ûûõ˜ïmzÿ§zþð" ÿ¿ûkýk¡ }miµI¿õ_ûI²4µKÕ×µI·ëUï¯µÿ×ím-´
ÿëßÝC
ù0Öê1/2×ö(c)7[í¶ÙÑ-°eÂY
 ÿm˜ºÛI Ú÷ä"Ù ö #Øa &-(c)$ÚiZï0'Pÿð¹!6Cëa"[ ?["'"è$Ø]7-¥ºI7z1/2...Éæ Zv$ÞØ-(c)"
Wi& m$›ßì‚0V .í,",13û²]lê,Dò"
 p`º˜'ða†\g"@Íƒ Ûa8¯¬0PDL Ã83àÀag  Á'Ät**1/40"
%g"
$y äxw!ýÚ
 E¸6 + ``˜" [-KBÅ "Ð4
 '] ,ì"£â"D²
ppá±;ƒcc-Œ k8 pÍ-J "8¤Ó˜qS
+b¿‡w 88âµb±ßb 4 P š Œ8£0aŠČN.ïb¶]Šñ¡"¥NaÀN8¥b¯ÿ-"Âö CûV+áWá...† Ó
ÙøÅ}...°ƒ v u°M .,ûÏ¶ ¯ÿal Õa,h'#¯Þ¯0°ÂpÅ¡(c)Úh0¯& d{Åd°v Xh0"qÄDDF 4 `ƒ
œ±˜^^Úé9_
, A"˜žÆÃ ª ±ÄDDDDDq gn"± â#Ž""?äÿë××ëÿäÚ Kå1/2p]I´
 " B °X¯q@^] véd‡ßPD8d;t |W@Âùo³1Õ Db"'"#ÿ&ß ao; çfB•'Ë-";[
x°Oõú'›ÎÁ Œâ= çÃAn63{¢v³µ ¯ñ 9 )Ï"#‚å ,ù\ S Ù¯h6
'8Î $ d(c)Œß,|3/4DX!-4ó°,Ÿ
CÓ6 Â "ô! b ¸j ðƒâ ¦ þþ¸Aâ- ¡ÿ¿é¡õü=nB
ãÿ(c)O` -...^ ëE÷ Á p` ,5sÎóèŸ ¡ oe
 áƒ"Æy¡"ä‰ ðf"
ÄCÐƒ G [BÖ\ö(c)
ß§ÿ?'$ £pz íøoÐAÿà‹èïÎþè
ôðŸSëÿÿA>¿·¤ßá¿¯ÿÿÿ¥ÙXD¥ Auò GLÌn¿ÿÿe ÈÁI >dTB@/Y- ‹ô›@^÷ÿä J";8/ÿ(r)-ÿiÉÄ¢
BqA ...Gó,!rNûKÿÿpƒÂ
a0ƒü )
C ƒþ1/2ýÿpƒCþŒ×·]~ ë ðƒÓOÇø¿ÿÿéÂz# é¢PÈuá?_ÕÝ·ï?Ž("¿Íã¡?é7øü"7z$ï ˜ôO
ö × GóU¯øäÝÇ OÞ‹£$A " þO )ó1/2
‡õö¶¡í F'DÍYeU¿´¿ÿB£D#FHÐ è mÛá; Óÿ_þ oI¶
Rmë`ƒ^qb "ð¿îûßh&ÛI[ãßûãô ÐO )7ÃÂ]~,#ü z¤ßOTü3b‹õØ%×ßñ².(c)ÛKCûô é7i7I:² J
ÿ¯þ›>*ÎOI3/4;ëŠÿuý ôÙi °] ë-ëmÃ
"¿'ÿ-Oï(r)1/2×ÿÓÞH_ß¬ÙaÆÁ ÍÛ"Áûy#Ÿÿ¿_(r)"Ê¯±]c¤ß
þnÿõ1/2|È' :jy‡§~ÿÓ•ÖKhW¯ô?ÿÿ åiÄïþ3/4ûúÿýÿ
xàÞþ÷ÿfrc•...XÍ¿æ=(r)ÿÌ ÿ-÷šÿ¯×ÿú(r)1/2h•¿ßW¥ ¬LÁá Šj6?ëøÞÿÿU%{Ó é7ÿâb"û(r)þôd w{]·ÿ
+‹Þ ¯ûÃ ÿû"1/2ïÛþ
 ÿ ¯÷¯ëÿ×Þ×_ý&ûñ÷ÿ¶ÚúúK(r)ßûÿûm"¶¯ kúÿêî¥¿¥þÚMšî¿Kþ*kÚÒkþßçSkûô² ¯ỲÒí.1/2k*Þ(r)¶Ç¯
ÚÛ I`ÿþÿ"e i[il4ž [ ÿiÙ(c)&anÄ ¶ÐIXa"q-F;Û
záWl.öxw°Òa,¬<&] A" Á `4
- V HÓ#èŠ9æ HÌ `Á#@^Dt¡,"a 8 °žà , þ B, 3JÁ- N
1F€' "` ›
 1Áž ,öE AàØÅ !:13Ÿ
^lƒ z ÚëØ!) ƒb•Šâ¿þ3/41/2 Ø Ô Ã_±_Õa...o
 Âéÿ}Ú°špÓ† =§ÝÚ
' a h0" !ö Xi" ŠA7;¯rµ
{)¹IX
'H3H ª `"0BK ^^^^^^^^^^^^^^^ŒDGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ¯ÿÿò˜(R¹fYÄó°iÿ,‰Õ Õ^ª-âq'Í5<IšÑ sµŒ
 õGe†dL.v(*ÿ¢ = IV×þ¿(c)T~E2:#ätwÁ Î´lRâ

p  3
H
  U•Æò0Z5    tj-/  (c)G†aîS£"ù
á  /"3/4¢"   ë¯
"^^'  ‰Š|@D%  `ä%¨†Ë 3/4Ô¡  (c)  ÄP(tm)
0  2‰ÙL¯  "øC×D‡ÿ¿a
 ü' û
^ÇtŸRÝýWŠícý  ý"W  äcÉöj 3Ôrâ^ð3ž‰å ÆÓHž0Ëæ  &  (tm)   1/2É>iÕ  š$õA  ÿ¬  è
ÿN"é~¯¶   f1  (c)   ¶  ÃPNô
Ž"t"czO6çý  þý  é  Wn"ÖëMíéw¿¸_U~§fKĬ2VF:Î  "(tm)  dš"f1,d|  -Èb,
¿'òFä•š¢0²Ld•  â[¨Òÿzý&óþ"þ-ù("
ñ×z]üó5',  1/4  2f82p\œS¨§ŒÛ.fÈ C¯¯ "  @
ð(tm)Ôd^3/4|È  œ  Ð!¡   ö\Í¯(tm)¨ "
 ‡9  Ù  LÅ  8^Á
ù B=ìÁ  !
 œ   È(tm)!Õ?é~•ú];  W3/4-ø Í   _×¹-",Á   4  ,   ÷"âÔ&Ÿ§...]0f‹
ØM<'  ¿ZnŸúþ  øá4§ê*c¥þúÖ*¯ 1/2(r)-  ¯ AÅú-ê¶¿...A"4Dä8ëÓ‹D 4N  D÷åò¨Ÿ(c)éêœ\_¿'  EÅ¦'
 ÅÊö
 åå  %-
MÍ  ï'?l ÕSú_ÿíWÞ1/2V-Ž¨¿´É  Z¯¯è<M   í  ú.  š  ø‡‰(r)"4l†l't     á
5è ëM¢ý  ä]Áf?  Nl  /†l's§  ¯3f   é š  ¯*
q  ü  >Ú
 fz   6ç-}‡×é^  Ç  ëý/ô  nŸ¥ßéö  š...   Ò   :O
WŠ  (r)fiuk1/2BÐA·A
.  l'¦Ÿü^
o¯ ÿ öI8N"é$ßÖ·"V/ýâ¿×ï
¥-  IØ^µüë!Åš}:   ´ž>¯X[N•ÓU¿-i<  :N-×ÿté  ÿöB'zoJŸô(c)Ã!È  ¥y
  _,/×QQ|U63/4'ÿ_  úóéïëÞ¿õnŸÆ·"¯|ÿÿþ-aŽR_ýX:µð,Žïû
ÍoýåŽ3/4f  ÿö.[¿¥_k{/ÿ^+{¿ÿ   ²J:Ç_¿ÿþU‡$(c)  d"  þ
d"_Þ;uJ-;óßûXE  þôµø*¹ÿ  ¨ú_Õ|  vÖ'÷Kýzý?×  z-õëÿÿà1/2" äSþA
 ÆŠUÿ
¸"?÷X=_è^   dÇMíÿ6í¿Ÿ¯¿¤-ºô-÷(r)¿Oÿÿ0;ï†ÿÿ¯ ÿÿDQûÐo  œÿ†  þ¹¡Î¦ûë1/2¿þÿ  ÿ3/4>ßÌVß¯""(r)1/
2ø"?ûÿû¯ÿ¯å!(r)ó  ~ÿÿý   Š£àŸò0¤-¿µ¦÷ÕQ'+_¿èÄ?"]/uïo-¯ßÐJþ¯î"   ûv¿¿ûßù×
-  Y_ÿþ"ò/ÿÒ1/2HK÷¿·  ÕS  ·  O~õ  ÇÖÿ6mëÞ•  Z÷é~"ÿÿ÷ÿúý×ÿÿúÞÚÚ_÷ùœþ´(r)¶ÿ1/2Rs¯×n¿ÖÝ
-m(r)þýÓŸu"Œõµû¨ÿî(r)Òÿÿ¶×ûê{ï´¿ÿý  ×ÂÛ"ç[÷Ûí°Èif¦þÂ
  ïïi7¥d4Ú[Ú]îôöÚ÷ °zÒuX67ÛÝÉ  ¥ÿþÛ#´¿µ_lè°Û_ÿû'Ù.ÁÃ[4›
gÜ0  ªxam&Â[m...ê-á¤      ÁÃTÎa   ,  i¶"¨ï4-û¦7a"-µ^  R  ²è  ì  I¯m+
ÚÚª¯vÃ  a"B   pC€Ä  Z5"6#
/vÃI{"<'  å¸dvi'Á!,Á,&83€'R(éŽ'plq

%äXP`¬  qŸ  ˆžF?Ô  `fã@Ø6(œ  A¿L0V
*Ó

GdO#  `  ²Cdc D%f `Äi1@"E¥  A,^|@DN$éŠb     BY  èA
ÄÃ"cba÷|Wìg  €@Í"b     BC"BÐ‹BØØ¯âška2$cñS¸"Å{  1/2{Pº
?"
     ¨¦    ûb¿öl/2¨ÿV)¦¿ÿØM:×3"-µûUÿ"L
Òž  `f   ,¨f  g  &³¸Xh0Ÿ

T¹×h,
2‡(ÀB  [-01/2...3/4õ´Â(r)g8å@&o+TÐ¨a5M{  0ƒ  4CLŠ øUEÁÆ,
Ž°B"-
"ÁVÌè0Rn  1
4"!"
¥H^^ç
b{ÄDDF"DDDC   !          Æ"-b"""""""*""""") ÇÄUF3/4¿¥ê(c)W-m  eP°D,µB#ÓCÿÿ
ÿÿÿ   -xÿ"eTvX)'  nU  §D&Å9ØB;N.ÑnT  ¬þŸ\µ¬Ô•£ Ž‹ÄÚâXŠ]"~  qÄD‹!SÉ]7ÁÎÂvkîbÓ í^¿
¸X×Áša°øô?^ƒÿÿßÃ~By  D  þVRþÜ  2s63P"æpgA  ÌaÁ \ˆæA          äÇ% ¬"  Jp€0
<‹(tm)1/4ÔÉ¨ÌÕ  ä  ç
    "(Y
SC83P¦¡Lf,  °  ¡'€ÎAY
3y dA  £  ¦c"ƒ!,à^0y±N,{  5  4  ,h;        á
'  žžƒÂa<  É  IÁ  3  -  à
  ð@Ï
f(AØAØA"  CûÂ`  ¨dl8
ðƒ30ƒBã  á0ƒÓ"  Ó    Åò1è"6Fâañ.  ¢Vé  æ‰oàÕ<'øTâü!IÅ¦‰Eú‰ovÂ  a

  è6IÂ¨-  JßÑ9Á'ú5  ¡  #6
-Áœ(ºP m"Â
ž0Û  @Ø3-  7  <3/4¢¦Èr.ç Á  )  EÍÉs    `¨?¢æÁ›EÍÁ  š°g15°èžeöO¨¿´É{    a"èÈxƒ1pA´  7øMÂ
">... ƒpŸA:ê°
ª          úm'A
@ƒlB  iÐAÐA¸AÞ¡< Û    ÐAº  áh
aA  ÐAÐAºmé'ê   ¤Þô-  ¨(r)ƒ  ÓôP"×OMÕ--WMÚ¤é>ÚMÿÿN.,t  §Ò¦ÖêÖÿOWW_  "Kÿü¦j÷¤õ
ý:3/4ïU÷OøßúO×¶"¨Óõ_ï  ÷øÿ¡ïÞ-þþÆ:m/  ëm-ãúxußÿ  }é-ÿÇÿuïßúýw×ý'uu~·ÿÚý²  Ÿ×ÖE   ¦öÖ-
¿]s  "ÿ(tm)_ÿ÷ýœ÷œ  Ù  ¢Ý/(r)ÛK(c)a?·ÿúp"Ý[-nÎÖÕÒ†ÿúý°õ×éÝCs    çSÿ¡/óÝ  þ    ßÚýu  T1/
2z¿÷ÿÿ÷÷iù  ~Ú[ÿ6-ßù/  ÷ÌŽû-¨¿¿[û_ÿwÿëëµ"X{ÿïÿÿ¡?¿þê-z3/4ÚO1/2ýõí-*ÛþÈ}¨ö"vÙÑ  3/4ßß"iZ
Ý"ïkÿÂZ^ë¨´¿þ"
'Ú°Öû$_dûjÂKûIl¡¹<Ã         ¶·ÙÑz[d  ³¢ºÒm[!ö•-ý"/Ø^¶¦-'6ÖÕ´-¦£Ý†Hø$Ã  á¤ØH  C°E
Èé†
      pÁ`ÁX`"8pàÁ#@aƒ683  dodœ‡
Xa=  1+
  A...`á"Ø^°ÂL0J  HÓA'Ü3†f
ž      ±ø[        ÚPÂL
$¶
˜+˜œ  ¦*aÅ1Q
  6)m  ˆLWó,"
S  Ä&%Ž¤AÓ  \SÀÅ   ‰  éŠ  *ƒ  lTãŠb¢¢-ŽíXNÁ,&ä†ÈÝ27QTÅ    ìa  @Ø¬&  Ó
Ã
ØA¦¿ÃTÂˆ&  Å1[ìSRNšdH°¶šœ~Âë  ŠØ¦*T*
l/ad9pXa    ¨4A,:bÁ    `"G
¡Â  ÈÚ¡á
(c)Ã  2(¢
%ì,
    0X0BÉoXk
  0•...†  g  0A"  I-b4"""""8ˆ¨'  DDDhDq    ÄD\R    ø(r)"ý/t·ÿZ\
nBS D  x"  pY7ð ˆy

Š  CêB¶  ?ëX‹B
*j"#þ@\š-À´[Õ'ò°  ‡b,  Å2Ðf\  ùP-µõÊ(r)v$d  gx3y@ÉÈ
Ž    :"5  ç  |!pØMÊ¢  Š|†‰óÈ    óáLŒóßõÕ¿  DsÙ        d3œŒr3'ø31Ÿ

2
B
Ó@îŷÎÊ*f*  q
  .  4  ð...  70  !,æ    aÈ°.N    #'Ù
,?    T    °BR
œ    ð"  )-  Êæ¶@¢°Œì"!#!"  {!
÷Íô¨Œq¢NM×ß'...  øvŸ
SÛ¹
;Ñ    }á  éïüh¹ÎâD  A
I  ì  "s¢é@  Ãp  žŒŸ$òù/*f*"sÌþÁ  JÈaîÛMKÂnSÙC-ŒÔÍä1š¯3M"Å  xD,:  >
Ô
  ÈßtÚ%q¡ëþ"×  Gç  G¢zA"ÐN"  ›œz  Gì7¯·û!T²Œ‡*f*=  0*f*      ".
  Í
;¶  §^´û;çwø]Ïäì•f!Q'|3/4    ŷõéŷ¿ïé·zztŸz÷°¿_Ñ¯ë‡m/÷=ûŷ¿Þŷ¿Ã}ŷ¤ŷùÒù    £UæA2Zd#Õŷ(r)î°M
D{úé3/4ŷŷ*ø*"=ŷCŷ¶¿þ¿o  (r)*;ŷŷo1/2^œìs%C"(tm)ò5Šk  1/4  ,þNÈ°    '  •ó·d
:  .e9  ŽÉ  "hŒDLSP¹\ø§Œ C¨'!      Öì‹'  GT}  Ç'    '  N¡  ,",0!
h@*f*ŷ˚¿[¿êŷ°öêêŷŷŷ×ŷÓ}=}×OßÞ¿Îô"¬  ^C A,
  @Ð0...]  ÅyN.V  ÉÁ  Í  (tm)  Å
œPŸ  †  0ž  ð¯A...
*f*
,  fA3âH³
è4!ž  í  k÷û-øÕ·õŷUû{ŷ"ûi  ŷŷçï  ŷŷÏíoòûŷªqa5âì  è?  <&*f*Ó  7OõCDc  M  ‡'y;¢xÓÂq~  z$áÄ*h
•1/416eû  &îÇëõtµ1/2ûÆ3/4ŷŷŷÇ  ï  ŷ+þñõOo¿  -ŷõ×x›  3/4dL  ¹~æœ  "  ü  ¤kÑ'  I"t\4K  164O
Ù
EÃÃ  0LÓh¹æœ'  _P m
@  Ð@Ú/  Ëö
  ¤ø`'tÚ  i    6
%P`›  a>þÞ¿úÞû]÷_ô¯ïÛ×ÕÒ  u÷÷ªî¿ßŷŷ3/4(r)""`Âx ôÚ  6  n¡  ÇÐ
àÁ  d‰  Ò    a  á  â  áñzt  *f*  Aééá:  6,
°¨Ÿª°A7N,
õ*Waŷkí¯ûì  oŷ¯_  mŷ  IµôµûãßÖÛþ=ï}_á81/2:Oþï
*f*Â    4ô  '...õÕ¤ô*þ3/4é=]é7I7M×ŷ]  ¤kzþ-õÕ  é  Û^Â^ß°÷ë
ÁuÅtß_Ú]>ß_-wÕŷôÚMõÕŷ÷I6-_V°^éWcci¥ÕÕéSûïw×ŷ‡ü  ŷ,m  *f*ãÉ  _Ûéŷ  Áõŷ÷°zûŷ6w÷÷×ŷû
r  úO]SÖ...Öõï]G
'¬tÕß]h  'Pŷ$¢÷µîþ¯"ŷ̈ù/µ÷]3"L^ð"...¤ù#3/4  ŷß  Óéïé{ù    úÚ  £¬  ŷÞ¿~(r)Õ"àŸú²
,  O  °K÷ŷá?""ŷë°{Áŷwà1/2
ûôh  üøŸŸ    ŷŷqïßŷ÷Ã  ŷÂÓîÃ"×ßëŷ-Ô/ûÌ'†Ñ  ëûâñA_2ÏÑ?ŷ¿ŷuŷ÷ëœ'ŷ*éëŷoöŷév  û÷ß(r)&ŷ÷ã
¿Ñ?ŷæ¿ß£#×ŷüäZ°Déŷ\Š    s+î´5ŷþ  5ò[ŷm};¯ŷþíéŷÑ¯{°êÜ  ëß÷§÷V?ë¿×õ÷§þ
µÔ^1/2Rû_ŷíÍÕ
ŷÜ¨Èŷ̌  úŷ§¿ŷô¯ŷ  ŷÞ-¨O~?òŷ  Ú_ûþB8  ×úç  ßŷþüáßúù|ôŷéŷþë×u÷ßßïwoñ¥ukjßúŷßÇqVÒ÷ó¥n-ß
  "þÁŷ[  3/4•ŷþ:W·éúŷëßúŷ¥_iWŷ¯jŸúªú°ŷŷë  ŷk÷þ-þ×÷ÒØôVÉ  ¯×I7ñîÔ-ŷŷ~ŷA*ŷ~
,_¥ium  ×^¶¶*ä...}...ÛR  ém¥¤Ã!(r)žœ+kjì2GkjÙÈ¤ÛÑ{jÙ  Û"²·öÅ  †•¥ê÷5Þ
j  l0-www{"¤E  ÷V"þßŷ¥  -ïa+]  ÐÂ}ö  I´¡...l  ÂM,fzeÕ-Zö"5m;àì'
&Ã

¦ `°iA"˜3ca§`¿ Ã
l0"0"
àÈØ0p p`‰

À@@ò-¦ (A" A" !; ¬S 0(tm)°B€n ˜†ÁpD'P" 2ü0-" dèC‹ ó Éq ð
eÃ`!@† 0B
'ô C³Ã"ŠÂ¸` °aHÐ0 °Œ "nH
S TKpq l0 ða#0]ƒ ƒ ˜3c<
"ƒ
Äî
ˆ6& °]Ž8¦)ƒ
l { ðaŠœqLWìBÿ Å}ìBÞ¨4×"_ïÄllRÚiÿý~1/2`...!"a õV+^+ Ó[
xL/bêaÅ+ ¦ S õXd#Úö
w
wA"ÄÏb1/2¦ Ö ao† µYá4ûT Þx

a &(tm)"""""!'^ M ïÿ ÔŒ{O!õ'
u
ÿ
-ðÂðÐaO 0V A"$ 'ö°øa2 C "Â Â
f"4á'(·
3" ƒ 5ÍDDDDDDq `" A"""""""""""""2NT,Â DDq
!K Až¨ˆ ˆˆˆˆˆˆˆˆâ4"DD||GKÿïÿ¤µK¥wþ(tm)z
ˆ}¨!ö "5!öL !ë ÿ ~ã ùÙœWY‹(¬Y...(tm)dS§a":"³±Â !r1/4ÆvVFC e1/2b(tm)
vL)XË¥;@¤Ø !Ô/
ý õ‹ô×¢1òwpÊ¹%² >Ì?Áåä‰ûy ŒÈ 0vª4"^``...!ßLÉk;/ ˆ|·
,Àè!°s" l.kÊ\ Éâ Á"1/4'00Cë ßkú¯ªôIõƒ/ž t"^‡ÿñÿðf a
@þÐ?/Ú¸ÿÿ_ÿ¬Zô ÛÐMÿÿ& ýýôÿ ÿ*¹õ¹@Êr1é7(c)JF(r)T...$ æ€¹@¤@...âq2X.H ÐÍŠt
t
4 !
DÀÌ |S³X§vC"bó†k"Z2B5E 1dƒ42 Ìdâ <) ‡e š f£ÉA ¢Dj# &\R †¡ç 3
, ÁÙèˆüÔjUŠk.¬ Ã" A} š'á `(tm)Í'>
š ää ,&N >Ó P ô " " a| è'ä(tm) 'â. : @ ƒ A"B
Â
r ûPCü É@...ã@¥ œ"p"\9¡ Aá
D¦
ÐÐa
ö , C ç Ê A, ?ðƒÂ
!úk {þ†ƒ¢7a"9|Ž ¤J2Pð‰@Ñ+q.Ú'Ž_]' "|É . 0ƒ
ôÂz
%ð˜A"÷DcÿD£ú%l!"Ò Ó‹ a}p‰CD‡H"3¦Õ
þ -0‡c¢7è•¹;ú'Îoõu)ÉâÑ;¢Vèº0hZ$ä -sø t : "
jÃB,
º 4Ô ppbnËàhŸ²- y `bn¢~Ñ9†
0H¹ðrŽ Õ °Á @Ú'Ù<lïEÃ Ÿ¹~Á'ú'ÔNs<-jA˜@ m 33L0H =†pblhŸ ê
MÓV
ÅË£EÏƒ82ŽÁœ¹ Ð m pË,äð´&¹
Aé7ô q}'"Ý ÐM¯è'ƒ ÕøN, 7 <'A á8m è?u ÐA¦ 8¶,

B
ˆzxO ?¤î"h'ô›øN,
(r)Â{t tì<_I÷Ö›ö•ÿA6,
éþêþ ^1/2¿ýºëØZN"ÂêéÒvÖ¿ÿ}n› àÅ'¸ZN-þ´û¶•?tôß×ôôò% "ýR ýÿêé7ÿW¯¯im ×M¯¯õtõÕÓm
¤-ý iz_UuôÿîÖ"uý_U¤úÕ×Ú´
GãÆÁ.ì ý& ûÿBH ü{ï"¨ûý{ôè Ò lV?Ãß (r)£ÿz†>êí¥¿ü{õz Xo*Åõd EVÈ(c)þ¯ãëÿ éï_d =þ
›¯_ú_Õªý DûK¡( ¥" ýuù ÿªÿ]º÷ÿ'ÒÁ ù

vA ¿¯_ÿUþu ö-"úîÿôÿR .ÿaïÎ
á?ÿØoþÝ ßÿ_ ƒ":ð}y'9p
Pß¯¿2æ_û¢Ïí}|Œ~þÚ_ÿ1 ÜÁF uù ?_DWU2'>_ÿ "8ÿý/ïæR¿zÎ *¢ÎüŠœ!1/4Œ úþ×ý _ßêz
ýÿëÿßîá îßÈIÛ¯FFÝ
ûïâq(r)¿{¯Uëõ1/2ù þ ¹QƒýÃ÷^÷ßþûßÛ¦ÿß]µÿ÷ÿî›uóMýnêþ*õ¿3 ßut¯îý×¿{ÿë¿Ý uÿoi d?Kµoí/ö
ÒÞ¯û[þ¯A7gDî¿*W¯ÚëÚçEkëiZ*é ¿õ]ºýéötWö¶1/2Óûd?¶¿¶(r) {VÉ "iZ]"ö1/4-3/4Ú¶t_ÛgDÙÑ(n
Âö¶"í'6È~1/2á_1/2´ý÷$&ÖÖ
†3/4Q×gEiwä"Ù ´¡¥"v ÉöÂÚì4¡(r)ØUöÂ°Ê-¥w°ÂÃ ±é›Û@á,h0I†
Ð †l˜0HÌ {_´ì/f-Ø+
(l0"iÁ(r)Á°Ám\-6Q6 vÂÃ
aP4¬ †"
7a" 3e{i¶¿v ÂÃN [ ° Ã
Ã ƒPD>€Á) uf"
/# dw
$Ã ±F€¹ 0h
1LT à!‰Ý±S
)ˆQJÅ1
¦ f Á, Á˜ ð/ \g Ç G Øˆ f
DãƒŠ4 66

1Áœ Ø3c† àÁ 6 ‰ 4)ˆ8ãb˜ƒ¦) Å l#%x0'ñ 8
ÆÆÄ S = Ž)X¨¦
¸Ø¢p\Ð B-Šcµû
ºk
,4ÔÃ-" Õ‰oÝ‰ob¶+Ú
Wµµ×† ˆLW±LWì...{
B>˜M2 4ÓÂö)Š¿a0ƒ!L [ , Ó† ð¢šü4Â† 0A-e@L±Â
ÂeVW Â F ,
, -cL.¶°Ál X`˜* Â Žƒ ,žÂg 0A¦ †
Ý¬4 y Â
Âaa, Á{ ªö 0L&§°˜A", 0X`"-ÄC 0(tm)C(tm)ÊtÊÃâe MuA DDE
ÊdU B!-XuÖÐˆˆdšF^""8ô'é% BÈ\...iƒï-4á ÄKL òÒ$åšW\ªUE²-ùÚ,+(tm)...+èz(tm) D*+¬Š[š
ätW* î 5Šdæÿ[ZÎ¡<ÈÁ ßó°Å/Éä
ø\ÈtK (tm) jj2!›_ý‡eDƒ¿ ÞAá
4ˆT
çh ø çic
P` ÐLè ;¬Š
ì(r)g"¸îp9Ø"d
ƒ‹àÿôIÿ1/2~
ÓTkÿýz¿Qô è 'ßôOš£] çÍ(tm)¶ Ç¯ýqý

ßða
šðž'
ÂzI°
ûÿ  ú^(c)œW  gKmkÝiø"<    ÿÿÿÈDkùÞ†  œ³"j, 3/4"B  .   ¨"@‡;ð@Í  ›£S
VU  "xõ¶7Kw1/2yRŠvwæF  1/4‹3Œ‡3Xò  Á  cB((c)  ;×ÏäC "B^Ô0(tm)    5
'Q
Bå  çÅ
Ð!O  Î¬ß›#XÊq'  xŒÅ!'±  Â  9   †@ƒ  xL
þÁ5A¡ßxOíA  (  'œ   f"  ?×uúõÉÂ  ÄÍB    0@Ì2`Š  ðp†@Ã"   Â   -  ?0)Ð!(
~   ...ò'  &   ƒ     a<  ÐxA(r)¨2@9@>  a  H  ´ÓÁ

ý?        "ñ¨        "Fì  e-ôJßºA
"ý
"ýk^ŸÛ¬'þ˜CôÔ4ÐÓíÓ         "í0Ÿ"  h=  ‚h"   "  "   ±á  v‰óUbÂiá^%1/2  ±Ê¤  ›¡-\MÔOÞ
ÄÍ6
ÅË›@  ¶¿@ƒl jêNÞ‰ŽúD-±.ÿ[õÿú#  þÄ×""1/43/4h¿²vNó}  ê.l  ‹-6
ÄÄ·rNäíÄ"h-7`'?`Èú‰û  a  á  ³Ó     ä=     Dú‹ú#æ‰Í³|é"òC  F
‚
ì'j  Â
·‹°  <  ß¿   ·=n¨  6H  Aùb  °`fô¿J3/4`û^jMvAÀÂ
‚3A¨Aá
iÞ  n   f°  7PANŽà  àƒ A³L5  6Âm  -¡6,qm'H<  ÂxAè<
Ü&Ä<  ð-  þ  Õ¤ð{-ZW÷¤þ•ÒO  4•=z×-|CÞ±  áZOi¤/ýbé=Z¤ý:M‹Ótú¤õÓv"¤þõÓÝ==:MÝ  Oÿ(r)
-  á¯WßßÿÝRn´  M×¤3/4'ü?ûþ°  ÿªúu  3/4  OÓ¤ÝÕu¥Õ_°N(r)-ÿÕ×ÕV¿ÿ¤0Ã1/2âéþô-"Ø-êÂTýék¥
_/ßkýúÿö?ëÇÓß¯÷"éžA?Ûã§_ö££±øúúÿÿä¬tT  .¿·ú¥UÔþ'O¤3/4/°y
ÿÿ¶šE  äe_4  ÞõëâÈ¿×iD  _ù
(r)¿‡  |œ  ÿ  ÿy  °1/2  ¿2Œ  ß3/4ÿô"ÂUíù  ?ÿÿ...d  Oá  þÿ  tþÿÿ¢  uá  Õud  ‚
)Ô/}ëÿù¶jôOüá_iÛÛêù  >úÃ_¤¯ÞÕ  ¯ÿà`þ¬?Ñ,üéÝ¯(tm)Kÿ¥2Ýþ`~]?{ì0ßÌ  ŸúÿÿþBþÐ
þÿ¿ékýmõÞ,]P^¯ü!"ÿûÛÑ'%Îôb?ißÕ,ûÿ¿ÿßÐO  ù  2  ÿÐ'ÿoÿÿ1/2WÞ¿{ÿ_^ßý%WI%t¿
Oÿ°ºZIdè  þ-[íkí  ëü_ßÝ¥Kú-  ˜s<>1/2  ø_ÿ··ëö-¿~ßÚÝ7kö'úFkÿ¯ëüµÿ-?ý  ú¿ÿ"VöÿÒþÕ[V÷1/2÷ê
×ÿ¯×ÿötWû¡2  oøÛ!ì    ·ûêµ¤gS¯I:uHÔhõ¿ö  Ç~¿þ¶-í¯ íëjÚZ_ÚÛd=µu×]²G¯Ú¶tN  ¿cÿdÿ¶    ViX
VÍ&Âv  Õá,õV•[
†"Þ  Öé  -ª§ø[  ¶6˜;
  ö  µl¡¶fÛ        6fþÈk
ö*¶H3/4ÒÉû[[
ÃV  "`*ÚÚØ[_öC3/4KX"  ,

Ù    6
ØäH°Ì
ƒ#'rƒ#šÁ-  1F€"  ¡  í°•ðÛI¦òKÛ
^QôÃH¡"¿l¯ì...  L0@á"¡Ã†Ã   Žp`  ²Q†
  °Á6Âp`"
$Á°`¤  aƒ  ˜3  Á›    lLàØƒb
Ø0Ç
(4    a,Ø"cƒ8
š

01/4zlUìTBb¢¶!1    "ö  äT  Š4  Á  ±@ˆK  @Á^Òb£X¤)Â   8`‰

ð0f
  *f*
        _Ä·q_Ä+b[¸¦('(4Â
ØF*&p`...1TÃ{      (tm)
øJÈG² ôÁG    â˜¦!^÷ ý³Ã <& 0¶˜L*¦˜&šÚ¦kþšè4 ...ìBÿñëas:ü5†°Á0L&
Úk'tÓ°1/2"Á   k
;NÂi¨ŽPè )Ü)Ü*a   ¦°j_ƒf0YÂÊnh 0(tm).A"  @Á  ž ÊQa
†    cXa=  ,sŽ(tm)Ç0å
   2  rq  `...`"D  DÊ  µ È¥!2"
    †K~  DDDDDDG
a" Â
ðel        Q¡          DDDDDDDDDDW_ÕiuJZ(c)L%òÜ-,ÅDP¦¬"Ö  Ë]B  ÿ"ÂÊ-¶¦Øž
(tm)_¢lô,  vd)g$  È˜(c)eëÎÒ  v  LíÁ  Ô  2&u    òÝ(Î  ˜ê  ÿæO  °Á l6  5^_(  ÐgÂ
C
  ;$7ÿ¿ë2  ¦³ü>  CAÿ  V  Á  3  ð¦  Aà`à.N

øRá°ð0f      vS  -òKgqçbyØžvbÎÒhµ  ¸üƒ3/4ÃîÍè""ÛÂ
    Ê
ÿ‡ßý  ûß  Uÿðf³ÉÉ  3N  t @Ù£ˆ˜y¦×  àƒH  Ý¦K
{L"œv  )ÁÉÍl/¤,0Ž"j~8ã_ÐøÿÃþ  §A7oÞ‹˜"  °lŸ
  9

        ÆÁ
m...    Ý"0Dy¯ÿ  ÿûþôé:ª¸B"  ›ÿö¦ûþŸÿÿüÈgò f±Oe  (3c:
ÿÿíÁ  î¿îžÿ÷ø"=ÿ÷•²  ÊêŸ  g†u    ë)%Ÿäty%3Qd¸ÍC>‰ÁÊh†±
à^.r"¦E  Ì(tm)ƒ  I  Ì f0A`ò9"KÙN  ê¦¦ !x   s03@¿   A"Á  ¦4ß¿  ëÛ}1/2ë[  ý~ßïÿ¤ø fd  a
¦  ;",   Ø¤1sA  À‰š  As' %  ,
¹á  v  0L x Â'
    À¯ g">+"‰"Û  q    ð¯C  TZ¦H  é¢C    ,q&;    ŸÇñWßKõª~û>1/2ü÷÷ÿþœhqa?Âa
á

3/4      CC^F=    ðž¶›ô°-"1ú%
N2wdn&w/ô\Ú  hh°3C
š~1/2Vêûûï-öúL}üvñßVù3/4PGô_È(tm)¦t˜Î  ‰qD
z%tO-a‰¹¢¦  ‹›ÈÍ}¦ûÎÑgƒ9Š%aÄÖâ]¶š"(tm)'  '.  .pg
.},
@‰Ú
  L',  (  ÐA´  ÐxV"ý(r)"?ßWß_ûõÿüzñ
Â´  ÂOo$¨ÃÁ
:Ð@¦  pÎb  N,  Ðm  âø1/2? AÉØx á"Âê!

Ò  ‹{[ÕbØœ¿ON•×O¬n
È"]ï"î*Ûãþ=¿û3/41/2ééþ  ¤úN-ý\Òt  ý/è7]6ÝwUõÿ  "ÿÖ×¯Õð-    õßßO¯  ÿß}_ztŸé"ééúÿªWê÷þ¿
I˜°]/...~-øâ¿ÿ  xÿäŸè ßíëäŒ Dxáß÷ÿÿêôÑ
  kÿ-}ý_Vµÿô:Ëgä  1/4~·ûoþÇÇ#  Ø6  ó@Oÿ§õÂò¦  ¤w÷Åú¦ûòù"üÜ÷õÚÓ  ?§ÿÿZß  €GþŸüÐ  ?÷
_}//¦Dr˜øC  t  q?...ÿ4ÊsŽ3/4j  Á~ð¿l7ûëë  ¯ÿ¿û  ¡w...ûïÿÿZ
ÿkþ°þ"õ·þÄá[

þ‰çþ"/¸ ë1x˜"$'zï¿¦ÑÄïïûêôoïßôOÿ] ûïè•ÿþæ.ô]:,ÿÿïÒü˜è³És" ô ÿkï ûwÚíó‡ýŽî¶÷ |}÷×Ð
÷¶·¿ÿjö ÿýz ŸA ¿þßù ¿...ƒš
ëwïkzÿ¿ÿþ*û3/41/2ë1/2 Ï£(r)-þ1/2uÿø_~ÚîÚÿ÷ÿúé~Sï¿æ•§ÿê3/4Û
ûkþß¶-ÇOöÕ ~ÿëûÿÿÿkö-þë·ý{
-Û
uõl†3/4×úm+ßîÎ‹×¯ÿ
ïÛ!ìl2 û_÷†-¥¿ÿ°Â¶-ëü~•õakµöÕÉ
ûü‡ëßp`µd>=|-§' Ú_jÿ-(r)Q¶ °¶¶¿ØUÈ7ì+!ÞØ/¶1/2ª·
%a E Âa m&] l" l0¶ ßÔ%û×1/2ö öÖÓa"¬ùÿk¶ ÂÙ?û o¶Â² í,vØ@ˆí†

ñ(tm),ö¿iAÿ
l,01/2"XìŽ¡¬ Xpá°a -(c)È 0Á˜ ...°eÅ6 6
0D: ŽÆÆ"‹Ô hDqaŠa" (tm) BÔA| |4
äà"àÀ f,
Œ0Dœ" 6 ‰ lTdn#‡ D°l0 œ 0X`‰¸82ã3

0²$
0a<LàÎ PØ"Æ¬0Hð€ˆ‰ w¹) Í ƒà1/4S Å
S
üB³€Á˜1ÕŠ Šö%"ûÒaW(r)È±iŠWúþûö+öB¿ÚaEû
ø¦*Ø¯ÇÚ ¯ki...†*ù!ÅWóºh0(c)...Ìêg
ðÓ]µh2"H`šØMK ¢å
j
e@BN0a ˆˆa 2u/Ö 1/2uTÂ(r)˜Tô L ÛMa"ÒL.¿`•...N T L Â¯auOa¦ 0"4- A""""-0ƒQ DD
DDDDDD ! frºª, Â `"0B"¢8ˆˆˆƒ DOI ˆˆˆˆˆˆ J¿ÕRJv Á"Ö ,
Gc /ŠŠŠ;FWÐ-ª¡çbƒ-e
Ò
ÄD ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ UÿÆ@P³×ÿ×ÿýçhDya Äiùt
ÉW!H"^›;KZ¯ÛO³¯•À-Üè¿ôÌ"Ñ ÖÌÅ$
3¡ Ïûó!å;¸-É'_""Ï " ðá f f¡I u' H>óÈ§ó±üŠöVÿ¯ú/ '
}¢Ý"¦ 3A †œA,
¨" sÂ' èÿë- 'Ì(r)-D¢ á á Â æú eãa#c@Ÿ
š&þÁ j 3â¦ 3
K³TkO}÷ Ù^ÕQ KyìÈ ýi6"{i7NÔ'PúHÞÐAØRy› •†‰"Ó ˜á¦ 3áÉÅS<œŽ¦(tm)
þÿýlWï?ÙÝ%ýþ•Wé>/Ž•<'ªm ì'@ƒpHß@ ä-¦˜A¸Pƒ> ˜L×Ÿä9Èž ...
‰æ ² è"-#y˜¨ (tm) †jh3¥
ïÇ Ô¨È.t‰5ý }ú÷1/2[°,"ZzëH:O
6Ât_dñ¢pô'päŸH›3/4ÏÖ á... °ƒCO 3áÁ
&|:d ¥÷ø¯é FS...; êÿ× ðX8íw¿Nëþë"¡h: I - m¨A3/4ù<róRWDíÓRQ-uDáÐD‡v(c)Ú qž|CA
y B-f2 "
†A
˜ÉQ ì¹ Ì"Ê l" iô}a0ƒþË /ïõòœ;
h ü{wÔ ¿]tÚ (c)éÚIþ(c)Òm... àž ¨A´ hßA6Ô y}Füÿ"ËGNðš

<
L&(tm)˜{ìÒ:gÃ¬`(tm) ¸ÌúAž ÔdhÎ¬Õkê*Ô1/4gðŸÖ ÿ"Ì9nŸÑ xaÿ~ÿÇ†Dï¶ÞÝlk ¤í§ÓÓõxnºé
éá=Botžž °1/2$o¢ó'Ž '
†šm iöƒB ÙÍBF ðCH f

Ã"ç   ×ß1/2   e\   1/4í%ÒúuÖ"  Fœ†åŽç .-º°öéH³ë××Õúý_ÿ_(r)¯ÿÕî+ÿôÝ
ð¡
"èßeõ...¶¯'ÐÔÝ9;h  È°ÿx"í5TÌÀ' -$  -m  ]9ÑwMú    È^ÿäûkzùBþ
Â|  ùd×#
j*ý‡ïÜ  î2£_#  Ö˜*ÿ
}?¿"¥¯ük  n     °zn  ×]uZ    ,

~Ø#]%   Ž]·ôÂpj±  f  óè¸¡  f2A¥ËÐoÎÓþ  J×\%Ý...ëÕðÞöÿZÍ[  ïW%ÇÒê*ïšµºöëÐúº°j/BûÄ  öÒ(
r)  w^ÅuûuZún¯¯ª Ï|-*
    tO  hœ4Á7ûô,õ
Ð"   áPfdH  +$2&È  kgÝø8Ø`'   a¯M¯z|y{viÞ¿""òuî3/4  îòÝ²C":¯_ÝZþéþª_ÿ#  5ø">¤2`ý¨ÖÓû
uïözTëøôú‹MÂuÐ'›ùúÖIE   ýÑ8kè4Â
:  AžÉ  f´  ›
f  Èy  §øLTS  Û
/Ûjšõ¡[[öÓµu£Mí¨Ãý¥MÎŸö-ñv3Wîj¿r  Ò\.HuU"h"-é´›S0¬  îÂ²'‹úý}þ
°_Ïÿ  íX5÷J·Iá7MBxNº"Ý",´O0Ý  -ö  P  ªhiž  á  fT  (tm)¬SLŽr-DÄ  ÐÝ²+NÈDx  LÃ"  M
  "‡   ÅmØ+
%
(a>  M¯gEé~ÿÿ
Ji×µ_|Äß2|  ÿÁ
ÞÿÕ  5ZH7ßúM/Ö"{ßù˜}é†‡ß¤="õN"]7è Ò  ì"  (  Ü$^9wyqµD   òPðš   Ð´Í0¯ Â
  b/  a
   "Ö"D\2VfBá¨AïØâ¯(r)6+íol.ÃlÒýºÚ(r)É×WdÿþNžÜ  +"/oK×Òm$iÍOueÁër  ‹êóý/ÿ_×´(tm)
Ÿ¯TëÞ¶(r)÷(r)ªÖf
Ó´¨Ðt  A¿,
ÉøNÍåõ;ÓÔBÔ*ö¯ø^˜g  @Ïa4"  TÂØUU    f
  "Ã    mÛa'þÂÞ(r)-~ØMµ´û
úÒû±Á¥"¤Ü!
ÍU}ÿ}ù5  ÖÝ  ïàþéÓ  ÿèuÿ߸N
:§QS@‰  Þ'z-kÉþO,$O  ^áÈáÍm6"[Ð^ŒÐ  §"   "Xâ˜§¶5î:ü0ÂþÃ
õÚV¶  ð"ºÖÓþºÏzþNŸÿŠõ¿kÚßá{ä›g¯  ýéÚ߶qù&V  ö
ïí~3/4¶á]6Ò      à°Ü  ¤  ðÂÞ'}Ý  ^†    ]§|ÚÚ±b˜{±NÃö6)Šv+ãcÕ
1/2-í-6(tm)"Í=ï§ý|ÓôÿT3/4)ýÒ~  _þ'÷þ Þf  ¢Ø>*zD#3/4Ÿ*ÞÝ§¯ñë_é°XÎ  â "p`"D0±  ‡z
'  µ<3/4í1/2C  <¿(c)""'u
&Òû·ÿ÷]]úŸw5Î>>æ&ëúgB  þ[¯:ïAo`óWÝ"-Ÿö  ,õýN8">ôþï1/2/      Ð^a  ]A  a  dÃ,I{   -Æ
Æ  a_¿]Xv±úÿi,}7ÃKisO4õþþéwè[}ù;ô
ÝûÖµ÷ÇþÞ°  '   ~Ö?b""'"-4Èò
4Ða5  "Ö>ïNÓúÚ°Ø¿'  cûµÕµñ'  KúÚè  ó(  "ª"Âwÿÿ_j¿
K1/2q¡    P  0"Z  D\D  CMm4ìŠý¨¨...§l$ÃXtþÓí8K~ó;ÿ¯Í  vþ£-uÿè  ¯ÿWý  ~ÿÝÔDhDDDZ
ŽT
=  cb¯(r)-¬0"   [Øk
[ý-Ó7;íûÑšIÿ´?¿±þ  ?"}GÄhDa4  §3/46+z†ÆÇ
  "Nì-"í6-kµÿ"ýö3/4º¥¹?1/4TµçÕ  ‹g&  ¸^a   C"   ¶;‹"     FÃ6#
L0-¿í(r)"i_ïëj3/4æ  ÁhDDA  a  &è0›
Ž  l%j8¬1O_ðÂí0í-ÂZÞÚûâ8Â
""   ·¡"-
  Â
"Õ    N-

Ý±[ ñqL=¦ K    DDDë^emUU8jšwv¯¦9Ùt0"A,
Â B,-COO
(tm)Ù¯*HDFmøB"=Tí\æ{@^øñ%*ÿ2Õ+ -‰o4¸â{ò ŠÑA ùØz§×Ž(tm)U ; db;Õ| Ï"tƒ!gmœ]‰(Z
&9CÕ HÐd8Šçzçkvõ NÕ1/4O'aPDy d2 yŸä4 " 3É...
÷]NÎk
Êÿ3/4¦1/28á Ép¥Å>´ ì Ê2;/"äA LêÊ"u"
úÿü¿   e>W øA ì'-"¶Õ"0ƒ‹1/4ö¨ #á "A,faÊ ì 0 'Nï¿¯m/Ð]•ê";"êõÕü¦¦ ÍÔ_ Îî |ŠúEŽáÝê(t
m) ŸDqPvG#¡mYEd96 °Vƒ^d+éÝ•wß]ÒÒê 'i¦ÿa0ƒA: Á úJ•¶ 8z Å"ñ          "
0¥!CZ(wD:^"SÇ_3/4-ëR[ÿÚÝ}õt3/4¿ñéé¦§-ßA7 7ÚØNì&¯
a ³¦Â {3 áÔ" È·3    " dÁ4G...:/öö;ZJ¦I ÿÿÿÿ-¨ë"TÕéµö¡¦¿¥'(tm)¹°é ›H Ñ8mW§kÚI-ª v ×¦¨
0`ÀŽ9 Ä4" 43†C3¶b5²" ŠÝ-hŠî(tm)2ESÿý×_K µ×¸/ÕïZB¯Õ,¦ÒvB *v &Ð
õ·£ ÕÒŸ-PI òQ"~ª pLŒÐµ ÌÁ0
Á  q N ŒFqž "82! " îÁD3~ °çe+1/2w·ÿï ŽÝ×ÔÐ+º²$Ç_ðý-ë¬0Üz¦é¶¶øV÷±"ž
AS N,
ý òáòqÓ"Mm4ô-P°M7 A(tm)äèú.dafeû(tm)Wä[ôá Ö×_
Ýîüšñ^ßívðÃöÒ ê²ÿ[$Å ÿÒ ÿõ}v(c)°´‡§§m4...ÐA(r) pÅEö
NÉfnh äò‹Ê§"o¢áÉ8îª jš B,
  D3)óVƒAß ß Ýû µŠ|À{ÇÚFúé ...ö3/4¿fÕÆ
ä1÷ïƒßT°QKõû(r)>Ý$ÚPšm',xMÐò×´ v :ñ&é Ç}I1/2   ž
@@èÐdƒLÄB LŽ2  r]zw  | þ¿^F~ÿG-§_j-jï]³Q ú†ó@°ûñ¦ã×þL ×
"¤ 3/43/4ž(c)(r)µ Iï¦k z
ÔÛ7[    -x oL& >óHð/
(tm)Šk N3<´$ 2èÔ^ÿÕðvÂ°Ý_ïæŸ÷(r)-±M×k3/4?ÿ‡×Öú‡(r)-Õkå@_ïFŸ> ÿ*Õþ1/2õ
Ä¥¯z A$ôò¦æ¦•Ñxäÿ´×Jéª"Xá¦g ø"8† r B0s8œ^y šóEõccoµÛ_ýý¦-ÞÍ-ƒóO4þ ÿ¯
útoì¿Oû 7Zþö¿×MÒ ! §ýP28"übž
Ãõ¦ {ÖèÂm&à› ð ¦3/4_.../œÜáK¶¦...¦ka
Á"ôÍ, !œÓM
- ÐÊCÎ ">f(r)É8L
3/4ëdÇ^?Ü0ÝV"ký(r)¿¦¿~-Â /æ 6+þh£ þÕ  Õ ÿUUþ.úò1Nõ  ,=o"ºë÷Z ]ëøUûTÝ
¤  þ xÄÉC*M5I 1/2SôâÍ   šf, 8†(tm) R
RADD\D8‹ 5]6Ç1/42:
# ~Ãlƒ ß
(r)Oÿ_"÷Ý"×Úô Ã¯ßƒ¨M Ë÷ßß-uíÁÁ‡÷ ßïÇ3/4HZ¥Õ¶¯Òô1/4* wJš... :7ØL3/4ËÆá Â 7·M/‡j
ƒÐi¡i" ! ¨^Ž +µ†" b¶šcbµÃu^Ã¶-}Ú†Ò-ò {n1/2Òþ÷µ°ßûô"Éé÷¨kÅKé
*- ÿ×ÒÒ{µ×úz3/4ûïÇ(r)Ý§A?Tè/}...#v‹1/4 ôMõ% žš|DDZ
   ^†fNÿîÀ0ÂÝ,vÃ[_v W-µöí}µëÎõûJßØ_ù:ct ‡µëk¯þXë·þË‰ÿÿÒ 21Ý‡øízMÄ-¿uÚ"-ƒt , !
à ¹}Dpæê#I!  ¡oÚb Å¶ÅE=;
%^Á"1/2¶ OíïØa3"þ-ïý(tm)Îû§×1/24Ú÷ëCÿìuúÿþÁ"...t(tm) 1V
µÚÕ*ÝÝ ui=0pž' n zt¸¿^†ƒ Ã#µ'¨¯a ´Ä'pÔ îÀøc bì%ßØI 3/4ÒûZØ¦å1/2ÿuÿÜ¡u¥èž ÷ý
0···¦; -S÷M/WOZb-     $"""!•. DXB"Éé¡v(tm),Åu" þÁC -ŠÚm6
  #(r)á">=l0¨¯ }§ÕÿBúuÿù" "Dûàßë_ÚþŒÕúŽP .ÈÍ¿‡O ¢""""¦!Å¶ 8†¨ý§xØ‡ìUü0¬ ]´í+W^ÜÓû_
×·pð¶¦Ò ñjõÕ*1/2M
ún¯¯¿âø5wÙ ýK8(r)"
â!¦Fèh4"Èò &¨ ¿^QiS kkkkÓ"¯õfrº\t ?,Òù޶þaƒþ--ÈbúàÁ÷          hD§
wpÔ + îÔ^Óívï¿%¦íÚ  õ²ºÿÒ ùBûù`[#³ÇšïªÃkÄDD¯Á... šKbŸocØilo#...a<
Âöÿ~Ú}Û¶ ¦3/4ò ¥ õð}¨ŒÃ,
! Ð‹‹ûá¥cbè1MÒ¶ µ¶õmWÿÖÐ

C4*o1/4;kHDDEÄXM  (tm)  îÕÛÄ8{†5nž)êýµ´&†¹  êùOí-ÄDA  :§jf#Ž<!|]§¿Šƒ  ˜íꆆGAxjÃJ"V×Ž
    ö    hD˜''[Úx-ˆ§cŠøâ  ˜ˆ´''  P¶  †  hh0ƒW;æˉ#1  e  "8B!"Â(tm)  B˜K#¤±   ¹[V¡÷"G\×)[JÁ
úZÓ•.Êê°cýNÐÎ  µû;#;ÄF'ß£È(c)¢Ÿ;:)ÒpEÐü Â
Ñ     B43¡ªe-¹\²kUTíS³_3/41/4"C´ÐÔ        Ú  ,
dq   É
"Ž}
`ÒSCøê0(c)4Êñ¨ŽN)õçøEã'‡PN  }    ‹  ;‹
^@   "
C   Œ gS$Èó$   (r)¿üGýJÆVô˜þ£A¸AÕ  ØA
¤ƒrs+¶¶Õ¢nÐ°(tm)ñBa  f  §      f  2œÿß¥ëÎÒ¿  î"×I?´"ÂÐAˊ-Ô              ¹}šÜ$nhœ5d‡i¦(tm)1/4
É  C   )  3":Y  ÷7šÚ-¿
    žµÔˉ‡ôûôîBo^v(c)Õzm  -  :  <3/4p  ˜ê7dûéž    0˜30¡
!(tm)ˆh)8É
Ú‰$  N  ÖŠ  AŒœCDh  '''Aúê"  £IÉˊV³¶du
È3/4  -^ÒAÝj¯_ÿ1/2>ÝcMÓÓWA¶  aˉ"w'1/4×DÝ¢qDnÑoUA"  áU0š¦p  &š...Á      2-$  "ÑÕ ÿù-
È'''Â#÷çzðá  øn#ý
    þ   }]-kÕ×_N¿Ö,
°›H6,
G›`ƒh toÍ      "^4  ÉÛ-  nò8s[EßDâúa
šÁ
...      ¢.Î
AŠN!   Ð  fb
‡¨ÖH  Uå  ¤E  Úzý6  ìÊ ÿƒ
¶Ò÷ÿãþ/"Uƒ¦þ¿×"-'§"-1/2éÐM ›"ôðZ  :  6  w"é  á?  =#}   ÊH  ¢oM44  MV  i(tm)‡  F|!ðè:8!Á
    g,"†ORd  ^  þê
n"S³5I  Œ
Û²)ˀU³ªˉã××1/4n    µÿ¦ÿïé_Bþ"úO  =tôÿˆô;zZ¤Ü'ž~Oš  _4^:Dâ  "]´]Â.  Iá{×L&†  30˜`(tm)-'êú^v
ŠvGAH¹\vÒ"ýM_/
.þ•%Á‡ûþÛ(r)×uÛ  ðµý?Ú  ö-^-cÚOÕ"  ÂêÒ  A¸(Aè< ðƒ ƒl)1/2¢|æøFöÈÇµÔ  á¢íÚí"ÐgÃØAÅ
Îˈñ´ótµ(tm)-Ò(ƒ  s¿Y×ãÊ  í×P‡ùÎ=š¹  î¿^¿]¯ˆ×"   ü -
°tûðÕ  Ø0_w3/4"Ý±ÐÒê"m1Ié°K-.¹¦á%      A¹?h1/4rxÑ}  ž5
Ò
ø¡34x+i   4D$Fm  ý*
šGµû
këïäëü    ¿  ¿5wú"ÿ
¿ú  ²/WIãÿÙ  ú~ãì.'ª"M4õ  }÷°zjœt¿aˉj  ô-ƒPžJÛO$ð  ZÛªišg    l2
t"   œ2  EB/  h¡ý
 (c)Ø"  Úm[[mn›_í=h¡{¯ÿ_ö3/4%œÑ3/4ÿ÷   [÷þ¯†  ýÿŸ
ø_@Ë¬²4-F#V]   Õé§êëïKobÓuÒïO        Ú´¡\Ãœr Ÿ
    Ÿ'aÚIþ"3€  3áÁ3@¡3TƒB  šPA  äö  käÅŽ`
ØT\ö  -¦)Õ¶*   I°3/4í-¤ÚäþÚZþÙ¦¿ýp1/2'þýœ›÷êz(r)þUš/¿U$åBè.¹ð˜qì2\,hD]GWæ˜_úA"#§¦éé?§(r)´¡1
/4*~  ±Hþý"¢Ê§ù  ÝÚí-"ÐaU3Â  âÉ  "  @Èb"G0ú¹Ù  a  °¦qÂ¶˜Øáû  "
    ›# 1/4:†"úÂ_þŸr...-/Ý  1/2ë§ªþ    ø!  ¹ïÿEçü0Â%h  ú¿ß  ?Uãƒ÷ïÎÐ2âµ8˜ô"û´  wá
›H<¹Ñ1/2Éã-ŽO,-  Ôn·A   á"Âa
&  -}DDD8a    "â-FÄVÆÄ_û  ýí"1/2µ¿×tÕÉó%oó;úl  _öúó3/4ýVø@Ÿæ(r)k9ç:ŸÎé'ÁéþJ/éy
ý  é  =ö1/2S]zë3/4ëkn-"è¦ééÕmü7MHß.ŸÈzi¶¦ÿ      g  g.°BÂ
!ë
ÕUì0"Ã

Ø[        3/4ÚE<¶"4ªí+
Úëš3/4ÖÛ÷4í.ÿ¥é¢...‡K  }  2wú4ÿíÉ  ~¿ö-ú¬G¡þõ-tðD  ÛI÷¦ë×  ¬.
        Ú3-ô  ¹°æÂÕk        DDA,  lX¬X¦6?Œl²ª²8Û  Pûv  V  ,0U~  \'ÚðÂÚëÚýöŸöswìÝòt1/2
ªKýpO"þÚLÕuïüÙ"zé×°  }Òß3/4ðÕú[¦·ž  @ºZ†è;U  DCA,  Ó²,DC#{±A  ^    Å1ûLS  †;
S
/ikjÃ
(tm)¿[[W]´ëÿýw(G0 ÛÔ¥ÿ_Nì    "²2/þß1/2Ç×î†-""
ö²  úN3/4Æ3/4ž´µ°°""""  ª  2Ã  D ØM4"
&Gvš    |-a">0,qLWad‡pdra...a"¶Â^Ú°~ú°Â§Wë]Ý(tm)¿íRæ}O]oõ×ÒÝûÿÛ0tïÆÿÇ  úkÛíÔDDDDD
D  Bå  E±  â
1/2L,1±,xccb(c)  Ù'Â¯
^Â¶    V  Ú¶  °ûªéà'ùŽò  ëÒþé""´ÿúfv·T"úü]?"O1  Äg€  ,  @Â  Â`š
  2z!k  6E  ÅlS    ÂnÆÅWÝÁ  ý,5Û]Ýìtßûÿ Ùèû  _N³W¥ð^£þ•~ƒrÕ-×  žJ
"¨A""8†  T  B-Uì4õøŠ{_Ïê  t¶º"èõé6-å
ýÝb²...Ûó  'u1Õúªøìx^^Š5,    eÕÝ¶pvÕ  +þàÂV3/4  ƒ[V×ì&ÞêrïvÂúëN§ý  §÷k±â^^^â^hZÇªb¯1/2Ž
*80-°Õ-xjÁ"ª×ýÓV¶÷¿ôøaz^ð"DD0ƒ$8BõÃŠö;ï    ØýöÕÕum[KÛXã(r)"  ÌAÇ,æt  hZiØn  MPal5ã^¶
  †  a"3/4ê?  Bq
  ‹DŒJ    CM_†  Å1LW±ÚG  A  ûñ  b"."Ðdw
"TÓQ`þ  LEœp"  á  ¤"C
Š
  GÔ&'Ž"%m'Ô(r)£:ýp}Á  êEqR5|(r)i  ÿå:  à^ê  ²±ñ;üìM|  Ý¤Ãb(tm)¥    ªª\‹x  ë¢
EÕ  ›´  ªhHôï'B4  @Ï'ò*?1/2  ¶
ŽÊ´  "1Úaa(tm)Š  a  'F
  JU'Q  (dºÿ;V‡I  #è§¬  n‡ÐDì0ŠçI,
!

é"  ¬  @Ó5  B  S  Si2‡yÎÔ#¨;é  Ž>    [XA1/4:
  £~Oš5ô\Bh=3X  LÌ  LÝ†  0ƒb  šëàòèc²:þãÂQiÚtƒè  ÜžB'm¤~h  è×[U    éÙ  ÈÁ
  k  ÕÁ°D~    ÃIþÚP¯"  -'ÜXC  ;    CP@ü
ÜÝ/i    (c)  ï  Ð´ƒLÞ  3  Puè  ÒKðj  a§ðéæzO  ÂqziÒªƒl&  Dî  vÑ1ÝiÞ    øÂ]A  Pý!GÂìŠ
~û
]^1/2-oÕo^,xAÐ  pÕ‹ç´¨ê  ÐwpD  k!
"H~  `¿Õ    "ïa[p_º}]\G|èA<+3/4    Á  ú¦  'Õéz³ÓšŠ^  1/2‡ÿE8zÏ
Ýÿÿáøÿ  ÷3/4•×Uúáåâ?¿ƒ  ú'uPµÔëÿ°¨"þ-    _¥IB#¯v+]Â_Ý´ÿÚè  üÓëk¿¿°e8  ÿîë"¿ò£{3Î^gúþž÷1/
2iwuÛû×èøa¥ÿ¿UçbhŽ£I  |;KL0Xa:a¥§ö¹ËK×  Òþ>ÿÜèÑ3/4×ý¿Þ  þ¡  Õ-Ø|>6?^×l+ì5¿µµÝ÷W_z{ÿI
`á xI  °ô  "  %i'aÕÇÂ^Â\  î
ŽM...Ó(r)  [^qj¹§í"ð^ê  ºYO^ºö"
ê  é  Z
...""Ól  w    ·Ãb¡§ðÿöý%zUP±Ò8ëþ  ^^0D  v†ƒ#^"Mµÿ
-"á¨"a"ç×¶GH""GRÝÁß      (tm)Uxa6",S  Ç  b1/2z(r)  84¿ªÕ
"!!GvœZûÿH}*×,M(c)Ø°
  †  DW@ë(r)¿°-"Di^úôŽøõ    ±ô  Ð^éz"ÿŠYuá  #"‡¤¶ô6•a·õ-y  ê    Ô":àõ_C¤Ã¬*]RìŽ´•  ¨">Ÿ
ÿ÷úX}W@^é%¥Z´¤"\ª    T  ûÿ@^ëÿ  uK...ãÒðÒøþ'u¥NºIV××P--è¡Â#¤ü-ƒ"Gÿx|
ƒÂ#ª@^ë-aþ\  1/4e  à‹^X  àÕR  *V!Eh¿ÅR@  Ð:_ŽÎ3Á¬  @×,#øDu  GÒ-*ªªKh  U  GPpD~
  1/2%PpDtµ  Gøÿ  Ž3/4
ÊeI:Pá%KK)ÕÈéPDt·-  D~"á^´    Ã‡
ÃÜ  I‡  Ž  ">'  GûÂ¤,#£3/4  pÿ"øü4    ZÁÝP">"
'f    úÕYL¨´4ºN¡õH":"  (~¢°EÕ  Žï"    IhŽßµð^é

1/4ºÝ*#ðµT ;ÐuV ¬4(r) Ò÷ÃëK"õ@å?XÊzZ3/4•A ×F¹å2¨
Ò@‹ª]µ¥× ¡Á ÔP"ëÅ'ëIWhŽºò(tm)RDu "4"ê
ð@ xXu@ˆê n3/4-ÿÆ h:ëX"é jS*V" Uƒ¨n"ø"?Pë,#ê(c)Z
á¤ëõðEÒÁ û^µ× GI/ Žº¤GX@ˆé%uÐ} œ ë
?þ-({ GVé%¥ú"GYu 5ü tŽ: /¯
õ´ Õa¿ÃÕ$1/2¨"=X5Zà‹¤ ß-B#¦
Ž-a-uúAú GH Aþºý
8ë¨uî'Kïý= #§3/4,#¯úàˆé
ô¹.-0Ò¯ô ¡ƒ

ùOG ZÖºÔ9O`ˆúÄï"Ê•Ò
"Aôº PaR\"?z¯ô'Â#¬<¡úÁÒÒ¯"ÿj ¡á 8Duá :":(r)(c)iq¢Ÿ
¡¯¿†(c)| ºI GPD|CÊ-†'ô Ãÿ¤- Ò
fËÑ'QËPS ":ƒU¥K¥ZªØ¥X"?³º zuú°DuzÎ:Ð"?)Á,:IƒÊ I¿N Ðh WI`ˆþé ,(zËu¡ Ž [ éP ´
]Zô ÓþÕ, ×Z"ý)\"vvL],U}yNª"$<Q•z
¸åTe"èŸ#-Q ÌeÑu×ù 4"k¤ ªÁ'-R²:(tm)úQ£ "

|!2ì"
§ E˜r‡%1/26v5 • HŒ BÊúð_Áðàˆýq ÚHï¤¨kÑ•ÁXmÄCa ÑŒ-þä³;HA
¦D
'ƒ)À€ApD}x *(ã¤ Duþ-Ž: •'øDç Pà "= Gb" !EÑ...uêv A¤˜AÒ|84wÝ/ º;¨h;Ã...@ø@¨<
kÔìÊˆ0 ˆ‰£
±ÝQtèÜÑ áª "]A Ò `ˆúëÁü0Š- ,>•öçk 1 -šn'
"N} ó²"ƒV Èþ(c)Jz× Gè#º ðD _ªDt ÷YF+ã¤ÚïA´'o 5F ãø]%
'ú(r) ò_@í$Ï
C @C ¦c8G...%aœ§ 6! !¨3š":ŠhGAA HÍ?þúWMôß CÝ=c^Pý`ˆü":˜t £
´?øAá; < è Â ,a HLâ
²|N¢)8&\G83Q , È(óP ˆ œˆ±}-ÿ_a ü%\":ßô
t¸h t A¥,uÚôE è˜ü"QÂ"¸vš#vk3 Ž' *Pˆ(r) ±°˜A" !xAÈBã -H
PƒÇë -ð}/A¯Ã÷Ò,#ðd}t´ b Ä$YÃ:á >0Ù,Ñ3¶&›E †"Qgf- Í £ƒ‹Pƒ h úz
ôôý.Þ"ÂÕ{ÒZ£ºƒ] ZÕ t'û3é ú a>,n 6,oH0ì šA0Á $^ ="tb Ì MìŒ'g¢æ
˜ìë"Láþ3/41/2ìj"W¥ Ž¿¤º× 'Ça÷ ›ˆTý ÒÒoA<PÓCMh ÝB~ƒ ƒ‹|'Ö·_ùN £Ž"
KÞ² / Gàõ¨(tm)ù eV›ªôŸnŸ"" E;-éÈ¦Ý?OM3/4"}/ÒJù Ä4¿Ö1/4 é...Gp£²
¥zþ(r)Ÿ1/2^"ö´¬2³_êÿO¯ëüA°ˆé{ ~•RÕs ¥ î¡‡wý~¯Úý?" ÿN+_ôþ·¤-¥_"ŽØi õðpD}(8úF *
Gä"+ý_ÿü ÔD ÷ÿcÑO ×þ ýWåÑéo å> Du\ "GJˆÇj Ò
L @ˆúÿý ÿ¯ñ¿ò5= Ã zï¥û 78ôqÖ¢ J"Ãë¯¯‡0é UA+ Gáî¯ú¯¿ëý-988ÿ×ý ÁRÂþ,KÒIñ÷
ˆŽ ô
ƒ
ƒEF?TqÂi
wÞ¿ÿþq_z
Gúÿaú'?#,áiW¥(r)ðÈý,":ÿE `ˆé Ð"‡ Ž1/2`þ""ÈÚ ;ä 1/2uë¿ "ú¦ëùŒ¦kÜ" t óï).(c)Sö "aÓ
Ãx":¤ rAÁÄ4qþ - [HWúûÿõÿÿÝÇÔŠ?¯ð,ú %Õàˆý%ãê‡ ]*Pwò‡ðE×,,u Gý_të ÞÚ¿kÿÿå>
ô3/4é$¯JºTqÅ" KD-G_ª
q×(|4Á¤¡ é$qÃû"-¥þÚ]^ÚV ¨ ßÿë(r)ö-ªK}Y hUQ ¤ºþ"Â#¨5Ò¤,
ûX8ÛZ¯:v•"f¯m, L§g_÷Êuï÷z÷¤O$Ý =×Œ VÃ
'1Ì:éYQƒ‡ Gé,#élã",@ˆë
.¡¥ßa[ ÂL01/2-bÚÿ
ÕçN-í"-s¦Ù"Â

1/2PZWª8ç€ÂU'èŽ•R    GH  " ":ÐA  àÒÊ±.-      ;†
'       Â  Á› ƒ  ^¸8$Áœ  Ð3²¡Dà A|X3Ãý¯¶  }í[VÂØV ].›I/m$
ÙNÂO§  GZ\5ƒ†"ï-+Q   \B"â   #qLBØ...l6!C‡
ƒ<8`¡Ñ  !ð‡ƒD‹ê
    "9C  IÉ  ±X3,'  Ï  ±¥¥¤t, D}†  _  Ž¡á$wUPD]  } D  `¨é  è4  Ã"Žà^þx
Â²Ã   TÃ·°Ô0ÕÝ±LB  ñLVÄ.!1        }¨ö)
¤¡,# -  Óé%pD}P":þ"Ò‡  "*°%üÐDD  ö`  ‰/'L-ª¨0L  üð  aXaa,`3/4¨J"µá  ö)×à^ÿ_µiRZÿ"œ"‡
0â"$j    *°^æp2œ † A"  VÕ  3/4Â%Â  Ùc‰1ÕÐ"  =(A  k  Ž éuÕpœ2<  ¡ð,      Q¡  åAx
(c)-Ò    +  Ž´  N°êÑÇZI  j:Á  ðÄ    P"†0D (r)    kÕT  Ò
"&æ(tm)^¥\  1   ôS¢  ÃÒðêÃ_Z³  a  Ñ      Š¤Žè-("?Ú"‹
"P-  ̂ê
    é:èUSýG{Ðh>,HÃÑO@^ýt  Á  ý$
ÑC¤PøGe  '‡  'ZýRÇKJ-  ªÃ°f  aô/÷Dt(c)çü%  Pp{  GäÇ  Gú´BPQúO\è%è  T    hãý
"  dz,KÃ¢â3/4...JzÕPD  ¨Du×ù!Ê‡Uo  .¿T°t  xJ
ƒƒJ  ,XA,  íp‰  p...!  DuPÕ    ^Ôi3/4vXh   Tê"ÅN>    Gá   (r)-TìÉn?|":
•%ÉŽ¢-  Ãê    Á  ô¨"  -Ã-RØ(c)ÇÁ  Ô§Âà^úÁ  æ;...g`ÙtO " Í~qÓ  ŽÝõä    o\w0ëç  k
%  •  Õ:  ôŽÞò  ÊL"  iêdhe;!  Š" Š, Ñƒ#Ðt°5IQF‰8â ÒÐ?ƒé}k  ö¨`&A  Aà  ," Êp
    a j   !êµ  6\)  ´ ZˆÝDÏ†²  $Œ:ÍCÒ5  ""?   +ôÍAB  aBa=0ƒÚö-  K  R  uª£ºJÑ‡_Â  zûê
@á*ôn  Dº  .
%64KœÀF÷464  a  Ö  }$  D  0ý  =j¡Þ±_ÿ§A_"rî    A´L"
°AºIÐA°áé  UIaP4*'
,#¤    ÃætŽýýé8zøN:      éÐI6/¤BzMÂ#¨hUXDH      å=zúKAÅ  42<j  (tm)ã:^
'Âg†NÈñFbÔÍ,"ŒÑã<góAA  †qú3/4(r)"h*þ  'Ð"ëAøJ!
BXëÿA D}  #è¡ÿÐÓ  Â
    àƒBâÿ  R  š
Ã^ƒ)Å$Çýõ¤Ú[ßýÜ7×J  i)C"  puëö"2?ÿ‹TõDž×Õ...‹ ðƒ(  'ôýtúÝ  1/2|  ,#é%      (c)Ç¦G1/2k¦


    MXdø  é  v
ÄÄô`Â  rÍÒ'F
1/4  z>33  s  á2R
    ×[Kÿÿ÷¨uUÆÿB    AjŽÿKíV,n"uÔPMÓ]
Ñgd  (tm)¿úkê  vÒþPëÿI  éW†¡×XjPÿÕi  î  °ô  ¤  ¦ž›Òn  ÈqÿãOÿŸ]~p×¿ZXB-    °Ò
    CÁcþï·Áízé¿é"A  éÉl
ú+ÿ×    eÂ6"(r)  8n"ÒL.>ù  Ò_ý/ÿ/H%ÿ_1/2zþ3/4'€žSŽ-Š°±  ¿      U
Ž9Ÿ  GÑ‡°,  _ÿ§§þ3/4(c)ÿþ'¿ÿßôþ¤ÿî  Y?h  ¬|%Q  ƒbaÓ8ö'ÿÿk¶¹Öÿÿú  ëÿâl
    m6&{  6ƒ‡     *Ó  GØ8±_ÿßö-þ-ÿÿõÿ÷    ò  ‹h¿
...ù  t,#¤•-  z
"‡\Î¿ÿÿÿ}  µßÿôÿPÝÃn,
)7ëIA   õIx":úÓ
ÿÿ{n1/2ð-ú  ßÿëÿ[ïÿÿO


$ª!ñU
ÿúÖµÿ_ÿ¯¬"
    ^  Ÿûûz¶(r)¶Á  ÿG  rÇ]WÿíkÛÚkîÒÿ~ú3/4-ÿuýw¯ê  !
,±º
N  "?ÿ·Ûï^Ûëý¯{þ"ÚWß¨¥"dr@^þ  N  Ò^¡_ÿK[µó-Ý%þ-ê¹-Ìû§¶÷úéõKÚ†  ("@_HÃÿû
\‡1/20~ƒa  v  ÿ~Cí´ýý1/2+VÕ  K":cP(r)"ä¨"?Çïí°•"Öÿv  +a  ü0Iº-¨ÿk¶uÛÎ±ªIÒ

* î lP:HjBÁr@hƒƒ†Ä&(øSÁZ!@c`Ì
ÈáC‡
8àÂPeÄa"ŸöÒØa6 XiZ'0¤<,0¤`§X$Z 9pÎGG -@ C àÒÿí0¿\1LUß±LB`Ì
Ð)àŸ
:†x3bÁ, † 0`"Ž -&
$t 'Ú˜˜˜ ÖƒáS-!ÇIN>ýU ž'z` - W† Š Ã aˆAŠb˜¨¨¦* TDDH)
qÎæ Ú4
"""""4"6""¢ ÂõÚ¦ h4Ð0ƒ 0 ¨˜˜ YsAÜ¤åTT ±sŽª"˜‹¨‰
ˆƒ ""% lÊ1/4æl
\ ¤žƒëˆ¤"V Ð #Œ¿ PA è -Ä t
#"çÂ›¥U¯ÁðGaQ[FÑx3/4pfÀÌ3˜Ž* Dtâ3Ž¹C•²XˆŒ#²2"l
Áƒ ¡VÖ OÄNù 0T#'r:Ò¸ "• ÂPˆëñ aÍd#" DHÉýpÐ"?°"DOŒî"ã#' Áâ £ T
!
"'c pÈ ø":å
"† E 6 øDu @Èð‰Ùƒ.
†ñ†ÿÊ b2nù Xu¡RÝhe_ Ö I T‹t åu,U...yØÚèŠ)ne K
ºIF$ *"kÓ?IP¦€"Z2¬ ßLì\h"ÁÐ;ý r‡J-(r)3/4 2>HÊW $LS@ç`B
ôT(tm)šÉœE] Ê 86³1/2L""¬ˆš C:X2æüh v(c)~×;Á °àˆéÚ²œR@(c)"áž3ÁL{"á
¡ 0A" ¨ Ým oèºdt(·ETÉ
ai$ { ëÚç éá4Â ýÕz
... § \4}† Ö†‰ðþðè \×i
À~‹ç6 (Ÿ°‰øh¿sH¶ ~Þé$lrÇñ8ä
$ïºZH zý¿"Tð A7‹Ðn z
×o5
Èš˜s - œ¬9MÎgTa9Áä £¨¦ò"Èú@±

Žˆ áHæ] _ G"ùÇ úÑ‡Îÿ ='UßÒm[K¿à Ø â
&ˆC‹ôFqxAè"£ -V ÅÈAÆ ðDHÓÈÙ QšÀ óY6'N) <ë¡I

wî¿°,
þ"éW^ÿoOO µÿXAõ¡• äsÙè,† !ž°` ßx dâ ÅÒ 2
Ÿ
-š !(tm)ÔyV:û¬ôC2 LÈÌS1' ' Â _ö×"1/2 oDæÁ˜(tm)ŽÍr' a
Ìã§ ýäÇHœá â¥ŽQ.ðƒ ÖÞ é1/4 ðŸÁ%' "DàÍ ðƒýý µ 5
, ÷EŽS¤¿ñ¡Ç¿þ, ñw@šz÷á û 9+ Ú c....ƒ _ 0œÜŸ³]3/4‰{
4é"sf(c) ‹
¶P1/2h<*v wö¿á[Y ?×ƒóÒd|"!úÿý1/2&öâ†ë^è7æzY l â,0Gt( Ú
×z ªn Aº 'Ð_¢~Ã*2íË£¤OÇ¿Y¤
jÑ<'0‹ìÇdŒ -Ðªâ"Þ¿ÿß ¿I×ú¯êœ‰ ÷³@Õ&ÒoÛé"3"T n(p-Š 6. O ú 5"(r)ï
ŸIÅí/u-Ö-m~úþÕÖ-ïýh¡ÊsŽ˜7py u¤Ýï¤ï"¥1/2i%
ŸHEøO÷ÿ †(]¿Ñ dJ?:K"ieÄ1/2ôþ"(r) î¯Õr`-A òp"uOO]ôÝ"ÝUÖ•-7 Þ-û×õ
Òôþ¶
-$˜0J!ÕÿÈ b-((r)¿¯ Ž8Aƒðb
+[÷ÿ´˜4 - ú1/2}==¯õ[uð}ìU$"T->ßÞ z¯ß·¢U!$Tò gs@8þûÐßëê6 W÷÷õýdÁúê1/2Rjªœ
oÿèŸûX/_¡Á "¨X\ þž-ïÕû[ DsŽŠ°ÇÓì Õ a†ë5n ý=$'+
_·û @ûÔäû¯g1/2 "mQ,àÄ?ý¿´wõü·oAioÿú
ë(r) cÿEÍ¤'H ;~þ•/µÿü2§#aßFÓ†
u¯"|À~ëë" ÿD³×õÿ¢tõ3/4'_ ƒzIS ~þ1/2ëÿè †Â ...néyÐ_ï¿÷_ëo#)Å(Ú{¯ ý -×û#ïôô

S¿o×_µþëï "Sýxoµ÷ý ûï KÞÇÿø[×è<¤ ëj,A/ÿm-×t1/2uîÛ "9ÿ(r) oU*1/2×]-mÚý [_úí¥û8ûÿI.þ
ÇjçE...Øû[KÚlë,"bõ×
'ë_û}¿n¯mûõ¿Çÿ×_ºE vD ¡ÈÇ_I%Òý´¬-¯^ ¯-¦×"ë S Ú^ÆÙ-G-Úûwþµkúþ-×Ãƒ²
a ¨HÓ ÷a"¬ l !ûWaPa%öÂ@,Xid:ÂØPÃ!Í"{¶µö ÷mÛ)Òëº ¯ºÇñ*ïZ
Ð[-IPwb˜... ¤|C9y

bg `eÁÉÃa8hb!T0"0"h±ö aa"-á"ú¶ KVÛVÂ1/2...á¥ö¿aZú³¥ö(c)%Iw" ¿
& a}mnÂ{
*Šcb¤h Å1D€ÎEC¸b È aŠ(
àˆV Õ† [ ›í† [l&i¦ ¡Ùša"MÉU ca-v-¶-Ã IÍDA, 0"TC " B!,Y 0L'a0ƒ
o`"Ã_†G '] †x0JKÈh Läc`Á
84$ 8"k3 3 ÞÁ˜ TTDhDšd¸ƒ 0A" & P&S"µ,sº
Ú*yô " "X¦!lB]¯Ø_† /±^Ä$"
5W ˆ‰'˜˜˜˜˜˜˜˜2!pL‡ GDb7 C8¨B" !HpÂðÂ¦\ >Y ƒ A‹H$ + """"""""4v
Añ Ó ¨4G5˜}u°@°Õ!_KAnGJË u+À"@, ãH E&aÎÙS¢c"FIxA0e²Z
!Ò"ta W+ÈûS ±Erû Y ³µ Èþ °Wt"
ADÚÒ, :AÍÁ#¸ŠõItô ]Ì/éR'¡IÃ•ÍB˜Ò;+ o¬mô-úA;; ,A
ßçe€_2 ä ) †R2'#CN-º%b°š#qþ3/4 t " , `ƒ ƒƒd9
Ñ $Yé4ï´(tm)N" B"¦šaRô z a î,ò =QDá...Õ n,%Í m l%0ýè'´ Ðp·è Ü"Ò'z 6°ƒh
Ú 6‰31%˜w'˜˜Ìòc# ñ
Kvþ›•ë 'ªm&Òm |† Œ ä0ä,($¬ DäfG ! ç ( º 2(I8Ú_kOþ,(r)Þ ha
ïð ¯a?u\ ¡˜#"y˜#...!T Ú b Š B
a œ x!,8!¨!¬Cã!"# ×ý=}=7I "ê'Ù<Èïõ¢VÞØ"1/2*3/4á
œZaB Ô ðŸý""Ði-öôµÔuµÒ^ß @ Ð yÈd<ë¨
@Ø9Ò 6Éë4ƒ6íR#‡"= ;'-ž (¢P´ôJ"Äœ:Ô"XÑ< ÿ÷] Sº÷ˆtžƒ‹wè ÛÔ'
1/2b a"Ä pÂb|Ëü Á (tm) ¢td ‡Í!'(tm)ˆ
"Q¢ù A´ ÿúu÷§Á ïïÿÿÒOð°1/2(r),
Âk"Ó¥¤ÊŠAô 7 3/4›J ~ B nºô¿ÿõ
>ß~¿_Mÿ¤/J,o¯"úú}&éûm*~* _¿×I/úGuÿww{õÿÑ'f¥jûÕ ÿ ôõÆÚ[t,I¿ý-ý ÔÀ¿ÛÎ¡8c
N¡ ú ÿÛ(r)Ÿúªûô¯éµ§ê·úýz_ï 8>Þ lƒÔA+ýÿ"
ÒÖÿ¿k±†>õìBû". ¢úÃûÒýP_Õ"p×ú°r
ûþý+ îÝzÿü.È¶mH ùékë˜˜ä+"
¯ß¥ÿƒ ë·"XpØ6‹#ïýq@"L8Duuïý]û Ù Ëÿÿîý‹úÿT¿è?îë)
"4 ÿ×u Nr--ÿý~Û ÿiþó‰‡ö-øA Õ×zK(Ãšaëûïù sÄ}'ÿ3/4ÿ"DT ÷âo@ˆ÷_ GÿúI î íßï3/43/4÷]
Y e=[î×êéü9:
þ¿¦ýü }ú^ºV·øû- Õu¶×ó‰ rH‹¤U·zÿµK)í_×ý&ý
ºÿ}%ú¿v
ºêÝ¥§¬R 2ûzÝ¯õÿ‡"Û¯ô›µ}1/2ÿKzP,zzú"kk
l+kgIµ°¸!,téT 0Î"iwvîû"UÚÿ¤Þ-¶k_uý-$OÚÚßÍ"°‰ ƒ
A"˜a }...a...a" j N Ã ël-¯U¤"Ý ý´¿Òn "¶°÷]*éRú÷JJƒ" ¤~***Hâg$T)Š‰Ü Ä$
Œ]&!0ÂWwß\4¡...Øa+ü$Ûa-X`°iZ_m(r) ÛVÒm} ¹‡Sº
--"Ó_°"iŠ‡

eÃD‰
Bº(

Ñ Cá ˜ 6
† Q@h4

ìTl5ò-,0'Q°ÂL0"
†Pç ˜&¨ X0˜M0°Â
Âb,L ¦´ A¯Õþ(ºŠØ"ÿp×°§tÅ C:HH}GìlTq C L¥ Õ(° ÝÕêx f€°Â¯i-"í
5û
¶ L(@,B+ˆˆˆ"B#B"""""¢"HEÑ! ‹˜,&¶ !]S8 J!" @Â,(s9ÓÈÖN'¬\î†m , ›8dx .Èù-.Èù 0\‹¢<"*
#ˆŒ›;ˆa )~¥m Žh - D\XB""" Èá4 JFüŽ'T U² ˜@œS

# aÄƒqUËt¤ 8H"ª¶²& Âf28e ‹".Ž ÀðÜ Æ_ê "0†Œ
˜Ðä ^ ƒŽ ‰ $#sÙœ(c)ˆ,#,$°A êFÓ i MHhÙÄD-ÉD‰ ôð@ Dt,JÛ°B ¨,# Š9C' ò¬B.m5
-ÁB¨¢‡B#•ô C , ""
L‰†PŒ C,T
‰¢1 ÃbWÈŽ !$8†`!'Ð! á °-E"¹ ¨ŒŒ...B )q :ú ¹]: '@(r)1/42¤°På8 I âMÂ å}
ƒ¤...Á "¸ 'Ñ X28.%q1Â
"*DGIbdT7 Îâ%(r)-¨ï;5Ï ¡H(tm)$Šâ"ú3Ð‰œ¦ãªsŽÅ %oÍ¥ ¦²ªŒ,"ú $†Ë Íü±ÁA!
• z; º
e[
ˆƒ Ò ˆ.J"±28Èñ 9 ‡Â"K }#±ø"9æD¤ ‰' %¸<a ¯
6
åO;JÂ &šZTD· Rˆ ªGd-Y F‰ )Á7¤Î-7é ...†U$1,-m¥;*
¹ÚÒÉ¢
¨î´v( U 1ÁÒA•$ôŽÀ,'Ã è¥i g$I 'á]A & ¦
- , BTðÊ ^ -Èâ ÂŽ š¥ ¡
-ëb[
~ , #1/2 # á#¹˜BEaaÔ Ü¡Á\ XaC E:;ÆG . I21
8‡
ˆ Ä‡M3/4àŠ ŠC a":ÉVL"D 7úD*aC!(c)C˜pˆé¶éÊÎ "¦ÃUM (r)"Ü¤IÖT"'ŽF›-Ü‹Œ'ø¨jÉC
¢- ÂL (-Ì<ì"¥è•Hã"âI6
NDðE: b (¸%O "D'lQP":#TC£ª¸a¤ º"GA"$ ì":†"$ˆèh8J
# Î›
‡" =•_TÉ3. "¥@èëÖGK°,D@Èâ íB ðÁPÐ R:£Q Á
vk¬ BD+Ã:
ˆf\. Ò aªB3/4 'dpMe C*Î3/4v-| Žá-
÷ @' 4 Pí¥·B ðHDEèHêµ $¬ Ý'•¦ î à Jˆé4ÆÂ æ´í
ˆëPˆ. -‡Pi$7çPB:¶V 4>Š-§ƒ8ò¨_¬l0Gr l Ü %w¶GAÐA
arX´
¨Ö´|
Ì¦ˆûÄ T": G¯÷S+A ‰c...Â Ø,
`¨{
ãŸæFº² áp£
×V,)ÚP " \ ":@ î'
vªr‡mµ"@¯ 3/4ö3°£/lÁ‰@2àÁ Eà¯@‹ s²¬ C"ê!' Ð#Ž ¥ 'ÒXi³±RØ•QßÜP":†5A\ìn, "`b
GV _
ô Ùq
4 æ‰ [|~
ï• Ã8Žè Ž20(Ã(c)F ÷ú¥ƒ8á3n AÃ yô ‡Ö âÈƒœ"
×.hã...îj_š ÉI Â aŠ#¬ L _#<ˆ
#¢' g IÐÓ!... Ó ÂÓÐ(c)Q Æ\P-[ à à 0ˆë,#âªâ †GGÐ#@ƒ:"8h §Õ ×
ˆê Ñ ¬î{ } Ø!# ²¬9Ø_áÖ,#çU_éB7!RÞ;Õ ªðc ¡ c(tm)ÉŽqÎ;ˆ3Dè(#Ž @‡ayÑCëA ÈèD

E
°çe5
CC¤-BH...   ‰N"ëªÂ  þ  uøB"B
Ž°  ‰ò‡*3/4Â
        Ý'  ÈŽŽÇl   škb<$>ºÚc"·        Ž  7iÎÀÒ\8:$.  fÆ  Iù¡•D  0¤t"     ×^épáÈŽ%
    eÒ   Ž(r)L%•¦  "qÁCàˆý(ì0¨'1ecB    †°à  ôøá†   Ò   a°f}Îë  U
r  ØpÍ@ÁI  R  &ˆýT  C"  wÔ1ÛSD\  Ž~
ê":áf‹
æÃ;Â  !J  ¸K  °  ÛöÉÞ´AÜ,2‰  ù!UÇ‡¥á"GÐsŽN¨žÂ;ÃD  Óã  Ž  ƒ¡r†  9I‰¦
¸oÐ"ê  !ª#-Oød!(,  Ìð¨  ö,‡;--ý("> ÇDx-"0  ö  ¨‾28V  ¤¡ƒ  G  tTd¦!'-Ó
¸IŠâ¨û  Ç  'Ö
kdÀB>ˆw)Î9àD,   õŸK  ŽŸƒ!ô  Pá  ×U"B8·  !Æ=  G]XACýd"Ð[  ŽJ  y
cÃn9   ]ih1ýÍ¬Gþ  Ž  A  û1/4...¤   Ô¿  t°JÒAÁ  ú  /þƒ"*Øû×   ÁŠþ(c)A  'ÑKDu
´  °ý†çènëÒKÛ@°ÁÁ  Pkê(c)
Ó  Á  pƒü  t  P  þ  ]W']0 Þ1/2A  ×  Ž¿K  ëáÂ#¢'py  -
Áþ,ýP"?#p3/4  ¸Ó  °ˆê3/4  Ž¿AU,        ðŸƒ;ÉöîÒJ×A¯Iû
    ã"ƒ  WÕ"]A  ð")×OÃ#þŠ-õ  Bíðn
-Á-(r)'U¸@",(x1/2  ì)=Œ    ¿Ãa¥¸ÂPDu-QýµÊ  23Û"GZ_    u  Ò
  c§u  ŽšÔû¯¸mÁ  Ò-¡e  Pá¶Ž  Á  A  GÓa(tm)1/2?^ª¨÷ý

c
ß3/4  D~PíBK  ]nï  ¸D  H,?¸Ãª,#ðð¸øE
        ô  Ukt   ·u¹<,á¥
ö
ƒ+KõzP¯Ö   ·  ¡Â-¡ð¨ëtÈé  ¸°KA  ×Á  ×ˆŒE8vïpî
-...mà¨û  b  2:Pej  :á¬µÚ¥P¨ëœÄ[àÖ  °e  HuOTþ!¿ï
¶Šø@³µI+ê
6KëJŸ¸ÂKi  GKCkº{\°  ...  ß÷z  @ŸÁ  8]k¨ŠŠ'ò:6¤  <u¨ëëú_  Þ
÷¢žÛ)ðÐ]=ð(r)úþ!ºÆ  `¨"]µ   0DuµOt¿¿¨‡þé   Âz¿ð¯(u^¿ûÂýaa  ÓŸZ  ~¿^¡  Óë
    þ3/4ºÓÖ]ð  }×O-úV(r)ƒ¤ŸøDt×î  xp}ÿ~  ¬  â  "  Ž  ]ë¯Z¸öGO·J¢   "J"Ú§W¥ûHŽ-S,#ö1/2ï¿
éU(7Unÿ¨=i*XDt°¿ª#ª
w@‹§"^  wD  ï¿"?ÆÑÇõa}mÔ1Kþ"õ
á¥K-tÛý  GFÑ  z|[^Ñ"-öG-ÒÒÿ
0û  ÂÖ  ýN=  -3Uÿáp^è  J4•Wa¯JÞêê--"(c)  pÁ  ïðµð^é-3/4"2ˆtØvÔ?unª¿†
RU}R¸ÕëV  P´ëë*1/2+Mÿ¯[Ûyw1/2m+  "(r)ÿï  ]`Åþµ
E=lÊ=ý~  ÒúÍ}ê  [èþ¿ü¸`¤  n1/2xëK~õç¨è°ˆê  ð  R‡Ü":,/ákþ  úá¤GßSé†±PEÔ6
Áëi×Õ
o¸0•Pév-¸Ã}oþ¸œPDuwÓé  Õ  Ö¯XP¯ú""";Q  ×Ã   ÷MCÿßpû
ûÛÃIU¨E>ºWÒÕô  "GÍ
Ê  Œ>   áÎÒ÷-(r)þ  ú|I   J  '4  ¨;ÙL  VŠ   ÕúÁþ>¸0°Ajé\wÄ>¸":¸ý*Zõ^,à^ý?ößü
4    z¤ûkƒ¹Ç×Z¿Ý'ÑØG
   %"  í/Ö(tm)OÜ  ¬aC
*'$GÒµH  !ƒ  þ'Å  Žµàþ×ÐiSpìŽÎÕ  Õ}†Ì\ðÿ"ƒï°#¥ªza'1/2    ê,#¡µu`â¨"GL4>ÁBÚ
AÐê·  ë"GWW    ;J•QC">--  ×({w¤am¥
ÿ¤ž¶"Cö-ÄC-   Ž¿ÚÓ"ÂUé D~   Ž¹  ÊŽ-+   ¥ýmjÚ Jí¸†÷-
ápD  ƒ(r)  ¸Õ¢:I,  (tm)Ð,Vª  ªÐ|7×ø¸ÃA†  Œ  -h*xI¸ØiA  ÿ...V  üè›)åÜœâÑ  %{CX"?¤?pºé
¶Ö  J4ÃÐa'Å/ü?fá¿  Žƒý  8EÕ(p•ƒ  .,
  Ž¶Sûò¡m-l0EF  2;  0O"     ü7~1/2-jó±‹Þ-Ê    ;  ¨ú"qýùl  N  Ž^¨Ž,

Jšp1/2  S¡¤Pë  Ž"#Ï
ÇÂƒK  Ž¸wxIPT  ¡Âƒ´øÒÕ²!~(tm)  CW  ö    Ò-"  lŽ,

s¿á  Ö•u
ë$¬- †Åápa  ÿøx †ö¡  Ö¸ß(c)´§  ¬ -ƒßÿì
, Ù'M*Ø^  ƒAa  Ôã,#úîú^  J#Ò    Š†GN  (tm)@,%‡uý        j §Â  "GD
#¦ö-‰
'Ž  "è  ^  &>· DtôG]$°á  ‡à"    W
Õ¶,  í]TG†-  H?¬ºE:¦±-8TÃ;ÑûxOÒ8ò"G×H  (0ôá7TǪA^,(wÐDuD  "§Aöž  §M W¸K
- v  Â  1/2pÂ¤ƒ1/4  uH4(c)+
CmPÑ    0‹dØ7
G_l  'Ð"‡;...·"ï°t    !  G  ù3ÈãÒC  Ž1/4+l5ÂLUÒ°ÂEÐ^  -ØLëb

¢‡£Ù1/4"8ùž  gY  . Æy  0›qe+Á›...É%  x{â-
0Du  Ž¶)^^l  ƒ)Ê  ›"ZÈ  &D    Š¯à°ƒ†
6  Œ5~sŽ    ØD  sŽqÑ  CÓ# BÃ
  p  "0"Œ  NQH}...WCì

!(Ž""0Á  )  EÌ      *³‰  DÙEÃ°Š-×ƒ  È›1)èo        ¤í¹t    ›-¨=29SXÃ,dI"é,
†  !  .
é'ØF  ´Ø]Á  ûM,":è2  Ða^0Ô1"9ý    ü  |V  T
Ü    (c)!s²Ö^¢8      iµŠƒƒÇÐBÉ
  Ç  "!ø"?(r)0°Ò  s²L  CôÕm  Ñ    Âã  z‡¸u    ^  A¿Èêç‹ƒÁ    Ó  "  ×ª25‹¢1/2i
3/4ø@¢,":ÞÓ
e7ŒF,'->  °jÖÁÜn    pŠ  +  C¢:+(tm);^þ  /ÁøDu  ]{Ò‡¸?1/4AÖ
þÿ"GW‡PúJÝÛ.¡RáÛ}§  ÿþYB7†  à°òØmC...°duPb
  Ào  ÿ-  QÿÀ    @
endstream
endobj
134 0 obj
<< /Length 135 0 R >>
stream

q
594 0 0 752.16 0 0 cm
/Im0 Do
Q
endstream
endobj
135 0 obj
34
endobj
136 0 obj
<<
/Type /Page
/MediaBox [ 0 0 599.03999 806.16 ]
/Parent 132 0 R
/Contents 138 0 R

/Resources << /XObject << /Im0 137 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
137 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2496 /Height 3359
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2496 >> /Length 59738 >>
stream

&¤Zµ¢1  #ÆG  ˜3A   ˆ  •£0B8  Áš"NõEÃ
ÈäG  Â#¢:<  ¢Œ3/4GŽf  #Äq  ù     Ñ    ã  Üy  F2ì3/4_#²:#ÄtGD|Â#£  |Ždx°#¢:#åò:.ˆù"}  óùB#(
tm)-/ˆâ8R9  ˆù/  Ù#ätGdr#
e'Ñ-#¢ñ|Žd|Ú33  Äc#äx    ó  °8f     Èñ  ˆù    Èù#£h    òæn#Ä|ŽÈñ#Äq  äG  Ã\_0G:  ±H     Ã
0        ^^^^^^^^^^^^^^^^^^^         #  Ž"DDDDDDDDDDDDDDDDDDDDðo^(tm)b†]-  Ž
...â,  4ñ      ˉ8    ¬3/4m  ð#Ät]  Â  ÁÈàyq    Ä‰‡8â$     mœ,†A  ""H1/4lCyò1  ÃHò8
ƒI     "¢:#²8k'ÔDDDD'f2á'  ˆ  -"#  á-ƒ  I¡'ÀøŽ¢"'e  G  I¢8f  Ã\DÔ"I  ÆG
,"A†ù7å+Šds#Ç  Ø°<˜ìÚ.  ó1/2  hÒ#  r9-DtG  äp<  ÑP
   Ä•ŠG‰Ã9ŒÑ  òèŽ<"#¢8-
$vG3È  -ˆè¡-DpÉ  6
¡  9Ç  !Ê¡-9vP2œ"-çr†Á  ^^^  TjDx  'hÍ  2èù  Áƒ<3/4GF     RèŽ
¤pnG  c  àe'òè(r)  2Èù:/  Q  w)ÊrÇ(ÜS     â"$$È  ƒ:Y
9  ´D0BJ¢-BÅ6É"=  ‰     ç'À<˜ù-È¢8f  °o  q‡  &     €3Ža"=
   ƒˉn¸±Ü§!°sÈÐîSS  L£  fïŠÂ     ¸çr¶
ãœr±
   ˜g  DDHl9  Ã="9
å        •  l(tm)Ç(rŠDD...•  †˜çÂšdÄ²"Ë¢s  DGDtl
   ñ        Â  'HØk  EÙ0G'àÙ#
+
ƒŽSƒfq
þLr‰DD  þÄÄH  9Z  ç     æ  Ãžd5Ü¦hX^˜Š#,n["!Š  2!äp"t""$4\8^‰V^L  'ÃP  2:#¢:.dpd#†,R^à
ÒAAl
Ê@Ò#'-Í(c)gJà^ðhD;(DDDDú:†Y  3
   ^è)îâ#âA†ìà,0  £#£  #Äta  ˜Ž  £  -  Ã$!     £-  6  Ö'   DtGæKL3/4J²8R:"èŽdxŽ‹¡,¤Ú#äj
   gôf¢lÍÚ        °óèàÌb""""""E2<GÎ#ÌÙ  Dt_#Ç~ÌDp<  HæG
Ò9  Èùà\Ž
(tm)     vd^ášGÊ¨  JDJ        Â#ŒŽ
   ^èÂ/  Ñ-#".  °8i†,  e
P  ,EœØACŸŠ,¶,ŽÂ8å
x(r‡     He
qÈ-  76G
r6
"#ñ#hDDDDDDDÈèÏ/'Ñ     ó
,¹  Dpr8-
x9ñ˜ˆàÁ     F3    FÁ¤A'  DDDDDDDDD¨DM  Â  Ñ|à"vN  f  ¹
        ÀðÓ+hÐ3ÄDDDDDíâàÁ-#  à˜Ž
†i  ¢#7-FÑpÌ/-Èñt"""$4$·  .Šš!  á¬G  Ã\DDìÕ  F˜°."1/4&€.E†Gdv""$W*  h-ÄDDD§^èDHA¯
V  "äp$>  esR#ä|1/4GEÂ˜">$UPB""v¥'Â
Ž

ƒA´GgÑx
v
ƒAt4"DDDDDê DpÉ
£°ÑÅHL...ò>\f^Â0ŒFÑq'Ñ Fq R8R8+ '.ÈànG Á,?HDDDDDDDDDDè^ñ"g-ËåòèÃ#,€" á¥ä8ä
6œ¦ DDDDDD-2èŽ ¢ù 'Ñæ\‹ÅÑ-6^ù t\Èê"""""""""""%p(tm)^à¥Ã'Ä;öGFó¯ " ! 6 àÊr
€Î -
r ðQ âÇ) DDDDDDDDDœ7
7Ô ü€áoÿÿÿÿÿÿ&ª?ÿþZÁKtý~ý ´œ ÿ-z#.UâdúÃÇÿþ@YmGþ@s"€²ÊâK '~¤ Ì&qÑÚM) e¥b!øg
ÙN Œ ÿÿÿòj£ÿ"U 5EšüNÖÂ ...%B Ì É¸ !Û-Ô ó¸
çPÎu
^> FÁƒX S^n8 ÎGS_N ÃÐø< ü < 2p§Ã- `a äó³Hë"çg ¸8í¤O=á OO¨|!%x9Ø †300|R
B:8^ù"y ÙIª§A ƒBxÊy PÙèsÌòƒ"4N(tm)èiÑ? D°6¸}^ ÖCê""Ñ À¹ Ð9€0l!˜"H!žs!ŠtQý
ðß ×ðü ûº
ƒ jÊ2‡9ÏJøDq{ðƒ¿ûÐÂ
ÎA Ä#T š¯Kß_ý1/2 úè'H;øoþ´ -z ' æ¡§3Ž²' "ä+"é·zü' ÿöúßÿKý'¦ÿ ûá
þaÿ3/4, ÅŸV
tÁ›XfN Ž'%Ì ŽÁ" E¤@ÉÃÿÿ _ßKÿÒoÿÿéÿÛë]&×¿ý´¡ Ü6Â,¿ßþ"ÿÿî(c)uÿwä¬)Ô3(c)åŸ2
• KÿÐA*à^÷ïMè&ðúWÿÇ~Å(r)µë÷õo¿ý
, 0à , öÿ úÿó?ÒI¿Ò-"æC¿·¶øãþ# ÿ]W"ÚôÂ ÿÿ÷I3/4öÿý3/4Ÿ1/4% ûÝ[úë¡§ÿ Q:3T
1/4;,#¨-"K_¥÷ëÿ*þŸ¤-ÿ_ëd{O^ Âéÿ÷(r),
î"0M Š,G ±Ç4†Ÿ4ÚýÍ7¿oÿÒ ß"Ù Ú*ì‡W†x ªýa.ƒ O "ÒëÖüvõÇ÷JŸ-/õì?Ø>+×ÿ†
i Z[ ß_ÿ¿õ[I ÒÛ÷X7ê |/}þâº ¯m'
jí´*ý÷Þöë1/2p-oï$§ù 6 þ¿Ö·ÿ[ +Ò ñíèk;ëZð-"(r)1/47ù }
ßßê~ ÿÖ(tm)¢Ø?okÿÝ×Ø¯Š‹Û÷[õ¿ß"ÿíûÿÄXe?K´\úûzõ{ýI
ïõy ÿvýÿõÿÿ¯ÄÌÿª¿žŸç?ß¯,§¦ýëo(r)SÿwÛÝÿ*ÿüÛ!ñvÿþßúûWSú¦îÿÿÒÿMÿ1/2~ßýþÿ] ÷ßÓ ýÂnŸï
TºÿþÞÝ¯ïºÿånôüMÏXïâsýw]¿ïö¦³1/4Öz¿^ÞëÚV1/2÷_¿üúýí}¿[[ÿý1/2þÚW
$ô"_o†uÝ³Z
¥ûî¯û ¯ûuÿðo÷[{vß¨axa*Á%†-ûk°Óµm.ûI} öýuöÿàö×oêý±\U'ÀnC $L Ïm† l+a+]ö×È~
íš1/2*KµÛKï÷ý/Ûßís:ªâ ÷ QD€Àb S `f $S†G˜0Kl.¬0°Ö÷¯l/LÓì4¶|ööý
ªa<ƒ ç"ûím ˜-´6( àÈá "< ƒ8, Hè 1/4
] Óøi-1/2 ¶¿ÿìDDDDÓ
† " _°¶!^Ä(¨âÍ Ÿ Í Ã ‡-!ç ? (c)3j I[ïoâ""Iâ" M0Tá...3-
$÷ZÁ °Å !(E² "V xø˜˜‰¯ Ñ 5! g(€ƒ §ýö¿}ø˜˜˜˜˜˜˜ƒ Á Ó;¢Ò8 ˜˜Žúßb?ÿ-ÿù-
n:
‡š'0ŽÕ> < h...ò (CÁ
¨!<"+! \°"ƒÔE
"ò
9 ÜÜh8

"F9CŠAÿøOC ñ ...ž
l
œ
äâš
&Bš
0 ËÇ (tm)Þ...Ð!
-²^Õš
šf¤û D°6qËsŽPåe ¸Dnßÿ‡ÿ ÈA" ^Sƒ(
ä€§ š C²˜ýÐA¸Mý1/2=4Â"

ƒB"è C@ °f¨þz "<é 3Vi 6ÎêÿÒ¤ïË4£ ÒM
Ÿõ3/4íPM3/4 xA¿ÿýÁÜX#1/43¦Q `Ìœ".Èl"\åA~ (pœNðˆè¸¥jýÓi þwoûi$ÿZMÿÿÐÝ÷ÿºH ØÂ
-¤¤#oÊ Êp`...ˆs0Ì3HÄJÈ Šu.-·þ¿¿Múé;ÿÿ[Á ïý÷ªnßKü&˜Añ¡a
Ô ÿ¥þÛÿi+ ôßÿÿõó"ÿ3ûI Ý7¤ZIWè:CôÂIú(r)Ÿÿ¯t"ÿW_ÿõ1/2¿oÿ¦ýþ'ÿ-Ù'‰Î~54_µDùµÖ"ýµ oÝ
M ÿû×ÿþŸ¤" ¥×
›ÐAúH6 pƒhÒÖñÿïÛIwL~üh 4‡öý¿ïÛ_ý/ô1/2 ÿZ Oýz÷}ê¯v÷ ÿUÛïóL}zIïÐY¨ÏŒŒ š‡ûzN
ÝSu*úßöþ×Õa(r)1/2ÿº[ôß^žÚ]Õiv 0Aá ( x'×¯ªéWþ"ûö+ØÙ ªþ£
ß·ßû}zéz è'Ñ õ¿¶,ýõî"^¬ƒ ÿ ÿñó¿Òû
(r)D
ûEÌZ'6Cl-oû¯ÿÞ¿ÛÿË,ž õð¶ûoÝn˜¯Š‹á:AÐA*...ÿ3/43/4-ëû÷ö3/4...ÊÈ3/4ýÏ¦z`¶ÿÿ}þ "3/4›"ÒM¶'
ß›* ßÿ{ÿ·ûtîL›ëÿèßþ›æ§¯"àªú¥zvÒúâ ÚV¹ä-\M=×í¯úï¯ÿï{~ßúÞÿ7iú¿JÛ¯ø ÚÑ !îõÿ ÕÄ-}Óÿ
îoÛÛÿÿu¯î›úI1/2Ø¯3/4KûtØ] "Šï"úíÿ o¯ÿ ¿öß‰ºë}êŸ ¿ ¯-,
ú±0ô%ÃI,4~í'û_Òý¿ëÿ1/23/4›ÿ[^ÖÛáÿÖ×Þ-ïº¸ mE3/4Û
+-ÿm/VÒÒ¿ý¿ÿø7ÿï (r)õÿÞèªÕ ÐOìë¶ºì~Úýi_ÿï*šÏo÷ m*}¿úœYÿ1/2ê>ÚOÛ
a& _ì4"VÕµÿûØêãÿívë {Ñ 'ÐQþúÖ 3/4ÈîÁ"˜0SáÜ' !j;ƒ#ì0'piCJÕÿÿú}é-´3/4Ûÿí&÷"î'}/†! )Šø´
"Ø¢€x ÈÇL ÑÐ0h c<#
3 û ý´-ºµîÕÒa³ŽD ˜êúo_Ð_a0˜[ûU0éŠb1/2{dQÅ3/4KCçÀÇ'Ø eÓ
%Ý"ÿÚM‹7¡×ÛÒ1/2*æ^ƒ)Á †"" Aœpš ƒ 0¿ÿÒßÞ"Ø¢p¬‹d,È %_M¤Ù-$ÿêßJøHŸøˆˆˆˆ‰V"DE"
8#Mªþ1/2¯Ý}µl*MôÚKg_P•¤-1/4DDTDDD L¡Í¨":a3
‹H 4 ‰á,!è (XuÚD9&Ób,W¥"$µB""")êÄ·q@ƒ ... ì , $Á,Y
EÂ6 I`Âÿö°Áu" ÅhBb£ŠÚˆˆ2i (r) @Â
Pƒ[
T#â%k !
"Ô&ÿ Ðÿ ˜ï_ _ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò ¢ ÿÿÿ÷õ÷¯¿-(tm)@d )†GE tn#£DO-F‹±
`¡ÊrCžÊ¡Ü¨3"
r¹ Dxñ 3 .‹ƒ'ÈŽËŒŽ
PGDta Èâ-EâèÂ'E äG\DDDDDDKr3 Ã1›ÍåÈ¸ A§B"""W EÑ´GF Ñr#²8 }ˆˆˆ ÿÿÿÿÿÿÿÿÿ
ÿþdLˆœUsPÊ Õ' _
šMó/
QQ K=Fµå
{w¶º œxg÷Ž5U o:ÄYRfÒfÒ¿ü dähËŒ"-d ,!tC ¿ú4>'‡XfÔÎ ¿üA² †q hUÿÿéýÿ{ú_ÿÿ×ã
ÈbuÿðÆµ

Ýúû! îq"oÿ[ø7ÿ...õ_îKËÿÿ¿ìŸÿö ï3_ý|")È^
Î
AØSØDY³i71/2/Û ÃÕXÐ´," G ñ `"Eå@Iq±¶-"wÿÿ[×ÿÿÿü€Ú, ...;5ˆëéÁ(tm) ä £h1
/4ïý '•È8 ì
!±³ ð÷~ÈÔ!ù- ' P2è¸Í¢:#£'
Eò|Žˆ ùÚƒ i·ò¦%Sþð èA¢,ÄI`‰ , ,% " áýS ,þ ±'4^C 0 Ã5°ÍŒ2à¡á§EÃÛý
ÒþÐoA
iØD}ÁÜ a pÁ 7å ò ˆ,71/2
' ¿ÿ_I{{ zO¸
×5 ç Õ#¨@D (r)S"( âûõþÿÿôß¦úa ÷I ºjŸ×WþúÛÇ×Õ 7ìßDÿ°O¤ +o"JÃp‹ ×ÇÒõüçûú 0
üCpƒè+ÒA `Îc ‡ ƒø¯ n
ûZûë Ò} Þ"&ý ƒ
úâ3/4;úÂ¤þõéqi?×^x_<êóÀ_=óE,)÷ _øÅ àˆöþ(tm)Ä zoþ/oÿ_ê"òœ i3‡
ûøŽ3/4Þßk*Ö& û¬/ð1/49í-7_ÿÿùèÿ] ï ?ôOüÎ×(r)ÿæ1û{uþßÿþ¿^ ?MíÁmþÿïìÏ1/2&ÿ
ûiwýo†é {¯ë,

"² €ÁA   C !²n(!, !Ã   m¯ýþýë"þŸ
BßxJª (r)Òü-'<7u¶ÚýüDDDDDD I"3   † U† °1/4?ÞÒ² a"_  B   N
  ƒ
0Dà
p'
0D8  9  †  †
f  °SÂ  _kâ¶!jÅÛ±Lr
  T_  a3a‡LÃ•^5 GÃ      ÚdXU†   °_
!:ãÃGÿÿÿÿÿÿ   0eÑ&  ý
C-Ì...ä


^+ÿ,  C
    @ÈÈ  DX!xÉP?ÓÓ  7tó±š
ÆÑè•é  îMþ‡ßàƒs¨     7èŸðfÿéúè6º >àßÿWI·éýþ7ÕÓå8šY8¤æfG^á  dxŽf(tm)    (tm)‚ÕvC  N
E9þ¿[Åká  Ÿ,q  IÛDO~  2@ @ÿûÔè"
´Hpß‹õ¯¤ÓÕë¿Ö  :Š  fÁÁÁ'ø3("N  Â
  ¢æåý  Ãõ   î"è Þí7Q  ^µI±
  ~¶¿ôúP(c)}_¥MÝ});~-3/4¯ÓÓµð  (¤ŸIúP@ß¿ÿOkþßÔûô‡ÿZþÿúÒ,òpJøA;þûÿÿí¬ùì/ô¯õî_éÿúßÑ;ÿK
Õº_ú¿þÒì¤  ¢þ  "õ  "]  ßÛµ(r)þ'Ÿ1/2Z["  ÿ¥¿¯¯AZÚ¶¶1/2-'6×_ÿÛmuµè53a+I†¹°Õº¬4-~ÉýƒìÒº-¯ŠŠ
b¯¢pa^6


  a,!Ü"°pÍ'ð_"Â2\
$ØEŽ
†ƒûM5l"{   "Ä·û-ÕØb˜-‰‡|A"
"   eðÅh0ƒL*-' Zv
a|DDDDDDD2,Ð‰o!   †‡   _]y  U°¿ÿÿÿþ@aŸìí
Ÿ^@bKü  8ó±(ì  Ï...#Š|R(d"5   H~·úøÕ   k  Lè',Ä-è{   u
(c)"3/4égdÌŸ  `¤ß&ù"  œ"þT"  - ìñ"(r)Áz¶Á_Ô²   @9ÈŽ!èèŠ|†·\•2œÈ‡   ÷Ž;Õ5ÅîÐ¹
"<ÈæG"...Â
›'n³1    0@Á  (c)æ°³¿m/éÿ-E¦  èƒ<àÍfX˜Û
¦J  ÿ‹M7A÷1/2  ÝòÎP)8É³,"'£.Dã#á  ¬Š@^ûîîÐ>  ¢u>>¹Ò  GÔOš/šÉßoµý  ¢Ý"Lq§Å
z·ÿíÁ  ú¿û¯a6   Ð@ÛÉÈCý´1/2~„ƒÁ   é  ðËæ  ÕvE•÷þénµú¿õÓ¤Þ>ß×²  ?ûIÛÚéÝ[Î!Çïï÷¯¿t›§ÿö
×áï  ßéÿþóÝ½ßXã°  \kjÿíÉÅÿ-x  ˜  ³1=aŽ"Ç  úí¯ÿÿ["à÷|  7ÿÂ~  öD<‰"î¯ý¿þ¿ÿð1/2ÿ·ÿÅ  ÷£  ðÃ
Pe2Uâc•Ÿÿ÷¿ÿœÑ+íÿ3/4¿...üí\Ôâ‡×׿Ú×ÿÿè  ?þÿ×ö×ÿ<Ÿµ  oÿþ·þ×"ûþ¶ÿ  J  *(r)ï{Ê=×Ò•Fõ¬:ÿ^1
/2ÿ×\Š¦ÂlA  öÂ궶¿z_zõ{Zÿöïö:1/2¿¦õµ3/4Ä§
v ˆìàp  "
*+µ[Á.áßÿ¶Q0ÂKau`ÿVÒ(r)Â  "Ó&:i(c)Ý4  `ƒ  Šr*  \   a  äáA
ÉA,
à0  ‰`Ù(°`'
0Ã  MÁÐDN",  O6Š  œGØJÖøâ"""#µ[Âÿÿø¦+ŠÕ7X^hG  Å      õÃ  0-...×þÓOÒ
   ÄDD  C"  CÈ:Ã
¢#â"-t·ñKü  ÿÿÿÿÿËu\¤\È,B  ]ÿKæ\    ).KVßeÛ]Røpoýþ  30R9"3\C³FSúWü  âÂ  y,
  x Ï°A"C‡$  þè"¨Ï¿ìvàfè,
483sè·û"ß  6  M  œA°Ó†Qt,
¯ZO¥×O×õß¿ú  Iú×ÿõù˜Ý¬  ÿë_ð¿ò   ÖP‹)?ôoîø7_ïýô  ¯˜÷  ~þ×ý²}ù5XI³E¶iÿ‚ìÿúðB˜2æ  ...˜2æ
a  Á,


  Â

v  ¸a*ì&!Xb1/2‰‡±<;¶â-^a  `"C  CB"Â¹ÝW      ^ëÄ  ÿÿÿÿÿÿã&"ÿÿ2<]"  š/"¢feHÌ...."BÀ³  .
Ì(@Ï  8g    ²ã02R  Ùœ  §  ²6  Ð!P  Û>    ...6G^ØC
ò>r.Ž#! þd    ÐÂ
&N  8é  -;£Ziª Ú  E¿,>õƒBâÑ  d@"9"â
  >  0  8  d|àCã'  ‰
3/4lŠ    Ôeóa
  <
h]ªwv  qe  "  'Û
$  pÂ
  \
  Â
"}
  H    W(tm)B
  a  á•ì  @Â
        Ãlœ  ‹vï"Lp}á      pi"  ü  §ý¿ûÒo(r)ÿ}îü7-Õ†ú^û@Ûa"Ï6,
†U!•I¦    fyÕƒ    gØ21/2(tm)^of|(r)+¦¯g¥  ¿×ÿþ  ýw D  þ°ýÞ1/2ûVô  °íÝ    ÿèx"þ"PEõxD~ƒÿÿ
ÿcÿxû}  "  ¯ðËÿ}×ßªî(r)ëoÿõŠ=~  }ëKÿû_÷úÔÿãûßïcÿÿÿ~¯"Á  Zé>;ý{  {}"  ÿÿÿ`íÁ-ƒöö¿ßõ‡íÿÿ
ýý÷¿Þs ÎcÐõé
  ]  ãç  ¸ý'f8"dPÿü~ï  ²(Ûßûm  (r)3/4°nÕÿïÿ_ÕúWñ÷ïàÛÿ...†ÿüÌ"ïðÃ(r)ÿ(r)-Þí[Õï§þ8Ý~ÿ·^ÿÐÙ&Ò
§'öóÞ‰OfíœónióÏ'  Ûÿu¥_üÑUÓwÿëé  O,TÿîÁü£  ï
iÿòGZ¯þ-ÿë¿úãÕ  ý~ÿg3/4ÿù|ê±K  è÷5ÿ÷Õÿ3/4ë¯m  (Þ¦ÿüþé~öëúúûâÿ‹œs
  ûƒÿÿyoëàÿþ  ÿö  ]×ÒùT{Ê§þ›}qÿ  ÿZ3•  †q÷þ&  Äȃí/þ×Ý¿Ê/  õþ'ïÿUn•_¯öëÿ¦¦"ÿ"!1/2#Oÿÿ(tm)P,
Pƒ  0ƒdì...P  HÌ Aì  P  "        &ú§
+W°1/4?  7þõ{é63/4íé}*ï[  ¦ÿD...ùÇ  ûîWnÆ(c)¨@Ðx  Â
ØX¢L(@ð"#0(r)N  !PÁ ƒ  0C  0"- S
$      (c)  Ëû
ôqÝ  'vG•†z
j  ¶gÿðÕx^0B""@á        F"D  Lã¡'&(tm)Nš    UÂb1/2m^¯¥@Ð‹þ¢!¦    "¯¤  A"E›      ±œ  h!ð¦
)x~˜˜˜˜˜˜˜†  ‹8á    ¯A"  eŽT&  a4  §aVÿW¡              ã¬š¦¯ññäÕFMTy5QÉªÿøó)...4
¯Î'  ÌÙáÝg†Û
R  ("  ËœÂ  ŒÙ¡ï  TÓáÃ  4>      d¬0`
Æh$3û  Ã  0ƒÒ70pa      aŸ  74nF¯pa#ceþ[íËcŒÂ"U1/4  m+T›1/2ÛÁ°t  ÷H&ÃO
Ÿ$š#âÊÏLYJÈÐr"  {ü  ,#õú¿¤ÚMþ(r)¿ëÙ&þÿ¥m¥¶MÂ#þßÿðˆÿ_þ"z      †    ÿÒúÿ¿÷|ê1/23/4›ëÿ¤œÎ
öþ•=ÿÿ¿ú'  ÿ¹ÎG  úÁ  8g
Ù  ^uw8 D= -
"-Ø=´1/2öÿÿ_o^ÿ+°ÑpÝÝ  #Ï-Û"Lwªëfêÿß
  íÿò¢    Ã‡4bÎ‰Ä  gÔ  6Og"  3/4×u·°Å  þúûÿ¢Ôþ¿ôÝï¿(r)Þ1/4'ßÛ  Ÿ:}7é  ûý¹Ç-ÿÿûô†êÿûÜKÿÿ
þÿž    î  ·ã¶-ß¥ëÿ(r)-èôÿÿ_...Õ}ÿ÷ðÿm&ÿfmJ?÷ÿÿÿÑ¿²š  Õ†·§¶  ÝN-Ã[3ÿ•  ¿ÿÿJ  Ý
  Â
ØÐÂ ÏlP  m"(")  ƒ  À    v*,  à    28/v-¿ëüI  0‰  L ÓTÁ;
...î  _ý³=µÿ3ZM...s=²'^^^^^^Ð^²CØ0Iˆf  °Ë¯B¡"  0J  *}Šbªoâ(c)‰Ý±÷†ªª[$¸0@Â
!

        ":      ùeÕÐD~  ÛÁGÿû  Ÿ(  °¯G  íþKYñþóW|  `ƒ=#ƒ^Á[É  (ÿ¿¤    æyœ0ƒó...
ÌÇo  ¸  ...ëÂ  GpEý
2à<3'Ã(Ž  ¹-F  Eòtz)óhº ÑÄé ƒañãš-q      ?  A¿Ñ¹"x^^^^^‰  0kr
9VaÊƒáXE,œ§(!C  ¦¡ôÿ_ôûz    ÓÈ    °â"""""$
  1  Ð  Mü(ý&öúo‰

G²<GÌdtGgƒ0Ž "6
Ìdp5 jÿÿ õv¢""""""""ÿõ> Ûü ÿÿ8§ÿÿøÿ*ÿ¿ÿýƒmtékþßêiA2é† °(c)ÿgåv WBØ¦ˆì
¬Š, 'Š -Åq
Âa =d J aSA"1 ÿÿþZ•ª zå˜XdÑ #·f¬§2 à,
û
ž VÃ' ¡O
<
gÆØ0'-¨@,-- 'ÃaÚH6HçÔ)TÏê4Ù¸üy Gžæ"C2ý(c)¡×¥V-ÒtÓ‹ øL àˆó" úI
>¬ 88EÇÑxÑyßFÇõZ_Ýƒ (MÂ}1/2
Ù=ê(c)uþ¬Ž Rm'þ›´Ÿ#-G/ÿÔE_ŽÞ-I,\ZI_úž Û÷ y¹ÍÏ÷ÿ1/4ô
ÿÒéºo¯ÿ· ·ê,ÿÒ^-û ÞøKÿûk¯í¶Kû
ò}#ËoõJÃJ×Û³õ(tm)éîØI4-Õµ(r)Å1
ÀP Á°`¬V =ƒ ´30¬ I† U´É?§b MnÅ5" ÅUDDDD [ðB"
! ˆ ÿÎÎ)´fÌ2>GEò>GFdAätm è G #´(!ÄDD šˆ‹B"Á ! pˆ´!à ‹!&B
žB " ¸Bnd%˜2" I (r)Y Ä -Ù "-Ym°¥ÿAÿûxAÃô- ¸ƒŒÀ D' ...A À¹ Ð9ÀB
)x
ç9 (c) ä;hY G4ÍI
sL¹Ìã¬‰ó:GI"í,' Åj(c)¤J Ö Ð þ ÿCBõªA÷æ-í{ ƒtàÙ gÖÌ ˆ $ 6HÊ
‡ ^æN ‰{( Y¡ é¦iÁ, ž Ê Š9ÜÃÛ} º'ŠßÓÿ_ï¤ý~µA ðõPƒÂoþ·xH Ø3k
:f¢@ Ð@æ²)óW¯õoÿ¦þ×ÞÛªoo $é
(r)ÿÛÐAéo Ý AÑ ¯ëÿ_ô›ù‡¿æ}:I?Ý$é7|îÿÛI&÷1/2]+ÿÿ Óoÿÿ*ÿ÷ï3/4-×ÿÿû ;þë"§~µúëþ"w÷þ
žÚI^ºIi7û í¤-~ß_(r)·çg
_:"1ÜG qÇ4ÇèÓ÷óM"ö×{ð-ïÿïºTÿmêßý?a
!ï[û§ìvÿ^'ºú$ú~ÿou{ûÍ ýx"]ô¨ ûëý{ÿý=´¿¬$ ã_÷Ž-¤¯I‹Mê÷b¿"í Š,ò2²1(r)ß ·ÿ;ÿü.'ÿû3/4õþ ýÝ
Ó}§O :
Èuuøß oc ÛIÞÁ-7U ÛÞÖ"-úv
ëWì¿ÿÿ-ðkÇ ÿýû Ü^úÜ" D
~¿þ }_¯íÿ1/2?Â'w¿þÿÿßá }H=Jûïuçu _ž-æŸôjzöµ,§kÿívºöúpØa¯ý ; ÿÿ¯Ûÿ_þ Óc¿û¿_= ëa²
0.ý Š
Š ø¿õ¯¿ýµß¶ëÕ 1/2{ûÛü¤2¬Ò¿ A} .Ø$;_õñ7ßc¿‰"-ëKn›¶ë÷W úô0áãðÃ
?óêÿê¶ÿµµ"þÛÿöÿt±¶ûw¿;¬R\Ozÿ¶¿ÿ þý7û¯÷¯ÿ|úIû3ôj ; É7ë§þÒé¿øûKöÛº× íz}[ÿÅüï0æ˜~ºßí-
Û~ïí¥möK¦ÛVý1/2öÒ"o§ëÒ"_ü5÷ý´"ƒúkµ¦÷ ;5+KK Ûë1/2oõß¢2ÿ)ì4¯"]† ¿×ö _¶›a6ÂWïö éƒû[
êßAÚÚ§BŽ€¹à"áLÃ †Á,E "´;Ÿ -KC
$h 'l ŠE† 0Â¶
^ªÃK·§† † øaxiCJó8]ú±^ý> "í1/2Šb f É ƒ¨.Å Ðù°"ádKR%£Á Â°`-"^
´
ÎåAÇ '³jk;, w&98A"Ó¿û
i" ký¯ ŠŠö+ŠŠâ"""""""""""""Aâ"- @Á 0àˆè5$>ƒ
ÿž ð asÀSÀU 5 Á9›Á,j"""?ÿÿÿÿÿÿÿ(tm) ˆT
[ Ç"Ý þWÔœìPdL!\o6‹8ôïÅ7îF²>HEó# Í £9ù- \¨_|Y]HS" x@ó²y Ð†...¡g@` ?p@Ê ,€‡P†±
Ha†Põª¯èœ ÷÷C-<&˜AØ; "äª+‹oô ?1/4&S,* 'ßEó ƒäí¢PäÝýoeuŒÈ 2 ³²LÈ ¤Ø"< Âi ªyÃ
ƒpA´ Ÿs ××}'ÿ þ"ê"éS¤ôß¶¿ã^²
<e d`ý×6f†f3æxgÌ 2ˆ§UÓÿ~ï¿(r)1/2ÿúÂ 0Aá
÷]-"í3àˆ‹?Öx ñQÇ]óc5
t èÏ ÔgÑ &œïŒÞJ ˜ q-³¤w<òÿþ‰CÖIú$8ÕÿôðšZ~º1/2W¿á v˜& 0L Ó8GÉI Ÿ Ï
œa ' &l !&J º
$ : #ÄT!9 †&E.../ ' ˜¦b-ˆ°ò ¦†pf¡IÙá E'ˆèñ&^6ˆ(r)IŒÆK
Ô;*¬...21 +¨ @Ù"FÌôz fokƒ"d9 &'.ìß 0WîÿÿüZ|Z ¿¯"è'"Â Aá4 "ÐÂ §"0ƒO a

" " AÃ  0ƒƒ  Â  È•#D       " "

ƒ#d    )@¡   ,þEò)°·AØ¡  Ò}ëö(X"" zú  ¦÷
*ªÚ\-´] ª5  ý  ð'¦  Ê5
 Ô3⁄4°ƒHÝ6Pí
  -tO  ¢¦â]´JÚ'"JÃDï$î$Çh  ãDcäŸèŒz  qiÆœ]ë¦  Ó´ÓÂwßJéúÿþ"×ÿ`ÂUTÃ        dqa  é3⁄4  Â
ƒ3⁄4áØH í  ¦¦  Ä:   ¦ <'A9¦†à  á
" -   t  -ja dø`
  Ñ>¢æÁ´óDÿƒ#ê%Î  C,  ã"ù}blrxän¤îÄØÑ<z&ú¦¿×Óúþ•m×þÅj¬q  Ò~´ž›ÿK}t›ƒ  ´>"  "é7AÐMÓˆ
x]
§  ýPxN  m"    a7    a;B
,
  N  Ø42  Á"  `ƒd9      Ë
Árz:õ~+ú¯J¿ÓÍ$ªéêúéЗ]  ÛT'z-&'÷ІµZuútµöútžž›IºÒn¯÷...Ðn‡§  ƒ  ×¢  4K,  ¿õD¸#k'/õ_=$'7
z>Ðþ•éþ›K-úzý3/4êèv-v¿§èÒÖ  -zë(r)¿ÿKúúí¿á  ëÿ
×ÿ  BA$    _ÿ¿÷ûJFŸÿ]UG3/4ðÆ.  "ÿvÄÖ"[  âé÷ô?üwÛßo-Òæ(r)`*'ß÷ÿÑ+ÚõÚ(r)Ý%I7×ÿþ3/4û
ˆª_÷ëþÈ%2  P?ÐD  ú  êD  â-þ¿ÿÙ  gü(c)‡òpõÚß}
ÿÿôdˆ"ò
3Óè
,Ýþa¹Óÿ[ê  mÁ  ÿë(r)æQý¹ŽPá0Â×[  a[I¯?û[ÿþAÅ}x-`3/4õ3/4ú_^¿úÛ_ßô'J¯¿û×-Õº*Gíÿ}õÿ"çB$a"s
ßx6‰Ïæ°¿2   Ì¯øoÿ__µ·ÿíøúúÿ]vÈ£ÿ
  (r)3/4¿íoOoH‹àúZ_]{ÿƒØ6  =~Bš  ö'Vzë¿ÿùH  ~<>ôYþõ1/2³¢í}  _um*öÁ,
Ä5Ò3Ò3ÿ:1/2[þÒÒ}&ÿoû_ï1/2u=^BO÷°")ÿòDým/ÿÎ¸=}tÿ
ý+ka¦.Úë  ØX>û(°õAh/Uïþ¯a  _Ký1/2µûuî-/oé  þ-Òö÷¿ÿµþÿ×¥ëþû#<#‰àa†  ›'Â
P  "  a  Ø g  s@^Á      I'ÑÃ(c)°Âûa*U]µ3ÂÙi0Ê/Øíu¶
Ö

Òúµ1‡êÚõd5Õ-v1/2Z¿úÙÑtÚ_gEÿþßzÚªû¥cb¸(r)Ø-ôö&wvÅˆ  DQð]Šö)Pãþ¢"‹
  `ÍŒø.x@DO!"Á"
  @Ï
Âx5ªm+NØa6  ,0"
&
[  á-...1/2†  ÖÂ°pÒa"
8am}µ~ÉþÒûK(V  Õ°1/2"lpÂ
*
.šÚØ]mU'†  µëURN!1IÞ;
Ø  ÜEÔSìQ  .   lAÇ      ÅFÄîJ  ›  Á"C    bÃ#'rã`Á  ø
ØàÁ&
  < l  ±  8`¤HÑ  @Ô  Pí†  °NÂÃ  XE  ì  ¨ˆˆˆˆ0B"
êâ!...á,¦\  9Ý  Hxa  1/2¦      ÿam  0ëv¿  ¯
)Ü&'jšý‰oŠŠê¢[Ã  Î8¦*ö;V8¸¤  Ø¦)‰    Ç  ÅA›  Þ#Câ"""'*""#†  †  ŠT  B Â  ª
  )Ðdaà  0¦"  )œæ  Ó
(tm)Ðk(c)  5°J  A...á,ö  0ëÚa4-  -áU/¬G       DDDDDDDDq    ªÄ  ,Ì
  hñˆ"    C†  0¯!
  _ý-!q      DEi  ¤(c)j1/2IºVƒÎªKôúÐ†Ò  vZ,  UêãHY¦  9n&
o6±   ù7°Çµab- q  ÿ+üd"÷¦2  (tm)   e'K&Ã‹úÑ¹¦  Ã  È±  ô  gktßÂ~¹P.v
Šæ,  ô9ÞgtÝ;%³ŠÝ¯ÿá;þÕW•Íb  ›g'¬Ì-1/4ÎÃ      ãc  Õ  ƒçq  "2¦...ó
'x...Ù  N"¬ÿÕþ?µ3/4ëõõÿÿÿÇ  Ñsúƒl¦Ã  \    ô"

\óc$
D
ÆEÅ)Æo  ŸD4L
ƒ2Vd!š  ;5F  ÿë¤ÿ‚†ƒ  0_  5Âj  `ƒCB
DN  ¡,
Š‡4
ƒ  <‰^    y    h)ñM  (  ñ  eÑÏ8f²‰¤S'  D  5  ä¥  GŸ×þŸû"_§éê~_AÚ§"Ð~  ÓMB  M  ðƒ
Â
Á"  )
,  C   3
,    ô"jBP"  EÈC"Â=  îD†x‰Ä5
^'  Œ-C  Ô)ŒŠ
C3Ä  /  üá  GZfyÐi'fA  †
ötmÑ(c)  +ƒ9rèÃ~‚3ñ"š(tm)s¢ç  d"_°ÄØåõ‰²‰Ø7Dî    ‡°#w...ð~M0†ƒOAá         á  ƒÓ  ;
"-(c)  Â  "-  a
l  B!à~@ÖÂ  a  `€ƒà^öN  ÌdãÔ
r.
œ  ¤ß_N/AéÐAØ'  Ø0ƒ_@ä",
E  šaž...Ñ  ô]Á~  ›¨Ÿ!xÑ?      æ‹ÆtÑ|é  Å  _D-¢Vâ[!'Ä·h"
^ÇhŒ~†šñz|›Žžš~ôŸ*A</ú~ŸûKÕ&éÞ  _1/2?¤ÛB  "ðƒp@ðš@ƒh oH  :ÐA...  83-    @ƒ"˜yèÈ
:
Eô^QssRjÑ  EÍËù)  'ô  eÄÝDýØeÍÏä2ñ"|Ñ<d:(r)Ñ<nñ%oDÇ  Òo~ÚÒ}éÿõ}t›µ"ôµi8ÚAÒtƒz
ôž  ðƒ ƒpœCÂxO  ...    Iú
‚
Â
ðOH&á  í¡  m¿@ƒh o¶ô  6ÁÃ]  @Û"A  \³bßÿá‰+^7÷_ôûcïK×]_O]k]S×¥u×¥"Õ²é=:ý^Ö"°  ¤Ú
¿úo°t(c)¸1Òÿÿ!ÈGÒ"ÞEA?ø:{X°    øµw<÷þ8g"ýüë](r)µ¶ßéë"d8  ÿöô¶Õ[ÒzÂ
Óÿ°kVõÕ¿û
‚JëÿR(  ¿Wö¿üGäX?ïH[  >ñØþ3/4†    Æ"~ü  P{Ö-µ�ÿ%òãEÍußxD³ÿ°Þíf0¿ÂO~ÿÿªø__ä  e~AÈ?þJ...
È@  ÿ¿ÿêê+ÿøžh'ï×ç#ÿ"  Þ¿ù"‰oöp"ó  _þ`‡WÕwêeaÿ&=¿ÿÈ#×_ÿîúþÿÿš-¨ÿ-  üÔƒw_ÿ°  ¯¯üþÿ£
#ÿÑ  -ø!:"8ÿ  ›f¯Dû³...  o  ]  #é?òÝöÒÿÝvý¿_µîÕ¯Ýþéá~ußk¿þ-ÿí'{û    ÿò  ú  ÿÚþ¿¿¦öP›IÉ
ý\-'?3/4ý}µýµûÿÿµ¶×ö<¨ïÿí|"¿\¨ßöÿ¯¿éîû×ý1/2,°ÄØ.  Á¥a[
Ù¥°Â_...^×3/4Ò~e  ûgE...clèµÛ:.G  öÿ×õïûV×û  ÿ^öÒÌ¿u}ô1/2"    `  ›  #bx  ÅF|
P  fÂ0`‰¹'(    ‰€Á  àd  ¡  ¦
$Á¶
y&]C3-a,ØVC1/2†  †-
.Ä  û¡¢a"_...ö×²Eûkd=¿ë$/l‡Ú[...Û:+ý  ³¢ƒfÛ_l§v
...õU´ÅÚö+ö%3/4âƒ  ìR  $.0D%ƒcbx    [  G  ƒ     v
ÀÏƒ  ...,"X6  +
   ƒ
   6  Dr0  l4
   ¨l0X0'pÓa,Ã[îÁÀW†    Ù£°¹<Ã            ¶  þ×öÒÖöÓÁ    `"  J  ö  aB
&        Ã
ï¯ÚêwMS
a{UŽÅŠ1Xb°fúñ±LRÜWi±0î$)  £3    ƒcŠ"@@"    Æ  "°lr  tÉ
  Á   Ž̀Ì

À¬  HÐ    Bu†

îEA  0‾.
^^q                        0ƒ  Ð`(tm)NMÊ    -,
{    ÖÂÇö              ‾a
Z…²  ì*‾kÚŠŠb¸"Å1¸±×±W-DDDDDDDq%^C2ÌD2b  ^%±Â    a0  "9"    hA'
(xaP˜§€¸  ,¬0SÅL Âi"  &1/2Ã
-ª÷â8^^^^^^^^‰  B"‾ÑVƒ  Î
˜!{  %°"fâ^""""5Yi
@^Î  Å!é…    aD  ÿÿÿÿÿÿÿÿÿÿÿÿÿäØ<î  yÙ2Òõõ¹ ¬ìpn
T³³")ÂQÔf±Ñ¨Žįƒμ FS^KLŒ
þv´  &¨0IPy2È(DÅ
 Ñ  ûŽ"kG`N  7ÿ"ÇH¸ô  7u4óÓ‡÷Ýþl ƒj  m  ŠÂ  >Ï"|¿h1/4rú
3/4o¸ÿ-°¦Ç¤»ñè=:      ¶  ÛœuÿÍÊê4ÎòRD  m?¸ÿõï?íÎõ×    Â`  "0@ÌÈ¨Ž²úÓåH("
•ÇîŸû¬<?ô×1/2?K3/4-ôÿÿ÷ðÉ˜pD  `  õ  f¸6Ná  ÆÄ¸  ×‾èŒ  ¥Okúú|q"ðAÃB    Á¸ -  ³Ñƒ9'5Þ
õÿÖ%]‾N/Ðn  õÿ<‡Šú|1/40°ûì¤0Î˜›  õ ú^úÚÕõ¸  Ôû  ûÖ›¿ÿn1/2Wõù;oëûév¿¿ò€÷¿ÂU¿¸
'pþ  kÂv¸_#  ˙÷°Ï‾ÿ  1/2¬ñp¤×÷¸ _'@J
uÑ<ÿúKúé…ôŸ§…ø[è  ?  éUÿ¬<?Ð_O8ÉZ$9O‾é  Zá%ëW""þ-"  è  ƒÿÿ×}  h(c)×‾-|%uÿð"ÿ"¶×ô•o
Ö×Uô    ï^:ÿí°  Î¥(r)-N-MÒ¸\  ³Smm  ×)  ï
    "Cƒ‡1 Â@  ¸  @Ã-'          †(c)-…(ÂV  †
¥§(r)¿¶  (ÓÞ¬BØÃ  Ÿ  ‡±      lR  ÄÎ
Œ‰    tÅ1F€      0DÇ  Á›.Öíl
ý&°ì¶|  "M~Å7  ñ      Z"Dh0…C    L!aa¦ša{°•"ÔThDDDDDD‡  QÕUm5  ÿÿÿÿÿÿÿþM…ÿ]VM¬S
    t  Š  Á    D
a  ÆO‾Fl1/4d¶Gc| ú  ;[  XA¡¡e 70


øf    Ã ÀA'â
    Ár@B<x6  A
dâ    p  >  ÐC  à\ør,
Ì
 8  Ì!-8    h0!°Îx)  0k  ¿Dcƒ TF:ýS¿ù  8|Ã‾8v‡¡ ÿB¿‡èw  Á¿t  -    l=
  ú/Ù¡"Òð1/4ƒ‚öÁ¦Hr‡m1h  î'á  1/2  wÝ¢O÷¿D‡þïkA  Ö  w8êwÂ
$ßPš
Ó‡a  B|Ááœ^3N,
"Y;5p  Ñ1/4óÁ  @Ø0D<Í"È  9Ó)äÿžpfœ  "D,3sù1/2  <'ƒ  H  (tm)<
Ôh¹6Õ5$ó1/2m+Jéïÿ¦Ãÿ  éõõ  wôƒ  ûtƒîþ  øO1/2-õu†è=+Zo°ÿÒoÿÿÛûÒðÝ×ú
öÿé1/2  ßê1/2ÿ3/4öÒÿ"î˜ôÎ¦×ùÝÿÝ  ô°ÿ¤ßÁ  í*ÿÿ×-¸ø"?ïÿÿK¿(r)‾uo  uÍÿ¿¿ÿÿ§ÿuþ$  ÿÿý/õ  ÿ!Òûõ
|  1/4v1/4{ÿ?  ã*¸þ°¿ÿÿÿÿ¸ÿž†1/21/2ß[î1/2l:}¿¦þÿ¦ÿ÷Ç-ÿ1/2GÇ  ~Ç    ß^úÿ×¸
ÿñÛÿ÷  ðú‾÷ÿõûõ°"ûo×÷ë²-Ÿoþÿá'Ð$ÈB  ²?¿÷×øKÙ  Š{þÈ-b]  `ú°Ãÿÿ ßþ"(tm)    û
•ÿÿÿø‾d  "ý^ù,5"°ÿ÷#
ýüÿÛþ  Â"  ~
ý‾íÿ"]xo÷?·]    (r)"èd%ûÿÿ×Í‾"?ÈBî¿ï¿ù¬  ääé?¸~k+ÿ×okßùμW¸æÕXo¬ï¸  ÿÛ\7ë^ô¸7´˙‾Ôþß[þ)Ûß
âžÙ!>"û×þÿû¬þ7íÞ‾ÿwç
ÞÚ÷ÿMÖ1/2zoùÒ1/2í]vÿ‾Ýóóïÿóç¸Ý6¸ûêûÿÝÿûzÿ×  ý÷Ý}ÿëÿ¨‾û$kizÿ6-ÇÿEé¬ÿ¥þÛ¥ÖÆÞ÷íÝk"(r)
Ý°¸mi‾¦á"i  ûâ/"˙°1/2‾dŽ  V3/4Ù#ÿß[þ×cÃõdoV
    0B
ÐX0V
  <  È  !¸!9  "<  Ô  l2?
S  "†  Û
ØV    ‾auï¿iC        *ÚW¨J

-ŠØ(r)î!1_kÚ , l P!DàÄdàìS ¢ " ¬gÁsá° ƒ, Éxã'
CÔ3 \ ¨¨`'
mTðšÞ"x_Ì:...Tá¦šðÂÿÚ...ì/...Q¡ Â ÉAC"GGA†wL Â
&MÐv / ¡1ÉŽšh4 L" 2‡LÎƒA"ç -9= j¢""""""""""""""""""""#õ[QÿþM Qp¤1Hƒ "HÊå
›‹¬Z
& hƒw! " !NBq ÈlÙpdxÀCaMƒ
¹€ÐJÅ!' G`ÈøC ØÏŠL
x@DS Â ˜FªGÄ(äN"Š F0'rb -aðš
'ÿúý,¦ [û\ áÚkö@ÄL&H Î
¿h1/4Íî 7 f@"P@Í @ÌŠ/ hÑ¿"DÔ·h¸
ºöštN Ó[Õ*&;DÇz' ÓÓi>îõ;Þ ¤ °Á9×žgœþH'$á è89F
áÃ uÁ" è 6
Óe - <g†
Mð ´ nMè ß§Kß×Ò"ûªÿÿ,IÒnÿöÕ'Ãª
ûÅÒé±éøÞÝzß{º_Wuÿéw]ÿžÒº"Þî-¶-MÓû-Q5úïßô¿õêÿý*}ç ÿºJßªS"úU×ûÿÿýÚçÿ"ÿÿÿï¿ûZßt-ö×ýþ3/
4(r)ÚŽ?"×‹ {þ -Ö÷èü:{t-(r)(c)wºOO_(r)ÈãKì%ú_ýþ8ÿÿß×î3/4ë¥·Wë÷·â ^Åqí¶±ÁÝ}- =é÷ï"î¿
WKí´·¿á,[_ý~¶C£ - zþß £¿t(c)ðJ/ozÿðÅf›KÓú"ðÃÿâ-ÿßÿ±üUïÁÿî±m/›ß:;ºSüìhOù³'Ý ~n~ß_RßÞÿ
þ‰;º
ôƒþ...ÿ Š¿úz ¿÷×¥ïk> "{õÿè 7Òú¿öÿ1†ÿû"Öýÿÿ¯Ý§ï ýi"¥kÿúXÙÝ[ÿâ^§ ^üL~Ú[uÞÞÿß{×P-ÿè
Ä?ûÿÿúzßoƒÿ]3/4ûÿK¯~'ûÿú{ÿ^3/4ÞûïÛ×x=ÿÛÛý÷_Z
¶Ò¿õ·KÎ'.ßm~•×]MO¿÷í-µlêÿûïï-æ‰$1/2m/éÿÓ"_ÿ1/2ºn3/4 ëíw ØÿKKü"$6
$Ã
P |@@Á 4 Œ
U@ÂL0'ißiX[
[ÿÛ
%Úº[§°ÕµVÂX-Šb(r)ûºCzŠŒœ '
> ¦)ŠRf Á r(
Ä#0ŒŽ N#¤ Ó@r& E1E DU-¦ õýs
˜_´ÓUÿáª÷¥ j¶¤Û \DDDE! L@D1/4m2‡ C•Å:
4ÂØ":
H£Úi¦(tm)Ü L¡Ó YC¦¦ ±Á Ó0å9à Â
&Xän aDG "DDDDDDF"DDDDDDDGþ3/4(c)%þ"?þ@QiGÿÿÿÿÿå¡\wNv@"Ø
¥dò.ißO¿ïüí<d7 -äS
Ê| Îì!-6!À"q" r(#AM |! ¦2h)ˆœRr(#`äáÎ¡
¹ÁŸ
\6 ˆ â \0h!á
@n` è
(tm)...!‡"¡,€Ø`dã6 gÂ
ƒ`ä 631 BZ 1/4x 6 ð†ÁƒÀ"´Bñà"`...óÁ£ýúº¡ÜZÚ"a
! íaéßñðÿA¯Áÿñ @ý;OÿÂ}¡ÿ_ E }HGþ‰
ïÕ?‡¿t¤PY
÷ü>ûþîöûôF8ÿwDn= w÷ Ý 4`Á è ð #6hÊ4jQt"\Øt 3MšEY ñÕ"Ìþo"Ê-
" iÉðg <ÏóÑ›5D¹ f£'É m H#£'ŒãC b
ÎvJ£(c)"ä£#ÈºHq×:gH§'t'2< @ÌGÿý?Á éß G "?MÞ tž›ç‡yÝ÷¥\¸ÿ†í
ÛÎïÃ Gç;"z ^ ¯WIûúIÕÒ Ì²@¤ñášÅ'3"j Ÿ.Ž
Ê àú YÉáXTË
9<ùÃ5 ÏD/KõÿzÒ{ë§Ià‹û"j¯ÞßÐÿí×ÿ¯"ÿk"ý·~ÝßWOé=ÓÕÕü ðƒ@Â
i" AÅ"ð Æ r-´- <0Aàˆ0x Â

‰'A            @BA     ýÛ_×I¹Çþ-MúþýÔïÖúý}u{~ŸVÿzêà¢þÿoÎûÝ/  ÒÕÿá  Ž4FáÅ¦Å"âÕ

ôú 4?Tþ (O ^3/4ëßoïÕ1/2°ýïï·ÿÿÛK U[ßÿßÖþþ¯Û¥¿ïÿ"üú°.t   3#í › KòæÁ'ø3 -<¹²D "Ø`¥û
Dú ~¢nhŸ:ÙCÚ‰-" á,"î3/4ÿW¿ uúÿ¯ïµ÷þ-Ö¿1/2?3/4 kmU]ßú?Wÿ×_ªÿøéµ§A
" "Ü-   a;Ðt x¡1/2   î0´ ; þ ¯3f  Õ -õ{þ×_3/4Õwÿ÷þñÅÿýEÇþbü~°3/4ÿï þõ|w§èUí
ñ¤õ~"tôé_é\'¤›§ëI¶î3/43/4 Ãÿëúÿ}‡þÝ ¯íÿÿ¤Ú^¯ý¯~¯·ÿ_íõkÚÿVÃ ¿Ótþ"ÿïV-ôý{ÿ-² ëïúïõ
Ê¿¯¤1/2ÿ÷þpm×,õ Ç°OWÿÀßïïþ(r)È]:ãõþ-k± ~5ÿ ÿÿö ~ëí î`ÿî1/2^ŸÚé Šfâ¿ÿï÷Ûÿÿ1/2o{¯êØ
×}ÿý' Ò(c)ÿýª_õØ7û
ìûàßû
Åd   ~Ó8DÅý5Ö¯"_6x5_ æ,Ÿ_*ÓëþQ~ »>(tm)<( ÿÍ
ïdýÓTÿÛßÿ} B ÿÝ{Èƒwúêûûôh üØ
æÀ_ ôïÓÙ"   ÷ëƒêÿÛ{°_Ú K° pB?ÿCÖ œÅùÁÿÝÔÐD ÿüö3/4¿ß ë¿ ñûþÿÿo÷¡ÿ_üD{ÿöë*ho
ßÿ*(c)µÿ_û_+gú]¯¯î?ÿ^ÿþýýïßÿ8NÝßÕÎ7ÿn1/2ûÿó 3/4Ÿ "Fú_ëµ×ÿ|Sß~ë_ù  Aïo¿÷¿'µû¬ Ú¯ÿéo
ŸþëÿäÇüÿ¶¿ÿýéúãÿ#~ÿJ?^ú ƒ1/2Þ¿Ñ,"g¿ú÷V•ÿÿö"ÿïÿ 3/4-}o÷þÚí
D;ïö BÚý3/4`ÿþíhÁûôÿ}3/4}:ßût!ÿö- ·ûoþÙÑ}ÝÑZþÚzÿï¿{ ioùÒo¬ þ¿ÿ^·ýú¿Òüzo _Õûÿ·u
ÿ^õ"kam[
|2 {'íî.êØ[\£ÖÉ AîH_(r)šé ¶1/4v'Ù#l/ëÓÞÇí_kß÷¯úúÿÇ¥ú^Á¥vH-ëö EWi=Ø0@`Ù äAÓ
l`Ì
° Í"‹ ƒ63À" Á›       l        pnää
PÏ h4äï1/2°ÂL0ª"°ÂJða*a"Øi*k²Þ›í¦mC    C       m¦"iíúg OTÖÓ| û<53/4ö Së8 Î¦dt_Õ†
(tm)    Pî
( ËálK{  ;Šb-b  ìTPb°cbXî+MŠô60A,
à.
    P@Â
      "ïjÅ1H  L
@Á   ˚˘
"@x   Œ 6KÈ8(c)
ðr> 1/2ƒ3 ˛l ( Ða 30Ðà... !DP 6 Á
ŠB-â#<
Ø ¡
) í8`°Â
> Tì)Ý01/40M;
Ø*ø^¿    §ý"z ÂkÏu÷Ù í5ÿ¿ü.ÿ-/¿
.•Ø_0ê¢#^^^â
¡ÊÛÎ  ƒ,  ^† ÝÜ  " F]2±
¡4ì&ž{
a   íH8úv(c)Ý"Ða   "²(ø">ÔÃ' §^Âï¯rÇ  Ï 9 é(c);6¤xƒSYX
h)Î 3ª Ó8ö(tm)Ý ƒ"ržä"0`èè£ÿt B"
!â"""""""""""*""""""""""""""""""""""""""""""">¶v 3/4)A ¬Ð-11/4 òÖÓ!y]bÝ(tm)P³
¡ÿÓ(tm) d,.
w`¹8ÉÄ8ËÅÈÎ0È›#åò<I    Î¨ôƒ¨ùÐ ÅpVd#ÿªk
a
q§    "Yá ƒ <Ø.P š Âá

Ã,Œ` 'â
' ƒÄG  œ4   /
"â †<î2 ƒæJ3/4þ"÷þì!ß× C‡¡z- ¿Uþ
Ógs'~Á(tm)  ²x,a,!Á6oDú

ÞÎƒdoy îD€ôJ7ÈÇz% w
GñðD~qøoA6õu1/24( ø6Îðh'ƒ CÁ³H Îé ' ˜ìë ³F
ÄP yüó @Ø3Óÿï÷Ò ýþŸÖëÿÃ1/2>ßaý'ï
Þ ÿ ÌRƒ8=ÕÿÛ[,#ß(r)"ïOk÷íõï÷ôÿ¤ß ´jÈÚ%kó<ío!y ,Öˆ;"
A?¥ý+z§û¯ÿº þþ"õú_õù dá
B&f!A !N ÐŒ
ƒ D <À§@"âž"p" d`R$F $ 3eÈ Ê
Ñ!Ü}"ÿ¿Ýûýz¯g¿ûÿß¿ÿÿV÷ÓA"5ÓÐxO}0ƒ°˜OÂxL' šh> 3C3·×^Ÿ÷ýu¦êÇöß3/4Ç~üô4×1/2zá v
‰CD(r)ñ.-‰[‰pß‰¡¢;m"oD°>%Ã‰w'†É82ì"X '`é=}Óëÿ÷÷_ëõû¯ÿõ_ˆã¿'i Ð
s¤u0ÙÖ@ƒƒ† 3 ¸Aàƒ ä á
5`Á
Î{M
" MÓî""µã§÷^°•<kûÿ ü/(r)3/4" ƒÓô ÐO þ ›ƒ }; Åé- Ú
é7ÿ\Wÿ Åw¿¶¿² £1/2,QÿÙÂª´3/4¿n·þž'~º"ûI÷×_ ÑKÿD8ý1/4 {×"#ê' û÷Ã!Å? -ÿ VGË'ÿ·æ
"G××"Lº0"(c)
ÿÿU ?ÿu- ³£ ~1/2¡p3/4nþþ¢ õŠ›¿õHDt=z ÿõ GÿD€ÿßÿúéýÿßû¯æÌ]_ÿä°ÿšÂ÷þk
ÿÿ÷ÿÿ\/wÿÿ uõî›ýÿ:Û¯_¶ý
÷ßýún¦
ÿ(tm)_×¹Œ)†3/4úÕTÀþÿ÷Û~õ"3/4"]þîÇö×ÈÖú-^&?µÞÿÿÿzïýtY÷}/ÿÚû÷Iú~Õë¿m ?ÿê*ÓÛ o×ußu¿
úý 3/4,úíûi{Ší"õ÷ÿ '‹öýºê×·éë^›öÕµÛÛý{÷ßoÿÿï{]¥z¿§i0Òï`î,
Òïý² ÿcÂþ- Û¶-ß Sd?¿³¢õ×í1/2ÿÂÕw(c)ªºÂZzÛ}"a%íáªº{ Û^¶Òý(k...ZoÛ'-×ö Ú1/2¥¶ Ü£lŸ}†
QvH¿ý>öÉ j Š> 0ƒ 0A²Db˜D%ƒ Bv7Î€Ã lA(tm)ˆˆZˆÝ-
æÃ< $ Q8. ‰Äp6 S@F H 6F At x˜0SàÄ0¦`Ã
àÁ DðfÊ ²8 ƒ <
†
ð0x@DD€Á ,0DÇ

á°g ÉA
Œ4ÿþ köÃUT þ¶+zŠ¥WØö*ßb˜...Î8-ŠMXØõb•Šõ1/2Šì7±LKÃ " C"""
Â gAA a4ødZY7OínÁNê
ý...°¿a 1/40¶ º˜^ÂØ_ÖÂð" ...1/4DDDDDDDDR = ˆˆ0B
! !Ã(p" 0Be¤Á 2{$ DD' #ÄDG ý/ñ B¶"/ ÿÿÿÿÿÿÿÿÿÿÿÿþd ì(r)¶Žç gªˆ"yØ
B;Ô! u -åb Ô" ¢#¦¯Â "Þ C#ÖW3°y7NúÕ |î7"$¦ îa†\(r)d%Ñ -Þ"è õë¨ÿÒÿ ÿù
‰ˆìÔÎd3;ã"
ÞEÑ¢52#Í_(r)ÿÿ 8¡ `CÂž 5
‰'A-
d
Â 3@àˆG' q `@D DØ§A °.C R Rr(#Â â:82 § I 3dP)Aœ (tm)œ ÐB O
, 3/4"D x˜ È´"P"ÉÌ ÉŠ a Å4#c5
PfÅ: NfÅ Aq"H%ä&¤ æi>!<'ú Ðab-4í
éøL ðƒÜ ~°a0 ¬Z,
Âv Aá0O°ƒÂ~ zØL'a
" @Ô& xNÕB

èŸ² ‹ˆ0ƒ u'?¢}a
-Î_Ù(% |Ñ; ‰ó
ãØšüKŠ%
‹´J§ühqw§ ž 3/4ž ôIßé¢1ÆˆÜ8´ØÓ‰1Ý?$= Ž 7 ...¯A

A èÏ¡  ;§ è t 6!Á,

àÁ  Ð m¤  ô]  !ÀÉ{Dæ /    Ði°¨ÏÀÉ}  6H'wsléƒ1ræÉ  / Â
    ÁÊ2  y@  Ñtš  ›EÍƒ'6‹;  Npg
)èà  ðtõuÖ,mµ§ß-Ô:NµõÐ}  ß¤ÛŸ°...Âw§  "ð    ^B/è Ü  °¤  ø¡"Õ  è6,
ÓÓ×çì]²
á:é{ÿÿÿ]|Õôé_Oô÷ÖÓ¤ôÕÓõ×MÓú]]Sü$›JëÞ´(r)Ÿoßá†‡Ý{QÿØ×w]-
ÿ¯õwé¿õ÷ÿ÷×¯÷ÝRoÿëÝ'¨ëÿ|aœwÓ¯C¶š"‡ƒüÐ>èkÿÇÕúÿ_×ÿëÇEKÞ:ëÞ"Ž(r)¯ãÿZ$  °q<Þëÿ ¬,
ê,õÿÿúû¶"ÿÞh
ïÝ  PO°mkûõÿÿ_1/4  ä;Kžc Þu<  Õ‡úüË?ý  †  Ã¥ÿ¯¿ÿü/¯X_¯KÿëH  ÿÍg  o¶    ÿX9Ý§ÿ/Ûô"%Ï
ôd    ÿ¡    ÿÑßÿÿ¢  ¯ç  ¢  ùÌ["ÿî    Þ"  ëÏ  I  :  ÷é7¥"    Õÿ^¿ÿû[ÛKû_Ð
÷¿z  Þÿÿß(r)¿ÿÿ  ä%÷ô*¿úí¿ÞÕßÿ3/4Õ÷§ÿû_ëõÞ-ït´¿3/4¡¿ïöÕ3/4"Óo-÷öCÛƒ
¯úzwÿÞß°_ûkÞ¿ïÿß¤ß¯¥êÚÿ  Ö-ÞÒa"[¥¶¶HÝ"Tëü$Ù¶Cÿ²..."
'ö-¶°lìWúûðÈk°3/4HNt[}"(r)Ú¶Cím/a':î


Âõƒ
Á›  à^
è
Ã  až/a,  G6
,8pØa  #"
  Ã>DI&m  dt  ,Â({`ªØK[IÿÙ
ÿá...õÛ  ì.Ø+
    †ØJÓØí°Áa¤Ã    &-...µ³í{  Á...Å1JöÅ1üB¿(r)î!lL;cB-    Ðƒc#`"  0f  1^h
    l a\8pØ  É@3a    6 ' <
13'Â
  63ÀÃ±Q  l  ^68¦(  0@ØÁ
  -‰œ  Vg    "õ†  M  ´g]S[
`"Úö  Âé¯¿ö¿ö+a{    (c)  ú
2  û!^Â  Ó^Åö  L.¢{  VÅ    "  Ä`"D  B  B
žÖ  Ë  2C Âg†  M5µÞÅ-- Á4Õ;    C    Ma"Ð`°a    a2ô
  L  B  L  Ð  DDDDDDDDDDDG    DDDDDDz^3/4(c)rÒ  0H›
 (c)ãB


Õ-a_    2¤  SULD  å¹|(r)5  Î,(c)q
ŽÖé  dA"R.EdS³  çP‡P(tm)7  /ÿÿÿÿ
 V
  CßwÿÞæ¹ÁÎÀüƒ^O2(Êãy
ùÛ  Çüu"ÿ¿ïÿ  â47ÿÞµÞ¿ÿ¿;  ŒÈñ    L    "áH(tm)    áA  a  b'a3"|‰    H(tm)
žj  §  Áš  NfÅ:Š^(  "  rõ"•'ÁÃ"  XâL1/48ç  ÞUDe  ›<á  FEâ<xŠ  5Šc3    FÆH  Œ  œÍŠ  ,âÄP
Éá  Ù;"êDA  ‰  Šæ  ^rvEj  øM  á=?WÂh?Ða?ß  <ì&  Â


  0C  4
Ðƒ DO
    hi"  C1/4 ô  a;[    é"-  a
iß‰wDó  îê-?~&°$ã-  †^Ç(r)‡qjžžž3/4ƒ]0ž  5¨ð›  q¡ié¤œ\    †Ø  Ü  Þ    Ø  Ñ    pa
@  Á²    æ¤ëy
"è    6
-Ñ?¢s`Ì\¿h¿¢|É  EÜô  $\Ø3    õ  6Eô]Ñshœçh  /gY  ›  KØ3'A'öD^ûDæÉ  6f›DæÁ'ùÕ÷¬]    á6Ù

ê3/4¸Oè é;ûÓ ƒÂá
"- A¸AÐ@ìB i xOA¸"( ðƒ1/4
ß </xO 7 ; ) MÂtÿ^þ¯ÿÖ¯õuþ(c):MÖ-•ÚO1/2]kOÖ"ÕZ_-¥uÿu¥Âúzÿþ-ëÿ×µ]êëïOû¥ÓÕ7ôõt¿]
t¯__3/4ÿûÓu1/27ÿü ß ´ÿú"Ðý÷þ:ñ ^ ¡Ó¥ ú Qxþñ×õ÷ 0Å^(c)¯ø*ß~-úÿÿ¯ß~Ÿ1/4‰£Üÿÿ_~ï
ÿ§ù §ì è̆Ž/6(c)à^ÿþÿÌ Ÿ}zš...8"ëïc̈"ç,‡WìƒÍ̈ZÒÿU ¬-< Âÿ¿äÇ/ ÃûÿèÈõí¤ßÿõõ°¿ô"?´"#^EÄLcu:
¯ç%Ì ûÂ ÿÖ G
Eÿ×ë÷¿Òÿ°1/2ÿ÷µ¿ûò ÿûþ́ÿÿÍ̈¿¯ü_ßÿj¿ÿþž·ÿí¯íÞêF÷ûKÿþý~ûþêòžmúúþ3/4íÆßÿúí(r)ÿ
+uçEö3/4Þû ÞÞt]ÒßÿÚ¿Ò¥ý"ëö Òì'µ É
ÛVö #×ý ./m[:'n3/4ÈkÒ² þÈk² m>×ÍŠ¿¿ìè¿m}l4Èk 0@ì"Ç `($f G¯Ÿ"´ 0PE
Â Ã 'Õ"
°V
34šš'œJÈw°Á;XaX˘ šL0"5l'±¶ ³K¶Â{`œ0•ØU´Á;VÏŸÜ0"
ÌÖ
+
%¦GIâw žÅ7$8¯¶|+t$* " lL8lL;cbw ""(tm) &" ð`0-Š
Â̈¯Ø(c) tÈÇœ )Ž
¸Î ØØÏƒ
Q¯0Å "ñ'°ˇ 3a"¨Ï LP `ƒí÷×µ† "
ÚØ[ ¯ë ¯ï¦šŠb·a1W°•"Â¹Ü-...ì/ç"Âé...íC DC " !
-ÀÁ † C É GL¯0é' ¬L§A È a'N Á .jxA,|0¯*Ø'
ÂiCN TÓ A"Ö A,aOh4 (Æ""""""""""#^^^ƒ(ØDDDDDq
ßê¿- 0"â ë-!ZÙ_
â"M,Ô ÿÿÿ-ÒN?ÿÿ•Å3±8˜Š³(r)dLdLO,ÃDoTÈ±×O&àDdj ÈXD/"¿^1/2ý ' F˙Â4ŒÙ EÑÌ...
ÄPDV#Æb"Œ ÈìØ¦ AÀyÛƒ
dd"ó-"°Ê
-Á deñ)°)àl,... ƒñ 8HƒC3
"HÊ Â ...àƒA¿÷ ~þž, ¯¿Ö·û´4ßDc" ¸3Mø ÿÐ •REü Ð0D̂é ä
ÓhŸÂ'ı̧P lž3`Ï@ 2D
Ów ÿßïùÞ,
è o;1/46, ß"Ý
á~ÿÿëþ-ëT¯ÕÝÒ̀ı Ï-'ïKöûœÍH‹-C-wätDƒ4D
Ž£%¥'6EÈ, 1/4èÈKS4v6"6‹¬ï"E=VK(tm) gt3Qÿã§ýkë^´›ÓÕ¿Ò_ÿ"ù l< óP"1
4EÆ̂" † eÌ 0D (tm) ,3 A,
Ì f)¯^0‰ N
xŠ 5 P
3/4"B f"`@ ø Á 4 à‡ ! A,
¹" PG Aƒ°Ÿþ,¿íÿßú Ò ÿ¶ƒÓÿ á|& Óôý40ž é¦(c)"Â
ðƒ ð¯Né _Â¡ÿÐM+V´¯Õ×(r)¿êÿK?µ_Pa àÑs !0`ƒ ‰ôû!ÈØÉ 174\Â›àÌ
¨¨]ÁÃ¢| /è¿
1.Û'É
S¤&¶ >
Â&= ÀÑ;d; •¹<lK°',°‰û-Í"
¨†&æ‹ð¯A Ì<2æ¢n{¶.-õ~£Pª¿éxßÒz§A
÷¨A¸¡ØOA¡
âÄ!Ý 0A°a0A"# è9
@ƒ ƒ @Þ
åÂ Ø àÁ
@žá á

(Ø!v ,
Ñžâî0µ"T¿÷K^î·ÒÒý.
¤"Õýª O]i?ÓÔ&Òt›Iín ›ƒ m&ý Ø*ZOI83/41/4'§µKééäTõ¿IÔñ PD û
...
b¯§W÷ª¸]u¿Kjÿ"M1/2uÓÕ]?¤ý{õÛuú¿ÿ_² 1uýÅ~ÚWüB‹â¶é+Çú¡ÿ"ý? tÞú[ê ^¯ûýÓÚ ßý ÿ"a‡&
îëW²@'æ`žÿÔ¸s9ÇÖz;_¿lzÿÈ¨ý¨(r)" ñÔu×Y ×ÖNK í4¿ë; ~ú¶y‡ÿÿü*z ' .
1/2}~}{ÿ...ëªßûK_×"û ?ÿ
þ¿¿ýqgstßñàØþ:WºÏÞþ 3/4ö¿8ß´æ1ýôK?Üáuß ~c
`~¿^ÿ(tm)A í-ÿàˆÿ÷"÷úáöÿ öé3/4 ÛûzÿÞŸþÕ þïý¥¯Wõ H³úÿFEý{ÛI´¿ò*º*ý(r)ßZë {ãÕý´ o
ÛKÿµ¥þ¯×ßß1/2ïûá öé[kûkÿ¿£ ýÝý ;Þë
imíý*ÿ¿ÿ¿ö×ÿ3/4ïµm']êÝ _îÖ¯(r)·ì/þ¿ZýõÕôÝÓµ¯÷ûúm-[:/olè¿àÁuý[l‡¶-_¿oÚûz¯ë~¶¿°`¬ þÙ
ë·kï-'6Âûimïû|,
Xa>àá,ÿ†%3/4Â¶iv¬2wam+
ÁÙ?ì2‰6 #m.Ê "›
Ó
=†Q6 °zìI ëlÒô"`ÒWm-mB°Á6 [°ÂVÃ#éÚ eÔíÃCL l O `3/4Ã <
"ƒ
[
¹ (f | `Á a› † 0ÂÁ"ªÁA
† ð† a,Ã /Yãa"¡"XàÁ 80DL
d
`ÍŽ "CƒÎ€¸ `ˆž ù8/
ÀÁ 6 `ô
¸Á 'àÉÁp@Á S ÅW |$ lŒq,
ªb[¶+¶ƒ ý ±K Ç±LS 8â Š[b¢
Œ1QllTV...ìK±LV×¨þ› ÿ±[µëM5á-ÿß
j˜.¶
Þ¶ ÂØ[ Âaa(r)1/2...°šØM ¿a{ Âÿöša0["µ< Ðanì Âa;† eèƒ &aÊ¡N T2Œ 3/4 `"2Á
!l˜x0I D ! J°BÁ 0B} `"N°0B"#ˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆèFÄDDqHDDDDDV-ÿKK¤[è-Ë*Î "'(c
)ESŠ CêB²'m †
"$" ÿÉ¹dMôŒ†Rmá2fD ...q!'Áý?Öü³"¢¸Y (c)"†o/›Gó}-öÿ2
:
Œ"Z2€Ø`Cb ... - ¸l; !|ØCa
ç ¹€ØJD!Œ§ J ðRá°À§Ä$Ä<( f`Á8†Å Æ...Ç›b"\
@ò¸3/4Bìì"ÎÉ; 4Â
W_Â ..."þ¿Ó¹Ÿÿzkÿÿ Âi¢nÿoôIÿî Bnå"e 'a"³Ý, 0'~Éãæ
a dñœ Ô±ÿÇ-peûFÆ,
žgœö
(ˆø3è žH "xÏ!ç^yžpg"‰Œ 6, Á¶š h8=$Ý z
ÿÿÿôé
"ßûÕÝ} ÿº '(r)ÿÕÒA ÿKÛJ¯ÿý? þªî¿N¿ÿÖêÜïû³Ý]}3/4" -Þ§s Š MB"
x‰Ä#Ä1
Ø¤ B@.EÅ/ž#3' ô"‡6<ˆ •ŒÖ)ÈœRV2 3#(c)d\².F3(c) Ï¢ $ L 'ò<HË¢>D
¡œ ) 28ñºuï÷"ëõ ÿTªÿ¿õÛT›¯K~Ö xA"- a<& xBÿRp| ðƒ" á 0@Â "- y €† h‹l
hDhA, ˜A,
?[~¿þüÿî¿þ ÒöüÿO{×þ-{¥N$Çh"1/2Q( âLz%
†Ñ'_òCâLw§¡¦±a
'êºa?M Žþ¿§ÿWuñ± ~" ÷}ïÇûJŸ]-3/4êÏF

œ    D= ˜ t]  ¡ƒh  6Ô  £4Á³V
ÅÎw
è¹¹¦Ñs  ‰ûŝl  /Ëï¿  ÖŝtOå  6Q9†
æ(¹°dþÏH3...  µ  ~(r)ëÿÇ  ¥W^ï  ]ÿÒÒÿµ‹Âm  ÛB  ÒzÒoIÿqxMè Ø‡IÐA±v      `Ò
,    0Ÿ‚fÖßß-  ÖÁ""]ßµ‡ÿ    þú  G¶¦¿ì."{×Û§ªÐM×OÿZôý?ONð(r)¸Nÿ]$úÓuüiCKv>41/2cdM   öƒÿ
"§÷X¯Š‹ßƒõ¯[_ZMû]ÿ3/41/2¤õ  Jë¨¥Å"ôž¿¸µÿnëd  ÿø(tm)ßþúëí/Rá÷1/4í  Ð·¡  7ÿÃòLúø²¸ëÐÿ§§ìqä
+÷îÊ¦üÓiz'  ˜õßŸ‡àÞ¿?à  ÿûÛÿ×Tü¨à(c)÷Ú  ø?ü,ý{  "     >ü‰  þDÁ  ÿÙ
B¨öÿ  <]/@  3/4žÈèŽ(¥çbÎ  úoÿ  _o  ,
í÷ð¿1"    ûì²è/óq  -r å:
ýþÁú.Ê  ïúü.é^-ú    ÿÎ§ÿó  êÿ~æ-/íwï  Ì  Ö@‹þü'  (r)ÑtÿB(œ÷Î¤]/ÿàßÐ^ÿú,þÂ_¿-ëŠguïÿŠÖþ"øíÿ¿Þ
ß  A?ÐD(r)¿\-ýú
î"@  ûA²õù0ï}îê  è¨ïyÃÝzúþûÝ_ßÔ  imï·ÿuõží]ü-_ÿÿk×ÿ{  pÿzõëõ-·Ö"  iÿÿ(r)1/2  í1/2zþ*ìÒÿÿt
Ðÿÿ¥þ¿K(r)ô¶  "Ufuïo÷m  ]R3¯ÿéÝ/:D"U°ÿ}÷UØ7ÿl/{¥±ü.¶CõØi}¥þ3/4HV  Òá  Õ¨#}  ý}µmWZ:
{d?[K1/2o  .Ò×ÿ¿Ó¦-Úý-¥
+J1/2}ö  VÞß¬ì,0"¦1/4  M"-l*Ã


vÂ¶    Ul  °›  cÛ
...û[^ö
/
-š[a}°¹›"XIvÕ†  !ˆ  ¡Á,`ƒ
ƒ  CÂÖ
    †      ,äàà†Á,±°aT‹  pCª"  ŒQð';
#¢  BtÐ  ›ƒŠc8
1±@ˆK  Å    ñLH¯A"
&rN(Ì  cbw    NÁ-  ‰oÜ"  6  ƒ  C  †    ÀbD  A-  ð]°VHy¯0Å-  `$NàãB£b¯
  ¡pÓZBúB¯  V*¯ªûý-ýw"(qMÎé...¤×÷  L^ý"×$ëa5ŽÃ*ý‰oob[ø¦+pAEl-ÚÚkì§ÿÿ¥gt×"  4ÅÚzwh0Ž(t
m)tÊ    ƒ(p¨XC    A'H'ftÏ    3:4a"Ie8)ì Âa4  &  L a2  t    &°Á    nÒ×Ì  0°è
ÁPa0(c)"Á    0ŠM
Â    ¡  Yp"D"¡  "DDDDDDq^â"""""""""""*"""""""""""#´Ž¿úúUôµùdS`¦#  C²  Š
%'UGü¶¶"ù\R2-Œ‹bÞ¸...DØ  È'#Ë;0YP.v  YÚ'ý¯@@Ð3/4¿ÿú×  ¬Î?  ¿  ‰oL¨ÎWç  ·ƒáÜì


ó¸±t¿õµú×_ãñÇ  þ¿_ÿÿ¿ÿÎ㨨c=  Ös%fk20  çC7Â
Ž-    ÔRT)x  !ÐR0\  (tm)±'  xÊ  4eÌÙ  ^F
^!Šj  Ç›  ¨S ¤ Î,œ    Â&Æu  U2@Êq÷Í  C3"t¨î^  C8("
×)Ä/  26<Ö  Ö!x BR  <  3äf@†h!
,
 a
  è]"Â
!"  "ôÂ
Ba8µÂ  A"< Â
HhÆ      -¸L dPP¯A"4Ô  q,
4ý    =    Â


Vƒõð¡  "-    ¢NÑ¦¨Œq±&;Ñ1Ú#þâôIè"5‰oNÑ'¦DÎÑ'-...§I"×‹Ñ  î%  ôN1-Þ‰oCDqD-"JÙ  ‰o-"¢yv&
Æ%‰ocÊý  ø3ƒ
    pFŽiÍ¦Óƒ
    ô      Ð l3a;  8 t    š¯m  4  Y-ƒ @Â  pdþ‰oÍ'f‹Œ¿hŸÎÔ    Ö@  ²s
ƒ9Œ  9  o,

,
@ƒh ? - 9" Á
ðƒøN,
¤â-ÒxA¸¡"-(c)ôƒ ›§ Ú út ~ M± PA´ ~ o•£§õ 7‹h'A
¦úoéô ¤Ý>þº ôžž'okþŸë¦úéôºxI=oÑãp1/2þ¿¯Òo§ÿþŸÿúî?¿p¿ýÚ[Çu¿×ßú¦ÒuÛÎŠ¿K ýZ´÷ûûÐìl Å
Ã$Ëëþ?øc :¸-}õÐº ¯²9 -ø°êò0^†:úþF¯÷"ÖEj- È9 ÿÞ¯þA d WÞý{ýuÿÇü,
ü õÿý zÿ²
,
ÔSþeF•o_8Oì9‰¿˜kÿüÖV] }A•‡uû õæ
ÿû}s˜a¿ôRÉ }Úßÿä(tm)Q /¯í ¡ æ ýEÄGò´_H³÷þÿ%Ï¿"Ìƒ ìšH+ÿ_ÿ }'{ïöÿÛßïõÁÿ"÷ÿþi‡ß²£
(tm)ïëÈ]ÿÿßù×*!"º ì/ÿÿ W3/4Ag¿Õî×ê× ß}ÿ¶þ"-Ößýöþ·ûkýöÙÑv"ýþ-ëd?m.×] 1/2uÝí ûð1/2-¯d
ÿ"!ö¶"d‹ö< 1/2² Û!í¯ÂÜëþQëea[
Ã$v1/2¥k ×a"¸k Ù›î ,4›
°ÖÂI°ÂwwpjÃ †'
+
0E
ÈêÙ
`"l0Oo† † 6tm[ ƒX0SD 1X@á"
ñ0`' ` 0V p`' . °Œ , %"º±, l# q3ƒ<
1!... ƒ
UÝ› "˜¨ B˜£àB ` † Æ l...-F †ÍˆÅ ƒ F€"yÎ 6 8¨¨""lM ) ŠM Ž)%ônâ-Ø¨¨"
ØHÃ¦1/2 '(tm)ÖÂÿ ×% ...øì/`é´aÂkž 'ñ /aL:ž ÂÃ ,
&ši...Sº÷
î§u` ÂÃ 0šdGA...8"0(tm)C(tm)Ïh0N-3¹7
hLŠ à Âa H G`šf" ¤aƒ,#¬0 •e -Â aPaa¡
!
0A""
Ã B"CÄDa"¹4""""""""""""8˜˜˜˜Ž""""#˜˜˜˜˜Æ×ÿý/äÙÌ Ó,!Û¥Š+" !ÛtÚ(r)[•¢ø•ËYt1 ùØ3/4wN¤\
";Pes@...}
ô˜_ûGz @ò>feã°Ù|Î#ÿ)ò s"ÁÂ ô0Q¶*b qq",-ëý...þýø3/4=Kþô
O 0] A
ý·t"ý¥ëýýsÌ, Ñã5"ùVYœu"Z2@/ G² Ê
'¶'ÐRA žs#¢=;,(#, AtA P! ,

Á 5Á a Á
0AÞÞ 4Ñ Þ,
O˜ºÿ§éú ñÓÓM-ôþÕ=?°ƒD‰"ð¢~ `b~a-Å
MÍ çƒ5 3/4`Ì\Ÿ´OÙ ïDý°A§¤\Ù FÎÁZ§

;°šhF ,
Þ0Aô m Þ¿ 6çö-$ qC
\ýü+º3/4¸MÁâý=7íé>ªê"p°•¿úê3/4 ] áý+I÷~(r)î›-ëAu] þ¸Ã øëûÐßáÓÔWë ÿû%"ä
#ûêÿûÿÛ¿_ÿü,<*ÿ1/2þš_}ô ûÿÿÏ³^‰÷˜+ûó+s¿¯æ*ëKÿþü...ï
@ÿþßÿýVÝ1/2¿ÿþ"¿÷í~÷Ò×µûé~¿ÿþ3/4ªßû÷{uýíþ ÿû1/2³¢ÿ^È{i|vCØ8=´1/46k< í"ÿþOjÃ
ÃJÍ,+f"aa"µvÂ×l0-Ã"äà1/40S,
ð.x@@á› @Á †lX0V °`‰¹)†`l ì $h
,!rÁ˜ ¢, h
,A ˆëV*í;ØÖÃ ˜¨-Šbƒ {±NøkO¯[ ÓU† é,(tm)Ó [ Âjƒ†

º`¶šj""""""""""""$" ùM ¨ÿä Î!QÚÜW Rº^v|› È^Zºå×æC '°‡P"!ûS³"+EvW 7 )ÙY
Ò!B aNÇ
ø]è‰µN "ÿ¨T¿'´Jb
¿¥ï‡h 'Rw"ÄE2 ó¸¹Ôï;À¤-É_¢ËN_çq
É¹<>è Á ÿÿë3/43/43/4¿ÿñ UÿŽ?ˆ×ÿ×ÿó´d{ëÿ÷ÿýV¯ÿÿë¦(tm)åä
;›%ÙÌ"²X2
óÈ"åXÌDXSX¥â$
' nS""",> êÉešò!œÍQäBdªÊ¡ †J†t
.pÍdUY
ˆÁ˜ˆ¹ Â É2¦3ª(dXiš,Ù †CEÑ 2 Î
Ö2 $ @ÌgA"3ÄJ 1 Å$
ù› þG3AMCÈ°"æpy±N¢fÆt Aqr! Á ] b Â QN
` (c)˜"ƒ
@ƒ3 Á 4D¬`ƒ z
Õ
èp@ò@@C$ Lð (tm)˜... "
ˆœ ¡ Â ˜D < Â
Š ƒ 0ƒÌÅ$ A" 3B "AqpÁ q" Bðƒ ¡ÃB
&˜A" "Û `ƒL C 5 ¦† a
ì'"ÂxL z"é ôÂ
!öžœw-"(rc"á"1Úè"?DïJÐz
PðŸh?Aá4ßÂa áB
Ðt qvž ú"$ÝéÅ"ôÕ8°(c)á_M
"1Ü\IŽÑ ‡ ÇrOÈ‰ ¶C¸šèž7 œQ>hŸÎ bngY 0Í ü
Ê´\ÔßEÎ
¢èý Ø#4 H 9(c)÷Eð0‰óEõ î‰"pbla"tèŸ0ÄÜÑ>d83 u öE˜Dá¢~Ñ> àbngY ö
˜e,-á'$]Ñ?
‹ƒ<åÌ2D d~Ñ9² "\è¹†
-æ¥ FCÑy $] /è › Kòshº` ç;é Ü Á,m
'} t m ØMº </è6!º
é6ú 7§î t Â è
Q A¢ Â
´%> ØZ 7NÂt mˆA¨A´ ;Â Â
° , ... -(c)ÐO ,&á7 4 ðž ÜB ¤ pƒÂ
Âz

›a8¿¤ßÖ,x1"õôý]>ÿú¤ëû þ-'Iéëƒ-ŸÒztŸÒéèRzúoIëé¶(c)3/4 "p*Iºún¯zz´*WJë(r)ž¿Òuë¦én3/4ŸWÿë
Úéþ›Õqj¯1/2~-]7ûuÓ ]pªÒ÷úºúÒI"ýúzázOý-Óé]{þßkÿ"ôñÔjÿ| -‰*¶ ýî¿Ó Ö(r)
±Ú¯ý/éýô/CÇIøÿVëëxë¸ÞÇþ ÇV"jé?ú Âý ýt>ý× ‹d9@ä §_îÝò ²ûÿ"Ô†¿ÿõÿúë{×ÿ¯þBŽêµI ç
WÔ,¿ÿý?à¿ßÿÿ__ŽÁ" ÿ¯,#øn...¯² Oïûÿÿÿý ûõÿÎëù|hìøaË¡‡U¬´ ?ïüÊ:ÿÿÎKœ'þuo§ Ñt' þýúZDA
ÿ˜Ãÿ_ÿÿùÉs ýó+þ¯}üæ?B9H?|-• íÕ ¿÷þ‹?ÿÿÿ¿þÔ˜h'
ï÷VöóD-¯äTý÷ÿ÷ÿï{úßÿ_õ¿ß#uëd*ý ÿ×ô ÷_ÿwëßîuƒÒšN¯_uþ›çÑû• {ý}×í}wÿµï÷§ÿ º1/4§ßIè‰[
íÓm-ªßMý~ëÿ{·ÝoÿÿßkúÁÁùÕþÖ× ºûÿï~ûlè¿ÿívÒÿí~öõ·ïÿ]^- µûÿÛîÉ¯
†¿þÂõÚK¶"Ú§I"NÎ‰û!ÿ¯Ú^ÚU~Ù ":+^ÒÛ:/"^×$*Ød Õ²ëi=} þÒl‡Ú¶'÷¶CßÂ ivOý'=²‰Âö"a}³
K†¶ í...Íi6 Iøkýµl,> _†"f-ØKÛJóKì-°Á[
Úì0_³6ØI[JÁol'ÃI† †-...[@Òa,Û Ã a¦Á" Á 9 @Á& ò6,a2:l 3Í3y¦ 'Ì0Á#A
œ0PDK Áœ"6 `ÍŽG Ì '
Ð `Ì

3a Èâ'°b)‰œ-
"`‚b 8     ´ ñU
ÐV
  6
ØàÌ
  >
    Áa¯ ðaƒ    6 Fèœ0Á- À† 27' ]†
"ŽŒÁ^£@b
‚¦Â   ÆÁ,F Ã Æl!°Œg ^¦3À1/4S   "°q±œ *6&           ¡É
)Ž!"
%1/2 ‚¸Š   v4Ø¦+˜qìW±
¨]m{US
ŸvÄ·±HS \ÃŠb¶+Ø"ˆU±JÅ1\î¶+éŠÚa>Â(c)Ý0°a{L'v  [U"L'Úõ
l/
  0ƒ^  [
¦ 3 ÕM 3ŽlM39X  Õ   Fƒ uµ°(tm)Ý   á"ÂÃ^ ¦·
  †  aVÂ Á>Á      ⁄1/40ƒ
ž  i-
  †  0§t  'e
   Â
  Ad  Ñ   a
  "  !   2e   [  +h+p"DDDDDb
Â  dô@Â   G>ƒ/ke7DDDHhDDDG                    DF""8^äÿÿÓ C²  !ÍÂ^sbÂ
  ¤7ÿZvPåŽ ÄDGþW  ‹@8¯'e¤Wëü  /"ÅÿüÉ"å¹A(tm)j¿;)Šqš'p¦CA3#¯l&J³±0ÁÔÊp"1/4
  ÄwÁNÒ¯Â!džw  ÝŠ|L•eFwAB
.ó"ÿÊ  tÿPŸßþ 5·ö§þ';vÇu›Ù-"8¯Ž  ü  ù3/4Ï%(àÁ   ?8  yÚ2þvF^XMÁ  ê¯çÌ&ùÝï÷ôô¿tg  O  ã
‹éúÿëzr!î¯ŽŒï#Ièy&KšÈ^*ßÈÂ(FfI(tm) gq-d2SÈ§  žè  3¬a  ,œDuœ D#›wú³20)(tm)
gˆœ!8§  <!!-# P "
èD  ä€'1
a
-lPD  KÿóB  32   8¡   8§  >!!¦ 4
  ƒ  ‡V  3   kªM(tm)'
 a  N*a  h!ÁO  Ha0¯ a      2  ü Ð°ƒ@ðƒ^zÿ ô  i ÿ  0ƒÂ
tô=?ú-è=<(Aþ...ªxA"¡A
_øAá
...N-BÔ'¦éè=  _õx‚°
Ÿñ(r)ˆÇ~‰o@z#  Ç  ¿§‰¡Å z&ôO-û%
Ì9}i  íñŸQ?f´-]ƒ  s  &æH'pÁ'¦¦ 2¢ 8  a²ú 8>¤ùþ‰ûe¦ ð¢~`Ì  ÁT°°d1/2ƒ%ì'"ñ¢æÁ¦já-d69Ø3-.
Ð lë"è
Npg0YLçÃ
\   lÌÃd‰
, Éé"´ÓÁ Ã1pƒ} ƒ
   "  XT  "  "  ^C  6
Â  i§,
°...   ý  ã š§¤ð¹q¯Aè<   ƒ†Òé"  á
}  A=]Á {  ¦éá  àÆ  °§Iµztƒ  ‚_MÓi$
¥Õcð›×"ßAá}á$/zn›¥mµÿ1/2t?ééõ‹ÚþßÒM¶-ûé=ZO^-'ßïTî¥û3/4¯Á  õ~¿¿V  ]  U¶‚ëÿ¿·ßíäñ´  &ééê
œ1^ÿÇ¿¿t-Ã§§(r)-Ø¯  ‚õÖ/Ð°kniµ}éê›'þ¨œ  C(tm)  5úö  †Å  ÏÿÝvÕþh

Ú]x(r)B>ûî"kÕM  +êë×ür-‹÷ÿûýØ_  uþ...ÐAé§ÿÿ¯¯ÅÿXm  ÿÿß
÷¿_ÿ†ô?ï]  ÒœSó
_þûÇÿ(r)"øD¯Ì¥3/4mÐI  ÿÿ§û¢Y¹Ô'üä_ÿw¿êŸÒÓ¥  Gÿ3/4¿ôÿÿz@°ö¿  Qõ  (r)Ÿ_ú3¿ô  -¶êÿuÿÿÿé
ú
ýw[ÿþŒCõ¯Òo  Kí  =(r)É°ç  ýw¤ß³Âûƒ¨þÿ1/2  >°ö(c)7õ]mýö¿ÿ§ÕµíRm×é~¶ÖÄ÷¯kké$ßï-ÿì5ÿ¥"o
3/4ïI¿ý  ý†  ò  U¯¯¯íRm_õÛÛa...²
}7÷íé7ÿ(r)ÙÑÑÙÑþ`¿e#×WM+J›I&ÿð¶P›!þÙ  ØþÊ  (r)•'µM-˝
ëö¹FÙ#Kbaì2‰</Ã  Z[a$›ÿ°¹=awa"ö%¿ò}<ê"Ò
Ü0¶  Û  -ÝÝØNÁX¯°l0]  ±  "˜šd],L5 Ó†  a""9°ÂG  M  á~2ûwm,-Ù  0Á`Á0  ,
"ì0\-...3a @Á  †  ƒ  ŒÁv
  <""Ù  <6
  "n
ƒ00Á›  á›  ð`5œ    \y    (R(è  31"¢  ƒ
P
Ñ    Î  6&pq±,    ð`  X@Á  ž)Ð¦*    ÃŠœqF¯Ã  ...§  iÝÅAÅ  )4ÅX¯ŠùÜTî+b¿×b(r)*!V
  ñûŠªŠ^_3...3-(r)"ö¶
ØXþÂ Ó
øk
8a?þÖ  &  ì  Xkö¶¶  ¿"    &  0¶¯/é"Ö    šk
'
&ƒ    -é˜t
§>Za  a0A,
ŒX¡Ê0  q  Á    -0Â`àÂÃ  C  DDD  !a  /zÁ,  :1  søšÑ
!  R,÷3¬DA•±B-W    Dxâ"#ˆø^^^â?ÿõ]~¿úõ-Ó¤1/4›D  É´
  ¸à^pÈvè  ["
C
...  !Ã!Û¥Šý{^  ø0·
E{ŒDDDD  òl7  am;Y  v¶  ¬  Yl!ÚØ_¯ë(tm)'dØÔgahº0˚èÆ_9žÌ#ˆÛ#£¤q'  ŽŒ"ùÓ3ÍÓ´
cgz"  "Â¯Áóµ  Ÿ  ¸†Â-

†ÃAoÂ  È1/4‰\    0  ;
"‡
ÌgÃ0Ð6  AöX"
."83AÈR  E¡
â-`Q¿¯§éí  5ðôûÒ?þ¨}.ûÿ¨CëêôIÝÈQÃtO2‡&xdø§1/22¡  Y"Ê  ³¸Dçð‹§  Ï¨@Á  fª  7ÏÅ  '?ƒ  Q^3R
HÐ lÐÉðf;  dP@àÓ´!ÛF
ÏhA§Â  §þ¿(r)ž    ÷
é  ÿozÿç}u  Ò  ¯ûþû×ÿþ(r)ýþ³ª#ÿýúÿ÷(-D
  £3"Ã!,ëæŒ  -GC8<õÿ×ôâ  ä¨... ž2*!  |    †!ÐSÅ3/4"Îÿõ['  h!Á  ÿ÷¿¥"    Â`  ÿœ
°Ÿõÿ¨úXA¯Aá0ƒ×  ?
ÿ÷íç×´    Ÿüõî-WYÿù$¨A°hŒvÈrßŽžüIŽÿ¿ÿ=~  'z$¨M  †Cf¢Qðž1/27·þ¯¶(-6¯G[QñïÕÿ

è¹²D  yEÑ<Bß,d  /š-Rül|hP#Fè  £!èÙ@  ¶...ö    5Dd‹É!¯¯ÿýÁ  ÉèI¿û¯W  ÐA1/2  -
Ro1/2-"éÝÿÿÐoH7  )  û  S±w`Å7  1/2öÿà¯Òv  W    _Ô}&õn(c)öÐª,ëÞ    ñüz_]S|Gª\WûÿÈ!Õ†Ò×
íu  ÿÓÒMî‡"  ÿÒ  ÿ¦ún"Ò÷uÿµü0Ðâš  cêîôÿuøaÄ/ÚûâÒüŸÿ^•ös²@3/4•0òGþÿ7AðÓ
~ÍÛ¯z$Sÿ-õôùX+ûöŸÿW÷¯ÖÄC9Bë·ëâu·ãÿOh]ÿúÿü-    ¤Þ¿ÿÿ3/4  ß  ÿ¿þm<Ào}Ì}WþbÛßÿïMÿ
  ÿâc1/2  ÿêcÿ  oïïÌT(r)Q·£
ñÇý  -ÿwö¹+¯oøõÿýý×  ôÝûÿ-¿¯_H7þüä¿ÿÚÿÿÖ    ´Á¿þÝÿý¯-Ÿ/ÿ*ÿ¯3/4ÚMÿØûÿïòÒÛÚK~¯ìÕÿÿÞ-

¯kþ3/4Ißö-Ç¯-YÑ%f§õV·ÿr-Ú]¯  kaÿOÿý²FÚ÷[×ö3/4ž-¶"é{
[
"iÿ}?ý†-(r)Ú[a-5ïö§_ý°¬4¶Â[
%ý...MU0[6•° &]yáë"Úaœ ±$SÈ°pC 0""Á-
† f
Ääp    †
  3 Ø0HÐ dX@ D& c K
ø fÂ- ÉÁ
ƒ `Á#@!º3 $QÑ .F,   ÄÎK 1ä Ö £Á±ŠBÜ C  _õþ Ä-ŠØ-
Z_ÿõØ"ÄlV ¯V û¥µð-w   ,ö¿-x`ƒ
        NÏ ;µXk}ª|0ƒ Âh0¶ f- i' 4Âd
å )Îá Ð`"DˆGÐƒ 0B"""1                                    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-í
Âß²Î¹ Ó°(r)[‰ÆEµ ÔD*(tm)j^§efd`yØ ÈÑjx³PŸJªÁ
ßþ1/4ìfóµS2-g2A ñ•Æ'
(c)¯* šý/ô1/2ø"
-¢* d|ðCb'Â
p 3
P
'¯A'1O^ 3@Á@†Å0
†
É
§        @ƒ)Ê  t
  ËþvS ?Ê<"ó\d2!UuÐ?õØha
éÄ_†v "jƒ$ TÂúÿþ‹ÿÎð‰ó h L á°ÉÄDò‰Ûv';vÓÕª% 
'7k¢ãøø(r)8ÿH> °Dz v
        "CÍY-Ú' @è mž¤,
ƒ9àÁLƒ ÌóJN0@ÚÂ ' ¨76çþ¿ý?Té>-ë{
ž wT ooKÕ±Óé&ÇÒoÿ_ÿYÕ cÉ1¯uz_Ópëv{¤"ô¿rRÊ¿w÷ê¿= †KLæC"
Ê r Ê#Î†2 ùã%Dc¬á †CDƒ y¿š†A(tm)žqœf' ìÒD|" ÔŠA ²,ÈÄÈ(r)o ÀdD cÉù" Žcu ~
ƒ <à  DÈ µ Òýn-›þ›§Òÿ"¡M À¯ÚÙÒï'Ò(, 2@P ¨ÌÈ ÉÄ:
  .a0ˆA,
à(tm)@€¸L Ñ      0ƒ4 A Â"â>
0Aª}"< zØCã ƒí
ÚUv:_×uªúÿk¥ŸÿyAá>µ"¥ÿÓA"4í?Âq iúzúa<&Æƒ ^¿õÃ~1/4Œ~ï' d}"NodÐ\Û 0µý/÷Ö†Ÿ1/2_ô
1/4} æÄ"úþ1/2ì
ÔO"_ˆOè¿ˆÁžd<"ˆÉ pÉÁ(h¿h3/4 OÓU4éDýDý ä]Á'ö 9°d1/2²vNä;!0f.i³¡<¸0ƒ8(tm)(c) bç; bðt
  î n z   ÏOTíé~-¨ÿ×Ö-ê,
ƒ -Ö*ê1/4Á'~á:A´ t m"þÄ!i§A ÐAá7¤"Ü Û †  ¸NÔ' q  ...ú|_ÿî i>•_ª÷
¥ O"3/4ô   ÿ...Ò ÒÌë"Zé-!ßTé=:M×1/2U:O1/2oõZMÕ:O] ÿÕ¨ÿÿd:-Óz
_ê'vC†¿¸ã3/41/2¿mŠ Ðéº1/2kúÞÿ(r)›(r)ž1/2k~-'ÿÕºzúo÷ÿ^ +ÿ aúøJ6ï^Ã
\?ÒnÊ ÿ3 ÿú- aSþ'ý(r)²ßÿx-ï1/2 Óö5ñÕjÿÿùV>(r)¡å@ Û#q31/2Eßx"Õks] ¯ÿšoþÞ u...Üÿ¯ý/ÿ
Â·M/WZÿëÿõÜ ¯†÷ÿÿÂ-ë áÂÿ
æäÌÆ:ë‡ÿhgt¶ûâÜ fr~HŒ¥V·_>*oÑ°/ü%Wõ{ÿÿ[ÿÿõþÈ%KÒÿ×ÿü%·Á†"øn ûæ‡:>,/ëmÓþ"b#w^ÿÝ
w·æÓ·ÿ •ÿ}î  þûŠÿþŒÈ þ k"8 ÿÿÿEÑö¤( -ò
çÿö¿Mïÿ)Zþÿµ}ý_ nŸ ûÿÒÿ^¯ŸBoÿ1/2 ÿß÷É‡ëþÿÿÿ    þŠ-¥õš
oþ°éÝé³†÷ºÚ°ç#ï¬ v"Ýô¯ÿ¤¯Zõéí ÿÿÿBù<  _ÿ¯ÿþ1/2:D£×ûÓÿ×íÿÕo(r)ÿ¤î*i{ÒÝ?nÝ¯éÚõZÿÿk1/2
  ÿÞºþ¿¿k]×ÿÿ¥·ÿ¯ oÚÁK
*   (r)t Û¯Úí¶•=¤í÷ÿÚ_"ŒåÖÖõ  í+!ö¿þ1/2  ~ÿõí ÷1/2µÿÿÉ

é'¹!a\  µºO
+I˜¶Û$m}ZpÒÛ´´ŸJÊ&×Û
3/4ÿ"kÖ,ªm.›I&"ÛV  ¶-ÿ3/4Ø[_íWá¯ö  ÿÿºVÓ¶
†"0VÂ  G¡ž;

*àÁ(aX`  (DO
ðúH  0AðaA  <-  ¤à¸@Á    l  ±°ÂAO°ÂGÄ'Ø6J  ¶ ƒ'        Â"  "  -D}
mJ  u†  (`3/4  "&        `l  $  ‰ˆÎH‡¡  <ƒ
  6
ØØ2áÊ@†Ä8
H°¨Ö    6
¸§  p@Í"b    6    8fÁƒ0
ø    NàÍƒ    qPllL88§+¬¬Tî)Š]Šÿø"·  ¦...1Q[±[Ý¡  ›±H  ¡  wLUìq_"    ˜(r)äÿØ¦$Çÿ  øb-v¿ÿ¦šú"Âa
pMs
(c)<ð°Â
{  ï^Ôî  ×Èƒ"  A...T×ï{†1/2×k¦
ŸÚ
5ÿ_†    ÿž  ¯`(c)è0¶°Ù!í2(ç-Á      •gÀ\ö  `  "!"  BÐa
Q>ˆë        "DOâ$ŒDD  ,        DDDA,    H  B
Â%ìDD¡  8DDDDDDDDTDDDDDDDDDDDE!      -#¨ˆˆŽ4"#J¿UèõZªõTª-  ...-ªšÉ²
q¨ˆ  ÙPPáDD  ÿÿÿÿÿÿÿ-pâÜ¯!¦›    ìP\ì!  §  ¦["'"+  ÿíÓçp  ïûZ^A‰
    Jä¯&^v";        (c)Oó  œ
ûßßJ¯ƒ4ÿ¨øâµða¯Oûþ  ß_×û"  hfÆj  œÎ
è!9    "
"'\È"PÐ^  ÂvF"F

9õ¨ÔGr,3  Ðd4GÉÙÄD#ñ"A'1/4  <á  ÁçB%Ì§"œ  êILê2Z2ZFò      uEPd0^ó"j-ì ì a    š        á
Ð°š"  hXA"ð†  hA"Ñ  š    Â    3â(tm)Š  <ÌÈ  `  "3@    ]  B
@a  \Á    Á  >a  |Sâ -  ƒ
"Â  °%n%"D¡±&ì"7q-Þ    Žã‰1Û"F;Âh  ãPƒÂ  ...AÄ?C  8´×Ò
0(c)ÅøAþ        ý  Á,4h  6
œó  ƒ    Â¥  F  x^O(tm)¥¢èÁ¯¹th  (tm)Í<Ôd=  sÐ3ÕEÒ‹·'ö
Á  OèŸ°d¦  .m  óV
æ  Èù¢æ  Óhœá  ›  KØ0  œH¹²-
ÅÄÝDýþ  Ó×  §I¶  è é  ê(r)›è>,xZAÒ    ...þ  -  1/2Bn  m"    "í,t  ‹Â
¸A-Ò  Ô'"  Ö·ÐM×O_-  ×¤ßM"÷MÖ-"ÕÓwOI=7Þÿ×Néí?ÚTßÒ¤ûÿºÿu1/2'KÿoÒ-§Åz¿-_wI^¯Ò}  õ
    öéÝì×(r)×-êÿ  õã·ÿ|w°ã§KÆ:ÛZ¸ééìo¯¯¡¯3/4-Þþ=÷ÿÿõÿÿujò&Ž¯ûï(r)-þEP¿üŠ  jþÚÿ_õE"ÿó
oë¯ß-9œ*
äQ×²  5°ë_i  þÈ=  ÿ
¿_Téüë¯ÿ¡  þÿ^  ^óƒ`<à^3/4u>ÿÎ¯øoÿôK?ûìjÿÌÒEï¯ÿõÝ×ÿ}o  "ÛK  ÛÚKïüŒ?þùÈ¿ß÷¯ï¤¯Ý  ÿuþþîu
‰o  ýÝkï(r)§ðÿûj3/4ëÓí{ßý{JÒ-µöÎŠÿÿðÝ-þÚ÷êõkwÞ¿êõkwÞ¿üŠ  jþÚÿ_õE"ÿó
_a  ×ÖÛ#¦lè(r)¯m[Òm'þ1/2'GÚ¶H›KVÒµÿl‡óÃl    $Ã  Zl0M;†
Ã
Ã
U°VÁa,m¬0-,{aXa;
ÁÚÙ;†°Ò†·f·ìI  °¶    J  J  i-(tm)¿°°B¯æ  S    0@Ø A›  ÆÅ1PáÃŠ4    ã`Èâ±!...1G  Š:
S  @    *`Á  ü

À°¨ `Ë"Š:3 $cÌÁƒ,     [ ¹!²1Ó G   $ìQ .Á'Æp lxL*i¯
+ØL'þx[ "Å2 4×í5$â ‰ob î)ŠŠØ¯Çkb¯(c)ÜU5ÅxjwLÂ H6
 `...Ÿ ¨ h õ
  ÂhpÂd, `ƒ  SºžÂ
  M8a  ÂI¬0[   ¤gM0_[
ƒ  Xa(aP`"¨¢#B""""""8^^^^^^Š¯Ž"""""8¯Ž4""#úþ3/4-Ziõ×ÚY'n (c)Ú¨!\ 97ð§a Å !ô
{úº²C,ó"±íâ""#þ@]QK¯Î-ê,ü¨ ¯X‡b,šÄ2
S. ÿÿõ;@ÉÑäz6 ¢["Œ¡ Ñ¶N31/4 1/4
dÂ/"j¯ª%ÑäY,FsÿÚû"AìZ Ñ ÈÇ#; 4Gã ƒ(tm)‡" ˜Â °\Ì  º3ƒBËƒs± -p!p\ÌCÂ ÐÜÀ`†

C
Eƒ á°Ù ŒØR Ÿ
ÂpÐ` "à¹ÁŸ @,, Êæ3/4@¢ºÐì"!3!  _ÿOÔ!§ðÿú"Ç÷ü:ô Onáð è ¿þ4_ÌâD A ÐH¿`Ù<‹ú'
ô_0ô
3/4fŒ¨  Á²zn/¡ Ë,Ü¬ Žšd ¡ÛMHa÷•¶ü"w·ÞÚ'qÅ ú@õPD¯qðD¬qé7º : : 7sŽš
i í}5i‹BÐƒ 4 Ø0¯)æ  (c)5ä3/4_5aÎ†
áÃ ‰ : >
Ô¨ÎD ÎÉNjdñ Ëë ÿõÿ¯Úè
Ý-=:Açz¯Ð-ßõ7/ðí×øoïÛø"=8úoðßáûÒÒ ¿ú•4v,ˆ$U- Ý{×1/4 -ý/¿ÿöø"=ýÐÿö¿þ"ûþêëwïûz1/2=gc(t
m)+2
e8Êr1ÙHe9 ÓS±Ìè‰
†DèÐŠr)-CE<E k-H-fdt|Ê 5
^$
^!Šj-EÅ'3ƒ>!á
ÄÈÁ

Ø§P"XB    <"# û¥×ÿ"ßUô1/2µ÷×÷ÿÿ÷Kÿû÷þë(r)wôÿü }{K#b   "ÁÈÙ  A, "
ñ ƒ( $ <¬ @Â"ã
N   8¡= =,
 ðƒÐaB
!"0ƒ <ì'è<Ó 0Ÿ"Â   ñúúíuûÜkÛúý"ûþ¿ýºõÿ_ï?ÿêý÷yÿßï_ûM8† ^-=
/   ¦... ðŸZhhzi"¦†ˆÇq~‰;tJ  nÑ+|I"'ŒK·¿Û"Þº}ûQ¯¿ý_ß oÿµö¿"ÿÇuêöÿñïß§§e bkhžY
  Ç/¡'1/2 ˜Ù}gz'-DÆH'8¢þ
‹ ¨ ö
¡è"áÃ
iÑ DúCÂ.è¹¹ št\Ú/è¹°d3/4i = z   ÉV
 yÎÂ,}ÿëÿÿ}3/4û¯ý ~ÿêô8Òûûÿ×¿ôÿ×Û-â àÂ
Á `Â
, ÐAÙË" ,
‹ ƒ† m^N,
°ƒh àÅ5†
i< ñ a á
é ÐN, ÝPA1/2 Ü&é3/4 =v êëÛ_1/2ö
Wúôöÿþúð•¥ÚZÿÇß¯·ü}û-?ÂÇ"Ý éúqúzxB"tð(r) ÷]:]$ë¯^ôÝ}S-=:OÓ1/2= èûÿ×ÿì...Kÿkékýý÷-QL|
WWÿÿi1/2^ÿÿ÷÷ÿ¨_ô¥Óu1/2:1/2n"Ó¨^î$é:ÿzÛÓ}ëÿðÃû  ãÿo
 þAö_# ¦ý¿
÷Muíýq^ýÿï"ý;Ö¯
~×ßé+î:Ù_éé

†0Æ=âýÒ _ãü‹
ùÚsý¯kýÜ§ ¿üEd ÿô "bþ (r) -'=gúº¥{úÏýwo¯üŠ,wVÈ(c)þh01/2u×ïuôEÁ ×ù
, ÿíÿûßá~ëÿëµ
ÿø^...û ¿þlüØ¸¿þÞž>ýÿõø1/2õ
ÿ äiÂÿïýuí¨_úØl:ù88çÓë.Êr±{üË?_¿Ý ß3/4 õÚæ
ÿ Ûœoþßíÿÿ Fýÿ _6ºûÖ×Ñ Ã ¢v?ï÷3/4p/Ò'?ÿ8 ‡g@³ ðB?uB#ÿ×èÇüï;ú kuÛÏ]Ý ^1/2_"¯ÿ
ÞŸõ ú}÷X§þß{ú1º# µ@Š.ý}uý´
÷û Œ-{÷î¿(r)*úOÿ¿ü{(r)ÿÛ]¯î}·üW¿¿ïÎõ¿(r)pû~¿(r)îèÁõÞ"¯?ƒÿ_ÿ¿÷þª"¯• ŸŸUþëÛÿþ-ÿö?ºþù×o¬
¯ÿ÷×-¿ÛÖÿëÇ[ÿÿKï-¿]}×þ¿Öëºëö Ò÷ïÛ÷Ûm[÷Vý+I¿õýÓkÿ
- 5NÉ kÿ¤ßl~Õö¯ ßOú_ôû--úû-Ý ×úÚÚßvºí(c)Ñë¶¶- þ¶¶1/2 ×ý';[!¯ºl‡í¥kd û
øam/öÂ[°Ò¦ l0-Ýÿï¶¶¶ªÿ3/4-ø_õ1/2è/á/t¶Â~ö Òa¥k"Ö•...í{K°•"˜a?`Û
ÃVÖÛ ÃJ
& Mµl ö
*žL0°ÂL0L ätˆÇ?²: Pá¶ "9, o@ñ Œ Â
Â
Š Bv5b˜ ,
Ø!@7
ÐC`¸" ¦€ñ!ˆ(r)˜0H 6KÈ8(c)
ðr> 3/4 h
¸l ! A,
`"-A
0C"`¹À˜"% ²8' ` Á°Á pp`"
ƒ ˜3 '-Á,&83ÀÃ :'-| `ÂR#Ø0SÀ¹81Ã#'rbDÀdpC`" q±±! ... l%1ž (c)‡ Å! h4!ÅZÅç
{
ý-ÐT M ßï²#Ø¦+ÿ}}%¸ÓxZ
ßV!kqW;Šb¢¢ î!E>Ä±ß0â ÅLâ •Zb¶B1/2‰7¨a%A,d$C
Ü0¶ ÐaW°·â A"ÎRPá Ó
2±a" M0EÐi' §8é"Õ
i¦œ4ÂÝ§ß `ž·x.
ÿ
-ðÂ¬4Âž a`Ðaxa4- pÂ¦ƒ î aPaPa4Â
Œƒ@SÀA,
)Ç 0GL'ˆde g˜d¶ª ˆÄDDDDTDDDDDDDDDDDDDDDDDDDDDDD ö° q#7>‡ `"D|DlDG
Dt#ˆŽ?I Òí ÿ×KÿK´ ...Ú²cH
hCì(tm)
nHC(r) UGÿµÖ1 ÿ *aL"Eu˜²Šå˜Y';( t
¸...L\¯â •' Á -ë È gf + œRl
è áWÿïì'øUê¿ÿOëgiýÉ@Ì... Žgd,ÉÆNõ˜ "Né•‹5ÆKYÙ| È -á3°\¥Ó œ ;Á$ ¬×"," C cB
(tm)A
7ª þþ"ëÿ1/2_‡¢Nü5ññÿÇßð`‰ ú/þ
Óz
Õ ï¯þ-ÿôƒîáÝ&þ"_×_ÿÿ^"kAÂg'BAœÉS9 )ÙÄ$ æ€¹8"`Bù@-K É ±š"5
^4 4" ‹Ä¬Ždf
ÌŸ"Â= îC #¢v +0YÃ5'-"ZFû$Ñ¬ äk#C%ƒ1' R2 Á Ñ(tm) K% b)òè†3 g2>u ¬œÑ Ñ
T
˜ËÙÂ5 ÎFdHF t
jE¨Žôàˆ cR) Ð‹Q
-ÉÄ:Š^ ,âJÁ hE"ˆ < ¹hAþ† <'"Ô Â

!ø ðš¦·a0ƒÂ " A¡ ðA, § ^H$I 4"q a", dâ" ` "
a Á
ÙE"0"X Â 8)ñ
¡- a
ð`š i" Aý¦ 5 0‡¸A"5(r)" a:#vCˆ9Ñ äŸ¢N4Fá±&;M ¢7zïñhiá}4Ó]-uü&'z¦±¡¯¥
Ðü'Ý¨Aü_¦‡‹(r)ˆÇr1þš%lž í º' Ñtnäž‹¦s1/2
‹£ EÑ F'ª a ²- "Ø`ˆ-

-Ñs¢æÈz.àÌ\MÔOÚ%Í":a"æðpè¿š a ö‹÷4Ù
"¢~åû GÍ ôOàáæ› o ‰ý ðÂ
'ì‡ƒ1pgœ¹¿ KçX ‹-6‰öÁœ¹¨É . ŸEÑÁ ƒ1gª$ä : -,oôƒ Âz 6"tÛð›Š-3/4 N,
Ä!á: 7 Ü$ƒÓ‡ ûU 6 8" 0ƒb-
IÐAÝÒ Š 6,pô,
õN, ôï
ƒpƒpñuA7AõA7¿ýðž›¤ÿÖúN•×Oý$ ¦ÒútžžºáːN J"ú~ôž(c)á$ý==?ÿMïÕ?Ât¯Ø_Ó¤Ó"WÞŸô(c)ëzÿK
Iû ×ûþÚMãÝu¯ýk×ZÝ[i%_þéU¥õ_ôëÿ]:NÞ" ûî¿¯Û " " Uì{ þ/Zú‰
ñÿºýzn¿÷‹¯ãCb*þÇ3/4:- ¿þ‡ìu¿Òÿ(r)= âéÃyHý
â"†¿þ?ÿÁ
"ÿä8 ¿¯úÿÿµCû#Qu\" ò& ëþÈ(c)ÿí(r)ÿ}ÿÿÑ--B .Èr•[!ôëý}ßõ÷-9£];
×Óuÿý ÿüƒ×ºõ¬/ïû è×O×ý ¿ô¹
°1/4³"Ã...ì5ûþeÖuÿEÓë FýC}ÿÿÿ8 ùÂÌ úðß¬ÁtJüêD³ÿûÿ-- ó(c) ùÂwåÎô&¡'OÁ·~¿þ¿
Ÿÿï#ëÚ_ÿ ÷£ ïÈƒÞ1/2 -à ë×è-?ýê×ÿõÿò%Þ, "Ïò2[KÿÚOïý÷×Gðý?1/2 ºý ¤ wÒš`ÞÚ3/4-éwÿ
æ˜?u{i ÿÿýëúZ¹Q‡í#û õßoþÎ‹_^Õµ"îÒÛ_ûÛïÝ´›z¿ "ºöõöþïm]}´¿÷ÿÛ¿¯^ÿ¿öÒ"ì†›é~ÚávÕ³¢û^1/4
›_JÂý- ×ýÙÑ$Ý ÿ]{Û:&È}...ï_ÖÉ-Ÿ^¶-¥kß¶tV-ý û[]ÕÉ
È}(r)ÚIîHM¥U¶ †QXa$þ [ Û
X`œ0"iAªØ,4¶
×ÛM°Ÿf-°ÉÛaRm† ÛX~ÁØ[
...Û'v Øa[
aa"f"
+X6ÒóGì0NÒïlÒl+a8k
Î°œ0V ,4•°" †

$N fÑ ðÎdòdvÃ 0Î
Å ,æ€¹ 0Å13ƒ8 1 ÅE1QF€Ã f
S ` › Ä Àaƒ#Š °Œ X3c6 DL \f`Ä0D> ] ll Ó ›'Â
X0DÜ" 6 ƒ A ...1
" ƒ.6(1 Ó h
±@ˆ-Bq ö0@Í"6
FÆÄ S NàãcŒ ÐTS cB Ð‹ˆ¶(1Wý¦1/2 aLé...[
¯ öB1/2-Šö)Šö)b[â·b˜¦+Ø¦+ö$ÞÔ"|S Ô‡µÒìBkö˜L...}S[ 0"k...
µi... ÖDvìãÁ" M2cØNÁS 5<-" MPké...°NÂÜ0L a"íTîº`ƒ
¯`"ö(c)"×0áA4Âé¬0ž˜Mnì `˜\ð Â¦ < Â
)ì& 4
¨4YPPå
U"Ê £" É.
""""""""#b"""") ˆˆˆˆ‰
¸DDê†ŒÐˆ2Â *A
U "ÑäGD"! ŠEO v'Ub""""""""¢=*úí*-æ@†BÁKN°*ßUÄGü´¯;§; 1/4ÈÓ-d"gj

*tW.(c)l...Eu¬ÈHÎÆŒ(r)R3" Ö)"'û  B(r)   -}  ,h‹#
ïÿëUWþ-ÿÃ   !} y   ð‡aŠ|W2-# |£)Æ|£)ò:#åó'ùÔ¿pàåpLî'
  _;‰ÐÉò  A  ªƒ  ¥   :  0AÐA,   ˆÎÈ²+(tm)å.;œîd  ÿmGÃ'Ÿ"éð'#  ª¢1Ú§ßW_ÿþ?"  Ö
O  ŒÃ  É>   ¤nþ@Ý"ó>Æè!¡ú¯þ3/4"ÿ}¥²º"(r)Ý:Âoÿ¯ÿÿ×éûuŽÓðÓÓÒü  -  ÿöwRÏŒyTì"D1/2  ìƒ
ŽŒˆg3¡›óÎ§"0ŠC:#¢0   Ðfjwâ  ÌÒ
ˆ0y   a;  ApÈD  \2  ¤...A  ÄÁ  ç(  hE  êC  P3Åž  Š^NFÇŽ'¸ëOî¹8‡AsX¤262  †Ù0E  ¦!ÔBñ  eÌ
Ù  ":‹'   AŒ,¤  DÀ§A      HLÀ‡@†b-  Ì!  #   Â,  ¸d&"HDT(DG,!   Š  `  ,  !Ø`  '  "
&xH°L dré"ÿB}XAÚ
?u      ý¤  TôÂ  ÷ÕÝw÷XAúá4  øM
-Bh< ðƒ°L  Â  M
á
¦žƒAá0ž  áPjºi ð3/4šb]*‰-¢Vìi   "VÑ(d;1/2  Ã÷I<.Òq}WÒ¯ïê¿   þÖ-44ôê4ø°3/4¨ß  $;Ñ  Ñ'
%
  €h"  DÝ¢yDò‰æ%ÃD±ÉçDâ  Qœq7Q>
v
   †bá<  7ƒ82   rà  ´   }3/4  `ƒW¢èÈz/;0(c)9°d¿ëÿÿ¥Î6kò   Kòæ     žŽÏiÃ.ÉÝšt_åÍƒ0,èÁ¬¹/ræ
ç£'÷.1Ÿ  z  4^¡Ÿ  #F
åË£@  ç=

$H  Ò  7  -  <  7
°AÎš  EÁ... ƒ^  Ât›aâß      ÐA¿ô  vz¦ê›ˆC"¡7   õ¥u-òãïÅÿa:       ¬ÿBé
ªqm  è úAº... ƒ‹Ã
 ƒz›"Ú
1/2  Ü'  ¦éàÅ  Ý==:N-ÁôôÿúÒy  ¿-ÿ·Öþ¢$  -  "×¤3/4'üCßWþˆžÿúk÷JúúÒ·-&ú§KIúu{IÒz§ÿ§"ë-ˆôÿ
Úa  ä_ô›÷×þ:ëJ›ý*õ"ñÒ  þé-÷ÚýÒz~÷÷-ßÚ÷Õõ™ÿîêõ·(c)
îÆÇ´›¿ÿÿÆ  Ê±W  þøõI-ê!/ö"è%ù1/2ñä4G_ý~(c)  Ú¶?"  üzÿq'bþ3/4£^ŸCÜ‹‡"(r)  Ž
  òpOúÿÿ'ÓÁ-¿ÏÚwÒõ{ý%^µx‡ÝM  ?_îó@y   ø!ÿïÿ,  {·ï÷þ
ý{  "  ATøZÿÿÿ1§
Ì   o(tm)F   ïü  -ÿÐJê,_~œ/Ûþ8D  VëO.Ë  ãÿþg+
rœ%ß6(tm)Kÿ0>¿ß10Ã
ù"  ¿ÿÿÿ§Ñgï¯ßéi  Ó  øKð-¡¢sý  Zé"é:...ý  Mð"Gþú     EÓ¯*[ÿþ‹?ÿr*Èƒ×FGÿÿÿd/3/4  ÿïííû¯Mêþ'
^'OZü  ßÿ§tÞ,r  ý  úôê×h'¿]/úßáwWùQ†Ìðôô¿ö×ÿÿZ÷o_  ÿßí·
"¤  ûµ¯_ï"ÿJï7ý/ßÿÿÒ÷¿Ú÷j3/4ž1/2ï¿Mÿ¸a  þßî1/2Úûîë¯i{zOé  ÕªFuZÖ>¿÷
%(r)¿ÿûKŸ¥  zëÓ-ôßúêôêûëkgE...ÿdoÿ"~Ù"†¶P¬.Q¶HÛKãl'Á^{þÛj3/4  Õ1/4%"êj  ¯ý1pqØ^¿°°°É-H
M(r)H^Ù"ÂÚM...º²EÝ¥e      †Q6-...†°×a"WÃí[
ÚúÚ  o"Ì@  ,
†
  # @Ø`°ÂV
a6  $Ø'
*vðÁ7Óa"¯a°ÒîÒêÒK¨i  aUvÂwv¶Ëw"V  †·waXjØM°V  V¦ì+
+a8jÃIƒa,§°ÂV
Ã  a¢   "XàØa  ˜  @Í,ì0Y-(0H  0I†ppË'  Ž  æ€À"  Á†  ;àa4
6*66&pq±A^Dà¸  {  äT  Š3   D Ð @Í" @DjÅF¬R  -   NàÏ
Àƒ0`  3a
ö&pqWvÄÎK""áQÅ1@  "Bp¨(tm)Á-

U1,  `#  ÆÅ10ö+baìK±QQÉ
)Šb3/4õ3/4Á{

w        "ÓL& ^á...^×Ó_ô×OUí~· ì.¿al"‹        " M. L.J N -ÃL a0¶   [
Ã
wS¸T A,
/i¡¸^°B Ë   2iÎ¬ 2E¡ ^d¶   D'   Õ aDÏ...
qÕÓ'aa"k 4Îé Â4L§4  Â
(c) Ë ¸ Ha"NÐ† *†€§ a a 0A,
   H   a †   0PB
Á  0@Á `"DDDDO¡      â""""""""¢" ^^^^^^^^â"""""""""°þ"(r)(c)"ÕKÂUËr¨* ê* F ...-p±
F?òÕ ÎÎŽÄòlñ¸²m ï, ¥ŠÝÉF(tm)R MNÒ v Lì! Ö"fD Î¡?m+ê3/4
×ÝÎÕ Œ"XŽÎ†o$n¿ÿßÎÃŒÝ"@¹¨h6
   è
ø§,›
H   < fc> Àl<
œ
   a  Ÿ \ ž ÌÂ  Ã "Çeõ$3/4w
;  ŽÄ£°% ¤Ña'q  é)
~jÝîA

'ÿ  þï÷Ý=Ý?¦1/2¯àËæ
È(tm)ÇÎ_Ñ|Í
ž$
"9a`Ñ>¢xÁ¶ d‡8å Ûd }ý?ãŽ?    í }è: :A3/4(tm)Þ
¨è ÝfA"" ‡ƒ: 3'
'§(tm)¿!ä3/4^5   ý ëoöÕÒ{Ò°›(c)= ÿ_oÛÿ÷ÿÿÿù 3XÏää(Dæj/ÿû¦à^ÿ1/2ÐÖ- G¿÷ÿÿ_*Œ...,íÕwR
%ì"Ç°ÕÊÂk<"ÈèŒd¹(c) 2]œò¨D%ždÎ ¦l FôÊ¡ ò
Šq~Èc1'xá Èèœ_ 0ƒ    "† ? ßÒn¯_éò÷ÿßÐ"ÿÿW ¦¨`B@L '   aA \T^A("
‰Ä)Â¦f "
   œ^ (    sÈÀ"0¥Ïøw%aÁ £Á `äÐáš p˜g">-š :
   a
"
‹‹Í@
   d
:f^_Â
!§  ‡ùè×*°3/4×§ïÏï÷ÝþÿÿôôÓôÓë       §z  "Ðð ƒCOL
~ƒÖ/Ú}5µÓIcMÿ.n\ÂEÍƒ%ôO¿ãý=_3/4ý-ïøÿä3/4ÿ-è ¶&°c‰oqDíöÄ"¢v D³˜Žž&Ê'Ý Æ‰Z"¿'(tm)>
^ÎôOœMŽK›M H¨˜Œ<Š/á-‡ " âþiÑs†]¶Íó]ô   Ü'"_Òoí¿° ûÿÿï z},
   t 9 0Ú   rH0AÐAÍR   ¸
   ŒA"è ÂÐ Ú  "‡ÊCA ÁœÅ 4aè80˜TÛ ƒT ¡  |Ci
   í5^ ôÚOOZOñë
ûé=ÿïÇ{Ç¿ëâð(r)ž ¸oè§ªq §"ý: 8ø°M.,t M*WÐÓõÿÿ]ÿWÞ¯ûÒâ(tm) MÕÿßÿý Ûý_u¥×Oõi7iwõ
"ôþÿVþÛôúý_¥ÿú"ÿä- éì ¦ÛêÞÝûoÿïþÿû¯ ÿ¿õÿú OÿW×ý·_V>?ccù"ÿßþµ 7a âuß^Q)Â ÿÖñÿ7vûÿ
$dPuõëßý}       8-ÿÿå òZ Õÿõ"(c) ?ÊpFE¬ŠŠðCÿÿÿ
yù   ÓÓ èÐþëo¯Ö¿ZÕü! ÿ_ÿ^ ÿëõÂáWýzvÿÙ
#XY
A
   ø_óƒó(ÿ1~cí1/2{ÿ¦êÿÿÿÍ-¿ãð¿ÿ¿_Ýi ÿ1~ _ÿõÒë
þ‰ä6 ÕQ<_ûëߥ£íßëÞ
ý¿¬S÷ôý u×þ¿×W¢ÏÿµëY Ñ ÿÿÛ_È wH 9.dÁþ   uÞÛ[ÿw÷1/2ë1/2 7z±"k¿úþÚüä~ ÿ÷ÿ Z

ÿþî'}'  ×ïëòŸ
ûK4Âlð  z"ëØVþý~ëµÛ÷-êô"ÿú{ý_ûûÿ(r)úµïÿÛ_miz[öÿêþýþ¿ýõî3/4ÙÑ0˜¿ëþÝÓil  ßí6CMûÿ¥ÚL
Wê3/4éî¯]ýÙ  Óÿƒ
.
.3/4¹Ñ?¥ö(r)-U(r)Ù  õû×ð•ä  ö  ‰1ì2‹Û_÷µ´3/4ŸþÓl%Çø_ë÷÷
Ÿ¥ö•"/¡×mp-H_±öCLv1/2"aT£Û_µˆûˆûˆÛ
¶    Úÿa}9ß
 ±†  Á›  fÂ2NC    ä
   ˆì‹ƒ    Bt  3AL  Èa  £`ÁXa D'A  #£S  "ñA  ã": ‰Ì&G‰                ¶šÃ
 žÃ    §°ÂV
`Š  ,
†  #£ÉN&  +
&Ã<frg  A,
2  äQ&oaŸ&C"°A(tm)éœV    °aX`§Ì"  àÂ@  ,    0-JC  à¹¯.ÈíC  ƒ  ŒÁˆˆ‰Ž

%        C‡
  Dr<
 š  Ø¡Ó¯b[ïWŠb-ý  ŠŠô
-   ‹Ð      `ÌÄ.  "g      lL80@Á  b¯È  ."  6 Ð‹b¢g
   ¦ƒ
,  ‹bƒ
~-á¡  Ä·
    [  ¦...4(c)¬llk  ÇìW  Ã
`1/2¯þg°·ý'b  A-þ1/2ÿö¿¯VšOä+ö  [
ñö‡...ì,4Ám¦"/§œtÂa8au0ëö  íD2‡(juÄDDDDô
  ˆ^°B  `¨DDDD§FÐƒ        "ƒ°
&QÊ
-  h2 &|@Â`^!Œî  0ŒÐ3ÁXƒ  0BÁ  QÂ  Á•  9Nƒ"¤†  0Š  ì0¯Á    § Á  )
,      _      !
¸0¯ `"0†|/D
   ^†  ˆŒG                    DDq        Q        ×ÕRU  ¬ê"X¢Ö
 S±†
   ÔTe°@°a0¡q  °§É3U    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿö÷q(ƒ@h›1/4"s2TÈ.Uü9ÚWê
W1öîĹ_fN^*;äv£(r)P  {éÚenL¬zÂ2@É  !Œ†  _  N  YJëò°Ú"y Gb  í3Àà̓>  gÃ"  ¨BFG3ò0‰
v§2Ÿ¥Ó×ÐY,ýNÄÓ<Šäüè1/4rxåÆÑpïL,53A  ...    A"
B
  3(r)|e  t2    ]Bÿ_•ïÄŠéí(tm)'  R¡  ¤jE÷×ÐOAÐ@Ú/ô  "Æ  Ÿ    Û,V‹-í"Î^3â,a  f    gàƒ(  3ÉÌÔ
yCïoýVö...Z?¦¶"L"ÈVD#  ö(c)°ë§A<¹¤ƒ¤Tn  ¸RwEÃ'†  Ó    "áÃ"è(
ÌÃ"Á  5fy¢²8É  ‡!H"Ì¯,‡èÈ  )  jPh2tGÍLê²x×ß¯  µ
wÔ!%±b+rÃ-Z  éµ  ß||U  "i;Pž  ¸A¹"  7(c)1/2²xÑ"'    ØJÑ  íÓÓN!"  ¦  C¸°¯!,v  C3
h    30  ÈL§  SZ03¦fd3!ÕÄä(áÙ¿ÆŠuZYï
  ?ñúU°kúÁm*  öééÐAÐI


§¦(c)´  á _a
i  ›êO(  Úd¡¢Oi"D  ª̇t  Pšh5!ÉÝÂa4,ø¡      f^Öˑ̈žÁ>  Ê
ÆpÝ  fF¨‰",¿±ù~ÏÄž(tm)'BÊK  ÓŽì^´
Ã  N¿×§í¦  õãOO"(c)°m¤>{é¸O
  yæÐ*Dû  -yÑ|ê^9<s}  2W-ôo¢äz¦š  î1/4XM0ƒ  !žóÉA  h  Ó  Š,-

,3 94 ƒ&zvytº 7¨DþŸÕ)n1/2}iò0+"Ï ¿\_Þ°é¿‡¶"ÇNÓ-?¥U†úÒvš-&ÕÐ[PƒÓ¥´ "Øiþ(r) ¹spSsFê
/ ˇzXÜü ÃR;¢1ëj ØTÂa4;7,
& á±
^É
×þ̒fw"÷k">ä åø_hœCwÿÒú-  ¿²,Õ}Zkôí¯M¥1/2~-íý{t*1/28ðÖ(c)W p O‡A;      °Ýzm...
¹¦âñ>~ì)°Èãİm wt¿SOTÃ~x8AŸ
1/2Ó(¬£I¿Ç"ß¥[Cú çG0îqË /×kýµþ÷Çï:¿¦Õ~Â U(r)ÿýkI Þ=ï-ãM-?uÓíuï{"H+@(r)°ðƒÉÅy8h"°‰
G(r)úSÕš-)ž 0 "
NPDIš²†ugÙ(c) ý´ýÝR³ÒV×ò~×@°ô !þY?"@' þ²
  ö¿÷î-h_è èkÇÇ"°Oöü,:êöÕ"¯ _ZõM Bôê Ânƒï á Â
°š"Ê/ŸÉ?ï m]îÂ
&¢ g"Œ f,›
}
Á2   äq  D(tm) ¢&"  'ú8jEk   ÒÒµ¿]ÿmCmßü/(tm);)ç_*õ-Ü Âÿï¿ª ÿ÷û¿ÈÀÿèïHÐ+!*ß ‰0
Á{~ÿý´}WIz×ÐôÚJ i Óm5MÅ "  ¶'m x6,.Û§&;  ª
Pq   BÓAªgà¯""
Ä]š@  â  "Ž¯a*Øk_jy/vg6¶ýšzNO¥ÚK1/2ÓôÛ=  ûI   uýš¯ì‰
äc-'¦ŸD£¿¤Þ¤.ÿ
4/¥úÿî/÷¶²p"tÉÎ
~1/4{Iþ¿úz¨N-ÈS¦ƒÂ-Ø@ü1/4zH1/4u% O .ò7°-
¤šq jƒÓÀ1^Å}ØN IÛa-(r)"¬5µsMß¦ê1/2miÿÓIƒòtÖ1/2WèÉ<éÓ5 x'ý¿T_
Ãã¢AW3/4ëÿÿÚÛ́éẨt̄45uz<×Ŷôÿ̈}Ã
Òê i: 8M7Ðx(OLÝ Ü ÛHž8$O°Ï9³" k}bk¦ƒN,ØlluÀ1ßÁ...†-¯
Xi^ ´Ú[vg~ýWy?÷"+ûrtÚßIw
¿àà &Ãÿ21/4Õ ¿ßû8* Õï(r)ª n÷_^¿¦ÿ3/4ƒ."\ j>1/2   PßÕÂ§I]'§ÐMÂ¦́éÒy kô_8â""!
Éä0"8h;{±QLk °·°a&
.Ûké¶ ÿµú°°ý§~iÝ(tm)"ôÿ÷ <ž×v÷þ*ÿÖ Žÿú/êÞUœÕ¯×§×ë÷^#ò ò@öJò( Vô›þÕ õ‡ªwÇÛ-Òß
B""
õ"(r)" I0 ¦(c)Ø¨Ø"¶+ÛcÚ́ó %o°Åí¯
[VÂ[i{kjë ªi_æ(tm)¹ÜÒïÚ́¯ÿ́í ú3/4)êŶw--"ÿ4-ÿ̄þ3
èl gF1/2¬ kèu1/2~þ́×ÝWQ   { S¡  ¡ Âa ši¦š¶š|Xáû ßLTl{°aa,kÐÕ¦Ù...Ú[
+
+Kï _Û^ÿ_÷5áîŸØü Q?û̄B:üï̄° ù×zKØ×~Ý/ëûûþ(r)²0" 3/4...õ    Â T!   ,   `œD0šmðÓ‡v
  BÆ þÚââ*+b£`×á-   Øa.¿ïWjòÂÕpÓuu×ìÔ¿_h}{E÷"ôC.ú ýþ¿þ¿ ÿ^ï¯¯¯†"C 2u !¡
'         ö(tm)  Ð5[A Åo3/4ý7ñ́ýÿ
-x0"0^1/2(iCKoÛVÒß{4W÷ÃÕ ‡¿ì, -êû°+ÿïNäçÿ{ÇÄDDDDDFh  Â
&"Z D\Z ‡-öß¦6)ß
lm¥iÖÃVÒ̈ÿ̂ô>õ÷'G °3/4ÅL  ï1/2?÷-ö-£OûÒQèDDhDDDE£8ò
ãBÂiŠ¦fX¦?XI28Q0NÒ}nÂpö ÚUkíª-¦×°ï1/2Wš  2íý    ^4
ÊÐ"M4 ¡íˇLlRl[v  C
ØV NÚúÿjÝpÒßïö×Ú́Í(ë^^ƒ 2e-ƒ"on"qÇ±^ÿ±_m,[
$ý"íoì/  P^‰Õ  l' PÓ 'z
p·Ý¦"b  Šê-Žöƒ
  é(^^i,   B !hDDD5´ ªj·¦þ*4 DDDDCD3/4$Æ" z pœC
... B"8´ŒyØ_ó³(c)'(r)§z£Ùíx'...ú(tm)k•œ...¢´Ó£4ž*¯"U$ ÎÅÚ̂ô÷ëURž!¢i "+ êŽÖß;
ƒ*M3/4± /è¿
üR*"ÕTi )Ø-F}MÆšdvi'aÓ ¤ " ¦(tm)!}
í$öÐ]ÝZ•êŽ•ÎÁ Ú¦§îí Ddq âTƒ<! ¤¦£"

êf1/4‰Ç[z §Û_    (tm)
ö§uGflêÛ  Šm|.¹<Ô"¯[¸‹O›°š  ¡   30å  ò   A  ,,Â
2æu5{'"é÷ōþÿVš'ÊûþÚôÛ(AÐ@óy<Ö›Sc'_¢Ÿ§ªaðƒ#8"^ƒÅ0
Á2   w"›¤¹²%'-þÚÝÚÎ(c)fÐþ·û¯[Ó¤õ    ÞŸª  /ŸQü"ù§Ò.Ú.êžÚv¯MB
  vŒõ  3ÑøÍaà  (tm)äss<      "‡  ƒ!  8dè    cC<Î  Êµn´...Ñ  "&HªGeÚ÷ë¯"ÿí~‡õ¡§fúðƒÓ|žB
_Qydz...67Dá¢Nê›tûŸ š  |šaMQøþ ƒ      '  øp˜!  |S
   a  N  C
2!  fy˜É  'lèƒº:¯(r)Õ=Vÿ"ÿ¯÷U]zÓÕï1/2jè'á:It    ¨H&Ú@ƒpAØ[óû}m)±Ö  Fì  êþ  7h·wáxŒ&ž  p
ÓÁ
23  Â    ¤H  Ñ  '.ò^</èÉ?'oÎXÒ¿ß{ÿ    ÿðµk  ÒµñßðîéX7<Õh&ûoÍ¶úcH<  'n      ¹}Õa
    ù¹†  1/4p¤    .Ú'  'h1/4  ¢ñ...^a5u      |ïž  Ï˜f  œR  Èfu5AönÿÓkÿúÿõÿß(tm)...ßdZ
w(r)  kiÔø0èÖ÷êÿÓÚK"(c)5Ó¤ÿã¤÷OI7
   k è  Á
§}$žnrú‰ÛvÒÒÔí4  ðàƒ>^á  S
Ó4  ^d  š#    }ßëö_m/ÿš
€`ÝRÑ!ßÐaûÿJ  ñƒvC  iûÛz¿-o±CïNß]°ü'|(c)ÒÕéÒ  ØZA⟩·"  "Å"|û˜²  |äqDÝÚ'
-',">Þ  ,hX Í  ?  £1"  ‡  ˆ?  ò1_ïmxÿ  èG_ïž~Õ¤4-Õ¿ÿü  Í  *  k1/2GhÃéêü˜  /Nž¬-Óêô¿·Oõzxí  i
ú  ¤  j›,
  Â
Dû        åõ(6  ¢7
J2ŸÒiÚa;°D/
!ÐD/>Î '  >Œã=  ÈPÈÒ
Œ2øž...žz$û¯í~F}å      KØ  ÜÕ¤ïO×ÿí¸_Oé¯þ›ZßR  =õl¨Ñ˜VD  ÿ¿øa  äq}A`þ(r)˜TßT˜OM
ƒ°  &öøDuMp@Ô Ú    .../(1/4~ÝÚÃOÐ°ši^Á2   3â
 q  ^Å%%|  M°[§ÿVÂ¿ëÿîâ
b"4P...ï×E    J£N²è  ¿  >  ïëÿk÷óÅU‡§ÿ  ÇëÇs"Ì²¹]}Õ~µkúÿ×T"?Úª÷'"^ÂwI  ÐÃêãẼã  #-‰;ÂR
PÓÿÞ  "~Ó  0NÅ1Þ;ß¶"û¿(r)Ñ/v¿°ÿ?ÿí  ¡Þ3/4...õÚ"#  Åzòã7ë¢˜Ñ}$  ÿÿþ¿tž,†  3/4þûR
ïz3/4¯âPê    Wÿ¥Ó´¿TÔSÄ
ÁM<˜Þ  PƒÍúé"‰oCĎïÊc/5'nN  ¨N  z"    _±U  Ô80_µl/Ýƒªúõkt¿¹?~íÓÿôÚ
þ°A`ûû¿×'ßš¯˜Ž_Heêþ¿éÇÿ(r)¥ÂqÃïÿ¿†¶|==Wè¨ÒÝ&ÞÖ""  'Ià¡:  7#"?9xâ#B  E""8¶ÅîÃ
GµL0"  îÛÚĵØK×µtžõÉþ¶ë{ÖöÔw§o_µÿ...  Đe
H,7ï×¿öõ˜Nìuþëü]Aš†û"-(r))û}±
°öö  &é¸WXÓÂu
$üDpÉ˜ÂŠ
'-Š  [é  ƒ  ´8l  JÂ]
°->Ø]{úwëÂœ·ý×ïÍ-Ví7ë  ußK÷Jj"ß~ŽÕËúÿö      ïV
û4      ÕCUô  ±ßÿiúõ  n´  Ôt"r  ƒ(•   D^  )]¶Ûb˜Ü]Šþ
%ï
ü0"ÃN  Kü4¿ÛWú°"Úœ"i"u}î"þ"kó×A#¿ëÿ-T¤  #"Ý  ÷Á{¸ïãyÝ˜ñ[ÇÁû¶ÃKé  ^^ˆa0N  ¸'Pa"-   î
S"l~ÇTÆÅ²ïU"Û
/±OV  ƒ_L.  V×û¶ÍëÿïÑ_ÿÛ÷õƒh¹ü  úDQÿku3/4°Z÷þ  41/2X=éb""" ¡
!  a  ´  +,†"8d(r)   Ÿz  ªcí¤ž,1ZlT;v  ,  Wm~Ò¨"ø;ë_ü¹÷~Š
×Eÿofr  §S^ùœéúU  ß  ã...õƒ  ÷
ÒHDDDDDA,   Â   ,i¡ƒ  D2;µ´
Z¬B‹á...Šƒ  a'ËÜ%÷î¿ìG'  I+(tm)§þŸZÄZØ}¨ÅV-0š¹Nïè"+â  DDDDA""ÓM  h5±ƒQ±ôÇI_qíÿpÕ´é
53/4ô3/4ô1/29¤í~Óé9BÛ×°øˆa  1QµPƒB-kÿÞþÇ  Ã
õ§ý(r)ÚÛkõí§}"óMÛ-"  m¥    ŒÁ
  k  Œv"%A§Ã    ¶8~Ùqi¿†  ê  ö  °¶-jÚÿî1/4PDt8ƒŠ'    2wj  ûo¦+}¦)Ý·v8¦7Š†-Ã  ZûÄ$

"84Ð ƒ%|]¡w  "×[T×$=Šö6*ò‡Z]  ¦'""
    ^^†"I
    a  1    ªh4×@ú×    ¶
!,  i%Šè,$µ˜ë        i]ò1/2ë›¯]Ô  K  kÑ  ^3/4°ix¿\(c)#ù\"¯¯  "ÿW•ËVvDwy  G~  eK5çgDbE
    ¨$1/2P2    "è¨Î-4ÕnÅô×"´ÍY4ÊöŠG
^ÿwpL Ï‡'Á  (4Í
Ì  Õ¦úô+×úyXŠÞ
'-*£u  uÂ'  pœX áÈR  Ô  Ð  EP1/2
K(-ëø  úZ  -ñPi}èh  eãJ        Â/°6  ÉE:,#À(tm)        fb,
    dè¸ªƒa  œ  B~ÍdjŽ¬Ô¿  ý¬¬Ô  £E>        d  ÷wÒéôž  ÒMÂ  é  ÛH³"-m  *-Ý&ƒBâ0(tm)ðöo  34
"  !',  "ã$  %ÎÊ#¬Cva  LéQP¿úO-'ÜŒ\U/W  Ô'¬:zt(c)¯(c)ë§¦  ‡A< è Ü  7¯^98ÉA    .Ü  Ûª¡
    8°¡
ø†,
ø¦8ƒ  0BÍYää¸¡
óÒù8Ê  †+d    YÔÎ†Iå"¢..¯ÿèî Ü 1/2;;  ŽÌÒØ;]ø~Ö"i/oôût  w è ðƒ
á<  °    ÎO(Ù-tn¢PÑqEÚÁ¦š^šð^úïë"Â œóXs@†aB
Ï#¯`^'"  a  Ì3A    yDkÓ¢ŒÈÒÿ ÔFÛ§Âvægd Lz""ÿ§oÿî´¸X¥í"N-ÓÖ•Âm Ú  =<
ð  ÐAç  Í  œ  É[Eæ  òVÑ-Í  }5DQÚ¦š
,i"ÓXv  faB  ñ
ð@ÐyÁB  PF^ÀÎŒÔÈu  $ÖáÒ
ÕUÎÔRzD":
vTOéEw÷T‡ý(r)ö1/46›k¯§¯Tƒý:AÆëÍéÒèïë,
›Pï        è  'Ò}  Ù¿7ù,sþO³pp'vçìØÑ²  vé  -š§  Ò"Â

4  f
  f  Ph  ...;#ä:   'ÆAé=yÙ¬)þš

ÍU3/4OM/  ë¡oÅáÎþ" a?Ý(r)Ÿ ÿ ÛP1/2*Hi÷§KN1/4Zo"ü&Òqö  Ót  H6,"-ƒ¤  ðƒ°  ¹}Fú7äo
-Z.Ý ì&  a:[B  áx³4x:MÙ8ÈÝÉ°{k"¡
l}(O¿š-[[Kø`ÿ ÿãïîþEwJ
×ÿðúÿ¿-áŠêþôÿN=uP±  u·§§Þ  °A¸\  Üéäÿ6dò‹ê'vNûR7É  ö  v-",fy¤pRœ9¯Î(r)2C5äB³±oOÂ ÊæÑ(c)
;--Ý_0  ùIt]R  ÿÿWÿz¡ù        WCd_ýqÿJÈê¯ö3/4  JÒß·†-ÓÓzß¤  c¥ÒT,tƒÂm Ü'"Ô ô  h0¯h n
&ÎÊ¶"é¯ª
ðp§        Ä!    jÌÄ Å3E  ñ
ò9    ‡
  A  dµ$(r)¯T  s±MOiôãûioëþ¿M7i~Òrê×"ï^  wúÿ
5¿ÿíØ30ûïŸ
Û"  àË¿²e  'F:A'Í{ë£T"þ¯bî"÷1/2]mtûÒ;"  Ò
¥  ÜÛô\Sµ´  à@ž  A¨TÐ(r)  A"  D  l&ƒ  Ø]~ÂV3/4¶(r)iþäêÕíÿ  ªïÛþj°  ?_òx  1/2¯õúÄjþ·êô,ÕÆ
°Á
‡W  ñ÷‰  Â¥õPÕ'ŸoÖ-¯_×  Ž°Òß÷A  þ
‹ÿ9  Ù8ÈŽ  YpÑpî"{°§
ÒÉÿû  ÅnÁ...mm˜µµí>²}wõtÝÉúÿKöúû1/2î  ƒ°ÿ=_ò¬Ñ  ÿ"à1/2  ÿ"_?'GX0Â%  a*ÿ3/4  ßÓâÙ
ÉwZøa?ý¤×íZÒuzÚ§"Ü,%Â
  frý°M¤

,
  ü  x&  3/4h3/4ss›¨1/4¢Nÿ¨0  ¡iŠ  °ÔPa,ï¶    IµÉúµ_{moý_r  ÿíE]òuÿ¿Þ    ÿÁ  ¤ÿè-êj
Ú4¢WóL+'ƒÓV‰¿úðok3/4þ5ïø1/2(þ',#ÿô¯¯*Þôûôâ  nô(r)  TôÚN  M¤  @ƒ†  ÈÇÁD0...¶Š  X¨~ÅF

ÅrCÙ'¿éC_1/2´•[[_1/2Ô§U"£Éí?´¬Ó¿÷ë¿ÉÖµî•UôPº õ*(r)5  :n.ÿ\Š1Ý¥[_OÒéªÇúL
ëÿ1/2i÷KWîîët-Õ]'  "ú¿Ž'  ÏRhÊªhb˜...°-±UÞÇ1/40-...°  v¶›
*
+¥ö(r)ºßšõÓ¿ÛM1/2µUþÕµw¬ö÷äÿ"-¥'Bõæ'Ö÷¿-Wßj  Ì:ë×ß×ãÕWì  ªÖE/Óá...}Õµ
¯Ú]|DDg°@Å
  ‡í‰q±k  )Ž;ØØàÂ¹q°Â_
X0"
ý¥ai°¯kjšnÚZéZ(c)  Úß{wm§Ûî²ÿy-?N"WÕûéÉÕ¢j·¤þ¿ÿ'"ñî"
"Ôi=hY  xûõã""'" Î^ª C    Ëî"Ë£ áŠb£n¯|8ÿcbö=ŠcbÕ    Ð0V>  V Á"›
ØJ°'ëö Ù|›ÚÚ÷kšUÿI  -Iÿx":û×ß'¡Âú]ÿª ¯¨ï"°úõOŸ        e
z
  ‰A0ƒB"  È¯Ã[  ;"Å¡)‰‡qL'cbØØØ-ŠzƒS¯OÛ-°"a+JÒu  n¿¯Êv*0õý>Ÿ  ùª-j³W_:  -Ô³õ3/4'}úý
üDDDDDD3‹  KÄèE Å  @Å  ÔŽÐ´ƒL!|XáÝèo  q±¯
0Èé/‡{ö  „"øKóé  #ñ¶¯~Nºöûîðíúۺ  ö<?þ3/4"£0(c)¤
  a  dá    ÈE-"Õ    ÆÄWÝê¨  /î0¿|ƒì."î›jú[dÿUÞ"  "  (r)OÖÞþ¿ñ,äÕU  ^^ƒB
  ±Â
! Ií;NûÁ†ž W]VÁ"˜ø0I†  Mz~Â÷Ù"3/4¡...¿Û_Ò~ß  Ã[ÄF  ^^^†œCA¡Ã8å  ç  ":
SÓ  ÅEE{
~ø0"
í...ïá-¦ÚpÕ×[ñÕâ0EÐ¤"  0Á"É
&1/2v+âîlU1TÂWcbã  'uì0ºÁcë Du˜¨Ï
•¡a48°ƒNÓï°·išø¯Ž Á  Ò~2x"0"9 Ø!  †"CL-]§§kÔ  %ö"""'"$"]ƒ0á
Dêq,#é.vbê...ÄHÚ  úX&¨  Êq¹„zZoë  •Ê4  £ª'à¯úc
¯ª ç¯-R@×p×è·5Í|84 ^êN)cñ;žv$";ÖE:ê  MÚóµ¶|tj•'L‹v5
Ž•-.´  NÅ  >  2t\Î^K²ž:¬¤íµ£µxÒÒþµ{Á  pÃ

4DðÁ
  ¹0ÉP2œÊFt"ÛÚA    A$"~ßX@Ùìý
h,Ú  4Î¡Âi"
§A0  B  áš  AÙ†K²¡/Á  þ    ÷-öÐI  Ï7/š7m  (tm)'h=    ¡
&ƒ
Y¤¯Añ
Í`¨"  ðÍc: ÒéCIë]-Xð±- 'éàƒ£{`  tO³ó'ºUÂ}¦    ¦  jn    (tm)‡ƒé  ,#ÿô ¯  w§ñÝ õ[Aºx
Ân¯Rñ¤ó̺6Qpß    ¦Š¨ ":--.
NÆßn¤XÝ
°ÁV¿°ëÆéÇ§u¤  ¨W ƒÐm    "ó~O1

/Ö"úQ(r)È,=îîÇgûÿ÷kA7iØ  Oé6ÓÁ  ô´  Ž'ZL&ÿ-e
žh0Âÿì  ëy  /ƒ,%Úûûî=GÒ t›ZÒ‡ðÐ}"î-  ù¬æëþ¡‡ûÑN
à"¿_ßð`µÿü8">  ,#é?Zh";Ã¤1/4<.1/2\  }.^/
ö¿Õ. 2œ/ûü§ÁÕûkaª
  ƒoÛ    =ÿƒöý
OÒ/ê¯_÷á† ÿô,  H    $  ¥_£Ž3/4ö~9(r)h"UõÛëÚJþ  1/2êÿì  Înõ ëðúÖPÿaëOZl  ƒ
ðk...-‡(c)ÏöÕÿK^×Jþƒ žîþ¡,  A¤ëÃa  ÕíŠc¦)‹Õƒ^  KØi-ª  Õzßª[ýÎ?uõªKî'E

áó\  2i'ÝÝ  ¦+â¨î¦pÕïØ5¿ÍÞ-(r)-¥úª(uÒP¨ë@ô  DD0"D2`HE"dp¯L[ÛL8...  ²N¡¦ƒJÞ  ^}Aè4    (r)-Ê
W¡  %xh4)  JÐ·á"úcc
Sxb1/28":Kê¸t´Ýq  g4NÓ^¨ï'"V-5ºøJµ}Pp^ê    ñ    a

4Â A
Ò ¯(uþ1/4DF8">"4¸">¨4´ t'N'ùNµê•1/2‡ÂJ,#¨4 ÷AèïA¥·J ÒúIA ^

BH Ò8õƒ~ `ˆê¸UtÖŽ=>
ƒA ÒTGKZ×OÖ º‡(u Õ'@Ð~-ƒþ
k2(c)t ¤'I}JÃ...ƒ×
Ò iy j ÖúZ8ëT\% Gé-P<'
¬:A(r)µ8ëáå=V | Ð9Oá ÕR,#è(uÃÑÇWK t
PO-o
GëK8ë¢:ø"? pDt1/4=Õ'Ò é.=×Ô": ÓX 'Ò-èã‡ (| ¯×Õ ...-{# (c)-Z\§£ ô Ò
":,."]U*EŽ ˆþÖÒ@ÿúX2]!d~éT4 ý- u²¶(c)zëÂT ¥ª- Dãäué #ë "êºZ
ºðpêÞ" Gí(k@ˆë ˆét-˜t ª D~ }%ø">¸èT t,#ò‡MUá/WÖ¤u^3/4 ué #ëýRZX
A I >ªµ¤' õF-¤uÁ TÎ=
ƒÒ¯T-²>GpÖ
v¡ ×@Òàˆëƒ¤ Á ú,.¥
¯1/2RÿR‡ZT(c)xA ,
è":@‹¤•
i{Kï(r) "ê ô(c) uxJ"
8é ¬5ÿIzXDuÒÕii--_E
,(pD ò‡Z¥ á ×Á úKƒúAÞ
$ º- (c)U+ aÁ Ô"‡Á ú×à‹¤§t1/2$'ã %K ¬=V
ô¨¥¢:õÒPàõÐ<.º `AÕu@ˆü V- ÒJ- -,#ðÖ•%àˆëI‡PD~PùCÂø>¶
ô-¥E õ¥¤Fî ºª GÒƒ×ªZƒƒAÁ ¡ Xøt ôwÒ
t ¥IA ôƒ ,> ôPë¨> ºÒ¯A ÕA ÐYCá ipD}U*...bŠ C G - j ¥
ÕCÓ‡ "?I"Gÿ ÒGu
i*T ‹¢i% O Gð|§UÁ ýt ‹¥ƒm | I #éé #áWT õ
µ,)ë]Wô Ã‡ SÕTº ôwQÃA"qÔ àÕ$ ºOU¤aÔ§ ÿK¤¸Dué ú¯PDt¿ðD~
QÇÁ ð ô-T ¥]}*ºA ;(r) ¤aÔ ü¡óŽ¨Ö×_¤ª?ýRG Ð~ƒ
k¤ƒ" ~'ŠÒJµ (c)$Á ô 8DuÐhî¡Á-pôaÿÕ*Iz
ÃÁ úT¡ D~[õªƒ¤'\Õ$ ¥¥õ-C,íBƒ,#éwÒZúªK
#öµ •* Ž¶žº
i/]%Ôk Aiu
-ÒIJ Á¤µÁ TŽ= uU"Hz ˆé(8Du&Ã váJë&Ec²k(r)
ÔI"¥õ@ø¨5@‹- G'†,Z] ÓÑ } £Ž'T3/4 Òú GJ"¡è z[K¬ ƒ †!Œ _ `Ö †Òýj-ªè ƒü"P-¥
'- ",ÈNy›öŽÆã ÑPI
¨$‰{¤¥ "¥-i)‡Á"PúºI% GtFëè(r)Wvä³;0a Â < f°#P"m Òë@‹(r)
SÐ8Du...A"£(c)Nº,þ¿"ÎÂ é"Ò ðEÔ ¥<?Ik
Ÿ"ºI h K¨"?ZÝ Ûß¸ú¢~ÒEãDýè ¹¦"Ði}Á ÒýRK i/Š $ `Ž:]-~º×'zoI´ |&è_ƒ/{
ë-uG RÁ ×W‡ ×û¿Ž,
¥ON'OÖ..._zÖµª œu¬-% ÿž †2@§X3/4hDa) -xÊ†F
]-D "ÉWÿé1/2¿o@ç ˜ê•¸-V ">-8ê ¡ê I-
×ü qh3c " ë
, k
"Y¨!ÐP@Èa S6gŒÔ.Q¹â" ÞB )Ï"Gï¯é%ú ,ÚÐuæµÃt•Ð"?H-" J'ÇH _^ ÂÒxOM
" "Óº˜A" !¨
Î -C !†p@ñÒÜ ¤£nPõK×Zƒƒ Õ.'Ð8?‹0"‰Í d^LÅ<Ã'D‰û‰xÂ%Œ× Gn'7"G Ä±Ú
"-éá
ðž ÖõWºI UèRI

A ð'é*;...P¶æ · ',
†... àƒh "t ¡ p Â&v
`ÏH³°fH&ù "éDürs`Ìt‰ÍúKj"ê $¥ m T°"¤•,%I$¡Î:¤ ûÃ"ÐMÅ
j"t §T v Ðn"H7Âo t qmÅ ×þ·Ø`'Q\ - .¿EG@ˆü h A Ò
hkØ=U.(c)ô›§Júx8]WO×ÓÂwÒ~'ú_Ì
`,#-Ü=/JPê ¤-A, ÂI*
'ÇT• pýmÂ-éêéô›¥owJô ÒêïÂo^ ˆqP¥ ÕV'T
iXj•*&= º ¸aßÓ×ë{"oOTÿÓÿo×ëé%é%ò8qQ·*-V" GZÒÃ@ý(":KIP"êwXM5ÿ×þ5úÁ ÷ ±ßû×õ
þ d ÓúJ°|:FtºõªJ--éNÂ ÿ×3/4ÿëè ¡dÀT ü çP~=*ô'ö q + ij'Z
R‡S ¤´ ¤(c)UÃó3/4-ÿ_"ÝúÿÉp" þÈ`",þ'Þ ü]§¸"?¥ GÑ!ú£
'@Ð5ZJ Zªw3/4×¯ßþqZ÷2ßæ #r | Èù ~Ã- ïá ê,-]å é.
ÒT -Tãå>qÖ-"":ªA|ï"tŸ õ×-_¯ü!0iˆ"G oÐ"Ï1/4¤-¤¿†MêúduKH/¨= ¤ ì%
,%Uÿë_ÿ3/4ÿÝ}Á ,&lŽˆÿäUÞ,ÿKô(c)û ˜Û¥Z"ö•
àé82?(t--"": ±Ö"Jõk}þ"Ö¿kïùH $ uöSáþ¿ÂI= -ª(c)C¿¥I GÐ"ê¸":T¡ +ƒZI #¤(c)a$ºõéÖÒ÷íomúï
ÖÂ š±ÿÝuïKô ~ ÿt *
"õ Gø5-(kduIU Ø86ÒýÎ‰´-+V×oÝÂ ‰wÿß(r)ú ŸJÕ"}-z^-b-'¤ê
n ˆúÊ-'¤'...K" ö _ì&Ã[I³¥¶ ìë¯Ã:"Îˆ µmuØfµ¥íÐKÛ¥I(ÞwZé.¨ã-aÐt -
, A Õ -·`Á"p œ!ñ, † (aX`" -Ã
þØ@›
õ}...°¶H¬. ýRÒÕ-å àé ZCœt°D}Bj(c)CAR GèqU†!/lS J ¸; N Ø¢€!Ž 8lŽ †lP@Ï"<
Á& LŽ˜a yu`¬0U¥I† Iv D3
ÿ)é ¤ I-$´'ÖŽá:Pˆè pÒ/Ùì Ða?°A...a¦
aX`"M‰ ´BA¯ Ä* Ø... Ä&("†"=Š X¨...8ë"GV(c)PT % Gàˆý% ì ¥(x pÈô4-
""""
¡Ì¬!
2$ "KÄ|1/4 .š
ßž aml ÁzMtÓKðø>Hu
(:I.Lpˆë¬0Ò@á Ò_ )ðgHÄsì Á `ƒ V á"A¢
"
D o(uA øI t¸TaÔ§I ÒB(tm)7
J ˆêâ
'Ðˆˆˆ¤") ò‡zô (r) þ 4#Ò £H$ Œ8H":ùh"
ô¿¤´" $×,#(c)Cú`â8 ¢ mÖþÁ ûúJ¡v•RÁ"I0(c){
Ž'I(:*
Ò¥@ˆúJ(c) 0 Du
Mk8þáè%... EÔÎ ppD~wB'
Ž
2ÛªªI-ð K(r),T-PÕj-á#²Ôïþº¤ª¸^q×ÒB,¤ *'ÐŠTþ¨-*† ¤•Uh`ˆýQÇ C)¦~-ê'¥UIb¥Ž(c)%‡ÓUH"‡ê(
c)kH #ú_,.¡ªÒªû}PJ1/44I, 8ê¹ØV C"*"}#ŽqéR&=*KúKø":(c)ÙXÐgwšd(c)t P"> xKKé*F A
Á IR¥ü%jÊršc‡¿HR
_T´•t
`ˆü¤1/458÷Ðro ãô -•uQ¥
º àeguå$v ì §6 D-Ê )¤-%- aÖ é>'C
0ôµýwà çb¸Ax `É(!`Ä ‰ • ˆ"
ED@diÈ Ð'h&ðˆé
¤'JºJ-
J¹ "$ñ¯CÁkL OA,¦ Ó =VPýt°-•µKQH é #ðô0FŸGdäN}/DÇaB# ¢1ØTÓ¤ÓáõøKK
J j,^Pé #(r)"¿Û ô1/2 ~"†‹E Fˆ¢

í  G8  ¦Ñs
v€ᶜD  ¢:í)C°,T𝑓iPJ§  ppá  ×_-  øA}7+é:M I6ÂoIá>𝑓
?J4¨"Ò
ªðd{Kþw¢ïþ1/2,z
,t
qúm_œ}è  !M"ᵖpÂŠ,#¨4
%Kù C(c)-  ±  Â  Ã=-  ÌBpšNt  ‡œ3ì§  dhRªÓÈôZM¤•¿ôÞ  ¯  Ä,à¶|($  O¥‡ûãL w`Ŷõ,  𝑓
"  ²  0D4T  A
ýÎ  tÝo~ýü">²C¦  B‡PiA  ÕB#"í  (c)  Ä÷DºÖ‰]ß]8°,N,  L"^    þÌ/]*ëýôaÓ  é
˜U!ì  êS(r)  ":‡  \0˜M A†
é   1  A˜³èœØd¬MŒø§Ø2è'  Û  ~/|kßïõþ
3/4  @Ú"ÄPC@ˆý.Šuú-  ...õÐ A¶
"ÛB‹xl  Mõç   cWJëßúO..."
   aUC[‡ÿöúv×Ò
Õpƒz       &áá¶|?~Ý},Ù:V¹Æ· Ä•&  ÒÂ#¯îé?[izMîûú éÿýW£...á(‡
'ð@Òô..."Œ:ùC¯¿ëßÿõÿW¥·ÿô²á
à"0ÅXXº1/4"ÇA",  -¢¥ÿþÝÿöÒýÿßÂOÿöN·âýdÿÁ,ÉøjÂ#Ø ';-dw
Ž¨h°×úÿÿÿ¢[_ÿúþ"ñþKÝl8 ØL1,| Û,t  ƒ^¡ÐA  °Ö¿¿ÿ¶|-ßÿ_
      àŠ  Â
ÞB1m  öÂÂàäÇ#†•Wßÿÿúÿÿþ°ëÿþŶÃo  64é<H8å
(c)  GM D}  ÿÿûkïÿßÕ_ÿÜëWï¤ßt  ¨=1Aÿÿÿë÷ÿþ¿%¢ü[¿w[ýt(tm)


Jhãý{_Û_¿ÿõÿ~·¯éîŶÔ1        #þ'EFG_ßm/ú÷µÿ\#  _õ3/4×ïëÒÒ
.'@ø  ×û÷_¶Òþë[ü-Gë-¿¿ÿÖ§     eßôŽëþûa,¦û  çClÕÿúÞé  ë¶|ÚN(r)ªº¥"
m
K  •}v  M...ÿÓ°¬0-ðÒÉ  L0•¬Ú]  vÒ°¨î,K x ä
9OÎ  þqÒ  GU:8.H
  ØþlTgÂž  Ñ
¬0`¬  %
  80"
   Ã    Z{¶|"
&Ã    6  ^¨r  ð"aA#(r)  B""$
!Ç+Š
!Òßþša}{  ˜"""¨qQ  Å    X£¨g`Í×    0a& X¨'  aª¤Dp¨5F  DD†Øä+(tm)Ë  Á¥Ò°¿Ã
...ë"  0^ƒL,ZkëiX  Å1QQQQHTTDDD  [" õ  H¥%Q    HX@Á  Dl  A,  `šï
8`¨M  𝑓  4  PA"  )Ç""Ç   x æ  ÷+zƒ^"8ŠB#â
ÊÙ2Œ    À`(tm)†  (¨8á"èØ  1}.•%â""""ŒëÄ(tm)dpÊ#  6-_  ;OªIÐ‹+f§ƒŽF9  °8  H
Fä+-  Hi+  ª†  @õÄÈ'ÙÎ9nDs¸^  ?  Ã-  L¨0ålÖ(c)  "v
-z¤""v¨#¢>^#Œ  'ÀðÍ#,ØH[ÙM#PÞPê±     ±Ì1/4\dq.W[  +‰ƒ¤Êf(tm)  ÂÐ=hD  "¬3/4]  ÙpÈ -ú
XÝ
î-   ^¨šó' d  \·   ZA"ÍKo  ...¤>  ‰Ùª$"8g#  ê")3³RÜ}R  Ž"D  Ô"hUi!¤W    uÃ"s
A  êM†
¤
ªÿÿÒ+Ö  (r)º:*lÚ#yt]#  +'Çä±  ÀÉÃ𝑓þ    â/¯ Ð{È1/4ePgr)a   uðŸ7Z]  #¥ßÃý
'  ª   "Bš
;0  ø@rÐ°!Ì²"±  Eã(r)G(c)L,     Ù    â  (c)$'  9  r."Bä@"ZÈ  %g~gNŒ‹³Âø¢Qõ¯ ÷ -î...¡ q  ¡
"Å¡h4  Aûö‰  Ð  ¦qFÎ:wT?×Ü!ú

,a4ÿûî }öÛ Á ‹¨Ï!¹Ñtø7
Œ€â7"tû/Ú,:'6‰Í¢çšE3"ý1/2iõÿµt ƒÿ(r)è'] ÿMÓtßüê
"‡eóh "â Q¨ÿ?uï÷-ZOó"F_AõWK§§I¿·"    ¨š!83    "ÜØÉË B ¨â a
k,
Ž!N"²$¤S    0ÿ^Ÿ ÿßÒ "_z ÿè:O_ÿÂz"×âÁ    †z ,
cMçQ            ÆÝ á b    O"Î΢"Ft J²ý,ƒJA(tm)VgQ} ^"ÿûèÝ°e"/ÛA "µõè"¿ Š8ÿOM
žÿ ?Ô ð›Ýa $        š àƒ÷ócBŽ    3Â    98"á÷¿øDuŽ7ÿo m¨l×›    `1/4Î:q hòcDÏÄ ‰-6
Þ "^ D¹šðÊ ."GaÖÚA ]áV- é¦á
ö-ðXMBiÿùàP°ŠUõÿ"Þ/ ...è_" øAî ƒã :    ×o@ °Á            é ;5h3/4ì¶ N‰Ì3¬ ‹Ë£Ñ?-þ

t';"H åî' f+]RôßÓÿoIþ- éý,"‡x3/4,m ß Â|ÓíPA1/2 :T(
î,Ä6°ƒ÷[´á } ðAþÕE"T(c)V×8û~ßÓ¥¥õ~"Ù K1/2&è7‡ÛÔní[J›Št "qC°Oë÷ 1 E¶Òß"YŸ G'U
öÒÈ£²×õ~ ýÿT(tm)
"3/4é oÓzÓÕMÒ"°zuÏõÿê3/4"ûÎŠô'b¢oWÈ b»J+ÿèT tD-kßg0¯]þ:èÂi]o¿¥õU¶°ÿzI*U%Ïÿëõ_ßøo >
.1/4 û¸3/4´-ëZ ÿþ"Ò-×IRÒT ßöü";Ó¬¯Ô$k;
kÞB{|zkJü[' #¢¬1þÇÿQ& oΰÿ¢V } ]i '>þþÿÑaîêu ÿ Ý Kßþû~ó3/4Ý镬ð¿õÿ...Ò¥}ô n... 'H
Û}ÿë§_ï÷@žÐ‹ ˆ91ÈlÄ-}"Oó ý Ñvué î¨¿õ"G-ûÿúu.´ TÿouÔûÕKþ¿ÈèÆõÊEÂDL9
ƒÿöþÕÿú"#9Å(Ú}zÿÑaô¿ra&(tm)    ÒI›´,I' ÷úïÿ¨éþu2>...È¨| ,2>m }ûÓÖÿ†ÿÒÝÿûûÛ_í ˆ?´ "¨ï
íúW¨ izßö°æˆ    ç(tm)ƒ #(tm)-È ƒÖÞÿÿûÿ¿}kûÿz_Uý ~Pý
-¯ ³¢×n¿Òöíhöéól3/4G G...'    ƒmwÛ ßÿ°öïÿ{ñÿÿ°ÿ²
¯¦'I/û°×
Ûì-áoû
¯iDY-tø²:ÒrŽÛÎµÛ_nöý} _×_ÿ,#ü?A È"{(r)w ]† 0Ál 7wK
a"1/2°¸J (tm)ÐIXJÊ&]‰!pÒÛÝ³W

Ú["}š×k¶¿køV+}³Wè xK    mª[Ø¨¦*
ðhpD `29 # #ŒŽ2þÐP    ªäNFÅ'\l0@^ç`›
    ûv _Øaumµl/...Û_Öö×¿a¯ÕÒÏiz"kÜ0ƒ ...z[ ìW±ZQ \1 ¦±LA±DŒÐ%8}'Æœ-† 3 '
à¡ - @ÁX`'zfö DÝÛÅ
*Ãa"Í0E<-YÅ
  !åÓJ¦hÂM†
T¬01/42:¨´élÆ] `ÂP`"D§0Á    #@Ó    Ú
/
    K< Á    Á2 a†³_" ž¬1ZìlR $@... |6 &,C`Á8(tm)ÈìD, D(tm)    ]
0"H]E}10å X¯Ž"6!EDEDDDDt"Ì a    0@Á
0DB/¯...Ü    ? Âw Á
k¦3/4šßa °(r)ö 'Õ.ÐaR¦ "Fdà‹Â""""""¹ Á    Á † ˆ† D2",
ðÂÀ^0EAýN¦á    va ˆˆ ˆÐ $' BídéÄˆ•$ Ž-è    !6J|a‡í=iRXgÃÕ i ÃG+˜ aa 6dÄ #ã
-%Å A6m ¦¥ ~,    YF ØÈµÌÁ+ŒA*Mµ D}ª
  Ž" ø0´

Ú‡"scj £Ž¥Xm"oFœ ¡Ô    ƒXm p‡ "Ò@á, a"2 ÐzZ)Ô²    ŽýU. üî N (r)ã=-‡ÇS×¤'^ð
  çb‚"$ U...1N=‡¦?<, ˆ ¢ $K^TëxAø#8I"ô‚{ ø Ã"
  AJ±æ " ÈA" m%;ó:hœÁá %Dp+ ø(r) WLÖ% " 4,
  Â
  @÷ ƒá °ªZ8'Ða^2ÎwB-"á...P¨œ= ¶‰
Ñ!ØX">-Ò|(ÒO"¸ˆE°A äoäcá
¤ < < :"³P    Îì§ÐZ 7‹öv/    'vWÒÿé6°›I´›DÙ°ª'í(c) Œ

c:  1      È Òs ¤<• ,    èòüXTØøé=oM¤è%A%÷M
!,  N°A¢3'(tm)+
œ4  ^N    c"éQ
)9¯#"y¯3Ä  "  D³ÐD³†På
   áÆ _.
DÈ! Ê,<•úûZµûK×·¢;h  ä£"Žýtá?Â  -a8´Õ  ž  Â    0`Äù  œ  xCd  gP†±  @  ,  ŸëÓãÓÓÂ
k·²'h  !£#:    :^‰Í"@àÄ¿f.^  A ,ZÑ,
`L;baÀè  ë xOÿ  ?   4:¿ý'ÿ\§?âé:AÄ÷¡@ƒ{°M´.ÏYC"8*Ä @Øa0@á,
ŸMz,ô\  Ò2    @ñÓ  FÁ
xÈÈ"hŽ(œÚ.k}-oUµ1/2  #¤"{ÿ3/4°A¿¯u  :Ö  t×M9#è=aÞ  xOï
   mÝ'A  Ð@Þ¿úÙÿU¢  {ÿûßKúû¤Þ'n¿õë¡ôƒp-öÒ"  È€ãMÓ"é  ¯î´  }ÿÿ×Ûú÷P,
týu_phŸKôÍ¥m  5  ¤ÿÿÓ¯O^`r‡Hí"yÐ  †,1:‰öïÐþýÒ,
Z¿ÿÿÚDt1/27O  ¶•7,Ú  ú_Ò_ô  ph%÷...  zÈ...Çþj/ýÔ&ŸWÿÿ
lD  ×b¿k{ÿð•ÿ ÐDuiwÂ²
   Apÿ¨@^÷ÿi "ÿÿöE  E²•Õ÷š-·ÌäDt‡
ÿúK]ñ4ð•
¶ôL^6  h²?x_ÿ}*  ÿÿd1 ƒÿýªô%ÿd0[ô"]  ]p›ƒ,.µð²L^A¿Ý  ÿÝÐA  ÿ}û
0ÿÿ_Á  ðÁ¿ÿ¤-·Óª   -¥  8"tþúTÿî(c)-ÿõ}dhd
¿~ÿß  ¹...õp""õt  ÿòGšn"÷Ö¿ÒÖ ýÿõ(r)E  &÷¯ÄæŒïæ    'Ó×]ý%]}}7Òï¿êö  %  íÕ  "1/2  õ(c)O
4ßïõI¿  `· X{ÿé "×[é{õ×]o1/4#Ž  ZýZH"A÷kÿ÷þý¥û¤Þ
ƒõmë¥K¿Kí3/4ƒ]ƒµ¿Ü.  Í[h¯ÛÐ%[z_þ×^3/4ƒÕ̧°  *¿þ1/2RJ×WU  Pþí...†"4-umX"  µü‡Æ  Ò³(r)Úÿ
üö·í Du3/4(c)7¨K3/4-uÞ´  =ÓÔÓ  Ìà>Á-  rƒ  '{
   7  Ã
Â         XNÕ°V  Il0¬4¿þž  Úí¤?°·i
_Û·í"i  kA'mm]R(r)ìBâ  B
U±3¶!-  !&pfÂœ
Å4-¬ŠöG

!!

%"úLâ`Á  šê•Ã       F8]°ÁP5´¶  KJÚM¥ih¿÷Ø\ð§"ÂÚpÒH±ÂkøQ]  !1_ÿÅFP    Á  <    Í" "ã
0"HZ  Ï¨2:#  Œè  2 41Z    Á...`ÁjÈê"'#(tm)ÀÁ  0B  E8L  Â
   a0ƒ†  0á%'    _ÿÏ  Ná+
ÿ¦,"
"šët·Šb  ">  ^^Šr{4  àƒ
     fW
   xd3/4g†
j¿
$E"@ÔÐ              Ö¯^Ði...è  ,  ¡RA   ^^^^^^æ(tm)  A     ÄR    ¯þ Šrn']
:2´
ŽÒÇªèA$M(ZÉØvwE›¡ú  V  Ç(t•%M  ›¶y  bZâi(:"  ¥h%Zi  ¦Ì¿ÖW  dx  TV     L7rh¨ I%£
¡  ¡¢<  ,  ô¯Äì- !"-%+¤  ŽB  A#  Ô;JÊ'  ±  At  ¬3œ´$  ^èpE:·Áx¨Q      P~VIT]VDl "qÖ  Á
Ž9á  £

1/4Ž‡s" éAÐA"(    ! h:HMV¦B⬅i§Òf0aÁ :>ƒI
Þˆ
Ø  tšV  ÷i  T2¶ÍÁ- ý2,Dè·T a  >dL^å°P  £8CB(c)dt,#¡ì  ,@^é$-
IÖ"8{a  ‡Õ  # DÇ  =V˜>    -¡ô°
7-ƒJðÁ  -...*    *@  ð-'¤WVB-
Š= ¿a  p\§Å"L
¤_œuÁh  +§  I
´

(c)  T  Þ^ M  ¸E
-AWÛ"ŽÌÃÑr",°I    _  èB    J,# Qh`ÐK‹  †ŽÖH¹ó  Ã  ·I  Ö°  Ž‰4GO
  ¸˜øE
ÆÒÒî  ØR
Gaa"    ÕéU^êvZ  \•ô  -ÎÝ  -%Å"j‡ ¹H´"‰ŠGcá  1/2]t°    (c)  è¡  þ'Z1/4NÆÔ E
ZhÓ  A0¶Ò×;  TdZL>    ZÒ^6vB  ¸Cú_g˜ŠÄì
>,  -š_ÐŽvB;"C"9i  `-Òu#I¡  0ÄÈWl  YuU ª Bà,J(r)    gtÎæ  ´ L+A  Ô4µ  Tw`  ^Õýú@  1
'¿Z
vTµ)b'Î´(h":XUãùŒ8"`,    6è¤:±#`  $(r)ëÔ‰¤  EL  ái+XN¬7 ¦G.‰Æ^é÷†  %  GtŒ:´
B#ª×@^þ  1/4ï  *
m    :î ëõ
¨[  ¿"-ÊK;  UDL1¦^1P  JÕa  Ðì 2  >=  ¡W†Ü C‡Á"O  ...Méh  0@-Ò
*¦8r"  I&Æd7    ]w  "R,  B  9@¥0U§
"k
¢}"  G¡  ð@¨ši>¨"4´Ç]  "dØ-  M‹(ÎÈ  ×...6  /ð,úê·ôqÁ  E
°Î¨˜‹ýñ  i°¬
t¨?  ¥ÊP&á&ÛPD  ðâI0DW)6µ  Â#¤  ÁÝ: ...²  ŽÆ  (zõý  ±˜Eç¥°ë°ü‹  Øµ  Ã^§Þÿ"L¸¢
B  i¨}Òò`    G  ¬+tÞwÙ    Y  h  P,è;"ë¥¢:Ä    4j  iPUa%  o°  òpÂÐ_du°z
;ü  c"G³pDc˜L    B
|a  ÖÂá^@œ)  ²¸  Á  ï‡ÁùIƒ£
  ^CÐ+à3/4  [^øÂP,  `†  ãë¿˜ÑÇJq&GD·/,  œ6'‡o
Xv/°Ã  Hà  `¨,    øMðÖ"  EÑ-L D  ž¡  -kõt'  fa  ÂPJ3/4¶ò:Î,DB ÁzT  >    Ù
o    ûSˆ•
  ¥  ƒ·  ,#¥Ø:oAjEC8á  `,
-‡TÚô4  $â8Ë(tm)  ÓYÙ¨àïQ·W³‰œ  %Â    0´é    ã...  GV  Â
Â1/4t2  Râ  duØJ  A\":    ¹>ƒ íµ7Û›
1#
†¡'ÕB
Ø6  I§.¯  M!"Ž  "    ÂP,  ƒn,Ò°ÝÕ  ÒÚ  ADR·    B0á  JÕv
¿O°Dà].  ¥Á0Ú...D
a°e  Ã1/4H  EÒ¡  °#¤Øjž
CÓM  ¹  Î9Þ  Òo    BPßÒÑÃ  ãï:  Y  8¸*  ø@(c)x°-(YX
¦  ƒr;  ?#ë¥  Ã...L  : CÊY  ã(tm)µfÐ!L.˜ L†¶Ð":"î´ét°;
  ˜â$    Þ...t
x
xDtcN  C...†    GVwÈ¸!p¥ÈŽ
‹œ_  ‡bÁ  ¸  }?%œœ\B8.i
^è'ø›D~Ý(@ö  ûÄM+aÁ    Ž´5  h*(p·°-8Dd  m¦ÏY_a"(r)ç    8ê  =¶özímA  æ•z[¨b  ÂÉyÈëU[´
ß}Ó(r)Û    TC¶P´´ƒj*'  4=D( (r)    Y^  PN  õØl°á(c)  ·APO

¬  Ã#áÂ&:M .º#¥o†á :³È ^mhÇE
-"q ,...N ô" Ž,á•{ñ?...êà ƒ}   Í"û
  Ààà^û  Â†   BÈøAn
Â       mÂi±å  ø  îGO¨"
  P} ̀à•K  ì":
  -&"  "GTƒkáw
õì"S"    "
ÂCM‡øt,ÿg×øÚVq$ü
 ̧"ëÈéTŽ°E:n,¯V +ë .1/2¬ ,i8   ̂è ‡ !& !× GÿpÜ   %Oú Ž¬A ~b"^Ë×a(r)Ü"é,"ƒ(r)¶Øô
    ima%î"Ý0Å  vÉ  ð°êûAC@‹ëK \ á u"GZDŒ ,eÎ ̧¦ÑÎ
P¬A...þð ̂ê",H5
øíá°a'ÁGB/Ü0ßØúie@-"àè/m ̧A"è  #†Â<GÈ=ÿ ̀ß‡î  ZðAzu
  Z  o  ñv  4ÈøEBÞšX}éšÅJ°}Â"GOWQ
 T#Ó  ̧">(c)†é  G\ãÇ!%om‡°¦Ü"é$ ̄ ƒ    ƒwµ¯ƒ#ª' J  M  XDt  ¶  A"
ûA,)×  Ž'ƒ"GP}ØA7Ñ1/4i)aøK.•á‡ ̄ ̧zÿ  à ̈üI×¡Ç¥P(r) ̄zO‡   é‡ÉA
x"ë°G   ÂZ  ãô ̧k  SÿÁŠÅ  #ý" BaÎ+Ö°EÕô]e×
p¿
"Gü1D~  S ̂ ÇøpAXÓÁ ̈ùÀÒú|5Î Œ""$WKõn"°ßÕ6  +îµ  GJ  ¦Fäc•ßý?ƒ  Î=j  ê÷o. LGá¬SÄ  â3
/4  [þµ ̧"
  Ý?ë• ̧ÜLŽ  DuVq  Òü  3/4ƒª>g  ~Û  TGH ù|¸Ò†ÿ   þÒ~   ýúHì±RQHŽ Ò
GU¡z3/4  ýz  ÁÂûÆ  Pa...‡Qe=¬.Â#(r)"éƒüŽ¿,#ð   Ó¤GìÃ²:1/2  ÿ  '̀Ñ  Rz&÷xzU

Í¢ê   4GTƒ›ƒÐ_
ÃÚ÷Köú;+T,+  !
×°A
¬(c]B#-%×-Uq"  Ž,
 ,  Gé1/2  A  Ö4K E;"†-Þ;Ú  N¢h,6Â¥ÐE;ØDtÃhÑpøDt(r)  Cì  uà  0úúF  ‰
  / ôøD  ÐA  ê-i-cû ̄vT-¤  ¡Á  H- ̂É  S(uáXkÁ(r)ÃÔ+êj×Ö†  ^ ¦Ø6¶÷ÿ  GAáÐi+q
~"q|ÁlãÞ  ‡á'Ð. z~  ¯£²Õ"GI"Z  ß"ß  ]  ±"µ  -C
Nš{,#ô  C~(c);PâŒpó ̄p°é-V¢"ÃG
Ê  ÿ¦-Ž:AV,áßxDtôÔÙ  Â}  ë  ïÂ÷ÚÃHŽ¡§Å  ¿ö  òp  ùÑv",°Â#ö×  G->ÿ3/4"üV  Ž(r)  -
=Â#"ÿ ̄ï·‡ðD  °þì¤GJÀè}  G^"¬¡Àò
  I#±oÔ:_8<-Øo"Ó  d{þÕÝ+ß¿ÁéëÖéGë  Ž¿W-Sþ×ð°¡à ̂þ£
>> ̄è  ¦3/4šÒß
xI/...ék²  µ(p ̂è9  1/2ïþ:e
3/4°ì-H":X†  DuÿK(r)°  H¡  ÖžØA   áýcÚþê÷c
éVù¢¿\9  °^ê¿¤ ̈hKÂ#ëaúÂ-ðÞ  áï‡"GÝXÞ°xDt'  Ž-  f-uJõ×   Zè":K$#
øxqXt ̄@¬-n  °  Duµ Ýë
ìE-(Èê¡  a
6  0î   °è  C¿1/2a  ÒÂ_-pýzn+AvÒÕT¡ÊŒ"?e  Âû(tm)ØÕ×zµN  ýýÚƒßWc
ª î̈"ƒûÐ'
ßþÖ-Ò3/4ït¡ÇÓ¶ÎkÐZëH?
Úâ  l¤ÜÁI×Aé  ?ïöû]kUæ  Í  %
  ýÇCô ̄ú3/4ðÞ'cáßñ"
ØpE
¥Ž‡ ̧Â¤éRÛ  n àÕ"+,"ž
Ä2è^^û  Ž´1/2+(à ̂êÐEÒõ°û,#¡   ̂êg"(c)  _ÙCý
 ̧×ZØ"ê,  mT  uîÕØK"•0'N  î1/48"¡ãû{Â  ÚKOi8ëUuc¢7FÕÕWü43/4- ̧6ó´=Ð"Ÿ

Ã_">õÒ¥ÿé  ým3/4  §-§Ã!¤(r)*(c)ö"  /ÔBœrŸQm¥·Ð @üpÙš  ß`  vÐE>±¶Xí
¥[  Kíi ÷ ±Ô -^    ë `Ù^Q õ(c)'] pßjÜ "x ... ‾ÃÊ  Z‡ñ²{Ýi-iB# 1/48>
"3/4°,N´f/...´(c)Wì&´ø%‡ÒþúU'¿
¨äØ"GÒÂá¬Eh...    P]'û  ¡ñ...Ø@¬O "ê•    Y´í<F7†kƒ¬-^    H--•,":t<(r)|sA‡
x@¿...Izá ×°"ï4¸{û  Š  ðE8"J  Ž(r)  KUëDt"Ý  ÒXZ~4ðAE‾
è-!ƒH^"¨u´>ƒ^¬'Â  ¡0°è(f--G  i
jÒÜ±Â
"0D~  éaaÊ  v£Ý$qê
"Ã

  h¡Ñ  S\7W°ë-  (°)÷±  ìíð,  ÂQPD}ÂH+IR(tm)  .?ž9SA,  # ŠtÔ¡ÂqHŽ~t4¸{ø=  Â  E;†´.'"
eë...è"Ol‰Dt  ‡    GM ,CWÁ¹Ú  ²ív´  "  L§Œ8"é ¨Ü&U            "GXOÂ  khv$¬‾ðE
  ŽBí  ö  ¥v  ú"
q...$8q
  Ó  T  =  |:T^è^  ‹  #

KT  ÌŠ  g\`ä2¶B#Ð  NGA  ÐEøt,  ŽÈàÁél@²    Ü  ÕÕLŠW  ]  †  Œ1/4G(O|-6  ü64‾¨p^é!†  pö
  ƒ#Ââ  ¢:    2H^æšL:Á^  duÂ²·ø!eZ.    {o"GVGA  Ê  Ð@á  Ð/‾Þ0"    Xxb  Ä  '¤¸a  Â
-à¨ënÄ8L0Qû  %5û(r·€àŽŽ8/ÃhŽ,  oðÈé
ü=  %
ëM iŒCV  #æ³
ÓÃ  G29    "Û±ŸcÒ
    H¡ÁÜNÁ¸‡RÝ    x‾&Ó  ƒÿ  ":þ  nB#¬ e  ÁTÔ¶R+"  ÐDu
Ã-aiKsú    P
  Ð":
^mÚãêZ  +  -K@...rj(tm)W, -Õ±öþÇæ2  +\8ß  éõ÷ý
ÿÒõÿÿÿ¿¨ €
endstream
endobj
138 0 obj
<< /Length 139 0 R >>
stream

q
599.03999 0 0 806.16 0 0 cm
/Im0 Do
Q
endstream
endobj
139 0 obj
40
endobj
140 0 obj
<<
/Type /Page
/MediaBox [ 0 0 599.03999 805.2 ]
/Parent 132 0 R
/Contents 142 0 R

/Resources << /XObject << /Im0 141 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
141 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2496 /Height 3355
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2496 >> /Length 37592 >>
stream

ÿÿÿþCFB¨Àr<G .gÙµ        3
R:#¢:#²æ_.¢£^Â^^^^‰ÙF_/ÑŒŽ2>c#ÄpñŽŒf2:^^^^^‰Ø3/4m   üDNÍQ†jËæhâ^^(tm)  ¢è¡¯F  |Ã#¢
8.GFÁ,ù"c#£8°^^^^^^‰Â _Ù  Er3Ê"vX'ÌŽ!r>^ñp...Ñ"\!tG^ñš
¡Á )  Ë  W˜ŽC5š  DDDDDDDDDN !  µ$q  Ù  Èäb#(tm)     DxÍDDDDDDA &¤]  Ñ|‡  Èá  è
æ^7›DtfŒ"¤‹,DDDDDDDDDK  áÈá  ã.d  ^àxmDDDHàA"T
Ž
-DpÍ#¢üDDDGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-`]2
"ÊJ  w  ;)  |8@ËæT  íHS(tm)äuKü!  Àg:†p ƒ#æa"l3    8@ø'
H¸}  ô<  3  U
   >ê/×    Ž  ,#¤Oðô  1/4'á  Â  ...ÈW  )
n    9Ù
£00f  Ö  í  4( s¿ŒÅgÃ  .y¦jLã2"  ‰Ì  ô4á
:áôV7  všfÀ¹-  è  È  ¦  Ì  sa
Â  ÐºÓÑ
ÇA  {ôC¨P@ý:'HD¸2^ë  Æ‡=
Nº#  Ö  þD,   2€ÍH
p't1/4>•WÿOú
à ƒtø7þú,ù¨zHe5  N^Ý÷[MxNü´Œdtsÿí×ßï¤ý^aÀÒ  ôß_ôùÝþiš´]  Ó5dXÈqFjÃ8Å    HŸ  H‹£"
²  -"  B=ôÛÝ_ýé}=:Mý¿  é  ¯ÿ ƒ    êJ&  Aº  I¤  úí"ÿÿ  _KI"ÿòV!¬  ú¿é¿ûI¿¿ÿ°A
Û´‹Ha  ?ãÿ_úÖÿÿ]}`ƒÉHgÍ
k  ÿÿ3/4*ùßÿÝ1/2i¿t›þÞõb8õí
5Óÿÿ¦þ
"þ¯õ¢_íÿûi$Þê'  ïñÿ]GQ[3/4"[  YÃ5þ¯DAÞ?ÒÿÝ?ÿÿMÕ=úS  ÿ"í?Ûô-ÿ¯¥H7•Ž&    8v8"Ž=-äë¶ü  n
3/4"Öè-¿{ ›#|Š
Âõu¿Ø]  ÿ
ÐO  ~O  >£Oé  {uMþ"¿ðÁþÈ8LWýw¸K¦þ(r)›aõÿýÝ3/4ÿºÿ¤(c)wü7øaðŸÿø§Wúéä!Š·ÿÝmúè  ÛKÝ¦
-¿ä"ïr  /-Ê  .þÿ...÷õ-²
   _Çü}6·_"´×þ  éH(tm)ð  ÿ¿ù¬-¿ÿ  ¯ÿû  ~ì    íÿzðþÿÿ]
÷ÿã*b}ÿÉ!C3/4ù§ÖÓ3/4'(íÿ"ûß¿Þÿ¯-úÿãéÿÍOPB~    é÷ùc,jÿë}.S÷íþïWíÿúÿÿË,±?  ×÷íÿÿ_  ÿMíÿü¯ þûù_
}zÿ""úÿ  ÿúÝ?÷=M÷þ(c)i  ÷·Û"÷Ó3/4ÿü¥÷÷¢Åø›ß¡Û\Mÿ?ß*ûûSYÝ  Ïþ1/2¿Ûm-ww_ûë¦þô°ÿÿÝ  ooÚ¬
5].×ÿ³Wö-M]_ÿÿ_Ò¯-üqÿmÿÿö  JàÁ/  ¸í{{
.Ù"mmSnÛ         ·ú¿íÕí¿Óö""{}Š¨"
Ž  †  " ƒ :  ""ds F€ÁJ
0-¤Ú[Ò41/4éíÛ"µûÿµî?ý¯"vûís:¤)
ŠOµb  ²¦LŽ  %  @äZ  Á`3c!    V  X0-Oÿ"ªŸÿ´(c)¿ß†  hXMBç...ï°  Šb¢"}ŠM ƒf0!ð‡,0fÄ  (r)Ž€
à"áO,÷°Ò"{Z}µ¿oo^^e$ ƒ  ""
!a   ƒf
öš^]±
+üÐ

1E "´>|
1/2  M3i*f*   6  -8$^Ò
   ;  A,
¡Â   ¤Å...ì)á;ÕPkÿÐ‹
B@ØÓ}â""  5£È¢Á;MIÙì·
šÚÿËJ  x^^^^^'D_
!   Û^MD  ùÚ  S
B€§ÃA s  "vDv\Š·Aá
þ`!ð"¬!

"
3/4  ...9
ä,  0¨ó; ÐDW  #wßøAÚ  Oóa   6  Î  rqM  "!M  ˜
nŽ¨öC  ‡È¹  B- Zj,*Ñ3Â    (  Q(tm)  9¨z]Ñ  6,'ÔJÛ)ÓRÇ,rYþþl!¨DBpÂ
"
ÿè"'  êÿÌð¹  ÙÓ:ð  Ð@Ø0F(r)  °*f*DtÊ   2ì¡àÉõ  !¶Èlž=ž  N  ‡[þ   ßÿö" Úé
A7ÿ*f*B
4$øh';@íbáš°  "  H-2  h´Á   ´,Ã9[ü(c)(tm)  Œ"ñ   ÙR  æ`)¨BT)0-'Ïþw  íÒOõÓ  ÿú·}õîíB
Ð6Ô/ð*f*B",   h0S  Bœ  ×*û  ú¤ß(r)   ÿÿx"?ßÿí
›ßJ¿OCð^ÇaSNºOÿþÚI7ÿWÿÿÿ_;ÿöö›ïH¨ïÑxÙÒ‰Î~58#9  k#†Ö3/4þÛ˜¨ÿõ  õÿÿ¿o÷3öÒIÿJ¿A   ô
˜  M¢b
y
c_×Ž-¥[š/  ¿÷ÿ  ÿÿÿ-¿Òÿÿ ïÓ
¡?÷ÿ¿n•1/21ÿÆ‡ò  _oÛò|tÓ3/4¿ÒÈÚÈÈOoK°í/ëÿßëÒ"  ÷úŽ"~ßÿ°Jÿ¥šÈà†
(tm)Ò)@S ÂUz×ª1/2m¯_÷öO"Ö  ¿ÿ  ÿëÝwÖ  1/4   <
üŠ,Šô¿ô"ÿþß¿ñ²%_ëÿÅíû~1/2îµZéTIã-ÃDÿ²œ¨Õ·öÖî‡ÿÿüW"
çÿqQHWÿÇs  "K1/4  ×%ÉÐAÐA±  1Wÿÿõÿÿ·í|ÅÁ‡ÿ÷
oÚÿ_cø¨3/4  ¤é;i  1/4Ïþ...éú~ÿ÷ÿõî•¡ÿó9NW¹3/4Ámû|Ö1/2{_RNúÒzmµ^1/4¸NÖÖŽ-¦Êúþþ×K"+_èG
§Ÿ¿ÿÖíõðTÝÕî"ÚZüZûk"
b-ïÿ¿ßöBÿÿ[Ûöÿ×ßçÿuÕum¥þ´í"u
$(c)¥  ¨ÿöÄ-}×ÿûïÿÿZÕÖÕ›ÿ^6+ÿ,  ×V ^üMmd¹Ýµ  oûþß_ÿ   }û~&ï  þöþÿ
   <"á...Á  i0*f*{m-vÿm.¶÷ÿÿ1/2¿o¿_Ývÿëð°öû¡é¨"7nÖë¿öõm+_ÿ  ÿ(r)êþÿöÿùÀ]Ýíêµ"1/2  fÒmv  Û(r)
ûK¯ÿío5žßðÌ¥Þßßó;%  £û~žÐOa...a"¬%oì4¸i6-¨ÿ·±×  ÿ°ÒÛ¨íéÿ&÷¯°_K†G   Œø|
¦Ã  "† a,PÁ¤¥'Ñ  ÿ  ÷ö1/2µÿþõ`÷¬óÿõü%Ø"Âao   v( -)Šb¢#4
'óc/'Ì)á!,(pË§¢   Á  }°-ÞßÕî"m5kÛá/(r)  Â

iÃ)%(r)gL&1/2  ^  6E  EëëäΟ0Á,F    ÈJ  ZJ3/4õ²  $ßú·ì$Ý      f  ã"°  fÙ¨@Â    zßß-X"
÷úa"
*Mûivjß  Z¤O,DDDDDDDhDwv  ?wÛa6  ([ûH‡¦¨ab  &ÒIÒâ"D  ^‰oi   s0‡,±3¹ÌP Â!
;ad1/20Î
   F
   %"KQü5†  û    "ôÅG#µ¦(tm)n*f*L!
‹¡F•
   0ª 0¶!q   ö  Pe.  RÒ   /   ÿ  ÿÿÿÿÿÿÿÿùÚ¡'Ñ  'Ùp<  hDD  ˜¸€" J
,Œ  ¹¦Ã',  n¨5-ÍAs  ðó6hŽEÆÆb?'Èâ>Èè  Ä(c)  D¦Í  Ž  U^^^^^^‰6  2AœŽ
"  Pæ  Ã›  /g³Ž[¦(sAS=•ÅL¦Ð  ^^^^^ÿÿÿþeHŽ^¦Uc¨¤K$ú
z"Š"ÎÉB  Pú#[ÌW1/40wê§·>†~xãÒ_
   ô       'Þ¨ü  )9  2ã  ‡òH   "Ôt¨3/4<wÄðéÁŸGA  ‡õÄ  !

a8g  Ã8ÈFÄÿþŸ1/2ú  ÿý  Óü  Î,-}?V7ŠÁ  "×'4ç°Z7ßëW¶Ç¯þ¿5
¿ÿûîP  ?ú¯Ùš×ý  a  yCM
aOi-Â!  "ê    ä?    ÇhA"  M   ´Á  šá¤3/4EtÓ    ¦s"Â
õŸGqñ            -T  VÄWiZ  ÿÿä    ":"&c2,          ÿ    Fs¬¦"•²
s°0†  #y1oòIzÔ  ¦éÁ
Mw;U
N  eÑq¯   š
<  ì"h  ý
    þ-  ?¶Ød`À†,    ÷è¸XKàÊöQ£¦  a  0Ï3ûvšE"vÊ
²0d'ÌYÁhz5  äA    ¿OÔ   }°Ê¤  `  A¿   Á   tŸ¤  `¨1\ÉÂ  ÿIû^1/2ÿÐN°~¦+  H
ü'§ÿÿnïÿ1/2-Ñ~þ_´No"  é"PŸ¤K  gxDãþ‡ª ô¶ñé/¤  oÂ<  ú          ô  l3  pAÂ¯Oµ×Õõüçûê"}Z]%zI
ô·"8-ãî+ïï¿ß¿ô  zÓ  OXZé</  ÿ  "ò  t1K  þ^Aõ•kyTÚsÇ¯T  §ñ"ù¬  p(tm)ã-
Ÿâÿ·ßqïÜ¬ë¯ÂÿMîgk¶·ÿvþé-}3/4·¿~¿Â%žh
&ò›ÿ¯Çûu{{zàÏëõÒzÿÁ  û×ßµÞ¿ío"(r)(c)ÿ_ûÿu1/2.ö-Þ·ÿÕµ"M=1/4  ßý´"ÿïmXŸ"UÛàƒdì...
Á    XB    B  jž³Ã  v-á\'ní/kÿw¦  "&é Ï9Ï
    Á
+m~ÂÚíû¶¶9!l2<^^^<!(]"èú7†      ¯      `Ã
    !Á²8@¡  €mU¶  PÁvÂ§      Ø¥Ø...±_    Á    Äx*30aŠ<
v  µ†  ²  ~í0¶    a  †QƒnÂjœ4  RCÃ  kQ          ÿÿÈ      L!  'rÝ,I  ‰â
È!  00"0\Â  SÄ
"â˜ŽÆ#°0ÄDziøA÷
í   †Ò.Ú/Ÿ¡÷à  çP   ß¢  ÎÃ³G÷T›Iý  Ãúßzo#
¤ÿ  O  Õ¤Þ  ë'  Ð  'â6("
Ð‹"pEò(ÖÉÃš°§/ëþ  ü  ÿ          Þ  ÿL
ÿïü¿(r)ŸÄ·ú&ÿé  Æ¨  0  O¤ô(¹°rŒEœÁ°gWA80ƒ  ª  -í  ÚÄ?_§ÐAþ  Å
Ö'Û    ÐAé_þ"ßßÿ
ÖÁŠœ[IéÏÃÿÿ¯ëéê+  éJ;ÿë÷ôþÖ  }=!  uÿ"÷úzŸ  f€Ÿ  >¿ÿÿÿin_¥    ÿþëÛÒ'ß
(c)ý/Üëÿî¶î@ƒßHÎwM¯¯k¯û(r)Ð(c)zÒMu°ÜVïÿþ±m-~  Ô´Kµ²FéköQíûßµÕµ¡(tm)  %
+#  ƒ
A¶  a"›Tû  ³{
    5#Ï  %-(r)ç¯¦+d+Ø¦*$G        |  ¤êÃ  ˜2äG&
    >Ðh5†  ¦(tm)  >ÂÿœìBØ-ø    DDC  0ƒL¥  h  TDE-(r)""")  ^ê°    )ÂduB  þ@a[;H(r)^F@_    2
(¸ìJ2-°8Õ  â9  H€=¯  ƒ  ðh>)    Ô$E
É²1/2.VÓâ(tm)¦  ";²œ¿   ù,  (tm)7ýplZxSæ¦ôÜ(r)ùß  Gûí!ÇÒÇÑSE    }Öh3¡›  ÔCP(tm)N  Þ¿ß
f€eÃ  Âœ
f31œ#  N  û(r)š"  L  ðœîû_ª¿-E§{ÃÚí¦Ðõñ  ÓÑ(  ·_kòÎ  Rq˜Z
NFŒ¸Í  h  t  é  U&˜21/2š0ÓDé  ?~t  D~DæÑtnÃ  {{¯×ôÐÓâÔ"    /  þ   ¿¿ÿuø\
é6çûô-Ùrß-s  ?"uD<  "*}/×ôût¿û¯-+§þ÷þ!  ïþ-ÞµÃ)'bš]~-~ûÿõúMï·¶-ñ  Ý/Z  ýÏcœÇý3/4¬qØ?øÿ#
ÿ
òÿÿ-
HŠ‹æb~ÉéIÿÿ  oÞÿÞ÷p]1/2¯  þ^E
ÿ!)",÷    ¤Þ"ÿ3"Bý  ßøø¢üèßü  î/ÿ÷-úÿ¡  tYû  þ3/4  *Âÿ5ø¬¬ÊÎ¬v°ÿÿÿ>þ3/4ÿ¥×ÿ=üóã  éÿÿÿo]/~
ÿ  Õƒ  ×þ´_ùçn*Çþí}vÿþ1/2"  D~ÂjšpÒÎ×¿éSzÿ¿¶HÛ^Â  O‹  IµìA  Ì0[  Ž  °á    qXT  Aÿ"-aëÚ
Úl0>
$h"#œ0  Õ´3/4u,Ú]¦‡a5M5;¦)pDT    B`ƒ  <  "!¹(a3€ÂÀ€  ±LR  lM    Bs4
'"`Að")Œ    ^â""""ÐŽ1/2k¯ÿ°šÚé  é"â""""?MB
    a  ^0...]ê¨0˜Lë‰oâ""""#B""""2Î*¨-b-  UQÿÿ(tm)  ^Ðì²OÉŽ´(r)vª    /O‡ä·VàÊ›ý/¹£  B  ž"ÐN&"fŽ  ¿l
x  Î0¯C  Ð´Bh^c#÷ô]°gÐØÃ  sFÈ+Ø2òž  ¿ÐMè'atâð›

â(þ3/4ôý7°O  ÿu×ÓëÜ  ×õ¿øøþ°@ÿá  u'
ó
x_è1/4ÿÈ@ÕyÄhGíP'þÃ  3/4ÿÿõù  }+ÛÿÿÖýÊ  ¯
f  fz{a;   ÿwðB    "  `Èä  `  ±
‰N   Â
Ï}õ"  N  "ÓL"&  (c)C¦6â-""""""',.T$¢Ø  µ´1ÿÿþv±œŠ
Ì  ä|Â0Dñs DGGÂ(tm)       X°ªX¡hC‹  -lÏ
à¤|Á    )  lÏ
Œ     ›   2¬!(c)  (tm)ìáŸªèÜn<!(tm)  #dN)  #F|^áH  Ì¢Û´LÈÂ9-F  í*Fèa        ñ"hß(ý  ý3/4"EÃÎ
!²cM


¦  Ý¡
3àæÁÎ  '    ›
|f,  3c'
|a
  ²@‡  <  3"ëTïT§1  Hÿ
 `^V   @Â  G  ~Ü2ìÒÙ3"        †ka`   3ŠÃ`ÏÇæ    ô
÷EÇa†Ñwe9(c)O  ¯÷ëïH>1/2ÿ¥í¯Ð6
ôÐ~íÓÂ#ï¿A´  13Î  ç'Hß4Î¬  B`ƒƒa•8t  81/4Ö|(tm)Áštnõÿÿþ¿á  ý  û÷ßöþµ@‹éöÚ^ûè'¤   é<  um
Eúúöšéûcúö<    ]Þ¿  Ç,#þßuûª·ï  G1/2öÿïªë'¯ëÿÿ  }ë·íø²þßýû  uû¯_W¿W_ý%ëÚêþ"jÿÿÿdg   È
ï-ÿö²évF%Ûÿoÿ}õ}·¿|ã  ân±îÿÇ~1/4æ80  ...†únøÿâ=ƒÿßëíÔmûÛÿÿúëê°÷ñÇûäcžyá9  }·æqý3/4kæ²Ý¿
ö×ýéô  õÿŽ²Õ¿V1  JÿädFÝ¸7ûjÿBåSíð  ò^Òÿÿÿ[Í=vþ¯û¿ôu   ÿøn¥ûy  ÿor  ÿÿ(Oïëé}|   ¿úÍ-V?ãµ
Ðá!ÿsÛ§¿ý  ÿßþßÿûý·ö°ÈÇüÿÛ}_õ¯Ö  î}  ÿ[ÿý·þ>¯ûâÿÿ¿ÿëõöz?I¿¯±qÛåQÚÛªyGßö%ó{ûKM;Xi  ¤J
v    "W¿ö-ì--×¥}  Nì  %¥¯êûêÞ·  ÿÎÖ  Å   A"   l,R    =†
ƒ  4^  @  à  ,  l$  è"  °"¶  °JÒ[1/24ÓtÁ&  ïMš  u¶iý{š  UêQêS-¦Pé,#¦MÂ
d*ìU§û_Åa  Â  f  Š  ,  Åa  G  Ó  CÂ  Å  Â  C    S
 Á
ƒ.A    a  |0ƒc6  OáªÄDDDDDDA"#B""$";L-é,jš
  é""!,ƒM0ÅâìBÿØ'3  |(!ÅTTDDDDDDDDDD0B"$          ~E      It"""?¯  ÿÿ;$DU  ç'  >G(tm)ñ'
Â  ¥gfK!æGBV  ÁBwÅ•a      Å$
°8  Û<0@É`À.KŠh$3ã  Ã    šô  Œ    gç
0‰Ž
-Ññêâ¦Á  Å  °)kƒpD}°mPA"ðØgö  Í
4Ãa",   Ã=   >A°h
vF,  5ý"à¨ü  ïöö8è6,øøMÿòŸ£gƒ_¥º[~"Á  éßÒ÷á  ý  ý[ÐÃðÏïÿ¶3/4-ÿþÿÿõõÿé9ñŸ  ÇŒÙ"C"·'  ]3/4
*ú}¿þ>J1/21/2[Îb8×øOMB~ç...  ‡{  '∅>ëý"_Uñöÿý[ñFðÃ~Ñ9†q+h*n      *ö  ûêÿÿ  ãÿª~á~
Øej  6Og...V×ÿMÿ>?þÿg  Mæž"}Wú¤Ý÷Cö"]1/2ø¯ý¿è>‡ÿ÷ÿÿ]"ÿûõç  ¿ûz‰  ¿ÿéóÂqµÛÛG§Çm*oÒí
+öý/Ñéûÿÿ
ãý¿ÿ`Ý  þ
¿ÿÿúÿÑ¿ÍÐ"!-ú{
%t~%¶"dé÷Ò(¿ïþ°ý(_Â
!,
ØDÂlP n  (tm)a"~0§  "
Ø0J,  à    28.Ûkkækÿ¨Å5Ûc§iÚ
  Œ    Å~Å/ôì3Ó
%a  oL1/4Ø.-  Ìö  žƒ^^^^ƒ    @Á  ‰B¡   b¯¦'  ¡  a
†  pÁ&  râ";      ¦  A"ç‹
~  ìlBª^^^‹BÂ    t"1ÿÿÿ  Ÿ,    ç"  i  e<-(tm)áÚ

n.ß
,
ôc‡    ¢qŸ  ³†lßî‰ÝµNý5Î  C  ðAÛ¤laÃš  ^‹w)÷.    ¬#      Ñ    2èŽ2>G28-
FHGTGFÑ8  ¢:#¢ìÐ!    uA  þ  Î!'ô  7mè  rŠv¨    C1/2QüÂ#'Á
†@s 4m  ˆó  "  KoÓ}é6¶""""'ÚýØþ1/2ëw-æ  ¹    ââ#(tm)    #ÈÎ0Œ#"PÈ
³  H¯ŽÈ£'|ƒî†H)  â8Ë†@+{ÿ^‡·Õµ            D"ï˜  ¤¨ÿ÷ÿ~1  ÿèç  *õÝ  Çßo¿Úý  |=IþÚM.
..¿ÿÛTå,°  `"C0  VØg  AÛ
%è1L"h"*  |"  m1  ¨¨^Ê  4  !  ÐÄDD  ÿÿò  F¹"$#-,  Œ(tm)
2&GFj"@Á  :m  †g  `¡B  š3°7    SaÁ...79Ž×ÐÁÝÛ
úr'ûoXè$*  ¤Û†ÿœ0ƒÜ¢:  ...jf[õ]úÿ  ·ê  0‡  Gô  Ý$-õpáÎ  ú.ÃFÎÞ  ¹'  _úÿë
A´  }3/4ƒa5š¹QrmB_þ*¿ý/K‹‹Œ/þ¿zT-û°Ò/(1/4l  oûô²‡   õb-MÓŽ
õ×în[·øAm=:Aíÿ[t>ÛúWï÷Òÿ÷]n"'iJ-î3/4ÛvA§`ÛRy#ß(r)°¶  J
      ¬6
³DÙžžö¥Û
Xj  #MlS  ‡i§pÎ    .  -Å<gÃ±LQ¯â¡"  B",S  1/2Újši...  0¢'  š±        ˆÿü(r)ZRJ!ŒÎ

j
À  gj#(tm)³#äpÁÁ
Â  ‡Â      ƒµ2=  HéœF^Ž  #
R<l  Ž  (r)4)´SŒÚ";¿L
  !P,      Ã(
p  x Ð´"$¨43b  ^K  :  ,&2pç  ì Ó'
u  f  ‰
Púåûczì•ž
_D¸6°ÝéDð6Fæ  =Â  A÷ê¡    (r)  Â  zÐ!
ž†¤é-é¡phEá
  md\ÈqFjÃ8À‰D
È  6
!9  Û      ˜0%oû  j  9Óš‡§ÂmmNôOè¹Þú  ?ë  ú    ¿¿ÿo"m¦      <
ÛÒÿŸŽ"6íÎ¹  2-!,#Ð  è  Ó3^kôÿÿ÷¤  êêðÓÌ¿ÔH:MÿþÚÿƒ  ôé:\Ãï˜ý7ÿÿs"þÎûi$ÞøJ  'ùÝÿ3/4"ü  -Ö
Òéééÿëÿé7ÿÿ{ÿý%¤ßÛ  ö'M÷¨ÿª-êv    ¯ÛÞÿu×ÖßÿWÓ~(c)W·õÿ·Ó}  Mÿuîw@¦2  tû×I[[Y>*ÿ¿ïî¤¿é
}  ·ÿ¤¿íëÿ°·á
    ˆã¸ã  y¦=Þi
Ÿ¥3/4(r),]_iÇ  ëÿÿñÇý  °"Û}_ÿû  þÝWúE#¡ˆöÿÖŸ4ÇnêÛnŸÈÎ
á  "ï  ÿ÷ÿ÷à^þÚ÷"°(c)ýþß¶-  ·"Ý-øM é
NÁêüuë·Ç"  _
ŽŒ  _þÿî•ÿú¸6  þÿîÈ"  _ü{  uì    Z  ¿íûkñîþÈ=D-´ß¯ýC
"òÛÿÿïkà Î  ¯÷ð  ÷"a†  kûô×
¡ßß  iß=;u=:ëüü"kß÷÷ÿ~°Øo  ¦  °Åâfú÷ÿþýéó°Û¦Ç×öþ3/4zvõrLŠ,Jý..."  !  í˜  ô=w_Û}þþÿ"÷u×û°ÿñ
`Ø>þ¸,ú  ?ß¢>¿  ÿÿöûwûnþ¿öÿÛ‹1/40Ãr  ?ø-(r)=(r)&ízÝvöÿÿþë-1/2J74ßó¨ã*
ú6¿î÷üëû¨û¨ûµé[û×æÑ(r)°ùØ6
ÿ"ÿÔûkâ  mvöþ¿þÝÿõúwþ}[çÿ¦¦ÿÕÿÿm/m~ŸÒßÎ¶Û[öÿ°ÿ[÷U}wþ¿  Úü_þÚ]îD6ÚÎ×cöÒöúôÕZ"éü§°Òéÿa
"1/2ÿö  löÓ³(r)ÐJÒÿm~5tÕm~Õ§;¦¤öâ#(r)(tm)Œ      àÎ  ÉÀÃ  G  ¿ÛrY"&¡"      2:}°XjÃ
¿ØKß¸4  a%vêâ¶ÿjž)  ÖÓÃ  ˆ¨";Ÿ  ÿ  Ä/8  'H²8LBŠ>  É1/2°aÍÃ  @î  "  83  ŠÓ°^
¸,Š³·ÿ¦3/43/4°Òÿ÷  4  _    v!_û8â¨      @lW  ¢¸ƒ  DDJ'  Ð²¸8B;¸a      žÊÑ
  é²¦  L¸¡
Ú(c)Ý#@O              ²ƒ  """',ð  3¹N  ¸k?83¸!^^^^^ÿÿÿÿÿÿÿÿü²QL‰ELµ
>eÂ  BÎÅ  "b  z

1/4‰"ýJâB•Ô...ù    ØCµ    "HaÐ?¿ŷû  ß  •d"+‹àÊ-d[e¸·ØY(*Çì  Ì†ìì-àÁ
   ßÿø¯ý¸_ÿÿþjd  É†P]]¹  ER5Ÿÿ¸_ò@SB(#ÁÉÄ
"  ÛÎ  ŒÎ  ŒÔ#Ĵ`B  R@"30    2æE  #    !ŒĨdHBñâ(#0"âž*5ä  #  §#ÿÐŠq¯òR  £^ALÚ%
ÙÞ(tm)ĬþŸ§"Ó×Â    0ƒ1/4&Ÿj†  ‹á!ëhW"ð(tm),0)(  Ê    @Á    a    dXBr63¸"ì)¯¦b,    y
dælf±ÎÌÍ,    ±A  `P˜œd¬¦d§">J  "dlg@¥  œ D  f?¢ü6  54ÙÓEÝ  0uqq-Ú%oblhŸ3T
   ù  á!íú'  Dí°-øL è ð§j  PƒÂa<!"ü(C  4Ða
a0ƒpŸ(c)  A,    ƒ  -  iéçÅ>/ÐAóö/ †Ÿrƒ3ff
 @ÚÁ
 A*... ƒH¿š`Þ
 ÁA  l  4,  Èz  ;  í¢x
    ö
MÁ¢ææú.m  "F>%"DìhŸdñ†ƒ
iÑ  A±iÆ^áÄ›Út_õODc¸"  ¢Pð‹†É  üi6ßO  "-Ðnƒp  è7Môé:  ?[Ò3/4~I ÜP†  :  7  ;  :A´  z
Ðy¯Ê
       -  q
   ...AéÑs`Éxa  ›  KÚ,ì  9°ÌI"    ›š.l    MI  0m"yÒA  ƒ  iý?ýWO]kt°¿ûÿí¯Mý7
(r)  ¤Ý7Mî"ø1/4.  Öíë¤è ðƒÂ
°ž  uŸÁh Û‹Ðqn
r
   [õëÿ]ýZxÿ(r)Ÿþœ  ¯-z¿Kú'~µ]ý'éé1/2Òm-^Ÿþ  +î¯kÒÌ  ëE  õt(r)°¸ïþ¿Wýµ‡k[×{Ç1/2<1ŽÇÿìvû
×"¯õÿ±ýÿ}-¿ôíÞ  "  ¿Ý  ÿ¯þ¤    ªõõõ~È°Ù
TFÿ(r)E  Ò'
<{íñÿÈ¥~Ÿ*cû4  kÒþ°  Gð%og1/2  Ñ    ×Î7ÿÿí&  GÿúÿþAça,û  "6öAÆÿÿýÿý²
)ÿ  :ÂûkûúÒœ  ò#3/4°Äwÿí  ÷É^\z]  ÿ:  v  (tm)#_ò  %jÒ
ü-8á>"ó{þ  õõ5Jÿ×ý1/21/2/uF
ÿ¿÷÷Äÿþ¦]  žŸm_ÿÿë¯nEä]?ä  Ñ'tŠ¶ü!  ßúÿ&¿¢Îô  Û_1/2  ëß]-÷Úýv  µÿ¢/=ÿküÿÿ¢÷Ê  á?ø6-ä<>"þ¿þj
Ä  ü.ê  ý~×Iƒµõßõì-}6t_°¨¶¿°¿¥--õ1/2-(r)÷ëÿ(c)  ßÛÎnû×Wïÿ  µÿ×]´3/4ÚL...ÛÚ"JÒl‡ý-¯ìK  éõ-Á´
ÚþßgUtÚZ¶Cõ×ÿ]  õtêÒöÿßÿÕu×ÿ,(vÄ    {a  àÎ    0D90`ƒ†°Ò  U @ÂL0SàÀ"%ƒam...°"

_a¤ŸÚ°Â∅VÖaa¥...öÕöÁX6  L0°ÈjÕµû$uå
}  ²Bp°Ò¯1/2"Î¥
   6+â-6%1/2x¨Æ|  Ñ!Å1ý    ,pƒ8  R  ìQ¯0(c)'Ó
 l0Xa&IÔ  $Á¯  6Å  G"M†  9  ¨a  ä´¢#∅0D    &Ä  0ÂJ›
   DÀl3"D  y  ×°ÂV

"Ç
   I†  ¯àÎ  ì3cƒûTím5¿;(c)Ý0¶¦ƒ
ëbMÓ"?ê  ¬  0  ±0íŠ  Å1
(1
¢  Á    6&  Å1[QLI1/2ŠB¯@Á  b´â"Š
ØF)  Š¹‡  ÂvÄ&¢Nƒ  """"8aa"  &w'  ±    ïHal-ªš  vƒ  kÈëØTÂÚjwL)à&  {
   ÓZS8L  ÂjgMnÂô  HÎ1/2¦  ]4Áé...Q  q    ¡  DDR    a  !çñ    Ó(,‰""z  ÄDC"'
 Á  ƒ$  m(c)Z
&    ,  þ  Ç""?×Äq    ‡    DRþ(c)  ÿÌµ×Ò}/ÔR^°Êä  ÈaÆŽÁ  ,![‰ƒÁ  "  _
\
olì¯KšÑ"GB×ýÄDDEœt5  ó%XÈDZà1/4É9y  1¯(r)\‹p'6Uíúù]  ò,E}
•cÎÅ  nj!_CþÊ  ¯(r)3/4
²§  Ÿ  üíabù\|-O  ï  +Î̃Ä  ¿  4a  dr;

Sâýv-¿xC𝑓• 'Ö¯ ÆAá
4^U0,´-r³ÿ  ~¿ßDcªÐWOÿëõÇô\ÿ𝑓'`Â
  õÿ ÿ ÿÞé{*Æ .+›  R0B<whòÈ
È3%C$"èàÎ𝑓Êý(r)pÎ"'1 £ó#TIßé ý× A, CÂj È°CPDÁ ] Dá(tm) È " <Š
S^^"Á
Ä<!¯BqA 𝑓 ' Ôd°f¡Odâ ¡"Á %$f³"
hD¯‰BVE !hJ ^B(tm)
f¡KÄâ'𝑓É "'/A
‰s"j^. ,
VPQ=H`L -R@¤äPN¿Aú$;tJ!4;Ómn%1/2 qª Aî𝑓tý0𝑓"À "-(tm)@ ðš"ÂxL'"Á
'!" Â "-𝑓 y ,è" Aý"-C 3/4 ~ÚD0¤âž,à f.j0f
9",
D-"GpÉÁN(tm)cÑ~ 0gœÓ`Á Ð wDî‰ózDñ²ž 8𝑓01?Bi¡¢7h"2 ÷"<'¢7
 ,q-òvØ›(?T×CD¡ÉÇÂ~¡
 IE š íÑ ü¡á²ÒMôý;(î "".,  Åá=9*à ÐAÉðÁ @Øº ï Ñ?lÓ¢è @Ð
mÐA³(r)<˘(› Î\ ∴'s
,
 t_ •tk¢~æ¤Õ¢ç@ ´ •LIÄ2ùDý-7𝑓83 †bäø4_²-¢èÃ u -7 œv Iúÿ A~"u1/2i>¯MúO =
p𝑓bÜ'" ßOi
"ü&á áX1/2h' ¡" §éÐAº 𝑓.-† h ì<~ t𝑓 ôÞzî
Ù#A? é3/43/4Ç¯é÷þ1/2ô›m*ë-¯ÕÒÒºu[éêô›^3/4(r)𝑓ÂIÿIëþ¯-+'+3/4"i>íè'ô›Jž(p-_þõkÖëÿ ²è uý
[×êî]}}ôô1/2Wµÿv= ød9-'zoßÿØ4›... -"þÈ!OßÈ¨¯ÃûI Ž3/4ã%+Þ:µý÷ã È°ÓÒ cÓ¡ÃÖºã
ÙP*Ü =>-¡mÞ×Ö-1/2 a...¨¯Âûû𝑓‰÷ÿõ"›þ¿úÿÿa/ÿ ¥èì, ü- >/÷ Õ.ŸŠß¿äÃ ÿÿÑtÿá¿Öc
-~`"1/4ãKÿEá¬ -G_þ(tm)
(r)üµaï áð¿ÿ|°× Gúú‡¯ÿ
 Dõÿ-è'ÿÊCöëÿ(tm)Hºu}W*õèF1/2 ýL'ÿDL3/4¿Ÿ𝑓¯¯þ``"ð...1/2¿_šuÿ5o
ÿë-ýsR
þ¿𝑓ÐO týkû¿Âÿ÷"×ù ¿ÿ!w¤Õ_"}éioôÞî¿õöý¯¨Ö"ôîÕµ þ•µ-^î×~ÿ_ÿÊ ¿W*7ÿûþ-ïþÿÿ×Ûí𝑓(r)H_Þ"
ûíí(r)ÂÞÚþÚWÃÿíî/~ÙÑ15ÿ1/2õô^÷ï¿ÿÿï_µý[1/2¿¿ÛÛ¤ØJÁñî
$ØV×¶ÂW¶ m† ÛÚI𝑓1¢ìÒÒ²...ca'6Òì.Ä,ý¶CÛ!ÿ›...íµÛ!ú𝑓"d>×ÿvÎŠÒÈ;
å m¶ím ö
 m/lÒì V)Œà@@Î M"[𝑓´ÁX`¡¨" \` › 9(

 è2ü I†
°Î
ð.Á- À€ °ÂÃ
Èw¶
Á,F€`Í b[õ³9†
Ã Ø¨ ÈÀ€ ÚÝ¬4,a6 ,4~/ÝšV¬0N ¶
Ú G8`-'&×W†
TE´ ´1/2"± ¦ ó°ŠØ"Å+ ì/V "\TSLW ìŒ{ Á* ØØ(r)(Ì
,à@@ØØØ0Ó͡]ì ", ,è#|𝑓ÀbaÁ÷QVp p`§ !8TTTB,¡
 𝑓 8` Ö?°¶ HÐ >A Ø Á DsÈŽ¯Xa0N RcÙN𝑓 DC taÐaa,ØM; Xì&°ÂÇí,
v°Ø-ü1
ž¶ í"Ø¯-j -"Å1(r)ì'} ^^^Ô¨"""""âK1 È¥ N8X2E "k46 `"A""-{
x
{&8@Â Áa"5† ¦ dRÄ Á 0L ðÐ2:ÓBÁ´¨¨¨â#^^^^^^^^^^^^^^^"DDD ! ^×¨ËI;
 ,á* ¨Q ÿÿÿÿÿÿÿÿÿÿÿÿÿåºÖwO~¹ß ¯ª P¤q Ì•b ÔÔd`Ôê3 `(tm)d'!2§ AÉÂ

œxÜ(c)Gic
,a
IöBÆS 5_+Kø*jš$;TLwà
ªÿWŸÍÿÑ~ù±Á u ŸhòOTd€‹á´¿ÿ5éé&Ò}/æË Î÷ø"?8ÿÿ ÔÇÝiéÕ'ÊÄ£Ž-¥}ÿÿ82 @D !(J
Æé §1/4(c)... A,3/4¿3/4édL'ßÂa
"ôý{õIðŸõýþá ,ì ÿh˜ù ÷D-ÄÑþžúû-ÐË² z^"í¯% ŠŒ 74Øf
"˜~"Ý~ê l8 -ÿõÎ zÅúm þ¿
%êÈâ úiyq-1/2ø¸3¤&Áu...3/4"uë^ÅWÅºþ- N(r)1/2ÿßëý%÷^ä ÿÿkýuÿÎ ÕßÒ¯
×P@Ù þ'æ÷MñäXÿõ"ƒþ3/4'üÓkâ !þÒX†ÿiA ëûøJ1/2'¯µütÞ/Ü.7ô]?¯¤¿V3/4è³ßÐƒ×} _A;3/
4þ,"_ít ÿß\/ÿZëú[×ÓýkåNåi _¿ëÝ~'š_õéuýõÒ_ý"¶ ô""_"^Â¹!y
k·~¹1 ° û3l4-ð,uº´•´Š0"a #¸g ÓÒ_VÂy!'*`€ˆ-BXdr'˜0V( 0@È R9¡Ó
'uQÅECbˆ˜BìÐ ÈÀ¦d`, f
" Nàì/þ+bšøõb˜¥j˜[
_Šý- ûA...LŠV Gé¦¨0ƒ 0ƒ ,ö°Öû ØO ÄDDDDëˆˆ‹
(r) ˆëªê"Ä ÿÿÿÿÿÿü› Ö eó1
Ãa à9 Gj Üv>CËävu W
RÝHÂ K².
!§ðÍBY
"8 gÂ -l6 ÄEÙ !ˆØh)B æ`Á
‡ I9 ä ¶9nZ ?¿ì!ßøCáú
° °ü 0ƒƒÒ. Hêdüþo(tm)äˆ ¦Ñ(Óû(t‰ä s(x3{'Š²@ùvÙ+a-Ì '4ÓDc"É"A: GÿÞúÃ
@çðgÔ | h- º è¹Áœ< l 'š(tú.m 6
Ôv
¦ëïö¿º ^úoýûH? 3/4ÝúOA· W]ÿï¿Iû"ôŸ÷M'§÷ýëé´Ÿÿ¥ó"ÿýéúÞw} ßÚWÿ{ßÓi_Ö(r)µßÿ?Ö"úÞõ
ùšïÕëÿ(r)óÿ¤õÿõß1/4qñý~žÛµ-F3/4¯öö¿"ãþßõzýÿé*ÿè~é÷Vº 3/4ÿûÿþ-1/2üv ý+"(r)Ö1/2.‡Á,%\z1/2
>¿Òßoøø÷Þøõ_ãJÁ~º×Â_×÷ùo...ÿ·ý,UMýÅz üWú×¿" 5...ÎŠM÷äágüVH-ðÃ...ìýÉýwÒýÿ÷ÿ÷ÿêÞ/Ÿç
hçÄúÿ÷Í`¿Ä'_¿èÝ*ú wÝyµ0Oß*3/4¯ûjëMýWßñêïý÷5xÞ'¦û›ýµñþºïõýÿVÿ£ ûõ×Þpþ?ßKÿ~þò#÷ÿ"
§¦ûþ¯K¿÷×ö×]3/4ë(r)Ç÷mßþû í.ßçKïÏ¯´›K¿~ÿõ"d Òo ¿ uÛ!þë"¯ö"ioì$(tm) EÁ ' 3
€ Èü4ÖþÞ PLâ# ˆr 0@ØaSè•A @Ø2: (‰ !†ÆÖ×n[-ƒ
Q¬* ÷ï \`ˆK gØÐˆÿV
!ª œ
Ø¦! ‰#m,í{1/2U4 ª‹Ü5ÿ±Zµ1/2{O3/4["å@ Ðˆˆˆˆ`ƒ)Â#
Ê,¦ ˆ29h i›PGT" A"õ $èq ¥ý(ÿÿ&Ägs" 5"
Í ;äd"a "4 É¦AÄa• ·* 8Á &Eâ r
h Bô ñOˆG ð†a ñ°†Ä<
(tm)† "È¡ AšÇðƒöÓ- w;ãÐû¸wZ
&˜L é"xÁ³F ~Ñ~Á˜‡<Ï:5 {#‡HžA `(tm)Ü eó
'ˆ‰ ¢vÑxåóíÎ8I Ý¦ Ò
¿ú"f¬9<,
`š Ó@ÛoH xA´ p›šùÞ·
ïí ßÿMë|/ý¿é´žœ_Ýi7ûïÿ¤ížêÿÿàˆ÷"×3/41/2þžw Õÿõ Ìý ÷Ûþÿ÷úë{ö"çö¿ßOïv¿ýþŸÿý×ýÿOâ8¯þþ
?ëßýö"íú§ÛºKÿ"ÿ3/4ÿýÿÛ 6'^µÿzµî?ûÝøqýwþÃ
Á,F²ûu wÅ þŽýmÙ §× ]Šb¿zÿ¿_6 ÿÛÃ!Ïð]1/4÷~(c)ÚøÿîØ/§ïö×u5
2<W ú/ / # ö¿ßFÏ_1/26-öä"(r)áoûè
Ú 8oÿkW[wù‹ÿéÝ^þ}öÿún þÖý*öë‹ö¿ nõ×¿ÿ¿mÿî(c)íÛºýëIõ|ÿÿ÷õkÿü}né]×ûX87¿ï¿o¿ÿ ûiS Ý¥
ûio±ý~I3/4 ÞµÕ ¶¿"
l%_Úß]o
mn-$¿pÂ@ˆN,

#ðÁ C"`'O"Á"  0E

þ  ¡ÈJ  £$X+Å6"a[SIJ  DQÎ(tm)+  0›  û±J-m  !?
B-:÷cb¯¤"þ  ßØ[L%þ¿÷pÂ"Ó  ªºBÁ  ˆ  1  ketHc    ¡
4Ð¨†"""""€"?UÔ  ÿÿÿÿÿÿäžºVÑ6    ¬  ÙLJ×DSe"å–Ñ  ›ý>-wÂ¯G"ìàC°´w1›É  Pd,+•  åÄ8  ì_>Šv]'
ÌÎ!Ð)  Îý   Ì!pr@h6  "àÁ±O  yU  1/4|  8!á
  çÃ"-x!  )|ðh"LÈJ2Z"¦  ƒè\ys$  r(#AM  |!¯B<  xAÚ›
'
t
u  Î
øBàÞ<¸98‡")  1/4HÈ  ÝÃ3
†  N3an ø  ¢  ¬ký  ;   ÿÍsézjª  ~††ƒêþäPr
°¨?Óúdc¯pÿø}²Ç'    ¢Ñ(1/22‡   (tm)Ë´
°RçÑ(ÿ¯  Ä"   '{Ò$îÝ  ÈÎ"|Ãutßl§      ‹ê
...ÀÁ$l^;a0Du7  Ñøùš¢_/š a  82Ñ
 ‰
"fq¡ƒ1  f8bÐ·D   r
 4-
 ƒ'2<    "ä  ÕÿÂ  T  A  Ò@  ³F
          "-   £1/4  ¨Éâ¯/ø8´ÓN¯Øf¤

;t
ÿá¶,"?Îî3/4ƒþýó3/4Ÿ¿Ò÷§ÿuÿ]Û  Gç  Gç  7|'  é7ß"  íÿÌµªÛm/(r)ô¯Ûÿœ~ÿ*û|ãô-'w_Ý+Jûä(r)"
"f±"fd    ö(r,IÉ[  †  6)ÐO?  £["ï~÷I÷ô°ouÕô›à¨ö¿_tö3/4žþÿþÚépD{ß÷öÿÿëëßþUEÉ
È  0@ÎÆ    A a  ¤\Bù  !@Â
Ø‡...  0ƒ¥Ó
'2'  Á    ]      C0N3/4ÕÒªtµ¸"=ÿ"ï_  êÿÿ}ï^ÿ-ûÿÓ÷*Ýûß3/41/2k  (r)-ýB  Aá  ƒc  6$ÇxCAá?  4
>%  D  5ûÓâìm§û¿ëö×êëï÷ö÷¿ÿ(r)"__éÿÌÿ~¯¿]‡  3/4›Ww_¡ï  þ4_
Eû  &æ·ö
-¹s´É|   Iõ  æÊz. Á
  ›Eû  pdæÐ"y|œ2ì›(tm)Ö  KÛéó3/4Ú_îø¯÷én°_3/48ßÕ-¤8Úýýøî-_~ïªûÿCÝ  "  A4,
°ƒh  Ü-  -  Â
    ÅÐBõ´  õÓ°  á£ÎÐÀÞ
1/2ëÿVûïWÛõßþýû¿zô¨ŸÿÿÛß ôýý1/2+ÿý+"]6"Ó¤õ¯tý:O
é=?OMÿðŸ-'Ôûý¿_}Û¯ÿzT›öþþ°•¯¨ÿQ†¥¯±û  ÿ~þé  "'Ò:1/271/27ûÿõtÚTÚ¿Z-õÿÓ²  î(c)Òþ¿ï  ¦N3/
4ÒÕ_ýý?¸§(r)+[ûÿö÷ýW÷×ûÿ]  ätñõ1/2<  ØÇ_   Æé¯ýáºnÿí  ß
  ~Áî  öþý3"L_Ó
Âéò‹÷  ý¿Ûûÿ}7î3/4QtØaÎÿKûß~ò:"i/ÿÿõþA
õcö  ý1/4Ò¨¿;(r)<¥Þÿ<  ø_
¿~§þÓ*Bë¿ïÿõÿù. ï§ÿ(tm)
GVA)"å¹zÿçR  ÿø7"××  y.÷]øKÅ×~"uÿ6&¹±è[ÿëñïûê¯Þ...Þ8û¡`ß¯ÿ2  ÿCøaÌ  u¡ÿ÷@‹õÿûí  3/4ë3/4
úþ[,  ÷ý¸/ý¿|ÿ  ó{¿÷¶¸¯Þ1/2ÿý  ó4øßÞ÷ÿ-ÊÙ¿Óõÿú÷ÿ"tö¿úÛÎÿÿßü!ôý¿[KÞ"ÿç¡¿(r)+ú9  }ýÿÛæò¡ý×ö
ŒCÓÿúë÷~Û^ÿí1/2þŸÿúÿ(r)×ÿŸÿqÿœ?ß¡þßíé?é~Õ¯ß¯ë÷
...ï  Ý°  ý-õïW×  ]îêõïÛêþ¡ÿÿ  ý¿Û¿¿ô¯ßÿõµßïþÿ]ñé1/23/4'ý/^ûoÒó²GÞ¿ëµûÛ//ÿîmµÿ!úéz_úV¿ö-
  '6Õÿ÷øþ¡¥kß"zN3/4  ÿÿƒ°3/4¡VôžÉ.ÿÛ  §´3/4ØV  Ei0Â^Ã
}(tm)1/2[!û¥e  -(tm)Õ¯0X6  Ê?þ  Ú_ï¥1/40•6  †(c)§ý~÷a6  °Â[úÙFšdt     pØ  Vª"w¡GÃ@!DP
Bs´   lgÁv
è

Ÿ

ŒPL  C¸0 ‡a"Bð˜°˘    Ó        lF0@Í"c𝑓      0g^ð/  ÈÞ  𝑓c
        Ã|Ý      'Í†

  ‰`Î  ˆ-
) UU†   Dì UdoŠA"ÂeÑÔ4  "Ð  °\àG'  bB
b    d¦A  H?𝑓d¸HK
ô  h0"  !#èApµp@Á6+ü4  4!Å-‰žÅNâ    ì/...  Åm1
    kØ*¤#b"þ¯Â    h0𝑓b•â(c)^A¯  C¸ÿ'-  ¯¸ÿà¿Þ¸TÓ^  [\ Â~g
-8˚°Â   <&S¸
! ÁNè0^  &š˜"  õ&Wö
iéÈ¨Á...þ  ùÜ¸0𝑓      Gÿza0  ¸!-Þ(c)¦qÉ:
Ã""5†bæns¯Á
Dq      ô"""""  !
  ˆÝ¨DDDDDDDDDDDDDDDG^ˆŠÿ×X"  š  ¶:  ü´Å²    ÉmæG<È  ¸_¯Êä
N
wDvRŒ#(tm)p...ã€..  f  ØS¿ŽÂâ  À øC€¸ûÎÒ𝑓    '  tàÍ  A°Á¬Bù
Š|!pØ"\  ù 6  Á  "#ò  ÈPÈqQþC  Ð𝑓a<î2    ~d"þ  Aß
    uûÿÓÿÿ  =i¯ÇÈá  ä
Óh¿dù(tm)í¢wd è  4sù3/4
ÄAšl  ˆy-1/2  ‡l¡Â
ã³T
  ">dñ×Dc"hGþvi
ïÃÐ|83    z4  9*ÇkwzÃw¤óÍóGM    ÁÄ4,ï}Û}  6hÊ?ÿû¤Þÿ‡A?  ý×ýÿ¤ö1/2ÿý7  ÿJûÍ¿¯ë¸ÕzÞ
  ûÿÓ~"ô°D{Ò  yÙ"%ÌÞ@Ñ¡  Å"  üá  †H  ó(  è)
    ŠKY¬Šxã!ŒÖ>UB    ±}¿þÿ3/4ùÝûß  ¥ýêÜ  -ýoWú¹ß'±ž @Â
fb"P  "ÌÈØ  ¸.&AtBa
a0𝑓\      Ê  (tm)¯M0  "Aá=~´~¯û§ßúÍõý3/4ßý¸:"~îß"÷é Â  ¢7
þ¯OTÞ%ÛÂiÄZhtO    á1/2?÷ô~Çï  ¸]Õ  -u~·þþ¯  ¸h¿hÝÍÔ  ³¬£‰oä  Dý-ì‡#]  FjÁ,v&Ì3/4a",
QEÍ¢}  A°eÕ1/2ákÖþ¿}þ'ï"  zûûý¸÷ÜÈ¶¸    m  "  á
40pg
C        ´  n
PMí80𝑓°  á4è  Ü  ô𝑓ué>p{à-áX?oã°"ûÿ{é?ýúýÅ$õõzÜ/ëIêÝ(r)±3/4°tž3/4ÿÅ|Tv
2    ßñ[}  îßÚû¿×*ÕZ¸¿õÿut(c)ÿ]W¯ú  Õ"úâ¯~ÿ0¢|¸õoým÷  ïÿ3/4£¡³/4>ÿxê?ÿ¿¸§ÕþQW5  Ö|
nÂ
ýý
Íaoÿþú^Héwÿß¯¿ÿÿ¸ÿÊ  ?ÿõ¿  𝑓wïóâ)¿ý7ß  ýwÅûo·÷÷ÿïÎ¯¸ÍÉ3
}u¯(tm)
~þ(r)¯1/2wû‡ûþ  Õû°ÿûëë÷î"ôŒ  ëÿÿ]~øDæïè¸ëÿ"þø¨öïßñªomg!ûï}þ"ÿ[}¿õÿÿ÷ÿÁ5_  ¿ßœ7ö"uöQ°íÿ
Ýµ°OúíÏßïïûïïÿ[ÿÿ{þ×¥þ-ûiw~Þ¯ß÷Om¯ÿ¥Þ-ÿoî"ôoëÿÿû  þµíêj-ÿûzÚ[×¿û
õm¬tß·[-ßÚñö-}*d?¿l‡õû¶CöÈ  ÿ-ý  öÕ;i  (r)¦&×nþá¥ÿß{H    Û
°_¶-öÚ[  Õ"L01/40'°Á~Éû'õa...Ø°§Ñu𝑓 @Á    "a?¶Áa§Ø˜  "%𝑓 A°  31
b  "'÷M²ê
$E  pD'3@sá  9    œÁA0^"  ÁÁ"    Â"Ð  pÙ  àŽf
0ÂA  ~FÁv
ØØ2ã3 "    †4Á  =¸°𝑓  à@@ØÏ  ìhDZå €-  "n
  6   ! b¿ú
-Á
  6.)Uûß~    "  °û¸±A?b¯(r)w[    -Å1^ÂØ&¿Ø¯Òa0Ð¬'Ù‡D:PØB;óÂi¦(tm)

Ã¢¯ ðÂÝªh B"Öøa X0ˆ"
š; ,i
ÈÂ 0 ˆô M4Ó@Èë # <DDDDC """ B""8ˆˆ† DDDDDDDb# û,!Ó&µÿÿÿÿÿÿÿÿÿ
ÿÿÿ+ë EqÚW2ñ'13±8(r)$‰J#ätGû"Å_Ñ LDÿÿüìñ¬Sâ 0rž
ÌÜKbù8ä(ˆã;Ò%]çf3/‰Mæ1/4ƒÉh0 ‡GA' <
!a
ˆ7Ú÷ û ´ B"Â# áøµø×†OçR `ˆ(r)hÑ;¢\ÉÑx ž, åS'~? †ƒsÃzÃ ƒpœ ·A7ßÿýýµí A
"Ò~çcùÐ².ˆù"|S´ˆ§¬" + œÍ‹ä¹' J²3#ç t ÛóÏµ"-öë¹ßÓ 6)˜¤HL óP' š P)ã3 †fÅ(
\Á `€`ƒ°(tm) O fb <˜" œ Óº^-¿Þ-ÿÐxAïá<'ØM? ñ&ôü
Ân1/4Z# w-iÿÚý=~ý ôNÁ¢|öTMx`' ‡¢Ýñ5Ñ<
Þ ¿sM"0Ú' Ñ>rxÁ Á sYŸ'¨ 4ì•¨Ÿ3/4"m×÷µ÷ïÔ A,A
" é I
'!àÂ
ƒ
... õ @ü v ¦¸N pÂ
àÂ }/uÕ]GÛÿ¤ô,tƒ }7 =h úOÓ¤úM ¯]> ß...xKnë¯ýÿÙÁÚ[×Û¤"muÿMÿ¿_uÿúK× [
...ÿý|Sõª}}p1/2éïÉJë¯Sp.ÿém§¿1/2vñ_û îÒÞ>ÛXÿÿW"`-ïÄY8vÒ×ßÿø-ê¿ûßÍ0ßÿúëÿý}
û÷ÿúÍ"-á>þÿè>¿,5Õÿÿ ¢}ÿçWm/ýÓ¯Þ›ù"¯÷ÚðÛuô>éN ÿ¯Ð
ÿý¢ÏÿÝnw¯ÿ ß~ÿÿKÿµÿí=Õ/ßø^¿Úÿÿî £÷-ö÷¯¶º¿1/2këiW×^3/4"uý"Ó ÿ ö-ýö¿êûÿ¿öÖí,/þÞ¿û
-(r)-þé}i_°m¥öÒµ²í¤ÙÑ?" "l4¬-ö"d5...m-v&| z÷·í'"?í. ƒl&Ã ³(r)(tm)w
a VC3/4 +
† nJ › Ã
l0M° Î
è
, ‰áu"fml ‰83AO !ô
(a3è&m !:Ã ...4ÄÃƒ
Qð! ·`ÍŒð.N
"ðW Ä&+ö
"
U´3/4;´N
F "°Õ‹ïb˜¤"×b(c)l-...ôÅ ŽÂi...í1-û ...ïÿð¿' uM î V¨4Êt #V" /¦W*
(tm)pB"!"Ó%àƒ#Ô! éª
ˆˆˆˆ`ƒ DF) ˆˆˆˆ ˆˆˆˆâ"">ºZÕBZ-ô "lR
Nè :ð ,Ñoª1ŒD ü²PÎerÒ ó¢#²îeq.d$EÁƒ´ùÆKŠc0 Ø‡,
øPAç A
H
u D
b6 P
¡ (¡
-C-,¹iª '•!Bk› øBàÜÀlBEÕý¯¡è,óØAúißÕl*&;PÊ²Ç_ö‡ÓwA èe£ Ðùy _0f÷ïôIè mF" '¦ótþH š
m 9ü' 2ùÐÉøAÝÁ›Ù>U'."<'Â
´
àØ3 3*ì *;Ýê(c)ýÃh ú÷é
÷
ç†"ø3/4ømü-YÄP³}ÇK]oÿ}Òý^ôºöÿ§ÿ1/2¿Ðx& áef_zÞ ßúþÿW;ÿ¿õ´¿ÿÿˆâ.U ,
Á^--{ÿÿ¯}ûë£?ß§õÿßújŸú_OÿŸÚ] _}Zµþ·?Š]~ k*
/ Í...
Žµuûo |u¡ú3/4ü ô›ÇÂÿøì& 7ˆ õõ×î-ª3/4ÿ ¯ë¨%...ÿ{¸¿ú[÷|zñ×ßWÖ¿ E|z3´g ýuÛý

ý1/2ÿ×|þ ~(c)ZMþ3/4·ß6¹ KÛîÐ,Ü°K!‾Ñ²w7 þHÕ×'@ýúZÝüÿ,éîûÿâµVÝÃ†çïÏýZv¸Wß‰"3/4ÿó
æõ j¬Ç_-ªÿÿÔôã - Uêÿĺû~ëÞæ(r)Ç¯¿ 3/43/4Þ"8 uïÿ¿Åvßç!ißôèŠÿÿoÞßXý-þˆ ·ÿû¿Iûßÿç
ÿ÷‾3/4¿uû°ÿ öö;ÿô>¿:U3/4¿ð¿ ì_ý¶Cÿ÷aÿÿ¶HýWo °¶Oö-J$Ë"ývØamV×a,,ûpÂ‾Dª
#qZ-† nJa,' aŠ5...B0D'IÁ
ØŒ"Å A, /Xò4 P 4 ƒ#Š z oDL9
6b¶+kýWÚ_Ø_øbµ
| Ã[
h3: ÷Ü0‾" *Ð Liú
&U‾rœõ `"E¦¡"! "Ê"1 ‾Ô þY
²Pgefv4S°AJÁ Þ ë-þ‰¡ Ž#ˇÿ÷üÈ,S ð`á "3 (tm)
z `ŒÂ ü (c)-ÎÒðrÉ¦E#¿ÏÎ ØÉÆl)8§,›
ôô+ }üíN""¦
ûîÿ"è "J-¢}3É÷ýÿÿƒ P0lž!'.lé Lž@‰Ù Ëè
~Á²zyž ÿÿþÞÎÿ é?}?tÿ þ¿ÿÿ,#ó îõ°kô›IÒÿÿ÷ ?îó"e¢3GVT *#yÚVJ §, Òç¢0"3Y²:‰Úé< é
Ò3/4 u]×ðD{þVYPÍE"C › g Ô<à§ Ø§A
N0D D&u 3b D( àÁ
BÌ" d1IP...ò@B " a
ä10@Á
!xA ÷ªÿ¿°ußí_óû[ÿÊ sB AéÚh? "xL þôÂ "-š§k" CO ¶á ‡
ô Añh"¿ío1/2]wïZ-GÇ¿úzh?Ñ7rq}0ŸÄ¸¢VÚpËõ ü' c†‰[Ñ1è3/4¢ùƒ cF¥4J("
¢â L$OÚ/àΫ"
cDù†`dþŒw¶-O¿^>ý
ßûxã"æ Ÿš/Áƒ1paà‰àÌ 'ê'ïe : a Âq"Dæ 2sÁ d=
6 éÑsp@è 9 A

0¡ ÐOÁ Ðƒp *§I¿õ3/4õ¿Ûô° ÿ á"ôü'"ðƒz
Â ‾Âá

ÚO >"Óú 7AÐA¸¡ôž›Òn 'ë§õz}¿zûþÿoâõ¤ÿ"Õ¤Þ õ¶î-Ò°zn ïû¤ß×M¥Z3/4"tõõª"t1/2íÓ ¿ï òîlïû
ú~¿(r)1/2*}õî1/2û_±JþÇì{¯·ª÷î/ø3/4=_1/2.Í ÿû8T(r)Á
Ÿ·ÿ:ÿ þ= ¬~-ñüu{üŽ¤ðÐé´-3/4¿_ýÞ*ß¿÷þ?÷~â`ý ðCÿcÞÛ¿ÿ{¦A'ý yöEÓÿÿÓÿÌ (r)-[äÿ3/4ësW
‰‰oo¨!ïOÖ }oZà^ÿÿóA\
aÿ·ìƒûŒ[æ
"ÙÔ?[êï" oosVŸíîü/ßÞ¥þe3CùÔÒÒÒþu/B9 /ò }ƒ;ÿK×ëÿïûî¿ÿùÃßûý ~¿Ö, ý1/2ÿÿÿÿò%kàßBy"
W1/2ÿÿûôÎ~þ÷û}é6ßÿý þ¿ûûá1/2m1/2¿ÿ[Ê{zò%?'1/4>(r)•ÿ̌k‾ÿŽ-U¥mû±·û}û÷ÿßÿWû{ßÒÒþfŸ~×Ý
m~ïö×û"þÎ·öö=¡þÿ¿øë‾Úÿ(r)H_"~ÙÑAÅå-- î‾ÞÚW¶CöÒl‡ÚÛ¤ÚV- û'ûa"ÿ÷öÿ]† ` °g ÷""
í[4‾° ë ö E·"
Ý†
‰`ì'ÚL0Ÿ
& JÓƒ ZÚØ^
†
Ã
† † a,Ã 8 6Fõ "
Ž
6G à¸" ¡Žö<À\Ða# 5.˜a †`` › Ã#" ¡"
†

˜ŽBX6:â"`Î ^:dcÎ ± ` Å0ÂR,&FóÀ"LS Š`Á B‾Ø‾ b

?Ø¯ v1/40ºwÁ   0@ÒÁ
bgq^Åm   ¬zû
¡º
Tð)^\&1/2  Ó   Ä/a0œ0˜(c)'L
Ã  öþ  ^Ð`"A-)~Á¯µ†
¦
Ø^íÂiÃ$V  ´Á4     ‹† aO   &Q)"á  º"0ƒ$  m¨B""uB"""0Ð^† Hº        d-H
"DDDA"""""#    -Á  1fõù7Së;   ¬
õ  1i‹ÊëW-ñú×ßþw¡›-ª   r°2  .  Ñ63 @@ò@É37'Ñâ5  P)â4   ƒ
"'
Ð
   =pšha  N*pa   xPƒô-œ'ú&ì"8hŸSÂh]éÉ?tO  16hŸ³¦
ÀÁ‡˜í
‹öC'w8GÚ5   EÐs°f1A  1ô  oéÒn°,
±  a  Òn!  þ,xW¦÷(r)  ›-ÒxOû}RoZÕ=¤žªé°þŸÿ¿ÇCÝzù.×ÿê¿Ö-ÿA  ÿO"ó  ýëß_ÿÿÿïß(r)Œ  ¿û_þí
   Ký  ÿîßúÝt¿  šO´¿ï!f¥Ýkëí¥á
µòBö  DÃ
kêÚ]""}¥ßm.  *a  x0X`"i,0"
*l0E¸8g  Ì  dn  "   °eÆh
±,   Šb˜2ã3  "¯£0b*Ø¤Ã  ýŠØ[°ƒ
ŠætÂÃ\*j(c)"NÁ  qÊHL(¢á5†  a   a  0B"#        DD  þ  ‡  Sþ?ÿÿÿÿÿü€Ò¥  0-Lín2       "5
‚ÎE¯-fX‹£1/4  ¬  õ~W*‰!D(tm)\(É¸1(c)  "  !   '_¢Q%  ;
^öwHíl)X?_íU"?Îàà...È:‡ê¿ç`ŸRP¥-  þ÷˜?•É
rn"Ê-ItmÐ/qßûT  Ijæ-1   ßoÿþ8ÿ*rYõ[µÿÿûÿñÇ1/4Gÿúü*  (c)  Fs"@¹Ð_%È-  ŽVb=ý  ùèŒ/³Ù)3¨
.  ¸è›  è  ªD2)Æo3   fÅ$  F  4"á   `T¯(sŒ"¹...H]
,  Â
ÐŠ   ôþ·ŸŠäÏ¨  žf±  2s;  GB1  -   G‰
àŠsÈ¸¤æpx a
œ3P¹¨   ...GÓ     '1A0@Âh<  ôô  Ã  L+(t‰CÕƒõ¯  b  ÍçR7ŸD6h.I"¡'±  ÁpD  <  f£$Œ  2œS
¤ƒ6)  @  š  Ô(c)ŠH  â"    ÁŒ  a   ÙHFÆu  P(  Á
   32    ¡"Í  <F       a  Â
Á=   xA,  Tþ%  DpôÓ^%"tK  bnƒ0-  Œ3/4rþ!  8  oÑ>l  ÔÔšž¬"‰"   ,  Ñ   L  Œ   ÐDN
Ð    "Á  ","Â

pž  Â"Aq`Ô4  é§(r)  iÐMS‹Ð¢‰`xN´  C  Ä›‚›  ¨ï
(r)DH3/4gL  Á,  Ñgn‹Š'í  ù×  6uàƒ°  É'   <  úA¿@ƒnzªtû"ôÕpµ"  è8°ƒ!Ç•DÙO
Âñ&iD-Ä"jž¨">&°/Ù  EÃ‰oNÑ+  EÅ  ê.l  `  àƒ°.-   ö%oõ  F
   xA¸A¸3ôÓ}   7ð°l‹
PA´  >Å  ¤  ...úN:ý~"þ·ÖÑ+  %Ž_$Oå  .ä>%"-  Ì  (¹  f.  hŸ2/"î‹›EÒuÁ"£5p@Ù;
   8HŸ²-  xÑŽÁœ  AÐA¶!      0m
CÐO  :M°ž  &É   Ïí  ƒpƒÐm"ôé=8‡úmztž  ¯Vúß_ÝÚé¿ÛÿÚ̂ô̂ƒ  A¸@Ü  iB   Ô`Ø3¯  ƒl  i
úÐA¶!
   =
é!/2&áa¡A   B   Ÿ...i=S  ƒqCOA°×§Š  iÒÒm.žºÿIßüÐt1/2}>‡ïÒö:ÿ]ë
C_A‹&×Ië§ô›(r)›êžž(c)´3/4Ÿ§_§¤÷¦áSu×¥Ôâ(tm)ñ!]W1/2  Ú  _ßÿqu  Žÿ  ì     '  ;ú"§R
²"›§Wê°é¿ÏëÏþ´  t1/2  zfÑ1/2_Òzß¥  *{°±§øqî¨]>ÿÿ   ê¯ÿÿ_×ù
2

Qýþ    ì?ˉ b£WOûïß    G  ¿    ýu_ûüu#"üƒÓW_˜ôÿ, ÿ9*×þe v "1/47ÿýþk1/2îDÓUÿW-?ÿV1/
2  ÿÿûÿ(r)È<÷á¹Œ¨öÿþe|/[ÿüÁ?ûï'e2$  úÿé6'
W(r)(tm)
ŶûßÿÿþˋÂˉù•ÿ°ëÕ
ÜÆ!¿òZ_iN  ¿úþ‰ÏÐ¿ÿûÿþjÉ  Y¤oý_69ñwÎ Îÿÿÿÿÿþr]
}ÿÿ_û°öäiöäM  ï~ÿþ÷ô
ú°ÿ¿ýwõ××ý/oûüÕWñ??ö-ÿk×ÿÿÿ÷Ýÿï"ø{ý=ûKµµ  "ÿí×ý1/2":ë³ª]É
ý  m/˜Ø?\á1/2l"Ŷÿþ1/2ë¿¿ýwÿý  3/4Öÿ×ß³ªßo]/µ²ô1/2ZöQý'>È]§Ûì0_°1/2øXj›    Ð  Û
UCTû3/4ýUÑ}(r)ïˉ Ûÿûvt[iwûkM×í    ÖþÚ_tÃ
ëd>Ô†¿
&  _°3/4ÃK°P@Á `Î  l+
  ‚0'.Áˉ  0DO    Ð2=      0`‰¹, D  v)O
  %ìSÒílè°m?ÿ´1/2'·(ý³¢ì†˜ié¥°Éß}¥¶  Éÿa,-"
¢XjÃJî
+  l{  ØV  l0'á
    ¶Âf(tm)  "
‚¡ èÐ b"L1Dh  cbŒÁ‰Ç  lW°  ‹Šb°Ø^  ªÑ‡Uíµa"á¬0'e9¦b†•"ûk¬0'fè3d  ‰o`Øa=†  ¶    ...˜0¦€'
l  vi0ÂFr
¹°˘"  `Ž  6#  à^
$Ã  <
Èƒ\(ø@@â˜£à3/4ÆÄ    Ü  â    ð†ÂDÎ
#Ø-"û  °šÔ0š
    †
¦tÂæ€'  C°œ5†  Á    $ä?  0+  Å  ".  $Ã  3    2ã<        (œ  b"˘Ì

S  h
3Ž)6+ØØâ6*+Ø\ãŠb‚¦1/2  Ó  -0(tm)
ö  Ðh0^×á...†  D  Û0@Â
!    ŒÐˆˆˆˆý‰oob  A...ó‚¨ö!xkatÅa"Âè0¨0UPƒ
a0  Ã  ÉÀ":ÃL  <Âe
c"+
!¦0A,  a  ^‹†pÂ        ÄGì,0SB
  í0T  A˜p(tm)ÇA"""  &c
ƒ  lDDC  0"DDDG  ƒÄDDDDDDDG^\DDp`  ˜ß¢8    E˜ë-  ‚~ÿÉ‚¨TÌ. ...7  `...    ˆÇÿÿÿÿÿÿÊˆÎ
+å-E+È¹  ")^¨˘  3/4ñþEË2--Ë°
;
  Y  '-ÊÿS²œ-#ª#Äq(tm)
²ï;´wa  1/2Ê  ÓæÆ£³ À ƒG      (tm)PSânv(0ƒB./Oßý  w*as"H...Ú-;Îâ÷
! Tüv    !ùÌ ƒ~"°EÛý,
¡ÂÑ¦ç"Á¦¿tŸc    S¨A³ ò<;@ÿ6iùŸ_Ÿ_ƒÊÎ_çw¥¤ýý
"õ  ¤@¢  É  ŒðÌÁÉƒò  §AJp†-`Oè÷ÿý  èŽˉ&<ö¥        wWþ¶¦fFÅ>F  '   Â

µ(2æl‰oÂ  ÀaøA¨BôÁ  a/ïW;Ó:    FhÚ:²ælòcW5'Ä]  ‹ÓîFÆfF  '  àÍ  "¬Û8e  "ApÁ¿¦..."â  <Ø
^1‚ÿO"ô-  Aÿ  ¡
"§¢V¢k×ß¬ÐŒ
fF  '  `  š
pXƒBÓ(        !
•,

ixAè=4ÌÄ8)á °
ƒPƒî,  OÓ÷þâ[†Ä‚s  EÅ  ì  LÕbäzÒÏÑtf(r)    Pƒ²cÊ  þ·"-  xL'û"Ž,  xA"¡IêýÄ·q.-  7¢xÿ‹1/2  *(r)
‰û5hq,w"ëµÕÊ      â  é

¤àÍ...æz0Î\  {á7¤ð¬4!9
2ÚéØ-l  -Œ¡¢î‰ø°Ð`  P`(tm);ÉÝ¤OÝZ.a"èÍVrõrƒ  Ìì  ‡  A¤
0(tm)W
"'y¦Á˜‚ oøAð‹ ( pfHöÒ²8µÂ
Ðn
PM¶-^/ÕÆ¯ÓÿwV
ì0@Û  ; šA

¤õO
†bá  ÕÐAá6œC(r)(r)  n›@Å&Ã
BôÓ‹é7b"}‹'Ôâ¢Öë§-¶Ò]§~Ÿ¯^¿1/2Ž(r)Óp›ƒ  ›m/kIþ  'áþÿNÕ8m.1/2ôŸG~-¤õï1/4ŒwO·é%±_ý¡è_¿
íM6,˜ý  1/2VÚ_ï×M¯ß'  Kßém¯3/4¿²ì    ÿ  §þ°‰;ž  °êÚÝ§_(  ÷2?_â.  KVéþ¶Ø?ÿB×ô6¯
oöë"-Ø¯ò  üD]Ó}ÿ]5Á  Ä:ÿÿzë,×
µ¢Ç×õuÏþNû§Ä^ûûß-¯ðC÷_¯ï±Ô  q  ýéîø^u?0×ÿ°ÙsO¿ëÿÂüwÍµ
ô/ÿÿÿy"3/4"ã  (r)3/4ÿÿÕ  Ûÿ1ÿþßþ´#ÿÏÓýy"°þ¿Z÷§þ‹§-&ûÿï¯F#]ÿ¤Þ3/4"÷ïØ_ô·×þ    ý  ˜rÛ§oÿHÄ
?°ŸYQ  ÿ  Ÿ¿87í?ÿé3/4°ÛI&÷ú]þö  _éhÂþÿ¤÷ÿK~"CÚ¿}=¯ö'Mÿ×¿ÞÚß÷ëëkÞ"  ÿßÙ
l  "
BZízvÕ[ÿ¥ÛJØal  É:ÿÚíé7ÿ˜{Ù
pÂUå#úJ(r)  V-ØI&  ÿar  †Nÿ°NÎ&BÄ  0@ìžL‹A
K*}¯ì$ßÿ(r)u[ÆÙ  O´n  V-a$ƒ  ö  Ê6É  [a;bïrŽöÅšAW†    Sà"          -    6
]Ý,  G6  Â`ÁI€ìÂ  3À@0Z|3eÅ  Põí+Km$›["°-"ì0"a  ïa,ä¢  ˜aU

%
$f
0ÂICîí°    â:†
Á,(r)Æx
...Œ0  Ã  È  Å!A
**Ø¯íí'W  Å?
ØÚj

  8`"  $f
0eÆxDE²
{"a,  G(fÉ†pa      `¶|>)Š  ‰<î9‡  ±GÄ@Íƒ  w    ÆÅ;°°ÂPL'  í5Ôð§€4ô×"[
,Ú  G(c)BÑ        i...  ùÇ  ;ŠØ-  â¶)Š\v  ´×ì*jƒ_÷°‚L*
Á4?°šv  0(tm)N  pÂÁ""",&  †  ƒ  Kâ"9*"Gøkjƒ
šd$  Ð°¯\&  û
&  ÉT80³ø‹°D}'G´Á  a  `  "'¬D0B""8â""*1    Yô"""""  B
fÝq  Ç      ã˜ÿú__¯&Ð3  ú^¶(tm)    Q_-ëaA  °  -Ì  4  ‡
Eµ¡˜r  x¥XÒÇí{    Mnñ    ˆþ[
~õ-D˜ìnY\¬!Ù<²à€}¨ã  •NÅ,  +  1/2,Ê˜Hè·  #°¢'  À"0ä0Ñö¨íN/    ð.x6  âyõËîv  '
C  Ø°u  Äl0H
P!á  û*}ü¬ŒÜEä`¢#žnÎÂ
|T-|Øh-ø"'    $  !±;þ,  ‡úþÎ9b
F  {èo_OøCÿvIÊ€È`ƒ            B#  wtÒ/áá  2øµ5¤H~!,:@Á  =g

þoè-| `"4 þ,¨#2 ¡N¹|é°I
,#È Ûþ‹ ô ÍõOûàÌE ¦1/2ý%A ¶ÖÛ¨^õ¯ý
Òè'ÿÿß"ø&GF-ßô(c)&÷ÞÕr@É œ µêÿÓnv6g@^ŸÏÿÿ¯NCy )"/Ÿ2*" ~C Ö#³¨Ï þ'ÿÖéx@×Þ1/2
üõÒÊ
',
x ûÎ f! Œ ¯ÿï(r) ...O 8Âa
ê 45Oý.¿[n¶"ÿõ¿Çàƒ Â
›ÿú ÿïÝa=<*%
‡z{... Ò¥õ§µqDý"¶ ê}¯_úÓÑc1/24JÙÒÇê%3/4ïüqÏâ(r)‰óÑ~Èz.è 7üÓf1/4ˆÑxÊ _IhkíêÐA·A{Ö
¯ÇV'?zFŒ' ^P n¯e§šÌ9(c)ºÿ¯ã 7 ¸¡A7î/Ä!ðKÖ"I]µƒ§a¥ÿÓ{ñA ô›b... ßz
á:ðD}(÷×Iý¸I? õÅqkàµwL‡:Ãi{kþ3/4›Zn ÞÁá/¿ßþ:¦ôºÿúþMÿ "
0âØ6¸?1/4'ÍÝ$úOUì‡",ªßJÿUÕúz§ÿ¦¡å 7YA úKÊü.ãúÿíþ•ðÃŠ¿kþtwgï_ÿ|è" xÎwõih\›...ÛEt--×ÿ˜÷_¿
ùX.1/4}¿ÿ ÿ¯÷^°ßíýBt<<ÀOôÿïÿø< -ÿKÿõ¿þÿÕ Ïÿí- mï22ßF€ÿœ?ÿ×ÿ÷
ßÿÿø˜ßÿ(r)¿G#ûþôþÜä{ô›ÇïþÿëëÏØwìl ÿ ßÚû¯ÿý-ý¤ÿÚM"ÿ"ÿîëý¿ïzúÿÿµõïÿ_$í zoÛïÕ²-"a?"ÿî"iz
_íþu¿ÿÛn¶ÒÛKý}= µ¿z~ M...[Â
! 2á° í øk¶"
/Ký>¿_²Gk¶"a/ì-Þ QàØ #äÃ
Ø@Á <-D‹#-`DD>×û
6ÒØi+a"pÄ ðôÐ}9á 8,ç ˆì0V $h
A, Ð b‰ÁpDK Ã MÉa &Az(c) ±, ÅªqLBëÿì °`' 1 f
1K "Ba 0 OÿðCb˜¥b•-v+×...í+_ó8A"î B"#b˜¬5Mq_ûïÿ† a8i Á
ínÐa ˆÐ0A•¡ø¡Ê\¤¦(tm)@a °(tm)Î 2ö9à*
På
" ˆˆ†JÊÄ @Á ˆˆˆˆŠB""2d"DDDDDDDDGŠêñÿÿ+êDŒÍ DxÈã#Hüh˜ù˜!•L˜"0gQHÃ•¸ƒ‰ ' ˜†
ƒ> ¸. 8ˆ² Ä4 ø0x* öD* pedg,(tm)ƒ a d1?è?´ü ÿJß‡3/4š
¢O_é"NÛœt
ÜÂ'Ì 'Ñ(u"1/42‡ Ðf@#T
ÓÜ&BŽ'±¢þ °@Üœ~ ¤
‹
á
Þ 7Ð pÁ pl H wë
ƒ"ÄF4ôÝ7N?8¸"?8ô ºMÿôßÞ-×1/2ú*]c|ªøRyÌ](r)"Á ÿt›ÿÒnÏ ÷ÿÿOëþ

Þ1/2*o ÿýõçw×ÿpD{ÿß¯ Å ×Þ1/2>zÿJß÷ñÿ÷-oÿàÂ
´µo U¿÷ïï¿ÿ"ë´-%á,
-ÿûÿüq¯_}¿úÛÿmXj {¿ú÷ð-ñëú÷ÁÇë¿îÅ1A.Œ;Fw¶-¿|U~ÿ GënÙ
G×¿ú"é6•ÿþû_¿é7ïA‡ìU?ú
êêüoýð¯›¿ ýæ¡'GJï9~‹ú4ä1/2ëkÚíwyó¯ý ï wð·ÿá7M·Ý-¯ÿmw sþßÞß|ÛË Ú""¿ ßzïÛºÇí]/Þ
Ï§ÿÿßÿÿ](r)ïÞ¿¿ {tŸÖû õ_ÿû÷oþë{"þü"oo÷ßÿöÒÝ{´¿u(r)£×õ÷V×WWUïº\{m¥ü4¶*´¿zàý´¯1/4ÏK¯
wVÛ
(r)ÚOÛÁ...
3À¹˜}[†"jÁ,L %$ò€bƒ - ,
#áQ'0F
, Ø¤ÿH Øâ¢˜¨¥(r)Åoxaw û×ÿ"M5L'1/2 B!• CA"ÓÐi•a Ðˆ(r)Ð4 A"
"Ÿ#ã ú-¨ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
;¢ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÉººŽY H²º•Õ¦S(Y[0SXs#¡+Ú;."² ¡ÌƒÎÅ'Ùª‰^´a ˆDíò(ŠÞ""$žvu2 B"vf"Dík; Î¹0Šxº:¢::£^$)

...
$VÐ•xšÐ‰- Ž) GÐ•ý x"èNÅ ÈteèDÊˆ"f`È-Q<" ! ;5F3º! U¨Ei ´v ˆŒŽ^Ä$º l NÕ|HR
    "DDMHDèŠ    B"'df ̈"q4¶ÀìÕfU¢È¨"JZ 3Bva ñ ¨¡jF¤8ÄNÃBv"  •³ .
¦!Ê'(c)JehUÂBa –¢RŽÄ!‰o dtv²"Nï %LDDDO!+(è"I4 BvfŽù èê¥¸'    ßåñ=(tm)%£¨èY[ +¤
   P Ñ   ¤h^Ô)üŠfhD 2¬":
¸C´¤vj"ÉUÜ! %( -GadGÂ
  !;Fwª-ÇDÙ)  ^^^ÄLÐ",
,(aæU,¨H#E # """"V e%"m2´)1/2e "å()h(c)-  -P BÍ  ]    µB
£•3(r)    hÑ  Ð‰Ùç2´"&J¹|Ú;(c)†R ƒHl(c)  +e...!KÙ[Ô""""  B"f§a2'#£ª
  ‰otR"tv²ŽÄ¨ Î¨DÉQ   "E DDO!2."îôÊê""¡T...JÚÛ§GÐŒDDDH¢&^¡    CBvtd$"DNÝ
   BF* 6ŽÎ‰o4c4B&U!;¢#  ˆÄD†, H*  U"è¡     E- ´j"°ŽÈD
Ù*2UB""wÐˆƒ+b...9ÃŠ\|(r))rb"w  "HLHÔ!ŸS˜+q6^DN(tm)F  å(=•ç¡\T•
¬£"Ü°-¨*VVèVð¡ÊÐ-˜ ˆšÑÚÊ"!B5!J""""!¥    x^êhRÉÄ AS(L ...n²ŠÊ (,(c)
àeHAU V}(tm)  ±²¶$U-å$=ElÁÇ ! "&¤GDzd:-Á£+B""""
¢e)ŸB...JŸet¡ ,   £Èöy ¢ 6‹£(tm)-T"Ê (PæüPÂ·e F#^Ž"
1/2-B"Ï¡!b¶¶PåÄ[  ªÏ1/4)H¢R-åŠ ²²-N"""%&^)X^i&
º ' •¤kEI ´çnŽ!$(^1/4DDèÈ 9 hå "vJ"ò²1bA¤¤'Fh$GQ  DGG- Î
-ÙÆåP³DO²-Ê¡CG0PC†V  N¨ ˆÄDN¸   "...âkEñ  gÔç)
    a YO¶] Ò"i"GÔ¶ÂÐ^^^‰oxDD b!"\äÃ3Ž Ó    ü²~dP(r)VQ
D•  gfhG &É ÚÚ^^"dŠv-^"v dÜ(c)
\_ •!0"(tm)£R W•°...% 9ê(ØX¦š¡Ù³    *  •hDHª"hFvT"DNæŒ,"-D"   ´YÁ n£‰\
  ò>"ÉZ'Y't'T9P‰oÐ
BtDtd:!L(c)äÜU    "(c)nf"DfÐ^^^^¨'# Í Ñ'^%qEÊë D²ªÉ"$i ¡bÊØ¹MX  Ð^...¡   ÄNÁQÚZ#¢²ˆÄ
m   FC9\+;1 é^"4WUGk N¨"BjGd#R <"Dê^èŠ.¢$"A4 ìDIZ 2 "DNÃ@    x(c)2"ë ‹#¸S²¤v
   "DJähDì- A Sœ ¨(°¡²ŠJ*Dµ (tm)/‰oXÐÁŠ¡jC ""K}QÚ""""Ê B    Q "Í
"    "r, e )1/2Bd6"ìø•Æ²H"ú  8"MHM¡ "Í  Š"S¢:(tm),¢!
2XÙ(c)$) ! ÊPPØ!=^ÎðdM g¬-Œ(T£"-
£wB%tˆŽŽèB"v   ˜š"DDMHæb  "Â$#°hD !
¬)rR>(tm) HVÊŠ\P>
" B"'- ú-Î‹sT"%B$!'EB;š:¢] §G'...'...'d_#¢¡µ    :*Gi
òŒí £% ‰o"K‰oÙ*2Õ ˆØ^ŽGD|ŽÉ* Î^ÑX^"l ×&"""$i B YuF2QžÉÑš4F´%) D%- "l "D
D-¡#'VhÄÐÆ] ÄDDDDDD(tm)#4"J   xš#²ÄR!+-¡  ^G#´‰oÚÂ  4Gp‰o
ÂF ´V3DÂ
hÕŠª ´VP^Ò;¢ÄMhŽ ¢"ETDDE!"^  HDÍ ¡(Bh³L^F˜•œŠ¢"eÐ""I E ¸â"$"   E!  ´h"G±e
VÁJ)DÆ'n‰o'  #ÉÈ J""""$^âhìt_4Db Df"Ÿ9‰o¡a ^ !%¨â
ó*´ (c)¦#  qÊPQƒTÂŸ¦Â HD]2 U
)) Ú èM¢:HÍnB"DDDD E"900B Ž..., "MÂ$"6‰oÑ )Lè"DDDDDDF9
   6Ÿ (tm),(È(ª‰oohÊµ,Ñ$# Ì §eHî  ³‰o,F@^ú%(-Bv"w
"J'Ù"3B"'f RÈ4uF Ð"º eRD
)šHeª   ! -¢- #h2-
•  ²eAVQYC"-'<"åp$"%¸",-ôQ+Š¡    ;,Bq ‰o  B"*DóR&hŠÆ •,Ê¤[ "ìÑ      +æB¨DY[HR
  ¡[
¤ ±...AXQ,, ±Êf œ0BmNÁ,q5¡    8 2
((¡sêS•QS(rš ""}-•"
Â ŠŠ(\(tm)Lš pX V$èA"
ø}-) 2 ¥2-Á;(I ÄIn"[-"1 Â , 6"Nù '4EÑ(c) F¸§Gp‰o4R#%´$B (tm)*! *yÚDCFB¨Õ ¤
"""""P"'‰oÕ ^DòRDN ¢7-GL‰oä8 "Ô¬ŽŠE&Ã^L...
"-¡ ˆèDHº

Ye[Er"y  š°ÊÚB^˜]    sD,¡...  *Ê  RÁXÄBÌ...  ^‰Ü$ŽÆ  åi  DGFC£hJâ  ^‰$DBe')ACEjP  CeP
¤..  ¦ã‰o  ‰°D""UP^^  é    Øǿ‰o-    &"q  ˇŠ]  šÊR2  Bv–        ]U
"wè(r)"Aäta  %¡Ä  ¢:  (I  ÑtaDDú*˜ì"  ,"ï  HŠÒ2,B"v¦ẐôF    8‰Ù*;t""|...",  ‰Þ²I  è^*
Hú%(ŒG~...Dì"U¡;)E,š)hDDL,ó³TJ  šbd  2¶ANw2ó    1
š  QIH(Áà-ÙL¥nÊ4  $'f'(r)  ³˜JLDú)L    ‰o¢<$^H¶I  1  !â""S¢c>‰FS¢e  ED@ó²h,¢e•¤""D#"BH
Gd¨DLÑ-
-*¢    ÷  (  D    (l¡2-        "  ‰-šÐ˜D|âQ!å&
§5
'ÑC
NP^A
Ù      â$-CB"")DDDDDDI  Ñ  (tm)<  ""D"P  X‰ô9ô""[GgBRÐ2¤  ¥R-Y-c  DDDC>É",PÑH(X
¢å  •Å-"L¡  y@Ê  +fel!^PÑ[ò‡ŠNQÊn9j%¡    1  šdb  e9JÊØ(c)á  QÏ#"FhH¶GDI  ^é
  Q;  B"""'$µ    (tm)˜D±e*œr€Š,‰o•2"Ê(+    "}2´*.../e¨g'ÑÄ%~èN^Ú  3A    #  A  ^,  Lñ#HÂ
  -G\  Œ"ø^m  A2  ¥è!,
¤²ÄØ•    V  XpÐ4  &ÙpR  l¥æ$Üµ  ^ƒ  DDDDF#  (h¤    ì¦æ,  Ç(r>¬áår"#2&§eÐ  -#
^-¢B"ÜNÈBv  ‰&"D°*  ,DQ  ø^"'^M  e
)Ê,••e  Â'ÙFg  ,CŒì]
O¢:.Žÿ  ÑŶjv    ‰ä"U  ÄDìÑ  h¢vd"¤â3µ4YyDì-  hìÕ
Ë'  ^šÍ  'Ô'Ü#Ê"I¡    (Dš  e
VÄ      ¥R€mcš""  Ï·(X^Ê-9'C

b"""  *  ÐŒDs°j²ÿÿÿòÙ  Qÿü€Åy  Y      0DpPG  YÄ³èÞm  ¹(r)lÍ}‹(s
w;•Ïø9  K:Š
0,        "9ÚÁgr(ç(tm)Áƒ  "è°ÇA
ÂË¦PåAX$l¥Ežhú  x  ^é¹  M¢èµ      HG  ŸEóx  ^^^^"Ëe@DpÏ  1¦  ÈøØ=  fÈµM  -#äs6...
,Ì    Ð^œsÙÍh$8²:    Y<9h2  @ÓE)Š  §)ª,Pä1áÊt'ÑŒ  Q    1  ‰*É2--
8E  LD  %°fj"
ò'í...œ
jÁå9  -e¡T  DA  ª    ¤]  ô˜A  'r¶  Pä+£2,!Ç  KV¢0  F
@"K  (c)AC^`ÁË@  q;  E'¶a            ÁA´"x,
Ö  ,pA    ‰os<ŠDöFÈ  ^Ù¦°±t  äfÍ  ´

GBvª  ¤  "  y'ŽPá  Ü$#q&1/2`Â°p@¨Ž˜è(r)µÈù‡¦àâXrÐL  ‡6"ì%DŒŽ    0Ã"qË'ƒ.  ä*
r‡)È&ÖHkYPaÎ00ÄÒ  "á  ÕQg      DŸ1  ˜ÈàÀ  f(tm)  ›0(tm)  B8±
M‡#·  22  ...  C•bª-rb  à
  ÁTÕ  3q  ˜Ì  B¸¢'1/4íT  ä    £H  *q_,âA°O£  tc!¢vGGÐ3¹PV  '  8Œ#  |3/4
  Ì">c6  ŒÆ]2    Ê@G  å,g    ªtOè  7gsY"'cI"ÎZ  I    A,  p#ø!
^e9C•e@lDDDF

•¦b†]'Ñt$a'Å"
4Áà"  P    OBB`  'å'"K‰'ƒ)  -
H¹ª
!0Ë³žG@            "  Ç˜Ëñ    &9-

ó  D\4Ê  äg˜  ¡þ  "¬ïE'Í3PD  a:A"Å^^^^^ƒ#â"#    "HEÔ"sú"
  X  ¢ñ(r)šj‰ẐÂEœÐÍ    ªÅãy    'Ø2!°Ì  ÿ@    çj-Órw¤nhŸ°@  Ñ&g¡pâF  BD9  Ü-'öÐ^>"Ž(c)  Ø
Ú¤Ú    [e
†m  U  'Z)pOõFp"úoéÅúm  Ž<0L¢‰  ³á  Ün³Ù    ¢@§QLÆpŽ    †q  ,§†KŒÖ  ÍA

,(tm)Œ†  (c)äê^8@˜Þx`Ì
oôô-Ò]-Û²X*,+
r  ÝGÈ¡‹
Âz  - a
"Ô&ƒ%   0@ÈaÁ  Î  ÈaA
,
        9¬-?Ó  OH "m•0-+  AÌo¯ô^Ýá  a  Ž  xL ÚAê   ¸ÓOpž¡
"-  þ¿_I  GÎê^äÝ" Bù  H†ô±
    4   3T,
f0Ø3$%Ž%øhœÙ(r)DæÍZ/(³¹  Ú-è-6•  ë4$Nt-°#°û×3/4"Ð$‰˜5±  ð`àýR    °A<'Ð n
ƒn   ð,‹›   `Ãh": Ã10m‹Â
EÌ  °3(r)  {õë�ÿ$  )A
ÑÐ;N)p·³;A  â  ×›
Ý:¤  Š  z-   okëH6!3/4 — ª¯é$˜ù%  Ð  ¸pÐÙØ0ÙdeúíÕ>"u¥z\$ž"ß§×"þ"  ôëÖ¦É  *bŸÈàÖGÏ...Î
Ä  ì,ì]."÷ÒoÛ°owI  z_êïÓ××"ã"è
ÑÞAD<!.  "¬¡Ê   -  ‡}S÷°Mïÿ=zøH^µ¶Æ²:õ¿×ékÐiB%ƒ#£Ã%`æ  ¶0a÷ýV¿ñÿ¡¿"qÚ¶îPjÐ  _ÿõð
êøŸé  ‰oIDë  Ì9NB9  ¦íÉÔWÿú¿^¡^  RöC \Í   øÿ_  Ö,A°È˜ÌHžÜDDp{  Ý?ÿOÿü1/2
  ¦ÃœwMöÃ¬WïûÊ"3/4  R"FGÐ3³ƒ]ÿû¯ÿç  _Ð  §1"_
øD(c)æKúZ°ZÕ¤¤À Â+6Æ  $  êëÕÿkuÛÿõ_Ñ  ?,  Ö¿÷þô'VF   l¨"!WO_õÿÿ³ïàŽ:°û)ð÷¯ýi=tõéQ  Î
h  û3/4êÖÿzÒöþýw°ë  "q}ÿû¯úi  'éÕöÒ¯ín›ô1/2p3/4÷þë†Wþ×¯ûVÖ'    ³ë  wþçO-}µÛ5§ƒ#ïjÿ-úk
¶õ"i*O^-   XkTØJþÂ°ÀÚL3¥°ÒØa>
lÖœ‡ÿ  ×il‡¶¦jí~ô"[I    X0-ì  Hœ    ">
À-¥
+
  a,H  saŸIl0[    ¤·
$Ã
b

+iijHJ"i6¨ãÂ    )ö)
1/41LŽ    0Å  †v(œ41PÐh   pX2â
  "â
)†›
  'dtÃ8+  pV
:†  †  ƒ pÃ°a.,A  ÎáV  Oì   °˜Xa4  $Á  {±    ^_Îé‰œ  "(6!  !1]1QTÅ1H0"  O
DƒB" Â
¡Â
  `‰ot}  ðÂ  `š^ƒ  &  ¦aÊÂ¬
&¶¶   Ó"M+A¤w"[,˜˜˜˜˜  ˜˜˜˜˜0B
  ƒ0  ö
ƒ  ƒ-
àGgTI   ¨E
  ‰¦"¢)  Á"¡A!ü#
  @(c)°I a  ¦¥üã  Ð@Í#  -&  *´Ö,  Kpá  Ê  ¦¡J"-"V  J  "Üµ$  @(c)
    ":-Ôô- ƒá
§f#²±£Ž  ÙL~a...  +éøaÁ%³°I|SJU  +;"s²ù:;.  Üv)×'ƒ*  V  ÄC  î³+FU'    #  tMÁ{ÿêa
à  U&F
  n  eX†¡A  )À€@Â  "E"qaHì%Ç]  À¬#ÇÓ  Dn4F; L'¦  É,¨Èá   Gáƒ¦é¬ìž   á"> ï  (tm)è°
DÝÈÝÍ...›Ü¿s›-"

e8ˆi ¿A
Ë
_Jçì'H:#. œî"Rt |›é'ÈŽ ð¿ Òx²?ôã¤ +@'±}&êòoˆŽ*eÁ(r)3/4§aûŸ>œ-än, "étéS,)þêù6TG
ˆ n9Få‹ù ‡S.G t
†} ƒ3 h K!"(0LàÎ
DÀÉ2úýÒn íõ×"bÜ [8á ÃLü) ] ˜AøOÿ 8†ž d3Ô @Á
ûz]6'àÿíäØo#ÅØA°Ð‰ ìœ¿1/4M [´O *'Ìž
- °äH¢ß ñ²o =2R
?Õtªëÿɰ"^#ÀÄ "D
•(âjÁ"Á‡A `ÌL 1/2j! Á"Á†Ï l5H-²@‡ž¿MoîŸÿ"b2<ƒ DpÁ
×ê ßOuðƒuOA³ë n ëük¯öÒ¿= ê¬ó¤"A "Dd û¦´Ÿ-×¤žšé´4 n LÏ"ÿ×
üÀ-(r)¹p...¸ª/ ð Dp×kÿÓ{WizMÿº(pD~--Wõõ6^ +‹dœ+X†[˜ ˆ²<GÈá°Ž‡×êúïþÿÖ ÚN¿õýÐ
@ý
ò8lpÁd¹-õ ! à ÿ_Õ¥õþúU¿ÿ{õ§ðÖ žMŽ 6[ñ+!¦×YÿûßzÎµ÷úÃ#Ý_×úüO7á· Ñ<a ' +¥á
q P¦¹§ÿÿÚïõûÕ_ÿ_¿Ã * 2,P
l $œ(r)H nØ ÿÿíÖ¿þ°uÿ÷_}6øm7¦Ç²¹fGDvy Ã+ÿÝ~ëïÿ1/2 ä
zÓþÝ"(r)W Ë†-ÿÿ"-ïÿZ3/4Ÿßwn3/4ÕÁ" û•Õ£ ¢ m.../ý×ZuþÿÝ W¯ÿzÿáV´²ºtGaƒ nØ%ëû÷
î1/2¶×ûíÕò[(tm)ö'ííý`Ê 1/2T(r)ˆ! !Û&1/2þÚNu^ëçVÞ-ö1/2ÿï"nÝ¥ïã^• ð5
¯ÿiX_ƒôìë°ÒþÒs¢m%þÔº#äp¨ ´ÙÖm+[U3Jê S#0× n ' Ú=›FólŽˆèé >y _ý† °"oû
+a/á"¡...´ŸöÕ0"Îx

IÍ ...l+tÚI >ŠÒ tŒ- ¤ ^^^^^^^š)Z
D \V !ð§,Òdè.Á› 'Æ

qN
$še×°`†ÄDR tÈÇ
ÂÚ' T
+
)
ÂÁ,(tm)*";#...#, BMæ‹£†tÌdxÃ4BA ! ôs¯øb 3/4ˆPe+ ˜...û´ÅE Î´R 'Ž)Š
S Å1
*(È´5 DDDD...f ^^'TNŽˆäuŒf(tm)< "ÿ°˜& Ñ(r)á" ª¥ 5þPÁlÐ Z¦ši¨& ¦]"A¡" ¢
A‡&9NS• ]P(c)"å2pˆˆˆˆÐ† ˆˆ¸2•,
ƒ(r‹*xTÌ2¥ EÌØq
4 PL("`a % ¡žÊ\Ð§*g îOR‡)ËÃYC"åACŸC9Ç(r>)¹¢
DGÈø1ˆˆ°ˆä"3(r)h'@Ë‡ (Žd
ËÄxŽˆù ˜ˆèÁ Œ #¢:)Ñ´jGD""""""""""$3/4J3 ˆG'´Hô"",Ž î¶äy²¹*. B""""""""""$OsèDDF(r)•
@"1/2¤ a pQ0ä3¹Úg,rä2eÈêŽ3"] ãÑ|â0Š #ªZN ,;
eqx œ±Äƒ´Á
ã" ¤ å¹N_-
æ.S Êrƒ(DÍ xâ""""""EWÒ29, Üû
3(r)4 dp."""""""""h"Æ& 2vLrc,Êxº#...#(tm) ÎBÊ +•A Z2ùŠ Ãrº1/4 œD... ¶¸ÙXUg²¶eÅ•Ä
ÌœÈè @Á ò:L(r)
DD¡ É º/-Dr<eÙ|Æ_/ G'Fh %øEBBNN, Ù] PÚ ¡Á$ñ+•çfƒˆ#ºdÆ ¶Šù,$âA†Ò Sµ°óïT
GV
- T'Ê° ]´H"'Ž H F 9 &dJdq
,üíT0

B
¡ ó B Ã¤Lq"¶ì›ŸE
t& ‹±D Ïˆ‰ ¶rläR ´ ØP;
"
-3ì¬ Y § ŒÈ"HH...e'ûH...ØÚLŸ*ê#¬- y ÎÌ§äi ¨ ‰
@´JÐÈö6ÁÈ 7""B³ ùR Ð ‹æU,àâ÷ GA îu O *fŒ÷$ 3 É2. e•L!à†UæEU·X?á¡'
‹rs>Ä´ Bîüƒ˜ ÐÊ³1/4"‡¨6C ‡â H±Ì=Á Z(r)]v×šœHgh÷wðg!3/4¨!<ò6 ‡Ê¡3LÛN (r)
' ØÑCèi ¢÷ûø5‡Á éØ2?LÚë<F s \ïó ý¿
W"Bˆõ·µk- úßÛÍCR4)"#¢>hG ( |ñådSx_Á,Š¢²3X 8àÈêáºE*¶A†€= 'æ£÷ÿ"

ú "XNÿ8DãÂ
'á KÍ :,pg@Îk
5ØA yÔR Èc V 5...!ˆ 3bÂ|ê œR ¦aÎ,- " 5d4h)A ˆ íá==>ûü ü!¥Þp
é"ý¨Du" Ú¶ Aá0"á
á
¦ ÕÑ(
B
þú'ì xqÔœÙ(r)Eä f+ÿ pý ú[Z8å
A
è•†‰
S†j1/2‡"Vôˆíº$8‰nI [¢(ïy+èœQ, ^›"Fá"Gaþô m¡ Ü ·K£LéA 1/4˜ Aû f" DÃ-vuÐ m
ñöØÑ)°Á Oj‹C:Á Á01/2 v
aNC5Á t ?ƒ { Ð oíè&ñoHoÿ§øNÂ·a
z Ò ÐM¹¢Åº A6èA 1/2 Ìì[t†ƒ"l Û 7 ÿé þ
´¿é¿IÎˆ ‡,(pŸI´·oÛ
ï"útLz¤èHgº
Ò{ëƒIë Ý6"oÛÒ÷(r)µú ¬Ð{j K ïKëÝROû1/2mŸDt ÁacÛïë÷úzu÷ïû(r)-÷ëœ
²-¹€£õu"z¸n›1/2V)'.â) Ò,Òw÷éµº~ûûýä
-›" 3/4¿¡ é aÚD`ýuÅ÷m¿té*¤ØÑÆRÿU:
´µOÝký3/41/4-ZÅ~ÿ°, ª A n/÷k!""1Ì-¯è ëÖé÷ ÿê ,ýBÿü§ RJa
ÿ(r)Þ·ãæa‡,#ÕýÁ ì/_ÿÿo÷@‰ ÚÍ
¤ÿÿ $ ¶H!:y-Wÿ[£"H‰¯. 'ØMõî(r)¨²=ñÿÈ
÷þ, J" _Â$9b$§se ÕÖûps ÷×O-›ïúô ú ó‹û÷ÿ·_ÿØ ét)/ôµÛ"Gßþõ
ƒº}¿ûî"ÿ×÷íýt3/4¿ßî "{DQõöö"ük"Ñš. 5Ûû§ßýùõß-¯ö××n¿ëì"C¢ ×Š}wºý"Þ›¦óz
£íû(r)ºªö"}]?Ûí/]×Ö×vÁ ÙÎ>Gý{n×ùÜ+ÿ BC ¯oïº¿_Z{]mû kdŠÂð}-¥ñ AaC ,éëd=³Wi 1/2 ¶
ãŒ WÛöÒƒ`ÝvÕo"ìÖ-ì0•...a"MÚo¶¶ PŠ I Á¥aa...Â°Â±¤"°Û:ÍPpÈ3/4 IvþÂOØ]†µØ[
6 •0îÈ£¦)ˆPgƒ= °x`ˆ$ wDá œ4% M` 0ÁX`‰9$
Ã<+- 3÷L0]È¸(ƒ ‰Ã99 !Z Ø"‡°a*Ø0D - Ï 2ä\}ÃJ Iƒ>3@ÏðÄ& _ìK|"ˆ^ BÖw ¢˜...±
ˆLVEƒ"EÓ à b¿
bºb-b² œ,î*w Å-œpš
Á "-Â|5M BX-!i,
-"Á ñl 7† ¿† "
Ú¯Ø[A,â""4"""! )-A, 0"2{ mê a0 , $ô$((c)Ùˆ D ö dÏ
PcPˆÇ
R
B" ‹ %`6 ˆŽ8 Eb Aø"Ü‡¿è")bPŠ Õ¶R,0Cõ pA Â ²ª2à"...üÈ"D‡
(tm)ÊC#Æ³ØEL ³4Ìü(r)€H¡ ¨ ô] ´G í ; Žé J M\! B´Zì`æ } ‹ X& Ž, .ˆ 7‹xZA¢œ$[†Ó
.D BåðAèBPÚàˆh))¹(c)ö Í 0 ¶Ž9#D H QJˆ0P+Ñ(ä"= "b §

Cpº T  ¦qÁ(AIŽ¡  ‹ôD³ºâ€ñv'K§  BÂa    U0""‡áÏƒ  KN, ˜Hw‹âA}‹~U3¤\ex3ë
F ˆöŠ
?ÁðDu"
HƒÉ3¢œZ"Ð` ¦•¦ "    A  a÷Xvv@  <  ó*ÆB-S  MB
-  P2  O"á"GA  öŒá  º}ô  †Â8L§  #¨D-  A"Á`Ù
D¸{'Ò  /  "XÛ  âw†G
b‰
Âê‹ÊHœÚi-Ý   ¨¡
(c)Cœp¦t  Z;
    œuà  ¹8Ô"  ›á6‹æ‹ö‰5"íR  NGP1/4ÔñI  #áÍ£ ŠÎÆú-&àµ  &ÒÞƒtÚ
;1/4ï"A=¦  "  H  ÃÒ  ˆcŠ&úqëß§KKA  :
Aˆb:ˆ(tm)
)
dåà(r)    Á'  9¥  (K§"Nd  fΪ› £9¬,YÈ5  A     û  2hgQVõë¯§§K¶¦äá€ˆ  a
ê̂ƒ  ÉÆ
    z~,¯e`2s  0(tm)Ã  0(tm)8@  õ  `ƒ$  zóa    00@ÍA
b    @Êp†:ÿ[Q3/4ûKú#̂D²‰]  ãw(EÑ  xOÂ&8ö1/4
•,(N4ãO  cé¢7Kÿ§é¦  ÷tžŸ¥×(r)ÚÌ‡    Pl¢  Ó
    ƒ§Dï¨
£:LHZ2-IàÏ¢  *]‰<
'Øžá'±=Ã+(¹Ï(c)t'š,á·
ª-Úb̂  Ï    žQ9´J+¯ú]==vÜ[H:AÅ×  ª,PX7òp  úˆê̂º  "C
&  l&  cÂ
    ô›  Å  )$Ò  }¯0  ±wA:  6    Ÿt'þ¿ëÿ¯Ý¹  •3ˆÒ1/2"  'Çþét[...µ
ê̂º¯W¿A  ‡"à-ì4¡;Ä!A7  =mÿÕ  ×o  ÿbN‰RVè"1ÂÿmAÂ  Gq´ß¿¿\/£€l/4"(r)ï¨̂âoª  ß§íWÿ6>ßßÖó
õ1/2...  ït  PªV÷÷ûîÔ  ,(r)£mqu¥ÿõþ'þðƒpt  ±a‰ÕÂ€W,£3/4"ªamkÿí‰å  Èaãþ  AU1/2wÿÿJ-þŸo
6BŽUd1U  E8/MðŠ,qíÝ̂áVïÿðbÈÆ ²  Ûô#{
ýG
    Kï       fo*...bO@Â#Î̂î,I$"  $  ;¤µA&'ëÿì,ú  `"3  ‰
õššßöET¯ý$-~Ðoú&D0Á†‹  ÿð"ÇÝRß  ÿl*@  ª̂ý-ÿÌ  A,¿¥þ-]  3/4ß
)
"8ª  §Þú,pº²:û¤š¿ÿò69Ðò81ûÛ§ÿ@Ý×þ'_ûÿK$  l63/4  Oí  ."  zÃ1/2Ô
¿ÿû"²  Û§Ç  |ðõü-"ú]øA_{ÿ3/4´óMÿ?ûðð̃Ao  ]}Õ/ÿpSíïtÖBÇò  Õ3/43/4Áÿ÷ZI÷ÿß"¿Òíƒ́Ûúãþê
    EÓzÿÿoº • ø_I"ÿÉ  ÿ¯¥K]  ¿(r)¿k"    µ{A  ÒÈ̂
"úíÛ¤   ,0-×ÿ¿ÂÌÂ  .1/2{I1/2~þ×̂ý"zêêþÇk÷X[A¥ƒ´Ü4¯-GZÎœa    à%‡¯ÿúÚ,‹kõÕMÝ{ſ¯Þ¿uH%
þ(r)¿l,4¡...l  D~Á&ÚwI  l/]...h!Pêgd:Òÿþ  V ̂8é†  ô"Jí}º¶¶1/2v--Ú·R¦  á,'  1/4"µ"B`Èã̃ÐNäe
Á&0T  "CØ°DD  pZA%"aXa/ÿN
,  B$9  ,_ô"Ã    *š&
    -ÚZ"
j6Òm(a~Ås
*qÅ1[[    ¶&Š¦Ä-   *
    é
‡
    °Ñ    P  ðF̂  6 "  Ž8¢  h3
ñR'&
    :†Œ¨
ìRðÁ(¦
    î ̂  X0L&  Žƒ  C  2    ª̂ý,¤!1¤  ...8á  ÿ;"    <0-    †-

‡
S  Im{  Ó          `˜D-%  Š@ˉŽ:GuÁ6lN"DG<L9
3JÈ  é"8&U¬  =ƒ  <  ÓáœH
A ÂÁ  B  !Á  ÑN
Ò
PE  Q¢:    $  sX^˜ŠB*
¦¸Z  '  DSI "Eb&Z  ävv)ý
Žë
  C×...8ú"P$'c]tµ        h-_A    æ^ ¸,u- ± R"  +2pÐ  "?¤°  ˜æzZ "        ¿¤  <r�¨
µDR;J"8CŒ O;  w¦Ž8Y&š-Dî  Ð4Äx+(ôÓ+eæJÌ¸Dƒ        ªA  v=u¤E³°PÏ,CÁ    :¢
:  G×  DÇ!ÆB\k§"  ·D¡  "  H#9C§ÈéÒ  _jÒ;  8z    5†.  (
T  C-...  Ú%ý¢'î`  ˜'"@Šy°ÓAtþv  ÒJ'Â  V6  §O^"
-Õ+'@^.°°¤J3°€..‡L... ³ÿÕùÙ E  ;-  )£'-ƒ,.•Èè    ÉZCÂ;œpMÔ  W¤ž"
@ê  @Ü`ñºěŽš#¢h  i-  Žd}#‹ô-


¥


,        !Ç  &  ¬  7p,á  /*ÿ°¡Á  ÆéJ  /Õj    ,  Ü-#¸YÅ]1/2Õ'Ð_@ø Q        ±ÅÁ&1/4
lE  áa)  )V-¡"  ‹
ðXL=?  #¢:&  <#ºô  LxÐ?÷Ä  "
lh0  AÒ  Ï,PZu,.1/4  !Á8Al.  Å·Ö¬Ô
$  T¸MUøDtÁ(r)N  , cÐ&°,-
  xD3ì      ªCÐ[¯°ŒEA  _ja"¦EHºÂÂUß1Â#ïA        µ˜F  (>  ¯T    ?áP  "2"  h"‡
D~¡ØÁá  8,%ÂH    "l,‹ƒ'ý  2)ôÈòoü˜  "aœp,æ    Ç
-'l>@Á3/4  /Á"  ël:'dG  `¡%Å    ¤¶
  ã ÆRI"  d‡Ai  GNÃpR@Á  ä  èl S"˜GH5"GH=²ê-x2¬"ˆÜ,  A?Õ†  màŽä4
Pn  <-ƒ-‹a!  %˜&Ô%†Ž?Ò¦
  E
MÂ  ô    PöS÷  ":°ÃaÄHÅþi'    uM<        º'  9Ç°£Ž
,)ß×†A  Î\  ^    ä@¿-,(t,÷  úTÈÇI  2<"A'â?Õî"W    ":ö¬(tm)ƒ(tm)-.  Èì6G^ÂÔ \#


  ÂTw`à"A
?H  ð^è#Ž    ?Ò°e8  GÁ  ×¶GZ
!
"Xê1/2hDù õ  !ì  Nw
  oÐ[×e×  $  @  á  ¨@^þß ¡Õ¡
¤uÁ  ý
wØ÷  GÍ  -ãÁÒ[DuÑV3/4
  A  ,]Ü*
C@^ý§¤    Ñ‡ÛP'î
í- @Ìø+ëk°D~1/2ø28Á  øF  ?Á  ô¶/õâaÓ  ð@÷Ã  °DwÖ°ƒ+ÁÐKz0áXm'Á1/4°A  E:"Xà¶ô
›µÈõðDA&        {è'cu1/2  p@1/4;^  ¦ëÃ^
  î


Â‡3/4ø"  ê°  Kõ ú  $ûÐ(r)Øapþ
  t¡  p]¨[‡tVÐ"  ðD]z  ì":^ûô}‰&rë¸#8-ƒLºDßË  îwP&    þ  P}  Ô0Ž:}    ]R    29Sí1/2  à¶  A
B^Ø2ýâm  ÌŽ  Ð ]":Xn›m A  á†m}(tm),ÿ-ó.  ø"97°^ê(tm)  G
lÈá-  3/4  !+

Ë´ E Ô - I Ù % Ž¨Ã-¸ÅmX~TÑ Đ,(c)C‡J0µ·&:ü ²T$HhVÕ PŒñÃj=P4Gõ ±Ê
HqÉŽBƒQßĐ @öÕÖÃ Ñ A¤!
;ê &ÂÛKz D
`"#P(c)A × Ž¡1ÃEðºx2 <)
‡ 0Èü":
: G Xt õ¶GZ" "4ƒƒ à°A ,J!'a˜=Ô;- " è1é¨| , àÃ S"á}äH å1/4Ô Õ‡k ð'
"G"Ÿ#¸‡Ô¡ø1Å-
Ò<
7_MQCƒÊxó
Yp"qHô-4<•†Q N9
;×XI 8IÚ 1-ñ
¹- 6¨...†"D 9Æ" º(r)
0×'Ñ H]zh XD|ª ¹ãm‹Õ"G\ìµ "á 0ON †VCTã""{K|'
× a Öü(tm)rÞÂ= ·Ü> ";Ýþ _ü4 ÃzZĐH/Ûá ÕÕu
iS-ï -fübŠÃ-5¿ ‰ GÞ×¥÷ Ž'"d~+"GWúð"ƒ éQÜ/¨p^ú "áû"öŸµðh QþÈêà‹þýª¯Oõó±´
vˆêúXƒ}zÿT¶"ø$, T:Zíº÷ÁÞµûê¡
ý÷ºà1/2ë{ýÑœ"'á P‹¯ûúÿîøA
ìëj \:
ëÔ þTißÖ
t ßp ÿ^...-÷¥Ö Áðˆë1/2á ×pþ
A ×ýA 8 Pÿ_,ÿüW...ô¡iõ××'ÿú"GY 0ˆë3/4á
Þî¥ ÿßA Ò×
± ·èã...k[q~ ¬(uðPdQz (c)U;÷&8Dtßü6 1/2'Ö õðH ›uÖ ", × ßáÔ(wY SI},.˜7]¿} "Â#-
îŠ‹ü ¥@ˆýt ...ëª
µ¥e
ÓÁß ïŒ?D ßÚõnwÈ'êÜ
^ C×ðõÿü%_Ô
º(r)Pÿ¨j =ĐEÒ·\ _ù 3/48îõõ. \%Ôî K|ºN _ú,#ðDu¿¨Ù aû2 Á Ü{Ú3/4î
¥-b¡|a*µR>ÓôG_^-iSßë†ø"ŸÚâ?¯ûv·ÿ -(c)_ƒüŽ‹¯ÚÿZË¨"é/xAd}Ó"G_kýïÅ[ö7_ˆ}ÃüWz×-? ïhË
E aÂßüÂ}n |m/
/´¨ O
ÿÿÃ~g¬Âô %\ãß} ßã°úÃ¶ÙI¢Ô =Û]_þ•{¯ÑCÒÆ A:Åz*(r)žý Çæ\‹¯WÍaûÒ3/4ÿÈÞ"...ëH
† ¡ÁÓÇ3/4¯ Dt*µí1/2KÛi
+æ¯ÖÃi" º[¦õÂtT,,29ïÝ(r)' àŠyBµŠ¬ ¡43/4+^¿‡ ]W¯Ž y pD~£íÓ÷3/4Â#¨;kÿ...Á ðD~
Duòc¢:·ëì"‡ õÁ§Y!Ê ÁŒ0E&-ñ~!µÿt
-œ{ m¶ t ³Žqé...^û Pø † %4J" þÑN %¬GÛ"Z@÷u-V¸¸J'NPõÂ < ":" äÝícôº\--f°Ö
mB@è N>µ]mwéü`‹ E
¢•²: *
ÿßõ Žº E;XDt{ƒAÓÃ î "˜+¥ßû Â 0ßƒ\1ÒaÂ#¨Dt˜Á
"_ô´îá|ºŠ"GG 'u~ Ç]Ñnž ^-ðµªƒÃ]~
ÂIE #£
† ß-ApE= é?¢ê Ž±6 p1/2\' L&ˆü8h/ "GQt ÿá¹´ B(c)Ü -x4¬(c)T
á0ý(0 aÖ T
iTkA ì"‡[ß3ƒï†¿ Gáß)ÕÕ4GÑÇ
oqvŸÃ#"^ %¬< ¤á
L ˆ úáé.Ò¯‡(zÓØªQÁ" ý1/4Ž1/2&1/2µáŒ-•Z;...âÂW
'÷¿ñ×¥ GM A Ì=1/24 rÝ ÅÃþía¦Hpá ðžÖ3/4,~Å4°ˆë ¡ÎðŽ<r@é á ý¿PD é%†ðÖ¶'‡
# Jñ¦ "h4°...ým.ÂIl0,û (v "GNh"ê V , (c)C,#õqDx%

Gí-C*f*

`Â;œp·    ZnÁ"  µÿ   i9"°Â.‰˜Qñ

7èã*f*Æ  ×    Â  "  îLp1/2ü  &ám5i0ø"ánGÐ,  Þ(r)ÐÖ(r)ïE",#é8pÎ  Ls¸_ú  ‡Ý dt±

"Ç        GRn:zü  ê  ²  \-ÞN*?p^é(I"*f*!Ì  9Ç

µß{#¤µA  ˆè*f*•^*ÇtÂéö¯      Ùr1  Dx="L,òc¦

x"?

  ²4"  4  ŽØ"<"ÞPë‹l4Ö    J^1    ~¸Ú¬-  aQ_;(  0Du†""hV(tm)Y    ‹^ÒT    cè  ÂL"  °,ÐðD~  L

¢âàáÁ`ÚI"ŸE

Påj(c)1/2  C¢?        •¤  n"'¢&I†  'A"h  !aû"†]


8,(q  øD~ˆÐAÄ'æ  ô ð^"âµd±Ä  '  R¬‹Û

  ñá˙Du`  ‹í  (r)-ÒGaô  o†Ã΀'ÃKë,$9=Ô

":m  ðD}óä  Bq†  ¬_F  #Ð¬9I‹x">·    ]  M  ‹¥Ã}  (8dv  }3/4  XbEAœ'õ    IlN  1çÄ1/4":´ š

  0J  °Òð"1Â*f*ÁÂ#ôe  Ð!'síÉ˜  _â>‹u+  GïÁÕÎ"˜j3/4  *Þè  õ*f*õ3/4˘Ž˙Ž'ÿ  ýümÌ‰X°

äu  ô-.†Áùn¤1/4;1/2QuìFÓEÑ  E

-à¶  ·m  .¶ô"ðüB  páÚ¨úÃŒ³°ŽZZ  "&


ÿÿÿð

endstream

endobj

142 0 obj

<< /Length 143 0 R >>

stream


q

599.03999 0 0 805.2 0 0 cm

/Im0 Do

Q

endstream

endobj

143 0 obj

39

endobj

144 0 obj

<<

/Type /Page

/MediaBox [ 0 0 597.36 752.16 ]

/Parent 132 0 R

/Contents 146 0 R

/Resources << /XObject << /Im0 145 0 R >> /ProcSet [ /PDF /ImageB ] >>

>>

endobj

145 0 obj

<< /Type /XObject /Subtype /Image /Name /X /Width 2489 /Height 3134

/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode

/DecodeParms << /K -1 /Columns 2489 >> /Length 41292 >>

stream

ÿÿÿ‚Â€¢pS±@†aIP†3¸
p˙Ò!ŒÐ
œ  Êp § äs#²>`‹μ÷"84Ð˘àÔ u    'ÑNGA¯õ‡"F?‡"< x ÉÂŸ
\3'ÄÄ...  ˜ ^› GƒšÀÁn"§e "Ežwñ9 ' hsPô(tm)äæDH 3ÐÓ¡Iü=+Âi    ä´C  "C'
`
› f ‰ >    ,  Bá Õ
-'Ã¦'ÿ øOî /¢¦ A0@ÉÛÇrÇ!G×¢QþÂ ¿ÿ 8 øO†ú ÷tƒõÂ
,    jÚ xF'§ú NsPô  Êj-šDc¿÷ Dc"òÒ8¤áw¯3/4-ÿé?z :Mû†÷ÿ ÿÎ¯4ÍZ fÎ'×"ÆCŠ3V Æ J`
l'  2
Í- ëÿ¿ÿ¯ô  ßÿÿ¥þ(r)Ÿ~‚
×oö-Ò  ÛÒwÿÿÿ¯ÿ×êúá ³÷×ÿ_ö"  ÿúJÞú@çO  ÿμþ1/2_Z]7ÿ3/4JÂ C9(
ùÁ
q?ú‡ÿÕ?Îïüÿ·¤ÿ¤ßüwìG-3/4†Æμ   \ëÂa
ÿ"  úWÿÿ~•73/4'~"ï  ÕGúÿßÑ‚f1/2ôÑØÐº<}ë(r)"§ý¿ÿm*ÿJaßöÿ‡á  QïÕEÅ   ðgH ƒ
@ÝŽ*ã  ÷û ¿Mêÿ¥¿1/2'w_äP>=z¿ºe ßÓÐ{ûò|R|ÓôHtÿ.ôÛvÿ²  ´} p¯¨ëÿ
i7ð´-‡ÓÿÿmûþŸWøI áƒü0ø_ÿñ] ôô Åoÿÿ¿] #û(r)øKKoù

ù0 › › vý      UþμI2
ü~Çüw·Ú_‚Z ü¬?È£é¿[¿àž¯þ0Þ" ë·ý{ÅD -Ûþ ë o ÿŸÿÿÿS ÿ÷ÿÕÖ3/4
{  ÿßÿÝÿÿißúÊÃìÂ^j}- 3/4z_}¯>"*ÿÈ1/4úá?~ßoêþßÿ·>ôz } Þß¿_þÛ/o¿þÿﬁ·uÿÚþ-R¿ûïÿõÖ÷μõm
Ûúþ-ÿ÷"¯íÿûwüú¿ sﬁŽßﬂ‰¿Þ3/4 ·oÿÑ êSßÿ·"Ý×ﬁWûþ¯þ-¿ý~ß-û  T  ªxK´¿ìÕﬁ¶¶¿Ú×÷ÿþß]ÿ  ~""
  ÛÚºO
°Òöö  ù-Z]mö-é}u ÚÞßûﬁ¥¶íïö Kƒ °LàBB ¡ÙÂ
)ÓÚÚ'  É  g
  Xa[V×ö×²Ûf(r) ëþÚ_ÿ_i;¯·â‚- HD\R pÙ "[ H
0ÁXa(a%mXa-º1/20Áa"1/2¿ í/cÿÛU1/2¿‚a<Îš...Ï tøalS Æf E¡
  ƒ.) ƒ.)¯CÁX3bHHG@\ðBp§Ã-Ã    %þþÃ    mþÝE"'àÂ   6"" !a0ƒ
}ˆI±
Ø... ýš †
( %¡Üø §% ˆ0' Y ÈZ ZAàâ""
  a0Šv
M... "ÍČŽ¯M ƒ!
Oa4îÖÅ õaˆ[ú1/4DDDDDDDDDDZ
' ÓTí (tm)ÇNÂ
  !ÿ      žÉ8O þv¥ çVd¥ÎÁ ¨e O†ƒ@æ (ÀCá    .XB¹õ! Bù

6•-
ÙQ1/4Ì† Aÿö z  óa  6 Î  '
L†N  À  8! "LC<ÜC  †EÄ: <dwÑ  Œ"XÚd
ç  û´‰[tJá  Ã  þ  ÷ÝP†  q   ú-   `Á ±s§5  Iž  $  6
ÚÑ'@  ²Fjç¡(c)ý"ïÿÓ¿- C>E+úÁá    öÒA*Ò
¿üÏ:DŒÕƒ1UA  31/43¡Q  `Ìœ"Q  à%oû!äætÃ    ùR  N
  ±
f (tm)"%B"    )À :W÷þØÓ¯ZM¯ÿþ 3/4ÿë¨A1/4 áWTš"  ì ÁB ¥¤ÿ;ÿÜŸI¿]' ÿ÷ ÿ}Õ
ÞÞ¹i%G  éªI...O¥í÷mÿÝ¤ßþßÿÿ1/4 -à¯÷þÚÍ7úT?£sFJ."ñªš  ¦j'74†ÿ/ªÿÛKûôŸÿþþ›êúó?3/4ÝÿöÿH7
ƒúM¢þ  oþßÛ  ú[ÿ_ÿÿÿþÿþé-ï ¿ëtƒ¿N•~š¯ÿ  _-ÌáÆ-qÇúúoÛÿMz¯],×
§ 5 C  üG?Võúí ¿QBé¿¯÷o  ÿ¿Çÿÿ'Æ÷mwëKƒ  Ã   4Ðû¯§μWI"ÿþß-_ð×ÿö×oÛÿÖé ÒôôÁm9
    ÖÿÐÿÿÿÿuøØ7ÿÿ×ÿþ"Ý*õ ÂX14ØÐæ4NŒ†Ùe5u^ë°þ¿íüWì,#ÿ xKoÛínwÕ¯xK]...Ât oÛïU"ë_

ÿÚù0  ÿÅmû|zû  1/4T_         Ò  A¶Ò!Qú¯=âôúç?ÿ·ÿÏ%
ÿü/ÿÞ¯kêIßþ"¶-ú'Âô¶´pë#...¿ÿ~×ûKoÿ>(tm)é-8-¿oŠŸ  ÕB¯Mõ¤þÚ_1/4^ûk"
bþ¿¿ïøoÿÿ"  ÿúöö3/4  uÿõlWë%Ïê
   PŠR\÷uû  ôÿ¯ÿÿíû  õ  Öôßû¡µû°  3/4Ô13âojÁ  þ¿ßö¸'Éú  ÿÎ¯3/4þÿ÷]¿°oú÷¯Qozapƒa!{mïÿÿ]n¿þ+û
ûø¸¿ÿwÿþ¯ûÇ-&þ-1/2pÚ÷Ÿkÿíû  ÚW÷íÿÿ¡â¬,  ‹ßÕiÐOm3/4ÿÿ̈m/VÕÿÿnÿûÛ6  zïôûôh  ]1/2W¥Ù:í
">KcôÕí&ÂZ_ÿÖÿ~öÿÿ´*ÿõÕ1/2ÿ1/2^Â^  N  Ÿ¿ðÂôÕ  M¯ÿ*±û  tÿ...ÛÛÿí&È+?k3/4"év
Ø¡ƒ.6Fèøw$  ç@]ƒ  Š  Á,Aƒ  (tm)+G@Çþÿ_  í¥ßþÚ¶"
ª¿*¤(r)'á^LS  ¿±
â¨|+4  "±Ž    "1  >KC¸&h,ù-I°a  DJ2ø"%  /ÿkf-'þ•"TŸA  ÉC  0¯_á°š  a01/2uot1/2  ÷‰
ˇ¥·M‹ÿµl*Mûj"g_•¨KYÙ"      PåmYC,$Ù'  ÿþÿ{[ùi       `Ì  r Î  p
D!Gm"-°Óc  ›T²  b""""""'4!¡  `¨DoØ-^_ð¨"ŽÐdp²  É
£'Ú¨  {Xa~¬qLBxLW  ¡  !±5b+´
5PšÃ
ˆø2'  È1/2†r€'ŒEÕ|DDD  èF²ÿÿÿÿÿÿÿÿÿùØ(       ÛZ,¦
J  Ùjš†@6Gÿÿÿò¸ª)óVSå"(tm)Y  MA  (DÓsµ5ûÐ¥Ž'n¯"-@ý  (  ×
ØèqõnÐ}þ3/4Ðt"^ŽŠ3f  #Ä|Ñ̈  !|...ÒC"ûì°ƒƒL'  h'  T  ×Sô‡†
ÜÍ  ‡†zŽ2  0D"
-ý‹{       Ú  úÝ  ÿ÷ý       ~-×öïŠÉ  ?_ù  N  Xå?÷ÿa(r)PŠ  Cÿÿ'÷úÿÿe
ªkúþÝúþíµýÏÿÚzÁ  (Cð¨ƒ8  Â
`§  ,!|...Ò  ,Úÿƒ0þ¯wŠX¨0"DC  "65  m}D  ÿö    Ä5  M  È  -_Ää  x#;äÇ²‡ø1
.
v4!±H'^þŸ  z  *b0šþ  þÃP3/4v    Ð)8¤|¸Ì
ÀÍ  ž
Iƒ›  œB  ÿÈ^{Ñ³¿
Ñn
ªîÐE"ÜÐ'"á
A<à":E=ä¹"  3ü     pÂ
"v
¯a›g£       $  oÐ~  h  ÒGP^l\  2qB
íÚOè  u"A¿Þƒ~‰ÛùyDûµÚIúxN¿_÷3/4ßZ×è  oá  h  üÅ/I  Á†[":Ñ~Èr.?×wK×ÿu}R
øè'ÂO¤  6â:A·A  ¿â"÷ç1×¿"þÿ¯Ì  þ,n
xK¯ü%O××"-ÿ¯JâöÿzÅ{  MÇñïñ_ä`u  ¥,#É    X_ü  Í  Ñƒ‹êŸÂö(tm)Â|ÿî²¯Ü(c)ä•  ¦ûîø+ý  r‡ó8hÐ
úo  ¯*û§*(r)%Óÿó§¯
Bsè7MÁmÿÌ  íî1/4óÿ  ï_ú[í"¥3/4¿õû~÷ý/ÿµÛ¯¥1/21/2Šíÿ¿·¶íúûzÿûízÿ-  ÖßíÚ_ðƒƒ8  †¡    A"  A²n
(  dq¯  Ë,ö  a¥øVÂ{{[ßí    ¶ö)4==(ü1    `'8.h
0Á  r^
     ^5^ÛÍ³Ka"ø0B!,    em[  k  ±     xa  à@Ù  ƒ0PeÆ|  `ËŠx  ^^î-ÃXiö&  ±LBØ(r)$C
  ^‹O¸i"á,j"  Fâ£"b¥_ÿ  %,  -æqú  1  Qá  H-

¡ü&†˜A"ø9    Æd¨  ;"§¦‰
ý
  Œ¡1/2  72ƒs@Œß"Fàù  wé1/2'Iÿ
Á"i  û¦þ  wÙâÿ:Mä¨°NtÊšR**:  daÿÿÂ  òp†dfG^    d  (tm)    0)¯3/4  2  p  ÿ[§Ñ'  ØOðžÐOÿ
¯O¯ëv    ¥H+†üK‹è¸‡-Q~âûDø-²8´ÿTø  @Ø880AÁ  [A

ÁzA±    =bî¤ÿ>í?  6¸I  Þ"Òd  ÿÞô"vµôô  ¿ô§£ÿë÷ß3/4-jŸ§¤/ú×ÝuÿOP1/4Ð  á'µÿõõZûY²°ý/Þ3/4¿

ÿZzßÑ<ý 1/2ZþïûïÚ]3/4ŽGé ý§zúþþÞ"ë  ëjÚ_W ¿ú[ß-ô éZ[jö•¯û m¥(r)µÍ "
0¶Ã    'Õ"M(r)"å °{v- †¸â¨!!
L86 V I† "PàÁ <0Sà3/4  %ÀÁ&
   7%ÀÁ ò~šÞ¶]Š‰Ç¡" ×±LVÄ·ðÂh0¤±   (pƒM5ýu‚j¶‚^^^† `¨B Ê¨ â!,
   ^ÄDE! ê•
ãÿ 0§(c)ÚA=ß    "N5; Ì QQ VAõû; 3á ð"Hf±N¡€ƒ:ŽÚCÜ"-à¡tÁaë
'ŒàÁI '2ƒs'|³ ^üãé-ê|Ï -,ë¶¹+^È-;%Úî£ í þ³â È d0€ƒ¢œ+ G¶Òþ3/4âK,"ƒ'
0 8 àS1LÉá  x1ÿá4Ðv ß¿õ~5(~õ
Ü?! f¥1/4Kz%a¢vêJßjé ßÁ"GAž Ï9:
þÁØL"...> ×ùÓ5¯:    í"~ÛÝ{ÿ,õ' £äHe ²'"é s²)+¥¯Þ 3/4Ú¯WÿÂÐA¨Ÿ ý×Ô¹WÐhZ
4-  BÕï1/2v×ÿÿ´3/4ºÒòµon3/4!ßçæ ÁJöHÁ-"~†vE ã‹ý7×] ÿw¿Nÿ¥÷_  ã1/2=?]-YÅî"kŽ;ú tD
}ì³{þõ¿_êô°ÿ¿ÿ_ßö jûÚ°oùg jä÷×c÷ kõoOÿõ0=ê÷÷ÿËAh@CðCï "'1)ÿý^Õ}ßÿ- ~ÿï  n3/4 Û"
â...Ïÿïü[ÿõ¿ð3/4ÿÿÿè'Õ ÿæ¯ñß×°ü û_öÿ÷"ë ý^ O êôêÿûÛ~³u ×ú×Øau¯ÿ¿ô" ¯ý²in ¶ÿÖþáb
aoïÎ̂õÿëO
úÚjÃ a"‚a 1/4 ùÑ$Ú^ Á...± ]œ
    a ' 1 Å
K ¥ÒeÐL  0ƒÊ   E7X
Íƒ , ÆÅ ƒ
Lï Pì ¹8!
Á‰<L0¥ Å'";_ñM&¨\Y@X""ª û
-(r) ‹uøâ-#^^ƒ)~€£R.^{A,   °‡÷ösø^^^ŠB""CŠ'? -q,/ŠJÂâ?ÿüÈ            (tm)e",
...•\íH$Ôœ-¥|8B ÕÃ?
ú¿
3/4•òÌÏ" ä1/4øM ÞfF^á" w È²þ t † á ...ÇA ~èÜÃ>†ÆÃ9#`9ù†O 9|ý¿tÞ,
^ê' ao¤ÿÒÿë§Ò×÷ü ñ~!=ÿ°Å  ëþ {¿! úœež¿á þ‚7]~¿ázù/ Þ̂ÿõ̂ïŸ úÿk¯ÿKÁ&Ì̂ƒ;ÛV×ìþö
1/4!    Š CÌPA" Cb ŽÅ
  â(r)),& L/
"a;"MÎ̂ê¢"""'''#^-¿U ÿÿÿ2£; db Fa F ÄA#
æhŒdF] Ë£'tGŠ ˜dvqž  !d §j B!‚•'r-d*@gÂ 3ƒ 4- "Ž


Bâ, h]Ä ˜C"xÍ²9ž ÐÎ ²(    <|‹"#Df
l ðB -FÂŸ 8¤|R>|e
Æt    œ x0A(2Ý#e"Â
ÖÃ     % pa#t0 "ApàÂ  0‰ôn" l øüîø‚4îÖÓ‚a>ð 1/2è Ã˜Lpt§ -
   ^Ú4


        Ýê80H ß}
j¶¡ú(r) ¯ Ù> Ñ¤ ù† p` Á°¨ƒ? Œ3Ñ†zM4ošgV
   7ÌØgöhÐ sDÊâ"á ÿ·ÿé
^ÿÞ-ß*1/25†ß"GÚ"GïÃ¤ ÷ôÝ@<- ðEÕÜ ~ƒÞ¹¦ é" ôÿÿð°ÿ_ÿþî°E×ïkíý?_íÕÿôÿ -î°_¿úOì ü}¿
öþ1/4_3/4ß ßÕön ¿íNõ×_OÓÓÿ7_ÿÿïõ¯÷Ô Ûÿ‡íý÷_ ¿_¯"(c)Ã8ÿ-ê+~3/48ã_ d    q[#×ßÇÿ-È
£ zý ú1/2[Û~ÿüç¨ÿüê°×yÃ-ö
:Ø²oÿoö¶|3/4¯ÿêÿíÿW ôÿW-_ ¬# óÏ
"ÇÿŸ U;¿<íF?mî"¯þ3/4Ÿÿê¿Õÿxdr_þ6Em ƒ 1/2fû{"_-õàÞÿï¯þ æšíÿÿèøågûóEÇ £ ðo" íÑ M
û}µþÚŸå"}.ßÿÇ̂ñíþÊ#Ö;è_1/2Ï"¿çÉ ÿý¿ÿÿ÷ƒêÿØ;ý/¯ žoÑèÿz×3/4yþÑ̂éÑ̂éÿÂ̂A8̂Ÿ¿ÿ}{ ßå ïßúú[þ·¤
ÿû
-¤þý7ïVõoÿ÷²é -í¬0¿°Öî 0‚ªg´á¤Ié-H7A¨Ëƒ̂ôµïé"}&õðÉÓ¿Ù:_Þ ŸÿûïP‚a    a

l,Q˜@ " Á ¤
* A¦" ...! ž... Ë¬¡&]&`ÛI0šaB
&ž 296 Dh#
¡Ù`Âœ ƒ 0C`ÁPa ‹0Á Á...8 ÐOí"Žì§A, 2 ‹A, aPˆˆ‰C -Ð‹B˜¤Ó ;BÝ LRª lV
3/4Å/û æa "(r)"""""8ˆˆe B"""" B"
ˆ‰ ÄDD Ð Å%HDDDDGÿJ< ÿÿ24g`ÙÔÌd4y óæA2ùv|ÍätB DG§jAÌÆhG (tm)˜Až3ƒ#,
aÂ
!›
ž A¡ Â pâËcŒÂ; VÛjMÝ"Ý"M²Ý£[FÉ(tm)‡
$lašyð×$Ø`, R²4 R+?°pì'I
¶
(c)Ú?$ H< m$í}h t]ðÍ î Z^"þÞôÜ'ï¦ÿýé h7ÿ¶ø"ú Göá ÿotµø"?¤ÿúWÓ(tm)³4L;<*3$Ë¢<N_I
í/-'ßÿÛ¯Ûêñ¯ý, pg(tm)Ã "=°š "ût-µÿ¿ ¯ _üæ8Ó ¢áî
\%Ñ±³bFçp•mõÿ{ ëÿßö°ý

ì ´>.ÐÓ"º ¯
Ø?ÿ÷I vÕ^?}i¿¯ §ìã...Û_þßñ_êû¬¬ýæž-õëè]R
‡í?[ Â û ý ÿÿó <{wúëþ¨áº¿~üKÿïÿ_"Nüí
_<ý
ß*ûëý(r)-èô þü ¯ÛIýô¸=%oov
1/4¡ ·ÿÿéVÿo¿Û]ô"JÌývÂÏ¯ýí·ÿ¯ûd¿ 80ƒ 0DL
&Á",
Á
"* ,L S ìU 3Á
dp^Ìû X_?a+
g"?'Øõö+áaŠb "JÓ[M0`¡ƒ ˜†`;
S qLW
ˆˆ`Št" ÁPˆˆ±QL"éŠ"ÉBv Q #¦"!"Ìå Qÿÿþ@A| - ÈÙ
1š²Zg‡¯ 6 PÓ 3Ó¶öè¢% ùÕù£é yžg
'ç
"?,
oEÃü*ÓèØëæÇm$ l8sCs˜"-'¶ô dôì*# !d Í¢ÿÐoá Ó{zN¸ˆ‰ çÂ°ðT eÙœÞFå¹
9 Ã) Ð _ñúÿÓ3/4@ði, rÇ0ä# ö{%
\ ËsùPV ¡pPç¡C-±‡Ýˆˆˆˆˆˆ Úßêqÿ-ßØÄDDDDDDDDDDD´Xd äx¹ ÿÐ?Ì'oøˆ ÿãí m þöþ¿ÿÿ
°v¤÷m&×ý³?Û rÀ°F
† 3 Á PA0‡ñ"
Ø¯±LLïÚØ]4ÔC 0"DD C, ˆˆÿÿÿå,˜ÈU ÙK#¤k"A ×"
¥‡;ÐÐÂfƒ ,kF†É¸aÁ" Žg£j`ÏÏ¤
#>úqÒA$ëIÈ å ÐÌ+Í } -h u¦Ì3Ìá ÷
!Á ü ÆúKÒénáÂ-ú£[Eßo 1/4~¿ÿw
1ô ´ á6O%Ñ3/4Œ6ô¿
Á*ëÛÒ}x‡ á,¥ÿê+ ¡Ûöô¹°9vÃ D~¿ºó¸HkÿŠ]<' WÒý75 ·Ö-OOÄ]ýè ïKï´(tm)Ý[Ý}·}¿Ð]Õê
Âé/ýÙ/pn'< =úé%ÛV×Û³>ÌûÞ Z^Ú¶¡$ì0"0 -
'`ÁX0Z ±\gÃ±LQ˜ƒ±LNÿÃ ƒ ºÚz¦š"FPÂ
-" """""1 ÿü(r)U Á£Ù
gD^.E'/• †300|9¨
¬)

!š æÂ ""A Â
'ŽWž
ÙÈ¸} Ã!<... - /"I'
Èš .&Fr p"+ŸR ÌÛXCïÐuzÿ" 4

ðƒXµMSAêº !Ð!ðð‰g÷Dñƒ'Ç Ãç-
"Éqò u ` ,D¹'#Bð† oÿA
·Z' ‰çü <ô5'L M3R
õ$ 6 ql ";Tô ðr
':'ì ª4Ù
š‡¤û!´Nlé r.d8ê4 t C}é?êÝ i7ëÿ·TÞÞ' : 6ý¿ï
êaè
ôæ¨ ó_§ÿïúI×,#ßÞê"îé$-›ëÿuVþún .¿¯úOÿtÛû ÑŸÚI?ªU¤ëÎï¯´ Müãõ×õoõÿÞÿ¤ß ýÝ7Õþ'N" ÿ
íþ3/4ß¿×þv œF¡MÛÿ§×ÿ÷nÿý% Òÿý3/4ÿI&ÿo"¯ëð@Ó Çõºþ(c)óE[ÖiŽ"uÞº
.Ÿí¿öëwÿW±Å[ô4>8ø¸äø-ö=ý1/2î´ÿ¥ë ^8º×šc*Õ÷_¢ EÍ[zuúÿoÿí/ÒÒ$Ê†*öþÒ[ýõí1/2¿5´ : 5--·ß
úýõ D}[¯Âé~ÿoíÿýû°á¯ðéªk²! ?-ñíÔ}^ëìS§ÿõ~éSÇ·Õ²!r
4þµ}öAÁû ][ïßƒô _ÿíüUÿêìƒÔAõß÷ÿ ¯Í?Ï;üôÚûü œ?õÿÚ¯ÛêÃ
0ÿÚÆÇ•¡ôß¿î-ÿÓ}|Ý-¯ß¶ýígŸn÷*
Å§ú`àÃRdô 1/2Wï÷¿ÿ§ýºl úoë÷ýT E$-ø² Ð,íž~# ë÷¿uþ÷n›"þÿÿöê-¶ìŽá°äµ?~&æüvë Mþ'*þ1
/2íþõ z",Ñh_ƒ`Ý?FÓþ¿ßÿí¯"nõûÿkïshÓtßó²ì" é3/4"¯n3/4
?öÝ"µë¿ßûª (r)}](c)ÞaÍ
ÿÿ1/2×Û¿ßm'×Þ¿oûKß[ýWþûÒêÿ¶-Çÿ¶"{mÚÚÿí¥ìuëÕ;×þ ]_í¯µÿÃKÞÈÃlÕ¶"û¶¿{ÚP×"Rœúè§<5÷
þ K_Úul$-î¶ [J¿´1/2Öá¬4•ý8|5\0'Ð0|!8C0\Ð
0`'@pD<Ùð/ä° b ²9"ØaXa& $ §f7LÆj eö
$P ,
pD% Á,
BBí† xaXa|Wß†!'úÕ5à Í'H±LS ¹ ˆ¶+ÿŽ0D% °eÇÅ!^x
ê(c)¦(c)(c) Ú|0L¡Ê ¡Á Ð0 ý" Uú´1/2|Î§€"b´aÔÃ(r)&pˆˆˆˆˆˆˆˆˆˆ³Ž ¦ƒ @Á èH4!""""h"Ïö"
MDDDDDDDDDDD ÿÿÿÿÿÿÿ,- ¡ 2S £. šã×; ‰ˆW ]LS" ¿ªÿ%!
ˆv³
§bX?"*>d$¿ ôvU ¬\(r)³(tm) k 'F@ ë¿ ÇàÎ@,"eÿßÿÿ-ûÿÿþœ-EDD?8e8È) Hþ" "GóVKÇ-çа
‹ú Ä4 8Ï"( ñ"ŠþhEÄ3 @Á ð " BA a2&Y Ó â<f‹²$)Œù' Ðd Ÿ3†pd y
CB0)Ô!Ð"' !
d¥ †j<‹'ˆ†2†GÍ ŒÐf",< !¡› ê!9› è!¡ ‰Å'³5-TÆE
àÍB' |Á _È3/4Eg Ü ü"'Â [ÐxL ûL'ê† np z hi¨AÚv =
Âhi¡'@æ" a
"0A hXB,zj 5 "- õ#F 0@Á `T; 2p{ ýý vÓ¢Pð‰"D¬tñ76&Æ‰óâlrýš b~¢~
ÿ]Â Å¡¢Pâ[´J % J "'ð¡
ªzª AÅ¦ÆœI - 3/4(c)éÅôŸ×ÑŽØA"Á Ä9 - ?`Â
ƒ "
ð ´ mØN,
‹ø9Gƒ 0's† 5.l‡¢î
-Ñs @Ø0@Ú
Á @Ü y}blrx
ù|Á `¦›Eþ\Ù(tm)hœØ2^Ñgf"
ƒ9. -&Æ‰ó
ž)~Á'ó-ìé"î
åÂ

j"yÿ-
Rtžž›IúÒ~(r)     ÿ1/2P|ÿH&â  °ž   Û    è7N,
ÓÂ
†  t       á
,
Ô$-   ƒÂ
›...ÓÂý\  N,
Ð‹°ƒ^x";øÒ{¿ª ïêún-w⁻  ô"ý'¤´ž  [I¿⁻ÅØZOâô-"¤Þôôé]?ü'A71/27Âô3/4î(c)=.-ÓÓ¡ûÇÖ(r)"¿*ÞÝôÝ?
ëmuØ§v?î3/4ÿTÿWM×ÿí  íÿÝm(r)cêý(  këÿÿ_þ¿ô⁻uKézx÷Þ  p  ÓØí¤Ø⁻-ëüuüŒ³Óä•]9
uî´ÿ~  Þž  "‡oÿû¿_ÿ¶~... é= ëû "²  Q_äQÝ  ,×¿ßïïd  W(r)ä,°B1/2×þè"?⁻èGßs
}  oÛûÿÓ
çwÿÿ2  îÎL0¿ìƒ¢ÚLƒ  (r)AÝ  üË:[  ê3/4ÿÝÝoþ´t÷ß]{ïþ°þÚAôwÔÿý  šË"†²£ßöÑ<ønùÔ  ú  ü¤?÷Dó
è¹ýÔÿÿ  ~d  ß_î3/4ÿü(c)¿uÿÿ¿ò^pm  ò
Ð {H"  ûÿßx7[ú
t,  ýwMíô3/4(c)=÷û-õØ_ý1/4‹aÛ³üþÔþÔþùQ⁻ZþDôÚ[(c)"  -ë-÷þužÿëúßm/°é~"õzëy
'_ì5  ý/'ÿ°ÿî×õ¿-û]ÿ§¶÷°¿ßý×íu"Uÿÿkðzö"ÚV"d?[V  #ýŽ×]¿àØ=  ÖÎ‹I´1/2²k⁻ë(r)  °ZÖÎ‹VÒ(r)
W'  uö-⁻N  ¶Òû
(7°ªØT"JÔ†
u
$Ø)ô¦ô
  6BÆÖ×ƒµ}†-ì5l    Ã         C[

+
íÁ  ûõ`í[V  N  ÚW¶  1/2°^  ûkdûaa...°"fmƒ,"Y
ÀÁ&¶  r.FÁvHr  ¬‰0hT     3ÀF   â¯â, P`¶  @ì"  ^/ªâö  $h
Ÿ
  D/  0,  $  (c)  tÇ  a5¶  Bá"¯^   Ê  Â°˄^|
Ø°˄"  `   6  Ž   6  26
E  Pð  °ÂV
`‰Ž

  a,$âÎ  ì   Z(r)Å|W±&ëÙß´ÂÒÚa~;
Ø˜z|u±K"  =Š  Å5  ÕDÎ
         `ØƒŠŠø¯-ðÄ)ÜS  ìRì.  ƒ      ±LlW8â¢  ìB"Ðam   l*íš  Áa,
&XâYÝb  A'èPå  Zi...õ;...´×ía,ØMNè0S_L.•   ¦  S
ƒ[
Ã  5Ó   é"èÐ1/2¦
ÃM|."""""#Ž""""  ^Ž  !
!  Íb Ë  q
&  œt,  Ïa   V  ,˜ƒ(sé  3       U@˜  Â  þ"!œ"ÿ´Ð´â""""4""4""8  ýRÒ1/2/Òÿë]Lµ
I-/˄"  2  u  "+...‡-ÀÒ   ...7â  i  ý"v   ‹µOT5ÿÄDÝV  Db?äÛò×
æAu(tm)   "Ä'O&Ê±&">
)-‡þW.Et
²,EpÅÂ"ïœíA   Ìƒ•Ã-ÿê-ÿþ1/4É'òvŸò  yØc1¢x^  Ï"; CÂr
   Ò
ÎÉ  Êæ°<  ä⁻*3%⁻|îò    dù
¡  ùYÿ  _°⁻íœÕ^Ê  ×üqÇñü  EÏÞ
O  Á  ýÿÿÒ  ×{×ê¿_ÿëõ3/4×(c)&Vf³ÆCD`ÌD\Rœf

D A A "¬Š.B 'C"DÈ] -\ôF -20ˆ,%£!,ä_;"%¦B ¨ò É 5ŒÄN‹ätD !Šj 1/4DÄóÌÖUÙš:Š
eÆu •ŠH æ" 4" ·F¢) ,áƒ !àƒDJÆ 0‡ØAá0ƒÂiäLBœ!-"Á
Ä<!˜... ,

d\8 eÌ 0Aá H Œ ÛÍŒ Ã!5!(J , hA y & a
0ƒÂ
!ä260D D a
Ø!a ..."Â ÛÓéÔ dâ"ó,pŸ(r)ª ¤J Kz% -
±á øAá? " hi¦Êrá"PÔ × ª

"ÂxPƒôÂ
t4F;_ úh>´ô lŽ á "û¤-ŸÃ.Ï OØ3 û:ÓO.n\àÎb f†
Á `Á
@ƒòyDù"HŸ7EÜ2nS¨›¨Ÿ¹|Ñs ‰ûEÍƒB n
%ÃtO Dù±.Ü3/4`ÄÜÑ> Eð‹*.niÍZ/èº9(c)%\KwÄ×DñØ†K 3/4ƒ1ræÑsd<vø#I,
:H•ð‰¿{B( ß[Ðqtƒö,xV/
IÉL
A ÉðÁB
ô ´# á ØAÒxA´ƒ|&Î1/4Ô
83- < àÁ< ð¸O ... Ö,
,z šØ83ƒ í,
Ò : ¿} ÝžªÕ Èz ?1²_MðŸ_Kô›÷Þ ÷I1/2$ž
zÒqxAÒt z3/4 zô i7 Åá:OU}ÿMë¥õi;
ý6"ýôïíÒ
¸1Â]/ýß¯÷¯ÿþ›ô›(r)ºõê÷ëéëéº þž·zé×Úëë"d.-×§÷×ýƒÛ- öúû-‡êü">µükmu-t/øëâõëÓäœ ïÿÞ ìux¸cÿ
ñº Å÷÷ÅÚkIu¥þ¿'K ÿ'@ ßaïÔu¿'@ôëÿïühGäX?¯ÜŠ£ü... ¿ú"r
×÷}ú}ø¯]þÈ8§ÿõ3/43/4A ûkÿá ï(r)¿ÿÂÿÖÈ" ìƒ•×ÿ
ÿöºDuÁ þ3/4¯ïþ Dçÿý Mwá‡ýN uæR%{Y,3/4Œ5µþ`fWÂ" ÿç0ó ¿þ¦Ù¯DŸÎ ýùÕÿÿ(tm)ß×ü˜8
Oÿ^,{ÿ$ËÛý FGþ·ÿÿù ÷ü‹?ì‹=ÿò ú1 ßûí´›_úoßþuƒ¥ßßõÖê
îºWÿÖÚ1/2ÿ¿ÿúOúöBA¿\"Ÿÿß3/4-¯ý¿þ1/2}¿×ÿÿí¯ëö(r)uÞûÿ}×µ1/2{í mþ¿ýÿo*õþïÿû¯öÿÿöûkÿøVÈ
Úï...ÿÿIÕ¿ûÕƒ
¶-Ù Øa ïð¿kÙÑuêçEûÿ_^¶ÙÑ63/4Çd5 Áí¥í'-Ê
$äõü4› °ÂÙ=¶-°ÂÞÃ
ÞÚôÙ#Ü 1/2†HÜ+ a"V1/2...ãü ¬‡¶Cþ×Û]µµÛV N _ä...ì2G
l¡X\žl'i{¶ ¿m¯¶ž +
%
3b ÂÃ MÁÁ,L"£0a'Ž
‰œ" 6 ˆ"9¬ V IŽ )ý3
ã
ƒ<PÁ # a; la"'h
±ì,?" a,°ÁU6Á #Ät ¡Á,(ppÂ @Áx3ƒ'nf
2NCð0Y äH ^ÁVÛ † °[
,0¬ $h
,!:Á,ù
a""< = ±±Q]ÈÇÅ1Xb˜-Šœ
ö @Áˆ¦*˜Ð‹ UŠŠÉ-Å1Xa ÂÎ
Œ 0@â h[ ;PÅElK{ ¬ 3a# BX68ØØš Pb˜¯v+ø£0a { Ðau Î Ã ,
Â

..
P"C za8al-Ú
,pÂal ?°ƒ ...í~×°S:ÚÃ
gO¸a{
aÂ`š Â`ƒ^ÐdZ, †¿(c)UEB Q¸'ì Â Éo + 82¥ [TÂ
d{ ! D3¹Z¡ ¦ HDt ! a °@Á )| "# Äq ýe¥¦
Z 'Á,ZŠƒ ÔJæ¥ÿÿÿÿÿÿÿÿÿÿÿÿù7 Kr^ê¤ -PÎà•y\ 5D £['ÀØ ÉHÊp" ` á C Ê\Ub
•(è
N E PåK;Z T i&îB"5 *v¥kÿÉÛ¤lh3/4z.ÜÛ¥Rëÿ<Ï?Í" :¤ô XO\›äÞ³¤ GÃÂÿøõuM×Jß
£¿¦àˆò GÿþUYPö }u§Ê˜€ˆ.W×ÿzÿù±I A \\...(tm)( -•ß¥ðƒþ1/2+ÿ" a ð˜O
Ú~¿Ò÷¢Pû¤¿}´°ƒïc ö_°Ë 'ìœ ?êíj1/2,
rEizWÿ/ ÍÈ§ãPœCm ƒpŸJ·a¥ï!U=¹ ÿ<·Ûø Ý
~¿¦ëÕub'ø ªiq
þ-/ß"ô1/2ô"ÿä ÿév-÷ÿÿýºô-tHp×à ².?ö3/4O {¯õü ¯ô"TiëÅÂ[Il ooƒÈ¨|5ü ÿÒ_¦Ö÷
ø¥‹ ÁwÁl ¯¿éW"×òéï‰ ˜úÑ } EŸëúKuZéh ×éþ‹?ýBûÿ * éÿÿùÈÿ
ÿëú_¤gúßÚê¿ESöñõ¿úíÿ¥¥uª1/2+(r)H[d"ªOúå#þál¡6-á/m[J-J V °1/2 õÿº¹GtÖá"Xû a" 2:9
dh a" Â" ˆ£Ø Á±Ú}'$,a4 NÂ,pl0^AAÁ -
Šƒcb 8´úbƒ MD*á @`Ì ÈÀ¨R

MŠmŠýl-"Âz-CL%h
Ð`1/2ð×"
,¨eL! Á ` ""#@Â 1Ê ªÎ""
!
!
ÄDEEDDDDuúªÚj#ÿÿÿÿÿÿÿù6×õôŒµå¸ †::ˆEB B' s¨C0\ï Z< 2è-‹¢9 óÄG è3AŸ p!
9 l > Š³3/4" f)0Fa HMT&ºa8faºØ. ƒ‰ _ ü"r ,†Ë 1/4ÈüZ d0Ù >ïï8
f3á

1/2h Áè"7vFí Æ
3/4tšÿ÷}ô‰;ºÝ¦qËÈ5"ï 71/2º.š@ ²-'y| ' A¶ Á(tm) 8ñ"ù -
"Óù1/2ŸÉ 3Mƒ"Ä2ŸÍò- fŒ£!åó^
´
#¬m"| 9<‰û r
äñ ËôƒªMëÓÐ}·z(Ð@í=nþá¶Þwu[¤ ¿oÿÆ vÞ û êê›êý+þû"Óÿõ Þïë1/2 ï¤›ô›õÒoZÓûßOÿëðD{
úÿ,#ÚWÖ(c)7;ú¿ç ¤Ü -ÒoØ"=ýj-ô¯Öÿ÷ýßû÷÷÷ÿ§ïßý¿ýÿõwïO×ïÿùý¯Çïÿ? íéuÿ{é_ý÷O*ÓvzkmR
~+3/41/2-?^:3/4¯Ž?ýûcŽ¿~ÿÿ÷Þ1/2böýú_¦ì ü/õ ú_ý¿ïÿû}o¿÷Jê"õ ø¯Š
#S"üx.Þ•ÒÓíé7þþ-ßO úý&ïëŠ
...-íÿ ¿1/2¿÷ÿû û÷Þþßÿ$
¦Ýó^"×û÷ûÉÿw÷û?]·Ké üÇ ?)ÿ ƒ Þº
º_ï_ÿ3/4¿ Òûìº Oúú A"^þlDÅ÷ÿ>{ã"uß ÿ ×¿__ˆúWÿïïæ:m1/2_üÅ3/4úíuÞŸÿ~þûýn"¿¯F!ïÖÞ?e
îÿ ··Ì9œÎë¿~pÿû ×}Ö;o9
êÚý?Ú÷ûþ*ÿßzB/(r)1/2ÿÿÿk·ëúI>éÒõõm-¿ÛýÛý÷ß¦ý´¶4›ö×cÞ·ÛK{³¯çX-vÉ ÃKé"I´·þí~/Õ[ãÿm-ÿí-ø
kÆÚZ± Òm:Ã
M(c) I... Á 828F
$ ‰Ä ÷†-µÿ{-Ý°ÂK¦ƒL 'Ía" ;m"•á-ï"
=ljÅ! ¡ Ljæ @"' Ø0R&
,!:N
|6 É9 Ð ,

ð!8.Æ "øA"Ë†Æ4ÜÌ `Á D.X D((c) Ý5ê ¦3/4 OûÅ}ÿî¿×þÂ¯b*kÞŸ(r) ,0B
Ê( #üÎ µUOM5[;(tm)Ð` "8 Ðe
Z Ž Tá"Ñ*Èøˆg¨!¨¤"""&hDDDDDDDDDDDC:äºˆþ´¿ˆÿÿ->gcDW*F"·-2 d "à¹ÁŸ \ ˜
†ÁsXÍåB HˆÍ 7œdpätFÁ
"2(#A
Æ|)
œ4 0Ø 2†g-eò<f! ...ó, à0|0V†|* ÃcËr' _þÂ 0 Ø‡ ¢?a ¨AÁö¡
|4¦ ÄFš-1/4>º¢á¤Ï èÉé1/4óŸÉ 3M"?né
áÓÒ' rv
3/4h3/4`ÌF 7Ñ~êE Ò' i¦K Éâ#Ëº 7 GÅ"ëÿ
Ëœþ
Ó/ƒ"hºAœ"EsFO1/4ã¤ m¶š
A ÿwA6 #(r)|Éô ¤
` P4O6üzÒ¿ÿýÐOý·
Ÿ1/2ø"úôÝûi;ÿ¤ÿè'ÿoþ(r)µÁ ïÿôŸu §ý¿ëI¹Çÿ·ÿ{yõßÿü -ÿÝ_¿ÿ×¿× Gµÿþþ1/2ÿIÿÕ'Óç Wþûÿ§J3
/4ÿóý} Þý ¿ºZ3/4ßýçÿÚïý¿¯ÿ¿þ•ûã ªú¤ûzùü ÿ"ïê¿ Æ¿ûì ý¿ÿÿ úT;÷ß ëí¯3/4þ"ëïªÿÿÿýt¿wãÂ
ú¤ûýý _÷é/íŸmì-3/4" ý*û_Šãþú _ÿ÷ã ÿ,#þü‰¨ý-ÿ¿þÿ,}~Þÿëí¯û} þ"ýá èø^ÿú_*ð óX.K(c){~
N nÅd ƒÿø/Ÿ¿ýûá´d^+|÷ÿ[û öùÈÝÿ}uûÿ*ÏßÿÿûÈƒõ...·ÿø'•w_s ÿÇ*1/2| õëßÞ"˜û]&ýð yp
ÿÿý¿ ¶Þ"þjñ1N ÿu¿*u 1/2 í÷ü!ÛÿÚƒ+Ì
ß÷ïÞd=¿ÿý÷û÷ ûWÿ1/4ÿ3/4¿ÿßïýÞý'ï¿ ñíwûµýÒƒ`÷ÿßÛÿõûëmý73/4ßÿ'¶-Ç¶Ú_Úÿ ÿ'oŽ×ÚþÿíÙ#ÿ
ão¿ÿÛK÷µý†-ì 4-úÞ-ÊQ Í¦ HÖ Š àˆN", l-°·¯"
."kH0ƒa,,!: ‰Ä|
Fa ‰,1T÷Ã] ?'Òdt ‡ Dì %B"Ø"÷ÿc
Øg $}c 0D Ó¸¥÷
UÛ^p+Å B"Nt"v+µûõ"
ëkôºa;ûTÐa~õïí8j!¡ ":'
‡ ëŸ@Ì øPÈˆ0B"""-4
ð GQˆg Ž"1 DDDDR×_Ö¸ ÿÿÿÿÿÿþYôRn\edŽÊdËb´dq˜¤ [ò.yf,ç¢, +"DO9 6]
A <
ð†ÁƒáÂyèÆGD@¥óÁ£"c >¹ß'Ø DtfË³AL"h!Œ SA"ŒÉ>v\ .!°¥Ã ,Ÿ ¤
† r@0f . l02q›
P3á˜N
ƒ GââÂ ú¡Ä Cåi(tm) §""æ1/4ƒðˆ& 0
# Œäs
Œ!ha Þl0h è ê
œ ð...Á1/4nƒ¿aÿ
¿á¬>ý 3/4Ðf 3ŽL ŸuáÓÿ¿_ï ?TJ("3/4 ?ÿ"ƒd0êƒ# °šŸ‹ø3s5D¹ f£1/2&í'ã O
ðeó%QÕ"d£#È 9
} Îœ$ r,EÎ
Ä øÖ(3/4ƒ H : é;"¦¥
@ °êÉÛ """ Éé1/4ó Ê-

<

Ð;ÎýÃf(tm)"
Ñ#/ƒƒA
¡vŠzºN÷úO _
ïÿÿA × Gç-Á þ nô 'A àˆüãÃš6 ïvÞ1/2 öÛKßo[÷ê Î?"í¿Ûï"§Ý{(r)-/ÿ Ý_÷ºÜïIµéÒoö×ßïÿ

á  ûÚúíÓû}ö""o1/2{ó¿Ý/ëÒÿ¿ùT3yÐŠFK£Píe,
º&Æu  ¢²×ÿI_]',#Ïõ¤ß×3/4"ðÐ{ÿÿú÷ý  ÿzêç  O}¿Þ-Zß×"×ò  <†!(tm)    ê!¡    †  œŒ
    ƒ  Ã    ¡  \ DO
ëÂa  FÆN3,  º&Å(    @ƒ¯÷ëzûß^"ÿ(r)þÿÿÿÿµõþ¯ ßûõ~û1/4õ÷í÷^î¿CWcŸÆ  xO
"-  AÐOPž(r)è  ØDc<â\4Jß÷"ÿ;{ÛÛú~ÕÇëõÒ¿ÕõµÿÿW¯}}ÿÏãºöïÿc_Þ¯    ×z3/41/2  q¢P    á¢VØ-
O  166N  /èŸ²- w    3Ð  6<š  p`ƒ AÚk
D×f-  ›  ô"¥úZûoj+  ÿ×",âÚÿM¤8õ¥  ÿ×ß}  þý_Úÿ[oÐ t        Ú
ƒ    A  pœ8Â    7  / MÓõ ƒ1 Ñ
g    lC†  ï"õüþúûþ3/4ý¿ßõµÒ3/4ÿzÿ¤ûûÇþßˆ¿_÷#  <'A  è6,n    á  ¤ð-wI3/4(r)1/4ÿ¿O×
îÚ^ÿO⁰²=Ž*Ý'ÿ_[öÿ°ïëŠ¥õ¨öÕûî¿ßï_ïÿ]  áêõÕ×Z*¿1/2tõWµÿß  ×Ó²    }ý/WmÙ
•þ?^¿  Oø|  "òB  ÿß~¿ÿúoÝz$]X0œÍÝ3/4Õ¿O3/4Å
¯Ž3/4 ,ÛT3/4¿PÃ÷  ãÿµ
;µÝsÅîˆ~  8d
þ  p_éüûãÒöÿ¿÷ûÿwû'  Oô:ÿãþEÕî'÷úÿÿù*  Òkß1/2]Êrÿ(r)+('ýþxÿób~~è_þk  ƒ3/4ÿý}ô/ïþÐº  ÿõÿß
²  =}  ó)  ÿÜ...^ßôõ÷  s¿ï[Åë~}  Wÿÿëÿ¡ïëœ  ÿÿî¿3/4Þ&:ó(¿üê×†œ1´¦
ÿÛA  úÿý"×÷ßß  --¯pŸ]ßû,ûïÿo¿þ  ßÿÿc}{è...  ¡ÿ×úŸÿ¿ë  ÷âlÿÿÿ~µÿü‰'ëuë×1/4ÿÝ¯ªC÷÷êÚßÝ7û
èÁÿ¬](r)r-ßõÚû|ú6ûÿ¹^  ÿ{õßü,áßm'¿ûÿÿý=þÿûÕÿÛ¬}yÃûþÁû×  ß_ëõ:¿ö÷×÷ÿºþÙ
Sÿí~Ž3/4ÿþÿ¸_÷|ÿ¿üÿ  ¶×Î  1/2wÿ/Ù÷}ußõÿ·|/ßMìt-Úû  "m'>ëö  MnëÿzÚû  ë  ¶tV¶H^Ù    Kÿû[
Wÿ´ž=vÉ  i~þßÇõuumþúZª¯-îûØ_ Kÿƒ    |m0g@\øIƒ:×køÕ²jÚ_d  Ú£1/2²´b¯am[  ö  /
¶Qÿö-ÿÚî  •C
Ã
¯úþý¬0-..."$  #¢,    ,"q  G`^"  \6    (tm)µÃ              "
      `ˆ  (  Á  DP    Bt    `Ã ƒ
×†(  3A"  †  ¦Ã


(iZ¶

        'Ô0X0"
àÏ  ü  qY  àâŽ
    §[  A¦GGÒfÐ`  Á..`Á ƒ    A,
ƒ    äAêÆÄ$  ,eâ  h
fÁs  2pH  ‡Œ  l-ƒ‹Þ?á    ...C<x_`ì/ö  õØ0@Ø2âÅ  3Á    cƒ@Ø¨¦+iŠbL{OµNÑ81
,    ‹M8¦)  b-â¨0šøÕ  }'-Ó
ÿ~š¦  ë×  ´í4  5¦    i•a278ç}‰oob§"Óì/(c)Ý    †  0  ...,`¿ïèù‡
§ü0(c)ç€Âi,  ÚÚ́h  A"!,        EãÑ  ;N  NÁl Â:L×
Œ(tm)U,Ï0`"DDDEÚdõïƒ  "uB"
    `"DC+tB""""""""""1  ÄDDDDDDDDDE  Òÿjv  8ûÇù  ¢t¦  3!ò  æ@£"u}Ý(tm)  ""ÿú,"9    Ö    ª
$#èó²Å1
    Ã  Ð>d(c)JéDD  ,-G'    Är'  "  #  /  ‡""Ùôdr¯"¯"<æ">GÎ"ù †  AÝA ø@"  -<
é    ã$  ,  LGÁr@†ƒ>  ØR  r*2q›
ˆøZ!k  XoÚÜd.÷  '†  J  <!
      Aç  "âÅ
-  Íƒ  €l6  Á¯.h    ó 3/4  b,"-
NûCÌ  Ã¯¹¨Ï...B    ?Aþºùè  ãîúü|?á  ÂxMtNíV‡Pï^~E  ð‰œIË,ŸÝ÷¢C  D¡Ý[A‚D,  Éâ  Fdg'
f£qü""¦è6  ``è  1/2"Oš'ò  ue  ïˆÌ    Á‚:n‰ä  xqï‹
    1/2"d    èë  £äO'#žŸÏ:`Î  '  è@óú    Z ñ̂  ž  íÁœ:  fGM  Œ  Ÿ:eóÚÎ:  ÷S1/2  w{ÿƒ‰é  àí

    Â

, ß 6ªðŸS(r),
hAÃ
àý ƒo@ÞöÿÍ§IÿiÜ mÜ ô }
ÝÚß GÖÖû[Iÿwü˜dÃ!' F†DÌàþÚî-ÚMÓþ"}ZÛu¤ýáûúý¿ÿÒ þ¿ÿ ÿIô¿§û(r)ž tÿ¯åj:²0Žd
ÐR Rƒ6("
‰ `ó Â"Š DIÃ°(tm)
CF\Í'@‡Q~ôÝ"ôÚ_ Gºë þ¿ýý ,/ÿþ"}ÿÿ G¿ÿöàˆ÷ßOÿ"÷_þJ...
"" (tm)ˆ‰8; "ÿM<&ƒâãÁ
¡ |..."4#bÿ1/2z¿ûz3/4-1/2¯O×ÿÿ3/41/2ÿôf¿ëÿý¿þ3/4Ÿo_1/2t›íRuóøûxL Ðø1/28"µ CD±º.èŸ³¬
-Á'ü"âqÚ%m ±ÐxOÒ¶ÒÞºß~¯ÛqzxÏûßçúqûÏÍoþö˜-ØŽ9ÿÿÿÏãúîý?Ý ¿ô?(r)è¸hŸ´OçHêGÙÖEÑš 6
ÁF. : !è!A
xNÂç£
"Aà ¸ ôHw ãÿú÷Š÷î"ßõ^>ëãÿãÞ8ÿO cýÿê?kzß¿K}êß~-Ad Pƒh ü'è=u× àá7×N/
´›Iè (tm)š oU{K×_ ú"×ÇÖºûÿ-ý¿öúïë ÖïÓý¥tûo_- ƒ ž¿oJëúun-ýwÚtžž x^•[zûïÞ1/2nÁ*_kê 6
Þ>þãVÙ 3/4+
wá(ëõ¿·ßÿuïâº"Kéúéïøê/ÿÿÍ _¤Ýx]Ý'J1/2wÿ] âÿã¥s ä( ûúõ²-¿ ¿ ßûêëÇ¤ßé>PŒDu0æ]Gµÿ×ÿÿ
ä2ýb5}tñ
mƒÁ/þÿé°Ã´¿°"EaƒÿïÓ<srì7ÿ}tNË¿ûëÊ.¿ïý : š t´=zÿë×ÿ,1/2þŸêŸŠ¿ö÷ÿ%ÍÿŸñPSü- Ö íú3¿´Èþ
A3/4 ÁoÂŸÝÅ÷[ö]'ûñ{|_ý úÿoÿþc †3/4úÿ1uûù°+
ÕjþÿèX7ÿõ>|"3/4"ßÒo(r)# üùïŸ1/2?ÿz ÿë3/4-š1/4MýüÁ>":ºÿ×_(r)‹§ú¿ÿÚ ÎŸïßk~Ú_æÓ0‹~coý£
M£ŠÄÆ(tm)þÿ7íï÷‰¿:Ûû}ïµý÷ÿº_ý~ÿ÷ßï
Ÿû×ÿ¿ý~ÿNŒC=¿÷Šiw œŸü}ÿuùÃÿ 3/4ß¿ÛúïÉ uýG3/4 ¦ÿÛþûÿïßÿþ-ýÿ_¶ŒCû[^÷^Ÿÿ ÷ëý ¿ã
þÿþûöýþÒ{é×ÇþþÛÿ¿o}{ÿöÎ‹lè¿ÿý"SU¿êéýºoßºÿVÒïþû¯ë÷ý"Ò~¿ÛßïïÛö>ÝÿmØ÷¿÷(r)Î‰²-·[d?òBÊ
=[
°Â ªØ_ì'¶(c)õû ýs¢~6ÖÒ{ÿ¿öúµõþ? î ÿ¿-þÚí"-§Uôµt¶ [Tá(r)Ø[
Ø]† [>l0Pƒ 0SÀ"
ð0 °€ ,!!"îá°ÁXa í¥õi7ì0"
/"a'î
%
¶Quïì41/4%ûö UBpÂE ŸÞûw°Öá¤ , \6 Â S >,"L !,
'ÒK$C 3ƒ`Á#0bD
fÂ !<S i±Û ÿ±< "Øâg}†•-¶ƒM3 Š
a"˜`§Áƒa]' `ˆ"
)ÍI6 Pša2;( G @Âš à... €(r)N Ä...00 §- fÄdœ"é G Œø.Å.šëïí/ª Ås¸-...ÓP] Á{A"
ÇM °ƒ[V(ø@D"@lC À{b˜¯Ø""¬!! (!¡ïqZ_ìˆÿçp¿"{|5†·ýëi¦ ,
ŽˆF ,
/
Pa 0L! É,
! `ƒ F×òCþš
'Ý§f 3 iÃ
÷¦w
aSM4Á b" Âj ¦(tm)ì
dea ˆˆˆˆˆˆ¨† G a2œ&ˆ' ] ˜ˆ ˆˆˆ† ˆˆ‰èDDDDDDDDDDhxˆˆˆ¸Šûk¸ñ-,
M^?ÿÿÿÿÿÿÿÿÿÿÿÿþY ¢È(r);[Ì†Rn 1'C#ùØ"W ËäPJR.YP,·* u -
ô/ÿÿÿÿïw;ª%7•Å¢UÞSàù ä° (r)± ùÙ úÕßÁþãþ#ãïõÿƒ5ïûýÃ ¯ä¹ "I¢ 'ó£83
¦Ú(c)Ã%#1 Æt Œó¸ˆÃ& ŒD1' ¡ Eò ÌÅ"Bå Ô! CÂ"Œ¤d4I'ÐSŒ ô" ‡% PÈ'Á C
f$‹,Ó " " PG A"B
!, ?¹ÁOŠI'€€ "Š 0 ¢NÁ

éá
 ×ðƒ' &|BA    A-" Aá4 Óuj-   ÿ¨MSÑ!ÇÿÓO      ªziûZ% Dñï        " Â{    "7rQ‰pÑ;
¢æåû   0G\Ögä  01/2Á|&ìÓí6kÐ~ĩMm  æ  ODß/è¿`ÄÝš     `  è
o!3VÂ-í•  \I  2^Ñt    Ë-G9ÙA‡A
è8‡zá:  8`ŒÐ4CÙÁ"ô  _A
ô
 Á
‹ B,

 Á8‡öè   ïÞ,
‹ ...átÖ"bðž  zMö-]=|-×ÿü--6"p~"×ÿªõkºI=té?AúÕ(r)/1/2ÿ×ÿÒú~Ÿ  õMï]SoÞÚ[Q¿}7]tÿ_ôü_ ÿÿ¿bu
~¯ÛKä|ÇuÎ‡þ•_î"uÿë'@ÿúš  7_ûwÿË‰Çþ  ¯ÝH  ÿ  /¶ÿ×¿¯ÿ§
ÿá  ÿÕ/öAÏÿ:  Öõ²  ÿð-Z^Œ7Bþÿý  ûÕ  ëï}ÿ  GÿðÚ.ŶûÜüàRM  Çþ‹?¶ÿ  ´§  õ÷ÞŒ  þÜä  émooÿ
!R
÷^î_âr  áuZWþÿÿin(c)  þ"i_vºZ_äOn¿ÿë¯"óv3/4·{  ßé  í§ÿ  kÞ¿ûa  ÿÿ^×ÓuÕÿÿ¥Þ"jßß  ö*ikúùÓÓ
Ö°cccÿêÂö¿t-[:/í/×¦;[$~é6t_ìVÚØ_mv  VÂ°wÛ!c_dÿÃ[MXiõ3/4Ö×ºm.Û
Ý6  °S=3y¯.Á¶  ÿ  îíÃ        XM0  ºÑ    AŠ    †  ›"'t

03/4%ÁxfÈà€€bw  p  b
¡aÃI†
x9-ƒ  `ÁO    0DÜ-  bd  ÖÄ    ß
x  ´    ,"ð¶]Šbg  0›    V)ŠÚü  ¶÷á5Ó!#  )æ  S      Ä+Ø¯Zd#Ø/|÷ú  ¦¯^ì-Ø&  ÓM{¤ÂùÝ5M5
XUA"  &¦€  "
îŠ  a2¶è  !$1
  "ºÙcé,    0"D0B"
!  Q
    ^^ÈZK        DDDDlDDq  úUTµÖ-JM...ÈÀ3/4Ô·
Á(ª(c)  •Ô   ...;À¡
á  `¥éŸ  -ëÈøÄDD  å¤§'ò:+FdXÏª)gÂ2  $CS°2Oá;ÿ•Á¢hú;  ^¦AåKps´~-KQ&f2@‡Å  @çQ
a  ‹
    ð   "ÊëX:6Ë?ƒëÑ   /Xh0...w õ  ÿ÷ßðÑ(hŽ4   ¢ûí¿ÿ¿!Y(tm)  r<tÁ,  iÐ  Ú
   àÛI  õ  ÿÿ‡ÞÒÄi<¦þŸ  ;  ¿8F¦"BŽa^F²œ  2è¹(c)±  Eí-1/2oM¤ü  -Òl‹šfy:#¢s6f†t  •Šc%isÌÒ2'  È
§  Þ  "â'"±B
,  °!0A¦æÅ:œ  Ù    Í  NHFá0ƒý;ké7þýdL(BÐ"Çv  a
 !(tm)    ÌS1A  a  LÉÅ      "  @ðÁáP  ¦Ÿ¦  ÿ4  z¦Ÿ×ëºëûÔº  a›"DcÂxAÿ¦ž    4ë‰1ØD
   fn†\  p°(c)õ  â  ,nàÍé‰º‰ûÿ[izº×·×¦Ì  "Qw
   Ñsh°S‰7}5  ãDø2D‰øÅ  ö‰ó!ÓÍ"  <  l  Á"ð  Ú  ‰º‰ÍîÁ,
8Ât  oûÛÿ^>þâ-¨"/H  ÚAÑt¦ÉÒi†    Á"è  ;  †  h  o  ð¨Ÿ...c|&á7"¦ZMê--  úI[ÕWÕw¯}}=h
Ý  ÿ§"",
  oêéÿúÕ}  ]?ÿ}õ¨Ýµ×ûßÿ¯]/z¶ÒëW(r)ÿÿ_§~º1/4%ñw~ú-)n+K  ï÷ëãÆ¯ÿ~.  ª|...-õþP
üq^(r)"¨áSµß¿äL  ¯1/2}ÛIÿ"ü  ÿÿ
úÿÿ+ß...õZÿ{á  ¹!Ì:÷ý  (r)¿_ÿÑ>ÿ7  X  1/2ó"Á  íú(tm)(r)/?P*...  [ú¢Wþ§
þíÕüàYÂzEÏÿú  üi¿¶÷ÿÿüÊôþßz2?ÿúõÿßÚ
ÿ¯ëÿöÿô^µþÛ  -ÿïÛÿÛ°ûjëßßU  wÿÿ{  ÿ"í÷ŸOÝ~ÿªÿfÛÑ~°[ï*-ªû¯úä...þßÛ  öCÿÿ¶-ß}¥-ø[!!ÅÛWM
ÿÛÑvCM¥N  íÏÿû
a}²-íû
¢-³K¶  /m+ûÛÉ°m¤Ø[4_¡¶        Ã
ÃJÂÂÙ?î0žØM†  _ôjžÁ"

†
  ‰`Ø`‰¸6
Ž/°ÁU G@  ,  Ã  ê
¸Î
  3/4þÃ
Ã  3Ŷ   ì0°Á    àa^66)°°ÂO
Ù    ØF
À§  vE-Á,Dà"  ¸0@Á  bañ¯  ±Dh l¨  {  "  JÂ'À'1È"  p    P"Å! žÄ&)Ø\"x`ƒ
Š˜qM1^Å+  ˜ʳ(r)¿ka›  NÁ{
ü0U°[L   öƒ^â¦  Á3Žƒ              ,
  ˋˉN  I…´   ÂaPa  e    Oaa0A,    vÊFši¢C  Â   DDDDDDC  Ê

  ˆˆˆˆˆˆˆÄDDDqHz_°RÊ6  ê  ÿˆÿ)  .Z€(tm)6$ìínÙ]hjC2´/•  É¸P¥}^v()Ù  ¦éÿó²¢Oíí¢g{ÿ&Ø1/4ìJ!U
þ@ù7$È(r)àéçe5
;Fô=ãÐý  ßûûÿÿ¹Ü?¯ö¹  yÐÊr7  HÄ}
Ì\ØÍB  ER&!   J  c:
è!N/&â"^ò¬    Õ    LD21    P    ‰F
Ù'  '3b, ÁÈ€Œ  N¢:Éd‹
PfÆt    -  0†  <".5Ða0Ÿá0†N  ùŶH  Ä37    ƒ"R3
BR      Ä(  àÌ  xCáA  Â¹ó"j      Ñ63 B$@  ,
 Pƒ  ,  Ñ(

0ƒPŶ"áLÈ    0ƒPA¨A"-ƒ ƒT<+Å¢P  $ãØˌªž‡%†`C¨BqA0C
Ì,a
 Ð0ƒÓóÂ  ÓÁ    ~    <&ƒÂi  ãbÑ(lK†Ó0ôôÂhi±-è"
  ÁrxÑ  DþQ¢íCäi1/2
@ð@ä"    ¢þÍ9O¢ÿT  OMSÂjˆÇh  Ñ+z&>šD±Ëàaši  î$Çh">&¶‰ocb]´_¶TQqšl"  '#ðfÂò    ÀÁ

É(3/4lOÎ\Ú/ìôƒ
,
   t  -!  6,
¤×WAÅ1/2  -ÄØÑ?
  ">‹†·ú.l  3ò5(°8@è  6CÂ    þ  $    A;Š    ,  Ð 1  Á"- 80  ´  lb  ¤- n  _OOá
ƒh'  á7O
Iéë"Þ°o(r)Ŷ÷ƒ  7  88A

I¶›Ãi6"tÜ  éU¤úW  6,o...¤  ¦Òm¯I°}§I°÷
Ýi{õ¤ê0w¥×WÚ¿¸÷¿^  &â(c)Òn3/4(c)úÍêú}úzz~°éë(r)·¯ý  é÷Û§  ßxìqªÞ:ÿ±ÿôÚ]}={¤ÛŽ"¤‡OïÿÿdqA
?Ž¯RÿøÿÖë  r,*ÿÖ¬ˆ¥ï×  Ù    W_öGÈù-
Õ  ?Øü8êûý~ÐÿB:úd]7ÿßÿÿ¸Cúÿä-Ŷùeÿïƒ¥Ÿÿx¯Žˆu  d@üƒÑÓÿÿOÿ÷ìƒÿÿù"  Þÿ×ÿÑˆ¿}þµÿ´O¿ÿÙ
žÿ   N  ˆÇJpŶ   á    2-œ
ßÿõÿ]sƒZ.ŶûÛÚ  ×ï  ä   @ûÿˆÂ
õáˆÉYVBÿÿÿB?ÿàï³ÿÿÿ-ÿè'ûÿ*0-ÿóÿÈ"--×ý  3ÿ!W  ^ý+þÖ÷ÿúòŶ
ÿÿ  ÿ÷-  úß*÷[¯-  ÚÿÄßäKwR7ß*1/2¯úÿ÷ß}¥  íÿ¶•{~3/4Ú*¶tWä?vÕ†Hí}ïÂíÿ|§ß_û-ßûÿ˚°¿ïVÿo¯û!
§Ü  ¿1/2³¢ÖÂïkkamXauLS$Ø+
  dh    D°pÓÂò  ÞßíÿúéÝÑzVCÛ
e
ÖÖÍ‹öÈ}¥  ÿí+ÿl&1/2,¦Ã_l&Ã[[VÓa"

† E"Ã  <
"ƒ †ÆÅªò é‰œœ-  b,  ¥d?µ´3/4  °ÒA"
'±°ÁXiÙãa"-&ÂÙ?Û
    °ÁO¤Îò<L0H  3a!Ã†ÈÝ   l$gÁ†Â@  ,  Ã  a,!Àƒ#'r
  6!±±Ç  òNšd$/ã⁻d÷ðÂM,ðjÃ   2:

$Ã  ¤GLQàb⁻⁻plS    ‡tÃ⁻  ƒ.3    cŠcB!Å1_û  ì-ˆZqLK{  û!-ÈH°¦  Ây"Á5B#3¦·
&±Lg  ^¦)  ãb£kpÂ
-"  H"Šb⁻aO    ...Ì:
uødS i,
¥kÃ    ªaUPa  "!'†  ,  DDDhþ""9  0¹Ý5ó:
Lá    ˜rC¡
    C    '

    ,0@É  #Ðf^Â    M´-†  2=J


    b-    N"DDDDDDG    -"""#ÿÿåœ
<
Î£Ã2lZ†?ü²-s"q  #1/4  ‚œRr'  °rpçP‡P°ØÏ....  ‚ƒÈHƒ¥PS  °†Â'È ‹ŒœŒÂ  Šx(A'àƒ
ƒ^  3/4ÿ¿¡ñkª~††  ÷ôîMÅæ¿˜!Gþ‰CwDò‰õ  èt  >fdùW  ò^  Éú§ëë¹Á˜3þ  n      Éô  :  - m,
#þ¦ÿB?ç?è'~  3/4    ùÞ    ôƒ~,ëIµ¹ß·ÿ  ððR  9"ôs'Ùß⁻þ¿(r)"ô  'ÝWô(r)§  (r)"pì    ,Á¨- ÿïÒçw__
oÓïï÷þ  B8Ž#ïûkî3/4Þþ×tëkþ1/2íô,2U&š,ÿ×Ýu÷â¢*1/2zôß3/48¹  dA'
¿í  ]_}¿û×ÿûôÿßí^õÿ|:ÿÕô⁻ßÑ¡¦š  G~ÿ÷ßí²  ËÿK⁻¿ß(r)
    MÙ
    Úû-  {  ⁻  â²F¿¿ÓkiZÜ7û
ð  ï  B  µÖ1/2×  Õ>ôô¶  ÿÿ·ï°þ  Ç{ø‹ÓÓU  ÿkßuï
Ûû⁻á.Ÿ·â""7ÿú"÷÷×ßù'ûù  ¿ÿë(r)óûÝÿ  Óûïÿqñ Ýwÿm,  Òoïÿ  ÿ¥Ç(c)Òl‡ÚÒÿþÁÿ[Ký†"ÃKa"ì*ªªÞ
    ¡Ùu",X4-m;M°'
Žž
*Pf  Æ  a   ,  a    °a  ·èlPA"Â
&Ä  @î+
Pkÿÿÿ5þÖÔð  Âa;LŠé•  :    ³ÀA"
!
!  >'      ^^  é}Gÿÿÿÿÿÿä  *d/;KEu  ;  (tm)
  D"  'T-³3  "d˜eh"Âõ-ÓÑ6  È^W  "n\ÈPB
( ÿjHy)ÈNW  ";[  ¬-¿3/4  .ó·ÓFSÜì~~  ⁻É°L
$´3/4S  ˜1/2ªßê¿ß•ÖäßÂ  ñ  k¿è²Ã  îwÿ⁻ÿò
  ¬y×ù  _ÿÿûò0%oa  -÷×^ÿÿõ  "F^#y)3¤c"  4#b,
3/4ÍIYÅÈÓ'ÁÅ  .,  CÁ  3  8Å  ãC-  '-T<Ù  ...Í  6É[:  á  G$‰±    "Â,
œ  Aæ,    qa<"Q    a    ?OùU/ÿó4DD
2(‰Y  Î"CFÑ›9›ÍŠh)¨x  f"  < Ðzd14,‹  Ð1/4&ƒÂh4?OD  8"êš$<"Rxÿ  6Á
  9(r)£?Ì  YÐ  Í  pŒ‹
Š‡•A'  |È  @D  DØ¤0...  "    2œd  Ÿ2q
ä1
    0†  4, âðƒ  =
§¦  Âa
éþš#  è˜í  ¶‰ôèÁ‰¹  d    œÁÁœ*‹ü¹Ð#7A
úA·?ð  =Y,³¡  äb:

Ä{$ ˜¤,60D A 9 rvE
, a t ‹
ñ
k 3/4h) ‹"( Œ h@ƒ Aq`ì&ƒðš 'd AØM
ðš"ð3/4ƒDœa ¶Ä×‰¹¢sq7SÈÉ ÆtÃ/ÁAŸ'sd_A
A ƒ´Â Óuy$¨81/2
éþ›Õ î - a
ôEÇxAÞƒÂi¿¨A¨L Â¦á
¢N- 1Ú'o‰²‹›!èÙ‹ "
¦‰Å ÆÄ"¢þ‰û!è1/4gºÏBé@ Ð l ðA¸A¸O5> ö† ˆB,m'é1/2'¯éî1/2&ý/ë~ºxL* ¯ Z%
%Å ætÁ˜¸3ðOTJ D¯†&ÆèŸ°d}
À " ,
, Áœ M ›Š fm É Eå ' Ø0Aá A¸">,
ÂzxWºWV/é þ OTõûý×ÿÿõÓ·}‹Z´NÆ‰`rþ‰ò$h"dˆêGØ3 P l Ú Þ Ë›"ú7P
t ë°ƒg^ v ºMÁŠ 3/4ºn =
Š Òn¿Þ-*µt›úºë¿¦ÿÕ:Bèn1/2 þÄ"3/4
z{ûõd bÊè x n t 7 CÂ
ú 7
I¿- -(PAº~ŸIºún*éÒz¦ÐVÂ(r)ž¿(r)Ÿúz~· ÿ_¿Ž¿ïÿÙ °l, {ÿÖ›Õ¤é:è.ºÿé÷ÿIº-+Úo(r)1/2'¤Ÿ(r):ßêÅ_ì
Pº´ ÿÿ×¢ ÿßÿõ¯å¨ÿ â-õûpEü Ç}÷¯~"ßÒoêõ¯ézk_Bÿö¿ýëŽ˜:ý'tïÿÿò<)×`‡ÿÿ1&`{þ¿Ãré#
õ×_â~(r)-(tm)vGÂm
u ¿"ÿÇQxûÿõ-_ú÷ò =üƒÍWÌ ÿüÊô¿ÿÿ¿ÖÿäÃAd%ëÝúZFŸ¦÷ˆŽE×ÿõÿï}×ÿÿ÷ÿó w qÒ*þ œ
Ú_ÿÿèºwþ¿þ¯ÿó(r)éf›÷þ-íþué¯ìƒÏûÿÿýs 0OüÊ÷õÿúë9‰ /ò ï÷ÿý[øO(r)1/2ÿ*~1/2ÿïÿëí¥

è<_Ì'¿ëÿÿ÷ÐÿÿõßÝzß×'ˆ-ëÈžï¶--¯Ý~µï^ûugDÙ#"-²öOÖ¸[]´ºm~ _üŠ¿úû_uÿÿÿÿÿ_ ¿uw_Þÿ"VÒý[!ÿ§
ö3/4HKÙ"Û ´êÂì0TÓ°[†-...†¤O³‰ƒ
ƒ `Ä Âª £ ßÊŒ7× õ÷_÷1/2úïÞÚ" í k ßúÙ ÛVÈ{}¯ÃI† o
"
.Á{a...Lòa,°`'˜1 , ldH 'aDî
) †Å. §z->(r)1/2þ·¶¿kõ¿m ÖÚ] W]¤¶•" anÒa'5µl%ðÕ°· Ã a"
ƒ ˆ S " Á¶ ^3 Ž6
4 ØÁ 6 Œ ìS Îâ°Âö
Šk-¯j¹à Õ{[:¯l‡ý¥"{i{a.ÌÝðÈkl'Zzk°Á{³I† Ø`"
ØÁ , `ÍŒð/
[ X0"4 D "ºc<
Ó [ | é-bg x ŠØ^ -,
*Ã 3
På9ë " * Ða §°"êb""":mµa...†•,ß
l 3 0 "& `ÂF€1/4 P@Í"l #I6 +
3 Ø0HÌ `Ì
l@@ØØÌÁ†*)mŠâ˜Ï ñ†)>)..." 2$C
º
È¨)Ê Êr¨¿k` "é, eìxˆˆˆˆˆˆˆÂ 6
Áœ "1/2"º>
"ƒ LQ˜0Å*lVÄ/b ä
b´aÅ; {A...A¦
é,ç"Âæ 4×< Bý4 a ˆˆˆˆˆ† ˆ'´""""=4Ø-ö!!Aˆ_< ÂÃOA"Ð`"X[ 01/40°Á5L a `ƒ "#† 21
t

ˆˆˆˆˆúÚh0¦€ƒ "¥ `"Ö"DD ! LAe1 ÄDGˆˆˆˆŽ""#ÿ\´...Ãÿÿaø" Ø°‡m"+ª
ÿ²p ÎèDb#ÿÿÿÿÿÿÊan+÷-@U(c)(9f‹éú×% |ìL0ud@²¹ (r)dq
‰'1/4¨ü'ó#¢:/(tm)‹çe1 3 `Èh.w ÿè ï-è
:"
; × Ê"wAB ÇñùÀ°Fw2 - Ñ
!›ö(c)0(c)æB¥ƒ QÿÓÈ(\î+¤["jƒ=A ó{šA`ˆ÷_úß ì, @AÌƒ!úêl¤õOùØöyÿO*¥Îý&àˆöÙí|}õ³Fpf†le
ž2€†, ø"d :žU‹ä b á
- 0D 2÷ç{" Ó(tm) ç£¡Y¢: ò
,çûëéÓ 5 <& §Ê
& 30@D ? <!éÿþÔ¤:ÍC8ÉÅéü œ (tm) @Ï(tm)@"âž ñ
&ƒ
°ƒý ¥8†
7þ.%"ÓD¡ôñ èŒwè•·Dø(Ÿ Íg.YOúND :3"Da2 Å<3â s6Dá `€û - zÚM¦ xAØL ûâÂ§
ôôIÛ""þý[(#ìÌ ²- " 'pF¸2pJ ß båÍü 6jÐA¨OB¶G-Úû3 @Ñ'
=x°¡
¦"¢N4J ÿâðš'o§dà ‡/ Ì\¹¿ÑŽÍZ',¢l`Ì`ávÂ]pƒÂ
ÁŠ 6 Ki§ Þ,
Ú¤ßOWÜCì-^./M Ž÷->J ›¥ô ¹"~hÔ
5<çN•" ›336H'}A dó:{M8†é 1/2&ô aBzAö¶G ºº ëvÒÒ¯ªxéúzþIÝ1êÁ'ó Gì'#bEÑƒSW
5Á ñ" tƒ ›Xƒýéè6ÁŠ 6 a.š "Ñß¤ü
ð1/2v*-'ßzJØ¯w{_LÛ Õÿjz1dXý" " ƒ †Òz§ Òºzéû×éºëÝ/÷ÕÿÿWß '‡õÕÖízä?âæ>"úÿ rV-"
ÓuÒM¶-¿ôûjÿËçºMÓÓÒM±ÿ÷_]}h"¹èÕ3/4ÿ¯Ýó0 ¦¿ÿqýþõ"i údpuý
j ÿÚU°¿Í +on¯ûñÑ¨Ä<{ïú~ºòðö s
oþê¯OWU† üœ? ]x‹ê*ß3/4ÿúþºÌ5úÿ~õ×Õ Þ¯¢}á ýzõë¯ÿî-ð¯Q 6Ôo ÿûÿ ŸùÔÿ×ÿ}]¯]w¤Þë
@õýí¯ô-/ýý7ý ÊÌ¥¿ú¿ÿTqßú ô›ïûý~p÷ß1/2$ÛÿKwÿkþµïÿ@‹ßá S!ºûè =uÞ
ÿ×Ü öµÖþ-ë¯j"z¿û~ÞÁ,÷"
BY‡*
(r)-¤›ÿ¯´žÕûX&ï¿zI¿ýwÞö×ÿê"J×m$›W_
' ÿl'lK Ù>(tm) a J ‹ß{Ú¤ßþ"tÛ
l Êú3/4ºö(c)7ÿ-Ù kl'l /ÙHûIVá...† ?"
1/4Á,G"D[ Ç_µ°VÁS 0Sà"YÁ ƒ0\Q
"×]1/2&ÿõ{!¯ ²-šV•v•¥¶'MÿØVÌÛ
*ì0Sà" D ÜžOmM @Á
±_Ã‡
‰Ü"ÆÅ 1I xbšj {JÒí$›ÿ°¶i6 [
...‹
"æ † [† † Í eÑtÃ - lƒ- 8l ‹" V7iŠV ‰`àÌ
È¸ ...|ð ð ×Ö1/4-"Óì ]l L n PÂ¦y Hð¨‹d ðáÃ`Á rS Á-ö+b˜ ,
qÇ "E±Wÿ±
b
¶ WÛ "
4Ð0Xk
! ^ÍmPj˜ d{â-¢""0@Á
8ã Ä#@aŠ¿ýˆ[ 0Ÿ 0š
&¿
)à,5ïÕ0 Á ""?L&Š'1° "#Ž"""""#ßÃ
j˜Uµî
& , Ã&¸)JçüD§B"""""8ˆˆˆ ¬2‡ pÂÁ"

Á ˆˆˆˆâ8ãúÄqÄWÿ&Ñ ¿úØ&cŠøKÉ´aI°˜t:ùoY ,dv ...nd+rl8ëÅ!ô"0D8d;r Ô03/4"# ü¶ mKUkä
ØùeÁ
ÖÂªËr"]z)óè·›;
",6 † † 'bA
ÖÂ¯È£óµ #'
)ÐCb(c)Ð"› É J >( dz×þ¤\ß;P31KˆpC€ÁàØ[ ˆc% 1A dAlD ¯A
è u"
På 'B7º/Ð@Èð?~µ›
¯á"Ò¢y _6U°a Ðð‰ |×ƒ8xAä¢¡CÞ1/2§› £ôK>ÓB
ô'0g Z q ï
àˆò8þûá ¤_ìC uÁ, ×Ó7Á(tm) ?ƒ ,7è$'}´(r)Ò¯}Õúè¹ý -1/2ÿ¯z ï êŸýér@É º. ¢>Gýz
3/4úAþžóë_ï-'$-D
HÉ
‹ H
yÕ'Gþ Ò÷ÝµðƒB- =º÷óëÓçbHŽ A £24 †FÇ§¿õßX xA¢. OÉÃ' :
ÿA.3/4•Ým ÿõKôÆ•"ˆä`... œ
ŸáW ?ÿ¯ÿAé¸TJ !þŸ"þôªƒë"¥Š.l L ªí'ÛÿXAá
...Aµ 1/4K ÿ ŽzÔQ~ô\Ù Eå ïù|ÍQ ¢îCµú\z[m[H8m žþ¿¤NÞ‹æ CÑpÑ~È}ìÃ&³
:›ì¯ÿ ƒz 7 ...'üC1/4B ð•a*ð´÷R:Â¶ _ý_ÔP@Þ l A û´¸_õ1/2i>"ÒMñO× Å¯ ì
"¸m/´1/2ÿ¤Þ mƒ Ÿ`è%×ðD þ?o"-ûúþ VP(c)&Ú
Å°ml--'9"¨OÓÖÞÈr(/ý&õÿ¯Þ"ÿ¦¡äŠ›ôBp/Êô-¡þ/ÿ"ªZUá"Kö¿æEtýÿ¯çD Æs¿§K¹ú...¸7Ií ù u¿m+ä q
þ?ï¿7/ÿÿð1/2`ýmùªÛ÷œ
þŸãë3/4 +NþôŸþªïõÿü"Yþþ-n"ó#-ôh Îÿ ÿ^-h _ ¯nc ßÿùÈÿþôþèÁ¿í&ñÖþ"úÚ÷ä(r)öþØã÷Ü
_^×ô¿¿öÖþëõÒÈÅôÿ éúÝwé¿ªkÿîëºô¿×ëþé¿m+ïlè'
0ƒÿÿÝûï ößæ¿ÿ¿l†›]µÛ_õò¬ô¿uaûïÃI† Jô B eÃ`!Ûm{_KÖƒ "ëÿ-´í.Â[
+û
ý,žÐf }A <-¦
Ù "q äI†x B
˜£b zi¯ì'Ú[i+
.
níoÜð€ˆœC ˆ| + ` €Å ƒ
Q8. l0DÜ- cÈ1T ¤""ûXö?Škÿ ¶ º'ºÂF‰3›
'
" t DÂ a `ÿÖðC
B
VÓµ§±_Ô&º al˜éÚž ` ØB"#cc4 Ð‹b-+ëß÷¯h0ƒA"Í4
!kaS´ ÄDDDDDm0¶ ž Ù‡³} Â DDDrÜèDDDDDDV
0(tm)\P2Ç DDDDDDDj"""º1/4 þ@\)FZAC7' ñŸ à.|9
g2,Rl(c)-
, As0¤0¦Bˆ¨
ÁÉH.pgÂ 0ˆ<ø. "Á Ï ƒá
£
eY B |! %a-l) 4 ø± kÙ ÉÃA±"'À¥ > œøCê"C×'Xƒ•oˆkß÷õ ×ä
ï‡Û'1¢ :@Á é øD(r)Ú' eÏÿù ;fÃP C3ÌØ0ƒ ?›çóFj‰| ¶NØ3aY D, Éã<Ì ˜ˆ3Q'¬ÔÊ6w
Â OUÁ '2ú }~Käx 'Œòs i¬6õþ Ò| ¸1/2Î: ý`ï¸o¿´ŸÿIû¯÷œY-9Ä¯~ýí í{µ
üï].ý¿ß]'Kï1/2'W¯ä/ÌDö žs
W Gý¿ýëÿ}ë î1/2¸"?ïÞß _þ1/2Ò¯º¿ü- - ˆ¸‹Wïÿûm ý/{ýûúnûëþý¿þú¥|sûâ8ŠúéëoÿÒÿ¥Û×Ïÿ¥I7Ý
oŸß}ßKÇµ-z"ñ´ @Á ·ÝõÿMÐãî-"øíÿïÿ ýý(r)õô;ÿ$†

``f  1/2¿ßúÚúÿÿÿé}þ"ß¿O_ß(r)ÁÇîî¯¿ÿÒzð-¿ñú^ÞÿÇ×·¯÷×ÕÈpô    # F  £;ß  ÿŠb¸-/_ÛÿÛ ýÿÿoÝ/
$~á‡Òm&Òm+^ÿþž  ·7þ  I¿¿Ÿ¿íÿÿþ-S‹?ëjÚº1/27ßä
þ
Ö|Kds_^  ïþßûþ-¡w¶-üŸ  ûÓ×NÓ¯o_ÿ?kÝÐ÷÷ÿô.ì¿ÿw÷þþÕú7Þžžž¢û3/4¿ûý¿ý|Ç×Óúâÿ1/2~ÿÞÏï
        ÷ÿÿnß1/2  7ÿcïÿÿÝÒ3/4üä"Ý*û±¿ý  7*ëÿ3/4"~ÿÿú›  {ëúûë  ÿÒÿû÷ûÓö1/2Ó ÿïÿëøÿ Ýkúû  *d?o
oo_÷±ë{Ö÷íé7ú_1/27±z_"1/2ÿ†1/4  v¶Q|5Õ"þ  µµÛ Òïÿ ÝLÆ  0A¯
_´×·³Äº·'  Ðdv  ‰Ð@Á  do›
ç@`ðla...
  9   !Âdt  ¡Ú"ô  àÂR1Ñð'?¸Ä  ÁÈøE¡žL  sá  Â  S  ››
  )¸µ
BßÃ  1/4W@Ð  ÐLPb  ÿ~"...þõÂ-ý§h  Å"        ùÜ/íÂ
  ¡Q×eKP  ¦\
ãšÊ¦ !   Ên
  ^ŸC            ÿÿÿ ÿÿ ÿÿ ÿÿ ÿÿþ@hÎ@dû,•þ‹qHìR#Äh"ª-è  Bú•ÁQm  uGe"  ßéÚ(c)(r)ÒS
²¯Ñ6Œµ
S(tm)  Ä`èÔE8¯A
‹QßêY¢hêŽf7Ÿ  q  Å4  ð¦Â  Ã'a"'À¤ã›  Ó!  1
†ÁÛ;[  ôÓ¤ðz¯  ÚÑ$WB&eFJÑ•  m  Fò9
$  fc›  ¸7;
-Èa  Kç fa°Ðl  3  ð¤·."0fâÂ
û õ¦6  þ
Â¦'-Ú'
Q-Í‡...äÿ"Hâ%Ùx  )ñH  9ÔCXŠ|  63á
"FL
Æ@Å‹!À`  3a  æ`¹l  q  þw
h°‡÷|‹!éÿ1/2  9;Â#  }1/4  ô¸µA  ÐAºÌèG¯•QL`ë        îàÐh}á
¢-±§z~ÝÒðëò-^·¶ô
3/4†O
º'ó¤‹›4e
#Æ-º  Ûm  Æ    (tm)¦H  š~
§é°uÛÿÊ¬{¡õ
þÑ¡a  ë‹  è  ž-Í]]ªÐìxdÇ;†  |Á(tm)  \æ¬Õš  ›H  ²Žyžp@Á-"C$\Úó? f"
ô`Ù›Ð6Ð1/4  ý7}?;Ð"?1/2ó›    †ìzzW§¤ÝÌ†    [(g
  )¨~le  ¦!
Â%  Ašš¬GÎ¯3‹-    ââÛ  fÑNH¹Ã6    4  83  a  ;f"Ð
ý¯éµ£›fû  ‡ýý'Ò{ÿî3/4¿Ö¡ÿw*QWPß¯¨dãÎ  ¨d¬Bñ@†'"K'  † A-
~A  ü  ô¸    Ö  "µÝ    A?zM¬ðÐAÝt  ý1/23/4éÿÿ›?Ú_ÿÝÿÿôÜïÒ¡¿  Iöþëÿá  "%
ïK¿êÿÂ`fC  =:õ  4HqÄÑt_tîî(r)ÝmÓ¤º8ý&ÿ¢º°  ·§ôÿ¿¸/ÿÐf?úÿÎ ÿÿ'Õûëÿ/÷ÒÒÿ ì
ðÝ ûÛÏ Óû    Zh0''"6&¶H(tm)Q#$\0Ê²WEÑ  @ðfš°
Óª ÒÓºúßûÿ÷_é  _ÿûÿ oÿ Û ÿÿÝ Ÿ¿_ÿÿž1/2z1/2þþý[ï"üþ×ºÅ1/=$-ÚKù¶Ñ ÿ%ºú‹›-:
f  ›/  †¨WM  žÝ¨æÌàÍBg  (  E  ¿Þë÷¨Ûé ôÝ1/2*ºõû¿?Ö×ù ý-ÿüÿTøûºc×  3/44?÷¤þ ë×¿¸1/2  Žº
  ëß
-|A¶1/4&Ò
  f
fp¿¯Òm"'1/2ÿa    oh?_]Òú3/43/4ô¿ñ3/4ësøðþ.?ø÷Ž7ãö8¯ûý+ú3/4ßÿÿÝÝ¥  étõÿXb-ï'"§¨ÿá  û×ØñÑ
7h"3/4'+tÖ}mªëãï3/4'*°øÿúÿÿþþþ*¡¿...ïÀ±ÿï÷íÓ¯Mûñát›¯Io_äñÿZNºOOÿñÿð{
Ì  @    ³    6Â3MzíÝ²êÿêÿmé-¿¥  ñ÷·ì  "*â¿þôÝ-z÷ÿâº  Ò¯Dᯠ ÿ  ý1/4{ÿ¯×ÿd  NéÒwJ  }=-%
Ýzß]úþì° øéb¶CŒÿ¿ÿr  ž±]õûûûû"¸?oºÏ1/4    ùcœ}_öé/  @Úû·  ×UÿÿÈ,‡×û

Ã¦¡1/4$¶ßñTÝÖ  ¿ïÿ]‰  G×ÂMa‡ÿß§¤á1/2›5·ÂŶ¹ Wþÿ3/4ŶB÷¿âDà...Ù *þˆ″÷¯3/4SÒÿÿ_ÿ¡ü¤;!HºO
"ÕV1/2‡   ïßÕÃ¯˜šñ¥?Ã Sÿ LáÕÿ"
§šÂþ~[úþú  ]ÿwH_ý?ÿ"  ¿V¿êûïß¿ÿ1/2ÿ‡†    ÕBKj*×ûÿÛ5ˆý1/2
...6  å[ÿûôh  Åƒ~ûÿêcÙ¿>1/2ÿU_O}  o1mÿúU¯Õ"*ÿÚßÿÿ߃þuÞV‡Ý^*zÏ¯3/4  ¿3/4ë¡  -ÿÂÛóh7ÿ˜-ú
zói_W1mûûãÐÕW[ëûèÀ˜ëzÇßÿÔú_õ˂þ  ûÿÿm  ÕLïø"=2ž    õ¿ÎŸ_-õÛ¶-ôoˉFñSéÿÇïÕ„SÏÏ¿×}ýÿw
¯|á¿±ëßF!÷ý-˜é  ë{ÒÒ^ºû-ÚUÿûgE˜÷ßƒ  ÒÒ^×ï¿û]O÷ÿãÕÿˉëêÿÛú1  õ÷ßÛ]ºÛ÷Õû-_o§¿}ºÿÃ]:ßÚ
¥

÷Ù#µÿÿ°¶¿ÃJB-þ-¿·ÖÜá¿×ûÞ>œ>úTÿ÷ÿéñˉLÓ×¿ß~ïßÚ[  _ý_
Û  þÚ_µ´-UˊŠ "µí"
ÚV¹N³ÿœˆy„pÕ3c`Á  )      p  ŽÝÕÓ··ÿº_¶"~Çkíêÿ  íý˝(r)1/4{m  v¿ñ~ß¶-ïÕÚa4Ëî"Ãõ Võ†  ["PL
"C¡6
ŽU    X g  `Á&
  b     BY  ȇ"ã¿b˜-ÿëö(r)"w¥¤-{~ÚM'?vÒÒú¿l'ÿ¿Ú^  ÿÿôžÒÿ  ¶ÓV  )ˉaƒ-
, h)pn  a  hGa  4  †
  `  ²G±@ˆK
  êÓ  ˉ^žÅ1M  ÿ†  NÂeŽ¦  Î§€ÝZ[m  ø8=^¿µºº{
%ï
`îÂkßj_.-
) .p3Ŷ
†  f€ö    Ë‡
  r-ÉÁÏ†ƒa$c  1/2 a$p64Ø-ÿÿ¤í  ~šÿ¦š  Â
  ûL  Âa    Ì&  DD  ˆ<DDDDpÒ°¬5Wl+º,
#r-  ž  "aÙ  é€ø0  ...Ë  Ø f,Ã,Ñt      C#@€  ²P"8(r)1/2ø  ¦
iÅ~ïï¶(c)ý¦  ŽŽ¨G  Â-Ô0Žˆ  !    Q    `"DDDpÃÃ  0Á  PD'  3/4ºØõØ¦  "_Å{  ÿS
„¯"?ªu[UAÁ•PA  Êò¡    C  """""""
îŶVá    Pâ§qLW±
¥Ù1ûâ"  L§(rÕ,  Â¿  Õa...²n  M""
  ^^‹    ,#¢%žB"q^^^^^^(r)¶w

&  3Ž  '•¡¡        q  ?^^^^^^  /  þ"""+bµQéÇúØ  ¡üï    ³  ˆÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿûÙÙ>&Fhî²U  ‰º²¢"<³UP•ÕÑˊÉ+"Q  ºÐ
ŶBU¢hßDw(tm)ˆG§þÈìùÑ  FE  DÈ  Ž"$ÙˆD A"&QÊ,*
  +B‡(¤¤  ²R,Ê7Z)ÊL(      4kBJ
Bdµ"è¡  tCGbè"B$èÕ‹¤GGD]    ¥"Õ5RÜM  Ú  )h‹¡  ±ˆ^A•...
"VP(c)[)+b  B‰N  VøªÊHTÊ£ØBŽÚehPQ[5(Ü
¦ég\  DD"B$M  ^˜š#D"E  ‰ºUB"$É  žIdB  "èÕŽí  "#¢%Ñ  EM  Êâˆ·B  2-  ˆ"¢""%:
ˆ¬˜!   i•$¢¶Ḻ¥ë)rÃ°D""v!
B'ehí  D§EZ"(tm)0"(c)"  "  "¶Žˆ¨Df%    ¢"'  ^‰oÕ  Ú¢
      ."'G  ^  ˆ  Í  ¢B(Ãgjhìèò;äJQ  DGEÑ[EÑ\è›  'È'  žD
  ^"  ˉÚ#h§Xá-ìJ"^‰o  B"y    ØhC@¢hÎ!;  Gb^-âñ;:2+bS¢¹*  2YB,
4"T!?  'hF  ^^"    -¡  "ï4wZ  -0Œ""!  ˆŽ&hbEÑ\M
    "R    ¨"NÎŠ´(c)#²Ä×´  H'¢:<†çkhO¡  2RFSBd"Ò;VÎ  '  NÄ#È'Q#  BEQ    !‰YBVQ-  •#"D
Y  (c)"Úµ  ^-BF#"4""
    Y  ^Dq    x•hDƒB    †R,‡+B‡(  ×ƒ"...'hDíÑ˝"d-‰oZ  V&C  ÙZ    µ"eh(r)è"I  ^^
¬Â&  N""^""y
ì•  Ñ  "N'J  HŽÈÎ!e  (X¡...L¡r...ŠØ  FÂg6))r,,ŠÛ•-
6¬-ÙFg\q        :¢øA  ŶÊÒ5!

H•"¦ ´P^ ;ôy Í Ï£ ´} £4d-‰Ñ)Ï"."ú% èŽÅÑÄRb"v£<²Ü' Ð•$Qå: ˆ‰DGGT"Ê\
3ï@B"""""A¢¡G|ŒdQ ˆ‰B(1& žòŸ5":8 h-LþP(c)ÆÊ Vô) +
e2¤fe°ƒ(å.ª"""""$4""#B"""&hDŒDž'*ÊÂ*¨‹b"$ <ŽçŸD]4HI J1 0‰b0"ˆB"LgD
ðbåYDÊ 8Â, ÅyÃ9'H+Ê9IÊOÙ^QÊ ¡I::"tBdu&àÐˆˆˆ4GŽ¨ U ¡[9B¥lÔªÊ R
VU
S, ÍQ|3/4GØeÐA
%9ŒL± ˆˆ D"""S¢èD9 ±ƒ† I ¢: G aD³-¡ DDF#-°UÊåÔìI
\/+(...¢µ ...#±N"""E -, Ø¢•Ë¡-ÅÐ‰]ÔI¹J 2I (c)¨- * "EwGw Qe4BY
Q& BE'ä"U£!´vfˆÒ;VŠÂ%Ñ(c) ˆItJ' Erœb" hì] ‰4GÐˆˆš'¯ ]bErM ¤kJkF@h•¢ÑRˆ‰Ù¢
* GÐ‰H...•²¨•D9 ŽÉ n
!3ÄD\NÊ B'Tf" £hÚ ÑÚª* .Šu ¢MŠ â"'a¢t"% I-J±# ˆäB!hH4v
¬Â$Dèêˆ D@Ñ×#(c)i
¤"·! ˆ"ˆD "4"DI"Käš.(tm)@Êƒ¨+ÏÅYS(2 £
B3!Dd:"ˆD· DèDJ´&F¸ÒB"""""(tm)ä"tDš/ƒ4 #A;:/ˆ ƒDtdS "¹Ñ•HD(r).±* "&´'f¨ò."_4FhDMâ1
)hÆ'ÙJ*hNÌ'ea@E. RêÊ² J6 *T+`Q B)Óžâ""&CPˆˆ'´V1 $ŠäÐ‰ÙÐšÑ B"3!DJSB*d.
"(tm)³1/4Gf ‰-q ¹tY
BM'!2´'Ñ
Ba Ý£èÚe-"
|(¹ààA FÔì) Ea DJ JBd
ŽÌÐ‰\š $¬Ž"DYPP±\P 'èA¢MNÌ! t$Ifˆ‰"dJ"JøŽÔ •Å ˆ‰N"L! ˆDâ ˆˆ-BLãª0Š¢0"ú'Gch
¤GaH 4v:(B$è(r)jˆè·PŠâ¨JâÈì B t$º ˆˆˆ‰ Ží ‹*D ¤-š ±B† µ
(tm)Xq
*+
Tu (l¯-Gd",² HŠåM ò !¡ R'ˆˆˆš'Ù DDD"B"""% ',LÑ.ŠD""#"'@ ‰SE
""m T"""bÈÂ7"Dv] E^J D± "S¡;Œ¡ A
D¯(r)6 G+CŠJ ôo1 ‰¢ >A¡#K$!%‹4Í¢èº> hŸlÚHú -! ³ˆ²"£³á@Á ˆø`...!>¢"R!
DDC8à"¡
DDe2... Ð]H V†?(tm) "Î*ŽÔ³Z‰6-FJ¨DK(5 e&‹]e Ô¦I - ¡-P4"eZ;3FZ"êva ‰"v¡ -¢¸èŠ
çz"XŽÄ!
!2!DÉM èŠ´fˆ 8‰Ó*Ce â§Ø F
-*J‡Ô¤ °¢e )LªÊØ)[¡FêEI /Á
ì[ °D@ ˆ"!ÄHœU¡ :¡; ˆ^m ˆ‹(l-áR-)˜L¡ / d-"DDKpˆNÆb""@Ð'dUP"">DÑ G'Õ Ç"bWš+•
!<"DDE"é"èHDwè Žã VÓ"$Rè9I@e -Ê]AÚ' ÎR"DDD•¡ ¢8Žˆ2¶TQaC•¡XVÅ
-+
]Hí"!¡+§Ga£ ì¥ ˆ‰)Bv¡ ˆ‰¦AQ¦fŒ ""<C+z±&àÑ -ã gH"ì""(": ˆ•ù è"G`¨ì"
¢
Ý"å51/4¥2•
n (r) "D(tm)¡ •ç#²LÚ.Œ,#Vva GdÐˆ ƒQ-ÖP-é ˆˆˆƒ(Þel¨¯*B
"(tm) # $df"*(c)bd ¬Í ÄU¡ 4ŽÝ ¤$œw4 KÀ(tm)¡ ßD$"%ºtexÐˆœÁ"ZVð¡", \ 2·¡K Èi
ß#Dw¢+h-Gj B •œì +‹¯HHÚ M "%B6"×(tm)é Ã+xRê ;ô$-
" Jtf‰Ñ- Ñ[Dèª#¹¡!hJ|êŠ|H"
\O P"DD †""a
: "Ñ:ÄŸÄÍ XA"0(r)*BElÁ‡(X¥¢¶å* €³´""I¡2$FBˆNÖr! Rê DDDDDDì
%hDNˆN#Z 7 2ø' DN'>q ' JÒ*Ñ EÑØº*k;!
Ú´QžCŒ› ¡ R (GÐ‰&ƒFh¤BF#ÈO# ¡
- ˆŸ 1 ˜B,û ) %•#LDD'Â"$Ñ ‡ejPž 2::b@'š"Ø¹+B$OJ"""""
‰ "N"" Ždm Fò|2°âe
"

ªŠÍ$!-±4"" BèD3Ž V"† LA"å ˜r-±&Â ^^^^Æ@PÉ × È
º#¢:ˆ å )G;JD    Ì"1 ùØÒ H"¢]
 (tm)£R; EB‰äVÐˆâ'c ‰ Q ´94Bq ¨¨ËA
3³$R"JÂ $^¨¨(tm)$ÄL¨¢96 RÛ'
íi "²ˆÄf"‰£h<"$¢a ^ ¬¡ ] B'bÈ‹£è‰¢ ¢$š   D"U¡"ëˆ 1/4DdÝI
dØ)GÿþYÁ¢8Ig¢#²:#û0á Èù Á
   Ã³ Ž¥Ï.Á ²f" †P ð¡ŒEDŒEÒcÂ.b òÐ°   ôuL´)$
DHñu- Œ   t‹ðLDKª,pA"›T- ‡ V
ì n §
DK¨ IÂá âÌ›-
-•"›R h )Ù' § ðI   , l h›#æSá ÒC Q h5    'G,aB(t I°   0@á p¡

 -º"1/4Ã0å" EH ¦Å" E Dp1U ×S
ƒ"è2¬"5 †éa    (tm),¢:-r±- âGD4m*v EùXˆåA   r×
. LDDFGDt"xé$Î× A øUœr
1/4 "›i'Ñ€ÍGD|2) AÑ   Öc°ˆ³VG*
  &9ö ˆ4V ,8à"V f...Š i
GÄí9& "¡" •ñVY¥! ô B'Û˜, ·3Îæ:   !zEš& ° 2›djA € c∫ Ø¡&Î D_E-jA è3/4 6
‰•› ª^ú¤Y¡
ŽÈðƒ   ƒ
9JÊ{¥øA öc DÊ"IÔF ,ÚÄ ˆG
- ÜÁX
_2 Ý (§Ge3/4" •è2 j∫)Â$F
R Yš
] Ñ#,Pl Pá ð'Gu~vj1/4&u
I"ôÁK3   (tm)‡v   ðb g7V‰ÿè
~#ósôoiè›´ LDO" Ã9¸D   Ð^v.1/2'›+O5 H 6   3 à": ã'KÃmè?è/ ÒliU¸Aëm ,ÃP¤t"A¢1Îì
ìÉ "á-¯ÖÉ×¿OuN:¥ <:P:"F9CQÎÊÑ1 Êê   Ê´G ÆGEâîŽÍ1/2r b QÔ   ˜Á
a   pBœ!¨ 5 !^|R@BTH0@ÍGçÌª Ì... j 3y^Œ 3/4-ï§¢ÎH
oBqÁ
   Îý DpÁ   Ò >#š#È (tm)ÂvPá0¯F 6qüð   h "s60∫L xL ì ð˜AÃ...
- | g@€ Ø ò@ !   júû¤¶'g, 0 ' •'*HŽ! H0gr¹Ó'àa›H2èÃ‰1É
ˆÈú¡
¢ç ¨ Ž^ê^è Žd{ôè<&á6"Â#pÑ 2žDpôMè-6EŠ. OÂz 1 ô- ˜éÿè³‹ #²›GÒ    'ÒVD Á•å
W, Œ$ Dz"" Èè Ç.ÄDDYp¤pñ   Xj‹(tm),#•Ã0A¤ÒÙÖDòf38 ‰"£^
m   é †jÐAÐ@ØE@L tK∫d¨¢ý³Ý 4! ñË›:H   ý/U§RÎ6+ ^%od‰ÍŒŽ   PS"8@      "
" Ã#ät DDIANPçT$ ¬8á"èO Á
G{v @Û ž t,n t oH7" ÂmBMh l   7 A t- = Ÿ·þ"é " ëHÌ2Ïa†ƒ
""& û¬ |Dd&": e T Ü¹ü¨&â†"A é°} Å$Ú ÈõZAú i âý7ë^ "äœ¡Ê¸¤Q¢
åÁÎU
:6hî",E†Gå@DpÀ2œ¡Ê€.."äQÉ7 Á÷¤ð"öéÒoÛªpƒ(r)ªúúéý&ÿ_ /æÆÂ² üHr
h8à¤8âg+ j " 28e ¦Dêa ‹ <L"å M}mÕz_ué7K ^ëﬀ’ëﬀïÒÛé÷zì ÿ   'Ð
I¦"ÐÓ*3Ø$   |* C^†GG °D|N€j)N t_/Ã
ýuþõÿøØqî"ÿÇÒÿj] ¯B[Ë800g ô] ØCRX""ÈèÆ# v Œ   bF9k¬†íW þ÷•ë¨É;êÿïaÓ   ^ýÓ
~ Ò,é ˜Ž Är# #²8ChDÈÄ
$@8`Èå&BwK×õÿï÷}GôÈ9g
kª×• ö b'S. j PÂE@" .aæU au;†ó¿ÿëþ[¯ù1/4¦B‡
¿ÿ`ý ÍWN3/4 KÒq    Œ...Â- X³# °3/4¿ÿßü!ÿ¡@ÿœÏø0ÿ ?2_ëšëÐ#-3 Ž

¤Pâ
Œ, ƒnT÷3/4×ÿ(r)¿í} ÿÿy ?I÷oÖý+ßS°ˆ3/4GEò8!q'âùq, fÑ ÈùŒÂB$¬##4 uÞž }îû_ ´ÿÖF
}ioõ-oþÒ;´G‹†p... Lqt cçrœ ,F"±Ê7 ý~ÿ]×ï´·A éÝÿW""×N1/2$L ,ù|Ž
$""""",G÷Úé ÝZMýv ÷ÿ÷UK{¥íin¯A \ Ã p"pË#(tm)š. (r)¯OM¥þtM...´›:û
.ÙÖ,þÿÞ-\- šÓ"Ói-jê¥H DDpÒƒƒa¯í...a¥k
=´¶ P•Ý°Î•'/ÓVÖÓl+
'ikk"i] ˆ"#ƒ|03/4ØH *wg‡
$EÁ & ÁM ; ldá ƒ6/
6Â¶ µƒ
a,' áœ
øØ0'Ô3Ó Ca-†¬0U $ r(tm)@¢ lR pg,±LT"Šb ÅlB ã¯Ù ¨28†a < "˜-àâ"b˜¦+V¢'b˜£1/2
DXB8£(tm)×L/Ø ÂÃ '
, ƒi¦˜"Ä/Y‡L-...°L&1/2¦ºiOi
a ƒ "!"9›ØB" Á2¬ ×#<à¡" Â Á fV ¤!...† ah"êˆØ9 DDQÇB"""""""#B ˆ"
öSA¢& ÈèkE3/4‰R2
Ã E¤Ta cæ_ Dy 'ÅG- '²(tm) ‹té*2 ,(ˆ¤'# é
§f[ " D+G ‹pkÎÖ !pb, ÃÚe7 GjB À"
Ð- ¨B'eH ,;"9ÇPI
c,âˆ $""""Eg&*,-À'7t"K, Î6CC@@Ž: le! ^'YÅÈ;A" n ‰²Ù"cˆlˆÐ6v(r)HË'ž FÊe
aÏ,FÎª
• ]2lZ
é{DØ£ Xä l•l¡æK"œÐ^v "Û#" ÊÉ %Ñü3/4d,Â ä ² BÃ+;N £²àá
ÑÓò0eC*Â&H Iˆ Êp Â
‹2 A ‰&Ê¯¯"0¿ ÊqB
`(c)"ôÓ£ ÊÉ9Ç,sº;'"éKÕ ,¢8 DnÕ v‰`rá"ù¢|ç'A
¦Ê\çB
û¤ /t 'Š- Ñ"D < z n 7(tm)
Â=ÿÕ - ª"Ïô Ú&¡6-ôêù'@"tG ?ÿ] Û -›¤› º1/4È¸R8cù*fq¬i",ù Ñ žœ† ¡˜#ƒ8@ƒ$ §
ý'A ¯ÿß2ÕÎ8'
)µ_æa
¦ƒ 0 , ,
ÌBpšXAÚiá
šÂ' àž-¥¤ÚCOë÷(tm) FÒ øÂa
Z øDWq0ípž xL•j(tm)uý^ù=þõù-
Ž ?L¬†JÄ×Dýƒ,˜›Ù<
Åš¤Lì0ƒ {3 û!èŽ IÃB ûú(r)...m ß2
G xL&Ð@ÛPŸ¥Å Ü&¸# 7 Dì @þú jt^-k(r){;S)
¢ ªÐMð¶Õú
õt oA áY-Ìÿéz ×.#iZåÂ •
H å6 ?Ý'éÞ-IßâŸ¦ëÿýóbî (†Á,M¬X#@ ¢Oß¦ÿµúµùn¯Iºÿÿðƒð"
OÙØÝ ¿¯¿[ÓëÿA/¯ÿÿôN-°pA°ƒbXøA³²`ßÿ¯ßk x7÷ÿ¯ë@Á1/2Á±tO˜aP¶v\R8 úÿ[¥ý þ¿ýýß
ü¨m ƒdºóººŒâ
þÿý×ßúÂÿßÿÝií]éÇs´ î¿û¯÷ÿ¯þ¿ï×~ý:ØD(äVÝ_¯ÿÝ{ºÿ^þ¤\ kÝï ¯î¨ï _ÝÝ uû÷Ýkýï¯uá? (r
)M0BBŽSmGÿuý×1/2¤(r)-¯kä²?7íÝ]Úÿ¥, c'¶Àý×m m|êvkM(r)(r) §þ-þ3/4Ú¿ô1/2 "(c)Dv"Í±?_´¬
‡û
öTL4Øi~"0•'&×ëºÛ5v•Âm%Jð'D lA}ý† l-Ýz"Pí†
Ã ~ƒ 0ÁXi}Ók°Õ°"aM¦Ò!êH•° )ÒRS0@",6ÊÉ .H
ØpØ3 ƒ0)ð‡Â9 OÆÅ1PáÄ±Ì8¨¦ $š×

$u' p`¬ I† J TGŠ
 'Ä†   "Â"Ã $+*¡C"T¨ÊNS•gAZ"9NS5ÿO
S ¯¯ a0*JƒL&( 3Á}ŠBCè)Šb¶}ŠŠb(c)Š N † Œ *...LÎy",t(2œ¯="ÐUûXa0^(r)ÑÖ
    MQCÃ 0M_á¬0ši"Ba 0 ƒ Â:0‹(*>‹å;3B"""""$i Häh^Å        "Ð^ŠX^0Bi'×°"
` "!.*ÙI gÛ ã'
.r¢‹"Ì$Q %^ b"""
^£%olÀ...$&ç9T(2† P¢åHH§)Ê(tm)U"æ ÖaÊâ (ì¥  ï2 FFLŽ      Ù  Î
Êr"'g vGeÑôišEB#¢B    ;¡Uæ"GÍçDG‹Õ é
Õ    'Ðl    # "m D|O¡ ; ^Þo¤ Š (tm)
#"NAv¨ÙNB9åÑ á ¬DL,°BaÁ ‰!-d|º#ävh¨ù"a Ì3èÚ:">m Ä-ªI$` ²
†Á      DF# #ÅÆGDtGGDGÁ"ì 'ò:.‹åó' Ô(r), \

'²¨PÃáXsœs¹8)Ì9Vt-Ê,¬§*Î9I|*Ë D L
2¶¤"K"°Ù °N    ‰
C¦ tY ƒf à‰ŽAÓ "ÛQ"¢-(!! Š
r¬ì¡
s2AHC ‹| (r) h* Y£ B>Šp"ò‚L Â A...òlú(c)
{" #^_R1/2¹
 ìÃ"ù Ð9 Ì"
ø@ý T"0¤py" 9 Ñ-"*2p¢f f,^U- A "2ª% ,/ûo,ÝB HÊÜvE
Fê0 DÇ`Št^¿Â W~ý";eB f¨x%Œ Ž>wí†G
...ò<
'Û y Ýí Œ /| X-É (r) ?@" 'ñ hœPÈÔN(tm)Ø¶Â Z ó¯ Qûýî0´ Aû&p@"sX...ûî
Œ þó?Á ìÛ' m/¢¶ Ž ! ûgÉ (c)_Ò¿^k+#"C"Gä1/26 "'
±
I , ù&
    §wà²9'‰ ?×É8"2
  o

€'0 `Bp›› E ? }`^ Q ¡ ‡8çrH"...: Åíç@¤â ÆÚ" @É óáo5 ( †3@ä1 ŠH
Óe 0 Ð ÛÂ : ÿú AøDqý0 " " ,sÔ, !/Â Á î'A1/4'õ" àž
¿ÒxL'ïÑ9² '9O"w= æqÓ M7" Num5%n'+ œx ¢VÍpdŽÛÑ.l DH4
'áš'^]-Ð/ÂoÈ°ôHz% W‰0¹±/ƒD1/4?Mè Ý0A1/2 ýkè ßÐt± t‡C t€Ü7 ,
ÐhŽ(c)1/2
4@ôA
H o 'T1/2 £
â gC5è t -¬èA°a
@ƒûô›Åô ·_ó
Péý "x3/4•0øA1/2ìŽ¯á>ià...¨ÐMÅ
- ƒvg¨3/4, uz
Ðn›ûzOðzõã,   íúOÃÞè¿a pH Iñ ¦õnÓÑ
 ZzÓú
1/2ï ¿uÓí7öúoé´µû¯ýdBÿI †Ü:o%¯ú ¢\3ƒ -Ö Q¥ë]%×·ûÿ÷úü%Ü-þ¨¤--úBê¯·mé[ø
]té{}ýn¯OO_¦úo4 ¦ÒŠÿßÆƒ "GäBB¨¯ 3/4ûÔ 5Jó(c)uß ê3/4ÿÐ¿~3/4 õÐÕ(r)'Z
  Æu ·•Má[ãÓÁ _L\ÚUßPCý'þÿ÷"G ´° _ûçc1/4. <ƒÙCÝ>Û~ó £0!ÿ-î¿Ö-•ôÿÿßÖ‹ õ:°
  ª3/4‰Ÿ(tm)¶ +6*
~ Ž3/4g( ]M† øMß÷;ð‰où}ûÂþÿõî¯...ÿwo@Ÿ
  ¡M ¶ú ï A ¨û ÿ¬ î"×ÿo~ÖëKÃõúEKúòùA;ýpwïO² Rþ-×î-é Í£þŸ÷Ú×Ûuè"í_µß_BL:]þýþ

¨ ¯*î1/2u_}>ºþŸë×uô  uï _X'-¤  ¡Ó¯3¢é1/2íA8'+Ú^Ý÷ßúú¯}÷ûÛ[:,/¤¶-Ã:ïþ¤ê
1/2í."~þ$ˉ¶¥ÿn1/2'V×]3/4¯KI¿°l0""kµ'^"‡h¿ÒÚûaR´¬è  A  Y´(ïÒ¤-¯ŸLmš¸²8 ".nö  Ppv  °"ÚV¶u1/2
"a+  °‹wÒ""
B-H0,L3/4GÊ"ú
ŽL0Ia¤Ø[
  Qi"Û
ðÂ]ì0§´+a"µ°ÛKívÕxk
&  ^ACìTŒ{   x48"  ä¸LâÁ  Ž2pÑ      È  ³Ãa,$â,¹œ    xk  0`'@g"Áö
Ø€ ƒÉh.Å  †rq"B´$(pÁ  &  /°Ì
¹   0Dœ  Ñ      B   QÔ...  2 èÐ4wi^M[Õµì/aTS      Å1H  6+ËîÅ    (àŸ
~"  ±MlBÓb¿(tm)Ä)àPb  |  Á0š(tm)ÒL§+J  "
!  `¹à&  0,"   0BŠ  01/4v   .  5A,pÔ/
-¹ºkü5†   Q      °Í"èA"  ÂFr",  LRF1
ü"Ef...  "
    ‰  ÄG  Dt,/"  "Š   "J´ NÒ! Pà"Gê  a$  1/2NÊ-AèHF¬}`"å  ª   e   ""Â  ì(Êî"
5OªQI  4  v')Úª$2á>WðHB    }  °%¤h
Ø"‡  _Û3"tQcÃ   jê
"^¡‰•QÙ@C±µÂ.
|QÇZ3,   Ã  e?  %oj*   6  ÎÔtü        ""ª
Ö,#ã¦   ŽvX
¥à(c)NÕ²9  Ẽ²(c) - IheÂRÐ•   ¡dº...  @`¿iw*  Á  ð˜ã    3/4²   c˜ŽŠî  Æ0‹¢Wôvjgù1ýd
  J´4LTS'&eY  1Ñ  ,  '†¸eLÁ  RîôðD  %  cdL"  "j
  Â
  Þ†kAo"< ø...˜Š°@Ž"tÍbgQ  I4Ó      J(tm)  $N'HŽ"¸tK  If'Ä    )Í¤S
  TN-‰óEãDá(r)é  }
hz@Á,   Ž‡  Š9-ÝÑ1/2ÈÇò1ðft,
¤Ú  6  &°]é  Ó=ÙŠö  ì¡Â(q  "^"23/4"+é:ÓÓÓ ³ ³µ  !W)Ò  Ž^?àÕ,ÎÈ9  å  þ›  &ëm&Òm  ÛÈa
p†3 S  Ð)p\"É  ÆÆ  3äp!8h3  œ#H  {#ñt"
3gXÍ  QHè3/4j  Þ  ¡ Æ>q¯   6G  5ˆSŠf2  B0){úÿkÿˉàƒ  h`ƒ.Í  R]
Þ  kÂi A  x dæ  a  lÂ
  ÉÂ
"  $  :  Â,  ?Ž   5L&   jú->/ON-n¤c¯F=  3/4FïÜ/a  ¿¨- iú6AÅ¬Zæ¤  "   -  ÿÂ  iQ  †%o^¯ß
Òÿ¿ß1Ú,ôYógðpýA  ²^  ƒƒ90A,è    .a'Àš  "Àš  Œ3/4Êû,xD  æ
Kîî‰£`Š  fÈŒ¯Ñy@    ?ékzKk×|^  t  q  §
¸%B  A¿|öÒÒ¸B   l&  †  9¯A    Cœ   ¶   }áB
øA:      Ò
ß ÿ¯ý{{¯èB ÿ|þ  ß´¬  MÓOM}=>   ô  öÙ|ø¡¦ë_Kõ_Þ¿ÿè§))ÿ)ú_  ºZQTõ]V¤5š=]Y
      °  §êÚ[ð'  ÿéÖ(c)ëÌ  Ûïÿ§ôµ¦þ3/4ëG¡N  7ÿî:ú"ä¬ž"ãmjú"¿ô¿
¿ú  Þj*l[  P×Òà‹-õßuÒ("ò¿ÿ÷M6áa-ð1/2Šÿ^Çÿþ3/4ô%Ãï,  Š
Š ~L"<‹íý×@œ!¯ÿøn0Ä*9  Óæ¥ª~£dU_ÿ¤  úà  ûxVA}  .áúý~êê  Í(r)ÿÿbÙ
  ‡÷ý¯ëd  +ú](r)-ÚÂo3/4‰¢  a¢c›þÓÓûÿt(r),vqÿö
†p  ¯
þ¿öæríÿý$~¯ŸÞ  YP2  h  wò¯_ý  t°"¡Ö-ÿþNƒ¯ÃD-7é/œH?ú  4?ÒÿKÿ3/4Þ-L2MÐKûu÷  ín_ÿø'  ¹•`
¿þø§3¿ü,ÚþÔÄ  ôôÿÿ(Ãšað"õ}ª¯ïN,°e
uÿùO,  Cšh  ÁnºJúMßîLMõ×ê-ÿöý  Õ ¶Þé?÷j¡  Ø¿ÿù¢á3/4f-
¿Wô»×ïï×µÒµµþß¯û¥ê  Cuf«×ö+.a  Í"_ÿÇ   ‡t´qÕ(r)"v-ï¿×é$O¿íþ
ÖÖÕ5Ô§'o?0Ä+_r-íP$Ø  Óí  ÿ¯kÚ[  uH7kì3¯uk(r)ÚXK´Jë1/2"XøiCJ,,{j  n,°ÂV¶¶
Q...a...°-ÿðõ†

û
-r n•ÚW¶ VÒþô [jÞØY °eÇ#ò&dK¹q²T# "'AÜ&"˜¦'r8!x"8Ú˜t `Â°ÂWwwfi3œ ,A
-&y0ÁP£c#¡: sa !8""P
;#Œ"uii+a-5´¬%
%Ýˆ\TBb•ŠÐA !"ÓUì \Š=Š
T8páÃ† ‹ˆ B‰ ¡Š 5" Å{ ¦3¨gÊ€ÐÅ,lS ¯º¹à)ì$Pá8aa¦ `˜[[ (Èai"Âÿ÷ž 6,!
XaS"ëü01/40S@M/µ[M5 †"* ¶â8B" Ò °A"Á i¡ ª.x0
àÄ0Šs Î Âtƒ)È¶ ab A" *" ý î eI@@ Ö"8ˆŠB#ÒâÖ-(c)•
€ d.Æº^"ªt ÂUˆ¤‰Bÿ¬+U !ö ‡Ò¨Ãªh"œ*hÊ¹ " )Ö'òH YÝáT!J˜A !
T 2Š-"Š¡ LpI4d€] vª 3/4 J± â 5ˆô Œ " " ±sôT¡ô N C"9Ç Ò-Ú¨K B"
B(uët @£´ \:IT,ªÔ)t"Gk:;'4...apÂ 6‹¯
Ž X,Ð|-i$/"DŽ(¡Ä Š ¡ÖƒB¸K£$àŠ ‡Ð_(p(r)ˆ' áT•BExX%
º¶ I ´4]CÂ ž Ž³±pK ÈºÇv ƒÁ ÑØL %¤ KiNËŠÞ! T"xKÑÝy"¨c -
-^ ...(c) Â8à°,‡"hº
ì&èA X":J Dt"", yÚÈ:
XdKë >E0ˆrYÞ %Ö›ÑCÛJˆè c..." U} ... ºá, Z îžÐT· Ÿ
¤='| Ç GU‰Ü
Žj,ÑH1/2i
`Ò"Ð!X$w¢Øa é>á 9!Á8Ft<¨ÒûI´... Z gu(r) ] Ž8Nä] º%ì, wCÅ÷B-YK Â
È"_ PýB)Âm"*B í ]" kB˜Ä"Ü< ŽÔ.6›"³²æ =""‡"(c)P'%8(Aa ÍOút t -Š - qÂï
5ˆD‡'±8B¶ßºW'&G B ßK Ã...ƒ(À,pA\V h AØ BTP"
¨":{U¤ ,)ÄžÂ Aa"oDtá ˜w,H% +ˆXj V]à" õa p¦B;÷Ka‰
'A GGeªÞ{-jœ‰ E9‡H u... ^á ¬1 P-¤pÂØðˆéklŠ ,Ž¬ "¹ †F- C-² "
@"PD B¨6 C,T¸-Œp•°B 4 ·
Ká Ø`ˆ8 ²
A× - ²C. "Ë L".¡ $
"+¢ý E: Ä"‡ù VŠt¬ pn˜Þ G (tm) Ã{IqTÄ...°D~ŽÐl0M"¢‡ê´•Á .Œ"e'ÎP
ÌÐA
" Õ Œ8 ê ÖÄ+#£j¡A ";å"TqÂs£ ! ¨A ‹³Â ¬3ˆÂÒ¡¤'@‹ I
c" -Á 8CÒ ¿wÔ !/ '¤a AA‡ eý¤(":ò-h8": Xäh
!°E:
öQÁøð" B n•- eÐ"(á\u¢-k Aƒ¡ 1
c‡AïÝ,,$
25œA fƒ
À>1/2Fè &5 "aÂ°ÇÚ#(r)ÈEÐ"Ç ƒTAò}økIj L8 nŒ$
XDuÃøùß ¢ö!-6 ^0E: ¹
Ö ã,#áˆi-A" /DuÛ†GZ "@pW ]:ÈªAf(tm) ö]A MÆØ~A"ÊR ‡¤dÜ LBIYpÎØÁÂ(tm)k'þ¸
"ë¦É(:
¨ø9uØ' GË²êÈë PC°ø1"
†Ê c"
vW¨D Êu°dI †<ê
F"äGˆàÞ Ž", oþöB‰ AÊ È€ê\dq îD ¡ÁYt´Kñ¶Èë,#û°ÉvŠ ùHs
aÄ$ ˆ-é‡ÃALŽˆýCx:VC A|D (&\M†Â#¯Ã{ñÁ²æ|-¹8)!i.
´¹Ò
h!(re ×‹]¸EÑÈŸ¬
7"GM 'À"p¢ƒó ¨~(r)!µ#ª †šÃ^ˆX'ðÐ mè0´5O| BÁŽÕÂ!×ûÔ":-4Á ^Ê$éÐá íý
ÒN-à,ÔÂA \ t,¸pA
Ã×¥ösÆ(c) ´ ºˆëÂL">>øK

Aÿ `ý$
íKè[k
ü(A2,`ˆëÐ"ë‡¦˜Io3/4"1/4?Lx"ëÍª n ">Ô;°ˆëøDt"ác,¦ "GS#U¶¸%
‡"}mºJ3´´<7k.¿Ç Á× Ž¡ÙF!1/2
,.¿6¸^ ö
•ÒÃA ô |{#ªÐ4ìì•G‡Õ KKwÕ$3µ¥Ñ t
¥3/4÷×w1/4 C°z@ª"U]T":XðD~Ÿÿòê(r)Ä}†ì ...ý< îr¹Ù*¦-˜3¬þÖŸ ãé(JýN é ×-±WÇ} ;øa'ä u
í~Á¸*Á K Gô
Ák Üì-l"? š†ð|-¡Â#÷,ë ‹$5 B.¨Ž"ìº¬~PýîÂ#Ð°,ƒaÚZ a" Jv "b-Ä- 8"è§H":üºW
<ì³ !îGT-ƒ¦Pˆê ðoò Ç#é
/éG_TaÂ,#ðA
ÖÞ] è%
þ‹íB#¯ûƒ*W¤GN,;G l%3/4'‡Óãë(c)Ú'Ä5. LXC¤ôñÿàû#¶± •¦ ŽŸ"Ñ&û...º²êÂ#¥úÓÎÂÔì[ K†
=ûÂØÿïúô:@ûË¤ Ð‹-øa úT...e<úâú;Sé0ˆè=Œ›ÈèÃ... Gú Pý...í¶èXôù
¡"I°¨- ‡ 0p]pí GPõ¤Pék'^°Ã)€iuÓ@ÄD Þ,ñ·øÂ@íj¨ @†;* Ó Eñ "ý
D íÁ ôãØcÔ â'-†¢ßì. éõ6¹ îó±5ˆýB,#õ×~-ªã×" ì º#è"<Ãƒ¥ûúÿã"¿;
Ux¸1/2 #ï¯ü ÿ ãA Ò‡œèºa¢‡Ø~3/4 Òÿ¤ 6v
ßú6,
Æ 3/4 ÿn"Â(uü5 A5 ö=oNÿZ õ¤ýz -¢:† ˆåF v
§¤ª*Á§1/4":÷Õe ¥d| ØÄ4ÃÜ§Ö-Ó ôk"‡;,é4 d} .˜E×PÁZõÓaxþº'A × \ } ÷
?ï " }Þ3°‰$ÃÁ õðP3/4úöÚúÃ Ž(tm)L 0...3/4‡ wÜ%ûöšwÚ k W
"<1/4 þ "?ÒM5TàŠxZEÓç¦ Žƒ
è÷ "ª{ká¨Œ":Òƒ w~ã-aÜ8#¿µÁ, ØŽ- ¡á .´¸"ê "?PE=}iM¨ge CÜ[
KØØ...-Âþþ"ö Y÷?8è
áÙA Ö"_Ô w´† §;Õ1/45 ¡Òü8 ê-Œ a*¸? ]' Â

Â#¨"é"G_PˆëLºþ kZ ˆ¤-KbƒöàÝ¯Ñc... Ž"²ò(~I"#¬ ºëJ"µÃó±KNË ÖØpjÿ (r)1/2 Ò\"Ý(@Ÿ²<
Gí0Šë G_Ó6ÆIÔ}÷ ˆêÒ†¸‡áÔ ‡qúuHZ"K› 6‹-¨%¢nÁ G 'Îé7[aêtH -œuµÁÔ7
kmÁ v êí^ Du GÜ-¢Ê ":
PV ¤£×XE œ{ªÚá} xÃKñ‡S¹ü }ø×{`Ô0Ø=[¶ŽPˆè.¶,)àÑ ¨4] .³D ,Ò¤ V›Ã
Y[ SÑ7‹G-0ˆòA ¿Ã
FxÂ#í¥i}
Ž ²è'¢CÈ5-
'ÐHZÍ J ÿg "£Á â:
"8dy*°E û
-ê¶VCl¤úî hŽ'í?ñ¥Âƒü*}´ 0x º 7a¥;åÛDtÐ†g,è ÿiuQ
(r)¡¯J-" ›QUÐuj , 9É¨?iWX¿O¶-ÐE üC
ú#â, -› Uàˆü cÒÓpý§PÐcH-öîÞ ü_ëiÞ-¥:×PŠ ¥;5Kµ m úi7pE<"‡á×ÆÒé]°-{Aï, t
Â‡÷Kôõ µ‹× ö Ž" '¥Á¿
õX K3/4éÄ8D}((r)ºÛK‡ìòÚpõzÒ ÂKÂÒ ,-C`ŠzÚXJ ý ùcØ": ":"K§
N£¨_ Átõ
C¤ªÚ ŒëÆ"ü -psË#‹"IÁ'òó
Ü0Dš°˜õ%1/4}ƒ E8@ b ß
Ö Ž èB tT}³³S1/2Ú¸"‡d1ÿ1/2µ
**Š¹CÜ%ýá(c)-~"N·¤8G <m"¥mZã
ŽÇú¥hŽ BÖ 6 hã...-¡×ß´ÂAÒôÒ´ÛÔ--ß-Z#¥¶(r)ÒlZaA KÒoøk'Ô--ÌÆ"
ª"9ÚXwTÓÄ Cn‰¢W°-a$¡ <+Œ{¤í µ +mˆVVÊvµL+í.!S`,þþÓnT>

°Â
?Ô": LŒIJ    "GäÇTÃ ¤Ù ×mB B²>           ´ `,‡ý""GìéÁ>V4ŠR

ò(c)~<    ,@-Mœs^; Â/ i‡...õî~aA§ÝÚÔ
   Ã?›,    *(r)   ê" j-•2
   Îl...vÐ$a   \@ Fý‡1/4-êÄ A"9        Á Ó n‰Ž ~×A 8(Á :doJ
Ã    •5K
,#àÂ;FœO¨0dAÄ mÚÑ pŽÃàñ ÄcãÐ Ð¯-×£´êà¨êím é+,÷Æ ØA,...¨hŽ-Š ²Õì
ïBÄ"XéýÁ äëïC ÎƒtÜ7 µÚ/'$ ·L28¤pïöØ‰‡8à^émê ƒ-þ   äû3/4    .qzÛ Ž¿ ¬Ž"Du~
o-âöš.‡,-âÈŽ¸@²ê^7ðEÒqnûâ¨"¢!8;T   .  ×ÛÒ
Ag-õA"
R/¬K mb   ç¶² ŒÓ
Äm(c)UMŒ[!",  6  ËAwÄ¹x5ÿÿÀ   @
endstream
endobj
146 0 obj
<< /Length 147 0 R >>
stream


q
597.36 0 0 752.16 0 0 cm
/Im0 Do
Q
endstream
endobj
147 0 obj
37
endobj
148 0 obj
<<
/Type /Page
/MediaBox [ 0 0 595.92 751.2 ]
/Parent 132 0 R
/Contents 150 0 R
/Resources << /XObject << /Im0 149 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
149 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2483 /Height 3130
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2483 >> /Length 414 >>
stream


ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ '(óµEó°U ØZ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿä Ìqÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿù
Š?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ

ÿÿÿÿÿÿÿÿÿþ
endstream
endobj
150 0 obj
<< /Length 151 0 R >>
stream

q
595.92 0 0 751.2 0 0 cm
/Im0 Do
Q
endstream
endobj
151 0 obj
36
endobj
152 0 obj
<< /Type /Metadata /Subtype /XML /Length 889 >>
stream

<?xpacket begin=" id='W5M0MpCehiHzreSzNTczkc9d' bytes='889'?>

<rdf:RDF xmlns:rdf='http://www.w3.org/1999/02/22-rdf-syntax-ns#'
 xmlns:iX='http://ns.adobe.com/iX/1.0/'>

 <rdf:Description about="
  xmlns='http://ns.adobe.com/pdf/1.3/'
  xmlns:pdf='http://ns.adobe.com/pdf/1.3/'>
  <pdf:ModDate>2006-01-19T13:38:54-05:00</pdf:ModDate>
  <pdf:CreationDate>2006-01-19T13:38:53-05:00</pdf:CreationDate>
  <pdf:Producer>Adobe PDF Library 5.0.4</pdf:Producer>
  <pdf:Creator>HP PDF Formatter version 3.2.0.941</pdf:Creator>
 </rdf:Description>

 <rdf:Description about="
  xmlns='http://ns.adobe.com/xap/1.0/'
  xmlns:xap='http://ns.adobe.com/xap/1.0/'>
  <xap:ModifyDate>2006-01-19T13:38:54-05:00</xap:ModifyDate>
  <xap:CreateDate>2006-01-19T13:38:53-05:00</xap:CreateDate>
  <xap:MetadataDate>2006-01-19T13:38:54-05:00</xap:MetadataDate>
 </rdf:Description>

</rdf:RDF>
<?xpacket end='w'?>
endstream
endobj
xref
0 153

0000000004 65535 f

0000000016 00000 n

0000000088 00000 n

0000000191 00000 n

0000000006 00001 f

0000000371 00000 n

0000000000 00001 f

0000000540 00000 n

0000040393 00000 n

0000040481 00000 n

0000040500 00000 n

0000040678 00000 n

0000068170 00000 n

0000068266 00000 n

0000068286 00000 n

0000068458 00000 n

0000098896 00000 n

0000098986 00000 n

0000099006 00000 n

0000099181 00000 n

0000126393 00000 n

0000126486 00000 n

0000126506 00000 n

0000126681 00000 n

0000159939 00000 n

0000160032 00000 n

0000160052 00000 n

0000160230 00000 n

0000190068 00000 n

0000190164 00000 n

0000190184 00000 n

0000190359 00000 n

0000220627 00000 n

0000220720 00000 n

0000220740 00000 n

0000220915 00000 n

0000249985 00000 n

0000250078 00000 n

0000250098 00000 n

0000250273 00000 n

0000274959 00000 n

0000275052 00000 n

0000275072 00000 n

0000275253 00000 n

0000301143 00000 n

0000301242 00000 n

0000301262 00000 n

0000301437 00000 n

0000301546 00000 n

0000301654 00000 n

0000331092 00000 n

0000331185 00000 n

0000331205 00000 n

0000331380 00000 n

0000359448 00000 n

0000359541 00000 n

0000359561 00000 n

0000359735 00000 n

0000389043 00000 n

0000389135 00000 n

0000389155 00000 n

0000389333 00000 n

0000415925 00000 n

0000416021 00000 n

0000416041 00000 n

0000416219 00000 n

0000441025 00000 n

0000441121 00000 n

0000441141 00000 n

0000441316 00000 n

0000441425 00000 n

0000468831 00000 n

0000468924 00000 n

0000468944 00000 n

0000469119 00000 n

0000495193 00000 n

0000495286 00000 n

0000495306 00000 n

0000495481 00000 n

0000524127 00000 n

0000524220 00000 n

0000524240 00000 n

0000524414 00000 n

0000550986 00000 n

0000551078 00000 n

0000551098 00000 n

0000551279 00000 n

0000580239 00000 n

0000580338 00000 n

0000580358 00000 n

0000580537 00000 n

0000580646 00000 n

0000611582 00000 n

0000611678 00000 n

0000611698 00000 n

0000611874 00000 n

0000643972 00000 n

0000644065 00000 n

0000644085 00000 n

0000644265 00000 n

0000667391 00000 n

0000667489 00000 n

0000667510 00000 n

0000667692 00000 n

0000695173 00000 n

0000695271 00000 n

0000695292 00000 n

0000695473 00000 n

0000729868 00000 n

0000729965 00000 n

0000729986 00000 n

0000730165 00000 n

0000730277 00000 n

0000769110 00000 n

0000769205 00000 n

0000769226 00000 n

0000769408 00000 n

0000783349 00000 n

0000783447 00000 n

0000783468 00000 n

0000783650 00000 n

0000809677 00000 n

0000809775 00000 n

0000809796 00000 n

0000809975 00000 n

0000853540 00000 n

0000853635 00000 n

0000853656 00000 n

0000853832 00000 n

0000896857 00000 n

0000896949 00000 n

0000896970 00000 n

0000897146 00000 n

0000897303 00000 n

0000954510 00000 n

0000954602 00000 n

0000954623 00000 n

0000954805 00000 n

0001014774 00000 n

0001014872 00000 n

0001014893 00000 n

0001015074 00000 n

0001052897 00000 n

0001052994 00000 n

0001053015 00000 n

0001053194 00000 n

0001094717 00000 n

0001094812 00000 n

0001094833 00000 n

0001095011 00000 n

0001095654 00000 n

0001095748 00000 n

0001095769 00000 n

trailer
<<
/Size 153
/Info 3 0 R
/Root 1 0 R
/ID[<54fca1ba17e1a8b011261b6543f9b543><fca35afe4b062cbb2cb1a3227ec8c560>]
>>
startxref
1096743
%%EOF

```
%PDF-1.4
%âãÏÓ

1 0 obj
<<
/Type /Catalog
/Pages 2 0 R
/Metadata 152 0 R
>>
endobj
2 0 obj
<<
/Type /Pages
/Kids [ 48 0 R 47 0 R 69 0 R 90 0 R 111 0 R 132 0 R ]
/Count 35
>>
endobj
3 0 obj
<<
/ModDate (D:20060119133854-05'00')
/CreationDate (D:20060119133853-05'00')
/Producer (Adobe PDF Library 5.0.4)
/Creator (HP PDF Formatter version 3.2.0.941)
>>
endobj
5 0 obj
<<
/Type /Page
/MediaBox [ 0 0 554.64 732 ]
/Parent 48 0 R
/Contents 8 0 R
/Resources << /XObject << /Im0 7 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
7 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2311 /Height 3050
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2311 >> /Length 39624 >>
stream

ç|          ò:1-D|  -X^^^'ŽS"9Ç(rÇ(    ¢""$3€ÑÚ€≪  çjL     çkhŽ¢
¡ÊrŽPåYC'Ù  ÁÇ'emYÜãœr
9   |DDDYC-  2èDD
'  "!  à'"2D'  áÈæG3²è  -Ì":6  º#¢è°#äpl-å HtF   tc.Ë¢  ^ù-# @˜H!  qÊ"""
¡È-
›  &Ê  lŽ
ò
^Dq  ó  Ã#  ážM€Ã›  #  àÒG    2°ŽR@ð.Ç^‰˜d">}  G  .Ë¢è  ,È-
```

¦†‰¹Hd ç2:> £è- à^Y @nBó p< å'e
ƒp Dƒ`å
BŽXå
Xå
@ð!04'Ì¹ G3 G
€...Ñ 'É 9X QœÃ-9 r sŽqÈ- ÛaB""f Ž ª"
"((tm)NV Ê¬ à]·âEÃ 3"E ¨>ÍJâ1/4¡Ï
w x0Ú ,æ¡ ˆˆˆ†qÎä †ÈQg ˆàxi Ñ '0È
âÏ"W< -"@‰ †@nØ 5 à¹ Xd òÍ5 Â 6 FG
C 7-n,-GP<5HèÉXd ñ Rè à¹ Xd ñ ,
,(tm) -
EÃËLÔ àÎ91Ë H 5 ‹L0¦Àñˆ‰P É pd, Ì9‡!¡Èbd ]A
€liøˆˆ'ñ1/4ðg3 ù\´2 ² Y !A' Ë¥ È FhTN: ù"c$ sÁ¤y Á¨È,2 ²Z€c Pˆ' <5Jð
Ù ;J Á È) Ñ¸3/4\2 JZÁ@ÒI,'tGÈèDD2Ü§8ç "8ç ðU"9C"9Ç8ä2 ±ŸË\Ô!- Â<\Q
¯ qÎ9‡!'M BBÑp< 4 ^Zä" z ƒF EH}J ,‰ É ì3/4!œr ž°Èg ,Y
ƒˆ Y òS!'
²
‰ Èí•e9ƒDÂ#¢; ã# ã+¨
/ *3À²wyI-ÈèŽÎÊQ´q ÑtGEò8d x Pd<
‡#¢;0"DDE'\ã É #a¢˜P
8‰ °ÞS& x %Ñ'pÉ
Ò85 Ô¦h Y æE ¨G
Ï gr°±ÉÙ Ã\¹C›
(c)h@Àä‡$9
'\q 5
à`ˆG' Œ¡Ê ,
F9Ç3œsŽ
Ž
NŒdqbÈ3/4{> ÄD... ¡Îçr¬(r)*U• Ç$9!Èƒˆˆ Q/ 4
€ÜDDN€x- Àð"q'¥)µ (tm) †@6 0ˆàÅœX àÖ9×² È 'a à¹\l à¦G â?
1@6 æ¡ àx5 ÈŽ-@bR6
êš? Ã 7 q â. ¢ 28rFGEÑ-#ät\R: !,(c) ‹,äp"q"" ÄDDDD "GË¡
ˆAød)¨' < QÁ Êt
@LÔ ÈèDE"D€(tm)H2 D9 E ØG
e *j
§uáH
" €LŽ gr
PqË@ÄDà+ 5 ~Oÿü³
xÿÿÿòÓ[EÜXEø ùf(c)8ùfªñÿùi(tm)¢:#-Œ -i" ÿÿÿÿÿùm ¢GVSL ¶ Æ?ÿÊb"
<¶¨ãË\µGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÊiMKPš -^Qÿÿÿÿóµ Pó°
tC=d8g² (c)ÉÁFeÐ¯!˜Jw$PGe'!,Â<(lÂÄQË j ³
ÃÁÎC(tm)"Û YÁHÆx-‹†QÀ! ¯s^F Qp. h†Í ?Œøf #:...LØe" @%
¡-; &ƒm #ò rsž
ÊA@ÐÑ
8û^N 0Ã"œ üƒ}I' á /¢X SÐok
áæ¤;'£3#1QsÍD'1/2-æ¤ù"4 6ÉÐ0Ó håÌ³Ï'Á‡ GôA "K† l†tPgÊO‰ûûývîÐ6 z¯...ôôí
Òx]´
ð@óR

êéðÚ  Aÿ}VÿMÓû¦-û¤öú_3/4  Òzô›H7"¶Ó3/4"õýí´°"_  ú·Þ·~'n1/2  é^ékÞû  úö÷_ëÿ|6¿þÝ¥Þêûz"
   ý"íqÆÇn÷¡œw¨Ðþõ¸ê°OOÓÓÿÖ?Vÿ÷w  W  þîûq}|qJÒÝú÷õã5Zý_ßOÝÒý:þÃ×ëôÞß|·
}û$÷û  ÿQutõþþÐoýk°Kþýít¿¡-ûïÿëÞû  íua"jß"ÓéjÞ·~›ßÅ§°õwéÓ(c)‡XUWVßKÿ¦Û¯  VÃ°¿  `ûm𝑓1
/2/õß -Ýõû1/40ÿÖ6Ó~  ^1/2.è2âú¡7ÞY
=+ðßáƒâ  ÷ÿØ¯û~¿¸o÷-^aý‡}  ÝV-3/4ÿïTÃ÷]"1þÃåçÿ_-  úðíÿµ  Ý
ñ  Ö
íÛêÔû-ÿÐ-  pÞƒòBa¿3/4*Ý~êî¶ý1/2õ  Pë!ãâ  _
"n¯ wiw¶ÿØÿú%Óóé|"MédéßoßÞ"ÿ¿úû¤¯îÿ¿Nÿ1/2~ßý÷R  ~ë*÷ëÿmöA¥l𝑓_(r)÷t·M_Ò]÷óZ¦Ó/úou}m+
j¯uOö  |$þ·î¶"Òßö-Öøn  nû(r)-÷
-Cý1/2{-.ëït"JÒ´·ö-¤Ýà-J-°W¯Íí{
1/2"•ˊ›K]"Ã          mÞ(c)ZPÒ"1/2U°•""I$(r)Ø5v  M"›Jî¡'I"Ü  °¶pH`(c)'Ò î  (tm)!Q
80J  a¦ØAl0"        2<JÃN  !...sà"àá
   (¨j

  ƒˆ\ã¢ 4 ã5   ä#𝑓b,
ˆAˆLB
𝑓

§=`‡g.  ÀÎ
bötðAQã,5𝑓ÊàI
Ës<0D`;   0":âœDDEœ-  Â"2¬¡Ê'IVRÙ[@!    ^^^^  ÿÿçe(Ñ  ¨Fò:0D&o1  "
  D‰¬!Ó<‹ÄáL  as#‹  -
...#²>k   S
4#Ùð0¦`ù"SÄˉ‡³ÊÂ6
  ";"#åÙ "9    dx‹²æj `A¨  àHC  8  ØÉÇq  A²2)Ã@0'
ú^"...
-  Œ"
$  s¨"F\
FÈ   0...  Ã²   °tO"àÈc5Ò~\áÉj  A  FÈ  3¡pl$F8åñ~Á‡  ‰øôIÊpÃÃ)Þ
   a  Û
   A  Há  Œ  1Â 𝑓 𝑓u XzÚ  <2~Ãm  †hN‹z    -6    Ôˡ-z  Ca"D^&Š  ¡´  iÑ::
t  ûH6ÖÖïÿ
3/4𝑓
(c)Òý1/2  Ü-´  a¿wØA¿ÃÂA0ö-,Ðt›ÿ¿õ"Ý1/2_ßmÕ÷Ò
-íÝÝ"Î ÛWUK[Ú_ýÝëÜé÷÷éé]+
;þú3/4*3/4-úo¿ý¶  í¿þþ"ÿWc  Ûí¥Mþ¿KñßÇÑÝª¿Xâ3/43/4ã‡"ì{§Ò}ô¿Mõ(r)ÿm´þ›í_N:PÛ¿1/2[J›ÒÒ
Ü(r)ÿù
{Ýí"]Z|/üðÞ ŸúyÒ†  úûëô¿¡wÆÒ}1Uzïþˉj·ô-w1/2?ëßü5µZþÊ  ß    v·[ý ¶1/2jšÿ[ý"
¦(c)ý  Ýu×
¥^µV-ýûÚé;}owijð°öíýÖ·Ý6°Ã÷û#     ¨Z°·Ø~-ÿë·é<§"i%à     Ò¬0ûZxöÌ
Û¿PÃâ
ÿb¶-‡jý×Ã!c†úýš1/4²1T  ÿØ  ÿ"¤ÚL  õv  okûh"%¿ö.  ÿÆ£ÝâˊMoªâÛE3/4ÝþþôÓnßøo¦ÿ°ß‡öôû_†¶à
ÿÿýˊí3/4·Ãûzßï*ûý>1/4=‡mÿýF-íÓ7þôÿ"{  ú÷ñ9Ø'}oýíÞýlˊa¿ÿ  õÒm'  m[íÒ  ôÞßÒ
ßW×ï·íûk×nÿo^×öÓˋÿ¿·Øk¥úýZO~û  o¥ÞúÞÓV-OÒ3/4A§  v6ˉ85ëooÿ×îSü;z[¿ÛÛˆˆ^ÔÕ-"ëíÝ{Vþ  tÚ
ˉéSt÷_û{(r)ßê"ZÝnì=Ò-Mÿá"n'úöÖ  [×𝑓1/2;N  -1/21/2"iX_õñ/k÷°[
%¿¨ö¯   †"
$Ý*h;I*ßIn´1/2†  ÛIwT(c)¥m%maàÂL0,a",zhk  𝑓tÁ+†

ƒN  L0'pÂV*...~ÛI;´ó¸¦)Š
œ  à:œ
ÈQÃâ   8 @Ñ    2
áÄ › (r)Þ5Á  Ä"€√  @Â  Fpa   0åf(tm)h          yed  NI
p'œ¡Êt
    Ä  Ô `Â!ƒ"  (Ì
3/4  a"ËN,è,DA(tm)y(tm)J'",(c)
-,a"  Ï´å
,   ^^^  ÿÿÿü¶Â  0.˜Eœ5
k¶  Þ¯W\  ío~´aÝ Þ¯ 1/2&ýÂWM  ¶qÐÄ  ÎÕ3l  -  Dvd^(r)_#b"(tm)ŒŽ  k^áœÍ  ó€
Ó#(tm)|Ž¯ñ  4  "èÂ.  Î²v   "pÖ1  Á´æGÈášx4   pk.eâ8e'#Üè  †Q(c)  EÙpä"<ÈæD'pâX`   !2:#(t
m)        äp ú6  "†\
ò8eœÍ†íœ\5K†¡pm0‹åÅ#  ˜  ¦
Àç‚œƒ@äÇ)ÈeŽk0ä  (CR  F9É"rœ§((tm)
   (tm)A  8Ú  Ï  Ã!´A  ¯*ÈƒqXC+‹sÌƒ@çr¬†H7   ìræA¤r‡(2   Ž² 5!¡Ì  "  !Ÿ
      ¤"$  Y  Ê0FTST  DDDDDDDDDDDIlc%y
@"/  dEa          ^^^  ùM    ³   ˜PBÈaÉ8ŽtàÁ
-Ž#  Á  LŽ˜ij  :ƒQ-
ú{@È eþí  ),8"¡¡Ã#  ^õØXdR#£        ˙Ëë
ø‰*Ä25  ëöžš  K   J#¢è  uíwTÉ0 º;S/1/2¯Ö"ƒ"  rÜ˜å
  ÿßéÈk‰^ƒ  >ëß×jƒÿ  §Ã°ƒÈAûéú]éäù
(s
ä  ƒ  Ö"µNßÂ      Cî"W"ék†Õþ(r)í‡vßvŸ¤-¥ªþ"r
!ù¨ö¿-Õ¹
  4"_¤Ÿõ}\†
(ww*z  JR(r)&`£NÖ·íß]  \   -1/2_U¯ƒ|  ô¿ïÒ1/2Öƒ}ëúê1/2Ý_Ýý=Ú¥Út÷(r)öëä<zþ'ï|/A^ïõV•k  ÒJ
×D  ~ßXI?_ÛûÚþô"ÒÝ  ¶¯UV"ê1/2uz^ûü/Mw(r)Ûþ°Ù
B  ÷Ó÷ý7ôá/¦¯ a¯ 1/2->-õÝƒUõïÔg
øT  ë†7ï|œ  -^á/1/2Õ  1/2má$(c)1/2_zõj¨†t5¿ûÞ¿1/2ž
ÿuõ§ñïxéîÿ_˜]-†ï¿{[a|?Õý-ü/
ÿzÕ~¿î[  ¿ýÿïu·  Ò-ëÕÝ¸ÿé‚ƒ
oÓVÛ"×‡×ol<%ÛoÄt-ô´á":ÛZ¿nÿmøƒ}ö^c°ÿzM;ü   Ú(
   ¿ZôÓÒ  Î><  pÝ'û¯xV'ƒø{  û]ý÷   õÿÛ[unvg  <¡.û(c)uéBw§†-v
¢  âêCÜÜœg  ÈÄSŠÍƒ  Â'O¨KÕéÕ´þžÈgÔa
Ç
Ã F"4   1ƒ:†
@š"ê7jößæ¬â
Á'ŽS†Á"t  0D2PÃ  B
B  fc`  :jÿ~-ö  _hC´  N  ^Éûdè
¤2  ÑPh    ×]uéÿM7ì7 øk Û  Ë}Â&Cµ´µv3/4Óu-ô   ?§*¶÷-[okIZu1/4†  Ê-  §ýVž¿ðÞîé0ôíd3Çï¹
(r)ÓÓ*Ý÷í7  (r)'Iâ  \|m"  JŸÿô"¯ 1/2‡c¿w  Õ(tm)
²  â-µ÷-þ·K;úßô  §áÇþÛò  ÒïµëÝ°¿û"^¯ï>¯´-{õê²WÕ7õ1/4%Jü_¯!Ò÷_zO-3/4Hÿw`1/2w[úÛÿõïÿ×~
Ó¥Ý[¿ï-P]_ú
3/4íŸ¡é§ð"  ÚWK[6  R1/4/Ú^"†  Um´ëï§Rãî#ßF  ã¯¶š...a?Ö-m°ÅmH/•â-ïðaB"
ÁÕ+"o×ƒ  Z'a|°Ý7¿-
3/4ƒ  0[íBÖ×3/4"(r)Ú_¥scýûò×Q  R
bá:Ý '¬Ý-ýöõf  {ÿßå
ƒ"  ÏÄÁ  ué$1/2õ  í  ¥3/43/4¿   e>žÛ^Ò]íÝÀ#¥IiÒê1/2ða  (pOMíÕÕ~Ú`Ý¹ô{á+  Ö  ¡  +'

þ(r)ÖÒí(r)Aê•}ÿ"êŸ    X(z)éX_ßÛWÛê¿)ûQ  èŽdt@.,Uî×aö-÷mêâ:¥UèDeŽ  E^×mÛ_K"t•~éñ
¡È(r)  "=Ã]µtŸÛÃj  û-[
" É    9C  Âa{¶      z3/4úÒÂõtfÄDE  n:¦Ã¦ÂZamXpa+[  Õ°'e  °\iÈ;†Åa0M
Ú  \& Š†l#  ,Á,,  Á Á      pÁ 6"  ˜
  ,!±MŽXÑÂ‰      "  ¤6A  Lj‰YÜ- lN                )ÿªÒðK
?Ë4)Gÿ-Ú'Œ¶Šó1/4Eùm
   ¨Â!¡¡
)Ùª-ÐD  Ç
p"C        'Ñî  , "4  6  5!  "C`å[µ ...Ó  Ðnú
Ó'  *ò  ×¤Üz3/4¯
Ãz*Up¦X‹ô(r)  "ˆ  WÁ  zV-°Ò  :ôƒ5"ÖÂ  Pá-Ñ
   "ÐP·      ƒBM  Qx":        Ù  ",  ...<
Œ"ir  ²,  ñéö'
9à‰*  Ø  û,#¡  ;Ý....  µ_P"¿î‘\.°kPU"Èê-ë(r))4ÓT¯
v•¶¿õÑ\x    ÈŽ1/2'[$ÿ!  "> -6?`K1/2  Io(tm)%  OÔŽ¬â#Ä~ß E
élDDH(r)VÖWá  ga2:ÝÄ-·Ã -´   % 1/2&v  gö  Ý°¦  duëªé  .îîÁªZ‹(ì$k"qk‡Zi¤f
YÜ

Dë    wÁßÔ†    A"A$XZ€ÆG Tùž oïÝRm  V  E    7é  Òu"Kô  a0@å¨LŒ

5U¥3/4"-+"CC´  @Û‰  B-a§¦Ca  "_MÁ        [Ž"·zCBºO[¤"'˜a0"žÑOK-è    Ãwð¶,°ƒ²¬ûÿ"tvúl.ƒ
°ƒ÷¯m+(u  %ö"  Ç8íSß  ]tÚ  PŸ†  !nÒ×¯ø4ýªÜðMÚ×ÍH×'  &HÓ1
_¿þ      PM¶  ~N )<  4Cäøa^  eŠRÒVÒÐ@Ú
øg1/2h1/4
   ',ìã"µ¤>ÿ¯MÇ×§P(c)ƒ.rC  ‡ÈÒo[§"¨+(r)-¶fãÏ7
¯¡é¯ªÔê?Uö³Cÿ·ÛÿÐ‰"
  ÿN¯üö°  ¤õB  _Þ3/4,öž  Z1/27VXKKû¿á+YC3/4öª    G]¡  ÿÖþŸŽ"J,ô=0DÞÿ¿Mä4  ë·"vÂÖ  kê
1/2þA¢ê÷"?Õ5 ÁŠ[Â[û"Uê
×¤  Ví}  "þ*¥@ƒIm/I...
á}    ¿¡  †  ýí^  E¡Ò Ö8_-ÕW÷°¨ýê+m%ß×ß÷¨ká  ÿz  ZUÝÿþÓ]ÿJêBL§"
w+o¿ëëäíkõ_¿¡
û
Õ°¦  ý›Mö›vj-úÿN†(c)ØC*ã_3/4,J  õ¿ïa  ‰‡A  M:
  ]  !îÿda    îû...H×îRÔ
    ö  I      J  lïÖÈë  î°ÈaßóŽQYŒ
ÊÐ-Ò

...ð¯¤h
iq    ñëoÓÓÿ1/4+ï"¥
%ZW(r)Ý"ú  ét  *UKÖPé  zN°°"i  M¬a?...  &qÝh¡ôE¶èo‹ixý  žÂq¶°Ø]cÃK"é¢
xPá°Vƒˆáî•Bn
›      0"8aV    _y"Ö'†  *    *Y  .  †^Çn  Dt  Óh0k@ØŠQ
m*  7jˆe
að¡Â‡´œ-+†#wJ
Á...Òëz
ª
  0AC'@Ž8M,)Ý:XAv)Èè  ,LZo²  £é3/4
  ^4)Ú

4õ¥pÂb¬*† åöÉ¦"†pÜ4  V  †-^-Äƒ
  ‡a
 N8I¤Ó8à(c)!ÐP›†
5p`¨ë<³E"¡
 Ðlº0   E}P2œãœsk  !
."3/4CA  Q  â"#ß ›†V    Ý¯+£Çl ¯MÄD  ª  +Õ  -íb,ðA7zúÒn
†hålÍ  ~W
  ø^^cj\î  ƒ  ]
 .Í>ÐO  H`s
 Å ž-´,aÃ*      w
piv  \F  &GI
   iÑBzKƒ Ðéá  ŸT¨&â2œ,ã"àšM+ÉÓo\I  ´  q  Ô$Jþ"  ×´ ;°KWI
ø3¯"Pô-Æë¸Y)î(c)>¹   ´  1/2,/ÐKP""TÒ¤¦?- ¨žTéôAw  -]+X  @‰o>ÒM¤¯PŸp-ªG
c      Rè  v¢#¤¬†‹(p°1/2ö"ƒi*]¨k¶"0¯a$¿    Á-.î-Ô2  "(tm)
ã(c)
é¥ƒ  Å ‰Á[[M4-ªÁ5A¦  Ž¹  3/4Dt
%v†¢-a¤  JÅZz     îË 0Ê¨"2  pT  ,.¡ÃJ  Ã‹"8´@Ã˜aÂ†ªÖ,
    dvoJ@Pnb"¢  †  5
ƒY  C8ä  n  2  ³ƒ>  ˆùk(c)(ÿËwÈñ-›:  µ    V"}êë3/4éJê˜-Ÿ  "×õ¿  "
  Æêþü=^þÔ  ÿÿ"Ê'.å¶")ìì   'Y˜   X0P¨£"8³°Ì5Dîƒu
†Ý'3/4¡¿ÒÝRvS"ÿ¬¬  "
õ  1I  IÄü†/      ¢oAíá
ÑxÐ è1/4{z/Ã-7°M÷ÓwúéðP•××"ïWêï"á3/41/2R Ý2>G,þ›ìU±˜Ž›ÿ,°s
P›‡ÿÂ-ðñß(r)¡  á‡íé÷I[Zo  œ  nØþÙ  "¦†¿  k‡îŶ^¢3/4ÒÃÝ[IÿÛýû
uû[}v  O  S3/4B
°ì:4pÚ
Á
˜¥Û¥ÈQÓ   "@  1/40Vá˜L‹
)ÓpÄ$¥¶":a    b!,x^˜‹
?ÿÿ -R-Ù"B(r)˜#  Ùd   ‡¬ØE(tm)       (c)œ§?Œç²
  À±+"´

S(rV$3œSHDD\†Ê,"0Ç
"ò&
" Tf  C¨¯2#@F  Ù  Ã
S%"N´Âî"[‡z,
ù¨˜¯k÷3/4›ɨ}w~Ûÿô-úõm*¦ÐÙ*ëþýýn"û°_[ëõþèqÖ÷ïûkï¯¿Õëö"úíÕ¿Mìÿú">KÒJ-{ö"kw3/4ßÓð-×!Ç
R§Á  Óñ  kÄ¨íÁ¥ì>  i?þEwÁ  ÔŠîÕÿv¡î"Oû÷ïaa  µðßàû#‡3_-°oú  [âúz}·Ó†Þw0œ‡õ§öÿ"HGê¯  }í-
_õëo(r)Ý/¦ißö×oö"[}í1/2›3/4¡...VÓÒmVÓ
b   ›†éÃ"Xi,(|0ƒD€¦ƒ    ÁÁ˜dpÊ(  xƒ"é
&9U‰   -  ø˜˜˜˜ò   qÿÿ䶦_+y    Ù¤ã#á  tç¬±    ÌØCc@  0{  %K  D"á°Ô  pvDÀÎ,    n
CgC˜óA
‰oh  ïV
´
‰ol   -  ¿{ÿ"ƒ
ÃÛ~ŶÛGz-í´o-ó¿ÖMßM÷Ìíõ1/2ÿu÷¶×íëï¶íú}úÿþœîû¿¸ûî°í¯ íûÿß3/4"-?þ±ëZÿÝÔïÃ}Ÿû{ÝjÖ×ÛÚÕÔõ´é...
°ÝtÞ‡¯(r)3/4Ðõõ3/4úíª÷˜Ÿo1/2  ¯Ü‹zzûßþúÓ]ßÓñÈî1/2üí4íS  _¨¯
××êÔÕ=3/45¯_÷í°ò<4ß¿Ö"3U]ÿ^õ~ß¿D^áêû3I¯Ú  iùÈ¦   KÕþ'ÿ¤û  Ö:Uê[jÿ  úº].-Ô‡ê-I×KVŸ¯ }-p•

4  ...N3/4ÿ-n !"  ô(c)Víí ...Ë‰-²á¡
AçÁ  2€Ã‡†G   B  Aq"
x1DX  q   "   E"4QIÅB#¦, @Â
    ÄDDDGÿÿä(tm)VvŸ;¢  ""  ›ÈÄ~#£  E(tm)ÄR  äv@Ïgw  Üƒ‰\T£FE
  LªŠf!x‰Äi(tm)-*éÙ€ä†x1   -   ƒ
3À`Ô   <à!àENÔ  Â...;
T    ˜TÓƒ  ‰ô2&",†ÄäÇ¡L‡Í  8A'‰Á-°3/4  *HÖÑ³...ûÂ
Hm
Ž  Æ_I  Ù    M  C  §ý:‡
Iöšwï¡ûhÐÕ ô  ¤fî$±°¯EN   àáö`¨   Â  Z(r)ª›i ûz
Úª  ÿß  ÉF;ßöúûÕ  ¿~‡ý  õ×ï]ízZ¥ûÿ¶ø¡¯W{Ýþ¿¿ûþwm$ß^¯_I{ï·"ýÓÇ¿×Þó1/4^Æ  Òì{¶¿"3/4EH
  '\á"þQÙ  œ"D  ›)-Hy  ò  d°¶¤  f¯ÚAéƒÓ^›znÒØ¤ñ³ÏD8 d"


Bœ
|g
y     ND"    ƒá=  H¨
h  #†  !Š¤  rL@´z    ÐPš!|Ä  ó  îö´¸~ú
ž  0Y(r)    Â&ã "Ð*  ó
E¸xDÝ,"Ñp4Mþ
  p
  "c‡H·
    ˜AÎ"ì  ±B,£fhý‡ýl?m~ðTí0´  (BUè:š6""úÓ
  3/4  `(c)"  : 0æ   £íPAÂp  ÐA´¬  5m  {8åý&Ò
û
Ï  h%1  ÛošŒŽWDVƒ9A›7I°àÂm   Ñô- Þµ¤ñ=ºzqhjqéYæ-ºOO0âhu¤çØ4
"i8kL8ŽÁ A†õzÇ  š  Âp
  _þ  Zwï*3']&ü_Þ1/2+ñ,
ÿöô̂þ<  â
Û÷ò
Òè-þ*IÚz~Õ  K...Õ"  ×¯õõúO3/4*ý‡.1/2ì?oö^¯îµL^(r)"mt¶žŸ~¿¯1/2_  IªÚoñÒÐíû  '|?Ãþ¿÷v  }/ßý
ïãúÔû ̂ô8ë ̈¯Bµ¿M  !
ûÐn÷Ý¯ýÕ‡Ýß^ébpx-êÛ¿T(r)
ô
ä  7O¯¸>-1/21/47Vß÷ÿï  Õu}ú¸...Á  > -o]ð‹¦ £¶ qU  o"í7aúo¿ýÿ
§  [¥ûxEÅB     ý}wµÂ  ý   ú     ÿÝ‡rtÚv›tB&÷ëëÝ  mÿ3/4þÿ  't  k~ýþ  _
k"  ë¦ -ý=ûÞßÿ-þ¯
þµ·Kë×¥þ¿þ¨/z  Iw¯
ÛÿÛ"ý<  }¯éÿoõ  {  z^ïõ×gDõé  4-÷lé÷Ù
Òÿw÷¯3/4×¶3/4ÛÙÿ¿¯ú¯ÿÞíÝÛU_3/43/4µZV*Ì&÷ Õ̃õ   ÃMý  üü?_ïÿßë¿{Ò¯  (r)é/ÿjéö-÷¿T(c)$Ò¿oï
×÷ûïäõÿ¸-wô-õÕû¿Õv×öÕÞ¶-vßþ  ‡uÿýÿ¿¿zjúÝýöÿÃ"×˜¯ÿ´1/2à×ÎÄrÏÚ^¬>  I
"kÙ÷ý÷Õÿô¶(r)   ...0ÝRÿm¦ÚZ¬  sõ¶B
¬&Gí+  BØ¨ªêÂz
w!GÝöƒƒ /L  %  "[õµõ`Â
öè  zk°ËáþÁ  ë~  (r)
"  ,TAõ  UÛzêÕç`Áçq  P
x    ÈGÂ  !ì...(c)±  (tm) "`  Ýéða+L  8 @Ã§  "Bˆa  ‡§  ˜a.Ð=  ‰Ý   L‰
  L‰  4  Â
G  ôh'-pØž   §°"Ü^

º"
` , hB CŽ d#"š" !G SÌ"xA²,$ M Ž˜¢pC á6 6°› 0 ¢ "Â
Iƒ ž""""""""3‰ÅYNUy
9þ2‡9XB-2" "!,`¥ 0,
0a dÃ³xB
²aB P ...‹R ,! ^Sñ"èDDDDDDDDDDDDDDF"Gý (r)´´‰¸Øéa$Aì¡ÎÎ ´¢,ÄaPJ3
( 7˜eÌ1/2 D;)&"ÓŒ ˜D ÄD ! "9^S@PÊ ƒ`âC
ÙÜ G3ž$œîPåŽD DDE,èDCÄ... Í ÜO á
ò:.‹(tm) ê'"] Á¯ˆ' `¸9 3-Z:¢° àx¤vló <JwŠw Àä

" ...Ž1 n(tm)

#ì,ã•d¶pD|1 ²9‡;œrœÐS!kÈAÁ
Æ"Ê³ "ˆ4"$ h³D#-rl%¬DC
Hi² -É2È< )nx*¦JC‰<Gˆàx.\IÙ€\í Ž‹Œ¹ 4G3(c) F
#
25šf ,".ÎÕˆy¦

S ƒ#æÌŽ"+²‡'ö@Àå¹E% ã˜rà†PâC0rÍÂ È j
B9 @ @àÃ ÝY
ã B ò
õ C
EÃ äÓ.& U 'vk Ð3a¤"I
RPŒŽF wÁ %J d1† 0d˜.ˆÜ43æhÁ, 6 J"ƒï d ÆpC Ã>wY¬ È0: hq
ï²>\ "8(.¬ (tm)¨;Mè-°Û²Tr~ hÂ';L6'/a"Âpl4TEml#ªdæÚi '-
PY-">"u À¹s"v ¯@ †ÞÐa"" m ÷º aé¦OÃ 7ìª-±1/2Ä† "3áH°<2T
†_on›T›oÛÛ- ûzVÚ‹·ºÿ"Oƒ¨ `BÈR.Œ -.
†,:.ˆê(r)´•é]ô úa¤õzAºjŸK-Z´ü7I ŽÈøˆ‰ì¸¤s# à1/2ûa¥I$ÝöîÚ·ýé[kn"¶="(r)þ ,œ ˆÈ-
à£bþ ~qÜîéç ¶ºZOý?öêª(c)kíæ¬âÑ €ÎÀÀð Ž) ììm*mu3/4ÿ}+(r)ïWm/ÿßj¶ÔÐ4*NEÆGeg<
G
r8`" Û...zO}Ý~-ûÿ"Ôðþÿ|+ÑUŒJS¤òP26D¨K÷xº!Œ dl2‹âk 28g. Ž‹¨H%Ûi Ónßß÷ÿk[ä
f"SLÜCÎ
ã(c)ä€"ñÃ ,
" ÞmH(r)²-t (tm)-4 Q›g£dÕ Å ·!x² $3dŸ÷Òa;BAöjaÏ ",ŽÈñ|Ž1/2 (c)ºÛK
÷ïÒ3/4>Û¯i A,
áS> (P†‰Àj I ,
# pš.(ZaS
¨A¤ #``¡4o~¡3/4Z(#0\ r ƒÈ (EÃ'ò8 G
r9'Ñ"GïUm¤•{øoÿkKïîÔ ƒEŽ,§-ÜÙ
; V\TÍ$_4"@ƒÚ¢ùÂ
'a#s C^'xÒdñ¤ BÖÿüˆT1/4¹žÉ?LŽÄ ˆˆƒ^ n×°'_ßÞ'ýïûê" ¿CA0Ò~ ^& X1<PO,Ö-g
M¡ qéS}R\...çMmÿŠ¢SoB" Þ C;-.ˆàW! s
uÂ°,§zÞ"}ú"_ZÛÒ{ t´1/2 dp AéÌÚOMƒ ê"
þ5íúÏ 1/4Ùt'M¥"µlÍýÿKÂ" nÄó†"j Â Ù#åÖ -µío]‡Þ"/}Ûý´Ÿ1/47¤ ¯úÒá+ï
K÷õW¡iàÈãKß"¯ô †ú"¯Ù 2=? ˆ‡]¶ zÕÿî-×Û"ÿª"´ªžÛ¤1/2Z Z -GýÔ Cºø¯ïß~¿ ‡¶ôòæ †GB
C <
ŽIr ³[]ûøaïLÅíz·~éj)'ð± ¦ŸWè µö¿µÃ-#þ]ÐÿKÒ Ÿ¥(r) %Mä ýÃ O#Äq àA
Èÿ1/2*Þ1/2 [ýÒï~ÿˆåƒ±Ã [" ' Ä/õ¸-òÜ1/2kï

¯÷:      íÁ  û-aÖ    îê¤Üã²  Qhö  D,

$r

ô:í   Û~1/2{KKß~Hmh,P?á

ø+é6ù¬V   ¡Ý1/2¹‹ÿûEÇÒ¤¤×ÛÂ  í  6``Ðô#  H,9)

l4ßÿöÿïë  ÿÑ.../0€ÿúÂ.êï(r)  (r)Ãþ-o¿ÿ

üé›^á¥×

3/4ö"Ê-Œ9  Jöä  ë¶3/4ÖÞÒßöíÿt"ß†  ë"Ð^°,"   ~¿Ý^^Þ(c)  f-(tm)~,1/2Þ‹óÇ""GH·    è  G!¨8  ó

é}ëµÛTúzþû¡ÒÖ=vþîð-êÒ¥‡ëþêÒ~*...ì":¨°¥´  ýØš.(r)  Dò

9C(tm)Hã"9V+†öÿK   fëµn¶ý^*}ðÞ3/4ÿ_-n-  á3/4ûØþb  Úê3/4  C·f-†\Â´Çâöþ̈ÄC    ¬]-

ßi~ßéaÚ_"}fz¿Î̈ÿ×  ¿   ú_û"ê°ß  ÿ]‚¥9uÿ×  -ÃâC:EÿÛ·èœ  ÓÝ  z·Úðu}=

·ÜŒ-iø}öCßÈ{}í(r)ïïß^ç×·÷íÁªWþ•ú"è;Ý´ý×hÒ.^è  -      DGGÊïNûÛ¥z(r)Ýu{z¿k¥þa?ðÒôõ  õ÷í%

ýÛ¨þ̈ÿÕÒ̂Ž1/2¿ƒ‹¥þë˜^"ƒ  û

+wÒÛ[ë°M¥ïÛZ¶"

/´--ûVý}oÕÿi}øv(c)ïZëü;Ùcë  _ßJ"‰'~î-ý¿}   ¶  M¥ôÚF  ¦Ði_ì5þ-Ã

"xHÆ(r)ÚzÎ§uqúí°ÂHŠŸ}*a  (tm)öNÝX'  Ò^°ßîÈ  )ÖÖ×k´  ø$"iC_

$ôƒ  0ï0¿è%ob"Ìï"+J  @í[  ...wY1/2-}â¤  œ6-¬Wè"@-'#íŸVöKä  D•6-

§¦  0Ï7B  p`¿°ACOl%o´Ç§  kl  V3/4!1ªlBB¢

ÂÅ4›Úr'  °ÅZr$S÷  ¤ý_¿ÝPDuääÍ§  0<  Ü  pa  H  !...pD  â‰o  Û    H    ...  |  1/2¶  ...Ô·jÓi

  6'   h  a   Ð"‹   a

^8  Y  (Bh0  3  Á

†Ö

1   Ð8  Ú"   é

mÉÑ  7Ñ  kûŒ?B  ^‡ÙNPÞpx*@^è0¤`D  pR7†  0̈   [      ðAƒ      "D

"5   ša¡¦  >   0šD$  :`‰Û   A:œ1/4C

r)  8íœlÍÒ·v'¡"ê"ú_p;`˜˜˜˜`^DDDD2‹B Ð´ƒ  D4t...,           q   _íÝ  0û*ý(r)'ãÚD  G

â#¯˜Šþ·"Z

ÀäP;ÃM  (Dp¤u$8"Gú¥ûþÜ¯æzLAþúê'  ¦V  ã^uýÕ7M*   ?ð÷UèhMH5ÒT--ªQ(r)Ã=¯  (~µ_˘u¬0-·k

m}^œ  qm¿¥ähN  R   Ü¡þ°Ñ  }]ªMë}  Ä%Ò  oÒê¡ý%  Ž°Ãä  _ÿûšÓ-Wß

ƒ|  ]§}Wå  Húv›ZKÍüuký}  évÞ"W^ÕUé°̈ë)Öö×¿Þ•  ïé%´C¨É°ÈÿÝ  ÓôØZI+àé  p}    qö°ý›Èþ  ô

(r)"µÂô*-ÚA-^'EýPÓoêïúÿû¶ïÝ  a&  (r)a  öÿZä    ‡  V•'

§§Û"

  <?þ Ì81/2"¥´"

\   (r),H+ïñ&¡{"ûÝC#ßþ'Mõá"Â(wW¥Ûœq{×ý*z[×-"×  T  {zÓµÝ4  IW¶µ}B#¡  ¦Gk

µ°¤Öµ'  ýÑÒ"2Z  ´  dtG‰HR4!  ÄIHŽ

ªý  ÅÛv¿µ

é(r)^(¤ã#·çi  ¡  Ã$¨§Èá́H   FIƒ

¹âM(tm)ä

RùW-Èà\Œ  à`ÖDtj  -5ä`è›ÎÑÒ)  D#"   °Þ   r   *!\ƒêB  L@2  "  uvÔ",Œx`'zþ÷\i!  1/29)-§3

Z      È1¡    "F...‰o   Î¡c0  àÐõBÂ

È2#ÄHPÈùì  @Ñ  œ  &

  FGÎ  ]|A-°̂µŌ  1/2  87m%;  :§d  š%Ä#^    ¬Ëäp€Ú  !y†

rq¯  6

˜Œƒ      àÉ   \P Ðl  hA  öH  Ô-†Â  j¿UÈ7Âƒ"  •¤(r)Þµ"â"Pêvõ


Y  Ñ:

%Ž"á2~Ñ>EY†ÃSPÔƒ&  ...a°÷.hŸi

·ôÓNî

ÑƒnßÛk    Ól  ÕúµH":ÃÁ÷],ivÐMÐ6çJƒ

"¥¶áë *éíÐV tß{(r)›}Xkþ J.ÃUÈ09bKjëìVõÿw1/27J Ý÷¦ú¶'Ý¿N-¤ƒv¿" ÂNÞ,mßöƒr›* b
X ƒ¯¯í.¡îŠÚ ö·Mõw_~•·"oþý6ÿïþÝêê?ªfh0B 6 2"°(r)"_Ò#wyÞº"ÿÓ"o~ýnè?ßµm ëëÞ,"ûö¯Ž°E
Hù¿ H2Uš'°¦{
-- ø_£"KùÝíÔÛäõ",× ŠþŽ̃"zý ß1/4ïëWœ~¿̃ûÂ¡ X3À"‰¬*ßí& ô¿¯¯ªO¯÷ìîÒ §ÙNõÄé+ ß
ßûo÷*¥¦¡ûxx }š¯D..."¥Õ(c)Z†öÿíj YVdµ RÞ¯ïß3/4ýúÒÓoÛîþúÿÛ3/41/2¿ò... -è Û V1/2·öÿßf¥
' ...Oˆì gAA 'Œ4
œßêér ÷ Û¿!øJ1/2/Òöòôû¿Ûïõûi ù;ð¦ éZéuX úá °ÍŠ"4N -È~&á,I"^
zúJ÷_IZíÿÞ-¥ëí*×ý7Z(r)Þ-ëÄÿBAÇ-,¢Ò%›Ë#{ÂWï¿íý
‹A6 t     Âv"líbzmWÿþ
öë3/4(c)þ›ÿÛÿÿú¦7·j.[zBC‹ °b"ëÄ•Ëÿ¿Ý]ff|ÒÐLœíÂ$Øÿ.Aw¤Üé7÷õ^¬?ß_oI3/41/2´ûÿWc°éàBP-ßñ
ÿÝ́?é ^Ý1/4'‹tÞ•Á- ð''G(~ Møoìò#ž võoûÛ^ûûk_‡î1/2Á.È°S Y ,î Ý Q ÿð•ß÷§ôµ°Ûÿäü
¢*ËŠ    c÷¡ BßK÷÷p•%ûwþÕú3/4(r)$ rÇ´     Ã̄÷¢tÃ7-÷g
UÛÖÒ-o ìœ́-zðþ!KüBoÛ-Ð[õ(r)¿{^•ï÷ú,ÿ·Ú(Èä¯5
)    û) Ýq â ° öß  ¸ûqw]\³¿§(¥Û7íÝÉE-kaûÿáõoÒÍ°ëÃõ"êé.!"
öPäQì !
Àä Aö × Í  Ž"v"þk Î¢õ0ädkûwaü"{í¶Þßñÿ6û×j¿×ii× ¿ÿ¶ b'Ô(c)¶Eq !‡!7‡tê• ôÿá ×l%"L~
¡ ûZvôCŽÒ ûî¶ u·UûÓz
ŽÕvüàOö1/2ý÷×w§î"DA¯r‡8å
@ É
$ r¬ÎÈJpÏäÝ'Óoðt·Â û"*uµ× o(r)ö þÿáÛñ~þÞ‡þÃÿØ~"Šÿp" `Ë 283 EB ¦"Yà %¯nÒÒý õ°
ÿ    öñÛ ÷ü{¦ù

}öÞþÿößþ1/2{    eQ¯Ì ñ ›Iº̃b
}*Z~Ð[éwOûò´km(r)þÙ(c)5íÿ3/4Þ ¢~ëµŸOu·ÿß ëU" ^ƒ%
r
ä48¯²:#¢›v .dq´"1/2{ê'×IÛJÈkoõ¶ßöï1/2¿¿-"1/2X (r)Á¥ì%Ûöëcë÷ÝÄ^aÄ÷ÄD   ƒ¯÷Ù¢›ºN éŽýí
T1
¿ü§^"×u†ïö
ß1/2Ž¿ ~òÝ‡ð áÝUUt± -9Üƒhâ$‡* *"X"A;
¡Ç_KK¦'ÆRúõÒJÝÛ-1/4§þ¿ Išÿ÷ÿ´·ßK÷Û¯nžëüD
  " Hƒ^‰-É _îÕ^ð¯Ü÷¯ï"(r)ýl;÷1/2õoÒow¯JÿK XWúêâ ×æBxV(tm)‡ ! q:ßwêõ];4L4·Iú"Z´ "
]¿µ]Rx{ö°Ú[ïÕÿ·J µúÄ÷^̂ƒ ‰ 9·"îÑý]tÏ/p¦ pÈè+*(r)"êÝwÿÝoVþ}úm-êím-í´1/2´ ûÒ$
Ä28rèA"AG3/4ÿ·â ìˆÈ: RpÒÓ
·,Mªºð"pÒÕ1/2~-é_l0"-¦ µÛVÂXv [{(r)ò°txB8,'Ùä"Î:K]kŸ t q0ê@‰(r)Â]"-Ð,a" Ú!}\;
'ëdäN÷M 1/2' +mP Š l0I
Ãa" ²,  ‡6 P'AV$4 C`, ÄHX×ÊÙ‡§ð@ë'C :{i     @^Qƒ B     LQ8F
¸e
ÈX  ± ,!ô "     B$ 5" & ‡
0Ä @ó   ¦!  ¦"8b^a ŠPéé › d q! ÉŽ"
Ž´èóÿz D0¦(r) L'  ̃ì,à",äÂ̂²S ƒeŽ î · OLÐ2' ´ Ã † (¶ ›(0A, 'Žtà" 6B ":ö
Šëc &rœŠ9Ç
ÈáOÛ´1/4DDEF"#(,...JÚ"E Dh 2d...âÈ i ;0¡ª"¬  A-1 \!0‹¢:´¸á¡     ý #ø‰
     äu1/2¿Jé¬¦T-ÈqÈ5Ž$3'Ò뛶=XœF°¡*÷KW¥\M ðØG ̌ßKa&×K¡#
öÛ"1/25Ò &• ¯4] F"â Ã3]¦,
"ƒ/¥Ø^¯Ûö÷
An Š1/4›%2@Á+Ò¬§Õ(r)ÃU£Ž AS z
     nH/² á Ô8A¯Z#(r)[ëÝ¦ŠPÁkx|ZÚ...Z_Ý;:
ŽI··µÕöW"é t-"oÒq    ï...KëUîšý-RZ ZI1/2¿_ÂºT" ¤¡0D ëÝífv3$¤H2¦"øV "Ñ o;

Œ"<v
˜È4P‹r2¥  y-È[4ˆ¤TaB Â âF  4¨Z‡wþ°þv¬q  Ô!Õ  °Ì.
...'1/4§Ëä_.Ž  #ÄTR\S^¨I,¦šÝ...   ,>
ÁU:ûÚ-{
    ƒ  †Š˜ÈAJ  d D"3`C   1/2p*,(r)
(c)"A  J  ßÛ"¿ªfaÂ%á  ÃDÝ  œñ
,4

   ¬,Õjê")êÚîFŸ¦"iÂû3/4-  A¶KðTí=†áK

-  ,Déò  ü...Ì Ñ       -/]  }Ò$øøaÕÕÖžô
¦ë  KWv  *A=Ž#B;øk  Ý_¡W}é>  [¿¶ý¿ÂOÕÿ  ~íÕ_ªÛÒn3/4¿_ýúÓÒý  -ïúwïÝÿýÚ¯úAµÛ×ÕVòŠ
þ¿°0ƒBMíŽ>Œ>qêâíý  3/4öé%  Eéÿ{²:"ßþýoóÇ_ôgÝ  µ§¶¬ã"
ûõCÕ"¦õûKJ×Þ´ž-!=ò
ž%otä¶D/2-Dò@ŠBÆJ  5ÇI  ´(2!  rœ(c)-ÜmÓ
°_ûÕíµý/TÛo^HõñÛ%¹<ly²
P  ƒÈ3"u;¦Žg#ã=  Æ¦Ä8)Ô¨  (A  Á
€đpp¤1  "Ü"  &Q  $Á  ""ˆ*a  1/2">â  ø^-(r)÷þß}÷ª×ú¸P(c)é...Pª  ÂÅÁá$6ƒ,¦ÏA...
‰  EÀr$  L  0¨1/4z&á"^    ‹Æ‹€¶

¹Ñ¸4lZ  Vú¿Ò~-3/4•z•¶"ÚúU`"  ÐP˜M  pV  0  0‰ã

‹Î‹Æ  0
A
!ÂfÕ  ƒ
"è  i8*i:  ö•'H>úÛúÿÃõz_Uý=...m-ýb|r<š8N°fÎƒàí=4ý_N
3ô'Ûù¢¥ržþ-÷,wé6y¦Pêëj¹C¶Ò~¿ðêÚÁ\Z°†÷Š¤   &ÉK4>  oààÂtœÑê
,÷WUØI(r)"tâébêý>œc
Óìnî¯¸"  Ž'BXïÒïZï÷eÇý°Òé,
  zv¿pð¨°  Û×wýëIí/¯1/2  §µßþûÇ,    ^-oöïX(r)O
=/m.YÛ  êÿ"§ßûö-•o¨íO¿}é?×¿Âéñý
øoƒ
×{éé7ï'o¦Z÷Þ  ~¯˜V¡Žî'þÿõï^"¯_Ž!t"UÜU/W±ú  Äõé  nÿª*Õ3/4ÿv^>÷ïÞïÿÝ×_¡
^/×Ýÿ"ü"  p_Ý  `   E.Ý_-{ÓÕ†¯  ƒ1/2´1/2RÿW¯é¿õî-"°U
ßÿûà‹  ¢Þ¶  ¸ÿì?Ã  }ß  nõ"-Pÿñvþ51/2ý¯TWßzí1/2B..  œ}}÷ë  *ð,ÝB
i  `õþš¥°û÷ßoR?íÿÛî›úÿïkö¯K¸Aj,éßþ1/2Ò1/2B
§A=¿Óß"wïWø  ï÷>¯T°ïç  ûøaþýúõZ
t  ¦"þŸj,-ÐZj'ëö  ¸-ëV(c)uö  -3/4þöëõûáþ1/2†ÿô›§¿ÒõžŸÿ~3/4ý}¤Ÿ:§üéƒnöf3/4°Õ~íÕßÿ°~Sª•r!$ÿ¿
@ÿþÿ¿ª°]"  Z[gOJ"!öÿÚ-v  uòèo‡îß÷Ö3/4  /~×
°÷¿ù¢oßÝ4-Nýÿÿ¿3/4ýoé}W¿öókü}i.¿"¥l?Ò
õuÝî•V-{ïë~Á1/2µézîÞëÿ¥1/2v(r)¿¯¨jšî^íH,$°¿nªýp'UWí1/4=[í°Óßÿ*ôôÛþ÷ý¯í]S01/2VúûÎ÷aÖœw  °
  (r)¨íÛáûÂMúÒ]"ivfý.û(r)ö×¥o°ª"ª"i¶"í²¶"°íZ-ßÂ-á"(r)Ì{  ëÿ×ë  m°,¸zWß]...KNÒí~ï×¿¸jýÁ±
a2?v  ¿ðÐ;Jï  b=Šb;J
!±ñõj  êþBï¦¦í2>[
'a?Ü-ž  1/4 Ã        -Úwk¦Ú_Ã  >-°²  ÔA¬AÜ6)°Aè6(r)B°3/4BŽ¡"  8M'Iµ
n"ôìéë
:(c)Ù€Å     "  B  ÀÎ   iÐ&  Rl^íŠT  Á`  "
¸  ƒ

ƒ    D%Š - ±U    Ž,
!-    Ù
8LP@Á  î  @  °' 0Ó
 "¦  Ú
"...}†"û° ¾"Ðƒ    ÉUf  Á  1  w@  Ä  a    P(c),    4² ÂM²#,
  T,aOLö  C  XL-,°  l!
°¯L  ˜á  C  "Ì$  h/1/2'ÖÞœE¯¬(c)  "  -Î}  'ù¶²Lt"Á  °†  DDDDDDDDDDF"DDö•/4
Hÿö¢""'"#^`  ÷÷oÛPÔÕ}V1/2°Õ¥íÓ[ÕïúJ3/4•ô´  Ý¦ékP^êμmWz&8@Ýr‡¿Ü=i
¿¿¦Cûûô    a    ÿÕR"¢  *ëô"t¿Ý÷¦$Fêu¯
éé°¿I·Á4ÊŽß-ñ,î    ß  ÓOÑ)  \j,#¥kt²#-zôÕ  F  !a  ƒÿx  W-Z¿k  !Ç,
é3/4¿ï¯]ûÔ+†•  vYôT³
1/2-äÇ  Nì  ðDt6ƒ*k-öñ}...z¯ý  7e-‡ƒ³:ƒ÷]-(r)1/2{"_ªÐ@ØE
IØ&,KÒ¿}öûôþ=z  A"‡éPÕ/}=Òÿ3/4  üøä‡(r-1/2p"ßKïþëÒû¤
8!  ÛtývÓ:Wÿú3/4Â°Ap"Uê¿
ÖÝμÖ(c)û
iÚúî]1/2  (r)šÝ{  ›~î÷·ÖÖ°·Bü5"ñ(r)šÖZæ¿ôûß÷I(c)rÜüçiwó²¨äI  áÈ¯C(r)\9  EÂ  QN"\  #  r$ó  â
dGÍHöA  ¹  †°0§e  ä  Rà†²"áI
"`‰`R25  sPf
<    %¤é÷õðdsÐ¶Ýuÿ    Y
  BApÄ3  œ!"    G
-  €a
)òœ3
,
  5DfS†  0tCeJ  Ô
N-
  Î¢¹Ð;
Ô  o"  J×
"Ú‹J¿Ú·JùØ  Ø2N
"s
è    Ph"  È³
0_
èF.²  Çƒ#Ô-6  OÜ...  kg...)Ù9"E†  "0^ð0ðÈÌ&
Š;D  ùâ:*ý8I1/2  ÖŠ  7è‡  ¥õK××}ÌŠ,
6\Û'¬Ì
  ƒ†¤  ÉöH  ¶áîj  ðÕ    d,ò\¯"h7Z&v
è  6  0äAh³ƒa    Ô‡k×Ã¦,I0"-³AVë}îî>°]
&öÝ¶ƒjÚEÑ  îÐ;  ]é  Ûuj÷w"  w¤Ûíé6ïM²L¡××^•R¯Qm}×-ßî(r)  Iðÿ†éøk
zðß--•¶¿Xo¤-3/4¯{mé  û×øßûî}Sa  i*ïè>  oéðÕ1/2?ðÝ·ûß¸tÝo¤ïß÷Ú†ïIÿÒ¿÷íimRÞþøBÝuTƒî¿þÕ^ÿ
õÿÿý¿öé6ž"÷é[z*1/2é7O¿ÿûß  μ3/4'WõÈu3/4*×O´w¡Û*îμñÚ¿\z1/2ÿÿ§1/2+Æýî‡×Ý^éÚ{m  ´  I  jõ
§μú<$¿I{ïïÜzç  é  Ûl§k*6"õ´aý=NïJûÿÚ3/4  é×"}PA  Ò
>ôμëzKßÒÖò"Çÿ1/2  Ð¥¬=Sÿ¿ßoûÝ¿é  Ö¿n¸û"{VJ    øZ({¿ÿ§I+!úPÇïòG~wý÷uwý¿÷aýâ
o¦ë  Z{ô    μ  T°°xCi*´¿I"_1/2$Ý‡ï"Õ*ÃOÿ1/2μßþþ¿uôî-μ°w×¯ úÒN¯-"ªKÿT¶Ò_Ó  Ûé~  õÿ/mê×÷
ð·°×ûwúK}}{"_¦×}*ª^(r)Òý-U+Koo[^î>ÿï]×Û÷öû¿¶ÿô  ÷é³Z(r)Ê  ":¶(c)õL  ÷ú1/4
1/20,ŠÕ‡¥¤±è,7Kÿáμ¦Õý¿]&Og
›Õp,xëûm
°ïD=  #¤"Ý×O_íÅu  [¯  ßøKî›_  uö3/4ÿí¿äÿx³ûÞ,Wl6Ý=°e  U*ízÿuÈ  ¦œÚ  ƒ
á÷-J  ‹¦Ûúö¿þ  úBÿÃ  Ö(r)NÈÝ-[}§6b-)I-}ôßÿë¦Ð_"1/2  ü?þ¿  ¤-ÿÛzo¯ý¿
ÿ·žúâãë  õðñt,´ÿi/W3/4¸Jè  oï1/4ž0ß·oÜ"íõÿmRmï¯ÛõÒoÔÃïÛÿ-ÿâ!"<wI/Oá?Zø"oøzøoÛ-ü7*éÿïé/íûï

÷þÞþß1/2tïƒ"õ¤-û]Ã×Ú÷OÖÂ#-Ýß¦ûWī¯CÿÛÐ3/43/4÷êÛzÿ¿]¿þÓWe¸[Wú~ý4ºívïv †jA3/4ï¦...ûoý´
"{ïß_"ÛÚ 3/4þý}j'a nõéëV¯^§×ú÷"{ûújÃ
×w¯*Ï...}ÿo Ûú1/2þ¶ë v›±ûA "÷-×o"úþõ3/4-ïì_[Ü:GÕÓ"XcH[Õ-‡-¥¶3/4" .ÿþ3/4÷pÞëº1/27ÿÕßô
Û'›¿û[f´íì ~Ú÷ùNºJ-þÁÚ^Óu·ÿÛø¤È´¯é'uk¥ÒWöÒ¶õîÿ ]1/2µýWi+U×û-ßþ×"ýkßÁ -ÛPëé¨Du{êë¿
µ-"ý"J-÷Û÷...¿õø}×{IöÚ-ÿ ê¡v m]\#ŸKè?-? ´ 6ý7þ×k¿¥û
]éõt¿t·
'í0ënµ
þï Du á+ï÷WK¥Ý¨p¶ÃT(r)ô¿ÿ‡¿~ K~ßµßa¥"i{m...áÞÿTþ ‡ dvá}jPíþž˜TíBÃK"
MÃJ÷ô¶÷ÞÕ´·[ÂV-ûi_ *´Ú
ím?1/2qbƒ bˆéµ°¨Wëã Á, 0A'
;¸3 "¬Š?nÝ$Ó¸0I~ÐaXa-í† Ý°,öØi& C´ë(r)¨ C"8 Ž=¡`ÂMú¥ÛpTÁ "Ä" a",
-(
í
Ú@ä#1/28`ˆ! †! Û Â -6( -ÌÁØ"ƒv( h=ƒ.2€|Ì œ à==-"ðÈà "8V•Â~ï\†tîCÁG L-k
Ð@Û•À-Bë!, Q
ˆn a A† ê Â $ & e""Ô ƒ"jÊ@í1
E 0" Ä:øXˆž
Ðccúªâ""#8'œ-" dRÂŠ#l ³ª $XÙ |Oc ±‡()H¶C:"(r)",auÿ ÷ÞÁ-8N°Õ¯ú_B0(c)'^¯
ÿaÿÿúô7ÚèãëׯׯÝáëmo(uøDtµõºÁý
ÿ (r)´'_U-ÕÍ:} '^õ¥{_| Uª ¯î",#õ·"ëÞ
ý-Ö ûÿK§"Ÿ_öÿ^Ÿú¯iukÕ&"¦ßýºì¥^ºúé"ÿ·¤¡k Z¿^šH$-ž-×[Ò •£["Ùf‹ez£°ˆìGÃ7'¿~•u`ÈùV!pÊ6
"àæ¡Oçο(tm)²¤
L :Är#ädCD€¨ ÄBEâáƒ²P‡\Î'D .V' `ˆBdMJ ›" &,

œC/ ˆì† PE8R
šÆk
` ´"µV¯îø0h-A cP@ äG L ÃB$u
"8Œð...Xe"† ...Æ`3 a , Á 4"BL†V nb± ¢ 8+†Á"
×§rù±ÒßIu1/4œŒ3f >
HVÈ,Œ2, +'Á°Ú3 ¸ˆ"Á Ã¹NÑ àØ$Kƒd&"'X0††‰Ì0‰pd0aÍ :r(ä^ƒ#ÔœÃ$ dA 0êSâ7ákÖ
Ý&"a¸DÑ² i t l ~äˆ°F" †^°tJ"±ƒ
† ,eë33ãDú :$ƒh Û'Á"(tm)!²s|ÔAÃ" l6ûtÉœ> ‹¥þ-ª¿·‡ÂNµx0Òo
h6ïAßoh6ÒA°Ý=áÒ
:
´ o Aðß[Õ7z¿MòN ßºáîÿvøAýpÝ ¶"ý+mºM1/2nÓt 'I†"{~ú é0ÛÕ‡"|o¯...¥úÿû§ÞÚ^õúÿiS(r)Û
kýÖ"i6"mm*1/2Vú_ßá"eºœwú Õoýô¯×Òo"ÿ}é}Ð[uêû¥÷Ý*_§ÿNž ûâ{#ÿýigw;Ñã zNµ{ÿN;uã;¹Þ3
/4-ébÞ1/2:OO^=ØâÚÛ{)Õût#HŒzêûuûUëþww;ýooûþ×vÖ1/4$'[ë~*}üðô(c)çw"
w ²‡L ¢¯IWMþîCïÒ×#*Jõ§Õt›úõ~í,èŸ"§Û[(r)1/2~Ö÷ÿoÛ X \Œ _Û¯(r)1/4iÓµú[éþÄ9#ßuiW
Âµû-'ëü‡úM¿û WÿÛ_ ,#õ~ÕWÿïéûÿÉPÕû]ÕúÖ""QýÿúzWÿêöût ûPD~/WôîºN(c)_÷×Ò_[j"t3/4"m
÷I+ õô(r)´'·ûÃ ï~"øDtÒ
ºû~˜"Ÿªûþú[ßÕ"
°""ß(r)ÚZõt*ÿ(r) ^"¿é>Ãÿ"°È"}iµm%b9 áz¶:W"b¥Â 3 0"
ºè$ÿiGa&í]"£H ‰ î"ïïû# ¿ uˆ__ñ
ìÁ1Q 0ý×¸_l-à,aþŸa Å ¿ý"ÚÛÿÏ"à¹3u ='Ý.Y
]...ÿ¤Ü "n!"paÚ
,ý:X¯§-‡ A†¿ÔT¸*Êþ(c)xmÒ1/47ýDK E˜^¿3/4×ßo¤›þƒ
¥&í¡9²vÁº}×,ý-(c)'a‡ÿËP"Crò"o·ö"}ÿ¡

ŽdvGF û
‹Û-ýÞÿß(-ô ûmÿuÌ¯]w
Ãnôÿ zúûêy{}öÈ.8Ž"$ °Íj 1/2ø~ƒ6#...1/4?÷1/2Xlø&û¯" Z¶ ëþ1/2Ðÿëmâ/w¯b$ Û(c)Ýoí-c°°
Æ£°þ"a´¿¿ßÞÿ
ÝÿWíÚoûz{}ùÙóytuE6́0= ÷å |-uý¿}"ká‡ŽáÛ¡Û§þ1/4]*ïëÇm =n1/2¬áûô° gr
‰
ã(tm)¹ü}o ÷î} £iuz Û:§ïÒUízÛ:ñ-ō-Bßō·ï†ýÜD'- Á 7¥ûú_*¿æ3/4¯vý3/4ÙÞ*mÝ÷(r)þƒOÓkßÿß°
Ò3/4 ID¨3 WōëØîÈ oÈM/¯]Ri¨ñÊt(r)¿šæûÊu·wd÷^S-µo(r)·ß}\AÈˆG?E
°ß^-{imý7íÒùN¶ÿ^
~µévýé´ .-°ßm{I÷ÒHÈ²8 ¤pÊ^;ñ×ßiSê"¤ë*(r)Ýÿ¿ tÕü?°-¤ÿ~Ý_m¥†´÷Õ!)âæG ,9 Ì>3/4¿--3/4Õl
¢ëµí-3/4"ÿëôƒi'ImÝ7MÓ
¿ß"I´ { H,FAHq 99,-*-íj"j KÓL*O¤Ú[
†á¥"Ÿ~öÒïßÛÎ°•÷¥¶·k°W‡²°tm Ñ Há-Ý$ Sé Ø*mÜ0,Jï[¸i0ÒN -Ý¤ƒf]¯U°KÁxpÒ† a,L0,õí[
ðÚ

·ø% ^‰- ÁHŽ mÝ¢cø a `pÜÏ
A&

JƒT0M0 ,LU°f4 &ÈH xMlÚ00Å' ›

$ fÐA1 ˆÏÌ
6 L 5 Ó m PÎ̂ìA
¡Î? PäAÎ̂å¹¥Rãkr1Ê̂r¬AÒdpËI , B ,"Á ¦ q @ ó¸E e !>|
œF † ›
aÅ1 Ð Á b
z Å `Ž ðD9åÂ¢ƒD A r: > ¢:1 ÈàPuøiTDDDYœ-ƒ rO èƒáU¹
(c)'VN(c) Ä¢ŽMÊ²œ-"H ' †CAá(c)à 0"0R ÀBÑ Î̂ª ¤eE
Ô† ÓÚ cgr¥¡œ3
oä s'Ã^^·^^^^^^^†P±¤) =²¬(tm)ƒ1 ˆù·¸ ¶U(r)¢"¯A bA
q f Äiw...Á Ø' pÓ#,,9T¯Õ"HQP ] !- ¸â-H¡è...uÒJ\- ŽÐ'd Žä

Ž üT|%Ç
Ob"Ñ8----P¨;!šTVÆ ¤@œrpq¨2c", ¦"L"( qÉŽE ƒHâ$"^ŸEÃa _V"d$ ;A°‰ÏŽ28i Á‡ Ð
§"¨Ca /"'&8vF, ¬U1/2 £¨dt] ‡Ú}¸tBÄ•f "$":ú°û r,H1(
/Mr
[ á Z 9Ç<;ëÁ´ §†BB"×¿tÅ¥¬†
+j¿¯
\$@ÈøøO‡~¹ 1d §"|ã÷A<aÎ̂=Aê5
Ã"ïð ðnhÚ́éH- !È$9óJ"á¸þß( ÒM(c)\b4E¯-g ¡ûô.ß ÎÉ ƒˆÞG -3 Ô*'(tm) ¤hB* ¨EÁÈØ!
Rr< H¥, ¬...% ì,dX9TF
ŠDK4Ï†Ã^\ˆÄA 6 [ª·ëïÛzÝ pÈ= :òáá N,#Pe öPà
øe @3/4N
¡Ë†É Ä¦Á8l*Â N&\6!â 'a0š Ð* ¯
õ} A> "ƒ,9¯7,5´N€̸,
†SÖÈg
•iiA'Ô‹ ´Á' c
...Đ ˆà;)Ü 8á Á Á'Íƒ. é¿ÈOt¶@€÷væ¡˙ÈÒ#ªáÙ3†C6 A´¡:Oš&pÊ
¤üÓ†G

Þ_åÁP]    f"àÂ
)Ø2^  ›"
           -
'        Á'x0dý¢~Ñ?  AÚ  -‡/Ë;¥m"‰  ë÷³  ¶  \H÷  ô
µ"žë}  í1/4-Ã    } ð‡|‡4íÓD  ¹¡"x^,
6é,!"†Â  0Ò
îÐA´    æ/"  r‡ítUS||[¯øuÝÛÒ§N"è0ß-Õë¯÷kÛ÷í^  RvöÃ} ƒh'vé&   n'°eàšq}¤Ø´GU-ÇßöëIÿm •ßï°é
-ê×¶°Û·wⁱMP°÷ÛIýÐAÝïØŠEŽÒÙv
Þ  uMWÇ
úé¯Þ÷×1/2ÿ¯ÿÚÖ(r)›i<ÃÒ1/2Ú  I´ÝþÕ    Ð:Š†§
øuàÚ5_÷éç[ã¤ÝëŽïÿ(r)/ï†  1/4ÃÛú÷µÛí+WçvšO¸ø0@ƒng    1/2)‡ƒoÉÃì0W×õ3/4Åë¹Ý¨ÿþ8éóŽ¥[u
8íz¹Ýôûúˡ×
ÖÇ
1/2TEj•(u3/4ðë\†  ¿¡Ýo÷ÿøoí{ßþú[~3/4ÛÓz¤ßÞÝSjFD":...SQ  §Tv0"
uªšQaþÛõþ¿é?¥÷ÿÕc_f¥Û  ª VÚýjÞßý}~ö"....
    pˆy†C  ŠÄð x Dtȭx8@ÜŒþ"ÛßÍý¯  3/4Ûú÷w'  îÞéï¥Ú[ûwý-ØýðÐ  R
Fíll Â,...±  0JŠmÂˈÙ  ðëH$°÷Ö¯¯õ¿ü›×Õë  I{]¿ß¿ú-/o‡o D]'?  ƒsó
   ´ƒ    ...v¯
öï4¯
Ž  í3/4-Ý+Û  ...ì?ÿª§þ•  Û¯õ÷"}/þõ|ÖF
ÐÝ¹Â†ÖBr¡  Øa#ñ.ßµµaÔãñßK(r)Ý~Bá/a3/4•û1/2íZªn"izÛ
>Þ-ëÃïÛÚ¥ïÒ°²  Í  Ñ  X  °dr¤-ým3/4-äÇ0úúé1/2j¶ïÁ/
5÷m×Å0,§b  ÿWVõI,ÿðÿÜ  ýéýó%¥LE'(c)î-mX£5-"ÿ  þïw¿Ä/
ý>íµ±
°í.ë  8  "ý1/2z"ìt5_´Åà¨ë‡Ý",¦ô3/4þÝ  ·òc"Ø|ÝÕ{¤,t-3/4éÓýòn
û÷ÿÚïäÛˆh  n
+_w-Õµ÷¯ým×A°Ãõ  ý¿\áím×(r)Ãþ†¿Ø{  ~Ã¹c  MªÆS,"PƒÒç-Õ  ýâýý¿ßÃ~ÿO{öˆK  ýûÿßÿ¥Úû
U0%6ñ    ªÃµìn¿[ÿ¿ïÃ~¿°ÿÞ?´3/4  ¿WÿÛÛé÷ƒ1/2iÕa%àŠýœî"éoç
ÿ"  *äümþµéC  ×*ïfû[Ôûô•(r)  7]7î-i"*µúýµzíw¿oÍ  ¿(r)ßU1/4ú  þ1/2(r)ßKÚþÃïªÜ="k°(tm)
  .!  ÓJ¿"ëõ²_§1/2è¨úïÝwí3/4õo  zê¸?ÿö6ë¿
é  •¯"(tm)  A  r1ÊÛ'ÂCvû  Ž°éuÒßÚ[öÞ-ï_Å°Oi    *ï¥1/2C%ÿ  ¿MøkGNö²F  ^2>vfš""á
ý´Ýk-þý*ÿ1/2-¥]3/4ýÿßKÒ¯ wÒ(r)Ûò  °û¥ï°...^Âp·  GSŽ¿U¤ÃK"ÜKkÛÖÿO§t·§úÛA/j-á´¿oý+Úµ†¯ø¦
S³$#    ý74 ãá+    ^Úï¥¿Ûuöá3/4ßKmoßm\>-iZ^  6  '¿OÓ†"j{§ù
=1  jðƒ(r)¡h  µ°,J×m-ý¸a(a*]-µH'+}¯[
/ÒvÐM¥¯tÝ¶  ;¬ÞÇ
        |"A#1  'q  E"  Ý>°Ë, Èè œ ˜a-  û
$ÛöØØa(i°k3/4        Þ  ï"¶-Þ  L0Õ˜ pØK"‹†¬S    Žý·A?
&]oëpCB!1AŠ  0  §q_
n*!|0'o  °>
l üÐV!&èAv  &
$˜¯%V
$˜L  9  à¢(c)|"@Ì  n  á  "Ðò9  á=¦N>  L ÈB  HÐ0N    D0ŽI‡  ...˜0af B  ;  ‰  óÁ³  âE ‡C:  Â
è è Á L    !  (Ð ]^N  f͵

ƒ  0¬  0  ...J(r)ÌÃ'  ÌE¯3/4ÊHpPC+pD-k;

ãœA\Yzd  h·8‡!€  ›ƒd  =Ÿ,/âH    $èQ    È€a0LØUe
, Ó$P  DD0F(r)

-ê‰ŽÂ  bÎ:[â'''''''''''''"$Æ'''''''''''"6"8˝í5¢$~F;='ó|R3‡  GýUjéÌ8@ìThD3Â"ge\Z
õ_  Ð7wÂ  [%õZé'Ý ×(tm)Î˙:¨"=Â¥ëÕ$ú  G!  a p'I
ý"^2èŽƒfMÒA  "ÓLh  §^‡B"èPDuHGÑ  ¶-  ¤  ök  ã  Òï~      Û  ƒ  ¨"?úáúM  ÃR?
ô˙`ÕXDt"²$ðïð}Ø  ‹mn1/2Â¥m¹È  ðñ¦  "~(c)ÚÕm     à˙ÿ\  ¿.!b  #§ôô¡Áÿ(r)0aÿoï
WPoàÕ/~-ÍE&íä[_  Ž,ï†+Vü  6¨p^ê¨"1í1/2¶  $    íî85Ó,pÕ+'Ÿí6Â
Rº1/4ì>  xÀŒE]ÛÿH  "        D  %Œ  ž"ºR³  ë•B4  1/4Dâ'¡    6°,8÷M*îƒq°î  µ
v

a
L  ÊyPÌ")#4AÄtJQÈ"  Y3^_#¢
  @†9  Ý'"‡aÿKj  ±ÃákUT  A${såBiÙÜÂ  ba  ')Ã"  BÎ¡˜̂
          =&Ã8Cœr  {U,pJ  'ûï    Þ"  Vý¦¡šº"Uí"
  h9  œ±•  Êr0    Ø9  ‰  =(c)œ<
%ëC",D|  u;1  ˜ªä  +  Þ  ~  '+hïB"œÓ"Na"
ä°œç".ds    NDãdôš  Á¤ì¡È,í(>A"~  0BÁq¤ƒI  ô7Z‡A  a.,weé
ôÃÞ  °t$  rž)5¬Õ1/2ƒ-  #íÛxô$"þ-"n•W1/2"†ßÛIÃ  x'ÃŽIôÝ¬0¡"áÒê°kôé´>m¿  ö-õtÞäØ"3Œ  ¹
^ŒŒt(c)(r)µa þë¨"Ó  ûÕµWïoMûê¨"ÆÁdÍ    Wi÷({e
ÝýÕ$Ùß¯"pÿñû|SwÄœ
  ÁTN'">GZÕ¥  ¦×ôúÝºùáNïZ¹ÝØÐó"öú_&Æ`y  0Ðö  !ÃE
A  êÚ{óµ# Èª#²"ÉB"úS,"T÷-Iôû}¿ûv  "{  Ã  x‰bÊp\\E...nõÛ²(2qK¢
(Ï  O´Ž  <?  ÁÎ
ð¦  ("DtjÍ(tm)ªr  TÍåÁ
¶t  ^LDYD¤"0  æ¦C
žÝï]1/2ß    ×~öHÝS&êÑ¯)  ÀÁOâ#¤Ý3/4•P`'  k  (M    aa4
ª¡  và"(tm)Òa  Pƒ>
'  @Â"...L""  ^̂  '    £B  PA¤þºíŠ^ß
ì7u{ðØ  Q  Ë  á±þ×ñí£sPTÐ pSFÂ  Eü  ÑÂ
´MØ&˜DÜh3/4lƒ¹  ÐT]†
.    ]†˜$š
    ",a  éÑy]1/2-àÿ~  ï}ô°Ã  d+  È5ŽC_
  -¬š€úm¶3/4G"7†  â"ÿÒÿÒ  6"ðá  TÙ;$1    Mè  Û ›FÆ  9²"˜';J>
ÿtµmû·îª  þÒXL  ;  ÔDDœƒ,pì7
á=Ó¹Ðmù£mAÒ}˜k
'JÒéí,û]Rè6ÄðÒnµh    ÝXî·ì?¶þ×ÿ  Õ±  :
G  ÁË(tm)xFô+µµwÂt1/2iÒþýpÂ÷I·ÊÒî-´
?...ÏÒôû[Ó¤ØaÕ-ü{~Ýà,
13  À"!
        °ÿ××O‡Bûw1/2ëKþ´"ûß¶  jôê¶¶3/4š(r)ì;M¦ý]¿äÜ(r)Ä
    ÑÈ)9,(c)j"ýÃ÷×í%_ÕZ_  [ïÄ
(r)¨~ž1/4w¯oÝ/Ã{Î¹ú"G  J"  0a-D'-#¢8-
¢9›ÌÐ²C  £¥ýXûþÿOâ        XkÕ}ÿ¦•V"iúuÐáŽÞé6Þ-{m7Pþõeå̊ÃD"  Ã=‹,r¤#ß`õÿî"ß
Ð,ï]w¶![q  ìA}î  ý,  q    më}*í~àØ2Çjh‰ÐŒÃ...ûaïþëê_EÞÂ¿ÿZé  ê  Á~ªbàû]
    þßýÿwÛ
$^‚- "  Êo,é¿[Öþ̐ŸÐUA  ëÿÿøEÐº<  ¢ãë{
ßÈ ì?TÚô=ÿZÄ:¦À§Èàxg/ÿpÃ}ÿ´"ß  +D_ßþý ¿  /Â
ûðé4,i  ‰
;}·ý  ëßíÂ  X  YÑ/Ô6¿îûëßÚ[ÿ÷-á  ÷
ô  {Õ7é  A7ºôÿñzK·¹eTDxŽ

ÄpØa  Oü?ỹô"ô-"µëÿ|épžtA/t(r)Ž¿Ý†ûëïzØÿ~(c)ïÄN xg#Ä|  ¥ûo×û_ûÿß¿ÿÒÒÝú1/2kN¿³¢
Ø6Òý´·ïz\§÷ðØ@- fíÿæïÿïØo Ué í×íÿé¯^˜Úô¶|7é ðÞ˜§fÝ&õnòÐ\   ÒõÛ_Ýî› vµ ·ÿö°ûký}¥§
Új]ïÿ_zTé"•-‡å ± ÃXŽ  þûM¯×îío0¯ïöÐþÂ[ûiʹzý(r)õkÑ÷úL8p›JÚý/Ī í!5
#ÿO3/4ú´ uá LÀ{.Ó^íºUØ(r)Âeþ+[¤Ó/±ZœVÃ[uÛûµmjýSa) Ó
°Øa a  "A
6-T8úz K[c§Ø|8-†G î @í.Ôî !¯a °ÕÂuÛ
/  k
ýn
$Ã % ØIí HUÚ &^‡- Á(r)8@Á hŠ:
    ² Á
  l...p(tm)   dX¯Ð¤ lS ˆL!ð6 qH0Ôm¥ Ã
ƒAµ    e9h0 ,)ÜS z †p] j
›!! ŒŽ
†iÿ¬...¬B'Ä Â† Ü a¨&¡T ²$Bj   Á4  ¨ÚVE" a2$("ÈŽš
   ÔV  X¸ƒž
# W$ÁÉÃ)
 @Þ~- T ä5Ç  sáô#     Ÿb   ‰"Á ´˜Î9É¡   "Ô)n
   I† † (c) ˆ2‰(tm)Ê 7   -æ@,˜^^^"àx5'ÕDDDDDDE¡     DDDD´µ Á
Ž  Â0º‰kĨ.28`Ž
,ŽæA1 0<5Œ~ò×- Ãit -u"#äpÈ#ƒr8 ô ‰¬  ôÒ-... y Á8-ÁN`
6^ü 9
h
%¶,  _A ÔDGÿ-¸º2# "  Ä~( ÞfŽdt\0\ )ÁÎ¢(tm)£ -RÅ!"qJH  ìÑ  ;ôE¦N '(tm)£°lìvD(tm)ü
Šƒš Œ Ö  >
ÈÆ] ,#ÅÁÍÆ ( ÷ @P
D  ,!¡ ºh D-9H æ  8$ƒ  `ˆ[(c)pÁ0 †"8t-,#æa øe  ¹ºs@Øj
 ˆWÐ" @$Î È¨ñÂ HT"0é4ÂÁ°`- FàÍ¤ ä ø@ôFî #\G
k,
A'ð-      4 kÄ!(r)
  "c Ž C%$ 5 dÝÊs@˜Fe  < l(tm)Ãi üÝ-;  i >j Ú%Ã@
;(tm)ž‰øÃE !G'ÓÁœ0¹}d ùNF† Dd )äB3 _ÚDè-
6 .OÔ  ñ¢Èá-¤í"A¶¡
"áðî¤-*@  ÐAºI1/2 jj ò_Ý y¨ƒ´
û|  0è>,
""´Ó¸m éßö‡¥oaÒ   êÝ-+wm
   ¬;A‡-={¿MÓaº"é7]Û¥î  }¯á1/2.¿{|iRz 3/4Ýþ÷ ëmt¿W§ÒnûïöÒµßïÿÿI
íÒ
-öúO¿û~"þþ'{Mþ"uÝ?ý=âûÿß~ºÅn¯¤ô˜ëý wî(r)÷ÿçwÚ_ÒŒïûö"âþ"cÓI?·i^þ=ûoãŠó¿Þï"|þí¿§Ièÿ~tZ
éý%k~Žï"zQÿü}ý¿ú(µný¿^×-ðœS,"çÓPÍ(r)ý (r)£þÿ*uß¿1/2þP-Ûöï]t ~·_ªOdú°, u-  Økïøÿ ãÿV¶
?ÿÚíŠÞö'UÔu¯Ôf à(c)¡Í÷õúÂ×ÛÿÔkƒÕw¶éø>µ¯t-}/
ôö  *6R
ß² ž×"áÛøoZ-ëÛ·þ÷a¿O  oíí$ôê
á¨z}^í 3/4(c)/ÿûôMÛíý"öÆõ  óíí¯ Jj  ÞÉ‰¹(tm)º
µöïÄä(ëïÿÛêÿB  Ò°øÿoðÃ-¸öë¯6:...ÚÂýßê  }ê"ÿß ¶1/40ýþÿaÿ.}ïø...dA%õú÷é\6²vý§  ÷ëô+v-(c)Þú
ì;ë57}¹8ïAÛ ï3/4"  Ò†  ïľ/2ë¸ºÿ~N-¡‡²é²Û§Â}Ûûu¿OÒïß[_Ãþ-öÿîÿÿ÷h>áÒ-¿{Ô7úýÛí}ÛÆÈ1/2ëô
Ã×Aºÿ-ëÒ3/4ô[õ
"zW·ûÔ-á¿WÛíS
ý*(r)Áî›nÞþïÿö÷é†(r)þï]×@Ýûÿíé¶›Ï¥E ª^-¿(c): Jßíkÿíûî¡¿  ÷ü?é{  û†Öž"÷1/47×"ûÛíý-¿÷ÛóMúmvý

Oï1/2_û×¶¶¿îŸƒú·{w"û§ö
ü§[1/2îýþÇ×m_ë
kì7k¿÷Ý""""-Xw ~ä¤žîä¿ê¶Ã×ô¿õét1/2Þ
ÿé*ï]O'(r)×í^éi" ï×î¶í~ßþ-î3/4(r)þÛj1/2ê(r)ß‡é'úoÚXm Ú ´-›
ô"¦(c)ú¶(r)úÞFí¸^îÕ|?µ1/2ÿ¿"ªÒé1/461/2î¯ïuêôÛ-¥¿J ÐMÑ£N˜iz¿{a"">tà"*ªô(r)ê-‡ÃAm¤ÃAi;l0•ªîÛ
a'ý´ž¬%jŸëí·^Ão["ˆ7['_á'Ãð`·wl0'l0" ,0JÝ† ]""N 4¡¥¬ Jé" a+z
0•Ú" í¶ ˜ 0@ï (r) w
,4 "$Ð"ƒ$ 2 È" €D$ Ä Å.ÈGH"ñûlBD(épÈ ¡· ¢¸¦! Ï
à " "8, ,!F lBB¡ !9
Yí Ã
C ƒ "C áˆDá,à\"
6B E !Â
Q
.x3Ï = 'NŸH l d ¡8L3Õž
r#,... L(ÐPå ˜l‹1/4 "Á"(r)!"2 r†Â ¯:óá! ÈÛ ^Hs OätDbI˜ˆˆ‹%ˆH˜D"! F""""""""""""""""""
"."''£_IW¤"$ Q j?þZËH(r) (tm)>d(r);$D+4ˆ¦Uåj;O ñ'ŒŠfSŠ¶
›£ "#dšd*%Ú
-¦ ()U

†(c)çu"Œø!H2³ Ñq èÊc ?%ƒ1/4 pPH$œñÉ 3/4" ¨DIJ85ÒIwÂªh× >"¤,!œï)@Þws°!O
ínÐ;NAÅj;O%ídi†ˆj'K "8cå ØGgÄ...1 3/4 S¤ [œqT(c)Ú êá±ê(c)àÔ\]ký1/4´".ßw¯¯ý{ã¶÷íþ
µ^õnôé}&ë~Á¢4w¶"k[z¿¤žþþò
¦›ÓNµ ‰D¡&c*ò)6ë'%ä\É,%e÷'Ê3q8¦¡"CÐž¥Á1#...Ê"PEò
Ç "dW³ˆ"<-'ftŠ²É6ðÉ ª:æ¥" t †Ž3 C¨ ¡
?"D "÷3/4t ÌD|‡ l P "
£8a PÂ... 0D‡
&¡ ´¨)<lyÃ
Â... ' Âœ
pPR@º š Â 8A
" d09
¸" '€˜@Â
˜L*... ›ƒ
µè= `(c)øA"N EÛ9ªhœ} ,ð@ØEØl Û
˜(*xA,¢ñ ...M `°A ' š xEàaSDâ3/4 0TLwh"rñ,h91/2¢p SF
,
ÜE´nqaSînpƒ¤Üa4 T4(r)œ Ú (c)(r)˜Zl* Æ Pi¤Ñy
yº´è4è:7¹ Ñæ¡ ÍP@Ý u¤šZ Ýi´ŸÒnJðg¤ i7N š 5Û"< -´›Òs1›DhÐ3g lÙO§Í
µ£Gt
$þ(r)Òì rIÒl¢ (uƒ×tš‡‰í¯çžPÒ÷i$›" Ðßtºý,t›ô!Ú ´(c)öØBæ†ô \Œp´›ßzwëOÁ(tm)Â Z_é8u}'
Ôøß´¿zoÆûÛ"×ÕµéúÝõÿ¯[O
Û~´(c)Ý-/îê1/4]/oþ×ÿøAÿ UÿWýþ›Ì
ú´¯Uº k¦ý õ÷ô¿ÿ¯·í]_ß§ÿ
*ÚÚÒ Þ6ß(r)·[×C ýýëXªþþëbÿÛm¥kôÖâ"ÒÒú¤)>é ...ñ
ÿ ‹]Þ3/4ýÈÅ~¿§æ/ ÿ÷ƒÿªúþÄ A öý÷ šá{'
ÿ0,=ÛW }Uæ þ"UkKïý}†·¯wW^á[ ÿ_×°J""ãº.5ÿ ô ÿ 1/4þ×ôôþ-û aÿ_- "]ô]õ÷ýë N7" á
ßê ßý/ ¿ï"3/4þõõøo(r)ýûßÒÔ µ×_ÿA{ ¿Auû·ý/ûö-ÿëïõ×ÿ
´ßýÕ_á ]-ß õ1/2 úKõßøoý×ÒÝ¤¿u&Õ/¯ ;:/}ÿðé¯êÚßë[
1/2~ÿ Kó¦"ø_:¯ó¦3/4÷ýU3§¯¦ãÐOºZí-ÿû û__ºÿï"ÿçMW"õZ(r)×ûÃtÿûI6-Ò_ÿ_†*ÿKÿŸÃÿé1/2_ª"ÿíý

u×ú¿ý×íÑ´ÿ_é(r)Õ...ÿoë÷Ú_Vÿÿ1/2mÛÇÞþºúï¯ö¿wik-í¯ðÂÛ'K××t¯‡Wÿô¯a¤Ú÷ÿ *-ßí}Ú þ÷ßû(r
)µÚù"þ¦ (r)(tm)µl41/4üŸuïª Ò`×S ö1/2/Ž
ŽVbzÉ
?ÿ¯"Ö¶êÂ~a*,F JêÝvœ0-Ú›[i6 ´¬!Ån !Þ ¤ÝzøIºŠ°...{hˆÓ
ƒ8*- 8¦ Úz }¯Ûh-ý"DÁ
Âa J
+ÒÖÅz-Æ"}FÒqI†¯3/4›TîÖ
Ž jÔ~ÅP...Ã
*"A - o§"
Fé4 Ø¨zll""Æ› Šm&ïî+a2 u
) éÐt›V ¶
† @Ða
"ØI...!\5AÂ, m0š
a
a a 0š †¬ˆ8FÃÐ l H "
D" a ƒ... g a
! !F(ME0˜A ˜a
!m1X!ç@!ˆA Â"q 0È°
$æ äQÑ"
!a UvNmBa]• BAjÁB-x(2, `..."Â,j 0à‹À› ,
³
`Ô U @Á
. dÅÎ9Be
;Ä ' Ú°B" š
j """"$ gØÃíB DDF¢7ðéh*Õê-"%,T¬bœ ;)·Aä qþY5E'+;U
äØj
eqZŽÂ²ZÓ
;0
v06 ;(
;4j ðK!6 Ú1/4*È Ñ¦ ,êœìlÎÀ†pMgy ¸Tðºá£µ:ðD ¦E <4Ë
6ì‰dñZg`ŽŒ †Ì"/·K·¶¿¹ É->ºvíÿ
¿J-ºí¦¿Ù ºîû-Ô>¿‡J´ %U¿ï×÷á 3/4¿öŽí mW}RÓÒÙ R^5Šù
ü" $" ¨ˆYùô,J(tm) Z(c)¨² \ŒEld3/4¤ˆëš, <Žóâ £ñ¨CLÃ0 ØÏ£ðLê=
f VÁ :Š"(r)p,eÌÐfb¢)ÃÁ5zHÍ¢ §(tm)Ð&P °BÌ36`ìÙ B dðA Â q±" CBBt"!æ¡P³Äl×6,
,a44°˜ Ñ 0ú70PƒEðoÏì Ö× ,¦ ptXä=Õð•j¡
-ÞƒCF°Õt Dà0PPœ¸!*¦ Œ KŠ v 7AÃ""v^
4_ Fl4 U 3/4{W
¨+\$}ÍÁÓd
Œ!£``í â× °e¢ Þ‹ê ŽS-"à‡§ÁB ,

ƒVÐ'Ù3/4"tî B -4 øA4È>¿ì ÇOôÚ^1/4 ! $ýÔœÉýýâ[´ƒôæ˜4"|CI3/4CåeÖ:ªÊ 6-î|S B 3Í+
†yÝ0ýQ£m~ÒÒo{,ÌØ¤ß"TÚÝpOW-Þ"œ9.¤çãBéÉr>[f‡õÿÂÞ¡=7ºƒ õ ÝtÛÒMÓ¤þõ·ýõÐÔ'
?ëíÓMö¬'[§ê·I¿}"úU¯wOz¿~Ý
þÕ>ê¿3/4-¤ÞÓ¯_kóØ^Ÿ9+¯ôýÖ¶xK ^Õ"ºwoªZ3/4 µ×üi7 ¥O{ïÓ¯ ´¯¡ ."n÷ýˆKô;wééuÝRï_...ù...}r
ÿö×ûÿ~D1 ƒ^B'ÞC¸%ëwp_y
@?ïKÞíwÿ´ w¿ûæ(˜@Š ÿû´ÿÿÚ,N ¹"{œ¿ð‹‡ 1pÿâý~qô›ÿL
¿ÿzˆ /ýoZýzð‹1/2W×oÓkè.¿aõû÷Ý6´¯þ ×é.ªßþé]]k-3/4,ïïý~1/2/ü0ÿå"ýÝ~Ývúö·ïÜú?õÕ°éwÓ¿á+¯"
Ý_n'Ò¯1/4?ÿ Ó}Õ+étŸ|èº÷ï¿÷"_ë_ënì‡õJuO¶á&ô¯ë

ö3/4ß¿¤ûþÿßoÖû:$ŸÝý¿â
1/2  ²G¥]{möˉŠ"ˉ  d=þ'A  ÿ¤›ˉ K^×K-  ˉÿ×  þ×ˉ^×zœoUUþa?[Ý¤•¤ÁÁúõ;ˈÕ(r)¶•ˉ ÃJ3/4ÿ-IÕú_
Ãþ1/23/4ýºûK_ý´-ÿ]¿  wßéúü  ÐAZM(r)Ú×·Ú}j-f¥-÷k]C_÷-?áˉZwUÿÔWíÖöÂdu"  šAº†  m³kþ¬
a;Ü$E  Ù  ×ja›q1[¥
% §ˉÚ-îÍ(r)
 ø0(tm)uW†  ï'ªç  ¥ê îÚ³ÂÚÁ-ÇöÃJ9  ÿ¦'eï  6Á
Mö  1/2&5ôApmb>4Øáñ  ž  ü0-[›}Š'"(c)º  i5Ý]¦ØJB@Vš
!'  1/2qLTSÚjÁ1/288i2#(r)"j)  Ž  [‡
1Mv›  ›  i...  Ž  0Â  1  "          ,  Ð`"  ¤  "Ø@Á  C

Ò   0Ð@ä#- Â
  Ð@Á  î
´  ª  ´A  ÂAT  C  qÃay@  ¦+  Eä‡  GC$å  A  HVF9!,ƒ  7$  Es...ÃA
¡"Â¦¦  M^@ÂZg#&8"  !PÂ  Â  Á  9"
(Lžð  Ê  (^^^^^Š˃ÐI&2à(c)  ,  ŸVÐˉ^^^^^Ž›q  ¦ºÖ·ýVºªÒý*M/
$  ƒ  1/4R  Šð'a àÐ†
rn-†EmÌGÿ;XPL‰œR)Ìœ Z¦ˉ@ÂpKÑž  Žþ"  ;${TêBEÐˈj‡(r)?Òÿ¯Kk(r)¿ùØ  q¹(c)  r]  Ìgë6Œ  Â"
dáB"ˉ  "0§ƒ
  ‡ÉÀ`
¡<  ƒèz  ê  SJ‰  Ó  2$?lÍÃ<y"Ó°A1/2RÉÍýûîÛ×ûë¥(r)3/4Ý  Šûî÷o  þÒßî  o_-W3/4  [þÛ ým
  é_ÚTšû¿  é'ô÷ˉ ÝZûßúõþ"3/4ý4þ¿ý[¥w1/2y£ÚK  ÈÿÝ¯ítú\Aªñ§  ï  ¦²  t  Út  9  ùcªi ˜
`  ˉ ºˈA"oÁC  "59Iø  (tm)ú  (r)1/2/ð-K¥±  ˉ
XæA  åª\RgKQB  5-¥@Þ~,á(r)  Z...ÈÂ."¹Je)a  ò¡×*¿Ûþï J3/4÷øu¥öÙOÙ(c)  '
  Ÿ
ó£'
3  O  #(c)e  3"  ˉ1  4Â&ì*hh5A...Eßè¸
  AºIB'  oaT2‡,á
ö,rz›‰óÂ  àÄÃ°u~é7¤àÁ:N¸dÿÿéúºmnžŽþ"},µÓW×Û÷S˜.‡õ  ¿c-J-b>B¸/\Ô/î8üÁ  Åÿ...ÿfô-ýa  }v
  ÷þ  "  3/4ßVªïzA  ƒú3/4  (c)Wÿ(r)k  >  Úýwíúµîûµëî  ~*VÜëÿ¿~  V1/2ôÛ}ÿÿ  =T"p¯¿
-ï³jóÎh{î  K²?
  }ÇktÐ´Ó´-
  8Ôx4º  P  I"  0@Ã  (tm)  0  µ  ¹jT  J  $êÐŒ  ?  ¤Á  ú†Qi[N  DDDÐb#ÿÿÿÿ-ºÂ  í0
ð(r)"(r)•ŽÕ"~´óÆ°õtŸ·Jé7M  "  X  -  yØ<¨  ÎÁä_,Â  #.d¡  ´q  2¢#¢8B  8  È†G
  C"ñ  Š¹1&$
*  \‹ƒAôf
G2àÒN
  K†QÀÓ>
g\,ƒÑž\2Ž¹v\0K†Y¦\2Ìì¸  '  ÁÉá(r)\
C_  2
,‡8d2‡2r
(2
VT  T,
,ÀäÜ†,ä
  CO  -  Ç*  fAüƒW  ÖA  õ  j(tm)  ã"çN@‡:r
Ç8ç¸‡9r  VA  Ð`0AqË  AB²  ìà  !ÚÍB""'"&hŠeÙ
L1/4"J(tm)ŒH"  ^^^^  ÿÿÿÿÿÿþ@YZ  ÿþ@YZñ  V¿ÿÿý/ÿÿ×ÿÿÿÿÿÿÿïë  å
±V³µ˜î  #  @¤

R d¤Ído%¬È³à' h0ˆOa"e-E -†G çX 2Jð......2ù>v ] EÃ ì·JeÄ)25'"?˜
#FFƒ
šÅŒÀ`Ô
#cµFº"¿ ôƒi6 L(r)¶ ábŽ 3/4 'DÃ¨ˆ9 B `ÚO1/2jüí
NÞª(c)Ý¨a dBäAH!Ÿ ÐL Â ŽÃ"òé32¬Ž#f
7þ•¢ZëìœÛ‰ BºÑWgd#%284KØ8>‰ÒÔ$_0ÕA p(c)ê"Ï ] ¨‰B ...ÁÃD_õþ8âOå AÐA‡TšAô
|
,n¯ÚÿkÕ±×Þ´×¯¶,w} þ¯¤-Öß~ U]þ(r)þ"ë^" í'ÒýPA¿_ýÿé}Þ¿úíîê }-]/]¯ ÷ë¿Óÿºÿ¥ ¥ü%lhz×
U÷Kþ¯§¯ºOZ0ô"K¬-wÞæI×šÚÞ·ïÎ±¯ -ÏÉ›Ëƒç
N'eõ5-~ú÷ÒÒT'¿£¢u%$t
AˆCÏf±TŒ

‡ dF #³Á
A ŠfDˆÃ?H >uf¡åXÉB3Í
æ¬Õ...õå AJ3ƒBÔð4á p9á"ðD/ ¥Èœ4D¡ 3A|k#Ô- 3/4EâNPŸ[õoºKKKzï\ j ( a 5A...L* ì
...L* aB † 2@(c),
dì 7(
£84A cÒ´N ¤
Gûh4 4]Â$;Ó 0(c)"" m0, õïJ£¥aN zûëùp 7Ñ|
P"!"ù,¨ZFø0A ‰Ã 4l¢xÐ` M0°Õ ¶pP¡4¿ðƒá53jNd8c
&,†N
@ƒftŒp'xÁbÓšÛ 5.×íë†ëIˆH%Kþ×I õí*h ä$0›B,Dõm¥A‡ "Y²¡áZ7 U z
ÁsKé ¡4\¡µÈà7ICÕ~
! ÜAœh'mPOÒþ-ÚPƒ ÒJÿ0,ZUïW
ó W>G5Õý àÉY³"4ƒiiZMÁœ ñÈ{~æŽ'*ûKìÍš 3/4 ;äCöRtþ-fF#fÚ¶-(c)*Wý_í¦µº(r)"ô-×O3n-}´
%;ßÿhkêéÒÒsCa9(tm)[¥x0O}
Õú¿"§ºûUûVá
i7ªê'û÷ÆžŸßö ];µÕ"é;Ö¶ëOWêé{íÓ]:¿ÂÚ{Tôí{Ý þïõ[×Võñ_¥WØ'L_WËF!mØ¯Õ ¥Ûct
Ÿÿþ)[[Óêîúù"E úÝÛWá ÚVèi÷ÁWÞü›†‰Žê[ºÿ}¥LB]¯ýÝCu Bþ¿×·
/íÿ ×þþÝ%ñ
§"ý öÆX‡úÿ {ïéåã V '"úÝ}ÝHAÎ}}."ÿ3/4' ý ,_ÿõ{[
uÓù,RƒzëïÛ¦ü6Ý î `Â&õ_ë¿`þbôþdÿï_õ]ßú.ÿûë¿{ q×Úýºa"}è{¶ Ð[ ö*a vÐ-õûÿa¶•%ýW¯û
3/4 ÿ_v [ÿû3/4'[

1/2ëÿö ÞÓþÝk·ûã¶,Ã ÿ_~ºÛë Ýÿ[úè úþª ÿ÷í÷†Ð_ß×º·oIª0mðé ë"õöÒÁ´ o¿Õi6Ÿ ÿý¯¯¥ûÿ
µýþ"îŸ
¥ëû xt¿)Ó"éÛº`ûKaénSõºXuê¯ÿ¶ÁÝ*ÿþÁ ö¿ëKÿþ·ÿ§Ò¿àÿ"~- 6è6úêº^B{Óxwÿ² m¯µé¿¶-Óš'û:}o
d>ýtßÿUÿû×ëï§M¯(tm)úúúß~¡µº÷Z¶û"}"...õíug*_ ¯K]¶Òm^õÿ¿¥_ö¿ëë×÷-ü5÷ÿª ´˜2 ÷§×ÚÒ¦ °É
Ó¶ëëªm¯1/23/4(c)÷Õßo
t¿ÚO¶·"ýkÿ~ÿ¿-þ¿mÿ{íö×ÝíRW¥¶Ò¶ûÖ ¯kÓÃ(ýõ
íû{÷¤Õ¯û
W-} ûýv(tm)}+ìÞšáíÕ§õ×¦ÒÕnš|óÃiZJ1/2¶´ ´ \6 ijºÓ
&ØS {(c) wO´-£žû
/3/4Ò‡pÂ êÿôÔÂOIýÝ, ü}êšZÙ :°(tm)~Ìvo1/2-¸ûÕm+[
•Ú
áØCØn•ØJÂ¦÷
"J"-80 í¥|0°Òj;ý °@Øí ºÝ5í´Ì}B
}ÂƒÐvÃI(r)6Òˆ8¤)´¯ÚuUÛ EYÀ‹p`'h6

(Vƒ ÂH    Šƒ   HQÒjÄ
†  øˇkˇš  ·QMC¥ˆî$±
û;P
   '!        m  ,   AÝ±
AÔl^é¦¬âÂ  `+U
+†ÈŽ  B  a
Q˜8@Ø"Â  4C    Sƒ,,"BÐ...  ÈHÄ Âh Á
‹    Ä @Á 1/4¢¶  @Á0D  Á`ÈG  Âu´
 qPä+ @ÓLŽ"¢+,   (c) øé"+%‰Á..."  PM5
~@  "é...Å9¬  1  $   j  T,ÑN  H0(tm)c  l8 Wv
  Á
²c Ê  <  hš‹L§      Â"  2 Î9á   j a  (  0šÐ Ø*°@Á  aq          UÇeí BËÄ"
  A  R#   8  ‡8Bí  Ô"  {&O`§   ^^^^^^^^^^‹
HXÖpÐ`"ï"Ê";,B¬""*6"""""*"   ^^ñ×(r)ýRJ"õ]$¬¤Ae+"ÒÒk"  ¤0  I>  J¬°ª"o  0    â+Ç¥ã        ¿þ2
À×ÿøÈ
  QÈ
  _ÿä¥Z  òÕ×  ,
xÈ
  _ÿý/ÿÿÆ@X°ÿøò  Å×ÿùÚ¢+  |&HÌ    )!pP¡      ...  FˆP1/4ì,Â¤  Â- Wryr¡š1õtôûñß×¶¥›¢  ˜°E¬
*1/2þ?ÿú  (c)Í3/4wë  ~      NC  è3X...    ¤  Á@æ3A|†)1   "  †
4[¿  0ˆ  áª"l!šÁt"  à...Âè¬í>  7|ÜÑxÑ±¢ï
›ô�‹*è1/4l&  5
7éý&è2sA¸Aöë
Ú   øMƒ@õé  ô›Z§Ýu}[õ  ¤»kÿÿi*ôû°ëíÛ÷  _Ò÷¶ûþý·ÒÐëûKñÖ†Þ+u×ûo-   ¯È`}õb

}÷ûö  [×´¿˜@aZ#úú¯-7Â
õý†  ²Å¯ÿÝð}  °1/2ÒÃ      p{¯¿Êv-ô1/2÷Ka
°aª¿(r)êô  é_á´¬6,m]  í|7Òkìè¢  t@é˜ï¿ÿZAþŸÚÌ  "3/4}7ë"Óíäè÷¯è+SiÖ÷í3/4ø¨;  ÿö  Ui/un¿¯M5ÿ
Rÿ°ÁV
+3/4  /õ·ößþgø  x¤A    {  Ú¶Ú]6•Uéú@Ój@‰¤ÒÛûî>Òw†  3/4ÈŽ,`  °¬0¤W²,  "
ƒb   AÅR¡IpÁ    á"ØaA³V
'   anÂ~"#:"",'ḩ°F¬Di9  0%×¥ûKÁ,^+°¸as"µÇÿÈ
2\  -@XBþ9  a‹ÿÿÿÿÿÿúûúË`)qíý  ÿÿÿþ-þÿÊlIqë  -D¨•(r)Y  FG
D2àäFxÈyš<
Q  Mfg›
Ã   N  É  !Zãyf
†i  xhQ8E  .@  D=ô0ƒD%@1/4...(tm)!Ó8à    b°Hdâ
  C"ŽEœñ"~É    ‚ÃÃ¡  (tm)<n‹üš
"sÌxv  @Ã  ~ŸÃ
'iÃ  A  Ò·¤Û  öœ?Mï"¿ÝCÛ]ëJôƒÓ}
ýPW  [ÿÿÛÒëþïþ¿ý3/4(r)8é7ß÷Ûþ¯-ïçw÷×^ýÝ]_öÖŸk**ëÖŸ  1/2(r)"c¦"K{  ÷ë1/2õUû¿"Þ"
*ÿéë¶(c)'O  ×{ßaß]Û  t¬?é_]õ¨ö"      Ûë÷1/25Ûvœ0ÿëW1/2¿µÖøaßÚý¦  ûí_UÝÿoÿJø7Oëô-ÿ{íÛÒ
÷¦ÿõ¬"x  1/2oW°ïÒ·"§°¦ßé¿X¿ê÷²ªêÿß"ôý´ÿI\-ýéÝx~›  Òïé°-×,Á[M+°¿IÝ.Û-3/4´þ÷Ö  Øi}...ßÞ�ØKa¬5†
xUa""PÃ  +ÒÚL4  wpÂHB‡
$ì1Jþ
Š(
d+  L        k
B5     @Â:  w´Â  ƒ¦)  Ä$Få

Rˆa3-E>G[ñ
  |  Â"&³      â"+ _ÿÿÿï_ÿò¿å  hÄd
ŒŠ(r)d-...L...gtŽÌ£PË²°Ê3³!,(tm)
";)a".Œ  ²¶fK+  ¤  ÁtíB  T  *
(*d/'
,•bYØ hó·  æ  ìÖ#(r),××F3/4
  l(Z"Àú¨B¤
ÕÂ     C)Ä¿cG'-ûN-ªOù*  (r)ÊT‰ôíPg  \!"  a  pý
‰  ÜE&ŠÌÊ    "Œ¿'...§h†¸AÉ    à  †   N(tm)Ç h4i¿-
8:A¯ß  ÕýÁ±#h߸
vŒC¢ÿ¿Þýñ×(r)°  íVŸáZM÷Ò¯ÿÿI×ÃúOª¿ÿÿú×O"×oÒ  §ÿúÿ(r)ßþ"Úý"Ö¿ð¯ÿþ-ê•ᵒᵃZJ"×Ï
pBa  3Ê3Z.""H¬£³5    õ'X  ÈõT^HÏ3ª  ˆ(J,<"-"s!Ð^"  5eA-J@µÛ,$ñ{ÿ¹.¯¥  B  R  @ˆ$Ì@3¤l,"
ÙÓ6Í1ê(&|  ôugQo8  ðÉqMQ¯8DéL"q'  lÏ6Á  š  1/4×¯ÏŒûÂ  D:ç  CÎ  Rp",,a4
ÌP‡b¿
,   s8 a  ø\  é
@ˆzù@Í  8)|lÑ  2SåÆ|ki{4dì  †
¨ÁB&íÂH¸   20a   ...ê
  L$¡A   ?"ÐA,!  ÂhD   Âa
¯Dà0†...¨(A ÁB  Â
*3/4  0• Ñw²]"^9Ç.  .Ã›3/4
   võL  M%  ƒpØT/68éí}>       ¡
¬  6
¹Ð@ØUYú‹ˆ*
   Â/
ˆG...EØh1/4Ö  aM    v        -M  ,Qk  :'r Í  Ú70U
äÔ%?¯B{`¯2È74ƒ°Þœ\R ¨Ÿ°ˆÔŠðT-(tm)ê'xÁÃ@¨,î•0Á  'm  ÿ  EróAé£F3/4(c)Z  Û%ÚO  :    7
e  $B¨+ ßµ›@ƒhOl'$èA    W  ;1/4  ±¤  Bx{  q"ÊûÁzt¯h&áp°Ÿïë1á¯Èìã
7Ý0ë‰-!'Þ¶  IuØCÿ°["-Ùó  usáp1/2q  '*uÛÛ×JÍÉúÛ  rñ-[¥ê|Ã¥gÉøMõ~NóG¤þ
=]Õ1/2÷?oƒ  }øIvàÆ_`Ì
úa  Ž3/4íúºO¥"K×¯ ôŸZOúþ-étÛO¤    ÃIµzz1/2Ú¿¿ÿ  õ¦
]l/2/õTíkI.Ò
ý     ¶Ö\  ôö¿í}?}ßÓ¤ûÿOñ-êõÿÖ
_áêëÿßZß"¬;ª¯v=?¿ïëµ¿Aßƒ  ëÛz1/2G¿wÛ  Ýó  *Cú°š×o¡KïBéÐ¿¿×¿¯A  ßÒ  Øaâ"Çm7n?âÿwÒ×i
*~ûû-·õµ_Æ¸  ÿ
Ý¤1/2õ×Èw*  Z÷(r)÷Û§ý>¯7,|‡Å
R¨>´-§×}ßI3Rõÿ
}'ýÝ ØI¢Z  V"ý¯æ æ  °  ÿ{ö  §]1/4Ã;xE¿Ê^  Ý‡¿úûÿ  Sã  áƒ¿úÝ~
"àŸõ  ¸ÿÿ  ÿß  ÿý|W×Þ  Â    øƒ
û
×ýÿÿm*  6¿þÒõöêü0Ø=õÿ  &ïu×ÿë¯ûúë\7ÿÿY  ƒè-{zXuïwÿ¯Þ-Ûëÿ†ßø{ßÛ
:ZwõÐT"u¿÷÷  __êï†÷ÿ"÷Â  _
UÃ  "Mzÿ"XT¿  àßÿ´ÿxm"xv¿¥ÿV  §ÿ_Õ÷ÿïj(r)Þ¿ðúßÿ0nü?}    w¿µÕÕÃa¿ZøzüéëÕ~  >ˆ¤?üé(r)ûjá
  3/4Èká  ÿ-ûõ¦ß
¿ÿ  ÿïÒ÷:'×  ÿ-<"_ÿêÚ¥ÿ*÷¿MWm]vßvÉ  uÿõÿÝ_×ßé^Þµöö1/2‡ÿûõÿëµ1¶ÒYŽýpÒ>Uÿiï'Wÿùž  oÞ
ŸÝk?¹(c)7-¥¯úJ3/4ÅÿWö"í"¿*1/2kþ  {(r)ÿ[õûïwN¿ßu]'-~`Ò!¯YÚ‡á  ïá¯Ú[~õÕ
  1/2ïz†-ôõÚýú²¯u[þïëÕö÷·]ü5ë ^ú}¤›
[ÿÿI_ëL2à-*]ì  K9í_3/4ïiCVÒ¿†  µÕÛ    ~  CIv
  "m7JÕíMí}ö¿ç  {µ³~  Â³{   ¿Ao[NÃZˆᵒᵒŸûI%×1/2  ·Û  ""   ·O§tŸu  Ž1/2†GASL -ñM¥

~Çìv ¦ 4Òn·aªzëiv¶¬S
 ã¥   â˜îl�°kfÒk  Ã1†Òµˆ;³jëSâÚ÷I  Ž  í&!
švÂªÝ(r)°Lt  ÜE1
÷í´"°""ÆÇ
&ÒÖ  A§
&  A&  >*¢    ª&  T(0'  -  QÝ´...A,    °  ã¥  I¤>1/4  L   Â

$ÂL0M
ŠA"
  piCJ
%     ...æ  0Ô...x kMCH
á¦  °@ØL  "@QLPA,
A  Ž â˜  "Â
A"ÈH
qå0˜M0ƒQE8h    U
  :íŠa"˜P(r)¬%¤  a'†  Šs9C¤)'À!
  L  @ƒNNÔB^Q  0¦$  ,;¦  `˜r,&)S  A<  iƒ        '  & ¥Ø Á  -  Ad-A5$=ž
æ  M   hÎ    A"tr-œr"a:ÉÚ
0ƒ      ˆMB
¦*•Šã""fÄDEŸb  (tm)@!  P˜&a¢UÄ0ƒ)Y  š     \E  '!  #h0"Yb    Î
˜Ž"")  ^ŠB""ª˜ÿm/¥ÿÒ_(tm)  $ž3/4  Ó,ÂS  }(r)  §H5Y78x@  µñ(tm)˜-
ˆ  ÿÿÿÿ¥ÿÿÿÿÿÿÿÿÿÿbõÿÿÿÿÿÿýú6ñ½  ÿÿâ¬±  UÉ0ù\|É<¡Hœeª-Ì.
  (*"ÍÂ�EeÐ^v    œ)  ÆF,  Ê²%Û  ^ÆB²      "ïŒ  NÊ-K¢    X)  È<ˆ  -@  $
  ÁI'  v1  "ì(c)Dh_L  B,
£@`ƒ
  3¨Â¨A"Á  ¥³Xª  5
S^  a4ï}+)ÙÙÁÐ°_  ¤23D¢  -
  èÜÁ  š
(*
<  -ž  "pÑ~ÂRže[;-'Ù(c)Q+c¦D¨ ³  ÿ  NÐ u¿
šaB§  Â¦(c)    0Z
:l  Z¢)øŽ  Ã°±~Ö"  ƒÖ'lñ›(¸£>aèœQý¢ñª.:'  T›Kîÿï
Q$¿3/4  I¬˜z   6./    W"  •Pƒk  efžžU°ëöû÷ú¥"kõ"  '¦*§§ÂNŒ>›ÇJüvÝw×m-  ß[  Ž×NÖïZ3/4Ó
¥˜ÿýZè·Ý.ûý&íÜq"Ç-1/4zÆ1/2_ë÷wœw¿¿_  "Zÿ(r)ú-ßû[õÕ<7¶  ×¿zûzKõCø]W(r)ê^Ñš˜è¨ì,g
"F220e  :  D:
(r)I  !Œé  #ÌÎ¦D
xdùÿ£"$Fßyªn*+Y...ëa‹BÝïKÒ××D¤d¤_"m+    (@È`"  @¡3ÁP°TÏ  Â     ...  <`¨Ða  úÓPA
,    =1/4          ‡rpBÙ  7D"5ç-HYÐÍ
†¿µ´á¸×ÿ  -  "ÆÆ‡ï
´¦†šj˜*pƒ  /6=
E ›†  <"_
sd([A¢q"#C  P†  a,...ý  î8M:"
&  Ï‰,
L  ×ö-ši‹éRâ-(1/4`ª‹¦Ö"ÓaU  "^4&v
5  •è
æ    §§þ·Â  EÞ  >á4ÑyI¸ö-  A°Â  ˜M¤‰×À`ì°"^    A"×1/2†¨±Ú8ï%â  ü-eB¬ŒéáA"Ò¿Ù  BWœpЇ´
žž  ;Ñ.i7ý¥Ó¥˜š6Bp7Køg¤  m'8[ð›wÛÐL47§KwKÓ°ô  6  aàƒ_  Á
àƒK

¯ pé-ö¯Á...Ó"(tm)3/4Ö'}_Û¯Ý_4pŸö  (r)"ÂÛÕ-ý$œ  -/vßö¡‡÷‡ÂgQ< a:ÁW -æm¤1/2<6×µ¥
¿"Uþþ"jék[T÷3/4^ôý×}{tÛTØhU-/¿Ó†- m&ðÚ~¡Óá× Wûk}?ï¿ß]ÿê3/4.ýÿ~ÿKœ øoûô4°n "3/4-ðß
ÞÞA' ^A' ~Ê†-F ]é7øF ¯þ"]m(r)‡ ÇZâ 1/2ÛuýÐï1/2
õ-¿
ÿwûPÛ¯}1/2ßÂ°X‡KlB×ûj"y Âý$!oû-9‡0sXôÁéë ÚuƒÝuÙ úòù
£1/2¥ú...Šë¿Ã{1/2‡ÃoîÚ[~à-Õli - ÷Û }¯ª"pµ0Êê 7éíCÕÿ¡öù ÕŸõ\Ô+wKÜ=ª "{¶ôî"Šž iä+ª|
#wü"â-ÿ"]ïu· -. {ÿþþÙã÷cÂ.:0õú ï°é'Õõõ_Á ÿx0Z·izÖ Kí×è+ÿô ÿ°ÿþúmý&ú§_ .ëÿïwL4÷
ôŸô ëâ•4Ò_§
ý AW(r)ú_êß~¿Ý¯ý](r)ž,ý¯"û1/2÷¿]"¤¯ $9\u ¿ê^ÖoßKOn¯×!ÛÔê¿×° ]ÿØ<ê›Júïe¿]Ò¿õ}'ûtôµõ¤-
B7×ÿÒ¿UëûûûÓ¯L‡-ºª]_†ÿû6¢÷ÿu1/2¯nÐ]ï^×ô›[Wý}/õïoÒwuý1/2--ê¯¯ßz¯Ÿï|ò}uû_{Wî"þïÞ-ý°m&
°ZD4ý××Þ-ßïêß
ÃJ×í+ïÿ¥öÿ µ]ßŠ‡êûzðl>éí M(c)ù†-¤(c)%û¥žK^1/2ö¿-?÷ûÿ¶¯ëÚ1/2ØKUïí"_o†"ü JßßÕÿëÚÐ‡ V
ÒV `ÿÈv'?I ;Z¢vÚûøJé;[V×S v(c)ƒ
^(tm)...×Ø0°Ð65¯Ééµÿ¯{÷°Á|<4Ÿî·oµiÎ-† ¸a-† -VHi 5ÓRD¨0' ä9+4-ô Þ
¤Úñd " "(c)"?{ °†Ç
+IÄtŸÚ±0êý lWîu[Õð× -Þ"á ŠPÄ'
Ú
I Nî
(¤(r)Ó]0'q V4ÐV•Áª
ŠCM
A ÐAÅS ^M
Ž, ša;J¡*l $ 1/4'u‡Ú1/2Ä wà- °¶Ã,

^@ ä X... r <W ¹ êÂ ÈG:, 4 ›# § í Ž Ž, <
Ø@œ"p¯&ƒ"À&-¨& 0D pqMB
Ø... Íaö1/2 l$ƒá,
CŽ*(r)v*6¥¯B D6Ê ...w´Áo°P¯AØM a$'90,
A"tÊ(c)Ba0¤Ç q
&z÷ð" Á 3 Ê (tm)\W @&UtI X
)‰'Š...X aŠ D+ƒØU×ÄDE1/4F C(t,žú, †e
HDE `"DDDXRÃÉÚ Á ^5Êâ-tƒb
8Š¯Š^^^ÿ_ªþþ"¯ý-%¯¤ê'I d']éð H$‡ã°'P UÃ ""5Å,(r)#ÿÿ-S
ÿÿÿÿÿÿé ÿÿÿÿÿÿÿÿÿÖÿÿÿÿÿÿõ¿ÿÿÿÿÿä Ýÿÿÿÿ[úßÿÿô¿ÿÿÿÿÿÿÿÿÿo
* _ÿÿÿÿÿé ÿÿÿÿÿÿé _ ÿ¯¿öÿûÿKÊH1/4] â¢>ŽÃÈÝ,Â"wìÎ0 FS,&p & ¡ N
@Ð²Ì&
É"@ÃðA, *
&j "9.h...,
ÚäðÚa
3 Â"£4"á '0äÄ ÙO 'ñxdæôNwH ƒÑ¯Â 7¤õA3/4äƒÐAÝ$ vƒ}‡í-
?°a ô']° 6-ÚTßïJú§}&ï¿ éÕŸIuÕÿ}¿wjê(c){¯ûÎíSÿ£:"t ¿¦ ¦µ·i¿õ
]RÂjü%~¿ªWªµ_¯}ÒJý-^4,ê-õÛ1/2(r)ªÛï3/4ßÿIUt²R>¨ëKéí-üU7õHAá (r)ïm¿ðJÝD;
!_ÕÝzäë"Ãõ×Ý+&œ?Y7kRó}(r)õ Á‡M3/4 ¿j"Û1/2ï"ì8Duö×ußOÝ¿¿7Û¨ü7ë×]Ä ]íwï°ýÎ£÷}Û¯÷ÿ
î-ß û°uØª×(r)í ž ª°Ý°¿}.õ§kÝ(r)Ý/ï"þžëa†þÄ
'K]/ëm"°Ûw† ¥ Ú]B]·[þþÛ¯%·¥ï I6Ã pØgÅM¶ÂA†-ò æuä õM†
"$È9Ä NBPS":$ pB!, , 0ƒ
B4
Pa á"Ä%p,è ƒDà a3ï
a

...ÇÊ :cñ ÿÒþ¿ÿÿÿÿÿ÷-ý ¿¯ÿÿÿ÷¯¥ÿ÷õÿÿÿÿÿï[×ÿäÙ+&Æ(tm)ÙVP2,ˆâÌŒ³Hî"•Ì#¿#¿pÉ"A'6 ä

" 3±†A†Zž<û; ŽàŽÑœ ƒìÍ XÈ|'
þeVNé"P Iow÷Kºª3/4ƒ"LÛlìLÂ U#/s²D¿...ú†ê-z¥¦oëûîŸë(r)'..._µÕ !Ç"ýtß...J-õnÖºÚ[zÿ÷-
N¦ûrF:J¨œõ² û3/4ÿ]ýÿqëZ
=5þ×õ,Ç]1/2~ ÷¡ñ÷zêôš "Aþ
=‹ÿí} ¯VïÚÿ"º_w¯...]ú íßêíu3/43/4ÝÕnþ (r)ûS¬wªï"žªaZE@-pˆLÕ 2 éò ë B q
dLß)×Öº_ôE~å È@žDF ¸" åèM a-dI ú L*†Â9'j"§#*5'ë(
? Ð Û0 µgÚ
" Ô: Ï þ æ C@Â Pg @Î Í #† " ÓÿÈcUr
) gL -S¢
Wì-| ë´Á ¤B
èÌ1 ý
a @Õ ´ Ú Þü"¦ mª}ýú ƒÔ'Nš

=
~ I" Ù B ‡80@èè þ-W§|RzÖœ_ý¦š
</Iý5Zq
8Ðÿ Ôhˆ>9 ß žœc} Ä_T zi" XZ1/4$ÿAò| i'pD}"åÓ hˆíXzz )Ëš'
(r)0" äç -'çRQþNo ã¹:= ›Ñ
m ßDxê1/2;cM èp× Vtäéù ò|ô oäéd ƒò>!;'7'í ~²ÎöEæ.äðø%¤Ü'Ü òd "õé6²G
(r)F" v - 4 $ n ·|-ô'*4Kªˆà¡èˆ>OÿÝR ,
ô¶ô 'zé"Ú 6,v›uu§Uø(r)ºÕõx×¯"I¶,Nµ"íÓrEdQÈbi´
Û' &á Þ 8i
ý_WÕaü7ÒWOßM=}Ók_
Ý¿K-Þ3/4 u~ƒ{ûÂa[×]ôúá¿Wý'Iëî1/2×*¥z[¥õûï¤ôÕ>¿M¯ò 5¨¥ÓÒÓÿôôöºï]tí>ªü*u}"¦éÿ*CZõÿx¿ÿÿ
v?‹3/4¿ítî?Ýz1/2/þí3/4>" õü+Åw-o-}ðµ{÷Kk_ªÿ-¥÷uù ÷é/O,
=&¯Ú}(r)¿1/2|†+µMï{o¯{÷A- '18}ÝGzîÿþ¬Š[ð¿í|² W', ÝïÖ‡¡uY . ˜ êX ý1/23æ°}:"IuBò
¿~S‡ÿßÂ >ò #...ª¥ÿoµ² cÿI~þµ| º ê¸ŽCéû9 Â oþ
ÿ{y ýÕ}¹
µ`‡ ÿßO"¿÷u÷ýý/íS^ïØ=x ë÷a ï~3/4A}j¿"÷Ðaö¡ Aýþ3/4ßk,!ãúö-zË&Ù1/4õ´ðˆ[ur §ßÿ
=Ý}ï&æ ¯è‰ÿ¹ V`'"A/ÿo\°'" Nµûûz3/4ˆ" 3/41/2¿× > ›çHúÿå
ÞýûA ô‰£üÊÿRD é~˜˜OÑ$^íõÿoå ¿úu¿º-nY î-êÿpo(r)ZŽ¿aº
Õþõ@-õ 3/4È¹uÁ/¯ °ü†jé ÿm/¿{ûOÝï~3/4EÇý_Õ-?Ý_Î-ºý7þ1/4=ë¿ºÓýÿ-_¯]+¯ Nó(c)ªéXZs"¦3/4
*\7ëzö3/4¿V¬èé×õÚ×{ÜêÞ*Uýÿ§~¿(r)þû÷ïî›ö•ý;‡íôöuaûóSßôÛuîž*iF¿ (r)÷›>ÒéwÖ×¶íµÿïý´1/2ÛJ›
N îºûI}N?Õµ×Ù×_µþýºkúÛß[W[û1/2WüžÝ(uú{k y(tm)Ò-(r)ÚV¯k¦Úÿûì5Um¿V úAúéª"i<5Ü/Ý
Ú{†Òo<v-¥"*1/2§Û†ÂOØ_\Ü\Û
=3/4ØJàÒõL.ö-dìŽˆçö WºoºMº¿þÛ#¬0¯¬4'`Èâµa{¸:-`ÂV xaxa=y *µ¶±"¶ †±±(r)1/4{ "¶
öÁ"´"?
4µa,M¥°Ò°"
/1/2}‰£îÇqO Ç "
wû Åq[ë¶÷mì'X-
u1/4'ßamkÄœy ... ÅVÇ °ÈáX0¡ ý]´""Xi]õ}oÚ(r)¶A-ß‡×öí¥*öC1/2=6*ö Â^Ý5v¿ÚW`˜W Nâ¤
ýt...Ú"ö xa^Öïî M,¸
šZ÷_ª
` .
l q Â{\ :àÉëÐ& ¯a}mR†šÃJÂ
%â"!-³, !¡¡

²à ö A-6"DD        (r)"
-¬ÜDDDD0BÐa .e
  j~ eÁ
h0˜CÄDDDGq Q ±       "DD§Çýo -R°-
"1/2 j›ü,FÒã¶'n:ÿ Ä%Æ    Ê'ñÿÿÒÿÿÿÿÿÿÿÿÿÿÿÿÿÿ}á+ÿÿÿÿÿÿþM‹LŽ2Ð6g`¦U -ÁÄ[#£á €ØdXf
A‡2@0v6YØÃPMep]IÁ1/4G
A @ÛtÐ[Âª-è3³Zü=~- T˜ k]:¤¤Ãn^Î ð÷Kôœ... î^J Ô
1/41/2ß-Ò Ö ×]ïm-ÿ        +µ ï1/2ïN"O-Ý+öÈÅÓi|(r)¢!^Gæ^UÔë"¡IyHÑÓdX² ù
90å"² "(r)u)Ì× '.WN   ¯Kå   ÁŸ Î¡
Ø(tm)H
O   Ö=ÏGV  ä= '
Á=   ãöô ›$5n,!C(r)
ô ¥¥^ƒ  " h4-ƒÂÛˆƒJÓÓàõÕ]-Ý
wÛ"ãéaa ÒU¥P }§iÚ|=8 I˜kÛ j^Û7]´ ~ ò\Éáí.ÖOœE¢çD±Ç¢_‹ ?oDæè"^ÝÒ�Déý1/2 4>û¤N
y,J-" ¥T-
,m'â˜Õ´ nDçÂ "û"ý;ª      Ìä›DHJ  Sn-éwTé$Ý
H¥éZìi=5^ô- w¦á: 6 õß 7 --
^÷o¦ÚµcI3/4éiúé
(c)ê×I[^1/2tïß×NèU5û}=íU=ix*Òt‚*ö1/4k§CwÝk\t3/4ÆÝ%úoEŽÕ" oéqí*é"-þÞßúZWÛuj÷V•ûn´þ
¬>þ‚Z"IWëäZºúþþô Ãm~-Á]-µÓ˜°i/ ·Å µý(tm)
Ì bÈt G Úò6ôêù R -"5‡¿nãöúöµ•Æ úU×
:-ƒ ì ´6"Y
!¯†Á ÚWõ¿NøJ•4- }á‡ý Û÷Ý  ~› CÃzØkß÷ýôCÃâB#÷_@Üƒ õD.ué]AºD   z V(r)û-^ž"Ú'
   ‹E}R*2 †PîZ3/4è`>È9Sú# [-]í CéméûïÖ˜~X ÷oû ‡Wè%} ª÷ÃÕ{Â¦÷ ´3/4Ÿ¿KÞ-¿þíÕõ"*u
o*ÏýV1/2U‹_uoúo¥Xehjª-Ù
ïœ~u}}-}Z]gSÿ[¯
   ýwûoÓÇÝíý µ¿÷o: ¯"·‚oºK±"]ß R^ÿþµn×ÿºÿ^(r)˜iEk´3/4ºêö"SKkí¯_éÝ¿öÒl/Þ°°‚Wnª ^•¦Ñ!1/
2Úël43/4ÌÍò ×Õ‡ïo°Õ°ï<- &·
#æÃ .Ò¶ K³ÈŽ Á}CL4šwm/º0Y Jªû ¯ G ‚äv˜av)Øä^-"S oi{b¿ ƒý"ñ' ý6Þý¦!~Èb-±[UV
]5 1/2=÷ 1/2þ÷ßîÂ"‚M^°-°ÖÖ N× ‚ëº
-ð×ÃÖÈ"‡-ña}    _@Á
ì
NÁl.Au   `â!".š^˜è0CƒCÄDDDq   7>ê ‹x^‹+n±   ˜˜Ž4?Õi J-IR¥äÉ 2  ŸQXñªý-¦
ò" 8þ¿ÿü€ž" ïÿÿúU¿¯ 1/2o[Öõÿû×ÿïÿÿÿëÿÿÿÿÒõ¿ÿøà
endstream
endobj
8 0 obj
<< /Length 9 0 R >>
stream

q
554.64 0 0 732 0 0 cm
/Im0 Do
Q
endstream
endobj
9 0 obj
34

```
endobj
10 0 obj
<<
/Type /Page
/MediaBox [ 0 0 428.39999 703.44 ]
/Parent 48 0 R
/Contents 12 0 R
/Resources << /XObject << /Im0 11 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
11 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1785 /Height 2931
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1785 >> /Length 27262 >>
stream
```

ÿÿÿÿÿÿÿÿÿ(tm)%²È¯.DqHâ  AÑ
EIó$¨È
B#0gu²¥  •Š@(tm)  h  .ÎÈ;Ê£æAk2N•ß%
ÂDg3/4iú3/4vJøTÖ×Âê  ð"3/4ÿð"^1/4  (r)°ÿõkÌ°ëø/§{õþã‹ß  â*#Oÿÿê1/2¯Ç¥Uÿÿ_5M÷ï¿Ÿó%2r@R
C6!á
DTD6`e
    )ty  ž9  ,²tJQ  ùå•mIâRDL²  8‹£"'!Ä¦"    ƒ!šdù !Ñ  "  ³,  Ë"ÃÎ¬"tV(tm)RpƒÐ=;
                Nx-/(  TFÆ¡  |9Ð  à"  H    3P_  BTD  "ÜÍà¨{d    D€Í  ß  I-f  U°A"  t  ,Xa
ï         , "Ÿ¨1 Ô     PvU...  B  \  °M³æpŽÔ"9'1ÐÖÓ             Â
4"ô
´Ó‡¸D  Ðzi"
?÷  4    N/‡ ÓAþƒM>,/èh0ƒÐïëÛ"
ê  Û$Â!    ƒïU"÷  ,v¯M×î.(&3/4(c)§±v  ýU=>1/2b  "Ž  wè-6/  ïïù  )¡¦  ß\CA¸@ÐiÑ/¤  d¦    %îK
œŽò>šZ#·!  ò8¢]'c¢+´KÚ%žBCD-¢;û)Ë>æ¥  öËÕš"8ïÇ"c"fH"ôÈÏ"-Eÿ         ÷ú':%í  ÞOÚ'<H(r)Ö´4
Ñ  v  Ât  i    pƒi<!@ƒ~     à ¹#,  Òló
  ,"
ð@è n  oÅ¥Dæ  A‡Mš5'Íê Ü&ÐO             ð}[I1/2"Ú  ¿è< ð  ÐM¤Û#ž(r)EðÑ  =  !¢èä¨êïµZO
°¨Òn›ªxMü'§JøV"Ðiûá
UA
(r)Ÿ§¦é3/4ÿ-¨§...ÿZA´  íÂ
þžNtJŸ§Ö  zBÒÿúéé¨¯Õ1/23/4¿¦Òú]+i,ÿ¯-§_
    MÓ]/þ¯_Ó-Óý:Aéé´¿÷úMØâ÷XÕ¯¿Z
±é÷¯Mÿîkÿû    §ÇÿêÿÔ  -^žŒŸ¨°éêñßM·×¿
°°ß  uá  ïõ˜í7
[·¨¶í.ý    ÿß{ý  ^°kì  ¡Ûê~IŽÿúIûø}kûû¿
íoò Úýƒ÷ý  ¯ÕÕ=,×
3/4-¨ùZ¿ÿõÞK‡¨(r)^4G  _C  û}-Ì  JÿU(K!Éõõ3/4-ÿÈ!  kþ¿ï¨  Ù
  ¿ÿ-`À  ÿõf _  1/4§
Sûl4þ#°ÿˆØ:ÜZ-  ruÚ‡úÝW  ïMûÁ(r)ë]îFÄd8-òð¡ž¿¶µµ...µÕ Èa)  ßïA‡n"~  {ø`ïwîÿÿ/ÕX?M"~"¤
`É0"3/4?wö¨\×}ØD< v\  #þA{
ÿì  ÔõõãÃ¥ðn1/2j¿ÿûJXFá†Ë³i¢·´1/2à¬0-ÿ÷ªÑ2?éh<>ÿBR  þXµ¯ùbn¿ú5"ÿ)Å´ïÿ·únŸ aèGößôCÀDtt

^%"õúôúyö¥³¢ÿ"ä¿Z  ôJ      7¯ðtýA"ý+  õ^Ò×",ûi/øDZ  SŠ^§õa  ÷çK(r)üéÝ¦-è?Îž  öÛÿø;-"ö
¿{×Ûëþ̧C>÷Ûu  ï°Ó1/4    Ž
þµï°ûï§×]Þ÷
  O~³ªý~ýÓ_3_ZžozÚýÍ÷^¹Õø|Õ}/j°¯¯÷V"kúúÝ  ýwTÚ¯>û´  [ûs¡>}¯OØV1/2ÿ÷Òÿúí;"ï%ÍÛ^×}õLÍ7
-´- iþ¡ÿïÚÛÚ¶¶"
nƒßþÂõ̃ZöÖm'¿í;

+ÿ‡ÿï¿*¢^ë~Å:÷ø^1/4;
4-{J××_´"[ïä~5<jûiZÃ
êÃÍÕ´•ÿ°‡M(r)¯ï¥÷ðÕ&ÖÂ°Õ°·Úô¯¶¿ukl+  û
$ØZl    †•×¬0[vÕm+Kuá"¡¬vö      °µ"çíS          H  ¯¨ß  õì0-
A,L0•-"¯a+·^  ]mu†7ýŠb    ÃÕ¨f  á¯
Ä(:ƒ      1LWÛLllƒ3/4EÆÃ  ˜¦*ï*b¯í}ŠäL‡3/4þ*âL{  Å1±L{_á+
Ã  ¬.B1/2...3/4ÓW!°öÔVÄ  íZ±MV°l íw±  "ÂÝujƒ  -ö    µL+
"Œ‡¦‡1  ´Âþö-ƒ  b¢["N
  Ð†  0¶  1/2  ¡&Ô0×°¯ÒïMHX°¡  Óí  ˜[ß°¥‚A,aw†  ^á,·ØB  §ì¥×PÈxÄ  úkƒ+ì¨"  !
)v  °...œBi"Dl  0†  A,"ŒDE¡¨"Z  Â    H
  B"Ð^^^  P†Oa,  Á  ï-šiXM†
â"8^^^^^^^Ð^^^^š-,
!äNŽ"#  (r)YmÿÕûkî  Á    ö´ÁD  ùj-¨ÿÿÿÿÿÿÿ2ZÌ"9"q,ì-8^ñØ1/4vO%Ì(tm)²
  ...26gbÌ-  s1/2\È¯3
àŒíÚe$g
S¢B.¢$>ÌaöN¿þ§dfEÕÿ"  AÃ{}}<Ó  ...  ÿè=µ¯
ý¯é$"þG
S¿ý(r)-^Äó"Cöýt  n    2a±}úM1þÂúýR
ÉŠ  uþÞ[(r)zŸ¯ÕW]é/é
þï¿ý=o¶¨ïÿþŠ|ò#¢.Œ%ÿ(r)¯ó/^K}?§*¬•¢:RMec3°
  ƒ  Õ"$Ñ:^F
Š@õŠv_\  D,N×ÿ"làÍC!Å::³a5D@|    ¹øŠ³\lCXþÍ'ÁJ  @Ê
@Á  vGË°žL"  ¦¨CX¹
êÕ
"  À@  `^PÍd@b78)N<¤
Sˆ  <Ö  Jü+´    ,a  É    OÉ  B  ó  I¤uA"-"¨O  =7B/ðŸ  h<"  ‚N7ïM  ƒ´ü  Â
  a      ÷¯ÖƒÐa;  8µÓ¿Ò    ¶¯Ww
?§n¿‹  amÒèŸÞG  ×MbÐz  äAßí¬:N.ôïÐa  ûäWQ
q
  ]¥ÅÈGjÒ{  ò  Œz~F{Ó´Éœ  :%ôKÜY  í  3/4¨ùÈî‰ô  Õ‡  ¡Îæô^\ZTK  ‰"No'àäsü¹¶  æpÈ-D1/
2¢/à  -ä&a  ¶-£KJÍ3/4ð@è  ˜äýúUIÞ  pƒtÃ¨Íò9è7 >@ƒuå\#W±
é  á7WH¨"c      Õ-a  hí  Òo‚A‚Wu¯Çít  Iý{ú†Òt  tý6,
ôÝí=û⨰›"ûé;MmZW·]p°  k§ïjÿÒz¦¯ïv=u{×Ó¤ý:Mÿ÷²$<$"ýWM¥é;Oí>þ"¤Ü/ÿ·_Úµnžÿúêô¨ßWÞ•á";ê
ª‰MÅStøÝvëâ¿Xûÿ7nÿû×^ýcWø}u(r)¨ÿÓÓÐé{}  ëß¿m-ÿþÿõééþîù  [þ(r)K(c)
VÌðVÿÿÕûò&%¯a*j  Zðzës  ¤å8°[A  ÿõú"(c)dþ"P  ÝƒÐ‹BÚn3/4"^¯  z|&-7  Æ  -FÂ¿
ý  eÑpB@?zd
-jñuÿw°õÕ÷
ßÃ
¿ïkwt'&  /µ*&LGì,#[  ÄYðÍ´¹&  ýU1/2_ßþûú  vê)}‡¢  ?Zêê3/4"D  îS ˜&c
}_†  ý¥ù

3/4 ~¿ßõíi VÃ o(c)Ô/& ±Ww×÷ú!:¨Da"ÿR ÃýmôAÆ¿ýÂ
ñ÷{^ÿ}êßúH0ÿ´D j""}¹bê÷D'ñ_-Oš,~ë"2²hû#»>õÑ=:Öúïÿ÷šÀ÷¦
ïv-KÔ~°·§"...äAwýý_[p¿u¦ÿUþëÿ¦-/"oÙ(c)nÿ÷{û /È8ÎS÷Ã\6í}%Ò_
   Òwþ×ÿÿðÿ¦ä×@ÜêÝSß¦öÖ¦¿r‡Äö {Û¹ivë
èê¿U×¿m}ÿÝ û·ý"{ßéþ1/2çWÿ}é·´1/40 ç ;ÿ zÿ×î(r)-k·ú ëí§Ÿÿéð•(r)1/2?Úî" ×þ(r)¿-õ1/2^¶Ò"û{
 _1/4$Ú ªûö¿í † ×wa¤ÚÕßÝpû
`¿¶"k¶¿k¶"æ•ÿao(r)Ó~Âÿ3/4Ø^ßµôÕ ž¿...`Â§#åi7KwíªgDGV"u ú†¶·ÃK¿kØ]5ö I† ²?ú(r)ÃUÿãúä
Âøa...µ_±ÃHœ!G-ò%ö + Ø¨a((tm))þ±    a,WLVÈ(r)°÷a- >/Ù r1ï±Ó |†
ò)üwÇ
   í² ö "A§÷â•¦)"ü;[µÂwªlTfÃ(r)ø§] Göü"^í²        "2-,wO-"ï aV(r)žÂ¶ša:k°¯[ ía...×ðf   íõ
_†   ^" \."4žÃiXIhJv# ðÈÄ .þ Âa _PfP°Â"!, a 1/4! DHk

Á ‹+w    k ÈY !"1    â"!' % mh!        Db"#×Z]I¸-ž)ZÂ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò
ÚOKPÒ&È ; É£2ã+...Æ (c)žfJ'Ùœ~@ÎÒéÙH"çd·^ .Eh23/4Ó&ŠŠ¹5'DŽƒ1/4í´ 0A A ö,é'i-:Â
¨A ïß×Ñ î"Dvúé aßýtÞ,
-t o1/28@Ú'7É¯§}×M°Duo¦ïÒ...urÂV×ÒéX zzð(c):OOÿ¿Oô¿¥¦öÿ¿ï+ d£K°þvH¨õwž ôŸ^ŽÖj;¸î )
   ˆÉ GÊÊ%ÆkG(tm)xêÊ ŠŒ"
"I
¹Ã' Š1/4ò ?vfÍ^@Ã!³l" ÍŒ-ÍpTÂ"¿ ý2@ÊDtGFN)¨) ²þ†²"bš,Ñ )N(" äZÞÄ "l:!È
!x` Â
BaB!þ3Fl@ "°D(âB ^\¯3/4"øL z
 ð Ã(r) ....¿¤á{"
   ¨A" Aè0^s

h0 á ì 4Ðzª
   M= Úiá4 "-"âÓÕ8Ó ...I. 6 §~ wá ƒ@Ó¤ÐjfÒ°š#w V²xÑ-:DAÜG ž^wH4 _ ƒ´GŽ9/Ú
ké]3/4¶[ƒôß¤äýÉsä²¡ ]¢^ôOÚ#¹÷/Ú'ò¿¢;r\Ð nA
z'7'F 7 "›' ...ö"œvS-s Kš#Áíü#7      ¹ é -G6^ñø2Ô-¤ûÈ-ú%6ÿ. '@ƒ|
Ú%î - v m   Â°è?@Ú é
'£¤ƒim]}7   Ù, ƒZA¸@ÿêÒ
É÷VÓpƒ3/4äþ"AßÕÚz1/2^úOMÓi ún 1/2
ß,on uðÓ¥JúMÂi°jÿA6 3/41/4&(c)ÚW§¦þªûÐr éÒoÒ§W_îŸ éêøN,}C×ûkA3/4ñ¤úzk¦"îž ÿ{õ}'I
÷¿ß¿Ú ×Æ ø¤õTúZ×Wý^ªÞúáí·Zý}7éw·m ¦ÚZÕ{µNä§ýw~wÀxêÚMãWïB"ÿ÷¦iV'iÿöÿöÝ=> ôêû
**¿¶(r)'ÿÓwOC·èöµÿïÿÃOÚÿY ¯Ôt-i}z}×Uü‹ ]UÿM[J›' Á>°ér!_ÿÔ/†¹11/2¯Fö8öúá.ƒ~£
@Œ... û ^ßÎ¯gï ¿wß"A ôÿŽEx· wí5...ƒ"Œœ‡Bä) Ð^¿Ô¶Aé[[* x`¿ûkýñq ?ý.
ÖÓ¿Ó î¯" þö3/4C

~ 6CØ>¿}~¡íú†
"-.A›ÿ¿û÷aWÿ"A#êÒøkj¿ôzè ƒ ,=Ã
ö ë1/2_ða²ÊÞ¤
...ÉÔ* úÿÿ×ñ ÿÐIÕÕ§¿pÁa,O·×öí ñ Ñ õ
¬71<Êõ,'"È Z[YŠ‰-F
   B¿û_öêÝ2×&¿þ‰ µO_Q¡kiwÿÑ $¯Ñ29N-ä ¯¯¥-5ƒ Ö ¯ð-¯¯÷ÿíªÿß×õ¿1/2ßúÿ¥
   ë
õ"¯-¥Ý~ò*~ÞëoÂ#¯Òÿë]>v,-÷(r)*í 1/2u÷¯¯An-aß ÛîÕ¹Ñûÿ+æ¦þ(tm)Öag"¤ ï¿ß ¿A×}§ÿ"þ§MOª<
ýþýÖ³ºûžNÝæ§°
õÎ§kÞKÍÚ"i>"oí¥ ÿÿF³lÔúöôð]+[ýxjîéö"¬W(r)"Á¨í¨‡ØW‡^ÿý×M¥Ç¯¶*Úéþßë Mwÿ }¯X]ÛJûJë3
/4=VÿïO~ëÕ1/2a¤Úî¶¶ÿV¶ K

a&Òÿ÷Ý´^ ' ¶ Õ;I†-ú²ZÚ¤û¥þëaWÛ[¦×µl$Ûí0ÖÐa+[..."
&ÔÂH0N!0Õ ]7ím+ ¿{ °eÑ <5uZÝ†"h&Ò³ÈàEì$Ó¶ M¦¥a(jÁ"¶ V²/ 'p4¬$ Ý¦ * \<P
bLtÔSÿõ
Ž²N
&
%b ßl*b$Ÿ ¤QÂ wÁ" °" *°az†
±Q¬l L0X-Š^\T,?b¯¦ ¦Ä&$¦†(c)¶ a ¿Á" ÅZzö¶ Ó ößLS (c)lBw‰7˙È<\0¯Ø¦ °š^Âi}¦°i(r)
Ã %ÿ_¶š´¿L+a5,pƒL xjšï jØ& "L(M$ h4Ða
°˜A'ë Á É dÁ
P
,#ÿ1/2" 0@Ô]ÄF¨˙ŒÓ -Bø`ƒ X^dbaJ¨ D8 Ç(d 1 KødÂ Él0^" e(r)
""""""!œLòÂšÁ^ ÿÿÿÿÿÿÿÿ•æeš.FN¦E£Lí v¤FC(tm))- ‹äxØ0L aœ•²%"(ì - ƒý #33;r
l3d - çÎ d
ÈRÁ
Ÿ-Uïá" ~íˆZéæ´í7¥ÿˆíÁ/Âò.=W×0NßÉ>HîB
ÿ]} ÒW1/2õ¬ ÕŽ¤, '(r)Ÿ-èB 6-.õÿQ-˜n ± ÝˆÞ¨±ïÿ1/2 Òm-¥Â&ý-¥²Ç×§÷-ÒÛ¥ò(r)ïz
ë×öq ÑÝS
åÃíûwÝ"M'! É2$ça Y+‰LC$ "
_%#&Ê¿mr@‡HàÏ‰"$ª"h¦,! àÊpLñ ëë1/2Ò É çÛ°ç
aê²œ(" ÄA
pB(˙D&†Â9 "6 8˜t \Y8 ø@Õ4ôÂ š^ƒ M6 2 ]'1/2pAª~ , ?pƒ1/4 ôð ¨A§ì§øA öö Û
§ q$úÂÛöÔ÷PXòÉ§-¦1/2Â^ν¯Zz
]êý ìEÈ1/4 ->K 2‡&qké{}'Èð?
ŒÕäæútKÛ#...hœÜ¨ŠH-,‰-±.ÞÎ9: ,<rèþ° 7#Â ô m'G A²t
^œÑ/mï²¿~&ß -Nm°á˜ã¤Ü m4›'y È1/4 >-h m'Ý×MÐiá7AÐ¦Û‡°ž¿ÒÓÝïi*
¯z ˜ž-Ûêƒí1/2<& ˜ã¤8˜ 6ÒÖé6,u]~žÉÁ
› ÷û¦ÐO*\&ƒtíÓý1/4-?éjû^Û°×NÓÔÛ¨ªû úúT>*•¥ÝZµÕ̃oWÕ~Õöþ(r)·úþýé·¿ÿI}÷qýõm¦÷ÿÒß¶'uo¯
ÝWÕ3/4¯ ÿÖïð(c)þ1/2^1/2×ÿWÿëÕï^Ùö¨1u÷
Ž
5úÖž¯é/ÂïWÒ#AþëÔ°_ÿéÎŽ
GÿÐÿê+¯þË†;UmþI_û\ BïM~ëö¯þøÞÝ+×îšï_q¿Aõ[§þ1/4%õ"¿¹
ÿÿo÷÷^D ÕoÕž×{¯oÜü""÷÷ÔÂ¦!q^ÿk÷
ÿý}Ô¶UÝ§˜ž"Ù%‰ë¿ä -[wôïþÝDtÿéÿÕÿý_ó+
ß÷Ýkßÿ1Eê-§§ý @°ÐH> Ôý ¦1/2~üÿ·î¯u ÿïwÖÕ/Þüéµ.§dƒÞßú ë_ß~ÚÙU$Ýßæ(c)Ö¿ßÿT1/2"]
ƒK^ûíÕö é}ï·Õ ^u û^-I¯÷_ß5nÛ_¤Úíu¿ß[¥{ZúúV¿¿×ë ¿*3/4þ×ôì'ë"-¤Þ·ûÕ¯NÞ›Âý†¯_¯¯mí¯jÛ
KûÒÔ¯ˆêþ;u 0Âíô¿kj¿a*ì%í'""_ßfúì%þÂÿ
-¥°×OvÒëâ~%°ÒÿaÕ"Ý[´>Âkì^â8L0-0¿
í(aOÝéŠþ!1[ ² éÃK ¦!,0Jù ¸X^¿lR ±
ö"˜§ô¿@Ð0Á,LWÚ¶ ô 6 ¿A þšv+}X" ' NÓnÂ]"Òþêî b¯Oõkùn
ë~ám/ J ]·mBµ\4é † a]ö°Nô _ N(r)Ðh
`²7(k¦1/2îaÈ¢Al ¤âÂ¨...× ]v °"‰A"-B E¦ FZ¢"""""""V¢""""""" B"""""""1 ÿÿÿÿÿÿÿÿÿòÓRS$£
2ø(r)K›
G21 õH 6(2$Ê^"‡; ‰ ÎÖ SÉ< <>Ð0(tm)4TI"üï¥ÔÔ ³°'da
a¬$Ø]Þ^¦Vvë (c) i"3/4´3/4¶ W§Z¬ M9
ƒÿý ¥ë/ î '%ÎGv`/Ýè<F×...Þþ1/4-´ h Ãý²å1/2kMÖê•Óm?]w[Oµ
1/2øXM- Ý3/4áV°÷áïÿ
OO ü -û; É4T ""ÙtvaµåN"Ú-J5yöp^ØÊÊ³f(c)¯ýþt#³²
!\†) F€.. F e8! ¤l@^R

`¤Ì(!'(c)  $G¡pB  ÜŒ  (tm)£äf"g(tm)±  (  œ9ÄxÌÃÙ  ëÿ    d†ˆ^@š!  !  ,3a`
`Ž;ÓÒW,  B#¤Hf¨ä0¤Ä@Aá0@ðD>  Ó Ð4  t'a    e c^Â  †  iú    ppÐ3À†Ê  ÔÉÅ¤"1/4pôÂ`
`, õßÓÒûô`
`ðš`
`ï'@Ðzhj  a4Ð1/2`
`i§  ÒãTÓôô  áSV1/4'...¿Úq"  §WÁU:"¯Úm§ÚpÂ}§"  Ñ,²,ÈAÜŠ;D1/2È;ôKš'í  ÃDXÈ¹Ü"7Ä|zu  "¿`
`Û¤`
`.(r)²/´No'ÞÈì-;y  Býí:þOßè"Ú#Ê'öNo  œÚ#éù  ðè6`
`A  Ñ:4  r-  PnfÂ4pA1/2°¸#C' ...çÈ³k'67P@ìã']ú  3/4  ¤Ü  X xMÂo£H  ¬0ÂVNf  "  wz"-  7M`
`›Z    Ý¤é?  7M¤ì/ÌÒêÒ    ×["`
`=U1/2`
`ätAÅ¡"TKß¯íž-§Iÿí4Ö*#ö›Ó_Û§"Òµêƒ{Z_Âot¡>û×O1/2`
`j  °}+é¯úA`
`þõûÎ7-Mÿ"Má...~¯~1/2RM¤íOMÚWM1/2=0W¥  ×B¿ÒÒÓ^Õ{  G\%ýêŸúíMíu-ÿûè?ëuÅñlwûÇÞ•w±`
`K}U±ì]Ò×ÿ¡üGÇöÒïš"'ÐÒô×ý-ª    þ-ú"Þ°÷êï}êµµZ¶÷§ÿÚÖê°ÿ"þ×Ûÿë¬ŸQ0/Ýí  Xv"¯ý¯ï`
`f  ,N¯Ê  ŒŠ    }zõÿäc9P.ª÷÷]_%  ÷ëû`
`+#°  6ÿ×ôS"‡"j>?C}þC†";t¢‰0x2*ÐÿõþBê¨-  ë]Ö1/2ÿÈ¯~1/2ÿ‰Ÿ  =&ëûoò  a  é  t  ô1/2pÈcõz¯¬`
`      þÿ÷_¯íÍ@Ç*Ç{×èÈ  03/4ýû[]>3/4Ö•¤`
`ÁÁþ-¶Òû`
`ÿtC1/2ƒ`
`¥íŸÿ°{"1/2ÕjûõøD  Óõ-{J  T-ÿßú '`
`0Ã"r¨ ¯`
`L  kƒrjÚíLRDøtBãÛ¿k÷è0õD.  §¿ûwè"ç}Ûþ  a`
`ë¿×ê^‡&  Â-eo-  š^@Â°¿å'5  DZ}  W_õîÕ  ôI  ÛÑ  åÁäµô°þ‰#^¿¸§Tÿé*3/4‰  ^ÁCÿïý"B1/2éP`
`Y.p_þ÷ûôK  xUö"  #ÿÿö  _Òúëö3/4úMõð  "¯÷Î  ýÒþ  oµuPÚ_öÚÿý‡ô  ûÿ¿÷õ¿÷ÿ§ô1/2zww:Ÿg`
`Wþu~-"ÚÿgVöõ¿V1/2?ý"úÿWÝ/í.1/2[-/!µ>ûÿo~Ò×)Ûßë  Ý"ôKÝû  Û¥œ?ý]µÚ¿èóëÿ¿:?j*Úé-Ò1/2ï[i`
`kî"  ž  Ú[jéï¤þÚÞÂ_¯¬(uÿ(r)öú×ß¿_t›où=ûk¶|-ß-þÚWí"UjÝký¥ï*k`
`WÛô-°ôû/vÛ-w¿ÿÚûx^ÚÚ{¶•Ú|•"°-ÚV  µ3vz#äq~`
`|-"tÁ""JöØi6  ²?`
`$Òa¥Ó¯¬0¶°×¤(r)  §ÿðÖÞÂûÝxi  Åv`
`ÆÄ¬  I-°"`
`'        7    ì    ÃJ  V=  ƒ  '  Á"£<b˜2>`
`±LK-Å0Ë,v(r)ÆïëÜˆ8R-âáû`
`w  ú°¶8LB<'@ì4¢¯Ò"ÃMl†  Å0¶  Bn)  AûLD`
`ÂÚ¨Mµ  Qµ}  ï×þˆý  Ä`ö¡""Køkd    &:i  qþÅ4ÂíV°a[M5°ƒNÂ`
`;°š`
`+ÃMl&¯ÂÛKÿ}°-a+~  -  CPB`
`°ì+h0š`
`/V  `¯\*Ã  "@Ði,`
`           '`
`0ƒ    C".  4  Í¸&6H A,        a`
`â-A  ¯Šy6  ÷L(^^^^°B"`
`  0@â"8^g    ^^^^^^ƒ  """"  Ð^aDG    ¯¥XÿÿÿÿÿÿÿÿËPk=    †s!1fD¡`
`°HíLe¸±'b@3/4ð1/2ÒA}'    \‰JÚ°  -  ...#  ¡  ŽÉ£ó±Ô=:³1/2@°`
`  ¢|¢¬+_ÚúwïNÂ¥³ÿXXz"ømVˆGGÿ,'û  w+}""  AÓ¿`
`ƒ  õýrö3@â  lFOÊÚ3/4  cÿý×3/4"t+Vÿ×÷°þ-þÿþiA*oM1/2úþvFUääö()  ðŸ%(r)³R!  6ÍÑ`
`!Ò8KgX  fÚÕÍÒgÍKÁ  Ñ    ø†Œà§Ä4fÃ,!PG±‡  Uey)'`
`Í(tm)  Šv`¹1r0  Ïy    =  á  lÙ(tm)‡(a    ,,!Œ  !ÍB  \  \"!  h    ô  j  tçØA,`

‰ å
Ø...
â/-‹Šy¦   ¨  JL‰ô$0°ié-ø&SˆR3,ž  u
 ïD%D {        D¬ˆ' <  0ƒ°š}Ãðš
Ó¿          ¶(c)¡è>ûí
4,|D_"Á  Ü"d6y"
ê  ¨AÚiÅ§Ç

"ÓAðÓ‹  ¦¨5ô  Aá< Ó  65(r)ÓÂ
8éPhŠ?Dpâþ*Âq  ¡vëúa5°q  ÅÔ
;NÐq  h6)  G~...§Û\->KƒÑ?bòs¢]Ñ3/4D  ;Y?

Ð@Ü".^%or'ō3/4¶B[Cþ..²<r-  Ÿ    Bw3f"ŸˊK  D>°ˆà9  È^È¿'Ç#    ;;(tm)AŽDÇ#°ôN-GÍ  Ü‹t  y

R1$-  fn  r$*3;$I$Ý
ÐW      Õät    ¸MÈœÜˊ| è-÷äNa    tá  ›,iú°,
¤  '8‹:  Nt
7M ƒÂA  Çà      íÓ¤ÛB•Â  ¸eÁ~÷Tž  Ât"'
-ôóýµN"ÂzøM
ƒwðžN  Ðoié§×(r)  l'vž¡l&é°Iþ›I3/4  &éÒ"õ°£KIúm¯j  Ó(r)ÛÒÒTÿ]¥×TÈ7ÿMï×ªª{þ›KªÂ]nºO´ß×
Ýz  i^¬l_  -k"÷zz°Ý^ž  õþëítú"-z]ÿ¦Ò{Ûßi°1/2/÷ï  k¦þÿÛ¿kn@Š"ÕzÕ]¯BiáztŸúÔëÖï[Z}{OOïÿÿ  -
>1/2¯ÿ
   ÃÕ1/2Ò°ýR{úkÂ-i  þýom  þÿ[ït"¨-    Ý?]Úû.
ðrbê  †G
3/4òÏ†laVîúýiÊp¯u_ÕÒ¯  öë3/41/2øeÃ  ûõ¿ù°Æ¿¿"‹'°õ¦ütÈ
ª"a‰    é.  q  ûUþ¯ç@Âö-÷Ë'ö"ï]%ßÔ†‡ÒÆõû_¯-
uK]°ï"Ã!Š}úmW¿"wû
ú_Õ?ëü"KÝ¨ïý÷Õ°÷û÷Ý¿x^Û{ª
:  ‡Èaý/¶Â  ú-%\"  ÷ô°ÿõ¿è"¿ÿÈ>  =-ýwÕÿKê    ×--'á  DI
o-M·wrÕ~ý×ÝQ  ëé  1/2îïþš]uý.Z,Ê-%$æ  þ¹‰öÿß-QD'-~²¬|(tm)  _Õ-¿úïm{Ñ25éwë
_ý^êÿûîÕ]°C_ý/ë×
÷~°ú

þÕÓ}û~Ÿ¿û  ï÷  ÿ
í'¨-ÿúw1/2ÿ  oÕ¿õ̃ß(r)Ã:Û×ˊßš-ÿš'ë×ÛJþ  ê-÷ÿ̃µ×ÿõ̃iêß]ÿêÍk×ý1/2%3/4÷"Ê  õ<ÒW@û"mÂ  Ú  þ
µþ"Ö"ÕÿÿI5^õöýs£ýÑ§ß",}×_
    ¯]wïÛø  ÞÝÿÚ['°ëmU?Â["¨ÿ~  Iè    öûý^¿µ°ÛW¿÷ý[Koÿ´ýÝ_ý°†  mul%Ø_  -xwÿ¿aí¯ÿßé7^ð×¯
"^ÒÕîëµû  =¥°ÕímV  Kûv"
xuö  Ø}¤¯"¿°í-ÕÃ  -_W_í†  °"Ö-3/4-¥¶•_V  SZÂv  aªºa.
,†V0VÂNÃ      iVÜ0V=Šø(r)6Á=~ýÁ?_mlBa"•]_ä^"ð̑`"
u¶
+o'!A(r)ÆÛ"ß
   I‹ƒ0-  Qññ[  oŽEáíÞÛ  Èwín  Ã!ß  ßÞ(tm)°ûñð̑·Ã[LSþ¿u  Å~Ç_  Åtªüi1%  (0¶  Õµ°¬0¿ðÂkØ
Za,ÚwßN."Ã[  lpÂa/ïïÙMo´Ÿ¢Ü&    ß¶  ¤Ùc¦
     I0NÂv¯¬XA"àµ
·ƒ
ÈÇ°-}oÙ    wÞÈ#àÁ5ˆâ;B  L->  "  ÂaS
u ÅV    V  0TU¬d  sÂ    M<2=Pˆ¨G      búaPhE""V(c)4±  T,Î5  !¨ˆ  p^^^2ÀÊd  Ð^^^î  T"

!^^‰od  Q    ^^íPy':ÚM"¡ûV×[    Ã[        â-5Pa  E  ...
?ÿÿÿÿÿÿÿÿÿ+•    Ê(tm)  s"Ö  ;  gk/úoný  1(r)¿
"~"&öþ)  Ý?ÖŸõn¯åsS...'K¿(tm)  ³i
v'ãdf  NÍ‰fÙÖ!(tm)üäA¹lÿõ  Za<'¢!Þ˜D>ºoú  Æœ\Ck  -¿ì‰  ¤Jm3/4ûîÿÂ~I  <•  ‹Ïy  ÌþŸÿ?×\'}".
".¦þ>W_zoT¯NÿÕô/]jïtÕÿÿ÷ß÷]¿ÿt"õû]w÷ÿ!  53/4ºÝïÿ¿5,ÿ[Óémßÿð°ÿ}×uÿÈ3Â!óûÔî"mýé?'Ÿ3/4¶ÿ(r)
-µmë@"ÖÿvéÛ³×-[^ßßÔßí*3/41/2uÔz(r)ÿ-Zýþ×ßÞ(c)U3/4Øÿö  kj  õAüU=ûûJ›]ÓÝv¿ZO²Â](r)¶"0(r)
çKvè  ÛÝˆ[  G  ÐÕ  {·Žý"\HáÚÆÈ8ÿúß³i  ×Û
""Ý...Úa    a,  i    Á?öÛ  ÄDDFƒ  DkÄ†  ¨Ž
":áRë&éÄ_
Cì    Ël+ñÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿâ(c)
›  £ÀDÉlÎÒâ¨  ÉY(tm)k',"
£æyÙ7  f

v
  {¨AçeÂ"ã  B$þÑ"'ôÙØ¯Uô  ß-0ƒA¯Z...økUWL+¦ƒOïuû        p(r)¨‰ol.ˆ(r)  ¢8¬,  ÿ|°ß_x"Cz@
Oœ  oe¯ÿO@ß
.°Mýi  ÐN¿ïößMwWøO^ÚïÿÐ~  /Õ3/4¶"ikTÿ/1/2Bäb"Çý  *Ú(r)§h2wfÆF2¤Dœ(tm)
B4)Û  @"HB  ý¹Ö&M<"Q  s6  ^
§  Of§‰ÔÉPÈˆ>ÉÁÎ2  )Û,Þ3/4¥1/2¥Ê        ð°}H¢DTPˆˆZˆ]H9ÉÁ    ‡˜a  }  PÍd‡/Vƒ
;×ˆ˜T  dR'0  ašž  _"á"
ÐÌ
Ó"
  ÍŠˆt  tˆˆ[i,    "
°ý6-~  iô  `  ,
¦ƒA§  ðšh;CH&œ?ðƒm7¿K]/      ;^Òi
  Û  5Tâ
1×ÿ·tÝtí8†  NãTDpäWh83/4J  µ¡Ý83/4>o×ûDx-Åo  Ó<XlE¶Ÿ[~•÷È*¿D3/4ˆá§"^K¨‹
  ›¶Ej9Ñ:4K²  ý  O"t¢^ÇÑˆþµŽ?"û,
‰ÑÝ¶¬Š¬-9

Ñ¢PäH!"y¢Xäe--J-¹t
Ûá
,
D§"
¤Ã-GAÙ  åCH7Z    r#ú"§"ßÂm'Ì=Ìæëû  :Mï#¥iƒ"  ,
è  7'EÂ
,
ÂKêý²81zMëKkupº
¤á+"  Òöþ  [T  [¯´  ÓÒ§þúè:ONd-  ž  ºMõuÓzÒÞ  âéíõZéÒ  A{Ó×Óu
  Ó}7_þÝ="Ú^1/2ÿÚïˆ  ûvú|;Ói;I^×Z["ÝÓO×O3/4ô-?ÿb¡×¥ÇL~°¿ßýýbÿ¤
  O
Õ3/4ºëZ²O(r)ôôÞ[ñõ  êínŸ¥§¶1/2¯  Ý  ú÷únº·ƒ{wõÒöëÛ¯~"Võõ¥Ý  ·ÿü(r)(c)ë
þÝëÛ_õÆF
OäXOI¿ÝëMõõKßK-b-íû',Aþº"T=uä9
,1*Qe $ è    ...w¿þ›iè        @ñ¿Ã/  ÂëtèxAzÿ["þ¤0Ã!ÒýÝ  äw§¶C  j
¬QßÉ_ë"ÉÁzÛVÿÐ    ÷ýô  Û"¯¨`+  õ-2
þ1/2pÃ¶Ÿp"!,šÿöé~×  Î</ø~1/2·ÿÔ¯ô×ÛôéÝ  ·
>ÿ

Èg{ àÝ&´‰" öÃ ×-_ÿ(c)jÈ^û{È. úZý Àt¿âD ëßUDY§ÿÃs ûàÜ²iµjHðoå"~û¯3/4î¤gß¤A3/4b
F'o1/2 % õ×ÿêÚH(tm)
Ö"×(c)¬%(r)1/2 öõ ¡ ,õõ÷µúªÑa3/4º[×Ý×ýW"3/4"÷wz w:÷3/4 þ¹ oÿ
6êÿ"V-îöÍ]}*1/2oþýW¥ÓÒ!±÷Õö' X{Aýàîj~í¯1/2ùªÔ4"ÿ"ÿûÐ}W¯¹(c)ýßíí JÖÒ!1ûëÚÓ<ßÿÌþ×
ÿ# vuxu´ÒÎ¥gC×ÿÿ]Ò_ûkkkM ê¿¤õëûjÇµëuî¡{þî-+T ¦Ò3/4ºKï×cÿukiüT5õ¯Õ{X{Â1/2µ¿õô×Û_ºý/
ì+ï¶÷N--,M¥i7Ýo:?¶Õ´-ÃØJ Úö(r)ýÓ¤¡3§k{Y |4(c)¦ÖöýØaXjÃWöê Ã {kaoŠ‡ÚÃ
ÿ¿¨`- ¥Ø"I´-´¿µ†"ÆÚL0,¸¿m~ °¬0•"Ÿm+2 éV G ƒ
m1PË,0Ò"Ø%iGm êÃ "L2á!¥"ða Š`Á~
úb ìI;b¢•b¢˜-àÃA ÚbG :b¡,R "#ÿ3/4 !‡wÓAŠ Ø(r)øQ^Å4¿mo[A¯a ˜Oð˜L%i¦(r) & S
ÿÿA..._á...
°•yn iU¦ ¯´Ó Âvƒ[L& 0"Ã† `ƒ Ð2C@ƒL$A
)n [µac D á'kù a"n µ°‡a (c)
õ
Â "¬ ËØ Éìää ¡ eì ª¡¡ üDDDq [PdG¥ ét"õ
à²m .v8 ßÖµk¶¢¢1ÿÿÿÿÿÿÿÿòÍ(æJ,•Æ'¶vˆîi
"¤ ìQ l¨3C)Ì ²1 hì(c)" œx Ø] C 9{;²¦" Žó±Æ¦Ã4Øg >Ý,ùa _ìÐ"un´œ'Ù*ÿØa
ûþ÷þ(tm)1¹ š3:
(r)-W
÷Á¯¯¶éÖ-¦´ (c)ß~ºOÕÜŽ ßí{ý$G
uz$CKå-¿-¬±Êâu´ 7×ÿ×ÑPá ~"§-·]ßÄZ-"JÞÿO@ˆõþ'MÖï"úÚõmk A×ýúéÖ- ¿é=?ôºðöÖß÷‡÷kK
Kú¯·õN÷-ù£íÖL"<U¯þ[·Iè õkReí}"I(tm)æ`ˆFVò.D 1/4 ¥s†KÀˆ|ž?<}õúˆ!#98"TG-ÿµï 20@
@ÜÖ )[ qÙ-4 FÂd1J†t3ƒ5 ¹ÞžÄ ü ¨9!˜"ñÐÓ4 e

YV /¦ 0ˆCðƒ%ÁÔ 3 Žô oA= zïîûØ@Â

ÃJ¸Œ Â
Â k
,` š†R gÑ
Gˆ ;"Å ô:Ñ
@v3/4 q±a
¦›M¦ =ÓjûÓ‹ ïÛUºL'jÚþƒO† a ˆp 0D%D@àƒAÿ†œ~˜MŒE

Óâ ¡ö´ UhŠûV¿ (r)Ñ)´G ¢tè qŠý n‰gDW{ š Ó -(c)äU}'÷'îA ú%y/z#¿"u !ƒ'K²%´K-Þ÷w
Ë;d^¢Y1/2/mÕô-"ôîUß`Ë8 è Þ‰Ñ¢.9 š%6 EÜEØ?H6 }Òá pžH°
Ù¤ÂnNmä¦È9 uuû¤1/4'" vý3/4-è:N-ù§Mn"
›Òm >ž´Jl¨l"v‰c'0"í Dý-+';úÒzI3/4 õAÕ"ÚOëÿÐzm'kþÿêÒm ÂV'Ó¯ÓïOM¤ü £A7
vA}:¶Ó×^ÞÝ$ÛI"×K§ßëõOÕï]C~ßOÐ`µ¯"m.¡i=</¶ |+H= ª
?w 6í¯ ?] ¶3/4 ïÕ÷÷WbÕ=i_ÿ^3/4#1/2-ZÖÞ?ÿÐ¤ß1/4'¯ƒ
"]i k{ôßý3/4-"Ý¤1/2Õ+(r)÷UíëýÐ.-ºÛõøûÃþµ*§(tm)%
Ú÷ï^×JßW¿¯ÿ3/4ÿåhMþ¿íi¿ò6 ëdXûÿiû
ÿÓ(r)³#BÒî-ïjB
"(r)÷Jý÷ãÿýÊ¨>¿{îî(tm)"úÊ@_úb[õ_Š5"(r)B‡~"¿nÿ1/2zI²
M××*þÞëë×áUë}=[Ð‹é1/4 ×kûû ý z
ÿ4 êÝzÞ÷°Ýÿ¿KêÒ¥3/4ë¿² , ÿ÷ûõZI ÷ÊpËI¯ë"3 /`ÿâÚûß1/4,ð
´œ0Õoÿ3/4ºnúÛÿVá¢ º(r)-3/4úm:òGý† ûü±Ì
,GÁ¿·U~dY>úRÉÞ¨ ¿ýÿ"´-Ut¿éQ2-ï·Òíõ~Ú
ú éo"2'üÔ N
{Ûî"K"_¦k êýwëÛö¿þºªÿ÷ßäõumè/ w2 ÛÑÓí #ä@´.Õ2Õ¯·Þé§·¸w" m/*ëïÿu1/2+ûZ{¥mkM×: y

3/4F-]n  á~  uú¿¯ëNjµðß×ëªZ÷}í¯êÚé:ïk
ßJéýV  4Ÿ(r)(c)³"þßï¯ í(r)¶¶ŽÚJzkûK}¿ªës¡ýzÕ¥Ú"'¦3/4(r)  ¶û-S_ÕþÕµî×èõæ§ýÿ^û-.7^ÖÿM}îÕ?-  ô›
]~Õöÿïmo÷÷uí~í-{3/4×ÖÎ‡ý†  3/4Öÿ÷¶Õ"]éÒWÝ¥†¿î°ÂV¿zö  Ý  õi6•...úTÒí+IÝué1/2Òöß÷°dt  °[
I†-KiZ¥  ÂPÖõõÛ^1/23ÀŒS
ØWÛJAGY    Õ1/4ƒ~
   †  cÕvÒ¶  I†  X0•(r)œ0¨?ZµÕq  £Š´Áv¶  $Å[
  ƒ
Ã       H-y  šL  AoìS
$  û±NÚIáŠŠ  ]ßür&
c¦)°]àÂÀ†  aéÚ
~ò  }E    lBâ£wïxþí'...û!áû    ^ß"ÓV  {[L-âMÞ¬BŽ
Ú`Âÿ
  Ü·  03/4ØA...µË  &  ªÞ›_ô  Â×uí¯"Ã
‹;Úá...°š°Á5îík±]ðÓ  Ó  0-é  ÖÂⸯOþÐaa...
,  HŽÁ,       )
   #    C8!¶°0ƒ"'Í-"Âñ
       õ-x^Ø†dèÐé^h  ",#¡  ¡  ^ƒ    ƒ  "##gR  "
ÀÁ5àÂQ    ^^^^^^^†N@N4ÿÿÇÿÿÿü¦        ÿÿÿü(r)
ŠY'¯\Èc*Ã/  ªDQ"7î€  I
}-ëJ¨ä¿¯Âà1/2×Û¶ûòæ×°Ò>#C  ë¯ÿ  üí+;×;Jêd¤2  !  )  ÍLÀÉÙìèÈf  ‡²Ã#Ùsá
>KÆÄ)ÙR    ÉzjÎ±±    5!  (r°Ž¢    Q  Ë
Œ¤•d@Í"D2ê    ¤  d0º-h  tz    ‚A  Ù"°ÀtÑ
¡  å89ƒÔ
¡pBhA&Z  Ñ.Î
øHf  tÓ  4  A  Â
   '  ±  0ƒ´Á
"Ö
>"´  á
¦  xL&1/2Z
&(c)§"ü  Ó¤  ¦¯Aé¦†  éÃÄÃ;¦Èª  Ý  øê£[N/‹CÞ-X´E  ÷qki¡  !
q
   óU^´KÝÕ  ›(¡  h-Y  ïò.3GH-=  Øl  (Ž,ã"¦GîNŽÑ9ôN‹änäK!>‰Ÿ!.,
‰M¢Sr  ú  MÈ³ƒ&Î'N'  =  Ð!'ÑÜ  ßÐnDö
  x@áéÓÐy  Ý7Ó¦‰d›Yì  Óí    §§"Ü  ÖÓÖúoI4›i  ôïÂ
Òtº  1/2?Ö¥é{    ~´š'¶°tž¯ÄÐMÓôwv(c)1/2ú-u"¶  ...iz^  þŸïÚþ߆t  ýnôÕ"]iÓÆ"¯Û{Þšýëî±á›.5U
þ4Ö;ãî•3/4›ÿ  Óìû¯³/4Ç¯~;¿T¯êûÿ}~°õ¿õoÕÿ_þÒwþþ
}'•ûô~æ°•šÅ¥ÚûV\  "þº{õ{}Óö@Â  ýfµÞu  kÕ¤.Ÿ$  5$  þ‡÷  ×ÿ¯jþ1/2~‰0Çï¯  {é°Tÿí  s×
‚¯ÿµ  ÿê  }ôßá{÷¿  Ÿð1/2u†-ö    Ž¯‡  ÿÈcZ  ëÿoû×NÂô"þ^{kê^N}÷W(r)^"í¢3þY?¢Òkû}ý/×oµÈ¿÷
u  '?íDgUõd0ÿÉ']  ï÷ÚßßçIú·Û¿ÖôYÓ~ô
   :¦    å8÷á+}+ík°ûïïßÛú¥ÿV-ý/ô"1/47¯ÿ
ïÞ-¿³_¿  __¯õu]¯ûúþï_WwÕU?ï~´-u×ÂzýÚo×3/4é_Ó×n¯ÿ~ßý{¦êŸüä¿ï1/2Õµ´¿mw\=m]umm_Ò¯O´Ò
¯WWß"M  ßÿ_Û[]ê  UÓl%°WíX[K{[î¶›ßÛL/ÃUµÿáÓý"þÂPÓ´-nÒí(<0"ÈŽ›      iÃ
iC#¥a...û
[a?éµU†  vÁz  p"{
ñlpkZ±ê
V=Šb1/2  ƒ        AÔW°Á{c1/2î/Ã-Ä˜þúá¿‰'û'!È#Ã  îÂÞ
%j  È$PþÚø"Ž²  =uVAâÝÁ]7ëvÕû
ý¤Ãì$ß

$Öï

  K°-[...Ó
Ý5 Óý"V¸iX]÷fi
      ÕX!
  µ(r)Èê°Dtü  B Á

  àÂ
  ì  ã
ª"Y  pÑ×h‡

¡   ˆ‹ DpeÖ"DDA¸  ˆŽ""
ì"^Dx-A¸ðÖíõº•âªÕÚ⁴³I(cÿÿÿÿÿÿÿÿÿËR°d"É¸¡l  (r)$"›
  fBBÎÁb\ò¦  ÌÎÔ
... LE@  >gš
š¸"YÞ%oy¬?      ¨D×kÂÁl*Gc¢wTøtœ4þß]p-ŸTøza4×ÿô@  ˆh1/2âë%  ôKÚ"ŽÑ9µ'ƒ  ÿå°£j-...A  ì1
/2-"p@Ý6°†¨-ÚÓúÕêÝ´ÚO¿1/2>ê›_UIÝÁt"Óu¯ëÿÂô"ÿêÚµÿ'×Jv   `È¯ò¥&a?y  ýÍ#,îu"  %È"D3É
•é7Z.7Ù d(c)"  ‡iÆä1Ir  C†XÀv  ‡9  H¯¸ 2à‡Ô°   ˆ•  AÄ¿Xãõ
!˜!A  Y  H(A¬ÅÕau-"a   ‰ 2†ˆ @ìÀ"`×6  ûý¯ô  d#º  2  r  @ðƒ:¸f  S\&  ,   µ 0D  @a{
î  n  2œH³â*  t  ²4Zþû"é"
ì.ƒ   -i  é]"  ú
Ð4-ƒMP4=  ƒN:NÓ3/4?O@Â   ;[ÍŠ  =cÔpí  ƒN"âÓB†¿¤  ß¦þšjž^(r)ÓÕ  Å   &œŽÜƒÇA§'ôJo1/2
Q  9NLïðƒc]   ÇK'yÓ¢\Ñ,¢sr
3"[M×Õ1/2ÿ'ï'HœèŽÚ"ÃD¿Ñ:9?gš#æ,42   JnNx  n"Y:Q*h6,ú{"
/'6´ÿ•nGm^-?-Oè  é  Óy"ð  ˆNnHÉÝZ¸è&Ý¦:   -wAˆéÔw@›...õÂl  žI  Jé¯  É"Ò      ô›@   H
nF¯³ä¹ô'-Óp°¸Tôè  Ý*¿Ir  éé3/4ê·û      6é6"}  ÷Ô
÷#ÑÔè  ß1/2%õýð   ÚÁë'1  Ÿ¥×éutûÜ&÷Ò××ý'ëVÒzÚúëë¯ §ê1/2ÿ
j/ÿ¸á+ÞôÚàƒt  êÝzí¸ªª  þº-þ1/2zm"êœv
  o×^ñVýiÇ±÷íwzoIþ´¿UÞôâ¶Õ~¨...  ëmÿy  ¤6¶)z]ZO"tö×M×"
zé1/2]  ¿ßo...Zÿ3/4ô-""Ò¸ ¯¹   ú"áXwi÷ëß¯ÃLò#‡õSÈŽy   B‹uôD  ×úzà¨ë°è&÷î:  1/2{é  ÿ¯0  þ-
Šp²   Q\{Qîÿ!C  ÷ÄE"Æ
;ÞÈ&¯1/4û
ýðõö3/43/43/4ÿ1/4v'ýW¯"ïd€Ã  ,!ý*Òéa  yþ°Iƒ        ¯[
èGÿü_(r)ëK...¨ÿ"¯ï{Ò÷ÚAY

úo  ÷  Ýp-"A-kì?1/2zÿÐA/{²
£!  ÊEÿ]  1/2¤(tm)†¨,=¿þ^{†Á‡  úâ¹  =ÂÝ[ Ü²w(c)2,&¨‰7  ƒ  ïÿý'ßY"
95ÿH%t1/2ø  ô•Òð^"ƒmIOCòÔUè  ë3/4  Œõ rdiüÕ'2,
·ÿám*×éñÿM¯  /_ý¿Ûà²œB  *ÿM_ù   ô›@°z¯µ%ÊÚf*ßÿ.DºVÿV  :'×  Ò´Ÿµÿoê
  ¿£"íõ1/4  1/2õ-º¶ýÂÒ  ë¿þ-ø\êÕ  ³£ý:-/êCB‡û_ªV   Î¯³¦Ýù(c)ûêÞu>÷5>ÏÚT3/4(tm)š÷:¶ßÿ·è-_¦×"
Z}3/4ÍO§ÛÈ:1/2µµcóû'-ö"Ý]-¯y  êýŠÕ•ZÖ¿   û"S"[Z¿Î¯ÿë{  *ú°ý$ê×¿Mb1/2$ôû
Ú3/4--(r)é_i{
/l'jû(r)µ
[§  þþ'Wÿ"¿^•tÒµÒm;Ký×-7WJþ  V1/2×ö¯¶-V•...°´ÓÐjÿ  Õm+w"^(tm)œ^Aÿ`"
$ÃIƒ
··V-^  9þ"
ŽŽ  ?i;ÚÃîá(r)Ã      CI²êÒa,ÝÕ"   Úƒ
aa,L0J¶  %

```
,2:t¯jì4º]Òñ  wÅA"-X(r)´
+ipl  J+B5Ù  u[
,0"0  b¶  +
%  È'bäL  `V
¸Œ~  ¦-Š‰7wÄ¨ö!0l   a¥pÂðßµÿµÓ  Å5¯  Ç"  š*ö+j%1/2Šb  ,TU±L‡<±
*  u!°š1/2Zn¶6:b¹  öÈ(r)ºÚ¦´Ó  ...rc"×í/í:†-¦ƒ        Å        §i¥Úí...nÂa[L  ¶ÂV  °¯JÂûv+öÐÂ
&  _akTÐaj
-+Ã
x'i Á(h  L Á    C°¨"1¨†    $ŒDh3"  C  ÖÒ3/4"
2{
  ã@  """Ð0A,  g(
!  `4""kB  `"D  Å  ¨å    ØÐ!  MSØj"""""""""""#T  ¤
"?ÿÿÿÿÿÿÿÿÿÿ+Ï(tm)   DfŒ§26ÍfdDv´Œ
e ÁØo~ægÙ  5)#8  2
Ê@È;    ÿö¿
yÙÿï[ý4  ...ëþï  ééSÿûú×Dæ  Ì'EÑÉ-±'ÿµE1/2¿Òt  q  úÿÛíý->ßÁ~¿_þ"Jþ  ÷÷¥ïûþTO¶t*þ<{ö¤
^8¯
ª"Ýió]#,µ,3  BŒD  <ÍŠk  "‡¿ÎÞ"nI‡  B    "á"?ö¨<Ð:Ù&Á]  AéÿÕ1/2õA"    ë3/4?Aõñhiÿ*1/2_M4
B?×ÿôö÷L,Ÿ?þß^‰M¢\    ¢
9ÜÅÒ¿#>äúg/²/eÎ,  ß¯Öún  ¤êÚâÑN?ºê  m"0Èâ¦'Pÿÿöý3/4  ¤ôîš-}n¯Ä  M×M  Õ3/4ºMºµÖ¸}Õ*µû
ÿOc×ß׸^#þƒ}÷Ð...ëÓý÷ý¿
÷¯êT  éÿ
Rß}x  kØv(c)õ´
ý;í
äÔô-¶  éÝ5Å~¤
¡m:OÞ  ¯ÿ  F¦Ÿ÷
"  É0#Rtÿ¿²  EþýÃ
÷öøD  §´A
å>"Œ  ÿðÈbi_  ÛýÖü=>,  ú  ëÿ¶ÛÓ3/4§PºÿnÑuÒuäÈïo×àßÞïnF  }  è:¿Ao_¶3/4S<¯¯Y
o¿miÚû:?NGC  Õ[]ü  tºßð^·þëôAÝ¥ÒúoMÚý(c)÷{Û²u"zý}  ÿhã{_ûÿ  ïOÚß¯í-"í"ji}úÚá"¢öÃ
_ÚÚ¶¯ö,m/´ýw
÷¯GÏ  ò  u¿È7àÂPÒ`Á;ª†  ×á,°Õ1/2  ]Xa9  =ÿ  °3/4Å1Q&úðÅE{      'S¦7v)Šþ  §"¶(c)"1/26  _
ðâ¶¦ä0=-  îØY  ºl  ¶ŸL  Ó_ÓM*l%
'V(r)ö¶  ŽAà¡°•":`‡
  Á  &2¸`ƒ Ä0B  |0¯AÄ0 ...,^^^^^Õ  ^^^^ŒGËdmGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþ[
A•;  ÊX  &æ2Ü  (tm)  (tm)Ù  >Ï³´:e8"Mæ
   D2 Êâ<;#*k;uÿ•ÉÒ,v  "Ì"%Ôp"þ"  =²éÁAu×_úR8r!ºt>V"Ýj¬³ê,
-n  õõ+a±¡¯^  ŸØ^=  w¸~  ^ÐýVõ¯Â-ÝýÿÿÐ°h  Œ"ÈVJQ>[²RÉB;#¢3%G^‡ÙÔ‰Yš
Hd¤"eXC¦|1/2ÿ%  ð  "0^µ    ¯  Ô*


åê^¥êLäc  t  Éù
  °ËÔ<2-ezÏ
,!À¯Ĵµ  "z  ô!,¸  D0  žÑ      Á=f,  aÂ  CeÅ.`ƒA(c)øØ^  "  eœ8a
~P)   (tm)
"  "eë  PŸV  A"-·] iá4û=  -
á
  Â
   `¨4  VÔ¹á
```

‡Â
h1/44þ  OÓTÿ  ƒ¯  æ   Â    ÔC¤r*Ñ8""È  ëôãôÓ´n·¦   >-
§è4  h4ô7P¿jž œhGØM{M‹-S  á4
s°´&    7*ÁÎ   ØðV-´ý1/4Goï
ä±ë"'?ŽE¦â-‰āD[¢(î-  Êÿ%ovêGnD-‰{¦Dr›ÅÉMÓR^îý  ƒþÓL*- Â
S  0'&üpI¸V^¡  -Bu  ü  íÕª%Í  A  >äAÊvgü‡w¤    @ŒÎD1/4 çÛ%Út  6yþ    ÈF( Ü‹  iù  Ú
ÌÚ ›'  !
"ò^Ñ)Ö\Ú%:%ôE¶ÄŠõM
4Á>  )
žƒ´ƒ     ÐAá7îÒ  7O%E    éüŽ  ¨uÓp@ôß  õþ'Aôš";N´ÿô  "ñú
¸Mª MÐm"Ú    ßDèá°û-ûêë¦ë-Ò·×õ__OjÒ*Mö´ôôßßWµu
*…×¶-
éýÕèêÕ¸ Mˆ Èè¢&ÐO  -NŽFþÝ¿
ë"}Ûjƒ¥Õ  tÿ×N5Tí;  _°O1/2Sûÿûꞏþö̀ö1/27]Ó¤ü    mÖ´ôêÓh  9ê ꞏõ ꞏõnᵁ¥ ꞏÿUßµ1/2Ðúö¿â  6"é]m7ô¿
õÿXý  ;^ÕSuMÓíZOÉ,  Äjÿÿ°¿mv  pë
÷\úM_÷ÚßimX^ªú-c"ÿz¤õ ꞏ(r)Áv5íáᵘµ  ',ÿ°T'N.ƒê¿ÿàÒwàÞ ꞏÿZ°  Ž¿×:‡í~÷û  Ø>äJ  ú_Xþü71/2×ç@
Ooø²€Á2  ¯ ̈þ  Á1/2–È:  Û¯ðD  _¦  ý  Më)  4B†¶A
Èù#…ÛéwXcëúÿ  þ  í($Û
Ûõ~Õ    ßØuÿ÷ïp{3/4°!Çþþÿ ꞏÑP
a  Jv  Duñ(r)F,Á…Û    á  NûÐ  ÚA†íšÝkì:×Ã
þ÷Þ¤  &å"ú{¶  'ÿÿÿZaø´û°_$ÁvC‹ëoëÿh‡¿·ü†‡H"ầë÷3/4ë    §þ  _÷ë,"    ý-i    ý¯ê1/2"Cç
5péî·áX2`  "ÿÿ&  Û°LäE£A¿¦µÿ)Å  è§  ÿ-3/4"ÿ×oägæ -(c)
,žöL  ƒ1/40Äô¶Ò¿ÐWïMªh+É2t-  Û"T‹èï[%Ïÿ:;(r)¯Ó_Õu¯´úoEéÁü‰  íT÷"|6^{ò Coúþ"ÿWû
·Ý²Ò
3/4ú}ÿ"ëÒs"Û:>^žî-ïþÕõÏØ?‡ûZé  "SŠ^£,þ--þ·úô çWJå  oÚ¿íÎ=´Ý\õþ›z÷Úö·ÿß¿kï  þßD¿æ¯~  u|%
Í    í]3/4¯Ú_  µNÿßõÕ×w"{þúÞ3/4í  þ-ÞÿÖõÒ}z×¬áÓj  í  ~
Î§ö1/2}Ò4D}[Jÿ¿v ꞏ(r)•W]  -°¤ÖÖÒ  ë1/2Ò-ÛKµÿþÒ{ÚÛ5éû¶¸  iïÞût¶¦ëMlãzîß
Á¥×Ø_}°-(r)ÚØ]ÿ"¶×Iª3/4Úßaa"¯¨il0•>¿ØWäG^Ð  >ÁÚô-"›í]ŠA"têê-dXû}¨iÛJ  &ò-(c)  úr.~¶)'G
V'1/4Š8R.dAÜT‹  ƒ#‰"ð"_þ9  !Ší÷¦  V
¶¬  PÔ†ï5µµ¿û  1/2…"Ó1/2Hƒ¦5b  Mÿ}E1Z±ß  Ò{±VÂ  ÿd-  ôÞ¿lS  cø¨"Ä)  ?xa(kaoµïä…ëa  H
wîÅH<wd  û}ßí  š}…ìƒ1/2"úL,4*þ¬/Ã    wþ(c)1/2"í1W†)‹  ŠPŸ`"aRíBöšpÐa[°"×ûU
a01/2"öÂ°Ó¨h0ƒ@Ë"B4¸a
àÁzÈ.9´á"ÂöƒM    5  2  =  ÃÚc´0"DDD2dš
`…A,    v  ¸Ø":V"D  uÄêƒB  !  Ð^^^^^8^^a  HP  e‹
/  šÚm¦Aqñ  DDDDDDDDDG    Ä  b  a0NÁi1/2R^^ƒ0Ø.1/2  Ž,¬
@¤      "  i¡þ  (ÎÚ  ÿÿÿÿÿÿÿÿ2$Ëä¦æd&eq¬Š
J    ô3R.^Û(  ìT3HY'3(tm)   `&vvv>GD  Í†i°Ð
H
ìÁ  ƒ;@õÝÎÅLìTÉ‹;Ñ%Ä-¨4
µõýp1/4-"OÕ¦ÂÞýukÞ  …D·  ûNí¿ù{+!"'_k  ÆÁá/ÖÉ¹àã´J  ¢%  ßéIq30…ifD²_ªr¬öN´"ph
ï°œ  §[‹  ‹Óa  ÿÛ¡  ÛH7¸òÞÝÖ·ö  :¿ë
×1/2×ZÚÿ*Õô·3ýÖª¿¦ÚÖJI£µ´°=ÕÝMm  ^(2  ‰ Ôd"³¦mÈzêÓÓÛF¬…Š@Ì"-n^bY€âäìÀÍ
šŒ    d!  ù°^,üÛJ±
=Î±ÁJ#Ã  Lñ¯  ü¹  Â
ðp@Â!    O  Hf    ‡É€A~¶ÓU  Lœ!
›  fŒ  2C0  ü  ß    êƒwÁ  Ó  ö
€"  ;  3F"¨gS1/4mh>  j  nšj¯Á÷  ·Ý  z
7AÿN(c)ÿ  Añ§è5Ö4ž/OôúßÛêƒ{ŠØáî-¿^œZz

.ïÑ Ã] ãÐzÝ±· ˆ±þ/§îµÞÌ|Šé ›D±È D¹õiýkü- ç
] h-aºW F†æt y ò]VFrgÒ"v¤$4 =\‹ÎBCõ>Ý|Ž‹\ÍŠA´ƒd MÈÕ-r9´Noo·Vøk 7"u&Ý ' ï×]\
›z§vƒo §W"ðAýûªpŸJê(r) é<&ái?¯úà'NÂ (r)éÛí$ŸUô o¯á:ÂÐOÝ=
ÿ~ÿOWN¯Ó 1/27·ÿµg Ý7Á]
...õôÞôõ_I:ÿ3/4Ý{~ß^¿íGúýë(r)1/2kß¸Òê±ë§ÿ-qõüUëé(r)'ékIïoúÕêôÞ¿ö"ºÿð¶ý1/2 Õõm1/2Zß¯ûïöúý?
ëÓìW{ÿUî*ÿð3/4 +í"ßufhºUÉq ïºUö i¿Û÷kÛ^×rLjl ?îë·ÿ_, V ª÷-b#|ê ¤>‰pOuI×SÊô"Oþº}
2 ?Ž"ª- n¿(r)M%] Å=ªëÿ...þÁ]ÕÿÐŽ›mÚýµ;)]ý‡÷íéþ¿ú1/2+xoýßoü"-?àª3/4ûíß¯~¸õ\7È.9Çíõo ëþ¤
¿†u÷_&9'+]¢,û CïD'ÝÞÿI}/ýºû¹Ô/2,Ê ýÈ 'ÝW
æ&³PO1/2 ª ô
m ³UÉ£¯¯¶Ÿ÷þê[Ïÿ' ê1/2 ¦b§÷ÒW¯ä@ý Ý ...íïNºíÿ.¯1/2 (r)?ðûwÿ÷Ö-ÞÚ_á÷ÿï K_T *3/41/2
¯úo¯1/2v×}3"t›ýé4ÛýÒu ßëÛK":×ÑªÿýZÝ{÷úöþ-¦qû- Í¿-l9Ò¯ô"÷:Ÿž ïûÿö¯ïïÿ¿Þ"úÝÿ¯-_î(r)"JÿÓ
vÒû
ZJƒûëµøãm~Ö›ÿ÷O3/4 ÷[Õ^ìWï†-ÚºÓkþ ,~á&×t3/4×´•³î ]{¦*žwØOß-ÔÒîþá...ú-át•† ´1/2/wm Ó
#ÅÃ°Á'†3/4Ã]1/2õÒ°¿`(r)ØJë†
éwÆšOÿkÞt;U |l -²7](r)ÃIþâ)Š¶ JÕŠØ2âëû 1/2‰7¦È±ï‰!þëîÿþÇ¢"5"v˜0Ó L|‰~+kéªcÞ¶*ßÝ¯-
âž•...j¶þÈxýÿÈ`~ï÷d ,+"ÕÂßP÷¿ ...l/
l%÷Ã
ÚmCKvÂý
j-ú"^õÖ A,p`˜%
-~ ¯¹€JÂé,ØN1/2P`1/4èÅ¦ ‹ ], Ý&±hX]5\DDCB
a
øƒ ¬!¡ ]Q B
""" Ì"""""¡ÄDDDl<DDDDDDqKë- ž; uý$‡T-ªºÔ*A-R (tm) "X´ÐíE...C
&¢" ËL/ ÿ%Š?ÿÿÿÿÿå"¢&ã 4ì¤
s%@¤ Ê¡ (tm)'dÀRd)ÁMAœÈ :1/2^ 7k!- 5T Ù‡ Üüì;÷ïnƒ!ê ‡Pß
ü ýiT.É ýH(Ýi ÙºùÌ}ïDQÊ°ôN ]ÃÎÁ›²ö'Á Ïºø!
ê¥ÔêOOÞ´ƒ}X1/2 ÿÛ"Ðo þ(c)oþ*þ-ºÿö×÷û¦ v-?ü•ùôEÑÙ -È...× åù GÇe\q Ì†Ê ¤Èl <†\
N£ÍŠS‹ Ä!ÈŽd´," ¿.È d: äê
ìMˆGDà€Šq"WÈc* ¬)H)
›-ôt ƒAæ¦ ?4 uO>Ì 5 ‡eXÂ ˜A" "
ì ; §"Âi, ƒô M Â PÁ ¨
Ñ" A¿` ØOµ}?úM
'†› Â AÅ' Ú‹AºhmˆŸÚzw"â (r)±|W§"¨ï Ó1/2§(r)º~ˆw
G ´Jðjˆ· Ø IÅ¢+û¿Ó -ÿÑ?š~ž‰N‰vÈ@d¿"û"˜|º9#-7%>Èç@ äLt A¸
lÒ'µD¸6åÑÒ%îD ãÿD(c)`ƒ"#§ ÝÈ7šjG7 ¨A"t "é>"Õ=?AºxˈIØ>µéP ò?Ó|"' Û¯N"ª
(r)úuµ" •¥Ý Ýo"tßOVÓÓ†C Õß°-- tªÒnµ uu êÜ?ëiß²
'nºïúkþÕÒºØkZñT m O\W¿í}
×Æ m
ÿCÕ ý µ¸0Ü ÷ûý§ª ¶1/2Õ3/43/4ú{(tm), ¥Oÿ·_V¯êDÁ0¿I>Ü>-zÛ¯Ö ùdýuPs$° -]-"% w
A{Ü‹‰' -Ð+ ë šÓwád¸¯û1/4 õýðr¹(c)iôÖj
° Ö
T(r)
ç@]i â
ò >•y ëg@{3/41/2 @ýªoì 1/2û1/4 ä0 ø-þ
÷,Ç¦ýß"0Š ""¿d §ÝÕ-‡ ÿ
†ëh, ï_D<zþÃ ÞÑ {§zàß×íàÁßÿÂ
'Ã öé (tm)×ÛÑ ~ù FŽ ôý× ...êo_ƒ{Ú×Xy'cë ätä¸_ü"Hïä"~
˜›³X¿ûòHÒûÙN&"ßy ?ÃU_E‡É2ÿá/¿(r) {_Ð7ºëè-¿¤ð{wZü~H6ö×ü7ú(r)þ"~3/4 õaý"þ-~ÚW¥^û

Mî3/4-UÖÙ#ÿo¯VÝû¯¦³(c)ôÿý- OÿyÃ}¿  Ï  î¯îÿŌ6¯Ŏ µßTÒŶ{Viÿûþ¿}¯é]-¶¯Øa^ž>__OöÂëï5
0ºkÿ[*[k§÷ÿØMÒ3/4Â1/2Zé,0J×í.Ōï¯N¯_ä&/
Õº×í{Jë1/4/üT0ºÈéÛ .ÃV  µb¯î{
.Âf"¿†"3 †¦# d}†` ~Á/Ì l%ßPÂëîÅAÜ_Æ...]¯¤ö+cØ(r)øãÔ1mEÄ îžÅ|VÇ×±ñ,E§ä-;†C1/4:V ö
×!‡õ~Ó ðÕä<X*j÷Úé-...ßr ↑¿º•§PÖéµº(r)
Âö-...{
ÓDÜ W"JÓa"ÿ°'Ø/è51/4    †  °M0D|0CÓ X& Éc
^d€Â
!  D4Ñü c,#R 4Œ&"x%
Î¶|4, ¤ª""''8^^^^^^ŽõÿÝoÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþYª    ÿÿÿÿÿÿùl, ì) 4UHîŒû;5‹q4GEÑp\ùž‹ræFŒf É›
;  €ô6    H G    (c),ÿfF "GV[ nv
´U|íÇða ´ƒ;Há-23üï' r¿...Ô. þ Nþ"...ü(I¿¥ Òõí;ëkõ(r)-w¯I¿[# §'[DZ;ê"±õßíË0(c)ÄlWËØ¤L7 ò
ô}SI¿¯v¿KoëÁ´~ÃÂB×ÿï wôî3ÕÝ&ðØÂ§ÿ×ý=Z¯é7MÿRVþ¯ûs#    H"dtAÖO 4A "‰Ã' ölB
ÈÐÙœ?ÞÒ É[š̄̄   ;È8Û4   ' #L g...R 9(c)#1Jr";Ó' TD6Nf
r 2 ,!+ dì!"[$ AŸŽ
Ö
Q
w§(c)±A
°î¯Â...š£¤pM$-\    Ý ÐxAš4  ¦ `^}g
h0A,!Ê R
ÕÂ   4 ¦ éÂ L Â
SûOm
Wo¨Ãr@KL†    Î- ºMéüiè;Â
§ýÝ Ó"°›Ý(A§  ›ª§±i±r L^...¦›ÿnÖ¡
¦ ääNŒØ´¯ªNý àz"  }X1/2xŽÓþEwt(c)§'<‰ŽG    É°Ñ 3/4ä Lïä_´ÉÑ¢\økUÚ~œZº
¹è8ª(r)Ø3+#öýA
yt TGŽDÈ2Ô ù ÈNhŸ¹>õ @Ý_'7'ô xA´ <^á4: 7ÈýÁ;"ýv›i'y ƒmuv´×Éó'9¢+µ]
Òt¶á
^M    µH;u _,
¿Ðh:    ´ o)ûéÛT Aéµé´ž "Ó] jô-úk, OoûVº ƒpžYß#·ý3/4¶Ÿ§n¿§ªþ ZMÔÇZ
¿ Iû§öŸA_-p¶º{únµÿð'OMôè 7!1Ý.1/2.ý/Þêÿ §_¿îÕ_,á:ZÿMÁ7ZÿúýÖ·öp1"µ_W -'_{N'×j1/2"û¯
ÓOøÿMó>‡ÆšÇ qé;KiÖ"¦" zøªèîz WoUu ÷}úÞÿZvÿ÷_[]Âÿõ§ÿO{vƒ ûú...Âýzª
ŸMÊ°ÿLØa+/œÂ¶"ý~öœ šN1/2÷@ºd
²œNõ"lÔ °ÿ] ×ýá&Ü>Ó§wþ†¤H/ñ·    ä ̈Ÿ ßé¡Ptþ ́:šƒº̄̄ a.Ž€_µ" õ_ûU÷_ë ƒ. J¤J× ÒíÉ€ŏýoÈa
‡÷ßjÙ )¥û ' v
ì +ÿÁvíÿÚ~þ¿ri û!Ãÿ}W×3/4Ÿº
úéŸ0ÿÿ|"  =  ÀB->^xÿÿ¢-þ¿|'dX8-êŸý{añ ́ÿâD(á ÷Ðå"Ì Ô"-é ÿ
ƒ "GVôût ;hŽŸ ‰û§ÿ ‰M ÿó ÛVö(c)È6Õô ;¿ÿ.§¢§ûî×H‰öë ÖXÛ†ý"×h'æ
_¢D ýdÃÞÿ÷ßZé¯¦Ì£†é~ê"¬ºý1/2÷¬š+v¯û'Qþý÷Pœ^ ^~$û[÷"kÿõÝo~¥Óå8"__...n¬¤- ' nÞ,ß§ßð
oÿÿk*º'J¿Ègé _  öu÷\/OÔø7ß}ÙZ -¿(r)úhgCê°íÿó£ Û§V5^~û÷ßOÿþ¿KO_ (r)¿vÿõÔ°v"Ôÿt¿¿Ï̄ ÿ³
ÿÕ*1/4û×µ_õÕÛ×Ó ý¶×o×J vt?8Ýj¿êûþ÷ö"ÿú÷ªÿ þ--¥jþÝ. ×k{"ûK ô ƒa]ëßvÕ{ä‡ý¯¬0-iU...ö
×ßa"Ÿ4WÛî4ö ·º ",(r)¶º
"
ö"oì4º~ÉÄºN×ïÿîÞ"wa}Ã `ÂOß"
ýmXj    Ù 4|0-V † 8(c) û"æ 1¶ÂL    ¹ =ôDÎÇ¿Â2 ÓÃKín ßêîEN
õŠã" ûƒ¯Ø...a.?cö%1/2Šd1 bJ-" ¯TH°ú§í¿k¥éŠÍ† Ø0•ZU(tm) ;¿Ø' {
i,#ÍKzìŠ3(r)íE ÷]5rc"×ºmm5öÚ}?°•þ¿6Å{  †    V(c)uUvØ_á¬0 êÿ̈V _ì-
Â¶ƒ 4Á01/2é,å¸A, íU

ø`Ÿ3/4 V3/4(r)#ÝâÐÁ
L Cƒ.¤jàƒNâáª¬C 0µ 0˜!
† q!1""jDt8f DDDG !'
(P ] °3/4â"""""
¹ œB
¥Ëb"0B""""" 00µJ"¢°Ä‰É0ˆkê")úz"¯_ë-ët8+ˆj?ÿÿÿÿÿÿÿþYIæFŒÉA ª£ ló2ñfK
ì¢2 '†u3"#l".ÀÎ9 Øs#WŸgd4
r\ÔÃ2 Ó^¿
v

gd (tm)Î(r)çpŸ×ÿëõái%{Âû^gfAO¹¥*×^º¿J îNtœìo;5ºi¥ö1/41/2˜ïo(r)ÿõª..._Á+ÿ¤Éìo† ì /ô ¿¯-<u
u(r)(c)qw;¢Þß"GTý&Ýî[¿}ë[ÇZøzCýz¯Wïz¯¿÷÷íö-(c)ØCÎˆª(tm)V``pÙ}Iƒ³ÌèÈÙ
Ì#AH˜_È ¥CSGšâ-¿Òr ˆq°... êÏšg£"! fS‰ÿ ÂfÄ#Å -›2E'q
Ÿ O C•ƒ$0 æÍ
³Æy, t bÂ
ŸfÅ
Â æ ß0(A"3 N£ A"l9˜R ŒÌÔ&K³ƒ"¯ý ØAéÁÝ !Çt dì 03/4¯"í
A ,! %ì Â a á5}ý4"ü ÓÓOô za OÞƒ 4 á(r)
"3 |)>(tm)"P! 30ä Ê""è83/41/2ôôÐú3/4-ÐA±" þƒTÓ[ýx´./ Õ qüCDW} ÷µMS qzh8‹
"A-›0 '#b !vz¸ïõÒDXqhŽÿ¨Z×M·âäú‰] ç }ÑœÓÈ[hŽ ñ. ‹B^àƒü‹ÔN ±/ lã"¢¤OÜŽÛ $ù
Æ Ða>,
m
ÞDÇ"ÿó3~ 7"c" ¿äè šR~äWH ¯"óA á ¸A¶G?~²9Ð@ò:y ,
Ý ÒÞéºx"'¤ZÌêx jD §i('ä|Õ5í6Â
'(r) p›ýÛZz
¤ú· ŸT à† {~ƒ"úN, ö(c)éá_ ...}=Z}7]: ¿ºm&á <'
Ü‹i ³F‰Ð9.gª"üZ%=n ×"ë¤ðžŸ(r)¿zé Üƒ 1/2u¯N××Ý<'þšk¦Õ¯-["§î1/2z1/2êá
=Pt =Ü&ä^´Þ›(r)Ÿ_n--wþ›õ×}î¸NÐö¿êµ¯Nõw(r)+ôõïW÷‹]:]uMÝ_~"pƒi_÷ýÖµÚ Õ'ö êõJ >Õßÿ
wnŸþ"öÞ"ß×ê¬z÷§Ò}]/éëúNÿêööU¯tß(r)£Ò3/4û_ÃÖŸÿZÿþúl ˆ•ï"ÿþáïÿ}þô>¯"ŽõÚÿ"R&+"]ýY8-ëÓ
É ëÕHB¡ öô÷õÿþL
~´?³K3/4 ÉX"ÕôÕ?W×W]Ð·×ß·È '¦îŸ¡¤¥8Uƒ#†+ïø?_¯Uÿ^"\" oý ûÙ
7×k~¯LžUßþ÷ÿ_Ý ý-V"¹
t:wûÃ
ÿ "_{÷Óè,=ô¯÷¯
0]ýíoâ6-~¹
°ÿ3/4ÿðˆw¯÷õ^ "ÿøn@‡
×úý ý ÓþZµ-Õ°Ñ {-ÿÓÿö
¿þ"i O÷mÓvÎ""A#PKÛõ† Äûûýß]ý7èŒþº"Ù
±žŠpˆ‰ÿ-= ëÿØyu>ë÷þM þ(c)n-tE¢æ(ë÷' _õþ3/4ö*Òº@3/4ïzèjðÚ&G{Ý_ùpP‡¿ÞÁë]¿×ð,_îÿß-
÷ßû
ÿï¯kÿ-ú°-ý?í\¨:×Ò(r)ïÚ ×¿: GT 1/2oïOµ×ÒI?gUÚUºzû¨vÎ¯Uýµßõ ¿_Ý\èwû¨t¶-îêµtýÞ"# Ã3/4õt
û´-÷·I ,t
j1/23-^1/2ç ë¶þ´é_íÿÿõÕÿgWöit¶õIëÖùÐý>Ü""-/}Ôuý¬wÝw(r)Ú÷ûýZõ÷ÿa _í+J-U´"oý Om7ßÖÎ(
r)ÿ¥Öõ1/2þ"nÚÞÞìv-ýÿêý¤ÝÚ
O÷3/4Û^ëýµÓn(r)-~×öÕ5kMm%m}zÕ‡ùçÕ3/4ŸÕV"
öµV ôÒÛJá...^Ó†'ù¿jþÓkÒ ì4¬*Ý...†•ö3/4ö"a|6¶-ßÚ·ï× Ãúðl wÛ û
x`Ö¶Â}¦ñ"²(øaSb•P>EÇü~ûò'
bL{\"" ¯m/N Xiü5M*l%OZý¯ßUÿ‰'¬Œê5ØëŠº ƒí']+! ú±&ö*(c)Ý3/4ßí qïúíÓ

ïˆU[ Ô‰‚ƒ±Å,4¡°a& PjÚ^Úêûí-ý w¿ }"¶Ä"1/2ˆ[
]¥aXa'3/4úû
ÖÕ¿pÔ+^LtÕõ¦á¤C ^A
M6Å2/Ž
a" ðÁ*Ýý4"nÂµÃ
º
'Ø^Ö×á"!¬0µa-Ö°A¯Ú[§`ƒ ?M ÐatÜ a7¨a6‰¸J áE|/
V Ô¢ÀL!u Z{ !
¡ -`Á
"."""""8ˆ°"DDDO¡
! Š e§àÁ
ÂØN A"WøQ "DDDDDDCÐˆˆˆˆÐˆá" Ö /aWñ GJd,× Ö"rÝi$°×¡ÔW¡j´ÕÚ
ŠË(r)"?ÿü´Œøÿÿÿÿÿÿ•ô3Â š¢(c) 'E"",j ÙKÉ›2 ‹q³@ê'¤U¯Ì'i'¶va=xDtî ²§¨KÂ¯Dè^ï¯A'ZÒvý:þ
j•¯ ÿ w(r)¿ïx }÷ë´·¿ÿºïUZtÓ0ŠÆ¤ª´Þ"2ÔÐ2:!
‰d·<- Â ¡H,9 y
/œgW2R
f f, cf ‰s¡ D"S, ŠE òL@D.L S'Ñ˜ (r)6) 2 B
ä
Bü¸"VB
á" ìóL ÷^ Â (c) ð "× 0ƒì O† ?TÁ zVÐo¦ -ž ...^ŸºT- m¬h4< Âw ê, ã‹
Ç"Ö-8µM5iÑ-?oÉ]'œÈ% Ñ ÓDw'
JµH‹uÓy ÜƒÁgÉe¹ ˆ>Dx2t. ›Dº1/4 i* žÒ Õ Ñ9¸@ä Gá¢S}Á Ã(rt"ó"÷$
m ¦F 6"&åŸ Ñ‡ôƒpŸÒ ‡è61/4 Û$tÒN"ðž } › ¡

ªzn-I3/4›^-Rnµ
÷ÿÕ-ôºIºoÞ›ë÷êØWXtº~·§¦é÷ ƒÕú*úÿè7ýuªµMý_ºN(c)^ïé
o¥Ö÷û] íñ¥¿Ò}ºw¨aÿWë÷|uû¤œwÕ:ºý/×o]Óëö" Þ3/4´ß^×Öÿ3/4È€M5¿# Õêd´/} "¯"¬ -¿Óëp-þ¶k
W E š¥Î€Š÷Ì"Ã-•ÿ ûÞ@ÂýVü C÷ûÑ
/`ûwÁ_Ò,ýµþºU•`¿÷"]ù@/uïV
ú†_"CÇÛè‡ ××"·áwÿµ¯
úþ·àònq•ô
ý,Ž ¿·"
º1/2 * íöMÈõ1/2"Bæ¯tïDYÿ" h[~Ñ2?ôYuõ"ª hŽŸ¿^ éhŠ [UZ&E-Ãúú_*Òý }ë1/2 SëöîÒ--
ïA ßz
1/2A¿ô"þµ^ßêßoï¶ÓûÿëõÖúÒ¿îu=þ-ï÷×íöCmÿ¥Õªÿ úÿ¿¿×ÌÚ§Ú}ÿÅW"t"]S]ºÿaÿßõ¯í-õÿ*ÞéZÚø{-
v¿ûkáu1/2ÒýµíuïþÒÂÿtÃJ~ ý¯ÃK†¬4˜kÃ" ëi uÃ[ûØiU¤š¿v l%al%a?Ègº ì0-Ã

$Ç"c

/°eÐ[^ Iá"›
È-Šãa...^BX¦(0`±±&?Úñ3ëb¶0ÅH þ) v"¤Lá b˜1/2öºbXïÚv£d-0›ö"W{
d,i§v 'Ö ÞÂáH< jå¸T û
a2 -& _¯
. ƒ
ÃXh0"j-h5~×-Ó^Ö
´ ^! Â
(tm)p°Âh0CµðÊ"¨!
Â

*f*&
  ein$B        ÄDF†""#CŠÞ÷¯é ̧;   ÿb3/4Ÿ÷¯-z  ˆÿÿÿÿÿÿÿÿÿ- UÿÿÿÿÿÿÿÿÿÿËQeGÿüÉ`3
0a  Ã Ã,Î3dM•fiØ.k ófW[    21/4 :4oÕige       ˸¯ ¥i  ŸKï ...jŸtª ¬¯ O-•Ìòw[  réJ
¯ÿ'¹°úý×
DuER@'"¯Ç,  µ  ^^ƒ-i  jÇ  º  Þµýï_^°  =íúûêî5ÿ(r)ó!|Ï;ÆUÿùÑ(c)- "¤/è ×ÑöF R3b  "³4udh^(t
m)Y  ¦G²ˆR
ÈÀ...[0) 2] X" ¹ !:^U  Á É¹  û!³û00¯Z  úá  ¤" B4 £: " ,0Ë°gQ Ì"‰Ä"Cð¯ì  0ƒÂ`ƒ3
‡g(tm) ̧ ,     B      0   @Á ô  @Á  çjm"É
 a=B

ÿª

Tö 1 23 4  Â  L tq¦  a  :  D  Ñ˜  Œƒ¦nôÒùw  ƒýí0Ÿ¦4ÐiÅ"  NŸ  6ÓN0ƒCþ4Ð"õ
Šn•" Z é ƒ 0@ôÁ è"
ÌBpB\eYay¶±h‹
×ÚŠ´ú  5DXr%1/2>E›'°âä±°h•¯ôÒè  õÒ%îK  "Øª°]]ýò<jƒ      Ä4ã A~›a $ @âœH¤(tm)
l"tr,è(tm)ò->%ûD¦ä@f;-G/Ã,  á  Ñ/
K¹ H ò&4   'A:4 7üŽÖ Ã,4+îƒÃ
DÑm#HQ9¹ Ú.o} z%á¢XÐr&4D  =? :^Á= á_f TF€ƒtä÷"Î"t Ié´ p›ûI¸Ný%m5¿ UÒy   è'["
 ˜´,m ôÞé$Ú       Ò Ñ)á Ñ9äGH 2œ³Ñ    íïë§§Óm¤žo...i
W"iéé¿¤›"ÿT Vôþ›§ßî(c)'zW Zß}=up›§¦à† 8·pA¹ ŸäGmµw¯ë-°o°z°ªznƒ-?tý¯õÓôô,×¯Ïiwnž°ö
}oxOAéêë ̃n 7Y:kk°ÇïákôÿŠ_öâ"¿"k¿ñ}7k¿ÔØ^›üuJž..._W´›u"nž z
ýî¿õ§×Û^íÿýú-× ëk°K÷u!  =[`×b -ï{}ÿ"Ö¿_-ýZúóÁü ×Û¯¯õƒµ]-
iO\?JŸ CîX(r)B¯
Â6{3(r)-ªÈµ*Ô1/4\*ÕÕ¯^;-=?  [ÐÝÎ¦ï̈ÿ¯Òï]

--ö
ÿÛä ^.õÝ ¥ýƒB#ƒÐ1/2ä9
Òb/ÚÝîúÒÿîýzà1/2>¿ÿr Në² G_è0è÷1/2ú"ÿ
- ÿ`ßÖ"ïx1/4¯ û~1/2ßN¯+ßÿïxa1/2ï†
wõÃ ý|Žf>÷û    †
ïÔ0öé,ÿòò0ý{í{1MÑ
Ôû !Fýy1Î9A ˜_j÷ßfÃ¹ ...÷jÁ ûô-X×fªpßè¯"ªþ1/4 é¯úÿèŒýþX-þ¡ " uN¤0ÿúyN-L¦ýn¿êÞF‰aò
óX>jÕ]õÜ,p," ÿnßû ë ¯-6õû,7Ú§šÅþÿ
*×ýî3/4ýô÷¦ëO(r)úg'D'ý ä7¥ÿ
¯W3/4×}l={Y. é{Õ¿¯æ§ßµ˜{5H›°ÝCïÜÒ̈s£_" DÈë¯úïê Ò°" _é? [Ã:?1/2ÿ~¯ãnó"¿µí^Ÿ[£YÎ §ì
ê÷?ýÓÝí-úý{õþéßn÷}m ÿ¦;uM-#Ï ûúí]~--5÷_ënÝ~ÿ[]_uû:3/4¿ÿï¯ö1/2ë°{Óiw"kÔÖ÷¿ý¯¶1/2¥ö"}...°
¯¯µmaá+"Kþâ-&é?[¦ÿÿöÿš=v ]Z¬01/2-¯ëk{jƒJÂ§Kí¥÷ÿ
a"þ 0ÂpÏ  &ðÂM"a*m¶ éÚí̈ÚÚ†Ò°µP•(r)ÿîû
 °Á-l+Û1/4 I¶ý† m(0•"›"Úð}¯Ã ¶ Iƒ ƒ ÕŠa-
 ê 0I
dX"h‹î%1/44(c)âÀL4¬¯"a& ú¯i b¯ö+Ø´DÁ"  È¹â¯2âb˜¦E 0Á.ö+â¶66$‡"´ÇüS
!%o±^ "Å0`"
$...0Òì-"a pµ1/2ûd ÛÈ#ös¿m... ÂV**ßaxka2 0¿aH#ÿØÁ¦ Þ Ií^ÓLPb¶+dX².X0-ðÖþ $ÚkÚ}"
ÂÝR
8v[,iûÚðÁm    ÚL & Ö¡,a IaØMS[L j       ö$Ý§±_,
!  ¦
¯HdÓÁ" [Þ 1 RH† 0PA"ë

•X e     ,
          T€Â    L,¯Ø!
åÁ0Rà([Na'q                         Q
q%ØÂOÃ
ûŠ^^Â#    ñµµ¿kÿ×Ç  Gÿÿÿÿÿÿÿü±ü   ÿÿÿÿÿËZ¥ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-   Ô   ÿÿÿÿ-$‡@á:tnè?¸1/2ªÒÖ"NZ
I   S-     °nÞŸuõ_- r


q



¡Êi     ÿÿÿÿÿà
endstream
endobj
12 0 obj
<< /Length 13 0 R >>
stream


q
428.39999 0 0 703.44 0 0 cm
/Im0 Do
Q
endstream
endobj
13 0 obj
40
endobj
14 0 obj
<<
/Type /Page
/MediaBox [ 0 0 420 751.44 ]
/Parent 48 0 R
/Contents 16 0 R
/Resources << /XObject << /Im0 15 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
15 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1750 /Height 3131
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1750 >> /Length 30208 >>
stream


ÿÿþYB"  ÿÿåšH£þYÂ"  Ë5mG,ÒN?ÿÿÿÿÿÿòØÑ   ÔGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ+â;Ò2>MªFQ  ,£³  ŠEW
= å.  šf  NÍ@°gu²\ 2[
ÎÃgf    Øæ  "€'°6  í.Jw  ƒU;Uó³__Â
†vHŽÂ  ]øI  µp-á/îÕW(r)¯ ý×áuü ì(Y9-i  '¸×,'...ý=Hé"
?"·_
¹z  -Ž-ÚÚ    wÿ°Ûøkú(r)ª  Ž·ïÿïKí¿þÝÃ}þ3/4"{OÿZ  ÷†÷æFq¶   3   ÜØÉzœ,i(r)A/*¦CÈ¿
°<ÎŒôC

```
f'    ^  ‡ÉÂ õ},ó ÊˆŒ
D4D0L 1/4"  ¹   " û,  K,h  Ð#dhe8(tm)
C¡"
Ì' Ž³LŽˆlü  3â 'Ö!²¬RD¦ iž Ñæ,  ÂD[,
`  ,!ñ"  ÓO  3PG\| d^" l¡¡›f   3¨W       , ŠÈÈ '$}~!õ˜A¤  44
"    ‡õ  j
º þ"ôÂ
é    v¡;¿ ,;MîÂ   pƒMa°é Ó´ð@×"\‹GÇzj  q ÿøÂ
  ~  ôßAÃøÑ  ÓÓBç ³ʷwKor1ÜCDX¡Á'œCÁ}¿Ìù ¬‹2/Ñ9"DWh-)  wH‹  Òý;ôGn-= ‰sDú
³Ñ,Á  (tm)1/2  m²/1y  (-;v  Ð#FÈù¢gl,Y¨%å  ðä_²œ˜B í'd·Úë  6AÌ&ÐMèœÃ"  -G#8 uÁ/' œÚ%ß"
6S-£"ÿø@Ü Ûé
Iû,
Â{a  Ð@Þ,  ªnÒo
ÓÉ"ø'H<'    Ž  ²w¿î3/4›Û  Ù4  &Ò
,§â  Ò    á
ôš  ÚnúÒþ  ¯N"pž"I1/2†È8*é¸MÿÓWMÓ
ÐMúÒý"GWô×W´,mÒ¿þ›ÛúoÕ}%o~éÝíþéé õ    ëiámuºMÖÂ#ª  ÛE"ë¨uõ}
¯ë~þ't"û0¶ú|v-t¿b¯x7ÒÒ†ÒÚk...[
×þ1/2¿Ýkþ3/4ø×  ^=tÿWéwôë(r)Ý?êþF  ÕÚoz²þ›tÞ¯·MÓ"ÿß-FÚÿM¦Fåpußþ"ý:]·  "á-1/2~1/2|Š...mB
(c)Ma  ÿ‡õÓýu_Ò(r)/³fG  tÍ†2\:hº  ô§'µüîÞ÷Ç"Ö¿!†;÷ÿ²áÏ/%EU  ¶H
]}3 ...z¿ÿÿÝûQ ñà(r)íÿ    Ô-1/2}wü,  ü*×ë^"j¡ÿ{  ë    (r)ë{{ÖÿW÷oøUWû²pÅ  þém÷è‡   1/2(
r)Ü3/4"è¢ ïÿwŸßêÿ]ºâ"uä  "    ÿ8D   ß¿ß éÈcÝxD'¿¯]îC
Ãnë´  ‹Ð·ï ã-"×Ò ÿK_þ¹j7,œ"-*Ûÿ-Y    ßý}êa'_Ë
=_º§S  ò
ý'O-¯Ydßvߨ×ßí-õ{ë,Ý.3/4¤  ïÿír.›ý/ºýé÷]mZu¥íwuà´žÝ›"ÓÞï^ßZß  h  ïÿõ@Ý×ú÷ýk§]×iÕ_3/4"ðë^
ö"ýº¡t}š-æ¦éoJÒîut¶¿þû
è}  Jîÿvîæ§í×Y(c)Ö´ÿ1/2  ïï{    ýé  á
kJ¯÷§ÿõV¿Ô~rßm›×´´1/2m]n°ºÃ]=%ÓÕ}Õ  ¯^í¨ïÃÝ%*I3/4›
íÞ-}µjÞÿiZ¶|-ï¨ {{ï¨ACK"UwöÔþéõûßkil5°"i+kJ  Õî"º-¥}ôÝ'^Ú¶
¶Ã    v}÷ÚV  (8a  Pvl  omunÿ´3/4õJÿ"f-ðÚKiZv1/2"ÖÈàE-C](k
wþ  Iµ²ÿ
ÀD
  ûJÖäLì5†xM  ^P˜'u
Øu†"º ´5m+õºÜ‰~)Øa Å2 ë†  Ø¦
Ž  Ø¤  '   KîÅA-   bØ´3/4DÄÇ¿(r)Á'Äb¶b¢¨wÁ¿Å+²(€ ¯ß¯kb¤;¶!\I¿AG´Ä±ì,E¯¯!vÈXA...}†(c
)pþÄ&¶  ªkw]6µ¶)ûáÓVü0"a?[
Ó... 'Ø& ¥a_{  'zk'DV ´-{L  ...!,aKp¯ê÷tÂéá,0"F Ž" B!,Á ðƒ ‚'
ç  ÓM[M0¨q `ƒ#X^0"J1 :(tm) "ä"8a Â "C#
A...ÄDDDDDD öä›×  DhDDJLb;¶2Ó-I$¶"íí1/2› ¥±‹Ø\0"^ÿÿÿÿÿÿÿÿÿÿòÛ&&ß "È(tm)"a¡H  ;Dv,Îŀ†
LÍ  Ù(c)fÅFCfTÚgc¸2  -Æ q(r)§i vãè¬¢FPE  &dOùØ'~ hD...Ù!ö R-I¦á?Ü*  A~  /AÃ
  "ÐUKêÔ_  ÿ    _Öõ-(ÿ{ë¤OW1/2×1/2{D^wÕ{
ÕSKi±à¯WÿA  Î̂±÷øûÜØï ºÐAÜÖk_OÁ  ä-ÿÿ8×ÚM÷ÿÕKvôû}wj¯-Ûj-Ó03/4é#-'¡Ú  £"!
"ñ',)Ù...È  ªy    Q,Æ@...³"D%ÿ\ê¢£ºÔdN²       •  ¯ S'xÕ  a  Xÿâ#-êâ äïØK60DÈ ä  "
f°tçØ"  Ä  Î̀Ð€Eè" H"&  Ðr! !...kÇ°"' ²(,Z   EÃñ9ƒ5
"  "  !  wÿvP
²€>Á  ...Hï´ðð ¦í
ÓþûU@äQû
i"ñiß{§h3 ›ša  °  @Ê
```

ðƒíÂ
ð¯Aúh:zÓ‹ 4-
  w"øôâ1/4ŠáÄ4B
ã1/2
÷vƒ‹ 8|=
H5O¯µÓDxÈ(c)Å
ôõ'·"ü‡âÎD|"‡Nò -´K'ßDè¤Lrsy r'4Kß°ëDýÈ-ä[È< 15°^ñÅÈ¡ ñ"]h-Lß'î mH3/4Ñ/{î,äYäsh"žLî -
þƒ(tm)Ò3¤ ×""ô ' POOÜ¤ ,
Á
dŽ(tm) - m'zi Ÿï" ô›H7Ât ýtôôôê(c);Wý_]7}'íÒÚ°´ uR

tŸm uh'ÐM Ÿ" ÿKúéî°
î°jí]:WO]=wMl -oý&öþ [·
  }tûÖÕ7NÓz_Õ;ëW]W]ûBµÕ 7__ÒcÃmX]Çk§÷ÚôÃ
W
°ÿkk- {îÒ u`•ÿôû÷Ý"G_⅃/1/2é*ëB¿ýkW§ðaõþ=/êíWßü?¡¯Ó](r)µªAÐO¤×u"´µù  }ýÖ÷r* ;^ þ¿Ö
ÿþ›õ³áý¯MµÍa?ÍAü" ýÞBëwkÑ
-¿[¡k@ÛÓ2à1/2ä@ÿû1 -§°n3/4àýÐúãúÈ`éß,í C--lƒ¡WoL¤ ÿO1/2wL ^.¬è~¸^þ-3/4ªA ×úkÚ¨÷+[à".
..Öü0w Ü" ÷k_¿îë] Úýõ ÷l Ý ]ná ÷õÑ
  D<wt¨7ýÕ wÝïù ´ÿ •l
ú¿ë¿ÿ mý˜--·"ŽHs"°ª#§(r)Ñ > ]kæ Ÿëä ë° g)(c)
?ÏMa [æ'÷íÚÍa?ïé¯§í< ÷è°ÿ&C1/2ú
Ëÿ1/4 Þ-""ê¯-|'>ýWüäCµÉrôô"[ Io Ý4 Z²Ø ó¦GO××ý÷1/2ÞÞø/~¯÷úÒo ÿ:;ûzþ¿^µª}úÿÛƒý/N"þj
zÚûgWZK¯}š¿"÷×ý×:*û:*zÿëýé [8úþ1/2}÷Zë{÷Õ{í õ° ]û¿Lüÿnë}zw'šýú¿ á ¿wëÿû]÷mn¯},Ú(r)
ýýéûÝ¥(r)ý¯éCÒ1/2°-Zµÿú~¶3/4H µë´3/4šÚV-t ÝX[
í6¶'(r)ÿ°Ò1/2+IÞ-[ý1/2"°ôGM×zÅ|Ø_øa%·
ý- 8uýëLÑ Ë Ø[_1/2l%
$Hl Rwdá!¥
a..."þÒ¥a¶ªÁ- *íYu°ÂP`" ‹•a ·á'Á+ö-'x‹l/ÅqV]{
 (tm) æq Æƒ|+Ñ .Á...câ¸|
Ž,V- È¶ý†
odu ¡Q†ÍŠ...ñLWÛl Oi‰ Ýÿ ñø(tm)ëÖ-/Øï²
ö(0µ{â¯[
ΓâbXÿ¯
WÁµ†(tm) ŒEB}¦(c)¿b*V¿ö¯wõ,á6žÓ}...h·"ïV¡(},j MíÝí{µÂi]1/2 ÂWé,°Ø!ÿ
  ¶&Üd °
‹°iC
¸`‡a ´ z a ² ["
Š p v°a0^á, c
  †E " !,#ÃB X^^^^2ä*"b""-°‰o ØD""L" êqa ^^"ê ^^^4""5    ÄE=5UOî•/Ž51/28ÿÿÿÿÿÿüï
Gò×
rÓ' Œ¨ 2yn 9'Z#ÆE
' * xBù6 | dþd)ÂèdFHZ Xeq?"ÿKô¹ þ¡< Òè$ëpû
(r)1/2zÐzWëT°þµµôG6‰P° î è?ý÷ô Ð¡o ô+ãùn×é¿ þXö(r)3/4-û¤ýUpDzµ-ëþµm Ö1/2'ty §
C""vƒL‰ Ù
o¶¶KLì"é6žW ¬Šçd
"g ³P¥9ûÕ' I£S0 NH4H¹
A°Ž3/4 @Î¢ Ù

žhHŠÈ:
dR
²:ÈPËòð‰2žc'  §  ÒÁ  ã  ô"ê[³  ±Jr$0šDâÓè3DkÉq  ˜ˆ,#Y›  HªÈ!  ,(f²:Ã!·  3À          ÷á  $3
    -š      C@Â
  =uA¨Aè0ƒo          Äa    ¥ïÐ=tÁ  Õ°@ÓlÀf Á  5
,      ^@2‡
    œ;@Å
§t
ÿ          éøAÅ'ï²éï  ÅÅ¦·  M;÷    Æ"4î"(r)ðA a    h>´ââ1/2ŽÁÞÚè8†ò,$ôE·  'ù9Ñ>h‹oÙ
ƒ  %îBÃ  £´GÁñò;

¤-E(tm)3'_º#vûHŠúþÑ  Úa4õ  H,(tm)6D‡
  ›Ñ  ›#A9Ñ.]×%ù    4†KÜ  AhÈ1/4ÐMÐtƒ
    wäh
ƒÁ  à  ºw'9Êrg  Ú%ïJtž    '9  Ú  HQ:=çrÐ](-  ‰MÈí¢<r_Ý  &¡5  7#›"ßAÍ$>@›ÿ"Ü  nÕ  Ý-Â
  "I]p›^  ÓÂñ›A  ú


 A´    ú
¡ž¯môÚâûÂ
,t  -  tŸØ*¦ÐMÓ{t×Ðo-×I·}éá$õÿî¯ýª"M  ëámîïV×
ÛÂ´  ýúúMÓté\&ö-ï]wM-i;Ýtðž°nß§ßt¯**ÚÂN•¥íí:(r)•}õuÞŸ¬}õK-.žŸZÝë§Iú§§ÛÿÝ{×h  ¬w    W
  ÷TŸþ›Û  ›ê¶1/2m¿ÿw
$ýô"·ã]ÿÿ¯^ßý  Úîï  /BUúv•  úÿ8kí>"6ÿT†ñª  m~Ó§ÛïïUßÒÒÒßú§"â%ª"
•ÿäT%?Û¿ù!*ûo  zÓVø?÷K1/2]ª¬¢    õî}q¯oýþ"jFÃ
îÛH  ¯Ÿ°sà  {ô¯¯B:z  b]W_  V  ×î2  -Všù∂B@=  ^þÛÿýo·Ö  ¿  ÛúuÌÀŽ"n"Ýÿ  ïïëtÈ:ŽþÖJAÛ¿o
ó0#ÿõ¿ú´3/4ôê[Â  Ýy    ¿ûÐ=ûW^1/2Uúzÿí3/4Ãª_1/4  ¯ëôA
ûýý*! Ø-·ÿV¯ý  ×j,!?¯éú"Mûî  1/4•W3/4ÿüŠ¢¥@v×þ_"  C"_ÿ´ÐýÿuÕ"0M÷ÿþéh'
ï"#zVžòcš  $Býz¿ñ^‰á]÷ûæ0è8O¡  "íÿü    Èúúÿÿz÷ºéoÂ¶Öî°:ïÕj",/(r)¿ý"ð"  ÿ_ÃäHí}þM
(r)Ÿñ¯õþÿ~›(r)"  ÕÒÛúÚÕÒÕÚÛ
omî"¯ ÿÿ¿WÖ×-¿wÿ²  ¶,mMÎî¯ë}·ÿû:WÿÚªï
zúwõ×Z"ïµÿÍÒ^  3/4Óß  -'  5i}SçC¤›Aý-þž"ÿü=%°ß{ÿ[T¶ÿz}ý÷ÿ  õÿÓÒëÿßwkov·ßö-ík¥¥kþÚWnë
ß×n-í1/2¥iÃ[IW"
iZ Ò÷
6-ô›¿ýícÔ6,×nºI7K"é=mm+¯ûõãð-ßÚö  $í<$ÚV-÷"ki63/4špÒ´÷
/ÛÚ3/4ÅÖ•"jß  mt¯Mt-Xa/õÕmU(r)    d}†1/45m¦
-...°"iX%ÈÁ†  4-&Â_ì4¡¥öä\kü4  †"  %nÛiCSíBü  Ã          Ó
†


+·˙0¿Ã.˜0V
¸GðÇü    Ø¿cb\6)']1}Ä·ÈQðÒb¿'8"-Út    Ø"Õ'
\S  'éƒ
Å[
Þ¬  $ÃAGpØ"w  lBþ
!GûZ÷    xõÈw1/2µ  (tm)    ÕÄ(Ø^×  ˜  ¶ö  ìSM  Ÿ¡•^(tm)ÜS  (tm)
  u ¡  1/2pÂ
...  ô¯"K
Õ&  È"A,
~ì.Lu&8L/MÃMuÝé/kh0I¦¬  Á=m;W¸¶[(c)1Ô  ‹†  j"AÃ  -      PA"<!  b

`š  Pà†ƒ.¤Á  M;  ×¡   XœC  †

¦ƒ  2uCXa    Â¡    U
Á  ^^^°°èÐDDDDDG  DDD  ¤¬DF"DDD4  C¯¤§  "8¸^µ  lDF"õúõKþ[(tm)é/ïC"Ýu^¿×]‹Qa$1ÿÿÿÿ
ÿÿÿþ[$œÈI  (tm)å  ÙÛÙ·Ê  Øf›    ‡bñ¶v^íLB¬
v/'
ìu"'ELS³ThÎà-  Ø
7"(r)çj‰3³U`ƒ  Rï¸2(c)ûj  Ûøh<"þ  ¥Â  "(c)?Y  ]uª¯á</û
ÿI_
   ôOoõ  ÑeL9  ÿ_ü"%  &rçT-ÿë{ÍLdÃh  aÿüq,
ø=[¿ØÿûÐ6,oÿé  é!Zþ3/41/2ÒKm'úþ-1/2zß_éÍ  éÒoÿÔ&ý/ë1/2ý(tm)úöÿíôI)<JŠöõï{³Q  û$  UÄmœ
d3$  •    3¤¨  ÎD  "  ÷PŠ@‡D|ÈÁ20S  '§Í
   š  SŠ  ‡ÆN!¸
â

   EÙ  R"M¯ðG    æuÈ€'<áà(tm)Í`k  Ê  (tm)  €@Ê    ,ZDásíJ  ÕÌÂç
ê
   2†`oA  š†ž•ÿŠ    a      ñæÆ  ‡'O ý    §"íÂ!H Ð:â"
ÉÂ§iÔ]Ø è ôa  ÛA  ü {¬?Ý
ªÚ

ý/ÐA°v3/4  "îÅ¶'

èwJ  qh5}¤
j"  zÚlPA¶  öÓÛ ƒÛ¥
Ç"Ph-=×  TEŒZ%ÃâM?D°^±3´GtJj  °Ó¹+×ªh  åC  îù,È`rg%GÉszD1/2ÿ%  ôNoõqÉÐ-1/4ÖäLh
mþýö  £'1 ²¢´NaêE  øMÍOÁ
A6i
ÉÍÊ³ ƒwÊrh5(      Cù
D_a  £´  6hÞ  É    ¶  B¿¤  >ë‡ô...á  ä•àƒi?
µî  W  =
JGJMP"¤  _ÒoÕ¤žžƒµ‹_      é¹  "Õ7ÕÕ"ÐH?I?Ü&û¤  ïé7
a=^êÔý-R{ßÕõ  zÕtýU_Ân(r)"_3/4›§(r)é´ž¶ú¦ð¿ÿ_ïÚÿ¿Ó÷J›ë·N-Pž³I7ÓØú¸ïûO  ¿ZZWUÿv•÷OÕÃ
¤‡×  °§Þ°zë¦ÿ¶"Üv°úÔíÛzK  îëi=w]ý
×µ¿ï?÷[±OÕjëßjÿ(r)ëþÒtú"ï~¯I-þ¯ß^"3/4ÿï[õôŸ_Oõu}"ÛÕ_×}ía¯
m¥m:à¨ïþ"K°†\1
é9¬#û×
ÿ-˜eÃü(r)×#  3/4;†G    T1/2H•Õ(Õ°t1/2jãý/òJ  3/4µ1/4~ÿCd8  R@a  êC"-]q  %ÚÇ    ÿÐ¯Ýd  ‹
ê-ß"_íÚu•0cÕÛûOí(r)Áý8_ÕðÁ¿uo{uNž
O}Þûƒ  ÿ{Ó¥Ó°r
_mUir¡  A¯"Wí~¤‡¸¸?1/2  (tm)ýë`ÿé{íÚÂ  3/4N
   b1/2k†  1/2K  ˜  ÿö·Ë}ÝnÛ°
   Ýý>MÉH  jÿa  ?ê    ÿûã  ÿ15÷Ë  h<?ÐÔ°7}a·u¦]Uý÷ku~  ß&‹é{-  NïÈ¨ÿíX~Ò_#  °öë¿(r)žY
êõÕòœ^êÝÒt-]Wÿ¿Ð_-ý}÷K
ÿ¯¦ÿ
µíoþÓ}/ÛÚ-íÎ  ò
¯¨ëo*OÕ7*KT•¥ÿ(r)-÷õ6"oÓ_ÿì  ×ß!"¯ê길Î¯³(c)¤Û"'Ò¶ï¹ÐÞ¿Óîó"ÿNÕµ¯í=öÍŽ3/4  Iµ9~ÿ1/2Ÿyùn°§·:
"¿ó£°_µíVÓûÎ=m/[Iñš]í  õJé¥Úý"üw§û~  ßõvÂ÷wV¿ÿÿ¥*ý$Û¥éû±Äö)Ý{(r)Òí'vÒl%zíúõ•SëI3/4ôÂ
Þ  ZûjÚ_O¶"þÿjßi=ûÞ°Òm.œ%ë

%úoØ×S0í(r)  û

o¶1/2ÝØa&ÒÝµÁ{m/3/4

'îÒÒÿ{   .1/2ØUa'"¶  NØNÿƒ m=...,;¶E...þÅHHM"×`Öÿ†-¤¹  uiH¹c‹²ê¡¯Á"(tm)

á/Ã   0a'Ûõ 1/2,Ú"p-ƒ#"'q\p`-ì}'bª ,V×¤ ¨BbØ5Ø"÷†*6ÝÛ

†ÁÛ áŠcýƒIŠÛDL¬BâMÜ‰- 1]² tÅ-0¶ž *A...úÂa2   ¶Aoµ[é¦µd$ ×"

1/42

Öúb(c)wW|5"†(r)°ÂÃVÖÓ^-Xim...ûÁ   "éÐa$ú°¢´, 0ƒ C ì †ÓJ, kTÃ   +û

ÂÙ -Ã%¬ )CA

Â

^2bœhDGa ^f   (Å¡ am '"Ñ   eìT

€èE"!"á¡ Éîe8B'"'"'") ^^^^ñ   DGí¬ iuû[kDÜ(LSo'"   ê[ª ŒCÇÿÿÿÿÿÿÿÿ+ Ž

",Á±

†"²3^vjd

æCq   c0 ‡,¬)& §bÀ\iX‰ÇcLì¨Â 1/4ƒ

'

¨2wFfæ³Á¤Ü0 ý¶äVs*ðOU×û¦ë

£ÿ*ÿ

ƒé÷¿î CD$=omBþˆ`ðÁÝxzÖ NXm FA -È1°}ª¿@ ·ôßÞïø: 0È åìQ þ°-iß¦Õ ÷[uÝÞýÐmÿ]^[ö‹

> Þ-ëõõÿW"]1/2Õ¯Ó~žßþ•¯¿Þ3/4[(r)1/2°'W1/2ÿ¢cdA(tm)8rAÓ k3¹çŒ¡¹HD0K_-ïÛ-¥ûãšólötdƒ(

Éc›ÍŠk*l¤   -F

r4<Ó>GP¥ Á,

ÌøS¤a¨,!È5'F t

0D) ^s° ß¥ïïþ°w"Bþ 0õA"

Ê ¤ ¡pB -öl@@û 4- L'A ¨ ô

ª Ò

~1/23/4›1/2ö1/2×jª }û¦†ƒ°ƒô4Ô&žši¡

NÐqéÀ0œi¦›

ïý ª_ë î²"‡ñxWX‡'z‹Dxî.OÜ"†‹£Dy3h þ‰MÈ¸Ñ ‡" DvÝ öO}{}7Û¦ý÷'GüŸ37ü‹í ü-= ; -Ò

! ...w 7L‹Í m"

'"°

ð›d,a7A¨@Ü!,

Òoêß¿úû3/4- W'   ¬†ë"é<&ïv h'Û3ÐMôß×M ŸI´(c)'"ØA=/ ƒßt(r)Þ3/4ƒ¥ë*×-¦...ßôôî\

ûôÝ?M+Ðn "ëjÎ¹Î§(r)°¦ö°ûÓ3/4°wêûû3/4Âÿ¯ué ¯ÿëq Ò` [\ 3/4ûvÞ

Õ¿÷ý[1/2ý¯õ"‹1/2uÂñ±ëþµmë˜~o ¦ õ÷Ìèkûý{ûým ¿§¤Þî"ÿÕ¿u"1/4 °"

_TýõÕ~ïëëvÞÝÚêûíÁ",š‹ù °ÂÕ²Þ¨¶"

ÜGÐþ¬töq

•bÕ7}[Jêšö1/2×ÿáû{ûÂ²L ÿ¯ÿ B?Óû•

þ#È‹Ø°ú1/2°C÷J¯ÿ¨d9 /ý Dè.þÚ¥¢°Õ¯Uõ÷(r)Î GÝ÷k¶›}Õßò

ÿP×o_Øx.3/4¯Ó(r) ie¹B.ýß-]:¤BÚô¿÷°_zý_µØ7ÒÿÐ0ð¦ý~ó ¦ î...Õz~ ÙÒQ oÿÛ{þë"×} Äz

û5%orHï ¨ù >µB¿{îÑ2¯íVö‹"Û-×Ó󦦠ïõÀ•B^ÿÿ_ ïÛ!¿é6Kª"'Ý~ÝÝoÝ}Ò°íÝ [Ó ¥õ§÷š•3/4þ

ÚÕ¦¯ÃìêÛïÕ-uþ÷ö.¯¯¦(c)]mZ"úÿúú*J-6ƒks÷Ò3/4Ô¥z3/4"  {¯]¥n·ÛK-+

§çž¿3/4Þ}3/4×ú"ÿzwám+ûZa...†¯Ý Ý

kwñîá[ ok(r)¿Õ¯ª¯ßý"(c){[á¨m+a-°Á é/

k^×³LâÛK

•Ÿ í L _°·M¶Ú(r)Ú¶'Ú{¶"Ûj›ö'

&ÂV¶GÛJƒ   kiv a", ƒ#åÃõµïí1

XØk| /Ã[K´3/4 NPa&1/2ŽÅLp`"["°ØAŽ †

pÁv? ÄU3/4ï ÒkvAÞÅ o±²+ö=XØ=X-v S
Š¨"aB1/2ˆXbMÝ°3/4áSúÕ-a ÖÐud ÷² ñ\†!Û² ¶Òoµ " NÖ kÚá{]á"ž•ûÓ ç
T0]7°¯"ÖÂI...t¡"î<sup>a</sup> -<0Rà"
† ‰ Ä2ëB ˆ2@‡& 'ˆCƒC "Hf" ! u °Á
´ BëhF"\DDDDDDDDDb""¢""">¿ÒRÒ ]Æ'ë-Ò¨ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþv*•H(c)DØ£;
Ä'"p'(r)"Yü¯ƒ ‰d`E²¢
§c"S°â-(tm) ue]°°(c)õ-öÛýõUKµá
ëu¿Û-+¿Y?öõºýzªV‰ÉURmé6õñúIY w¨X_ +¿ ... ˜|.ß‹õÞºJõ]/Óë Z
°´7û^J(tm) xJFõ·Èã¹¤pvlŠAJLû' NÎ¬ØB';NdQeQöt"0dHò- óÌÁ Y±'ŒÏ³ÌèÁ é }H@2ˆ" &, 2E
†²)",Òlª
KŠCfÌž+ ]ij Ñ
sP `ˆ\d0M3Çd SX¤6 2DH tÎžC Ôœ\-f œj @Â
Ÿ87†]è0D,< =0˜Aš4 NÁ °A"á µªDC:´
= ... !
$$,á w h6í0ƒ´Þ 0 ðì
ÓAè? ¦p Ða ß´1/2 ...iéÝúvƒI "ë(r)é4 PA"...æÅ¶.õˆ"cu°œ^ƒŽÐoIñIè;]Pø´âù?r|Ñ ·TGn-"å ‹
bê VêƒW´¯Aò?r/y9äH!ñÉÎˆ³iÔœÜ-9 o"çèŒwòXû†²sËžOû²;\‰ÎK ‰oA: : hvÒ ':
A
÷#›ÇKôNm £DAèœÚ"ä Ç´ëxAøW 0 õ3/4"h n }&Ù% ] i |Œä1/2º º
¤-º- ƒÁ Ói6ëOOi=
-u ¦è<!§"Ã íÜ W"t×¶ÓëV•°Ÿ õ"wÂ
õ :Ó¯]õÓ¤Ý?¿Óª¤Ü'Òt tÿíÒA×ªÐ_XA¿wéáU:];t•S-é=pŸëé&Ý[á$ÿõÐ ñÅ-¶1/2"á]{úMë_ût o
Òú{Q¯ký[ v3/4¿Ûz§3/4Ÿ¯ þ¿Ö1/2"¦ÛZúßVé I´•ÅÚÅmþÛuý7Ö=w]_êß¥Þ-ÓZj-Ú¿ý{_
àþ(c)+"Õ¿ÛKíÿ]iÿëßè-úû| ûõÂ÷ÒÕ×w°°Ò¿ êÿ`ä(l--û]õõé áRdc_ôÛ]u°zyN' !túÿ}"éšj(r)-Å2 Ÿ}
wuÿ Bd-co 1/2

Ž
÷ûÚQf Áÿºï3/4îAÔ&² ?OLƒœuû~...ß þ÷°k¯ú"×†
ÿÿ ý{U' êAÂ+õÿ_A‡~h Z¶¡‡ïõí:_ÿ°uþöþþÃ
?¯_N(c)úÝ¬-† ·ÿzï¬ nº W\0ïý?O^õ] mïëJªŸ " Q3
e"¿.ejCAúÚßÉ"!s± íµúï
[´D "mA´J
Ôë¶3/4NÎ]òj;º†ˆˆE¥ÝïÿÈƒ"Ckª¿Å˜ŸéëZDtä`ZÿT1/2þD ¿,?ODXl!i?_h}ªõt ÞÚõ§}ü6 ëuïßémÓ¢ôå
@ïõ{ÿí¯I/ô "ÿûÒ·ßV }êÿ ÿ·Ñ"ÿþÿÖõpý_Öÿ÷Öë]Óo¿ ûÚKýÎ¦ú¤(r)1/2úùë)ßš›Ó

ý ] jÚÕ[ó¡Ö¡¿-*ÿùæûJ¸~Ò* lê Ý~un• ]¯ÝÑÇûn(r)Ÿûû··Wýþ¯
îú~Ÿü¡úÞ-{ 1/2{k× "¦¿_o µwt"][Ó]7VÂëÝ}§ ¥ûki'_iGj"ôõ^Òÿûú1/4+îßª kzkV'-¯¥}"¯_kû
n- Ók[ÝZö÷VúN1/2ðÖû
$Nÿý´"íSêÕÒ×m*ÛK1/2öô˜jÚÃC
ÿM¥ü0Iƒ a-0Ò1/2 8 I´3/4þš`Ò´öÖÒû ú¯Á-í,öá† `×}†3/4ÃWa¤¯
'b¡"ƒiÆ¿Åÿ Ä&)â"m ƒ "õö8øa& ZÛ_"øb¿bMßÒ û |SL~Å[LBbXù
?3/4Ù á--"Úa1W¿"°(tm)
;Ø¦*û u[^µZ¿pÓ_°"
+^Ò† L-...~¸kïa Xak°˜_uÕ öší
[B àÁn!"Õ
0˜_°"ØNÂí"á' hCT;BÂúhD20€ -Z L L!Ä|2Ä
Áq rV É Aœb Á .ÄX! ÄDDDD_¡ eÐ- ˆˆ ZT5,¨*×V¶1/4+jô²n K
7E^

ãm("L-ZÐa6'ÙÙU, ‚^¨ÿÿÿÿÿÿÿÿÿü7ÈÈ×+ ælš2*ÎÖÅ2ƒ â-"HªfELïB"a¦(tm)ÚÃ #LŽ
Â}á.ûLî‡, 7ÚÏ¶7K" ¢Qþ3/4-
íõ×Ð_¥ûêûóI íû' Ö÷ #^" ‹ë |°/¥ÿB(c) ÿ1/2j¿kßïÖÓ ¿Êú
ƒÊ›* të¹VyPÊJíq,‰ ¶TYVìì¶"¦¿2 Ž
ø¤0rx"%D%@ÌD1Hm ÙA ¤2L!Ò831J3... •#äh3PÊ^œB?ôt"&4ÏŸfÏ5¯DJÈšž Ç!æB†h#,à"ÀÎ¡
b3/4lE( ‹gŽÌ Ž†S‡§Ùö "0AÔMhé RdùÐú" M5 0 §"-¨0 è- h4Ð< 2vuh0ƒ A"3 `þÁ
þî- @Ö,ôôÓ 4 iØ@Ð{_a ¡‡é"ò@$4
Oñï¦Ýª
-›IÅ§h<'úvƒíý ‡ZüXAÆœTE¦ âÚM
ëPƒfO<1/4&ê¿âÑ¸)"v^ñ¢}D¯ò]P^ýÇ ¦ÝDhŠî.E ú{Öü‰ÎK²
KÝ"Ù ÔKƒDQÝ¦^í-t÷%ý ŽÑ)í;÷(r)È¶B~ j - nƒE
Fz ;p›'p"ì‹í¤¸=Y ÈO¢syœ×¢^Ñ9îÞê› & !í 7$t M àŒÇ#£j :%ÿ3z'6,o,
§y, /‰Ïo"
MÕ¤ÐÛ]Z ž "Ý6ðƒ°Á0(r)›ÓßÓté:êÂñžM °¦°n Âí&á
ÿI°ú^~ :;ßNÕé'[...I{Iz¤þÞ×Oi7~ÓI=^ §§§tžëzt´Ú} ¨ì÷"Æ¡?ôé^"ÚÖ(c)3/4šÇÿô ÓûU1/2=Zîô]ÖÖ
ÝúM¯¶¨Ö"°oý%]°_øïY÷{¯=o^ýÿkÿÜ]'oètÕuöž"ö1/2÷Iÿtžö-kúz ú·zê _ÿZ
(r)4Ð5*3þ÷þ3/43/4-þ÷tým"ZUz·NÚ{;[ÿoW~" úéÿ ÿõÐ{Zj/^"þšÎ¡ü ðµ"á*Èùp}{ém3/4ëÕÕd‡,r" ^
µÖ L"àŽé7û±×ÿÿúfa$9 0(r) ×¯ Û" õ ; ² :q ßÚuõ_ mB }n1/2'n3/4#K×õ_ Bwÿ ƒ÷
*Á¦Œ Ýµ×÷I...òþb1/2\Ð þ1/2-÷_ÿOWwÿÿû~ 5ÿêø`ÿ×vÿBY
1i ×ÓÂ!6Ú Þž' {ûoVëÿ÷ûê¯ÿ-t1/2Úµò
î¸`ë÷Ô mî "Áuë{ûòdn' ùÎOh<?1ŠKÿö-òÔ õjÿÛ¯-"ß§1/4µ

ÿùbNµDSôBÛ}¿¯×T°rÈßú&ÿ°Û ë N3/4ÿ¿ÿ÷W°ß# ¿×r,5Þ
Ý ›ëûÿö-°[þ´(c)R¿ÿú_-ÿ¯¤ßûk"]1/2[¯Z ƒµ0ëƒúÒè/õõõõ´´3/4ßÕÛ
Ôßÿëÿþ(c)ÝßÿÚÝ°³W}í3/4Ã:¿ ¯[´ß饿{ZIŠÒ¯õ Mÿ\èw^ú·ÿ¦Ú_¿CÿTíoµ¤û@ÿõ U ìãï"øgC6ÿúT·Û
¨×Þ"¯ÿ"}o¬5ï¬¶ê?úÒÕÓëõÿ"Jé{KWÛí Öÿ%õ°ÿWzŽ=ÿþ3/4ªÅTÕÿ~¿_1/2"û_Ýû§ì.ö-"ö¿1/2"¯ÿ1/2µµ
~ø öž"UÚýû
øXa[ªÓ]†(r)¯
-°¦÷°ÒWÕvÂÃ
Ã_†"ì|0-ê-Ói}ZV¬ *|4›_vÂô›OØ_(r)Çì>6
%{
ØW† zl0´áª¦%ò& 3Ì ö¬>?† H \1_ìl3 :_5l,[eÖØY ëøÖÂßÇgß~C
×bwa î¯þ$ ìWT...\SW{"Äo± ŽC úŠbž"3/4é |1L\†
±LVžÈaÚÃ êã0ÿzì+Öœ0¸K†-X%"-¦õÚu¿[
H#Ø^ò c Â[akt &C"mU... aw´Öë
Õ%‰´ûûûðÁ
Á ÓV8a (r) àÂê¤à-¨[‚a]°§Ô& ƒ ?L a>
Ð°0L& ƒBÂ
* Z"
`(r)¯@Â ... † ÔÐDDDq "."ÐÐ0] ƒ6¨Ð< q` , Ä B ^^^^^^^¨DDE"N"4 A¯Gâ8Ž"."+^^^^
<*P×-¯õ(r)°ôô-[
""ÉhMqY4 kjÔÐ3/40Á|.*ÐÇegk- ÿÿÿÿÿÿÿÿ•Ê 2,ŽÀÍ-3ÂÕïS*$,¢wWõR³¯~•$1/41/2-÷ÉJúßDè¿ T
ø?[× ?µ¨(r)¨È_;Ö(tm) 3b'#ff &t Ö!O è )Õ$È .^Xò5h2V<<2 %Ff)¬ L" åÚ ¢....À{OM " ¨¯4
8L Ða j
E rŒð¡;$Âš Y Ð^`{' Ã(tm)...) @á"AÏ]4 [ ã ¸L&ž è0A¸AÃ
¡H= >Ÿ‡ªab XAÇ'ÿò\ù+
G

= GÆš§ĀT  "  {ôœZ§!_r8r ü&ä(r),lÒA  Đ ò~ôNŽB['"Éf.O¨ ¨† ' D³"è^;‰väç'Ï"û@ƒp‡3/44Ý
ž›ĺún  6,'=
È¿H: æŒ          ]6"L  ,
,mÛa:O
]$þÝ6•ôÝtúOOMÓ~,n·ý Ý5î""pƒú·"¤žÆš  §]?...ii?×êîõÓZíuKmwK"þÅUÞšÚ¯ éëuÃĐ¿ôÝn
~Õ×÷}ýÿ-&ÇÇ§õ1/2Ò1/2U´¿¬ ë _ßeÑÁ
  n-kþíû"¿¯øZþÓú¯ñ   ...Ó¿e8"FÂþè - V\1ù¨/ú ý×öAè  ëÉ Œ¯
zÿÇ¯¦_Ù8/ßßwVŶØa‡÷ál/¿~žêêõ...ÛîZ"¦¯,
†_"A"CÇÒä09ÃÞûÝWz!oûRs*"}þ¯~ƉFÝz"{Ñ ïÞÌ"É"Ú³ÌSŌ  ï¡!ƒõ(c)  3X°ÿ&G-Gÿé¯ ýå‡´´¡ÝwU
Ü6
úú
z×uïÛ!°Vê÷Ô^÷zþï¶ï=Öÿý ¿:°õíúõÿk1/4ê}¶Ò[£ 6ïuúô·¿"ï:ž¿ï¶t Ò÷Õý=m?_ß°__U§^°om¯bµþý{m
o¤ö-ÃJÒÒvÂ¿  §1/4=µ´í&×Þéß×þÔÉ
†"
%°Á[IµXi~ l%-...a"(c)Ûí/¦×^Â}tÃKñJÇÅG  ±[Ã
Ø'áƒ Š3/4ÂL0-Ó  _†\ ›" ôô¶          --6$Çñ$ÿ ¥IŠŠ'/l ±# ¯† Ù %
,0M5°"ØWµw²  a;´Âîà"ÚAō"KÔr#ÈÌ0L,éT& ´¸¿
!
% A"ü
Õì& hF" !ø¯^^^f  ^3ƒB"Á 0Bâ$$"""#¡      úîÔ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿäÙK ÿÿÿÿæJªvJ˜è1/
4q ašo; 2´Î äÀ...¹4NgdÙ.É°" ÙÚ ÎëÎÂœìj3 ŠLìq(c)°Î@Â d²g(tm)ÙÃ ó#6- ÃA(c):!
•6ê1/2" zùXD n-3ŠÝX'Dš'u× ðkë~;] IwÝz{=
(r)3/4Û"ð HžÆ(r) Ú¹9ð3/4ø_R:!o öGdê/V  .<_ý/  _J  Úm!¬:M¶õM?_T>ô×1/2*¤Ögûpž3/4Óÿ
úÿáÙögûî¯éýjÿÿ÷ü*Iëk-}µþëY'¿*¿&j¿ÉGìØÊsÞ1/2¶Ö
r:²¦D _! PÍÙ ^°õ620Kƒ: $3 B  $
(  "'jd S¢>Íby
qJ´Á¯O ËæÙ°äç¦l^†j ´FÊÊƒÞõÓá  ...Iµ_ñ 5 C k!4!È-È1/4
<Ùà^$Ä^r=
pÍ  7m , $Þ¯"  °AÚ " L
@|C  C0 q Þ ‡.Cô d0KA*-} y      œ‰oqë    ,Z
}ôé
=0ƒ-6•ôð øAÇ  è8ÂiéÇIè4;N"OK@í‹ >Đðƒß ‰¨</íÝ°¿õN;   Ž÷-é=8ÓY
;Z·W'Ïd¯ ãµN- Û'1¢(áÅ¢7kr-:|Zè_ iÇ§'Î . öï¢_Dæá¢SðFcÓ
ª'6´I-,; Dn D§'ý ›DW? pƒÈ±"ö, E
›äÍ'3
A
-G!] DæfÚ3¤çœrg"u ç"vO°#¿ }Vž o×ûTƒÓr?›'âH5µé ÌÞ‹F@ n ÂxM(tm)Âðƒl!H7¿·$}UÞt›¦Òx
m'ÖÐM‹°›A
,m ú 4
³´Kß§ai
Û°a(r)°tžƒÓt;v(c)Õ=4 aÐH>õpÝTŸ-/Ik¥xO1/2^ ...Ó¿÷-ÓíZOĐo'Í ƒ{_áv° ÒMÓp°m¤- Ö1/2iê›ß
-ý]u¿MSk]]S1/2{Ó{ôÓ×O1/2?TôýÿJí°o{ïê3/4úH_î•îÿ(r)-¨ÿêDn†ÿ ¦(c)µ´ž1/2 ±]ÅZÿIÖŽ ô1/2ÿÒÚ]
Ûµ}ªmý7û-}- _×¶Â]m¥-ßÿ^ú÷ÿ"ÿþÖ¯ÿôÿû}Wµí0¹V.ý ÓÕ3/4ÿfa/†G )'RrœH^E o-Ý5ôÍ ßdQ¯¯¯
ôÕ·WýV/nµÚnšŽ¸ò ¦Ö¿†x+yàöüuÇÁ´ Œ† ¨ä
  -j,·â×äï9¢pÝ¨_Ûÿ¶¶ßÞ÷°1/2Ýßx-ÿ ¡||}ýÿ]ƒ†ð]1/4"  -"ÿ÷ö
U0_ß1/2_Ž"ÿz_O wõøD õê]úuÿþ 4BfÑ
ŸH"  ÿ×ÿ×v-î
¿õÝ  -y1}úë ý  r:1/4›"

Ý[¯-ú¿(c)5-d  m  Ï¢‚õjˆ"}ï¥‚Ÿ˜ÆÒ
ë"CÝ  ö"ïÿµOïÕÕ"CÕ‡'Gm3/4ÿ˜>(tm)GK"ûy          -  !mè(tm)
wíˆßë#  uÉÿëü˜æ  (c)‚ÿ-u  êÿA}{÷õ3/4ß  àÚ
øW{U3/4"TÚ¯öB  z
u×"¯ "#ÿûmw1/2"¶Û÷á/é{¿Ú¥>ùÕð  ÿu¯ÛísZwlÕ~þ¨%Ïïë¿"ûùÕëëKi:(c)ÕþÎ§÷wö'IÝçFëïçSû¯"°]Wµ_
þû  =tûl7Úwí  m_Úöþ"¥3/4  µÒoý/ª|+]¬è{ÝÞ•×1/2÷Ý  Å  Úé>1/2÷éïz["÷zúgSëûuÇúM¤ÃNÕø  -ï
ový_i^Úü0-(r)Ÿ(r)úûz-¥"ïWÝ/Þ"k^þÝw#  øawû6  mm[ý¯"
ûa-(k¶"}¤¯Jû]‡Ã
¶  vÔû


&ÕÖ  WM¶¶"a_m{
"ÚÔuøi}ñLBc†  ø`-
ˆîÃ
1/2¥þÒdWÁ"ƒkpl  (r)Ò  @Ázƒ6  ö6*
%ì  %Ü`ÂO3/4  xav  ¿N•ú
WýVÇì|I  î¨...ìVÈ  cŠb  ‰  ±Ó  È<<1$ïØ"}r
ô¯cþ9  û  Çzl{  ‰>ƒ      Mv°øL  ÈxL'ÚÃ    ýÛî5±
  (r)áW†  ÂkëÐ(r)ð×-ÂjÝ...ûZí:{!Ýì‚?ÕŠ§ÛW°-[D  0ƒ
a.  IÕwì-amSHœ    Nì¤5
¬‰þƒ      ×
!Ã  0J¦...áÃ          ¿jé¦  monÔDDD0B#+pQ‚  -Nµ0C]  2xƒ
ƒ  -B"BaÃ  D‰B""8‹  DD¨N""  É  !  !      pÁ
ª†  Dq        DDDDG      `"éô'  "uf-õP•µ2  Á"n-&)  ÓO
.  ‚...
"3¨Eÿÿÿÿÿÿÿÿü(r)aL-ŒØf        H  o#ƒ
j'tv#(tm)      ð`  ""Îÿ€Ã=¨a  ÑØ  _´û
(r)úa¢$5§  šé4Q$6E    eò&À1/2z  ÒlC\1/2‰í×M
ŸëôÇ°ÚM1/2þXõë¶¯"ôßßKYS°;-ëúíãšÙ‚0ïœ)ðK)3£<˜ˆMH'!Žúßéz~  }°a<"  ×  W-éßŠôïø¸Ó°~·kÿ²5n
¹


5ïïO¯è  &-z"Í¢s¢s  K[Ky#úµ  o5´ôø}ß"Ý  îÿÓÐz3/4ÿ×}}RÿZýkKïK¯±}¿ÿ  ¶ú(r)Ýÿ
õþ".ûô¿ðïKIÿàôi  o"1/4,húë§ƒÿï]*ì§Ûû íq1/2×µW  ßê  4·ÿÃ  wôýîô
ÿê(c)0û×kÚÚ"f  Ÿ^íæ°Ÿ_jŽ¿R\ýwöÈ  ûý5¿ß{ÛûÔ?  Ým}s?¯Õo  ô¿AZ[¶
"Þ3/4ïgšøÿI†  ý[ûûûI_¿L5Ö  Úü0°Ú°Ÿ~¿ˆ[Ç
%"¨Ç´ÄV  _¿Ðkä  -Ç  Øcb¿ë  ¯kiÝ  wwÈw×ÒN  ƒZl-...jÂéZêø^‰  Æ  ‚

  ƒ  1      ÿÿÿÿÿÿÿÿüh§ÿÿÿÿÿÿÿÿÌ-"°"o&ú
È)(tm)'d"-ï;,DŠv¨)X  +@\-d§v¬
•Ñ...û;  ÂdM•<  !±"L&  u~DÚ'Ó%Ã#  5
sú  ä_MV(c)§m~˜a    i¨]õõëÒ
:_ÒA¦  ¦KúÞÕªÃ¬Ÿ4GG
öL¦;4E  Ã´  1/4/_"9¤  (c):A‡/w""%Ž  Í¢^ë-!ñúéÁ´  ¿¿Dî  pžmŽ1/2·èu§]
_UAjÚN¿I-ÐÐIt(r)1/2×éíý¶ß¯¢(í¿mÿ"Hìn-úoé¨"0
t  LÁ  ñ³"Â›Š¹Hc:3  F¢C"¨¡(c)Aœ3V¤  R4g(tm),'È.yÑ-_Ð_Öu  e[03  [:'!  -FÄS†t0¨ì-KA
‚à...Ö-°¿ä¬)¯eš  ÓPƒ>  '(tm)´ðD  ôÈÊ¿A
Òhû  BjD³(‚  Ê  Ó  B‹Á  É  É  öl!ðCŒÈÀeê°°Ùæƒõ¨è    øAá  i4-  =:]zµ¬ô  w  a
.        Å=á

(r)  3/4
U4  ñ"  §a  ž  ×°"ÒX3/4=
;ôØ‡  ÷  Ö=ýá:AÓ  k3/4  ú äë‹C‹O-bôþúé[ *¶1/4*oZ
?Ñ  Üƒ  ¤µ(r)1/4Ù᷒%
A.r(D^íÉ{Õd~äp-jOÐ(c)v•¢S  Écd~ôEÏ  ;-F^(|i  äK§#>Oò]ÒY9¹  (‹käÎ§þªýâ
    ¤ž´ n ´ ´  [1/4´¡}Rm'ÂÒäYÑ/r/éþHá
¦ø ~DèÕ  ²^{
(r)  nËÄp  RA´  {ä  Ð
ð  ¶...únLúJÒ¿A¥  OT"tÿ¤ívÕ:  t¸O  <&êþªéýxOÿÚúx‹(r)ª›}ôØ]zJ¶´´¿}=ôßTõú-ö"¹µ¥µjôé6÷ïMé7Ó
    õ  †
û]wëN°_×"µá'W}dxë-  __  pj(c)åŽÝ¿...ýoÖ"äÿn×o÷_Wn°zî°zo\i]~¿x@äÿ  MÓë  ý=WZ_ý.ýwÝ  ÿ¿Ñ:
}&-(r)6þ¿ý[Ý%"¿Ò3/4Ð¶3/4-ß
    ¯ñ]={ÿiC¯ô1/2W-7ûRjý}¥2¶'"ï"á)3/4µ×¦  ¸ê  'Á  LÄG  ÷¢PëkÿßêÿûO
3/4F      Nûêm'éûêr0OäëÒ²@cét  ß  "€ÇÔGõ(c)@1‡"öû¯ÿß1/2  r  g@KÿßTßÿß      Ûý;ÛÂ"k
KKÜ"  /3/4÷î°"ëÕÿÞ¿õ°7"7"  é~ÿj¿á3/41/4  Ö÷õÃ¿"  ¹  Kï×ë¯ûp°%ûwWöN¿öÝ¿o†×Â
    *úþôëä{1/2  ð°äßþ1/2  Ÿ[Ø´4¿ð°%×fªå"í¦‰7ë  ÿÿû¦-d`_Ñ      ÿÿÿ  íý¯"DY¶ú(tm)'*äÑ}*
^Òè‹Ké}^Ýh(tm)  ééK¦ÿþ°ú*
üš:ýÿµ¤-ÿÕ
û3/4ª´  3/4š_{Á~þïÒõÕKëÿL?ÿ¿ÕA¶ý  ïõÿXjõ~Þ  [¥O÷}}ò    *zÔóX_Ù"[µ[t'Þ÷Iw_÷_÷÷ÒÿOûÿÓÝë
÷¿}¦uzþ"°D^    ö÷Kþƒo³¿¡"o¯Æ  S{þýíSìœ ô3/4"kÓ¯·Úûÿ×-ÚßJ¯ñZ ê4´¿u[i5}tÝŠ-=:÷ï×W§þ¡¥ª  ïý
B°Òï3/4×I¯ô-õ÷ÐM¥tÝzì5ôÔ°(c)...uKØÛ_o(r)ÿa-...ìì÷k¶¿¿  a¤NØa-uím}´-xka{Ò3/4Õ´-^í+ÛXk
*ØOÒ†  äõØa~  PÕ8k
Òí{Óÿ±JÅ}^  5°M£¦ì0"4ž  V  'ÖPá¯
ØJÂÜØ^Dà¨"°¨"  ±-
`ÂOßí0A[ÅG°ˆ•ÇÚëÈ(tm)ïí<+î¶8ÿcCã‰!û ...Ç  Å1~Å=1L‡¦ƒÅd  {1/21K3/41/4Cé(c)
=¨(r)¶&w3/4û ã(5¯{!]²  ~û    "¬ƒ1/2...iÕÕ0ƒMH.ýØKtÓ°tÕ§"J°÷Ã!cÜAôÚë¯û Ö¿al/ýª
(n"
[...°-,wtôÚí"  1/4;T¡"
-"Ó°¶¨C  àÐ(r)×¨˜˜[A(r)\  ÖÕÞ×§    d"!HE,    5X'3H4  Â    *-  -
'þ¯q  ÉïË  ^‰
    ˆ^^^ô"
åD"âÂ  Le!  ¦  DDG
            QÄF±    (r)ª[,¿_KÖ']mªý$-ý%äØ¬y_  l0I†µÁ$(c)(á-  }


)Ì‰UÝ"ÒkAB  Â"1  ÿÿÿÿÿÊ×ÿ-`H²
9nhÊ(tm)(c)Ì·5ez";Ugq-D  Ï¢9'Àƒ^Á
ÚÁ•ÉVv    -ó²-P‡FÁ¢C`0~Ê¯ÈZ2Ÿ°ê  P¯ü4õ¤¡iBÒª  "§Ú  ëZÿ[  ª×h‹ýÖ᷒Ÿ᷒OÝ1/2}ìÔ.²õa
ûßþ3/41/2¥-Ãt  ÿÜûõ3/4  ;O
ûÿ_t÷îÍí.Õ᷒F#†EH"ÈPÜêD1/4""ìŠŠEQ+¿Ê^@¢  ÉAjy  ŠÉãfHd¨fÓšâZf,'
œÑÞÔÕ°"  C00A,"TFœ3Pª  0°ŽÈÀ@@Å  U°˜³"ÕCÑ-ÌÃ'  Ñšg2  HH    ¶Í^Á                2
)N2†ƒ4  ¬  †  ƒ  Å  °  €d%  |Á  )Å¦š  Ì4E(tm)-¥À0Ý›  §  ô-vö°  Ða
7A...¬  4ü a  †  h=B      ;  "ú¨@Å  ¥  0@Ý0@Ðh¦  a  ¨h0  ¿¨w§è  Aÿ°Õ
8Ó    Úhi¦z§  ú  z
Óø´  a4  h5
Qvƒô-1/4RlEñ  öÿvû#ðôKÝ§%  d¸9  ¥'aÉsi4K  È±øø¿mZ'þ'r~ä|ù
=  ¬ã"šD±"ÙPbéÐr
:K"O¥×ÒÓÈ´        ¯N"N

Éõ  è  9  Ð
m        å  ¯pƒš4LïôN  ³7R/dé'P  m  öÉ  "Ú  7  Ù.ät¢tÉÑ‹R4  -NŒrNDh':"øOÈæÑ)3/4ëo"Ól$ž›"Ú
¶,  M¤Ûtém
OWTôÈèžG?Â
ÓuZ  =Sµ¯°-&Õö(c)´›Ii&Ø[í‹'íuúŐµz¥Óî"ÓôÝ=Sý¯|$žŸÒÒOz]n(c)´á5ûÐv  tƒÂ{wI1/2"ÕÒooëûín""
u×M×˜ëMâõÿõ1/24ÿÂn3/4  Ç-ž¯  ªµwé§ª§k§Þ-¿¤ßí  "ì}  N;¯j=xÝ6"ãã¸êéÞ÷-ÿ_zÿkZúú×ÿ]Z  Ý;ßõ
éí¯ê°úoÔuÙ  °ÝÔÞ  ý"_ïéí"ÛKoÿôÕ"        dpc¸¥ÿ#A)VDO"  ü  ÿÈÁr*  ¶'

"èpý
L  íþûïéÿõ  ÿnã  "¯¬¤
ØÙ
!  íÈÀõº^t  ÈÐ/ÿÈ.pßtä  ?qôµý¯Ç¿§ýßÕ  ÿü  M‡@´ø-ÿà¸_\0Ø  ¸˜ïuÿJºþûú¯ªûëü†w_ö        A¶Â
   o¿þ  D  þø80õá    kû÷}1/2ÿÿ÷NB  "IÙ  ç¯Ê7,#ÿ"?ÈBmPʹIl"  ^-"BåÀª?ú5Š
"¬ˆGïÈ
'~ÿÿHG(jß1/2|  û"Ý"?ÿºD'åŠ1/2  #ú$...ÖÿÈèT     'æS  ¶èª
ÿw_ÿMÌUû]o§ÿ9Óþ  ÿájä¤ø_õwzé"Ãô¨u]í‡ël-úé¿ÿº¿-ô°[    s""Î(r)×ô•1/2ßÿë¯þ3/4žàÿpßùª
ÕC:-k_ÝW_u¶µwßß1/2µlèzoÚþÚýÝÒ›n¿  _õzíî3/4§  ›"ý3Ÿëo¶  þê  ÝêÙÕúÿS~×t¯û-oÿ(r)ým}  Ò¿
]k]n·Þ"ÿ1/2éûJÒ¿]þ3/4ÿî¬$Ú[KMm(ki]Z°×µ×‡_¯j(c)_ÿÕ¯êÚ̶-ÿ¶•§ö¿ûkÿïk±Ux[
a"°Òn    ÃXaCi}°Ò°""kn  ÂnÃ
éÖ¶  mmv  J  áo"    iC"I†•û
'ÿV×í²8  ÚX¥b£†¬S
'  Ç"q  ø28&Ã        2-"ƒ  Ší}3/4
$á>D}""Ø"ÅH(tm)Ø0¬  È-Ø¦
   '  v  Uù    ¶-ÿ  Åa;L&!4ÆÂ{b¯_±QL    nä  ÚÅõ
ÅFíI=ŠÃ  (c)§Ob    šÚcýŠþ"âºúk-Ô°ši"ÈX†(tm)
íÚjíØ]oì†  wk
Aw"
ál  ÓVÕ´ÕíBoØ_-á§þ  W

   A  Á4  `¯Tá,
   "  4ì'kn  êÇ-Ó
ö  †1/2,"ø°¯M  21‰¯¨±  ö•&Ö¨  aTDD0B
!      Á  ^ƒ  .
°€..C  6á-  (0A,      A,  É),
!  ("DDX!    È  Q    `¸^^^^^^^^^^^^ûú"Áª¸×qÿÿÿÿÿÿÿÿüÈ(c)      œ  ²•(tm)  23"Lì¤É6}'£25Œ´
   B  ...#(tm)7£%âfeA(tm)žft    -Vx
a  ¦Ý  B`ÇäØaêþÿíþž  Ãªwßë·úý
§M  ¡sþ1/2ú¦ÿZ"¿  "çDŽê•k÷íÝn´  #GP@Ý
ß  ¨i_zoJ¥C¡í  n  oÆÿ"ùnÿ¤  _OA__ßW¥ÿûz¿  ô1/2}þ¤É~-  8•(r)¯¦oBE.Ha4äMÐ  !2¢{
1/2Ãz¿-w  c"    Câ8eW'aJ  ÁO  '  ‹  Å#q@¤@Õ"kd  """  Û!ž  x³
 a  @ÉX    :^  ‡¸!0  ¤lCXB†    C(  SŽ³c'3"1/2~ô1/4&  a;U¬ðƒAè<  3F¯A"
""  e
      7D#séíƒ        ¦  i"
=4Ó  ¯  "    §  a;M  t1/2þý1/4  i¡"¥÷i¬^›i  Ó  ƒOT0ƒ"Ò-¦  a;
Å"    lCt    Å*_  (r)š¦šèƒp  D¹ÄZnƒÝ  ÃAðÑ  ñéþE¡t¢;h•‡'7rXÂ"Žä|Ø"‡"[¹
=d²  ¯µ^  }  Ý  óD§"›l¨ŒõÞ¶ÐA¶ÉÂ  ò,ÚçSºH  6‰o}4K¨¯ÃN9Ñ  ¿(tm)ì  AÐAÒtN¯MÁ  h  r>  <
Ûœè:=  m  ì  î°w}é?êÒ  U-¤"Â
+h7ÕÞ"h&é  ÚO$u  @ßÓú´ƒuÓ¤    ûÂiÒm  -  Ô7  <Û  û-÷íÓuþ×Ó¥µ[¥zTôI¸MÕ

"ÿßë"õ1/2=ºoka>ô<sup>a</sup>,  þ3/4µ{§ÐN"Izë¯m5Õ"Aû(r)3/4Ÿ~¿ÿøa$øý?Iuþ¤t"O3/4¯MÚï zß3/4"éê"
4¿z}m°VûÉ1/26¿°-õ]!êê¥  ‡ú1/2Á¦µúë÷¯÷oKÒ°V3/4-]Õ"ÿZÒ-'õÚ°^ž¿ïM°cuTßÓXûôõôßýw]íáo¥ Èá
ÔÀ0û^í[}žDp*ïëṍýõLà$...X_Ò^°¿" "G    °ÿíÜ... ãõÔ  ƒÿ±$ê+×ÿõ# Xÿ3/4    ÿülƒ,?[  îÒ  w
b?ÛÿizB?·  °  ,!ÄUÝoê1/2Ò(r)Èâ"éqõÿØd  ÷ý÷(
j"_Ú_ûmþø\Ö  XkÓÿÿi-1/4]é]¿þ¿‡
ÿÒz¿ëÖ?  Ki_U¢-ÿ´ó  ÚéíwrvUdAË    n'Z_Ûù896    Ð·ú
'WÙ"{ý¯-nííftFwõú"_{iB  bÝ2ŽÛ{3p  ×^Â  49  ?Ó¿è':1/2  Ý.þî<sup>a</sup>1/2ÙÒ›EÈ°Uœgot°Ór¯¿ëI  ëþt¬-
î·÷÷¯ª
÷[ûWKî-ûw§O1/4-‡ÍrVuU÷þÚ]ß'Óýþ´ûNÊ´éw  :=-ëé-{3/4¿úWc§ý}  ×¤  ÿí{Î‡
øgWïý×wzÎ†  é]- Þê¨üè  {ÿ  (r)¶¯ë¶·Þý$ýfïP×[ÕµÎ§†"ÿ÷_Õï·ë  þþë¥i}¤¯ßÐoÿÒÖm/[
ö±_{"{a'µm+aUvÕµm{uµ´•Ö×_ÛJûØþÔÝ'íl%¯ôÚÂ_jé;IØiCV  --öÚÚV
-Õë[SÈ  ØXtÝ6  ÷´1/2õmmuìÀ>Á,
~ä  cJ×
¥\0"
%÷
    ÛJ¯a&ÂL‰Á0Òa"ªD|5Ã6  Þ
Ž0Á"¢  4ÖÁ(a(4¯XiXUø0•¬4ª>5×Ù  {  Pf  ö"  ÂzÂlnÂ1LS    1[  `ÂØ"ë±QNìlTPb¿  '¿1/2Š
qO¨amÓtÄ,1%-3/4š÷-...ÓL  SJ
ø"I3/4á"ÂÙ
;ì!•xQ$ÿÚ  AõîÂv-í"  U~"
i  Âi  Âam;
    *,L  &  ...°°Â
0"å°ì¿ØA"-á5á,M-(c)
9œ Â         ,    3/4UäˆÜ‡,PÉ(ƒ
  ( Â Zxá...    DDEá  2  '+L  á,aPŽ
              -...Î'  ^^^^^^^^â#B""*jQq    ÄDDDEDZñïV¥x  _ô"...T¡-'2YÒrh  †-Xö£<ÒÓ
×†  :  Ez"  Dcÿÿÿÿÿÿÿÿÿä¤¤íÇ³³Ve[ Ù][(tm)
ìÊ;  gÙØ"w  ;(Ì‡zpóµƒ  2JæB  ‹-B  Ó9  A  Ûés!?  Â
•u7  Pƒýþõ̂É<§i5éRA
]oµ(r)  ¢/Ñ  fëÑ)úN÷
-ÿþ´  -°ïkDS¶ƒ-xûþ,A¿¡W^  7  oo"Môš×-"A:J-°õê  ×-ª"í(~  ÿ},êÊDB  [Ý^¬ìl³£"¤Ê>sƒ#
Š  J  56)  2VŽŒ  4Éaºed¿°^aÊ
      "4P,"N  ‡  Ds#•QÁ
b  Ù  LÄ!(tm)ìù  `È$Fì`žÕÈb  ca
    a˜=  !Î¡ÈÈ  ÔB
    0^]Hr
~ƒ      h-    ;6 "  äTáå89 Á  J    Ë  A  $OHPn  Ðz
    ‹à&  Œ é    gPL    E5Z,  z
4ñ¤î-0ƒ    A¤‡  ƒ~,xAàƒCp@ÓT  ¨(AáMaÍ  tøzo  â    Ò  tÂz
),  S°š(r)ƒÛ  ‹    éü0Ÿi
ûÐìè4âD5ÒPƒò    d°¨  ÚK¢(ï^-=<i  `8êKž˜á!GZ³ÈKÈþ‰{'ŽÝ    þKö¨^¹Ž£ÉDv¥93åÍÚr,='OÓr/Év
    ôYØe9æ*E    äh'6Ü"†^‚Í"y  ç"‹àƒÈ1/4Ù3Ð@¨ï  Nb
oÕ  m  p›@‰Í4    Û_-  Ù¤‰QÁ  ÅÂ#ðð̀õ/´G
ÐIÈ°Í°t¿ÙGX+H<$  m(  Ü  k´ƒl  I7AÆ"Ò
"éôôß¤õOZAíé"ýj  á:VÕp  °  ...*ä  I=i%é<&·"ßNðž›ê  ÷MÂÂ̂KªV•"-tÿ[{  Vúþü  Ý}7ôè̂¥á*
¿ôô"Ó̂a¤úÚu×Ú*ëÓÓVû-ZÕûi
ê•;ï(r)×_¿zNãWëzM×²@b¿Huí/z°§}¥üëò  a§ô  ¿Z

;ö-ØbïõÕœ*Ðÿ¤ªSùÚú  N>3/4Þµnµ́Ü¿ßëÇ    Ò¿P-û´‹†ªép×ÝuÃṌýw"OîÁÓ¥° ¿ÿúD Ž(tm)8¨/íU"k
  kÿ^'    ‹K¿§]àÉ z]biÒ#   }e -úZ
÷' ±Z_ßôŠpÂq¯ñ1/4tžF  Õ¡ú¿E8cÒ·ïÿd  ewÝõ¦è
þ"i{Ød  þ,   ¿orOþÒ  "Kÿï²@cÿõ-
  T"¯ÿ
2  1êú¿x%¿ÿì:ì  ú(r) é}(D    h/õ÷ÂÿåCÿ ^{ì,
  Ó"Öþ  0̃8ÿuY
?Ñ  ‹¯Ýþ
;µ  ƒ3/4û3/43/4úP[Ì5·ä FLrIþ  ù   oöö'"ÓÌ  -]  ò    Ÿ{öæ+Óª"Ñÿ&¡  @Ý4Èg    "ìŒ ÷ ô'$/J
-  %"*°"~¹jÿÚ́-%,?¥°°ûäHh'^¿é  ×°ÿl%o  YjÉ"ßUµmS°...w¥¿~þ‰'3/4"(r)ŸI$þªêëµÁá  }·¥ð•ú{-°
3/4¡{}ÿºkJ1/2º×3/4ÿ"-÷ý_Û:´·õë"'Ý'¬êoßT¿ëÿú¯ úw  ]-jŽ¦"ùÔüêi?]ÖutÝ(r)¶,¯ô"Øõo#  ZîÖ́ï1/2  mÿ
57¿R úóSúoë
]/ªøzMêÚNß  ëv-i:Oª  ªñ1/2¶Ý}}×°±¥J¿k~ûðÕÓ¯ Õ~á;_
ZÞ'Z°ëi  Õ[üö"¥-Ú¤-%]">ÛZm~  *{þÚIµî¯Òn-{oJÃJ  3/4•...¨j-í¥ÞëÚü0¶Á,*OÕ...¦  TûéZ¶  ° Ã
1/2CK{
ÿö-amm+]pß
l‹Á1_v  a"-Õ¹  l$¿"øduuM,L  _S§"  â"#ç";¯ÝŠŽ  ]Ŝì1ôÁ'Ð+Û#À`"  "[PÂC


+
Ú¶,"Òz ¢  ¨ic  n$ÿŜâŸá",6=¯LRè[  P÷B"Ð̃ª"i...  ß² íwk̂"ŠÖÅ{  QL  $Ç¶Ü4¡"Âÿ"û
[Ø[[ñvì+`¦wµì.1/2U¦šoa-"
Þû·
...{°˜P¯(c)
CÞ
Š†  `¿av  JþÖ  ÓÙ
‡NÒÓWX`‡
]Ú  Á0̃ZƒB
  d"â   võ̃L-ØL  *M03/4-Ô  -ø   ,  A-(c)
ÄA,  ÈÕ¡
&¡  Ð`ƒ  ,   0L  ÈaÂ   ¬å1
!    Ka";
  2c.Û
"""6"$i  ^̂†Irñ  ¡   h  9L8  b?1/2¥W_ÕÛ_uÛK̂  ÿÿÿÿÿÿÿÿ-Áyn  (
fF¯²²æI  :³#ÇÎâHÈ£!F  HÖÈTÍ  Ú¨"3"@æD=ÂI  •=Ì†b#£¯È¯Òôûæ̊Å6!Ø¶  }kZ¤x
ÿ_¯]~Õ²ëéê  ô°ÿ-K9,jÿb  Tÿ-]úÚzÞêëÿ~ÚD#3/4ôkê'
KQ±ñÇW-†¨  l}÷öÞçr¨  @Ý1/2ëÓÝs(c)p(r)°ÕhDVŸÿTÕ~ì¿þ×I7üÓ´×ëÃ~çfQ
¿úéWÕÈ›0""  !Çã,Ù"r6  f·d¤R'-¬î¶-vS¤È÷Ýd3>    (tm)€¨`^Ẑ¡
‹  († 2 Ä)ÂÈÄG  éSç
ƒÐ{MÐ4í  x:}ž  ‰œ  Â
  ^3"èŽ,'!   ª÷¹ )!¯    !-Ž(r)†é   š,ÚƒA"
¡,
è"  á   2@cCîÊ°¶
¡    (c)ô.  u  EÁbðŸ  3/4Öƒ́Â
  z@ƒ°ƒ   ¯MPdç÷ÿ  ƒ‹KP  þƒô
  ›é.ƒŒ Óð  "(tm)±2%"'çþAA|qn± ô  TÚ  ´   _÷Ý§ îþK  Å  §!  iª¦.°œ4  *"-  Â
¥  7È3/4¦à3Š.í9tzzpÑ.  ¢XÑ
;~Eæ"
U"óDxäKÕh èœÞ‰os'‡DæÑ)¹)Õ•†¡Ë§äAÜ‹ù  "v

Ø1/2;¤íÓí{r/ä^m%ÈÐ]'6%oÓA¿A  Á  š˙ħÃð    7    "-ý]
',        ïІ˛MÂ|u×DÎé´ ~ŒäJ"-›°ô  ýÂ˛Aþé[Â    éé¿I¶  ÓÖˉ?§Ié´¿I1/2Cutõ¤ßÒO¥O,
ÿNÈ¿×÷µ÷éSÓÛ‹I?  Ò3/4 °z1/2(r)ù  ôýÓ  ô*íSÝ+jë1/2u  ´Ý_zWOÞ‡Óúôê1/2SÚ  ]ñZ¥§ü:ƒ
·O[_Äi5Kî°  ×ýR}÷þ˛WÓ¿jûÿv-~ˉ[-ôÒ  ý:    ¥ë¥ip÷~Ö"¿1/2mG,ëû,  íQ  .1/2×ú{ò
  {ôˋö(r)ÿðø6›ÿ"û!Hþï@(r)'Ó
V-"Ð
ï"Î₡õiõˉ
ˉ˛ç    Ð²    œm7ý(c)( ˉÐî÷ƒõÿï#@  :Ã
FÄ[ío
×òpcêÖ"u}X5Ý¨¢L-
} ü  Ö"úPÃkj°ýA{8)  lM  L0Õ  äl  ¿Úý´ýo¶á†ïÝ...
  ûý´ÚOýôêPa§ˉÝû,å8eÓá+oÿ&    þˉNý÷ö1/2- öü"  ðßR  ]}S÷mïd1amöu
[ß×è‡Ï¨a(D  Ý-oà¿3/4'§ïë×ß¿5%oúÉ(!>j    ¬Äÿï]/H²}Z"
  õþˉÑ[ÇD'SïûD/  ÷ ·õ¿×Ò  ÿH'$@×m°Ýï!  iÿÛm&ÿ3/4éÎ1/4  ì‹æO¤L‹ÒëÒ#G3/4¿ÿ₡üëàÞÚü,  ÿõ
^µj1/2ë\?ÿõ[ƒ-ÈJ§°ÿÿ...ÿˉþ"ý÷{??ôY~•    "ÚÓóf×:"  8jÚíïÚô"Ö¤gIwÝÝÒþÿSûÿÖÿ
û*  _gŸˉ]zwWN*W{ï1/2]$"ífúøN¿_öëþ¿_ß~þž  }.ÕW~  m  con"[J¡wÚð×xiZªˉÖ´*Zëˉøiv  ÿ(r)-×í-
´-éû\%  M+Wj  I0»¤ÚÞÚka.ÒÓ<-ÓÔuý[
~-¥ª°ß†  Ü  úÿ·§ø
]µM[\ KJÖ×Ø3,FƒV  n±L0"
xÛ    1¦      °JûØXiCJ  °kø(r)?¹  7×kìVÃ  -
%`¬TS  \[J9  -)  xÄ&+Ý"Åa^^ÅBcÛÖ
  †    Å *9  ;
^¶Aß  i-oÕÅ4Å1p'b¢Ÿ
S-Wí0°ƒ²  ‡ÕlB‰7ÕmÅþLp¶ ¿ß]ôív  Òm2    Õ5L,GÃL.MÓ

  &    ^Â
      SUM  ÕÉpšd  ;!ˉþ†ƒ *âø  õá...°¨4×P@Á2Ü*WØ Â  `  ¡  "<0"¤@É,  Œí0ƒL"
Á?°(r)ý  ˆˉBРˆ2Å    FZÚ  É  "S    ^^^^  $Eñ    e...,â"".*8^^  _úKý¿  Àµ1/4 ¿µû¥  b?üÉc
  ÿÿÿÿÿÿ̀ùi  (tm)o]&Å1ØÓ;Yg`O‹ÍÒ  ¡  (c)    s;E2ZD...gnöÉ"Z×UÓ|§e  yØ/A_ÂO_T"-øKIïïDn
3/4¿_úÿRè  {ÿúÿë(r),/×ÿû"1/2  1/2ëÿéuß"ëïë}=,ÈHíHR$·ˉçc  ÝsäÀ¤C"±
  2"î²  d-AE,!èCŽC -...Á    ₡Û  !ˉD  ˉ"  U=fÅ)Èˉ¨ED¦;63X¤áÈA¹¨d
  "0¤"$ f,V  †    @,y₡¡NŒ È₡₡  -`Á  !...&  A  Â"
    Ö8AÅ"
Õ]    ‡ðÁ ¤  a
,
a    9pBê    A,!Ž"  D0C6ƒ  §}    zh0ƒôÂ °  °h= ƒ4xA"A
,"D  ÐA¡i¡i ÐÝB
Ðqiê°  ž..."»ú  ÓM
±i±§µw¦  öƒÉý,#àÈ²>àÌ"†Ú#‡Ç""‹  £"‰  ÷m8":¥'n')Ñ  1/2=  Žý  Î‰sD["ÊšH  2
(Ñ?a  qòç'1/2XDvH9<:'@äjƒp@á"  tOÞ‰ÑÈ3/4àŒÍ  ›î§  ³'  %ó6!  öˆû-7    ~¤èþ    á
@ƒ{#÷'í"  ²vOi7    Òn  7Õt\Þ›Þ  ÂØM‡Ì´ŽGEˉÛ
A7#£ÅÂh ð¡
"  é.žõA;þ•ÓÚ    ÐAáB
ëÓp›é˜zo  ÿRm/Ýjè=Pn›I´žµé°ízvýÒôÒot1/2Ò  Né6ûïÕ+ÿué7MÇßÝþÞƒ¥U]5Oôõ×3/4Óˉì  cßþ=
w];×  Ž1/2Fˉ±Ç°Ö  Žˉ-?Oýnî-Õý7ÿÐÿM;i  mÍ  ˉÞþ1/2zI˛kÖ×ú[˛Œ/¥ÿO§ªkþ÷öitß(r)+êßémø+
·{ÖÿýwÁÃwøs!0ûÛukë›
Wµ÷é"*þ  1/2_jF,H₡U"Îåâò4
¿ý×ßMO  #-  šƒ[SÈ  CáÁ~>›÷  v•÷(r)5ÿ£P[ÜÖ  =    ‰  'ý    É0]ƒ_Õ5  Oi  |  ÄFÈCe@°ý×ÿÛï

Ûþ-Ù80-,(r)            0w]~  ‡ÿ~3/4×ø`Ù

§¹

    ¢  ?õúý$ª¿ÛMýá[\  µD    a∞×¢

  Ã¿õ¯×XXm†ý0á  '·  `r  w~òÔm÷ÿ--ÿ\...µ3/4    ~'  ˆ¥"á    :...ÿä
¬8oÿm-R  A  þX×&...\Äô-õþ¿kÛi~    ßè‹M¬  ',-_]ÈÒ  _"  #¿ÿvF  ¯_
n,1/2    O¿*êý/ï...ÿ;,´,°uß  ò
ßúÞýû:  àÙ  k¶EÇ(r)þÿëÿëî*ö(r)  ¶µëXwþÍk-7µÝ;ÿ3/4ÿÝú
þí  ]~(r)ÙÔºúýnu=µNÿwuÛüóõŠÃ  ë8mu"ÙÔ(r)1/2{¿Wžvsõ³(c)žþ¿kÝÚÛWkúkk}×{]×Ú×(r)Ÿq[  ïôÛ
ÿm]ëû[ú×ûÞ_k-×Ôõô~ßki6"  ý³ý¬U-¥µ¥õ  êÔõþ×Om+JáÓ  Ý
ö(r)í¯öl/40¶"¥¥iiuõ"°Âêé"{]¯ØXki'1/2¥Ú_°ÂM-?
(a[      Zž;fÃ§"Øi_pa$Øa  Ø^  Xk
,  [¯¦  §a=ƒ  °•"
%ñÃ-  `Êâ2.v  ì0-üT  %Á›  ...°¬5°-‰  öEÈeÅþ)'pljÅED
Ç""÷Ë‡fcƒ  ¡$ÞÆêÅ{!ˆ±±[ïR†+ðÅcâ¢ÉŠŠ{W[ð°Ó ƒö¡"n¡[Ú]IGi‰'‡"aSµía"Õª°ºµÜ0-¦(tm)
ˆa?
‹5nÒü·NÂkpÂ-ápƒ
š~Ú1/2  (r)ØV¬&šØA,ö  CA"  ^  ¶  ø`šÁ'u        ¥h0K
!  G!  úpÂ0  0`¯Ða    ,÷a
    S Á  ˜[B
Éî†  ^^^"XB"Bb$dÓ    1  b#ˆ^^^^    ^^^â"""#×Õ%3/4¸U¹]hC%\  1/4W§ì*Œ  (  ÿÿÿÿÿÿÿâ0
xÿÿÿÿüî^Qÿÿÿ(tm)  "ÑZ/'DMÃ³nvc5"  \ï¤  2C;P2¡  ˜ì
ÉpP  f@C#      ;â"L•²`)(c)"GG(tm)  ¸êƒ¤-    Ô  *  §ÎÉíÁ  L Î ÆÞ  ?K;  aj  °õA"  ...kêÐa5ý?
%(c)åJJßz

n-^ƒD£{¥"þ¯°µA  äö"EwH"Ú#ÄŠa]>MV‰{H  Dýêß#ðý*äç...Iº-"éÐ
Ú'ýZêÐAá  ÐO&9Az"      vµíšöô¦¡Òm\~(c)é1/2¸CãA¯Õ¡ø**ß  t´ôëßö¿ÿTÕ_Õ¯Ûªuëÿ)Òÿ&×1/21/2*
ê°b3/4UÆÈ¢%H°ì B ¬á'æ1/2?h±è2èÈÐ-ldC8Èl†)        çÿÿ'  Ñã:3  \Õ%Dr¿#o|&¿"
  é    ‡º
    3`¤!
"
"  ,à   µéÊ†H3ñÁA  8ö,
"  9 îÂ ç.  ]WÓÿ ì"  ôË·  Ï3b
ó ·60D(g²T""6  "(0í ž"þ0  è4ü&  a  $0  "  Z  A  ûkî¡
{÷  ÷XAëZ¿µ§  â1/2-4+MT  pÓL e  ¡  t ´  ‡#  }-U  §    "Ž
Õ;'âµzt¿îµ'E  ÛWK  +é  |áÚ#Ç  ý"  œ]1aºÓ´  A¨D  å¸8ß{#^ñÃÕ¢sr\Ñ  Û  È3/4Ñ?zþ(c)t±ƒ'N'.Ž
E÷÷'?
  _ëB  A  ä^¢3àÛD  på˜-‰{ŠDW|Zm/ÿ¿C  7#â¸fè è Ú  Ü‹d'á:O"</ú[y  m¯°    ò:i
Ü‹>  ível.  =l:'gÏäsK#›ÛÈ¦|‰öÙ  "<Ñã0¯°  ~ê°CdÒW   ¯zºá  á4Ý6,n  µï3/4°ÿÊA1/4ífÂúá=~ú  ï" ƒ
éé3/4›A\š  }"Ú    O,úÓÿAúzTž-'¡º÷...I§ØJ(c)ÿ¡ëÿûT¿ä ¡Æ--  _]t-3/4žž'êžžÕ
ò=¥Ý...úéÕ?|k¡ž(r)žÒ§ê¯Ûÿ°zöö  Öí?òS]î³  }kÓþ¿MÝ>ÿWV›Ò¥zÝßõ  îûtºíWë3/4šûëÇî'Z^  }¿w
>ïÿ/¦ÿú¯öëq¢jÿþ¶[h  .ßë]§"ú{÷ûDÂ2q+÷  ¦Õ%[×|"Õ/'0õÕÿ×kKý  º]U  w¿
ú÷  '
ð¿²à""¯ô¿3/43/4£ÿSP  ª¿±zfßRP/×¿ü}¯DqÝzë¿Úápÿµ×  aÿ  Õ~-éwÿþå
Çi  ¿§Ù  ç×  ú¿þŸâ#°£P_³ÀïpÂïû°×ú  "ÒzÕzß¯ÿôÂ"Ú        þ"Ã
Õ-û÷ïµ_§²pct?ƒ
"ú÷¡e  C@÷_ä4-  IßQ"Œzûüš  [H‡ºÝ%}Ã¬Ô-  vû-V·Ùcœs
qÏ÷íp3/4ëÇºû{ÿe"  ÔµuzóÿûéûDgúIWÕä@-ÿ-ÿëÐ^^Ôµ{Ñ  ~÷ëßÒUkÝ;ïÓ¥í¿_êô×î"  1/2¯×Êfÿ#
î¥ÿÿ¿-  ŸòÊêC}V•¿[gYÈfÞžŸz

õ¯µ1/2aÙ-}%i}Òêîy(r)þÛMu¿1/2þß¿Á ]ú3/4ú¿J"õ5}z¹Óúm}•¡"zÿé ;ûéwÒº°Uû>ÿÓa¥êÞ¿é Ïk1/2/þž
3/4×i^°ûÛAï¿Ò¤µÐÝ(r)Ý:ÝúÛkþ•=>ßÿÿÞÓ3/4þýÿÓúôþí]|5ÿKKÛÖ=4¡(r)"}ôþ¶¯°Òµ¯µv0"k
-*ý~×îÒ~ý¿†-}WM N1/2...(~éwZV-¤(c) tÚ°¶(r)-awōk
i]...þ¸i:Wš °×}"GPÂ_ÚkŸ?ô¯Ö3/4þÒòÄ
~Ðdp`0a i6(r)ü5¯¹ þÒ†1/4 [áP› "01/4v|*è,
,0-"3/4Â^¯6
%(r)Ã þ ì0¯ö1/2ßÖ¯Ã ¿Š Š^ÂZ\B^Á-`Á(a+ àëpÅD.Aqì{Ó ÅHƒýŠ v)_c_oØ-† þÂöÚ]|-¿ö¯
TÂ/Âþµb¯öA#î°Â-ëalƒÆüõšb ^ý=¤Ëwÿûḿ M1
1/2 ƒa› Û"×]"3/4 0ƒ ....Ë.J¡0¶¿ípÂZØ[
é¤Ø& ^ÂßÞÄü0¿Þö l%öC ·^ XX°Mc!ƒ -z·ƒ"éD ÏXM0ƒ
1/4?â ÍT , äÜüR' " šÖ àÁAxgŸþ°Ëö†¿...ua(r)"'"'"
Ï²@"D0"DDDDDDq ÄDDDF"ÄìD` šµ ,. 0`(r)")~â"'"'&´-H(r) U± §RT°Æ³ØP nZeb5 íÜZL
&ôÁ7 ...ÿÿÿÿÿÿÿþZÊ|ÉLŽÆd!'"1/43!³ ¦UävUH... ;(FÀƒ1/2 Sè·V 2' M
K .mà¡²
`
  X!& §a¤5
(tm)Ø¡ šŠv s#†mpƒÝöõµ¨4-¶ëÒZJ¹ØkH$úIýkn Zëð¨%p¿Oõo'.ú°°ÁR[¤µZëDtj˜zøWR, ¬ Ÿ 'Ü
,û -±6"§.ž§9{
÷ 8Ó‡o³Qj" ƒdmíZ W áÝ
uïïö 7ëjõÜÿÒ1/2w~æ †éýê-öÿi(r)·úÿ"¯;Íò
ûÿÿ~ ;52œCu›$'r§ "N(2 R¨Ö\~÷wÍlÀÈ†N Ì.Ɍ)øØ¥;Èa Yã# uDt}› Ö>ÍC! ÿüsì"
 ‡è...Ód¯[ D:
°a 4^` É -h § " fë-µRç" ]§Ða 'lX h2†"z á0^‰ ¤È Du"³"0fÙ
" h úXõ ûA¶šzj 7Ö 0 ß¯ \ m§zh4 A=;OJ Ý
ôõ ³Ðo" ß ^ÝÉá4-4-83/4 è4 M ¦ŸýôÖó~Å".E¶¬Z#· "Žø°žœcúè>Ãä(í
²&0ò;l'°%í%ow'1°#Çi";ì Ù &êÓWù tÛúý'{'ì Ù Oð@Ú'7'6ioõõþ‡ÒÛ³â|&Ò
¬>Lí"B
ì tƒƒ â #SHŠ:} F} ƒéá7W¤ð'°
]}6Ý$Ú :Oö1/2ú×û¥ tôôÞúÖÑÚ/þ›-¡öŸ² ÓÖôýi=7UÓ}>¯/n Ýõ{ßuøßö¤î)WMé7ý²Ó×_¿
>°}Û÷ÒîžŸ[z-˜z§ê-°"÷ïÿOßÿüWõúüx0ýÿ1/4 ª°(r)ú{Z´-†Ò¡êÞ¸?(r)ŸÛýzþ ÷ í ¿2X
úõ_õ÷~þÿ"ÿ]ûÓýÈZ²Éþ3/4D ×›EÇêN¿ÁuMWþù'P1/2/Ÿä
&ñuþ"ô(tm)x¸T×ûzémkôAÈÕý×
üD]Ä_æ ¿ ÷üŠÝ
vÛ]VUƒÿþî"|G}i_tÝý ûÿW
 }Wù 1¿u"È}0ÿ¯w,×{õ"3/4-{_wÛ__† ÿÚ¦û¯¨]U'ß`ýý;þ^w¶²
S__V÷û÷¯U¢ ßàÿß§šƒßÈEwe"í¢ û²8.ª °|È³}û_h"µæ'ûÝ]Õ ±ZÝß[÷µù /Õ{Ù /õ×è'úÎ"þ
7¯ÿ3/4œ(tm)
ý×ÿŠ$¯ß_ÒÖÿ
ÿ1/2p~ÿÜý ï1/2ÿ3ÿ5"[ÿk¯Ò÷é¿"'ÿ}$õ ßý¿È[áúõ_é~´1/2Irö(r)´ßú^ÓgW×íêú {ª*¿õž³üöÿ[íO1/2ïlê{
þý³(c)Ú †ßzµn¿1/2þ"÷UÖ¤ A¹ÑßK×ëj kÿþÞÿúNÿýöõþý"'"_Òõn¿ÒmXþ÷Jö?Òa¥]ö¿kô(c)-× M -
ëzm¥¥ÝÝœj"_á Ÿä~×ûVÛûJÒ¿ÿ°"'ö-ÿa~-ßW¶"õ¿¥M_ý"ïdKV"ð×àÂ_ÃJ¬%PÒÓ†1/2×vG
Á+¶ ° eÁ1/2 "Xa&ý†lT¯a'µl'{
%·ØJêñTûÿavØ-{ +
$ì0¡†•¥Óõ ¯ ¯ ´R( Í† ö 28F+ø§c÷ 'xUû ..."ß² ×¤Ä›ý-3/4)¶*¯"Æ ¯þ˜KR {^×ñµ~-Ã
Õ x~Õ/! ìT ,×a7ôÂOV¯N A§z...ßÚ&´Ø[Ol xd+Ú~Ø-...{L%ö ~ÕÕÃ >+¯¬'Ø
`´(tm)G5¦ ,2-a5ì!I \ ¯0"C¨

:3/4¡
'úI
    n
-ºØ*iâ#B4  !    ÄM~$¹ƒ  """""#b"""""#@Â  dUÖ5  R  q  •Â  ¯"¯¤û
%"x283/4LÄ"  Vï...õpÁ%ÓqJ¯C  ÿÉ1/2\  ÿÿÿÿÿÿþdL    ¡¦'a- ±"6d7W\ó$ÙÝ³²¶W  3´T0LÔ  g  I›*
QpØ|Ó"nÿˆ¥ë(tm))i%_  ïFJ•  mÛs%-ü*1/2¿]]áo×Zï¥&  _u~Oäö
ÞÿR-¦êAŠµ÷^  Öoß1/2~L
Œ¯  i}  Öõn"úú^ëïUu1/2oý{÷b?UIïÿÿ"úKçeÉ5¤¶ò%gb^Ž³º-SùÚsÈ  ¹.Ì  !'  g³"5Ä@¶C    éf1/
4¬G
]"3/4U²  ?  Aå  §Î
ê  j  !#"f!¨ !
  Ä&#f  2C620^Àà^S'+"DŒgVN)Ñ§fÈ
  Á  º‡Pò@@@Ï,
  ¤  '
  î^b  ¦¡
~P#GB"Ù  ...oIÕB

  ÄW      Â  P  ¦  0†  é ô  Â
B  ŸxAëA  OŠM  Ðié"}"
1/2  @Å  D&Œ  ˜  Ô  SŒ ÔÎ  ÏjíÚÝÚí¡¶´4Õ;TâÐiÚh}  ã¿¡A¢,{NE-(c)ßN(c)Ô]úa0  "  Ð`ƒË,
uwâÑ.¢XÐ.Kž"UÉóDWq¢~ä$4ä³H    #<-ò$4NžG
  æ‰Î°%Á¢èÙÇ'Bý¢?ÈŠ-è  -È1/4ëÑ  wìÈAÛ  ¨?~ƒ/  Èÿ      Ð  Ûr/´  tKì‹d'´N"ƒ°@Þ  n
¹th  9¥  7    z.  '8A´Ÿ¡"  ú ƒÓbÒAá  Ê%ò  u¦ÿ-F‰óóDXÉÓ"[DèÓ{Ò±  ôÚOü'§,t  iÒt¨žM      º
  3/4í&Òv°  n¡
ÿA=7µWÿh+ä
SÕ1/4&¡ø×-
ð@@ÐIá7M¢stÈ³ô3/4žž  k]]ªzn›A7¥´Ý  Õ(r)ŸÛI(r)ªéõ•3/4žé°  Ø-÷ôžûBý'§I¶  Aþ  Aî¯õï‹Ó  ]5¯ûÓN
1/2u}]?¤þãÿ}ª°ÓßCO¯Óu[ý:-kÔuWúÿõX  Þÿ  Sþ¶þãê¥Ýw×}n¯ë
|  ïõÿÝ  0Bôè*Þ¢¿-[Ý÷‡{ëÿk"ïÓÿ×í¯û',ê·Tñ  A¯È.Ý¯ÿþøþ-ÐÓ¤¤µþ  Ô§
Où  /Ù8¸LÀcuÊq8fÁéú3/41/4èxûø¹  ÒÀ×lÀw¦ûtL
"ÃR(.ê°·]ö°Ù    ù
  ÿ£P'ÇQ×
  _Cû  ÿ  PÁì  õÿWJÿò  $
óPZ¿-ú÷°  ,ývP
?ß},÷"-ý  ÿ¯Ó
Øu÷¯~ÿÖÁÑ0
Ò'    Mßíþ°aþˆ#þû  ,
*þ1/4"  ÷,û¯îBßä4:¡ä    Ú  Ûÿÿ×ú#¯0x]°ZÒuÕ+wá÷Ñ  {þ  'Ie"Y•3/4B§!:³(íòjþ    ßÉP¿ƒ  jD  ï
_  áá"D._D  öÿûúo#  ~Ñ25{Ú#:¿×æ&L  ÿP1/2¨¿¯×
Ã}V¯µÚõø7¢Hú"Ï¡fÏÖè×ÁÕzÛªô
}÷ý  ¯ûjß1/2~ÛÿOƒ}Ù'[ýûß  eÂ×-E§]  ï"ÿô*í~3/4u¿ª[×ÿI  S(c)ßöug]×  wÿ(r)õ
çY/Ò"§ëÚ  yùéúîõUÛó"íúlëw¹ÐíúS(c)ö´3/4ß  W  Ý=×¯×(r)ú¿Ó¥3/4ª      ö¿(r)ôí{õ¿ß_mw]töïp¬a
µþÿ°u  Ý&ÿêþõ´-ÿ·£Ý°ÿÿ¥\>ÕÚí"úa÷õÚéoü0¶-i]7Úf¥  ×iX_µ†¶°ûû[      zíæ  ÿûWÝëÖí5WØ¿
%ì0¯  }"
={
jÝl5†    ZÝ¤Ú1/44¯õö  J
  6Ò°•°Ò´"4Dp¿a  "%Õõ3/4ÚÚÚÝV  aë×  Ø´¥(r)6  _ì+dpì0]Šƒ  6  A,nÃ
Ã

M...J L~Å )ØØ¦D ±\Gì2â Qô a+JÒ°°ÖÂÚNÝvA ë!ÝµW†AâÇû Þ '3/4> ¨Ø"|‹â£j)â¤1 ¶¤;ä
ðš¦ƒ_ìWÿW ÅC 1ØJ.Ò÷õíƒ[_Ô6C¿µjë
ÓL ×Âd;1/40"" ¿
ÖÖ a6 (WöÂý>ö Šd-1L†!1ò!ü0B 4!,×
µô L,0"5ƒ#Ð· ,a;ƒL*¦ tÁ
B
Íó¤!,
h‰Éx°µØ/¦ ¦ªÚ
&Â÷ˆˆˆ¥ "
ÛÐÒ¸† ...¡# ˆ2ch3Ê"""""""!ÄFC8á † A,
EØPNÖÿ DDDo ! £ õJ3/4ÄF1/2á*Z×¿"ëK^:×ó±Q)coIV¢/Qÿÿÿÿÿÿÿü¶
ù\ Žë YCEP
â ò8(! \È¬C°ƒ5ÅÑ I]XÔÀfœ Â
‹ 'A Éw,
°Í)ÃD3ºÒE,\Øf›
X-ô
É0ÐvRŠ¨9•éü- ¥á" jì4áª îÂ áê‰lÕý" ~ #›ƒ
R

‹7!°u·õûiÞ¤G'U
Þƒë-6 7-!G&4MÊ£(r) sœ´äü¨
N x´ËÔ4ž^1/4"3Ò¿I1/4j"8÷
/B|'
õöé1/40Þ l ¯z úÿtƒx">Ì?§Kß§¯I¿*(r)æv"h'Ö"ýÕï÷ 3/41/2ß&=oþæ@b"çÞ1/2·º¶Î¦I¥§*ó±¦A³ºÄ! .
¿V >äèÕ' AŒÌ f¦`ˆ !:" ƒ§éé¿,!, U}u§¡Ü 9!˜ Ò! " ¹†1>ÂŸŽ
Œ#¬l:›f Î¡ lÁ
, ‰ ¡Ö¬ û @Â
,
¦ˆPéÝÕ-ºL" GV`(c)
öë{×Ðz ›Yv¯ê -h0ƒÓOM4¿ú TÂn CpƒŽ o"Ä =:"ÃÿýþÓ‹{ú_bÓ‰ ý4-'"Žî ý[pþ4 Ma
ê"wýøAÇ,
œß¯}×ÉöB;Ú,#þßÈAÚ þOòYcDÏ‰º ëýwè 2]>Ñ.m *K 'Çëþ"-=7Ý}~é à 1/2A"-¬Á ¹?rG
uT A #P¸MÁ ^{/- ¿äg ‡ 7 ›"*h
ô+¯úÉÏ#]ZOûÿëÚ iýýƒúm Þ"uÂv'vžŸ3/4#_v(c)Ò~Ÿéºw¯ßPÃ...úa þÿºWûi2-¿ZOAýuzô´ ëþ-·¯
A7]=wßü/ c¶-W¯ÖÓoþÈ.Böéÿèjñ¶¿ïþß"QÓ ïþ¿Õúÿ}×õwºýÐ{ë""JáïûïÈ1(r)šÚõý...úOÓkßôß ƒúÿ~
ÒýýÒ
ÿ_z(c) ¯,ú_,ÆYCï¥Z×ÿ"ë¯õ(c) Øv ¿ï¿†G ?ÿ ×¯~ÕØkäL?¿}þ-±þÿ" Û "ó#1/4,+ºWÕWQÓ(r)·'
¡þÜ{zÈbw¢4
¯û3/4¿¿ýÿû}zõôC
ÝÙ
¿ûîô iý pÃÓÂ1/2¯^AÛ÷ÿßÿúWÿü" -úÿ\5Y ÿêê1/2_Ò°ëPˆ^êýú ú](tm)_kú×mj1/2ÿÉ¢k é¯W¯(
tm)%WÛW·ù
‡E´œê §Dh[KÕõþýnŸ]ÛûÝþA¿è
" ÿ1/2iîÿEE¿ìÄþ¤`Ûø$×~ÐMÿ¯Ý§Õú^éUi_ÿÃ¯§ÕZë¿¯ºzK¬%opuô3/4þ›Ò K3/4Ž§Zÿõ}ßûÿWÝ*í[
]&Î(r)¿Û
×÷
o¥¶ú3/4ÿýÒÿù¨î*÷¿1/2jµÒ¿ùç÷ß¥i~¶ª3/4÷ßîtk}œ1/2'¯JÖöÕ÷KÚI¿ëWúÚ"´ k¯Õµâ"Òm-/ºþÒ¿VéïŽ-+
ô×wT(r)ÂKªü Zö¯Ú]±ý-×^Óoßð°Âáa¥¤ë±¸IµUM'(r)ö×µ^öìÂ#,ì5Î*,_kum¯Úô×á&Òm}...°-ßeÙ +!

G
Í † T PÖù û[I×
-...´1/4&ý-'ÁxŒ1
$Z±
Ø0"jÔ4³"ÛKµødpb [W±-ñÿÄaŽ*!C    28[išŽ L4ºâ˜dp› :öE|k¸ÞÆÅH¸ U^ /¿Â
ÀF KjØ[_P NÆÆÁí2 øØ¥Ý¦+jïc]...ðµaBÃ 3/4Ã ¯þ¢˜§°Xk " M   &é HÛ°š¸Mo°šØV(c)²
í¸aw
v i¶3/4(c) N   ¦ hXX
¸Ð$§@...dªÁ5nÐa0ª\& Á(a0"hv˜ZHå¡I¹BŠC r!† A,   Â...^µ 0šXˆŒûNg:Ú f)ƒ#-†R€'DE,   a
˜ˆˆˆˆˆq   F.Ip± Ç DED] _õ"¶ kGc‰õvÇt•ªâÁ
ÿÿÿæKj±ÿÿÿÿÿþYJT ÿÿÿÿÿ"É Qÿÿÿÿÿÿÿÿü´µë_Z×;éuézèÒõÕ¯tº]/ô$V(tm)¯ðRÒÒÿz,,_ øÿÿÿÿÿ
à
endstream
endobj
16 0 obj
<< /Length 17 0 R >>
stream

q
420 0 0 751.44 0 0 cm
/Im0 Do
Q
endstream
endobj
17 0 obj
34
endobj
18 0 obj
<<
/Type /Page
/MediaBox [ 0 0 425.52 695.28 ]
/Parent 48 0 R
/Contents 20 0 R
/Resources << /XObject << /Im0 19 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
19 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1773 /Height 2897
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1773 >> /Length 26982 >>
stream

ÿÿÿÿÿó!Š'\Ž‰b#¢ BŸ"3Á•ƒ* ,   ô §agÝ5vŒ...WÐn ...ú#;ä Ú]|œ   &å‹*õCMÿ[tž"ô(c)]õï§öû3
/4Ã""B Q jH%¯ " LØ   3fÊ   J (c)>? 9C(tm)9   xE¡
×¯T3/4 ¦¸A0Nð¯D.   á 1/2û¤â./§   "ÐzoÓëÐèÑ øáè ›iDr~âç ›\"¶{0‹3/4Er Ÿ       Ù/
(c)·" {'
!€Ëh
Ü‹8µâ"øínšnƒªMÝB>+jÝ_×øMíu|'ÖŸ(r)žÿßo^ÓþÝSONýwä uþúÿÿZOOôLÆXµ2ù†1/2{ o×Ú ÿø^

ôßújÒÞ*"Ó
ÚÞ•¯ íýÓÿvÙ.}Ám¿°}(r)ïý     (tm)^¿W-¯V@,=û×ÝÓ÷ÿKîY?UÛ-uuÕý¿Z(r)ûÖ¯Y"¥{ÖÿßhŽŽ3/4ûÃ^ì
&Ûúí°ZõÎ¦ ?WI{ ^ŸI¿ûß^>ioaU[MVø¯í.Þ(tm)pÃ ó›"òl´[u3/4Ýv"ïÚú"ž- â Õ†
j¶ a... vÒê ÿ† ìVï
%±
1/2X(r)äLûi=-x-¯](r)ŸÕ    L Ávμ°ªï
wöQ,
9ä' Ë€P...ëÁ'ÓAà¢"4"¢"""?õë...äĐO^·ØCÿÿÿ,‹
?ÿÞ[ê£ÿÿÿÿÿÿÿÿüμ 8ÿÿÿÿÿÿùl WúÚ þZ ª ì
   ªGdŠd )e,e1/2
ñ ó°@C[&L'; F ,
  M(tm)
   ÚÖE
e œ ut ê ˜@Â
(c)<‹xU}ÈIWì(r) §w þ¿(r)ƒÚÂÑ- ˜D,
Þáu¯÷'yë- ØD'ÈĐÝÞþN..."úça¶› éè6 ´ÚŠŽ?õ1/2
  •é7]=?_ÛôÿëVöÿÚý~í%öÖ"ÿkûF· QÖvktC (c)(tm) ŠÒ K¥m uî -;x°+c5'ZfÆD    r:"
', ĐD( çAN¬ ÎUÕØ(tm)³‹û)Ä1/4à¸L"f ‡˜‰fòœ
ËD / )Ù@±÷Û‹Í¯F†F #£PÔÒÈ €J‰VBÖE
Â¥á"ªíŒ9
S£> ˜"-Ù 280F²D C:"
  !³bŸ A""  >
& z
§þ¯A§¸LP=Ph5ƒl"    Q q"ð=×^ƒ@Â Á °ƒA"Ê Â vP ‡ Ü
-ƒ ...þ"gCO    M zh6!" á¡è8Âq}B#þ hhZ~š-(c), ¡
(r)÷@
ÓN-4 í0ƒI;Đ1/2?M]õTÓDvÓ´ ÝîƒDWª#èDwaAÈŽÛX‡±h•í þ99´Jû"B@i1/4ŽÝWöÑ pÑ 27vƒD±¢
(ù-dol ql?âê¤
Ÿäþ^íÐ6‰{^¹ á ŸTKœ r
Â
Đ<    #CöôD† y °›'n,tƒü"Ü-9P\Á
"1/2,‹î Ìàƒ A¹Ñ),A¸ a AĐ#GÉvBÛDYÕ ›Y            6(tm)öNÇOH< m ¤Û#ò/á]7Ú
°  p›...¤õ-È@š
h;        ¶CMÂ @ƒp Áª K"Ât›Iéé0µm -›"Òn Ý1/2 ï
ôõ}SutôÝ4Ý7MïN--"Â°ô(tm) Oi´Z ]÷ß÷"}é{Ýtý¤Ý=
(r)"U"ÒzxNÝ?U°¶ï¯°]=uN-- ýë!ÕéÛ dZ]uäU{úPÒãK×Ý&ë(r)(r)(r)šÚ§¶ Â
Óp¯êß
CĐ¸ÕÔ+(r)›ô1/4?1/2U?øaí:3/4ý(r)-í>-õ}ú¯| |R ñ ª-Föš¸]¯v1/2Ò¿ÿûÿz°ß3/4ù   ý "‰/ÿ]:°K¯ÖßìJ
¿ 3/4ÃßÓßWm'ûWÿÛÿÛÛ^¿ðš°jE, }l:Ž¿Ua¬ ¿êÞ a7÷i"*, ×ëà1/2þÿ} á ô°ÚôÎÁÿTÎdpÿu"¡ûi ÿÿ
äß¿±ÈĐø=>Ýj..." )RÿË ;!C"u× CõÿôÞt
d)?ÿüDoÄ¸þ"°î _¯Ã ¿ôØx´á/ý¬ vÿPV 3/4¶ß,ï÷íú,° ð¸jÿ}î÷"'wk§ðÃ(c)
sÂ÷1/2 tÝ
Iá~*Ü...Šÿ¦ØD<X?ßIð]uõ¥1/4"-Ó ý1/2ÖA‹
ûúÕdÇ#N-ë´ôÕõ '2Ž¸& Ü ...÷û-
" ×WÕ ( ‡úúz!ï¿ÒÕý",àÃïµµyjë,"ûþ...7è˜ÿöµÈĐïÿh‰,e8˜WßÖÈ ¿îòÈ˜Þ"îú#?]÷3/4μ@²œW¯ÿÿí
ÿßÝ:Ôûü-¿{²,&
ÂUN-n--ë %\ƒ=õÓî
ßÿøøY i +ªþÝký×÷Û"Ý{ß 5&þš ð}6(c)ÿtªCkþ›    -ÿozëzÖ×÷êÝö(r)ÿ\Õ÷F¶ëûûªUê×ýW)ëô-šöja

÷¥ú_    ß~û¯ÿú{_MSÝ]þúî7M;_ïÓÖ  ßÚV¶žì  3/4ô÷um-Õ¯fò:|Íõµa¥þ1/2ÿ¥÷ùù3/4Õµ×KÝÕ×m("
WÞ(r)¿´- í{VéÿØk(r)ÚkW÷ÿþÒ‡ßí°l/·°°ûî˜ëußé×~"î±¿êÞëõjÚ[¶"~é&°Òþ  KÞ  ûa{JÂ¶  µmvÖˆ7›
Pá¥ö  µ°]†¶-¥amw_>v1/2(r)ïú"ö    CJ  _pÒµöÒµ¸5
  °Òu¦+ulŽ  ~  TÁ"¨ka(a+ý|0'†+Û¯˙›
+}'"h&  Xa6ÂðÂÁKö-á}P}(r)Õ"
,S
%]ZL0-Ã  ˜àØ¨¶5wkøŽö;cc  Šl%"Ù    czö6$ÇÅVÅG  Ä·Ål5}â¹  >ì-ýlLø¦¨"î)  Ø¦A
ÛA  ãÚÓÓvµvBÆ-...°    ÃÚŠ¶*-(0_
°]"  i"kb"Zâ\;×Uß"h5]òc"Âµi"pÂkamS
Ô5Þ  X˙(tm)        Ó    ¦  "$      "  ^  `œ5jÓ  0¡ml%§e°Ã]{{ß†  †  0L  ]    0A¡
  Á
D<2'    Á,-‡Ú&  !
,4àÈÓ¦Ã
"#‹
    †  ‹  ,#\!'@  ;AöN"  4>C†š"Á  ƒ  "ÐŽ"$      ˆŽ"4'"8ˆƒ%
¡      |DDDDDDq¯  Ö§bÍ  ô¿I\+i-]KubC  }o†!\u-wÐ`3/4Ð^Ä  ÿÿÿòÛV(c)GÿÿÿþdVE¨]  ë'c$Æ
p  &    ¿²
  ØH)7VÎí"cW"  ^Áí†1  @ü"
°ƒ:†Qi3/4]  29Ó›  Wä_Á  B¦1/44ÿ@ô""DÙ.M5z;"Wï
"ÿ¯Ÿá?ÈÝ×¿¡tˆï  .>MÊ  î  •  z"c×ëêîÚ#÷I  ðÐ‰(tm)  ƒmò#¦ˆ
þµþ...V  iþ  Iµ(c)1  ¹2eŽT  âÊ  UÿõvÑööéÞé."Aï...wõxZ¿^"~é7þÂêî[l-¯"-×Ó  SPÉX¥ò
d
-D  ˆïƒ"WŸa  "-É[Êvv-  ±rB="  *3†P  PÊ  ÈlØ†¡ß[ÖšÝ0D  !    uZù    8A'    Å'âA"¯D*°Â#ð˜`}
    F¯D  d  dÂ/6)
  X  y
  `ˆS²>N  ¢0G  Ö!  :...!ÆÂD  È¦
`ƒ(v^_Ÿ
    -  a
]1/2ûþ  "³b¦ôøÿ    ýôŸ  Ða4C'  {
´áàƒP  Ú
,'q¨  a;@ÓUXj(c)|    "  Ú  ¤(r)-"î^ƒC3/4¿Û  ?¢(î4Ó°ƒbÓÐ\Cøâí^  qöœXOc  ‹m¨¶Et·  ¿iV-§    1/2û*
rsyNîÑ?z'6ˆù¢~Ñ  ò-´E‡ÒÈHvèŽñé~ÕGÔAÝÒ%m  ¯vÈ¥,X@ü‰"Hdý¢SÈ³¢S  1/2¦ß¢gÈQÜ-;õxÚ†
ä•ôI&ätMÂ  AÐ&Ò
,    7K      æ"fn  wÕ  n¹  ÚV
)  Â}"Ý¤Ú    éá:[-?Õp@Ü  ×'      -uO_ôíS¤Ý]  á:N/  7é
"-  w(r)Hö§¦é÷v3/4Ò  Ó~Óî1/2×"Ú1/4  ôô...ðdp_Ý_-~ÝSÿUumkûý:Þ"ÕÒ
Òn3/4  ëítð'zT´1/2}úK-në  ô&¥}:Ó  cNÓ¨ôúú[^Õ×ý  CÐ¿þ"¨Û1/2v÷ý
§ïÿ÷¶    ]¥Om'Õ*(r)øZêþîõC1/2<?U¯-ô°-¥ê3/4ßÿß×-¿_ö¨  Mx  têî'ú¶¿ü,¿è0Oý;:þøU×äÂ²  ÌOéúþ"X
³ª.+  (r)üµ"~ðÈàÆK^ÿkú  ¢01í²  Q  ¥§^ë'@zëë"  ÿkûýÔ  1  ôÿ    ÒzX¬ê  ýa~È"8JµØ2Z
õ°Nß÷•  #þ  ·ÿÖ¶|×^ü$  ~´

¯¿úx.Ú÷µL7Áoö
%ß"-þû  ðAÝ¶Û¦:ß÷ôÓý+,r
éÈ{†  îá¨ï  þÈ.    ñ[-ôðaú!?¨†  D.  ëÿ...´ƒD'¤¨Ÿ1/4"?úí÷Õ¨ïB(‹6u  þ¯¨-¯kûî'¨³ú°ÒƒkÉ  ëðèŒÿ¦1/2'n3/
4  7H'  ïuo§ÿ"×ÿ
Y  Kí  âî´ÿêê‰'ßVöì->ÒI~ÉqÁ  ¬%×õ*...3/4ý:é¯~1/2[§öä¨    PoÚý+Óë(r)œêŸ]ß-*|  %úÂ3/4-´-•k
ýí"_ûÛôþŽ§¦  ÛöÃ°(r)  ¿°Õö1/2öƒUóÕÿ  ïß3/4,ßwN-{  þé?ë;ö  ¯  ÚOTµ=vÿM/êÚ-ëÿý  úæm  íR
NõÝ]U~ÿmkì=V7m%ÒÓ}ý×"[¸{jÚ¤ý1W°éûÿOúß_1/2*  ðJ  ijßÛ

+ jïøVíSí+KVÖô '_N-UiÖÂKÚý"¿"Sï_mS* iô €w
Z{Úßa_ì0'Äj»¤ƒ  p[V×{£æ§CAÒiÄM† ¶Â"ÃI1/2økí"ÿ¶×l/Ã
 £þ" ÈAÊ 6
ì0²
ø†aÈL
=-Èù¹>Åp   ñQÅA"1/2ƒ  °²$Y ðÂ²#¨pÂ{°ÒŠ\1PÉ(r)$Çêô%ƒ.+¡ûïè&"¢LvµLR   ×¯Ú
m2 {AŠ]Š*â¯¦6*   n-X¦3/4
ÂotðÅ(d- ì‡Šÿðšiû
‡ øk~ +wÚ°ÂjÃ   "ÚÒKÓ ŽÃ!]†BÅ"Ü+Wi...í Õ¥ÓÞ ÂÕéRö ,† 0VÚÂ×
 1/4×Q UL±ÆÚ°AÁ,i!
 íÍ,&¶ L, M  ]0 ,Ô *(r) !Ø!  °B"jC#ƒH¨Å /hèÅ(tm)Y

SÉsî"""""""FÐˆˆƒ-.!,#â#ˆˆ²¥q          Ê)Q  ¡Äi-K9†°ßIi¤v #V
-
*¬*ƒ   ¨ ÿÿÿÿÿÿÿÿ+-ŒøË@(tm)•ß4Œ€ã<Èœv"åsT Rl• B*Ù 33sY³;(k Èè


- ¡§dZø\-˘žfoU ¨@ð¹]×S±Óïp"DÛ5ëu"¯è Tü /ü° m4ýûÞžëvè;k*Uék1/2/Þ .'%áÉ
O %í-XJ?ÿ]ÿöö ' ÐAõq¡Ó×¿ýÔ* -5]þû]××[µ×]+J ¿}ÿößyo-ßê % Ö³cLÆKB VI"
œd¯ï¯ ×°1/4¯
'á;/"$?ì d y ! 3@C'W ◇ +Î2,!
æÄ Á è" DgÆ "Æ  e#0GÃ' ÂM h209ÔC£0 ø¦ 8"`ôÎDˆêÊ±SýØu3/4 "B
ÊpÊ-/ B  á" Í°¡
" Ô:a |Sp t}› HgãÃ5 s"Ôø.á MS - A¸A1/2,
4 ´,` a &Ü"
£ÿz]


ã¥XA ~ OVé8´
è ôíÐ}"
éðÕ  4â-!¡Á¦ƒ î íB ûwÝ¦ ^Ca?éÈÝú#ÀÐ{ú"Ã ã´ØD´B
Ú _¦...eÍ(tm)È-ÉÚ;Dó'GR¬ù>
 £¶"Dý§j‰oCmªÛ_ú×Ñ)¹¢TyW ß-¢\ÐFdê  Ñ.ŸjÞ  à ´G Q (c):U îø´Gn¯Ð
Ý;$pƒÉd$ , ä Nnƒh(tm)ìŽsI  D°°œï@ ßý‡Óõh nƒõ¤•ðƒÂuzm ÞúH&Ø&á L'Å _"ÎÈ1/4á›
Òoé1/2é+Æ ÓÕ
¦êÒ{I¸Aámôýû z :W_ ö¶"ztôÿ~û¶t•¯~ƒô úk¯Ò×éÞ›iêÝ¤ (r)¯>í
×µ¿ÿ'éí}t'z$ÿ_ýøW^ý=.×Ó¤û- ö#×p_Mé7‹M¥}uumÓÓÓû ~Þ"ûZ]§ ?î þ'µ·]SCÝ^Ö"ë }ÿ{¯þÓI÷
3/4ö·è[]}¿ é
•¥_ð-þþúWz$ÕßÈ£*1/42X-ª-_" ª×¥¥ÓáR}ï1/2[×È 3/4•l0ª"~ œ ¯·çû"ÿ ïÚ_Áä ¿"
xÝ zÖ
ßZ†{/¯Ò·,ÿ[úÿ 0Mt¶¦%"Ý~#¯t ŽÚ§ ª:, ¤ûÃ "MA †@ ⟨÷îÐÚ
˜1/2ø^1/2÷è
ï1/21/2 ÚRL "@ÂIUjî÷¿ïY@/],õ÷¥áˆ ëØ4BÂ- -†þŸ§}(c)H
-/ßõN ¢02"i{ÕkU3/4
°¿"A ¿ðaá 3/4 0,ôH_ø ø0ûú§ Â }ýûûÑ
ÏT T>µwfWßJbš¢
ý Ú¿_æE¡tD›ó¯I#í...ËWù...\É?-G]é Ÿõê}(r)ˆÎ1/2%-ÿû1/2¿1/2 =~‰" {ÿ2
&Epn
¯ê1/4-á&-·É£ïVEÕÞª öEâêÖï¦÷µ¿Õ"H×p-°×ø7¥ôB4¿êýÁûømßê-ÿßÿÙÑ¤¹

4,üewM+  lè×´(r)øOß¿Þý÷°ÞÛÓÛ:Ý  ]-ï_×ïUU¹ïtßu"ÿª˚Y-¥}vë
ÿÝ²  úIÛôÝ÷î³!Gô1/2œ?~ÓW_¬êÎ;SQ˜YÕÚV·×VþéúÛ-ë¤-õz"ï'ûêô¡¿ý  ÿ¿ß×z{J  ["tÝ?oÖü}Ãî*ï¢:
Ý-        z3/4Û¿á´3/4-+¥Z  ÿûoÛúôé...í.ûô-ß}õ
XvšMaU¦×´Ý`ÂÞë×{a$  [Ká"1/21/2ØiZÝÜ5L+þ1/2...ÃJ  k{
 Ã
ÃUa"¬/"¡-¯Û¥ú÷¹×"
¿vc#ÅÉ‡PÂV
ü†Â  :
¤Ã  -
0J  I2ë¦  Ã        X]µ†  _ß†  Å0peÃ¯        GlS±V-
&  $Ã  3/4Ì&
  l-×
  5',-þ"8¦D  D˜ûén80,b  ñLS
1/4TS!
ìlK-ëëLv¶$¡"lTƒÃÚV£¶8"ÇñÃG  Ó  Çøcô›V˜Ø^1/2íFë°š"
Â-é‰!û!Ý  ›_.Ù  }§jÔ\01/40¶    †  L/ÃL,>¶>^  þá"ÂïµÕpÁ        àÁ  ÖÖÂ...{Ü.ûý(r)
ŒBa  ƒ  C  b  e  Á...-ÓM  0¶  †  ¥-á4Á{L
°  2`Á  &1tÈÇ&¦  á  ˆ3l¬  2"  â  ,  !  &"Á,â""""#ƒ-LžÌ  4ƒX0B"F  ^^^^^^^^Ð^^^÷        GZ¤Y
¤yÚ§ëƒ[JÝíCZ-ö#a["ñPdq=4Ã*Ó        (r)Á  j¶
  DGÿÿÿÿÿÿÿÿÈˆñ  å  Õ  E  Lšc  "ee@...ÙÝJƒ&LÊfKÅU•  Ñ...2  Ýÿ
äÞ<"?U¶Ê¯'¿ÿ\'}^¶¶  *ð-þ°ò•ý¿Â¢b  ¯äçZíˈÝ  µ÷WÐÿN=_ý¡Æ*þã¿úõo×ÿ*÷ïZ3/4ûÝ}~e'[fŠ  :æ@'t
SŠm(tm)æÙ  ŠŒ83R"ÏÊv'µe>^(tm)#BÙ    K²FSÆ˜¦'ìÒ!(tm)  2  Z,ç
ŠF˜Ø¤¹  Y°¤û6  @Âdc(2ƒ3  (  ˆÃCf  <˜dP!uÝS"  @ƒÓƒ  ÷!"6)ñHaHq±bE¨á-,w  B
Á  ˆœen6A  $#Q›d†§A
rx"60Až
  ¤        0j""~l8W<Í  @Ðh-    H-Ða  è"ý4ô  "3£´Óû  <"  ÅØ"(Â9  "Ð1/2Ph=  š
P=;"M0š"B+.    ´Á  AÖ  <Â  3/4  h6ÓM  ßï¿...    á8Ðqh8ûM
üþ  î•B  Ða  ÃDcãM
ÚpÝ5ox1/4  â  h45¿  v‡HZò  ø1/2*ÿãAèŽÃ´ä#°œ,
-Ä4K  ¦˜<nûDq(r)>¢Ó¢?Â>&‰Í¢;q  ‰sC  LCÖDÆò;vÀ1/4-  þ˜DvÔƒ›"ç"°DèÙ
=öS-NfÿD1/2è  Ü·ÎKœ
aÉsdsè‹ú  ¤  >1/4  ;*/DæÙNPçPD¶  ÚA(c)    h  7"á  ðƒ²?aªO"ü  y  2&9  è't    ú
Éw'y  ƒ(tm)Â  y  ý
þüŒé¶á<'A7        á  Ò~  ÿÓmzWò-  ƒ
        ˈNo        éÚÍ°zjÒn  6ú"úMÂ
Â
Â  nõ  ûh×        ×ë¦Û×Ýz"ëÝ6  zm  í=Ó×wÓí¿¿Õ6ô
ÝU.(c)Òá;ï[ÿOöÂëéßë...Ôôôúôêß¯˜¤ÔûW]5{¿I;^-õ  ]pÂ}õé˚Þˈ  ONš÷Ó[´  ¤¯-'Û¦1/2ÇQéÞ"  Ö-÷"
§§¯ÿ§ÑcÕ"ÿýª  ¦Òn=}?iWþšrBÿ    ïk¿°B_ÿzéúíéWë÷1/2zZíÿ]Wý¿ÓÂÿv3/4ÿtîôµúô-ûïÑ¿î³á}Õ¿WÚ]
"n*¿µ∲þÿ÷û3/4þ  þð"Ôy¢Ýxÿ÷ëÒ§Û-î•?6"ïíj
'  Oê¿W,ø^Úµè  k×u¥Ú  U]HJôús"  _ï˜÷ÝV×K÷]×]û(r)#¯ð\¤  >×÷  OÕê(r)"3/4Ý°Õ÷÷þïÙ
#Û  G  á~¿ûúz¿ÿï  íkÓÿÁtA
û}î¿U¿ßÕû÷1/2¿˜Õ  ^  õŽ
  ò  Îëÿ  1/2ÿÿõ[_Óëþ°!/a  ¹ý/õöMË  û÷L5'
'  éÕ°ëûý7Ã!  ¨äÕëhµ  "(r)Ì˜ï°ÿýý×j`ò`ý1/2¢9é  Ÿöÿû÷  WÕªþÝ=Ýíÿÿõî¶¶  ü,ãÝïh'?"[ÿö1/2  ê¾¶¿ÞÓ
î1/4  Â  ×è×íúõÒÛ~-w¿×¿¿ü"-û4'  ÿ?ï°ý_jûÕnû"°Oÿ¤"è/"¿×(r)ÿ^Ýþµ3/4ëÿµo~Úý  ÚÕ°¨ïé  ]úˈ¨î§ÿ-
}ï°Ì˜¿zÿ˜ÿûè¶u¿†°×zÚ(c)û_jüm/Öÿ‡µ¨i°"(r)u  °  ö÷ÿký7ôëMS:P¿×í¨kßë¶-õ{î÷{·ÚO
3/4õî³Èßš3/4¶1/2Õ(r)°kÚúVÿý§]¥¯ïOTþ1/2§ñ_ª¯  î÷K"-kõc-uïÛÚÿn[Oµ  }¿§Šõî-×mXöû[ïÕ{KþÂí¯  ý

¥a+Ðikéßawmmv  é÷]Ö-ÕƒJÛXi~ÚZîûí"÷J  W-"iý6  "
ír û†  a¥°Ò´¡...µa(r)ñWÃ        Zö  }°(c)¶--†        ±Ô  I†  ×†        o}kÃKí'
03/4Ã
Ã  +Y  ÷`"  Ç~üI  '¦  %±Ã
  i1LŠ:×öÚÓ"Çl  ÃVE  Ò†¸"{!ãaˆQöì    ÿñ_
.Å;°k    Gû  O'S(r)ÿanÈaøb¶  TVÃ¦ÿd$zjÝ  AûîU¡L  %k
.Ó
iXWÝ?íZÅ,*XÃQîõm†  ×[û
=-...&8&  ·  Òé(r)  ^á"È$U...kíS  1PÂqðÂ    §†  ›ëøa}a...ì‡xa  BD:"  û  0¿Á"  a
†      4Öy0´ïãHD2eÕB    °B¡,
¢Ü&¢4"ÂHDhE  hG:é<›,p`"C  †
¦...ÄD      ÄDDq    DDlDDDDh4  \DDDD\DA"""#^v²±  (tm)  =EzA¥a¯_uÕ¥íÂ{[&Àb/    +  Ñ'
@"  ký"  i,0Pd  †¬(c)  "#  F?ÿÿÿÿ•Ö"  ÿÿþWÁ(tm)'k$(c)"ÎÂ2oª3eq  nî  BYÙ£
†v  "0´ugPnt¬ì¬ïª*4uò¦dSÿÊ    Ð->"äèÒ`P°¿únƒú
iêµÂKê¶(c)ÿÓê  ÷ß§    4´ùÿéo\qZøAÊ‡
ñoÇ_ÿ¤,m$  z_÷ë¿Ý  ë(tm)  ¤Ð†KQ)-)Öô1/2]onäfI  ÌŠÂB$=    -  s"Ô
Êpæa  Ø¤mÉ    (I#ƒÈÓ ¢¹  !#·¤•'¬  d¦8F,ÑÃ#      ž  R":?        äC2
!  <    @¤vh  ¹    "-ÉãñÁMdz,  Aú  ƒô
œÊ      0ƒ  CóPƒ:  0Õ
œ‹(c)  ;CKß%àDL
ê""
  ì iêƒ@í  MB      "-U,F  5    Aª¦    5  xAÆš-˜AÝa5NÐíÓ"  A"ë  wPœ0  éª  Ðw"  E¡"
*    ¸´=Ða
˜~e93-,XÜ'%y  z%ÎG  ¶-%ž¢Âw¦ƒNà°]<TØ‹d(í  Ç  "ÞôE  È¶-²)ÉOÉç‹B-  (tm)‹°    'A/h r
  ƒh  wøA³7È¿'Øù9´JÚ%K•qÝI|"  MŽOœ‹""ˆƒ ƒ|  7R/8'    œ  hœè    ›¦Ù  šA3/4E÷%Ú
éRÒA
¯...¤  n´›ú
,  ¤Ü n  $µþ  0œ ƒp¯\&éÜ*~ƒ¤-  i:O3/4-A°k§Iø  ¦Þ  {ûuºNþítý:]'oª]ÓOMÂ§I´›ª]"§¦Ò
ÓÔûÁéø]=+úõ´Ÿ§§´-  Z¸A(r)ž  ¥Ð[-5tøvÚzë-  Ii<-~œzÖÿ§¬þ¯UÔk"n"-ý-ëjÂ-ÿíëõô"÷ï_}ï§Æ¿þ  ¤õ
þ¿~þëcV  jÿ¥¨¿ª  T  ZêŸ×o1/2‡÷ÿ*\=wi(r)×ÿô3/4¿ÓÚ´ò%}Ö1/2Ý  1/28J›ÿÿÝ-2ù†°
¿Z]  jAˆúßNÔïïàÈá  þ:áÛ×¿ù
ú×    Þâÿ^"`ÝkÞývBÔÎ¦...ÿ1/2~3/4-...×þÖÈ:>Ú`ù&
ª¦¥A§×ë¿öC  /{"ûì  @¿ÿ÷ßïÿök
-1/2oªÐ\§
  -
¯õIù
ïÊpMkOßöAz4CÞµ~1/2÷üš1/4ƒ  ¿ök(›Á¿þ·nÑ
~ÓÁ"¿Èc  ïó  †÷¿}/Áµ  ‰=í%ßú_k(tm)CÓümMb  nŸÕ":_A(÷µ1:ÿYV?ÿj[÷#a^L=ißö¿¯Þ·oÓr¦÷_
Ó@µD4T'ý  ¿o
ëÿ_¦EIko  ÿß{÷}*Zxmwõ][!ªÜƒ  5Ö¿úÒLêðÚ¿  n1/2
t•{_þÿ¦t?:Ÿ§îuráçžÿVïÝA×ê,s["îÎ*û*¶PÿþêêÔÿÿÿoÚ^õÝ6(r)ÚÃM/ë^õÛ"_ý%  ÝÓ(r)íu[ÿm'ÿh-7]^Û_
ôÿ÷{¯Õý+kÿö1/2¤ý(r)°J¿¯þ(c)6"û~ßiCVÖ×m>µÿKkö  ïa-ÚWÐ"kþÚö·ZõôØKøi_¶¶"  ò m[
ZwÞ3/4Ã_Øvfá†  ö  [
%
-†  V  I&øk·{kgGi6¶  é3  ²í  µþ  0Â[a  ¿        XJ  I†  †  1  Ã6¸a  °[Å‖S    BcVø¦
WŽ6  qa"¡"×T#Û    }0Ì
^ƒ  ¢¶?Øá"ƒ  ˜¦Du  Ä"V˜ÿcíxamHx{°ªÔ4ƒýÕŽ)‰7¿üWØb¯Ø¦¿¦d;Ã  íÆõo²  ßì‡  a.Ö  A""a"ÕÃv
  ú²  ;    ¦-~ö¿kOEº

Ák† Â...!ÞÂ°ÁRì*ïi(r) ! \!"" ÈÐžƒ ûB
> Â
ŽkIhC

, B¦ BbKí0"v
ƒ ÈÓœV'X\Dê"b""""""¡ž
J DDDDDDDDq ø²×¢Ê.òÜ å"3Õa⁻
ØJÂV Ã0#iX¦*=0⁻V `šƒ#i ¸ÜhGÿÿ;Ÿ-hQÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüÉm òÌÖ+-#/9Ø"@ÐBDÝÉ·ól¯´
‡9× ÎÓ´-fç`AÂ,
†nžš"
' ƒ¤²3/4šÛY^?Õ< wÐMúj ë]k
þÒú#æ¨‹íÂúè=7¿ü&Ö K é ¦' *? &Õ ã×úNT 7ûéÕ̃ßï(r) ¥
¿×à³ß×⁻Õ7" ºW×ýmnµ Aç ¸ ²PÎÕŠB* šš, lŒ Ê´á ŠÝ"7âg ÆÀ]Ïÿ› -‰
¡'AH"# (I" r"20íÂ .(c).K³ Î qÃ4 "'¨ˆ AšŒó "0BA^"§ƒ± * Ä‰0f† S3P š...6ã°1/
2= 4í;Z4
2¢
‰ "r @Á èE8e†°ÛÐj v
Â"
?M= A é Ót h0ƒúNÃt!§Áþ iÚh-ƒP@Âa
t:ÕE¦ƒÕm?‹CM4-= ƒÐä(r)ñhUap÷ vö"q

Ú"ÝÓM:ô⁻‰7hŽñ "ó'Ç\...v^â ¸Ú#æ^ãÈ⁻' ° d%Ñ -‡aò/9,Èû % ï,39
tÑ9?h *,rS:1/2UÈø < nE² -6,
²A0@è ÜœÙ Ú
"sfpÂn Ò{" @ƒÒVCŒÐt xA¿¤ --'Í ²Ž-¤ m ðƒÐ†ª1/2Zjá6,
&á:M×OA®¦é°}. µõïWd1(r) Ó_⁻Þí: µIúéêî×zi¤ ¦ ^ž¶ N"tûÓz1/2jý:
õaƒëÞŸµWzIÝÛ_¦×IÝuAZ⁻ }ÿZZþ-Ó¥¥Xãƒ×M Z
?tºÃs>‡ÇüH{IÚ ×Ò[Pºz÷m-ÿw_m"¿è é¨AY[ ý]ëëÝk-^ê²éoî"ÛUªmúéÓú°x-j-ð⁻Tvj'öõ"'J ¿N¤LO1
/2~'XakxfÎ "§Î‡(r)(r)-×ôDO# ÷1/2z¦-ƒõ×÷Wšƒ² %ÿÈ :×DH#ÒiS
*üGþÚ"JýÿÁçP_bë
Õ A3/4ÿoýI †ú,O{D 0"I,K{ ôûÞýSô² D/×^ i_ÿ¨ö'°õú ‡ é,æ°ÊAPk- ôÕÖµîëðÁá ÷(r)þý°
Tÿßíû"CÜ t÷¶ Z×H...¿i;
1/2ã"õÓ-_NÝ~ûÁôE¦ÿ¿Õ È!ÿ×^"ª#<Õ%ô°‰"ÿh<=i)V"þ3/4ïªÚ-õÿ#A9aýþ·õ¿ÿÞÿÂL1/2Þ §°&E¹
ãœ" ýú¨ íî¿{_ãP¿¸ÚïúVÿíÿþ¸Ä}7é{ötmjAÆx¥Õþ̈ïúWßkúø{ÿw×°
ª×ô-ú¿ß¿Wÿ]wK⁻Ö¨ëÿ³(c)ªþÚÐÒÒÞ-zµ%ûé_¿ N1/2×íõß YçZÏ¥ªî"ïV3/4° ¿Ú[ö•îí÷o**§÷⁻... o¥Ú
ÿ}ìn"ûa×¿oý_T*⁻ÿ3/4ÔÒ1/2nÂÞêþ°ð¿
zír
ëgC`ÌÅ̧¿ú¶ª•¥á-0--ÿ(c)Ó[_ØkÕÚM⁻1/2OÔÂÃ XM1/2a§ì0"ö¦gýŠþ׶Ö "Ã]°œƒ{iZXOê:m/á,
ê)ƒ kñ°ÂLBl,0¬‹ƒö-ïdG1/2}⁻Øý^
+V!Hµ‰o°Á"¨⁻0UK^
/ìnŸ
=Õ*bšcb(r)Awû ÷cÿ×ïílI"k¶›
ZLB"ÆúüWá"-rÇ°1/2Ô2 M2 ÛN +öµÔ2 þ-
û!#⁻U´"[ ô-Aá⁻}†µØWv `ƒ^¸am [
`...7 kX† 'j¨C
¡hC àÁp "

!D -BÇ(c)c-9A DA,ÄDA"Úœ =¤"¸ÄDG Ss5 DD""G ô""[ƒ_+-¥@è·!¥ƒÛVµÂëp"

b(c)ŠÓL(a        P¨"cÿÿÿÿÿÿÿ-Q.?ÿÿÿÿÿÿÿÿümD"ïhS´  ƒ³X·-È¤v$gd¹Ñ  "Às°Ï•ŠW&eI'<îÆxX@Î¡ßR2n
"

†ƒ:<)  ªk†TŒ  RîƒOÊ(r)"å_I¶  ë
Ÿ'yõJ(c)ú¤*...TÝ  î'‡ôÒï'6^  äö2¶ê'"
Û'müœŠ  ú\(tm)Éú"h•  o¨uuD¨ôLŠ{^ûÚ×§§¯ISoª
Ý  b"3/4*-o"û

jõW¤-  ÝoZÿOé3/4ËÃß×¶¿  þ¿(r)  ú@-ï¯  Œ‰GßDfJã÷ïéé>È  Î¬¸ìÁ  á  þHe  hD@B  pdĬÙ±
ÃäqÊA  h¹  ÎDƒ'e  -¹  GFH20    ~D)DLãïØ†²8ìÀB
   Ã   ˆHgã£!ˆCŽ
h   È1r^8Y Ž¯ù-  ¶ƒ.³ªŠ°"  -ž  "

;°A§h0  é,  "'A  4fÄAñ!
~  öö a=0ƒÓÓ
Õ?L Â}á
a  ØD-aÒa  ˆb-ƒ<  Ιƒ†bD€@â¢ýü Ðj¯za  ì  ØO  4:×  <}ðƒ"ïÞ!ÆÇÅ Ðý>  Ó¶-Óây  ƒªZ"
ý  ÇÞ²C†      œ]]-§  ¶Þ(c)ª(r)éZ#Ç  %Îý;KAÈïèŽÃ  'ÂM

öŸ¤ƒ×¢SÈÂ  ý    _ö,  ùÁ  r&9-9  š%Þ  µ%<,  Dç  \ýÏÏ¥k¢\àƒÒ        Ù    'ûD¹Hç*é        M
Aþ  <‰Ì  Q/
    '{¢_Ù  á'¢4e  "•  Id  Í7
~p  Ý5!á7N,n      HVá\<úvûÒoöÒ@ƒtì•  pÞž  zmZ"-Ÿtƒpỵ̈A7‡!ô  o"àÿÂ  ýtÝS"÷ð›Vá:  6Ât›ûV(
c)´  [^›éÛÒp°
Ã
Ânž·I&Ò}k¯§§"ÝÿOnþÜ$  Ò  °m¬•ª z÷-.ŸÛk÷"KÒ
ziÖÞ,†4ô-°"_3/41/2?N-õNõ×ét'¿°  vÑnú¿ÞŸÚ  Ç§§ïéô-ªÂêÃ
[võ°K{ý;úßÕã"ÿøÕ)j÷]÷ö(r)èÕë3/4ÚkÿûÏ  }[oW^  [  °Óý>š¥[õÞŸÿwï×°K×ú-÷×qõWϪï,úýú]ézéš,r
+^ÿ´é§¿!o  ûý/1/4/µj÷
A%í?ỵ̈W¡[ûô‡TäAzûõ-ÚÐ[Õe    u·Þ"ÿÇïÄuñnôùÔ.ý?L  $  ÷×÷¿zÚ-úy
   _ë^,î°´Ã~¿ÿ́ykõ¥ó²€Æ"û°t,Zêü‰  UuM.@‡N÷Ú-øD  ×"í×]á_ð^$m†÷þÿ́éÓ{Ò›ỵ́3/4÷ªÃ¥[î1/4Äß
OÈ  b ë,ý  œí×÷×Ò]d(Á:r0-ỵ̈eüµ~Ò^žÝ  £žÏ:_-  ÷]i_
' júÎÕî-n-ÞÎÞþ̣HÿÖ÷UÎÛâ"  tT
FỤ̂¯z×µ  ¬Âû3/4^¿¡àÝ$¯ôỵ̈  tÛîú]  éÕ÷ô1/2ÐK×^L?þþ•1/21/2=ßûÕydw"U²4-  'ê1/2g[T-_:µ{ï°t"
µuú~ë]µÒ]¶Ò1/2ỵ̈zµß³¯uúÝÝzÖý́
"MuêÚnüVum"̄þuwÞ¿uß  Ù/Ûê  díëỵ̈ß1/2ÍMõ-
M1/2  Oú¤¿°û  ¤  Þ÷Ù§  Ú¯3/4-î"ÞÚ{    jéqV°Ó}þ°--ëkÜ?Ut3/4ûỵ̈-|§}3¢R-Ýª̣ỵ̈ItêÚ́ý̄¯Ú́ïý́_ôỵ̈ÒM]
}Þ̃Ã  ÷a¯1/2ZÞØWKÞÕµ́¯1/2Wíúú  eÁ>Â]"¡...n¸u
"Vëí/!ÂÝ́6-í¥ dpGÛ[  ÛŞÇ!q  kõm¥kk
/"Ðia{*þß†3/4/Øipi  *  í"›  k°3/4ÄW3/4×¸0  1/2C    Z  ̄
&
/
À›  û"  ~ù  c†  †  y  H0Ó°ï  {ë·J"ìSẬS
ê)ˆK†+Ø-./ØäIö7-Ã    qØ-(r)Ö-  bž$ÇLS3/4Å1Åloµ"çØf  ý́Û
é"Ÿ°šokÚ¶Õ  Ãúd;ßvˆễM'°  "IÃ!]kí2  ÓVÂMv  ƒë  Ä}=4ø¬,h(c)  ÒRà `žš
   ì%Ã  Ö¯/¶  ÛT  Wû      ,`þ  X2  "{Om{M[  †1/46  a\̃á(aZÝ7û
""DÐ^̂2"
   X!  Ã¶°Â-  "Ð^̂œW    DDC^̂Šb"
ÈÆèàÂ  `¨Y  Ò    a4"/âÂ^̂â  ^̂Ž•  C^̂^̂  3/4ÚUõé:µG`n3/4ÞøUmw°V'P%kööü`Ë%oûIÒ¦+î"4ª¯ðý́
X Á  q  B#  ÿÿÿÿÿÿÿÿẾó‰Ü¯b

È²‚Š'Ø';Ö2vwnª]ÙØæB
Þ\2Œ  ,L9\  ¦E  ãAß  ¶U¿æF¨"ø|S
 {KêB¬¯Zç~ÎÒzD}
  íxiÖÿ(r)  ~Ö‰Ð-U÷á§û[Ö¿×ªß]y/hŒîþê°Æ"þ>íæ¹"j  Møö=Õ  wt°ZÕ¸A¿ÿñ(r)"zè±û°Oÿ÷W[K1/2u
VêÊâk¿O"æAHè  d¸ÏÄ
  ... Ï  ¡µ°åi'B%  –   D6  <ækeAå  È~q  lá  ñ.!
ÉÆ  ‡A  (tm)  V˘C1KÄáI  j<Í  b@"heU›  /  Åð¦EAól d0€  çPL  3¨ŸöïL"˘Ž¬
`ƒ$ãa   u  ´øj  :@Õô¨ƒ  C†   A  A  ƒÐq"  <Á  á&Å°  "A
YÈH/á  t  ‹9  Y øÙ  ">E  )  'êƒNÚbÅ  Ý×kx, ˆ"  @Õ;MŠö  v  ïQ
 Ó´í   qzÖ¸AáŠ¤þ  Aè5Ó  A,
†Ì  ä  ÒƒM:TÓÍyai&Çla4ýÂ¿¢  }v¶œ  Ý"'  äLxDH|_#Æˆ Çv‡  ží  @Ð=<-J"‹Dý¢
í  ü§,@"êÐrŽ^*1/2o‡èŠ;D(í  êr~äväQý˜ˆó'GÛò,Ü-´]  Éüƒh  Ú#ü æs,þC"ô  Ð#3Ñ,È¿'ù£ý4G  h
ÚúN  ´Ý
  *!"!àƒ  TÓ1/2 Fg
 ƒr,Ú   ´  xCë  -  ¶"ª˘  ö¨&øZ
éÛWÙ*ds~Ã|ôƒÂt  zù  ä"@èC¤î1/27      ééaZ      3/4Öí{"Û  ë¯xO[ë"Ò¿  ==;{é  á
jÕ+oz  ÕS};Wö'Á
ƒi  Ù  úo  éµÓw}÷õÕi1/2Ô4Ói7ÿuOZúÓ¯Š´=>Þû1/2SÒøð]>ôÞÛûp(r)  ýoHiÄVë]7W[NõõÒu×MÓ
ÚÓCÿ¥¿nŸ]   i[¿xé?B¿Ò
Ô7MÿÏëÇßõ¿õÝ'ÜZÝ\kW¯ýµñõo[ì>¥$¥*aÅþ*  û¯õnë(r)¿êû"Þ"ú§þ¿þKŠïÖü‰^  wIÿ
Â]]5ÈSÿõÿ§(r)°¿  fÁÊÀOÞÍ3  1/2ëOÿY
ñƒ¡mRlè  "  "âCJB¯zíšƒ  úì6C†(c)üê  ¿ß  ÿþ2¦  ÿ  ^-§Úû'aŠò∈uú°  _êÉ ìƒ¢ÁúÖÖ ¿ÿ


oö
ÿ  ;÷öü  ÿ3/4ý7ÝÛð¿,  ïa]ö|  0{  §ÿ×ýða†-¿...õ×þµný"-?Ýo"InBj-¢  ?&9C"¬‡  ¶(c)*!;-Òè...´  Ã
ÿ¿  ‡Ã¿(r)


ÿøD>_}´ÿ1/2Ö"6íHéþ|)é/j°Ýý  gøB(  OÖòGû-á  i)Ä£POÿôH†û"Ð6µù  ?ò  Wµþ"ÚP_÷íþôß¯¢Èÿ&}
÷Þ  kÝ?  ¤  Ù  [-ý<.-UL-0o  Ña×Ý  -§ö¶þC6ÒôëW§°íWô¿n  ^êêû¿ª
¶ðo3/4'T×÷_w"¯õëü_]õOBæ¥'^ý¶þ3/4"Óÿÿ
}zô-ßú|~öû§Im  Ï7úß÷¨">íÿï±n-
¯ý  ƒïÖÕ53/4ú{ïÓÝ1/2v-ÓTë³  Û6mý{ª¿µ*kvS>ð×ÒU¸~ÿÛÿÖëÿ(r)-Iß
6-µá}¨¯ë6Õ=UŠµµµ Ý-µÕ:n×1/2iô  {UÛ_UÎ‡¯í/Ï‡N¶¿ÝîÆ"I0Òzû_µµíÖÂ‰ïíÖM×jÁ(r)"¯íjß~Ú3/4"¶
(r)ÝZJ"
öÚÃ[
wí¤µ1/4Sa`ÒîÂ~Ã[_ØjØMÕ|


jÝ""à̀h(iA,O
/°ÛÁ">   v3/4ØV  j-¬5~Á"  ÔB
0"  G  "Œ"åX0_úb  a/'
üT3  uj  qþ...A¯  "  a((c)  ÅÿÖÄG±ü\   ÃI†'ö÷÷Š‰  ·÷b¿é|+âJ>  LI?}Šd-  íTI<5p¶¯...\†"°ÝÛ
Ml,
ïd-<†
"  Å|03/4ØM5ßõ¿Á4  ðÒû      ""Ù


-1/2äÝ4Û[ÃMí¸NÂ¿ÚÒa0¶  ^Â¶Úu¦  ú¡h0ƒ         ,v>M&  ú¸  Uì&ü0L  ÂVš
É¶´Á0°Á  hC
Â   §M  L0Xì`..."ÓA¥Ã  41/4DD  ¶Q`,G  $a'  Ð!  ÄDG  %Ð^^^^^^^˛^^e""  +â"""+B  ˆ^éK

ßÖ¡-BÚËK  ;,    ZØªÓVšaaJd      ÿÿÿå(r)  £ÿÿÿÿå°¡ÊãŒ  G   Ð¤Y'Å/ ‹,ƒf1/2bÞÙ]m  Ù   ´ È
\y°Í  Î   P  j(tm)
ghy33´à_úþ¯M  ò"µ]     ÌŒº^ÃM³³ûô...[Ü/-µá¢#"8zé~¨ö-ëº   r1/2K
¢Gr(ä{/"Ø"  ~B
XålÍ¿}f¶#Aè8ƒf(r)ëºò6%ÿö1/2¶,
Ó3/4ú¿÷úùc3/4>_áWÿ¿ûâ"ª}ëO"fÿþˆ  _Úë·Ü     Ñã%?ùòAJ‰1'C!E""C  ³ÌŒ  è  du'l†fˆŒ-UÆ  Ð
L    5Œ-;  D¹ÔRœ)£!³\H2œR£!ŠGÿÿÐÃƒfA¨¯lÐ* dœC3ùó)ÄÉ
ê(@ìœÂ  L    ³b  -
~      ƒfB  (r)y,!
U0  á  x   0@Ü Ô    ?>Â    0ƒf$0D$ÅŸ
Þ¯õn5Â

2-&    è=B    ÒL ô  CA(r)šz"ú
  ïM´  i§ú
4-ƒfÐ  Zí¡Þ-ZÓÓC   ±
4ô"âÕ>-8ÿ‹XÑ  ÞŸi"8  ‹âÂ§  (c)ûþ°ëºTOÞYÅ¤š¦°ºõD3/4‰ºs¹.¢\Í  "J  þÑ/º7Ë>Ep,%6ˆñ
@Ú%7'Gñh  ƒfÍ)  ûÕÿ¬':N}Ã=œ[Ú'6‰ºM²?rsp@úTÝ
';  :  'ÓM²J?"þ

ÕÁ¡ ðAè:M
›ù'>,  "ûÑg~úÿëÚmØ‹ù  m'-  t  i_Utðƒf¥Õð(r)  )  óðžƒfºMé[h&Õ×¦ÿúa<&Ú  ¿¯þÿ(r)3/4°ž  &ý^1/2
  ´-×ºÖý6õ3/4ëKOõ×O]{(r)ÖÝ=}]é"¿é|]w¨ëw"ôúâ--[ý¯¥zµÕ¿xº__ï  ïú]ãïV"ýÛoôÞÝ  ûÇAbôúMú¥þ
é{×ûíßõÂþ´  Ý$þ¿  ýCä  Óÿÿ_ÔŠ  ýÿßÞA‡
§ô¯Ïä}r0[SMRÐNºý_k[°ûu¯_¨!5É""_×íéG!Å›é  3/4‡LÄ÷1/26x:ÄEç@N#ÞÞ3/4Þë‹ý'  "ëÛïÝù
"×¨N-Qû
    †/ýôû_×Öüœ  ýÖߥ ýý  vâû]z3/41/40}3/4úkþðD}ƒf  ¥  ÿÝzÿ]o¯[O_õ ý´¡Û¨ü-´ú7ëýwÝ¬C
¢  ÷kÿºC×÷ÿ3/4HrÓÁ
'y  Èz}Þÿòà...#ì?ûÒ1/2úâßúÿü,øªÏá´Ðïÿ  ¢É·ézþ  tFwËQôêÿö†üÔ°ë  ïûN&3/4ý1/2_-C!ÈA¢dU  Kÿû
ø{=[Ð*ê-ÿΨ¯ïÓú
÷[ZÚZø="ëêßöt ª Á´÷÷ÿöÿ^úéw°ýÐ?ÿ(r)Ê‡ÿOJÿü=z¿öC:Úïv"Þû÷ó¡ëûéît/ôÎ§÷¶¯ ÿ"]û}ÿý×Õ3  1/2?ßëï
êÿ³7uÝêþ"oßêýÝu{{(r)¿uþ1/2þï~Õ  JÒöëõÿ¿úûIÃ
û³[Õ¿×"ú×oïï{mumm?â¥_þ5ð,m-tïÝûímom[×°×¦Óa...  ´1/2°-·  Ó  >  n¨k  m+-/ôûºÿÇ
.ö  ´3/4ÂÖÚ·TðÒº"l5´û´-(~Ã_°(c)+ai†'Ø^ÂPÒa...†"0J  ^øi  (c)âïðƒf  ñÈGß  ö    Úl5`Òî  %
Ø]á-    ¤  â"  ;ð;cØ->DáL0¬m'öcc ªÃÈ_
+úþ  "±R Ì,âüi1±[ÅEnÆÃ  õ¦=1/2Ã_  ¸ÖÝé...Ó{±²-,D(R
ÿØ^ñ^ÞøMw '
/ïþCÅ-Zka°šm"d<6  "
  ÂÝd;"
&Ú]"Èw´-  Uw{IÝµÒë  \¯JÓKOm*ïa...´Â
+ØL-U¥
  ×†
°×á...I   †  \2(Åa"-    0¡~  -Z
%°ˆèGœ´!  Á4t7a    >
!a  ƒf  4"F¡Ä‡‰  BÂ  j"PB"""""
    ‰‰&"E¡  a  †Mº            ÿÿÿÿÿÿÿÿÿ-Š(ÿÿÿæBkqÿÿü¶4S±±      Ëp±'¤W[  §g
f'Ès ÙQ  ŠETÏ  ƒf*Lì SÂ  ' 2œpÊÛ      Ïµdm    ëŠÉÝë"fEÑ;UÎôt  @áù  3/4
Ñ  [ª¡_í.ªFvI>¯Ñô,úJÝz´•Ôþ  ]*^¨ñÙ"3/4XO¶  úoJ1/2ý=9:
Â1/2    Ü#¨î1/2WD¨÷¯¡ðÿ1/24îê(r)  {  ¸ô,

+ðü=ãŽ¿3/4Ÿ}¿QºmïÐz×õ(r)´-/oß§ëÞõßkéû_‡ÿ{ÿS#ž'Znƒ_ú¿å\}˜"
B ‰xØ§Å5
¤GLêÉ8è)...ÙÂ , !ˆ´fgR5"0ìá'"tfa
¨èy
žÛ9œe Œœe
üx`ƒi,ƒFvN CFŒÀ€ˆy•eC#, MÙ²" N ±Çìüž(tm)s= TÐ`ˆ9Ë² |ƒ
t A :" Ð!Q LÛ
œË, -4}"
?
-h'è0ƒ{ >•4 @ÉØ a
ØA¡ˆ Á ÓAÒ â"Î€Ž 0@û6E8_[ï i¡¶š§§t >Ð´
4 uIÓ§w¦ âÛðƒ¯C º§h4×µ´ðŸv¿J˜Aø@Âz
ßÕÅ¢8ÄZzoß¶ši¶(c)§-ÝEÈß H ?¨Š #‹ 1/4\•âîø¹ žâÖ¢ÐtÍh%×È ä\h
tD, òXØ3/4¤vçs ">BE ]ÉûDvÚiäæöEt‰ÎÁÜ...v R&oX Ýú#Î
E,""cA È˜ "gò%Í* Læ Du!/%ìÎ†ˆ¸è ".þ Z ÛNÁ - "g
Ç*ñ'£, è: °1/27(tm)ÃMÁÔŽz
Á Úõm(r) žF"Ü a[Ðzz Óðƒ~ l¨† t ò'8 ßßúºÂ
ö \ vôŸºtƒÕÓ¶×_Õ² Vžž"3/4Ÿí^'t(c)øM¤í7÷Óï
ëØAéé&µíp·ZÚW"3/4›×xWÒMë"ZðAƒzuûÖ"1/2iê §}(r)´ êý=(r)"N¯u¤Ý& ¿×u}ì^(c)ÒIï"WÇ \w
LX5úé"µî*ÿ3/4 zÖïãõ×¿ïôõÂ'g÷îþÿK·¿ÓõMÜ-¿aöÃ ÿß*(tm)þÿÓºôÞïktßð¿Õw õß
·ÿZé/ VÒýj×'joTÔPÉhW"_ýõÿ_†\1{(r)ý{š,pý¿z]k^ ú¯ Û-N¡þÖ¯ú²ñ A
6Ò¹
ƒ ,¯Oû¯_ÿ¬ ]uß' õö(r)S‰ý-
&×ÿOþ¬ ß þâ0Ã"öC ìƒ- _î-Zÿ÷õ¿[ºì ýw§R b-â:[ÿí w,¥ë ßL- -¡ƒ }¿ÿëÿßïÿÿH‡~ý¿~à¿Y"
tŸÿÓÿôCßWª{þƒtÝa1/2Á÷zÿµûÿªæ'Z÷zôÂ ÿë×á GÛÞ4 ¯ÿê-¢3"{_ÛùbyŠéæ±<Œ Œ›Öÿ§ú(r)þî¿
Mï[þL ûýß"ú×-¹Ò"ï÷ÛÛø%-þ´3/4 ï¬-/! ëÿ¿oo¯êïß-ê÷A ÷éV $=úÑ uI Ö-^•_uiÓÕ6
´Ýoá"]ÞÿëKJýßsZý ë_ ª÷"kuÛ¤ë¯¯{}ÿ ¯ÞÝæ¤ {õ??š_^ºûñÿúøO}ï×Wõ^îûè%¯jjD~ ý-_û_ëªnžµ
^Ð8~uzM-v ^ží-v"ß§Ú|4µ×ï*Z]ÿ(r)1/2¯é´ ÚÚN¿í¯úÝ±ÚÿûuiG¿î¶¯--ñö•(r)ßëÿ[k¤ö¿uÞŸz3/4ïä6s

~"Wû_í.úa--¨~ ýì0-1/2¯ôÃ[ wXaû"
a¤ºëßï÷"ªiU'!mG÷Çü5ý†-ýÚV-ªZk¬0"ì~îÁ,L^ØOŠÕÒö.Â1/2,ßÈ1/2ÿ[
}°ÒìW_î
õö=Ú†\NEÎÃ ˜¦)è1VÈ-8K"ÿLWÅmz·{ÅlI"§ïù / \;"ŒÓ ¬- d úµ¿²
ï\1
ýŠ¦"j¶ƒNé2 7µ°(tm) ŽÞÂýud;ëa-(r)ÿú±#3/4Åpõ Òö¸akõûMw{ 5ZµnÂa*v ":ÿv U ¯PÕÛ×† ...
a?{ªÛk°(r)×¨†Ki 0CN#¸ˆ`‡ö
hC@ÉV Ð2DpÂ
!¡ èZ, e‰"Óƒ B# Ž"F\ ¡¦ƒ‹
Áü5 ÄDDH<DDDE! ÄDDDDE¡:òÜ£ª ¸Òñ =P?ëN' ÚíˆXaGÅ '"cíUv(c)...Ã @
ÈÍÓã #þZ ÑdJãÇÿÿÿÿÿÿùg4g`qØ ¤š6Ž S²†v e8STo<!
ÙoTvPe¹E(c)ÛŽ †l " Ø¤ìÔðA¡ þIîde'D(tm):£±ï
g`ÿÓ ...Õ\'¯ j ÝÐ ý ºV"ê·";_ A Ÿ_Ó×-} c
9a´H0ßå‰ !É9Ç1ò fD ïö÷šØàÚO×
ƒt"#ýÚÇë(r)¶á7ß¤ô1/2×ÿîa÷¶¯ÿMï+üLÖº×ë&í_ú¿"G^´œÈ¬e8C¦tdá lá ‡Î, q 2RÉ^pœ ‹dÀì¿fÆK
æ¸Á&ç 5 é}Ò¢ Ž¬Ù,d{6)N8zL+j A§ õ 6Ék6.N
j 98!0 Ô Pˆ !Á Æ @d: Àð -,!í" @ëÿo ˆtSCÐa
øý Ÿ¡è5Âz
×M0ƒÐxMÓûÐ8Û‹AÞ¯ß... bÐ ÷Óþ-¦/NáÅ§

;ôôâÓÕÕî-úAïïþý ö^ýú'üÏD#·›Do -¶$Ç-Ò%ô
  ›È¡ (-6DtÈæD÷'7·¿ZÉ{'öÈ¡ è-3/4ÒN´ "ý¤-J›"
¬ è 0á7"àGÍ £'~gB
Ÿï7(tm)ÐM ƒrjð´ î¿o¥n%= ´ Ÿ 1›}^º
õO^Óm¯N xA-' úí3/4´ôõ´êÛôõõ--xMßÄ,'Õëú}Õ¥T(r)º§"k÷á^ý¥}}?zÿ
›Ý¯z_íŠÛ_µíjÓþÞÖ(r)-°^   §ßºê×WÿÖ úW¿ýÖ×WumÇ¡^3/4-Ý±ý_Ö¿ýÿ_3/4žúéûÿ"Ôžú~ÕªÂÿÿ?¨^
õï_ööⁿvûÝ'¿Kíy3
HsŽPß!Èí_Õ}æ
ü Ú¯'°´...1/2ÓÃ. ú¤?I-u"Ýxø\!-ÁúÓïöä€¦}ô61/4¤ ïëX1/2õ^ûß íõíþÃ÷×÷OÃºëÿAwï~1/2·ßûïý{ !ì
?OûÒ¯ ‡1/22


~ïÑ
  Zÿ_ aªÒò Ûû"
Â¿Ã^d Úýßù {fW]'ÃÔ(r)Ñ ~b å"}ó _÷þ--f)mÚ_ ïöÿTôÑ2+ÿ 7Ò&Gû~"ÖûÛûôµ¿1/2þ"~dª
Úªþû¥¿Oþþá ú*þþ¯êÛ] ô-ª}Ý/}ÿK¯A(c)Öþ"ÿs"1/2_:" ^é~"ÿüÕ'wÒÌ...]ßÒ¯Zoû{ïïvu;(r)'"÷îõõÎ‡¿ê
. 
ÿÛN¶Ö1/2×Úmêžê°¿~1/2¥ßi÷_ö•{õÝ7é0Å¶"ßi6Ói_mXa+í]ÞÒ}zt3/4›ÿµ[
ë¿¿¶ cû( ´-k·ià
%÷ØJ J
¸Mm5á"á¬5ûm/ð›l:÷¨a+Oá×üBƒ<%¯ÚÃ &G #
..."ÈeU)Ï!
A y µ¥±Á"˜¯"
üvÃ#"(c) öÃ
È-Ø(r)" Å D .DÅ² u ±Iü1
  ƒ1/2 GþÇÈ.ö)¯Ø¯' ÃàØ-ßŠÿ}úªcßl1Oµß¦ V
/Vë
[M{°1/2ÚÞ (c)á-1/2X_Ü a01/24š1/40¿† 0A...C"A(c)c(r) ÂdM-¯k¦Ù { oì Ö,.- "Â§
$¤Üä¤TúX^Ž"8›"D0B",! "CB""u" ! ! B$] ˆˆˆ× •É {êáo >5×
ƒ Æ
>Zej?ÿÿÿÿÿÿÉ´øÿÿ-P°?ÿÿÿÿÿÿÿÿ}"e...ÿÿÿþv% Ôe9(tm)j)7 à^T†-¹Ø1/4¦C(tm) †D2¨gàDA²¨[MM5(r)
  'íú¨U,† ·ÒK¥ï'N ¯±Z["Ú×oþé*
-¿Tµë,Q_¯-...ã"Žõéµ1/4ZÕinßN-i"}µU×DÇ¯¥õÝ-áKëOæhÍ', ó,'±M ÔlÊˆ¨'b †v9 }d
²¬²$- ).d`...šlBaŸf >!¨gV\fb


œ) e ' 8Ï(tm)Èc)Â¦a V"% dâGUø` ,
Ó!
á y¯DÐ2ìÀ§Ä
ð9¶ $0 0CC
ê.æÅ œ0^ é6 4A vƒ35Ð8a U@ëL¨a 4´ 0ƒ6
  2!' f,*
úOª ÷1/4 Ø- šo" L'¦ƒTÐa=ÓûA"ÐiÆÓq"Ðla>Ðw Â &šn -
4ë["h‹ Ãñéñh4ý8´âÂ \=$þ;
¢8pÕ(ÓÕõ Ã]Ðh^õ^ýO¯z"c, ä$^DÆi"-‡Æ‰S"O%6ÈAÎ;ì‰Ï £'ÓÞèŸ1/4 ;Dæäç@ ¹ (r)ò.
ŸD¦äy'öü°= '9?ô‰{-v C-rézⁿù9°Tµpƒ
"£á? -Fr>"~œÑõ -ƒ'l'DçˇŒÚûÏÌ.G:A°zxOð¯O
¸B,u÷'BtŸ´ zpn›íQ9¶Hè7¤Ý¦ši÷éô(r)(c)¦ë-&ØOOOAát ßéƒ ´Ÿˇž¿¦-'Òmú·¦Ò "ÿ¶¦×
ÚUÒ^úm+...õiÐz¦µï§§_êÕ¨Ÿ˜éØ]=]_õÓôê¨¥]?Ð¦]},úíÚÍ¸Zëýÿ¦š"úh_÷¯éµv›ÿ§éõnÇ}¥ûûûûþ¿]UG"J×ô

'ýuõÿ¿^Ÿkicÿÿ ý-ý¯[ôÿÕ}7"{ý\ ÁÜÏKwIé$ÿÝû~(c)¯ú,]? õÕ¯ú}}˜‹ä}`óáwÕëPE Õß' ¹ _ûÙ
Uƒ~ÿÛ6‹..." wî¯þÞû^Ù
´·ÈØOWv£ô>ú˜˜ä õßø‹ßí äÔ ñÈ9 =zÌÌ-! $3/4ý(r)-úK÷
Kþ²L ÷Õ?÷ûØ?o×ý_j-¿ªL= ÀMz ÷I3`ýukÿþž¶ ký_Uûû^"aúûýú¨`þŸ{
A²Boµµªн_þÿîþýa KzwÞ ŠîýI"òxtþî`7,¡×ÿ-]÷pwfVþ¤H&"ÐlzuÞM¸"Wýë ªmõ·É!u]h"ÿþÛ
è~"" :ýo¯]MbjêöÌ*ì˜ †õêY6Â¥ÿ_ûúéÒè+ûý #ÿ¥ûõø?¿¿ÿ-' *ÿƒàâÚítž¤6:ÒÓÿ×wÞþ1/2ú3/4 þ3/4
ŸÛÝÝ P?iÞŸ·ûáüÔ¯ú
Ø>î¯·HŠÂßu¯þº¯ývëÿ÷ÞçSú:µýàíÎ¶þÕi µó×èªÃ:³mèž*[þŽ(r) õöë÷û§þ"ý}/Ûô-/µú"S í:õïm/¯_oÕ
¿W"Z3/47:žßöÒµµß]íkû_a×1/2ÿ1/2ßíÓ÷vº¶•(r) û~ÚÃ
i-"›ì+}(r)÷ ðêÓZ Ü"(80¶,´µÿzOýzµû
ö 4›Ká...R...ûÓi_í¥×
xk
+{l=µµ´-xiuk¶-ö* °a/ýa¥ÿ
-Û
%ö Û[J ûi8,‹š'nžÃ n "ûì ¶ÐQÃ " C
ÆÃ
H ›µiô¶E...ë¤)Š÷ö˜0_~9 W±û $ ¯b•"í˜LS ""-Å2 -ÅaŠŽC Ø¦) 0WL / SØM5ëöÅ>ž
‡Û_ ¸ÿxªö1/2ý"Â-Ù
é°¶šÚ¶ v·kkV+
+! Î:è0¤Ç(r)ÿV ýÂÛPÂí... !ßA,µaj÷† A...kN"Mm
"ÂPÓ!" &˜A" a;°"0¢""4 CÁp"C o" "ú
aA>!...Ët [@Ë-¸eM † DC#Øä...‰)"0"0¨D "´
˜'a "¸^^^^^^^^^^^^‡ ±
³jëÆßÕ~-ëãôû
#ÿÿÿÿÿÿÿÿå¤
W£2 ŽÀŒèÌ€ÙØ)'
! ÁA{ ÂãEÈ FÅ}Õt-çsH2¸Ï æžÿµ
ÂÃ
ý ûÕm+ÿõü‹...Cuúãé¯|ÉûÉ ÷þûMU‡ß ü~-kÓz"÷]Ò_ÿ-êW¤çxœìB÷îþ-ÊtUH(c)£hÆkÓÏ³µhíé œCe
€ç#b'" R1"Q ä¤
K°D[ä L¨ F¢6 › §2\9DlÌÅ|ØÈ #¨Du' S†F $FÃBä0"8à§PB†lRpnN ‹ƒ¦ ¨B63XC¬x‰
3¤`¶¿Ú
a @Á pAš0D) §@ƒ$0@Â fjh"
<(D.-0ƒAª"
ù pÔ Û
ú ƒ°ƒAá< ÝÓ , ƒPA¶ kwúâÐiÚhRzh|:¤ý µb
4ÚÐØ·¯AÅ¦ÆÚ§¦žƒÓ¨´ h;Aá
k_ûM æƒDWiÉf.NÒ"Ew "Ût" 4 "Û ~ºDWv‰cD ª#· 'î.FëTÕ4Dw-ˆ¯ŽÝ¤àË9 œŸ¸N‰ûDÎ
Ñ, ¹ ~ Ðø ÛèŽ"õ ÷ Hºd^wà°@Ú"øh Û
ð´ A¶Eæ y âhh(tm)Ù((tm) è"Üº4NŽB[á uÕá
A>ôõÐ:O é ô›'Pžô 'œ è&Òä(c)xA1/2(¤›h:M¢26l: : Òzl%OÂ´ "¤ì é
›d [ëë¦êÒzn¿§ªéº¦ÛJ›i&éêëé¶ú§"§ib¶á
(c)~žƒÒm á=ÓÂÔ -_-|_WIëatëOÓúOý6õÓ}:Â§§Ûþ1/2ÚöÐT÷ôÞÒþÒ÷´¯ éï ºÆÓû(r)éwë¦µÅºÞ¯
á+u¥ÖšÞãÖ þÿ uÛMÕþ¿ ƒ‡ÿ"õ"ýÝS Ó¯K"¥
¿ àÚz¥ô-1/2{ÞŸ]~úþ¶Ã'5gÂîD"JÖÖ¿} ÝsP_ 3/4N ûÌÂÖÉ'ý3P_H" ¯X4ËŠG ï÷Ú_ý±È!Á¡~R
-·¯ª¦é l õc$ 5ýº aþèwÂ
¯å¿¤A, !Ð#þ¿3/4¯ô¬0Áþ ý ßwÆ3/4˜.ýj¶ßýï‡kð1/2)N
r

þ"Þ(r)¶-÷†Øzè‡ºÝýð1/2×ÿD<]wÃu_ý:Ýß¶ˆxö D ëª†ý¯ë t¤(ä‡@ØnXN oÕ¥[
3/4¿äW'¡ u}zöû2"¥ûèŒïÐH"û"², (å¤Úîžû¥Õ¹bS¨F"DˆW·[ ù‰-ÙÉ"#ïÝ"oÿ^Ûþ°I &Go- uúÚ¿"
úNEà{3/4 uþºé6"·¯^žÝ7JÝÿoýë¥~'
ér¨.ûÚßßþû ÷ëý=÷ßÕwº÷U×{þ³T1/2.¯^úÒöî þý[J+Ýó£6Û":-1/2k¤'¥¶¯¶u ¹(c)ÿ-ÓªMý-...~þ•º¥Ð[ÿ
gÎ§ë-ãu1/2~Ò6íÒ¿íÛöÿI
ïû\+*êÝ7¶3/4Û¯íþ"ô"ÕÞF-Ã_{¯þ´Ú3/4ÝZú¯Ï¯a{ÃÚN" ÿk 7¥¥...ý+][OÕÔ ÝÕ... "ûTµ3/4ïk Ý0
Õ† ¬7it-¥M¥"¶ µá-Ó"l4¡¬4"²pŒ0-ØWÒ´î1/2ºµµ-[Vï§ªºÒƒ -Xa[[ "ŠÃ ;
ÃUÖø`"`¶ ›Ø0¶ `Á-
a'ÄÞ5´@1/4
"‹† †" Ov Kôò&x ÆÅD(âH}~ÅqNÚ^ì0I‹Xâ -ÅG 1/2E>È.; c{éŠb˜§ö!z íªh4È
ö w†BÃÚV ÇÚÅH<\2 }>Û

¸A..." ÷ò †›ö "Âþ¿¤ëº˜& "akµ¥

*akº˜ZµÉºðÐaKxk O
uÒ
+wØ&š ¨aq k Â 0A...@Á
ÏS" ` ¡ ƒ#NPD !¦
"C(E'+L) Ê (tm)5 DMl0ƒ(Fƒ Ö'ˆˆˆˆˆˆˆˆˆˆˆâ""""*""""#ý-R"ªY
¢× | ÿ,Õkøÿÿÿÿÿÿò"ÇjFDˆ"²ÜŒìA ËLÌfK
(r) , "ðeÙÚØ¤m "! ØfœF˜" ²
0Â˜h 'vvìÑü&¡p¤F Á§¡"
Õw; Wy]>GW&~ køIúá¦ëé.ÖvHŠDIT> TBŽét•¿ÛN¤á"SºÕº...
×tE;DèNy0š^CcÐhŽ ¡...êé*ªåc¿H n¨kWÍldÃh ß¸(r)(r)+ø_ôÃ~·µZ
úß -ëúNµëì míú[÷¿Ý ß÷-ô[àè6 {¤ë¿ï'¢éµs°1/4Ž¿î¿ÚÉ'(c)æBÌ(tm)
i˜Î":% Jâƒ!Ä@èè) ÈÀŠj&²K</(c)`LèD@€(tm)tP(Aé6 - Í³(c)šÄ:fÈƒ
N"0 @-lÈÁ ÿõ,"l öÂ!*#N
Ö0 (tm)†d2@€ l-
AÔ0ƒ
gƒ"
Ö-"
bæfH (c) Bìˆ‰ ËÿÂ
qa ‡èy@Pƒ Ú
"ï ...
5Mu¶ñëÓ , D #u 4 ·"ÓÂ
a6Ða
,
Óh Â
xL ¨‹' V '¢ºz
=5ûÂ
ê }iÃwÿÖÖ¢Õ4Âk¦¿§$ý;1/2 †š "ÓN!ø@ÛLÀ€ˆ?ËôE·¦‰sÑ †‰súá§ #êñj·KÓÓßh4KšÉÍÈH<
LŽ %í×D\a fôJm Æ‰O"ºD¿% DoÓD¹¢ ßàšº
8º&wrt
†YÁ á>çÙEh-Q:xNÊrj
= £ÿußù è-á
D¦Òrv/ A´ vúDÏa0ú
ƒh æ Â
"‰Ÿ h>N˜O'G"û"¨,äAÙPdw Ÿ ú

IÃÓÐj*ê 7MÉ(M‹ ä¨ÐMî(r)3/43/4"‐ Ý\&é¿zo3/4×u}'§¯I³aÓjú‡¦ÐMÓ(tm)Üœ Ý
...‐‰{-^ ~ÓI´¿×K§zxzONíÒï{iô›WI¨Ý]. zõn›êÝýjõÕõk¥m{¤ÝIMÐ9§§û¦ºû[Wé´ªmö¿UWïûûÝ±§
ÿZ×oKñZn¯Cé=:¦*è ÖôúÓÝ
-:ýxÖþû(r)£úé_k{Òë¯3Ò^ö¨ }G~gm o^?Ýbûm
£]~-úÿÿû"ÚO[ºßÞ×k~ÿk
ßý"p×Mýß]t¹ Kô
ÿ³ëµOÿ¶õ X1/23Ù Rt p]+kw¦"Ø/_µZfh CÿôõÕÿª‡¯úÓ ä`I
cù
Ç¸/Ø*¦O¯îúÓ÷ø ã õ¥§N?¿ö"/m]ß�þëûd-,ëÿmºtÈa^ å 1iÖ@Ãü#P' ë3/4×ýÿöÿ;þ·û-ëÿº×÷
?ý1/2u·
ÞžÒy&
"Ã ¿}jûÍa úíú*ÿÿ ë¯Ud1/4û×ë ÿvÚßI HƒzÖ ‹ `pEÓ¨WðµÒþý&H
y‰åŽP;³ þ"^ÏO _,^Ú¿jðõÿó Y
å û}LT×P¯_ƒ{ê^Ñ(c)•Ù":á KònLsþ÷ýv Ðëûuÿ_÷ õïöõ¿´
¢Åþ•'~ÛÉ! ç(r)- o^IÑ ž ^ú¿úh‡ þÍ‰÷õo[1/2õ¯k ×öëÿR
Ãv¿õµ¬
=õ:õÿ -ùaÜèë} ô
ÿð~"uWçGšÿIï[vÿÒu÷¯ozýÒÈgg]µéSôêÐ [-=ú]Û ]í.Ý ìê÷:ž3/4t;Û_wì'wý>t5Zÿ†-Çz(c)æöuoZß¶
ÝÇçÝë {gS1/2$ßþû:éû×KÛ^û(r)öû
-v¯]ÿ}Ó ~"i1ÿí-ö1/2íÕñÒÿêÒ-v--j¿õÿµëÿí{¦×m-[¦îû]×õmv:WIµ(r)¶ ÐÚM(r)îšº¿...nž _"ûVá Õ-ý.(r
)-3/4ÿ-}'¶ [Ia¬0¬0_ÛJ×M-ií-"u ¡...4Ýïþ>[[K]3/4 ]k
Sa...‡ °·iZ
Ò
5íXu ôÓ´(r)Ý5ðÂ\4¯0•^ÂA ^UK
&
*
0•²%3/4 _ø¦!CëØk
+ ·Øa Â;Ã
Èƒªb
Â
°a(ka;
°ÂÁ, °-ÓÚõÿX§b¢ Ø(c)
úíØ¦)6!WáŠÿÚ¿ø¦ bš× -‰7lSÓ
AxÁ±AŽ
Ž ‰cØØû´ÐÆ"~ØNì%i"ì&°ÂOV¯[[ü-û" UOí4Âk~ atÖÂPÂpÒnÔ,=‰ Û
ƒÞ-ªù EŠD%3/4Áx5´a š
-\4 NÒoí*ü& °š É'k
ÈÄä"Â·Ã@Á0C†DN-,¶ ¨aa ÂOöÝØ''' ƒ&Y
ò
'Thq:: `¤06p'
"ä'"
-Š Cq °¨ !Ù á ƒ Â›nÝØVñ â"'"#^^e "ëá}q ø×ªè³à±éXQÿÿÿÿÿÿÿù_..
.%'Ø § 5 ,1B¦Ì,µ[<h '¢,µÒÚÉ Ýo@›ü*ºµ.`¿ú]¤Ô(tm) Ó ¥ûVþþ1/2}}íuOÌ‹E'
*Ï5#[= Í&hÍ†Wä1Á hÒÃ ( è8'-Ýø@ê› a
ÇÔk á6E ôû[ Ø¢ö¹²zEÀù,Ô Û#¢33IzD1/2Õ
ðƒè {§3ªÛ#Œ õ,o¶Ý_WTÿñ MéÖƒûWT¯ïÒ>ºÿú¿ í^1/2Óã}úü ëûµî-îÿ,
÷}=Ôê ¯×ûúWë",ý¿1/2×Òoý××µ"ë¿¿á ð¿›áwö•}Q oúzáÿíßÞY×3/4¿ú_õþÿ ·[×Uÿÿïÿÿyÿu¤¿éÿúÝ.×¿
wÞ"ÿh5úõÒ[þÊu"kl%Ã

¶ "ûâ  Øi  8b¸...Á...ú's¯jÅ](r)¸"w÷ÿõÒV  -Ö×}Z"K"
†  p`....¸
"!'"Y  Ê
VGSŽ"""""?û×ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿó#AL'dM  C,ð  FZŠxYØØ    ""  È@‡b2
É°ÆD¬ùždTÂ...;    j2dá :  ƒÉ  0Õ  f(c)<·  Zf(tm)T_zÑv  ?;-'&vw      é•    3/4ƒ_2>  ÝBÿë
Ýõ÷¢.0µmËP¸U¥    /Ö‰o  ¿§¯ôKë    Z¢VÝ§Gï~"  - Ÿj(r)F9P  ûú
É-  Þ(c)  ß    ¯xïú†(c)X      ò
'þ,n'o¤  nô  ¬WþÓÁ"  }/ý
ýí/ÿ  úiÖü  ×zUmé;×Kþ¶•>ïKÒ¿_¿+    é  Š;;5<ê<ê=Üè4^c"†t
Â\û*ŒÑj¿¤œ66 D+œ,ÎN"P%]"ƒ$  6&fyœ        Í‹dã"¬Ð  A
b  !Æ  ÉÐ^0‹P2  8)ðCTjf

,à,x2    z¨t  0@ó  ÍA1>Íf      àÊR#Îñ Ö"'Öö,kø@õðƒOÂxA•  Ða    7Â

"øjè;tô  -Ó    @õ@ÂwŸ`  §i Ê@@"  ž  QÆh  ^^3¿œTú}Ý"    Â  wtÂ    !
¦  Nî4Ó]
Õh  ßiá8}¦š{§
÷M
p  ¡Úª    "Ô  W  D  ìC-RëD  Á]!r;§qiÉcÈ Ò%  4OÃ  "åƒkÌ  "Ðª9  ä§§TJm  ü-J
¢M  ö    íô,"<Å"Â~é"  t¢þGêw4þ‰{×,
"ò*‡"sA
d^¢ç%øvÐMËœ  R,PA´Jm ò/Eö´(r)Œä¨'¡7  \Èù  või  h Û[¤òsp{"s    2¶ä±:èŒr¡Úô-ôØýÒ
µIÐA"`Ý"ôô¦ä~  =7‡á
        á=7Aµm}¿ÛÒ¸°Ò
ëO  M¤ì"/,n›a  å¢
ë,  èŸ  ‰f,°éÿéô(r)  Y
¯N,xO1/25i
"ën(r)  Âÿö  ð"§ï"V  7(r)1/2  ä1V°j  }ÛþÒ

¸
¥%Oÿ  ·Õ$û
û¿,\*úô¸Të-ï¶-  m‹]úÓ¸¯OÐÓƒ  -+Þ›I"KÝ&ë-^µÛ£CZ}S÷    IÒöij"1/4{^‡ëÿ"Ó]¯  °n×ûaûíWý  CO
1/4%Aïí+úô,OÞÐÁ6°õ¸Du3/4ðÿýÿuy  :Ø7[f  Z1/4^
ÿÒÉh?Zõ  ï÷Mþ‡Þšwÿvë§RP'ëö

ïÔŽ›ì¸/VG  f¥¸þC˜úßK  ŠþúPÌ
   ŸÖ  é=ÖÃúxK×ÿµ"P"ëƒuûÓpzÒ[  Zj=
]õÙ
?aþÕw†  ÿ1/4d  "ÿè  ÷^  þ,oïí"é-_    (r)¬  Wð  öúõ°î˜wðï¦Ø=ÿðßýÕ"€Ýl‡8µ°_ë  þÚ
    o¿{Ã
îü  ipD}d3°]Û\  ¬Óúþ  1/2?"Ûëþ됇óyÙ
wª[u3/4ÿí*^ÿ×-a‡µÝ    æPå"ëÖ
ø  ïï Bôêu/d  3/4ð˜#ëµÛþ•kõ÷°ézä¹¿ûÞU‰‰WµƒÝ"^íïK›y  Uõþ
§ïí  W÷¿ØD ákòÐ7ÕÕ"ÿwN-è% 1/2ÿ"u§
EuW'  wªo(r)ªÚV~ýÕ;Zý  Í[úþªI  í+)Å-  Z_Ké×ÿKÖÚ´¤ÿ  Ýö  ªÍ[
ÍO1/2°  Ûô"íÚ˜oï(r)ÿ3/4ûá}=`í]ÂÑ¿†-wñû¯õ}Öÿi¸¤g¶Ý"ú´(r)ÝÓó  3ußþ  )Ý-u*¹Õ¶¿°÷[ÿï¿I3/4Óê¢šµ
ê>"m.û_:  ß1/2  Ú¶ûßJÖ+I+ÿu¿3/4ÖÅ¿ÝZöÿÕ%ÚoÝçÙª°Ù¯í"w
$þÝ¥izðÂ×p×ÚKê  méÕ¥kjþû{]"l4¿m&é°[íö†¿Ã
Û{uk}¶žž-°•²  ëßL5t  ôGÈþÚI0gÃ3/4›

ðýnÒ´Ÿm[¨i{}°Â^Ã
¶ Ëïam6×-°"a#æ 0KöÒ1/2WV*(r)µ3/4±T ...Ü?l%¡ | Iâ¿cîÒßa...mdc ˆêÂA†GDqSàÚ¦>DÁ
Eñ×†)Š 3/4)ƒ^+(r)/ÛXkÛktÚ÷¶1/2†Ó±*Ó l/ß¦?Ø... ›AˆLTF×
ö(r)¯ØM "QU]ïö †
'\0"
$ÃZÂØ_~ÂÕX[_l" l/ØL'M¦˜%Ûö*wa$1/20˜_´ V ý °3/4$ÇÅ=1PÂ°Ár
B%"ôý û
x0_×jÓO† h0¿ò "† Á,dK? Ž & a çCal ø0µÚÃ!]ûLTq Ðˆ3‰YBH ±#xˆŽ"
'M0"0BÐƒ,¬!
#c G
,am}† "ÈXÄqÄq G
šÀP@Ê. a.ó ž§`^"""7J IC^•ëuoa"(c)°[iF1VøMm ÂaE d,Á'n¤"?ÿÿÿÿÿÿÿþd²Œ3ì´( äp¤-2s2Nf£;
¶F È\
g(tm)2gaçpÎá -#°¨"EXÍ†aÀÐU‡ÎÌ :×ÞÞI Âw$#ØOzÿ22Gc¿åKÕ-ê1/28a
ö3/4æB4É*õáp3/4¿kV uú...
¹%ì³ ë÷þƒ0æ,u œÑ onëzÜ. k·¿Öÿ y= 7é(r)3/4¿Óýÿëµ Ü7
¶ùo§ïÿÖÒõïõé6"×þþ×ÿMÕ¿þþÛ¦Õû×õÿ~u-?%"')^wy*²7'O-ùŸî-T'öN2_rI -¤Öue"! \èÉ ;P.ÿÚè
s , !ÓÍˆu
› )¬L¤ h3A p@ìØÍAJp"† Èïÿ×Á ! Aš DPä
M ôò€ä† ‰P;8d3|ûƒ 2C6!¬@ ,!èBÌ‡ ±(r)FÏ¥ØAí¦ƒîÐ= $ xA1/2 -¸A¦ ~ i{~!=4é ˜Aé
Â
î' A"+kõAé, ƒ°D82
sb A ýúk Â ‹¸´ [Šˆh0ƒ Õ´"‹N-ÐméŸÓu1/28Õ×â"ˆiÚh:Aú
âDØ/è-dAò êˆ¡ D³z# ¡èŠ;zD¡ü-4E /}íz#pq/¬‹ Q+}";q'7uª%7
ëÿ¢sz¢ äã§Æ¿4_L2
:9tšR? ¹ ¨"Ü!8h ¡Þ,4r: û@›, Ñ ÉMú¿~ ¹)"Ü ÝP;è 6Â
ûð›'? :i|' nE÷%ï
(tm)É œ‰ ¹?(r)$-:AµIÒ
¥ ÒxAá:
ªïA7
t ÓÂkn' Òºìªm´ Ú¤áöþ'v {‡ ¤ºm - é?A²
È¿H6ÊƒmSú ô¯n Ó"í ÒK¯¦ë¯þ× ~(r)µÃo
-'êôž -i~Ópž(r)é Ká>ã_ÒÞ [j1/2ÚëJ÷ú}"ë3/4Ÿ1/2¯^ uûºOi;Õë×{ïþôîÿ‹ÓðŸ--?ûï V¶?Õ¿Þ(r)"c
Òûª~ÿÿZ÷Ò
Þ÷÷¥§uô-èZñýº¦Úü(tm) Zþ-i"×µ1/2×õÿ×õúä
ú¯mé¦Ó¶Ó
Ö´ªÿuúj¿"ŒÚk·ãúÿ # tÞ?ZuïLøZû0 ÿµÿÅ30- ]ÛÔ €xßn£ÿuþ7´Ø<ƒë¿ßýW!ƒÕzæººû¬_ñ Áýé
éßøé¯3/4"ã1/2~ßU_þ¨Ô-AÈš' +Ù =úšÂuÿwÂ§ûå Âÿ¥[Ö
]ßªôþŸÿõ{u "" 1/2-"ƒ
- ø ¬† Ýÿ]B!ßêˆhØWzÛï"Pˆ#¯ûÿÓ ëßÿwZ-Yþh(%×t·äì¡ÊÂˆé €˜'ýà-×"zt
ýÙe-BçïêZº[:@"ýÒý^äÔ:ÿu3/4eë-ß3/4×¡ ôBÛ ôBç_Â
ƒ·ßÕiè'?ï"F~3/4ÚûúS‡ÿ"ÿ-R}z×^êëô"{Öþ äH´I
e"} gýíûð^ûü/3/41/2ûî ë_úW[ kÿýµ "¯ZÿÂ ná{_
Zë×û××:¿Kº (r)ýÍRUý*K3/4êé [í¥f¤çS×§5 í¿[öt
%ï"Óþ Ó}Õz¯ÿúÝm;ó¡W¦ }×þ(c)ZYÔïïÓXÝ
i|íªi¦ëkÝÞ(c)§Ö-ÿÿ^Õ3/4×Ó{ÿîúb›köëOÿ_ÂV¶-](r)ÞÒk|VÚ^Ý^Ú[¥_¿}îu7úûµ*IkjþÚKÒÝCIíoõýµØ¯
Â†Ò~›í.ÒÛ¦ÒwµûXì%¶¿Õþ1/2¤3/4¿D2ýí"›ÝÂ{ì0_µÂn´ØKøi6 ›OÞì¸1
,0•¯uÚM6¬5ö ^ØV£àÒü&ØK´"Iý°¿(r)9 :

%"§\Sì0¡  †  àÒü0dp^0¶šôµ  ˜"ÅoÁ,ì0"    1]1[Åá...°Á}°±R-°N  moõîžÂ  bûÚøÝŠv+^)
  ý  Ä,1[  Nõ¦
ë¥b  Å1/2±&ø6
Ž  +ù  ;aÓö"öA-¿´" öä;ÚØ[á"È<>A¿pƒ    ZÜ˜ý"ì aV  ZUm      ¶¨d0ö¶·b*  Ø"z
  ]ÊVÃ  ü&  3/4¡,ö"4ì!
-pÁ5Û_õ ºK[CL
ƒ          ,,  `•Á"82Ë d î+dMl+v  ímÄDDDDDDE,    e²•´"Ê,  DD  @Ë[^ŽUâ"".""',  -    A,i¿
  o        ÒTDDCB"!¯I  õ(r)  äË!\¯NÕ  ÝTE...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿËiMV?ÿÿÿþZEÂÒ¸YÚj  1/
2*'x:
Ovå¤
X7nðûÒþ¯ éVZZéP4¬V  ,  -ªŸxÿÿÿÿ
endstream
endobj
20 0 obj
<< /Length 21 0 R >>
stream

q
425.52 0 0 695.28 0 0 cm
/Im0 Do
Q
endstream
endobj
21 0 obj
37
endobj
22 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.16 701.52 ]
/Parent 48 0 R
/Contents 24 0 R
/Resources << /XObject << /Im0 23 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
23 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1734 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1734 >> /Length 33028 >>
stream

ÿÿÿÿÿÿÿÿÿå¶_•Ì(tm)fq'8î¯ús"-"<ìvY1÷gi  y'QëO+"EP2ÉŸ]  (tm)
(r)¿•zÓ§Ý~  "3/4  -...iûÿè(r)"[Ï¿ïÿ{  _  w¯üoBÿ'î[¥wýþõ1/2^"ýuÿè    "  ;'d•  Ó>u2  *  Ì²W  &û
ù2,  "ž<2œÏ¬èVueÑ
8)¬°D-†²%d²  ...¬  ,  ‰oC)"38!à†ŒØ(r)P!
            ›Ž
ø§Q!"BÌ‡.^Â    Í¯k Aä1    ¤  Ï  ~
§-F$Î,  ŒÙ  ŒÖgFud^

:%"a
fHÑ  ,Z   Ð-R    a   4-  ,-P          a    z
Ó  <&    n ^!
4-ƒ°  Úá  ƒƒÓÔüpJÚa  æ   "z
'Ä‰7¢   D)Þ   ¢h#"  D  †  ==< za7ÓÐ}"5j  C†ƒ˜ÐW  ¬C¤  ÔZiÅÛv  ¢ á±a5    ßªa
Â
-,o"  "  L'h8â-œZ  §¬^‰ÑÅÚ':#†‰Íá œIÛ'/¢_3/4%Ä";
DÌŽÕiÙ¨ä îäÿ%"Oß  '7ò#âÓ‡¤œ°wH"wr é:'/R;r   -'"þ‰MÈæäúÓÉN‰ÍS
    ÒmêYÃ'ù  0A3/4*(c)    ,  àƒf  ¬]^Jm  ¯i
A
   dÎ›Dç!$JnE   ¨  sD"z%ì¨.v‰M¢s(tm)Ã'îGx ö  7  é
¸A1/2   û ƒjé]5]
"ê
Ý;tú  0þ  N"×1/4‹îMÐxOOMÓoTÜ',NÐ†  PƒoÐo ù  ¡
 Þ"t5zAÚz  ¥}p  Zö  &ÔÕ›é,zj(c)ú{Jš£°  §ØÖ  m-'Ø_N¯¤ÚTÚMô,o§‹úí õOÓiZ
êë^(r)÷ÆŸúW-Ý¿m×¯ÿá>ý/n-GÔþ1/2Ú~  µIîƒ
'ñá[Kõµ[ô;  GMýzO[]ì¥_ZKkWþ-ÿû÷éÝ"§›êÿ_ªé%ÇëÕý~ê(r)ñ  °Z
úðuªé]ú"õo[1/2;÷Õ~-ƒ-  ×ëÛm;   ‡{ôý7×Ô
_µdh/µ°Óã  _Ýoý_X3y-  êÿ¬,  ž×¹
-ÈM|  ýw_ZwÜ(tm)QCàô-Õ¿m[ä&²œ%Zã¯/ÿ ô  Üuþÿn"hDU×ü0k¡
Öµî1/2{¤(tm)   (r)¨‰ƒ²  Lu1/2ÿ^¬ƒ  '  û...ÿoÛïÿ_J3/4ë¯ ¸a°¿Ðd1="Þûúöñ§ô  ƒí=wôÝ]‡...¤1/2  ÷
õÃ
ä1év"-_m_V*¿¨:mªò  Ä  ì3/4*¥é ¸(r)ÒøD  !‡î3/4ž-o†ð°{ßè(tm)  ÝÈÐI"  (tm)(røÕ3/4-ÿõù‰µ"ø7ò
bþaPþ†þÿún(tm)   $}Ú"M  '\¤ÃZ-ïW#  Ñ  ŸøKýƒ  *Cþ¿*ÚµïÓó
3ö3/4ÉA  öÿÞÿÍUß""S‰ÌOOw¯ê  ¢aºí%ÚtÕ
ö›  ÿþ  ×Óþþ1/2í
úúúïŸ'§^  `ûk-{÷Xoª"{(r)Õ-Ûlêû°÷ª¿KÛúô(c)-  -"û5f}û
èÿ×ûî"ë\  ¤  ï1/2  æ›úÿ_÷'îÎ(r)ïk57í.Ý&ÿîÎ†¿1/2ýíÎ§-"  Zÿ×3/4úUµÎ¯µë3ûa
~õë"Zêþ¯_Ö"^ª¯i_†1/2ñÿÓþµÕ.é1/2°oñVÿÕ¯n¢¿  õú(r)×µí°1/2¯  PÖ×{V  ÚL5¶ -ü41/2 ¸kþíïot¡¯Ú
ÿÿ¥ïö°ú1/2ªßV(c)ü5ëÎ¿ý¯  ...íµÕvî  OØKn  ]ö-ØÍ¯Í´3/4õ[
%\5a˜   a&ÒðÃ

m†-ì5¡ÒnÂVKö  ´¶þø¶  AtÃ
°ö  ¶  ±o°aX...   b1/2†  ªi  Ù  p"°Û
  ÞE.ú±WL4¯'-  â3/4)†
0p`¿ÃH<3,È¯ÒŽÂl  Èœ  IÿdWöÇ±\  VÚŽC  Ö<1Mm±Iß  }%  "uÝ...W
"×Æˆb  vÅl{  ±.1ñ_Ðb¯d<v ±'  ¶A-Õ(r)Èx†   5·
(r)¶  i¡Âî¨^¯a0¶ƒ
ö  !]‡"ö  ÓµµpNÒ  p•&-ªƒ
ôƒ["ÕÃJ
&  "Öá(r)†\   ÒÐƒf#  _q" È¡"b
×ƒ&0*°Å^ƒB  'k`"0ƒ†       ¡  f  Ž
É  """"   Ii  â"#k        ^‰Õ -P¡Ê !Ç>À  "Ø^  ^ÄDDDwJZf  J¶ü  Ø\   Õ""]C  #
ÿÿÿÿÿÿÿþS
NMÆdÝ<e6B#µH...3
ìàAÙvB>da•Ò4  Ù
¯ìŠÙØíÐy  ×  o°ôw2O*  •iI.´1/2õß...á,'ínvQ'
"Ÿ  m{ÿ(r)  ·P  ]  þ°í"ûÿ3/4þÿþøÉèÇú×þ-u}ÿÝPzþŸ^ÿ°uT1/2~×¿kü.ªë{û¯

ß÷þí~ÿÿtI3/4  Ç"PgZ  FIä0åX"  U,!ò@ò;È  ÉOþ¯˜ò  -Ù±'‡ž´Àæ²ó'.  Œ  èÌ
Ì  Ÿe  Î,w"
Ì@D9ä  [  C  \  3/4,  NÌ  ›üØÁ  31  ø"
,à"ÈA"BNu"*òp...9  ¤  §eòpàƒ.‰Ä"
  ;60  Ÿ  ´  x"  F  }"Bj
1¨AÛúh6´Ô&ƒÐi  é;  ðÐ÷Ðph=4  Aø
dÀaB  P  @Â¡  N-      A      h=0ƒ  zh8q¡V-šìipÕÂ  8¹  ·¦°¨iéÇ
?L&÷  ˆ/  šÄC¸´ø3/4!Éub  %Í=_tKÚ'Á¿A  AhŸµDXa  žD¹§'LZ'<  g¢tÈ±"§Dù¢(ïÑ  ßrý¦°DzOÛ"E
  ¬Ž  ÉÍ0œ  Eö‰øpr%á
'ì‰"  m  ¢'A9ïXN  7¬'    t"
Bn  7h  Ü‹îšò9°lÎ    Èí$-  ÍÙàš'7'>(r)%oN‰oM(tm)Â  pe  °4K'Q
‹Ôœv        &á
"  ¦é1/2'ÒÒºÒ*A=6è&ééÿ§I3/4×¿"  PMÂx  Ú      3/4›§"ÝÓé  á  øMÓôêÝ  ý'-'ú¦Ûú°  w
Ð~(r)µn  "ÂzúN¦ê"¦¯ÓïÕ ˜{ééköÿÕÕÒ˜ÚMý_µï‹V...kxôôþ5ÿ    Å3/4  ~˜  ê
š  °u¬  jžÚ  -*¬¦°ÛKZxP(c)î-Þ*¶1/2òÕn(r)•
ôã÷éŽ?ONÿÿé~ÓÝ†"[ïÓV(r)(r)  ú-úÿÕ[
""3/4XÊ¿Ã¦ßÿ×¬  ôÖü^  ¿H&  -Þ-²èÚ#"@¸ƒÑþì  ñmjDƒú÷§5...È  ~Aqå8èµ
ÈM<-D  mA  ôÝèÔ-(c)äó  ?˜    Ô/°'1/4DG  ¸(G  è ÃÿÉ €¢ÿÞP
)H  qd01/2Æ@¸,ìƒÓÈ}ÝÔ  (‹ÿl  úü    ³@_ëïäÄ"
¿]Ôº÷Úá¦Ð1öB  øaîÀà¿þ¡  3/4Å  ãõÿ  ïz¿þ1/4  þMÎå'ºª"B~ßéi  Båä.ypD×øZoÃ
H...¿^3/4˜[¿ÈqÊ  Z"Mû1/4²¨µé¨µ-SYbŽ3/4    º$G[¿1/4'ú$  B^  ùSH\(c)¨"ñ"-<µ  ÷Dt-ÜÅ.¥†¶ô(c)
Cûú  §
"ô×...ûÕº´
N  t‰ÖˆÏ


ù    -˜õ,úõ˜-^ÛAWjÚÚgG]Ð>ûnúJ¨ßßouK",ûà¨È7¨6õ¨}ú]ôÿ_Jù"¥~¶-\Ö--ÿÍNµkTúÒõõï  t3/4´¿|>-ÛÂ#
ªúë":Í  {úu{Ój•Óh6ú5³mk]SWý"]ú¦Þ¿
ÓöÌ‡^q÷N·ùÔô÷ÝÔ·ÞëÔ-ÿ  "mSþ  *ÝðÒ  M{~˜1/2R  a.3/4ëU  R
þ-××ôë¶õõ"[ê3/4×WðØIvÔ~¨ïVÿÕµ°úiºß§w÷1/2-"ý§°êø×Òþ×õm/a-...V-ÇÝZ]Ú¦•¶
·¡Ø""
"¸ÆL/a^ÕÔÍ×
uï¶¦['"Ã  ZiØ_¦  Ká,°ÂoL  %
+ØZV)'bÕ0i1Õ5c(r)
  V/  ¸cm‹äGV  °
0"0]'GL0[ì'l0"
d\ìK  Ã#ïÁ¤ÖÄ¸q]±    XÝ¦  UÛ  V  ØVîÈaûË  ë~^.ø9
Fƒ    ÷  ÀìBb¢¡±&ù  Å1ßu°klR{Jß°¤1
¶Aì/i"¬‡x˜  7a7jÂ"øjí¤í"È$oÝ  x{L&  ´ŸL,¨ï
]û^ÂvB1/25v  "[Ð2iÂXA,)ÈX[%¬D  1-    ßÙ  w
 Á(i...ut  Uí4  Ù  i°Á0"?°Bâ¦,ÄÐèÆ"A,
œ´  DDDDDb""Ð´<  ""!-6  DC$*  DZ  hDDDDDDb"""#ÿÿÿÿÿÿÿÿÿòÚ
"ùÓ#;*  ñe˜  ‰ä"H"Èáƒ"vžDÙR0L¸Ê¤GŽ    Ù
†ƒ#,"#%  Q¡  +...,"è¬õ'mè¡    dÑA  ÄvMÈÈ"Øx_ÂP  T´*3/4·§ø[Zî䨰Ob¶¦¯V>zý?
'·...
û!G0îÞîH6Ô1/2  ú¸Ž/Ñ=×š·ý4  àõWi^-iè8úïÿmS×ÿ¿,#þß·÷Þ×ú¦þæ}  ",ìY  Y×*  ÷f¢ìüB#(r)¶N    Ï
ÆÄL¡  VŸO(r)^ò&Ž¦R  (Ž
SŸå    ÁPg³äS°L  ƒ²p†ðÀ¦H  §  8p  šÄPD>L  :,D^ÐB"ƒÕ  x
0  µ"b  8ì†!×8fãƒïé  â›eY  ›þj2  !

#Rò€@›G#b Î  -0Aõ¦  Ô0  áúi ð𝑓  Aù¦  ú
 ïOO‹Úî  3 X'&
4í|"&¯ 3a  $3bÈ9ëÕ"
!Æ̊Å@ÍB›,  𝑓0U¦ëa0𝑓  =4ÿ   MôÂiî...!¦žÅ̦ƒC¸´ê/D~ûïë4  õÑ   Ô Ð¬ ð𝑓  öÛô
S
   Â  OÓøÕ8´/¹-nââ±¢|úD¹¢_D1/4;g  ´ ðÑ  ÒR&9?šR.xO²⁹ÌÚFf  #  dnÓÑ  ¸ãôÑ  úq~°át
!ÜV'#ÆŶH𝑓‰yD±ÈœÑ  ªÐM"Jn¤%¸A°
ÔÓÓÂm  F
¸t   !  é
ÐA3/4  Â*w  (r),34OÙ›,
1/4‰Ï  "\Ñ:y/w'7  òSqh   Šð‰Mö   }`  Ü ðž  =¥      °o"
  °vôž𝑓×¿N,k"ôöÓzþÿûÂ=¡¤-Há>H  ,
þ,y  é
§tₛO"û¦::
ÈÔ3°'O}0µ
ÂÒnÕ["á]?it-´/¦ô  ïõúø":~Ÿ¿È  õ¤ê"Â...qÕÐ~›§¯"õZ}µj  QU¿´ôŶ7^P    Zëõ  ëIéñêÒkè0°Û¡  éV¿[
3/4õ{1/4*t¯Iá63/41/2i
kK"êŶBÞÒ¯¯é¨ªÚzw}{Õÿ~úl{ý}ÿö>?ép[Ó]}
"¶°  -.
"(r)¡  ×ÿëzwõ"pÿú}8}ßïÿx/ÿú]5  à-ünµ{êÅ̂]¡Õ¯à•´ÿ¦ëw,ªJßø>'õ³åÁñïùN%{g@OÞþ‰•àÚ³ˆ3/4
N÷ßyé¯
-ÿ_ÿÉÎ0E  êš×ÿ"ÓõõÈ {~    Ù
-k×!𝑓ß(c)81ú×w"¡P>"/Ò(tm)  Ù‖Ž-o𝑓am§ïŒ  ÍAÞÐú
 Á-´ÿÿ'  á  ÷þÃõ{öAÏÿÔÐ  ûpˆ#þŶzäh
‡ÓêŶ‡¨öÿ|
Ô°Y  ì  ¶  -ü    t•B  ß^ðÂÿ¥È  à𝑓 "r  ÿŶÑ    U
U÷ëzD;Ø>@  Öë°ý  ð°·áj   z°ˆxëÃÿ"1/2õ|úÈ0õêû0Óm¡  õ¹   ÖMûúa  Øw, ^  /~ûD.m¯Ñ
k  ‑ÐBᵖ!80å‡Ãh‰÷""  úˆúïí
OmÛZ"¡  Ûþ'2=ú   þ(r)°˜‰"k ^ÿlÁ:Ö°#;ïK ‹GèŽ  á  ¿h'  ú¥þ-  oÿ"FúZöJ
ÿû...  ô÷‿}  f‖þŶ~Ŷ?  U·ð_U{(r)Ü-Ö"ÿmî¬èÿ}×u÷
§šªÿA  ëÿ÷ìÕŶ
óRÿnÿÿÖ¿uÐ_×Õ¿Òõ~ÚþŶì":[ÿwïms(c)ïïÚ"ö¿úûß^.../ô  ^ÞÎ  ÿþ'ëkûêûÎ¯ÛU3/4(r)°(r)þô
"í"1ú¿|‹Ù°**J¿1/2¥Ö°÷ûiO-"-ú¶"W×þî×ÿ-Ò{û-Žÿïëm&¯û_µA-(r)(r)"ÚÚ?ÿoá¯ôÿíuí  ÞÕÂì4µµ-û"1/2
ª_i.Þµûkí§ÚÃK÷Iµ°-'¯¨a[Kû̂JØþÂ̂Ÿ"¸Wû_ëmû
/ñ‡ö"éümCú"mm'û_ô  _kₛÏ¯Økᵖ
(Ù     I†¶]    A6  ß†  í+‰ž  ðÿÃ#£ "
+km...ûÛa¤Ç·ZØKé[  f°"5aªf¶  ¯Ã"1/2°1/4T^:ÿŠcd  ¸LöC1/2Š'
PqLr%ö9  `ªjßàßñ  28¤v𝑓    Hœ*Ö¶Ø°"ñ^Ã  õvÓ
Ô0D‡l0²  éöâXÿî?cÚcý"Âikka1
vA
oò    JÖ1/2¶·ö)ØŶ-"ø"Èxá÷‰(vê¬K‡ñ[  Ç±]í6×ì/d;ì0𝑓        }ªa0𝑓

¸0šl   :Û1/2...mÉpᵖ  v  ¿ý"a;  ¤"a¦  ì%V  "Ó_ml,0-C°-úal&1/42Ô    ðÁ  6"('!h2Á,#1    Z  (b;6Ê
  °C Á
         f  *a
!"4¡...x`𝑓^"Â̊té,v°ÂÃC&N"
ËU)¸mDDDq  ²ÛDDDDF  ^Ž"8Šgû¨ã¤M"î  W&ù*ö"¥[Ê̂æ~"j𝑓ïa$      ‰   c¯¸Zb~+Å̊C
ì&"LB¦ ¸|0M "F,!-p7ÿÿÿÿÿÿÿü¶T(c)j

Î֒³)eu¨¨ÎŶ•_"Œ(c)  @§  /  (tm);ú
Š¹2ͺ֢ÐG^E÷
   ÿÞía'<î2-z(r)¿ôúß      ,~(r)‰,).ÿ(r)ëû(r)°Æ  õÇ"¯  iZ{õˆ÷ÿW×Ûÿ-Òÿ×
ýTíVïï -æEÑ-ÔÍwg`ÑS<êŠv}>  NÉÝ:D1HDt‰
œ  R
  ÷(  -  !  " ÍDjFl§  †É  s C¦mÙ
#ñÂ0Íhƒ  È"  UäH)NÈÁ      ,(
èÌ   Póhê  ˆ¡'  Í¢,
"fÅÊ  ú
           &  ,B  ƒº   U  TAô!,  B
   8a  "  Å!  ˜A³zvÚýö  "Ð5@Éãb   "  ₵Œ    ñf  Õ8<°A,!ô
 a
"ð   Ý§ýÚªqºá4îš
5OCNø†èW¦  Â
Ða4iA¨ Ø‡Z
5M81/4-Eû¦Õè?Ar\äQÚ%š%Í  ^Ä4G}d°8õ~.E¦Š>9  4Ñ(ê  IôD4Ðr~ä-¢^äL  dvÛ'>hù  e^';k¢^ätii:'L
øAÐ m    ,  ôKè z'ÌÈãÈGh †  ÌäAÚ  PhœÚ  Ñè  Ì,SÈæÁ,Ñ/rs ƒ Aá á  ô    (/Ìæ(c)¿ª
ÂÒÐM÷ÚÓJÒ_Fgü""  Ð̓ŒÎšA7  ùUStÝÓ¦'§(r)  t  ktÚO_M""ý×vº^ê
×3/4_A¶ž˜§I÷o(r)  O]  •º1/2ZïK(r)ún»§]&éÜ%Ýkþ?ïV-öé¦_...¨ëÓm%ÿN"{Õ×µB  0Wôô-¥ŽãÎÞÂÒÿû
Ñcô1/2¤  Xÿ¤1/2¶ú  ÿé(r)±éÇÆÚÆ‡ÿß  (r)µ  1/2¿øví×~-º×öú¿  ªuÿßþÛ["÷ë\,;û×A  ì0þµÒ  ÔÂÛ
Ò_áõ(c);ÿëÿ  µ"bCAÜ  ¤ú  Þj@²&¢ý£XZnÝ3/4B"¤ý"Å"ç@Jóú"!ÃÚÁZoý?ä    r
È•  ºXy   .3/4ã$  Áÿe ¿Úõ²


¯Ikõš  Òvž  ßi?ïü"  <    çR  C:  }.ÁC
þ  úÿ  éï1/2"[Ñ
ø_á†êµûßþ3/4  ,D2
@xaÐM  ºÑ        -
XåŽ`;Ú¦ã÷þ  ºö¤oÒÑ  ÿAº6"Ë'þ¿ð^\U¢  àÙÔ.
Ú!mz{1/4š,:N¡èG^G?  ÐD‰Õÿá[-¢Hü=þS‰oý]  ÿ¢3·äÃ@Ø7š"Â"Ó  ªÅE†^  ~°‰'ëÿ  úWNì5ø]üèk
ø}Õé¿`_X-=  (tm)  @ù.u,=Uoü0oþ  ßþí÷Ò¦-úÿÒì~ðoû¿ZWý/ë
->ºïïôêŽÍĶéý²úÓ÷m3/4ê_}Zº-ók¿:šT¯ûßô3/4ÙÄGû  ßw¿:-(tm)ûpƒµ´1/2?úøØ"ÒPÝé¶Õ¥"ußm&ïÿV
×[}OÚ  Ï?T×UÒõ÷ë¯_ÿïöÒÞöêÑCî_ª  ûûTÿ~ÿïú[_3/4ô1/2kôé÷
iA¥i-(r)õõÚ¿ku|5°†ÚF(tm)u†  l%öï1/2"kÿW-(r)  ßNÕµ"ÿ+þÂ̸I53/4ÂÃZµ(r)ïï1/2†  ¦I"oa¯  °V.
%kò  uºÛ'mz-þÂ#...†¿aa¥
+mmµöä^a&  6l="ƒ  Sl2à-TÈ¹ø¯b"ÿŠ‰7¿
S  ìS±±_oM{  Obý‰cØ0H1U":d[
À  ƒv*)‰(lS
-$W}¦¿a§Úéºa=²  <0¡{        6C3/4  1/2Ú~×!¯ûNÅ5±VÄ"tûÃOm0¥ºØ_´ê
šawi†  !:  &,`ƒ
Ã          ...
Á,ö'V"ºÂÃWÜ  °ƒ  0Âĵ¯a6ì  'f¯`¶LÁ  ˜!  ‡ÄD-Æƒ)P  ^ºQ     S  ¡  `..."#ƒ&ŸE$ Â  Â
  Ø!
   0f&¨  q#x^^^ŒDDEDDDDDDh  &êµ^Ö¶-  †(r)Âá"1ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü´À²,¡-àÚ³E#±q
A  5  Qö}  -2   ìÉ  ¡òÈQ  Šà(r)ÈžTÚa{Û
oY  E;8BOŠÉ  éTÈ)•  Ã"ëÿ¦ì´  @ß2¢Ûì"ýp¶"ïþôB,~¡i¦¡AL(c)V  ÷Uäæ...%-  £ÿDpÓµtºZ3/4ŶªÙf*¨
ß¿@  Ñ.{(r)··  MŽ?Ú1/27ÿ¦á:  ý$6•m3/4"Þ3/4-[-õ~¶ÿßôÕ  Õ¿W§-×ÿv3/4ºïÓ¢¦^Qù¦A¢
²7žÈ¬pˆÂôê-íuÔªd   "fô$A"ò  ¤L)
'  t'ANŒ̸BpÐN     "v_Í":...  -R  ²@¯Ð>₵Ê

¢@ŸA  e  Ê€¥&r$
Š$  Ð!0ÏÆÌ  Ç  ×8D$ug
Î£+O>  Q(c)g  UÇ
!ŒèÐ`  Ÿ  XïÁ      <  "
ªA
"Ô'h  G"Â  ž  Â  ..."  XNÿ^  L`    BÄ‰0Í-¡30¸A,!i°(tm)¬  Âd0@    l  k˜
,"-  v  n  ?AúÓVšvœz
  ôôø´ãBÓd8îô  |+Ú  ì'"ýŒ
ôÕ(ƒ  n›ïá  Ž!á>/y  +¢1Êv^±<Ð¯"E‡!Çè-3/4K+!GÈî )ä±Iõ  gDýÁ  ð˚°þ}=È    ±B'  ÃO'ßô  [
o!  Þ(c)úQx[Õù  ìŒô8ž·èA¸tBcA
á  È³'ç  ´2  Á  š
Ö  l$Û\ì̀Ù  Æ  7\    Q9Ò,'m¢tr}3  Ûò;¢sÈþ  z`  ´Jy  ÐdŽJnÓä#ù>r/¹  Û¢éá
    '¿4  1/4'Û      á=Sm:_î¥  ôé
A5MÓi>"zÐké<Œéè7Óý

h;¬'  òi)[ü  £´ƒÂzmpßMÛü]}%kÓ~  =t·ÓKÚôôé?¯ÂéE÷i]SizßÕZW  ¥ü
ÿL/"ÛõÚ[Ó÷WmÞ  '§IÜ'"n  !-+...µ^¿]RMê  ¬·Î  §§ö3/4ŸéZÝ(r)›ÝþÛÕ}tž›i]këõªÅkÝI
"_¥û-bôûtÞÛMõÕ"ëxô"i
~6ÕixôÓÚ,vôþÓWøï×õ¯kÿÝkÕÒÞ-ë}WºÚ_Ò|÷¸ë3/4ºûú}  éÂO}
ïë1/2ýÛ,
ö¿Õë}    Õ5Ô  /"ÕÐ}¥W_k!ÃÂÛÿ§úo¥·Û  ïΪ>¿°  ×YH  û¿µÝ  áŽ4  šƒö°NýÝ7K
    äl;QÃÊpºäXŸÔœ¿wý  öÿ  ƒª^ÿß°ÿä!÷è_KÉ  "1/2nµõ]  ñ¸²  ‰Ð1ù    õÕH  ×¯§Kÿ×²€¿ÿKò
    Åé  ý*!íö1/2,  'ë¯O'G(NŸJ•5  î  </àµÚõ
÷úßý{øD  ûÿ]7ú
ý~3/4ÕDZ.XÒô
ñ̃  ¯ªõ
°è...°ÈŘ̈ï  ...Ïá  ñ÷ý  ÷é¶Ÿÿþ"TBu×êûûägý"÷úÁ~-ÈÎ̂ÿëÿÿÂ̂õð̂Ïŷ†ß$~ú"    Ö1/2  'ý;þ¿Ý̇:tI  þ÷ÿT^Ŷu
¿JúAuUè1/2  ¤3/4¯ŷô¯EÕ̃/È±p1/2tL  î·Ë
·Uí-ýé°|+wÿá.õÿ÷‡úAiÛi?Kí§ëWý*þ"ð}+þ¿^J°öþ¿Î-õi%¯ÿ
þëÿo_µKó"      z÷1/2_Þt?ZÚÕzûgZú¯ÿÞ¯-ø~-_ðÿú÷ÿÿÒUÛm_oô¿"¤ÝÝ}Òôûo
OKo_!q3/4éÚÝ/ÿKkÒ[Çÿ[Þ¿ßÿü5uÒøam/I×t,UéÚpÓ3/4´Ò-k}iÚé¥úõëþ¶-+]ñOûkÒI=ýwÿïÚ{ÃVÂ_é
X^  þ∅VÐV  Ò1/2µ"JŽ!w3/4'†ý{[Zuõímní_þÒöá?ÿù
3/4ì0•(r)°Åaˆ&  ^Ö  .Ã    %ê  pÃ
}†  vÒÈ7ðÕ  *Úoan¯Xkv3/4õi&  pÃ
ïÿýÃ      m¯÷¨üT{aŽ!Ez^Ãœv)  .1ìK  È8îÁÇLWÅHœE  Xa.¹  ÀdpMƒ  ˜k"à2áØû
è>
$Ã
Ùu
  °þÒô+'_ß
ý{  ´2
öBÅ  ×î̂ŸZ[M†œ0¶  †  Åv*-î$W|BcâJ  ƒ  âXïØ5Š‰7ì  þÅ̂ë  oµíuOÚ(r)•¬0U¯!?ƒ
1/2...†  C  µ‹      ∅]"ÝÚ"ï--§Ú}~\    3/4∅UÝíj‰Ž  µkîûÈ  ¥A"Á  A"$U  #)!œpB.
Ú  "  !  Î̂,†  C    Ú
    ¨0Pƒa,  1a^  cª·Ã̃  Ùë
A,    XB!¡          ÄF$"      %ò:      d‰    ^^°%ê-
""YLþ""#L5Ý×´"û
a'[°  ,  ÿÿÿÿü°X£ÿÿÿ-ÑI(tm)  ä#•Ý  '∅†¸(tm)³!¶K²
L  (tm),83"  È#"(tm)_S6!#äN2  d°R  *  DÐ  ×;&ûÞ²¡':eWëÚD  ¤  0D%@Î

Â  Ý~"ýÂúœÿôÐwi÷ï¿ÿA   Õ4Ñ(z"cë¯{ÿú'K-k'6%oc£6'$D  "-×þš¥yd•I¸AÐO-P&þÅ¥ñßû¿N"}ô-úúõ
ÿþ"}¥×ÿîûÿÿ~}tûþvkä´o§çBàŸ"2  ^Î³õ•  ó"Â  ù      $þ1/2_‰¤kŠq/8A  @ÈTI
œ!.ò
›  ³   Å"'j
Hd7a7%DEª "!  é    f  A  "      ,æDÔÖK%  8F ‡XèÏ³  42$!Ó>ì    ÍŽ
  b!°ƒ'a  °×§§_Ó?    ƒ\ Âh<$ƒ:...ÿL` ÷Ð² ,^.f°}  Å:A
"
†ÓÐ;O
a    ?TÍ‡ 4Á ªá ´ [Â
´ÿ  ÷ÒÝa¡Ä4×"Cø†¯A¦ë"´ôÓá|%vƒŠúAÅp¢Ó^*    MÕ
  {‰  ô  þóóÔ>-  Ï:#†é"X  ò*†ƒM  çü-\&ìC(tm)hävþ'*)Ç%BáK›Ý<">ö•ÉcouÐ¹Åè    !!Èƒë-OõÔ
éq  ÞÈ¶Ò  "ý&à‰Úi ƒh-óJG:%<Ÿ´ƒ{è˜Y/ĵŴôZ>°¬CX¤-H¿XA¿JGí    (r)Fr~é¶EçÁ  ä(c),
<ŽmWWiAÈ@xAá<&ÐN¤á$  Oð›A  Òx_ô÷A·,  ÿ~,Wún¯ª¹")S¤ÝíPtž  xdv_1StŸkZ
ªÒ^"d-1/4&éé¿ö²ƒi?ïÓÓi  ýÔn'mZ{"ú_êô÷¤  (r)(c)éêJ¯i
(r)",+×ï"·¥Óý"C
ýU  B(c)WM{J•¥¿ëÕÓ]u¯Òëÿ÷Ò§§ßàš°ui÷-G-$°"ü  8oé[Ûví%êý'Äãÿµõo0q  õÿÖ"OªZ÷íc_ë÷Ûûk]}
Õ9
  êÿÂÛP¶Õÿ_¥¿Ó  ýá^?u*ngÕ´õ¿ö(c)§~×uþF  õÂ[ø¶TÂ}UV@ÂÈ•4Ó8<...ÿÝB1/2?ýûÿ¢  jä
-¬}íû|}ì¥°t×rÂ281ûä0Nê´  3/4ä"  ûy&  ƒŽ#þíâ×Õué~3/4S,i' ^1/2i}*î°_x>ê(c)  õÂþ  éÞ"  íö´

£ëê-ýÛÚ§þý,1/2...ýí-&í  ¿}ƒZÿÞ"
O]'"ïß×ôÂ!í    Õ":þïÿûÕµ"à´ ý'"Ð=þ    îÝéW  Z  Ã  ÷ú À~ï ...Çê"^P›Wöÿ÷(c)  &
¬  öe  ÿÕ±  þ-w¿ôB  JäÝ÷¯Ÿ§ÛÞN;êô
  ×í³  îü²  Ã]/ü‰Í{ß¶  `Ý  ûþ1/2-oÛ3/4µ¿É£"h°üëi~3/4ÿ}î  ‡úwZªZöíi}(r)(c)ÿÕµ ƒÕÿÿ
î°þ·ÿè/-}íß  ~¯ÿ\"  Õõ  ü+}t  ÕgÞÿÿïV|Õÿü<èém/û_¯^)uû  _éÕ3/4ßÿä
ikÿj×T°%
'[ë¿÷Uüô0zoÿ†ÎµíôþÚ×¿¿}}¦þÿýµoöþëÿkí³¦Ý_õmý{uii}_Ö·öÝéúý-¯"  ÿþÛÚ¥m-3/4=/  ×Ô
ö×êÿW¿¯ð•úß  ¯Þ1/2êÛÚpÕÿ^ö×¯Û´-  ¦ê  n·§Üm_¸ßkî  í~Ý+ÝÒ°žÎQ[iZN'£a¤Ÿ°a]l/þ•-õÚWPÂÛ^
  "í  ì+íØ]¶  UKk"u¶¶
"Úÿ
m.  \-ëhƒy1/2†-(r)Æ×±îÅ°ÒÚ¤Ã^ï†  °¡†  dAöÆœ5ÿ"[T"cö  q=á"1/2ÛØ0"  ]µ
  WðÂV  A'ÐY  ~×\0IŠ'

i~AÜ†  "    "Ã    ¢¢L}2  ?b¯îÅöÜ,ñù  ‡ªAŠû-˜LnÅEV¬TBØ  ‰8zö¬SL{
1/4?Ó
Ø\6  c"öšaWm{U]¹
  Û_Â°
ÂûÕOi  wjÓ
÷
RÈ:¶1/2-U¦  Xkð˜µV  X[`Ó!aþÂa      ]            ªa-ö¯Wt!,  ¶
‰õÂOoPÁBú
j¡,DÜ&ƒNÁ
àáä31/2"

  !ÄiÄF"2•¡      0"ƒB".
  üÍá    `......^°"XB!...  C  qhXB Í"<^˜Š^â""#^˜ÄDDDDDF1/4ì  UéviK[    -B¥kÈI    ¦EèF(>¬
ÁVƒ  •,  ÔFYÏ¨ÿÿÿÿÿÿÿÿË\&B¹  Vi  -DHBÈ
Ì<Çe  d  eŸg(tm)Ùfv

9- •
<
ÖÙÚ"'¦v û*(r)ÓO; µ3/4 ùRVw_õ]í KÝkÖ |-AZ$¸KÓ÷õõ
oôE£Ó
ª"ýòÀ¿ÿ' ã-@"´ ÷Wñ(r)¿¡ü! î¡7¦¿¨ÿ ‹þë§Ñ7¿¿ÿúÖ¿IµjÿÿÿÚíÿ["ÿ¹Ü,ÈI-2(.HŽˆ".1/4Õæ£$',d6IÅT
%'£ëYX
A²0z‰ªÎ§úeÖF†¤@¤|ã5³B "I6)¬dPRœSl†3" Â 3P¸H @ƒïÉ A ó L ã BjD³OŸ3Í 3 j`
"Bª.Ã#"öP ÉØ" 7äX!
› œ " Ê " ÎÊ /, fÆ ƒù
¨"<Ë" 0ƒ´ dÀ8Aàˆ:.˜L ;T

û = é ƒ^ßÂ œXA |1/4&šª @Ú Ðz\~ƒ ÛµÃ´âÐh4( ø´×¤Òý4Â|ZñÚ"C†žµëA¢<lC
(c)Ýª µÛý?] ¹>r#í4K2(ï'1ÉÍ¢\ô',h-ëäæÙ "|!rˆïõ¢8
>E÷%áïÿDxÐAä+äç(c).q Qã'^¡ ÒÐ">Èè- öˆ€Ë= £ ¹H7 Ñ¢trSi Ñ3øAÒxAµ
ƒpž N1/2' ¡;PV
w¹ ÷a:Aë3·ðƒÓr:4žá Ù Ø¤‰Ñ· ²
(r)t" 'z,
iü ,
"Ö" ž Uð› éoI:OÓv u" 'T(c)Òzöá]þAE:MÓ×OA"'é$ô""*Ô&ë3/4á
ééá>û¤ÿªoé0›ÿÒz¦Û w~ M¯
H=}o§öž"5£ M×UîÚI?tÿO]][ßii?õ‹ãÒôÿ¥}k]zÝv>ïo÷ú±ë_$ >´3/4ÒëOë,{þ1/2ý\ ú"ÒI¿ÿõ~ºÕõ(r
)û_ÿû¯"{×ºCûi$ýø¦¿O(r)-ýkö í/^X ßî¯Ý¤Õ÷ ·Ý?Ë1û#a7_]¿IuT·êžŸõá'Ã ê",þF,È•
'Gµïÿ_þžÖš" õk~ÿ¥DÀcê¿ß¢
JcJ ý(c)¨/ûñ~..."€š '`Ä,!Æ1/2.ÿ"Ö3/4þ†B -ÿ¯" ûò úZ'€ö(c)! NH
}1/2?ù
n ~
†&ÿý~×^¿ý ·¯¯÷õ¢-?Ûÿè#X Z§÷...ýSY
êûA{ ,?-
Éß*þ3/4"ookºÂ"OkÝu¯º "ÿÕ Þ"...1/2³
/ü" "ÖÓÌUÑ2,-ú¢ ýº$‰¨'rÂ/ÿïëûû-P
ß"ïÿÉ']ûþ1/2 ý &9(c)ý9#·"ÓVý¤F}Ò$GøY :ºµþ÷kï_ýÐ%kô¿ è-ô÷þð'&C-(B úh
_^ïÿ ÕÂýRÃíÿûªÝU;~¿öšÚ¿_ßÿ{þ"é+Õ{ûªúõÍR1/2¥ßIÿJvÎ³ÿõÿkÚÿ××ßÿý{º‡ëZI} wW ÷z3/4-(r)
t?u_ß³ÏínÿïõÿÛ_lèþöê-ÿÿþ(r)›}á ^ê•7ÿIõ[ö•mÿ{×÷*îÚÚßßß j¿ß---ïûµÂôÚº×ZûûÒ_(r)¯îÝv ¯Ö¶
W-Bë·i6¿á[l%îÚºÂþºÂé6•¯úm&ÓÖ Ø
¡¥zZÕªDÿÝ¯ûö"|0- †¶ ïl,?ØjÚr }Ãil5õµ áÔ0°Òa"-V(tm)€#áª
.ì0˜b˜kêtì'l0'Pi7wø]?ÕŠÝ† a"ãa...õb[Ø2å¶Á,Q]ìT‹ÂºØ28VAßì0I‰pãŠa,l û
1.+±Âˆ^...¶ b' ÷ûd\ì pò(À "^Ç ÞÈ#â\ jØûŠ
...wûV ]" Cªý (r) j*úáŠ{} ¯
×ìKŽÂ_¶E é‰({zêÒ"O† "¿au†ÃM?ðºõ
+ " ,Ñ7 ,d ÿ"a2$éÛTÁ5ýZ†"KïN·ý<0¶ `˜N
A"- ƒ2²2²(0†IÌ
`Á A' X† #† `ˆš ŒÑQ0•ô" j DŠÌ ò
è
š5Í
¸kÃ 80CÂ 5àË ! (r) j"""""""""""""""""8â2ÓRþƒ^ëx`-b1/2pÁrÓYD|b?ÿÿÿ
ÿÿÿÿþZ‰QT‰
ÌS°1/4ÉZ;± (c)9e*Ëtñ ŽË
T k

ía,i  "dÿ&Õ³%¦žUéîEý%ÎŸ%K¯2-    2uù\ÂÕŠÆê  Õ,+Ý8K,á
""1/2V
-²Zú¾³  ï¯ëÒ};MA$  Ö¡W×ÿÿ(r)Ç  hw    øÿÿ[¯ÿÆ¿ÿ3/4ŸÉÞÿ¿ÿõ_-z¯1/4  žT,Õšâ$!<ìòA'$K"  Ù
ÍL^
f¢²-šòàAÙÔÊ^"  tfÃæÇ  S²¦2PÊ  "†RgeJìüdŸ%  )¯¨‡'  ìÙ  Á
ÂA¯  Ê  ÙøØH´  †Y(c)›  ,  \  8  `¯]  <  ‹ÀE<Á  ˜
-
<  ‡    ·h  ÔC£0:  $  ,Ð\Ã)    ÊqMaÉàD=-pd†¦CPÈ  B  0  Ô÷æ    "&#df  §  ÈÍ¡P &x8 Â  ú
h4  ¡¦  ¥AíîšziÞ"-ƒÙ&  j(c)õ    =n3/4  v¯ÓUpƒÐa  @ôÁ5´    ªƒ@úÐh=  ƒ]‹Mâõ¶/ø,q
6â  ¯Ž×‹t-=
q¢\ß"Ž¶¶Ÿ±
  O}8´Áh\qi±  Ð¿A÷hZÚ%ÞD*Ènù¥R  r¬°tNn%ã(c)
;@ŒÉœrÐOÃø-r¡  @î,m#JG6  -
Ìµ1/2Q?
EÆ  "{.oÕÔÛiÛk¢,=  æ-¢XåÍŸh° ‰b!)  îƒf&    Û Aù  ö¦  µ#›Iä¦  ò/á
  H<‹>Èü ï  Ü""ïÓ  ƒr=-+õ‡A  Ù:  ",²Ï è‹ôN    ¦Eú‰ù  (  6¯Ú'ûÐA´1/4+  ƒòT    ...M-:P¯oZé°
vÓ"-
...z  4Ú¾Ý+(r)Ópž  õÐM^ôÞÚúÛÂªéá:
ª´  Éj==i7Mð(r)Ÿ¦÷¶Ÿ]°  UÝ7OTõM×utû¥ÿÓ  êßí3/4  mª  "õ÷1/2tÜ"¦Ö
ÿOcÓÓõÿý7ëû×W×Ô  K  Óý=.÷ôý_J-(r)(r)Çõn°iz°{ziá´÷Ó×ÿ"Cé6â•SÞ"¯Ôêéõõ  ÿ"O  Ö÷´gzôÞÿõ"
Ø  î1/2*Ýo_ÿî-o¯wÿµû_ÛXJÕwÿ¿TÍ  Óú°__ßÞE¯ßµÝ}  ·¦õÿW"§ëÝyN°"â  }Ý}ÿêj  Qõûõñ  ›U°
Óo"O_1/2[!Céo¦°û}ì°#ƒöp-ÿLøvBéCÚüè  ¿'    u×¯ÿù  ¿Nž-(r)ý"WCK¦°ÿû
ïßL  R
ÿZ¡  ßÇ
ßõ"  [...ÿív-ÿÜ"  ?3/4-/zzÿ¿~ë¿ÚaÿÕlƒ•  ·Ð°ªðÃÿ¿D  ûê    ~ß}?ÿõ¯@¯    Pîþû-Mÿÿïëï
=×ÿ†    WO÷ü  ä›¿"D'mWDÌõêµí¯ûôFByŠ¿Ô°µõ[,Ýßÿéf¡=ÿÁÂ!rý~Ë(ËQ_¯S³¯õZ$...M"É£íûÿÿ×p,ÿ
  "õÿß_Ó×ß¦'?1/2o5‰$w¡ÞÓÓ  àß÷~  "°Ó  úÿ_¯÷o
ÕÿíÛûk°ûîWú÷¯þK'  ïÿÒ1/2ø~õïm{^3/43/4ÿî¿ª×íúöÿ³(c)ë(r)-ÿ"¦ú}öúl5Ò¯ÿÝš§1/2]üèmÿB#¥û¯ûÿ_÷
ÿë{:=¯ÚKø~Úoš¿ëßt¿T°ý(c)š°·}}N¯m}û:  ·  ¯Ü?¥ÿþÿ¿u_õÕuuî"¶Ò$Kß"OÝGk¥j1/2"ÚU"ÿÖÿm  Óÿ
n¶Óÿõ·    v"ýkðëï3/4ÒÙ×ëû†·kú¶-,ê¢è=RÓký...ß_°ÚVîÂ°Ö×MCký(r)ƒíBëÞ÷¶  þ¶Ó¯h/ï~Ôi†-
~ûi6  a¤ƒ^îÒnï>Óþ÷¶×†°ÂÚÚM-°ê  ²<ðÁxaªlˆï"cþ¯...ß{È¯a'ö
,1/2þ"
*q\‰  ´1/4‹DÓ  pÂÈHñíRÓim...Õ†  ê
%¶  Mñ°ÒŠƒb°ø_Ø-    `-‰o1þ¯ÿmuþÄ"àØ¯ÿv!m  Æý>¯1LV^KOñðdpû±(r)Ç±±²
=ŠjÚŽõ{n  "ÿë¯ÕßþÔÛ_  íµ†  êâª¶ÚÃRÙ(A...†(r)  µ±%
UôØTÂ  ìjé§i  ±÷a|›"°(r)1/2Ø/Ó  -*"GZ†  8pÁ__XduC%RpÂ  ×j°Ál  A...Ý
U¥kôBÃ¦ƒVÓÓ  !"  ,0A¥).  ¯z    ^ÌÐ¯¯¯¯ƒ  DDDDDDD29  ¯¯Ð  pÐ0B"!'u²5PB"
°80@Áb"""¯#^¯    q    ÷ÿÿA/ß¯-øÚuÚŽ1ÿÿÿÿÿÿÿâ•Bñÿþ[f\´€â³FB    gu"(eQ¦AÓ#  •FW  fÈÙ-†
"á  å"Ì¯-³*ô  DM  Æv,e
ÙÒw¦}è.  øV•B°æGý%Óÿt"Ò,ZÂ,¦WIú÷{êÿvª¡l'-  ¤"ü^ª  qhmGíéoøÿ{þ*×]ûéwß{ï¯å+;÷eFçŒª  1
znF‰:ÌÑÓ5:y  3²Ô(c)×  ‰')  ^ĜˆGC50D
(tm)4  G6$2@K    PÍ^    £  "‡fÁ3  Sc  ‡  OBg"Œ!*!(A  F0‰
Ì  ƒà¦lg
  dh    ÔF°(c)"^  ...  Œ2ð‰ä8ÃY  r4ä*
ÀË£Ñ )
<243T`    ì  ç  SŠR3c
ê  8;  C'MÕpžfˆzw"  û@âo"AÃ
  n    OˆoÚ

&  ,  - x n  Ô a    ¡xAØ Â  · j  a
"Âa  · ÛOø‡"Ó‹]
/‹¶è*
 ûB⁻ªÄ4í4ô ¦š{   ÚtÓ‹        Æ±
8"W-  ...ý¦Ž ‰Ù
8›Ÿ'êÜC" B
Ñ.u¦°ò É  #ç"çY-‡h-4Nm4KÒlYœˆ-Ó"ê(r)ˆ‚í
Ö  Éc'Ä£7¢›²?Ýò/Þ 6Â
Á  ŸI¹  â L  (tm) ƒv²th Ü•.‰Ó         á  ÛíH1/2A6  y9‚Aî¯³⁹  ÷#ý4  D1/2
ƒy›xA¹  ²sl',èE÷.aÊ3/4        ´ øWNúÂu       =pf_O1/4:
¤¶Ï=p›Znš§°¬&è?p  &ú~  t ƒÜ'A?oª        ‚M"u°  ð    "ëH=›ˆÕôÝZ̀ýO
ú°n×‚Mþ"¥un¶éë§íÞ'oKjún›K_(r)žŸ÷Ïëí  ZzniïßÒÝªôû1/2÷z-CJî"{Ӧᵗ̀Õµ(r)
   ák¥]=n?Ó×O]uutû  ÛÓ~óF(c)zöý8¯¯¡w  ö°ý¿ïXÚ  ã‹1/2ê‚{  _ëý÷ýÇŷÿýUUÓë×-/¦îíU/Múÿôî¬4  3/
4î*  ßéÕ°°¿ßØ  ¯÷ō̄ỹW_ÿß¦1/4 ¹   Â"]ê~Ð²4
      šàōỹÚàÕÕ̀ßë  ¤¯þD×-¬ôßý~ÿÿ_Ý"áô4  ¡¿1/2(r)ßÉ0y

#!u"áu1/2¿  @êýëÿèU]<,#¿×þÿ  ¤þÿÿy
   ÁvÿŶô`à^Ã  d  bžª-
ªîỹ¿¶ÿ°þ¯÷W]úßµ ÿúä4
   W
ÿí¯{D. pA  ÷`Ã{
ÿþ  k1/2j¿ÿ"K°úá  ot"úôþ¯÷Ë,è...3/4^èµ  úÚìÅ  SÁÎ¡\  Ñ      þß:  õ¿ÿ_'  ûy
?w  ÿ¿ÿèúþ"¤   ú#G  }µþ°Y¬R y¯L"3"úú
wz¯ÿû¯¢šæ±  _ôŸ^ï"mûÿéï,ò  Kþ•uút  D  ‡Áø/û"Á1/2{]ï×_§Hƒ?Ã}ïÚ[Õtwj¿_ÿšŸKØ'^Óðÿõù"'
é†ú¿õŏë¦¿þÿmª*þ1/2wÇ¯ûµU¶¿ÿïÔÝWÙ·Ó_b-Ý"ö?Ù·É×Kÿóͦ  ¥ÿõî†"(c)é÷Ý+ãÿu¥û"ÿ1/2µ  ß_Mo
Âúö̀ÿO}]µÿ¿[ÿ¯1/2×ïïßm$÷^ÿ¯øu}Ý]...þÒ¯"í]vêû¯  z{z~ÚÓßÝ¤ÄßíáïÚ]ûî]&(r)'ûkîö"ÿi5ÿVÒjÕ¯°"j

i?ôÃM...öÒ̀têÔ%ý...´¡¥{¶"ÚïðềÕmoïm/>}+í...Ö¿  áÃ  A"1/4    Xk"ðiC  ƒ
Y  1/40JÂ^ÂPÁUµ†Ú  "'
&Õ̀ƒ  ïa,^ÃJïá"-X0"
+È(tm)
^?Ýýx¯1/2w~
)ŠØ¶])ŽØ¦8ªë+LK   dqXø¨pdpOx..."
~̃-ƒØ̄¯b¹  *Æ...1    ŠN•ˆZ-=Ð  ýß
"  íÓO!°°¤1
Úd;á=1/2ZiØ¦  Ó÷#  û  ¯Õ̀(r)ÚýÚ¦  [{
·ëð̀Â_ZÃ
•tLpƒTÖ  kv  0¹n  ~ƒ  ÂÃ  0[WÍªòÜ'
%o
   ì%µÃ   -8A¦       Š^°B,-Ä  â"Â
1/2"#:    D    Á   D‰B  @Î   X  â#žÃ#*´"Ð†  †"C    `"  ¶
   DDDEb""#^^^¸ŽW  °×Áëðª¥3/4¦"‰°  K]1U\j·µ_  FlX
¦#  ÿÿÿÿòn'Gÿÿÿù'¢+   s$3QÉ(c)Ù,Äc²Õ  }zßô=÷ûKÚ~ßå  ª¥1/2kïÕû×}ä    C#  öÏFÌ•"  (tm)A"

›3¡ý Ï̈̀t    :...¿è7    "7jø ƒ"  ö"Ü_k] âïÓè̀œÃM  ûÿ"Ž¤ñ̄¢   #Ç  ¤  'fá
ÒøB,     ,    3/4Ó̀§a:ïWÒ]RA3/41/2$Ý==ÿT-1/2~õ]u¶3/4ßï1/2ê÷ýÒþ(c)üWÿdø_¥n"U¿÷MèGöî-1/
4u"è  ë¯émÝ́ÿÙ
ÿûê^¿,·ïᵗfÓÚ́KÚ́ßD<~ÿõ̀ß÷1>ˆŸ°ZþÞêôþ‰#þµ×é÷3/4  ÿlèoᵗß(r)(tm)×ô-Ôj"·¿~è?û  MÖ  ¬SkÚ́¿_í-í_

Kz^Ôžî k"    (tm)  ü  ý"Ó°ÅtÆñ[
%ì0µ¦šöC¿-Š~%¿û    µ˜Ô°-
7}¢ i"kB¡ õ&¸Mu      ÄH4" m  <GT1/4·Ô%-{
?ÿùM  (ÿþXŽŽ?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¦ £ÿü³ ÿÇ-˜î[z
;-¤
+"£±ÌÈ°ÊëL g...;  gcl 2  uî,  <°¦d          •
7"¬ï"È˜"ëM"3òlWÝo    8(r] ›(r)'H›-t•/*ð(c)"(r)éB...ý°ªÞ  [
átJ ?§ßîêézÂ-‗þ 7X=  ÷(r)µ3/4ªþòÍ¿(r)  q^"È^WÔÄtâ¯ã¤ýÿ1/2i±å  ÛÇ°z¯Úëµ]RTÿý¤ÿ¸_}n3/4Ò[é
þ›ý2
Y¨ÉA-˜,FÏ' âî^ ƒ˜'!    c*ôñ)ÙÁ"æzÍ"H†-*÷[Sƒ O$  )ÌŒ     ŠT2œz
Ÿ+   $GG : Ö5  8S†^ŽŽBêCœ‹¡p  ÐL
¸à• šÅr0  ŽÊ  )¯L Á
Ñ"Â
¡"


 8  "!
HÓÁ     >Óh  }Òì    Q  ¸A"³@ä#0.    ...
"AÎk
  ðD     ölSâ
 m   ¦y"  åÃ/  -šxOL a  3/4ú
    iÒ  ›ØL ÐxNÚ  ‹   SI'û3/4ô  ¦  h0žƒCü ÓAÚí§ZwO
âÐî4ÐöÖ-A¢+¸'  ]Þ¨6Ò‹CýuzÅéÅ°ww  ¿ªÍÅè>!ö²4=Q/z%õÿDXr;¢<pAä\
  ›¹thŽèœÛ;"¡  ¹ Cd\h-Q  Ü¹°¤¹ÓdI'3¢+"äéDwDý¢_¹?È"Ärsr/3/4Nw    3m  %C(¢Sr9‡':
¹  Ò     ¹t  Žï,
¤0Aá  è7N^³Ó A°q¤  6Áè é
`ƒ¤ß÷²(r)`ƒz-
GïJÐ ÚA¸Aäsh åEÈ¶Bû       7OÂ
¬  £Ô  3/4ƒÓ¤é<!¦Ò O¤"m$Úô     í6*    3/4úx5(r)  uþ'Zp-_{ þôÝ:ûúðƒNÂ
Õ°í×3/4°
éé°m²z[Ót  Õ>Â¯zÚí'ØZV
,áÚ  kÆ-  x}zÒ7¥¥¤ûÂzþš×I1/2z¦ÝV¯zZªuýÿ_ûq""-1ÛÇ"  0õéÒW¤-û_‹^=0(c)¶
:Õþ"íÚV  ú¿}{-ûÓjûs>  1/2-
¿¹ ¹Ô7O(r)îÝÒý~ÿ\¦_ëÿéêñ-¿ÿ  (r)ïZÿí}¯dJ'"ÒÁ¯
öE"¿Þî
'M~íðéè/'  FÅÿ÷{U÷¸ßß°¯î‡Quú3/4  Ó²81
"ÿ ç  !@ªä¨ôŸZØ8K[þ¶B  }  CÔFR  ~þ"Çêk  ¿ÿ¡  ×ÿ-ûKÆÈ˜÷ï¦-ÁôíÓ¬'éƒÕ!ÿò
¡y@/¨-  õKý  Ã  ê¿ZýúÿÕÿàÃÿì0ö-ûßÃ[¶
   ïÿ
?ÂÞ  ô¿1/2í¦  ÿÕ÷ï  "Õ°Duwþ-þ  ïîfàÝêÛûÒòàÃÁ  Ò¯ûA†÷¢  4Ë²¬£ =ý¿ý)1ÈÀÿ¢-?¿¿&9œ  ]lÄÔ
Ê  í"úÔaÝ/ò0Y...]"    Oè-  koéàßÚ$}Â  'ÓëôîÂ  1/2  i×ßö    þ¿k  Ö÷aˈûð¦"•³/4ÿÿäh¨ Rê(r)(r)(t
m)  7ê  Ú,=o÷Ú-û°ôþµéýÿõU¨ý¯ƒ¥ëXmÃ×ßÛë¶  (r)'ûø=ýýÒú¿"Þ›oô¿÷¿ ú¶u~j ¶*ÿ Yë}3/4íó¤Ï¹
  Ú3/41/2k  ÍsÒðÛû"3/4-¿  :°¿Õõ¿5Zõµÿ§(c)Ôßzú3/4×ÿê›˜ûÿ ûün
&žÞÚO]úß¤(c)}ÛSÎÿöé1/2%ûÿªmn-¿×Ûïÿp"jßÇ  -Þý"-/êÂ¿ªÁ¯§¯ý/m  ýWÓÕÕ51/2-µ¯ ÒÿÕÖ÷÷ßÝ%á§
+´-nšµ¤Õµ3/4  û
]"]¯˜-¨Úýõ:¸ˆk3/4µÚL:"        ZMö  >ÕþÛP¶"Ý¯ª¯¶¦3/4ÐÃJ˜i7tõ
+
¥a+I¨3/4Òa¤ÃK1/2Šû°"°˜-/Om
o"zk¶›jÃ      ØaSú  ÃJ  -¸¿ßò/            ?

,{
ÀI    †  xØ¤  V*¶8¦)'p0Këcø<sup>a</sup>"UÁ².mb-.8¦6?c'3ÚÅEl  *û"ßíŠ\1†  áŠn  ŠVšbš1/2§"c
.öCÇV"êÛßá...  ²
ú(c)
CÝ*¸ÃIq$÷^ïWjù    ØL...‡oµ°˜$  ^Âa0¶  a.-jíu3/4ïµÿaXa    W¬... ÷*
¶´1/2þÝ...í(2=[  Jí  hC    Rà  2ëÐ2Ä
'h   |   ƒ  DA,¥ªáÞ‡
&h  A,  Â  Lh  ø0¡?ê
&\  1 Õxa
Ð†  Dé  ^ƒ  Ð^^^^†Kk1'Œ  ^Š^^^^^Â    X
e2  EbãB*[,/ü  û~¿°a/ñÿX_¶  Ú  MrÞ"b?ÿÿÿÿÿÿÿÿÿ̈üµú-ªvvZ  v    Û2YrnK  (c)Šv"  d-  :?Êš-åHíQ¨
RªÊ†(tm)n,šÊ§
   ZæŸûAo
›_...(r)¿ö•z!
iÿ×W-•êúÑ0ßÿtþ3/4þú
?¿ñ<sup>-</sup>§ë_¯ýÿu{^Ÿïü×kyÙCsSY-'¶J
ôJÉ[OÉ]  êÐ\Ê<sup>a</sup>#ä(d§<y¨w  Ä  CÌ-$c6)  ŸóbdfGD]
Ã$  Cf  hJN    ‡A  IÕ  h0ƒSæCa  5    CÎŠPn&œ"
œ  ÷.  §
ËŒ"    Õ  âƒLÙ  ØD-&Å"ñA"
'  @Á    DMC: L Í    ÁÑÁpƒT    6¨3  ðžfÁ  2-,    4  "
Ô  zàfê  0žú    á  ¨iÿ`  ê  - Zp  á=2 Óh ÕBa    a  f^tœ0ƒÐn>{¦  |CôôM
   Æ†žƒÆœijž  XAüZq ÷þôâ  o[<†(c)Ú
í81/2  ]òxáêZqq¦^ò°Éû×¦‰_Ñ-4E{VÄ9.  [·NE
1/2
ä-ëèŸ1/2  ÷%Í  ]¢\äc¶EÇ  GRsÈ-ø lƒh Ü>Bs'Å  ?R  Þ‰M ƒÉÎÈèKô  äJo#A9†,
ú  6‰Íƒ5
ü%ot  n  ¹  ØD1/2É(%6OZ¤È-Û@  ä$7T  AÙ,H  ƒÁ
   Ú  hpƒfpÐx î,
'N    ^Áx v  o`žF€ƒp  ðP  +ÐMÚIéþ nƒé  á  ëö  Â
Õ?ï  :-É#¶ût;ih'§"Ý=¥Ói"}6È=T´  ¯¦ê°zôÝ...íª
"ýuõi5AÝ÷Ié&þÒ  o]+ª¤ö_iV¯WKïP"ö  iÒ×ë¥mu  {  Ûõ{ý>7m0>[üéé÷ê  h  vïéé¶  z¨
1/2i['ïm´œ  }[‡wéú}Å  3/4¯Ó×ánß...ª÷-Õ÷þô)|Îë}Z-‡o(r)"ëþÈÐ'ÒK_ÕWÿ]õõÿÛá-þÿZ_¿£C_Ó÷KU(I
Õ¯*ÒOù  -n(tm)°t*"¢  3/4  ÷¦µ...¥Ù
cý2q7øÛ  "
è  3/4¿ïþûOß|G¡"  ë<ß)Á.ø"ðoßö³ª3/4/ÍAoxz¿cÿâêB"ÿûJ:ÿú¥ï-^¸*    ë²  1]ï¨}Óÿíþ²@c¬0úÿþ¬†)d  Yz
1/2~¿k¯úÛ°ýáw[°
]~îê×jÿJýà1/2áºoê-1/4  ¨"á?Ýÿ1/2]  Uª¿
DjAs  <u  ˜Bâ3/4å"¯Õýþýd-}  ÷ê5  µû-Cõ-4  ƒkÌ"ß,s9Ç0oûÐ÷ÿnµ--Ë("Ïèš¿¢3"~¯HŒm°¦"õüÊÐ‰#-'
   ßõ(r)íE...l  ÷Õ°    ký¯^ÞÝ°j¸/Ø]h  Imþô(r)ïÿ  °-\  ÿÿ"aè-/1/2ÿ"÷[÷ó¤  (r)ÿ°
Û:6õë¿³W¿  ×ßu"í×3/4Ãÿ÷ß  XnÁ¿µ°ÿ̈ŸwKUÓzo^  ÑûÕÕÙ
õ_}  i:¿WïëïÕ5=/õ>ÿKÙÐßBÖó"(c)žïçCuÛÍ(r)ö1/2+ýíûÒ´µ"]  ièîZÛ]  3/4-ëíÿ^(r)*×ß}7Ý1/25ý}ÓUÞ
·"µî(c)3/4²WIv6;ªn3/4ûÛ[Kô"m+¸¡...Õp1/2ð8Ò†  ûÒ"µ¯Oý¬:ß(r)×õ3/4>øëÞ  1/2nÚÝ--¥
.¬%ÚÚú[k  |MÞ  §š_{jÚêñ0-ixaa¬0¬4µ[Î;á""kp1/2"(r)¿õVê¡(r)Ã
`-¤ØI†  v    ["ÆàÁÁ&+ö  µ¯ÓÚLS
*¶  c¶  ðÃ        8Ø¦Â²;a%ö5†  CJÛ_zö+WØ...LBcƒ#ªÅ0dp'R%Ž
Ž%1

ŠiÖ˜ÓÿÕŠd |o L‹Â1/4VÈaí1[ û\>Ø(r)*ž¯á O|ƒÃbª:vAáÅo´ JÞÈw´1/2U¸h4ìƒÃPÈw†¶ i ±ka0º
ý"ßía...u÷‡úv Ml Â
· 8\· 0`›`˜-m-?"Ó" . ÖÁmh0ƒ
k "á¯Ã -øal/¿¶
ß
Á0AÃ 2b Ã0È`...X! 6""-¡
âµƒ 80"A, ˆg f ƒ, ²=n#ƒB
Â "G,#¦ â Až´"""""#b"#ˆˆÅÄG £%]kÑo]Ã"(r)šÚÿuºµK† b(r)6Å5]
Âß 6à, É2 ÿÿÿþS ‹qÿò(tm) 1/4 ÿåª¤å3/4E c; ¬-fFlìÕ(tm)(s!¤] ˜S1/4geFd ;XÈ"!L
g...³¸5ÿÎÅù'Í
ò ~vfáÃÈ¯...Z-ëÎÆ|;ôïµ"õþ"ïWX\ì ý?×
~ ä†uû÷^ý~÷ÿòÎ ÷û¤"í>3/4ëIÇ-µké[|o÷ü ?û¯ÛU1/2e¿÷¡Ö(c)uoªN×1/2Z]ý "å(ÉRó
EyßuÖõÎ†TÏ¤Ïæì¡ù VOofÆF
sb"' , ¸#ò 6lˆÁ ,%Å!(tm) HÁ'€"CdÇ› 3U
À""03A\†D 1/2÷Á $3b
œf(c)1/24
ÌS¬l!¨&
¸"'$ " qÈ¸X¡°Š.k"‡!"AŸ ˆ|:f -B
3¨ á 'Ú~
@za z$Â
;
T
Ðh?ƒÓ@ð " Ð!8!Èò4#X¦ÝRôí ‡jµª
i"ðƒÐa M š " PƒM àƒÕ;ø†ƒA¬h;
8qVÅ ÂxA
!,
üPMPa0 ë 0ƒ{íÒ
‹WÚ¸Â
!"-±a4ÿ qzméõºqÃY 1/2 ca
"äK

%ïI
!GiÚýº
Ð Úk¿äü;'Ëuýø¢\ä#"D±þ ÈHjˆ J.aË¦A¹r'4Gíd_ÉÌ4 ¡µ -Eì-äPd¿ :':
øR7)ðA¹/{Ÿ¤T ç¢<¢skñhW]PO"û@ƒþò3'÷#›Dç" , Ñ/pƒæoD}d^p ·"¦äL‹æqE à õ
ÂM¥É '"Ü&áBn i >' ðƒ .é
ðAë'ù£ä ù,ÿÒnžžÒê¡== þƒtÝ7O ›A
§M&ê m iéÐWO
úVéÂOTßu¥z_MÓo[I>"i7 71/4#3A
·MÖÕjîút nºÒzÒ
¯¯Mµ´ÛU1/2>÷¥¯Aª÷¯ëÚ·áS ÚÖŸêûýµÛ"Iþº~¿
éõ×z-§]±Þ ÐßÓÓÿ3/4ÖëÛ¸{KÝ'Ië§\~ñô +-Zý(^•¨¯ðžŸ¿"×‡ôéÕú ºµÓ÷Ûô1/4 ×ªìwþ(r)ë¿^¡×N1/2
;Ó O{o¸ÿZMÝ+]?ÕµkÚ¿áß·
õ¯ß×Kÿ¬%·öÑ¬'ïþðöï5"8K_¿ÿý-/]¿ßÔ NõêŽ¶¬ NîÈ•wúéò0Tßß"Î€ëüY@cÚô>CéÐÁ
‹% k_ïBýò*.ý ß_ôë3/46³¨X?Kd9 W¿1/4è ÷¿ ,_ø-w"{
-,y ß¿ÿò ýït- ]ÖÕîò€F
3/4˜?é¿ü 1/2 ð¿ú
ŽïûÔ0{Ò!ßa'ÿ ×ð_...ÿþ îû~ë^ 0Ã_¶º×þ wû§þ oþCÙÐDž"êMÈŽQíü,ú'g"'D Þÿ_Èw>ŸÂü:

×{Ó1:ÿ_ÈA ÷ ïðmý´ýý œ¯úÿ'=ÿ(tm)Y$+¿xB9 òÉ"#
"ô"ú¿1?è,Gûûëû§Úzº-"<
¯¢œUîŸ×¹dzöÿÐUÿP^ÿù(-"Ám7&CwÿýÛVÑ úõõ§×Úú¦•ý ¯}Ð7ë¥÷ÒZúÿí_÷kúÿƒ÷§ö,õ3/4õïWÈg
ïûÝ[Ü×ºÚ·¶ Û^œ>ºaß{¿êë{ß ×þ³Síÿ\êöî³(c)Òíý¤ÿôçWZú^1/2ë1/2Rl&¯ô-ê§Vý)Ôßß<ýÒê1/2} µ
_ë_¶zßí§•oêÿßÿõí4íé¿÷}ºôþºÞÇ~ëën(c)¥ÿ"¿w} ZOþªÚþ´-6"w[iZ*Ú÷(r)¶ 1/2÷(r)Õj¿ûO w]º3/4"Úû
ÕíÕ-ûö-ºV"ÞÿûjßÕ¤ØTím+_á""J×oTêöÁ}†-Úº×^ÿ[µ
+µ
i† n¿MÒµ´›]=µôÕ[MkOÿÖ×m†¶ ƒ §a¥Ã[PÃ 0Í...¶ì+
$ØI
{^ µa¯J¬5ºº Â^Á'ÂpÁ%† ^ÂR-"
ÖÒÝm|û†"¦ ï`ÿø2àŒ0ºPË‰ cÜ1û œ" EG Nëa...ŠŠvEOcØâ a8~ð×" " Å; ñlhTŠ:b¹ ,0-ñ[
÷ÿ±#Œ{lSV¬‡~(tm)1/2¦˜ª
5Ûq$> a2 am0˜Ø4ÛãÕS¦ÈwÓ[^È<j˜"×ñKõÈb ýÿô› ƒõ
úï -(c)p Âµ†Â´MÓMo°•"ì† †A
û
á...á"¬.ÚL0L±Âi¯°×òc¬0-íÿ"!"Ðax†E r" Õ
?ƒ @ÑÖa6Ñü0ˆ<q
°D!µo(r) _"B' `˜A, `"p`˜"
¨q`š
´ -"#B# DD0B"""""8ˆˆˆˆˆˆˆ²:Z-ƒ8à¸ˆŠB"4"" Î¥ÄDDq þ>[ª/ÿŽY
e¤(c)}Õ]~Ö[ê WäKW¶-cÖ>ÂÒØµ, HÈGÿÿòl¢ ÿÿÿÿÿ-Ù Ž¥ª(Êü yÙ`
" ƒ(tm)V)-Erl‰2º(c) šÇvÎë]¦EbT‰Ú(r)vbªtDa³#·OU†ö Õi:ºAo$šî¯ K´ä_zU[êî"Úêè
È k'$UoZßäê}¯Ó¯kH+ ÿ"1/28µï×]-í%Ý/ k[þ -7êíûÿ^ÐI8wé÷1/2]sººÞûØN×1/4 µ!3ƒ%Ù
"<Šg DDLBœ"s¨¤LŠ ÈQÈE è\ D ˆ! V¥þªdprˆ× d
' o6d§823;·HŠ?$¤T"ž6yÃ#HŽ H f 5‰g
Q ) g@˜ y DÂ
0ƒ öN '3Æ 4Í(tm)€Ë ...¦ @Â
ò ¤á èœ! > 4 -,
dì Õ : M0D( Bà ¨] M'†ta 5...N- d‰ D9pôÁ< a ôÂ C >Â ƒAý'é¿" Z
:\
x0ƒ Ð8í
n¬XA±
0ƒÓ Muè0 ±Vƒ]B
!ÜCM
-
ªqiªizmE¯"ä+‡h‹ ôÕ4/¦ñh" ¡¦ša4âÓá]1/2&Ÿ ÝUéëÈ-D|Í #Æˆ(r)äHr8ÉÍ¢>oW#êvfèÍ"l-X á û,
ï"Èá¬ËY Ç"ºd^
GÈ·M'û'¶ƒ´Ö·mB#öˆ 'GÈKilã- ždLh-9 îN 1/2 á?
l tYÝ:
ít 7²,ûºh t ,z¿äýšH³´G ¤- Â
m'Ð nNšm NäæäsÉÍãßÂm > Á=¸1/4 nLô nHú
,'8N-¯ ºt›Jè= ëÒoTý´-&éµú
é´ ¡R"Ãª÷A5ÓÂm"IéÐAëô M¸z¦ÚZWÞ›"].žƒ}:õ¤Þ I7
À1"1/4*wzöŸµ§ô1/2](r)ôíSu¿¥þÕ<+Jïvß uO§ôÿºjº1/2ÿúéëzlkŠ¡Õ"Ö¯ á=
º3/4"¤ïÿÕ=tô(&ÿz×Zª~¿|j•1/2¡ªëI¿ªý+þ û"¯÷ 3/4
{Ý}+÷Ûü[í
~õ~ï^;NÚ O÷¿ -íþò-JáZý{ð{-ÿCÚZûÚû^-K¦ ëWk¶ª"O°}Ú~F ¥úúi}"7-Eõ ä] E8_Oþ â¿×³ä¿^
úã·Á7y "ýžDp ÷¡šÂ ¯!Cñ]' { þïþ"#`ý"1: =Ý5Ù Et îk

¡Ú ́yúÔè ¶ÁÓÖ" ¿dà"ÿò ¢ïÂÖ ́×Óý+ Z°VµÚ}ƒ§M†ú`¿ôy ÷' 4 ̄=oï-,*´öønÿÂ
ã¥Ö ̈ªÞ-}\ {øD éú ̄†íd3Ž" ̄ð_ ̄û_-_Òw
?þ1/2° ‹Q {ëK†È0à"D._ïÖëþXU DIú÷ðoJeoð ̂;1/2¹U·ÿ
U "æ ̧ª " ÷ð"", zÖü "Þb‡¢4;ú1/2ûÿ¢ª>3/4Xv-õÜ‰
3/4ÿ¢-<êÿõøwè(tm) Íbêy/êÔ -ÿø?ÿ µ ́ykÿ°†Ÿõ ̈KíH±ªÞC?à--þ-[ïÂÚÉwzû~ý×¿N
ÿþÔÿ~êþ¡Û ́þ¿m*÷}£V3/4°
ï[Ý1/4?:ð-új¡Û ́ûÿ]f§_(r) ̄¿gWôŸöÚ1/2÷[¡t2 "××ÿù
?Ü t¿êçWÿ ̄KKt^ :×Û:úÚú¡ÔÞA1/2w___é ^Ý+"_µ_^ûJÒo ...¿ÿ}_µþûÿ5_ ̄Vé1/2Uá ÿ÷ïöÕ"û]
†"k¥{}Ñ:# ̄ ̄×T÷[]mmx k ̄ ́Ò ́(c)w[
jÝ}¤íÇa-v X]={Kð¶"Ói7¡ØJÛ†•"j ü0_}éáª
& 6"
}{Jì/jÃJÞín›VÔû]]¦ Újš¶¶Úü43/4Â ̃Õmƒ H¥Á-
* Ã
ÅA"ŸÖa?ä%ïµc† E!ö"
+}Xi<"t éxab¡"› { í-Š`Á^)
EN KØ28žÇ
~*Ø¶|*ø¦ ̄âH{êîêÅBb¡2
?°². 
°[†)P ̈Võ ÇÓ W±]o
$ßÓ ïØ ̄b3/4C Ã žû!Þ×m4×{
ýô×
)nš
ÓìK†ƒ ki-;
7-Ô&-azá"Ö²c"ûµì/a,‡wÐa ̃[
 Â
 at¬*[Põì%`ƒ
 im¦Ý"ÈwØL- pƒ ́Ô/dÓ"Âö›°¦ a_L& Øab
/ Z€E'Þ¡ "èAŸcH ‹¡ hE,q*1%ñ Û ¥ ̂2Ââ""H‡
† ‹# ́"3Ì'! ̄ ÄH¦"
Á £Ž"6 ̄"8 ̂÷ëk"j(c)úzÎ ̄m(c)V,I÷ê?f¥ƒ[ZK ̃õC ÿÿÿÿÿÿÿþZª * S3/42"A³±Ì '†D(tm) (tm)hÉ
ŒŸ(tm)$Žê3 ̈¦W DV2Jnªj< È(c)Ø¦Ì" ÈÑé...(tm)UÞ§jóF ¦R/uÏÛý
÷]RÊ̂ rƒ...ÊÆî3/4á}dÁ× ̄ mýý Ð u
3/4-á~ÐK°öë ̈ ̄1/2&šw ̧ª¿Ï ̃a;ý. ̄ßo¥"ÚAö"¿§üh^‡ÿ·ÿäé qè S ± ~ûÿÛTMß^"bÔ&ï-u*úÓ¿êû÷-:
Tý§ÿ¬(r) z3/4R^ÿ&íkÎÁ ̄(r)é',(r&27'g ...*³ wgcK B (tm)(c)› gVlB - ò
-
5³aÈAÙö ÿÞ¶' ̂ ¬>S†Zë·Bóbš Á ã ƒ5 Ha Öh%2 9
B\ A
 œd
Hñ x É
 û6!ðäc6)¬d† ' Ñ ̄-l@ "°DB! - ̄fŒ Ð~ëH-ØCÿß§l Á - ́õÿ 4×M
ª¦ƒ°ƒ D Ç"
& e[0 ðŸ"ü& 7Â ‡kh0 ãAÅú


•"__ý1/2[Â
4ÿÕ%KâÓâÂ
7ÓÓA ̈§¦öƒÐâø†ƒ1/28 ̈Ó‹† ¢,8Ñ,ì ̈0EH ÿw¿Èäl-j†1/2¹-ŽÑ?Á ù z ^ð= ÃM Û N"â '1/
2ÈÔ4ú3/4äé'1ÈæÑ/r'4 -B[ øùœ‰owDçÿi1/2/@ ́Nm öT3M:ÿH1/2H9¤0AäèÙj ,
è 6%ov 4ÓÉÏÄ Þ,

'ziÈ(tm)Dæô'9¶H! zxMí›a<', AÿÐAú ÿ~ô›Iéýi/Ü Ý?V"¤Á
Oí›A7ï¤Û%6Êø‰?O :Â
¤¤ŸBµnž Ó¤ûui ôé²þßO´ÝCIú¥ïõ¯uÕôO›¯ö(c)µ ...zO_
¦ía=n•Bvºn´¶žŸÿ ÿïÚp(r)•R~µ_éØ]n,wÒúun3/4ÒátÓÿW3/4",ü,oµmwqÕÿþ3/4¯ôÝÒ3/4· wÝWOÞ-
Û[ýwý ÿNíýi{êô÷¥uÒï-=i5ÿÿê‹ ¶Pªê'M¥ÚÁtõ~öß¿ÒïKïw (r)íÒÞü/í¯'°ž-þ¯1/2õû í^D"×
v1/2Z)Â×¦]
Ò ªôD"ÞÞÝÿuïõ1/2O'ÓçPO~-a ÑH þ¿×¥_ýé'Ñ > Q0 Ú @ˆêþöC
¿b?· ) _×û×ü~Ä dàÂZêÛ0O÷wÿÿ¿Ûâ/ü- 3ì ¯lw¥ ý T-
ßÿû"õût¿¤"ßJ
þ3/4¿Þ¿"ÕSz!ãhD...:
!‡Õð^{ þÕÛè‡} Þÿ÷ÿëw¸D.oêA€¯^ý¯ûÿ[_Z îõ ‰=-4
/ú"Oû'eŽP~eu] }Ý Zúõßø¢|q-MBUD ÚþY:É'ú× ÷¿~Øw ôy4oIXKÕå¯ "#ëm=¢h÷ýïï§×´6"
~ µ1/4/ÛÞ×ý:ïÿãÕ(r)(r)›Ù
(C)Û'ÿ÷"J²¿ú×ÿÿþÿëÿ¿_ûÿµÿê¶(r)ßÎZ-
ò~¨ëë ÷ _í ÚÓúÝÿëÿÛÕu¯××JÎ†Ÿ_ôþë· ~ÆïÞëýé/§°ÿ³¡ôéõ§Õû VûÛÿît;[‡Wzõ~¨ëö¿ûú¯¥~"¯
ÒUšÚïõ¢ÉÞupÕ×["KõÕÂÿéñN•Òÿö"u]-÷¨íûiûioÕÝ6-ºv ]ûû_{ýµØi}õzKuûõßºOkûkiZÚý...÷†¯*i...íÏ
þ¡¥º°û _a^"ÿõkéÃK¶ \5a-"Û¦ °VþÁ,ßÿõ
"{ † Òa"(r)Ø`3/4Çé Û]
Bì{ï ß "
%
1/2-6 È(tm)n8}0dpŽÇ† KA1È¸àÂ*o_ äDý† vÂW|Kw ÅW Ný¿Øl^ô1/4/JÕŠŠbH ¥
ÛûJú² |?b3/4 Á1Eaþ ¤ú÷d ¿±\z[õM&-w² ÿíl...~Ý† ÿ°šjõ×b-§°¡*í^Ò°TÕü'í1/2C
ÿÚ¦ Ú°V"·L'á6¸aWÛ² µ§J Xu·a ¯¿¦]"^ ¯"ø†
°`°Ða0ƒ‡þÂõUÁ›þ÷°ƒ@ÂU Á
-ÂÏa¡ - Ð´""'!"Â ûD-ÐÐ¤
2b
. /ÔDDC H' ˆ lDDj ÄDq
P! â"""",¨ ¨ DDDR ú hI?(r)×µÚ]%a,éö+qµ~ Ô´
› 1ÿÿÿÿùn+Çÿÿþ[BŽY"+- d É¨Á !³Æ #(c)]-Ù È8) "+Šê R;ø~•W2¯[J _û_J-
-Ú÷°"Èß')">ÿê°Ú
¿¿Mm"Þø" Ž¨ÿ ûß‡¿_~"Iúÿ_öD" È¨žBtÝÌŒÌ¤Ê
'£; iÈœTÑKG¬¢ÍÐB
" 5žy'
èÈA
s53a GÎ0@Á 5 ƒò0! !xÌ)
6Ê°¦²$ÁÍÞ}ÝÏ
Ô Ã(tm) Î ˜€ Ù s" d†˜g ¨ì Ê Â Ü< O83X!!kf 6lT @ìÀ( 4 L¡,!C
" œ ?A,!È"àÕ(A"ô›AÆ 5@Å ƒ-§ý Óø@Ó@ô i" Â "éøL&ƒÂ
Âz" @ë@ý4â Òa›ÓcP (r)›§¤šk_Úh|&š¡ ÓŽ é'‡ Ót(r)!Æž GÄ4Fí;o
§ \-¹ YC-µm ÃTE· ‹m6aÈ£-BÑ ñ ‰Ð6@ÂÙ š'ÏD±=ô^ëTEr›o¢;r <3G"¸z'6È-@
"²È1í20Nm ô'Ì)É9 : ÚV " } >NŒ[kÕ'-Â '0‰o:O%0MÂxÁ¹ Â,
ë Ÿw@ Ñ š §" 7 7$Asè°dŽƒh Ý\& &ú"Ü Ý6/ iéµê(r)è< Zt¿þ tƒã"]7´é6¯ vþ(c)1/2V v
éî¡= ôƒzÀ°"ì'§'"Ý;zÚMÓô-Ië1/2év"§ïÞ uýéê¶´(r)(r)›Ò›ÛtÝ}Û]¶-¤ŸÿºÕ-I1/2$š§õÇ(r)Òèzõ÷_uôžÂk
TúóÚw¡ïKÿþ"ªÕt(c)ô uN"CNûî5ÿ(r)=6Þ›/‹(r)¯¿í¶ Ûê^-Ñoÿ(r)°qÚ÷kÿÿwuú"ÿk} nÕ^þ-m Ó
-Ý÷p{ß÷iÿ§ªÝÿÿÛÒÿî"ºë =5@ò\L"
Ãÿ×O×ÆïÕ‡R #KKzé^²œ#~G -Ý ê/}
ûê·w¢01ñ†B¨š ò$ £_wÕ íõT1/2ýƒ÷ °ßð^¢éxõ;¯ýúÿ_ ôï ÂL ú(r)÷õßoÿ`Ûí{öÕü
mW×þÿúÒÿý H(r)¡ p ^{á G°oÿÿ-dRúþE ÿKûV¿ ‡µÓ

ßï-£¬ƒ vÿÿm i  í ° ...èa¯ûÿÝÑi+û2^6ë¿^÷ú"Ó"9Oå"rjõï,£zýo¬°Þòêd@°$...h    XW_þ×k°ß¯•e
Óê1/2W÷ ¿÷í4¿yÒ?MÕ    zî,¥:ix?
¨,--ïëï¯ ßÿÂßx  NþøWu}n"÷M ûÿàô-×Þ  Õ¿Wê
°¿úÿÍOþ>!Ûþ-ÿõ¥þj1/2]ý³¡þ    -°ëïþ-è ug>ëV- ým÷÷ì5ZÿO(vû ×Ókú¶°û¦t5³¡÷]Ý:û }ÿé§¯
ÿ~1/4û_þ3/4×ë"ßkÔéEwëß÷]CXizOt--}'W]Ó¥þûu"ßßúÝ¯ë~Úéï¿°µNþ-[ï[ôØï¿oÛ
öÍ/20Õµ°(r)è Þû µ·Wmu    ðÕ¿þ-µÞì0'ý¥
&(r)3/4ÂPÁÓkö ¬¯ï_[
%íĐ$Ã  CJ¤[M"•;ãdW
DëðeĐ%°ÁU† Õ ¿ û ÕÃ    +`Ì
ª

qðÂë`(r) ¨`°Â¤Á,¬UÜEG ìBcÚ'.Èb,mé\Eq&÷ ƒ.#ïþêÂïŠø-Ø^Ç" OªŠØ¦Ø¬0°a    nÓíûVÕ*¶ Þ
Õ {q^> ÈXÿa'òÇL+
/ ÈwÛ!ßí^Â§a+M°"
0¥ÀM  ""Má,    ØU(￠¶ ¸kiz_Ã_·aU0[A,Zz"6
"×" xj["-a,HxB %a) L! Â    ,)Đ¨e¨ 0"G, °"DDa †"DDDÔ...DDH5^†H\(c)%ÄDDDDEb"
"4#E"Q  4¶"ü·¨K
j¯ª}jƒ
t .#ÿ(tm)WøÿÿÿÿÿÿüÜ- xfFy%DtgI1/2Lì[,µ(tm) eJ
    †Â EL...²@§"5†R
fI '¢'È6[ ²(1/4-j-
ò.¬*¯(tm) ¹·² ¥¢¯P1/2Nï**m{VúOéó²2Sð(r) _ÂøP-ô D1/4¨¯ua-P/Â...íj¿j(c)ÿi¿
(tm)7*³z3/4Là¤4^ß ûý{^´Á~ô$3Ç I- -^µþ8 3/445ÿ÷Kÿ ¡ëý¿Ûêš1/2ëÿÿý¯þÿÒÿÿ¿² õ*(tm)áÑ
!    Í'Ÿ"Íz1/2I!e8Þ¦G gÑ D
8A2 ¤!š
* Y.) GC²LÎÀŒŠ
†Í^L 5(tm)¬B :
Đ œ!

ø"|ê N$4- "³ñ°(tm)³. ‰ù
:Ÿ Šh q>I- +r Â!ü‡83à†b_Ì    "Ía !ü2† ›e ŽF0@Â
  7 CÙh!H/ £D%d)￠L Á ä A, ýAÚpxA±v í?ßÂz    wá ƒÂ @Î¢>ôÂ
´ ƒƒÓðƒ] ƒA¯"Û  ¸    ÝÚ
  ÚxÀè²M (r)-Ÿ ÿÚ
ÛO÷ì Âß¦ƒ]EÚ  vœ_ÛÅ"E‡m.ƒ^všqi"  TE#CCVEŠþƒ|(tm)ëšM %BbõÑ-x¹Ç%J
WNOÚ ';RPĐæZ;D1/2È3/4Ñ  Û(rèNy
< .:Q/¬‰aÂ Â%7lŠê')µD í žKÛ‹ôN(tm)>rçj    3':Y æqW
œÛ    úmä ðÓJ- È¿ ÖfÊ-µ"ò,
fÒ
šH a¢(ýHé" ¸ì,&Áè7
† ¸AÞ t °ž "7M²/4Húm ôô A
  ÚtÃ¤þ"pƒz_    þ÷_o"ßûeÀÅŠi&Ý3/41/2
Ý&"tÚO¤Û']ma7Aûþž xW]uª÷ï_[Wé>¿ÿëöN    }~Ö†·AÖ ¿WAý
§§
Ý×M_Oï_KzWZêé==5O ÂÒéþ1/21/4~Ÿ B°×ýéÞý[‹‹ôôê¿KK÷ïëëÛÅÿzý±(r)±ìWÇ¯¦ëÿûïÇéÿþ'ÓIut
  é[õ µÓ í×_×âÖ=ÞÛ
¡ý_jûÒÿ×P_õ÷÷{È%oà"w~ß¿îþþÔ/J1/4Œcþ÷N ¬ ‰SƒÁo÷ÿ)ÂÿßÂ¢\ ¸ u¯, û
ÈÀ°g
/é.?¯Cÿ5...{ °ÿ}H¨ ^ùH-Bh 0y ¿ÿÈ`3/4úÕl¯çPŽ¿Ž¿ÿ÷d ‰Ô0Û ÿoöÿÿr ckö

1/2Uò`0Ã#¨ë,È:  9Ü-t  þê°ð¿×k  a...ï¿ÿö-
-^÷^¿×Ô  WÝƒýÝpV  .áCa‡†  [ëO3/4Â'þý¿  ƒ  ë¯ÿÔ  |..."ÿý˜§wòÔþÂ!îíuƒ  ÿÝ  qÐ0a  Hê^
0nƒxD-ëï¿Ñ  ÿÿï  "ÿ}þÒ^ä
E  ‹:Ë   ÿï×µÿ$  _@Ý¿þ    óX˜‰,Ò&^9¬\Ô  Dtÿ]  ,>"¿×É#ÿþßàÛÉ
õ÷ýVý?Ý  u1/2"#  "zú$D-)4}  'ƒ  ò  ´X  íþ°ö×Þþ  ý  þ¡ô-ïë*þÿ-ÿAÝëß...‡A?u    z
ßßÿ§¯¯ë¤Ú__ü?}×ƒ1/2{ùÐîÝ\è  -o¯o¯ÒÝo¯÷œo
(r)¿û^°_×öÔþÿô1/2<Œ  ])ÐÝë¯¿kßû¯WV'çÿ  ªg  ¯iT61/2sŽëþý+_÷ûõõþÿ  ~÷õoÿ1/4=Rë´¿õõÕÝý í°"×
¿-§  ¿ÛW¯ûë4"_ïòB  ÿÿþÔû°-ÚV1/2wJ  Ûíÿ}ªwL4"]j×õÕ;-ÀÚß°¯ü5´"]{õ  îÂÿþ(tm)  ûjÀ
%(r)ë(r)  ~  I´Ka"3/4÷
PÂL0"
-ö  -¶¬4›
1/2...m(0K‡L‹pŸò&4˜(r)=ö
w×°ŸöGÿ^  iA...a'ù  wpÔ‡Ø5Ø¤)†"‹ƒø5ƒ  Þ  ±Qè    lSÔ0N9  }"  ÞÅ1[  ²7üŠ_  G  ,2  w¯oÿ±ÿ
ÿñAŠ‹bG  66Àöö(c)Šv  íÔ  ON)
Â�0Ø{Kq´Ä"~(r)šØO  Nû|1L·]]ûÿôÈaÿ¿úá¡  ÒvÂc°J  Rá0°Õ§vÔ1/4·
]Ý>
‹       ¤ü0œ4  JÕ5-^ÖÂØ&¿kûí...  ÿÿ  ,v  ´Âd;á,ðÁa,a8˜¶  3
Á=l`ƒ
è  +V


&  =
&  ƒª
†GD"  C  ^^^^^44  !(r)


Ô†,
"4"äƒ{^^â"""""4""Á  Á  0B"""""""+^^^^†  |D]D  ¯ô¿ö1/4ißÿáä  cÿÿÿÿÿÿ)'%ÿü´  #²èÈ8É  |RhfXÉ-v
4æF#°(tm)Ù#4ÎÂÙ  Íô.^1M†a
 ;+j     ...|"37  ;¡ÌªÐI(tm)ÚyWÃ‹ÂG  8OÎèKU3/4Oû(tm)  uÊÆÓ_¯{pÐ~°Ûø_òu
"¿õÿƒ1/2Ö\  /~µ×ú
ôû¯ýd
>Â#;Ô  ‡µ~3/4¬/Úö÷ë£QŒ˜x&ü:õÔ    j÷Óé!û°ª
4ƒÓýu  [  Z!¿ú´X÷l:W  ößÝ
û_÷°ªÕéj¬šy  _÷PLÂÈÛ|ýúòÝü5  YHd°)ÑÕçFäK%ÊÉ€ÐÍÊt  tG^  :*Â'3ÄF
nÏ  3/4r5å<x^6å#Î,  X¤]
ÍŠj    B  `¯J¯¤ÙÈ^  ³<†!        )Ç'€(tm)æD  Ý>÷^@Á  t
Ø y  Ì
Ð8Aœ
À ƒ@Ó  <Ó   a  ¤  4    ¤€¶  3P",!õ!  "†
 pE  Â  "Oè0ƒOM  Á  š  ¡0ƒ4a  ƒ      ï,!t
ë¤3/4  `ƒý5Ó@í  éÆ...  û      "0Ÿ3/4  ö  Ó  -šú
 e[  A6/Úíñ...<¤|†¶{êÛ1/2&ƒý
!¯#  âôKÛ¢\'.ÄÉsT='Ä4ô  zlH£°M?È´  %ÞB
   ÝéX  M¢8oH-  ³ŽN,äñ÷]´êí  å  '1/2¢^ÙÇ-@!
3dí  ÜŽÔ&á  È(tm)A  ÉþJ9¥És'z‰O¢sÈÝè•;°%    müÈG"ö  sJJ"    r?h  ÙÒ  Nv¨
Ú'8‡    ÐA1/2ÕÕˆô¿7'7^
'~,qj  ún...'Þ  o´  :  ÐÿH=  é3/4ƒh  ¡õÈé´A¸Þ~ðƒi?N  zztú  "õ¬'é
úê°A:Mûï  öÓ_ÒzÚJÚtž-  ~œ&átú]
zz}-¨¯U-ý×M¤ÛÚÍ[~Ý

÷VûÔ×3/4éýiÚxM1/2?÷UzÖ  ÷W÷I1/2Õwi%×jÒÛÛß1/2î×Âtºéúol&,_M°Ÿu÷úkoôµ÷Çú}\_Ç[¯öž¶  ñ
}FÕ÷  ›è1/2
ÿ†öë¯ßïwôû§ÿÅ  ÿ"_ëÿÿ¿N¿TŸÐë  -ïWÛÝßI°1/2ôÕ›ìëõ^"_þ¿ÒWïz¯Z'Qw_¬
(c)    §ø}?...v÷  ¶ê
3/43/4'N  ôÌÐ_ƒ.
ýŽË‹kfp.í}œ  =µ{ÞîŸV(c)û]È  >¯þIƒÓ^¿¤ý}ùN  d*3/4u
úÃWþù
  ë¯ß  â-ê#-7ÐŠú__û}w-ð]Òÿ  ð1/2ßßý  Ã    j
R€öA  ûý...ÿWÿ1/2?  mß~÷(r)ë^÷×  ,?VÿÂ
'Ô"  9Cô"~ÿÁT  0ž  VÒˆ×þ(r)    ý  ¯¯UÐ%¿(r)"ƒ~-¶ð§º¢  ûÿj^Nï#§oÖ-ý  ÷Ãa  qî^\¿†ÝkúÉ  ?
ÉŠù‰(r)Y†¬Àÿìà÷/íûVþ¿í^LŽ¿[Ë#è°ÿïµþ^Ÿr4  Eú¢Hö¤H'ýú  V3/4×÷ýmïÿëi%~ëï  Ö¨+[ÿÂ
ô1/2}nÿÑ29  $Y  ...û@ûßWÚ[õþ*t*Õÿo]°×:{_ḱí71/2§ðÕëú¿nÚ6éw
Ãu-xo  úûú1/2{ÞÙÔßÞ¦"ß6Wéu"u§}¢7ª~"Û·ÓÕ"_¯÷ß×î-ôºJíÛôÝ"·}  ¯×ìèz‡Oôí
3/4*IZ/3×4ÒýÒï¥ëZ-Ý×Ý+uÿOü%Év-I§jÞT?I  è>1/2ƒõ¿ô(r)-+]÷û§ïm+Xi:µ{î´ú¶•ZÃ[Ó]m}5ûAëúuJñ
M-¯ÿÂßÚÝ:K·LwÚëÃK  ±6%
&ÿMm¿XkÚû
+m]il-íþí"º¥[õ"]þ×÷-¯úV"  OÁ-0ÂMöûaw3/4Á&Ám  ÚV  (aw°"°Î  ^  .Ã  °[x`-...°1/4:aýÁ§¶  þÂ"
°Òm/È-Ý†ß°al+
  (c)°IØ0"aQ  <  Au\S  (tm)  ðÂL{
  ‼ Èê$Þû  LlI"ðÄ"66  ^  a›  ØÖ*Ï  i  ê6
Ž/}¤âN0~ÅD&‼]÷O  Å¿±Ûþ"Å1²  ÷bÓV  Ú1/2Ú¶BF¿-  ïcþ+¦C  ØLjÈ:¿ïŠäM‹1/2ímým{[
C3/4ý..._´Á      ..."¦Ó´ ...¦¬  ÖÁ^›  &¶BÃÃÛ
°NØR    iµ¦  ouØ/Ú  ·  01/40¨0ƒXipÅ,P\  0ƒ    A,jØT´
¯ÉQ
0^Å  GB%\5  @¡
¦i^^èC
  †Eš  Âa{$žì  aw      hD  @h0C
    ¶t"â¨"(‡eS  """"
Í±'  ¦ñ        ¥ë)  0šµ¨ÿÿÿÿÿÿÿù7  ¦  òÜ±  u8¨2)  ‹3°8ïvd  pƒ5²  ÊÙ•ÓÄ#%ÌÉ("sFN"ÎáÞv°Í
    •sÆ"Ec!  í4×-  "þ¿Â÷¦(c)-rŽ"UÐ‚Wÿõý³•"*Ÿûïôÿÿßë¯úél-U¯Ûõþýz×Ðã‚ûŠ_  ÿÅ÷ÿõ  ëúþ1/2ÿ
}-v¿ÿwÞ(c)k²"tårTtµ  {ú3/4ö  %^á  Q  7šg...#B  t%5h2èôt  q±    ÷6!N2
vS¢y  eP^...,
    ,!È4‰
Š(tm)  SXÂiŸŽ  ²s'
œgV  ¡ÈKfÆSŠ  ‡  ]  à¥œ^4_2  ù€¦  0ƒ(f    2v  ...(i"Â    -  <ÍÁZ^R  jÚa  *Ì  tC
D"  :
'0ƒ  E‰›  <  j  """•
  ðƒ    u  æoI    èxA"Aþªud‡,d7àƒôÁ
    ô    Z´Âìè~è==
\!h4Õ0Aº
'èjÚ
ß"ïÛ¿ÒN  .-?ÿAÿ  Zw  "  ^vÅ¦  ´F=ý81/2´  \4ôî4=  Å9  ‡"JD†  ø"úDxúøiÈ¡=§¢  ßánGŽÈì"v‹£  ã
é  ¨äÍDy@Œ¡mQ.r%²)H‰N/i¢YDn  %Ý  ö^ö"óDqÐ  y:M  D¹ÛùgÉfü‹Ï§I    Ý
G:%óO3ŸJNoôGy  è  xM°@ÚA¶J  `  &àƒÓ"1/2  àƒÜ.  u  8@    1/4&Ð  z
,4?nƒZMÝtž  øOê•  í¿"ðƒß_¤ýp  é°éÒnž"§ôt  }  Ý?M¤  ´ž  ¥êûuÂúu3/4  {ë´-zûÒJÚÒ}÷1/27º"  "
á=5"Ý:ÚOIuÓ×úN×_ZTô  ¨ÚJ°°}ôž^§ö"Û
ö¿Õ¯þ´(r)*3/4×¿_´(r)  Þ-÷qëß÷  °Ö¨Ýx-º"_ÕÛõõC¸Ö"þ-í(r)øöþµWý;T5õï¿ÿï(r)'ÿ}  Ö?Žý}>éwE"ëOm
zëþ•  ^æv"ÿë³úz¯Õ¿JþÛ¨þëÒ{...×_ûÃ(r)û"ÈÁ$Q¿¿¶(c)-  6ýª

û¯ý  3/4  "{¡µþ@Ãú  õÝõÆÚ̈ö]  ̂éMaz"¢~ïYN  †G  ÿ¤u  ƒ^¿CŠíîÖ  ¿Ý/¿ÿ:,V"¯ù&
"3/43/4¯ UÚÙï   '  ~È  cë]²₵Žÿ"
ƒ"ÿ÷{êžH
zõuÿ¯Ù80"é3/4þ  õÿ×¿;wïL/@¿íú÷µo  ,D0  kÝÈgEÙë
3/4ßZÿÒú!ÞÞ-&£§á  ù¥B  ÿù
    Òè‡  ¢-ïÞ""Cçýz"M‡ýý"‡,œ?ö¯[m¤ÿ{ÿëá  ¯o...ÿ¢H|ÿ(r)ÿõ³  of&B  Ñ  uëß"GšF^ÚÉ    a7¯êþÕ}
  =oûûëwùdV3/4ÿø^°¿(r)  {ûë,?h(tm)  UA  oê   g-ÿÕû     õAuí¤ÿ]1/2¯¥¿ï¯õ3/4þûÔ_}  KùÕ
¿1/2ß¯ÿëoÿûnj*Uw¯   ô¯õÿÿZΈ§ÿ¥ÿê1/2-Û×gVþÛK"ÿõ•ë÷×ú>Ûÿû*O1/2Óé    §ß{µé4×Vÿß"WÚ÷×õ
û¿[:  _  ¿-°êît;Ó  ]ò¿ûh4¶?÷ý4¯1/2/ÿÿtÕ-VëïS[]¿ÿm-‡ýÿZï}Cÿn±Õ"¥kßÕëÿªßLukj(r)-úk¤Ú[š?õOa"
O¸K̈  ßi.¶°ï(r)°Z*kkm-(r)Õû  ÿÛa¥Ôÿ...ÕÃK
§ý...m$  Ã¯"÷
XjÚ§|5÷¿m]†-¥ Ÿij¶ÃUl-...²?iU¦  +jÇ̈ÿ¶Ç"  Û
"^ím"¡,"
*é¬U¤  (r)ÿ¦&-Ã.  =  2Á¥û
[  Å°a&
/   l;[jìlK  Ã.,WâMÜTƒ"ëÿ...u
ñß"ƒm1Qìo†&v"Uk¯mXbMá  ã£ó+×1/2¥d<&*$ãa¦$¢žÆ"!þÕ1/4G--¦3/4þÛk{öAá¿ÖÓ
'Û"(r)[¨A"¯ý0(r)°ví"¯·ì'}  Õá"Ò~ÈWØka[µoal `(c)Wé°Èõñ÷tÛ}"Ò"!b°¯Vá,"p  ,¯/  É  T
!PÓA"â  ¯BÂPÁ  dJÁ  ¡  ~ ð¯L-`"2bà'!¬  ‹  G    Ð^¨"0¯j¯D3/4
    ‹
"HpãB""""""""8^¯ƒ>ÊJ60""8^^^^   â4*_éRþ3/42lf'z¿_
ÕDGÿÿÿÿÿäÖ  ÿÿò'TT2!(tm)   d  fÉÙ  DØI  Žῗ̂ð{÷?  ¡    -²&ü  +¡(r)
÷ìÕ  ïù%ÿþ  ]ÿZÝuÿ°ë¯ß-Il-ÿÿk  _,¯ÿ  G  þ~~ÿÿ{-Ö¿úíéÛîw1œ  HŒÏ
^f  #'tR"
g"  eM•O#wó%  å  y±"'H  L‡"±°  ÆU¤  tz%'  1  †h)¶ug¦Ž  yª<ÍŠk  È"  èÍ'j-L  ¨ËŒ
Ô   0ƒ4q    qž^`@ÃÁ  'gC6Á  F  ChŒ¹  A  d&¤e"  šÃ,!r¦ÈùÑ"0    â  é-Á  I1/4Ð!    ü
e8‡Á  6Î¬  6Î
    3FƒÁ¹@$  æ  "?  0ž  =4-  ‡¦&ž  8"×N4  4-   z¯a  H¯ƒ    "- "  á  &  '
Ã\&Ý¡è4Ý$  A×L  7ý  "0  ª  ÖÝÚ  ƒ‹  h644íéíU7J,äÐ~  h  Z  ‹
ïzmz"3/4-?¦ƒwA"íÔ¶¯âÆ†>Å1/4ZiÚÝ"]'ü‹ú"
~†‰oῗ̂‰osn¤_ÈƒþFî!ÉedKrsÖšïJNo(r)  -GÔKÝÔ-4K  '>²æävÛÇ.-Ñ/
Eì#CÑ/Éῗ̂²  Ú²?¢  Déd~äç  -Ñ
@ƒm7Â¯E  'A  ÛVƒ
  £'âÑtr  ð  ¨KÜ  éY§#ö^â².ÁzÒoná
"  "î̂¯ m  ¦×      Ñtbïj,n  ¤òG    è7Á  ð›H>  "è"¦  l*  "úí==
m*Òn  á  Ü  6•>¦Ò{  è#C4wN(c)þ--'1/2  étïÓ¤ÿô-ƒuÕ:[Íéߦ}ª¯ÝÕ3/4¿}Òêéá}W  ?tµÿ
¦Úo(r)z?é7ÿûû×tÚM¯]7Õ̂ªW]~þ°zXô¤Û¶̂  OI;Ÿ×ZN(r)ÚíÿBoéêájéWO~    u}Z3/4õÚÓôþ·ÒÛ×Ó·ÒX
þÿ=Xú×[Û·ÓÒ
ÞÿaÂí+-7a:C1/2¿Þé}ëK(r)úü  K¿_Úu-¨§ïôÝ"ïW÷§]k_µëþØé÷úþþ     _ß  ïÛÒ¯é[Jïjß^µt¿¢0_°W÷§¦/ß
¿å8_Òï-
(r)ûüÑ-ô1/4;aÿ_í_ýÿÛ:...ø-]t?  †G  û:
üÕ  ^1/2u  Aÿþ-¦,ÿ¯ÿ×¦]Ä]¦^õ1/2tÿÿþïü  ûÿÿÛ¤=Á  $    +ÿr¬  ÿîß
¯]  o-¿×ô(c)°ßþê×úÿPTÒ_ß¿_°ÁuÁïþ_ZZßü"-îÛ¥ÿ²PRµ¿ÿûîö*õëÿ¿p^{3/4Õ>1/4Ž
×úR    =  ¹ÚÑ  -ÿ3/4'    }×þGJøAwú  (>¤ÈùdüÈ.ÚõÕÝî×ÿô£^·RÅÚÿ  >ñâ]  ŸÞ^³ÚUõÛ#>1/2ký
    ÿë"i}¯Ûù-¿_¯Õ¿û¯  ø/ë÷Þÿ[Ö
¥TX~Ô_}  ÿ0Ú¯3/4´¿ä'wÿ]¹(c)kÚ÷ÿÿ+_"þ  éyÓm/ëÛ¯á-¿J"ïúÖß{
uÿmW1/2i6uh>1/2oß"A*×^ß÷ßz×uÿOsRáÓ3/4j;:?ÿÓëÿÕ  ô(c)Rõ§Û%"î̂-×j"Mÿ    ":šúYÕûª°ëþ?¿oÞ•
ô    -þé?ÿgS¯"1/2}oþïí[õx}  h->Â·I^-ÿÚÿö--Õû  º̂"Kõôþ)×¦Ò3/4jûjÝ}(r)ÃOÛÿvÕVÝ[I]m  ^*í̂$ƒwI¥

}¥1/2Öê•-- ŽÛVÂì0¶ö vÒ3/4ÿµõãMmp 7Z"ë-"iû{
x`¶ MV"Ø3 ë
Ã ªvëÛM°'(tm)ÞÚUðÕí5
+
¶ µÚMCI´¡...}† †•î i&"kp`¶ °íûa+ 1/2† µØá˜ ßD _âØ¤›Š† é† jÁ,
U
$ÅYt÷ ö*>;ãädX±^Å0`""æ ÁX0"{ 0"ÿ±pÁu ^[ bFÿÿÙ |$›¦>Ø÷cc¸"ÔZá†
]é"È$pÈX(r)È<<0¯¦ °˜...Û±QLƒÇd;Ø"vÿB!âÃ þÈwu† Â¿ÿÃ
šM¹çØZÂøMrc¦ ñUÜ0š]"ºUnÓ 4¶ÂjÖ ƒ
["ÂÔ`¶µ \0•"÷¦°gû Dy ûøe-
1/4 ×÷µ
0ª˜A" 1/2"Ó@Ó DDD0B!" A, Ž°a
a;
a0CŽÂa Ô ^2§
T ƒ "çT"""8°C^dc`^è3
‰- Ã"!,#¡ a"""
¦åq ÄEEG $¨b¹ FT¿ gX`î ¥kk×þÖÒÂá...mXaXa.°`"3bÅGµb¯¦
PšapÁ "# ÿÿÿÿÿ-4Š?þv´£Ì"¢-È`C±(tm)'"(c)VÜ gF(tm)$2fò] †"xM](r)›Aúñî{(r)ÿ%áék_[Ð
}Õñ=̃ Çq×ÿªÓ °mÞÿ] -(c)'SÏ +0.$ùøàÊs?Ù±H d B!ÇS%Å¬û)YW â s#²ƒ[ ;' ¤
Âè0^XxA ð "°AØ@Ã
"
ê ÌÂœ °˜ *ýa>â÷´ÓX°...C´ðƒCÓ ßWA¡ÿ‹ÓáñhvƒD" ôäŸ ›"¡h"oò/- ÷#÷ 'y¢]'z‰Î 7"~¤ü4
Ðr&9.oJÈG¤ µJ ‡ÂxAÙ
#AÒxAé÷a7 Ô< m {Á pŸWíjß†
X]
(r)ž>û[§§Kµá:AÉµ+ WÓÓ²
·]:´,ÐOTÝ _]u¿Z§Ö
Á‡ÓÓ_ÞïÜ.ž° ¿ñÜÐÿè| WIoë[˜MÓú ê(c)÷¿¯¿Ù Õºµµá- ÿÕ˜µm}uÿ^ŸàÚÚ1/2 O¡ÿ 1/2QN%
Õï3/4û̂3/4ƒ¿ÿÖÿÿ̧ç@O¯(r)êÿÿßÿÝ°ÿÿ`>˜Ûþ-/þë¹µƒúÿ A!uz*ïÿþ´É˜Õwÿÿ(tm)_ôE¥µ-- ÿý*´ÿÞF1/2
ÿÁ zìtž¯"!Ÿÿ1/2¯¿ÿm÷ "˜ }}ZÿWÿûÿ{
è ¦Ôõî·ë"ì\ ·_
/ívõÿï3/41/2;Ké×Oï °ßë"|4¿ÒmzT£íáþ"V×äY˜ÛþÕÕúo×ß{ªl}žGÿ{Ã /b¿† iµdv"'J Nû
_ÆÁÝýX-ZúcíŽ}+öEtÂmÃ˜
ÿì,=u]Ÿ̃Ânûd ¬¬‡xkö) Gé1% ëkjÿT
xa¬Â aa't~Ðkî-[PÂÔâ#@Í°hÐëâ!, ÄA'ƒ 5 MŽ" W^˜Š^^^^‹ Y6 ¨ ÖÖ×i6 ab¬l+ 5˜ƒ$Ô2
Çÿÿÿÿÿ-"¨ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿåº¯ xÿÿå¸,/ÿòÒ÷-( "Úc¥ *ÐTµ]T³ŸæØÐƒù91/4+íÿ¿ëÞûúý¿¥ iXio±
RÒ5qÿÿÿÿþ
endstream
endobj
24 0 obj
<< /Length 25 0 R >>
stream

q
416.16 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream

```
endobj
25 0 obj
37
endobj
26 0 obj
<<
/Type /Page
/MediaBox [ 0 0 411.84 672.96001 ]
/Parent 47 0 R
/Contents 28 0 R
/Resources << /XObject << /Im0 27 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
27 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1716 /Height 2804
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1716 >> /Length 29608 >>
stream
```

ÿÿÿÿÿÿÿÿÿÌµ-'G;U =b >)DAÄñRdc† 0Üþtfs H˄√ nÑÐ!ÚFg    olL7olüÙœñ
ü&"2(2v~|"Û;  &'ný†"y‹
Ûo{¶P7ˆˆÂ5ŸÁ    Á#×f#¤$†g,(tTgL",  hÌâ}¢"  çky)BA2ÜÍq
œÛ‰BƒÁ(tm)  V  0i  CnØ2ƒ‰1/4D6,
Üm`Â"6g"Í3¬      Á"Ä"tD'3•2O4Y&ŽôF¤Içe(tm)

DDDDDIÐ  Û‰ˆ  Ž\Ýª³Mn%  á    D"B  `  •  ÖA  ""  *Éò  2EfÕ  q¤)$OŒ2Q  TL(ˆˆ‰}Äa"á
"ì-"
Ù!;A1  C4J!1/4TD=  >‡óêèé
ÙÓ4E^"Q•           -*véB"""'  Ï·
;   hë  áá"
ØAX'%ê^_  În.Kª  FyOÔDDDDF  ˆšfŠ  ?ei  ª\Ó*Ðgpƒ0Òem\ÑPˆÄDDDDDDDDC+S¥  u
â""?å1/2\ÈÕ˜  "ªÏ1/4  £>Èlû.)s#‡  ‹5
ØD.°A¶  †ä†f)³'  ¿dìMb
ƒ8Èm³%1/4ì†A>Ýð¨6Œ  9dP"    YÁn  A  dæ}  !Hè§  C
&B¹ýÎÆ1/2    Ž"A
...h  m
Ð4  (c)  -A¨YÉñˆänGB:  á  "0NìÔNd-ºUPÇ3/4øG    _
-A",ÐB    G¨ÞUA"# 3/4>†›lütvhÄ"3  '--dr'-Ỳ¥Í(tm)    eÕ"È  þ(øz7"    u'aˆV  ‹
ò@...  Ø>Ó,ƒl  ¶Û:
9t,ä  `È@2üÁ1/4èìph%K†  iz  u"¯
KŠiC  â  (tm)J(Œs'  =ùÔ, §A†    Á  Ìá1"p... è¶g‰Ì"D"'>"±  è¬å]B    `È1/4
ÒóH†p×´é‡HÚó£9    !"5¶Ä`ÿ³8è-÷íé  q    g§±  Íe  MHÔFŒôQ"|ªìä-ìÄÄ¨w. - £...²<
    0(c)†  l  $ª  4¡¤  U  Á  IvCfÙÒÃ×J+mwÜ, H¯Çq.!    H  !`  Sˊ3Q  f(tm)¶    dÒÎ  k'b#B
    ˆb    ×
Eñ  Ã>dvÃ00b
M
àÂ

Ã     <     w
'Ã  3<˜'{†-²ŠŠ¨Üro  ô!Q  þ-X‰Ó$˜¤ÄIàÎp‹æŒó(‰â  ‡        %NC"]    L2â
2  1  áY  ~Ä§1/4  ,N𝑓
1/2›C  2  A  §†â,""gû'VÙžuB.EðÃ*ðÍéÄC
Ç...A  ˆŠ  """H!  Nh#
2F  2X  2  ì  O32èÃ"ù"  8Ï-"M  ü1  ?
i
0"L2:(r)eX¶""""u1  d{rÌ  )%ç"  7:rŽÛÝ£H"å  •²...b  yüæN"F0ˆê  •Æ±  q            #"`ÄÕ(tm)á
$ù
)ºHÖÌò     HDDDJˆé  $9Â    3y(r)
^9Cãi   Ò#ª         </,  l
ÃÿÿÿÿÿÿùLëËYN;1/4žDâh‰8        ËPFUæ(tm)SXýø•";‡
âé-"”
jYT  ßç`(tm)$3/4¨nÃîêâØc%Ñ)eC;    "HÊuo  3/4ð^¦0Wõ-ŠY:Aú(r)vŸß¿ð  Wîêïö{B]>...z"&‰¬k
ë¿h+á

3/4Ç  þ  ð^ë"GVûý  š¤¸  ãC_wÝ  VìãfÚD-'  q  "$"ù  Y    íýÛ+záôÎ+†z
VžLPeU  è  Ã%c:#<º!ÒŠ  1&  Ä  ufòæ
jÏ
~  ëëe  Ï"èégG  Ž    1  Ï1›D`@,#¢û"  É0¶C  ',-J    ²𝑓ª    #¸8@˜Ú
O  ¤*  Ž4w  Ž~    P1/2B#¢H  #†Aæ(tm)&!×:³b  Ñ(c)'"CP𝑓xA-  ði"  ›P(tm)
Œ#¹ü  DÜ¡Ã^¿'aÁÜ5²Pçðàlâb  "lÒn&pÓ#³
Ü  NáÛ"'˜uf¨Õ¦q  â2#(tm)Õ  Y³#œ3'.  <"  B  ÐAüä,    ¤G\":  2ýät  Ë¦"
'Ò#‡  ðÑ?        €¬Aá  òx
,H  7  TGNé‡@žá

pá    Ž,  MÌº#(tm)  Ž"r3Î±O-3X¦ãZ:¢  9!"äñÙ±  'Dq•t  ˜3^      ±  ûjÁ"
Ð}.  4-º‡H^áß  á  Ô:^𝑓#ª‡
^6  :(s¡ªÁ¤=Ñ<Ð@𝑓õ
e£oÐÓ
¡  J71/41  "  ÉäGá÷Ÿv  0𝑓àÐzø@í
Å'Ö›NØ@Èè&]!  %`˜íû#"A  Ø@ª"äñ>4D      -Dçó=¿œsL;"GHÇÂ
GI  ÒKa
èU´ÂðŠt-¤ëŠ·Á%VþN†  ðŸ{è$7éûF    -¤Ü  m°D  äAè‹aÎçp@"6w7:      yŸHÜäÿÂ
-pt  }|  ì4ºÒnPè=  (]¶¡i!  Pw  ô³0†Ú£WÐ¿"ìpdu_    B  ¶ûÎ¨0‡lüôKÞ  (r)i
9
ÄA´(Hú
a  ×I<  ýZPD}&ëôºª#íB#¨Mâ  #¦    ‰¿  X³‰o  "ÕÕf²Œm[  q5-  èŸ
ß"ë-¥þEþ,  Â~wDu  GOTðš,#¥  ÿÝ$  ¦^  öá  ÕÜoµpïÈéÄNºÐPçn  Dt  †EP1/2  Ö6%_ö;(  ›"B
Ž¶  n𝑓Úÿ
#¦ûÛ{1/4tÄ  @é°'Òêô0A
Á  Ô8&×þg"(r)ê  $ø‰¢  ¨IZ"  hGqªhÓÍõ¥|    ÙZ𝑓Òèìa  ×OÁ7Uw†TÃPæ'¦Ó-Ó  Ù  8ð^ëv
𝑓CßÕöü":áíÛ"SZ!0˜šÒÅð^ô*‡œ¥Ýé<+Á-"é("M3/4ûM"ûPßa²´Þ>>º¬^é"3/4±"GG×ðEÖ  %ÓÁc
ú
Pí´    ŸÖ  H¡  xA0êË¥  +  ,,(tm)DáP  B-"ßÃÛjš{  ëDuÂuúèÅOÚõ
C\":èŽ'eVá†(r)  Ã¹#³Òoá  ×eÑ  Ê    !--'¬†²    0Ëù¢
DÖh'  ‡...²..Ê  W~Ú§  Û"|7¿ÝÛÖÚÚ£1/4":^...¦Îa?ì  0'
"  ,#"Æàþ¨Ž"{‡ðtG    ×¿²€Àä¨!t  Èÿa  #ýmžA  žQŠ•p  7hF  "?vÝ·ß"v<=ßÛ'‰~

†m Dtb"C÷ Çò8Èã#¢?
àë%øDuã°ý/ø^"ê¹ Ý¢ ÿF -A‡Ý ]Þ3ê cT3#‡÷þïÚ#¨Dtoö-"3/4È@7ß'Ö"D ÑI"Lw¿Â#¨f˜1
/2- 8U'Ðþ þƒ¬/"ÎP•œ¯¢d^ÜDŠ;°@‡ß?-]
GGù- ÿîÛa Ó÷

è T1/2÷aÈèºÐ"?u ˆ0A #o3/4-¥ZâA#ÁÞ&(r)ü (tm)Z ,‰Ý<Zá ˆè}'@¯
EVP¸oY>8_§Ó>¡ oí?{nû¶ m"Ú
6Ú
]¶Ë) w"vöˆé¿˜ ¨"?wÃac‡KÍ%Å¢S×~•Þ?vGTL#V õÎ3/4žÓ(ÁCAQ 6Ýÿ*í÷*|":îÎ¢1/2Þý":oM[‡
w¿þ´ Ñ&¿
›¢ ¶ÅPDuWûkš"e$ÝPv›-h"DuiŽOš¬Ú "m‡‡þˆëW¶›Üˆ+Ûûx. Ü?· ¶öþäuÒ}íÞ,µxcÚY(c)
ï|?±1/2> Œ5xzZ*l;¿éÛ{ |?3/4 **1/2ºm•VõvR1/2'Õ~Ã"^ˆê›^¸~Ið³þçÖé^0,Ø´ E{ÌÑ¨uh ¢v˜eDu
P‡"ÝÝÿµ Ž3/4û"GK
]† "h":wá,?Û¢:î *¢ù1/2¶.îûoß}Q ª´ gEûß¤IÉÕ'1²M
Du]Û(r)¡"¯úÃ"Ý"JÝ¶Ûpí¶ vïwºmðýÙªÛ÷µÅ"- Ô":†ì":ÞÈo#è aÝC#§ÞÛaÃ
‹*-p ÛAÁÃmÝ‡šZ'ðŸû `Ë¦ E ŒCÈêAÃˆÃ8{"f¨(c)ÿv 6áÆöíÞç q¶·¶"7ma"pvÜ6 Xw¶ aÃ
°¤u ìqþ Žˆ?`Ìô"†Â† öÁ(i+..."á† Ó+W b(r))¶qÐ´ !ùÒ!¦ G%km²,
;¶í¸"?x{ÿ"
Û GúÝÈè;...1/4=& M Û Gíí†"
m
l7#öt1/2† w
ƒ }0f 0Ø-Â'G /dx%
£{ì-...q
Œi†
W
I)³!" †-öÃBÃ n-Ý·ï`Ø·â (CN J
ÃE ‡ G¡ û 1/2ƒ#²>GØeôPé ƒ-í²>í'ÕÛ'Õ²#,#¯aƒ 7ln °Á¤n
-
\":aƒ
uÄC DDDA f NØvÈŽÝ·
EŽàˆÿr<ÛvÛ
]öÃ
ØØjÁ¤ÅDm'ö Âˆr<‹ >ì PpÃ C
V 2,Xm·
" Ä6
'
Ðå@"2...C ±. lA Ø-îÛ¶,1/4Á‡m¶ÛÝÃ" a ö 7±ÄÎåŽ0Ó Ø8;b1"°Á¶Ê µÅ GØB
Áˆˆˆ ¯
Š8JÓ·¶
1/2¶û"a-M'Ó
Û`ƒMì Â mËqA,#¡ :,D ! †Jœ7A...ý '{M'-Û´!ƒ ³S
! a 2‡( ÄG ˆ ˆ†"G "Ž-• Q Ndª"ìÿpTøaC
ÈêÚ_ < `Èè ">Á'ÆÆ0x¦D Q³ƒ ÿÿÿÿÿÿÿÿ-}2º¸í Ž )i Giã²Wðùh ÉvvŠ ":"M 'ß
ŽªW¸(tm)³º6dC¶ìŠ8H=BÕCæE¶×'îé(r)ÊDÂ# e%koù?Ü":ÌøDt¿
à,øDt+ Ž3/4-Ú"av"áÜ.ÉÕ}U;...µ§ Ž´Æ""h[ûºª± Xx~ˆë-Ÿø"Ý
¢:
v§k ¦O Ó }WÂXÂ#(r)ž h•0E8Dq‡#l á ² * -E:4d`Ï¢$‰q/ý÷Ã;Z|23Îdxˆ ! (tm)#Ê " /Øp
§

DŽ Y-  ‡ ...
,"Lpò  ,#
:3/4êv5"DRÑ    ÞVH÷ÙX !ätGF¤GGãƒ>D|ÔÂ _È,8   ]& ÁHü< #"H  p
PŠŽ   8EÒ'ÈŽ-$a´    CR>ƒ#Äua  h  Ì...clØ{626+›  'œ‰Æuf
C"(r)A"
èÍŠ AæÙ0 ÇÙ±BkçA CƒÁ "<ˆò ^] >     "     eÔ*B
¤ø4E  Ã   ä   ,9C" jgËðÑ,
‰ovÑCšmÑ,£Ž  ?Ì²$=ÛI  äÂè4Â
  =
"C-yðú


Á(Mpƒ
Á0"Ã1/2":]
L'#qÄh"  GÈü±ÍÁ¢\ûÑ,v  'E  š"øEÔ&ÐpD}&
  8M ›DÇ   pm
  0áõWÒT£N/'|8*    3/4ƒb×´    Þí  áú"8h Ý¢<
Ä·(q74OÃA
´ vá   Â
  ¬ Ú  Ž°¯  `ØAé°m!Ò       ôÊ0  Â{÷ø2g"e  ü‹Ž#DùÈ-ôLr¹¶'#àÑ  "ýÂ-K  aC¸N¥ÑBYÇ<Â#¯
Ñ  A  Ô  pD~aÁ  N  n  dtè ü*@ˆéÛ¤  l4ƒ*Ši¨Sé  ›Ä^Ø"?  >.")%Öÿß†¤é"Ü  y  ¤ƒÂ
´0˜ëÐ&é Â#ý< ÚO   m"  Ò
A°ÙÝ7   ˜t  h°A¹  \":-  #§...YuB6  A°õ  "ñ  A(õ   }"ýpƒi\'hi¸Né0  L¡íL:ƒ~    SÓ²(êž¶áS
V<'¡¢:
{^  †ÃQ  Aï•  à  Ã  Ï"aÚ¸Ö"1/2¿Ô=ôÁoþ   ZT-ŸkáÖ,     Ú^Ü=†Ü   -æ¥
  ü":q£5o]¤âáÍ|-°˜è(\*    þíÛuá Zû}  ÷Áßð"Tñ¢ êÊê  B
"GO  Ø  K"G]Þ¤?ï#¢ŽÆ  uiY  Ð.-ÞûûNî›µÚ  ]  ¤ðD~S¯ûn¹b9-?ð(r)  >ž  K#õd  Û[±  (c)  âTè°|"
:´á  Å#'fÐz#(r)ÇÈ  †]]ôhôüx‡Ôîÿ  [áµÿK  k1/4Ž  P   ;î  ¤è  ¬/  E8£pDueÑ  Èà  ñää‰2€Â  x°
d=  G¥´ BÑþÂ!
þýRz¥íÂ}öavÂ  ø"êïkÿÞ^û|Ž;Êè  %_'×  Ž0B;á  óð='
nƒÐŒ>,  öéÇœsŽXçr†ät    äÞ*Ï7í  ˆ   °EÓV×ÿi -ÐßoAàï  A÷ÛÂ#"¿^'uŽC  G²¦   ^"}ðè
²_l,<~¶BŽ  (ƒ  ƒ}  8X^‰o  1  6ˆê‡N'     "h(àÖý×Uõãÿ×§¿nÃï·¸{¿  w"   áÿJ  ",t/ü=P
Bü8Œ":>  HŒ  µ¤-  Ž¿#'q§GÔÂ  ûôéýéß·ÿ}|  §§w¿~Ø ª  PäÇ  ÷tß^¯·ð-V¶ëüHCIò:a  Ó¿
è- ,Ö>(r)÷zßU¿µ(r)?~ë
  [ëw{‡È8å
ÙJÏN/Å#"|~ï¸v6"
MIé?ñ
ðuâìú"GVt°-  µuïÿ¯ÛÿÚ{UîŸ>¸Â  î*žÝ+#-`ˆÿÂèëÖ,øooþ}  ñOâC¶-õ°ÿ¿¥t-õþP3/4°ë"õ§M.‡å


Ûá3/4ÛÙ  {+P^ým‡eVPå  Ú‡-ˆÆ  ˜a|+
+0m¤   Q  $*  "  ÿ|":ô÷3/4þ  oï¢ê     ÝSÂ#-œ%  oï  1/2‡÷duu...N"ûLúaÕ  Ö{Kú  ´  Â#£žßöû
þ  Ó‡á¿ý´¡...á  ÒðÑ°  %
Ôêî"ß,#ç"ÞÛì;¡nÞÜ  EÕ   ×zá°›du        ƒ      0éµ3Èë†Ó
-   íékKõ  é_ÙÒþ¸oö¬":üŽ"þ
  éðÿ   úê-êßmvàÃ}ÝÚÁ  ]·u,8á4GIP¶Ü66¤ ÁijÝ°í¦?ûÿ"G_M¯ÿðo  ÙÕßÿ  øX}6°ï}-ûÔÛ ÚÝÛ
Û  T]  =†GàâK
¤&w  GÂ  GNG ¸"?â  "OZ]ÿ^ÛV?¿ïêø>é¿´  ÷ü:Ãà^ê  jÛÂ#"ïþî-  ^ŸÃî#"GÂ({*Ø"   ]â  W
W  ö¯uõuVµÿû"ëÖ¨¡  ×Ô-Ci&·

×ic
´  (r)Û|‹Á±
Ø £wpþì7Š`3/4ýmü0-ö ý†"i~µü )§Á ö XJ 4   äü a†,#¬0Â_¶ i𝑓 †
Á¨e
rò<´Á",
i (tm)ŽHr‡°÷ aÛÚ u"ÝØ`-û ˜ðÂM0Òµø ±§Á°ÂL4 °@ìýñ
ã#˜`,Y 𝑓.,Pø`‰ÆØ3 †!D ìÛ˜à,Pá°Èî̃  Â𝑓
{ð"q"Þû (r) "3/4År ë 𝑓_d<Z1/2,# b Ä¸ Ó Ø--=˜?c¶  ¸M6Çá´r†𝑓´Á x6Ø&Ý,#õ'Ðh4?WZ
_m}µ±
_m¿
¦"𝑓í/ö    YC"cg[ ˆa    Ñ    "J e<E†
- ÄD0Ca ˆˆ2ÊPdÒ, Â"Â t± Q Â"x°@â"- ‹BÊS  j¦7ïDDDDDTDDDDDGRÊ±§‡
"í  ÒXŠ²(ê
ÇÿÿÿÿÿÿÿÿÿË8DeL  ëlŠDÜj* ›§dc;Ñ (tm)$
Š31/2˜†@Ù •(tm)1/4ï¤W¤vb*ŸòŸÚ˜ nU(r)×R|Ñú Ž³#/}ùnWíx}rKé …þ
µ÷Þ ÓéuÂò´á¦÷øDtÁ(r)'þÿø":^-  K*…
°oýB~Ç¿V
÷ q 1/4 Šõ "ã
éWëëL":ÿ‡Þ,wa Ô*°ïw÷¸] J°Ð }Êþgt-R'DuÙ eß'j-älŠ[LÂ*C6ˆ ¹¢#¢ ä&pÈèÖ
#Ž  ‰2)ÈŽ%otGÉq'ã³
8d$EÇe_"
S-E:ˆua (Ž N g4Èèó$ tCf 0ò ¸È
L' â'l- ‡ÐNˆÂ õ˜ 𝑓É f &` è ¦Å  VÎ¬" 2ï• J  ÎGÙ±BlêÁª
ôÐ† 8Œ  C IjA5
‹
°ˆ]A' DŽ z
á D  ð^PÃ    ÄCpB-Ÿ¡  <


h>:A Áâ?ô z@𝑓Ð5^ð𝑓M$ý Nà´ú¦  h;^Dt h6ÓKCÚqqiÞ¨8°Ðié Ð0Ÿ Å§1/2q
ë
Â(pÓy uè9 qh" Ñ  >4K ; G
ãM ²‡íÔ Š;DwB è-h Ú% '!Ú%Í ïÉ𝑓EÇz"
Ņ̃| ì",4F9CÑ :'Ú 𝑓";,\"0,ù  ¢svèŸ¨"& ã1/4û ‰w ŸÐ@ë  "ðh ô  Ð&ÑP@Ñ "g
‹RSh  Û"çá Ñti h y šMÂlô¤ p{4- £A
ÐFg  @"7,ïA
!(!
¢SšXåC  ( Þ´ 'ð"=|o L":ÒxAºaô "Ü ÝAˆÚÓ¥i7 7Z]xOAºxN-1/26- ¤Pú
´ž _Ý GTè&ýØ_1/2$é;ß°  ÚL7§-'"GÒµnŸx]oMÔÂwè>›(r)- Ó{zh'...-ZW¿AûˉK†ÓýWî {Zn˜
W÷_î"×\8DuP |U¶è
ô×§÷KÛkỳÒ/÷m°r¡WÕZL&¿ ¸ẓz°Mé/"GU¥ÓUíu÷Ð ‹ Uð•GßëŠûÕ-Cõk(r)ã~;¸‹õþ?êˉ1/2õÛÃzé "
ý1/2µOÃHŽž¯o"M¶ }¥ê  Ý ÖõL±",‡Û̌?±ªû÷×mkª_ßô¥ö1/2,33M´ý/]w_3/4(c)3/4Ö(tm)œ* þÒØ
+Áþ  þ1/2…ÿøˉ]¿ýn¿è ¨ŒÔ ä
Þ¤8ûÕë(r)úZ|Eß˜é&ˆ &
]' m ÍAoÿ̈-é73/4ÚkÿÿáˆÉÃ# r?!
~:¸-Ûëÿ ¶êÊ€¤Ö¸ïºb ûÁ õÛ̈ÿ¢:Ú_"°ÿ¿Z𝑓@^è! Ž𝑓 ãþÿÿ̈ëüÿ ýÿþ°D êÁ¦¡¢; , µúÁk¿y2°_ß
õûW3/4íï̈3¯!p0Å-Kù1 ü.¡¿o& ¯õÛ¸0(tm) í
ö!¢ -ÿ¢ 7[ý]_Ýß÷û§jŸ÷Du¢H ŽŠp ü/þ _ÿV múþâ‰‡LÔ r "&F  D "¤á Òïúõ]ÿv´ÿ¿WDt

,A e Ž¿¿_ÓÞ'ÿ¶CzþÿÒä@Þˆ¡¥ý~,Në¨uû×Ý¿×¿ÿþÙÑ¶jP áßµ ^ßm×:? á /Þý>¯Ü?m°-¿úêÿmÍV1/
2¿ÿßûë1/2¯ú @ˆùùìêÿ³Uk×Z{[×¯NÿÖþÜëWý:w}÷h _ëjÝZ^-û¶•ªw Gôº"íj.öý÷VÚï"þÚýíÕ-WU(r)·
zž"R!úí¥Õ_ ýÛX-Wõô(r)Ý]´
ÛmiµµÈë×
§ÞêõúÛ(r)¿í].Û_öÂá{vÕ¢:÷ûîíkßïvÒ}1/2ý" _ê"i^"uá[Û¯ía¤¿†µ°-ý¥
u´1/4Í=ZZ"kiA¥a]† Òõ¿OI† ¦ UëA'ÿV '
*L5|0Öˆù 0Ò`ÂPkiA...36ýƒ
/ Xi0Âÿ°Ál%
Øa} í†" /i6"}," '÷á...3/4ØwlW ¿Ø?i‰1Ó lL;^)ˆ9 =Ž
Ž -Å +'qlq_ìK Ø¦+ýŠb ø"ÿb˜ÖD EHŽ˜ù
-ÁÞÃ#,H•ô éÚôûôÚ¶C¿¯Ø[ ˜Š¶"ï ×û]"Âÿa 1/40¿µh2--Å4Å2 a ±#vþêá...°¯Õû
ÁS] °AÃ Ö#\& Oá"Á}á"-Ð`ž a"
žŽ˜UÚµÓn A"Âa.
ï†šþž°É `" ¡ # Ë (tm)AD‰"¬¡ÊNÜD2K: ˆˆˆˆ†"DX! db¥
'.Q@@ËÚ¡ @"YC"ºPb""!ÄDb""""$± ÓÄ(r)hÖ-ëL$¶ Z±U"0`£ÿÿÿÿÿÿÿÿùo¢+'e" "ÙeÌ"' Du v
W : Ú¶vRÎÄ²>v- ³%Ø@ÌŠ33\
IÚW Ðàì V 0¹'yû'}º"¢ ²£÷ª
ßikü-S"Â´ ÿ´(c) ˆ#¿ÿ¯ÿëúªòD=ÿ
¿ ü|ì x ›õãuã-"- ¤émz Þ-z~ƒn¿3/4ú]×ý+N-ÿ{ûù,D &t Ñ Ž YöCd '
ˆþD
,\ (tm)Ù¨É -,(vG‰;!‡4DG2O
' mç²: Páæ D"èŠ
-ò PîÎ(tm) ' Ú K!ˆE¢œ!
',ó¡' I Ã",-a¸AØ@÷ðƒA Â! â9± $Ù±A6M # Âa4
,Êl ª Á 4 ð , `ˆ>€ó8 ƒÍ‡. 0ƒ D? Ax fŒØ "-H è
Cê @õM_3/4ý4ôÓí ƒPƒ@í z MûÝº ø°ƒ 4 ´ zÚh^›§ Ðh‹ Ó‡
iØAúoÅÓú# 4Hr-Ä4D È(r)¢Ó‹Mé'Tdpô±a= Æ>D·xC‹NãDn
U=8"1/2 3/4ˆAÚ%Ô/dZ ÷ò ú× HnD| $ :%6ÈQÚ%6Ú@ÔžP"s¿"Ø-"á L‹lÍÂ
"GÍ >K2#‰xÚdC äé!)?|œñh :#º%ï¹/pƒl‹Ï>á
W,
¦÷"ƒt n(r)äY´ umú -·] n"h ý; 6- ƒÂ (c)œšM¥é ô›',"þß 7A"<Dpˆ&û õKnµ×ð '
ûð1/2¶ ƒÚNºOÖ(c)úÚw-'-"¦*3/4žžé"§" tŸ§Øq OMS}î¯Mÿíµp3/4 Ó
š§÷Ih?ß¦3/4ƒÓôÝ7[õOuÓ{]?"UÓéZ]×ÁUô;- õ"ï‹ÿ~"ôúCºZïþÿ¬t ß"ÿ1/2z-šÅ}ÇÕ" ÿÿ×(r)¿{§¨"?ì
k3/4õúþ1/2ï¶ûKïÒ ÷ýÚ{¡¯x zîÿþÝþÁéU§ÁöÂzÂßÝ1/2_Õ]< •5 ýÚO×...Õ2! ÖäÓë‡þF þ¿ìŽ
! ! ¯j\ ô@ ô"š 5ÿ_îÒÆR w_üoõy¨.îu ´Fƒ×ì, (r)¬ û}øéø=^:ã
?`1/2uô¿÷²
ÿÿ×íò@/ù@/¦
þÁïy@ ¶¯ëÝî =þûƒü+kwJÛï_¿ÿÿúá ãÿ
î
¿†3/4ˆx¿¯¿! Ó,s9Ç8| Á ÿ Ø:¿tBgê-Tµ¿Ò!ïÿÿ!G=•íí ;ú!s¤ 3/43/4t Òè‹?¿k|µ D]MA?-QäÆ
ýhš-×o"×õ˜\'?ÿó(ÿá ß´I ¹ ÷Þ vÖ‰‡ýú(r)1/2ÃÿûA;oKµ š þþ h/ÿÿoõ#.Xu1/2 ë
ßr\µ3/4 ýí Ö1/21/2(c) ÿzîëZÿûÿûßKÿÿt"Z¿3/4µîtP¡ ×º1/2R÷ý-
jöÒ N·ï³¯ú&ïúÞ¢ÿOþ´×ßÿõj¯Óõ-w×àø~¹æ÷¿WöÛv•öu;û9 éÝ¶t4Ÿ¿[ÿÝ¯þƒ::é/ÿa§ôé7ë×^ª"ûk"þ ^µ
lU¬4ƒk÷wíûZJÃ·[n?ßkëi:Ú·w¿þÚÝþ"ßk†êúî3/4Ò]Âûá°{Iû"{J3/4ý[ë"\$ÕU{_vÖ i§Ö¿¶•ûa+I×ý{õµµ
oµïOû`éƒ l%
-l>°Â[Ã $ÛwØMÈgwðÁ¯¦ƒIµl+
+þîÂL0·kö ÖÂ---n º'j÷
ú (r)ã'a1WÅAûa-XaU¹ €ÂÙ 1õV¸ýƒb¬Ø¨ ° ~Ûl2éX¹ Ž˜eÐJ

This page contains garbled/corrupted binary data that does not represent readable text content.

'öÂë3/4ÂM"¿†
ýß°ÂÈ¶Âwa&ê×µ¿m}0-...¶ ]ÒÂ´ØI 8U}...Ûb a?pÈ£¦*ÿ
mîû \H0°Èé J O£¿Ø¦+Oc×f(r)¯(r) °²'
`Á`ý† dc;
  Ù ñÈ1/4B
¶Eu °¯-éï ¶Ó o¯cjDÏL‡ ±±PlqVíØUol,[ÛÛ3/4é¶$ "L[÷ ß~Ä/‰!ì, Ø-^L†-Ó ì/H2
íö 4Ö˜& ýµÚ~ì& ,d ÿÚa~Âõúö ×† !ÇÝÐký¥V m7Âö ì&Ã
^µ°Ó ¦ Ž"A, Lc_ i×_
‹XMÉ€1/2ê @Á
L f a
  " °.
˜€ ¡
Ã^† D0M .
(A"Â "0 ¡ Èè"D â"""'*"0"H6D! É ."""""""""""""""#^~˜<¶AÝv k°¡%ØRß,%bšð˜a,¨µÿÿÿÿ
ÿùj)¨ÿÿòß 'Œ·
['ÁC)QÙI "gz)• "¦v LÉ-"Î¬(tm)3$¥ý
[· A¿^Up ? •zX^-ëø\'Ú~ Võ0kï}$êÿ_^ž°öÝÕ$Ñ"oØâ7µõýÆ c
^ëúÇ�ÿþû (r)ë¯þ'×î÷Ýÿ÷¿²PjF²,:ƒ;%orVùTÏ C*¯˜Î".³"¤ B
^ùØB=l"°gžU !'"\R )@|ÂÍŒ¡,
-Î³ì ƒ:^ç(tm)ÁÍÙÐÁ äN3"' ^F~ B "Õ" & 9(D9Ù@T " B-¢0 3PPD(@Í ÔÁ "
ÄÃ/Ë²&€iIÙöIP@üØ" 1/4Ì8D - ^ <'"Âa5Â Ÿ˜@Î¡?L ê n¯Aújƒ0OâÂ
á·H; á0‡Þ hV ª" §ñ}ü]
owéöè ~..."î qv(r)žœZ Úz~ž w °ûµ^oÕ5O[Ñ, ";âÛI ð÷KCÙ ò ß'Ã (r)Ðî\Û¢-"Y Ô"¶ƒ¹
  A.ÚH }¢]ƒj- ÷þ‰ov] 'ù>Ê Kðƒd È1/4D÷'>È¸ßH:ú'F^Ýè#3D(c)è <• %ý/-LŽm ùQ
  y:M$ '
ÈK{#› ì Èæá5"Í÷Â
° =ƒÉ ÚOì ÂÐAµ
  -ÙÕn œö Óúnž ôÚ¤ §"ëV"ëßMÁ=BÒvA+têð µI[(r)1/2ú¯é-éÞ¶Ö I/oÝ/"~(r)"N1/2{1/2?uM
°I==ÓÂv k§¯ê1/4wÖ ~=·]_ Ö"þ›Iú÷ðž°w+ßiÕÕêš¶¿(r)(r)1/2pÁêé ý>7þÛ}W¯ûë"u
ëüößµ¦ý¯;(r)>-ß¶|Õô3/4VÁ÷þ¶Ñpèxuþ"¯¯íûizë~-ÿ(r)(r)1/2ƒ3/4ÿVµÿÒéí?§&ai/÷ôU˜Â ï ¶3/4Ìµëúÿ0
Ãý...û ë!C'šÕ¶ûa=
øý¯MNà-ý1/2}}ò0$ U ýY
"_Ä{}¥3/4ÚQ¥0D
  ÿ"1/4-t -ªUS'"mÒ}ÿ" Õ;1/2Z +ý{ 1/2zzO÷ÿ}ý•
GZúðÄÉÁ"ûoò€_ðþý-Ú_×µðPl pÚÝÿÛ¿Vƒýý%ûöü P²#ßI-ð^w|†+ÿ×û¦ÿ¿[è‡"ÄD=1/2oÁµÿ"$ÿ]."ž
  "ýØD>?þ-šÄtDúöÛú
ù€B-_¿\... ÷~Âî,"Nk iÿÈÁ¿û_ßÿÁ ôH }íø?&<^•ú#?3/4š}-ÛÐo_Òÿ|(tm)
^$^ž¿ ëÿÓ-(r)ÚPÿ1/2...ö^¿Pü.ö(r)-,÷µµÛ_Ý[ý Ý*
ÿ*ø ÷¯ýí.'1/2_ "zÿuj(c)%çSzÍ-ú}Vô1/2"ÎÕô"=1/2.¿ž 3/4¬3£ém_ÿ:-ßëï_µÏ3/4ëûÒ ~ÿ"_Õ1/23/4
ÿ(r)¯ xkÿö¿þ¿ýZ[iCôûi~¿¯ôkÿþžÝ1ÿß¶ µí{Oâ1/2 ÷ö
ªþ^{ k±1/2:÷Ð¯n1/2µí.¿m["¥ì-0Õöðî K}ÔîÝ
Þ}Úýo
&ÿíO¿}µêÒþ› Úý(r)ßÃ_^ôª Ûi;kí|0LÍ†*ýƒ
^öjšø["éŽÿá"-Õá"°a ¡¯iX\ƒ~
%ì5àÈ‹m, u"ãì '
Ô0Iûö+×âŸøÃ Á¯ "^"ß°ƒýC ëöÂnÂ ÂýÇØ¯cØ...Q^Ç-±²â(c)Š_Õ AÞÂ d ß1/2 C
ëbJ þ¬/Oë pÂý öAw}...ò û[ ×
‡vÛò ‡°›a7û†šÃKíìÞð^ÂV"ý Á7þ

```
   ì.ƒ
A}0¯ÂðÓ¨a&Õ¿]-  -Ã
  -5MA›ê -paWÂ    r
a4  za  †"DA"(r)>$ˆ˜0L."XC'áA    Šˆ°A"S  I'"Á
   "YuÝ[5°BÂ        ÄDDDq    ñ ˆŽ"'""'â? &àäŽÖoåro3/4è$•ÒµµÖšÃ        6-6Î
Ç  â˜MZ
&  0ƒ.S  +Šb1ÿÿÿÿÿ)šøÿÿÿÿòÐ8Ё&¨·*fE'Ud!É±†v¥  l)Ø"*Q'6ƒ+Š1/2?>rlŶÓ'ëÔï(r)Š¯'uµ×
zÚúOa-?ï§ér{  é-. ×ßZ¯
éÿþ(c)x¿ûþãÿäÅÿWýé÷ýSÿÿÒèNéÿÉ-ß|¯ñÝ+Wï)@A+<Õ"ñ³"â  Ù±
o*ÁÎŠR
t`˜JÉ  .ÈË
æÂ!  <Dᴵ -f  §§ÍŒ-TH  (tm)j3P‡F  ...Hc'†N  Ÿ"œBpC'
ÍLØ"'=  !òlR4!P
CF¦lfc)ÉI  æÌ˜
PjN    a  :‰'  Ú`  é"
Ó  åÁÚa  °    B- Ï
°       †Pô  "  ¢  gP-  v|Ï3ƒ)Ä6è0ƒÓ>Ôn¡    ,ùÁ è¦D  A¦ž¡    <Ì& a    ," ª!4  L
Ý4ô  h=0ƒÓÓ‹  8†  >5‹Aë Ó˜ƒãi a:,

   è8Ðkªm¦ÿ[
"¦  TØ†œw  š õ‹CÐ}TE€9
m>-Úoz"]6îÑ  ï¦‡´D  Ûi"QÓ'a²+§N7°ûVT  w  §¢CµNAà²  (r)ÓC'Ê"FKÜ‹îO°ƒšPAÙ  òspƒr\ÞDë)Ë
PÐæ‰M¿É  ÉÍ¢'Q-:DéâÑ  }  ç  fr/ý
Éb-ôNphSD 9    ¥æt‹:%64‰ÎÈø‰îNwA  9  Ú&u''Ò‰Íᴵ9áú,
°... - õzMÓi6Ðt  ðœZ,t  iÚTè'a
A  îšÝ Ú  øð    tÿ.ŠMáó  Aá  ûÿ  tý7Mi7Óp-¦ØN  t›A  i=}=4"õÓÓÂè7°žééß  î(r)›¤-ééé7AÚvÕ
Õ:^žõ^-'é>"ÓOT(c)=
^,N×1/4'¤¶µúÒwT  ¤úÿxmÓÐ[µM$÷¿
"ÿÔô¯_^Õ7M1/2ÿÕU¤Ýn-õoü":µ´  *ïkøM  í×ß"ÿ3/4-é    u×îÝ^...*ª~˜± Ö¿µû"  Ã_¤?°N<>*é‹›¡z
  3/4-÷6"Úúßᴵ¥Z
-~ŸKV"*Ý¥ý(r)è  Í  ë(r)-ÚouÞÿM¿éU5_ÂZ°úÿëßþ¯'  0÷"  ßï¥ûø"‡1/40°Ó1/2:õý,Ú3/4´  u\§  ü/õÃ
1  Â˜TÃëTL  ÿèuíoÒ°  ö§@y
  þ×ëú÷µj"k
"  ¿I]ÿþL  T  f°œ~H
J¢¿Ð  €Ã*n        tõÿÚþê1/2x+
  Ó_  ë¨ëi  õ^û  î¿Ê€ï¦    të  îÿü%ëa>ÖûõÝ  wÿ
Ã¯ôý'§÷öÿáƒ  ëÿë_ôA
  K,(r)þˆ  ÿÿßD.z¥ÐO^Ûõ  +ÿþ"
ã"a"è...è0ÿ}ýµ°õÿÔÄá†ˆÿ¯{uþ  /  ĬO"A#³  ¬"  ÷É"ÿ1:  º"¢H{¤"ÌSÿý(r)rᶠi"dCþ"ÿéïÿW²
"$ŠþõˆÿÈéœ'u'Óÿ$}-  ÷&Gtê  ÿßÖ¿ß  }9  ?ûþ3/4µ  ¿àð·ú"}ÿôX  Oà3/4þ
íßÿi  ÿý  Ú3/4-î÷(r)ß¿J
ý×ú  Û!¿êêÎ°†ë×  ßÿVë~õ_ÿÚ5"¤ßÓý  Í]ö°ûùÕÚª(r)ÿ¯(r)×Wíõ8ÐnQ†¨ûµ¿ᶠÓ3/4Î-ÝRÕÎ  ëû:ß
     ô"1/2Wm/´ú¦3/4¿÷ᶳ³6ëôßßïn-¦í&þÓ×Óß¯õ1/2:ªþ÷ëÿÿ¤ßïúß*ûkkk÷¯|okknßïᶠ÷{_ŽÒÓým+Oö6?¸m-Ú[
úö¶¶3/4Ú^Ý¦'tv  î  {]õˊ^"û        ziÚ_im¯]"÷¶3/4Ó5[VÂ^
_]ŶR""_{[n(r)  ¯Úý""¯MVœ'aU°-¬4¡÷0-wûkM6  ÿmZ°·ì5Ã      0Òý°"¶¶
ÈùZ×Õ_°Â{
/[  ¨a+\  ä^  -°Â²/,a,n¬Ž1²(ÁNñQL4-¨    ?  Ç°˜•pa+
u|...b¢  ï-È£¦.ö)=(r)àþ%"Ø¯v=Ž)  m  Ø¦+Ø"~ìlƒÃÄKµ
```

Š~àü1^ÂØ"Øëëb-  ¿aqR  -Ú{ß"ßßUd-  †  2          avÈ
ì0¨Ú¨Ó  ïkn  -Kpš[¯ë¦  m.ÂVBÂod  Þª1/40•¦  ¶"%ÿ~ØWÂ¿"  °¦p¯Iá¦  L-ª  ¯N"  pdÉÁ""


 a=
ø0špÂ  Âj  a80...×
.  Â¡a  LPŽ°B"  M
MQ
  ^0B"Âa  0[
  ^  Ð°0B"Ø^^^Ž""F  ^^^^^Œ  ÔDDDDDDDDDDDR¡  ýµ\>-5Õ0úÞ
  Ä.  ^aGÿÿÿÿÿÿÿÿËX)  "9•#^î#:3$á°é  <ŠpS±Ù].;  àÈ7-ãVþŠÉ"œ5"Œ(c)0ª¥q>ßr(c)¹nŸOUøJ'oÕ××
  ...k~(r)-ø]PZ3/4Õª_"é7Dc'  ü
¹é  íSõì-"&g××ßâíciÃ{Ç  ú-ýýtûõ×ý  W_ÿ_êúän5ç
²¦ŒâÈ¤I4÷ÊÔkyöv   •  9)2^ÔÔœk^±ä#5ÅX{6)  ^†Oš
B+Ù  A  ¤  ƒÌ
u  A,  j'Ì2ƒSq³9  ‡‰  +ä0"ƒ<Ì   Ê£†`2ÊFHe     ¨R  Ê
M    C•là¡  ÈÆ}"
ÔÌ#ÃLÌ  A·žf  xA  B  Èb
ÀCC:  8Î¬  a  }  ?  |,,.¦,  Uh4ô´


 Á  Òoô  §þ   h4-êþÂa  û,  ƒÂa
 Þ     ïI")]
 qh0ƒ  ß  -¶·¨A-â  qÅ§  ‡úQÒiþ1/4oîŸ  Ð}ªki§
 ¢  éþ  "¡é"  h83/4  q¢+°š°
 ´ú%Äü-d^¯¨èŸ³:-Õí$¤  ‰oz  ãÓo¤Ñ.qh-³Iä$_'çv'%(tm)?ò  Ù  Ù  ÜŽò^Ñ    Ú¢  w¢tr;`É-š  ´Í
 žIA  Ú  7A¹/".Èƒ'  ýü³¶¤t(tm)Ù¤Õ^²,è-1/2y3è<‰Î  Ú°@Ût,
 Óz  6"ì  ?Ð  a  O'L÷(c):9    t   Ãè-¶Gï]  ê(r)šiPOVµ  =,^ë]°îŸ
 è?ôôÙ"V÷ýkú'"Ý?OÕ"í¤Ý6Þ  ¶"§(r)>¦'è.(c)¥M¨¯ík_³†  Rý>¿1/2S¥mÚKÖÓÓÓü'n'}Õ]_"éé×¦éô¡
 ì~ôž×xMôÛ  ¿°ºþãÂwMïnýê3/4  }j"  é¶¡×oO(r)1/2/ú°  ëöT,_Ó×ûþ‡(r)  ÕË  _Â¡ô¿é¹ŸÿóG  3/4ÿÿë
 Þ(c)ê÷ÿIúÉÙI§{  ú1/2ý¯î"î̵]k
 ×ÿ(r)°ÐÔÂßÕaÿ¦´ý+î(c)ß^ÿvõßú*È,__^ñ3/4¦
 °¯*þò  \   Êp>þîû¤(r)-ßtF  ƒÚ[wðÛ¿ßdpc~-3/4?þû8ÅÓ  T  ý÷ý¨"  ÿÿÚ×
 Rf$0Ãõº-þëk"ç@vAÉ"ª]Võ1/2øÿ·þú}Ý(  d_ý/þ¬.ÿÚõxd  ›K  Õ×ßíÕ÷¿  PÃÿ}ßÛ3/4Õÿÿý}o]†
 ýÙê¤3Ž"¤CÇþžŸè>ú
  _}×-  Wí0¨#Ã  "×ý%¨ä  ?é  ,#ªÿÿÁ´A#ý~îb  D  ÿKík5   ý  >ýz÷1/2k×]"$àßûþÞÕ÷S  ÿÿ1Cÿt(tm
 )dä
 ^‰?÷-K¨û...ëÿõãA{h'×ö""¥¯öêú$DŒ  ¿×ô-+t°ßþÎ  ¯ßYHrd  "}÷ô-¿Ÿïøoµ...¿3/4¿Ý}?éBÁú  µ_ú÷Ò"
 _"'  ïV-¥þ(r)°Üêþé}1/2'JÕ÷ëKÿí~1/2ín-´"?  ï  "ù(c)Ýûý9ª1/2ÿú5'(|/ý}÷ÿÿÚÕÑñ]œ}Þëuûû÷±¿Õ±^ª×
 í%×b-V*  ÿÿÛ¶¦-ÞÃƒMÚ×ß§ƒ¯þµúoíõZé_ëÅk¶¬nûô-"¦þô1/2í¯ÿÚß¯ÅZ1/2-  tÚßuþÕöÕkÿO{Výmò
 GÓ-öëkNµ×†-}ÒµÿÝ3/4ÂM¥þ•_
 ~×s7é†-ðÁ{†žõðÂMš,_Ú"°>é"it¯N  Z°ÂÁ3/4"
 -¨ï0×øzØI°I°¯µzÁ,V  öÕU°ñþÅôÂVþÇ"fÕ
 /èJí=-,"°Á&  qí¦*ôÝ¦  q=    (r)  Øâ  Á%Ý'
 N  (c)  w"f  _ïl/Ù
  3/4ÿ°Ÿö$Ýý·ký[†+âØ"¶  ´Ýv!tÂd;ûMý"  b1/2X"ì‰  ÛÃ  ßö¯áíÜ‡vµû_õjšßzï¬¨Ù
 ‹M¥    ë*a^ÕKû-ÐaB1/2Ã\  Vë  ü-
 1/40"D5â:†  5ø`(c)  Â  ÝÞ"  Ô!
 &Ã#1Ã  ^"C  "  `"q    a  L  &±
      `°h?O                â"

ÌÔå*xŠú...Z_J#ÿÿÿÿÿÿÿÿÿÿþZc¢
dÜ%+•3²ÔKÆIÌì¢+˜  ¡•
ì- ¶ PÈÙ  Ÿ"ì"
"ß
'Ù,1/2d[ý )y$° zÚ3/4ú_°°ëûôû-ÿëD_
?þµÖ¿ý ·QQì\__ýÂzwõ÷¿úMúôþ¿ˆÒoßµå~ì £¸¶È¤sû&
ŽÁc³[Ëg'\üP<"GA  ŒþD 3 9 qJ(tm)
GŠŸ•k? Žíȑ"2 j³̂ - ¢la  'C-ÉL‰ ØÊp-  A Q
  mH%Ì kDqM ,!ÍÎ N!*Š SPÈØT˜ @ò  Â'"4Ì
ƒ  ,!  ³ft0 'ÀxÍL Ása!  Á Š
,%`ì68 "-B  µ z

=P0ƒÕ   gÍ?†"=<"  0d¹§,
" L  Aàƒ¤÷ 7  Úa ûÒa5Ó¬*,
ÓÐh>Â|'ÒqÅ
ÓŠ qiÆ O(r)!, NÖÿ́Óíi ⁄́,‡×¬ ïvþ-´ââÂ áðƒoDyÛ Šôÿ°D{×!_r(2^â DXoª"ãM /¢^ôEvÈ ‹
k'<<(tm)gš[t   Ÿ³ÞKÒB;Tù Ü-= ́ÉD-z@ƒ D$˜ ¹?ècœò Ú7# Ny3½ò!Á ÉÎìÂy ðA1/2i FOòg
z   1/2   "Á rSm¤õ kWIýj Ñ́‰{dsp ́ƒz"s ´ µ|äŽJ Ý äŽžGF z ¥J}l+
ë\ :AÛ1/2î nŸ§átïO¤ÝZZé-7O"|+Tž  Ú ú~"oÓ ́ïZO[Åá=zOi°Z^*ZWúM.¿Mé=
°n3/4Ÿßz§Wí zzzvŸa?§ÒIÖ° Òþ-ª×zWuüvéõûw...êû{ôø1/2bý^•†¿ÿÖ›ïÕ3/43/4-ý1/2?ŽÕ>þ¸ ̄á-Þ3
/4ÛÐCâ.µ{Nïþ(r)×Û¥¸þ‹v•v ×M×ö¿n3/4ˆÕéz-]á÷]Pë ý?-ßÞÿ(r)-þF
'̧÷|"mÿ[_Zÿ́úõÏ̈ .ù ̈‰ó¿ìðd
  uÓÀÛ'""¹°]  âÃ £ÿûúo:‡{!ƒ ̄¬Y,
]?~þ ̄ÿÿÛã~¢Î uûCØd aý ̄§  È ́þ?ìè  EAý-_(r)ü  ðW¦Ú¢R  ûN1/25¶ßVþÿ~Ÿ}š :úù
Ñ]}'  aÒÛ}Ñ@ Èp/ß'"¯ Â_-,[¤ëÛT'û××÷J°ð1/2ÿá†  þ
ÐnßëTAÇL D ù ¿Þ›ÿD=ý ̈ÒþLsª ðïÿ¤ißµ°ÿµ|²{¹• ñé×fsŽP^a ^¿¢-*
ü›œOøD/C
  } ëõZ°'FzèŽŸm* EŸ1/2°íÿéÖßÿïÕT•="ô#'@^' ëôDý'!}"~ ̈òdMAQ"7ª~·ß¤ oÁ?ûÁtõþ¿ÿZÿÝ/"́
ÞþÐn ëü(tm)  ý?3/4 K"-éýú W'"¥_Ö,î×_ûÿÿÿ ÖÝ _ä-Öß́ú
l7ïÖ-‡¥¿ ́Ý OÿÓ}3/4Î  j*ë-Î‡úßŸ×¬ê Jt?ÿó(c)ƒªõí×`ì~Î  ß[uõ¿õ ÚÕôµôžé}o÷Z¥°}þíí-ýíÒ_j1/2ùVi
þ3/41/2ý/íñÒž*ÛÎþÔþṌÿ/þ;(r)ò) ûḯÔÂ(r)ÿJ)°Û
jñìm¥ÓŽ±ûé×3/4ÚÇV.ªÄXim¥ÿ]-ö éíLÞ*ÿ*ïuu°u1/2í °×µê×a(r)-}Z" ÚUêßi†ÂV Oþ×°˜ØXw  ƒ
[kÕwÚKÚP×^í"¶
  ý† ̈°ªÃ
ì4"
Ø]‡úð`¿jïØNÂÃ ¤&& K
0-1/40'Çì
›cy  ò(Oûa]l$Á"¿²:±Ó  ë
¸~>ØõD Eµ"]6
ÀvF0W±_     1aˆLBØ§ø¦(tm)
;^$QÿÒQ&÷ßÕŠô)ˆ[Ô "ì.ÛaD Þ

j  ±L†öÔI=Zð́M2
Šd0ýú_...m[ì&Û°
-"3/4 ̄v-i"íím}0šö"°ÂI"Â¿Tëm...ì-ZM¦ † 0[ ¿-Â Á
á,¦
Ž¦ Jïu"
å¸L*N›°" %¬ N  ,°

!k  ML Á
  B!,påAød"-  H¸ Á  `ŠD!¡  I¡          h2ä:

y  Á  ÄDDDDDDDq          *ñ          ÐýVú^3/4Y
"UïK¡  ÿÿÿùmÑGÿÿÿÿÏ"ãÑ]âg  è‰²S;[
v
  ¢-ÕÐBOS    ²-xí  ;  gz<  33/4Á<ì¥Ã"-"ÖTnv_É.Þ¯W1/4ÈOª{"áU\-i¯áxNÕÓö•tÝ  1ê³•ä_jê×Þêê
  H&šWë      ¡ú¥zá?ÉŽÇ
ÿ"ÒYoéú_õûûNºþ›þýûý"Û;1  T×ÌãLñ"â›vm"ŒÛ!¢(r)ÌãR*
)Á k8EM  (r  $
Rpù  #3/4  ƒDP.u^  H²#¬NŒ§‰  `>pë:Ç"ÌS¨B  d¹  ƒ  Ñó
Qã*  D&  dõ,äUÁ1µ    N´    3Á  pDB),"§~h
ê!Ñ"F  §6(~`@    fPdæ

"
ÉÂ,
  ,(D   Â  ∴ƒ        t(tm)v    A Â!TA  5
o"  ~š  Ø¤  §m

á8´AÎ7M          úh7é4
:M    l  7ï          ïÝ"  ¦ƒÓm    Z§~-(Õ
  þÐðfµ¤âî^iþ  M4Â
Ó˜þFquÄZ#°ý9-bãMvé<?"÷oÈ¶êÑ+h-H7"FDÊ#w"ïD}4v‰ÍßRth  Ü-Ý  ê%<-¹    -U£NDºÜ‹d'´  6ˆÏ
D"  <‰
  £‡#É›õ">ÃY  ÚO#æˆÎ]    =á
Â~YÃ,
Â39%vG7  -¤(c)¦Ý5 è  ;A
Vfuh ì  A‡ªpAþ  iéÚÐM¤Ü v  ÐÐ þÞ"vCŒÕÓÂ
ÒM´ÝtÚO"Ö  =pŸnÿ´¿]"Iõ-  ÅH>ý7MÓOAþ›- ð]?}$ö  "Õ=uOO|/úo}¿-z Ý  ßÒÿëk÷
4¿ëÏëÒ°ê³•¤"u·õ\:]*ý'Vô¶Ò~žµzü  {¥_°  ¦ñW  2
M[ÿ÷µÿj#µÖÖ-7TðÁÛ]¿ýµTÚ[3/4¿¥  N*•=z3ë¿Û\  ƒ´úû¥÷¯ÖYÖ;ú¥s!
žßtõ×wî¯ ÿ´×Ú"w÷""[  äZ-(c)    7Wß³¯"  év\  ¯"A>á*ÛÔÔÉXŸ]~¦  'ÿg    =}~(tm)ôGÓ¯sP_ÐÛ_5
  ,úd)  ˜

öë÷  -÷  Ý    á"á3/4.-""þ#§ô#ýoÐˆþ²@=  ý  Áv
  ü=Á]%ßé  úºNúÈa  þ-ÿ¯û^Ý÷kßü  ýõ|,  .È/Ü+n×z]ÿýHx×x*Óiwÿÿ}êõïO×  D<>°zµ  ‡Èm  ÷Á
  ·Á ′  ÷3/4þ¦Hï  ‰=õ"A#¿É9¸Ë"ßÿüÊ×z-G-þM]uDt1/2ó  ¿Ñ"
ÃDgáý  Ý"-¿îĪWûª¹25ú  ¯1/2A  Ì1/2¿ÿÿZõW3/4"NÓoè  ¿ýð"Ö$Áò0D¹2>þ"êÿ¿è/ïDˆý-ÿ¿¿ïûw×Óõû(
r)¿  Jœ-%{
ÍµA[ê"ºûæ¯Û$ÿÁ}ÿoé[[ÿß†¿î-ýô-ýÚNê¦ÿú×ïÕk[õÐ  ÿÿëÕÓÓgCëÿZùÐí%¬èm(r)Ú"çW-:ºû    ã|ózU8
{kè0"jµ×öé  Z÷þ"ØuÛ¶¦  Ÿmÿ1/2uî  mwM]  é¿UÖÕß¿¦ÓiëíýC^ï×kt·êü5ý
v3/4  ×Vêÿ]ïðú¯ðÕ
-o×z°-¬0JÕÂþ3/4"î]6  ×õu¿l$fv  ñ  ¶=øuioi6-°ým-4š°·ö"]"ÛJ×A-¥a6)°"r%ÿß'
U°ÐPÈá<3/4¦(r)¯
|B{ßO†  HAþÃ
Ç"`à`-°Á-'m¦ÅÈ‰øøc}Ž
  =ƒ  ˜ØÚdWR  -×íþÇ|lH  J"°Y  í  +µôÈXíXcB1/2ˆO±^Çÿ!ˆÿ]H.ö!2  †¬BaH.=¦)(r)ûJûÚõšM"ö$Ç{
}pÃû

}"          ..."² -Òá...ß‡ßÃ
°ÂmÚ1/2ÃM6  L&  ÿµ(r)  $°Â`ŸUëu Âí/C^Ó
\  hC  Õ
apšÃ_  áü0¯`"0ƒ   BÁ0A...  3
"     à"i,a  á"F!¦
·     J°¦B  ^¨¨ê"C/z  ¸(s7  ^È  """""""""# DDFW(c)¯Ò1/2-a"(r)ÇØ\0--Gÿÿÿ,Ž£ÿÿÿÿÿÿÿÿÿÿÿÿÿ
Êeixå¨3ñÿÿÿÿ¥'+,µ¢3,^æEÂ  FÙQ  êB  ,"š3 qÙ  TÙØC'  à‰•ñ(tm)
(tm)æU\2(r)  ñ  &U†n(tm)ß¥

ÛäM'~•*_õ"  ui2/(tm)    ý...Õmÿú
wM 'R@ßú°Ý  ¿ôõôÓ@"Ýw_DèX5ÿôKÚLÞJ¤Âu(r)HïIþ±Öý  Â
¦!ñÞô  q±ñj°"ü~1/2ÿU?ÿÝÿTµ§ÿjÿYéÿéËy*jj,(tm)þ›y'EYÕò‰{6d`"DKŠBâ
ò  =Î...!f-it§  Hf  J@ ^ÿƒ3Ó:
tfÅ  D¨Š  vB!"    ƒÓ  Q  ^j  ë6)  gVCgÙ,#Qƒ8Á  ‰ÈÆ  -  lÙe "ìû6!¯tÁ
  =  @Á  ¡†PÈlœ8"  œØ¡  I(tm),4  Œ  k"
§  Í"(  ³  (tm)‰  "¶Â  A ô
$J  H á"  ¦x8Aõ)è4  Ú^s¿       ÏÀ‹    0  ¦¸@ð›xOÓ^j¯Aúki Ý4  A,
èè0Mì&Ÿ   ¦1/2Eé"õÂlXM4-Â}1/4XB¢    éÚðÐhqz}Ã¿´ÓOÂ
qiÆ  L&ªœq¦iÒK`û›r+4Kÿ"Ž  h6Öçrj5iÚm¦[-‰oe53/4Kü_Á  Ô‰"Nm  Ç%ÿ'àÑ)í  ç¢  v^°×Ñ?
d(íä¥û"ç òèÏÉ  ³Žd  ›ù  m  ö¨³²‡-A:lj
ä  Ì·ù?}Èï"Xh^?"  "æ‰Ï"óá  öEù  FÏÿ  &é¸MÐoá
"  '}¤  'a"TpA¹/{¨ysÈéä|D›  ÌT3/4  ?M¤ý&
  zk"õ`ôÝÈPj›A
a6,o¨C  7  :
H   ðƒz_
1/2î  é
§ô-+...ÓÂ  ¨ž  ~á6  á?A§ôõ-·=ûÚOM:A¶  V"Ðd  >ŸtŸ  éÚ"t  µï¯¤ŷûi_k¿ZOO
°Iªµõ͞Wiÿ-v  ¨üU,Å逢{ÿ°ÛvApßÂwÿ°§ê  uz*`1/2"ÿ(r)¨š
kâ÷OOÔtÒNïZMwí›ëÿ·  [§ªé÷ª0úëÇ¯ý¦°Úuþõïñ  øjþ·Öç7õ{uõøuÿ·
V-×Öÿõ    ªï1/2-÷×ð{ïø_z÷§³áh  Cþ  -?-ÿU}  þw(c)/¥Ú!
  ä`K°  ý}ÜŠ‡·ëV  "§ôBéOÕó´~"¥_·È  "Û
  °feÐUãK~°xm/~˜9
¤ê  ÅõqïKtJÇZÕî˜}=_á  z
wò€¸ýÝÿÉ0aÚd-Ÿ}  ò6  ßßþÖð"÷
8j  û(r)3/4"
¦¿Ú†
÷(r)¶]zúéÿø[V  ú÷" °Ÿ¨oý;íÕƒ
-        õ3/4·k  Þ
¿¿
íö›"CÇßk_D  ä-ÒÃ
AtžCB  "Ÿ"r  ÿõýÅŠ%¯:
è‹þCAÕ¦¨sßü7°ý¨Ý·ßçP¨    þ•  ŸßÚ¿°´GKàó  öbœµp¨\  Cïï÷ýpr`%Ë"¦ÊßH²~›ò
_  Ô-'ëÜ  g¨Õ3/4  ÿ(r)÷ ^Ñ  /þú"Óýêÿ}ò]²ÒÿíßÛ_*þûÈØ¿ÿƒMû¥Âú°*3/4³§^
ßÿÙÓ@¿v*ðZ  š3/4"]°ý*ýwÒN"¥ký8?÷Z¶¿{¥÷éõí
¸üö-Î-û)Õü6  öuv·îðú"ï§Ì‹§ß÷ĺûW:¿n÷"Ýuµ  ßóñêïK[ÿßô1/2u‹3/4Î˜=ïÛ!šÙÕ¶¿-i  µª  _ÓW××û[¿þ
¿~œŒE›××o¦Óuoûêêí5†-ø-¥ö'  íÿÿk}¨-÷†-ÛÚ×  -¥ý¯(r)-ÚÖö*¿ú~¶ÝV°Mëÿo1/2ZV¶m¤Ú¿júÝ  ¶"
_×_Y!éujÝ-...ï_ëÝ†"    µí/3/4Àõ  Úªm+TÒJÂ÷ëZi6  m'N  ß  '[i,5µ×áú{ï1/2†  ]"àÂÃJE°`"
'ö  ZûK  ö

=6Ö
/ † %
,0¶1/4  Á°¬  V8a`Ì
  ƒá...bž¯-ƒ          0ÂV  Ã  ÃU_û      _þÄ&7bMÛ"ðÿb¯¶>•ö?ƒ#ˆÇÁ,_
ÆÅ[!‡ÿ Þ!0¯|$Ý  ÒÝlS  ÇôÆÿëb¿ûĵ¯êµ¶3/4
...µûîÅH;ˆā¯aT,;I¦¯÷Ûâºj  1ƒ1/2|¯al&(tm)
‡{          Aûê¯¥õZa0°Á7a"¸¨a}°"0-U ʼÕ"  _J¬&  0¶|XéXOûª(r)Â
Œ`L  µ°ƒ  á"h4Ö,˙šÕ  xa  BŸM      F˝"á,      ZpÂ  dD°°a4Â¦
\  Óƒ
  0†ƒ&K¡    ´Â
  ƒ-m  Á      "    Ø":,  ÁPˆq  ˆˆˆˆˆˆˆ    ˆ^,2¤DDDDDDDDDDG˙òÐ
õ°Õïiml³ö)ÖÖØøI§-
EU  -Z£J?ÿÿÿÿÿÿÿÿÿå¦ª,³Vc³]NÅŒ³3J["³Æg  ¡•  v†w"+êiŸ8k÷-ā*^ŽÇòKï3/4-ðµôáuÿ(c)-•ÿÿ¦¯ZðŸ_-þ
ÿuôî¸x,~°ÇëÐþÝ×w÷=wûºá  õÿéNõ¦2Lå  4Ï¤¹ È  ›yœ¦?ÈÔv|ƒ    z"á´ý(tm)²C5ƒ'
gV`@A(c)›0  ê‹Í,!ÙUL´  é      Ð "-aùö}¯  7Í"³ñÃ4  !çŒÖ  | 63PR£!ä6f
a  äö}ØA  DÕól">  ¶ƒ}0ƒðƒ"  ¦  h=
ß§ki3/4  4  à  ë@Ðh8xA¦  ÿL'õé¦Å5X´=iÅÚ}û±hTZªaR‹      ñ¦ë¦š
k‹C  B"‹{]  ã§h-4Á"99¿M  ã´K  ñ  È´hŠ>E      "Ç´¤xåý  "Ýò  Y
<-9      ŸY  ÜŸø@ôKÜ  Ü  Ü°6'où  ô-G>È¶Cä"¤KÃ4#ô‹Ø"wú      Ü´ká  ¢sÝòG
°íýÐO¤Þ  m'KH6Ý=õ          Òj  ðƒ  ß
Ó\  è-Öš~éãáý_OM^×N1/2Rv
×§Z°ò›§þšu-°1/2î1/2¥µöÒzúIëiÒÒš¯*vÐ¥é=ï-]7ê*¿ÿOèÒ?ôÓ÷ÕUïkûxßë_ý-U÷ö(c)§ªÆút-æ}
Ø"õšOßïIo1/2  (r)ëÛïÒïv1/2kO}÷Wÿ×Ýƒ¥zYc?^"ÿþ¯þF
ÿÚ³¹ú  _Ò´ÞúûYN  ~?òœ#  EÅ$û¶"}ëÿ×3/4t  ÿZÆû}÷Ú_úiä0Çûujt
  p+(r)(c)o¥Ußÿ¯,tŸõ_  ßÿöŸ  wÏÚÁC
  }ïZnï]ëým+wu~Ò-z[ÿö°ëÁZøD=Á´A#(r)¯^-éjÛû3/4
    ô  H(r)PÖekõ1/2?ß¯  ...ïòÊ?¢$á´Dþû÷Û  ß¯zú$  K}¯_ú{°ïëÛê¯  ë§àÈ'  ‰  ¿UÞ-ßßë  ¯ß¶t  (r)ÿú
  ¯ô"ûößi
°n¯_õ¿ú×ýW...Ö´µû!¿ýwß}tÒõÿÿLþµ  v÷¯¿õöÿ"u*ugFïoþ  ×é{wõ÷:  IkÚ×¶¶ÿ-ÿï1/2ÿéôÿÝVëÿL/-û-
Rÿu    Uüï_÷ûkÿî°-°µ¿µõÕ†3/4ÿ¯zÿkÓ  (r)°ë¶¶  í/üïíM-ÒöÒ´‚a/}Û_ÿ}l+ûî|0-÷ÿö-¯°Â]ÿî5Ø¯Ýa¯²+¦
$Ë,*þøÿþDÉÃ
ˆ£;"1/2(r)
  *Áwþ  Xý  ÿØøû  k  Ç†-(r)(tm)  ÿûîmû  ¶¯-Ó  Ýë¬  ä  ÿ
  _ù  ~È<5ÖÛUÕö¶  Oëûé2    þ¶  mSÿjÈqí~Åÿ]ïkä",0A"àÂ]z
/ÿOÛaoá"ÞÁØ  Â¿ªj    Ç
b0"XT¡,  †Od  ¦"DTDw  àŒ
É,Äë  †Y¡Å      ^  X^^^^ÄDq              6  "koÃ  ±V¡...&Å1/4  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþS  ª2Ô
  gj
ÌÊW  •yndÎÕYØ  R(Â
&  +  ³*Îw,šÁ,*d°šäÓ '(tm)çz,-,€D*r$•y  ÝTìùØ×åeB
ª it•a?        "  X]<(_
O´-×ÒûOë'(tm){Ñ}-  ]ëf¦ßú%Îôá  éP nXWuaxõ ›DÿŽ=^íûn  .ØÐöLíÒ
ÿÖ"é¶õêÿR1/2ÿ×{õmö×tú[×  O- J§M2ë%  &_&ƒ!b  é.•  D1
1/4ñ"‡8Ò2  S'@U!  Ñ  AN,9Ö;ÐvUçCáýl  ê      ›  ¢  Bˆ  qžf  > A"
  œgV`R      É
èg  š>ÉÆu
|    y³:-Nc¤Ù.Ì  R3    ª3  á  Pi"  Á      ¸z
ø'žfÅ  O

A  ƒ  C"ÔœÁæ  O0-5í¿§ië ÓA§"B"ƒð  °ÒÐa  ˜Â      v'×ô-šq
Â
(c)?P...&þÚ  MÐ0ƒzO  ûΪ*þÐz}E¡˜N..0  ¥áPiá
á$°ï8 ̃ïD ï‹ýQ  ß¬°žš  ÂqÿAdp‹l  Bt  Éó  YÜh-9/w!!é¿Äh‹  dÈ{oéUHG
9  ß&}ÈHfvÈÇ"Že  ÿ.(tm)Ç&
öB4GíÑ  ´Ýdü6BCöG!PT.°w'3 ƒü‹"'8Aá
'yÁ  äZ  óm.E,0Dì4  )1/2ô³P  Á   ‹"Iá  ô°,  æp¶"i6->˜³|+Ð@Ú%=Õ  Á  ø5;˜°ÿx ÿ
"é7]  Ún  ö-A"  K¸Oë  +ÓÂ
tëü'ýié×ª
ô"é
Õ'...    Võiþ°¦˃]§§ªmë"  éÕ›í$·éën›zoÿ]'Vß¸U¤ê"umÒMîÿnJz}Õ?  ¿÷  ¦ûêÛÚKÿúmÿA(r)Õ1/2Ut5uÞî
Ó¥ÿ§÷ï¿×W÷A
›ÓÓŸ¿¯¥°é ̂ µêœm×Þ'¿]'¿Ó-ÿÓW}z  îõŽÚþëÔïB  ›Ãûü=Þ  <%ÿ^Å~¿ëz'Âÿÿ§Âïÿï(r)ôÿZÿ×uïÁ±p(
c)ïû
ª¿  +  ÿ  k÷5"÷}-ýþ3/4ó &1/2z×N1/2öê(r)(tm)¢#Œ/¦û-þ?ú  E  ï°^ÿWkü†
¡"}?ÿÿ...ß1/2_tíÕ1/2]øŒê  Ò¯_¶3/4"Û
°"Âÿw_ï.öþ-¿Ëÿ"C  ë-Õ}%~Ÿ_²pbûî°ÓÞê¸0ýµä‡;˜ ̄‡1/2~•ÿK"CÇü%_U_þ  'ÓïúW·]5õ\  °  \˜ÿï_  :‰
êû!  6ý=í÷è‹7rÉÛ  ÓñûD  ïÿÛW{zßjZB  :È%Õ¿ùziW oÞ÷@¿ûõ÷Ñ24þ¿}Òþ-
"ëÿu  ý]6,"Ÿÿ°ó³[=tÝo¸?õÝzÿ|>1/2¯Õ°H  ¿¯  ·ëõÿï°ý}Ôî
›ÿÿë-Úúoÿôj'[¯  ŶQ7÷é}?ý7ëþ°§ïÿÓÞ(c)?Þ"
Ôs(c)úÿŶ/§×8}ÿÚÿßûMúúöukë§]ÿÿÖÿ(r)ØO]í5úpÙÐ¿"{Wëö"z¯°×û  ÿ×1/2&÷í  *b3/4-+K¯ý~ï~ÔÒï
  m~1/2  ¸×"_iy:Kß~û×õ°¶•¥M¥Þ(r)¯ðÕúm[íM
ï3f‡
%Ûwÿ¬>  \0¶•Ã
V'-CK]oi0ÒAÿÛ¯¥ñ0'£µ°¶-j"  µ
-¶-Ó'  Ã  ZÚW^1/2ÖÃ  õƒ÷cc¸0°×m+µÂ{
)÷†"‹~Ã  C
-Ã'ñîÁ...'sû  l2áî¿...ívÿNÍ‡'x0"-EXJ={øö=^ûÝ(c)  `Ó
Hœ+`Á  i5  pa&;#"  ÂtðíÕ(¯Oé¦$c¸˜¬1Iwí1'  b¿Úc...¿NõÈ<?¦þÙ
ö  a  H±"
ccmªŠ  wä;M'Û¿Øi3/41/2...ÓÔ+i&ÿMôÚë°Á5Õöš²Ç[
û  PÃÃ
iPN  V  ,ðé...Ëp¯[ØA"Â]¶-Ø ×}
a'  -Ô·K  +ôê  †ş̌þ¯L)nGQD/^è:L  #¤>      ô8‡    Yp  †XÚ
5y.?h0Bð`"DD\DDDDC^á,ÄA'U Ð3Ž  D21-        - ,i  ^˂˜^^^ÐŽ
(c)  ,

^^Ä^†"DDEDGÿ    ÕéifB¯Ò...¯×m  ßVªØKJ-•Ä"¦ž
  ]V-+  Ôo"ØXû}Ã
õ
          ÿÿÿÿÿÿÿÿùo
.
dÄY
ÈFw Ï
[Ž¦¨Ffv  (tm)  x ÌGg>Â(c)wÌ...Ñ(°(r)I:ôÔÎÒs±Dv'ï§•Âþ  *\/ôåOU

ëXZ;  ŽÆUï÷ô

ê'ü)9ýRŷêŸÁ/ûx¢Î ̄KÕ3/4"ñ(r)°ß žýõNÿ[ÿÕ]ÿïõþ×ý;ê1/2=v ̄UUî¹ÚtïßÎ^
f¡" "Äà^\ 3 qÃÈÑ øì†wd
3 ÏÄ@"°óY 6`dŒè äC3¤u D9 À(tm) I
 dh!@ÌA2:?    B ± HÈé "¥üØ¥l\§‰ Â
ðpD(tm)8 šæÅ CÌÀ`@ƒ! !" É Hx@ò0 Ã>Â
  xB?‾ flèa ¡ $Áêf ·<Ð3
 ỒÌ>ƒÁ ua¡   (c) Ð0@Ïš |( gP€..á3¨@^? ø[ƒ
ÖD1 ý; 7 4ÿ   "¦ mÝ êðž-°" a
xOAÆ ?[OM´ ]&Ý" `š°"    u ÐiÞ¨4CÌ^J5Òh|Zk žº w\}!KlCW¤ôûéØ¤.E;"äpé¹ 9+w# ¡ÃCU
OM Ÿ §á 8$GÓI ÃÐ²K×'9¤Ú%í¿Ð|ëÑ.]1/4¹¹ t'Qè"Û"#æ^ƒ¤G(tm) (-ÏïVEé ä¹ÈÿË>@ ¶PäŽc¤
 8@ †%ơQ" CÒ%ÁË>DXeE"Î%os-K#¥ ›A1/2 f" è 6, Èý¤ú"þ u¥Nß ›!.K;Ÿ†G;N B
   A‡ PAµù 4Þ,n zA°lCJ°>(r)ž ²3Ãï
-:       Ò̀lÎ'@M¢s ̈ËØ<uÂô× ́     ëé1/4=Þ,m/§ú ›n›IßI3/4ž¡;ÞÁ O¤ûþ""¶·‡KÞ
°-Ó}] ý:Ãh&ý
¥é=6Þêß
Jõëü§ê°é×=žÒ̀›ZÕ ̄§ ̄¦ VëÓÓ{t÷
°Ö-ÓI>Át,ðý1/2...îß ̄ {Õ7ûmúýÐ¥äÚUûþý=?Oý‹µþ)bª01/2EÇï·-öëëãvºõOkû|Ì̀Ô^¿îÕ‡×ÿ}[[kÿý ̄ÚÚ¿
ûÒ ̄pééÜ®÷ò =j°ĩµmõ¿ ×ëÒt   m%ÿN*î°ý ̄fŷªL3/4q(K¿`îÿÙ g]nì-F Ó8ÿ5%o× ÚÿoûÓÓ (r)j
ö\ ÷±ÎẦÿ÷ï1/2Hu õŒ
°ô
  ôB
F>Céãé"!"N¿Ž6Þ ̈$ ÷ðÓOÿþ   Bò@cãûxÿÿKÕÖ:ÝSì" ë¬2 @?â-fû‹Xa ̈/¥WV ̄úµÿÿò o,¶*ô¿ÿ
ÿô ~1/2>_v † ÿ
?(r)àî   ~îêÅ!ã{È̀Çÿ¿_Ü k°!rÝHhuÞýõÿßáµßmYŠHx¿ ̈aƒ (r)ƒ ä;" S!,*#?-
wi":j•œ(c)ïëO¿z'á5Ñ šæ*×Ë&¿ÿ-óP Öë¤ ̃ÏßhÔ 3/4ùa (tm)YnVy Cx/î^›ïÓÖÒ¿OýrLŶù`ßþµ}ßÿ(
r)D §""h YÕ/d ̀ÏB D"1/2èG°þÒ›w¥U{O_×]ûïú ̄_{õ-}ZîØ:þ• Ííí ï
"
û
ÖŸs)¶Ý/·×Z"ïÎ(r)þŸÿ_õúÞ ̄Õ[ïþßô· ̄ow54"÷ul?ĴS*¹(c) NÿÝ{! ûµ-}-lv1/2ÿùCw×ÛVÎ éèê ÿß(r)z
{÷KV×Þ"Ï<åÿgFƒ×´
Î²W_ïkJÖÖ ̄¦ê?"]µïõÛµŽýÕa÷k1/2ú[}¥O§pêÔuµõõÿýký?ï'ûjÝÓí§_"TÚßß×jÿ-XK‡NÚø]kmn1/2[
îëïZ°ém-[ÿmo1/2† ¿Á"Ã {[[û
ÃÞ
-Øa+
ì01/2ï5]&Âá3/4Û
Ý\WÝÚ]ì>
'}µa...U°"í0iZßÚÃKïm+±
E±h<ÀÀLl<}†
^‰ôû ìS-Çû Ã"%ooj*Øj°Á(6ÿd\ ] ªàËŠÅkQ      Š̀Ì
Šv Ã
CJDÍÁ" d| 1/2†\%‾- Ã-Š]ø"†þÓÓUL, þ NÂ1/2¨6)Ø- Hßñ w± 4 ̄ÓQ%   ±LS þÆÄT‰
v!2,) z† µnÓ!_ûþ ̃j,L‡¶œ+ü5°ÒnÂxÍ†-¥[Ù0•vªÕ0Ó  L5°ƒM~ÓO`Å<Ê ̈4Á;† ̃XuØ' Ó
œ0Zá ̄í,upÁ
ƒ ì!
 Ð3
Õ L* ``ŸTÂ   ca    l(M8‹ `Ã    "ÜDDC&ÜlÒ"""" Ð^^^^^^^^^2•
*1a †ž"""'"#ÿÿÿÿÿòÈH£ÿÿÿü¶ ".›+-E dQ Î)ØÆv ÎÍY
  ÍQ'tIœÈŽïƒ+À`† ¦ª ÕNÆúÉ̈ü"ZuO°ŷP-á-tÛ1/23/4Lý*(r)  k^ uüEõ ̀Í

3/4 -oþïÐqüv"úÿ ïêþÖÿ[uÿ|&vBÉc2 YÙ"(r)Þ¥Pg '±2-H \‰ C Œ ÐJd!Ù"r6EÌ 2
ŠFÌ- Ñ› ø¦±" ¦³:³c3 ê24 (tm)¬G
¦ÆSˆC (tm) n: Ñ›3 ˆ 6ó
è ÁB
Ô% f\62œ! Ö7$
øA- qv- Í "Á ú
"
Ü¸ ðƒA,
&ƒ A.ƒAØ h< 4Æô iiÃ 5I0œ*u A" dƒ!µ :á ÆŸ-ƒêÐh8´Â
œ qjš M ‹ =44Ýâã‹N- Dp ^-Ý Ð ¡Á"CTOßèŸ=B
4âH}úq&;†ˆ¹‹ør+¸´G ï ŽÑ.Ú%:'û¤ DXì¨, ´Kši¿-¤Nm'Ú¦Á˜äWô ôN ö‰ÍÈ1/4Dú%Ï'hKÜ È
¿Dç,
ÈGhœò- 1/2Dé ¯A h-¸=
"ò? ž ¤'tNœjG: 6‰{"›ý Ÿ¤Ü!H? t›1/2&á:MÂa6 ó: o§"Ý5 hÒr
Ât›'ÑÂj›d)}6 xA·n›Tªéþ›Iº
" Ð}ÓÒ]×O¥OMÐvš1/47ÚO ¦õ]"§éºnŸ
"a Jì/ý~î Ò^Úzt tõúNôßV"*ý1/2 U_O3/4(r) ´ž¿éëK§aûÓÖ: /Ð ß÷K÷§ý-uýéSxÿºWý×â?"í:K
]uaƒªUÿ} •]ý-7CWZ÷ê¸ ]o¥êÚZïé}v•uëíþÚ´
ïþ â-4¿ÿ÷¿KêÞ‡ü3Áï‡Èµ-÷µêúø2X'ßý(tm)...þ1/4š þŸÉ€FDÕ¡´ÿè ×ÓÝúÿ ¨Ø?õ ãnö
~1/2ô=ëÓ;q×ý`¬ ý~úýïÕW¿ý°·
ý:}ß[!ÌWß÷Õ;§ ÿÞ
é y3/4÷-z_×3/4ýI
Bgø[T
uÿúÿ
!Ýþ¿(r)ý_wúÓ"Dûr1Û.´'k{ûÿõuø! 3/4c
e-= 'Ì£ _OM O_þËV·N°ÿýª$‰Ô-
H[iýY...ßÿÝ~ú êƒ ß ?1?š"D'1/2ýzý"È)ÿ×õ',Õºªþ"ýoi{]"_öÊ˜ïû~ û Ð[÷ïé(r)µU×ßð°z3/4¿ÿû×~ÿ
_[g^ë ßúý
--}}ß"_¿oõMöièw{×f¯:>"õ"õwß¦ë õÕçWÛgS×=z*ºþÙÐÕoÞÕ ]üõ¿{~*ºwzû*Õi1/2*ûI3/4ò1ö1/2
Õÿ~Þ¿ýÿÚÓ¶"-ïö3/4ë}¶ÚZOýý7V"-ÛUa-ûk Úëkûkúk_ëúïõk
m&Òþ ¿þ-Ú¶šÿjÚØOöý¶-uý¤ðÒn /í/´žûì*íÿ°Ò}µµ46ÂKì2áUS
{í¥uþÚWÝZö "ðapÁ'Ä¿cÛ "IƒJûa-Û ·í"˜2áë† Ö¡,"ÆÃWd+§3/4?c`Á%mŠ† ÿ
Óa ÚPÂ"
/Šâ(tm) û\a Šúbª
Š¯ŠbFûØäLÛ û ãØ(r))k
‡ ² *›h1þñQLTk ÚÃ_°š
4×Û
l4Ÿ´Õû!áºx`•C ØJ ÓÃ
ö µØa2 þªÓT
~È#í5°Zì-,a0'á0Ÿ`µ" ,ý¥ü5á...µ† ô?†L [)ì(tm)p-ÿ
Ða%nÂâÂ
ˆ pd , Á pa ˆ2k1:Bí " s" d{¤DDDD ! ` "
$'
ÄDDDDDDG +*"DDFZS'ƒ\5ûö ØVDŠŠ°ƒ

´ª! ÿÿÿÿÿÿÿÿ-²Û"z¢(r)-Öˆøl̂Òže6xÈ:¶v:P¦ ØiI'û(c) D ýBzI5_í) -ðºØ_ÿÝ/¬¹ú_ÿûð & ÿÿõÇè
WëÜ~ÿûß¥ýýõ¯¿-â^§c òžÜ ¢!"")
¬ì›÷~eQ )Å5Å>pŒÆNÁ )Â 3 œ !'£! ‰ ˆJÈÆÈq ÆÈ"

] ˆb'Œ¤
>$  HfÄLÙ,!
  5Š    <pS L*f* (tm)8    š    õ<Î¹
U8d@"(d`"\Rù8°@Â    a    Ðz`ž(tm)ó  PžxÌ    ;4
(r)  a      "°ˆR`â"-0  ,!T(v  qn
   oa      "  =4  L Ð  ,!NÁ
"Bè  !  Ø a
  @á  *f*  "

N! ûzb-êfÂ~šh;M=Âh4Óá¶...¦"4  ~†ÆfM
Õ"§ Â  Ðw§MQ  °›  ‹Ï‹z3/4-i?Dþf'ÌZ"
Ö¤±"äGH-:DXÈ‚ÛD|Ù  Ü  Üœñ
   å¢7h-0Ÿq  N4ýPxDH  %Û?t  ¦ì  ˆœØAÑ:9  ß¢/3/4$Ý  r#çô  D¿      '-FNÉëA  äç*Ø *f*v‰ÑÂ
¢'4
Ð@è  :  7"ûA7#Ä‚34  m-?ß'û"£ù?hœäZ,  @  ÐV  i
ª t(r)  ´ö¬'y,
¸MÖ•Â
"Á  i?õ¤ßO ›iØAÔ;°M(r)Âjž†  n  ÿ#¥h7#£Iý    H7Óz´Ÿn
*f*
i¿K  i8MzO~é?ÕmÿMÓ}7Õ-ÖÕÂxMµ-Ó×Z  ôúÜ'"ÿ1/4&ô  Óý-.·õz{¤-ªiÝ'÷  °v›¯õ¤ŸIõvž°oµ¡é×ª
¤  $ùõ¯_*þ¿1/2¯
c¿ûŽþ"^ú"M×{b3/4¯]cÿû¤ôôú´Ãßþ1/4GÝöìi¿üiú‚é  ýuëoï(r)ßïÁÿõßÕ_ú]§k(r)ëAaRéõ-õÞ"é/á÷kÂ ÿ  úô
Ú^1/2n°|:ÈÐ•íÿÔúe  =þŸÓ  É¢¶"fÕf  G*"¢ý{
^ß°yô].ü  ª ž¿Î  ß[ÿõ(r)¶A
2Lô"^>øŽ°ÿ ØÊ€Ç"ñ  jFfúú‡0ïþC†"=^e bý  \œ  -°ÿµîß
,ß-Õ_þþÝ=*,¯ÿx/°Û  ÿû  ¿Â~Ÿ÷Õ~1/2ú~(c)jè"-ÿþß×éé&¿¢  íí  V  unf
°ß¨ÿè‚GÓíÿ  ,Fö×µ  þó¨Y    ,]ýÿ  \      ³$²j>Û-ìÂä  ¿êXFè"Ç"¢aßzT  e'^è‰ïß×ôI  õú×ÿk"
b,hþ"ë‚"ðZõ¨ü  1/2öäHš?Öj
Õ÷fˆ-k,"÷"ú|/Ý/ÚþõÄn,n-ÿzÕï(r)Ûë×}÷Ó!´  ëpˆëëðvýiyÑä7ë{]~ßýé?¿§Ioußtmíš¯_V¶þµ}%øp-þ
þÖð  mÿjß  øµ¯ú¿°3/4  œo  oÕÿôΰnüÕ¨ï¬·²  û"ßgFí¿¸æk÷ß1/4ê~°ÿ¿¿ÓÓ~Õÿÿ]}"Óý  o1/2U-´-kMi
ß×ïw[U¯
ëÚ(r)ÿì?ë¦Ý^Ú1/2wÚ^ÂïkßujÚéu1/2×é¥"¶1/45´-]+[K_µX{k§ª¯{ö•-Õ-61/2&Ó´(r)-øiiü-:þÛ[[¦Ö  _a¯á
3/4Õá¯¥¥ö"ÚÄ  ]µô¯i61/2"í׺M"(r)•°ÂXaa"
  ›    >œU...÷é  ‡
$ÆÁ,PÂL  ""-ö  ´Ò  ":Øad#ö¯0-°a&/Øö  H0-  ÿ1/4  ¶  ØN  0ÂFníl\q±¯ªÂÿû(r)Ãcd  {  ÅD>þ!_
_Å1PIVÅEjÂjÅH<}  iØ¦}  ÕRb°Šcb¯(r)DáY
"      "þÓ3(c)  ¿oÝ--µ    é¦(r)öªðÂkal(]°·i"÷öf
AÝÿ*]µ  îšanÕ¤ÃA¨'÷ïa5-Rý3/4Ó      ¥
      ...û^¡,
àÁ+Rà/
*    2IÞÂö  `¯Oþ¡¤ö
(r)
Ø(a0A-X  ˆâ  &"q  ¤ ..."E1  hF¨z
!  hDAžCÈ4!"  `†ØM  Fc   ˆÂ a        DG  ÄDDDDG
#ö3/4•ÿUé:U;
'W¥³µ  HbÔ  ÿÿÿÿÿÿÿÿü›"  ò2  f@Ì(r)\ggŽÕ²¡ŸÉ:dZÊ†@Ù4dM•)BxL*ë
   ù(V(c)g`ITšO¿ßßUMþ(c)i  _ÿ  y9"  µaIíÿßÿwZ¯,...î5ñÜqÿ¤ý  ¿ÿ\/"ÿÕWíÿÿ×¿oër-W³'ÝD
8NjgXÎ6&CAL  .Š(c)ÝŒãfJY  .J‰H  ä

Êq•y  2  Fã"  §gVkf   Nó"SˆD‡›
d  ó.d†PðˆC-       " FƒR€ẽªgÃ,a  ²  (@õAŸ    a<  2C!¯"  ¸3@@@Â  Ha  *  t  H4Ô a
  È]6"‰om     @í
ÐAý}< jœCpƒí
øA ø ƒ  44ÿAÚ
  p¯M
öž  hW  ˜M
í
1/2¬^  bÙ  ßmGuª
  ¸í
úxM  "ˆhˆ;M  ‹Ð  r;i·éÛêDÇ§h oDèòGÍ'ÂÂ"¡j  à¡Ú'ÖEz"""÷'ù)ü  j
›dP"¹ F...Ë£Dv  "'YC'¡.È¢
9t"å   '6ˆçù?Õx'äæä(c)a
éÖƒšC"PB-ƒ B‰Ñ ›"  &útƒ"Ðƒ¤ò9°- @Û&p›  Ô  n  1/4 Ú
°é¿H=ÿ}  ×KÕôé}í¤íBtƒip¯ý1/2&é¸NÕÕ"]˙n  °ž  +iý/õ
ßz}1/2u(r)úÂû³*^ôÿIzKOZN  ~Ÿ(r)úûWÿ§ö"§_Óè'÷ûI§IÞŸý[û¦÷
/üki_ÿMý"5ÿí  ÿéF¯ 1/4vë}ìWÿV÷ÿÿHR}°íU+}ÿOÿÿõo(r)(c)}¯_×mk×õÿÝV¯ ÿôéi-
Wï^û..._ÕSå8Ÿ¿¶E  §ÕPeÁzÿïÿýØû§w÷ḁ̂õWõ§  ë~H
~3/4¤
  ø¸ï1/2ÿý~Õ>¯__ÞŸ~Ú1/2  ö-...oÿpT¿_-  ÿôŸ÷÷ÿíÐ":ÿÒý__ûøD=ëÿP°
ûîŽŸ̥ßÿí.×Õ  ÿf  î1/2ÿu1/2þ¯Ñ    ÿtBv    u2³(kzúó´ÐÓÉ'oÿú  ¿~þÕ}wü(tm)_Õ  "Ãÿ¯Þ÷éÛK÷ý  ×
ßK1/2wë  vÿZ
ÿ}³[íÿ}¿"!Ÿú
}ÿ_M4ÈgûVúíÿ²  k×k3/4étëÖ"³"µt¿°¯þÛÜÕú"i?M9Ðÿõ×iGÿJ¿I-m_é  ¹ÐÝ[ÿÿ~-/êÐkÿûŸÓý¿ö7(r)ß
Ú´¸_§ûÛ[3/4þïµÛ[oöÕÔÕ}û[Óõ°ûÛ]Uõk§kz*Ýÿ-...Û]&Õ°-~•6¸_o1/2i{I+é†"kÒNù¡ÿö×xi-..."-  VÂÕ
¤Á"¡¯
¬%°ý  "
/L%
/1/2†•î²$(a+1/2`Â÷ÿ†°Å5f  &´¬‹Ÿ†
ÇÃIƒ  cÃ  r2â°ÂD+Ø!Á'¿  äK̥b¯...]ì  kíˆ[ÖÄIÃ"1/2?bL{ ƒ"b  S ƒ1/2"È;"""Õ+
  ü0•ôÚï}  ïÿûV²Ý&Öêÿì&ØMm
Ú÷anÕ¸i"¿µÞì Â]+kíSì&·ÊO
&¡  ¿í&  .ƒA,    pÂ
.Á,Ã    :ª  Âá
  $éª
  ˆÂ
*  ˆˆš±  DDDDH  #‰  "Cˆeìà"DD34¬qQÄG•Í_öÕ_éx0-¸ë†  ö
  ÁGÿÿÿÿÿÿÿ-  £ÿÿ- Ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿûƒ¬    :/ún•Ò{û¯ïÚV  ô  '  D¯jÝ
FwIºMè7W×Vûúýµ·[JÇ`£ÿÿÿÿ
endstream
endobj
28 0 obj
<< /Length 29 0 R >>
stream

q
411.84 0 0 672.96001 0 0 cm
/Im0 Do

Q
endstream
endobj
29 0 obj
40
endobj
30 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.84 702.48 ]
/Parent 47 0 R
/Contents 32 0 R
/Resources << /XObject << /Im0 31 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
31 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1766 /Height 2927
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1766 >> /Length 30038 >>
stream

ÿÿÿÿÿÿÿÿ2)ŽË31/4ŽÉU#6˜&v  ,ge  Ygf  ƒ)31/2  J
...Ñ]-  -3£¥°fÑŸÆßG#1/2
Ão\ð  †Dœ  Õ(tm)q"  \GkúUU"î'%Ÿ3/4µ
    Ô1/4‹jýRÛ"ýn1/2í(r)þ÷xWh*-uÆ´n¿u-~-Õozn"×Uð3/4ûÞOc{fÑ§þ¬$-_Ý1/2  píõþ-  üz×ðîúþþ  ê
Þ1/2"¯õê³Þ×ß˛uîsI-fy  3Z9
IÇ        -^ô(c)zdË-ÿNº²-•$ŸÖÌ  @Â h2  T
ê  Ì
"ŠCf
wjfî²â(tm)'ÆH  öFÄ#Île8Î°"'¿'l†g£Ç'  {góHÁ    P%  Eò7(c)ÔdH!¬    k%(c)nC9È"  ãq!BA-dTäy
È"0  M;PƒÜ  ÐxAë×^ ƒÁ6  "  Â
h6Úÿ
&ƒ}á-,!+
àpƒ$3  üHO    4B†
"
    "    nƒ  ÓÊ  t    G  †ž......T  b-üw¦:Ä4  \!K"A§¦¿V(c)"  a  u¯M0šiÇié"        ¡
  JA

    (c)t|"Œ‹
ÌÌäE  ÿÒ  ‹{'
èŠîBD[Û‹BÑ,céÆ  DQê^  B"tGm  å9  Úl,Ag#3/4Å¦ÈG
'IþG:A¹$_`frékDèÙ0F1/4ŒäýKG"°ÈæÑ:8  Úë"öO¨  y  =  àÐ
l2T%7•7  -  6‰Í¢th    #F  6ò    'L  <œÖ‰û'\  "ð¸'Môé
úmzáSko´ôôðÍ    ú  ÚAÚ1/21/2,
    œ-fr5ªM¤ô  (r)(r)  "èŽšt  N'†áj›_Ûéýºzëò  ]-^ÝlGÜ*§_Ö      êÖž¨Ÿ  "H;ë-:îÚA3/4
ÿï¨•ý]ÒNïöUõ"  °  j›IÜ}úo
i[_uÕ  A...WU
*j÷¯(r)ßþ(r)"_  _ö  ü^ö1/2¿_üïþ°  ßë  Ç  Õ1úhvŸ1/2&ÿúùB^3/4ïÒ  um  ¤¿wW÷¿õõß÷m‡U"¯ýªO_

×âô"ýÊqk³  µou-QN^â¿ÝýË"ºô õý÷¥þÈØ  zfzôK^3/4
Óúý_Özüè¤"?ŷÎ   þ?¥ÿ¹   ÿ!Gj"  åX/!Ðâ>Î  ‡Ô  ...Òß(r)ûúßjN
÷î˜øKZïÿ¥÷
õñ'"ÿ'˜6˜Â^ä˜.-Ò˜¥_fW-OXD<oý/ð°w  ~þêßTÈ`kúëõÖ˜x°úð^$
öÓ^÷±KÞ¿'}ÕKWýû  ‰5¿ËWý×ð}*Ù
óOÖéá  ì:
¹‰ôGFþ
-ö"_¿  ¿è²  ÛíÒ¿  ÿTÿÿy  /wS  ¯Þü  ":)Åýf
/É¡%§×Öëû5/ëÿ  þ  "ßö"_˜éU^(tm)Õ  Ô.ªô,†
çGî*ú
ÛÿÿûgCô  ú¿ôÒÿI]ým(r)ûõv  ßè:ö›ýCûgKÚßëK}o¿}ë  ÿÓ  ^ëö"ÿÑ(c)÷ÖÿŸoIWgC1/2õÒµì÷Úðý/õ¦
ÿþ-û¤í¥ö"Wk¿ìÒªü5ýÓ]¿]nÝÕu  þ-ÿKv"Û¦1/2(r)Úýá¤¶¿ZßuÅ}-(r)ÿ  ð×¿zÈh%ö•ïì+¶-¿tÚ¿ÿÿ¶µÕÿ`Á
]f  ¿¡a(r)Èø0-,  Ã[  çßî-ö˜PÅÚq  ß¶'mÒ'£Ûí[á¬4-Û  L/Ã^  Õ뜼W  ÝÙ°¿  G  cí†
Á-  Vfø0-ìRí¬  J1/2fIf          <  +Ô
E€,Ã  &
  M...x4ÁWvÂ3/4Ã
¡†  ¿{T  _±$î¶°ëïŽ$¢´Áøc1/2d  ßÆÅBö  qb  ‹Â-fcb\XØ¯¯bH  ìk±ÔUoÁ...†
ê  "Ké†B1/2ïûØ^í¬Èxµ
Ø§Ø]¶ÂjÚí...mÂoµd  ¬‡wµvÜDG  `"D0L!Ú¯¶D>-µ¦  P°Â¯k`'
  í  †  M      `f  P"0¿ZÂÜXM+
â"""4#fB""4""  B""  `  ¡pÁ  ‰Õ
!  %ºîo¤¯¯¯  ^^^Ûú-"m%IV÷J¦mØZªñâ6   +°'¯ªª#ÿÿÿÿÿÿÿÿÿÊä‡v)  ÁhA¯x  gseC+(tm)D  "e
‰²  e  Ÿ  Žë  ëé  Eé·ä]:""ª°ýW...Ö¦œéÉl  ÷^1/2.  ;Å]t¿jÝÉÿŠ-xïcŠT¿íj×ïÿÔÛ_¥•Æ•  %Oÿ3/4ö³!`†
³5@^"8á-G  ÷$A  F2é3ddã{•  Ùuç'  Ž  Í  ØŒ-äP";áM
U(A,
v"C·S  "      -Ð3
...$l    %Æ  3XÎ¬ÀB    Ÿ)äl  NÈþlTÉÂ  H-  CÎ  à¦±    €áØ¥9äÁ^^MHtB    0¤0"lSPR
$  Rp°‡Ph"‡(  CfqÁÝ
"  šÑÒtÐ=>¢û]
AÜ4
è
f    ',"hÐhEª  A•  "  á¦˜Þô  @Ü  ôÐnš  L
  ;ðA"Ó@ð^/F¦5ª  @è‹
bÔE-  íSAØAÅãf  ^nœC‡é  ââÐ<  âÓ‹  h0·ôœ"6/N˜þÓÁ
Dxä_(tm)3/4EŒ˜ä¿²  ä^¢<qH-4EŠ.    ŽÑ
îE  ~ê°á¦  -6*_†˜(r)  ‰oÑÓÓ(í  ŽPîE·%y  ù  í  ûûŸ´  7"åÑ¶¦âÎ.aÉÙÇ(rb4>@ftï
†  0¶¡6  6è&à  ´(r)  ¡²9Ê†‰ô¨".'t¦  ;"ý    Õ  ð@ðfÈ¿DæÕ  æÁ  š  '
    :AÃ  fá  :nÓÒ
ÓÂ
5,~DçâÐfRszz°ýª§Ú¨AäÈA°}´(r)ž•ámn"p›-">Òn  Ðm&Ý  -  tôÜ
ôÃ¦é1/2z×¦°~    [§(r)¦¨¯V¯Pšúu1/2'^(c)¯¯"    °ÕÕÓúO
÷(r)  ¯{-Ö-,tµa>(c)=0ªöö¿z¤ô5{N¿÷W]}x´ô÷]=o  :_ŽÚu"o]m  3/4õ,òÇuö;îk_"J:"  ÿêÿúÅ¶ÖÿK×î-Þ
õî~-_CÐ¿×Xéÿxý^?þé*]Öÿá}  ×P{ûíî?ußÁïN×úÿZé^Á3/4é,ûþ÷wÿûzáëé-‹ëH3  Ž
²  ?Ú÷ë"}Y    àóý?ÿ²]þð°ÿÊq  7v^    Õ.
ÿô·Öÿ  ì
Á×Ö-?vÒ‡I¸ö    }  üè  ûÆR
d  CÛS  $,+öC
¯ÿ`ì¿ý  §Ýäà1/4¿Õ¤ÿ†  ÕÃ  ÿÿnúð_ü"  ÛÒÜ    ?S@!ëÿf"ý}÷}r  F¤  t

Ã¿1/21/2µ¯a·Èhz†Ý(r)×øD ÷þ 0ßZ ‡‹nº!â¿ï† ÿ ]Vü²Œ²dOƒÖ-I*_T
¥³ 'á?Þ'5Â!?_É‹'= Â{vˆÏ5ˆ¯¢$÷¿Þ
ìè¿¯ßÿ¯D ‰qÿÛ}ýÙ¬O¬;õêÂ{ù2?ô‰ Þé J (r)‰‡õ3/4²4=Aÿþ-ÿvð¬-÷¯j1/2h2‡ýàÚýoôÖ,ý÷...
KÚÁßz_ 1/4kkÝýÿïYÖIzÓ¿[ö¬Cþj°õWëwd6ž×}ªuNÿKš+]kõ(r)šo{×ý÷öùÕÝÛçÞÚ_Þíþzí[O$]-{vtuß
ªÓöçF•ž ÇXV(r)ºûïÓ
ÓÞ(r)3/4ºÿ¥´"T¯þ"×Jí;úÒþûýïn¿í]/Õö)Õm6Õ×ÿï ü5°¿¿ÿí(r)ÚÚWÚ÷Ý/[ý¥ {iw¥i."ë\5µ3/4ÓéÓ´"(r)
Â~õû-†"
[ NûKºtÛJÒoÝ{º¦ Ú°Òí+Z÷M^Ò(r)×í6 Zv,ûV V uõ‡Óõb˜¥ÿý'rì .Á,PÂÆÃUö _ßkiC0'
† ¯
ÖÃ[[ 1/2Šm[
Á'Ð+1/2...cb¸03/4ðwk
a"Âo"×ïX...±Q´Å?°dqvEÏ±Q±Xb (r)ý Šø"ì,>*
"1/2‰cÚIb[ý[ýŠ´Ò×ÿt¶ ØL,]"Â_ŠÿØTÂÚ¯UaXkÚoØ[ ‰'µ[MÁKp›jþÞ1/2¨† F Ž"
"
$Ã "
-...·ûRc, Â
*kØJÂÚ
." XaB°ÂÆ

'al'...´Ð(r)Âˆˆˆ3'Ÿz ,! ˜!¡#! `" aGÛÁ"( DC "¢""""$Ç Q -M"_i ¥§-vÂßŠû_`3/4
Ä ÿÿÿÿÿÿÿþM')6(c)Ã"qÿä#á"/þ
þúÿü~š3/48×ÿó!¶`ˆ¨¤3/4B
"D@þAŸ fŒ"-A Ù 4y I }› 7š¬PA§ Ð=
|AÝÞ ^ƒN- ]Å¦÷þþB 'ç'<‰m ¹sò/zhÌúÉ n(r) n y (c)7Â¿VŸõi>ÚMÂ
ÕôýëkÒ~¡=?[
¦ýÞë]¸ï\&ñéÿWúN›Iïðÿªßôû
]~¯ûýÒê°oÕü"×·ßßãd ëþÙ G]ýµû ÿOAƒÚþýþÚýøoO×ô·,Jýëƒ Nõéjˆ¸ï-ò0 ¯íÝð n- ïõ÷..._þÞÚ
¯ûí>æ¦q¿éyë¿¯úð×[Jþ´ý+ë3/4þß"ivÛUkö¬um+JÒ†3/4ƒ[†-×GO°ÂR |= ƒ-& ö í·Aø¦*)ŠÛb¸§ù
Øiªa{\±Òëµé" 2Ü =..." {‡(r)$-82¥‰¡
1HDG¿ë~'Ù'ÐO]¯Å...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÌ‹ &çb(tm)¬T
3q6 Gng†b;¨
[-£#¢,Š"0ÎÉÔÂ
ºËuV
¡,(c)ve"A'Xí:9 h2Tüˆ¬ïC¯öW U'|Ñª!-"åO%
*ÖVP]ÿýª" Ö õú]/H. ÒÿöïH"ß¯Úò\NtJdçÂ(r)"×ëë^ët‡Çà(c)ê-ÿë¯w
ÿT›¿ø_ÖÁmÿëÓ‹ýÕkzüWÞ...ëý;"ÿ(r)"¦-×¥ê¿õw¤'_Ño\:dèèÉ["·[ëõÿ"õj¿}û· žpgÆr!,
Ô)
˜ ð¦¡S: RG
Èc"±@tÍùŽ QXA28!-!3± îóXóP¤aùŽÍŒ‹
]/fµœ ž}fy Œ;) L,ækeAžÎ± £a
wIF(c).0ƒÁ0 "Aé´ A,!æí
"
Ï°ˆžÍ(tm)€Ê D q ›`ˆ] £d: ˆPÈ-*Â !æ

pÐ: < Î ì_å ì ÉØ@ñ 0 a Ð ÈqÀœ:
Á j˜"-JÒöýÐµ § ðƒˆx ü'øA, Á0 "õAª ¨4Ó |Zj#¦Å÷Qi"- M?ÓP ±

õ´ºJJnGmd cDvù-;ïïôî

µN!¡§¢Cœ{¢8i¬5"öœWh    H^=Âfª r ÚëIþLä¦Òt nNnGÁ:
    '  'yè• á(tm)° Ë¡‹"ú#ÀÉâw¢sh-
%ŽDÊ%"K ›HAç (tm)Á
  ë#9 š#ÆfÔ"^ä_}È(tm)a h-´Jn$œ?(c)>És,44JaÒ~ë¦ž°n ¦›Iô(r)ƒôü    A7 ?õt A
" A
" h84 t px ðAÚ°zy#à›W"Õ7   ° ƒ
OM¤õÂZúM+ii=5ÕÚ1/4+êêýß´ þ"¥ÓuÓ¤ô•1/2m;úO{VÓý:Z1/2<&ûÒu
Âá7K¦ÿ¬j‡ºúzK§Òú Tö(c)¿ë"ëÓ¨ïëV¨ÓýRO]Umui</ê°¿ßÓ×êþ5ÿwM¿ Õ;"â¯þ=×]>*;"Ö3/4/}  u~>
× *[ñ¯WA*W]5...ÿÕ¨öë÷Uéé I' þ¥¯Þ¨ë"úÝk¯ _--^¶"kÞå8Z ÷³c
¤¯ø_ßø=ÿû_"†¡^ô xI'Áïß"â-¯¯~ÿ~°i.1/2T†
äÀ'K ·_æ ÿkÚh ðÈì$F,W"nj
âÿö ¬#["T-¯!ƒþß[ªÿñÓÂOÿapžß}ÿ' }ÿ§
‡Qÿâ,"
zòD ×ÿ$ >A õÕh mußÕ{uÝ p AZ]z!ã...Òë¨ì" ÿ_ÿÿ¨-",d ì  }?ú...1/40 ß¢-÷÷3/4ß ýb
'ÿÚ ‰>^L_¢e)úô
1/2oü {ñ,é xëá‡È å"ýØD=°poÿÑ ð-ª¿Z^3/4D œ'i]xTäÃ\(tm)ûxkW¿D'ßÝT_ùŠ Ÿ R    ':Wõ
R,Õ¨oï""FjßÝ_ÿ4Š:×Âô
õÕí "-^‹ÐÏõ3/4'$WÙ‰Žá{Uý"L:ä@"×I 1/2÷ýÿÖÿ!l"¥ Þ-
Ò¯ÛÝ%úoOö°ÿoNt;...¿¯zôìÔÿý-Ü-þ¯¯WU_Úÿø,¤ë÷ûí çWí¥¤"ï o §¹ª¯í[êš´
×1/2$õz^öÿû÷ÚJûÿ³ª"[_(r)-ªÿ aoÿ_jò1õ•ûô Wü-}ª{÷§_^g{ß--ÿ¯ "- tØûµµµ¿Ý¶'Òµõßïþõî ÷×uë¿´
3/4¿_3/4ÿ§ÖÒÕÒßÝ5¯†µ Ú2bËÒÁ[J×Ö×µm/K^Ö·í ZêÂ°Ï"ôûÕ×ol$ÿõŸþ¿¿k!ß
  j A† öÒëþÆÂ·r tàŸ"   Ø4 a-† ÿ3/4 M¥í¶"4 }°¿j °·  a§ï-Û
/ýØ0V Xa/Þ JA{   þý² =ö*%¿ÕŠ'8lÚÂÏ÷ä[UÂ
6 3/4¯dq!¬3a×ŠlØ¯   ;'|Tr.U‰‡È¢ŠÂûÿ o   ^¨Ù    Qí>1/2-...a¦"í$...UúpžŽEzÅ1LI=ðÈ#,"Û[l&
A~Ó~Åv1/2+V


ý ï¨]µ|w:".

  °L+"   ÂpaM¬0›1/2^ôÚa*{ "ÖžÒ¿   ðÓ[ûJ-Ø]}" Ó¨k}Ã
at (^^^Ð‰N"DC q"É
N#L ƒ B*
  i,q °A¢t,!# ´"È÷ª a
B"uÃ XŠCƒ ".#^^^^^^^^^^ B?¢ar¹T°Ã÷ªÚV ã¨\HkŠø0¶(r)¢-tÂƒ ,a
"#ÿÿÿÿÿÿÿÿÈ5"‰f"S 8¯ 7xÉJ&ä":+ª
xC]³"Á•Hï .Éš2 vv W•Ã4
ì\3 YØFšKÐ}üßgf3÷UFIþ "o[È°ùû"ÒJÒÿT""ÞäZé /OZêê¿÷"WU1/2RÑ3..."*Ò÷¦?ý~(r)ðû"¨~6ýUÕ
×õÿ·¿
 -uKÿéÓßëöä_ûwþ1/2ú¯}w_÷ëÿÞ·{~¨íM¿[üüJÑ -ƒƒ)È¯"ÿ¿z"O>-L"' -NÅ(tm) ×!' _šÑ(YB> dpr
>¯k> ¨$0@Ða áÉ (tm)æÙ¢û   üÏ¢ RL ! 4yèŒ T2†Hfƒ#o$ " Â â lÙ ã¯
y¶[j‰< !8!ÎêÕ3 ± :D¶Rœ^ pŠp...
  ÈA,D-eêÏR¢B¨û6   C'0   çAM   !H.É XA"îÓMÿ{MhØˆžh,!H}ÐA ß" `ƒ$0 , @ÂvƒÛ
R ¢> †¶°
7A, š ·&ð† [  §¦...þN pƒÂáÓ´ÿÕ } ï¯OÚwz" ô-< 8´âÿø~ñ¦ž...
Ü& (r)(c)¶ïmEúZvƒ !-ÈXr%'>‰M·uÓÈƒ¨G ¿°Å¢, ëIþ¨î¯ ";
äæäH}Ôa
l§,þ¨ù
;'Žâ #ÆÚ jò_ÿTKÚÛ#<Î$JœŠêKþ 4,
ÁSÂoüû'œ-c!Þ  d#÷äK¢¢tïÉÏýÁ

h7"  "
ÈæÒj  ?KRtbõ²H"û Û#›@ŒÎDÌ&ýÑ9ÐAÝu‚NìŽpuÒygšB‚nF?M žš´1/2  ¦ù    ?Ý
 m'×Iÿ¦¡<!K¦é°om(c)  ÂuúIÞ    xM¤  ´¯ ~ÛZM$-ëë1/2_"ô·Õ7µÐmÝ."ái?×O
*µ§¯W(r)(c)‚Oõ¯mjŸý...êõtð  °Þ"UûÓ'~ÿ¦ôo×‚ëÚ{3/4þõ  Ý  ô"wõïÒOäïë]¿õjÖ"×Ý¥"‹†ê  €Eí¯  ×
¶Ÿïÿ×¢ß³×Ö¯ 1/2×¤îŒÿë-¿  ÿÿÒÿ-§õ1/2ÒÞ°uÛŠjúo-¥[kôÝ  ÿ¿îõë]}ß};}úõ^×MÓh&·ÿõõÚ÷cõÃ}uô÷¦
ïÿ  ê-
°×  ZïÿÞþ´"ý*
k·ÙN#÷ê³è  §ÿþéÚöi-i9¨?P²    ×}~  Ó6  ÿýÕ3/4Ýwï|  ÿ-¯Õ/]"ÿä0  ÿb"-úßXþ#jŸ$  -d  (r)C
^-õ  A6:-ýÿªÿë]ÿzÛ  Ýµ§ÿÿX*ý"¦ÿ_ÿ]µk...~L


î·ÞP
zÿÿ¹
Ý¿ÿý/ëx_}w¿ÿþ    ßõûõ¯3/4C>¯}  *Ò{D  ÿ¿ö    Ãœïþÿ‚(c)¯_ëî²"ßõÊ^é_ÿÿþ^Ÿ  t-I_ëûy;8ß¨ïë"E§×
DYþ×ý  Kè²kÿ3/4ý·ÿÿÒõ¿Oÿ_Ý>ÿz$ŠÿíÁ/þú´?¯|°íÓ
DÈUïþ‰  Úíþ1/2ßÿûwÿ¯õ  uý¯ßð³ë×  î×uý=Óí?O...ß¯
{ÿ  ôÿ×Õý>*}ú1/2uÿê°ÿi¥mÓ§ÿSêïè>¿-!Ôÿõ~3/41/2³Uuê^¬êú<û§WÍO  é³¬ßk¯"þÿkÿê´k}ÿëõtim    ¿
1/2z1/2%"  ý/Á÷ÛKöö¿vÓÓ´Ÿ¤¯×ãoMW[_îµ¿þ  (r)·Ûÿßt"}ÿ    ÷¯ÿ×µþÒÙÞ-øzí*]ñOtþßt-¥-(r)-Å
n"ëÿÛjþ  ›ô1/2ï´ÿZ÷×´¿¶-ÛkU¯NûkÝ...ö  _-(r)ƒ[IÛ]tí  µ¶  ×KÕ¤"
'íî-  Í]*þéÿxkßa¥õ
   v÷"µ"KJÃ(tm)¿a...é°•...Ãaa"‚k
¬à{KiØ0"‹Œ-û~Ú^Ã
"pØi13/4ûa;-3/4×†¶¶Á‚U^=íŠë´÷ƒö=ãþ)öG  ·Ž5b  S  QŠôØ-‰1ÿr.v?^[l69
;ÿ  ù  ?±²/
ú°´é¯ÿ·ØOÈaßvÂ§b  î°ÈWtíBi9n3/4"...ÿöÁ{I]Èwm=~È;3/4ÿú  ]Úl  ¶  WB
*"¿uÛM6¿§ú"V¹n¶ªa?
jÃ        Úý[éü  JÝ5L  w×a4°Ú×l‚4  %^†KvVÇ  4"×@É
!
    uƒ%1/4    UA,  <"ƒðÁ  Â4Ç  dÅ    BÐ^2Àâ
- µD;  E,    "DXM  PƒÄDDDDD        ÄDDG        DDDF•$-MÖ°]'Rn&‚ZS!!#‹1/2U~Ô(°
Cÿÿÿÿùl
-Çÿÿ2  f@Ù6:2    êŠüÈ¡'8í#9|‹#Hì        ŒÈ  "
    "8pgfF°dÍ...³²¦MŒë  Œ]¥1/2nûM1/2  ¤5þ  $  -:×  ÒÝn¿×ÿ"  k_ï-ôeÿk_ZûþþšT¿Ú×  mW[[âõþŸû
¤í3/4ûH  ÿü+  ÿ  ù(r)ÿ(r)þ¿ûµ¯'  "â    KÇ´§  §-  ...¹  -Kè2êÈ‚¥fÒ!"ôRèè‰oIuœ2¯z3d
?ù  ÎÊn¯zX  h0ƒi\Ø§@Áñ  üÆæ£H4    Ê
M    È"  '  "BÔD+ä€'h>P)¬)
j  ‚e        Èbh  ;6'çãdx-'  •lØ&z  DPXe  c'k
Ði÷öƒBõA  àý  pƒü a  ãà á  fô  O    A"Á  Ò    O°ƒ°  ïõNÁ=pD&  Þ
^a  ôKÜŠþ-  æ"  ü_$ïÒM
"iÖƒOM4DzIÇ"  [  éq¦Úñ
7MÓO ›DèäŽZêê    ´K' -  Ÿ"  ðŒÛÞ^í¬§&r(ïEÎ‰[ù  )  1/2  ]¢_"ö´ï
'-4Kë"Û'ÿÈAÊ-ÿr¦n-1/4"h-?Y  ÜŸ¿OOTôô
Ü  ðœÒä^é]¥Á  Ë›  ':tƒh n¯t  ÈÐ4  ?.  m ðAÝ^ƒp  Ð"´ðB  ¿¯Ñ  Ð
|ÍŒ‰"  mú'JAý:ÝBm+§¨M¤ÿ  úmïÝ ý;¦šM¡  MÔþ‚zzµ¹^Ÿ"Ý7
éáS¤ÿ  7A¿J  "õtþûÒôÒÒßTßb1/2%zzOÜ  O¤  &ô›¦ëVú¦Õúzk{_¯¿ª-Óöø[V‡ë§Þü{°kÛ^šÇõQ-ÿüw]Ø-
$Ÿõo°ßé ×ïM"wÒøêÿÿWëê  3/4[Ò  ñ§[  Ï ±¯JÇ¡t¯¯û÷°ÿ  ×éûÝ  {BÊqjµ8 þêêŸ
ÕêÞ"
1/4±î  Õ Ö¿úë÷¯õüí  ô²@'|uúšƒþû
3/4ÔŒ  -  d&  °¦c6  HÐ"Á-'±    ±(c)>Ýû×î^îk        îûÁ...µmU  "•ø'×kÖä€^úù  WZ£¨<"  "áù

PuÄFR
àë$Áàî"(c)ô¿"ýk  ô´#û£Pv-¤8åVCÂþ3/4ôÂýø`ßo  d  [$  î  {ù
8dÛ...d  îÔ¥u¿"U"Âîý·U'
†    ¹dÁ_Ê=xD  ?U†î1/2  °ƒ  \  ,O"GH,  Ø~    ^¨ïÕ1/2o÷ôÁ  ïu^@"žÔ  7§':°ï_Ñ  ÿw  B}á  g
mÂ¹qá¹‰W, "åAõD'AÙw-¡  Nõ-^°  (r)ü(tm)O}  ¹  þ  ]7o1/2ü  ïÑ.n°
Y~E"BÈÁ×òhiš,|š%8<{jD=µ^ý%·äÏßÚµèHò
]ç[[ZÍký¯Ò÷÷¨,-=  t  ß"  äAz  ƒÓ3/4ÿÿ[{×A  ú§ïV¨    Û‡Oþ
Ûû¥ÿöfžêþÂ}{¶j^ïá·ü;°×ßÿßûî  î×þý¿ÒWî÷ÿ¿ßÁvüR"¿ÙÇ¦ƒ~ÍŽ•3ÛW]ÝÛÛÝ³¡Úßkö›¥úþ3/4ÙÐßßmk<ÿ
u×Óï_  "ÿÝ!OYç(r)³Û³·  þÒ~3/4Ý³·úÿ_ÕþÚß°HqKÝ{JÂÿiZ×ê°ÿ¿ƙ¯(r)ß¯ÚIþ›ikÔÛ¥}¤ßõ1/2}(r)  W
á"["ÿƒ  Î¶ä    0ÒþÂ1/2ý¶        {jÚZ¯k
'Û\*mÓka[Tž-ÚÓ[    }ÚPÕµû¶ëjÖ  ö*$Çý1±°
   Ù  ýFõ`¶¯
+±L4‰ÚÛ        61/2...'GI›@¶-
  I  Ša¯ôþÆ˜_ê
  ~Á6
¸û        ...kð´ý‰'r(<û
,"{  G  X-=XLWÖ  Lî¢˜
ÄI3/4)ÝŠ}ŠþûÙ  {û  Tq\0¯[ê  A    ÞÓa~3/4  Ý...q[Mô×vÂk°ÂaUµØi  ±a0-}(r)ØTÈ$>ý"îÈ<Z^†
‹†  †  †  Ó  ?ú°M
XiØ^  !Á4µ  0M7M  ƒ      ÃJ  "  Á4ÐõÒƒ  p(r)ýA..."
Ã    Ê
   ^^²2ÐB""â"Fá  eš  `¥
B""""4H†¡b"!,  ^^^^Ž""2Û5×~ÒØ[  1/40RÙ  ÿÿÿÿÿÿÿüµMT  ÿÉu  ¯"LŠ2Þ¯.Y  ×u<Ì‹$2Þ      W
²¦d#!ß2  ^vB2Rü¯?Wÿî
ØUð"^Ù¯ý}  Uõÿl%¯üïÃ  ß¿¥ý  n²>µ¿ï3/41/2ú{~ýtÿ×}}s!už2  ^¿úô"o2
j  Ðf¡  >É
g³8ØÈŒ‹  !çŠD¹  yW  'Ó²è"(tm)(2s"  E8f')  È¤Ê"$üôT^^Ž;.²5-DTíík¥¦  v  h44"O  2  C
a0ƒ5  Í^  ...
ÐHÄ×
ÃLÐ8!dâ  C".  ,
è  Ö$H->Í^  x"  ¢(Â  ,à...  ,!+!*!Ã!È0eœ...¨Š  AæÆ  ƒ  ...  ""Œ#0Í^j  (  ò  sXÌÁ(4âÐk"ÜCAé°
  [A  ûî¢ÐxA(r)œ4Ð?ÓC  0@Â  â  A¦  k"Â
ôC  Âz
  Ý0  -øL  7¢s¢+¹
  ÃD°úÖ†'ùÆÝ  škÂ^  SAÄh4Õ¸µ´  q
CŽÖ&Ý¦ƒ˜Ðh=4âÓp‡a0šé´  7  -  0éýù)¹,Ây  œ-  QZ'7ü-3:JÄÐç    Bc"ö    Ù£ä  w'ÔNnGm  öÈ
  dsh    D¦äþÞ‰Í¢\ÈJÑ/h  ±a9
;DG
Q  y;'6  "Â
Ó¤ðÝëô  éá6,  ÈçA  Ù  -GO  A  h+,
:      ¸      Û¥"Í¤  Z  -ƒÂ3:x@Ü-
Ým6,  r?pƒpMÈ³h•  DI'J{@  øN‰Îî¨ëé]p  _þž  '(r)›á6-Â°(r)1/2'
n(c)´  'VÜë¦Òm&éé°µm'ÿêøAÒtƒmul*A  Ú§Òn>@ö?M"{ý1/2i  ß§Ix×Ö(c)¿øMýSTÝ7ÒN  u...·MÓ
ÂÒv"ýj›ëïéÒzm-=ôÝÞô=W_¯OÐí~õÓ1/2Ò^?°þ(c)it>]n0Ýë"KQñÏÿÌÒÒ°Ò°Ô*KßI...  ‡÷¿ªûßëÓ  ¯Tí(r)
"ý5ï*mW÷õý;1/2~ßþû"OU]u3/4;Bƒ²  ?¦p•}ßUò(/ÿ[ïö"°kö¿  Uÿò.1/2  õ1/4/ÁïÓ(r)¶·_Ý
ò  Ýá.×Ú§&    ÿñé²R  \3L&...¿Qi›iÿü?{×Ðò4âÐg    q~ý-êN"÷"á  >  uÿûú(r)
ªÿ¥¿|  ¡ñF÷þÈ%/ÕôùH
û  ó  ýuü_¡mu    !tpm¿ÿõÝî"

íúÿ°ÿ

†)õ×úïÃ

Iÿûá|0ÿÿÿÿw¿ÉÀˆ>dR"üµ   ÕôÕ¤I¥ûþB   êønù1~ò

Á*ÿx7oúÞ•"   þÜ†wOòb·ÿZûÑ    0øv1/2"ÿ¿ß‚‹í×òÉ1/2ÕÎ   jZ´ÿL   ²{îò4#ûîïÊ   D   óPFb   u¯É"ydÿa   Ÿ

> _ îÿÿí/Öÿz÷‚%ÇµKÞï[^

éjÿôuH   àõêÿõïÿÉ')Ä(c)   Ò1/2?Íwê¿zU~ô¿ÝéAƒ÷o×KëXk×_ý

ý   ÞímÖ°íwv-

Ü   ÿá§   3/4ÿ   þ÷çSë1/2üÕçV1/2çS²   =îÞþþ°M

úûô¯§çWÞï(r)k   UV   ]+ý×[×êékô¿o"ÝN4ý

kõ{‚kéé   îím-ï^õ_<þW(r)•ùÕÿ¥°õž]Ø{i}ñÃ[WÖÛ

á?3/4ê´¿µi-‡Mÿ¶•ýu

?êÿÕêÕ´7ÛKøkiWïïkûªÁõµ†   Ø}"aWûTÖöÒþÕÿ5†÷-¥ÿðÒ"îÕm&Õ°°gèu

Xik}ðÕÿ°3/4Õ‡^ß ôÛÛï   Ú_

$ Ð·ÿƒM"\4¡ÞÁ""V   [í†"a/¶Ðu~ÚdAÜ0¶"iov   m(a+   °°ÂM¥   Ø`"

%O(r)¶-êô   5á...   {   ƒÙ

?·¨Ø"‡áŽ   ¶;Ý‰oƒ0880XßØäXR.jØ¶!1±_Å1±QllR

   ...‡ñAŽê

$û   dG¤ØV   R.Ë

VÂal-tì2   5ý}Bþ•Šv(5ü&*ÖöBÂi...

øL&(tm)

Œƒ3/4ƒ   új³Ã   (r)ÅaŽÐ-íŠàÉ


"0ƒBÒN1/24¡‚...{   ü   /M"á"á"Á'xa0ŸÒ

[M   µÑ7M    [[A§"   ¯W°Z°-C"Ã[\DDDE""

   B"   Â   Öá"âW     `   "   "

0B!"   M

#L

°â

Á   u   "0BÂ¢   ´

t   b¤ëÁ

q   F    [   ì ñ                 DG                 2       a   ÔFM‹²"j¶ÕRª ì6"a""

‡   Çj   0A'ZV#ÿÿÿÿÿÿÿÿÿò°Ë"lïÔÉ3/4(tm)'Â-Ê(tm)$E3/4Œì     ×rÜPÍ8h=

ÝÝNê}×æBK%ðákÿ

...þ-µý¥ÕêuÿxK-o_ïQ1/2"ÿí/2ôûZIkukÿû(tm)-Ä§1/4‰-ÕÈÕòßü(r)9û1/4È›$5'   §

"<ñšÁšŠ^Ó"   (I   ‚¨   VÈÁ      <   Ê   9=•aH6Aù

f°¤"fEdK8ÈDk

§f~è!N2W""Djf   |‚˜RœgS9Ÿ   ¬fÙ0!Ô   L f‰3¡   y e8Üè‹çAKä\"(r)   h-   0^T     y.a   š

   `^-YÁ   à   Â~   5   š0D.€Û âb‚   h0A(tm)Æ¦   j   3¨{   0D‚0ƒ

-0š‚!   ÷   Â   †   `ƒÁ0^r(8'<‚   k"s4ièH³   8@ƒÿÒ

>¢ÓCi   °ƒ¤   a    {Ðo§|f];O"I   è0ƒ‚h=;   AÆ   pÐ?N4   AÇÃP¯AÄ   ,   A§vôÑ   v‰oÍé\-5‹A¬iÅÃ

úO¹   w   ...&¯NG

-ôGx˜áCD°0ŸÒ   "ç"^ø°¨Šôä(í4â=ÓT    ú-F"xJBe    .y

>NsF²   d ôN   ÕQ9µ¤Lù        m   ]±

ÈAÝÒ   6ˆX¢-Ù   œ-P@Ü    ièŸ9   Ò

Â

¢s|"*%Ø@Üœð   (tm)£Dç   /Ù   Ãäþi"GÍ   ›þ¯OÂ˜ƒµ¤õ9´fm"_I‚#3Ìíé·ë"è   2>"ÏW   f   O   Ü   6"

ž°ýPAÐB"i:        1/2,   AÐM¤¨Ü'znGéá>   <8Aµ÷Ò          ›Ö¬/MÓÓÜ   ôÝ=_é=i;

ÒéÒxM·Â¶ zá7AÒ
÷þÛÓÓ{o\&'Òn"H7M~µÕ=  (r)Ÿõº
ž j -/(r)  ¤  Ö·¿éðõÕÕV-ú¿¥×Bë
ž(c)ºt3/4  m§§i3/43/4»§uÕ&êüÏZoÕ.‡ïëÛt  C{×vµu  õÓV7÷¨×[]?÷¥ÿ¿‡¯KÇ~ºè5ÓjÓ·U^×úÿõ[ö¨ë¤¿
~gé=î-__"-xû§"wË  .ª÷]þ  k"Õõ_Æé[V¯ÚKi›
Š¬Õ""3/4ûÿ§¯ê¹  ý~
ß^úõÚÁ·WÿÚþÕWÿ{üí¯ÞŸŽ;1/4†         Ö¿÷Ó  ÓiGä   uz¶Ž•Ú-d¯¨ï  ‡1î".
.÷è_]ßßñ{ínS...Í...ý÷÷},ö¿ïK÷¯öø+ô1/2  Áz}ü†  í.Áëñþÿë¨¯úëjC
qi7_(r)¿D,  ûÖßÒÛÜ¨ü.öÝÛ...þ¿  ôß
> z  uÿnÿ[ÿûÖ
î°êüˆæ
ÄÉ[ð¨Ÿ¯î3/4¿ä •~C
S¯  "þ1/2tá ¹×_Öªå †ßò  ÇÜ²Š²a=(r)ÿü·,b  mÑ  o¤ê  k2¿  ,  Óô"ÿ1/4ÅZt¦&¯F  ÷ZÉ¶Þ3/4    ›Ûð
}n¦&¿"úÓ÷ÿC¯jš"ÓËQ"÷ßWõû¶ÿBö,ý(r)ø/õ¿@/2+¯äÑõZ"âÿö××ZÿÿÿÓRÃUJÿêñêöÿ/1/2+þºö
ý_×þµéwus£í  ýy+oÒ¿  {m¶¯C  ÿn3/4  vÓ-µc³£î°õÔÚþï],êßoS(r)G×(r)ÿÛëþ¯ÿööÎ§ßÕÕt>¬èz]ëzWí
   _¿¨'z
ÕZâ1/2Xi[wû  W^"þÚÚQW  öÿmÝWþÞÿ¥ý÷›?âÎ‡ÝZ¿Ú^ôß^3/43/4'{ú  êÒúoí;×mwÓ]î¨öék[ú¿M~;[
]iðÒj£îÛúÒûl%z¯î¨è5}vé3/4Ó*°Â[  auÓ×¬4(r)ð¨á]Ó
×-{ÿMÖ÷Ú°Õµ1/2¦·.ÂV·ÿiÚ°êþÒ§ßì.ÚÚ¨a"  ÂNû¶  †  Ý†  Øaa(r)¬41/2†-›kì5¿ÂßÃ
î  ì,4-zµ¶  %     CIv¯a[Iµý¯í.ÖÓÛ
|õLTkz±&ö›¨(c)  €Åo  P¡...ê?´þãðñ
í?cb(tm)   Øa¨8¦)ëŽ*Â_"ðõm
\  DàÂQ1/2÷
-3/4á'!ßÝ\aªÚvØ...ò
1/27
ztÈ‹›éõ  Ù
-Ó  ´Åa""]Ød,Zc^ëÒ§‰8ñÕöˆA,"öœ5ê  V
"‹  t  ð×a...n²  ýí...ªá¯d-›Ó†  UµmK€f    uk
&  "[Û,t¯nÂd,x^¨†  â"Ð¦Ð3  L,  /  HM
         ='ŒízÓ  .ÓA'#µjÂ¨¨0¨X°T
ãsè4;  T0ƒ"Ô...°¨•8[  ,
  á Â{^^^Ž"""""  Ë  B"#^d  """""""â"D  ^   š¦  ¦"‹EGQÄ]e¸Û¥-MeÌ1/2(r)¯ºI1/2¿ÚªiC
x3  &á¨Å1^*ž¸ka  pÁB
  n¤ª"""?ÿÿÿÿÿÿÿÿå¥ª  2YæDØSµVRÙTe"  &Æ2¤ÎÊÑ  ÍO
M¿È£+‹4Šš4gd¦  '6T¯g  ím¿•-V  §ª{NôJ  ì‹û³ý]W¤"û]V,WTÿU
  -Ïõ\*Ô  ŠöšQÿ÷úzß-@[ÛH_Þš  ñÛ   ßþÿk[ôûß¿_§-W]ªÿÿúoÿÏ¯u)ãq    ^a'  ²É   ãƒ$GC%ÅpA'
Õ'¦ä
B"4ÉÈŒ  f¯-  è...²  U  f2%›4DÉZ‰b;XÍQÁ'  ò
ž'¿²       ÛÏ1/2  ¸A"-  ‹Ô h=  Î
t
>  i¨    `  'ƒ(  †fÍŒ ò  "-f  ê*  š
Mˆk#XC¤pSÁ      ÙøØCP¦Ù
¨A,
D  0*d   m0  Ÿ  6fÃ)É
  "  Õ"  ¥Ú¦¦Ÿ}è4›Âi¸O Ð0ˆ$÷A    ?ðš  á
ki"
  °šk¦  z
¨iÞƒÂ

Ú  ôÑ
{  -¶Ò¨Ñ  é¡h  Ü[
×ˆi§qi¦fû˜7Ò†  ÂqÅ"  N.ÞÓB,qhT["ø1/2ÓÂ  AÇûà  äç"ä¢£  £Õ  ÌŸÈ7É~EVNvB
%óD¹¢+Á"¦.Kª¸D  DAÙ  äv  ¸a¨ÓD}‹âîE·"e  Û  ù  wÈH²3ä  "È£äWIûù*'H  ƒi7#ûÂ  Ò
ò/8Mša  è  Á:  Ú'Fü‹ôƒ·|&äæô  ¸$‡#žOÛ&ä^"ÏÈæÑ?
Aá<  <  oDéØAÁó66Oh(tm)æ  ¢sr5Ó^°"Õ[_Pƒ¨VÐ_  Òì=¶ƒê  ¦ë(r)  ý=?MÕ4Ü"¦á5é=
§"étþü ïÿO¤Ý  -úW¦óú}øN¿_[]=ð›Ã¶'1/2^¯ôêÚN•=5
žŸ1/2é3/43/4-}  ¸OV×êÆÒéÚúé×Ú1/2(r)*K[(r)°ý
ú  OZÿN×Ýkëë×-õ¿ô"ÖßëÕ¶_  ukVý÷ÖzƒßûôÝ¸3/4ôŸúB*M~û‹âÂþ...ûÿ|{úÿø$¯dãíÚÿ¬  ¥ÿ1/2  uVë
U˜×  w¯"þëZÕ§o_  ×évî¥ûšÄë  ×¡¨ù×      Ù
] Ï
ÿÿÿÈÁd×  ¥Úúú¯
¢ÿzØK×÷p  Ø•ÿò@/ëë°¬¸  äÀcj  Ðÿëþˆa‹M%  }^¿"òR  ûáó¨Wõ]sP~7Úõ¨U}]Ö  ¿¸á=wºÿÝ-0¬ƒ"Në
 ŸÞïÖÐW]Ur€ÁÓ"ý"    ¸ûÛD/7äÂU]
ú¢-  "Cß-_ÿïn'  {  "¯þ"Uï^"#µu߀÷ÿÒÿzÿQ  ú¿ûÎ˜¯¢¸î¨Ð  "¡²c¯¿ÿÿDOƒz×ÿ÷ýë"ëïþ
 ¥ßÓD'y
9¨Ó¯o,  í×÷ÞY  ¸‡¿p†úõuôXsÞ›í×ÿë×Z$Š÷×Éï"'¢dy'äµõé  -ÿõ¯¤µ  û öΰ(r)¨Ésõ_ý~"íPTûÿh-ïõ]/m  î"
¶(r)t¸öÎ-×ÝUÖï*5M×ö  mõ†Ý  ÕΆÿ3/4ÿµ¯÷õ¯þß_ý-"ëŸ
KÿßëNµÖ•|§W  3/4ß-°°éú÷ö·ûúoÜÿ"þýt1/2  nþ-(r)°°úv•ÿéõ¨Óûkÿ¸iG^zþ¶¶Ûô°¥_U×û]uý_÷ö|
ma-(r)-6-¨Ý¨i1/2¬43/4¿†  z°ëäÿõî6¿  Þêÿ(r)""ÿ3/41/2¯këΦ§8`›jÚ^*M-ïa|-ûki_í...økkØK×°†-  õ(tm)ö"
"k
"ýu_×oîõ±±±NöÃ6,r.UŽ  "]°a  Ã
"ç¨Ý"  í{^EÎÃ        /ûÓ  7
  U†°ÂWž        nò/_¸á,È1/4Å_
a  ¯d-¸Z¨Å
ú  Ã¸lIß|¢¢¯í  qõ±LVÅw|q]zìjÄ›þ8(r):3/4Õ_‹mŽôøam6
  Â^é  ïm...¦  AÝ¦Ó        ÿao²
  ...¿Ó
¿öCÅêõ
...ŠTÈ<5I{tðÈ<zãÐì  †  Žâ
Š\¦jÕ"  ¸  ¸\C  Óþ
'ÚkiZ]T  L¦ïÃK†  á...IÉ¸[_¨ú~Â·aq        "D8^ˆƒ$S  ÄA(tm)A  X!    Á  Ð^áÙ-¨B!,
Ð°B  ":  v¨"¢""#Ðâ""#+¨tY  úïé  Ô›
É%Û
ýëÑ  ðÂV']Šb¬  ì&˜Çƒ  Ó
^2fÁa'  lIŒ  ÿÿÿÿÿÿÿù    d]ÓÈ";0É°";
R  õ•
$"*  ÙÕ"õÃ'sêJ#.õû...u
áp1/4  WõÿÒù...µ÷ÿÿûþïBûÿ×ÿ¿êœ¨ªÄ¦ÿ¯zëä€...8BC  3  Á,  D  Ù³"  ÓOSÆF"L¥É÷Õ    =T h
Ü    B  A&$J^|,  NÉÃ"
Á    Å(
P2  0    (c)  !3  µœ2ÐYÈÓ  €l@ä  "â  ...
dâ  âô  ÆÚ|‡±a  ·w¨@ð°?Â  "A"0@ôû  ,  Å  ^  A"-  ‡!
  1/4Ÿ4ø†‰ðíé§ñvƒ1/2
h6,&ž  ·Òpï@·Âv  v¨="  tNvHä[áÑ/@Ë¡  ²]4äXH‰  ¤Kè-A"
Š="äÎÐ",DväãQ  ôÂ%"DÉ÷GŽ¯"àÓõt  *4tÝ¸ÂxAì"...  u"Ü
áÂ%H4‰Ï9,m    ä%³=í$Nn  7.›A  œ&Ê‰  ÷"    ŸÐuÚ...h'§ëI3/4à·K"éÝ"ž›,  wôÒ
Õ:        ô        ô(r)ƒ}+§éé´µïúýÚß"ë¸µ×Oÿ%ÿ*V  o¦ÿÓ  ¸ßéû1/2¸µôÚj)

¤ëW^-×°þ¢-' ëö5 ×KÿWÇû§nñÞ¿ê¿¹ âÛ zW°3/4Õú -?eÃ [-*Ý|6Ý}ëöëÿÒJE Ó

ü}·êÙ@?ñ"KVj ÿÔ" "×
§ÞðÈà¿ī¯,°ÉP¯"kþä&Žî¿?íw1/4 1ÿì,+!ôšÁ >•
ÿï:‡ @>Èt_5,S " #B ×ûÿ, ÖÁ² < °¿ÿ¯( Ø0ªÈcþ      l öbdOÿ2 þ^{ÿù
87...Ò¿Ý÷ßD;Á°^$\7ö   ÿH'7ú×è‹Oµæ± 1/2 gyjÿ,šÿÕ ÍB ^
ë@^|Ð7-¯¯N ÿ· Ë ëä #Bèš;×´ Ý-Â Œè -G)ÀþHû#
]Î$U^çW_ZK1/2þäQð {ÞÝ&°{,°u| û...x7u¿ˍîí{wô¿ßI ÖĪ·"úU·
mï˜"~íëw}¤ÿˆÿõžy  ÕûvÎ‡þ"ÿFª}×ÑôGNÿ1/2çžçWì$ëïkj¿ÿWÿÔÒÕõ^Ú1/2ñô¿-
}¥¥^¶1/2‡V3/4-Õ"Öë}÷ ~õ{J÷°ÿÚ"oUßm}{"£K±Ã ë`Ä&
aß`* ¶  C[TîÓ-[^(r)¯
aXa5°•""]µl,>Â‰7÷±                    Ž
î89 ×±Pdq Ø`¨‰Ô·àËŠŸ"ƒÓ
b¡,ì‹     Šì'±L0']" µí'C1/2× Ä6ûý^VÄ," (r)ÆÕ¿Hm1% Š- "Å|0L ÂZ
  ]ô׿á" wWk1/40[ï†AᴕÒ}0¹
‡†
^^^^†"A, Dí
  & h2/Ü0•, ÂM_i"¬  Ð† NTÓá,

ÔDDDDA"" rT"%@B"#   ÿÿÿÿÿÿÿ-¯ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿæE(tm) Ë9j   Å9"ó²-EE-ÂGzeTpdÒ25
Ó!fM•Y é,
úFCµ‰ÍÛ.§u VdìÈ'ÿOõ;%÷÷ı wÎÑ9ÚÇôÒMþ-÷èïoZMOi 3/4úç\ÿDöµ¿ôOaþÙ ûÔ+¯×á þ"¯ú¯Ê
Ä¢1/2 UükÇ-ÆßÇútß*_÷ÏïÿšÒUõÿWMÿì1/2ô, Ù"$¬"#Äïÿ¢2Ü k]h~ ° "â X Ê¶      Ÿ
|)!¯ †lCÂšÅÉÑÔf¬ó"Ü(r)82 ù  ! LÃ% S¯¹ÐgC04Í*ˆŽ
L      •yüë   œ8" 9 a=$Ã( Ô! 5' °DJÉL¥2h&0...W='ò]d1 ¯n 0 è;Ðz O
Á _ %† 0 ˆS
  Â
Ù B
Ÿh ðr&   ‡˜xAÒ á : Pƒ40ƒÍm ¸i,
"

y   BcA"A(CÛÂh0R1"    ‡`" D@á>-¿ ƒˍôã Bú
ÓA-"< Óô  ô  q¡"  |éúÕ îÓMû´ }]" þ i°
 v‡K    u"ãNB>ä
ïDxê!ßh‰o ¡§ ÅÃôU[Ó   |Ç$Çë¢;ı!1ı¢,4þ!¿Ýö¨ïèŠ>"',¯ 6%oMÂ ø#6iA ù'?'M<œì"v‰~Dæˆã"
[EÓ"F  (c)9 Ò%þÒÙ  '1¢<r.>Oß_ÌÎ,
¢^ 'Ø-m ;D1/2È`ÈŸÐ£ê‰ou £ ˜Ñ-= Ÿ§" O    ö×'BiÐNg*MÂ ÐxN   Â
"~"¯Ô ä$(
§a á á
ÐAù ú >"Âz
'ðAéá Í%"ôf7ZA
vØ'@ƒo‡Õj¯ôl'i/|úköøMºÝéá: ?Óôë¿
êëA7O¥}}]¤Ú     ∞kAi:õi
 |ëÍëë¯
úm ö"N˝ïÖ(r)¿Ó¥þ(r)°m¯Z{
n"ôéu"×ÿ_o×°Õ?*OÔô÷zµ‹MÐmRz\=õ-ªß ¦1/4 W÷k¤1/2Õ" ÞúõÝ÷kÿ^‡V×qëþÿëü"ý-°TRÓûô"¯(r
)ëÿøÿ1/2'ôšWCWéSu×·ý÷÷Mt÷_M×î"è*xÕ5ë}õmªþßÛ¿_ø/ÕU'Mþö jÕÄt¶|Ÿÿ°ôÿ3/4œ;A>Èáᴅœ×>´ÂI
þ"ë~'pÚöõôâ÷ÿkk_o : ~ý' -_ñ -ADããÛÚô×§(c)

V#‹ƒï‹ ÿW ÈÁ$9‡Ù€]>á5ÿ×ÿ -| }?$Áz¿õ×ÉPcõý }õWd Ó
×ÿ-}5GPv¡ïX' ?÷ _Û]û , ×ý~¿Õú "ß_ÿÒßV í‡ßßÿºÃL 0u(r)-Z×ÿÛþž-P oÛî
ž¯ù88Ž‰¤a H|†4
*ßÿoÝÃ (tm)Y åŒ (r)Z, ßïºè" ðÃ÷"ïoÿýzªß1/4'é"]ª"Ñw¿°‡M¥'f(r)bvb þÿÕR
(r)a·ßS "úÿ¢ å8šË'ïœ"§ÿ"÷w¯á7é¥Z&C¿WûúDÈu ¥¯ªÿùN'àÿëêÿþ‰ 7ô-ÔìkZé}V1/2{[ý µýµ]/
¯{÷]µÿ¿"~u{1/2'çy¯ÉAþÓ¤úîÞêÂ† ¿×·OínŸUoúõ÷_¤ë¶"º³"÷5=j¬êû:"ýµªí-o ¶ Î¦øgSsSµýuºU?'×íÝ-
n›^ŸíÞ·K÷é]´¯×¶ëW_µÚ"ý×K¿ï uÎ5ïnŽ5ëû_w ¨Ò¸ ÙÐë¿i "
kkÕ
o×O]}}u3/4×[õZµïµÖë(r)ý]_í+ÿûJÿ^ö=öÖþ"KØUd^M¥¥÷¯io1/2"1/45¯Zjý+Kj NP-+m-´¯·Öï°-ö û
l+ {
%¤×ö j×¯µÛû lR! 0a+ÿØauÖÁo
0-v N [ CK¶ÕP<'ºÂðÂÃ {
%UÃKá...°•°Á& V-í" *êÃ_U´1/2µØaxbª¢˜ëöø¯Ú 2Å[L -Ó aŠéŠé† Eá[ P`•ÞÇìl Y ...1²+ÿ
Š† A·ìmm,±ü0-ÇêØTÂ"]U...úlƒÝøZÄ"3/4Ù Õ{
âMöÓµ
- ö3/4Aß œ0˜Q_°ƒ ¡¥¿µ cëØ(r)AÇÄ0L ÁKp˜I%§¶Âîö"ö a...~ÓË ÂðÂÕ"v•...-Õ¨akl$Õ¬4ì&
û
5Ýì‡ ´Øa.Õ† ÄG P0"XB("ŸÄD0Bô . 5ˆa%† "Ö¡,Ã† pÈ aa,V˜T4
V
˜€œè ,a} `Ân¨A(r)°Áa,é...´Õ¡ * ˆ‰1 ˆˆˆˆˆq Ìn4s8‹ ""j1 ØŠx‹ˆÒòÊyn•°ëiv¿íxìUv¯µ

ÿÿÿÿÿÿÿüÈ(c)-ƒ f2;+¨ùØ ...u
-fXÎÔa0C ¬ì) Îl GÙ'h¤
Êæ´È É$'åù h5 ƒý¨k"Eg;KÓ...ÒL.Oçuï'oUþïÎÇÔŒô·ú×au]z'çÿP°-

ýäçJ(c)_^] >ûïRÂ þ´Ð§ÿþú÷Ši P3/4ýµ~8õ"ô(r)ÿãÿ"§ÞµU{-?ÿõõU~-¤Ó¬±Ým ó% üØ†±"
! ´ Ôd\ÈQ ?;ÉsTý¤¤hÔ-y,-×3ˆª:-S¿Ìüì] ÕbôÁ Â f A 4f b Ô@ˆR
²!rÈ&rí˜ › Ô3"L #äÁ(c)@!">Íˆf)tpÌ [G@-NG D%FçVD
ä1M°@û"Ló6"
Í... BêD # ‡¨‡Æ ¬BpB`ŒÅ5 !&r Ôa"K.Dqa< õoÓ O
øL oH NÂ
Ðk"âüBzZa >É
" 4 "ø{ýa>ð˜A"A=øA"C # A Á ?<Á ¡‡ûºô qi øo×Å""§§¡ ô XM"ð ¡¦"~µ|>(r) a
ña?Ma ÿM
d 2?hœäú%<†Ã"÷È¶Ñ v‰{‹õ"¿Ö/D¿·ò c¬...w"¿ÒtÑ+¡¢~û(r)£úD"|"t¶²
A ƒD}ê,%ÐOOpœ "É ät@è"ÚMÈ¿tüÎ'}¢^üûDL} ù ¬¡Ë<ÍšP@ü) Ú
7]d1/2¤
‰} ÿ÷"cª YÁ Ñ9´K(tm)¤$c' %9£ ŽCãD1/2 ›4(r)ä1/2ö &ýþž +"
ôþ"Ü¦ýØAÓIÞƒƒ-uxJž Ýú pž›I1/2×¨Ow÷] ü&á6òS : á
N(tm) ô-¿úWõ1/2>õp›1/2ú§I¿-¶"XWÿWu^ß×Aþ zþ·
õN"Óh$þµu¦ºn›kA:U}ÇÇõn1/2-'÷_ë"þµ í:¿Ø´•:_î-Ó(r) ~ûÚîúu ƒï1/2~úN"ítß¯ëëºöý(r)æz-¿ß*O ª¿
ú¥ôí(r)µ¯ú{õ¥ëûnÿN=1/2um?÷ÿÊq\ íjÿû¯n1/2]_úð"¿÷m×ÿ3×Iþ¶3/4Ò÷ÿû_ôº_Ýníz ç@¡H ~ãëþû
úuÿîòœ&¿ÝH@1UîêÝvµ(r)ƒ.
ÿiûµ¡lŠa'õ,õþ‡ÓNµUÁ[*ÁŽ¿ë¦"µÕí[ úk$ ÿÿppÿ1/2×Ø÷Þ=ý×ïä:‹ýÙÔ>õ¡ÿï}µ
ëÞ*ïß^Ý ¥ï÷...ßþƒ
[Wí?ÿºÒõþ-ÿÑ uÿýW1/2:!mR
Žª¤"×(r)1/21/2}ý~3/4¶ˆ#Þ¿ðÁ·~ïÚOÿÖë¶û×Aƒ×û _nä4G1/2÷þ œ"-Ì¯ Ý-*ÿ1/2ÿûèŒþÿðtJ Óô
Èg /~e õýòÀ(r)úú!ïö"‡ š

' -{-C¶^÷ý ï·ßúß ú,?ÿÙ    ïÿ3/4Ñ•¿Ûfjý~^Š¶þ^¿ó _ïß^é~ï¿ýmëÿwêý¿¿ÿÁ3/4Úô-zú×§z°÷÷
o¯â‡úÛ‡u¯þþÿ§:?í}ÿt"ÿÿoý{ü51/2ûô^MÛ¶¶j–ûñû:Àëÿ×÷~t>÷ÿôô¿¯ïMëß yÕ×i ¿_"ïívÕ÷ß:>ÿ¯uTµ¯
ÙÊú¿×^šÍÑÿûZwÚú÷uÿúOÇúö¿¿ÖëþÕw·ý_ö ð×u"~þÖé×ÿ_µµ¯ÿÿj1/2þÜÿjÚ_M{ÿat×µßÿ;-¿µb"†"n
ØVë ï°"kö1/2ÿwûï4"öÂÛöÂÊµ°¿

  ëm&  ûþ"

+
ÚZa?ïýkö  K÷[    ZáMëOan        ÖþŸÕßá¥k  Ãðw ÇÅò/
íÙ  ÔVÿÛî5bîÒÛ
¯þÈÀößØ](r)
&
    ŠÞ·"ŽØ0T
+iU(r)Ø[þÒ`Á(?Øÿ²
í°È${jµbšµv¶EÎÀ)
|Šœ|I1/2_'sÌU6û  ×±Q{ûétÈ$86)^LUÈ¹ãƒOv6*{VÕ¯[þì/ØL*ë]=¦3/4    *[ïêím...mm BÄ2 á... Ý'^Â
i(r)ý xÛûL/û ¦hE,
ŒeÁ"×Ða'é4õM
    ÉŽ¶  Óé1/2v¶ø":j¯a0'0¶  S}Ó`...Ã ¦ ûVþ¯a  þ  â"""""""
Á ƒ/~ƒ "-0...á ""^ƒ Â  DhF"D4"
!  0"4Â  EhC  !"+†_â.'"""'#^^^^^^ ×(c)75ye+i]{ûa'
àË‹!
] Š"  ...Ã Â°"cÿÿÿÿ•êãÿÿþYÕYÚ(c)  )dJd *²'C!FN4È g+ ß
@ÙÚP¥°s253DU"ûäWÁ-˜Ök(c)[F^éÁ5ú•  Jé¬0(r)¤g¯^×zná/
µ$%^L'Öþ1/2.1/2ü    °þ--eÿê/û  âTÍ£Õ}jœ{ûã^¦÷këÿÿnïï3/41/2~¿ûúÚú"(tm)  Î±A"ÄtjŒ
  ŽÍFK  ;(c)  Å"Hå  H"û5ßý.KJÕ2•e?gR"ÆI2+  #  Á"è!  ª])&Í^ š3£  2†^Šxá  ^ü2v
¤  p^}Aä`ËÆa
F`\†!ÏÇ  h  Ù¦`)  Î¢,!ò~    "œ‰sb  Å  BÔDPA<,VE¡  á  ã
¨f  ø9"(  k  ò
62 d¹  â  6YÐ¯è8Ðzh=SÓ°  ¦  ÷  =01/4a
  ðAê  ?0 ~  k^ˆBaÚ  Â  ƒAÚa  Â
m=0ƒL Â
&  Â
@7Ðt  ?ªnƒ‹W¤ã^qIõ¦!‡ âÜ ý?  ê(c)õ  "ÓÐa>Ø š-è8hq
    Añ  AïÑ.h‹      öäû3/4\ß
dæÛ[M  ç#~^¸ä+µ'
ñÈ£¥  Q  %
¢  #ïÃNK(=  nšH->OÛ¢>ÔÝÕ"Ì"  "ÓDc  ýÚ
öÖ  0Ú  &äN"ƒn'MÈïH1/4Û  zòéA  Ð r  ¸?ÙÄ  DÎöEæfÅLÚ<6    ›4¤8ô  dô‰2'Q.h
Ú%ò¢,  ä°gBnEt,y  ( ö"hœÚ  ,3)/r~à"7È1/4ôGž"  é
ðMÓw¤ð..."  ...M¶×1/2=7Óm  ×}  ôôÃ$Ýd¯é1/4"    i¸A3/4´  ÕCÁ  t*ÝV"kté  Ò
ûÂ}    ßýÚÓýÓz_O(r)•Si5ÓÓõî=Õõ-ÓÓëOM¥¥é>ßO"Õw]
§(r)  ÕÕ-  Þ  ßI'Õþ  é  ·K¿Ókú"~éûWWéÂ  ëÛf'lwþ·JéGkìR¿§"Ú±ë]¿4?úm-^é."ÿ¯zzwª¦ñ]êúØ?á:·"
_§MãâµíÐýúOÚ3/4?¿]"ë¿UïÞï1/2ÿÛ]tïÿ¿§öúý["éwÚ§µoÎ÷á1/2÷"í=w  zOëÐô7x(r)£¯êúëb'õÕl^  ×Ýè
ž  ×Ui"¤(c)Ý²  F  Êþ¿-H@)    šÕ]>íƒ'+Õ÷Ý+ú}nÕßþ¯ý6ß}ß:  õm
ÿ§Ówãd-,°µÓ{  ¤°:°që]<  !ÄúÂûuÛ]ÿûÿuý_Ö1/4  ÿëÿÿ_uáÞH  /¿^ó¨  ì†'ßíY
,ô¿¯¯  ƒ¥a*r,  §R!ÁoýÝ  !‡3¦"Ý7Â  ƒ×KïÛþÿt×Ø}"Aýmá  Há†ž¿[
=w}¯RÕÑe-d¯¨Ÿÿuý¯ý×@  öþ¯ÿÿëöC  ð(å      ¤Bw_ÉpŽ'Îè  'F'ÿ
0ÿ¬  ,#¯*Õ;3/4õ÷1/2Õ×ý-  Ú#§÷î¿ÿÿ1/2g  s  'LŽúàü¯Œ  e  û
sXÝóKÝZný[1/2ÿ_ÿ÷{ÿæÔúÿÿþ¤(r)^>õûø7Â\?×ù  2\ÿÿZç_"u:N•

ÿ}þû:-Ÿªôºÿõÿ÷þû‡o¯:3/4ýÕ.ÃÛ§"ÑQ7ßøØÛ‡çS¤›1/2"Ò_Ö×uûëÞ"k ú¿ôýÿ:(tm)ÇçWýÿY!ïùës¡ZÞ
(c)ÙËô¯5-Uª·WzÅi;iv"W{ikm¥jê*n¿v(r)-Téiûjý¥ªëv·µëßÖúMçž¿ïh ý'ÂÓV•Zëö¯¶¶-ÕCí}k_ú
i]ö"ýö¿3/4ÝS}Z-¯ö-...¿¯n¿PÝ]Ø5¨4´Øi; -ÃIÛJ¿n- GW"-.ýûüÑÃ.Œ 6Ÿì41/2{"¨k¦ µð-Ú1/2§ÃI3/4
Ö V--ü0-"ZŠÃ
ö+b´Â" û
+ Ã -Ã. IX` (r)ÿÜD(i"&mŠÓö J

0-Ã ›J u r õl a...† 0am& J L0^Ö¡¥iÚ¸"ié-ŠÚøö9 ...E<uò-ÿØ¦ý-'/Å1LW nâ
ÃìSÄ ýŠb˜â˜¨¨...ÅaŽd µkk¶ °"Kj¶CÅ... ¶ lƒÆýÿ¨L/Ø_jÓUµµ°[VÂ3/4¡H#é¦šáp¢Ð† J¬
Ëu°Mm(`ƒ[´‰ºV i ßÈ.!:¨an¸a0ƒ X&Ã ¶°ÂV á,
&8Pš
rÝmDD L! Ø! `"C,M Lj !`"\XCP"A" ´"â,! sª a ˆˆ3 @Ì 'Ê 0ƒ
É!"
Q DDhDDDDDDDDDq 5ÿq¥-ÿßëÝÿ¿^ Œ ÿÿÿÿÿÿÿü› Šô‹!¤v°åq¦v* Ï†sYš...) -jBÙ'[+‹š'
VBÙ@ (tm).2¸Ã2 e'ù Á ÓÈ¿õä[Â¨\Èë þ-ƒü%¹ _ø_UÁzü7´ýu
ÿòEî-ÿTþé \Ç Ë]_øËH^-Dt÷â"ðX¯Bû
Vk%" E1/4}Ýq¿×Né7*ÿ1/2~ïöú ¯ÿþ¹n ßý{¬ì*þÉïÈÛMfF "äu Œ"!ˆC5( ýk¦É8Ôg' Z5 "
u dMHƒdPR; 1' š
Hi(tm)ˆB r " r
›-t †Ï³b L '+›FÙ, B ]'8ˆ F -...Á É-' üó-9 ÌL...Ð² Ù
2pˆfPT
"
. ? :éñ]º ;( Ô
E 9˜ ò
" ¦ } !"-h 'á Rp^ðŸ¤ [¦ nš` Á5.Ñ -Ð` ô Z¦ 7
(c)ÅpÚÓôû"M- Â
\ Ø´ OM [ÐkÃT-š [ ÚïïC¸µ´ zÒé"0› Ô
é"ý?OZýÃîžŸÚjŸp¢ U‡I6/A¯ë Èè¤ ÂÝ Ç ˜^$AßÅò#¿˜rÂ?ÉÑÉs'_¢S÷.›i*ƒîý Ÿ"œÍª%Í'{'îKñ
"^ ‹Ù ¤OÝè-µ3' Üœò9‡h•<‰Œ3e 'ŽE" 7#Â ¨œÜ œ"-Ó"Ú%ôJzÅäNò|õh
Ü!á_Ór(ä íS`Òô-¯Iý Ü"¦ÐMÈ § Ü!H6éBvG= Aºz
ôÛpƒUêðCMÐa6- ä GG["û§¦ ô oµAëH7uñhS² %ÿ§é÷§...¤ôì
é</A?¤Ý7Âmwúé¯ÿªé(r)›(r)¡kÂt õí6ûxCWû×ŽÕ2 ¶ÕÒ
ÿôÚ"Â^--Û¯3/4ž¿xN"êëMûÝôô×ëÿ]tÞîý{ÖÕ×éð¬0ÖúZëÿwñk]tµ§ë~ºÕë¨_ûí éé 4×·ûõZ º¨äZïÒÝ
ÛÔ
Ða¤ï·í‹ú_ØõÓû-¶"tÞ·ïãÿj"Ò3/4Ó¸ßV-KÚ¶Öº1/2Ø= ê¤@"Ìr /v'ö _ïx=ôýÿ ÿªÓWÂõ_ß÷ê"[þêÖ"ºO°
ò Aþû°|¹"$Å é^ÊqúVB ~3/4Ö5¨úÓ'W´þk
ýößÝuÂ¢& ëÿ¯vûoä&Ö oÿðzD3 é·[
È`ê¿1/4
ê3/4 [^¯ˆþ¯!,ÿíWÖ*°ò` k´¿ÿ(r)"ààÃMÞ(r)ðÁ×[ú1/2ø.ÿ"
¶öº{ÿô ? _ÓO(r)ß¿
·ûý÷-þ 86Ë,U{ªÁ÷aØ}þü"-õï¸a"A#ë§Ü†wºR
¿íZôA"ÿõßUUè‡ Ó×ÿUn¿† È\t*µÚšÅîÔ Z'...¹Ýõuè‰=§î§P¨ ÿÝK1(c)‰ë-£§V
ÿúõûµ¬" ýÚþýþëÐ7 û}9.oA· ú "ûÞL‹ÖªäAK#þõ×õ ïòa×ÿþúï""ûúÿõÓ~S‹ þ¶(r) 3/4×"¥Z¬/vëP
ékº¯Û zµ_k_ý3/4ÿVëd6-U~ÿïß~Ù.s%nìèöú"8ß"ïK3/4úuUÿmë~ÝÖó(r)(c)f"Þíut·_¥zÝ}ÞëïK_J×Z§Wé
UºOßý*ßñÕªuëúGŸõê3/4è6øiÿgCoT-TïíÖû_]*U§ÿþ1/2ís ~ÃI] ºMÿ
ÛKm-·íw´-"ío3/4Ò"Ã ¯ÿý;íWë×u_ ÷ ý(r)3/4¿ý†·êé0Á;_z† +ü%T-ÛkÓ(r)3/4ßkm¤•×ö•"këoí}î¶Ÿi
Z1/2?í¦ÃJÂßöÖ
a" ØiGu!•×Ù Ÿ{a...¸iõk¦Ã kí...3/4¡¤ðÂý¶¬0°Õl*ÞÚ·ªÃ

SN  kaVëøa+J  [_mlTWÅH`{  wÅ/U  °dpò.Y  ÂÞ6
Ž  "
%±T  ¯'04¯j...<0_ä[~îÂz¦•...÷ý‹b¯Ø7ø`•"Ò"L.  ííSoa§‰  3/4Øõ¨cò  >*÷kö)‰c¿[  Nú×[ðÕ§±Qý~È
#Ú  Àÿö;A...ì Â Õ÷vÂÿ"-[|/
&"Õ5P°Åá{µ
¥kÓÄÿð-ÄL†!Ý  µ°šnýXS!,  B Â    M!  O )Ða$#†            "õ    B,& Óvž\!
  ƒ  "°ƒM3Y:,`¿Üv  Ø`•,0L%íÿ
&ƒA,"  ]ØQ            f\(r)"0B!,  ÄDDDDDDDC(`!  ,w  ¢"""
1/2¬
"¢"  Ž5z$*};¯Õ¯É°(Œ0¿â1/2íSXL+MPaDD  ÿ"À  ÿÿÿÿËXÑGÿòl  †K)6÷ç
Î"ué(tm)ßÝÝzëëûõ(r)øãŒt¿1/4ÉS*vüÈœlÁ  +# œ )Å*  .q  ÎÏÉP‰PµA"Â  á    e  "  £Á  }3
è2@€  â,
&†žš|C_ô  ÞG
6D°Ó‹ýÕë    Õ  äç"Ú%í´OÞ^œ÷ÏŸ%(tm)tvI  7WAá7#ž  {
3/4¶¯  m÷Ò3/4ÝZOM¯Ó÷úÑ3/4"ª§Û§qZÿún‡"v?^¶û×ï          ï×}ý?µ  ê  ·àÈèŽ
¿  "ÕÿÕëƒÔFÁÖ(r)û!H¯~ÿœ  d+eEò

-ƒ÷ÿT.C
'  ƒ  ƒ
÷3/4
:uÿÜ0ü°7ýîßßÿÈgÕú",k~¦¡o§þ¦  ü"  _Ð6þ¿3/4EËæ¦÷û
*ÿø7ØyÈû¯=  _ý  Q  ýWµÕ{ß_í6Ð?íí-¤ÚOþš¿í}×´(r)-m~ý°_ûI´û  `[

  l%ì0IPa'û¶Ò†            ¿  ÅEE|S±ÿ"b`Ë‰ØA(c)1Á  1/2¥E°[þ)...ðj  4ÂOkë"m6  a\D0X†
¨2zh0B"L  a2U(â""""
    ÿû°Qÿÿÿÿÿÿÿÿÿä"  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ  ˜ŽèÍ±  e  J†¤ÎÂgd¢,"T@¸(tm)k...žNLTêF
-  v  m†m¬  ƒ(r)G¹UÝ""]LŒ  R    0Š4}1/4*...UT
&wFT:(r)  ]S7û@  "
    :  -E1/24·Ü-  Uöœ-*$_¦  i§ø]/ZKúÿ~‰ÎÂ  K9E
¢VÓÿä1/4žÉ;oOõÿëYd´GtKÝ  hœýBá  "éSú¯×¿^,,
Â
¤ôÜÚÕŽ5  m´£×ý³}øN-Mÿ"×Ð1/2  2Çýÿÿ†öëI¿Iwíj(c)x"‡"d    $  LÔdU  Duy¨‰QÚÚW_~-oý}×³
8Ø'y±    3  Á    "NIŽ
"
  Ì
Ä    ÔB  Ž±Á    "à(tm)  <ØÎ(tm)³7  Ì  )  o¯1/2>U3çF£!²#  qÙ-6i¦c5²ã'"  BŸ)Ì‹
F
ÎÆÄ÷¥×Ú~¯Aé¶ƒAÆƒõPA"
Âa
¸"  †  4Óè  2v`>"úýÒ`ƒ²pLù¯
"y€Ëì  Ð0D  slêÂ  ƒ¢  9    ~AÆlÀÄŠlRC::Z]E¬]ê•§§  C†  ziú
=wO^Ô  ^âðƒõë  B

^ƒ    á    a
÷§h6Í  éWìƒ-  ÷Ë¦EA?h  ò
Þ‰Mì"†^â§  #€ÚNZ  È-ÐûAÆµ¯þn†ëÄ?  P>  r8§Þ  é"  "ŽSûÕ
  ÒAÕëä^Ü‹ôƒôÜœ,m  sFO
+d³    @  ¹.r/´  8µ¢~á  l¯?Y:d  ÝwÓ×a

ŸTGïd#Ìß0äè Èó'6 hŸ"t¤æÂ%Ã'ÆJÜ ‡ªâí×ZOÂo"- z^"ÓúMÐÓ¤è ðš¦Ó o0ƒÓpCé;$}_]ú
3/4 ~ ñk¡A7N"ué è: NÐ@ôÝû#¥'þÑ9º--Óõi?ºÓöÕ¤ý;MÕµ
'ÒIºëzT"úK-¸m7×ÓÿêéZ 1/2´'zn›I´Ÿ3/4 , Ð}:1/2V×1/2ð•Öëº}ªUè71/26ï1/2 Jí:ö1/2ÿ^¿Wëu
Úßúé¥ëÿ÷jê(r)-KúÓ"ãôãJš·ïNº_ëWÝxºôÚ¥÷Rtu{ ÷ z÷¡§ÛZu}ú(r)¿"jº_1/2×(r)
·"´Öµú_ÕìƒÚý÷Õ¦öÕ+é4Ÿw¯××3/4ß(r)ëþ÷¬pµÿ{Ðð^26%h281_ÛïírÔ üŒ õ†(c)Wm4ßÐ_ýî"¯[õõ
^ÿK"-Óß¯ù òL1ª ý:]}¯ö§PûmF-ø¿ÙÔ+ïëO-†ï¡ù HÐ'_O¥
TÈò¯ÿø/a{û×Ý?¦"¯IÊ PÈ$P]}þN
."3/41/2~-¹
Ê@cú3/4 "Ö#‰ §[û BŠ!n°A+y
ª(r)ý_[O¿ÞÂÖ"T úýBN"éý§íûØ. ûôø?÷¯ÌQDt1/4Å$':Y2núÛµÚþ@ˆ_Þ^Níí*
ÕÓûÑ
• ÞÞN
^C8á ¹ ,F' Ÿëß
:¯ïÿ ú&FÝ¯ÿ§îŸ--ÿ¢3ÿ /ÿ§DZ ßÖ‡--ÚS+ª Ú#?3/4ßðÞCDÿÿé{
µÝ/µõôþ1/2Òà"n´›ÿ3/4Ñ0î¿~þué§§ÚDhðW_Kù¨$ì
*ßûùÕízf¥ï§~õÿ¿·¥ëKZª_yú"Ú[~ëþÐo·úÁn•_ßù U¯õïÕW :ýÎ†ÿ_¿¥ùÕú3/4¿åEP¿ÓÿÛ¯"ßs(c)ý _Kf
§ çCÿÿìß-ûk~í¥þÞ¿ µ^ÿûôúû[ÕÒtŸµÕ ×ûî¯î¡(r)´¿Kþÿž›ù!ûÿiv"}...ûKý}÷KíuÝm]ŠÕ+í-zÿû}{Iµµã
Õ"û"ÿ×ôýëÿí¯`šØK_µý´›KÛ_n°"Ø]W´Š [Jû¢u
*Âûõûté6'm7WØMµ°Ÿÿû¯ÿ¹ û ±°ÈéŠa,û \Oá"˜kða/°²&%ƒ
av›T
CaÃ 6-...@í$í}lº1/2öÂÃJÕö %az†¶ ÿþë¯ÿõL,F
¦$Ýò'
ü1R#¯b"a,QO câþ %¦ÅEC qµ
(r)ÅúÜS `ÈâSQ†8`› ˜"ÿþÃ
_íoØVÂ·aW¸a~Âb í^ÅBV Ãí¦+ªiŠé6$á¯¥þÓQÛ°¤ ìI Ša_ÿwÅDF
Á"Á...A"80L&ü03/4škØK°¥ºØJÕÖ×m0šám}íÿ†˜&
ÃA(r) m0Ÿ"ï-â"""""E àÁ ˆ†L &..., Yï
!
;ØZ! & Rì!`œ5[C1/4 Â Yu ¥
x/kö DDDDDDDq

o 6"DDDDC4 A 2÷P!
Æ± *uZ"¤¡.ZAŠ"üGþ" -døÿþZ±Çÿÿÿÿÿÿ(tm)%Ædv\ÎÒÙ\C&Â
d²(L" Š ×'Ñ d-'À§z†s´¶wùNy¸'3#S;&gaFd6FeUÕ^!¥"
pd·á¯jvR["•8Š(tm)(E &
OÖ-ïá:'ì$vk [M~éêž' åc¢t.y="vÐZ!!¸JÕ ^ÕëÝÂºªát'P˜{(r)ˆÎï Àï÷ú§[ÿÖN..."Z]ÇûKA ×-Sø-:Óúý
*ëº ß·T,
Žï¤7÷õcã Wkê¡í-ÿ·"Í ß¿ÿÿ(c) Ü‰{é:Wíþ*Õu]uûÌ††°ÌÙ@CXÊ1/22ù¶`ÌÄ!çˆÐrá(c)ÐÛ"F '*k]2è"
Ÿ V§T]nkþîúø `"‰t
â/°ƒL `ƒü 2È- ƒ¨
d8À¸\LÙ€æ Õ" Ä ,œ@ˆ|!ð1/4/Bt"$ÿ› ˆÜ!$AvD$ä0"h9Ô¬ôudA y <ƒŽ ù(r)#" KÀŠ 'Ì&G
wœ"."§xT§lw·§ÞÚ ïÐ_Ý.ƒÐa?è Þ¯Ó:...Á
ë 0˜@ôÔÛ3
j ua
e Š}› Æ"Dg@K@Î¡âDØ¢irPÓX¤K ¯z
µ" ƒ J-u{Aé§íéÿé îâîíPÞ¸h ...á?Aÿé"ú%6ÎåœÔ
û8äæG r+‰"·¢^ý[Y/Ó¤¯ ]u¶‰C3h ÃD¿" õDXv(r)"COD|úTJ(‹m]tÓX}öœŠ:ä F£
øM }p› ¨iá 1/2·§oô &ä"kçáoø"wh £"Ùè~

ƒ ò/Ñ/z -E÷z Đàƒ¢_¿Dæä±¢s²91/2 ç±&ìÎ-T p†E¡

9C¹ ¹P^Ê7þ›I'ªn(c)÷T o°oVèt Þ-áv'mnöÕ ÛÔÕ- ß]<i

¦á?]8@ƒtôú ? xÕ ỈŽ

5Ïÿá}iu_o^" O¤-U~°ƒ¬&éÿ¨O{ôÝ²ôÿZ]?ýí¤é7ÓÕž3/4îž ú¿Ò Ÿ}ÝÿµßÒ¤∞ÿýûµñöõõỳÒo...×¥úí¯´,
}Úúoêþú×¿ßî÷U¥þéo31/2ÿ¥ôôµKß¯Ò¦þÕ°¦[ßÜzúñ§ÿúé¿þ°ëÿ¨UÔmëÛ[í}ª*Ší'ÿo_÷íÛ§¯ú
ü‹‡ž_ëo°êèo(r)1/2ÿ¯_Âÿ¯[}'Á ê·ÿnõîðw²ñ :ÿÒ- ëU}VÍaRåˆÃ#,ä_hM¦×A¥"ï¥ÿÚ[×öÿú ¿íã}Õÿwỏ
µ~5B7ß,"VÝxè†

÷J...•b'ÍoöBh

Àcÿ)Â ôt-"â]ªoá [Wî"u ü> ë¥wKÛKzëÎÂOWá

öéØ4=~È¨ÿ öùĐ "i{

" -éé"nÈc-ÿï$ë!-°ëÿ õ{¦ÿ"Bäö £'&C"ÿT2 Ú ¢p#ëú× íÖ°Âßê ~d•ûÿaÿí×ÎO2¿°LÅžéÿ'(r†Q
ê²Ê ³K1/28o¿îCÇ×û§Á ÷^¶ûG_1/2ûÿ3/4(r) *éí¶ÒÿÔW_¿uÒø! ß·ªL Uøe -£ß"B ß¯Mt

ÿp Ýwí¯ûŶ(r)ÓßÿĐv":=z3/4"öú1/2=n•1/2ÒQ8O-|(tm)îÿô¨GþÝtÙÒ×_~;57[K÷"ÿm-Tê"a S ÿï_ý
mo Z_wï¿uh+ûûéÝ öëkt-±3/4µÄ¶¶üë¶ØJ¿Zn

ô ÷m,è̀w¨öu }ûk÷þz{:äu}'Uõ_Ukÿµï1/2´µµ¿(r)ê+¶ÒÒÍoŠp-"té|mî" î1/2-ïÿë-žè=n1/2{ë"ÞÿÚ_ØXk
"ï }¯í¨""°ëw¨¡×-(r)¯¥ / j¹ûKWÚß°oµô{ïÿzøa...ý'

°,ö KÿÛIª J·

/|Sj 1/2†-Ô4' ´(r)Â3/4(c)á†-"áªí--¬¯ú_ýõ

â3/4ØØýŠÿv+[`Â[¶Ä- HIC "& EAû 7û

%±¥ípdq Á¶ =ÃI¯°Ò"

"È(tm)ë°†šv Ó ¯a~îÕû "m~Ó 1 ¨o†*¿bªC Û]=Š‰oc¦¯28ŒqVÁ¯ ÿ÷"ZMÁY bŒ/Á,
j×ë¯þÂ3/4/Á,ÛxL ÛM:oO_[

Vÿa;² ÿAŠd;ë‰ ñ¿ßØ"{Á,¨! É ÄZ "!'ŒT ÁV-oH,êÂ¦ 2uhC

a{

Ã ?Aõ

& :ZL0šk"p(c)"þ¡×û¦(r)â""""""#ˆ3‹-,2{2 DD ! d‹"

Đ0VÂ

9(c)

Đ‡ ¯L † DDDDDDF-^-,âbzÿ...xU ÿÿÿÿÿÿÿÿÿö% DÑÜÃ èÈ3/4wŒíT[" )4 Ñè:! -3
Œ(c)³%-d²ÎÕ² Ê"v"&L‹(tm)'‡ß

ôë"ý VEüìt1/2Ù }uôÿ'É-• ap¯_ÿ 'möþ " %þ"ûÿÞµ¢d>"ý ?Ý¯ïë°ÞØ*
°¶"|~ƒO-

l-^¸Ó *ÓOŽ=Ž5÷t¯°ô×ÿ×ù×ú3/4Ú÷1/2ê1/2x" óc$3 ±3DùÁ"ç¯ 8DC" £"'4µ& "±Ú²£ª#Ê@Ì(c)
Š ´H;* Ýuæk~ z RæÔ Á aè‹ˆ`} È6g

œ9áM£¨%ä€±\ 2 è) Fƒ'h; $T È²% ràÍb›,ç/Ë€¦¡PƒÎ ÏÇ |B Ÿa

-,h' c$3SÍˆ(tm)±'ù+‰ S(tm)..j~ÛN7¿M

‹Œ Đõpœ~è0š|ƒ C 0žƒÂïè= xUÓ 6¯õ 4ý;zĐm"

Â 3¨"Ã B``^& ä€ƒ È ë‡Å§Úkÿ¿¨M

5OL' §Úziéña4áÿ4ø‡ªé°qé" M0ƒCOÂ

'dw¨>GîO ‹ŽDÊ#ú'>øD1/2È(r)¥9:"'æ²s¢|Ñ â.Eç¢_âÙC" G

£"'ÙC" D‡ÄI äG†ú‹p ±w Ú#r‡ úW%L!VBˆÓ

ƒp@ðA‡ ôÛ(r)ĐphEõA r IÒm äË°Pä'á êƒò/Á¨AÑ/Ó·#žÿâ "'x‰þ (tm)÷È1/2TKœŽnEæ‰oc
Ž$í¢SÂ Ú%ý×N"l†5ÂÕ¯¯m&•ú·öÒm -›è=

Þé·§ĐOAÒÒ›"Nƒì& ÓëÂ

1/2 éà "

t ¤Ô Þ¬_ðÃöéëÝ}¿Ö¿ªýt´(r)šn1/2}"Þ-Ó×¨êï

õvúý(_OO¶"°šÝë¯õ3/4Ã�÷(r)°íÙ Uzq|w(r)"¡ë-¥(r) ÒW¥ßªúÛ3/4ý.ž° miÒN &ü(r)F ?ÿè~šûÿÞÕ
ô'éïmÞÿ J‡Wu(r)¿ß(tm)ëOâÔíêÓ

]_ĀVÚÈ°¿⁻þ"}ð  ª_'AîßUê  §×mix}^ßî1/2mR}+ªî¿"Âû!Ã⁻†ÿiªü§          1/2×!uˆÜid
;×öþS"õÈØUÈÁ  }  •î´¿W1/2¿k"ÚÓÝ<+W
û!Š_ÃÿßùÐ_Øwéoˆ°ßÿÙ 1þR  ï' t3/4  Õý}nš¥ýkoœ
V  j  ñðÚý  §WÖ
O]0  *øWKúIð_ðµ...uI  Â?O  ⁻]Ý×1/2hu
'  ~-foû_u×v    þÃ  ïÅÑ
•oýý  ¹ûÑ  zn^{ÞÐa1/2÷×Û¶-ÕUúÚýX/¿"
⁻'-õwwè‰ÿö  A  æPmhŒë÷î×DYéß  ‹Ká  )ú  úþÿÖ3/4íWéÛ
ãß¤A#ßÁµuíý  ý  "õêD  ê¿‚¿ÿ_DÈÚ×  ë&-1/4§
ÿýÖþ-[ÿ]U['ÓÒÒTÝ÷ôûÒÿ⁻Nüÿô-:5×ÿ⁻î⁻‚]"d  ÷ëõ  3/4ÿÕÿ°
]ßÎ¿_Vÿÿë"þ-mýÛgWþÞô^õ×þ'þ3/4⁻þÿu·Þ"çC¶•}^  þí]w×ÿûín›óÎÿ¿Zõµoõÿë·ÐÒî\ó¿ûþþç"ÿôûW×m'5_
÷ê  ÷]õýéÕ⁻ÿT*êßëé×§Úî⁻}oÕ_õõïoÿêîçC  ¥(r)Ôì4¿¶  K-†  ïÓ
0ÕtÛ�·Ký†--⁻M¥~Úó•UÚ¬4'"ü5ÿ¿ë÷û⁻ûÕÒÕûÒÅ⁻ñ_Ù-{"a'Ò¿þÐM-...°--_
%éßö(r)¬5þ××_⁻õ×¿¿µ}õa(r)-bŸÐÕû    ±|pÁ+õdXÃ
Å†!Z]h|}ò-l    N  /î¥#  }⁻ý¿m-/aªµØW
ÃKL/1/2...û!Ý  Ã›Ù
ý  qìTŠ3"  Ç!'Ó  ¿(r)Awþñ.,q'â⁻ûïüù  ×zØJí²è  cf  Øa'j¬.ö  ⁻á...Âúv¿à¤  {
Új"p°×þÕ²  Ðjõ·Ã_zÿÿû  û±UìD"(c)
ì1X!hEÈ×´Â¡    l0‡
a,o"
     Â  Á5ûL  È(c)þØaa...°A¥é"Kú-¿a  †⁻V  µÁDDDEDDpf
   DD0B"  u¨Cb"""'
(c)ÄDDêÆ  DDXB"=Pi"4,'¡
8`¨M|DDE!ÄDDDD  c@"DDdÛß3/4#uó#
kJ"V
   ÈA]µ±J°Á+
›b°(c)&  Ëd          ...  2  ãÿÿüµ€ó
cËkUÿÿÿþZ  EŸW-ñ  Ñž3²†  3"-Ìòa  ¶A    Öd]Ù\iÊàzîv  °-W$I,á  !›×gÎ⁻Òß...ý=í£"µO_Ö¤ÄWôõ
ð_þ"  ¿D\{ÿ    ÜzßD"  ÿ}  ×·Qá8õ]ÿÞ¿ÿoÿÿÿÿ¤Þ¿ó 1šÅ  ìì  O:
-JN^UyÞ¨ï'  ¿ï(r)VNÎ‡š(r)  a  PÂ  !ÈB
(tm)ðŒ  7Á    D²Ã"P,X2@ÎŒ  3¨¬LŠ  3"A£\lŒÃ  E#
é    ñ
¢  †N  @(tm)A§g
†Î³›  1"3Â"ìôœÅÍ´j    Ñ  Ì
@(tm)æld†    -  0LÆEÊò-Â

¨@ð¡    jÝ è nÐ n  a  t  ø@È¨ö¨A"
  <&˜@È  D/W¬  <
J  ä  Ó  0@ï@ôÂ
&°
¢ÝK°  "
   !  @Â
¬Ù%NNÜPOnäcÝBa
MuNÓ  >ÓN4Ða
i|›§‡ý6Â
.ü*z    fC  ãÂa?  4ý⁻':    È%˜,8ñh  (tm)üœÜ  á6Fw
-4  Š
Z|-=8ŽEv...²1N±jŸo  ‡iª%(tm)

8  Å¢(î4 -ÚÒ'¹ Ú Nù    ?
ƒh  ¡ÍlïhœÛ#žYò 'ä_É  A  ¢è  Ÿ´Eâ$Ú'7!\¡Ù    !G(wÉû'fÙ  E'Í¢~¤Y¹  òspƒpA¿(c)    #G ðY  W
   ÿµ¡êê§á:OôÝ
   þ"tÝZOp›A7$"ûÐv¯\&Ø  M)  úONÁè'I¶  °›A
I¦  oäÐƒur4Q::  ¶'µ  N¿Oþ°V-ðž  ¯A°Óézêéôƒh/}ÚÚI¸[
  µÐzÕûÝ/ò  p•¥KKú¸öÕÂýÇú÷ß××a%ßÓí{
  Z²¶¶Ÿþ¨éí  \?Õ}uU´ÿTé=;MñÒ§Ü~¿÷ªé1/2Û  n'ÇqìqûßûEŽÒÚÝè|0Þ-_ß  ïÿ"ýRzô×ää_  ,ÿkþ1/2,?--%¶
  Úêµn̷ÞŸI5Úr4
  "UtëZO¶[¿zW]kï]
  r
  _Ê@ÿ  í'^  ÞþB  ÿkD X85îÒª¯ûwUÈ¨Ÿõía}wë}ØZÞûÿÚÍ˙  `"§çPÿµ" Š/îj
  ÛN  d(d.šâÿ1/21/2ÕkÉI}÷Õæ°3/4÷÷[è›Áj´Òëä0c1/2  K(  ?_a÷(r)H
  (V
  ƒ'"¯íõJ  íðÿ_ÚÙ 0ú  ×(r)üw{þZ3/4^wþ    Ÿdì¡ÊÑ̀è‡  ~ý0úÝA'  ‡"  Á×ÿZMþµí¿õí¯"¿ý~"-}ýü
  O÷&  "_DNÿÞt  ßÚ!îêŒ6ó @aþ‰"ÿÿñû÷÷¢  ÿÿwß{¶ûi  äÈý
  "ßÂ#£_°Êqz÷D'à"§  ê  í¥[}Ò¿üŒ  §ÿè'þ¿_×§,sAZ¥ßÛ
  ¿ '(r)ë¯Ö
  §ô›È3×ô  ¥  lŒ  þíÿ  íé  ÷þð_¿Ý{Óµ  Gûÿ(c)ÕëW}~¶u  _úÛïéR-m‡þþ-z-Tèýÿ³ÿT¶Òþ1/2SU[µô1/
  2ZÛÿÚ(r)î"z¯ÚµŽÝ_n*1/4üñû
  ëzŽ÷  {÷¶þ÷þõíý¿wß~ÞÃ¯_é(r)ÒûZýé›ûK¿ô-óoÿëï  ï×]}z×ÿ(r)"¯ÖÎ‡k¦"K_uý4÷°¶¶¿}j-ý}í(r)-û÷WÜ
    ÷û
  ·í̦  õµµ´ým+ÓßØ-¤Ã všý¶  ÛI°ž  ö•íÚ_áW[ÿ^Â]äçKûi{        jì4¿õma¥kÚM-›(r)ðÁ,±\‰
  /Ôt¬TSad\°Â_
  $Ú÷ØIá›  `•¥û
  ~  p×í¯±úÃO¿†  ƒ
  iX^Ö  I¨ÛJ×k  šê%  û  xi1/2<w±û  Âipa=‰(±°Á'ðÁ{  ÿâ*...Û±ÿlqÂ1ð˙  b(c)'y
  (tm)_ýÚanÂ¿Ã[á"È[²    Ø^Ô-1/2‰8í&Â  ~¿ì¯ö-C["!ß}ò  vÈwÔƒ¿Ša'll}C
  1/2aÃ
  ÿ
    Ò†    V  û
  ¦  }U¤Ó"ì&  Ðaki-~Òì+ZiúZal.[¦3/4  [°(tm)
  ýâ"!,  ¨!  Ø!
  !  `ƒ  0..."Ð^'
    D2uXA"
    ð"  Á  :a  `˙    M*!...mK€O
  <.ê"4"""""#b"""64"8^^2f(tm)7...-xôErÛú¶"jþ¸i%j-•  ¦ÂW(tm)
  "1^Ô4×ð¯/áD³ CÁDGÿÿÿÿÿÿÿÿ(tm))"g(tm)ÙI•ý'vUYÚ´[Ôém~w§  v  ÿýkÿþð¿ßÿ  ÿ̤¯ÿþ±÷ÿo]~õ¿æ
  @eçC*g'WYØÛ3^W  YÑA  DpA"â    5‹'b,  j  Èl66F#  "'œL¯  •  ›.3
  þx˙  `Á  øÎ    )1  .fâ@"¹'$H‰Ä"
  """è  MÓ  <  A"  ¬'Ø"  °ƒSîÒO°ƒN-    Aá  PÂj  e  ƒ!°TÂ
    ô  ?M
  A¡  ÓO¸¤*Ð¤?ŠôÂ
  Ðq~è7K·A"--NÝDæÑ  $N    1/2  ÛDý§Öé¢VÑ  ýô.K/  #Œ"  Ç¢<h  RY1/2-7é:
  ÓpŒÎ 6"rèû  ƒä Jm    h_#¥'{  82Î@  ‡%î˙    ¶Dtö¯Ã  -1/2*O|&è4"  ^›KöM
    ÐtÝx\
  ÚÓÉQ¤øy ôôa  ¤,    7¥^°m.¯êÒêú(r)›--Ö°éúj  &átÞûÖ"õÓöë§§qPÿÒ°ôÿõÿWV×J¯þ3/4ú^úzÕµéü}t
  (r)Ÿuuí_õzwzêÔ-°ô
  ¿ÿ  Þ¿ñîþ¿÷¿ôÝk¯ßÌ¯ 3/4¦Ca~/xéÒ°(r)µP"3/4ûô•{ù(tm)ïoï3/4ëfÑ±  bæF    ÿÿÿuÆúêëïþ1/4GúÿkÒ

```
q¬  ÿÿûÿý÷ÿýßµßïû¢  :¢+-9D.A
ôßõ]"ú_Ö_é¯ìnúôÞÿDgí2‡Ì£ÿ·Ö‰ƒ÷ý·ÿüÅ)  Ý¿Ñj  ƒ"9ê%  6  W  êöÿÕ...ÿî¿õÿÿ¯é;9"Ýwï_ºU!žµ}
ûþ3/4·ußÿé~"v'ß:Ÿ¹Ôÿ&÷¬êo{ïÞ'û"ÿmÿôï¿ôÝuÛ"ï¿¥ïµ×:"õo  é:-N¯K[^û¡Î‡gW¿þÿmoöÕõ]ïµ  ÷êûî_
¶ë1/21ÞÚ1/2ì'ö  a÷N¶|"{
X~¶ÞÚéÝ-Þßiu
‚¿KÕ1/2...Õ†"a[      Z°Õ°,T°U{J  V  5]vÂÿiZöØKª†  m'lñØ-?v
‚S  ÅØI
L0"o†  A‹
  Xa  ã's  †  àÂï†  °a.ý?±Lƒ  jƒ    ¨A¬VÆÇ¿²
:¿b¢  †!{±LRmÕ"ŸÂ
6Âd,:h4×í2    ‡|ƒ¿W
Ýö  ^ÒÕ0"ná,  S¡    LŒbI"  1€ƒ  ×†  aPaa"Ÿª†
  pÂ-é-...oa"  Pšâ"8^ƒ:'    °"  {V  ˆˆŽ5  Sª  zðE:aS  !-X
^^^â#^^^Œ(r)(²owÐ5a¯zÒðÖ×Ç  v  U
&   ›§4¢#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿüµÔ(ÿÿå,µÿÿÿÿÿÿÿÿùf¥d1/2  ,
ThpšAº"rÍZ(c)úWûê÷¯÷ÿkê1/2ïÿÝþµå  ¯ßcÿõßê1/2ÿußÿÝ/uMµ  ÛAA  Ç      ÿÿÿÿ€  €
endstream
endobj
32 0 obj
<< /Length 33 0 R >>
stream

q
423.84 0 0 702.48 0 0 cm
/Im0 Do
Q
endstream
endobj
33 0 obj
37
endobj
34 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.36 676.56 ]
/Parent 47 0 R
/Contents 36 0 R
/Resources << /XObject << /Im0 35 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
35 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1764 /Height 2819
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1764 >> /Length 28840 >>
stream

ÿÿÿÿùØ    ÿÿÿÿ+¡  G(tm)ØÒ,ÁHÄˆˆäMâ  ‚²  0Eƒ7A(tm)ÇþÈÈÊ*qß^kdÍ  -HDgÙó-É @È  Öþ§dÔ-
  ýýZ]5Oðµ¶ƒú&  åq|î=  ¿ëú  i~"²bšÈqòÇ&äêûß§º¬(tm)Ž"H."Û  Sû]I  ÅG"wï÷]"ã ¡
```

}õ^3/4•Õ  °Õ÷úªª³ûßþ-%–ßöëkÙ²\";;O•Ÿ5y%ÈèÍ³¹³ùÝQu~¤É"2  'Œì-¤U  ¿,ê"ÕëÑ
(c)  H...#'   "ƒ D¿ ‡Ð‰(c)ð  d*³Y  Å  Ð  ‡" ˜  Õ5º  3>  ˜!
%›     4Èb  Ùøù,  g"#þä2$ß"  !˜  "  !vFœ"8'
E
   €ƒaÜä³  D0y8Bœzï˜Ð0ƒ| a<  wa  š!  jƒL a  °  è6z
"   €ÿ
   -  `ƒAÁþ  ƒƒwA
Ú
! xO1/2n´ô
 ô-\^-4×¸ÐuiÒi±i¦†š  ×éÇ  š  Ÿ ×ôÔóãN  Aè< i¥×M
I¸3/4Dæ‰osD1/23/4‰'hÝdú
³Ñ-
   /ÜhŠì*#ÆÈ(tm)mob  'ìÑ    %Ù+|Z'7  {"ï¨D|ôGÎDÇ%pe ‹  ý°hJ  D±§]
Ât  pƒ~,
Ðtƒo Ü"cIä|E›,'rY"   1/2&EQD¸¤õ:e¢  t  ?"c§?dñs~Kßð  ¹$
á  Ð@î‰Ð9  sIú%Ü'á  Ë˜z[á=:¿ÂuxMz  ¸OÜ íÒ @ð(r)>1/2ƒééÚoá<'á
"â5á  þ¡^4Ý:O (r)  Ú¶ÝM1/2ZAë²s{é=z"të  ·OL*"ÒOXIéÝÙ
¯Z      ¯JêÓwax÷¥wz"
n(r)ÝÞÝ~  :¸_ïZA1/2+|ßþºßõx^?í(r)ÕOé0öÝ°÷-V¡j(r)¯ßNèÏÿA;ÿÂoët"wÅ  zí>iäßû<^×1/2ícÓ"öÚAƒëÞ
œ    ßtéúÝÕ  öé   ýÓ^·¨"ßK¸ô°zÕõþû×ÿü  ¸/õëö`ò4êY..."oý§ Òo  Zoíß°1/4=ô×3/4..."!}30žk
~ýÈS
°]á'ÁŠÛR,#^"Ð-d¸ßY
"ßûþ".
°  ä`Ý5úô²0+ÈM7Kw¸_$Ã  Å(r) WK¥
w     cÿ%Etíý  0"š  ?d  ÿÿ[âÕ·É  Ž?ûÔ†
l,  uOWð¸üœ  ýéÄuääÆÿõ  [M/Ê°cÁ%Ü0  þþ1/2Úá.÷ýp-  Ä^  ¯!œ(tm)    þˆ[ßþ  zò  5È0:Ýµv°o
ð"#ü    {ûð"ߺêDsŽ}  ›  ¤øD=ÿ[ÜÕ  ¹Áƒÿ oS    iùa:#¢¯üÔ&ê  +ùÊkýý~
ÝQ      ÕÔè  ï×ûæHè¸DI3/4Z"þ-‰'ÁäÜšá3  (r)ÛDÈê×Á¸ÿ'  {h'7ÿÑ
7ï  É!v‰'ö‰os[  ÿÛÛîL  _[{ 1/4§  ‡ÿÿjßz ~ÿ  ü-ûé´¿¨"Gþ
ï...  ·¸-N¯ÕW"    í jò
Þv  i¸ÙÒ-êÎ3/4¿î·¿öë·  ×wÃõ߀óÝáV•õiY¹ëÚOÛ¸"Ò3/4ð"w¸Úúz
"ýú¬öëúóÎ-jûZý}¥õ×Î?‡{í^Æéú
°Z†t?~ÕzLãìÕwI¿ÕûjÒÒÕ ÿµïÿÕ¿KIÕûé†Ÿ¯au}ß°¯Øê  [}¥  uÚñMá7o‡~Ò4¿a¤ª"öž·-ûk  "¬5µ²?
~í/µoÿíVþÒ(r)Ò(r)1/2  _þµ¯u"    ^ÚØW¸i0a+
""¯¸µþÕ-ÚÃØa†  ý†¿k
-"×á×dpÚí¯L0-Ã  ¡"°¶Ý]{Ü01/2-(c)÷XªN¸¦  ZØ0¬\0M'öFå=ö+ÕÂØY  :°E
(r)+ö/Û
Å6  Õ†¨Vãö  ¿-Ã#"ƒ
0ÂÁÃJ•1/2-ŽØ3  $Ã  '"[ûLKw|T‡{  oµb)v  ï  Ý†6*"škêA|K{!ÞÄ*3/4ìBƒíŠ§alB  ‰o¶;¹  =Hb  Q
ôÃ
Ööš¿
 Â|Ÿv1/2¥](r)A-Â-ê˜Kv¸¤¶-...uiëWû
V  †¥¸UnÂß¸a{    ¤í  X^˜OXhx'  a,1/40¶  †    ÃJu  d,C  "GI$;{  CL-"ž
  \‡¸  Â
 ÂÙ:Á8pÕ$öÕl  á"Â¨˜^'8DG    B"
Î  Û  '¤"#^â""!,    ˆâB!  e...!Q  :`É¸\q  Åq    FMŠ ÿ#±zŽŽÃ3/4(c)¤¶¶-°ÞÚéo&Æ(c)`Á$  K2¨
K  †Å  +¬'¦*°¨0šÕÈ#°´0(tm)N  DD  ÿÿÿÿâ r Àÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿârjv  šÄ ¸'ÂC"¹SgFfEq
·¡  ðÈ  ;  e  ¥T'  ÓNÍ    è·5X$  Ñ\  g  Ú‡Tá"'  ¥É=:ëS!  É  M  ‡

" OµWVÕUð¿ nN o¶¹: º´µË O¯¯ ƒ¸" *5W¯ÿÁußo}ÿ§é~†ï...I5 -þ¿Jêº&;¦
¿×áï·¿Z¬Pw \ð"y 3 ¥Ù ÖJ"Ï<ˆ^L¿"Nîõ{ôH
Hvƒ Èñ³BË¢\ ¢8d$KˆD
èËŒœÁ . ×"€"ñó# "$ 2qHm H (tm) ¬B Ð>P!/'jÍŒŒ3S £3É
c*C:£C'
h ‡ 2¬‰ ¸ Í³èÕ º Ë£ (c)"ìÀŽju¯ì êÓ‹pBÐ< Ê i, çà Õ3@ˆ;

7á êêƒ ; ; 3¨PD)á ƒŸ,!m `ˆ9`h0Aè;Lˆ *Ù±B
Ð8AðwÚ ~š' "á)jp"íbéuBôÂ
8Ð4= ºa ßH4+‹Aºz
4 XN4ôÓ h=
4 CK×Ò‹Ða
¯ ?Ñ.nˆLr-0D~Kì"pâ #ÀÓí å ] %7 *¢8o"Ð‰ŽK1/4œß%m Þ†ˆñèŽèZ"ÂDæôÐ´K:%Éµ
ß~D€ôÓ¥è=- {" ÎÌÙ<0›,
È1/4á<¹äˆ.m Ù ÆKš
'}¢SvÚH ;"& a rO A´NtGŽG6‰Ï"ÚD" -6 l‰sHRy ,s·A³I Ú_Èžê >‰MÈƒºñ&û
µí é== Ò
¨}CÓè'§"ðŸWJþ›Iî¿z
Ânžƒ! t """¦á$-GJ 3/4 "é ·ZoJ 'M.G7"´3/4 ý/ÕÂzêé ÞúAµ÷{oéêé÷Õút´ ÕÿOMÓi=
ZmêêÒ~Ÿ]ûéøN•êé¸-^¿"xUOé:O´é}cÖ-v´ý}7 â" Ò1/2
´1/4iá+¥ÒôõwÖÿ1/2U·OOé'¬~µ¿ øMÕ Kÿ¿O‹£F'¿}.3/4ëI,iÇ÷û[ÛýE¯ßWÿí-ÒIþ¶ÓÖ·ïúï~ÖÿOÖÛí¯
Õ"ÞÚ÷*ŠÿûwO^3/4ŸÿWÿÿþ>"à¨ ¿¯"BÕÓ§d`ª"þÙ - ·ë
ð{§[1 Âfºü‰VŸÕwÌâ:X;( ß ZêÿÿÝkïé^Ü... Î€Ÿ÷å cõŒ ‹ÿÊ@vÕƒuøêÕâ$‡à"
‡ 3/4u B# åC×·"aßZÏƒÿª÷ûhfº•þX ßü ÷ò€]ÿü ] s3/4ÿÝbÔ
ü2 í*,éxd U×ù
.ßÿ{¿×¥d€|H-ÕB ƒí53/4¹ u÷Õ ÕQ
Û}êA‡1/2o îQ: è7"¶
ÚÐa1/2üƒ "" úÿÿ(r)Ú_ØZ3/4î >ïú"E ÿ-L...1/2IY2?´ üµ{ùŠhŒü " ×"wwf rÉþbm
ÿ¿ÿßÿ¹ C¿ëè'=uÛË
3/41/4š/ ?Õ¢D|Ô éÒ"ª]à1/4ˆ w¢hëÑ ¿wDg_øýz ûË&BwÿÂZÿ~•é=´µ"öö ¥' é{-?épï
ß°néûà"÷§¿÷Û[é...$~w/ ÿ]ýºþ1/2}nÿ¯þV÷ÿmW¶÷:5ÒýsS|ÕßçW¥¿} õõë
ÄCN-¥öºê-ûôu4•7:1/2w×1/2ÛØ¬êûß:Ý^zóUïëÞùƒ}
ýý ^Úÿ{ðˆê¯:›_¿ûÿ÷Õ53/4-Öé"îÚûçŸ¯ëkª]í-ªûú¦-m¥(r)Úë¯jž¶1/2TT "zý´‰ÿ´¿ÿµn-'[ÿµÖ´Õuû¯ W
m?"ôŸ¥ÛVÒµ¿î×u}´¶×û3/4×µýÃTþÓ÷¿ð(c)...´-+
"
Xj¬0¶ {¦(c)†3/4"
%×µ°" ÃO†°ÂÝ ¶Òßm-µû(r) V W÷´"õìRý...ûƒþ
-ªjÁ"µ"J V ´˜`1/2·ï`•È¹á,NÁ˜ °ÂL4¡¥øK`Â±L5¸a~Ë¦
Ó
"amŽ *íðÂá† V 3}¯¸-?ÕÿbMÜT0IŠ a- 1,v °Ëë Oê
-Š§ö+‰'ñ
F+âö6˜¬1ZÁÅlLíö!0Ù |WÈ¨Q
£a...û
\4ßÕýµp¢˜LƒÃØªÝˆ"ÂOÃ ïwxuj÷b(c)U ÃöCÅ...JÂÛl5´ëµ
...²
ÿ" [Q&=â;l& Ð¿" -
Lp "Âöƒ
¦ 5§ àƒ! ô!'LY <0A" Ý...{

šM'
]'{Y TÒÒõA"¡"Âµˆ˜3l DpÏ¬0@Ê. D ! ƒ DD0B%F"""" A,
'" 1 hZa ˆ2bH8†‡:Â- Pÿ N°Ÿˆ̃ãB""""""£ˆˆˆâ">"!3/4ú-åÚÓúË:"××-ö(c)iiwì%°ÔîpI°¿mF*)kìS^5
¸A,"ÒA"0†"#ü´ (ÿÿÿÿÿÿÿòÝ"•Ôø2ÝW+(c)(tm)6ÐSÂ ˜dZ§(tm)VÎÀÙ i"FÑ\Mªj¥qfT?ço"ÿ"ê""þœ
%íváVI×(tm) ÿïµï¤é-p‡ÓûxÚýÒi%ÿûÒ ÇÚÿ¬~¯ÿïÿ÷ §Ý/3/4d )QäÁµ¯þwSWÿ"AÎ]'*"Ü i T
2ƒ#3^pdG"°ä-C
¦ld
# ¢52RÈ°B(r)5‰"
c"B'dH2Y'
Ó%¬èðB -"y¶JI¢ ¬ë'ÑO›#A
¡
| ŸÉ
N£³"R O 4ô- 2C A,! ÐgA2 -›f ƒ -á |ÓAÁç(tm)€øA'# B A"
É8 0ˆ]HT_ A È!ú DÐ31 5AÐ!$Š ˜A" Ô âBx< 3F :qièié¦ =0ƒPŸ §¡ Këé
Úa ƒ 5T Aêº zØ@â, ...",'¦ša>}ÝÑ)í
ú#€âÂi±q"äAÿ#3/4È˜ÃµöÄ Ú¢^â #Ì (Š=8Ó1/2Þ¤W{È.9(IÝ¢7I' § ŒwH Ü[¢VôÜ‹ôK´è nD
q/(-94K²>d#- ƒª =¯ÿT-Eü è 7.m ŸD1/2ÉãªSí ›óí¡"›'ÚD°8 y9ä¹È¸B{'ö‰\"gƒ&p ¹ *, ôí<
é= á 7 =
A
@ƒ|Œí Ûµõü'Þ-OMV"´ '8M ƒûT"ÿ¤ÛB ¤è&ÐAé-
, M1/4&àƒ1/2tºmzéëÕë¯~ ¿
"ÿ¦Ö¸]Zý...Ò¦öîÓÚOß"ÚI7A¿JÚk^ƒÓzNÓkñÒééÕé-.ºz÷ÚýÝ.1/2jºµhÆ-ééýøDtÂk]_ýR÷I
ÿN"ôÚ[Ó](r)¿Kzv1/21/2à¿Åþýÿ|wz±ñê1/4u(r)
S§t›Òm'Ú õ ^1/2}ÖÆ
3/4Öý× þ;Õ/[ }:Zû-µ"~÷ýöô×ý ý-ÿêðæJaým/Uëª__" ¿×ÿÈX¯ù
" >Ö }Ãÿï¯ý}×Ó0"~ßì9 (/ÿñ1/2e8ŸäP g@Jöé_íIX:õ" ì Ç"Tþ(tm) ¯é
TD-¯¹ º5...Ûˆúßàá~¿Õ"$ ýd
;í ßû¯·@›÷EX Á,ºL‡#û
ý× UYÐ1é" ÿýW†A%R" ÿ" ÿ$ÁuÔ/¿¯þˆ[¯¦ˆ{† *ì,ÿ¯d1;ý1/2-Ý,þ Úõ´ßaÑ#ÿú(tm)'Â!î¿"Aöˆ
NÖ"i?ï¢:'÷Dg†Ñ Ý-bÕî WäW< ¦C8á_è...¿º!9*rÊoë k
@¿3/4ý/'~÷è‹?á GïÕ÷´ .¿...E8¨Žž
Ÿä,Gú(tm)&b Ñ :ª$‹í}o
ÿ_Þþ‰'ët
ý...ý{(r)¯ÕÿÕ n ÞÈ¹4Õ&
ÿvî×ð^ú
êÿ× Î-Ûî(r)Ÿ
¿ma ¥þÚKô´'ßé+i*á´Ó1/4?þ1/2(r)¨.÷¯ÿ_Û¿ö"ÙÐÿ×µÒ¯ë"_}mµëí_>ˆëý³¡µû'"÷þjŸ5?oÿº_ÍOmþÏ7ªßí-
"ÿôÞéþš÷M¥þý_·ªpoïy·m¯,~ª"v¶-÷ú_î¶-kþ*Zýºº3/4 /j"þýkkQV¿j3/4-¿·ë"ú"¶-·ÚëjúI¦šÚí¥¿~ /¶,†-×µk
ÐtÝmtÂwk^ 1/4†Û
í"anõÛK[]³3Ò† í$-ma(r)·¶êÃVÖÕ m,_¶ƒa,ØKU°¿
$Õ†û
/
$û (c)4Ý...ø0Xf ØJÕa"(r)£÷a¬~ávÐL0--, ØVÕƒ0& i~ØJÈ<}‹bL{ 3/4Ø[¶
+
' â[ø"üK}û áøbL{ Ob ca"›ä\Á,Lƒ"ÓŠvE{ kìK Å2/
×Š°›ù 5† -Ä›3/4˜->& Þ õö-ßkö Õ´Ä ï Š H]ìS]"[ Èwl‡{!‡3/4°- G°¶¿j

±
X`"5é5(r)Õºm|&ö\ Xk_,×a deÓ
Ô0ši}C 0"Ã        XL*
l+Uv A...A"Û
Ô0¢" ! à"0AÄXBÁ489!Œ! Ã->ƒˆˆˆƒ)Ê  4
˜ÀDf4
  °B0" "€‰|A"
  ^‰C ¥ˆa
  C 3È ^^‰ B"" ¸  ^^^^Ž"""""8ˆŒkZÿÒ(c)6
ô1/2R‡RÐ
_  ¯
Œ"JU   º°Bž+] (c)%L A, fn¶#ÿÿÿÿÿÿÿÿÿåª/ §#Ã-,ìiIgÙ^},...!Hº-õ¢T  _â6ì È3/4háéÅÂk¯ß...
×X^,ÿ Ö×%2É ûè1/2{áw÷...ïBÿWMxB/‹ XÖëÏ¨§Úÿ2-Få¿Í0Š (tm) È3/4v(r){LÂ#q²,
fƒ:³  " ,!ÐD9
\'3(c) ³a ³Ž÷4Ì : r&"Ï82S  ø¥ ¤€H¯Y M
"e&ÂU t ÅÁ
  B-.°y&  Ž÷Øe ‹ĩ˜gÙ±
Bœ¶¯AéÛØ@Ôã  "


CL!
ø&ˆ=! ,í 'dƒº˜@íô" " "
?PAš@ ¡" °AÆºa
Ø¤
!×|ú
Â`ƒÐa?ªM°°ï5§ZxOÓ´âÐ|]Ú
S{T-ö -Q w"c1/4 44D¦âÓ‹ŽÝÑ-4!¦mñ núÑ   ¥¢,8¹ ;"Ÿ -Ñ-8Ñ,¢skA'œÈ#‡\Z 'A/pƒuºˈ¥¢sr
Ú#÷"õ Í]Á‹...‹"s'"ñ z~Yþ‰ÑÈKÂ Ò Â
 Aä% Aéü Ð Ù'2/4G B
×ô"(r)"Â
"ô   ê(c)¶J¯*ú
7kí÷NÁ è6ÿOO%JOW1/2è õÐt é^˃¿þé¸OO
é(r)ÓÞŸoK(r)ŸĨ¯I˜ž &ú×ßukZé°éº °éþößK"_zo§Å+"ûµýýõVûXû[]]S‹÷ õÓêŸþ†-¶ÝÅ¶1/2îÿÿú~ë÷
-'ÿ ªVõê'oþ"]3/4ûÿ÷éké}péþík¯¯ÿß
Ó(r)ßÃ{ ÿ×!-ë¤¿[õÿ
õÒÒÓ÷éú-} ºäH_(r)BUi|Ó_¨ü{ d`_ÝrZ ûú B=öÿ× A7§ÿ "(c)  _È:=ñþúµÿ:†?ü úû
  ÿ_÷y@/÷ý8.(r)T  xmÿ_ßþÖþ
ÿäX ˈ°1/2¿§íú"D wk_Ú¢ Õê   ~ ?ÿõÿÈƒšºþ  ÿ ,Gk"è  ký÷ÐD'êßïtHí÷D' È ^ý˜Ÿw¯Ì'
ëõ,ýkè"÷¯oå8ŸÝÝý?z$ _¥ª ¯¢HßâL} ê¯û¯ôL ~ü(tm)  _
¿¯"^(r)
ï÷úßÚé1/4 ¿1/2÷t×Ut×P¿¸1/2tª•þºÿïõß}÷ß ¥ªéw3/4öÿZûí³"ôûÿ-ø_ÿ Óÿí ]zýþïÕþ¤"õé³"Oû]kik¯ý/§
1/2ªëg V"ÿÿû-_Õ¯÷ÿõÿÚ¿"þÿm}}†¿þ*(r)÷wúýþ"}¯zëþ¯Ú°ûê×÷m}¥
-÷k}"ö"¶ A¯iU=ëÿ[iÿ×(tm) ¤Ø_ðˈ-¥a;"KßˆÏĨmªh+ ·_´-4µø5`Âì5ìù-C
ÿ~ ƒÛ_¨j(tm)t
ýÃOØa˜ÅL %ì0-(r)Ã (r)Á- Ž88¯².& Wµa,îØ' G }ô?ÿƒ. ƒØ¯ä(é^zôÄ±ïÅ±Q&;1/2Š1/23/4*û
Lƒ"Ø- ¶!-q&?Ã È#ø§õVC 1/2 bJ?
ø¦ ÷mZì‡{UÖ [Ud ßÚ-áVßmíwÔÚ̈Èw´øa_öÒ¯_µaÕ...¯-Ó  ïØOá...A"×ì*÷
/^2=Pƒ A"Áa¬0µ¶ öƒ%ÐÁ
  K3/4Â

-¡ dbH JáðÁ ´"
!Ä B Á ˆgØ â""",!
ˆŽ""!ÄA"¸z ãcãþëü› Þ"ì9RK†¿º
¶Ým'
MpÍ‹¡"º ¨-Å[\0•... Â l¦â?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿç`±:6 ŽÉ¡ -ŠwTW #² "¨›˜ áj"Y =LjvXÂd
Á§ Š2¹Ù Š" 3[2¶hÎÈgbf}•VAºÓÒ¦TÓ·'‹Õ-H²
š÷dY}yPÿÝaV'
è m3/4¯U´Òþ¿_åÎ¿0:ÁV¸^YËPÕBþÿV} ×¿ ×úWõý üRük¯ñÇ¡p~þµ¥ëJëMõNÝxÕWxÕ-1/2í¦ÿo(ë
û"þ‹zZDbîº(r)Ö‡¿÷ÿÿfp"*r2B (c)ìÔ! ÉX"3/4j2£<21ŸD/A§g $ $-E""..." HhæH ÜJFJY±l ‰
•' ÍKƒ b)dh3Yþ¿ÒºÞÂ
2C6 0Ó@Â l=' hÂ a,
¡ØL pÉ0'"hA. Q C> ¤áP0@ó h96Ê " è†(O‹€Ï
â4
ú33AIØA"Á õ !(tm)³ Á è%¬á P).ß!ˆS"óƒ) Tº¡ ôÿ÷Âiþƒ¥†ƒ ƒé
< ÛA¦ za=Bj˜AÅØOÓ1/2Zƒ
ôÓA"üœ0 ý
á Ÿa h`ˆ!"Z[È˜ "ŽØäIãD-ú ±Çqa
{m È£¥ÓDW|CD[qÆŸ! èˆ=Ø‡1/4,€ 3/4"ÓCÓÐ=ð˜Oî81/2:Ý{ :'J!Gd#~ "Q/É ò&='qÉ[L¡È
°' #æTC'>‰Í¢thœÜ"Œ zD"#°Ñtp@ÃäÎé 3":SæO<EÈ-B{"›D[öÎ9p¯µ'ÃO°˜Ž Dy3/4õ(r)(c)7L8#
7¬•6ü ÃA;$pƒ| é H Ðt } ö› é< tžHá
E ïNµ" ü.Ö"‹"OÂ
:MÁ
Â%8¸¢sï ´J Ñ*8AäNt‰ÏZ÷iµzo~´ôŸº§ééö×a7
ÓIýÒº¸OWP 'î·WÒïï"Ðmªá:O´úA3/4ê O1/2:O ÷ ºV-õVÂéZqk§þ1/2(r)ƒÐmîš§iWXTûþþôÝ
Môíþ3/4Ý4"Z1/2> ~¯Ö›ýP&÷ß^•WÕáÿôÓë-ŸêÒNºôÒo Ú ´†› ×Þ÷¡Tšé¯ýëéu}Õ'Þ- {ß]~ÿZþ-vÞ
¡þë×¦û
/ÿÿºë¤ê¿µÿ(r)ï(r)¿ý´ž‡Ú}3/4"_ZoÿÆ•÷þõ¯²%]; ÿÕ+3/4ýÿ] Lù-ù 'ë°oäb Õú1/2vºßßÕ×õÿú Øzj¿¿
ýV ìº#ƒ Á ÝÝÿÿá› ÈÀ›! Âó '1/2- 8:|ê í/~Ö1/2×áU4ÞéH ý3áÕ7Þ
'úî3/43/4ì†(´# ÓÕRß"¯Ðò /² Mö
üFÁÝå Gú^žÿê-šÂÛ-õ' "Æí$éC¦l)-]ýý÷PÃ1/2°ˆwêÿ"ïïÞ¸`ä Qðˆx ì-¸D ÕÞíö×õwÞ(tm)
0Ò(r)(r)I,úÿÝ²
I i?×zë' } ÅDY÷W÷¿1/2VA‹V ,_
ÌPšÂ!?ü˜äBï- Ÿ¯_ïÿY7-Ê
4àˆ õûð¿"ºá‡ß_ë h"/g0Y ß×]}ÞYR'ŸA3/4 ì²>°"7ú$CÿÿÿÚa éª" "Quä-þM]=è }o×ïû
×i~"º3/4þ¿p^D "Ð_ù(?¸$¯ýëÿû¿ ' iúPˆÏö ztå8¹ 9‡'ªëô´ûÞöë_×t¯ý}%°vìé ÿ†ÿW¯õþÿ÷~•Õ[Üé
_ÛÓÞ
ÄZþûé-¬¢ýMMw]~íë÷lëôßçW-i}îjÏ-}×ý{ÿÿ:1/2xZA§þ 'ý-V÷Ú_kß º3/4""{(r)1/2?
õK=w·ß"¶¶ƒƒÛ_õ÷ôºÿµÿí3(c)-ö1/2}
ôïë¸KÛJŸý~ÒUwÿ3/4×¿ºVýöÒµ Uµ¿ÓKÖß÷ï¿ÓµµýØu±MÕ_·¶¿g u"
PÒµývéUµ°3/4"ö·_í"á=
Ú¶'ðÂ´Ú¶•¤ÚZaRï×~"éº Óév3/4ëí+ëVÿÓ a†
wºÃ ›{JÂ¯¿¶-¥Úí"¸av + `[Ká...ND-ÃV S7
.ØMµ"_õëv XkÚðÕö× ý"
[ß_íG u¥±ÁìŠè1-Þº¯ /"_cØÕˆLS†$ÞìqLV".%Å{'3þÝßÅ0a{ ¤L
%1/4 PÂîÃ ˜õá(r)ûaBkûv Û _ ì,EŠ_¸\†!*L&3/4 = ñ...[Xi71/2ÿý¯V -Ä˜ïb1/2ˆQêÅ^û ¨[
\ ÂÓôØOL& ÿá¥
-ú
l.ƒ A,1/2" L T

ËpW   êþ3/41/2'î  L‡µ"KÓ!ˆÞÂ
...z(r)ÔDH±Ð  j"v  ‚ƒ  "ÐŽ"töƒ1/4!ˆ"  1@B4"")ƒ$U¡  ŒpÐ‚ˆµð±  Á0  Ø&Ý,è  M]4  A";JÂŽ""""
4"""#B     q     r²...â  ‚Ý"bUø¯Ð˚òlEP  þi%-Ý+Mt"
‚0J¬›"  ±†!  ^  /  Ð0L(RÊªÄF?ÿÿÿÿÿÿÿÿþMêg31/2Y|3/4W¨¨3(tm)*(tm)  %o2"€Á'6y  %o³‚31/2  Ð  2
æmÈ¥‚¹  ªgg
‡u²
ä  IJ¨Ëä6lÔ1/2§^  5=È7Ù(c)f‚íÿîv›ƒ̄o1/2'ó%o S1/2U"]wêÚ_  _P(c)%îîø~¶ßÈÇ}w#fT={(r)'É‡ß-(r)-f¯
¤°¿zRêï1/4[Æƒ  äaÿmŽäÑ›íˆwúNû¿wî3/4-Ý6"vÿµU~[ÑnšÒU~Ýú"Ò[ïÝZífk(r)ª̈ó"ÑHÔg  2]  â¤K"¢
PWdÁ(c)ªÒÍFPÎ¬æ¦Í  5
èf  5
-é*'$  Wš£ìÀCY%›  Œ3S02ƒ5D¨D¨D   }¿ÉQ  1/43/4Di%Â  ô,‡,   A  #da"C  œ    5  É
ó'  "BêB  ^"²H
HŽ  |  1/4      ðÁ  L  Ý    wúi(D*r  ÿ0ˆr{A"B'°AÙæˆ(  g  ,&PÂ
Kå  ,  hÏ0B  Ð(  ÓÃ¡h  at  jÿ
  ÷a    àfT  ,  ð  ý¦  q  Ú"z
ø°fâÐlh  i"ô  âÂk
;Ó  6è  =6œzq^ðÐuÆšz  l]j›¥  š
Â  }ia4ûU´ôø¹  ~š  ¦'4  Ÿ,aü  ÜœÛè-1/2ëDW¢swÒ%î  çr1è-54Ih  ÄÝ'ì‹îOÝ›-¬œÚ%  äsh-º'~%o{'
âÐ¹Ü...'K)ÉœÈ'Gß%    ï!!Èñ̂ýû  ÚW#¦žE(jœ  6"á)  Â
Â}  3$  m'  m,P@î²›O  7N"O"ª̂íÂ
è=  øZ   ˚  fðFf  M¢é7#*KA‚A3/4  :  7zþ  ,
Ö"l.šAi?ÂIé·Ié‚MèU¬Ó  0-+...Ójð(r)  A:Wuª̈ý6"u    µkzÖ¶›    $é|+"  øë3/4õÓ¥j´Âi¶ÉÂm¬•tô÷
w§ôƒÒ(r)ÚÓÙ̊Œ‚%7]wOÓÔRNé:Þô   ÔÙG
H7þé‚Mß°ÿ·n  *KBµmGßë¨&"Zú]ëV×B)tßj"‚!þö±ÿê""Ç¯~ß×1/2tý~;ÕWÝi?¦Ðïí{ß[]-WCjôÿ¿Óÿõ1/4
&"°wi¹*ÿªuþPŸðZì  þ3/4Ò]þûtÿmï   õ^¯_Wzôà°§¬%m-ÖJû
×QW¯Ï¿¡uÇ
I7  vÏyH  R  K××],Ûÿ‚êÐé  \  "Î̂êÅðK¯·¿d1@¯{ÿÔ=5ì‚('  t~ÿ°a'  €íÿÿïë2JUí¿×Çu@¿1/4šE×ê¯
Ãÿúþ̂ûK¡ðÃo-¿Û  N¿  ÷¦éÿ¨=ûÿ(r)Â̂þ-_  oðo-d‡&  wô-Ü,àW  â  þAqÎué6¨$]uëÿõú1/27ZÖ¯~ý  ñn
ä¨ëû̂õêÍT^þs  ×oör¨0"þemÒí  '¿  ÿJ˚Bÿ-¤›O~Ï(tm)'Ñ  "ª̂bwÿÿø  ø~ÿ  Ûkƒ  {î̂h¨w§ôß¶êêíûn¿1/2ûý
    ïÿ¨ëÄÿÿzzþ-ä¤3/4  UZ‚JÚ¯¶[°*ÿù(c)}¿}ûÿJÿ÷M  }¿2)¯ïs(c)ý+WKd3s"wLêÃí§gWï¿ÿbÿÔþ¶|-"
*Ú_Vj}  ïÿ1/4Ôþ(r)×ÿz~̈ß÷[í}÷1/2›  µ-zl5ú×}w3/4Ò‚þÚw¿1/2{M/-j×]/  t"Uzi‚÷úVõkö-ö  ×í;ïnÿ̄
Ú̊÷¶̂•OÍÒ¥õk¶"zÚöÚ̊ï}Òúéa÷ÚM¥Ûk¿¦°K¶¯í--ÿÞ  -î̂¿cí†°Þ··íÕ̃_i"÷Z¶""ÖÚ1/2†•ž    [K"JÈn+
ì=øiC^öÓ}í´ÕßØa]6Áõžui0Õ¯
¥ý-ÚúØŮì/Ã[^øi.)Ž)  Øa/~  J
‚°°`"0-ØJ=Ù  C¶Áu3/4
  Zcþö8i&÷"    `Ë"á"  ""ð-ÛJ
-¶  Õ(c)
Œ&1/2Š]v!1û  ÅlmiÞ̀I"k]̂]3/4ûVÂ̂OnÄ%î+
    ÈaÞØkØÃ{  -ÂtäÇ°"
:¿°"ï¥  ï
%ß¶̄ßk(c)
ÓVƒĴª̈Â~f
awm_µì(_´ó¬0UA-\$é"1/2$  A,Nƒ  Â̈v¬01/2¥  &3/4  A...  A"<    Ó    ¦¡
  Ðƒ      "GA...    U,  Á,Õ"
    Õ̃0'ˆŽ""¦"
"      "¦!   ^^^   ^^^^%o  "G
ë%o""""k×Ž"*8^ý*m/ÿ%3/4¤ÜQ  ›XéGuÚ̂þ‚Ú̂^  "  C  7Q  ÿÿÿÿÿÿþZ`"qÿòlJÏåqÙ'dgJál(r),Ì  QÙ̀h;
w'#;;  Ã*ðÞâhÉ£ù  §

×ù$Ì""
ï(r)d
áx~Þ-...Zò"ü/Úï[  ...ÒÂÿéYz5Tø_UÝ/ÿk  Ç-X  [v†1/2~;¿ûÖ?¿ß_ÿ_ÿ-¿ÿ¿Ì  B'37  lÛ"är;1/2ò  D¢(2
3
s¤A^@Æv
"Š*ü...
;:!g(c)Ù"j]Âi˜
u  ô
ø
gâ  $
Ö  Í  Î,  ...,  U³    :  )ÂDg  øØ†¡NZ""    (tm)ža  t  FÂ"  žŽ¦  (  N!  =ü    Í    ÁO  j  "  "
:yøêÍLœh3ødŒ2þlSP´a>Õ  ‡á    q!(
    h  û°ƒNý      "  Õ¦  a  ...ß, áf      "  "-  A"Ð},!  <Â!,>  A  `˜A u‹B¢,kz
5N-8´í
ö¨-š{  šh  ×ZiÅ+é°
4î  _    úî(c)ña<    !Gvò+‡%´Ó"ë¢;k'<‰  l¢\  ""œrtÄ5ù.
  ›äKh    #æ,
oôOéëhŽÙWHï  ¢1ÜŸ¸"?  Ä^ÅýÂO%J'êI  èÐ'^\Ú  6
´
¢  H< a
A6  )±~Gù.Ò  žžàf Â      á>-‰Í¤  h  ?Â  í
².  žÑti6hÆBŽÕ  ƒ  ý¹    "Ð‹Á¢szöé°-]ô  ý&éë(r)ÒxAý'"  m*´¡j´›§]¿¦á7\2à¿I7
›"  Òn›"ÉRðA"û  ÐÁ¨AÒoô¤  ¤ƒuý6"û¥-ôôýÖÖ¤Ù"...H>"1/2:Ý?ôß¤-6îŸPšt    ÷OÂjé*éá<^"ú°zÕ
Ôx^  5´×M  ŸÐ]TUt/]ZOM-^)?þ"ûzýîôôî¨BJ¯]3/4ýûú¶ßn¨]  ïöôoß_ñ×3/4é úÞô°k¦¿ßõwýêàµ×õ¿û
W[
×KÓþÝp-î  ]zë¿ù  *é{ÿ÷ÿþý~ûÌ,Á=^"Ì-/-Á¿ÖF,ýÛp_[v'ù    Ý5ú""uá¦\  ù0'þ-Ö(tm)ùP"¯ªÿéu(tm)  ƒ
-ýÆ›üT‡  -ä´/°Ç-(c)1/2<(tm)>"Ýd    "-  è°ûûÿ    wï˜îètA-ú_ÿì  ¯...Õîþ(r)ú(r)ý-²
  ÷øwû_÷  ïÿûuÚ}Â!>1/2ÿ×áfßÑ  {ú_ÿ{ö±è"  ÿMh0t-
þúýÑ
3ýÿ{Où$  ùj7òc"    ¹a:"Ó_2,jý×õé  "Bò÷ðne-õÝwrÂ  'ÿÕ}U  bE¨  {ý}ð"¤  ¯-úa]_-(r)ÿ|(tm)
ë¬Õ#--  Õ¿NÛþþï'íÍ$-kþÿð~íR_ÿ{õ}Ûèÿú^Û\-/Ú1/2Wn-×Kôú÷ë¤ûþÑ"ÿl7OOöýšíÖ¶ý-U;ß¯¯³-ÿ†ýU
û    M¿ûÿþï--¯pw¿    ÇÞum¯Õí§gSIí  ¨Ý³ôû[-û¯î3/4*×¥:  ªÿ×kªöu{Oý´-m_ëµ¿_í(}ôëö¬:ôú]í<óÙ^ªý
{¯¶Õëÿ¿uwÝzûk¶(r)°h5ý¿íwïi/é°"Õ¨ôÚëï5õjÜz\5í~¯a¯ÿõ°ÿVÂýßu
m'V  ö  µÂþÃ      A-ýÃS3¸kí^ðÕÖ†›ò-Ï¥mí¬6×îÒ¨Ýþ"÷Zml~ØKa,AŽ8iC      [  ,†
Å§î2âCA2.oa...}†  b"Û      XV:í6

¬†Wû J
    $þÃ      1Iÿ¯Zï  ÂVAßì{  ïb¨(c)  ÆÆÈ<_Ø
Çõ±(r)ÅUß  Ä·²  =ö!Qþ;  3/4Å4Áÿ3/4ŸÈ¹Øð¯¿...!Ý5´ÖÂn"ÓÚ(r)ïd;ý
ÒéµV×{L&Á  ¯†    o¦¯_ýí1/2êÂ†  ôÈHxa
ÚØL  °(tm)
è211/2  `ƒ    Všò`  ,ÕØ&  †  U´
zôð'1/2 Ó  zÚëôÕDA""KÃ ƒ2"FM
  ^^ƒ  ""jX^^^ƒ
  ^^†F    d0
Y!1¸^2`‰oj
hED>!¸´Ð^^^Ž""""""""""";ôMŠ/ï¥Û_
  ìUXQj?ùjŒéGÿÿÿÿÿÿüÈ¦"¬¨¨÷  Œš0(tm)  GxÌ'ã,d"#  Øo[é  œ-d¦¬ì

§ÿ_% ëù(JU0 ÿå"øPº¯...p(c)÷úÿý-ÿO~ë1/2V=ÿè->ºúßþ¿Ðoÿ_ïÓ¿é5ÿo~'í ª‡ó...gòC5<ôJó' A3
R òœpÉtv]-+ óƒ SÎ¡7² óYÑ >² eT(r)P -`VÒÁ š ça " ! t Î y› 3ÁÉÂ' Ÿ
u
"È{'Ðƒ:"!ÆÄBE˜? š
eX9àê$C 2N6 ê 8¸ƒø° á
øA ü'h=S AÑµ{A jƒÓü é
"ú‹ÓN÷vÝZ
)
^ƒO‹ÓŒ
Ó ØÓbôE·_vž Úq Q.r:d}ù Ü ‚Œz%Ì¢dg ˆð>Bf'/|-Q Ü"†ÂY %ÎÌégßh-¹ ä1/4>NjD/8L‰Á
È(çÐM´ô o"Ú - Ð| ~
á ÏÈ&ä[Ân ¸ ÙœÔ ƒr/õ}2á² ft'Ò
(tm)º ÉxOÒ
•ÓzïWH&ïiº1/2...Ý6Â tž nžž"ïcH=¤ï
i8m·M~›Ý-é- zá:Aÿt $ ÓtÓõ¤Ü'éý/¦Õ=8Ð^×ý¥H=¥NÓÿ]p¯§J·ØTõ ÝuÐÖ"zO‹Ô‹7·[úöí?ñªJï^ÿîÞš
¿ýþ"_¯o}º
ûÿýÚvÕuÿßþºI;Zkþ'ûèƒ eŒþ3/4 "kþôúþõ"â^ÿè Üi}õûh šÁÞ¿âÔ tõ¯Õ;õí[É Šýÿï÷þ¯-z|† /þ¸$
¿¿ýõ zð¿Úÿÿõ÷ÿßè‡ ûû‚"_Õ_K×ô(c)´BÂÿû \
[È.ç?ÿïäÔ5Ñ kÿäÇ?J!ïíûw÷Wwïµ ‹?_ôÎVýe"ßÿWÂÞÂ$C ×hEQ#ÿÕ ÛZ(r)ÿË!÷×ëW[þÿÝ=Òì-
ýá_u öõöêÿKßÿnêß1/4èô¿ú-úW1/2ºÚÒ¯ýþ¿úºZ×¯ çWÞ¹ÕÕ÷ ö¬3£¿]k_A Zíýõýÿ Ûí/ŽëWm/Þÿþÿt¿
öõ"¯ïmwIõÝ+ÿÒi_i5-ë êßþÝm÷ýý7ßzÿü5úïµë"j˜Jþ UÛ...ïô¿á...á¥¥ÿö•VÃ
û
%ÿ"öÒ°-yŸvÂPô Iá-...á¥þÁ‚]vÚî"
ûl-ÝÁ-
ÿ
-† I; v"54%ô Xâ¢¸¦:b(c)'qìW| ±Pa/'sìW²- ö!2/ bäeÃ Š¯ýÓM5,p(tm)
}µ}_öÛ
Ãÿ×[ -ïÚÃÙ
‡lB§ÿá"‰¸H·
V ^ -"Ã
ëaa"Âöÿ
.ö (r)›
ë...ü·IÿÅ‚`ˆè ‚0¶ " ' Â º Li ¸0V c 1/4 ˆ2zðÐˆì †‰ L1/40°Ë-8‹ÄDDhDDDDDDDDD
DDDDD Æâ"5 ×[-þ µzïÐ\Gÿÿÿÿÿÿù`±V?ÿÿÿÿÿÿÿÿÿÿÿÿÿò(tm) ^?ÿ‚ÔêdjeI 3S;‚Í xÈ›A'á *
eM 1/2;- "-E
...(tm)8¡
í £6"3³W'
&¦AÇdÌïXîÝPp~El*¦¡[vó%+]ÔïYÕI¢ª
·t¿ô'Xz[·á$‰-á|ŸSÕuA>"Þ3/4'îé^µH6É¡¯ìº º"ß.¯×oÿ_éèÖxâ"‡Õ"" ã°¿qëW¶íj.âýÿŠÿUÿÓÚUê¿ß{è*
¯^ï[(tm)*þÙ*==}kûð1/4èGV}› -Íš É0"Œã9 dâ' ä ‰(sZ>ÉÆk2¤ ƒf±É ...¡~]'+&*K
åÁ"
D9Þj ˆ6³Ù-'¡ä 2´Ê³"2 AíHØÊËº]ðß
u nl2Á ˜A¦(tm)s6ð@Â
Í‹œh0@Ða ¥ š3 kv a?L ~(tm)ðˆ H"
~ ""xÍˆ›eÂx Î¡ÌË6gŒ ``H0Í˜ gƒÙ€€ƒ) ã²p§Á)zß" qm(r)Ÿ±U¥a
"' -C ¦ Ðh_ iúj |h |4=
¸M5O¤ AµÕ& ý4ý ƒM¬ úö-÷ÞüŽ1"o¢+1/2 Å¤èE ä î.º
¢<|\4=4-šÅèa8*ÓM´›‹CâÓØî1/2?["ºÕQ "vqÉÓ @ WÑ:4K²sÙ

l", ¨Ÿ¹ôNoY/Á?"ü"SÉf´-4JyÜ´ ö^±µ‹'1ê‰Î^*ô¤,9  Á(tm)
Jy!Ê  Ñ.  È⁻d•  Ã  µnYü&Å§4Š*
²h$uj"pfÓr/×¯N,
   vJ   Á  Ó^ª      1/23/4  iZ  <'fÂqt  Ë>GK²/  '"  ´(c)¸m¿"    fW"ý  æt‹ô  wô]
Þ¶µ¥zkUýU-ê  \$Ü'  kVëIê  ,TÚ_OA´·I÷Ò
"u¥      -§w-}&Ø'§n  tü  m&ôß\
ìÜ\=Õð  ýWi"éõÖÓÓ×w×mjÝ{ÅSì  ]pž'ëV  ×AÛ¦  uÚJôï×pª"úúûyÖf^...U§÷ÛBëjßÝ}ÿÖé651/2uWC
ý>ëMÓz°õšý{"c]é¥"wN×  O×°]-  ŸÅÿ¥¤Õ⁻Ò§W÷¨ÿ{×éuÿ1/2ßï~éýë°mûÎ§Õþ‡ëÚþÅë¤  ,Õÿ}ÁzßL
Î  ¬/WNí*à'"p·  Õõ⁻Á{þ   ?ÿÚPöõ-ê"
î  ö÷ëî
5...KÓ×$Áêûâ?iúµ÷Œ"fµ°ËQ    -&ô4=
^  ÿíû  R  íí•ßšÂúq},l
òF$€Áûíán*K3/4µÿ]Â  òÕ  ÿ°û1/2ýëÿn¤-"iwÿÙ@/×ûL...Óíx,+ïZXD<W  z{ý}Õ0ª"Oõýí}ëu_  ×á†
×ÿ]  ÿúd  ú  $m1/2  ñ]  T
   n'jÞ"¶ü"ÂD=Ýû_þ ý?(c)dòC'  w⁻õkj  a  Gý÷÷ØD  =ðDu°ľ?Oú"Íþ"1/4  þ-*3/4¿ïĬJE§ýþÿ{⁻fWØ!K
ÿ{Ýè  D'[_Ý{Ñ  ž'e5Äo3/41/2  #^ßz‚Šëi}û⁻ëè⁻  T•üéÿ¥kÒ-7ïÿ×'QÉ£÷ZÿË  ßíæ
‹ÿ¸I_×é;ï1/2ôª"û"×ïPš1/4?÷w1/2¦×þ¿m¨t  Õ{ûZ]ÿêÐ
§e·ÿµþ"⁻î"Ðâ¿Uÿá  ý%ý⁻úZì3¿ÙÕ̂ª(c)Ú°íú]?*ßë⁻]VÖ,{ö  Òí{ÝÿU°3/4þ¿õ_×[}ë-êÿ⁻ëÒ¿  û¨¢¿éz÷ß
ÿöðÏ‡1/2¿ï¿÷ë÷]øô°Û_ßÞÕ}í;3/4÷[Ö×Òa⁻{j3/4¿îÂÚX⁻í  ÕûéMN?í¤Në°ûÕÕŠ^ö÷ím/Ó⁻mO  ...öÕ"I´
-¦  °þ-šö'  íÿ⁻ªjÿ÷÷Úuð×÷ÿ  ÞØ^·Ýì  wá'"jÜü2:"ûK°3/4Á"ö  $Á-  {ØA6  ÛI°-Ã
Ú¿⁻v  vÕúþÂÿk}¶  á⁻ÃZZ
   o's"  ¬Ó   WÁ3/4Þ  §cö;b£KV8¥dQìS#ñL0_õ(c)
:â  `>þÆÈ¶¹  }ô   û  =',ð"V$  ýß"ïkOï  AÓ
Ý7]"¬fÃöC¿h5öÓ·  ˜JÔkïÝÅ4ñ-õûÓ{  7²*    ¹
{  (r)⁻a{°1/2ïï¶  j⁻†  "  õÕø]§^Ó  wL&BÇh4Û
   ðíïjXëa5oû¦nÚí7õÕ3/4ÓÃ  Zà¯,D]¥H  !ÚV  -
P`1/40U°°N  !Z:¡",IX&˜¨:  Â
Á  (   !‰/ÕµaP0M;(r)Ð0-ö  [µ    0¶(r)"'"'"'"'"'"'"'"'"!ÄDDDDDq       a  †  ¬C$NÁ  Ž!¡  Î]  â!
,g   TDq¡ÄG      à[¤"Ö  ]  CUf⁻Uzõ
)n  !Úp-  c  Ó
a5UV'i...Ã  ÁA    (^Œ    ÿÿÿÿÿÿÿÿÿ¶  qü²%£  [šE¢§-ÄÙÙ8ìÁ
Óaœ¤
U†iØ°  RZ  ¦E
¥³³Xį̃³
êvj?ƒ  ‹ì5Wä":'MÔ⁻  y  ývÂn1/2gdxQWÒ_...{øï¨[Ü.¿RKÓýu  b-"s,¦  ^gsï¥¥Ü  ß⁻ÍnmZ$  #Grö7+
Pïø⁻_þ°t  o[ú°î*}ínÛIÿ_÷-ª(r)1/4÷ð*Wß}1/2  ¦È  dA•´ánòcé(r)⁻¦¨d  ÚÉfJ‰£⁻f¸Û'b¢!  !÷¶D'(tm)j:"
   d8äI%"-H  N)'  Ô.L      ¿waÒ...šš
ÄC0D?  ã%Y  Ï3b  "...í  ]  Ø"      Ä)ÈZÈ•  ÍAÊ
   Æuf  Sbš,  óÂ'#¡  DD
UÀ^%  T\  ?  -  }   ;  4  ^  a  ž  7µýqÛNÜ  ×ÚÂa

Q^  Ð4ü  x@ô-  á"  "
˜    "0D%(-(tm)˜‰"  Ð(@ß:
TûM7OA¡¦*þþ...zôêÂéûý¦škh=
   ª}á0f  è5  =P7M  OL  tKœ‹n"Ù   ¢Yä±ªnõý¤ÿÉû...u¦‰ou  çë¢~é  ãNOâÈÐôâ%‡  Ñ.qzi  âäG
ãM
N  :t  h  nBŽBþƒz  4,    ¹?¢Sÿþë#?A9ŸÝ²9ÐAá
¹#øNfÐ  è"Ü'"R'7¢^àžEúA¹  'íK  œÜ‡ÿy<(  ²  ôE  ÈKrXÑ:o3/4é7%pÂá;¥"  :O  7*ÿ(r)Óûw

"#äs¦ºz3/4"Vún i^ {" Ãpž >"
&Ù ß Ü ¢tpAÐAÒ{<¨äGÕ ›ÔÂz žµi1/2["ÿëÿÝ/ÒÄGi´ÿµ÷û×3/4ëMêì/n›"ýZM
´›¤ž(r)¦â"4ÝCõûn–õøIû¯ß÷ØCûÓý Óâ"i;bé7Äunµzúz·v ôõM´éZ^"µþ°Uþ1/2Çßý ô 3/4(c)ï"Vô
ž-5 í§íûýE a.-íõý
o¯Ó áÝ[Ut¿Òÿë^DOª"µáþðo Á1/2zOêµOôâ]ú[" }7¥ÝýS á- ý^ûßýÙ ¦Y7ÕW
^² ]¯
Lö¬...(íÿªîûkÿÞÿ-uÕ›f5-3¿zÿzUCò6 ~¿wwÙ
×þÈ £ýfX¸ ƒJ>-õÿ ý× áœ §´"=òt"ïÛý÷ò ÛJþ(r)ÿoný1/2Ã
þÁºnÃ Iwÿÿw¯UŽõëB= ¥¯! Ü þ1/2r ×Ã}~•á‡û†ö°aþÝ î¿I/þ¿O}ôÿënd(tm),U ùk÷_µ¯5 ÷ÿ
H²ù¯E(tm)AbO-9Ää
ÿÿöÛßÈ Eõ¦·ŸÛ_÷íßè o×õ oëÿ"
ÓJ
º¹ CÌ"¯ûÿ]{:Lµwkù';Ÿu9
ÿÿZ¯á}¥o¥zþ
ªÝ¶ö
÷n 3/4
þþÿÿÕ-¿}z Â ÛÝ íY¯\Õ3/41/2ý}Òï*{¯õ ê3/4ÙÒÊ1/2÷ïý°ÎŽÈmúÿÿs£ÿëúö-`(r)Ú ê•þ"¥k÷œ5éµ
ûĴµ1/2îä׿ M?Lê~u;_×(r)Õï-{:5¿"³(c)ûÛÛ]ÛôÞ-ÖÝ×z}Rm'Õ]Óÿwþ1/2/{í/¶Õ{ô"þößÓ[÷¶œêÿÝ/³£Ú
V-(c)CW†-ÝZ}< ...1/2i´ÛIøa_µ¿ïm}&öëo]+þÂÝ:¬=ëûÓ×Þ¯÷1/2"›
1/2ÃI[ZI$ÚI..._äW †
÷aPaSxkì Ú_anª¦ V"03/4-ÚÖK¨iv›Ó¥
m.ÔûXa'ÓJÅC úŠj*Øaa...l ß (r) ñAŠdQ¯ïca,ü[ 6 I† ƒ#<"ð01/44¢1/2Š(r)¯0"4¯0¿Ã
ì4"a¤Ã
fk°Ò°ƒ 3/4ëjEá ‹‰1ÞÒ·LSöÕïƒ¿ä { {ïª
)ˆQ\VÅ/µîÅ1LBýŠV Kä éŠýµ†šï" l'
2 îÿ¬ K² ma.¡-...ÝXaa¦šm§v á"ÓÚkö¶?Ša=ñPf
÷`"
+a0¶¦ ïÔ Áxk
àÂkh2Á...L X`œ0ƒA'Jl%aKp•6 ´ NÂî¨(r) á¦"ðÂ^â8^† † °Ma""$
"C,-b"""""""
Û. C žM Ð^a $œ B !
* ÈË-Zö¢â""""""#B"""" R¬!
Ø^úýnÿëÇ ÿÿù6 äÿÿÿÿÿÌ J ¥(tm)]
Š31/2YØ¦ÉÝž2 ÎÒÝÙ(c)"sõ*} ,~V ¿¿c W"Ã¹lÈ¹Ô%äZÊŠ,×3/4"åu ,¢þMVáWJÿü*(r) o
Ö¯Ku¥ÿ¯}kKõ3/4-"ïWþÿö3/4ÿ¿^úúÿN¯uߪ¿]ÿâõ¿ëÿûÿÿÞd. FóÌ C'1 ¡ }æ³ßtòC;VÊ ×œ2¶µuy ž
Š›"ï#í2 wÌ2 † ŽÌ "@È ó" ,y ¬‹r0›lCX†€ŽlRœzœfÅ)Å(e
@ ù&-Â
Ô èy€¿PLàÂ BTB¸
Ì("B C J°d6l "‡e CY ¨‡ ^a " C‹ D d`j"Ç¦ ª ¡
Ã 5] -¡0@í¸ Â ° ûAÄ0ƒ...ïa Aá 6Ô Å
dì ÀÂ T$Bá"
› 5AØ@ÉÙœ ...èAè Ô^ïñ

nƒÓCx Ð!Þ"ZoéøNáß¬îÅ âÓT-ƒ
ƒÂ
¬ xA§ §Zºqa
yàÓò ŸïTDzr% {DAþ^áÈÔV'¸oÒ%7ò÷¹ Oy äcM ÷!-È±¤Dw'í ƒâ- ç §q
ä%¿N!¬‹Ž ù Ü‹í -F ¹³HeÎO ƒh"ä&ÉO Nf"Žm ðí) Ú.}>šùtÂnKþ~ d~é¸

è  y$  ¥&äæä(ä?4  nDæÊs('F^ñÇ  7¢s}(tm)´  <"z  v   ûuN(c)
°xOtÚ¿N  }&  [ºT›õ  AÒ
ýô∂ƒ×  7H've¹
ô∂œ-´  nD²  f?‡y  ýl  ¡"SúýtºJÿÒ1/2úzúé1/2(N,{¶¿ëjØMý¸'Ki¿pš§¦  "l´(r)  Á0ž›Ð_O¤ôôþÒ~Úz¶
Ú´õÿ¿MÓê%è;ê?(r)"'ÿÛ  Òõmã  ?Zõ3/4Þ  º}u...×ý?÷ý+ñÃ-  ëô¯ªûÑ¡û´/ª]wÒ"tâøÒßû¿Ð×[_B×Oboï
ýxZ  zþ"ë¯ûÂ¡û~¡VÔÝûÿ  õù  °úÕ  Ò*ï1/27ýwªþÕ]l1›¯  é"@Ÿö°é4×î^  "±›¿Þ¿üŒ  %o1X8?âëÿ¯¯
úEH%  ëïÕ¤³PU^Ûîè          ü_¸|_ø+jR  í§  Ýÿd0|-  !"  ú-ÿë  ¯Î
‹ƒ'ÀÆ(c)_¿ôûƒÉ    °üœ  ë[ßuð(c)8.-ÿKÿš   (ä  §_ôÿ"ü  ßÁwºÞ1/2r  "  xWëõ¿ù'  Ý7H..."è,  -ÿ·ù
    ë^#ÁÄ  þûÿ¿ì/øD-?·ýûœ'  -^w"2¿øD'  f9F  oY8-:õDYÓÁ  ÝÝóé|Å=  ?
X6C  ÷-M{_Òþ^{ëè...ÿ×ÿ8º
´GOýîˆÏþ†¯xC  ¢dZä  ˜ëõÿ∂X}  B"  k  õ(r)é?íÿD'ÿ"  ïß×÷1‹•A  õ∂UÿˆêÛ{õú    v¿ÿõ∂¬"dAW3/4Õ
¹Óÿßá/(r)'ú  ÿÿ:1/47h/ÍGÿ×þ*¿¥iWý~¯¿îj¿ú÷1/2îÔîþ  Òú  OïÀïÒ¿(r)*y'3/4é1/2¶  z¯~jÝ¿Î-øþúNÒê
Õ  ˆ+3/4'ëg-rým~"tßÿ×wïK  ÿ"ÚZ~µ*¶1/2}ßÚ  þÒ>Ó¯î¿ÿ_ÿôô÷"'"í."ì%¯ë¥ºÿî+þëúúv¿wz]mÒß¿UÒ
}ú¶  µýÛ_µõaÛým÷Û}ý  ×÷¶  7µ"ìíºÒVÔ{Mïa¯K§ßk·ª
wºM¯
aX|0^ß†-êö¶"  Õ"´ä¥a/á¥m"þ1/26·üj¯-x§µ']-²  tøX~Ã  'Fv  K{vÂOÃ.        |0±
ÂQ·  "  "av  Y  ;ƒ  "°Çk¶  aÿÃ        R
.1/2š    -ð×}ïµÅ\plBcƒÐ.ýŠ[J¯ªv$oö:b¤-2(Çí[Åñ†*+Ð3/4E  )Š¿  bXÿäL±û
/  Ã÷]¥íÛ
>Úd    ìƒÅþ(r)  v  O†-y
CDÇM
ÿÚ-  xjÊaÛ  0ºV·ÃM  [MþÛÈbÇp×1/2¨0[
jÜ0š¿¦  þ  Ö¬-¨!Ó
]0¯A,ð÷°-X^Áa"×x`1/2¶  .îMÂ¶¿õ
/Ù  |C  DZ  pÂ      A"uÃ  !âÃ  ¡
    Œ  †  DDÝ  !  q¿  s0B!""
ž1/4F...ÊL03/4°eVƒ&...Þ
90Âv(r)"""""""""""""""0B4""""  DA-³Añ¿Uº_-[  ÇþZµ¨ùlš(ÿÿü¯^?ÿÿÿÿËT  rn§  "3-"8‡eÙ-ƒs²Æ(tm)6
Ñ(tm)  2¦Ž¨ëKq¦fÐd¹ñ  û(c)ÄÔ¹(tm)
êvJÕ    B[ôvÑØÿzz´d}'"ß'~3/4¶  k
Ã¦èN  ¡p´áu[(r)ºÿÝZ¿ëÝ͡ˆ  û§äà(c)3/4]aý:ëµè(tm)Ââ¯uÐƒ~Çÿ  ïÿ‡÷ÿÚ"ÿÓÞÿI~×u¿+ç÷ÿ}¿}õÒÓó!fÞp
ÉÂ}ÎŠ1/4Ïžf  EF¦£*Ö)*]ƒÅ"
\ã02x^
'  @§FCd
¸êÈdF  )Ç  Â  †t
  ŒÙ  'dE
Œ  N  §  '      Ì  KÄ@|Î(c)3  È"³"523  S²vþô    ‡0ê|
`^z  µ'/›  9ÑÐ  A,  ûÙÀè<$  ø@ßð@Ða  Á  y'W(c)vl@ƒ!  a
    á  =3¯T-  ^Â
'`  å(tm)öl"  %Ì  gµ  "ÓøÐk
hv  6Õ¸ºƒT£M;H  ~ƒÕÕ   ON×ýp  ö  ì&ƒ<A"ô´  íÐAÞ  þëÛh~šz"âÞ"3/4ô  "Ci+õCM$ä±§÷R
<qiÃ¢  ÛÕ§ìÊáéi¿vÝ  ¿úÐé"ö%oGÑ  4OÜ    1/49÷ÈW  8äÜ)  (-?D#¤KœœúH¿zÑ  É÷¬Ÿ¸
Ú%ï'ÿ(c)  ÇâMò  w%6Ê³Ïr^äþÈýÉc@%oÁ(c)  äý².>KýÈ§È(p-¶ô  IÐ@ü'  {žpƒh
jG>¢ÐÁ  á  Ý&  h=7iKFø¹  "Aµè7  ¹û#'ø ô,è
ä÷MÂm  Ú  73/4,*ØA<&ô  ¤YÏþ|Éáê³ÚOÕ<'Òzé¶ëwH5-SuÒKÖ"p£JöÐ[Óé¿
k"û~"ïM
>¯Kíƒõ[Wïwë~(c)÷×êÔº  ºÒˆÍ  %¤øÿS*ÓðT  ¡§^î1/2...M÷ZÝ6¿Ó-ét1/2[º  ^¨·xøˆëÐëÕmÚUÝlEu
w¥Ú_|*í[Ø[ë¯ÓîéW‹êbúZWOÿUïÛÿ¿ú  ßnºý¤ûiRºz  jýø^ƒ¯  ¹  ×úUêžÚý>ÿ_÷  íõÕéÒ  ƒ¯(r)ÿú~

ýév·Ø?_^-¶DÓ°ÿ_ÓÛ-:×ÃûÈÁ.¯ zōúï1/2÷šƒ°wü28.1/4ZMú¯ÜR  Kl‡
YP  āÜhjò    æ°°ÿÿ¯^´Ü""yÌÄ§PH†Õ  ',uoÿZÉ1/4†  '{   ÕÒÙ=}[$9J  S
  Ž^€ÿ
7Ø5R@.Ýk×ûOîú²
"èDe Å/"ä0Çzÿ~Ô(aúÒµ°Þ¶¡w  =ì80[îûª
;p_oïÿ{ûÝ´û        _ïÐ/[ÿNž,!ñ7ÿë¢
A_÷èù
9€3/4ä0òC´A  ü,áðÝàÜ,
btCÚ×ëÿ  ×\0m.^LÃÿí  G÷ÿß]  ž
ÿÉƒ{2"éÿòÊ~¥8´    ...ïÒÙæ±  Š(Œîÿ1/2ÿ^¿Ôâ"#!N=ÿ
_ëÿÛV}    5úkÿéµþ¿¢  ÕÉ#îû.]ÁS"uëÿ-ïNÑ    §@1/2¿UÜ"4z¯ÿø\  m  r  õ_þöï  ø*-7ïW1/2$ôµÿ
ÿß[1/4-þ·§ÿÕ¯3/4ïþéE7¿÷gOû·>ÿ×û¯¯Ï†Õñ\êÒÛóÏ§:¿õÿÿkNÝðÿÒÿ÷ÿ_×¿øÞ"áÿîƒ¿mmn·ûï'}ÿÿÿÓ  Þ1/
2nñ_3/4‡‡ÜWR""ïè  *oÿKz¯ÿU  ú1/2µî¯Ö>û¯°  oW[]Þ  N·OñMþº.ª"úu¯ª÷V•¯ÓÓÿÜkí&Â÷¥uÚ¶¶"
]nµ´*÷kjÜën°Òl*Ú]    ì  ÿ...~Õm]víÒÒÕ×ÿï°Âß  ê  Ø]´3/4Òïä¥|4¯a-õ  ƒá"1/2"XiC§†  ~ÿÿl%Û
  ¬4¡¥k3/4Ý_¶  3/4ÿõ  `Á\´áƒ  ¯(c)  ...2  z
&ò&='|  X-¶  ,lWá^LT"-¬{_××  "^


+
(Øa)  ~Ü
  °-
/÷ÿvC
â    ÜS
a1±Uû  ªØ"×q²        "nš
Bä  v×_  xaxb¯LS  7}Û    ÅþÁÿ-...m2  Ýí4í2  ð  ×kH4  [lƒÃ
\.-¦  [
ûíûøM*    ª¡1/2¶ëÙ  ßÿÿ  `"0¯]Pa        Ã  Â¹p  ;B
  ‹  A¬4ÂÙ0Š¬"A"
²áa"Â#-Ç¥és¡ííKp  "Á
"†  -...þÿñ  `"D  öL  ‹  ^^^ƒ:à€'DDE¡      (Ã  ^0BÁ  a  ö]...†  Gi¡^""  ^^Ð^Ž"""#þ·Òª-B  ;Õ×ÿw
aW  ÿÿÿÿÿÿÿÿ-
LÈ¥  -
+Ù  •²-ÈÃÈ(tm)  Œì4ƒS°8-‰âTfU¢:#
ªŠL-dÿæJ°•        "\*A,  z
...*zw;Oá*ÕÓZ
ÙÚŠ'¶×öIø]z]  ¥-±JV  §
¿ÕïúßÕ'ICþ²dÝïTõ  û-Ðÿÿ(r)1/4]÷ªßzÿ^1/2ú÷¥°ÿU  ÷ÿ°ð›o}ÝÌ    Îíéîj    ‰KSPÉ~ªÉS"^    !D#
È(¶D  #ä"K¢  Ñ7éš26È4AŽ°ø@ì,†¡N-M^GÊv
[L  e[  31
 e8"@¥  Â
",2œ  0  ¡,!L        Ú,
Ô  g  ÌÁ  yö`ªl    "ñ±    u  w    T  '  ›0  óc"
êÌ  'Â
ð  °v¨8†  a  Ð`ƒ-S  š~ƒ  0Ÿh61/2?  Õ4Â    m`ƒÌ;×@Á  ïhZ    è8Â
Ða
iÇÅÚa:í9  ïÏ
ñá%¿m4Ó[Óþ8´
+,öDÆfÞ¹    Q:^Ù      "
Ó'(Na¢;¤ÚH-9.šM¢srXÐ#G"¨,äp×¥¯ œrtÄZ"

äÿ¥Ã'!|ƒÁ:4úMÂnN  S;4"6  ...I*$  ›"  D¨äç4i
A  È:G;t  @ßI7 -  Ÿ´  ä"*1/4Zä\"}  34ƒ¶NŒJ‰{!  ü‹k'ý  ›'^  "1/2¯â:zIéØMÐ~(r)  Â~-  ú
Ò  ô·úÖžúk,êÐˆD&×á  A´  ":é¶  }úëuA°´  -Ò|?Þ•~žë{Vôÿé_ôÓi7þïôÂ(r)›"ÿ¿Þü'ëÝ]m}/(r)›  }ë`^é"
    jß(r)"ú¯|}ë*1/2Òn3/4ëÿýþòÖ/Öýïxýx    }×µZþ°(r)ô-zU¯ù'
•tÛ_ì±  u3/4þ¿§¯à×^Âl-3/4ýi_þÞò"Y!ÈÇ/?  OÝ?2
ÿ3/41/2-
óÀ›Ã#,à  GÕ×Á'€èƒ°^,  µµú²ÿÒ2  X8B:ÿ°ÿð_ÿ¿{ê?‹!ƒÚ÷þÈ  ÓÊ    †ÛoO}¥¿ïÆÈ9'  ÿßCëÿÿÝzþ
ÿý
*1/2,†
$-^(c)~1/2/aÖû°¡¿TBç_ú~›dì"(Ã  ,#á.N‡#÷í"A#óA  ¢  Ý1/2o÷
{öü  më"í  tI  ¯û[µA  ôÕVd"¨zÿ:...'g    E¤§  O  1/2oÿ-9ÀëÈw:Kô¿!Ü-U  1/2?ÿëÚªúD'Þÿò
h(tm)nXpß·  ú_õ‰    Û1O{þÝ7Õ°¿]?ïï  ÷_]ƒÂõ¤°}-Wÿ¯[  mkUWêÝ  -ªêÖ3/4¯ìê÷:÷VuiW
þÿ‹û:  )ûï"ý',šu  ÓaPÿõïëŠéÿ_õúú
íÝ{î_  üä(r)"Úú{-î-Ø‡¿÷³¡›%ªlèÿþ~ê}µm[Óþëaõ Õ-Ö"kzþÿÞÝ]3/4-:W1/2uÿw3/4°õï÷  Â-a\-}úWku(r)¶
šW¿ÕÖ¿k~5"†¶  [ÿõt¿ÝnÕoÛï3uaØa&Ò'_  ƒ‹ýƒ
l4¬$Ã"]†"kýÚ°Áoa"¬  °":£  ïþÖ  Sæúiv  ïð-bÐâ Û#"†3/4ÇÃ  EA¯  ÕDÁ²(öE¿²ê
    ƒØ`0XäA  7Wm`ÿiƒIŠ_a"_j›
ðÒìƒÆš  GÁ"¿°¶*¯Ý...  þÅ1%  ÚbJ    í...ñ¿Ûþ ØØZá  ‹"ðÇ ØW    §õ×Ã
jLpƒ        xn
  ÈW¿õÕ3/4ÂiXV-0-µkûV  4ÿ[¨ïÿ(r)  ‡(A¬&  ˇšn  ö    "  *
&
ö          ,  ö    a...ÃTja"  '8†  Ž´Æ;Ò"û!•ðÂÛíïaq    "
    P^‹B!"_Ên˜´ˆš±j  †  XT#B
*^^â7B"""#Mÿ  t3/4-oÛkJÒ†  u  ÿÿÿÿÿÿÿÿÿ+Ú+š³§ìì  ŠáLìÒ•'ƒ"mJˊhy  d-"Š  ü(r)°F  Øœx3  ‹  ƒ1/
2ôôIÞÉ}5ü¨%oô:SÄ\3/4v%êêZé/ê-  †*ß°°T3/4·²×$Þ
}...3/43/4"ëÿ¢tK("ïÒÈ&Éî¿îß    â¿³ÐžÁäö¯¿õ_M  âÿß¯×ÿ]ê3/4"ý"×ýîÿ¿~ÓÍ  Er  K8d`¤  P  N£%ì
Œ  Sòy  Ž        "Î(tm)  É
¡"^S(tm)  2œ!0Š
"y
!
›  Î±  *DÀ"¹"â  Ì,  3SzÉ?õX@Ô  A"  !`ƒ  CÌ  {¶  "Ô‡ò  apD"H
Hv(tm)àDÌ  ](r)  ˋˋu  Àa3F    á'-  å    ì    ô    CêBh
    ò  Ÿ$  HfÂ    ì  dC'    äÂ:  š3danðƒÓb  TêÂwé,w§"  Âo×xA  ôÐ~Òkzn  8Ó
ÓA  ð›¦  xLû[Ó#žƒ8  Ý    @ÿÉgDGvœiÚhV...§Ä;^5Ó~"â  "
ÛÔ!¢1Î;‹Ó
"1/2  ^£¸a  "
CA
  iqO§ÿ
Ðþ  ùgÈ1/4Ñ)3/4N˜":DýÈâTL...‡"Ã  L!    "\ù  Ù›jA@Ž²t¢~í  ›K¤G    Ü%ou'Ç:&w%Î  ÌÑ/h
("Ü":D°7oÿ¢pÿã]"‡Õá=7#¢pa
  Ú    ÉR‰žÕ  î ~ t|lžm›    Û%M;wÂ  '  A  Òj  á  Ú  ¸
Ý6B1A  Ñ9Ù*?äÝô    #Qù  Ú%ñ  [ÕÕh·Õ´éêî  ¤ßU
ßëJ÷§|ÝV  NÂÝ&é1/2´›(r)·éÿ´  z{JØOÕƒR
éá
"ÖŸúzw¯At×ZþÝ  MÒ§ðDy/ê²žïW-[á?µ3/4""›ë"ûÖþµïÝM¤ß1/4^3/4Ò  ÷ûö°¯Wßö›ë¡|[¯ZúoõÒÅ-¥
  ·  u  Ýþ-ñ  Ø^ÿÓÛ§|jž¯§  íÝÅu÷éµ¿n"3/4[ú"Z_n  ‹k~úÆþê°]?Õþ(tm)pc  3/4ü"  OÚü-~ÿ1/2ëþ
    1/2Û"Ö"Ø.ï¿äLJþ
    õûúø6¤°09Ãû×ŠÎ€ÝZ'€iZ§ùN%ú"á:×í1/2ó¨x=ªÿKn?Ðï

@Š¶|GË,AÁý-n"ÞÃ¹i>"íA  Ü.îÿ' z"r  cþ°ëH
²  ¯w°¿ÿÿeX  î"l,  AÒz!Aÿ"ëƒî¿UÓ"ý?  AÇÚ¯Þ  ÝA{ṏ[tA
l_ú3/4"ÿ"AÇªNÃ
Û*  ý¿VÝ  Å  W¿3/4Y6ˆž·}Q  ëeƒëÚ!ßz°!âïïÝ?¯D. Þ¿uzì²  Az  îô  Ï a1/2];ô(c)×
¦¯¯øK&Ž3/4òhi%ïXDIêêÑ  ú_[wM¤¨Ï5"ßõë ̈ý(tm)G'G¹†˜>é  Bç  µðmÛZÿÄh
_þ,Û  ï"#}Ò,:Ûú¨ï  ƒÝû"ï¿ÿ Z(r)EE#
ö%o!VÚ"´ ßO  þæ¥oß-×÷¿ •úµ÷W¶·õJÁó"J×(r)ïÿ¿ì†Üèx9
}B"_]:%ËOÝÿh-/_ùÒÒ¿ëÿ/ý_jÇ[W~ýþ§SþÎ-V•"3/4ÎŒ:ªU[u"ØuúÖþ-¿_×ÞÚ̇ÿ[ÿ[k-îÂv§¤ëm(¨íCuû"v1
/2×Zf
3  úïvÿßž{°þ  ï(r)°öÖ"]µµß¿µï_úO¯¿ß§3/4Õw3/4ÒzíÕ°-×m-u´·ÿÕ×Ó\5íÒÒ¨¶Âö-ëév-êî÷-ý"uz
.›Xi>¶-§a6  C-[íÝWøétÿtõíl   (r)  JÕ†-kÃIµa'Óö·
-BëþÕ;`œ0•m,"Ú°Á  a¤Ã
a[
ØJ  WM",i6  Ãßa(inØOÛ[  !GQ\r/Š`Â ~ÙÃ²(Æ  Ø0š¿"_¿     Ø¯
lWïTK  D±ö (¦
$Ã  ŽDÁØZt°ƒ#
›a_f  }µ*ÎÒÈ<bš¶Aáï-1/4I  â‚"~"ý;LƒÆ  ì'VCÂ...ûA¦ÃNÅ  ˜¦)(r)  v¯ÜE1R(Ë  ìo`-  Ë  &  µnÂd;·
ö›}XWÞÿtÒ  a¯kzL0"ö  K
Úi...  0œ4È;¿  d  Ýo  öC1/2fJ{A"*
`  ¨ˆa,
&ˆ  ø_4  ékhEØKB  Â  ÁpDtu ̈A"ÐÐ̂d`Á  2j
Â`  "×õïa"Ú†Ÿ°.^^^^^%oC  ÄI  ^^^^^^^^^%o/  ¨d%o8†IAªÁ     ðƒ  V8̂â""""  ëê3/4",¯-(  w  {U  ÿÿ
ÿòÝW  ù  *  ÿÿÿå  a"r3/4W
dÜ  7  eqÃ0íU  %;Y{;JÊ(r)s"h'j§bÀ_}k...ô›;G÷Â¨I~M~A  1/24ÿP¤   ~×ú§iVíâq
jOc  U{"ûÓÿ´KZÿíÿZ"wêd  Rú  -ŽÄ-S;Ò"¹3Uÿ  C  ~#  ^J³"  Ò2  9 1/4
`ˆs'  Š  A&V¦A9  ‡/ZTF  ›  (tm)¯‡FpP@É¢«<ñ  4  šÑ66É
†Ê  #ôR2  5  ¨&R  :#6P2]äJ52.8AÃ  0@ÜŒ%o
&
(tm)‡ì
È@Ï̈  '   ¤
ö‡TÐ<&¡  ˜ v'pa?4  ‹‡¹ö  4ô


l  ,y
KS0¡
1/20‡v(c)"ô  !¶Ð~žê  Ò-4  ¦ƒO†ÿ-÷PÝÓCAë  @ðƒn"AÑ-8µu(r)Ù  Ø¬¦É¢éIg1/2]ÙNNtK    $=  m
ÇÓ^(c)È¯µN!¢<¢X  G  "þ  t  <%oŽJ²¢thÝ²  D~Ñ9±  '7è
m×">m!ïÐAÑ   OÁ  È1/4Ý~  ö~ ÞÐÎ  t  <<"/9   ¢$
ª%ÔKÞ›,xF...Ú¤ð  a\&Õ  íÒNš¤"þ%o  6Ðiᵒ  or3í
ü†Êj  7°Aá   Ð~N-é  aÂn1/26,vö"Û´ƒû×(r)(r)8OêôéV1/2>-W]ÿµI{{OMôß¤é
Âª~ÿß-§à¨ª  ªûî?WOÔµªõÝ?¯WM×Uué;imü[í{Ôo  o  {QW(tm)í  éÕûN=  ÿ  "Þÿ"ÝUõÿi]w¯EŽê"
ë‡¿÷ªNÚ1/2{ê¨ö-ûný  ]¤þú¶ß3/46%A?w§H^
÷‡  ƒ1/4%o  ÚÞ  ÞÿÜ  ‹¿\›Y7Ö(r)(tm)°Ç_ïô•üÈ  1ÿ~ç@FD1öBk#  ‡H    ÿšÂi*_J¥
?ßÕÕ"T°ý"  [ý^Ó
,  ÿjN
H"‡ì-u


õä€ÇTëû,ïÖõr  ‡Béþõ_"ÖôCßý÷Ñ
-Ãim  Äà̂wÝ"-+ÚA[ī u  ,=ÕÿÒ

é  ^÷  ï×Ñ  ŸûJé  ¹
ïƒè  ê    v÷Ñ
w_ßÚD'  _·o¯]ùjôûÖÚÈg/
n5,:ýþ¨"P‹Ñ
   Q#Þ'"  þ    ›ÿMVÑ$Wn"ó¨Uß}:§é1/2m~eq¥-uïÂÈÂû  Þ  ß
=+å‡ÿn  uÝ1/2z¬Œëïoû  ÿWZK"ío"  ß
{Ku^þ'Vëÿ×KZÿðÛÞþº~"ï¶(r)ß·ôÚkú3N¶¤_ýmÚß×}jïWXK¯_jõôÒs(c)¯OÿµçW1/2w"Xé0ži"þ1/2/Uc
   "ôŸÛŸÝØÕ{8õï÷"Þ-k´µÎ‡k¥ûØÚµý5t¿  5bµ
Çíªk¯{[Nõ3/4ý¯Ú¶]1/21/2¯ìU(r)-  þ3/4ªÚí¥}ØVœ.Óïö´ý…¯íÒµ^ÓûTÒëµÛ§ê×`3/4ÃZi†·R<
&ÂÁÕMá,¿a:ö  V"
'j×Pa6Òö
   Û
   Jím.ÕXjÃHÑØ*Ø0W¸àË‹lqNÇÄœ:(c)  ÿ±^ñÓ  qL  JD  ‰7ü\i|  Ka,M0ÂL}  K(r)ÅôÈ<0Åm5l
ƒÅÃW1/4IÄ¯…Ú²    §öA  ±O×ì,<0  xø§b  W`"ä<_k"  0¯[
¦  á…þÂû
+×1/2(r)Ÿ
w†°Á+ð¬5Ó
¢,  †•&ƒ  ,&S¦  2CA
""Â  Ž/(¬¡Á
1/2
   !
   Ø0CÐ3    à  (c)p    *
         b""""""4#B"""¢"""""""â#a"ç-ÿZ    -?ªKK  -"8ÈàÄÖY    Bµ&b^ªú1/2;V
Œ‹|-°"E"GP¢"?ÿÿÿÿùf,(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùlÝ  -Æ¡  (h!²)  &H#Â  ƒfqS2(ÎÀ(tm)\æD2º(tm)
ÎÀÄ¨N  ².°"jâZR°ŠE  †ùUë*
NÅÙVd¨È'øwë²_A\*ïà•3/41/2SÔ-ø[à‹§ì.¡u¯¯,÷üœÛ  è    V¿¯3/4þ
íª"h    \qªÃ¤ß÷ÇëTë[¶þ•"øý
b-U[iÔª÷wÿ{ÿÓ§ïm}/Ý¯ý  íúòµ'J@Ù+yVD  Þy•
_‹ÈÑ•œ‹
‰       DJ80L"!y²;¨ÎÊ³ë=Y-_J-ÿ!ŠtgÙ€€\'e8'+-Ã3  èÂ  >Â    "à¯f°¨,jA.    DN  ^2ƒLÐ8 `ƒÈ
óPƒ‹'  54  éž#1N   Élèf
þx`¨X
"D ¿6  (tm)  ¹  ,àŽddÌ,dç(tm)Ñ    0"6^ë¿  ƒ¡Ò
=  °ƒH { Â  è0ƒ÷Ðv›ô    Ðv-iá  Ä"  a  ˜Mªi0˜M-5°  ýB
†Ì    x"  òpðd  ]  ¥_^  T-ßŠ¸ïM  Gö,&1/4^Ÿéé  N'âÔ'
ôÐpÓÓt  q  TÓc@øatôè  qt"ïtöDŠ"ºKTHpäNk¢sÉØ9  Ò  ƒí"æ.D(tm)  ú%íµTGÍ  44N›K'}'îFå
äAòXâ4Ká˜š    æB;v"ý8áÇ¦š
ÿÿÉÑµ  Ñ(tm)±ÎÙ‹É  ¡´  iPL4    ƒ†GG,ñl"á  |'ÛØA÷ú[AÞ  †à…  -B9
î›û'ó"-  ?#â  ¤  ¹¹ã'-è    ¢#ä^t1/2i.žá[õÕ
…jôôW
         ?p  ûuÒn¿Òêô  p  M²t
I¿§6,x ý0Ÿ¤¯l-  Ÿ ÛpAù9¸Aõ¿a]'éÓÿé‡NÚ¤é=nÿµ-5Ÿmb·¥ð•_§¦š§ºªéÿ¦›ôžƒ
àŸ"¤ƒut"Xdpa~1/2Óé$¿þööµéUû  ZI4Åø]7Óÿÿí¶-OÿÿÖÿ{ô÷WÒöÖ*‡¿êîÝ&öÿ"MÇOu  š*4ÃKKîêú
   ëûÿëÿþ(r)žëj  ïKµ\úÿÿ÷éú3/41/2þµƒþ¸w¥×_¯^"ÿí{õ_JõÿÝ§ÕÒÖÓáazõ¥|œ'Þ‡¿TK‹öü    '  ÈqE  Ú
V¯V`1×ú_þ¿û××1/2AÓMõ§  HÈ/\è  ·ïoÇ_ú÷gPOUvA  ûÎ€0_Ýÿ‹þ¶ÿ¿ßÿíîõàõ^ê¡(r)X    õ_Õþ-'ß  ÿ
V
´  AC    Ãõÿ_¿ÿkÿÿZÿkÙ  V÷údp
   %ð-û¿ÿü,ð¿\"  ú¿†þð^$A´BçêÿßÞûKµÿ¨-ûþßß‡_øÅü"  5¿ê²É¯¹ÉÿTEŸ~œ    TDš)ÄDtÉÛíþîZ¿U¿U

ÿÞ÷ýuëƒ
ÿúZhŒûý]ß¿îýÜ Ký¤F
w(c)a²\àŶ¿Jž(c)/¶÷ï ý×ûÿÛÚ¿ÿÿ6Ý]õWÒû]×"ú"Ø6õéaÐ]7×zißö•:mïþÿþýd@ÿüú "ÃÛK×þÿwîuaÕ~
    ûîö*T§æí 1/2zóRé/ûV1/2 u÷ý~Áÿø"¥]wëzùÔúýS÷_]u8Ýø×U"øoÙ~öÐ?ÓÍÿû [ß¿*î1/2Ò3/4úÝßí
¿"ß ß(r)-êÛëëïÃ
ßZV•ëûñ_¶ UÝ-}o_³ ôÙÒ-¥]/¥¶"µm[]ëé_î(c)Ý8ik·ôÛ}]vÛî?ðÓßïþ"ÿ×
-ö " ö ý í(~ðÀV¿Ø[uðÚíXXka "ÛJáÝý""×
úÿ¶ Þý¿U†•Ø-ö ]öGÕö X⁻
S"3/4Èþ¶²(,.{@Á'á" Ç:ë"ð˄Ã
zLoîÃ ÿmÕý/u°Ôµ4>Ó1/4 Þë±Uð˜âÍ¶]&‡-í =X-ö¤1 o§Ø"b n×û§ÿñ^>3/4Ã ØiCK¬/Ù
Ž"ûî°ý̦V¿̦BÁ1/2kw]aS°-,kím[a+_°3/4Ò2 :ßúµí/Ä*Š˄_ tšoêõJƒ ƒ
Ã$0 ô!">o3/4 OP˄a0Cnø´ A" ^˜a5øg§þ"Ø^ (r)ûRÝq e
LÈ ì! tñ f'rX #°"DhG ¡ "!⁻µÐ°¶^Ââ"'8˜Š^^˄•jÃ #òÌ ñ¡
1/4>ÿ¥-Xat1/4Qn¦5í%U... Ë0¬:"ÌÜT ÿÿÿÿÿÿÿÿûfêâ"+Ô ÝödS Û2˟Ï (r)†K""fDÙÞÝ(c)Ø‡þAY_F
v ehù¤§uÛZûÛ%üïE¿"ô &⁻
ý 1/2uþ°¤(c)û² !~3/4(r)þ¿vö"åˆÿê¿µqéñ ÿÿúÓÿÿ^ïûÖí ×¿_Ýnþ¥{ 1/2ÂéÈÙjy¿ÿ¦ÈU' ˜3 óÆk
@Ù°¥@¤
š B 2C!(tm)ÐóVkÍ#, ÑøðÍd{# Å‡Ù
B(r)$2ƒÏ ¨ ÌRé° š,"ç ´, 'â,(yVÍÒò !(GÌ-£2%ÿ³÷¶"Á A' ØA(tm)šA (a <ã -P ÁØL °ƒ
  ; ƒ§Å
>° qza4 *Ã" $ ?˜3"Í˄ fŒÃ a 5"@Á u F
" jfÃ ‡DPÊ-`)üŽ NÞ¿¦ÝT›ðõ 0ÚVfÃ
$.Ð}"ítÞô->!Â @Â ¦
o¿¦ tÐ˄-ƒ@Á< E0ƒÈ‡úp ÷âÑ úDpÛI ÌZoQé"!Ço Ðç š £¿Ñ -3/4^ÿÈK¢-×' UïÛ¨˄Ð·AÆ
š OT/ø·K°Y !-Ë§ÌèA¿A äHhœÝY"s¹9ù éÊ³¢] DæöõNŽî(tm)
æt• ³˟K⁻-4] #¥Ñ/ûö˟ç'-Èæ %ÌÈ›D1/2ÉÆˆÃÀWÓ"íßðN-÷ ƒoÓp Û¨Mô
ôïO ;ÓÈ šé·Ö :_OO <þgiÂ é¤È1/2"Û 7V,
Â˟ i "G
¢sV1/4Žw_¿pž Õi=ªAééÝZ}/¦ö°uH73/4¦Ýz¿ë]'I´>ú[ÿ,n´>§"øztž §Iû¨O×T°Ý[¿îê(r)´(r)Ò¦ÿÿ"êî•÷µÝô
Ó
úÕuôˆúÿÖÝëêÿ(r)>§K...Ó3/4´íöÑnþÿëë]--]ëè~1/2;- -[æŠU û<ÕÓj?×[t¸ïté7Zþ°1/2]Ýþ1/2ÝW§(r)ÿw-
Öëc(r) ]ö°v÷'
%S ÿð·z{Ž×´/~⁻] ÿZ
a6×o¢ß]1/2]z Mz¿ím7ï¥{
ëÿéw,
Òm÷W"áj²0EÂ§ö¿1/2Zißß·n5évýu~öÿ÷~´7¨ú†G
  ÝÍA]wé ¦•a>¿VP
}' '•ùN v×£X_ôÏ¢> -28 Zßî˜ö-¥×õíûÒöä(r)ðÕöî⁻ "†÷
ÿ[Â÷@-˟¿ù
1-¥¶H
~ñ üw 0õÓýö›ÿuz÷1/2zu^(r)þÁw]i=þ*Õ°z- *3/4Ñ Âÿ,ûþ ¿ÿ¬"
}"ým}ÖëÝ×ß"'Z°r U_D. ßÿÿ_ïÏDg×¢'1/2Q
  ôBß~1/4"-÷ÿðDtÞ ÿjÿÝ[⁻íÚÔþ⁻§¤L 1/2a ]õõk[ïÛ⁻×Ð.ëÐÈú#§ûDtýþ^þ³$]µ
  ...ÏÓõ{ïÿëÿëÝÒû{ï-§ÿ{ßê--1/2ÿ⁻3/4 è°÷ê< íû0 ¿⁻1/2 i3/4×õ^ûÿ÷ß⁻Ýß°.Þ-K⁻÷û⁻ ZV¿ÿÖ߸ Ï
ÿûJí/éí÷~
ÿoëMÒ·LwÓÿp†]gSõ:Ë ë¿ÿúÒïÜ_ é ª(r)¿ßÂõ ZýÒhÖ3/4Î²ð(r) ú1/2;_C°õuÿÞÝ÷:N(r)ý'×ÿÕC ú°
¿Ø]ÿuÖè⁻¿×éímSá
~ÒmõW¿µv*}ÿûKOmmm/°VÓK×*þÕ1/2/Vøÿk×°"÷:[Ö-Úõ^µzøu--÷°ÅtÅ_¿{I´(r) FÃ]íiõív-û^ ç\1/2

º a*⁻°_W
ÃK[ªμM ¿¶Ò†•¯ÚÞ·ö±"ý/d}Øa(a;† j KVÒJÛKÂÿôØY šLEé0Â¿ðaox`›iØXa+°V Oÿl*kiC_a"ƒiº
^ÚúÛW~ÓÃ paŠÃ " ¶...r·ÿ"ãØ¥ö+ý‰8p~Ä›ã† Š'ppÁ}þ8ab¯28Oa"¡"" ü0(r)ïOëõ...
ï}ájÒ]a‰8k}vÈ#*kƒ...μíoð¬2 á‰7or " μìƒ3/4*¯...ìl\3 ü1ÒKú ý"ÕØaa...{
& ›¯"m{ðÂ§aWμ_°L&úk¬...° ¥
]§ûMÁ2Ç ¯a2 á‰ ¿d;1/2û¨^,°0P" (E^´ B. !ˇš"# D0Du‹ Ê+ S¡ "E,#¡ Ë& & †S :
   Âv Ž†μ`†\$ƒA" Á Â×k K^^^ ^^Ž"""""""""< Ž.""
   † DC ""/3/4‡ÄE.d‰v¿ᵃᵃköé/KÃ ,
Âz]Š¯¯ÖÐð1/2¶ *ÒxŒ¬ᵃ^^£ÿÿÿÿÿÿÿÿÿÈt´ĠÌ"(tm)TgdŒì¯8)Þ3³
û! n Ì‹3G ¹ÝIÐ Mš×úçk>îž ? Ôº_P¬ßÞ Ö·ýÛ¥_õüz¯" Ç_o‹Ixzÿ[Ûûûÿÿï×Ð¬ì•gcgyKüèŽÌ+
ß(tm)
   )Áš, 0å9
9 Æt ˆK² 4
kj`BœR (tm)ç @ÌE8! òƒ!(tm)Õ," rp¥8¥ >F ¤l\û!
ãƒ5...'Ó#å9¯ (tm) ŒèÍÆ-f¶lRœùÚEá ƒA" PAé·xL
¬C ª a? C¢ OÓD tÄ4 '¸MÔ Ðq ê ¨= Á
Çm4Ó =Ó´-ªƒM;-4< |$ ¯Âk
ÓC°šé...J) ƒ‹ hvPãÏ4GŽÓ÷"ÒƒŽî' *Èú‰@w ‰c,ÒNB""GZ#ÀÕâÑ9(ñÅÉc1/20›iÅ¬-Eç A6
‰üÿÉÈ¿zÑ3´ÓÛ& @‰ÝH1/4è4BH"î"7 ¯ Â
"›Ù h#C¤Oì‰m Ù£' œÜŸ4Eö^ÿÈ3/4Ñ?ø é:N"ö"Â1/2?z
Ðzná
H:Â}$ ´úÂm Þ,
¤Ý7h ðAè6ô,º
h7MÂz}}71/2_ÓtÿPº°nª á>"¯* 1/2.ÿZ}Ò¯ztšˇI
Jêá7ZOº1/2éíý/ÞÒ¿` ×°¯ýÐH'û.
+ÓOOMÕö×Ww_¤é;OOÔt±u
} sG Ç1/2ýμ¶†ô uÇZ‹ÿ¯V¿öâÿÿ÷ÿhoÛ¯ UÖ uÿºuÿð"×Õ¥ÿúo¤Ÿ-']'úÙÀB4'Uþÿ@²
Ó´ÖŸ-Âqæ-|%zëi=úý3/4¿'Œ¶ûúíÐ²¬úþéμ5
aôÂÿêk ¸Ž¹ 9C ïë×[î-Ÿ ¬ÞþÝÁ?Òÿü
ÁÓö•^à°ü¨Ÿ]÷3/4ÿ_ d z¨ÿ!Ùš²⁻ ßûkáC Ö(r)ép"6ÿÿôÛZÿÞÿV ï'ÿ ¨¤Žžëþªé > v¬ÄÝ{á ¸äî^
tïÿö·μÿéé'' ××ë(r) }î¨(tm) POÿzÑ õ
¨Ÿ]{ô¨~ÿ¿¹"ß_ÿ ëë~ °øX?û ¬/~·ÝÎ⁻¯õÿß_"ã"}ÿþÙÓB\é]u(r) ëƒÿIv›Â÷-ÓÒN ¬÷þ÷]ü ºÿ*êê ÿu
}¿Ôt-éÝOÝÿ¿Ÿ ^¯Þé;}Ôû¥ÿÝnÙÔÛ×-+ï1/2Õõ•Õ¤¯ WžujÛ]v ×íûÝjÿõ×3/4·]m#Ž-mwÖº_UWÿûß¤
ß°uÿμW]¶Õμl-ê"{ ißknÿÝ?Ý-¿aÓk ÚUÓÚP›JÒî¡"x]ô1/4ÌÝƒÍ°-ý"-v ×í|4›í+Ivó2È¸ö* °¬0";† ÷¯⁻
ž°¬ _¶9 Ã^Øk¿Ã#ŠÁ"1/2Y Ó
   l/°eÃ¯Û ¡¥
,0"-"ßuÓ Câ¯:
B(r)¶$Ç±HBŠÿX1/2¶+MÕŠŠ×b cö?b øá- (1[LRW·
Bm(r)Ù¯îkj[¦ ød%Â² ¬Û =pÓWîÂ3/4C3/4öž¯LBI¥Ã!ÇmÚ\21
œ4ÿtÔ(&ÙØA§Ô ¦¶ ûO Ød‹...^Á5Pƒ
1/40]†ƒL· ÓiÂø^^²ÈÁ ˆ† C E- "S DC "2¶5 hDD8²1 a"Â j†""#B"""8ˆŒ´kõ†·μ"a+Å
-§† - >#ÿÿÿÿÿÿÿÿâ2¯ ÿÿÿÿÿÿÿÿÿÿÿÿÿÿï´,øå§Š?ÿÿùiW t(XPJ
Ÿ òÒÕ‹W¿Uí{ÿ[ý¯}{ÿþ1/2ÿÿÿÿÿôï,
   C'£4Á ÿÿÿÿ¥€ €
endstream
endobj
36 0 obj
<< /Length 37 0 R >>

stream

q
423.36 0 0 676.56 0 0 cm
/Im0 Do
Q
endstream
endobj
37 0 obj
37
endobj
38 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.12 676.56 ]
/Parent 47 0 R
/Contents 40 0 R
/Resources << /XObject << /Im0 39 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
39 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1763 /Height 2819
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1763 >> /Length 24456 >>
stream

ÿÿÿÿÿÿÿÿ-(c)b;  dØÅ+ÖŽÊ  pR\‹p(‹Gf  '  -K(tm)VŽÞ"m  7Bä(v"Ê-\(LŠD-...M2-  $3Î÷*,ìYä_¦  kI\
ì¯        #'uª...*]÷•iJÂ$×  ‹/¥1/2ü¤Öº
‡éêÉ  ,_X\*~  ý/ü%%1/2=Sð-'@H§¯§×H/ÿþž1/4/É[1/27Ú-ëMþÚî¡wÖÐ3/4"äb  m›G´¢1/2-â"×Ž#[äï
Ñ"  -ƒ´?"Óúýú  ÿîÛOÿ÷§ÿ¿ë¯þÿé~¿¸¯Õ³ªäE  33>ÌÕtEó·È±  ïÐm|è)P  &³a
ö·F÷g  ^@ƒ.(r)Î  02$DTe    Î  AÆ¦KŽÎ,"‡(   ê,"  c  ªË,VYÈXæÄ3
  '  !*!Ì  Bä    T6  ÖGžªû,
¡  Á  3
pÌ  YÐ  ^gÙ(ñ)#8E8B  0db<dâ    ó³ÆC ƒÁ  ù    Ð  ,    ^  3F  "çP¬...ÆP  Sµ6Á  Á  Â  ƒ"@í
  Ü'¦ƒÐ`  ¨  y¶¦ƒ´

_zÔ  ü  íüÃ}p  "-š
0ƒ†  =Â!Ã  ûAü^  Â
ðƒ‹v´Ü í  †‡ÍÅ,l]¦žŸŸÜZûôø1/2/tã‹O_A÷ª
>,']è•ÖÔÐwk  ×œrhh  ,"  Ü-=Ñ/¢%3/4OÚh‹m  öqÉQU...(c),"_"§dKr+¬Í"ÅÁ¯  ðc¹?
8Ñ  ,1/2Õ  ÆE¡  2<ƒ,A  È1/2x@Ù   Ìô²]'=¿ÉO¢t‹H"Ü  òTt
'n î  s:ƒÉŸ    â  3/4Eü-ñ!
ÝÕéô  s8oÝù  ò/´žIE  44Dçè-†,
!*
Â
h"¡?1/2:AíÐA¶  ÚZ
ú{...tÕ=Õº...Ò  ^•Ö¥i_ÝZ      1/2Ò³J•"  úô(c)ápž  n¤  ›a  þ  xN°ž¯è>•¥tßÂn·ú}/A
"(r)¶"...Ó]i^û]TªÞî3/4ë_3/4é¯Ó"Ÿªv¯Òo~µ¥ûñúûWK÷Ku  uk{±×~îÇz  "ß÷É{µ'GN>¿(r)(r)Õ]m'MÓ¤

×Âëþ  ÷_BÒ  ^ý×†Ôoú¿ÿÿ"  ±¯]ÒÒƒÒÖ...{µîÿïú¿_ß"ïÖ?],?î1/2Ý+-ÿozøu¥ÿk
ëv1/2ºMÛ¯(c)*  ÷ÿúþ·Wý¯Û-ý¯   ¿n"þè  Ê0¿ô! ïõõ -HB úýGø'5
zÿ§þ(c)¸Ú"6duÛúakë)Ä{¯ƒ"Áþ¿ß¯³P]  ÿ}  E  }ö
‰  0È  ?ì×Ý¿  î   J  ...wÿëûÝ>":þ?ü†  Ôú é?~-kuä€¿×
7W]pÂˆC é>ÕȭVµ¯
¿ÿ÷ÿk_ÿÞï,úøl/ÒíýUø"-=u~   {¯3/4   ƒ1/40a  ·þ"ȩ́þ¡  ¹õ¿̄̄-·á_õýzz!â¿àÚ!sÿûÿª
äÁïÛ  _ôÊp^‰4j
^³õwwÝëm  Gÿ¿3/4µÙ‰ù‰oïä-  - Ôû}  ã':ßÿ´µÝ  ÝÂÿÈ,}¿|"$
È  ¢d  (r)¯þ¬/úë¯O¿{ºþZ...þ  }¯  f  §[  þßX/í/Á3/4×ú   @ð¿"ï  ¨"¨éÒ߁{¿õzuÖªÿj-¿Z×ïÞtm}{-Z]{o
~¿OëoÛ¢  Æ(r)  ß  ðÖªûûµî³"÷ÿ·Þð-ïíÒ__¿ˆý×|êk×g§ÿ?Í-
ª}÷-V'Ö̀̄̄ 3/4ûÿ1/2îþìèmÿgWª÷]Wç̂aûî̃~c*JÛÚÒm  ÒûKnõÒ1/2ÿßÔÞÚÛ!1/2=]?wzì¿¥ô-¿êÝü4×Ôí‡
ÿ^-1/2íý÷êÂ[(r)þÖ×  ~¯  Kõp¯]úÿ_¡¨÷Úû  ´ú"W¿Þ̃a[¯ÂÛÔÃWA...¶Ò†  ëµ^
/úN¿kÃ]a(r)  ¶';Ý5ÿ"~ÂöûaV>  Zý"Jíí  (r)ÒȬµ3/4×Ý8i[...'x0"]ì<
Ý  1/2ƒ  °¬  JÁ=°_ml0,  öB
úáÝ'ÇÈ(tm)Ø¶¦
+KØa&9  ;  `,Š0◊Ø˙eÅ#_f  'rÅ}4  ¤¢[ø È w×±Z†C¿Y  "("    CøÚv;  _±&þø:ºÙ
    ôô¯c^^ÆÈ  îþ$ãÿ´Å<W†¯té¶¨í"OÚWa~ÛL+
& ò
    MY
ý0¿aw"ÚÞÓ¦ú°1/2...û¯Ô=¶ßÛ&  †  ì‰á Ó°'..."M
°JÁZCâi  ÂpÂ
    }¯ß†  K"  +  L  ¥v·
ðÅ"  .f  0"5  !f  Ð    Á  `š  ˆŠ  ca '  ¨̂̂â  B  =',Ú  Â  f  E ˆ̂fB"!"-!
Á  †M  f""#    D³"  fôØJðÃTã"
†  GÁãÿÿÿÿÿÿÿÿå
Q'X*ÕÊâ̂(r)8  šdt¿'diÁ  "xtv  p3/4vaCÓì  ...ð_¯ûÿ  ÿÿìÕ~°ø  ¶.>ö1/2þÿ3/4ßµýs'ši)=3ºf¬ñ  yT2
    '  ÈèÕÈ†ƒÛ  B  6D$jfÂ  ß!(tm)  }ì
    Ç  D@  ÙœP÷̃Ø†±A  £
    ¦Bê
0Aš,  ã,"þfBI  *
Ñè  Ô  L"  +,    `š"  Ð*k k Â
Õ4Ð=0  á  CÄ0f
ª  fÓ_A"ø°š-‡î"-ÆfAÃ4íT>"ò  Úr    DQÛÈWiÁþš"Ã"A¢]NJñiÉ(¢^Ñ,È1/4äæâÑ/Ž    DédnWø#3(c
)´Jy  ¬§&(c)TGÍ  7r'd|á=    <‰ôJptE8MÂ
°f¤Ü◊øAõÓÂ  T1/2¦á<'  ´¡7Nô  Ai
m§at₽ÂÏëJÒá7^>úw¦ÓÍþÝÚA:ZÂá  ý~  '3/4>ÛÝ  ȭ-&ý4(c)ªm&ë{>
Mï3/4*Ná'(r)>ª¯  -%§Wî  Ò̃ãmcúÆ-  1/2m
_  ë¿ÿöú(r)øû¯VûMðÝ~µ_T¿þ-áÿ¿ôµ÷K¥]xKkî"ûïM÷Ý¯  á×ë  |Ô  _"rœDý,úõú×ú^´6B†ÿ  êäàÆÿÖ
H
5èšKÿÿïÿ"´ÿ  ûú"Wÿ×,þ×ë¿Z¿Ó-§È:pu¥¯1/2<"  ÿ¯Ú!ã"ÿ1/2.Þÿ÷õLÃOî¿"è'ÿ‡¿DtëþþÛ-¯÷1/27y    ÷
ÿ^¯/õú@1/2ÿTû_ÿÿ¿ÉAÿÿûÜ×¶ÈgéÓ¿    M*Oíÿ¾ªª~¯Ýúéo×]Ò[  OOö>¿úõÿ¦rȭ_°_úÿú^·ëÿ-¯]ÿ0ë"
Véû]ÿÝ†×µuý¿‡ûï  k{¥Þ*WV  ÛNšX[ê×´•_²uÛZ]n
X]ïá¯ÃKím‰á(c)°ÖÀÕÛ4  i6  U¨ö  †  ]Õ=†"azmoa,PÂPÂL4Ý
0^f  ¤W¬  1ñPÕÝ'{°ÒŠôØi1ñ]Ã    -Æ  ¨"Æ"b¯'víÛ
¦%"û3/4)ÿb(tm)  ²  ß±·°U,{
°ÈWùc"Ã"ö¹n  Vêþ̂¿h01/40Ý  ÂðÂj̄-&  Ði¤ô  &  v  Ð0]0¦5  ^•
kÅ,  "    F[  g  úDhDG ˆ̂^Ž"""""""""#  ÿÿ¿ÿª  ~õp¢#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüî Š'•q\"v.)á(tm)QÎ
Í  \-  "4  ;1  'X(c)J§`-H7;HŽa2    ÎÝ3/4EYo¦hÚí"%-wWd"nÊ¶šïïÄ    1/4=r¯Ôh*ëKêíÀuú¿pºøUµÂ

ô'¢t   ÝUoô´1/2¥×¥Nø[ýÂrh{¥íýÐ3/4í
7_tX    F)mº  ¿ý  ÕÂíÛj¯uõß_Ý
3/4´×UýûßõuíÎÆÕúyèì"(tm)t(tm)<J  9'  !  ¨fÇ´      ãRˆÀe'1/4  d5'  jü  í9
R  :3ìÀC¨¤LU:    !  Š  äf^(tm)  c"fJó,
Ì!Ó8ÌÂ  È
'2Î0ˆO/RÂ  "  f  Á  KÝŽ
      x"      ","C  CŒ"
  ¨  gÃ(r)uiˆˉS¢:  "ï0  §  a~      šÂ·¦f  7
Á  ºfâÛØ@ƒ  ‡Ð"!Ù›I  ˜A"  D1ó    ,  [  ª  ô  ºfû  ;û  0Ÿ  ...ô  wÚ¤ƒ†ô‡  Éý  ú

Å"
5      ¦ƒ  t(c)"
  Û  ?OÓ
(r)fîÛT  (r)±h|h"  ò%‡Ésã^A@  á5]tûZéªèŽ(  Ãn  -4  ŠúŽFí
§  k'áÇ%m6GHDHÅÈçé  Æ|Ñ  "í"åÓh-H7rt(tm)ؘA1/2    dLsˡtFlÑý#Æÿ'ù  ÛŠ;¦G  jù9¹>|˄í
  º  Ú  hœòé!  @è-´GŽEèÒ      ¹  èÈÉÒOl  nEèVÚÐw"!Áù  ô'ûßiúmá
  éí4  &Ó"A
¦Ð#7¯=Â¤ÚM"      é´  Ü&ý  ÚMr,ô  "Ú  ¯"ß¤ðCwOé\&ØOé7Ó×MÂ~  Õi7þÓß{ý7]o  :
1/4;T(c)´  ûtí_¿Ó{|+...itôí-  ¯}
WÛú-'øN¯Ó¤Ý  _Wýþ    Zé:o"ÇpZzMi$µê  Ó  ]{N-ï-_TÝPÓý6Âý°Ç{ÿ§÷-¡þ"ý    ¥Ûñ¥"Óà  1/2
JñtŸz  ßWþª†  Óëö:Z^õût=Õ  ×PÚ  O  MÓéjþÿôƒõõ_ÚV1/44Ÿ_m7ÕöþÝîßúûm~(c)¿ÿÁk\  ÷ÿ×÷_
éµn7Áoïuß\t×K§ïîˆ  G
T^  1/2Þýú'+d¸¶¿ïä0  |†  ÷î}u¿ÿ(r)r  ¿J"þûî  ˆ
  Ž
wíGÿ§Ç†Bˆ Ð(c)×ö²    ê  _úê  ëÁKKuiÓ¿ÿõx  ì²wÿÿì0qÿ§¥ûO(r)Á,  ¿û´
R      ný~á  AõæD=ïÿ[õ¯}-ÕÿWÿ×Õ"
ýúWý=&Àxì0˄w["ßøPa¸Ð<;_¿í  ?mú"Oíÿoõz(r)ß|+wÿýýî
4B××m--¯|ù‰È€  ê(c){îàêˆ³|ýþ  $kù2>-¿Õ¯¶ô-\µOWÿúýå8~Ê?-]õ}yP(Dgÿ~Ÿi  atL  ÿ_Moú
ûÝûWwé;¿ëÿÿ¶¸¨~÷ëÿßðð_ÿÒP  ×ÿ~ö-1/2zûêµú_Öètó˜nõÕΦÿnt}¸  Õ÷Î  "í*5ÉýÒûî×ëõ}tûí¿Õ¿øþï
õ×¥1/2ñ¥û  (r)§+ÍÒþìèß3/4¿†>'.-¿¯U¢(r)  ÿWÞªû
×ú¿ÛSéu*°ÙÕïýWµÓÍ1/2§Û¦×^  {§[ˉÒt¯Õ"ï3/4è1Ãýuwµ_°µÒØ_}  "û"ÓÛJé{{u"·¦'v-§M¯"ìïëÜpÕ+]
?´¿
N·û¯
6Ûá§v3/4Ÿj-ßí-..."
Ú_¿:Ûh+ýt-^ÃÃŸa¯1/2í¤Ý{M¤íÓkö  ¸4"(r)ÂÞû  káy  ÕÃ
ûiVÕØJ×a...A¥
pÂëºÂ¶  Ý†
  Kn¡,L5l-û`ºÒ†  øa.
-...'nÃ(r)¢ž  VE†>"çÛ'/Ä¯ø8-%ooý  oö¯0"av8
ÃJÄ/X¨...Ú+QK  Å2+¦%  d\tÅ1L0Kö=Šb[÷b1/2-Šâg¯ì‡  á"aÕ5~íþû    ßL‡}EZ1/2ØAô¶  NÓ
^M~-0¢1/2¦  º"mX]²Ü&ƒ  íñš"
õa?-Â¶žõmz§"×m<ˆè5
.ì0ˉJâ  A...†    A...ý°M    á,ØL+  º1/44  ¦°Á8hv  ÓJì'~"#T4Á  ^†  x`...,  Pç.  0B*
    a  ‰  Ä0B
ŒÍ$ÑÕ'cˋDDA,  ¦hDlDDDq    j    á    ˆˆˆˆˆˆˆ×  #"òþÒë}ÈMÂC65"  Öš1/2
¬!  ÿÿÿÿÿÿÿÿùm{2  ¸Á(‰FK1  Élv(Ï"=ž""b£;
2  DFÚÙ...D3µÕWåºˡÙ*",Z...  w¤-ùÚrºž¹í"kH  µþºÒIBêÒº"•†1/2%úÓßð'wT  4Ÿè_ô3/4ð•&ía  ï
î  ÿ}Ôp*U[õ{¿úW-õÛûÛÛþý3/4  -ú]ùš;Hõ9  'Íhì  ^.ªéˡÙ  eÑ  Dä-¶R-C

N  f|&`Rvud RC
û?        ò  C¦z!  :Ç
Ö  Î,'  2êd,!¨  LÀK:")ÈÌ9!´â9H! #›    Éb"  )  øØB  !
8!OrP¬"  Cf
"  -$  L  :ö,    -  è6ô  N  uM
  ˜DJÈ9á  ¤=  $3a  ‹ Â
PÎ
    @ð^Jš"  ´

  vEò aö˜ì&C  Zè ô  ^'  -Ð×Ö!Ö  ˆc±
aÄ5í
 ðšÐa
a[L ì ÐÂña
  Ó"BÓ‹O-´ð¶ïDAÚÔª%Íé  ç"e°ä ý4GÔOœ4Epâä°°ûª%˜qj^  ÖE...
  º";˜rÔ8qi¦ÓÉcúAv^ñÅ  Kÿ
ÒÒ%ôƒÚÁ
ÂnÕ  =,35'3  i  ä^Á  9          p@ÜY  "Ú%ù  ænN(tm)sgñDæÐ@òt  "õ  üK¶  *5'}
ƒr/†‰Ï<zA  äj:Z    îÝ  ôÛuIÂ~ªÒm¦  ut  Ðm&Ø'A  'nEÿKA]?Aé´Òzé·@›PÜ‰  =?
Òn  Ó(r)Ý7_iw¥u×û
oTž  4(r)Ÿº
 Ÿoéé¿MÐn  º¦-Âo
-"Á7      §"ÛÕÓÓ"uôô1/2ðž"ß  Æ¶ÿ}Úþ  ¿WT•¤ðŸ"ÿ}?z¶-º×"
§Júun°  ýûômB]8î•íé  _1/4-]  ýo÷þ†Ÿu  QëÚ]ö×õwOÚ÷K"Òn1/2  ýt(r)¡ûo¥Õvý3/4°°1/2nÿ^•(r)Ÿz×
Ö  w]ßIÿnªë_-ô(c)ð•ù  ¸˜?Ô-ö¶]›
m(r)ÿ§¤¿§ü/ÿ...Zûv´ÉÒÒúþ¿ûîÕÿ×ç@vöA  þ´Ðw÷ý
v:ºªÿßÛ¬  Ðdp_É€ŒGßëØ‹ßÝøÿïÿêî,    éÂ}  ÛR  ßû}-5˜ÕzUUÑÐ  (r)?
ëÿ-"Þ-Ÿk_ëw]¥øD  ï†ëè/×ë§÷ý¿Ûîû×O[ð(c)ïoôû-]þïþôéu¥ê^³Ý  þð^¦ë  [-BÙnMÊª·É¹A/ÿ    ...ÄŸ^
šê  ÿ1OÛ§Û1È"éwÿ×ú_¢d-Iqou'?  fÔú  Jý¦_ý~‰!1/23  òG3/4¿ÿ¨K1/4!õkûî-zû"o
ûi  ÿ'"¿m×í  õø_jú  ÞÝÿþÿëo§^ûÿ¤*Õx}'X^3/4º1/2í$ï÷ü†ï  ¨:[ßKZWþÿ§é"(r)÷ö¿ú_(r)é  _õêÿÛ(c)(
c)Þ(tm)ÔÝ=lë¨ÿÕ].×ÝW_ëôÎ-_  jÍ^ßÿÔSté;~  éÿ  "ÿë
U&ý"ô  þÿÿ]üêþ•öÝ~  /Vý\/Õ-±3/4¶¨ëK  -¤Ö¿ÿî*ÚV›{zÿµýîÿvÕû¿ïûµ  M-ÿW†*û~•ZÚµ|4¥  µïöÖ
ÒÒoÚMm_÷V•~-(r)Ÿat¯-+ûKÝµÖôßm*oá¥çÙ·ºÂð`•"  ë×ìŠðÃJ  ÄKÃ
+
/Oi0Ö×l+i[a&ÔÂÝÛ
kV  ê¶  ^  KöÛtÔ1M¡{      Ø¨§‹ÿØä´(tm)  ?¸â-dUÝŽ  Kä[  0""ð5Ž
Áûa+Ûb¿bŸa,N(c)1\-í›±È<6š-  Ãí;]  ±a1LBðÊW†¿´Å;ò  ŒVÄ&A-  ‰oq¿Šûkð×±[Ó
þ- ÈX°¸Dt  -  m]=^  *a$Ö"N×·
 ÂTðö  vƒÝ[ê×ì¸øK1/2ªm[Õ    k†ºÉ¤
-M
    DE¡    8  0JØhA¨ëV¡,a  ¸d,  á"  !ˆ  ÂI"  Jš†    X! V
Á;T  :  †"y  çV"F"q      ¡  ^^^3È  C  ^^^Ž8^¸Šý
D[Ð¦þéuvë¥_"jwV
  §  ¶"¬Û¨"ª˜kiU]Ci0šâ""#ÿÿÿÿÿÿÿÿÿÿÿÿÿo×�xÈÈžŽ^ê["<Hc0È(f  Š†[(c)²  ÊæMKrhÈ"&`ÁØÆeÀ߆¹]Zó°²
ŒÈ-Aª
ÃúöøOl(Q¦¨aï¿_ëý3/4ÕdX'_3/4-ÿ§ËÖ  Åñ(r)äñ1/2_@Û1/2wÿý[í×ëÿ×"õé]ÿÿë÷;É%ÿ(tm)
œ2¤y[^QÈr
²ÒŠ  -¥¢ªþÈIœBœœ¤  ¸^t]'  #    "GìØ¥
  2ad`C¦pÎ"%yÁHH†ÉÎœò  ^    !  ÌÀsA

@ò  B4
B†k#ƒY  a"
Ô  D!ÙÂ5  5^S'Õ"B+f  4E=yæƒ  0D-'s    £!š
`}    @Â
šðƒp  Ã  "Ð4ÓA  B  Ði(r)
´/Ò
iý Ü!"Â
§k Èaî,    0  ,
"   m
µé"  ÚA>"×M    ±    =Pq"
m!ûA    èt  øOá¬ƒwIÇ    Ö !ö  Ð1/2þ*Gmj""  ŽÃŠ-  çh-;‡r(ø†^ñòWX3/4Õ7jÖ‰{¶ŒÜ  "D¹"K
Ü-M  <(->Óm)?v‰xhŽÃ¸-öEæÚþ,  .mÃRs×  <<  J>EÑ  ƒò/tNŽEÇ  ?    'äd^¿¢^ôôN}7KH
~  Âm
ý0äQè‰ð‰O}7"õ  ðAÑ?p  ָNõiHÎ›I"ª  zA¸C...A  öÐAøOUÂ
¥r3"A  á7i-7¿‡ Ÿ{¦ôŽŸ  A<!a7  "¤(r)  zz´ƒpƒíþ°,O°Î.î-PÈùp¸zêêžû(r)  ˜
´Ÿ"H7¯_ÿÿÕµŸi1/2/w]¢›Ÿ'u(r)Òë"´-*Õi3/4"ñïëé...A1/2¿  wÛ3/43/4´Ÿ*ßCÓÓ°1/2÷¦  +ô¯];âŠ  .ž(r)
û.
tö6  û×P'"°¬ž¬}*IêÒôî{úwo§×  zëŽ°[ß‡°Æ-.Ã¶-Ó°Ä/Þ¡mUõ  3/4Ÿ_Ÿwnƒ Ýßô'ÿúõ]öú¿ýt(r)"ýÚ"K{uU
ò4ƒB  š}Õr-LŽ
ß| êGË,l‰¯Õýîÿÿ  Èµ"{#,äh"ûõßÕ/î^ ~  ðµx=H0tí  Ú-‡ò    [!L.#Y  :ë´_Z¿ï
uÆÌ†ô3/4-ÿý    ïo  ÅwÙ
°_×oÙ
O÷÷°  m  Cµ}ú-ú_Ûû çý...ÿ{Ö×  ¦A~kOéK1ðÃ´¿1/47ä‡  õ°þ°ß°¶°Û(r)ÿî°
:ú  ,?ûÿ°Üü  ¦í÷:]¶Â!rë&¯ß†æØ  1/4  öbpß[õ  3/4¿¿"
ßË"N¿þÉŽu  ßó¨Yj×Ö¯F±$á¢:Uévú5‰÷X7ê¤ ŠÜkï_Û¿ëèŒ    ý"D  ÿA
-ÿ´ƒBöûôÈ,§,m¥  ×%Ê°1/4-/vÉ2nš§_Ö¸3/4ëöBï
tÝ/Ÿë:Kø6ý  ßx}´-î¶Ý^ÿÃý  :zÓµôÛ¦ï  ûî°kU"WÿûʦûßÛôôÿ÷÷çC1/2¶÷lè}Òö¦1/4  ">Õ§ozt•Ù¿}¥ÿöš
ªÿý  wÿí#=ÜêéZí}Ò>ý¿ý/¿<û¯óÍý/ÿî£ý"î-y¥þÚµ¿¥þ ƒB°ûP1/2¯
Öÿ¿÷×Vÿn  3/4Üõÿ¤ßý¤š°}"Õ~Ö×ý†-ªkÝÿ·Aá¯ÞÚÿôÁ¦jÚ÷-ö  wm´"[       "î¯†µ
_ö  KMÚ
m&Ò"øjšV·"àa/îT†>_°•Ó
~×}†  °Û†
aX0'¦í"~i2(êÿÛ
i0Â
ØaXa/zn¡...á...ÃX¸þÒØÃ    †
^(tm)†
ûa Ò
a  ¦0"0Xi| IÖX(c)    ±±±]\S  Çÿ±QL{  Á'ÂoðÁcÃ  ŠØl{Å1$íÝŠýŠÝ  pÄ&!1Iñ[}1[l,Cd  {^Û
¨Z  Õ0¶| V¯LBù  waH<v¶BE...nÃIü*ØOÁjŸ¦'Ã
...ÛNÂØ_†¯A"-zA...A"¦"Â[IØA  G¦  "    Waa"  Âa8h  ('\  u
àÂa    yp  n
²ánÃ
N¯Ã‰  b""!,-`...Ä0š    Â...´  r%  g  ¡PB,1/2  ,HE'
q@"D2{1¡      q    Db""#ƒ¯Ð´éV"×¤-å  _  _Äeq±-Ð×õÁ4Â^  ÿÿåœ¡GÿÿÿÿÿËT"("lSI²
¥q,  Œege¬Èi  ´ÉÂ    "eU(tm)  d  I  Û;U"Æv`È"%XD0  fz*2{"-
çpòV¿;Ä'Ðï'e¦(tm)UU¦  Òè‹n3/4hµôuø^K¡  ¿Ö1/4/'B{œ.  ´G³Â¯úÖý=õoN°...k"ð(r)ŸJ°3/41/2  !§î-
Ö"  °[l|qÇP'
Šé3/48¿1/2[Xï/þ4¦Òÿ°Ý/  ú××wþ×÷ú]ï[úâ ƒÓ/'û/  ÚÜÍvv-yU¹  "y›

è)
   fD
-GPs¤r4    Ù
jTFÏ  tiœ    ÊlB    "Êq20+g¢ SR<dTÜ†)
Ï3  A  ¸]^È  :äó  ,eôÎ  A,f    Å"C6Ê    r  d0C"$4ÍÆÈÁ˜äE  Á›Ê  .F"¨"-"  å¹
n@Í"  ¹"    @Î  a  CÍ^(c)˜všh  "  î
Ñ-
   {P@Â
    PÁ  ^ý5µƒA¥Æéõ˜Ân  a  ¥X%úJŸ  ¶]"Bè
Ê°O  Õ=k  ;    ª¬i(r)  Ó  ÿM=
O¸ý  ž  Ãµâÿ_~!ñpÐÐìè?Mí/1/20šh?è‹
$Aõ§1/22,õ'Õ"Bõnâ  #1/4Z%(tm)  ÔXD[
./O  (r)úe9*  )_Ñ
;dQÔ‰
hŠôGÔGmÓdeúQò+¦¢Ð¤ü‹âÎÐæéÓäæßÉyô  lûÑ9íø>Eê%Ù  Ú    '-
ƒƒ‹"õ,  "fÆ÷¢Sò:LìZÓ°ºeÐ  ›  †  m  ›,xM  Õ  ›¯äAùøS'1Èî‰  °ŸH<'ÝZ
µþJ‹úm'žL‹!Kè:MÂzxAÚv¿6"pƒtÛP›ÿë  õ¯§A:  :MÂÛ|÷Oa
[Â
,  A"ÓôÛ¿T  îµ§  "|ü2    Z"ì&šm^›KZt  §"ë¿  þÿë ýtû^  _A
þ"Õ(r)  Ó×í-+KI¶Ôo¬iñ¶¥ˆÓ}_ë¯~¯zûo÷ï-Õ/¯(r)›K^¿¿Õ"·¦é×ôõ[_õß¿v¿{†
ëIÕ"=?¿Õ÷Z  }  3/4æwßW·¥Óø¿OÃE"ö"é[  ŸëvÞõi[Íø=á¤þFÁë  "ý  ÿì§¿kÿ÷éÿ¯þ-uö3/43/4úú-ÿÛ
  ¯
û_ëù
U`ßÔŠ"õkì‰
Õ?é(tm)µ¥Oi  ¯ÛúûõáŸ  }\Œ    1/2þÿoÂ×é  þ#mmuá"°  NJ‹õ}J@z°úx  û³P  {ÿ[õ¯ø÷S
'^õ¥_õM  0¿íöëÿé²
†)VAÏÿïwü  íÔûþ"  õÿÿûþÿü  _×¿þü"  ï}/ÿÿ~
=Ø  {þ"á  G¿"ý{[...ûÿzÔÞ1/2õ
WÂ  ñîÞë]  Pµûe"°ôÉ°n°ÁüêêŸÕÿÑ  tß¿å"°Úh"ìµÿíé(r)úòÊ/è‰o›×ZOïÿ^\úüî·×_É1ðDtD        ý'
ý×ùd]m¯ÿn    G×þ×Ÿõ§iõïÝ  5ßÿßûÐgÿÿÿÿí°ú  Bß_Ûþ"¨¯¨ïë¬%ÿÿÿVï¿1/2úKßïÕÿ×T
¿ú*_Ó×JÏ¿¿ÚéV°°û(r)þu¿ô¿ÿ~°úÿ3/4Ó×Bÿcÿþê°ïæ¦úÔÕÿ¯Ñ"×3¯_°Û[÷Kÿ×´zõÿÞ·WÓ_ôÙ
ÿêÕW×M}wz[ëÃ^>ÔÕ=m=þ·ö×"ÿ¯ß"ÿ·.ŸÿªÝ‹îÿþ›["öëb(c)§öõ
"ïÝ--1/2Š}ðÞ1/2ú÷  1/2ªÿì5¿n-Øk¶¿Ûn"¯úüë(r)  íÛÿÿØi¿Zö  ÿi  ö(r)Pý  ¦
    ô  _Áÿ"¿†  µ¥Tý3/4-':Ÿ~ßa¤Ú°ÂZnÚ*Õÿ]é...ÿv-û
'-=ƒ  ¦'×ÂKýŠ÷dqøfÃ(r)Ø,±]C  =...õ'{ÿíü‰}°"¨=Š†1:¶·WÓ#ï°Á&Â{3/4
Šþ*"k¯P~Â  ×ñ~Ä"þ  ô?kãØÿm>öšàÿÞØ
Æ  LHÿñWúi¯±Ä¯ûÿµÕ×}'÷ÿíz²  êÕ"ðÔþ  î  È<>ÿO-VÿMaHxÓ        v-÷w1/2  ïíêî
+|0¶µL2&µv  Þ  Áì-^  wÃ    ¦1/40Z²ÝS  ô/B7NÃ  Ó'!a`Á0ƒ¸Z˜%V×ÃM°"†  ‹8é"(c)
    ^"BÑ¢£ª#ëP²7Ð^â%&*'"ÐŒ!PÁ  0"DD8^†"DH'  DD  C•³*  C‹ì!^^^^Ž""""*"#B."¢""ÐÕÃi  ëU
ò1/25]<·éa(u--¯µÕ°·ûÍ  Æ;  £-Ó  al(PÂÂ,
DD  ÿÿÿÿÿÿÿüµ  QäGÎÕ(tm)öKç¦ÎÊ'n°¥  ¶;+ŽÒÙKŠ†v,ÎÈ
£ìñ  "    0Y63gcNôÊ-ù  ýÎÈïüïMÊãO-â3±-üì
ï'Ò×
¿ÿÕëÁÍ-3/4  .ý?A  õÿa  U_ÿ"13/4¿¿  _ûV-Â  ¯Çúüÿ•5øÉ{ø××ÿô?ñ÷ÿBî¿ÿÿú¤ÞÿûoõÙý}ÿ1/4Ê4Ë²ò
      1¯çŒ¨"0[ óä    æÈªeÑ  +*¿2(É  *  U  f  VEZÜÍ&btJâù  Ž¨)ty'8Ø¤a-ä¦|ñ  Ù
"      Á"ÏG  !ß"
"  "  É÷Á        A,
è  CŒ f±A  2C0!    é  '    Ò6F  sP¤`œÈi"

2† ²....¸Œ 2DˆÁ øË...5Š >É )Â&C
"CÊ * H NP° à^U
" W" ""Å" Ø@ûL ÓÓ AsÐvƒP°
ýnÂ
āAàƒ3/4Á ƒô
< ü&Ú ûý; 4-
ÝÝúiÿÃMbÓJ- œCN.-¿M ‡

-
KjñÙøA¡
ú 8µÿ¥ 'N¢Á˜_òshœÜŠé~DÊ#ö‰Î^œÑ-3JEöš%ÁéÈ¸Ù Ã " "'¿DæäKhˆ; K2,^â VœœßÚ#Ê
%ÓGr\ä^h"Ý1',èEvÜ-6 aÉ~äLöNŒDué7‡3‡ö ° '"ðƒiSrèÐA¶GîLê n uáX@
':xAÑ)¶M nEôB9*4Na¤þ :8N, è'§"VÁÞ ¸ðƒÂ
"u î" Òz÷µA6˜ ´ÓÓ·M¤Ýi7MíÐm'=["ÚOª
Óuk¤Ý7úAéý'H=;Ö6,zzõ§I$êâ?NÕ}?Kÿ¥ÓuÐo-&ÒvµéÒnᵒ˜˜ÖÓtítð·§I×ßn¿UIÚú_z"ßtžá_ýx°[˜Õi}ªð
žž°z°Úzìi1/2í+Ó¤ßÓÓ-]X3/4˜û(r)ïßxíÚ]; uuᵒßöÞÚþ?ïOßû~5Ý/ÚN¿˜éûïÿÿzÓÂûK(r)ë¦éᵒ¿ÿù8)G(r)3/4
1/2ÿ÷þßÿû
"Oí>ïé/¿jœ Õ+wU÷ø53/4î¸>ûèÚMä.¸_# §ëþ×L¸E¬‰
OþÈPÃUë ={ßÓ÷j@ƒ"Ø"ŸY /M~ÈRÀÈà-1/2ð{ýÞÿû çéo Þöï Gå= ðq1/2þ×õ§ßÕ
¨ þ#\ê ú"µ
U|"UZ ÒÃum3/4Á/ëZI{ðVýéØiýýû"×^Ÿ ,=ý1/4 ·TðÃ"¿Ã
ï 1/2}á1/2ê1/4"
ý~3/4Þà1/2 íC ZòÙÂ ÕÖï}ö wþ -°{àÃ1/2Û¬0ÿÿ{úÈ _U] ßííù äà¢
'Â!sÿçP²a7ñµý"_ý-.LŠÜ† XD'ßw¬ "ëÝ þ3/4é y îÛòhÿt´1/4 _&Gô(c)¢
m=zú0¿×é$Ý)•1/2 ŸúÞK"ᵒžÕvS Kÿ ß
ÿ¥ë-¿ïôªëÁ*ÿÝƒý×êý¿-éᵉ{ø'õ×
-¦ž¤ û(r)û÷Õõÿ¨_ë Í ÷}-mÕ÷³"ÿÕûÍÖénßO_ 1/2îšôÞÿÿÝn‰võ"ÿ¸_÷ÚjÙ³pOê *{SÏ†u=.ë§}û]}o _
þu;ë^Õó†é=ÛùÇz¿ ëÚë"Wõ¶¸óûw^·-
"û"¸k(r)ᵒm(r)ÿᵒÛ}]kí-3/4Ú˜ë¥ÕÕ¥¿ÿ¨ïüö(c)ÿ6•ÚL=µ_I:3/41/2'W_utÚ[¦¿ý×ýðÕÂÕÚ(r)ùîŽŽè÷mm+]
{²ü€Çl4¡-ÿúl0_°1/2¤(c)ZO*Úáom[Jëᵒ·ÂV ¿M´µýᵒ-...Õᵒ"kiÞÚÓÀXjý'ÿ¸|2:
ÃKø3†"} qX¤þî¸,°Âû
) `aXa(0-Ø,0":ù 0¬ 'Øãa,
`Ã GÂ_ á¥-Ü4˜ì,<{ ø˜Û"âß¦ J"˜þíß¸¦(tm) ÿÛ cØûb(r)!1±_ W±LS ØUq 1/4±Lƒ"é AÓ
cïb µ¤Ã‡(r)œU0¿ußì...úû
Ù
§-é Õò †Â...Ó
(tm)
î¬*
nÂ Õ"[i¦é·Ú]"ý*Ý(c)p
íêž Âuáu Ã z
|0˜L%PÕ◊pIvÂ ...ð˜¥¸P"4Òíî `...Õ"
S ¸ᵒ˜B
@' ÿB ,Ir ÐŽ!¡
! :! È¡
1

`ÂeØ%hA, ¸âF1 )1 d', a
ƒ """""#B â"""8â"<DDh - kKï}

V1/2mµÒWÒa'§]±¨-ö·û
_°"F#ÿÿÿÿÿÿÿÿÿå⁴&fU97
2   2
   â¬ïVq"È   (c)övVÎÂ":9L†(tm)3É94ï%      -hî3ŸI ká"¤FyÚVëêFnš3/4v
ÿÿP¸K
o      PUØWý  ,  õõȨ¨3/41/2köû÷Õñ§ú(r)ö  þ¯]{ý×ÿX$f$1/2q-t1/2ÿ‡   Ý}}µ·ÿÿô'[îµÌ€ÿÓÿó´$ÊC×ž¬‹(t
m)  Éj£¡¸çóµaTž:3èú$  F...5#ĐD[    P  P!
ä  '2(    Bó62œ~NÈb    r!‡  PäL,€l8Ø  Vàf'gW›  !"C¨!C6  x  <l[  ‡¡z"9-K,0da  M  ¯  u  I³,  Ï
   Z  Å#ĐD4  A"-    ø ~  `f"Â
  k"û  0Aá4.Á  NÈ¨Œ!!$f$¿AÚh5  ¦(c)á6è
~     ŸʹÓÁa7ßTÂz¡§iö  h?BÓ  Aü40$f$õb  c^t-  ZlZm§§á
Ü\;Nÿ_4āDWi²4>¬
Ù  e¯Ñ  þ  -5d"òsiÞEë|]¢  DxââLw¢^Û]Ñ    d"  GR&0^íÂ¢tÈ£ªÝ  ›D1/2Ô  ¡¢^Áäé"Dç'ù<TR9´Nn
   =$p$$f$r\ĐAÍ=[d^hŸ1/2[u"^(c)¸ Ú"Y        ø o ßHœÂĐj

*!a7    ';Ni  ¢<I
¦ä˜ÕĐ{Ï"ÚM÷      Ònžô  h'§O"Ü' øAþ  o¦Òm"  zoKô$f$µMý
H7  :V3/4ĐÓÓÂ§A6õ  *OÿAÕÿzu÷Þž›1/2éB{ëjšéúm3/4ª~ÒZzµw]$  '(r)"]¯Q¦þ(r)(r)¯ÒÒëô1/2þ"·ý
$5}=}>".é¿w]¦†ªúèúov...?t¿§ñþ›
ĐÞ"u¨ÿëm‡1/2w*öÚ[ÒýWM¥Ýûñø_j¸u  z¿1/2þ-é{ÝîÒÛX5¿ª]kÖúÿ¥1/4  ¯"þ'Þôþý~BÄÒÌ"8",>þ¬·þ
ì¸/]Û  Úéýþ(tm)•š$f$õ"ÿ-D  ø=ÿâÉX>ñ-Ù
   }ÝÙ  lQmkUpqÛÕWNõõ~Çä€_÷öûÕN€Ç²  £þ¸.-Đ_-x~Û{é‡Òÿö°êþ°ö  ¸:Óý  ß
Đ`úý-  ïvëL"-/§°²  6  ý-7
   Ž-ï
ýí3/4íê¨  µ  !,z¶´ŒÆ¢-þ  }ýÜ,å€µ(c)•ù  þú¸aúmv³¨I‰ý×3/4ÕBŽ^  kÓ-)e  DgÝjî/N"Ù'Q  þ  ÷üÊ$
ÑÿÑdo×S¯_íw'
þ¿ŸÓ17¯û§ÅW{§ÿë  ÞD  (c)}h/_Òë1/2·  ÿ¯áÿþÝ'ö3/43/4ð×Iúï×û¤-$f$ÛOÓé}××ÿY  }öë":°ÿïê"ÞÿõU
ußÎ¨öüÕ^ß~¿í  _õÃ:  ¯¯¤¶bž"³  u¿1/2-&øgW¶-}6t5õ}{Ý/ÛÓ¥ó  ÿ¿K]í¯õ}ý#ÍíñÿÕþ1/2&ß  ëé'  Ó{þ
"|5"]}}í¿TÖýoµ´×†"n´ÕßÛ"KWµ{^éí  [Ku
Úö-Ók
"þë[1/2Ûð"¶  µU}´µ1/4¨}-~Òa¥¿i+a'°"
¿v  Uï+Ã  VÁL0-aXiAØ_†¬5§ö  I†  î
&  +
   ø0Ká-àÂ×ì  $È$f$ÿ†µ  Ô5XavGÛ`ÂO±-é'ö7Ž+
lT6
¸  `ËŽDuÈ¹ã‰1õLlq.  "b
W°ÂIbŸøâ1/2b-ª
VÅiü~Õ°l,G
4Ü‡¡ñ#wìS  ~¬&  §°¤  ï1/2?ÖÔSyœ*ý"×·TÂÚÚ·˜UµÝvÂa(iX'akÓ
µpÓ[JÂ
l  xai°-Óþ  @ÁkRc"
   °¶  >Đa^  "è  ! dÅ  Ã  !,  Pá    DC  0
$f$M  a  Hi  àfø3  ‰×a  0†#ô",!  `¯T  !  [0¥  ^$f$9±M  Ž.#  ]"Í,1/2*Úú"J-"4
ØY'ØEB  ->  ZÚjÒt
¶@¶Rd\  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-h  "  ÇÿÿÿÿËlO(tm)  (tm)på'    (§b  Ø*;%3fs2-gf
;Y  A  êÎ¸4  ,    e@gS†v7)Îäİ†ÀO¨xL"  "  Á  Þ  ô  =ªªL61/2ÿÚ
ö  ;
/I*"_mÒÿzzª_.š]ÿäçª%áËÕí¿

/1/2jJ  Ç

o¯¤øo-Wv^¿jžáÁ  ?ÓkÖ`‹ú o\6¸û~ývô›  t÷é1/4&ëõöõõK_¯ý"Wu1/2¯þªýÿ1/4  Ù  2¤U  Y
."IH  ¤  (  ¨fÅ)È 2‰
ßg  ,'d¸(tm)A"...:#¤kF¶˜%YRf  MB'!  †!;$  C5  #¢ õõžf    "¬˜‰9"‡(d6  d†\wdáMAB
÷ù±   9p  A"=0D  '   õ~¨D.₠ 0  "  xBæ³(5   @Á
"Cø†aZ0(tm)vlCÂqï"  0ƒðƒðŸôƒA"  õõƒ  êŸ"ÓÐ;Q  ã       §h$ëÄ¨AoÕ  Âj  õøôÓªüRh=$ý
¦  ·w¬r(í0ª  ø´ä  É!Ç{
äpéQ  ÷¡Ç  ¢-µÝo(c)  Òñióó¥Ñ  Ú$9Cô¤±Û¢<~¨   ŠôKŸ×V‰Ñõs  '1¢]3aäÿþ^§%Î   ´  ˆ>'.h^=ô
ùgË;">VOÛ§D  ‹Ô^$T:äXÁ  á  ÃÐH v-  7""è&Ñ9´ƒuëÈ¿§dŽ  ~ƒÂ
1/4  '*"   Ú   é/"A  á
O¤"Ö"n,
ûkdŽEâ`ò¸XCM×...(r)Ý',Î¢ÓtÜ'N-.  -/xZïÓu¤•?wIwíµwûkt(r)úú...O´¬ñ  ´  _...3/4"|tõ¤ÿë´Ý  Ú¦Ö(r)¯
éêÍ  °Mä¥1/2tÿß^ÂU×í  h3äWiDSþ:×O]A$ê51/2f   uô1/2Úa:Õ|W¿¤7ð›...°Ðî-jÂÝjú^è  ?UWz  ]m/ª
¶öõŠ]ëí-\v-6úZáé%z}÷-ýX"  ÜÑõßkA´¡*"oJÚÓðV÷ýUkߤµ-õõëí<^  0/ÿ  i   A...Á+ÕUô(c)c¥  õÁ¦
H%<29-  ô-  ‡õ¿-...ªæ°¿  ü,  !'ÿeÁzí1/4†   âœÕ  Wiú}í¤Ï[ä   Ép{¤"ÖZ  ì,#
ä  I-k¿!ƒ×¬(tm)ŽÓ
Á?  oü+
    ù@0ûkúý
Zì:  ¯ðÃ\6œ:-U÷ßK  þÔª¡0z  ý°ÿÐ<Y  Âl/WþúÞ¿Ã

  ïÓz÷¯8/ÿD+-  D1-1/4"  ÷ößT  ¯ŽÑ
Ép¨¦Ô"  àÚ!ï¢7j¿k¿K¡¨  Â!²ôÒ=‡X7,¿  ðÉ¦ekÂ"Ñ|ÄÒíÛÒ$&Ñ$5æ¨ßêL‰¬""ÓÈÏzzúÿ"  iàÜ  †‰#µ
Û1/4Õ#ßß¿         ¿...ÿú(c)  }Åßî  ¯°m  #¢Â°ÿßß_|-7xO§~þK-_ÿÃþ
ÿ·Þ¸¦ë]ô  ïöBM}}7ý  ;  Ö  Ý1/27_Yª(r)îÂæ(r)ÿ3/4Î  s(c)ëéWgW¥ûúÿš°""J"Kÿõ3/4þ3/4-ÒG  ÿëÛi-
¶Ò]§ÿ[ß
W°uï7<ën-í
wñêyüüT  ¿{Â_  UzßuíÃSÇ·]ï]Òôþ  ü>¶¡-+·jÚwõ  ßúú·ý/ô¿m_ÞÓµÂûv"ö"þö  +÷õïK÷Jõ"[KKß°-ö
°-5öÿmS#ƒ(tm)¿†  ‡ÛzÚ°ëöûVÕ²8/   z¶"Ã       /ÚöÚ÷ÃV
.í-...a¯UV  Ò×a,÷ÿûJ51/2†"0µpal,  *ÛpeÅ´¡,QÄû  †D  wM,¬  ˆ:°¶  %  ·   ƒ
  ±pd|  †ˆ  ƒMëÿìkû  Ä,6Ã¨ö)^_±LS  ÿì%cz,"-û  é1MvÓlƒ3/4+Všd-!ˆ¦$oV$ã¿êý...ï°šõžAÝµí°šk]¿iá
*{W¿avÛ&  ·   al/"ˆ(r)š3/4"(r)ý¨û^"  ",+k
/l0¯A"1/2°á,Á,ê      è
  Ða  G§
  ƒPƒP°"0B  L&"2:'  1/2~Â  L  GXàÁ   ‡   A"Vjø°0B,¬N  B""""t"Dh0"ƒB"""")  ^^^^°CB3±¬DDD
DDDDDq   Äßßm}m+kzÚWâ²ÿÿÿÿÿÿÿÿ-=Q7  gz#%  %T›  Åd  Q^   d  Ð3$¦wC;  ó°
j4å¹D¡;ú>è"FA.²(c)á  5D£fª¸J3/4þëõÕH°éÚïûî$  õÓ¦  ˆôù¨ÿõ¿ß¢
å[ø+_×ï""¨ã1/4(tm)  ÞÞ:ÿb"î(c)  ÿë¿ûþ1/2~·ÙØ  ÿÚ¯Ný}Rt>*¦î¨Bï5(tm)ØÅeT"†  "   GÈ¨Kœ  Œ="
  S3/4Möv:(tm)
2V  (tm)  È#Ì  e
s%ÄÈA  ÍQ  !(tm)9'
†ˆÆlÈ(ŠT<"vA"5³TlC¨¡°¦±\Œ
  e#63¦qš
)Ä  Bá2  µ

,
û(6ˆÃA"  .B`  Ð›  4
"ˆr('  ,
žÄÈb"²C  à¨]  š   0ƒÁ  (Œ
4  @ÐxLœ  $

‡Ñwš  Âg, ó7jm¥žh0D)      ƒ ö j 4Â
 Âi´ 0ƒÐ~ =ña8xAá
  ü û³h=8w§é ha
x ÿo@ã 4:Þ÷Õ
   w-»    a5["[°¸3/4Ó1/2=   ?oA¶1/4 Â
ˆâØðNÓí6iÒOM Æß °˜£† Èâ -4E¢; ¦È tÑ,¦œî-R vÈã!1És¦Fr$YC-C¹ 'ÓúÉý n^(Ì‹ äæä±¢ '›'
BdyúÝ  ãy,p@ú^•pFf‰s'ÍÁ á Ñ9ÈJ nE÷¢gh-3ÌtNl A1/2 ÿV´³ƒŒ
›dEy:AÑ´K(tm)G·¢›÷á à¯r? < ŰŠěAXA ÒxYE @úí³  '8AÒ}1/23/4úm   §I´ nžÐMÓr3§"´›
ý_}0¯§H< ¤-à›"Ú{z  o-m'i(r)">ðžš
   úwþ(c)ÒJ÷ÿ×K§(r)¿§éá<*Ò~"-ÕÝV÷ÚÒ¶C
õôé²ý=-k"Ú[u× 7] éÚ¶°(r)(c)ÒÝ÷-3/4šÏéö(c)×ÒÞõÿµÕ1/40"ê"×§aÿ"¤ý úÿ¨"´ÿ×¥"uô¶ó>ŸÝì_§ÚÝ
ñ"üVéúj1/4z ¦†° åŽÿÿPÁƒÆ×öÞíÛy ÿÓ(r)ö÷éC~>¿ÒoÞö*¥¯ÿ ÿïv3/4ÒÿW§[-ÚÕÈÐ=oMÓ´úÿú'
¯ÿ¦j-n1/2¤Ÿi&µî3/4û~é Èš ÿü"  -ã¢ó¨ß_¸ÿž
EÃ°U_3/4iüWKw¿ÿL... ^ôôS‰÷3/4§ 9  ÿúè~ÈtW÷"A àiþ¸-ÿ^ª±aóXw wÛã°¿
  WúÐ?´ÿ¦†=öê.¤ B×ô¿¿˜î¯Óé†u  Òì è(r)ÿÝCy
  þ-ÿÿ ¿ý† ÷¿ ¸.µö×M¥íý0à°ÿÓ¯ú!ûû[! E Hû§×ë‡Â ïî3/4÷íÒÿJÿþ
¿Uv    é-þ ~ÚKþ"ƒ
S¯ æW÷^ôÐú÷ÌSDgÚÛßþÍ³W
3/4@€ko-úöúÿÑN#2¿õ¢ Ûá÷JZH7wNßïÌÒšÄÔûúäÈ¿^°_é{ûÑ(?D˜îâô"þs    Jõ}áê_ÞL ÿ´¤
¯§}¯¶t_Þëÿè%ûnÝ-ë¯_" ð-Oÿ3/4ïÿ ß¿uÙ ß~°UuÒÒ¹H~Òî×¬ ^ ³¯ß÷ÚW  êC<è÷_ ¿éµí/wûc
ý×WißõçÑ =šÝ´ë ïî "ù¤ßÖö×WXgWï w_Uï^Ÿ{¶"·Æö÷juv•WÙÒ¿-³"zŠ°Ò°Ï{[¸4í¦¨ëÒ"¦
iå ö¿QÿV3/4q÷Zî¶-÷^ôi>±N"ö3/4ë éÿok1/2Õþÿé´¨ö1/2Õ3ä¿ÔµoÚÝ‡ßíí"wÄ[ZÕµ÷N×Òéÿ×† †3/4
1/2¤Ú3/4ÿ¸¦ÿûJ¶×í[JžÒ¦ƒM¥a·µ°þ-¥ö·V-ÚÏ¥¨´×
›^  OÿNöê
$œ5¶û¥§m-(a...Ò¿µô L0 `ÂÃ]uõ†•(I† ÿa"-^ÂLSa> F JØg CI‡Ú
+c µd¦³¨:b(tm) à~¬ µî¡"OŠdW]ñW±Pa(Ø¥xg í; "accêâ¯þ)¦9 ÅETI
Ø¯= - x{K¿ñµ±&;ØÕ2â3/4Û øLWð1/44Â2 ì&ö$áÒm? Èw² ú ¦µi"ÈW1/2VÂÚÕ¨ ]¯j¡"Âv¶
ÝŠOv°†šUÿa4ÁÚÒöÚÐI°ƒ
kN1/4 M{M5á,-à~0›a7° ...† -^(c)¦ a4Âz
  û† ·
& Á ÐˬäÈ. BL5a0°Â
&ƒƒ C #Ž `¨C# P@B q"D! 0B
 ˆˆŒ ^0"MH0B !pƒ 4!¸ ´3-ÄDDDDDT E§ØˆDDDhDDDDDDF= ¥õûÒõ
•òÞ±
..."û×ëö°-
& ÄGÿïµ@" ÿÿÿÿÿüÉ! fB ´"¤ÞÒí×uöµz÷
í... ¯-!
Ý Ä!´-Nc1/4 Û]+ª
=-
"ô¯¢SÉ U´(c)°°¸¤>(r) éý+_éX":¯Ò2Ga÷Å WáéÿÚõzû' ÷öúÕ×¯ {WÐ}õÃ-â ´3/4ÇÃ_lùóÂ^ïØþ
¶ *é...Ý¬A", ŒGÿÿÿü´ŠT ùL (ÿÿÿÿÿÿ-!~?ÿÿÿÿÿÿÿÿÿÿÿÿÿ´ƒ£ÿÈ)J2KÌ"oAL¡"bbÌ<@¹n(Ðf@¡°î¸Ë
íÍ\ƒ3¯ÈíU... ¬ ¸;&ÌÒ¤ O ì5ÝU×çj €ƒõ¤ä" }þ"ÿZ
øT'T w3/4ÉÊ=¸š} •Ýp°§r Ð[ ×D¸9=¸}%"öôê}oÿä<(Aßï T  ÿuÆ³ Oÿ$"o"_ïÿ¸¸T¿ü{öõ÷Óë"gf
j-ÎÁ³?+FTyÐR $¦Bïä¸$žÎ(tm)VŒ""#þ¬ÈÙ•0(tm)ì^  °D:y  ' ¸ji¯F¶CD B-lˆ"o8ˆ¨à†°ªPÉÃ"
 2 0Y²)Äš‡ yâ
 Á    ' @ˬbž è    "
Ö!¶N ,!ê tf Ú:³lëd@CPD
ÐS¡- GÁ Cf  ; DÐ Óˣˡ gFš°µô 4  5M ZÔ îêƒ'v zª ƒ 8H0ƒAúzá;† §A ô- a ÐµÂ¨!t

ðA°ÿ@õ  Ä4  =¶    §T(r)îú
'j›\i"  ¤  é
  i"Ð†Ä4äN+†šhk


_¸ü&šz
>ª ƒ  ¹  ¶êF1 ØµIÿÒO  WÑ  ÚªR-þOÚÄ4D¶¶‰{D
ù/k  h-4D{¢~Âh‹  Æ˜°ä  }:r;r+²  Ë¤ü,+N‰ov¥  È˜Ð n³<3ŽZ  áÈ˜Üu¶íD[rÎùt°Ó  <œúH(tm)ß¤ì‹
  3äÿ"6A6Ë°|
›dt"A  "  7'7 ›'õ    è  A°õ"ðÐ m  £hd1/2Èö(r)
    Ù0›'B]"  H7ø4, á
K˜ }  8irTVšÈè  tÛ¥Oè Ü!,
Ó ƒÐt¸B(c)<( Á=i  µzz}+"Ü'ÚV" (r)  PA¸[Ih5        .žžôî -"úõKWÝ1/4  ao__]u
ûøMÐzzoÃV•Ö°  &×Ýéÿé1/2û°z§oÃ˜(r)°¶°ëïn¡7]c  i7Ž']Úßá]'î˜ éúW§íöé˜è~›ô˜  [1/4-Ó°k  I1/23/
4˜I1/2¿ë¿qû˜îÒ  (r)Ÿ¦‡u  Ó^  5î"ÿXBtÝitÒ'Ó°ÐnémÒõîýú×"Ý*-""Õ=è%¿ÿ¸ÿ˜ïõ^¿Þ¸5ûüa1/23/4þ›%
ÊZ  ...ï÷í-3/4¶ý7)ÄäBÐKðk@µÙðõY    ÝÓ.
ïÿñ}¦¦    "  à×ß×3`²  kü]ÿò$    ýÒ×fÁûûÔ3/42 :R  RB9Æ}  á‹ Á=
˜`:,}qÒOÿþÔu  Ã  ƒœ~-ñ
×ðýx%ÿu|  Ý  V
l  0  Ø4  ¨  û3/4ÉÀ  û"Iþþ(c);ð¸d  ëMÿ°Óú1/2ëÐ-?[kýtÞúá  G¸a˜ì:¸_§-Wúý?˜Ý¤-Â
ãöôúÕXo¸ýõD.m~•ÿ¿ëo  Àá  Ô‰ü  Ò\  d‡a  ¹°-OxD/&¿˜  ïÚùa  Û2*¢  (r)  #ƒW×ä€ÝÝýýÑ    u
õõõšï¿Y‰'G
Û'|Ö%<'ý"ü(tm)
ûßû¤ï§¤•i  EHÐ  C-õ    _þ°¬  ß  üÄÝÿJÝh+É3~ò\éƒ@˜{_KÖ¿Wï(r)Õ<;Ýx;U×¹(.ë  "Iœ3/4öé.Ÿ"¿k
ëþ›ªÃ˜"ïúçWý-1/2öjý  1/2Í[ïõ
ÃÝÿg]°ÿð  uý/}-Uwïë¿šŸäŠß6Ë  ý×ÿÿzëh?oúí  þ(tm)Ôôÿ#gCívÐjum¿÷õßû˜"µìèkZ*]¥kIë(r)õ
íÿ¶˜ÿí;¥3/4  ûî(r)-Ò1/2oÿÞ1/2-N:W¸÷-·¤¤û¤ÝÛßÇÿ·OÚÿv--ªÿjêƒJÿoÿÖ×
"(r)1/2îÿ÷ûÝxa&ÒíW[Xí6  ÷×ðõûJÂú˜
oß
(c)6"ý"  ´¡"·a˜øa">Má¬5µvÒÂJÖÞÚWö  ¿
)£ÛÛï-Õ¥
/m"1/2íÕšm+  Xj}3/4Ã        0ÂTÜ5a"äH¸Ø¸0°Òb1/2Šÿƒ  ¬$¶  a...°U†•˜ö"
-...VëÁ˜¥àÈâ$Ç    r(Â´  ÿŠWdWLI1/2Ø-v**ïŽ%Ž˜Ø"|q3/4¬/ö)‹Øãcx|Ð  ~ÃIŠb¶|±TöÃ;
ï"  R  O  -u×  ^×{O" îÚmªý"d  ð˜^Âÿh2  îÂd  {!˜ï†ƒ  ¿  ÂißÂkØIÂn[¯L-‡˜Þö  Nƒ
"ªÂý¸"at¿...Ý0  "e°
+v¿Á...Za"ÂØKM0¶¶¡4°]"
  ]5†  ðƒ    P˜NÁ-]
    dÓÁ¸Ø$"  [†  Z `˜Ã&  !Ø Ê  "CW^†  Á  L¸*
  Ø2B  jì a0"5S°&""Ð˜˜²iHC)G
            ¡        DDDA""B±^`b´3/4#°_-ÓÉu¥Ûí×ö-¢¬D¸`¶ÕÇb¶  ["{ XW,    L
""?ÿÿÿþvP1/4  ÿÿÿ2XÈ˜&)Ý  Èh
gÙ
d(Ì"  /  ÁËÖÿ¢  ´Ôî£;˜^ßûÑi=...
A  þÓUõ¸òC-  ÿé/ÿÂ  ú1/4\këþ4*;þ"úÿ{þ"ßÎ(tm)T<û#ÝÙŒÔÿ0E\v4  l  gF´d"!d  ¡Ù|ã02&&D    ì
ülCY=|œ!HÏ0@Ó
Ÿ(
B  ±'äS...H    ...œ  C
  ˆuÎ
  ÌÁ-K(tm)8rC!°D  ¸‹u0É

`ˆ}Y‡¡˜A(c)@_è?MÓ†ƒpƒ    A¶ºz`ƒ
    o"Øé
÷¡ú~Þé¡ ÿ"ø‚‡§    ?}8†ŸzI(r)3/4šõ§×¡
*û¹‚|‰uTG(tm) á¦‰óÓÑ)1/2 ƒ‡  üŽÛ¶‰oûôYä    -E"¨1×"öO²7xg3íªA ö ¶H÷‚n    ">H7Fw\‹ù)Û
 ÷Á ¢HÐmþù4?Íî"Ú @Ú hìGj"ðš§é‚N z¿Òn›AZ T  --z¿-+ÿ¦Oªºîîõz}µ·Võÿ
§
ôÛuÿMÿŽ-ì."§¦ëüì?ôþ;I:Ž*Iµ¥µÕ%úOß3/4í _êµ Þ"ÿû¯ûw¯ßoíEõï"ý{_ß¯É¯ûôÿÃúv ]_ßöè-;¿°}mÁï
õÓPí~ÿþÈD›ù
¥"¯Ò÷1/4Œ ô¿ (c):Ô‡Óßÿ!Y‚_Z÷ÿ ×ìƒŸM7ëÝ+(c)
1_û ßd0}WþÃª¿õá†Ÿá‡ß1/2?Wø_1/2ö [PÃï×ö
ï¿ÿøa¿Ûo--ÿÛxD.o-pÂw¬7÷¿ì?¿úþ
ítj "¡ýÛíi"-?ý Äÿ"GFºŸ·õ Bÿÿ ¢0i/fú°õKßË ÷í´ 1/2Ã
úKÓËÁzÿ×øwüì ~ÿÛúo"=Ý[}ï;R ôÿ]ÿaµÿ3/4›ý}[¥KÿÌÓûjyÿþÛmoïöüä¦×Ï7KÕ*ßÛ ¿ÒÓ
ÒÿÿêŸ¤}ÿÛ^›o["ÙW"Û¬û_õû[ÿõ ý(r)üÿÚ]Ò[1/2&•¤šÿ
/Ú]Wû~-"}¬5øa~Âo(tm)º!- ×ÿá¬4›
ÚÓ"ï{ìvö àÂPÂÃTì X`•"z{}ª÷äW_ ±LU¬mÈ1/2Šö
  Z´áŠcˆL‰ov69 F-ÕŠ`Á ìWÿ´" ƒ    nÃ
Ø-Ý‰º7ýH`{ü†
°3/4aß" ƒ¸¯û
Õnî¤Ý šŸZUa}5~Âaa"êÂØM"Zíl/    T5N5
ƒ
‚"    7A,Ü0-    8á,-‚xA"ÑÕb (B!‚ ÕE"""""Ðƒ """"""""""""1±ÕoëzqÿÿÿÿÿÿÿÿÿÿÿÿòÌZQÿÿÿÿÿÿ
ÿå0.£ÿÿüµµEyŽdJé¿":&QÒÍ'fÛ×<gdŒÊˆî±"ÎÉ°¦Îv! (tm)"
dM ¹Ù›Éðh-SˆD R. ^B 2Ã(c) J çkG † ¬ì •'-EÕ(L
£îÓí¶ëWß×¿Õh.'
?êé$-} ÿßéëkj˜±Mkº×¥ö % ‡×¯Ò1/2ê- 7'õ"1ýá~;Bh}ûÕLj‹}
^M+I‡Ó÷ã÷á1/4 m(r)ð-ýí´ [_ëÿõÇ(r)´ý §§ëþöž¿ëþ°ý G¯è-¨äMYÛä¤L¤#°ÏMM'Ú[ >õ3/4ê~öBã
b Œš
IÇ
d šõ"ºn¶éÈcÎ N Ô:& mŸ"!^ ž
q‚ˆÈ•'§ )Á4
ê "$3€ "...#A tág£fh! y8Í ¢Hè&`^-%ÖP ƒ    v ...&\ j Hj 0D(Éö "&
éÿU&Ô x@Â
ì é<Â}'" @ÐÞ- |h4Þ Â ‚ Nd† !¯ A
h2v¶P%k[Âz

H4öÓµTê-]-µÐz
    ...´Ú
û    öƒNí8 a -Æš H ëO¤âÿ >¿è8Ó^. î× ×"úqhŽê°¢;hœõÉ{ Gr}dg#æ‰oçDûè-dX
Ò¯AÛ""ô h^ôB[ß  ÔØÒ÷d`ÈíÈ-Ñ-9 ù? '{#
BÇ×Òá¯Ùt -OèœûÁ
¦ÏÚ 7"ý ö
 H'@ƒt Èƒ@›DçíjNm    :"§Ñ)3/4N °ƒ È(r)ìC[JÁ¨A¸@Ü nJ ƒðƒƒ""ýUÞë_
  à›(r)ƒt÷¤ u 1/4 Ú :OÓxþªH7A÷JHá:
é*{ÐMÈÄ.›û-GA×úO
H=:Mõ  ÝµÒž@1/2<&é¯ IRzÒö
ëúm¦ït-êÂP´›Ó ª
îé+×O__é?J(c)3/4›-%Ûþ Ÿé¿ü%ÿ}1/27MÓ]uº ÓuÓkíté

T¯_ µ÷´ oÕÓCOõW'ž-^Õ÷Û¯3/4¿¥V×õþž¨i[Û"-"þŸëÿÛM+"~*mÅ$ ë¨wOý1/2,Â
-U"_Óþÿþï-- ¯éý-{p~3/4¿×ýÁé}]Õ/vÿÖ"
ŸÖÇW_¥ïý] ûë aª["¨ÿä`•[ú¬...Õuí¯ßè 1 ¨Õj@ uÁ±d˜-ër k Ü[KC3/4ý ÿýØØ0Uæ õu
÷_â˜?ß"#ƒ
ÿÇ!Ã"" "1ÞBë8Ž õÇL ×Ó"ì#¥Û"¯ ÿÿ" 'b[é÷ï1/4/{õlûñÿød úÒvÚý t1
ºnÁÿòc;AªÿÿÿúÖÒ´áV×(r)°3/4×Þ
?¿ÿ×ÛÕ #ÖÞö
Á]_
ß"
Ð ...
ÞŸ...ÿÞÿn TÒQ" ...ÿvˆ¿õþa=úkr
_ÿ- -"± ÒÖH "†ˆOü,U -ýƒüÕ5[öb ÿûøã|7ÿÑ4uµü‹‹õZÌ£ïÑT R¯{î ºyd~d'*+þ
ßÕÝÿÿÿÿúº^ÿ...í?"ƒû~Öÿíƒõë¯JD a¥ÿƒ¯ù¬IÙwÈg"Õë_zß×ÿ¯!°YßUéz ~Ý~ýÚÿ*...³ªÝZï
~¯ý¶×Ú ÏTD1
î¿ k§(r)ÿ]I 3²^ÝÛ_Ö×ë³(c)›u~1/2¹Õÿötdc}'@ôš÷"[ë{:š• Z"A†ö3/4ýÿ§]-¿þï-/¯÷ûß ß[zÖ¿þºõuzvú
GŸ*Wi3/4ëWÖçëïÿm(u-."3/4šN"ÿuÖ-(r)ºÚ¿zi}í¯ÿÖ M-¯¬4ºÞÒêÕ7Û"ÿß¥í¯·ØVÒýýT6¶ ¿Û[í[Ø{a
[AC_
¥}¬5ý†" ÚM¤ûêß¶(c)ÚÚNÃ[
ë~ÂYCû†•ö•ì5ÿ1/2ÞÒ´²s³GÚUØ-...l,pÕ† +àÂÕ°Ò
˜ Û C
¬0¬4-ØiZöØ[V T(c)&•nêxì KöàÛ {
Š3/4äc:" Á,KÇÛ _bH{ lƒ1/41LT-Ä&éŠŽ
v)ˆW £...1N" Á,TÛ Á,I±QúÃ "-ìWµ ÂþþÞ˜ª¯¦!]ÂÜ<-ªoj-"ÈXïÂzØM+"
*Û Äd0: j " Ú×Ûkê
1/2õÕ"ÕÞ"^ MÈXÈW´¬ 0Ÿ
$Õ Ö-ðÓ ê akm5¶ÂN°ÂØRÜ+Ö¸a0(r) ]...B
›"
+¦ l+q ">" - ËP µƒ) B"0B e
! ÉŠ +9A` ¨0˜(!
†

˜ ÷Õ ¸ˆˆ•x ˆˆ0B""
""".""""""""""$š -8ê#õuôµÂëéÒâ¿±õÆ?ÿòÐMGÿÿÿÿÿüµŠW-q¸·1'"g ‰I-äŠW|"d
, d¡žgÙ›L&š" $â$2
,"'; ÙÍ‡†¹ ÛJÿú ¨@Á µ 2œB È "¸·ªõÿ÷TÕ4 ¦ 0D8 0Aß¿" ÿúIdœ5M;M; ÿ" ý);< ¨
tK˜D|Ñ/hŒr‡i¢\Â""O°Duøøºê"j"Ól è+" ò n oˆã(r)¯Ô/
M '§I´˜ii;}ëßÿu§¦êé¸MÓÓtïîý/_,
·ûúé=jÝÌ'3/4ŽÅ³'-¬‹ PŠP¹SÏ(tm) d£$ C|" ƒ ~K
1/4doõoÕÿý¥Ì‹)'H a58D6C f Ù ÉÌÐK@Í HÎ8! Ô @D B R( f`ä
(c), 2M,!06üû 2CA"-C ÈaJ Aœ ü'ÿJÚZý[VÛ" ±Ivjf t L )N £<éõa Aè? ƒµ
"ì* ÃH z
0ž -˜Aêƒ"}
¦† ~ qI×Tµuô·¶·ÿØL =aá pÂwý=8¶×¸Ð~šoVƒN ºlZÅ§¥è XTa7A-Ü/ ÛõVž¿x° ûè5Ó¶"
šwú%
' -...¦Ú¢8hœÜž5D¹¢*†ˆHrc•aÄ¸Û(r),nEü-Ñ Èó" D-÷Bé}ÿïéô÷!\4â-SD\qZÒ'zè-6G÷Ò
nI èöG6‰Ñ·P@ÚM åÒ lÑÉÍ° Ò ò> Þá=: Ñ:?@ƒpC -˜zß¿á÷íõö 7'îE/¤JnZ>ï"ü
ðƒ-ðƒt"ôôúA"'ý¥pž' ÐAº
z·MÓtßÓè&Õ‹ý ÿZ¯îƒ

*fp*ŸA61/4-Ö?§Z°Ûê°...}i  ÛI"I´1/2Õ˜¯þ"ïᵃᵒᵃÒ  úý‡ûÿ¦ÿ¯ ßV-N´ýÕÖªÝ  tXôÔú~°ßÚ÷~ªô›...tõ·Ôû÷û~-
Øì*ff*ÿ÷°_oð�(r)PéýÍ  ÿ  """ªOMÿï)G    úý~1/2:ëzWë¦÷È0Ÿ×Ö•ÿß}ôõè
â?  ZÕ¿Þ¶"ý-Ú-Ppï(r)¿·újÿJë"ïᵃE  ¶ÿuþÔÿOOW[·Þµ×¯  w[ûû¿  S¿°¯V´6BhB$WvÞöa  Æ(c)=^3/4ßý
}   l>x}?  Úí{kkéêêQ  (/3/4ýÕt'¥B>#þ7ù
@  ×|Dm¯[°ÿ÷ùÐ1r  ¯aû_ÿn¿K"û.
ièE"  ;×ûÖßM×ýo^  l*ff*×ôêÿë×ú·à•  Oß-ûZß{ïñî-
ïu×¿oïµï_  AÏXa†·UõÛ÷ÖéÿÒ]¢-;  "j×m}§ÿúûîú!á  ýÿZú-¯¦û,
>XÙ
1/2/w÷1CUý¿ß(r)ü"$î
þ÷ôêõ}°ß!G?  #ûtÉ  #§°*_õÕ¥jÕ>1/4$÷"Ã5
}ÿ¯ïë¥µ¥íÿ,:•  ¦P~ž•Rëÿ¿ý,²  œ¯+ý{û]ûÕßýÉŽ6¥@àõ×÷n1/2]=-]Ú×¥y0ÚýýµzöûÿT  ×ÚÛ_  ¥û!  m
ÿ  _{í
›áÄ:6Áï3/41/2¥(r)é1/2v÷Vÿ¤¿}Rn3/4÷Kþ÷ßÚWîÔ,_Ž;ÞýuŽús"Õs(c)...í'LÛÏ.Òí~Î  3/4°Ãªÿÿöᵖ)Þÿo"¯
¿IÕÔô1/2~Îï̈N  Ö´ë̈W"v7u"_nÕi3/4-¯      ïñ¿  ÝþšÖÝi_¯ýéU
µm[×êý/[[ŽÕmWU    Õ_];÷I6ßa[¯žÿµ  í=´~î̃(r)þÔ¶¦ÿm[[JÒ
5†¶•ï
+êXé3/4Õÿý¥_¶  ¶  I}µí†¬4-[V  U˜m-×WV
/¶|-"3/4ÂuuW¥d3˜̈iCSC°¶,mLÍ´›In  $âµ°ªC;ïñ51/2ê
%°Õý†  Iá"  S"Ž¦'"¯*f*      VÁ"µ}Òv+v)†¨ö  Ø0I¶,/±Å1[  ÔÂ\pÂK
     [L0"[ö  wb"§b¿¥]  a±A¦6)...±°Å  ï°µd  {  žÄ·ìiEtÓMm1LWLmE1MqL†-¿]Vµö    O{  $Û†
&šØV--(r)(c)Û
ö¶3/4›Úl0-aS
i"Ö  M,&"pÓ]úa~ÔÂà*f*"      k
&  C   1  4F1/2¬C  pL  ô  ê      ¦  Papšᵖ  Œ*f*      ,Á,
5†  0ᵃ\  Âè0L.‹B  Á  ^"ó  D  ¶*f*VÌ          )ñ  e
QYcL  â"
   †  D"^!"A"   °
DDDDDFß±  ¨R   ¿Òßý%ú"z¥Z¯  •,ì̀  (lEt*f*[¯  a.£Ô+  F?ùm
Qÿÿÿÿÿÿÿ-âÎŠ²¿¿÷ÿõïãûÿäšÊ"WDH¦BaMdB'øØ†¦æf  <Á"Ê±I  Ôf
dS"5
H3*f*¯F°€*f*
¨0]0*f*°kè  h'
  4
  }R
šoÚhSûª
é
i"-Þ    mßÄ4×ßDžÚ¢(ð*f*DXõᵃáà  Ñs}È¿D¹?Ý  ‰Ûi̧K£"÷.    õH=/oj  Â  ûõmÒM
*fi*]7¶Õzt1/2k§ÿT  Ò(r)žž  7T*fz*é¯-/w°§µ].Ç  °(r);cW3/4ê°úÝÓC*îëõ3/4¿·ÐÒ§
Rü  ?¥y'H°  õÕo¿jÕ$ì"Ð‰^öí£,Ì...  Ù
a7ªÞ"¬uÆÁ²  EµB8+
ëo÷{-û‡
  ¢  ö  ív¿þ(r)*f*
0ß(r)^Ñ†þŸ^öùcN¤G$  *f*{¦¶‚ª&DÔ  (r)ýô1/2-;*f*  f¦-Òð²
   UïþßIø8>"ü-ÕÕÕtý"Î†  põz^ßé1/2ÝkIN-   ¦ug  ›Þ›:°(c)Äþû[Ý  µI¶êïTëcµé:¶¿]¯ÚíÚêÝ:1/27žî̧
Ýkí"av¯t"m¤ÚWÚ¦ö"-
    Á"1/2†  .öÁjá'"ª(3  a...ö
   ìI3/4*-ö6AÇTÓ  "qQLS  1/2  µa¦A-"!ÇÂ¿a-†šj°ax-¦1/2a8`‡pÂI¶  0A'uX°  ¦BŒC
"A¡  PÍ  B  Á      35Ì  ^  ^‰oi%(r)5¥&ÀÂZúÔrÓ%Qÿÿÿÿÿÿÿ-Ô(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¦

s"Ð0g ¨ÊîÎÕYÚDvXÎÓ  ƒ²      ¥z(tm)6¯çbqÔ  Ôû
'3²- N
ìì;"¹Ú¦Š(tm)ÙƒYÚ€aoú¦,"°ªª§dxH"·           ÿ  ¿UTžŸ
ª  èòXw(rµÿþ×²[  R  lºw-däQÉ*  "+îßúð¬  Bîõ-    ¿J=vþö°ô5¯ 1/2¿ÿþÝ~ÿP'ÿÚ¥þÿÿè7r°jtß´ô4d[u3É
Z=Q%FgÑÓœ2**³Ì...ŒŠžF(tm)*  ý+(r)t^¦!à^‰É
"ND  d  (š' -fÄ5'  ďr  ,ḯ  ð
!8|ÀCP  h  •ḷ†Ða  :‹Ý Ë²     "-€ệq   )   ``^PË
¸,!ê¦ò}  ,'±Hl‹ŠDÅ$
aWß
'''
   0D9
 Á  -  £0&P    Ða  úƒì  {  Ða  ûA¤¿é"  úøOA"
=    ×1/4À@A"
N  À  ,  ...ÿô  n¨4Ðn  Ú
Âzjš~  ôÓÓbÓ  øÐøþôÓ[BÐ{ÿpÐo¦fù¶(tm),ïNK‹ž4E-¯Ð|â.-SØ†š  #...r3‹-7'ù  è...¶^ƒ‡"
¿  Ñ  ?KYsÒ%Í  ]Ë  ¥'!¢_ùNYu  Ñ  õ}4GÝh  ×Ñ  ´  6¨ Ü  0Ñ?p›'l"žEçÉÎ°#¥  £Dº
(-²¢'ý ÚMšC#¤"Tl!³§"  -O#Å°N
³"
‰  ¤  §A  tÃñpež  99µI  £"  'x´  z%,
Ó1/26"¤é;A¦Ú
ôi´›"A7Ðmt  ôÛ
...  ¬'Iö‡ÞÞ  ›õv  ×]‹Žm&Òò  Òm&êƒßuoÿ  Ý7O
(r)ŸKé°m'éµ...Â}3/4•_þµ~"I-_ê³éè=÷ÓÓtÞ•:Oy  ¹=xM%ø¥ý^ïMêÿuÓôï°·Om=  ÿ÷ịþû-(r)›±,#¯ ´3/43/4
 'Ã
Jž¿      @ûûcÿ¤*þµ"  þ-ÿ¿í  Ó÷Uõ¨ÿÐë  O·ßû[c
¶ûé6Ò¢C'+j°ði7ý  ãþÒ3/41/2Õ§ý^-œ²wúÿàé.žF  Õ~3/4-?u(r)Ÿ†±
Â  °ËØœ  ×W¤ÿ¯Zj÷Õ¯Æ§ÿf  vµ^ÿ¿  š,"4k!E"¯õ}Ö(c)Ệµé5·âûÝ-•aŽ  °ýý°#  ÛÐÕ¯ÚôéÓÕ?ÿþÝƒ
^#¨È  /é-¯WÇ
"  ëÿØø\2  ý  ÕtÈ¨ú[÷õûN"ë~ý  ød1?†  /¿Oÿ°}ZßûïÂ!ï†  ïþíx/  ×ß|›¯  êï[¯  ûA3/4A‹Xa¢
^ÿ¯aéV-3/41/2tE§  ÿôÕÓÃ
   úä‹íÿê...ÿå"zÿþ(c)  Bs+,mÈéÝßûû  Î,-",é/ÿ¿(c)aò0u_3/4ûJ^"ÿ  ë×Ý_ûUoßþîKÝÑ    ,?ák°3/4Z›Ò-
Qý  3/4,\=ÿ_ûË  ÿýÿÿßÝÿ÷þ¯Þ  ^ª÷×ù%-/^v]çž"·ß‡üë_ý*×ßw[ÿNj-ž•3Vþ3/4ÿ¯í    ²M:ú¿¯~Ûôßÿm
_UëÏ×ý°¯Þô-û  _úôpÕµöÜ&¿×¯ož~Ãó(c)"Ó¯kKÿÚ52_}s"µîµK×þ"kikê3/4-¯{wõÝkÒôÿªÿÿ¯ê•¥mkjÃ
_ÿA¯_Íû¯tÚ·¶ékmÓi6·O"i¿á-/_¶êÔõ†3/4Úßkõíû}i¶¶3/4Úßi¶°ZN3/4Ö  (tm)"0  iZ¦1/2-Õí(r)"j÷þßkl5¿
†  0ÂK°i{azoî [   l4›JÒl'u
+
   ¶"Ö"5´"
$Ã    Ī  \4ƒ  `?
&Âm¤Ã]3/4  K¯¿Ã  6›"ÛJEÎÂC#ˆÈñ"
%ñé°a}Ž:,ị-  Ã
Ç   $  ¨àÓøa+_l$Ã
â¢'ïdAÕIFƒ  ÅE1  ~)ì/Ó
  X"é¦!];  Üf¿v/ä  {  ƒb  ¡2  |S         w¶È-v)Š°¤Œ  1±  a›]Ã  WÂa0¯]t›  qûh1&=Úû
5Úl/"Òd,/Ý"a4  a7,tÔ%Þöš¨  "×h0__    ,,°ÕA¦  ËuM_á"ÂÝ"ë°ƒ      1/2,
.ƒ
¨Z^,2:ị¦  ,  0ƒ   N÷"  0¯h0ž
  Á  Á   ^^ƒBâ;  ,&¡  †  i¡
!   f\X °BK¡   ^^ƒ

a  Øg   Ð0Aœ°^^^Ž$m  ^^^^^^^^  zÿü  ÿÿÿÿù\gÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÒˆŒ(PAÁS-ç"  Î7@ý+é>Ÿ
Øÿíu¿U1/2V(r)µJõT(r)•Vét1/4-)#ÚUÒZ¦s#žÐŽY¦aÁíb?ÿÿÿÿþ
endstream
endobj
40 0 obj
<< /Length 41 0 R >>
stream


q
423.12 0 0 676.56 0 0 cm
/Im0 Do
Q
endstream
endobj
41 0 obj
37
endobj
42 0 obj
<<
/Type /Page
/MediaBox [ 0 0 422.39999 698.39999 ]
/Parent 47 0 R
/Contents 44 0 R
/Resources << /XObject << /Im0 43 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
43 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1760 /Height 2910
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1760 >> /Length 25660 >>
stream


ÿÿÿÿÿþd[  '3²l¥3ê3/4D2¡ðs!/  ú...ÿþ"õ_  [×"ÿ  ×v¿ÿÿ  ÿ,jp^8^  ^yÕ',  Ž¤  žŽ  ³A(‡ÈD8d>€Á  Á
å ï,
ú
âá¦  á  †  D:ð3/4Ó"Æž²YNîþæCTŽtN  "v‰{Ñ.h'-O"óý  ›ôÝ0ëA5Â
ÐtŸ"ú  °Ò  i‡¤Ý=7ÓÿIê¿Å.é×OÚ°õaozï  éÇÕ"öÇý6Ý7÷×ÿÝÿÿO'5kKö
ëõ"6_øä  ã¸ë:,týÈ#¨Ïý‡ÿ"  {áƒÿƒ  õ´A]k°ÿË  rÅ³  xD¨ÝÝ̀@  ô  /  RÈ¨ûF±  ä(c)·ß¥ÿöD?_oÒ-}Òé7
Ûìèg  çG¶¦tw  û"
Üý-ßJë÷IWµú×ÞÚ߯k
6¿û¨ÿ
+[]´›[^Ò_a¤f÷"
(¸Â       ¶  J8`°a_ì/'.±
6=Š
‡u  Ý¬R÷  ¿í0¯[L+
mÂ1/2^ïá"Ó
š
¡7Rà.°ÁU,#¡  Á  0"  "§LDDDDb""£&ÔšÚÛZalBµ

(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ,¢ß  ÿËq%ãÿÊkEþZÇå"1 Ê¸(r)¡  œÍÀÌ-S"Øá  ,f1/4øÊâQ  gu
vÁÒ  šûÒ  ì  -  j4$  ,Å

œU2,^V
ßfµ}~Í  Œ  6ü‹z³å_"  "m/pÝÐpü.¸\.  y=š‹õUë  ë˜¥È    °ø[X´´×DxÑ2?Ò  •ÿRêb´>9"  îk‹lwýÝÞþ¨
&é3/4"ûÝ~-}  Öýoý{¨lãÊUš^"E  £*3[21ßÛ¿µÓ¿¸YKD°dTdk8ÉÄ
ÙN!1/4êÒè*h‹Ø...  œl@  ¨áÅ  R0ƒ  Aê!4
é^h  ¤3D|ÊÉ˜  TÍ2xñ  (tm)‹ˆÓ:³  ª  mò+fmò  ~2.g  VŽ¤Bd  [¯‹d@ ˆQ
³R  Â  Ï³ƒ  2    PÎ
0ƒ
  "B  -  ‡  A‹=t  jš  O[  4
[TÝ  ^@e  ´m‹À$5    !
  POý(c)@%žf  3  ›    3á    s9    ¡
0dâ    #    "  @ûH  AÞ  a    éúza
;A±Å1/2¦  Ðq¦šzÒ
xOÒ    M
  â¿Ó¦°  ÓŒ ÓUÂh    Â    >¬ aZÐv1/2G#‡  ^  ODc•
Eu!
)üD›¶Et‰owDéDwD1/2ï"Gši·}>!¡§ÔÛÌÒ³‹Zu¿¡¿kH5ÛMoNG
X´KÚ%7  -BF  :%ï¨h!n  Á  o'x pha  ähMÂ
4  ö°ƒ|I
Ûù  ,27
  (tm)D³%ÎEÚ‹    ›  n^ù¬X0Z ƒ•  ƒ#A.
O"¢th-36^ì4JvS-r?É|Íõ%Ô  ?"æ  ÐvG
I  7    ÚOUu]SO¤ÛI6"¸ozI3/4EÝÒA

‹  Ðt  n  !á  µ´  6ò/ZÌà§A  Ð@úÓpƒ°  -  ƒ¤  A?J  MÂ‡Ð:V,ÐCUÓp¸ÐDvš{¦¿m*êÒÞøAú}](r)¶
  õø}ô^´  _Z-Wt(r)-a]>ÒnøJ›Îô  ¿µ"ˆêÔ¥kûUëêÝ0TÚ°ÿ    *´¿ë-&ë"æ%Û°^Ÿ...n"Ô
ÛAû§à°u(r)°~  °^›ÚêÒn  ´>µîûõÿôí~>÷Ìkð^éoZÿn°wA7    ̃  uõ_ø]}$1/4t›ßÞ(r)¢  x"ÖbëðD  Ú§ë¥
ÿ*(r)ÿûëo†Ò‹ÿÒm  §¦õ  wÞß1/2ú÷¶úÿ-õÚÿÒ¤,
ßµ_ÿúá/j†±¤ëgåÚ¶ëëÿ1/2¿J-ÓÂp"Ý}Vßÿ,>µúÀ\  êÞ¥Û0  [%ÀúÓ  ú¿Ãÿ¦ÒW3/4#×ûÿú]]ýpY¬+ý÷zg
    7Ò9  U2ïØFÝ1/4Ö  ¤1VÒÿÁ_5,õÖß¿ë}  ïÿ¿¯ÿu3/4•÷"1!†-ëê¸  ]µd  ŒGßVH
\˜š×Ò  u  ‡{{{ý*ûõÿòÒäÜ•oí>Ý~¿ÿ]3/4÷N
÷÷ú¿[
ë÷(tm)†  úoÞÑ  }  ,ýý
  6"×÷÷°N†ƒiK)¿tß  õÓßýí  ÷úú3/4Aw¿Û,
3/4õú!ïõ¶-ô    ÿ9#×1/2  -[Óýô~"{ªÓN¿k^ž  úUþ¯DYëë·Ù"~¯  Yj?\‹?_¿êÁ{
[ï*ëþ*OuI{‡ýþ›ý-¯ÿÝh(tm)  í×]uîÊ¯÷þôL...Ý°ÿá%×ÿÞÿ_ÿu":·‹êô××n°ûÿõçc××_ÿ3/4ýP6ý§×
ÿW:?ÿ¯á/ëgGÞï1/27°Ó§ÿIÝÒÔüëÿ÷ßþ§ûÿþ÷]:·  ¯íÿîÿþßû(r)1/2ÿ¶-ªý¯¥v•"k±Þ›ÿÿî¿w§]R¿¯þÎ‡}Óý·öt
>'1/2  ëkkßi/-ï¶÷"ëõÃZ´>"KjÕÖß  Þ"[¤¶  õÝ°þ°ÿÒ  znÿ†  z"î1/2p"á~ÂÚú�zÿûia†¶"5÷¥ic¯×ÛÎ°¯¿
V"_ïÞÛVÒõÒÒóím^¿Ó†¡^æ¥k"
}'nÚ[
*}ÿm°Ì
â›V
  ê  K3/4Ÿÿñ"î6'¦ß...þ÷^Òµ°N  ]C†¬0·ö  ö  PÁ÷°ÂL0_  ØÙ    Á¯"ÿ"ðé¨!{  éoýþÆØJ°h(k×a  ¨ï
Úa¤ÈÇÆÄA,Á°PÁd\{  \‹Š2ÃJ):Ø"¨  û ðþA-Åq
u_ðÂ¶    -Ý_ÿd[þÅ]Ž!wÇúêöÆÇ!‡´  ...±  ø'1/2ö)§µa0(r)Þ  (r)

-¬5§úîÒ*f*
- ÂÓúNÒï
...‹
†  köC  ×oõaHXÂØOtÈXß°(r)ö  0'Ý"  Mj  CÐÐ`¶  Dx!  Ž´DDD"çbâþÂ
-...ØMk°-ujµ  Â
a¥          C h4/B  ,  -"
ÊÐˆŒ  ~Ž"""""""$
     ÄbTB8d€â#B Ì%:¡
¶LŠÄDDq  n¨Ö¿-,"ýⁿè.Ã  ´b¯3  ö¢ªÂ,¥I(r)"  V†?ÿÿÿÿÿÿÿüµÉ"  ;  ¥¹4Eb¹X"
2)2  ¤]  §ò°Ó-ú´
R²¡3/4v  (tm)  ÕÂ¿bH‡õ¢  ÔŒ ë;)ë;×
""´¨.,K
3/4  ð"t"...‗ÿ,&ëÿª-z[û×^?^4û‡  ÿcOÿjûý~-  }ÿÿý;3/4dj  eäö7.1/27"Hì/û;%<Ô¯¥  Ä"bªgQ  (tm)æx^
Èë  ZgA  Ð...9š£a  ŒÃ>Ì
  f*f*  A2p^ˆA¢          6_/¦_(  ì(c)¤tEù  ³)Y  !
n§    !1œ"]šã"  ‰(c)  LŒ,    £#ôpB¬R$3SÌ  ]  !ÎZ  -L          Á    Hh  à(tm)Ð:x"-a
`  ë3/4¥Ø a
¨A h4.#
~  f*0  Ô)Aô  ‡  B       O"
   5‡Ñ  @Ó    Ð  A  ~`*f*X"  3F
H  qiéª
-á
- íÒ°šh;AªÇ÷¶š"ÞÐv  &*f*èB
O´ÓþÂh>
-;Aü^¨D  ;wO  hŠ;]dnâ¢Â
êⁿvÑ  Úqfoâ2  BÑ99Ò'  ßÅ"ß°zi¢<  Ä9,q¬v*f*'  ~G  B?Ò-7Èî‰Í¢g²8Gä    äNr~ÓR]Â
Ë£Dæäs"ÈÎDr  ²/4  ´œf'$      ‡  h7TK    àâ%Û"  ò(é'r,y  œÝ¶EÂ/Ñ9Ñ/"ÅC'  @Ü"ßŸi=
AÐA°ÁÅRvJ  h'wÐA°-"pŸZ"
?  ==;-<‹y  Ú'Gt
     ä~      êû-†  xA¶*f*
*f*Á0›  &Ò  "ßMÓ}=]SÓ-"Óp(c)é1/2zªn›kÞ¿0ž(c)ÒµuÒ  BÐ}Ýi1/2tÓïü&Òm  {ïÐn›ú  Ò~ÕkJý'ÒžÚ
t  °ûØTÿÿ-ÖÓ°Du3/4•Õp  júMþ-êûTéíS×
ÿüa_î.f$ØÒ¿uûê"t?^-S1/2v¶#þõN"kC-¦±ûzÔúaoþ*}oï×ª¿úý][uÕjûîõwÖ÷õ*ûoW]wúþ¿  ïÿë}aª÷ÈÆj×
OuÕï  Vú1/2SU×êÐÈ  _î  i]Ü8NýHÁ  Ð  pÃëUÝ×zü"0ŸøkÔd  ;ÿOi'Á  wÿÝÝ÷¯ò
  _í>ÉÅzdEÐÙ    6  [    ?^5Ía  Cú÷Øw×²  G1/4"
/^µ  ×éú×ë¿ØW÷ß  jA×ä>éIÁ  ßN¬  ÿûé]*f*§ÕQ5û  õõ  ¿õ¿u×õôA È'ý  f¨oýè‡þ¬&ð÷ß^¡‡-3/4
7êN
  !{ûÿ$ä° ¯×þÿ¿õ1A  ëÚëÈ.éðÁ  ÞA~ýXDOÿòÅú!mÿ-Ë  u_Ð0ÿÔ  ~  ¢DwÕ×,  ëÓ¿û*ÿï...¶ÿOÈ
1R    Ì ðPå!¦²=ûÖêŽŸëk"û5<þä  þÞ  ýûû¶ô§OÓúþÿÐ]/ßÕáø¯þ-ÿ¨  ~ÿ]ôAÝë†¡3/4-  ¿×í"]ï
éÕµúÿ5Oû×[zDYþéúÿÞ-¿¿BwÿÕß\êÛÿÿó"´*ïµ§µz[¯µ¥û¯ßz}šÓí×ßí  ZKOý  Oý-3Ó¶*æíÓ1/21/2%U
¿¡ï[ý]}W~þÿÕ5ßú[!  (c)
|  ×_ûÂMþ*Ý?  é-×þï¯{3/4¿WPou}-ÿî¿Ý}"iwé1ßm[~×ï"×Õ÷t¬%íû÷Úí×jÃ
Zªm¥"¶(r)¶  Ò´  ûõjý†_]ØkïéZí%__¯á¤úkë
[ý~êÒ†  †µiØJÁ¶ðÁ_ØIÛa¤ÚM¥é  Ü‰šˆP¨(c)¢'0-"
'~Ã_àÂýû
%ø_ÛJ  K¿Øa&Â±Ãa"¶  H1Lj_'xR¶›  È1/4*)Š¥µ_þÝ‰'l‰Ø¯Øi5"
¬B  b[3/4¤\ìW°Ì
ë  '

\‰wâ¯... ñ*f*cV6¤1  ="ëÕm4Õÿ÷·ì&  á"3/4Ç±_úû×kâJ  Þ  LVúîÓ[ÂÙ
í"  Pÿ¤ú
>Â
&  ¸í¯N  "ž
&       §v  û      Ú°-Ã
öíOÁ.  µÄ4×þ  M    \0¶  @Ë    \82ëL!
Œ
 Ê  O`Â
  3ˆí0(c),†F7"$40M4Â      `"E•
,  â.
  2j^DDDDDG          Æ""""""""+é*IKP
DùdX  Óê°U  ÿÿÿÿÿ•Ö    ÿÿüµĵÃEsTw¯+(c)Å°^E£Del*f*DtM2  (tm)
†*€*§
gcqÙ"|v†DÙKá|›  á".JI-îvk·|v-ý"-Ô  °.
eVR±kKl.ê3/4ÿwëK",[ÒKð¿}I†Å...¤ÿ¨ï¬ö±Á±Ò"_j..4?  3/4ôOé×ÿ|Ÿý{Ö¿î¹o¥ÿõ1/2Õü•
ÛLž"Y
dâ  äHgäÈ°#  &#c
â  'hèÈÌÌ)¬B0²0!$¯í(tm)  ¢Wä  É‡  ÑYŽ  ¨C*  2ùÎ×¶}(c)VÊ²5FÂ  ‡ä1  7>Í,fq±A  5#
ó:?@Á  Ô!&  j  "°  ,  H^œ
P4  @ø²  "  !^  2>ÑÁ'  ,!å3!1  ØDg$0%ol†3¬  "ò-Ë  ‡D    ¤¿  á(tm)°  šÂ  $#L  Ì    Î,  ç¨è4;}B
0D0  1/2ôÂ  tÓbÛJ-šoh4-Á    a
  ¯@ÈaŽ  ;P@Á
§,'"  ´  q,
4ð  (r)ï"â  -*f*õîÂi"ß]  Æž"4Kœ‰on4Fí¨ìèŸÑ  pÒÐi  ø´Öœh5  8‡êêQ"
  ¯¨kéÈHrO´Gm  ž(tm)C"¦"Ìò,9.wN•  ä¿ÈÝA7  7  @Ú!  M•H6‰Ó%'¢NK¨Žëï²7
ˆñè-4GÔG  Èû¨Ž!9´äü§  cDLhŽÜ,Y  "›*>ÛI  ¦    fZ    IÜC1/4×Á*f*h  (&ßµA7      3/4Ÿ
ÓrGA¶  h;ÕÔh  }  þ  P*f*
"r,òt*f*Ž  m'@A¸N    Ó(tm)Å(c)7  *f*1/4"Ó°>"  #;Z  {ûOWAô  iü&  MÓëKO_]pž(c)ÐUîÕ71/2
›Í´*f*Ý6"úê  i
§§Û§~úa=
A<*Ö÷ÛÔ°t-Û§ÿpêôÚH3¯Ž^á  ÒÝ"Ý7ú[Ó~*ôõA¿|ú¯zMÒNÒÓu~°Õ  ¤Úÿ¯¯´×O×^1/2V×àDtø¯¯þ
Ý?õ"Ý=:ÓUi:úÔÔÒÿ¡ß-(c)ßk"pï_Ðÿ‡÷ß  è}3/41/4  §|ê°kÐ?kªUê÷q·Ðí]{t×ü?úqýEm÷-}t-  ¶"×¤CA
öÿü÷ë"!5dè&3/4×N  V¿O_í?
"  %ÿõ¯ö  µUðÏË_×(c)N%k
uZûß¯}¦
  ×M"ÿ¯KÕe
w°´×š,íî3/4  O5...õ1/4
"þ#ÿús  &õ&"ïÿÿëÛ  ¿]Ý}þû5"ëÄ~‡þH
<,  oû(
md0Çï'0
V¯ÿÿjN
UÓÿÿÿûô_  ÿÿ""É
¿íRW"ì  Ã}oái<.¯á  ð¿ÿõ÷pˆ#íNµöþ"þúíA%¨¯ÿ_à¿§·[úD&h0ÿ_  ,>ß  ‡3/4û^  þ1/4Ê:þ-  >õ_é    ÿ
y  6·þ-Ý-  >Ýùa<µzôHü  ý¿DIÿDgÿt‰#~ÿ{ÿj¨Ïí-]ÿõ  ÿì?ÿwý3/4  iSëéí¸O"ã¯¯DÈÿ0  þ·í}Óßþ
Î¯]ÖÎ̸Zõ1/2~ýz{5V"}÷JÞ,ÞçZíõ×ô-  ¯Ó~·1/2/ßß"šñjÖ3/4ýÖú&Ðî¿ÝöÓúÛîâôû¯}Ó¥x_L-U-  >¿ôûÚM
-û××´,MWýÃm~*WÝt*[Z1/2U:V×¯~éÔî¯õ¥Õ-?gBö¡1/2ývmýkô"]jëˉëë¯ú*\=<ízõm-.Òÿµl-ÖëK{w×
  k*V(c)¯_k°þö(c)/úêïÚ*}ý¤Ã_íÔL-Õ  ÕÚMªý¥jÿjßÝ_kÚÁðÕ_1/2J;iwMÍ¥Ý´}çï^Ooí×  ÕõÓÓÖiC
i(r)"jÚè-Á"¦"ÝÃ      †°k×²(é†    0Ó3/4*f*...m¯¯W

á-¶-...‡§ÿ¥PÖÿîÒˆûá§-1/2"×a"„a&:d\×Ø'  º⣠Ø¨§b  üTS  ‰ÀÁc²>  ÈÿÃ  †GÞÙqv
    c
0"\<¨a„_zQˆÎ  äH¨Ë,|Š...  ì{  !ã÷}Ä›|š}|"ö(c)ZÓö  a2  =Ø"àÄR  {    ŽA  "á  xìU}Ú
$BüHÿÿ†A⣠!Ýá"Ö¶ûØìÓØ&"à¥À,0-µ    0š{i  "þÈaÝðÂÀØA-...}ì$ö¯T¶[["×3/4  _PÔô  ðÂ
!èY      Ó£ª¦á  \CB""  !  A"!"ÿ
k†  @Â
!
0‡Á-"
   }"#†a"Y°%ÐÂ    j(tm)5'¶  ""
   â"â"  Éì¨¢'bØ^3I*#%oV"DG  ¡IDEcÐ(c)  "ÿíÖ"¥
1/2"(c)×Nda  `Â(tm)  E-qQUŒWiï´Á%U¡a
D  ÿÿÿÿÿÿÿÿ-µ•-¢  -8Šå  ³"fK
ì\@"Zˌ@SˉÎ1/4Š
4'  <È)\ÈÃ;-(tm)  Õû'M"¬-  )\¬¬ýÛæ  |š#  Kþë×î1/2u(r)  Uÿá~¯÷ué"ë3/4"ÿET\oWµÚcôîÿ_×ÚïÿÕ/
{__¯´JA,,  2‰QU  òXÉ[ÈÄJ"  Xàòv    -  Ú:
¯ÎE  •      Ö  Ì9Ð  bd  0*!j"Ùs,6C  "Èt  6
eZ:žUŒ⣨ãÁ'\ÖÈÒ'ìþD  $g£\p^8ÔÍ$F2  Ü"      S...(Ž
›Ó.Š  )  DzI  ÉÎÂ  x:"1    h  @Ê  i  ì̈  º"âuÐA"-|¯    Á  £  a3  H4    ,<  0  Ú"  Â  u
  Á  ô
ìè‡
   §ÄC  <  Ô  ~-úzÞ  h4ûCb  h_h5ÓÜ6  {Óƒ-  Ç"  NÂ
-
    ƒ  5Œ
Ö?N-ÓãöB¹‡0ÌiÅ¢;hŒ|ŠC'1/2Q)¹  }  aÉûÑ  1/4ZöðDt..."ÛÐu  "Æ9    vœPD¿%m  ›d[  Y<r%3/4
G  'z  3Í!y9°EÑÈ1/4á  Ð#C":0%oÓ"  6  'ôNŽ›?B
äLzÈ²ád[rVÿ  çÈqÛ  <<Î  6%oxl‹Î  ›D±Âm      á  y›A  pƒ
P~ƒ‡þ›'  =6,z  ¥{µ  éÿ'Iú  "sõt  @  "I
nMÝ  4Ý    <'"è&ÐA-Ò1/2°3/4'zvÚ́1/2~(r)¨7N•úÐzénš(r)›áuv›z×|•ß§ëK(r)›Ië§|ÒxA3/4¡?unô-1/4/
V
3/4  j  +êéê  _ëÄTiZûð°Þ"êÿ§k|ééééwÆÛéxW¯ìþ؃]ì*  uÕÿ"1/2]ÛnÔû  ðÝ-7M8ÿ*ûö3/4öß1/2Ðu|
uÿÿþµµº  ¥ö"í  ̈tÝM-¨3/4-Ö°oÒoNžÿÒàëþßÖØÐuߊm*íÃ6XJ-ûîŽ  vÞÙ„Ž•  •¨ÿ1/2  "¶"þ¿÷ôšþ÷²
  ^1/2-  ûÁt_²
Ǭ¬Fu  ÇUqÕ-  ̂Ù  "ÁßûÿLÍ/!f  Ÿ5
-.ÎDyi¸ÿäƒÛô:ò  a_3/4ù
W°tÉÅ  úÿ1/2Ø{  æÉíÿÿn#3/4>²@."ñ  õ¯^  :ÿ°Á_ë¬7Õm  A~ü
*]  ÃØt¿_Ò*¯O
ÿ§-µ(r)¡‡ÿ:W¢  ÿñ0ÖZ‡Ë&Bw",ê  2Š^Ë  x>Óÿ÷õþÑ  uûkäÇ"†ûÛ  -  {ÙÅ/´
Oë1/4¯  ëð"Ïª  [êß¢PY    Õ[ZüÆ  KWôGKÿ:O  _u¯[×ÿ¢H¿Bälÿº¨Onÿ]ÿ*ƒ÷õWÿÖ°à¿°1/2õ×
}  Úá  ÿ·n"f(r)-[÷5WKØ|  Úz¶ÿÿÝôßÿ̈¡mÿúõÿ÷íRgCöÓ¯lè  vÿoⱩ5Í  ^(r)'ÿvéÍjÝ_]\Ô(r)Ùªÿlë-¿ë:
µ]-z°óYÐÝ~"ïßZWè~öéõ¨þ6"ûAë×ѵÓÃ  [[ô×ÕvÕ¿Óÿÿ~õ3/4ê×O|öÕ|ÕÕµuÕ¯ëzÿñ_ÿ-...1/25ûWþöû(
r)ÿK¿ôÿë¯´)vÒa-C[Xku
i¿i6(r)›ý"Ãÿþ"Í³/4Õ5l•ªa_†"41/4-  û
vÂV¬¯0"k"óV  [a'ðH6±Ã      0dq.  S¢MPaw·î  °-øXka'
VÝ7°Ö  ¶"i.ÃK]°(c)¯  Á'Åâ¬$ÅE""°cØ^Q²
ðÅ1R&
ðÒŽŽu  ?a"¶  ß°f  ÚL  X5]ƒ  ƒ
   0Á,    ^QO"pÐ...Ä±ßÛ
û  †¢(c)  ÄV!H#ö(tm)  -ÕÕ4  ñ          x¢  Ïìu  ¿  PÐ¨"Æû  a  ±Šé]ªÚ  ¤ýa]Pa4¯všðÂ

;
ƒ +...Úi]^ö °µ°ÂMæ{ 5a2 õ°ƒ
XájÂe¸I43/4Óøƒ
G¡7
åÁ ƒ
±°BÂQ V Ð0] t !1/4? 4 ×tÂ \ Á- &"0M`Â Á Š "!É
L ²5è"DDF"FQ·0"HLDD3) EÇ ¯ %á DTG±ˆˆ ˜ï×Öû(r)õÕÿïþõþÖÿ í=\t"#ÿÿÿÿÿå2]Gÿÿÿ
ÿÿÿÿþZª ÿÿÿÿÿÿÿþ[$‡2XÎ 7 ÎÓŒ›
3³²*ÎÉLñætì"7-3±Ã4äT -ŽÅYÙ
(tm)†ÄÂ"*¹ nÖ(tm)>wX"
¡ ðov÷ðõ*_ªëo""'?ÚõGj/o,# (r)ïî"ª...ý=_ýó Õ ÝþL"_Î,ë-¯ÉŽE ãý
:VùeÈ|BøŽ5Bx×¯ é}
K}íÕ_¯ïñª§ª{÷÷§Úçb5"þÚò&Š¨ÉR>Ê DD^)y@"CPA'ü
-(tm)˜tÌÑÐ¬Î8)"\Î-uéy( "Ìã"D ..I"Ù ˆèÔú%fH3<ã# *ÁÈÔl È §FlÐ3 D D-†fÁ (f ...
""Ì‹F g@¦¡81/4Ø (tm)Pz A"h[ä |-
Ù0 þlB† 4Ô Á ú†x)Æ 2C DW68:Û' § ... "
<Ã!"\À@ˆ9êƒ =4ô á= h&ƒ ~ƒA3/4Ÿ¡¯é(tm)ƒÞ`"tÒðŸ{h0A" ¸@Ý
" [T

Zh?ãˆkj ¸ø´4 ¦Ÿ#† Zˆh;¤GmõöÒ ?Ó >\iqz#wÇh‹T8¶þ"M¸‡#·_!² àã'æ "q?dKo'ø‰7ð@Ü
-´K¤%¢toÁ (r)‰}ÙN]5#*ñr+1/4A×| £tEú'<º9 "Ja² "*×hŽÜŸ3/4D¸@ƒd#3/4E:'1ÐnE Á ä¨›
" (r)EàA"§A è:ÈæÒ}$ŸÐO‹z AäA 9g¢t äszV-] Ò³ÒÓÁ à ´º' IÕ" [×
`ƒÂm...V mëjÑ$ ÛM=.,t í=;j¿ÓêÞ lÒ ä_tÞ×"þ×Aµz}ÐM
ž›ÿJÐVõt ~¯ÒÒ§§IÝ'i^¡w {éi7ÓÿO×TûP 'És¯ ª¯k÷kiílÐ-
ÝRt-*ëiéÝF-ë{ë§þ1/2}ÚÛ¡ ÿ¿u¸WOA:õÿã¨ú_"× ô/ûþÛ¥"ú¿ôê·î¬:tŸk÷×ÿmÖ-ýÿ†ÿûÿï zMºªþ¿ý*
Nªºÿ}éÕäMZm;øMUA}/[¯ýRâÚ_ð}ajµoÝí`¶é'ë-ûWLÀ/ÿÿ¥^¿ ‡ š¯±¶'Ô÷ßUÿ{<Ó¿×°kå8OþºÞ
-VþîÕuuc¿ÿ÷ýÞƒ
µoéù@g ýþ×(r)#¯ß² £ä€_íëþùi ]}i{_õÿõïê"
ÕÕ Ñ ÿÝ}÷ÝÒÿ
?°¿Zÿ¿÷_Û"éû¢ Ý_ÿÿÿç@òC"Ö¿É•º' ÷êé U(r)ÿðÚÝ CßýûßKþþ-×ë¶t‹ÿï×ßÊq`‡k}"øDÃ"×ýÖ×|œ
u>¿sP V˜´úÿJ*ÿt1/2Öûëÿÿþß¯ƒ"(r)1/2ÚÒýý7W÷[C; •7õ"
~
lè1/2 o þß- *ï² 3/4ÿõ-ýï÷ßªj÷]õz¿ú
(c)~ƒ¿ÂÒ@íßõúí\è Þþ-*Nu;÷ëý^õìã|êwéêj IÒÿv¿ÿÿþÏÖ¿íµK¯oN"ý~ëÝé"wÖºW}¤ö-ÞêßÞÖÃVÖýï
ÕÚmz1/2³"ý ¯þºïiu|}ÕõÝ×Öê(c)¥m÷õßzÛúz¥k§éEkö â-(r)"[i{ÿOëÚé·ú"^¶•õa}}ðþÃXk÷im¥-l4˜i][
O
'º¯·ûÚW ý%#-¿j¿-(r)Õ¯Ú^Ý6µ{iv ×á¥V,m/"
°Õ-·l,4› °íXaj €EV .ûk÷¶- _¿Û
?¶ †,1/2† ý*íXa$ë`ÈâU¥²>ò#ÛŽ _â¸¦ýbƒ [ ñ# ÇÈˆAƒ "."ƒ
X(r)ÿØ×á,lr.X¯ žØa(§ø- ïØ"¡" ¯º¦1/2v )
{Xi
á ã¿â¸¿b-uÿ]ìIÂa>×qÖÅ5øa\ƒ1/2{ÃTÓ
3/4["a °ƒA¥
L a{ ¬;°*1/2¨aiÿº¯é Â´á*Ëtû -m¥j÷\0V

ŽÁ$ KÐ‰ a" °gØ0"F˜X`·Ô0 ÊQ ÷:">Ð˜`"‡;
v
`¸& 2ÒDD * DDDDDDDR

!^^^^^^^Ž""#T"#]u¥K&å  !Så  ¤Gk\-p´#ÿÿÿÿÿÿÿÿÿ-C'!'k;KgdYÎd  œ³µ/1/4'Uµs³^·-4¸U×I'K·Ö°Q¡
Þè¸Pû‡ú]ý/§•¸Õ/›ÈùøØB'š  S^|9È Cq@8#ŽEñÈ    †ÍŠ+^
S>z    Õ=4#Â  1^" ßM
¶† ðâÿ¤%osY  %odýµh 7äs·Â
¢t(tm)Ú%í àÌz  Ü‰ŸMúWWôôÞ"pƒúÛÌ'(r)îƒîÿ=_¯é1/4}*a  ÛOÝßû(r)œzéëÿi{
þÕöÿ¯è28.ƒþ  akÿõül...  ù  ¿÷÷·\ø_§_µ3/4‡ûh‡Ž÷¿×MQ‹€ÿè‹7¯÷ïzl‰    úÁWëÿõR,]}~ÿ_î œ?w
¯ÿÿóÙÑŸOÿ×ëþûKP¿°ëíuÿöôú_µÖÕµïÿ
+ú†¶_û¯>}v~      6  ƒØaXao†          ÿc  3/48"|‹v;ÿû
"Ã!ÞÖøk_û†  0ƒì-"Ôì%ü!
ÅÁ    MK:!hEÄb"#B#å¹#í(r)ÒÃ  ÅC
Â  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÖ  DMK="J3µ¯ŒGD§C†K  ]mÎÄDxŽ)ÛƒA1/4ÉlÈ¬d&Ô*Aa¨"    '
FI*    Ä¤ ÚDJ  /°VÙØD'l?îh=
"• ðD JÁtïÿ"íT. ø!I^'D|ßÿÜ    z  ÿéU1/2¯ƒoÿ(tm)A?eV  ÷ñ^,ßKÃþ  Ií÷ñÕWúÿÇTÝzôïACz[m¿ë
ÿßü¥ô¯ß  5•Rê1/4êD*;T-ôûï‰¯"¨^Âŝ¤-¶K£äh2#&,  yš:
Kž@£! !VGF    ²( (r)È°ä†\ì-d^  j'"bå æ|êg,'q±HÁ
A    :^F ¥\EcÇõ¯ 63XB  $FN      @gA Œ 6pÂ
&t
U³b e
  Àa : Á  ^ƒÂ
  øTÁR† ƒ ¦ƒ¡í=  Ý ì Á  @Ó    @òT&fîû0F  ,  u  ÛØ]B  ƒ  5è4êša  è4õÓC  <
qh5õAÇ!_tƒÕÃ  k§  ši¦†  3/4(c)÷a
ó‡ÖÅ Ó°ƒÓCø‹âÐqè‹
Br#¤ÛN  [ÈíëüŸ¿ÕN-I  ç"ãM  Ç:"ÛP....éqht!·ú#°Ìù'è2Îm  Ãù  9  °%ÁÈ- ';è  nK²^Éñ'ö³¢gxú
  dWL  ÚÒ      Ò['úNß  7  6%‰S  :L4  7'ÔßCnBÃ]Á"¹  Ü nŸA
z
  ,  n xAéä  "Ú      ´  Ðÿi7  A(r)×o-  õëôÛ'Ì°á6  y9¯dG¥#¥  ÿb
,é3/4¯¦Ò  i§I°m  ÚOO3/4ý=p-vè=  ¤úON¶íS
Ÿ·ö  <' ßÁ
"tù
uÐoõú÷ôšê§Võ[Þ  é7N¯ÿÕ-û³_‹ÚØú°Ž+"¥ý*ZAðA°  $Úø3/4ú]oµôÝ;í]4-¿ëÓÿZú,wI^  Ò  "ñÛn›_
öºôÜ;~"Q    °1/2ú¿jýwïk[ê  _ÜUÕ¿¥ê  3/4
Ÿ‡"ÔÞ÷ý¿Þ.‰Ì?þô"M~ª¿¥UßÕè]ëlœ]÷1/21/2ú~Ÿs cX>Â`ä
¸1T¯_Ioÿ ßZ    Ñ.%!ÿ  ¡íÂÿî¯ÿ¡÷]Uè×ÐI:ÂWLGPFC'†A~-îÿÿ3/4Ò  Ý  äM`-Ó  ÞÿÒ"°ßÿÞ¿Ý}ÿ¥¤
WV  ²paƒmµµ¿ßéu¶þ¬  '  ïëôû]Ýw×ÿ¯û"n›[[K[  ‡Æô
?  ,<6
¥õÛÿ¯¿[Û
  xD  ü°i{ë  ]&(tm)0•õÿïäÁB}W°ô°ô¶GEy  '¢  ¨·!¬#2¿}.°"úúæ  z"Ó¥ÕÿÛ1G"ÿ°ïëøþõÞ-ÿ¥ß6  HCô
I
Œ    ZÿîÞëëÿÊ  1/4  1/2õÿ  ÿû¯µîÓë÷ûï]ë*A×...    ÷ÿÕ1/2µ  ÔïÞ÷>,]*ÿý÷÷Nõ1/2  ÿ"_÷§[¬%]×äõ
¶'
  fÛæ§tÿéÿÞ¯þÎ¸~*S¡÷iùªMS:  µo[ûkùÕ×ß¿Å  W(r)z(c)ÿùçýúõÿÿ3/4¿Ý2  ÿûÿ¯¶  iÕ-Òmt´ÿm[}Òuc
í+J>-&÷ôµo}µíÕ÷ý×¤ÚA~×Ó]XiZ_úoaoûX|?t3/4õZ‡"]:é"-µµŠ°¿õ†•¤Úý³×ß‡Úŝ7-jý°3/4-§þí">J  öÃK
V×‡*°Ò  °1/2ÓÃ
èI'î&Ó
%
  ¬-¥jÚÚDíµ°1/2ý...¶  ¿ï
0"jßì Jÿ1/2[TÕ´1/2†\V  [      [

%ðeÅ*Ø(r)ßb-¶
,|q¶  B:Š'  6Ÿ
Xúö  â              /ñ°Ì

ÁdN   \##ï1/4T  IŠµŠc
U1^Å>-l  Pa7tÆÈ=·ê,1L&)  †  wüwbŸðÔW  c¶¡1ßêÔS[L)
wI´"ZÓ
¿i×d+ÚZ
)1Á2    A Âd  ~Ç ï"ðö  K~ÂvØ]ƒ         ãÿðÔ&  ¡ Ò°  "â  &ÚÁ,÷pÉ  Ù  Zaa,  0T
ã  °Â
  €L  †C"'
.ÿd%àÂ´Ÿ\0ƒ  Ó
Ãƒ  Á¿|!  Â-      ·"  !  '¬EE!  Ð^‚â#   döR  ‡aa"5ÐµÄ"ÄDDDŸ        ú    |mjÄr6"DDV
#‹{ÒÖ=õ´¿2ÈíÓó6  ‡U°˜Žõ  vÁÝÔÿ¦Ö¶•¤Ö1[
  ¤Ú_Zµz"!...ÄDD0Qÿÿÿÿÿÿÿÿ,¤ÑŠÌ    ÜFW    (tm)ÙQ"ì"#  dPÌ†S#3+•2)  Ž(S°°ûéêè‹5¹PÈÓ%  (t
m)Ü2-š0"tä_°¿\"YØ´¿é=Rÿê  ]÷¯Z
×\-v1/2Ìì'î  }ZU...µûÿ¿òÌ  ª×-øßIw]×(r)éXNÿ1/2?^ßQñÇ  h  ÿm/ÿ×Óßÿÿý~ÿÿ:  "ìËÌ³¿'è^  '     ?"ý'
Þ¤)  ¡'¶h!  y      œ  ¬L f€
A¬  BZ-  a  ô çÑ)
PÁ  t      ¶giŸ  ä        ˜Ž
S  ódD:³†T"ML-  ˜  PŽ¢Ùü    QðŽZdiÉ-I  È8Ø†'‡#a-SÆÌ
d`¡  Hg-  `ƒÓA"  Aè;L  =A  O°ƒóÓ÷Œ ðƒ       Ú
  ò0    0^A²"  %Á  5  !°@æA
  úT  ó  g  h0  "
"fÅpƒ4i ôõA"  A ïXhz
ðžœPAÅ*úqhm×¡Úq
  B
  zØ@Öîª Ä>ôô¢Õ
"  §÷ÖÚ¦  M¦é  Gk    Þ‰o s  Ø=  Ç§h9?}"-ä%  ´F?þFôJnGÎ×m
  b  lW°]b  Š:v,,^^·ââAgr
Dx  h-5ôN     öB3/4  ¶  Í  ¤( ò#(c)/ÈÒ  ý
ùgl è#1¶1/4'    Â
  <"Æ‰{(c)  è-4D"Ð‰(tm)?kzÙ*tNo áÑ  ä/dü6D‡ËGd^  Q¤O2#Ð
ÜœÚ    Ý$    ò9´  é7WA¸!A6Ô&Ò¿§"Ý5×ööãƒ ƒD#,
,
D¦Éè é  Ù-Ötú3/4(r)G?°@Ói
@  µß"÷íÁ
:MÖÿ
ÚéêµKÝ+¤  /§õéóõêµÒéÝô(r)›I1/2+A=oÕ-&ëô¡um}'ÓëõO\+Û-Òzÿ¦õ§¦>¤Ýÿïíþ(c)ÅØTÖ-´õ´ÝÓíÂ¿U
  Týµ"
é·WëßZJÒtÚ¿Ý/zv¿ÿ_Ä    -  Ý~øõ"þ•¤ûðÞæv¯ÚCß¯Þ1/2  ÿïþ4Ýj¶ZŠ"ý~ý  ý1/2¯ê  ÿß}ëÿzëuO]}
mum>¿~¿úíÂK3Õ}i¸ì¸Uô  t\    ~FÂvB‡õ¿êæ äh?l-}_ÿï¿_õúmûþF
îûý-  *5Þ#¯~
â;â.  z"  Ž‰oP=}]}`¥/´ŸÒ¹àE3/4¸ý÷ÿ{÷ú
Ž  ü†  ú_ø(r)Þ׿ÿë°ÿÿ{
}î¿à •¯}è{ÿ×§_éÕ_ø÷Áz¿úOú¯  ï"ë_"
Ò×Wÿz!¡H[uõÓß÷÷µ°öÿß_¿Ñ  ÿzÝr  Ü%meŽa•ý(r)Y5ËWÿ´EÝ°'\ÿW]z"Ñ"DÝÞÐîC@ëúã4
"ÿÚ^3/4ÿ_¢$ý¯[Õµ  'z¦ÿ×¯§  M  ú"GîßìÑ22dmÒu°f  ýó  úû¯ßÿ¯¦*&...ÓÿÛ^-÷ÿí[°ÿÂûAwÿ¥ÿM

-[(r)ô    "G_ÛJ¯   ÿÛßA_ÿÿ¶îê¿íú  îê"¯² ëékëÿúúÝ};Wþmiÿ²  ÿ_õëïz^-Hf(tm)ÖÿÎ§ßë¹Óéy>êúÔú]ï¿
î´    vûNèþj   {[Û_ÿÿ:Ûô-ÿ§çSé jõ~-ÝtGTÞÚÚKë3/4-ß]ûó°Zß¤°çS°ÿ"î"  ^þ¿í¶¶|1/2ßëM}Ó}¤ûU²  U{
   ªö1/2(r)ÚÚ  -ö"¯Û§wU}3/4÷ÿö-C"¥'*O1/2-t1/2   ÿ¶Ö÷×°
¯Ú^  áÓ¶-ŠZù£ÿnãöÔÂV  ö  (r)¥¯÷÷ª¶>_}o°¿µÿ"¿aª¤á(a/†  †3/4  a*ˆÂW
†`N×
¥
   õ°Òì-{  \0_µo¨iCK(r)  ^"îÿ²ëzv  Ø^Á?ä\ÿ  \XjÆîÅ1üRÅH¯
^JÁ¥ÆÄ  ÿØÿ  ÿd  {  o°c's°¨"k
öÁ{µ]A,_
úÃ  ¡",¯þ1/2  Šat  ¿í¶  í;  °¯/é  x~È ÿÙ  {
Ú°ßøØ¨=Ø¯-ö  ¯¿"cŠU
€îï"á0š1/2"
ûV  †  Øa&Â¶š3/4î  ì-×
-...µÝ²  ÷Øa01/2C
Ó°¤Ö¯ÿ0"a  ¿ø´ƒ  %h0L û@Á0ˆÄðƒ A...  @Î3AÁ,  Ð^^â!"  Âßj  "ë
...w|†Ã  ž  5¡j[-,  Ø@Á*B'P  """""""""".#^^hDëƒ -B%?          DDAœn
   ^^^^Ö""#  ÅL•Z]uÒV"v
   ãapÂãäÿÿÿÿ+š¨ÿÿÿ•Ó¨ÿ-°  +^9j-ðÉc  "¨q*2¹vWSaI    µ2-¶
Ñ-*        .J  W
ZžE"ó1/2
UNø¹(tm)  ,é...S°ò  Mt"}  é/#èP  ]ë(c)/ÐÒ×Ð'Ó|}Ra¿µÿÿþúA=ê?ëþ"ß}¯ÕÓ×m´(c)wßjûôîÆîª  (dª+
$k"-&A²C"*íÉ1\è2  :  P)¨)
   Ì  Ç
•³²‹'Æ(tm),ëÚ:'        nk
   *Å  ä  ,ÖE_
‡  #áJ#¡Ùøà]Å  3áÁ  BD  ²*  5êÂ    ,Qá    A"ì-"ÎÁ  Ú  F  ¬Baž`  Á  ø\  Áƒdá    ç"§"VE&Î"
N  @^ÿfAÝ  #‡  2†ˆO  £  0  â  ¦ƒ†-¡          öí§A
CÐCAô  h=<  ïAá0ƒA"h:t¶á<&  `  ääõ    "ë  =PÓÐw  q"  ivšh;      ¯éÖÝ¦úh‰o×°‚Â
!"  |wŽ•  (c)  ïAß
8îAéÁ¢\îÇ¿ÈùßÅ\"ò#(c)9¶EÿÈñÚè-Ñ.Ý"SpMÈ¯Î$OÚˆù  =4t¿']Ÿh9,k§"PÅè-¹/¯D¹Å¢  "¦B=    #÷A¹
¨"t(c)'l"    æ  ¤ä%wPƒ¥O  4  >˄è+"  Ò
Á  @‰Ú‰oí  æ‰ÎÈ3/4æÐÜÆíÑg°%6    åÑè"Ù>äœ,ÐA³8¢"-Dæ"¤î#7WA°v  ¤íÔÂ
u-kª ƒzWÜ+z(r)ƒµz  Þ(r)  ,
"}~µíí µúti¨è1/2
Ü'§"Jú(r)µÛm.šm]Òaïÿ¥T÷-"i]?·Pž>"¦¯  ú§-ájð¯A7ê"¯]<+IÕªun  ¦ð¶×Þ...z~ÿ¿ ª1/2hw]R×n´1/2‡µwþ~-]
"Ç§÷"~í-¦1/4n  4ö¿[u×¿×Î
*Ö/
.Þôõ""I={¤íÕkizo[ÿUÚzû[ÿÜ&¿Õ1/4WøUTÿ]__UÒ[Wínþß  ý÷ü>´,zûþ¿iuY    è    (r)¯-¯^ê  ãÛÎë
ô  ùN  ê¿XêÎ  °Duð¦äp1/2zú'+ÅXØ?]}È  _<{Û¤  "  ßëÜëÁ}þÖÝ
Rä0Âu¿ïèFŸQ  ßêø=    äñ{¶Ú,ÿ~,¨ä  ïBÿö
Ú  3/4ž-á:]_ý{Óúï}†AÏö  õKÂþ"á~AÒ×÷ÔÒ0!ñÈ9...ú"MUøÐ=ï  ï  ¨u¶û×õúaö¿ßôCÞú}tBåp^´÷  ëÝ
Z"ÓÈ(¶-ªá*í  žúv"K2J-'Y1  þ°o'  ŠÁ€ÅáÁÇ(ewäsüÄÿ¢3ß...ô×PŸü°û"î¥¢¥¿
´·}_Ýv¡wvÿ)Ä¶  r&'B;3/4è²5  3/4    ¶(c)ï÷+¥ë¨¿°_ÒnçG¯íÛ¿wþžò
ër.jÿz¥Ý_Vµ^1/4.•U9qê1/2UÎ  ßumU.Õ-´_×5_~u  ÿÕ~Ó:M1/2ý7ýnu}ý_×  n·
•ÿp*ð´  (r)  %¿O][^Ý´ê  Ð×µhÔúÿççC{8Ãöt  ªÙÿû~¿wjží¥÷÷Ã]µã{ô*úŠo´*Ö3/4".†-}oþî-  ×Öû_×¥
^1/2UêÂ-é7Bëh:w"
kV  Ói†"u¥Ú(r)·°·ÿm+
þÚ¶°íÿn-  Û

/ml'"jš·[aR_øa<6 wm' n † 5nÕ'cû
&Øjÿ¥a+þðÁa¯ }Ótö-nÃ
a/†-l0¶  {6-  HVÅPo¯Š²:ŠdYªcý  Ž¯...  "¦:'1%*ÚUûØá¥"ó    2
ê  U`Á.E  DáLr/2é  ¨äObJ1Tí-÷ì†  Áµ3/4Ö(c)H#ä1  h5öâ°Å7²á1ÿ'3!  ìS±QLVÇáêC
íƒkÃ!Ý²  †öÕÕ,*nöö-Ø_°›ðk}¦  a'"JÒñA¯ëÂÚè0ªØ[ðš·M"¶Â¦  "\·
],Ã  -×"  8`›`......Ègªá

   3×     X^  a'¬:ƒ
a[       ¦(c)""    `Ÿ

   Ð0"  4ö  0...Ã5LDDE¡  !1    TDTDD"Â,  dÆ    ÜDA,  Á  1r@€'A,    Ð^^^^´#uB"1
W^ût"üï\  (r)ÚQßm*"zÿa¥
ÓB1  ÿÿÿÿÿÿ-"    ÿó!¥  Ì[¥¤ª4¦Dã  œã*^Ž^LìR*â6ÎÇ3ì¶õ3dßÑØ   wo  Á¦(c)þv5)¯õ-êrr
ökõ¿ì8KÒ¤,Wÿß}Ó¿Ò"ïÝß"]þµÚäÕØÙUUßÕo  Ë(c)Ž±ñëÇÕ/Ãïý·ÿ"îõþ¿3/4§bÑØA  A'z,(vA*ÿ  ¤¯
?yÞ'€""¶!0eÁ  q²82œy
!N7Èqö`B  !
¸!*"      ê
ê  A'  ä  slÀÉxœ(BD¡  A
±l  þuÊv`Œ2  Èa  "$46c$
¬  2  Év`CXUSŒ  3 D  (tm)^h    0OA"×]0ƒÓA"
 a  ˜Nõ0ÓAº
'Ñ  rœ!;?    N'Ê  iàƒÂ  ºÂ
A  Ó  ?Ða
  I  h0Ú
Aè8Ó  ké"â  a  ¨4Ð|w Õ

¬  Á  í    ;Ú
   !!é~é¡¿  ƒ"A¦·ÒhXTGoÞ-  ƒ‡!-¢1Úr_DX¢<h  ?M"8²4  Ga  óNí}4  têÕ;º‹Â  DGü‰om
È%˜êOè‹  Na¶'›DxÙ  ¨  ¨  m  åK"ó'ž  t  Ðäç òèÐM
@åE"Óp@æ"F,~¤¹È(r)øˉE·é  ã'¢8ÉÕü‰o'ÆÈ¸à  µá
"¥"Cº,nYÚAÞ¸Ü  Â
"h&÷§I¸ON,n  i< ßì'ÒoIé·T  h  !"  7†]  Ã¶,
Á    NúPAô  x ðŸé´ƒ¥ðž(r)-´  'Pºnƒ³Ãzm"é?kö•ïj"ü&á=ª  =?   §Äk
¶µm/O§¨¯m_÷IkÎ1/2ªvõI¿¦éêŸøZiÕí0º  ëßìÅ?ÛP-¯Âè7Ý'^š^þ›éë¯átý  Â_K~-uÿ×Ÿõt"{Üo§"t>^:nŸ§
IzýucÜÏKü|wÝÆÿ§LiØ-]ªzÕ¯ipšïVÒÒÿ†"ï_CÕD}¿ßº'ßõ_ê°÷(r)Ã¿ë"øeÅŽê×[´ó(tm)  "²  -DÐd
/_!*Ù  Há/ý]äÕêß\  _(r)Öœ  ‰¿e8¿ÅÁÆ  ZfÁïê+1/2}Ú(r)"/$Áy
£*Ã  üƒ‡  5æ  "q  6·ÿ¬-  þéu    -1/2ÿï)  ×|    ^Ô,+  ýÕm›·ý
-
×ºzv"Dh,ú¤×ýMƒßkþÜ  ·m/úP_\'  l5k¿¸î¿ýýû  ...äÜ†qÂÐ<{Ò  ö  \(tm)=?û  "ÿ-  Aúúúú  ƒëð^
ÿÑ    V
"  §)G  uÿ2‡Ýÿ³Ë  RHƒlÅ$Z/Üê  dÔ  W]×ßÿµÿí  (tm)éÿßÅ!q·o"Bòþa'  E
ÌMkŸuú"1/2:  ¥8‹,7þ
1/4+e
mýé§é;ýú$tþ¿¥°$...×ÈÎÞ*"äï    µ1/2×ôÿÝd  8I}l-=ñmûÕÿƒ‡ÓÝ¯A]÷þÞº¿ô
[ìDÝýéöj-_]ðªÖtuoš"Oï3/4žu"\ëÿâ4ÿÕ1/2¯ÞŸÒèìJúúÿÍMìèkðÏ‡ÿïº~ÿ¶é
Öõ¯    _1/4õîu7†1/2\7wéúþ"¶|"k"wÿ~•+ûjmïÀoëW]+(r)õ3/4¶éõ_t•  Uû¨i=(r)ª"ißn-ýc"ßJŸ^¯õþ3/4õ1/2
×{[[ú^ÂKV-ZÝ]kþÚúÞŸWúV-ýî×R   Üïnÿ5µ}á"ka$›á¯ôÃIµíÝ†"vÃI†:...mXaa...û
}¶|"¤ñ0¯O÷_˚ºoµ

µ¿§ê¡}´°""å°•ì4Ÿ'1×Pal  ÂÞ"at¡'ÂC  ¢á¤Å0dpò%àÁX0JD°jÈ(r)"J  TÞÂ×a...3/4  ¶  }{Û
|0¿
,0"o  0"  "{"
"
[  ˜ÛßŠ§
S  ÈaìU1#vû  SLS  ¡f
`˜"^Á΀DJû  Øcb[ý(r)¶÷ØûB    c·ðÓ  ÒM"  Ó ƒÚ  w  ØjÓa4Âm
ÕwÈ;Ú¶  O  ƒ  "±  ö¿"Vµö"d·þÕ:v~&š[°×u†  a/¦¬%a4Âa4Â
    `  ö¶    ÃA...ºªíZë
¦BE¯Ú¿
/
'Ô¸      ...m  o†  A'  œ  &   ^˜"C  ^"I†"
    b$6""  Á  ^2{
  aWmS`  ""Â"
    ƒ^Â
šÙ%"
Éì  Ë·±      q  ejŽ΄DDG      q   ÿJ›(r)Ý~6ß3/4C-X  ^?þF"  ÿÿÿÿÿòÐjŒŠ)n$Ê(tm)'ñ  ")ä  'Ý÷ZI
³³÷nW  "m%u�þ  ý%µVá~µnŸµ_"ýÿÕ_§÷øVûo×¤  þý'ÅÙÛ§¢÷Ûï  *ðD>y  '  Ù
³PÊ^§    H  ?6E  td ‡HðÍAzò
›  ð€ƒ$3  W6#Â
i
    2†    O    Aø@ü Ó  Ðk
1/2  šzoa; ØuÞš    ‡  ßAÕ³ÞP-ôí
    Åôô°žƒT×n'  Û  Ñ."Uq  '7´ÉÑôKÛ×'ï9>¢,dÿ"óÕ    ä%á    Cò.  ŸIä_ÔŽ-é6ÚDòMÈ1/4Ò
¤-  wÓÁ
W÷"ÂÕm§ëè'n(r)  ´é:M×M>,z¸OÞîˆ:Nôî"í(r)-¤ípžž›ÒîŸ1/2+J  _¸Úîôž°×Ý~Þ"-/ovÿ~ëélRÿ×õïj¯û×õÓ
ÓîÞ¿¸kÝ#×1/2w÷]›
]uwÕÿÞÓúü  BÿÚ§kã"Õ3/4ß̃¯Z¯ñÿÞ*ëu¿ÿÿí3/4ýoÿm  ú¿ÿU×ð  M²
8'ê¿ÿ~Ý--þûÿ~ËH-e  ƒ(c)•öüa?Ý  Õý×[3/4-²¶·ÚÛÿ_îÕ/ý  ëÛÐÝ    ïÿßY{"ný  ßþ"SV"êu-üêí{µÓÓ:
    î•3/4ÿm  "nÚ  k¯é1Ú°¿õßý(r)þëmz}ööûê°^Ò}>,a.  W>}R3/4×á(r)•(r)"Úü51/2¯Û^ïþÃKoa¥Û¤ÃV
ÂÃK‡  ö  KÕýŠÕДΜ
(r)Dáû      Ž6¯bŸëØÙÜëïaní÷²  |Pd;¸XkÚ´üïj÷}VÒ°ðÂÕ"iùn(c)...ì÷Õý"(r)  zaC          .  WA"!,
    ì,0]  ‰Ç¡  hDG  ^^^^,^  B)U1/2iZÕ'(r)MÃÕÒ¬n(c)iº_j-  h*°A¦†"?ÿÿÿÿÿùg  Qÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿò× Ï<-1"v-dR*P&  ÷†s!'Î&ÓÎÒ  ,6fI  !AB  k  Ö
:'mVò1/2nwX  C  ›d•',A¦š
{...ÿ2*;á
x_á ÓZïÑ  Ë\g(r)ƒõü&š%Í  "M׶  [ý:wÙ70VK¨  0ž    kam/¯-2f%ì²´-¡¤  om&Ò¹·¤qªûÐÐz·  ¿§ît-ï
(r)ß^›JÒ̀ÝÞ°ôõ_I  ïüÔ'B'  º[+f@²I  WÞïµ;  ÎÂbZ´*  1Ù²$3c%òŒBœÍçCõê×ÊQ(c)@!C=
,Ù-
Â  )A Ë³  f  PÎ
    3l  @ò  DÈd¹"¶GWZ{³†S...  B-!k"  \  œ
Ô!    œÔÐB  6  ŸfÄ:¨mÐ@ô
Â-aBdò  Sa(r)é÷Ê£  "ûMw  -1/40ž    5A"2¬    'h0@ÊqI
    ëø `ƒÓ$  öƒ      "  mP7Nô
-
  ‡-ê÷  U¿¡  O÷ÚTãŠAè40ƒP¯AÅ  Ð<  þyUê  è0f‹    ÐkIÃña
".Ý  ]ÄŠ;Ký÷Í:äÿò  v~M"äïöedxþG¯¹  SDXÚpÓ    éø'£ø´Gy  2YâN}¦NEÇ·#}¢Sr&4D´ü³÷_ë]
‹Âô¥¶...Ç@  Ù#Ð nB[A  Rtp@è  éÈ¿'Øv²]-¿²$8 Ù    7'7"ð è    %7z'GA1/2 gA  ð›,

°‡Öä¨ýVúî  é?3/4⁻uÔ'  Á
A6"Ö,ytÓa
‰ctƒõþ    Äëï<&- ð  ÒH7O´Ý
  oÉÚzôŠÞ·Kþé¿úuuÿ-k"Õ6⁻MÓtð›A
Z  xzôÚU×ONð¬§A+3/4´  ê(c)úm  é¸Z¥÷r;tøýoô-Z  ôþ-N˜¶  t›t⁻ÉÓôZÞÐ⁻×àÓ¿íuM
¿êÿn⁻Kú@  ÿëõñ}ÇõooÆñ⁻¶3/4°ï}Ö>ƒ  ý'W´(c)þô*ÿzôþÂ¥_Óú...¿ßÂzKÿZ^Ýu"  £1/2"Ûa{uôþúýo
_þL  š};[îk
Ú°Õo|^-5  ûþÈ⁻O!  ×]"kë
ŸñiV/
zÍa6D  ¿æ  ¸Ï
õœ
§÷^¢Ó×R@.Óñ"  õ{y 1_þL  <§  ßé  ü   ƒ´Ðû5...~ÇÞC
àÉp(c)z    zÆþöÿÓû...O Èx¥ëmþ  ôî  iÂ⁻ß¹&
Á"è,
§vA#ø.
#û÷éÿKû"(r)^xÓi4°¿ªë  ‡Žþµ¢  ûP^$k¿ð¡  z}1/4+[izÑ  ¶¿(r)ÿúÿÿRÒ[WTE  "Á›á/  {TGM(r)ïè"ÿ¢--õ
RnK^   "
-\"
õá"õû"w
AB!ïÿ'‡  #'I  ²"  ·úµ  DÈ¥¨Ò_ö"p_ÒÿÉ´Ý  û"h}  "ƒÛRÕ3/4E  ô?Ú&ŽDÆ‰-3/4Ð°W´?ê1/2õ_ÖÛµ
uu}=$-Öÿê%ø__°É‡"B*Õh(tm)    ê×ôKÁá;ÿw_ûµöž3/4-ßA']O1/24Û⁻ "_ÿþí×5⁻IAß¿...×ÿÚ^Õ_ït¯ým|
êoÿÒñ¥[Z1/2ÿz⁻êžþ⁻ZZÿ    ô¶"šžuµïçš÷¥ä"ªÿ³£Ï†žçBÿ{ôÒT1/2/X(r)'m+W_í>ÿ  -¿^Õn-|-nßÝ§¤3/4Ò
ë§ÿþýÒnƒ  ×{úíîýÝ⁻úßuï&-⁻·uö  ÖÕ·aÝ-⁻ÿ¥
'-úêØ[1/2µïµÿöïéWm3K^'a{K
ïjhjy  v"iZ(tm)›k¶  Õ2ê÷ÂïaRJÂÃI´ímm]]+]5"uÑ9×ÚÛk"×ØjÃ¦›
kü5NäHPÒàÁ6  /L0K^¶*  V  KM+CÿƒÕdAýE3/4Å0Òb¬  é    ‡ß¶  °eÅ†  þE|‹X2âØ_á"¡,ðÂ[¿±3/
4  â¶)    8jÜU%ÅGLV
wûïlHÇêÈ.ûÙ
-Å;    X¦B
›         \  pü1    ŠýbHw±Q¿±LU1ZþëÁBä  Øi^ƒ
ðÂ
&  ¥µÿj´Â"Ú1/2ÚÚd;¶C
â(c)ŠŠØ"'1/25ß°°f2  ŠûL&ÚßÕ  ±¬5.  ÂI"  ]-C    k"-°Aþ⁻_°ž  °AéA"èh0[M†  ›¦š¨ZÃ
...þÁ1/2,a&ø†  j  a  ^awƒ."  !"""" @ìû  Hbh2Ö                2f@šk`  ,
Xa|C°¬  ×   a  ˆdÅË
6Å·â"#Š¨Ú^˜˜"  B  É†QB^^^Ò]$â¹;  Dk¤1/4+ÖYA-°...Aß{IJö%S¶5µ¥  â(r)Å
[IZ"a]...I  "x`"Dcÿÿÿÿÿ,á   ÿÿòÕ  â¥ÎÄÈƒ  Ä\
   !v,^À‰²
  u°Ðd3>,  7  C6  Â ÆÄžW  3²W&ËY
 d¤ÎÆ·Œ[¥Ã_  ÖWKÏ´ÉôØ:;þ  ⁻ÞÄAÖeT§e
á/uNZ  uÃDt~  B1/2~Þð¬=nó["-
Þ¤¶[í"Ë-ï'3  (r)µxGQÓv°
ûP¿
1/2  7ÿ-†Òmß  ¨  îü&·îgôÿ__  þ¡ßòÞ⁻í¤ÿ§×   |ïÎ·åò>\"kfh^  é{°¢`!.ÈÁl"  AÙN^   yæK‹Õ˦"
Å#¢'  TtŠ 2?Z  O b'â¢ ÄÜ !
œ  "
sY  â#'
F"4    CÜÀ@ƒÛþƒ¯,

Í,!C
A  4`^C  ìÀ@ƒL a  SŠf  D£f(tm)-'Ät2  ›˘B1Ì•³
  j      A
Û<Á  5"Ù"ƒ¶  °Bìà-"  Í˜  e ...ô  xA(r)ƒÂ
  múiúíë"j...^ƒôÓÓA"  4  š
†  0Å
ÌS£  DàÓÐ`^]˙Ó†  0ƒü&  ~(c)~ - M4  V(c)Úh4ÓTÐi,C˘Žþµß Dxâô  ˆiÅØA¸M×Œ  z
7‹Aã    §    ...1/2ÿ  ª±ñŠí  °˜Ã‹D¿  8i  Ý  Å"â^
    £Ûö3/4  A¸hœòsv·'7"`hœß âô  iÕ§%o1ò;h-3KdGi}sŽ].  OÃN\Ú öXHT  7"s Û"üR"
¤
‹•†•5  ëw×#¥&ÐAä_o#¦(r)  m    D3/4
³'mÈñH-¨âMä#Î¨íä^  fh  h'ø@òs¶"·Èœìœ:O"Í"ƒ²D+6      a
Iá=$ðƒë‡'˜3/41/2'...Ó_AÿIë-  Û A°  1ŒÈäœÙ
êÐ o    ÚA  á7|&éÿö      â'
°  ¦ë8-êë"Jž›Ð-/  þÿzÕá¦'ØTÚ-_W[J-š~žží]]7]i?ú¤Ü*ûKß"¦†"Izõiwío3/4‡¯lj¿ìZzéµIë¨WO~ôÞ"W^ÿ§n
aß"1/4*z}°á"¯{Ðëï¿  Õÿú×ým(r)1/20W
  §ª(r)µÿ×OôÿáÒÓU,ÿ¯[}-uKÛÕ_(KôÕyZ  î¸¿¿
ûâ¦[kÕ¿^ÿ›¶|÷Nÿ_o¿v˜No°nÊ5Ð.OÛï5...§
  bÿµhG·_}•PzÕÉ€Çwò    [ÿZ°  ^ÿ¥gÚq_°_-~í  kú  ûMÿd€ô^€¿~ÓßÜ  é²    ê1/40]ß"3/4ÿißù³.:
ú  ßþî"{úÛ    ëÛßÅú@¨ïÛ[×ô¤&·éH
ÿ×aÿÿëô×üEß¿ÿÓ_×î›"  µVÝø˜{Ò¨‡Žö1/2K  ßþé"Bw1/2Â!qþø:U'fƒ
S-}~1/2  ÿ_C˜ÿïu}_m°^H%Ý"û'gúDYÕ  Ð^Õ¨Ôü˙õ_&"þ¹¬GxB";ûîßÿÿÚ'rø¨RÕ¨út--~õþ
ëöõL  é"d6ÿû1/2ënûÐ]·j,m_|-+O××ÿÿä§1/2'""5  Ú  ~1/2a*]_[ÕW...ö•Wë¨ÿÿ¥¥_÷K¯[ôîï¿_oÿ_é¿ÿ÷ÿ°
¿3/4÷é¨¯-kë}lè÷[ÿµIzzÿÓßîèjukëÿ_×ÿ1/4èÿÐ›K-ú¶¦úë:ÿéÚÕ¨¦|.ìÿ¶þëö¡¥úvÝ÷}œk}iÕ¨§u-w¶jÿÿÕÿ÷¿c
ô×ôÿK]+"Ú_T•×Õµâ¨I3/4×ÚK^"¦ÿ¨ºÿ§ßM›ÿÂ  [ìÿmXþ·ÿ°Ö  ?í-i¨¥am_}†-Õ(r)  °I×tíÂ1/2Õ]Õ¨5m
}'é°wÿ¿{M¤ë€é1/2¥Ò›W°ín  5{  ZW¶3/4-í¤·ð˙-üS    è  al*öü0•¥
$Ýl4¿ÕÿüKÿ~41/2ö  ï°  ˆÒ°"0,í
a"ðf  ú^  À¬ %È¹Øÿzj$ß"  {÷Lh    V*  [Õ}‡ëß¶  þÚL  $Èîî[[È-]¸(c)  ö›
~""  Oþ$‡±÷ì+õ Â
_R-,í  ë¥m1A¦!H- KôÁ.ù  û"  ×±Qÿþ°3/4ÛQL.áW×úO
ü5µ1/4&  "ú˙Ò˙ÿùØIÕ8Ø¯Ø¨ßâ·§  0¿Ù  ·}v &  ð¯˙  Ý¬+ao¨dÀÂ  ,,"h"cA¦  ƒ&žÐí  '(c)¬  '
  ¨ëîÕÒ°Ðh0žÒƒJÐú"¨j\
  ò  H!  "C  I†!,      ÄA,a  °î¨  ¡aXB!'"'"#^‹B#A"8B"'"'â'"$A^^ŒF"DhkrÜ±ÿÿ¥Ø0
KÇÚá,  ÿÿÿÿÿÿÿÿòÎ-RÊ4Ì"³Î¥2¬g...25e)-åNW3‹užIC...S  ‡äØMÎ•(tm)Pf˜ fo5(tm)  Œ²A  ð  ¦³ä"2
SŽ ê_Ó{ôÔ      ú
  }w    *ÿÿN,Wádèj?Õp•  ìßDtú"P:÷  ~ìÿßú@ßÁ7â£ë¿ö"Ñoø L?A  é}øIV¿ÿ=Ò  Iö1/2qÿÿ~ú
/zoÊÊ[>Žì"A  ¤d/w  ÷ÃÕö  d *  ÷eÁr¦°‡·vÕØ¤  \À"
CYš¨"/  3fÀ›!˙gX  3P¦°¦±ä  e -]Ýþ[ú¦Œgb¤h  Ž¬Ü¤'Q    "  R&†,/    ó@šæ  0Ü  È£$?  2v  z
    ‡"  iÚ
0  é a0ƒÁ  BÊ    lØÈ3:3dh)A
×Ÿe  )Ì    Py  ô¿ßöfÁ  :
HfÅ)Ä    -ž  =4  TC  è:ß    §¯  "  M
  z|ƒ‹    ÃC  '3/4  2v  ;    "  ç  ˜  "Èa‡  C'6]?÷ÒµÓ  ƒÎƒ  4
ítâÐhP\S}  .:ÓDÁþ•êša8šñ  œ‡  ¢ í  æ"IÅé±A  Ú^ƒA Õ=ûÿ·ûQ
bÐk'°Ñ׺'dGh  Ûr8z#  ¤§&þ...4Kš'@Þù  Ý'7"ÍÈ    þGè<‰°"O¢Sr:dæÐAÑ/É|ÒdQÜ"*  (c)†Òâ5dp
¬ÒÕÿ}=ÈHrNäLÉE  æ}Š%ÎE
DèÐ@è#3'œ  =A    Ø‡Þ  z{øAô¶  $ÛWTðšxWV,n›"è¨¥ÿ9ÐMÈœ  #°#÷uÈ-Bó"›3...  ÷ÓÿoVø
ð    A†  ¸AÕ&á*  ¶  tÜ§žéÿ/JÒoZ§Òm&ûA

¦ºiÒ  OÝ7ºOi;Aá

¡"  ×"ÂtƒZ  ÃþëûÿÓ¥pN"i[P›kúx&ëoÿ¿Ý-õ  (r)´šIº"ÚZþ(c).Ÿ  n›kªvÒá

éµIßKÿ§_  ëÛI÷1/4?  3Ê›õk¨Çõé"ïs

ê¿  ß}é[ìµan¸ÿý7¥m¥1/2?õ"ußoo[ßÇûHt¿BGÉÿº  ïéüW÷ÿj-}}ÿkè~žñëúÛn¯z  ûÿô"w3/4"uÓµÿ×u"Ýÿ
_IjÚ^3/4  }}×u[ý3hŽÈúøKöéú¶]¥Ip  Ý  uÛU{éÛ~3/4Ý~3/4å  ÑV%H

{û¸¿µÿô"×Õã§â"/ÈØL  ~µé_R\]7[õ÷º§é<‰RTÎ28Ÿˆë-èy.

l..."úÿ§õÛu  }×µoÊ@Æ@ÁÚûÿúÜÔ  Û-ÿ*hˆû!È1/4GÿÜ  ×[Î´ÂCî¿õ  ÿÿß×Z~Ÿ
,þþí~(tm)  õ×þ÷ý"

ï  ÿöþ

†

ºÿDÉzý.ºÿîÈ1  Zòa8D=ð'  ú¤ÿ,ûý÷éßü0ßJ¿ú'Žq

e"¢  6  -þ×Z[öûï(r)¿1?Á.^"è...æ×_ðí?  ¹ín"Ö›jÝ¸6"2‡ÿ|  Ûüš9&/_^ÿë¿Þ"3/4ÿþÃ}  #¢H§_3/4š¿"E§-
Nëõ  ~Î˜òœV-(r)ýíé"Ay  ;þÛ¦6ï}ÿ:ÑÑª³ªëÿçCþ3/4  ÷¥^›Uè¯  ÝíoìjßàðþÈgýõû}{ºÿ(r)uz_ÿõ¶]¿û¿š›÷ç
WôºZ¥  ¿-  ý¯¥M*õï_Û×š¶ÿé3/4Î‡ùÔÿÎ-í/ïU~+  -ÿöÿU1/2]þûZÿ~¿ÕÒß_÷õÃþ¿Î=jáíºíþ¶-¯÷_ôÂJ÷þ
úVé^ÿíµµmoMz_¿1/2'´-ý³(c)úX}.éßõÃWIÒí+†  5Ý¿UÛPÃ

û

[âôõÒÛmo×õµõÛ´œ.·ziin'Û1/2ô  m'cû

-ÒoÓ3/4Õô×oØa  n3/4ÒÛ^û  i0Á#Fõµ°ÒÒº"a-ýÝ´Ý¨Ý˜0"='ýXk

{Zu¿3/4ï_

Ž

ðÂ[ÿ"kp¬$ÚÃº"  G

a"1/2†  A,nÁ,A  ƒ¯Ø|÷^+¶*?U]Šø¦6;

"§aSJÕI[I+¯ì  Ë¨a.±[  ô÷Ý"¡,L  V!A²+...Ä&?b¶$Þ¬TBïj1/2ÿkza{¿Òí0  ‰oqx¸àÁ]'A"ëa...ƒa,[ÿ]zUb£
U;  †

ÓjÚîƒ

]  ÂÚÖðÂÒ

Öš¨†  Ó!Ý›]ƒÆ  BØ"·÷Äœ=Š  á"¯ÞÝT(A"í(a0ºaS

è4  Ç  -Èëº

!  `˜B"ì!

^0D  #  Âi"í5rn  ˜éZJ  ¯m&ô-},ÃJÝ¤!....

`"0B

'@"A"  D  "U  ^^q  HD2T´

¤é"!,@...ZÅ,

V  ~R !  5b

^^Ž"8â""""#ÄEÇôºõé.ë  ¯+‰‰o[û(r)Õ  ã

"?ÿÿÿþ[%1/4  ÿÿÿ"uŒÈM  †å}xgkg\Èhjj  -"

wß§ÿôÂÿ1/2  ÿ!ÝÚk"ØTZã  ý&Á×"÷

û¥-  _(tm)*žUQ(tm)çCÎ¹-œ  ÕMû38]  Há´vh)+  èÁ!BH  Â  t  bÁ  è"  6  >¿^¡  *Ì  4Â
-  ì&  øxAè4?|-6>ÓN/A¡hx^â×^>`vÄXNBÃäAÛ!!ÈãÉû´GŽDÊ'ý¿Ä9‡"9
ÖNnGN‰{,

A  ´  u

A  Ò  Ô{§"¯N,zî  n

ƒw3/4"uÓßï~›"Ý%×O_¯_ï´Gýê›Vþöéÿç`1/2ëëÂn  3/4¿ÕwÓíãúõÂ^-ß(r)¿µzÿƒÕ1/2ðïãuþïÜ÷ÿÁá8O
û  ß_ÿý×^1/2²  †H

}zJýêý_êÿîƒ

oøa^ÿÕ"¦ÿúÕÕÃ´BÞ¿ƒ  U÷ûï¿Ý{ùN  DtÿÅoÒ¿Z¯ïÿ

ËE‡3/4ûçM ÷ïP¯ü?]uü/ þªÂÿ¿~"ÛæJÚÿõ}îè6×Ýlûÿ(r)×¥é_~Ý~µúÿªßÐý¿J¿_¶×á(r)Úö3/4Ã
fvÔ4:´µ4;¬ñØ_ Q /a...á"¶Ây¯°1/2°a(43/4÷a¤"L _ Åûb ìT û þÇì,;ÚÙ
?Ã!Çö-j ÷´3/4ÂðÕmm_×Ø[ ...-Õ]P`± ",*" ðÃ
  8< #
! ÄhDDDN˜ˆâ"# Ä} ãÉáûÒì0·b"]...Ë GÿÿÿÿÿË/(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¡j4#±¶vªÈ£;5gblìÔÎ÷...
nd¤ÊÛ-Õ°L "*Õ÷>d"4>-;&§b "
H5(tm) JE   E Mor¢zÌð-n¤gPpƒ   (c)WæBVøT× Jü*¯ÐJúiØP(r) ×Ú'ù-Š¯Z̃ÿbX=tEvÿûß-ÁB¿
þ¿Ô3/4°@è-;õÕ÷:],w1/4W}]þ"h'_|R zþ·×uþ"tÛ_×íÕ?÷ïíúö-~ý~ÿ;-ZækuÔ‰--î"Õÿïé¯Vƒ
qÑ Ièy(c) (tm)ö`!Nd¯˜"-æ 5 (tm)³ "pE! ÍN '#(c)"á      ÑÕ"2¬Î¢‰-ìá "¢'qZK$
:Ša)±'Œ³X¤ !‡:³,šÈþK³ Q )
žfÄ 3Œøe a[Î0ƒÊ §Á Mþ
ýðƒT

¤y,
à×
Á
 ƒL ‰g¢09!¯31M³S# ý1/23/4/A"
¤Œ  0 ,!ï8ð¯@ÕS° (r)fý;K <×Ðh|ZzÞá
 ž-ƒ‡øAÖÄ Â  B -ƒ <
 ?é]ìXA- í5ôÕX·Mí?Ðm¥ ÛÅ|‰÷'-¢8
Ý(c) ,´ˆGŽÐQ¢+3/4êÐ"?Úa
|œiá ¿6- "ŒV› ´4 ÔZ "ÛY," ¥Ê,ð¨-Y,3/4Èùè Ÿ"ûÐæè9 B
@ ¿ Z ¢Iã_h oJB"DèÛôKÛ" eÐ‰oÍ ÷%¯†‰{Ñ Çr+3/4ƒúÍŒ"h‹ôOÜKÆ‰Í"K(tm)¥ÈœÑ.t
 ·DYüqt 0ÛA ƒè ì è&Õ~ ÓÔôÚO
á}A tú¬&÷`ƒÂ

ƒr.h="t¢sh³ú}"}0‚A´GàžƒÂ }:MBo¯júôžé¦úkKÝÚý'Oï"ï¥oA0žƒ¿¤ÿëÓpƒ×%KI? áÿÕ¤Úí=¤ÚA°á=
?}5¤ýýn"õ}7    ´¿zm-V*§§Ô´3/4ý3/4é°t(r)ƒ"ð·A7O, ÷§ö°
•=tÿ]=>*M ZÁí& ÿ t¯¯ïÐÒ{¿ëû˜Xô Z×Õð³ª³z1/4tê³ÿ µ]?÷*M÷ Óþ1/2±Z×ôê¿ÿûÿuïiSÕÞþïÕ¯
CÐÿïé¶ú"ý+ß}/ÝW(r)'1/2zßV1/2Wþ÷ë³Ç~-ÚÔ...Åöƒ6 ××ßÙ:
×´¿Ãýi[]=ÿÚ}ý>ûâ`• wÙóÝ ôF }!ÿ|F"   í}E÷ õñ nF "×!$KÓðË,_è Ç
Ž
uõþt
NÿßB-¦×: ×uûêÿªú {¥¯ {§y
 ý
 I)þñ~"ÿÇÿ×Ù ÿ꺠 ,Ýmþ¿ê¯û ƒœ»ù
 "Û¯î´Û¥ ¿Øw1/2Uíûÿöÿ̈O- GÕ¿1/2~Ú!oÐˆQÈ#þÌ/ßÙe    ¤ ¿-M ý|±fÐˆ[ÿl?Ý}ü ó(
Àm}Zî' {ßß- ÿB" öu ¸]_¯n¯ê̈"ÿ÷Ĵ̈A"Së
àßý w ó (tm)"ýÔû-F¿×ï3/4M ÿ_ÿ þ-¿v÷Zî́~ø% g  ~]WÿÿýþÿÒïyÝ -ÿÂï"oþÿÿoZ"3/4õ¿ë
kô³~ o(c)*-×Ó ÿûÿý¥×ÿ3/4é6û¯÷ OÿÎ¯Õ|êþ zó(c)ÿ¶•êöC;@×KÓÝî¶"×öt¿³¡æ§ õÿÿë|t4¯Õ¯êû_
í öÿuî̃:)úÿ¯ÿ§ìÒÍ7§ÿiþéýu ÿníu_"ÿënÂÚ¯Ûi_ u"ý¤·ioö±é¯û{ Â^×_†Õ°¬þë÷]~÷
io÷_ö(c)?]ÿ3/4ëÿ"µNö ôÂKaûiVÃKÚvÂ]?
m†•ª(r)öÅš ·w}¯o
[IV"V×°"ßwÃJ¯þ××øa&
-øa¯²/ /
$ü ^ýƒ ŸÜí5ƒVÂü5¬&ÚA°ˆÂMÓÂÑ cö ^›
  ƒ    2&o†¨ K†
¯"Z-†`É´C°á,uÓ  Å}û±[ôÅm0Ë‰È-Ø¨0A.Ø´Á,PÒƒ

}Ø¨¯·ƒíŽö¢ƒû  VÄ›¿I"Ób(c)¶+b[îï ÈWmÞ×ïÕì.îÚö!oì&7Ø"z†-²è  +´é"÷Ó
Ô0¡7û!ã
jý"íÚ
h+k×a0"ðÂ÷|0-   ß°O°1/2pÓ  v¯d,X^M\  MjÛ¿µ^Âï¥ð×.Â¶
þƒ]a...93XL  ax^a  †r²Æ †  Ð2`hE"<`¥)¡h0"ë   Û Á  ûa+   ,J Á
!  P"0(r)"Hƒ  D01/4DDDDDDq                         Q   ‡
 Ââ""""#ø   ƒuòÍ  õ, oÃýÔøUØ_´,[KØ0J¬}Å
...j-Â`"0 Î8!   ÿÿä ±Gÿÿÿÿÿ-°AIC-   Þ2¸ s-
ó   .)°...ÙØ";£•Æ¢¸£"-  Pƒ| akK&Fe(c)ìÈ  y%ÊÐÖe(r)ƒðž"ù  nU  ×*-Up¡?'
8í(_O'VI:ê  ×
   ßDN~  Â"¡t÷é ·úýþ  w›ª ÿ_ûû_ðfü
ß¿ÿ÷¯÷ý&Ú°Ÿ(r)±ßkö¿TÿÝ ZUZééî-m\†i7âgRV¯ÞþKwMOEB ×<È:ÈÌŒ †    ).F¨â  ,¦ ÖG
FpRœŽ¬Á =M <Øe gTGÊp"H+"
S"Ê emºä L†ÈèÍŠk7%ã PÈ MÅC( Œ Ì  Â"Ü   ¸" R d R
ráN¡3H   @4 @Å  -ƒÓÄ xL 5Lð#Úí:y@t
&¨ OLÖ%"' Ï³ O...(  §eüØ"4H
20  Â •¦  AçÞƒ   "Bè ý"-ñh-(c)§ ƒAéÆ'qh64-Â^ÝÓL íSÐa é}Ã    Äza ƒ"ôÐ¸Â
  ÓAªh|ZzßÅ¢VáÉóVqË@uH  Ã´õÆØßÈƒšÉÑ¦‰oƒÍî h   ÓMP\CÐw éí‹Z´GzÑ>
  GL
Nõ!
h-3:D(tm)  !  ðù   "s'y"  tKØ:%ù%


'~‰{'aIsá  üü-$‰Í ƒ
   h\œÜ&ôNŒ'×è•êôG  ':"þO2H/Ú           ïA
-6
   '6,'2  Á   vÊº   ´ í
(r)  n›AzMµTÛA¸Aá
   >-ï{tÜ ÒAúm'Òy31/4%È  3p ¹P]  ¿Ð ô  v›A  (c)
ðšú´¸O^Ó"ü ·Ó}>ôé=7°›í  ð´ªoëëT¯n-(c)á7Òì^-Â}[  ,oi¿pžž'o
ú†ëÕ1/4=%¤é-ºOÂnÂ(r)(r)ÝPõš"#é^ôß_  ßTé{ß   _§§ë"ý?3/4"Ký3/4 *úö
¬%Þô"ÿ û-£tšx
vÿî>ÃúÛÇqü  î›Â_}7×ì  z×(r)êÿ|uoúQ{Zéúá¯3/4×µõ×1/4/ƒÿ]oá×¥Ýp´"Ký±ÿ]îûöß_þ¿úý ×f   ïúíú-
...ä9?{\dlN ·úW""  -|:ï3/4ïªeò8$  ?ß§r0X]é›
ô(tm)
Cã-{øôâò\>Áë_å =HP×3/4ï  õ{¿{
2
¯ÔuüG!ÃÆ1/2êt  ‡ÕÇîÁÂíúë*µæ°_aõ}¥d    ²  Géõÿuþüƒ̈ËS ^õû3/43/4ÓêääÇ]_ì6ú_ý^ïÒÁ*þ(r)C
d  8¨ÚúÓáë̈ö-Ã,Ö×ÿ} -ºî‡  wr  Ü/Á¿FW¿÷DpPæåU,œ"  -U"þ6¥"  ¿Á¿þ¿î ̧§Á‡  ¹WOä(çïü°ù
9Ã  ØDOýrË3/4F
"ÞÿðB#õ¢Hä
ô3/4Óý0îŠ_¿vÝÉCßïõ
Ý  Ex̀ù"  "EDve  ×@·ÿ[Áþö¿mkßAxvþ·ëPv×j'Z"ÿÿÈ  Ð%Ý¯ý(r)    %õÝÙô^  û·¤k²  ¯Ý¸oíí~×¿:<
ëRm‡V"î(c)º×ôîºúôí{õÜ?ÿª  ôæ¥ug  (r)  kÓw[ª  _çVõçWv-[jö´¨¯{û3/4ý"_Aÿµøs¡¶-ùÐÎ}gSÿëÞ(r)Ð
?õuµo]vÖ×û_úm  ^÷Üáí(r)é7íßÿïg _ývý>ýo3/4îµ×UÔûªôêÒÒúń´ ·V ¤úí"a  ûuj²¯Ýw§]éû¥}ÿÔûûK
[õ¯ÛIµwv÷úmnûU¨jÃ[°´ `-ÓM¥ëÃV
/Õ¬4°  ZØKm'W}´¿×1/4÷M~ÕÛÖkaXiZ*iZj3/4  ï"
,0"d|  Â  'x4-ƒ#¢á  0,î  K† Š^_m¤Ä&  ]~a. Xj-¥"l5ÿm(;a?l.Ã ~á...`Ë^ÃJEæ¬  ,   :Á...'D ö
ŽîB  ^¦>+b8îƒ- k3/4)â[î*+b

$ðôûa"¯ø`1/2Žøö)  ãâL{  ˜(r)!1Ã1/2‰nø}1_1/4&  +
l  Kl-  Ã3/4  jý¦  ÞÐkiŠWÝäN  "_Ø¯ !'ªa  (r)öšpÂÃMmHx°í_öÂõaK"  A Ó        C    t¡[
°˜  '  *Ø@Â`ž¡0-¦  wõ_Û
°"zz¦  5µÁ0œ0ƒ  -´Á0œ8v  †  â<"        ƒ  $ Ù  ˜!a  ˆ^‰Ñ  ˆ†  Dêƒ
}*v  =ô  O`"E,        pfS&(LÈ      š  ^^Ž""""""
Á  ˆ<  uñ  F"8^^Ž""?iÿõ-ï˜ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùibñÿÿÿÿÿÿÿÿÿü³M     8('Tà"¨î¨  <³RÝ?Íî={ÕR1/2  -B
w)Â{ä øn¯ wïÿÿþ°úçI*h0•
        ,Ô1/4cÿÿÿÿÿÿ
endstream
endobj
44 0 obj
<< /Length 45 0 R >>
stream

q
422.39999 0 0 698.39999 0 0 cm
/Im0 Do
Q
endstream
endobj
45 0 obj
43
endobj
46 0 obj
<<
/Type /Page
/MediaBox [ 0 0 419.28 701.52 ]
/Parent 69 0 R
/Contents 50 0 R
/Resources << /XObject << /Im0 49 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
47 0 obj
<<
/Type /Pages
/Kids [ 26 0 R 30 0 R 34 0 R 38 0 R 42 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
48 0 obj
<<
/Type /Pages
/Kids [ 5 0 R 10 0 R 14 0 R 18 0 R 22 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj

49 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1747 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1747 >> /Length 29208 >>
stream

ÿÿÿÿÿÿÿùi
Å¹Vv§ ‡2 ÈÃ+š²6ÎÃd!'4Kb`)Õ"Fvªìì(c) Å
º'gv ÿ@Ô"
#ùÝ^¤Y}'ýÿ÷^ž,î¿a-Ì"_(r)¶"O3/4ÒÔ/×é~ûjôDÀïÿñïÔ-ú ñ"
>þ5×[×µN' I**ýÿ3/4ý7íÒT·Þÿ]mß¿líBs*ÓçÖäO×ÑÕ"¦E $ÑÆJQ mRJg'Ôfú$
yá h C†' I³Æl!ñN¢ Vm È É

ÐB0üÀCLÖÁ ù? 61/2"B"&rhš A ú Üá, ( '¬‹œ† Î3"03 ã8@ˆÍŒ ¨)
!1/2=0ƒ:"BB
f M·NCÐ2C. pˆy×A,
ÅÃ× B -CGâ0eDF # N JÐoá "Â{Ö 4Â ¶ xD"=[á ô
" á÷a
ì z iè^ƒu- ßIÇzWaaà ˆ@È!Í "Á ~š t OµO´>"AÇ ôÐý] ‡ wÖ¨XN›D áÓª";CôûTGa...'}Þ
"&!"D‡ªh4Ðh4ð ¡_Dèþ'
ÉûD³·á Ç'á"D~‰~!3/4ÃâÑ.Ã
¢X÷(c)9Ù Ü (tm)£'r‰Ór,Ùœ‰Ñ²-;¢tnº "ü'tš DÌ 7±k ‰sNÂmìÀhJÝx! á
Dý¿pƒh òsÔ&äL²,x= ?O"öNt 7}¤Ô- ¨A´›ëZnJŽ•'3/4'tž¶öàƒh&îBÃ-FÈ1/4Ò
ÉüÒ'l:ÇAïÐN-Ó¤ Òªt›IÓ(r) : .ÈQšm - u×Â1/2ºô(r)Ÿ§t /v¯µ¦éöý&º PA1/2¸MÂm M ¦Kb
.ŸZ1/2¦-éÿÛª ï·WI² ×_Â}´Ÿëx]>ÓÂ~µ§"U?ôôív-ï]Ó¥Ðzuo ÝuMåŽöµ ºÛ¦ìU¿ñ§z
-Âé÷ªÛû§ý*JïKwíÝ-§m ýõÕ¶(c)-÷Ú|té¶·Ië
ÝÓOÖ ì1ÿT¿¯·û ºõ¨Õ~ŸºZ3/4•1/2*¤ý3/4·ý ºzáí¤ž´-ôëÐÖïeŒi-íü[{Ãíu¿è‰‡ÿÞë¿ëÖ¶éìÂ#£
m§{
Zúõkfšûýo¦] Ë Mß‡¿¯Iø\oÕ HqN÷JÁÇM;"T +"ã¯ô¿îÿëÕt""ôþ=ë ÷â?÷T•¨ˆ 5àécïzßwÚ Áv
¤
/íÈ"=ò Ez ï÷ºéê¿¦þŸ~-ûß×"-~Ÿ_ù "ßýõÿ|(a...íÒ
Áßì îØo¯ÞôÿþÒÿëmÕw_º¿·öÖÞ÷|0 ý4 ùe41/2 ÷m (tm)êü0æPë
;}/¿Ò}¯3/4ºoíyŠ~ì²{¥-OüÊ?õKRÊþÃù1×ß_¯µ ‹I¬D
óXO1/4Ö ûÿÖ×Mzá1/2íõþº×¯^éz¿ûÛM% ü!õß~ßðY.rÑOuÃÿ dº¹ 7û_í Òú÷ÿïýuu ÷M÷´(c)
Ý ,Ý_ºköô›¨N-*îº}ü?õ~ýÿd>ëÿÿ§ï sZß1/2ïóWÿÕk¿`Ûÿí7üêÿõ=uûûnj ""§U¯{õ ¿Û^ºnÕÎ‡Z-
ûZa IŠ¸ov"a}°Ã:1/2÷^ O:¿Zþ·Æ·}úÚVzíu³Ç{Û¶¿ ííÕ§ÿnšõujïkÅ]ÕÕÚ¦-ï}Z¯žnÒ¿ éþÒ Ý[õµ
ø}û¥-pýö×ïµéáõÚZkkþß¿jÁÓÓ
SV+_þßMa"(r)Þÿnž"]m[ßºl$Ú÷"ü0-µaWµÕ´Õµ1/2µÞ›Kîá¥ÖÚôÃ{
%ïºÒ×3/4é´˜~(c)WØakma"µµ-†¬4¡"öÂú{ ªº`¯M" º-
ÀŸ
+† ƒ ßá,[Óh-¶ +
&...<‰•†\&ý-¬0•¤¬5¿±_ S Ã
ë Æ 0KŠ{k ã[l ¢£v/Ø¦EN*+U'f+kcê!1UþÅ?L0,†" Ã 0ÛKûM4Èaá(c) { "U Cé¯ö
ðÈXüPjC µ
... µºšïÚïa4 i îåÀTÚv ÖãŠâ àÈâ a^Â¸M;!_[ 0M]´ºj×íw´Âa{ ...Ó Ú. v
ºÁ'M0¨C Öá"ÓOA,WÚ ÈZ"aŠ_+i C`...ª ` ,
!Ã"†ÕÜ ÅÅZh A-
! Â 3ÄDMXˆ‰- ƒ6â""Á"ºRÝ ...× DN3/4

û
   dZ•hq    gXt3/4ÖžêZ  "\  JžÅRØ_aW  xÿÿÿÿÿÿÿÿÿå¬  ‹òn<A  g
ã4^Ã3D  k#-
d$  Ê¶y,!Á‵ñ  Í²
3/4".¥(tm)  1/4ÊÙ¯]  1/2  ...f   Hè"/A  1/4
Âkj  ~  _ïó^^³²  ?A¤3/4fôúÖÞô,Ðu¢$7'÷Ozï  ^Ö^èÛÐ"q¢Î
Ñ  Þ"ÿ|±ûOA  i<þ4   ‹ëÿÿçfO
›uIºøWïöé6î°}¤žá>ëöÝþªôÝM+îößþ¥"÷$ž{$ŸÛû:(tm)"DH-Ñ!Óu(c)Ø2!F°‰âR3-g•-h   ŒdÐÈaÈ@›ÿzä
~  "%D]
"ÎF†    A-
²⁵¹S2  H  ¢  ‡ØE-^  v
"  Ž   9À� Ë6ÍH--q'â
¡  Ù˜sX-
}›  &¹±  6Px@Á  ªË,&¤=!  \&Þ÷zôÓ  -   ð˜ís\lf'4
   h  §    ¤ÓL ÛL  ì Ö×(
    W  "Ô  @Â  Ð0  §á  fí
úh>  A÷ªûkÜZki"â  8û[T  Ú  H8'â¯jÿD4âÓA§ê›úhhmô^¶Ó‹
sŽMA,û×v"q&ôGn"äL`ƒê:täAÐA ù'ä
;D áè  *(¿ÓÈ(...ª#Ç!!¢^Ñ  Ú#ÿÉú'·
bÑ/·ß-  Oò í  ›  ¡  "_-[Èø‹F  ÓäH!?  7'FÈ ñ7üÝM!DxÂ#çt  n    D(c)'æ›z
Þg  Bè-´  7    Ú'<    Ú  6ß"þ¹¿UÒ
Â34  ¤ÛÚßétH7  ïN"...dXW »á  pƒ}+ap(r)‡kïÿ8ONÓ"  "k~"¤^
´ƒÂ  ìpÔ×A-_Ûôþê  °žš°ºm¢Côú
ÒzÓÓ¤-'¿i~ô-+I¶  n›˜÷"  d]uûôWÓM¥ôÿ^ß¿ëï'ìÒÿ˜-+íïuGÍ^º1/4   "ª(r)ƒöšÓM;î+†  Ý¯¯ñu  ÝµZ}1
/2+¯^¿êÿúoøBûíëïêüuk|ñ  ûk
>°÷öJÓÈÿµû§û-ý}á=}ô O_ø•ôã¯Õ(r)ûû_Ã[  ÿÿm  î  oUÏŠ  ïÛä ï~
À"ÿi--|1/2ÿŠî×"  ""$  }&GFÃ×
Ž
dL'È|   ˜B,7ÿ¯¯:‡d   ú#@›_*¡¿Q  µÇò1/4
1/4GÈèŽ4/Öü]  1/4ß1/4Fž‡   Æì†&0Bÿ{÷"  ì-ÿd¯1-o~1/2ôÿþíò     ^.¶BUà"
ÿÿ]à(c)$  {ÿÕ~Õ"  ,  ÿA  Hƒ´¿  Ž¿  !ƒ oÿn
Rÿú88ÍøÐ  ø7_ë!œ  È  kD=Ûl  Û_ï"[P  `Ú¯Ü<>·fêòÕÿY5}j  1/2Q   -,¤ð†ùdÜ'6
Ã^3/4ÝMå"¢,ú@Û1•ÿúéôH‰¬#¡á  #ïÿ."ëNÿ°1/2ôÁöreìÎ̂ýþ  ä(tm)uÝ7J"N‰‡ìŒ  D]ý  ïÝA)._kÂ_
}&ô-vµ_÷ûhŒ÷_ý  Ð7¯Úî÷uô
Ûÿÿÿwéê
"OÓÂ}+cßÓhŽ·úµ  L  ÷°Ü9Ôß  ÿ°÷Î"f¤šÙÕ̧GK¶{ûîöþš]¤"uZ¯a(r)ïÖûPΤÿçS}}îÍiMV˜õóS~ó-Úú°v
ƒ}Ó(r)µTû:  -~¿tÇvyÒ""˜U{Uim{¿ûJ-"ùéí  m=-¯V¯¯{it÷ÿ¥u  µm_t´¿m.ïÚ_øj¯þ-ß¿M¥˜jë÷kû¥}ƒ
ÝvÝv1/2Óa.÷§]m[]=o1/2†¿ÃNøé5o~Òì%š3/4  KéµûIÿ4˜ikám{]+˚Òû
ámÖ  KûàÐIÓ
+J  JÂÃ  ˜iC  ¿†1/2>Ã
a|0Õ'§˚œ^Á¯A-×  a...þ;W:-"0¶-
&  ["˜M'Âû
v›  qX¯VÂM,Á...b›J  XØ0X0IŠýŽ(r)š‰odA×Èƒ¤âN5Ä{íþÅ/Âb-vØØ`"#àÕ†
b    ñ\†  ñµî...1LBaE1'
   wlBbšý  ï¿Ú´¯b  ˜šxan(c)ê¬ö[¦ä-1VÄ&*  L/atû  0¿
5M4ÂMªa  ˜Wá¯V-,ÚUa
dJu`3/4ƒ  7  ÂOé,
   ª†¶  ¦    Á^  °Á5†  a}4  H¸    A"Â

0¡m  µ°  ,  dŒC@Ë$B  J˙œDDE,      {pÉ-  ÊÐ aL...ŒX!
ˆˆŒ!  dÍ‰¡              ˆ‰OŒDDq  f¨ü5¶-  K  "
Y£j?ÿÿÿÿÿÿÿÿÿþZ¥*Z†¦v4ep s*Ü>  ...2  Û'"çç2×    ß‡¥;HôÔ
è¨êï¦v-¸D¦ì^ŸROZ¯...¨'03/4÷#!Ø¸üßZô,x]ÿz¦éý  ŸÖ¿[  ¿ë  }oÿv--÷m÷  £±¹k:'S"RoëU¥#FE'š*HŽdž
    ×  ‡çW"æk  tG  '    è%Q¬•hB
†Î
    2  03àêL  Ñ
d(è§S%Há¦l‰  (c)  ÙBÈÚ:Æ,"  :sa
B  Q¦t  8@ƒ a  3fÙÕ¡"  '
    ô!F^r8 dñ
$;>Á  @ÁB!4  ƒl v°
"Ð?O  3P...9  !u!t!Â2ù ""`Š  2†`FÓ>
A  ä3(c)Á¨A  ,"CU  †&ORæ  "-a¶  h4ýôÜ.  a
á  šuÚab  a5  8ð^(r)âÓµOM
    q"
ƒ´  h  PAí.ƒõMâ    ÐxA¡
  k
!Ú¯ A0ÿQrXØr}Dqe9h
Ã"÷  %6é"Óµîé²  Ã‹ÂÞŸzA
  }  Pé&(c)ÈQÚ'í  Æý  JnäW    ›D¦ôä¹§ÖÈ-ÐAˊEæ  A¸@Ø:%îIBI¹  (c)6ÈíB
¨˙  Ž  a  ç'Á¢~ôK    ž  'yÈí'^Ÿdÿ1/21/4  :Ú%
E›'¥>OÙ  Ñ)¶    Iè4-ðžG9

7OMÂ
1/2ü õ´  ¦ÒøM´´ðƒh ô+1/2:
‰{  Ü ô    ÚMè6-A°  nôƒ~7ô,4:m ÛÐA
zzaÂm'ô'nžé'"¤~Õz}é°xMé>ôÛ^ŸSé:W
´  ii>,}+NÂzIú¦ÿ¤¿zm§~Z3/4ƒpŸ  Mÿ]z^ÿ¿}×  }õï(c)Ñ  #
-.žµþ´ZŸm´¦é>ÞBM¶(c)~1/26Ó*é-j(c)>•v'Õmûthô‡Wé;  Ómí×  W\D?ïëÅ"  §¥ú  uxðµë3/4‡ÛµŸw"í
8íµW¦:uo¿¥(r)ú±*ô[OÞêôµ}ýþî(c)/  iáß1/2þ1/2-èüŸ*ëþû(r)õ×ú3/4ëWÓúú_"õ
~(tm)ÀOïê-t  p]²¬W  ];...
×]ßwv×ß°Ý¿ýVë3/4ù.*ÿiG°ÏF,uÛ{kÞÁü{ýk¿  D`bÈÐzK>ÂR%`ÿ(tm)
^÷N"-    zýk¯ù¨;ñ¸üGÿúzä¨cÿõúd1K§õW•
ßáh¯  íâ-ƒ‡ï20  ¸ê¶ó cëI3/4"ßÉ1/2-ÿ÷^ß}Sá{ý--ðÞ-kýòà¨=K  `p¬"
Á{Y
    ¥,ô1/2ÿ,÷*(r)Þ×Và3/4*ÿ @M?R
  ¢=(r)    îÝZé`ÃuaßÕ  üÉ(Œr§¤A/I2  :    aýÑ    **3/4Ò  ïõú×Mm%D>]&MÉŽs  þag"ó  ûá
'ë¸]ï
ú¯÷õý  5h    y`l    TFz×K[á ?·ÿûO¿$  ð"]ýï*µ(r)õäÈ÷úõMd¹    ûïÛ¸Â°Av    Q
bwx-í?ÿ-GéöúÕwÐ%ëÿZ-z3/4·X¸õúÚxoü†ouß  r:÷5=-aS"""
ÛõKé¯*oKß´1/21/2·TúÝï°õÛ]Õ³"íÚ1/2ÿz}{<šÕÎ  ôÝ}[ƒýWß´Ž‡  %  ÿïª{°é    úõ}kÝY×¶Ó¿:Û]¿õÚ
¥(r)ß}Öü  í7ÝWíé¥o~ÒÞ¶ëm  [g7W^3/4Úö¿Jú±ôÿþþþƒ(r)3/4ÒÀ3/4•¯{(r)(r)¶¯ÀëéZêûë°Õ~•´  5úoo
µ9iú~1/2z^  W"  °Âªíý,wMÚ¦ëkï´  Üÿ~"ÚQÚû}¤ÚV-
¶Á&  ý°ëI-¥-(r)-îÝPaaÕ"Ú‡×êÕ´û[îZm.é8M¤Úý ¿†,mW°(r)ïð´PÕƒ      0ÂÛkÁ,
*ö
  á,Û"ßnž›ínÒ¶  ,
Ò¦þ×Ý°•...ÛZív×a...l+
%

x0_† aPa][K-øá¥ T‹Ì Ø ÕlVÄ›ê
,0•¤Ã iXKl `±Á,Û
¨a>(c)Š ƒ[äGu">EáQQL}1^ÁÆ µpÅoûQA...NÅa,`¯§{Ø"{ 0X¦D 1PqV$ßÅ+ ìK}3/4Ó
ïØûbJ. ...mPi ±ðÂý... ñú-|0¡A
Ø[ %Á,V
M"¦!4Å=1/2"f€RÇ[[_"Uì‡v(c)4žÓµ-Ðh0"pÁ_°ƒ ß†
¦ peê\ A Á ˆ0""
Z a 8H`œ AÃ ¦ †
ÂiXX`˜A"0›è4 0€š
0± È³T X0J ! ¡ hHž"""""#˜˜˜˜˜°L eƒ#.XÕ...2 CCB"K! "F"DDF-â÷òÊ -Rô(
r)ÞÚ×àÂW]Šý×ðÁ5 ÿÿÿÿÿÿÿÿ•èŠ
df ‡bä` ìˆíiÕ
ÖçhŸz_\(r)v°Du}ù{ ]~ûÿÒé(r)ÙSud(c)|È \× #
Ê 3 Ê†ƒ<Î i"
àÏ'" -ug\ÔdTH@Õµô ×á A á š y@t "AÁ=
°ƒ[ö-
M
N!ºo" m~›#P1/2:"àØÝB
ô %ÁÑ*nGjÓ"œ-'ô"]H:"a Ú"ûnKÛª%í'Óí ÓðÍ¢âý7AÐNÂwh6(c);u ¸Aõ}?
ø éÒzn˜][P›ôƒ¥uuÕì_ôžŸéÞŸ§úzx"Ö¶-ïýzõÚ"¥ßÿ(r)î¿ÒÓokí];¯^
ªï|µ ¯x3 ŸÞÒOªö`Á îd4u(c) §¯ôÐÿi×Ûãˆ Ž
÷° þÿÿ**×Á AÿX0 1/2é;_(r)-"¯ ÷‡Vµ¯æ']÷§º-9 ÎrÚÀäg3/4ÖSŠé ë"ë¯ý ô
}< Xwý3/41/2ýÚÚþµõwëú[:ßZUïOéß{}ïöÝïÝ¿ºû:¶Î ké(c)Æºëöºú¯n›kýu*~ëí?ÖÒÿIøQV¶1/24- +
¶ ï†1/2ðÕm7µl)(tm)í_ †²1 ý† 0`,zív J›J 1/2 = xÅ[² ÿa,Æ1/2Ä-† v(1
² mö•§N"ØÚï-Šé¥µc† °›Ã
1/2 ±
(r)[(r) A" O ^ÔÎ DD4""8f
F""ÐŠ jßTºòh µÿ
#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùj )i,´
(r) É; ¨Gd29 Ù]PeÃA'Ëó* Aó± " "lh1/2Ð(tm) èì6v.ge+p¡ á=<Ÿ*sYØ}ô ]<¯u -áBúïkº
A hð• ºÃê-@1/4W_×A ïA aeèýÜí ;[ õÓÿü6?´ê#"}0ÿ
°¸m¿ÿU´¿-¯Òÿïýf¦v%W¦ .êÿÙÚÑžÉˆþTÈ"zŸ²R!! ¢\B0Sà... tf C
A°ˆœ EÁ3 ¡²L! ŽÊÆIûgH- HDt :˜" ¨‡Éš" Ê¤¦± lƒ 62\dìêÎfqÁA ¥@K3g Ñ"A ]ƒ%Á0D
&¤C 6l @Ðf @Â §B zd0º
5 ,ú µ' F\•@È1HèŽŠ õøD&¡Á,! Rpšf @ó[.)s²p§Á
¨x@Î€íéÚiéúéá>Âh=Õ;A"ÐxAÆ'v ƒõÓA"C†
a8ƒ ?OØA§¯a?L ÿ| Ý iÆ zâÂ ºH83/4, ô- Þ- ã
ÈÏÞNn-8ävù-0ƒL Â
<'Ì
w†‰[ˆnÈÝ\Šö!Éc¸é$ÓDW¦‰s‡ê÷'ù,"òsÈqÛ"Ž¤-¹ ·¸A¶Eç "ø<œÃ'QI¹ á û'¹C¤ ¡è Ée;´KÞˆƒ‡
Xc(r)‰ÍÂ
È¸Ô Q?d 0ƒ×mÉüÒ "ÃD1/2Â "õ ›µY ªè'ý 'g!!'Ò û#›"ÚAºé1/2&éa;
¸MÐŠ[T @ƒh-99´Oôä% fw¯Òm' íi7Âl$ÝÈÏÒo ðƒupƒÐ{k...tôûi%p›Zvƒk_ÂÒm'ëõnž Öé(r)-Âl
ž›¦í Ý œ?á>Ý7µOÂxMÕkOp›Iµë]÷§"-ŸýÚút éö
›§ý[(r)´µo,3/4(c)ôž›§×ß h÷ÒzaSé¤ßõÛ[ÿ¿¶4õº]:ª¿õ(r)ýÕ-xµ CÓù
1ïÓ´;‹i5WV¯CÓêõ3/4ìZ"zúo üi.Ÿ|^õ~ž1/2´·kZ×}áí-ý "{ªë-
[¸Ú¥}¯éÛÝ}ë×ÿíínÖÕÕº1/2îûÕWwÿÖ 1/4ÍkÿñÖî .
¨ýÅ¿á0þ¯AûZÿÝõðôÿƒ ¶¿úkê/ ó=U]ƒ^# ¿^î.ÈÀÆ@Á:UAÁûïõLæ`FBT´û3,}qÿÁèvGdpì‡WhÖ Z

ýR÷]õô"Ýù
?TµêÃ?zKh R¬ Þ6Bè "ýï ² G¥ˆÖÿúd>-ˆØn(tm) 0ÿûmýú¯ïø0~ÛîÖÐ‡ Æ(r)ÕB ïtC¿U‡
ß§¯ Á¯~õ_ød épÃõºÿ¯Ûå"3/4º_‡Þe ^ù'Z' ...
¢ Þ '÷
o(r)þë!ž!·þ ß.
å kaÛ/ Y
ã"Â!qëþŸ Mk3/4ÌUò0t¿÷ÿÜ!Ñ"*‰ ] ƒ
è ý§¯,Q""Ë _B;Þu ¤2Å ôHÿ¿Ýÿ[÷ÿö×ÿ"÷ö¸[Âßa & ?_¯ª
uÖ¯ïÖˆ w¢Tþ ÝWÞ o_ßÿƒMîS"!¿é3/4ÍWV(c)/ötü‹'.}ÿÝ\7ôíúµýƒƒý·õN·~º÷çS·¯¿Ï"û
ÿ}þŸÑ-ué-C³¢Á·"_ý]}÷î(tm)Õÿ‡óSh§Î:ô¿ë}ïÖúýÜêÿA÷ZþþÃî3/4Ð7 ~Óx6Î-Î":{zºZ"³"97t1/2 Û¯ºg
ëÛ[
öº]¥ûjß*é ïoêÞÞÝ×a6×¸z¦ºjõ¯(tm)(r) "÷ÿz~¯Ã¯ï×Pµßj >Ý±û¦'a.)‡ÚýÚM¯ Ò´¡"-Âí¤Ã
"¥¶1/2¬53/4 ,wÕõm,ë`"j aÖ(r)¿M¥éî3/4-¶¿I~-"~Óa*ï¦Õ'ì%
°ÂÞÛk°`,†=0jö l öéÒt°1/2(r)Âáb-Pa$Âíß}Ã o
,=Ø4˜iZJðÁ:þ. /Èƒ÷µá¥k±V Ša,PØdp› Å{
Ø-íc†•ª}ì0"
-Š·¦ H2+¦×'x0"L~ÆÚ l2âA,Ln°Õþ ‰1ý1ZÁ´¬VêÔS Šn+
Âø(r)·d1
ˆL0,
ˆ:°J)'|BÖµ "/cmöµ xÅ0â˜¦1/2‰o}l2 Ða^Û
îö¿jškal ;
$Ã
ðÂ¶£b ü5· MRì-m"ž CXa "ºµÛØVÂ(r) 'èÝÕÃ
"h )p ' h Ð0B" M Yx2Õ"ÓM !
XP`¨`˜@Èô4 áÚih M[ ¦ Á,a ä¬ ãÓB£Â "A""#ˆˆˆˆˆˆ $ `
Â Pá8`¢"@Ðâ"C"DDDA, y % DDDF8ˆýrÈ Ô-"íÕïíl*ö
Ž † ~*+Û "¤
Âö"1ÿÿÿÿÿÿÿËeUGþ["ÊZ1/4Èù í B2"KuDd¶ÎÁ 4‹rV ¬%3/4Ï²R! ð~UuÔ.Òê(c)ÒÜ+(tm)'ŸWß
u" õõY{ZÿÜ ûÖºÒÇú-.1/2cö;þ;ñ×ª_->ïÿ÷_÷üÉBÿj¦KqÙ$JÙ$jLò
ˆè,¤Ëé'¸‹eH[;5Ï'*Ï
I¢:>Í"³ Î¬ÀÎ¨ ‰v ‡²È#Ô1/4" ŸËNDŽlˆÀ(tm)øè%¦ó ŒØ‡@ä†pd
:3Ñ°-P3£ "Pk"x3PÎ¨ù
æÄ5 ua >4 ölX 63XR¢ ‰Y
3À"hÈn A B Óƒtî , è(c)ˆØ@ ' -
0@Â} a7´
Ì OLá ¤Ðz
×MB
SÓ
ƒœ0ƒM0š
Õ ê:
ð ...Â" {¬XOAÒ ÷ i¦ƒôã1/2"? Z º
Ð'2 0ƒÚiØOx·A±q
5Ó Å ã Ý¦"pâ iÒOh8ïTö#NE¤"#‡
c kr;mÚ#‡wi"-.Nv/ïDvä^r#‰xä°8‹'9"-›Qd ÃDæä\h ¹à‹§Y š#ç"säOl§'BSl-$BÁ
ôJs7Á ä_Ë£ -Ñ)ä_h³º¤ -Ep¸"È3/4êÑ ÿ#§,ºx a: ' ...ë äédt'6²'7'ÏMÂ
Â
"gáÞ h' ü' At, MÓü ôÝ
,

Âzm_´¬Ò dŽÆÆ / ZM¨ï×áØOMZ¶ 4ôÃI¸PŸa>Õ¥ÓÓ×i"O °ê3/4ƒiS]~•Ð^´¶    7ô

§Ói=Zõè&Õúj  Âzzn-ÞŸÏè7¶· n•ï_
ýé-'út¶°zi_ú!ú~ƒéé°è!úß!´  Õ ]¸ñîõµTþ×]m=·é?ø§÷obïðöÕûî´ +Õ_]ÿ"¥ÿïßM"Õûõ(r)¸¬;úuoýú°¥Úúú Õ
~¡/~µÕuþ1/2ÿ÷*°_úþ(r)¯¯û¶¯`ÿ3/4¿ëÿÚu~°È -:1/23/4o6¯ã*³5z 1/2ÿ¬á /ý ß°žÿÙ...Z!ßêè{...ƒ Þÿÿ
ÿÒè tûÈ€ÈZÚâ"ÒT#1/2ÝV¿BÕÿ×èuõ¡-Ã õuS ; ^û]}ÿï÷¸ýŠå@1ÿ~îûZq W¯ûÕ ÿþûØ:ÿÕÛ
-Ÿ!úßÿà^8ÿí] Aû÷é_÷µÞõ...í ¿ßþ¶¶ÿ†Cÿ3/4Ë è...^~ÚO zÿë¸¿ÿB" VõÙd×-'×-?
ëÿëßÈ&ô-f1 þ(r)-¡ = âoÕÕ3/4¿¯ï‰ }írh"-?_O[r
¯}þ¢ÿ õßTîþA"ÿ}-Ñ$AûÎmwß ÿA_×|´÷¿îÕz-1/2Uþÿ×îõ¯-e!ßúÝÓ,>-Þ¯û ý/·þ°ëöj'÷}ku×ßûþ×Þ÷Õ
<7_þuõ"öÿoÿÕ"õ§~ú×ßõtÙÛ:ŠÞÛûÿÿï3/4ÿ:"û6(c)ÿþ(r)Ü?óÏÝuÕwûâÿ}*úKT¿ ëë¿ÿ3-ê×í ×3/4÷K_
Vû( ~ëö°ý¸µz¯Óêûv·Ú"~"¤ƒ[Jý ¦ÕíÙÿ¿Ûÿ]öö•¥W×û¶ ÒÕ3/4ía"ûþ-(r)úÛ'ïu}¦ëïõÃ_a¥ÿ×"Kì¸ý×¯Û
WðêÕõ¯ïàÕA¥-"¬ÑÚ¶"  _ýí -5""Ü6 Ø`"°aa¬0'[
%"Ûkö ü UWl/¿°Âï `-"(c)†¿°~Ç
  † 8>8!Â_ú±ÿl  ñ&ÿc^AŠoŠÿJÒ°±
Øÿb¿1/2 ö!1VÅz!"LS Çl+Ù
  IŠ×"v-"Y
  °-a'Û!ßP1/45ò/]Ž"]È;3/4Õ¥Õv Ô*L-¯*|0UN o(r)MÓIþ^ÂT1/2¨oA¯a:i    É°
*°Wßl-Ð`µa}l-¯pakt Mm/AÓÃ
h  ÂØ/
-Ã¸`L!èpÉ ° Á ‰ª    hDX":?´ˆ0^÷µa ^† DD2öVjî" É"    DDq%ñ  Ÿ

Ã ^^^^^^^^ƒ1/2 aDDDDG ÇQ õýW¶¶ °]qê¸þÔ( ÿÿÿÿÿÿå2...ÿ"ulÉM ŽdJ;¡•Ò2)'qÙ#; æB 4(r)ì
Í°
¬"°D=E(tm) µ,}O$^ªû•ÊO 'o ×÷Z
þøPµ(tm)W  Ô
džé/...ëÂ~ïëþ¯@×"ý ßëÿé'Ù‡+‰ò3/4è÷Dsu"ªõøD&
Ä_Ç"¬ ±¡÷î·Daß] z[tÿ·ð›[m_Õi:WÿúOÕ:û÷² Û-EÚšåÓ ò4y:<2œ‰
Ùt ù(r)6DPPD9   E rÙ¦C #d ¿ÙSy Îµ›
- xŸgÙ€¡M1/4ñ"$I-(c)s!È5% ÛØò Â!æDPób,
¦ ` è ¬B
"
G‰Â.w7û
a ØAà^JÃ!...& nÂy Á u    œ""xf¯)@~"  ƒA w3/4¯Aø@Âz" xAÚ
, Aé áé Ðq `^&
  d†`uG@"6lSPR q"" 1/2a Ði Âk¡ö
}Ó    " úA
a
wªÚÄ4;TÞ"uN!ðÕ
Å-±ïÈÄÃM> ªB : 0ƒ°ƒ ,ôøï'ÆEtƒDW CäŸ Ó¨† è$-œ\S·ÈW¢8Å¢?ë%ý¯N"DÍ"D 2¡¢,2 Ú%
Áò&Q?° š%Œ&¨‰
7"M
é¿'Ó @Ø4(-´N  æ^ïh#2'2‰ot Äœ4E‡¬-ysÈý¿w#»@ƒÈ¯ØAï" ën n')ôN-'~,
ðƒt &Ð@Ã'ùù £Õ ç '7 !
  ¯-ÐOAª

Òv ¤ ¤EðAÑ4t,  z†éÑ 2==< é[t•é ÷ ?V° ýu
§ô tò5t r/´ƒÈ "=}}7Õ¥Õtü'A7      ö Mû (c)Þ(r)ž  ã4êõkZím'Õé7¤ é3/4øOµW
é3/4ž Â OW kÿ^=

¦è5O[õ·]izÓ¯^ÖÁ¯ÓT  wh  êŸÿÒ¯ñ§VÒo_"-ÂÐMÒ"  3/4õ¿Å{^›K²z¦Ö*w  1/2A  Â5ÕêÞ"ý?ßOµ"
  ýÂz›î°  ªë×Ûuü?ýýþ÷ô'1/2=ü0Ÿÿ¦-Òú
Ÿïÿz¯\  =Óþ°l†
ûûÐ¿÷àÒ1/22ñ€  {õéUßÒQß°þœ‰...(r)éû az5‡ìè
(r)¦  ë‹þBéäQßýÒ_ÿ¯ÝvBêââ6    "  UÙ  'dp]d.¿ÉAZÕÖ  +x/,Óñ1/2  õá  CÖ:Öém28  °  ,ýwd
¹

  ÿ]÷ÞC
\{  ¿*]×M  €G,ø-þ¶úÿì=ôê÷x¦1/2ÈÀÇÿ
>ö  ýÛê"§  ´ÝƒkÕ=´÷w¢  .‡3/4š!s]z¯ìÐP¦è  kîûÜã•ûOÔ'ÿH7È  äÇ
X  ý  ¿µ  ‡1/4"d


;÷3/4ÒÿDgô‰#µ$}÷,ªÿð‡¬  ùjÿø  "9c-ê¹5tC°ÿÙ¬NXD  ÿ¿ÿôE¦-~(c)  ¥k'  ë~ë  m-op_ûþú  Ü^-¶úõ
2GÂÁ  3/4ÿ"@ý6E
ýêÿ  rÃíöA›túû×¦é
UKëk÷ÿÓ
÷zêß(r)ŸäÈ_ôÃ÷ƒß3/4ëÿé{z·þß-ýzÞ"¿ëé(r)3/4çGwýYªS""Þûêô¯ÿžÛÜèìèßþ3/4þþ¶*5O÷úïÞý}W¯ÿf§¶
1/2÷}g¦ím6ÿþÚÕ~š  j1/2ëÃ¿¿6Õ×´ÿë÷Õ[µÏ·ëïµiÂß|V"¯[_I¦÷ûJ3/4êÒ0Õ›]°¸¦¿1/2zí]¤ØW{ö×í/×ÛnÖ
ÛÕïmwXzøW´úní-‡úÍĨÞþ(c)ðÓû~"NÒ[m^(r)3/4ßkÚÝZÚéÿk×ÝWn°ýpÖ-Ü
\0(r)Ã  îÁm{J  iH1/2Û^øk
&êÒÙ]3/4Õû
¶¿{  †²/    ƒ  -&×
41/2°*{á5nÃ*˜ž1/2^Vï  ÞÄ·µ  ñ-ñ\  ,  0Vý^Wì  qX"Á,          ¤_
l0I†-PÒì-ÝúÆÃ-Šcb¯aZ·öE  &E  ø´¯°•²(õ¿kÕ¿¯d-:µÕ  -Šû  Øªb¢-ŠÙ    `Â^  (r)  ]
1/2  x Û  0ª4Ã!Þ1/4  "  ní¶¦+^Óÿw²  é[PÕ...{°›DÇ
a6Ó-0¿aK€š
l-ˆLWÖÃ¯ÿûI†(c)  Â
  B"áv-7(r)Ö-†¨4"á...¤Â
má,  ƒ  +A,  0"0"0BÓš°
  dc  °¶Hpšì0-...  ¡aPdÅ          "ÂÄè˜èZ  `ƒ  †  °X^"22~ƒ  ""(c)  ^^^0B""0"2KIˆA"´
-¶  üDDDDDDDA"Ý"  ±  TB""Fc1/4W    ðÒ  ÕöÕ--¥  [
jÖ0Á
  ÿü ÎÔ  ÿÿÿÿÿ-(tm)*+ŒfI
d-Œ‹b¦  @ÚÚA
\v1(c)Ry  2¦É  >d
è3-Z,-ö    ¤TµÛ~ä]X&  i  "  Q_Ýs*çM_¥ëO¥^é3/4  T¤ÕkøÏ]õ×"  wÿWßÐë×^Lr‡
  P  Õ  ßîµ  ¡IZ    wo1/2~1/2Výþ'Uû×z"ûê¿Æ3/4õÝSõWÓ_}{J"$Ù×\‰F¨Ù'1'dñ*3Ñ/-žôîjz;PÜ  N
§(tm)2Îôîà`Š  -VFâh)0¨U  vÍFCŽ¬¨
6Ôü  '1›"œ"  ÍL  `~š2€€Š}œ  @û  ¨D  9  ÏÇ  3
pÍðË""¦/  4KvÉ]2    "Aà^]H,D]A  2  ƒÛ"  ¢  ...ë'  ‰
  ‰(c),"È°†"^lSPRM¯    f†ª  x"-uou]    ÅZa  Áá  ü
Â  ^  ~  O^‰  ¡  ¶ŒÂ    ±O  ÍŒ  f  ðÐtøA a  µM
0¯ Û¤
 i,
 0ƒô  z


uh`ƒn-ã^jô  ]?‹X}ÕÛ1/2úh-šx@Ý
¿B  a4°±îê        ¦öƒø´  Z#"i25  Þ3/4A¸ûDv  ·'7%Áò;fo´K².=
(vÚ  Z¬a<&œZ§}Y  ;M9  ö-O´"†^ƒõ°ƒDxâ-  ~d#¹?ÈKÂ    t  4N"GîÒ"g""ÁX†D¶‹;"¦Ò~    ù

~N"(tm)  &-ÈŽk-Ys¢-‚ŽÐOþêJ"JtJt  o·H;  -Lí·  "ò^è7 £é>Èý ƒpMÂ{¥(r)  °¿Â  ,
W  ÐMé:ðžž¯H6Ü ß§BûÂ
È‚BvEö(c)  ö"]0ê4÷
"Ý>•6‚t  Èü']ô  Ku"ÚZONÿ1/2_Ðzªjˇ_éÒz~"§1/2~I  é§"ýw÷n  Ói
úWÝ-1/2&Ú´  n  ]=;tôð¬?úé×þ-_v=ÿõû_ÝBëþ'n  MÓÿú¯¨"_÷-/I§W~¯I"K§kW°ʰpëÿm?¯uãÿ¥jÞ=¯ú
ý?]o  (tm)ÚþÕ
7tµô/ét*û
õëJÒoØ¯ÿÿû[ì`ªBö"ÿû÷~¿ûû{õÕÛ1/2[ÿjõÿÿ1/2;·ëjÕÔ-Ó¿¯Ù€Ã"!Qò
_k¯è-  w¯ö"ê1/2`ú-zô¿ª_¬¦ˇ_ñß¡Þ‡T-  áu]iý
/!‰¯:  ê¿îÛÔ  þÿTÕë¿ä.Â‹þÝÿm¿s #§--úü•ø{Ó!†.-_þÞƒ
û  ßïõ(  :ëþÝÛÿd1²ÇëûÿúWÔœ  _Z¿W3/4¯¿-^
ýuíUx:^  ÿë..."ÿßÿÿÃ  ¿  ÿ÷]À ã§úÞë  ,])
$òÆ  Ó¢  ýíÓ¶b|  oäOûÿß¢  ë¨úëÛûì;"k]_ÿi>¨"ý¬±w¯|Å7œ(ú×"D¥Wûÿò
¿DÑõê"tI  Pÿ*ªÿZ:...Û[U¶1/2þ-¨¢D7Ýú÷õo}ïù2-Ôªëïäße·íÛíT
ÿþ¶Ï°ß#
uuþ(r)"ßï...W_  _°N'è*{kNþí(r)ê§ÿþˇþ¿  ÿ÷¯{W(r)B:ëê3/4Cwÿ}ZWý  Ïþ¬è  ÙÑ¶ù(c)"  Òÿ¥ªµ
"8û^  Ú÷°Tº  ÿoÒ¿ßub-Û¯uÿûÿ\êêÝïÞ1/2×öÔîíSãïöû3/4¶þ"_íµOÚߺûûöÿÎ  íÿÖþÝÿ᷈°ÒŠ‡·Úÿ  ¨aÿj"{
î->1/2tÚÿ¶1/2÷1/2Zm¯a~¿-uéý×  ÿjë
m{ÿZuµ´¿˜oKá¥[ÛªÑ
Ó†  Þí/a¥iz}+v  M/×ïÛïÿû¥-ðÕm-R°*zoi^Ú¿°ÂOÔ5ö  ᷈Ü85l+1/21ò.T0aoŠ`Âö  '1é1Å7
+ë  ¶ö  ¯þ  ÷Ü0ÂM"a(a]  ¦Âµ
+  2,%ö9  ±°Â+paŽ
Ž  (r)^aÿµ  íD-‹~Ý  Gt"  "È(tm)ô¶  Wÿ°Ò×ñ  ˆLTvÝq,~ÆÅE~×T×´•ò
=‰  Z}¤ûî01/2¦¹
  ú†  UÈ.öû{ÿb"ÿb(r)Ö-=2  û!cÛM"L&  õ}°¯
$>m‚ÚO[
&  ú†  p`ƒ
jßðÁ[.  h0-umo·
Zwû^ý¦  `šÕ...IÔ/
'
+Ô0N  'gÕ9B ..."  r  ˆŽ&¬DDA"2  t"A"  mPëI°_^¬+  DC,  †  DDD
ÄC$(  hDEª  U  §
"v  N1/4DDDDGÉ±
q  /ô'm.1/45å¤´  ¨¯  Z3/4Âô
  DGÿÿÿÿÿÿÿÿÿòOI  ‡  t(r)Pge
*  fUJš  2tvÝ47³³Y1/2-zù
´•¤þ  uÕ  ô3/4êîÂ ÆÝÿû²*+¯Åwz  O÷kÿý  ¬'d"Íh"yX•Ml•Å  AÆÅ*
9³³GÙ  !"82C?  ñfE  ÌÀ  ãg"(tm)P ¨  C¢`PDMM"]H  !p‚#‚Ã  >  yÍLÐ.lÎ¬
r  3A(.  L
Ñ-šƒî  "ÑøAé"
d  Á5  ;A¤  @ÉÙ
´  @ÓA"ïOÁ  Ðpô-ö"Õ=SÕƒ  ?tÂ  ^Õ§u¤ý´  zq"ÓÕ>7Ó×Ðoêƒ‹MX´ý  }èEÿ·  ¡+^aSD[q
  êþ¬  Ó1/2"]ÛY  (œÝÄ"°¢#Á-{¢_'1ò$  1/4¶P,  ÷åÓÉ´Í  7!3
³˜Ë§D1/2ƒ  j  oè-÷¦K,  ²Trt¿"þ  Ã  °
ÝÓ"!$PA  ò9°tƒi6Âz  °Ý"ÿð·ÝtŽI  5õ¤úÅtš¯Úþ´  --÷ÏëÄ=7Jÿ"  }?uÓm%_¿ïWÝ?_ÓéµÒø_Óý=  __
  ¨]êê¯Ó×WôÔ²õ]¹cÿ-‡(r)µ  ëµÕä  ß1/27ôî"ïÐµ¿¯¨_ïéé.•$ÿ¶þÿû¥$]}jôÿ¨iÿÿÿÝÝYÝuþ,  ÿÿàÞ  wiŽ÷ˆÈ‚ÿ×
Y  /ý>ÿû{(r)öÈ¬&õÿ["¨}Õ  U(r)Ðÿ  s`×ÿî1/2  kÈ  éÿû  ý¨ííÝ×z1/2ô
ŸÚÿúþ  nûD  ×ÿý  ÓïéH0áS~È  ×á  Gû¿kûÝmÿ'v¯³ûô÷  B÷í/¦Äúô¤ë}h  ê÷~ÿíô  zx+úïþÊqz1/2?

z÷˜Ýë"D'¿ô  Õõÿ-tÚ
3/4þ3/4  û¤ÝöÕûû×3/4ž  þÕ˜ÿt›Böëÿ Èg  ·×Ù
×üë~3/4u  ý¤'×é×ë3/4øõû[  ïm{=WõÿíÿÕßÿÕÿûvëÿúo÷×í  ªþÕëØí-  µBûþÿ°ªûéǾ§´3/4ß÷Û"Jû[í]{"÷
·ïõß  ÿoÿ|ûÿ˜¶¡W†  Õµý{°˜5°ÙJël  ÿõ°¿ðdp˜ êµuÌ 1/2¶Õöé†"
%ì  %ì]"(tm)    ±ôÃ#ñWÞ"ØY  þÇ¯Ó}øÿ  ãŠŠö9  2
ê+é...·  ú¿û  þÈ#ÕþÖÉ·-4ÅõÚ
‡ì,
Ú  ...ïa"*(r)¶  ëú²
ïÁ,õ¿ñø`˜¶µÃ
h0]†  x˜0ƒøØ�jî  %ØÇì
qØÇì!ÜFÐ    †I=XB  C^1/2  ra
")  ^^ƒ  ""¢"1        qêWUk"ªë,î#"ÚÕBï  nüGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-  ü  ÿÿÿå(r)¡K0Y    eò
ñ  Ð2˜S±p0{;-ÎÂ3´-çelŽ%oq  †Íé-D  ˆá  hDHMš-°ÍtÊ"ÎA(tm)  ŽìÏ"9ÍÆ  5"áÁÖK    A"ã  |ínuÞû
L(c)0P‡A"  ÑÞ-á    0˜}5J¤‡Z×NEÕ˜M5ÖïMUÞÝV  eáE÷é  ¥Z#¶"±ïëM  ö˜íü-  [ü  {ý  ìn  <
Û×˜%îƒh  nm-´  iÿ  En\Â-
ƒ}ïuAÕêêÛõëñÚÓ×Õ'0êÐMÕú-~Ô÷±¥¥tßöoIëþƒ{1/2  "1/4íPÖÊ|-¢:';÷ÿL.1/2°û)EuÓ˜ç¢£53cMÊ  -
KÇˆ  2¯˜  :;
0Î†z8ÎFÅ5Œ  nD
7
ÐÍL  ƒ    Å*  PZÿÅ|Ò6!    "È@-n"  lÀ%Þ§A  #c  -lÚûú!yÒ(<"  R  Š
"a  |Ó    Aê  ‡¥êÁ
¦  §-¨zwX d†    ƒ  -t  K3cl    †Ï3a  '  W"Ó  2C
 x@Â
  ÿ÷  AÎÕ
ýz~  ua4-  ðƒMÝ4ãAßÅD0š  Æ  Å§  AöëX@Â§"|x  L  _  ¨H8†ƒKûIS]8±ÿˆÎèZq}'èZ#Ç§
~äc‡'Ù  ?N:î=Bq
B  ‹1/2ù±Víc[Oä@-õcD¡ëÿ  "ù
ôGnEÇk#Æ%oî"·  6ÈíIüž~¤s
Ff,r¡ŒÆä1/2È3/4GMè  >‰z'Gvë¶î1/25(c)  è  'L  š'O(tm)ý¥¢^äAè#B  -ýÿ{(c)
úÁ6"o  ô  A
  ßòd-'§êž  h    i\Œúm  >Eö²tz"ÎŽäë¤  r=Šíý^Û&¡7][éÿÐx!ÎäŽÿ^"OO      ðª  +Z
-J÷¿MÓ  o¤»Ø[MPzééá7ÓíþÓšÐö%ÛK§A:JõÚM-=7è.šéÕ"¨¿-&êîÀ1
¶"-_|tßJ>ïi_Z*ªÂô(r)ŸD¨õÿëÛŠ_  --ªë_ÒÕÛK°¿v¿Ú  n1/2ëwßM%ß}  Ý~ß(r)  ëJ->  ÿRÓýz_÷íõµ^ï
]²dé[ZN;Ocþ3/4°†1/2]  T•ú"ô?3/4·ü'yâ·ßõNÿjú  oþ¿êéWZ´Ýûõ˜¿  t  N˜'qvþö-ö×éÐUô-ÚõZš"8¿  ¯
þ1/4wßv‡µ"úú1/2ÕöK"ü  é1/2:}i~÷'°{±ôþ"§    þ  éý÷þ#ù2wUÝÝ  þÝO×mß    †u
jö¨´ÿk-/þ  *ÿÝÛ\ê  UzV"÷§úý*~é.ë×÷í¶"ÝB˜å
E  ×¿ißÒõõûOß¯_rp"í÷ªwÿzÝ¯Þ-_]û÷å¨"ÿ1/2}ú_ð^;Ðo...ú´úÝ¥ÿøD.këÿèD<uzAZÿ¥ÿ2µw3/4¯ìÏ"U¥Ðë
þõÿ"  ¢  ÿ"CçîšÛú]×°$<  úöš"E¢Ýp-ÿí˜Õõ÷"Ö-  Ý/^ÿvµ¥Zòáéÿ  ÿ˜¥~-ô-  3/4¿¿\  ù×kIûÎ1/2ÿÖÿµr
  ú*1/2í§öÿ"ýi  ~ú[ú  þÿ{  -Wo¥ÿþû¿/Ðh=±§M{ÿ{ÿÕßµ˜5=Vÿ:>zíûÝ*ý-*
{ÕoÕ¥kÐþß-ÿik÷µuÿ:Mw^ÑÕûßm-¶>^×w(r)-  TÒ¿˜"þ¶"_±nªÃJ¿oét*¥_ú]1/2p"ªu}¤Çk  ïZÕRî-__-"
íõúÛûk÷ÿÿñÝ»í'µöÖ÷Øï(r)Õ"¨têê  þ-[k
Ýì/
/ðÕµß
~Û¶•  -¥°ÿ}öÒR  í{^×J  V·ýÞÚUJêÚ´ÃH¢§Û†¿ÃV×Ó
0-ÃACŠý´Âë
/MxaWa-...?ÚZiÿṏ%  ßúî¤-§  ¬0"
,[`1/4  JôADÁ"¡¨˜28¶õí¤÷¶  Š÷ŠXaX?ö)  Ø˜~¨|øî  ívÂÿ÷Ø×ý  âXû

EG{Ô  pîÆ•ìS    'ÿc^Ø"  ]&  ŠÙ
wûL...‡Øk¿ØK†A
ÅðkÃ
  "÷íuû   X\Pa2  ûÞØ'"V  ~Õ
nšé...ûM=¶Òl-...Þ-4-P-"M...ð¶C   ¤+‰!ð÷ÿ¥O^.¹‡TÖúõØiua      ⁻j¡...Ö
   Ò@É  "  A¡  hC#ZB  A"".
  †(c)",XaZznµÁ,Ø_A...°B¡"  L-...ƒBÁbK§      Ì  ÄD2{  )""Ž   ÖÈp...,
Ð¢é÷DDDDDD  !        B"".1ªÆ¿×ª^Ÿ˜ÿz  ÿÿÿÿÿÿÿÿòÂŽ>ZDÈøÎÔGgF˜ì̃ª"d‹  (tm)  EQ,j
jjLàL'dÚl-rÞ¶¤  *  \  ø5¥Ü(c)jÞW#[-ó_ïÑ  µ_
û  ëÐS¸Nð¿æÝÓV"òÁ̗ý}t,ë
þ  éV]  ÷_¶¿  ô-ÿo^"þ  3/4‡¡w±Åk|_ûÿú};ý5ÿ̇ÿûûÕ"3/4-÷ÿ_ÙXšM
(tm)ä,Ô  e  ƒ  ådû6D,d!•²Ê̂'Kåu#É‡U¢
›ÎÆ,"ï5²"ïötÍQHyÐŽŒü  ...ò‡"ñp$Dó
AA  åXx‹6~K³b  žA  Â
Ô  e
   2     3¤l!àrqHҀ€jd!B#¥8dj(tm)
ä|É  H  ¬  øSŒ  2D`@A  Dó,"38á  Š  "Bƒ!èB¨-  ÏÁ  "yNÂ
"ƒú"/{†  ha>"-0  D4    Pšzn  †4g      µ


ì̀"  CfÂB  |h;Â
SAÇ"  ¨@ÓL  ð̈ïÚÅéñ
õ‹      ªjÝ  ÛO"A§  ÓAÅ-§A  C‹Ô
zt.   Ÿa6í5  -SNî  ô...ôúûì‰oC  v‰vK    VÔZ#ç  GR/4K¨"Ü‡-^¶Ñ/jÈ±M   Ý-1/2
âêÞ^ÝÉÿjKœ\Ÿ4E  ^"\°Q?t̀ù1/2ì"vú"ð|-3/4Eù  (tm)ÍH³¢gÂt  ?¿"û"Ù¤0ƒ
⁻h&ä_pMÓr'M!D|äç̃rn'-9.²/=nè"Ò\  ¡$  ÎTžGÍ    Dæä%3/4@ÆUè6KÈ&íx  ö¬
ú  ...þœ.ž  'ÿ"è ª,Aéè:M¤ï  w  Ò±¡"
   xNÝ"_;"1/2  í_h&á:OO$ŽÈü"ë°  XA3/4ªÿá  ÿÚ}µ  ÿð̄m=Õéºë|÷]éô  p  &ïA
"AªZÖ¶"==6"UkO⁻úNëØë3/4•úÿþ¿¨÷ÿ[ÓÓ{ï|Ii  uM?[×⁻]¶Æî°Ôê÷z"âÓ5WlÃ´°§§kÞÿñëoÿ}ö-ºwt†
⁻íút  oÝRééú_UßÒõ^"}ßU¤ÿ¿Þ+ÿ¿N1/2Aé~ºëvé⁻~ôÝ  []=wŽÿÿjn  µÿ~ïPÜ+"BAÞÛ⁻OÚû§ÿjþ
Ô-ÿ¨û  Ë,ñzZÖ-"õ8Oú  Ï"‡Ñí   1/4-Ò1/4
ƒÿ   _ý3XOÿNó:ð}ÿw{ñÕpª÷ÈÀô§      Ý-Ô/þô#aÖ/ú÷ïÑV
2  N1/2¥}/^ä€Ç]ýV
î̀È/M}   Ö÷1/47ÿ:,ê±êÝtFÃ×_]  ^nÿ}⁻ ÿº°8oïn¶ïú,÷ÿö  °a÷íÕzzÈ¶UU⁻û    ÛÝ1/4⁻  ÿõàßÛû̊ƒ  ¥ÿ_
D/C  b⁻ m/Ñ
ž¿ÿD=ÕH  ^"Jÿ1/2  Y‰º*Ó(r)ù     ⁻Ô*÷÷⁻Oÿ¬Á-þøtE<  ßéÿx-  g̐⁻þM  È  þîû-¥¿íÿÑ  :³+þøD
÷û1/2É@ÿ¥Þ"ýh,  D  û̊õêú1/2  !  ïú  ø7ß^ÿuOKGW⁻è  ¿wíÖ#Ci÷µáÿ?ï×-ê"7û"×í]þ⁻ûÒïK]ÿëÿìÕY
Ô÷¿íz⁻èKët1/4  Zÿ?  z1/2ÍM¿ë"⁻?⁻ßÛk⁻ÿÿ_í(c)  ÿûõïtï"3/4ÔŸ"°{ÿt'{ïëÃ:  *ÿõvºÿïÜç_ü}k  ÿÿzêô
úïûk ª§_têßÿ3/4(r)u6×_þ̈⁻é_úÿW¿(r)°÷°ÒŠkâ¿I  ÿß[M5}  M{Iµl/v•¥~"
.×í&Ö-kkaot1/2µé†  µû}í[(r)×W¨´",_ÿ⁻µµm(?¿
4žÒ´¡¥ííõÛi61/2ð×X"O[|  +iC_†•ö•ª  ëaa(r)ÚNëMC
¶¿Û÷ö
ÆÈ±‡õñH8|E"  \0,Šº·-"Øi[
   ÃX4"Z"
   $ÇÈ⁻b  ö*-Ša-     ]{Ç
   ²ʹ   š⁻Ð(r)
À_äKÿ±l,  ^_þÔ  1  ïcaìÿqM'ö)Ž(=...¿  NÅUá(r)šc  ü2    Ç±[1/2íII;ÿÿÖAwµµ  ~ÁrÜ&ƒ  ì&·y
=¨=ê⁻þÈw3/4Å
?Wm2  ßß-C"í>"¢c...µßÿêì  Âv  uÒU

'Ã A'×† 0_l+
-"ÈXtì† ü5L ÐaZºº
:ÓôíC# ... Õ4 BÁ8a ‡ Él^""$º HhE" L pi...Rà-¦ÓXab
Ë F"H<DE¡ ˆ ˜˜˜˜˜˜‰. HŽ"DR`(c)•, \Dq õ×Iþª-,£‰-j ž›_-x[ðÁh DGÿÿÿÿÿÿÿÿË
L/;T v1 qÚ
üvWJú3(2Ü Ã ,á-d êœÉCw;Vgd(tm)¤vë;(D ;N, îv
ÿ£¸M Tð¡p(c)(r)þ ¿...M' kºÈKnéÿ}u~ÿý CÒ¯ë¿Ö(r)Âëà ÅÃý
qïÕ"ÿÿI={ëÿþïö(c)] •ùù š '
1/4 ŽÄÅ#ÄpçDk ' ¢ æÌ•² ¦¢DG Œ3Ý˜ " ¤Lüé'ò SŒèˆò"q...Š(tm)mÒŒ•£FlPAçA
(tm)ã# !"œ[!'Õ,!= Œü "(tm)u 2 ²!È : ¶XdJ {
ƒ30"h<vf Ó.Ì (tm)" Q(c) - éÙ aB iªt `ˆ!ê ƒA¸BDçe `ˆZˆÛ z
' Ó D æ€iÒ
§ ‰öƒn a ÆB"- 7£gH0ƒðƒþ oA
þ÷L âÆ M§ MÔ ôÁ ÖœiÚ¯a
;OÐôÐwz M]ôÓŠN64ïN öø¸Û ¦žš¦(r)ƒ‹[±hŽá8"ˆzq~ÛÒ%í dZU6Eu3/4‰cDy YË¡ ß
] zD|äN¢\þF "u Ê"þ\ò]} ûDº‰s3´Er‡ÈWa>ˆœÑgrs
DÆ‰ûÑ?¢^äYÌß#£úm vgr "¤Ò-ÒA á
w,nI (c)IÝa
,nƒo(tm)Ì,
ÂnƒTêè ýÂè< ÷Á aÁ ÉÍÓa:´,
Â
ƒr>h ôÝ;]w ž¿H==ïÐz}h=z1/2é;Z_ì7§A; ºn›ôƒi> ]'...¤ ´"´õui:þ›j×-Ò Ý1/2ôôõié6"úMð›¦ô3/4›¦×Ã
3/4-1/2¿Çë"ô S ÓÓ×Nµ1/2ééÝéÒz¦ú{ªê
Òuí'I¯_ÿªï...ß3/4ø`×éëÐ]õ N1/2] wëW[î(c)zê×ýSì Æé¶õqoêëmw¡nž1/2r&
é7ÿcúoT;ûíØÒ§W-ÿï÷¶¿ßûú¯_ÓKÕßìÐKÁ/Û{ÉHŠÚ_ò
/ý]W"êï"öf"§Lðzë[ÿû¤6 ü.î' ý~7R4 uÖ" éÕî˜2. ãu)ÂúuÛ"7 ×] þ;þ>ÿÛW ú/lÖ ïÊ°Ç¿×ô
L 5þÜ7ýtÛ @Ã"d0ÇÕõ Æïzÿº÷ú þÙ
ý Ã ]8_K íA}÷-ý~ðÃ
÷¤
û^Ã¤êÿ×ÿö3/4ýH;ŸW_`ŸºÐD ×Þ¿&"¢ ÿKßmwUÔ0Â!ïò
ZvÑ íðÃ¿ÚËÂ‹îMCþ¿õl,Ãaßª!í}èÅ$Oÿÿ
Â!'íý<ƒi~ }É Ÿ(tm)]Q -ïðaýÒw á ÌOþûäXZï'?·¦Ñ2>ûÿiI'é?k§ Uò6rÃûú&E}xDtk zë¿×"Öþ
·X7 Wú]]ÿßo×îºì?÷ü:]kõû_
Õ]¿5¥Ûo¿ºýÝ,ÔÃýõõ~u(c)wõ÷:¶é.ÕZÿ[ïüÖýolêwþ*^ wï°ƒÒ³¡¥ý nÿïnÎO] þÝï-¥×ñ1/2ôë}ßÝjýí/ûk
[1/2ë(tm)÷¯uûú}¿O×ö;JûÛT-"K]}öï†´µöºí"ª"Mv•?áÕ(r)(c)úø-oïm/mS1/2oÿÖ›]jì&ÿ±ÚJ¿a/Ãi;§
[¨aj
nÕ‡_~"¶ µ1/2-1/2ÕÿÜ ÃXiZ]6¬41/2¿w†-÷ÝX_á¤Ú\2ê ×Ã
U...´¬,w ïa~ XO[¨1/4 3/4ÂVþ|þ¬pÒµ`Ë ¿
,5ÿúb `².&8k"õ¦8`œ‹Àí/ØÞE|BbžE ºV7¸Ø÷bša'Ð,‰v
$- ¿Ý G†*!1 [ 3/4EO×îˆW1/4w"LI"{
UôÂ¦$£MH$6Ø]"!âª ]ú"!ß % Ø"Ø(r)¶ }-...xd+Úþûv ðÈX²
¿i(r)Ý...öÂv"DÝ0ƒZ• ÕU¯Ø ÂM=" NÒoµíw[
† ˜è5ím{ X`ƒ ö Õ1/2P`˜XpÁ5
Á-£ í0L f/ iÄC ",' XNÐÂÕ¯°B Î . , `"Z É G
˜˜˜˜˜˜Š˜˜˜˜Ž"8ˆ• ‹
ˆ‹ˆˆˆˆŽ:FBk TW • K"owß}t +I°3/4ÂEº± `¬Wcâ"µM ...L ÂàÂ`ŠéLb"9k
qÿÿÿÿÿÿÿÿÿÿÿÿþMÄ(É³ñÿÿÿÿòÔ+ãÿÿÿÿÿùj ²¹QI¸C2ZFKnÈ3 A4&fOj ö*\†ŽËŒ-Š˜l; (tm)<ˆ0(t
m) y'tvkô {...á "

z}ð"Zu(r)Iªi¶ûýj3/4ž3/4´Â
ûN¿J›Ñ#"y=•BÑ/r,9  É  ú°öím
=iaZ'L°˜×WúNÓÞ"_zn›ÿnº  O¥iw°×Ô^3/4ûëü  "ÎæeHµ •d
‰hBZ!NOš2TÍ  ÷ÇíÉQ    *3±£";  º Ù±
s:GVPgV`³dAÀ    D!°  ,!hC§"q  9!ï6("    (c)
@dæHh4    >Ì  t
  ÍŒï  L•'
-#YT}2  B
žfÄ:  &  š...!¯@üÀCP"¥'  "  3h_É  ô  "-  A  ÓÐf (c)"ûÂ
    t    £"A!š
ðš
~Ð~  •q,'  "...Ã  N€íA
,  "  è  Â
]4  L
-  1/20ƒ Îðƒ"Â  oMÚAÅD4Ðh8"M;A¡ÅØM~ÓaÖš    pÂ  IÐh5ð  ógÕ"Ót!!šéEÛú}a
.ðAöš$ôä
ídxÕ'¡ò  Ú'í  G)Üœ⧢sh-;‚¹  ûŠO[Ðôú!  '''Dy{'Ç%  >OöžšR\ÿä\h-6é  üŒ!  š%Îˌ  ÷  ù  ´
¯ÑA(c)shŸ¹  ÚAà...Ò  ôè Ü  ÈHh#1ÈGèŒs  g  "Ý'~Ñ(h  °%Ï...#  UDæ  &ù  è è òsªA¹*Q:
k  ›ý  ü è&  Ú      ¶¡
A6"tÝ=aá7¤  Õ7    ´(r)µêÒ
Èq˜ÚO  hr+Â  CbÂUH:  Ð¡9  $Ý
"
M¤ßOWM¤ßOO[3/4  oøAè=4  Spªè=h'(r)Òn›°z×¦×iö  6Èb-<"ð†  í;V"ÓÝ
²/4¬  IëÚu  -;ÿh ßuO3/4-J"aÒÝiÒµ|;OéUtÚôô¢0...ûÆ"0}{ýSö¿N¿
ðž  {ì.(r)1/4  §¯ }Sýo~éÖë~öèjÒÜ_jž¯1/4WJÕ°ßOûô÷N£]?3/4›‡
(r)...w÷_uÛ-ú"ï¯  uA6(r)ð"ýÒMt¯ú÷
ð~F  ².Õ¯¯m[ß_M'  ÿ°Zn  Ýþ¿°]ÿÿô¯i.î"j›"  Bïûn5 aïd pªTO×K×í°ÿÿƒÈg"ý^"
¯](tm)  Ÿ÷°¿:Z  ÛÇ  -3/4¹Ô1|  _@"È=    ×^þ}*uÈR  BZú  ·Ž
-zßƒ  úø  °Òý-  õ÷×ûÔ  ï¿\  V
[þß]  Úö
^ÿù§ëä¤·îÈ˜?Wzêßû}WOÒëÿôî^ ÿ꿈Ñ    pø~ú÷Ýod  çÿz·÷¿Ó6  ÿwÿÿÛû  _V²  _ø+ýT"$ÿ
¿/]  CDZ|Ô  LÉÿúéÝaëÿ  3/4ÝÕêÐ6    ¸ä å
~-}Öï^]¯žûbéþÞM(tm)[ßôL=äA4EÍúí  "â†SÄh"Oþµß↕Ú1/2  1Q  úÿ1S§ßÕ_"~"}"!ëï
Ÿþþ¢¢¥Ô>Ú_¿ûCO"ã³"ÿÛ²Òuä3    ´  à-Ö¿[UÕþ¿1/2‡ýðoßþt="ÿ:*@êþïÿ¿~ßÈ3¿-v  _m{ë÷Kß3/4ßéÒ
ÒÒ;ó(r)ú  _öu›þ-¥  Î§úWïtUÙÃw:¿¯ OúÛ}ïü¯Òu{Ú'  ÿýÎ(r)ê;ûÛþáÁ:ê"(r)"k¿é×jë{--§¥-"  ö1/2yÕÚ
yŸy¨ïkúôÞý^ÿÿjkúÆþé  î1/2(r)Úß}¤Ÿv(r)3/4•-¥ui]jõõÂþÚþÚÍ¡>Òo·[iZï"î^1/2÷1/2¯¶"Ókw¶¿
'ëN-[Kßð°ÕÛî-X0--,l4âî0"
‰ü5wïþ¶û^ÒÃIµ4wk
}á...†°Î¯ §×
  ¬_¨ö´Á...Xa]&  I†-ðÂ°Òd\
&
Ž  8iC  ¡¥  l  q°ÂLVü}î¥¶¬4¡-¯¥b›      /
(...Z±M"¬.Ã.  Ø`-†
  ;a,]1    ¨a^Pˆ"S  ª"@"  †!1  lS  Èaû    Ö"¯°×°N  $ÚL5¶
+LSìS(r)á¦)‹ØýŠv¢1/2‹î1^Å5^í6×²  (  M4Ûƒ¡Â!¯Zá  ñ×b¿ØØ!9  ‡
5{A"ÞµR    !ßî"Lƒ¿d;ý...L.[,h0š_a[    á5²Ý  EN  `"  °ˆƒ  "-á"¿ÒÈaì&(tm)
ïjÂ¥Úi/a0ƒ
ì0  =,k`¯KÒâ  !a>

!
Œ*
š°@Ð0ƒ v   p•p^fp@Á @Êžß
mm0MnÂ‰.b Á °"A,a ˆˆ°ˉBFA, " !                    Äh0B ("::
Â  \ q        ÄDDDDe´‡ímÖ ±qÃ
   Qÿÿÿÿÿÿ)£5ÿ-rç&Â Ú"%ÙÙ(c)(tm) 2(dÚ§EuffæJ
ìv  íá!åGäWêÎÔ(tm) v²-×Tˉ...fˉ %
(tm)ˉ...û´µ^1/2sMõÿzMZü%-ì*X_Õm"OÐ* ¿ÔTzqý,W_ÛÿíÓãÝ(r)ý§ˉþv /Vy | gd<Œ '¢"Ã+,Šˆ
E  Ö!1
šàA'Ñ f£"ˉèf
Ì! ! &Éƒíç
Œ  R3Æ "öt / fm <èÊ
  È {0. ^A|]'0 + Pa :<ö'PA'
Á dˡ"-h &T0A" a u (tm)æ`" óÎ 2¡" A"
&u  3X¹ó<a k3ÑT3
ÑÁ~ 4 t ‡(tm) 9nBè'$ ƒÜÏ(CÐfŒèzk§"Ý Ÿë4
Âa7Ò   °œX@ßN ´ãâM  Â ô @ì§dƒó- *Ùó$ @ ^}§<Vâôõݵ
ª I=CÚ^{ ¯A¡hk¦±H;WA¢(í¯rXí:^-...ÛÈ°ÓM4)Ø´ûëÕÒœ 5Ú#¶°Ë(r)âEá71/2 ‰>B ÖÝ µ
Ú %á¬Ÿ·µD\¢s¢ ÚM²?h  æw!/! :-L-4E†‰Ñ§ÈQÚ ÞüCý?"ó@ ºÑÝhœÞÚW% ý ›HÏ
  ¶Ò'Î²>"Í¢^ä_Éÿ'}Â
Èè ÿ
 Û < ÚA´ Ô<ÿ"- <'Ðm
¤ÜœüŽm ß]]'
*/éÈ"        ¦íª MÉQú  1/2*n ÐmúÖ º =
A>Âm+ª
ÿM÷¤é
a=6œ&õjé1/2n(r) m:
Ö´ 5ôÐ2Î _ù9ÎîÝ=Sô ¯ª}7I÷§3/4 3/4×MÕíTôôúÒÝBa}-¤íWoOOTõ¤ $ÞïOVßß*ý7ëKêô1/2ºµm
1/2*nž3/4"ê U(r)žÿ~
Û-;Ziw--"Ú}iÚúÔk--iéôÂUt÷ék¯mß¿} æzuªïÿú<úÿ¥tŸuÐíþôûê´ÿ_-U þ"^÷UUî ~¿ïO]?Ý'ïJÚïÿ"ÿ]
×-˜õt°§¥ïï §z³§þþôÝÍ
Rûý1ûJGEÑ  §{0ˆã^×í×ôëÛzˉ-²
/1/2÷ÅñôÞF
"î"ß'"KúÓNöp .·ÿ ˉÿÝ}ÃGÚJ"F¿¡ÛOÇ ßzý °EÕ§ÿÿHè †"N• ¿ê×§ñˉúÿûõÿ"§õßov¿õ°ë ]^ü<ƒI
ïþÞî
  }íÝÓÖ(c)<ëïÿÿµÿ¿~C‡íz(r)1/2×þ¿ýÕ?Z...úÕÿ!Ê éÔŠ9 MZ"A-
>Ô·Õ8§¥oïÔC8é~ž¿Õzõ¦ ÷,¢ÿ-Cuöÿ Áß¿1/2Ñ
ß° , !Škª ¦±vµúû=ÿÿ(tm)A•þÿ꺨~ßØÁþªÿ§n-Y:1/2L£ûkýz$ Ìÿï1/2"zH3þÿÿÖÕ/×í¿ôê×ÿ÷Ã M*_
WßµïÔëÿꧮ[þ¿ÿ×Ò¿ê÷þïOuõgFÚ_û¶û(r)õ°æ° ë5{¿m?µ×þõ úõþïÛgWÙÕÿˉg÷û"Wï 1/2¥ï¥íÓ þ3/4
›Ûßø:íTÿ{: w] kãª¦öžº_ß×í¿þûñÕÝúõÿ¥ëŸ°·VC;öÿVëI ß
¿·Ò¿ué›› Mî¥I ûö"Büš4¥ ¦ˉûkkiWßôì1/2Õˉ°Mÿ¿JÆÿ3/4Ÿ
iZ[û(r)Ã÷UéZÚÇþ¿û§oM¥ÚÒ:¦-¶•Ók ~÷[a+"Xk ì5 ¤¿[Î÷úºÒÕ{K-µé†-"
+_ÿž%]Ðk¯il43/4Â103/4ÂC
i  ÿkÁ...a"¨ï0Òl.þµßþ(r)ˉ† a,[1/2°ÂþÚí[Ã 1hWúO1/40][
"åÖö6š†
Å}E1_È•þ+
Tl4£† Wƒ_i1/2øa$ôñÁLRü‰,*Ø§Ø...µþÚ(r) ¿cõka^Ã"ëÚ"×Û3/4µpˉQL&7ö)êä¦ˉ Ã
H›OM>(r) ëª§

...z-ÂkO[ôC öC o¶
kÚÃ]† &á0´÷O°ØA Ða CŽÿd;1/2ô÷Ù
=Š|· 0Jžá...û[°¯U´ûK°‡
/ ¿@Á´É & &Ù ˆˆhjƒCC&à¥)
 ÁU-ÐkkWµék´ !a ´ =b!, "F"DD d "DDDDŒE1 ¡ hDAœ Æ...
 ´/Ma"Ðh7 ¡ Î´A'ÙJ¥÷¯þÓ+"iU ´Õ÷
V°òÈh îÃ uÖ(í,[UoèX& +;L¨ Q ÿÿÿ;ZQÿÿÿÿÿ-Á--Ërl 'Ã(tm) Å~ŽÉYÝm9n3LïQH
(tm)"ÙG$ó7çÏ:,fB(r)ž ŒÕ7³÷l"xK$"ý תö¨.v
¶°"µÂ¯Ð.âetÐ%Â¦ô ¯ú| 1/4/Y= Û²úû²úë(r)
ãU_Oâ-üWißÿ1/2÷ÿÕ;öŸÿÿÿï[uê°;(c)ÿþ}4R;_æFlìN×0"‰2&Y 1/4êŠ (tm)ã%ò* $
F0@ì°" Lê) Y ç
§ Ëø"%dQ"xÏØ èƒfÄ)Ø#ŽD #QÚÛù §X" R Ù eœ<†) "@!Ð Î
Ö "Ã#äá lÃ Ìè{" ›L
ˆ`€à "B < 0D a"è ¡ØA" @ßOÐ`^z '#f "¬´ M ô,,Ðóƒ° šh D "0ƒ A'{ 0ƒ
Å"-‡N¡ Ÿ"Â
>Á ž Ða Du¨A"í
45CÐ~-ƒ
ú"k 3¨S@HN-4õA§èZiá8Õ= ^áñh4G
Âi¢~Ý ÷N ˆø´GŽ›† Ñ;±kZLh7é×´Â
Ñ,r è‹
 "¢]¨äXƒ'7%Î\ÚÉc w´Ò¢~Ð ü‹ æ ;åŸ%Î›• AÁ-,t
 é ÆBŽá
3' '<-u3$Dö%pf-Î"ûý(´ý à ´Lî 6 8Dé"ù; ¤N" i
3i tÚªÝ7Â
,zë´ tàôÛt- öJ"3/4 Ú "í< ÷" #žGÝU"äY¹ w"Ê múon'zm Û[ Ü ýð-"C¨a(A÷éá
1/2è6*¯ÂÕ~3 §÷ß(r) "~•7 6ßÿ
DÏ3ð . .ëÏÐZÝ?tÕ ìàa+_ô³þ...'±j é¿Ýp :t(r)ÿêžÝúÐWõª"¤ðêÛM¥o
ë"Ûëéá÷N±Nô={÷í(ý]=.=¤(c)?êÿß
3/4Ýïï°ë þê+o¿Ýú3/4¿WP'ëÿ^Ãu}ÿi×w}~°Õ¥*t Ú,zMÍ §-uýl ¥ý?×¦Áôþ°Wÿù š[ •H1UOÄ|*
_å8 zô÷ß×ô"¿3/4ët_ÿëA›ÈáaôÙà1/2¿ñÈ]kÿ!Š" M¥e
&È!Õ0y¨ˆ Á4ô<ý:ÿx-×ûUë ûß ² Ðÿÿd ‹ûu-%~ëpZaôÁ¹
 ÿ ' :uý¯ý ÝµvÝµ1/4ˆ ý| Õß¥ß°×÷ªßû|"-8aøa¦#ÿ_Ñ {¥n1/2-Úÿ ûJ·OU Ãí°ß~1/2ÿÈƒf(tm)Î4ï
ûNÿÿÂ"MàÄK ô
å"Úªh"æ¯¢C•g1÷ª äc¿¥m'ÿõOý|°Gõ,YoÕË m%ý?ÿ× å8Œ<
¢D -ÚÐÐ1/2& ÝëÿA¿-ûÛïÛ AÇ_ïÊ •ýÿð‰(öý1/2.¯ûXUƒÕE ,öŸÿ§÷1/2j¶ÿz_ýtµÐé 1/2ö¿D
"íïÿïä‡¿ô› !Ÿ÷¤¶-éßWúû(r)¿û"-¿Ûÿ}þŸí G×TÛu× ×
-Ý- ízþ°1/4ã}H‡þ°Î‡vþ*v› k}ÿÕöÿ[jéûô...öû":2#¯1/4èuÿÞ vêÛ×Û[~ëöÕ°íWÝ/OÜ%Ó*m¯¥ý%ÿ3/
4¿ñï_¿Ó{°1/4O_"¯¯ë>Õë]µ °ûn-^û_ÒêÕM-x}Þ-Õ~éíG zÝ{öÕuÛWÏµ~iVÿ]£¤õ¬5¯ ´¬´Á-¥a{
ÚPÒþÕûâ¤Úí"úáý*ö¬[Õô-í/3/4×÷ iwÓ
(kL41/24ÛJ KûVÂí"˜a&EtÝ,vÃ 6›"ãØ3 }"


xë°-ß°Ò¯Öô"a/a,PÂ[ Ã
Ã^D3/4Á'ÄÏ‹
a+t Šb¿
Š:‰7{ Å1R-‰7l‹ãc¿‰8lŠŸ†6=ïdXR(ÅþÚôÕ:ëv+ãŠÃLS ¿±
ŠA±U¶|-4ß±L/iáù&Aø í"û!cÛ vßÅ{÷PÕ'6f×A ü'†Ô/ö NÕÕí4-´Â}"Â Oa"Ö v ßI¦BG
:ôýûM>é[ Ç1/2¯a0¶(c)" Òô¦ A,pÂô¶ UhX@Á
uÃ$- "- R°"\DCB

Ë    DDD0A-¿auÕì+á'S    %  ƒ  #B"  RhDDDDDDDDDDDDD  B"-0˜[ÄDDDTDA-$˜ÒÔ
-aGÿÿÿÿÿÿÿÿÿËLxÌå-1/4Ž^FAÇ`QÙ[;    &v6ÈFW,Gbñ9L...Ü?1/4‰(tm)  ŒÍWÎû  ‰od"  0@Á29  ¨s
#
2NŠšû;˜¢Kí$ê˜...
´3/4'J]u]éuíV(tm){   3/4'ë3/4In
   [[_ùgKÿÁ"C¥u
ÿÿkÒÚZõþZ    Zÿÿ_ã¿O¨1/2˜ÿ  Wô¿Þ×˜kõUûkîëõ¿-_ï¿u#Fù^"È  L&I  F÷:"?  ',    'âQ-Ž
   §-;_Ü    Ž  $<´,§2he)çCîôBjç    0Èè¤²@r†y"Èò
...À    °ƒ(8j  Aü31    ¶Cgš  ¡  D    Š"‰
ñšÂ'¡  L"+%oJ  ‡¹±    Pƒ5  NX"  ,3Â  àA  3Ã^MH  -§  ,  u
E  0ƒ  4
Ôa    Â~  o¸@Ðo¶  Ú"  ü+iØAÓ-
š
Ð3
´
Ö<Ù  -`93^l†˜}3/4é§¦  0é*

   ˜A,`ƒ    q
=
MðƒÐ}¡º¦š^...E'üh^ƒ´-    7Â
   z
}"ïØ‡,',!ÿø†›  ¤ÚÚ
-4þûA1/2¢<¬^˜ïÀ²œ³Ù    9C-¬  Ú#æß¢+ôK  2ÏöD¹  hŽ  Pí  æ^ñÞš
!µÖ  N~ÿ!GÉøh%om  Û~  Ÿ=  óä¹¢$?Ñ,È1/2D°^ÎEÇ    ÍÈœø~Dø3/4g  4◊"ÿH  ¡É
wù    ÚA  |¢6,    äS-J%í;ÿ÷N¦Dé*4  =  Á  ÛH  $  lõ
d^h&äæþ  @ð›"Ã"Ô  x_O"ôêþ(r)"  tõMÿ  §ÒÝ"ô  i  Í  ð›D§'}ù    °ÉuÎ-=l+Iîšûא  á  Ò´›þž  þêß
3/43/4  --]kõu_î-°ƒ  Õ"mzZ  7
ý)  ^"~"ÝêÒèIÝ$úÒ"zz  ~µM×1/2´"ý{VýtÕ;ýV"  îú¿V-ZkíÀ1/2¿¸M{ÓiW}µ}¶÷Çwï  °ú¿ÛéÁ ÆøMã}:
ÿŠß^¿3/4¿-ÿûÓïÀ  é×é§÷a7ÿßÞ+1/2.-WÿzuÕtŽþ¿êô(c)-Þ¿öŽ(c)úÿû÷]?"  ëÕG1/2kiuµº~ÞÚ_  útï¹N/ù
  /ï  ]ÿô¡{_õµô  p_µ{¥þÿûÞ    ô  ¶GÕ¹
  3¿ÿO×1/2›
]#
'^t  ý~ÿÿ3/4/ôµÚw^5ßjûÞ·Ièàî¿˜    ì  ±××÷þ‡MX&"àÝÿ]þ3/4×_Ý¿~Ýûê?1/2[ïØ›ÿ¿ml5_  3/4¿ÛnÝ
  °Ýì"  ëÿ¿ÿþïö"ÿKÿÿÿ  þC  ûåŽZq_Ì˜aõé__ÿZ¨@˜î'  ÿÿÿ3/4¿¹2^ú  ÿ|±jéwý}oÐ`ÿ]
ó
<  "å"í÷÷ÿ1-ùd˜ëDÑÿý  ]þ‡÷ÕW_Ý÷Z¨\(tm)_Ýt×Á¿w¶ÞÚn
ï××ÿÿ&ž1/2?ÿ"Þÿû_ûñ'öïÏÌKí{§ìÿ×h*x:1/2ÞC?µ{"-þ  "ÛI  ÿl†õ_µï×÷ÕußÝVÎ  k[ïöD  ÿ  ]"  R*3/4
(tm)Õý"õÿí¿3/4(c)  Wûþêôûþu~ÿÿÿ    ÿÐwÿU-Ø  ÷  ª
^AµÝ  ï˜ö×:"ª~×õßÿ÷ÿ÷ô¿¿íëÿ^í1/2YÒêÔ=kWÿYM(r)˜ñ"  VºWªö-_ê,†-iõþ÷¶-˜×˜_Þ(c)~Ý7]¥  nÿ¿ÿ8ÿ
¿¥1/2²¹1/2Ú-¥jÃIµl+¶¶¬53D  öÕï[^ø  M¥a$Âí(r)ÃJá...úÛ_í[]¦Ûõµm.í1/2  ë°ÂZºÕ&  ^öÇ¶"íCI    Øi
ÝXT
þ
   "    l0_àý6Õ`ÒcàÂ{
d\
/ò.  ""ßa"¡...ú°"4Œò›Ý&˜Uֵ[_~ÇO
%\6)  Á-  †"S
 Ç±ÃC
r.v$ÝÈµ†  j$Ç  Ýú  Ä)  ÇìW  ì  vÇüS  "Øa[X4ÂQß-,¶•äKð-XöàØL‰â  Úþ¤  ûÓ  ÿ†  Çl'¿ëÃM

0¯d ÐÕÈ;3/4×a~ kU^L KŠd0ù eé‰7² é'v?í{    +ëª
4ÂöBÆ[¦ Ú};rÜ-§¯ ûL Òì/
-...]4 ßØL.¬ Šé'ï°ãáü  + 0 NØ`œ0RÝ0¯A" `‡a
vƒB!-... éŽ"" !
±D" !0X^ƒ 0CB
& Ó ÂÑ!Ó
moiX]¡    Pç+ %>8`"DDDAÄDq
¯
Â -p¯"0Aâ"#Šxƒ^‹B"#znª°]%_°ÜxUQþáD ÿÿÿÿÿÿÿü(r)ƒ,gbÄvP‹†ƒ²Œ0vC;PÊÊ2Õ"nd""¡šv ˙Ù°˙ aN
ÃÃ3s°ÖFŒÏ\¯‹ïÒdþ§bÀ˙ïCúçz/^•ð"¯˙ è›zZá|/a} ¶µ...üµ\žÈ*ÉŽVÀÿ¿¿÷!
sí>1/2u4 ...ì&‡¡¬}Æ² cR{ ^ ý] u]^‡¯ëú¯úÛßÕÿ õ¯&†KÙZ<<<¤ Œ"&GXàÊrÊœpgiÈ
NÉ H^ eI-;Ï,":5Ç ÷2 D1" Gò©ã
³S' ˙Š JxÙ ñ8_) Õža ) 5‡ Bá;/Iƒ0 lÁ $ ^"
 ä˜%"
ù d†l" /† ...ðgFH4 6 `˙Q0í q @¯ÔÉ[
 = ‹ÍÐÏ0ƒ"
4
É
·jaª p Aí˙ž 4 _Vƒ Úí¦ ko¦ƒtð˜OmkôïPž 3áòLÉ }œ ¨Köƒ]Bo
øÐziñúoüZ
}÷-;‡ ...+ é Ó‹Gm
^¯¡Õo
úÝB ñHŠ;dGLrPÒ>"^¿Ý ÿü‰om Å c'Þ-%'iDèÑ9Ñ/È1/4Ñ+É{'{z#†‰{ ã³J ¡ÉdÎ~•'GL...wzèŠ
õwÝcè &Œi h{"c'g">`^ƒÇ'Âú
É uÂ

DÏ@›<ÿÏÝ7O < ðAÐAá?P@è&äsý A1/2o hdt|'-] ""kÅ"E...'Bn¤Žž '%é#¦è ßC¦-gÈ7ú°é
Û^*¯ÚíˆÙ[¬+ÖÓ3/4"tÜˆÕëÛûáu-ÕgY ù œ oI
°Þëêžš~¶*´ ØM1/2Òíßu}Uõ1/2=:°Ý¯ÓÕÛZß-?OÓûz Þá ÒkÂ¿(r)(c)¿K§ÿÜRtúI Õ=
zÿOŒ/_kjž´ ô‡¡ûÚÿ¿ñ³ê°}]t?_Óu__1/2¿~£-íÕ]¯cï_êÚkB"¨ëí¢ãõ°]ý ^ßÛõñýÿÿø;D(ÏMíí{-õ¬^
¯µjŸ÷KÈ :þ¿Nô, Þõõ^Š±U¯Kÿÿ8=-Oú¹ ÿþ8d\/ÖD...÷(r)*óP'_ïnÓˆîÁÜ(tm)=4¿xüŒ
:öëÿ×R §_^^ ˙ö-ÞÈ8 ü¤
O°û[Á}1/2µþ×Ò áë×_ß`¿ï1/2}î kU-Õ•
Â×ý5A† *ðV1/2~^Á Aõé.°ÿ¶Áÿ{ízé ðßõÝ&ßõd žÛ×é ì÷o¯- Ñ zIøD þßßú!=ïý>ÿÚA°ÿþü²}
 ?íO"j¿¹Ð?"j^Ÿ"ú¿¢& gëtDžï(r)-¿"Bÿ}tþéÁ‡ K×ëÑ2²ßëÿä˙¿_î‰o¢ÃöÒí<<¢;DÃ¿ª$C]ûê(r)Ð]¦Ý_
õõâûõÿûî ÿÿÿàú3/4ú¦ : Þ1/2ûN

ŸðKUk¶µ·UW ÍÿIÿ"ð}~öþÕÿ_þßûñïzÿ¯þ-Ý ]ïÝÕ"ßÑÐÿï¯_}~--C×õÚ¢gC-Võõê¶ïÔó¯ÕõÿoÝßÒ°¦Ï¥
ý:TêÒo1/2+ôïvÕ?ÿÍÎ6í¿ÿÿ{ÿþ3/4• ÿê°ëkñ_ÿ_Tþ3/4ÿÒOú^±M þ·þ-ÿ×õÕÞ KÝ1/2" ÚîÝjõï°Önío†
*3/4Ç
&-"ÚmÖëþ÷¯¯1/2ÞÚö ÿ(r)×í¯ô¶×í~Õµ† Ö"á"-+
í(r) éê IÚ"
a/
ÿ(r)ÚÚZÚ_ÿ†-Ã
þí"nÿa6Á+äAþÈƒàÁX¦Gß‡LS È(r)þ9 +ö †"r$
ŠdeÒ¬Û} m-ì -† Å|Kwþ¬V"|lTŠ"Âû nÚ1/2ö °šbIÿ ãØ" nÄ&+ÞAá×ÓÚ딱&:Ž
cøê ö3/4ßØKþÈ<& ²-6¬...‹[]ÿa...
 øki=i"Âu¶ 5{"ú-m7² ßa,í...ªIé°Ýÿ¤ØMÜ. † Á82êâ(r)Á 1pƒ ",& ÓBá

Á'†  :  ´ƒ
Ú`  á;L-... û!ßa  Ð2‡(D8âDi  Á  a  ´$j      Ên¥            ˆ´  ƒ.3/4  Uj  .""""""#B"KâDÐ°
"G^  "¥"  kZ  ÿÿÿÿÿÿÿÿÿË18Ët'Ù¢?  ²„ŠWZer¶vPÈC
vHÊ"²-¶E€ÂyÚÉ3wû¯"þëïˆ¥r-÷×
"¯þæJ-ì¥Éím%3/4Õÿáh"^3/4  3/4¿!KÿÖÂyûìqâ¯øþ¿úëßÿÿ  ý*û_^ïúïëÖÖ3/4¥}.-#L•£Æ  ‡  5'Däi      7³
6H<¯  EeæÄ C³ÓùRf
ê%op¹   - - ÷s"Fl`¨CŸ
!(tm)Ö!²ƒ%Å"  Þg†S-@Ù  )  vC5 Ø@ÍbA¡š      i-`  "Á  ¯§0  m,   ,  &,Ñt  £ - 4ü    †f"
Ï  ÀnP(Aä¨Bdy-ÕL€á5L ð~Sð@â  H  %@  Ðh<"  Æ  Á  øA"- ƒ×        "  -"
Ó¤-Âz  ð›  @ÓÞ, áÆ dìØÌÅ    Ñ  lòf)ð@@ÈÁpA'ä@"  Z
  xA· Õ  ƒ ƒ  a4èq ãN+¿ßÑ  Óu_N/í  ª¨(r)ÿZAè0¨AÚÁ"-ƒ      Ú  O
%Ý  ƒ3/4ô¨E‡¦†(c)¯ë"cDWÈ%-rXø‰!è-o?*   -?ò,ÚÉû°1/2  qÈ¶´    'OD  ¢8
  ú!
á8h7Ýt  -ƒ¢]'m<  7¢|ßÈÌ9th-¹/1<Í  ê%Á¢toè-`ƒh    'E  òG#ò,Ú  ý
ÚA¿I"øI¹  ;\&Ø!-pé3/4é '4  ÉÝ  ¢^ÒT.EA  ÚZ"
è&á    tHÒm&ÐN  5      á
A  (c)µøÂê¢ëH7M5¤ÿ}}†íëv¸\  zt  é:"éV•¤ò/  ;Mü"æg"gh-ä9:  ›
›¦°3/4¯I'I°µ°}êÕõTŸzzêô(c)1/2þºn¡."é>ÿÓ}7_¤‚o  W
"Ü'w`Ÿ§"    §Óúáô  ¿zö(c)êÒ}°o   ZMý;M5ÿÛ"Ø°ïRk  ë¥ëŽ°Ûÿ×"  ê"k]7ƒ°ëé¿"÷  ÷¥I...[î-¨íú¯Uþ
µÝÌ÷Ýá5{û"Oô•=bû]zÓ1/2ué?k  ÿ´-§±úÝÇ¸õß¯uÔmß÷úíX;W_íjD,"v¯\§Âö'ÚÔÕÕ6-ÛÕ"¤ÿt¯Zí×zI4Å
  >DJ÷Z-"þþ›]×ÿ×\r  Â}¯ÔîX  Õ¦"05!ƒ"Ug  øÁ¸¿ÿ¿éñþÖ¿|281  Ù$
Z}m?(r)ž†ŸYWÿ÷×Å µµû¥--í¨°]0"o" õzôîè}ÿ×OÛ }öôA
}  ÿí×ÿÿ  _¨´ú×êÞÚôÿD    I~
uÛÿ_í  ßiuïKÃ
§¿¦¿IoÖ3/4¶Òÿì˜å$
÷¯ß¯z^'    •z×
ÿßtŸ§þA+÷ý5|†
=

  ·môúkû0-‡Nðþúoþð"  ¥¿ÿnÝoå"${ÚRÕé  ùÿZûx*  òÉý°{_-¡  1    t·ûÿ¯z_ê3/4ýh"
þ3/4þ'W§ôý  J‰$G¨ï  ú-¡ÿ  ÿ¯uò.S
µé·ßûuþÿ¶þ-Û†  ÓßùÐÿõµÞ-×~  Ý:ßö×÷W_-?°ðm%ßµ:Z¯ôžÝm/é  ÕgSwî1/2+-íÝ¯ëô(r)úúö¿êõ°ùÕ¿
Ú1/2þçWgC=ûþ"§"ûw¥  Nû¯ÛÕâÛÍ"3/4?}]UV  ]
ÕÕ¸}*ãë_ÞjÝëözú~ôÅkt  ÿÛ·m¥ÿ[íÝ¿]+ÚZí^ÿÿmöØOé  ßÂûÚÓÿoµút-(r)ÝÛ"]Ò[^éµoÕö×IV×n"Iµö
Ôú¶]ÕÕîÕÕƒ"ö×TßM¥¥ØÍµm]  ×ÿO1/2zéW§ú´Ø[KSïUá-"    p1/2§ìZKÛïnÃ[
¤ØV  ¿ZpÂ[Ù,#‡1/2µ"Xa?Xí^š÷¶-"ûïjö¶  "ì0"°Õ¶  L  I†'V  }Õ´>X01/45Ša...ö  Kõ†\$K|‰  ŠŠÞ ¢
3/4#§¨Å[  DÃ÷  QÁ,Lm,kñ¥j"pÕ†"iX§ø-Š¨¦8(r)?ŽD  1L{  ±^Å/ìm[ì&ŸÕZÕ•X-Šìõ0"ñÕÜToÛ
  -l0ÒÁý--¦  VÈ<Wd  áŠaH;1/2  Aè&  µiû!þÀKPÓTûv  KÝ¦ía"ÕÿA  'd0ïé¦C
ÓàÃ      äN  5k³BØM0¯L*jÿ¥¦í"Âô¹v  ]    ¯"ÂsR  h  1€‡ †¯WÕ0¯UL  ¯ƒ  aS
ÿa4µ1/2H#ÛaXT#†a  °¨¨L0ƒl  4"  B  Dc
  ˆ¨‡  díÂÎ-  DDD2öjM;ðÁ0ªû
&1/2...  Q  D\DDDq        ,  a  pe
}§zW    -w¥Z³Mòd.-¡nÛ-j¢#ÿÿÿÿÿÿÿÿÿÿÙmL•²Ì¦B]>ÏŠ•û×¯...î×ô
a|l_´1/27ähÈ³5  nsc)  K"  )¯R  ù±"
†ÏÄ¨T?    "°D92  e8¥
  h!  "  9pCëÜ  ƒõC[ÓA  Â
¦ƒÓÓ¯Zz  ±zi¦  Œ  ÝcZ!GhŸ1/2    "ì‰~Oè-´Kœ•é9Ç-  æä-=,3i  ø m òtz    ¸M ƒh Ã' ³ÅÒ
d  ¬+"ßMÂk  oz

¤ô•õÕ(r)›þ(c)[÷ê⁻ᵃ⁻Iõ1/2¿é?O"_Ž0(r)ª(c)ñªZÓë÷(r)Úwwãó  ‡_íþ"Õ5
   ¿þŸuí  ×ïY
   "ÐZé-   ë__Oÿ°lñæ Ç×"ïë·`Ù
~ži  oíÈ.Þê°l  r  ß⁻¢-þ1/2g'  îó¨@òÔ7"WDgï_ÿ¿¬
µÂÐ+ïÿ¶3/41/2àäï  Ö°^³"§  ý·ÍO:=¿Ýýí-¤¿ölóYö¿çSëïë}^Ã_§ª{Ý{û]  i6-1/2⁻Ýí˙t"(r)ÒõëiXUÔ1ý:Ã
X4⁻im¥v  rAàÕŠ¿ÿ'a6     1PÃ¬5'p}x"ÂjöBÇö)Šv)Ø"  ]ß3/4⁻WXkûi ÂiZv  ¦þ\
   ¶#ÐàÀ`ƒ$0'
a,at±    Q     %á -,¨Êä‡ÕëØP•†         àÄÅvš†
£  ÿÿòÔ  Qÿùh2[ñÿÿÿÿòÓ'øÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-#\"ªᵒ^  j²Í3kû£ÇKî3/4-ÿ¥Õ{
-⁻Z~-}zOÔÞG    ø^?×"(ƒ4•qÿÿþ3/4ùf-,.[L¸ÿÿÿÿþ
endstream
endobj
50 0 obj
<< /Length 51 0 R >>
stream

q
419.28 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream
endobj
51 0 obj
37
endobj
52 0 obj
<<
/Type /Page
/MediaBox [ 0 0 414.72 700.56 ]
/Parent 69 0 R
/Contents 54 0 R
/Resources << /XObject << /Im0 53 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
53 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1728 /Height 2919
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1728 >> /Length 27838 >>
stream

ÿÿÿÿÿÿÿ"bè´¦s"TdLRÜ†w(r)_=-gÎíŒïÇÌà ḧíÍÉŠI²T
ÇjT³KB#Ï2H(c)-)·\êVŒ¡   $pƒØzÕ(tm)  ò£_NÉ/ïA'Â¹+ºk|"ŽË  Ò¿"°--(r)ë¤ù  î"áZzëöÿ÷Z⁻⁻@ŒÚ²
ôÿ==òf  uí  îÿ~›\65×ÕUÿþ£ÿK]"ïþŸïkÿ]ïWÿÝ?_µÿé"÷¨ïWé--ò6ofÌìLÊᵃ)Ù
   ñ³.Î±  .B    ƒGXá  èŒŒãa  f¡ÙR>þ¢"]"
K'!ŸfÄ5  &
KÇÙ  Q  $  R  *šÈ )(*Lê=Üêe {6F°Áái  š'
Œ-,~A4!   Í  &‡"  ž̌  ,
Ñ⁻  Ð`˙š;°D<Ã5‰Dc$-m›  Á  ;.²  _ZÁ    ?L"  $Ã3/4<À^2†`a  <      öN

@Û  CÌ(c)@UÐ4ä8Áh   Ö,a7H Ø'Gª h5Ðqa x‡ÄAßÒù°' › øIíPa>!"ÕýtÂ
ôÜ ô   §î >!¯ i÷ áÞšWHŽ:h-¸¶EÆÐk!"ÐÛ]ü&°
6:°ä¹§ºa'Ò±"
MÒ  q¢\ÒY €ÒTÿÚÇ'7%í(c)   "Ûmy/¢#þOÃd[¿ Dé"-G7@è-ø@àËA:4E  ×"
¢h0Ÿ    ët,m æòSr^Áý l&...'00‰ ðœIÉÍ(tm)Â  >"œ2: ›×D1/2‹R/PAÁ(tm)@
ðA3/4Ò"-] i$ð‡Jƒõ]ÛMÂn›á;¤Ü   \ÍÇ‡-B8´Jn"41/2Rn néÐMþÂ á
Û"Þ¯"ü&ÐN MæÙ×Ž]Âo"--- ÿ¥¤ßÐn¯Ìý°Öêá
zµ¡ÐAÞÿ'hÞGú1/4"É W¥OO"ÐoÕª Âö°WÒº1/2&â"Þ'o-/ÛÛ  ïÞ'÷ÿ¡öŸ
¶¨î"¥Úÿ   øM ƒäŽ
-M£ ÕµNš×ú½ô²"oúuk"õû§N/u¥ÚÓMcôÛV(c)}  WW^ýÖõË__µ¶wWÝ'b)ß-¶*ÿ(r)(r)ú  éÿÞû¦Ÿý-JÞ
[´...>×...þ¿×¿ûjíÓjïý]&:mz^1/2Õ×1/2·z'¯¯ßuõõéa}ö-ú‡ªûi"ð(~öô°³Dµz-kO×Mk¥...] Wý*á o6-: b
Ú}=÷,
"þj ü‹g¶õæ ðmµf   Òû Kƒõþ-ö"vþúÿ{§þ   ÅW1/2>÷ûkâ/ á³P&‡úUï1/2^H úÐŽ×¢@0Á°QïÒò
°ÿÿt'¿÷úö.ú",šZÚëþ-ê°È9Ð-?î×ëmXD  ÿîê `ïØDtÚ"á†^xýõ¯ëÛÒ(r)1/2þ3/4×{ ÿÿÕopÚ...ÿ×3/43/4-K
þ(r)(r)Ñ
- Y     jú:
DÝëÿzùjï¯ÿ_ÿ‰ [÷zUÿþÎNE Z!;ÈbÁWß÷÷èŒÿå"÷¤I ¨VêbvÕ÷)ÄÐÈ¯_ª~ÿ{u¿ lÛSýí>•é×÷õRP\²
<Ê81/2Åÿ¡Eéþ0 ´ƒÿÒÒAáoÿÿú1/2tÞõõÝéV".ÛKÿ÷°mÂ
ßßî÷þ"wÝÒªA`Ûk þ úV*¿ûoúÒ*ÿÿ ÐU¿::ÿÿ§iMSëK(r)"Õÿ(r)×Òkæ¥{ ¿Nuoÿg=V÷(r)-û:>"ìj>÷¨è
-"] Õï"U
ªU1/2ÚíÍNëµý×¿°ý ü~~ãÕX!×aß-/{þúñîÿVùÐ÷ûÕ÷÷í/öƒ_ÒO"W* ûk_ÿn£û1/2"Kv×M'VÒÒp"¿iZÕ
zßÿt3/4Õ¿öÕ[_}éï"NïµÓJ¿
ý...°íZ¯ku·ý"·¶°ÒÒÒÿï†¯ ´ö¯úmÕ  YAðÕm/ïxkÚî5VÒw
¶ mpÚÁ-G[ÚJÉ§ì ûUw µá...Ú
     *°Á& | ´¡"¡"ü80"   ëê÷µ°Ë -ƒ#‹kÞÁ,\ / û ²+î ²? ¬päQ°Ö
x"
Ž¯d[]D±í"L^8OÆìS .1QAŠUäN ¡‚Þ¬‰»ƒ¯0K ¿ Ä.¶+cï÷Š'lKÅR Ä/Ø...û
¶ Ø§ëb Æ1/4‡ŠÓÝS
ü4Ä ú"Uïv* {ØT¶œ‚GuØ[

  { 2  v¿¦ý¯ðÂiØWM0· ´Á ¥°šÉ§
Ä8a5nø{î¶¬$ë  atÓ
š_ðdzC
-Ã 5N _† 0^H"4" Z5± † R Î¸
!, ƒ B4ú1/2"
"" Ìf C& "DMp3  h DX@Î±± ñ  @ã´jq    ñ ¯Òùk ‹ÿ1/2~"X°†<›¯QÿÊh[¥
j?ÿÿÿ¥ÏImGÿþZÄ3/4ÎÕ¢¢; 3°œ(r)   ²ß 5³ý| "EÑ- ü‰ô³´å+§î¯Fv*Õ ^4
‡û*...¯cjÕ¬ ý-a
¥uÿ3/4•¥õÚa/'£õþNCÛ
ëêOF´ ÷ñ...¡¡Åh ¶ƒÿÿ·z¶" ÿ(r)•_öd¥gbßÿ2 ÿ1/2Î1/2" §d6uÊxÛk;X
Q  Ô 5²ƒ$Dâ :$   'fF #
(25' ÙUy 9 Ðrœ¯^/C§.Èš' ªÏY ¢'ž"ÉqXî¯è)&^ÁH>!,yæ "Æ èD8
Ž "
×$
k
j í šþ h: CèÑ
 "L è6531 è "žO A ãÄh- ;ÉÃ°
`ƒ'f AÙ

&  0@Â  p<0(tm)
›      ~Ô
  °H ~ƒ÷P⁻L
)zhSÚ"èZ
   Aô  h[¥|ƒBEºƒ´  tÐ~ƒ‹AÝ Â  é"  OÐ=4Â$àíxÂpô"ðœk"
í ÷  %ÎúDG  ¢+Õ  a"-  M  M
qW"     %  9  "ÓM  ó‹D(r)ñh9,(r)ºi¡tþƒDyP'% ŸD1/49  ºR+´NtFî  È3/4
úðA¿n  -\Ü°dèô¤3/4‰ÔÚN‰QÚè-8Õ,
"ø5¢^Û  òé"-DÇAÖEú%:        Ù  èœÃ‹DçDºQk"â"ž  mê  Cú  X*'7M F  '§IÛmPO°Â|6  nŸI ûÿ
Ñ9¶§"(tm)
È-%ÛÓ ¶ô  têÚO    á
é¸MÂl¥¤ò/á7AºU¡Û...ô¿Ót...Pz´  mzwõè6Õêé'V•éBº{Õ]        ª›"  Aé-  ëÝ  m
¿n  í-ý7  6¶|"w"I?zUnè'ê⁻k²,  -'ú-:éÝ¡IÒ}-éúnµ}ªziáß¸Ißé  úOO-Ó^"Õã
û    %h":  /×ºa+ãN7ÿ¢á"¶÷þ¸õÝ  ŸÝz  ~&iú(r)7C"Mïb=?û‹¤²·þß  Âm‡Ðµÿ¢  T›‡è_*ÿ}i:kÛé
¥Ý%Š  ¤ÞïUÿ⁻VµÕ*_Zèƒ_(r)øz
5×úXkd¬.ûÿ(r)¿}ÄËäpzã  têú]WÒK2    µ_àÉPD÷}í}ýøuðªä%BÉ1Z{0@1/4³†›Áø'éoÝ>ÿò        \2R
⁻í+õúw(tm)
,ÿ×¬...  ×ïç@Gú÷d*·ò
§[°y    O´÷
µ²  q,]ÿ¥ûÿá    §
‰†6⁻~ñ{ÿð•Sï"
}*ø$¿  ÂþL
ì†)5  -º¶´
t"-ÿ{î⁻ÿ"R7,÷×ÔÕ;  D<;ûû ÃD<}61/2B  ÿ†
Ÿ"èÒí  ñõ@  Ö÷áµ'g×Õêÿ·ðaî⁻µjÂ
'ÒÒÓ3/4íWá  i÷×Ãa  &ß÷WD<  ÿ:  ×él  'w#>ÖbiC~k  ~  (tm)  ÿJëÿì  ‰UM¢  ~ÛÕâ•/õ"  Z_Öj
&BKt÷Ñ  ?ÿ†÷ÿè§      wÿïÁô  "jÿWÊ⁻Aí-¹aí-_"÷Þé^ßý'...
¿  T
ÿü-;_1/2H3¦áRÿíÞ  ëuûV×ÿÕ  ÍJý/NëÍNëµu1/2$Ù
Ôÿ
(c)¿¥"ÂÛ:?èÃÿuNý¤»ù(r)÷ui1/2výé
ªþûM  ³"ß~¿÷3/41/2ë*ûiþq=ROwÿé{  ŸÿÚíO?3/4µl/þyÞuwôÛÆ-  é?dc§]vè+"ÒÚÛÕ×i'w×^ž⁻ƒïµ×u
⁻þÒ̂ÿ.îöüõ3/4ýXw*þ1/2Ý1/2}(r)ÚOÝk¶›ß  1/2}í-WÖþÛ_¿_¿Ý5a⁻1/2é*¶ºî3/4þ¶-¥OéiC
   "  ú"VÒ†  ío†  ƒ⁻um7áí⁻ÿÕÕ~µ÷[    íÚ́¶|1/2_
-íoê¡¤Úá"X5µ1/2¶  Ã[àá-  í̂GnðÃÂ+    °"
   m-"  †
ö  ´1/2´Ý1/4  pö    †  øi0Âêã
ÛØX0^Û  ºa"›    wnºÂKl0V&-Á"1/2Û 0dqXa-‰    ±&ÿb
ïx¸})Š{a,±µ±L0-Ã  "û  7Å7L    Ä›ÝØúØ(tm)ìT‹Š+â⁻Ø"ÅmÄ·ÂØ-n*)  &  é>Õ4Â1/2  GÓM$Ú
NÚ  {[L~ÅkV-¥¶  ‡"ÖC3/4ÿm"û]´ÂOÚk¶›
]vÛL&  Á  "°Á
"    L%
%
Âk°ÂØU¨ï...ì-îÂpÓ¤Âö⁻N¸ajžÂPÕ¦  W°šô⁻A,í...†  HbŽT
Â  0›    2  a  Ð†  A"J  $4"!'  ¡...°ÎL  O  a  °B8^ƒL!
!  š  jÐ  pÁ
!,
   ^^^ƒ0ÜDDb""""""'"#b4"[Qÿÿÿÿÿÿÿÿÿÿ--¬ì  g

lŒet  öB3²ƒ;Ðå{ŠêqÚHï(r);ÐìŠ2  Â¥ÞùÞ3/4ä¡oÖŠÈ*ÿOêÒ¬Ém~wWÙ  ý-Rþô-ÂÂþ3/4  p‾."Å}Wt
1/2k÷÷Ŷzßß¿~-xãµÿ_^ûÝ  ¤ÿûÿÕjÿÿ×ëÿ1/2ÖïÚûÈ  >"ÈÛkÿ^E  ^II"ŸL¸r?çS%
Œ     Æ
'äU  3^c¢LK:
   ‡  0 "  a Ù9šÅ:<2  -ag¢XŒÑS"J^Ár4  QÁJ{+l†8E8!¬yA,!ÎDHk"‡$  CgØD?  öN  Eö  2M"
   3aPj       Ó°¯P  ú
        ¥ž
   3@¸"  ²(a,  A^  gFHgØ"`Î¢YP          i¦
'b        ê  L v,PAÚx o§×T  xTíÐz".Â  ...§Å¦  t´á
z
 ÛPƒ  >Ý4  AÐOA í  è>.ÐzéÄ=  ±  ]ÜCDc";t'     TŸtÑ.H•ÙNXB    ‹a§ÒÝ5‹  8ÓAï  œqqA
NE  ¢>íéH  D¦äK¦Žü‰(tm)  ÖhÍ  ª¨ïB"@"  Õ  £m üŸé´  6/
Á  ¢\ð  2G%7"  'Â'
*28z#wÎ"-LÝm  ã':    d ¡è-3Hd^pƒh-ô  '
&á  ô   n s8zãH7
¤íÒAå"
´ŸxMôé<'è:
   &Í!"!´   'P  (tm)¤-ù  ÚV,n ƒÂn    ¡
,  Â
 °o]'§éÒ§ß}.°nÕ§:~   uªöÒoK úo-.¡i7Õ=6"z1/2jÒ  =7ÓÛ
›ÕZz1/2vëÿè==}-Ò*ï}?OIW¥ÓÒ~žƒuÝ=Z_
 'ë(r)3/4'~°ÿ‾°~°  [^(r)1/2Ûéú(r)  "¥·âŸ  _wÿ‾¦'"kÆŸÞžž(r)¿qèt  i?Ð¿3/4ôòÜ¸=  µþ"}^"(r)ëë
Kúý{Ö4ÿï
|wÔÒ~úÿ‾°úÓ^¨F×ôÂwÙœ    R  O1/2"¥aV  8ôŸMï¥v'ï×
îÕ~1/2  Áx×i¿"  U  ñ3/4G  ñ¿  {OÞ"Äh6Ü†  jÿÿßûÚ_l..."f  #B>ÓûeÁ  ²@a+é41/4ê  ïÿüEÿת_Ú
Û¥š  uûÿíGZ     úø8Ú)  ×[Ý  è  ¿§ì  zÿoÿuÿ¿èUnÑ
-÷×ÿÿaÓßAƒÓ  ÿ‾ 3/4-  ñ{~×Â¿íýr  Ô^ZGRjïÿì˘šÅ!~²Q÷ÿßzéþ
í"-?Þ"
"Ñ  täž´ÿ¢'ïOþùeö¿þú_'#u  ×ÿS  ïÿš,K'DY§õí˘ž´
é·°ý  F•úµ_Óvÿ×÷é×,ÿû¿_õÕÕt
Õ V3/4þ-z
ª3/4öëA=·ÿÿoN-ßëí-ªîÇ¶ljé÷ýïö
 Bþ×BúÛ:Ø~•%z_]vŸlê°³-ôk  ïªÙÑïÕ÷3/4Úïÿ"l†ÿ¿ŸRþ¿³"1/2iuÐ}÷ªþûuh":ô
÷U‾kßÃÃzÛ-Zÿ~¿ÿ:¿Û[^Î^t&õ}1/2*ú3/4ûðêÚ_¿UÝ_  °(r)  ±¶-ëëj  I+¿nú¶¿Ú÷õ÷ý××Úëk}Vëßkij
ß§ÿký÷=-Ã]û[['µm~¯aì¥}kZÚÚ×{j°  }"}X[
uÛ¶¶  í/÷Ô   ÿm$ö  Zµ¦ÀôÅ°am
û[Km´Ò†  _m-° Òa¥ktÃ^  °·°M"i]Ô0-(r)ûk~á?ïÞ  Ø0Wâ  ^\{    Ç±°r  Ó   a¥W"ð5Ç
{
   "       C       C  "'  0a.ÂÓÄ¬  JEµ"Œ   bXî   väL  ¢ž%  þ
{þ+ÚV¬2  ;!ÞÓÓÄ&   *lB°(r)¸ö)Šc1/2Šc¨"  ±llSqM;  *†(c)ký÷ï
-0Âh0¶-jÃ  Ó
-é¦ÃW{V› Õ(r)š  Hû
   mZò  ì‡vÂyn
jíêLp¶  ê-ët-m2a   y  B!"Ð¦  "Ðƒ&0  °...Ø(d"Ö

0šUÃ  0  ,ÜC
ƒM    †  dÕ, rB
`"  #$"2  ªB"""1   Q  3       "1  b@B*"""#^^ñ   ,"Ú÷êYBí&  ]-Ø.ÒØ-...v  ŠV  "   `Ëkðÿÿÿÿ

ÿÿÿÿÿùnŸ NdJdMÙ8‡  µD_]}(r)"õ¹)-Û",¦ 'ä  ûZôý  (tm)$f  É  I
§É  'äf|+ðð ƒÍ3  ãˉ†e‹Óý_¢  Þˆ(r)õ!ûÙ}3/4  (tm)è‡-fèÌÉí7
Ÿdsûᴷᴮˉ(r)¿Âõo§"Z÷  ×Ôß}}û×øᴷᴩŸ×  A:ý  á Ç{ïíÁ
ƒˉµ¿×h  }}/O¤F  ïï  ,þ-uþ-Ÿÿ]+Ÿëõo  ÿïzí}z×~š]"Ðÿ""  aV¸zþ!l}ð{¿Kd-  ÿëÙn  Ậᵒᵃ×"Ðì  -  Ñ
´<DDD}o÷[Ò  ÿÿÿÿÿÿÿ-Ñš  ÿÿÿÿÿÿÿÿÿÿÿÿüü¶*¥¤DÃ2  3²±Ÿ  MᵃŒ§  ¸(r)  jK  ;
  dB"
  H"
  ÖEYR`¡gdÆF'  w•ÍF  3XBZ  fˠŠðü‹v1/4  2@0  û"ëô  T
ûZÂÕ-ð  t3/4é|š#-  w÷¥rg.FˆŽ  §u…õDJ/2ÉXh    ùÉó  ã,úˉK AÓDY¸_Úôè è
Ü'Iæ'š-!Œqý7&H  8¿ÿ    ×¹¦ᵃê¿Í7õúOð  &ÒëÞŸ
ᵎᵃuûÊ¿íŸn›¦×÷ÿÿßˉÈ  Û²¿×ÿòZGFˉdùO    -"ãˉ"fÆCGÈÌB,fÇfˊSÆq±  $I¦aqˉ:  *È  HÙ    Ú¿!¢q,
  Îᵍj  '   "žü   ‡>2q  ´×  ê¹)
Ó8  5<Á   ÿ  84  m  -H
š Á  K›
Úˊ^  ˆ"
²'
  "          IÈèÍYÑ   ˜SX˜&ƒÂ  x
i"AÐ]ƒW-  œ0A¡
{Ç_oAÆ  7}44¢õši§§Zÿ"ˆÛM;  è5†ƒ¤  AᵃIéá  ÒO  ?U  5JïÒWÿ9§Wì\‹
Ì  %om  Ø1/4 Þ!ˉó  y,
-9;k†ë1/2;ÒDQᴰˆƒ3/4ãˉ"bûä}cD³"c|×_Ð'',öK(Ÿë   Ñ:bD@A¹    Lh‰Î'  ÚÈ  dZYNNÊ  ¨-s\  <¸Ø
0,n%Û  nOûi›¨ˉJÃÒDèùg²3'ðäbà  äKïðO"1/2  Ã,
ᵒë§(r)ÕèRoàƒuÝ;
  Â
  §    ÂpiÅÄ_  â
  <  Â
Ót  {¥Þ,m
ÂUéˆÔ  ð'n  oÖ•¸CNÖ¬BA  õ¥Mý
ÞÚˊo

iÝ&ᵒ}kÝᵒtôÕ$é?ukT  [áS~ö"uMÓ÷]zZé  -¿'ó]éî"(c)5%ÎᵒIRµ¤Þ.~è‰ÎÙ
ÖÝW
xNÚ¿×   úÇ§ÿIᵒöý--é´"Ký     ¥¿Þ´  mz}öš
-}}"-Ká†-M7
ìVëµIᵒ1/2  xˉ     3/4ᵒýlt´}Bk(r)õ  ÿÿÓ"~ûØÿ]þ-  Øaÿé^í¶hˉúýõ‡O§ûû{U3/4ú
  ›K}EÕéëÿ  ÿ_×VÿᵃA÷ᵃaöÿø{_Zé˜<÷îõÚ¶¹N  5Vᵒm  ¸ä
/÷×ˊßÿˆD "÷]ŸE²J-  Ç!*ÓÔ¹Ì  ö¬CƒÍAøÿzÿ!†  ÝB  &Ò×k$Ã  ÝWK}  ï  P!ÿK  |?÷Û
è†ˉøâí  pŒ  ôõö  ,-×iSi;÷a~"íˉ ÿ~õ€ÕÙÿá¿ÒðÃý[×Ãá~¿íÿ  ·ˉÐW
ᵒ×  ‡ᵒý¿Ý  êê"AÇ¿ᵃ_Ýßöüe  ÿ}äÐ
=  ¹nCŽYï~Ñ  ÿé$á  §DIßÿû  ÷_DˉõÚzô¿ÿàß}_2,àâ,0mÑ$Rˉ›÷(r)ÒÂ$...Ýᵒú
Õ¿"#  ˉûßëÒ¢aÕîïýù    étUKWôᵒ  ²ˉ¬÷ï1/2  øMÛ  =PO×öÿ¤,ᵒ~¿µ%ß×1/2îˊý  õWô·Û  ôíᵎ¿§oKw
ïÿT,~¥×ÿUˉw  _þõ¿¤¿óÎ¿ÿÎ¶¦›·úÍIöþ-è×úÕmûNÿéÿ"w×éÓ"¥WBWÿúú""ý¿ïoþÔŒ{Ó  {h-u=³⁷¸¥h5
zÿKMmµôᵒJÕm[K(r)  }Ók-¨ö¿íßþ÷á÷ÿ"üï±¸ë}úÝ¥ëv¿ÿuëv•ᵃukawXakµmn·Ï"K×¤ˉû¥jÚZ_ÝˆˉÚˉ  Ú
PÒwᵒïžÒá×M1ø/ˉ Ã/Ñ1/4  ᵒÔ4pΉ‰ˊ›["O†"  'nÃ

+       Ò¶¸"ÿÚÚ́F‡aXa-vÖÒᵇᵒn-{mnÂí"    a{ᵒá...á¥ñ    Úè\4ˉa&
  `ÁvÂQêÄ±ì  ¸Wû  X_{þÁ">Zbˉ2:^Ô1L  %û\0VÒÛb(c)‹Mƒ
.Å  [  cˊƒ  ë  Ó    Ç  pø¦AßõlBõø\oò&~ÅE7LEnõ  "›wbˉ¥n¹

=ƒc}...ûõ*_°1/2§a5Û ...ö  ÚDÜ/O"p-  xiª¿ðÓJ  ...øh41/2ªMSÛ[W°Iõŷì  xa%
kPÁ0M    B  @Á
ÑÑ
  Ð`¶  ‡¦  ZnƒC¯à¯N
  ak°L    -¦Ø ÂW
  Á  °ÓX2UÒê^pÑ."DèÃ²  `  ^^^â"ø'<DA""1    A-!@B    1    ^^^4"  DDDDG  ÕÄb""#¿ýu^°OI-
(r)-X(r)‡,-E¨ÿÿÿûd  ¡(ÿÿÿÿÿ-rÂ-Ô3³  ;,ƒZ
e"(r)-  '  ª3°q'Á  Ïï;Ñ(c)  yVÎÄÏ;
  ÆD
ì¬éû÷ïGqØ_õÎ>ŽçtµÊŶ¥ÚÓ
"t'K"¯ 1/2  ¹&÷å±FßÉÚEN1/2ïï¯×¥ÿÖýkëº    †ûí~?ÿÿÕ](r)7ÿúö  Õ;ëÿVþ(tm)2íHÜ¨£?(tm)
/ûLÈ  83â'†VÑ i'FpyF  ¦È€(tm)¬‰Y~R‰±Hqõl`    ^    "‡ƒ    j5Û£¦3O2HÑ$
^œéÉÜz-,b  ·)    8^  ²L-æÅ#2  ›#1
vR  ›Ž3@‡Há  Œ  "
†  NÍ^    <    àá0...-Ž§j¯h;@ÓÁ  ƒ  v"XA, Šëë  Å:³  `Â#²"&D¡ôÏ    "  =á  Aá  L
è  g  á3 U    ÃÞ  5  L"  PÓL'§¡ vžÛÝziÔmj
Ö¨1im¥ -›¦ƒ    (r)4  h=Ò  0†  A§Ú¦C  7Ð}Úo¦š  iÚ  'Å8ú'
_±

Ö"Ó‡k%ÍGuÓ
Á  (c)i4G  =ôä³"
ÓOÑ  ý§  i²œ    "-†"ZÈ-BvNn=    ¨íDæ
  &l[(r)GôO²go#â  ò  Dç£M    '6Ýí^÷÷ÎÒ€  OÜ  tKßt‰L4  Ë=  ç.  äé'B  {'7"á
Ù9±y  ðAÙ    _rt°ƒAéäNé8A6Âwýtžƒ(r)´  Z  6  mÒ"  õ¥Ë r<R-ð^ôéZA  ûA  ÿA<  é=6¡úÍ³ô é\&
ß  Rm
U7Ui;    ÿ§§¯ý§IÚw-3/4ë[V(c)4Ûôž†  ðƒzU-'´íµêÐM×·¿WOM:
ê  ›KÐ•ÒméÒzÿm.(r)Ýú(r)¯H'Ú}ªÕRz§IÕ/-Õ
Þ(c)÷ZõÕ^¨ë¿I1/2(r)ÝÒ°-^"-µ-"ÿÿé^¿~Çwí1u¯ oÓ"ÒèÐ¥ï°Ý67B;,-Õ{õ{}oÕ>ïÿêûþÝu  ¿×}-...ðß×TÖ
×^¿¿ëÒuýo  ïÿ(r)¯ ÿ    ßZÿ×Þµþö
Ïð3/4D,²*³ÝÞ3/4Õ‡...¬õÿÛ-Áh  T  `3/4µu_×ý°áRþá'Á  ß  ëÝz(r)B  #è¯  ä8/KLÓêž£ò  }GM¤...¥
0¹
îR  þ¿Òìï"€Ÿ'  w}j+í{ë¿þþ
·ÔƒiXŽý[në  Þ    å /à3/4Õÿwo¯àµV    Z  _×(r)ÚÿÐ`ÒÓ  ,D0÷W°×O§ý×à^è  ,  \"  úÓþÿ^¿
3/4²['ª1/2Ü†5  í-ì¤ýþ
³  è‹HoéVÿ¬Ë  •Zv-Lå#
W"BõÕ  >û¿×,"÷jè...Î§¢--êÔ3  ^ïÒÿï_ƒt¯,9¬'~Ë'ý  ‡ènY=ð‡Y#ù4wD^§^(r)ÿÿSª$  >  v1/2ÿþÚ¿úÿä
A^(c)d  oôöÛ·wßzÚÂ  °^°-¿¥_¯îø^"    kõï"ÿ÷ßÿ
3/4ÒÛ÷OÿU~Üèú1/2"ê¬é×1/2  îþö÷éìvúí¿Ý    uÚ×-ÿý3/4u7¶Ìí×_÷³¤-ÖÈoÛ:þ-uwuz
¿¯ûÚ¿5Z¿Mõÿÿþ÷ö  ¿Ûê1/2÷œkt3/43/4íï  OôíÛÿ¦¨;  ].ž1/2{_ÿ¯]õ¿µ¥éW{JÒÿøÿm6Ó(r)µ{Wí  ¿éÓÿ
ö-Ó    ÷Ýßjþ¿°_¶°ÃK¯÷ïkVÖÖ¨ïÖ°á¥O÷†Ó´-°-÷  ¶¿°íôêÓ´(c)"JÓÂ¶ªßýú}û°ÝÚö¶|1/2...]íXk]ïÿØÓÿí
]a...†•;¶¿MÖ§ßµm[[Û Ã
am+    ÛÃ  þ  Kk†  Õ°*ø'3/4Ã0  õ
l0-ÁÓ×ì√·û    ìKŒw\  K"†1/2Ýƒ#‹
ÀžÅFÇ    (r).E  Øj÷lVìV-Ç¯  Q×d+Ø...Ó  Ýì‡uÿô×µa...^Åu±[Óbšb¶¨2  Ô†!±A  x¦¬ƒÅ¿b-¦µawr
  "VÝµÕý"õµ"úÓA"›°MUéµÛ×  L Â
%Á¦  ´-BªÃ[êÂ×
/k}" Ð°UÞ
  ƒ  #Ðâ"    ,    deT  ^0Xa  `-Pix†  e^    D0B

¤...ÄC ¡  Á
'þ,  Ëö.  ^^ŠC^^^^2Õ,    1                    ÑUÖ·Òm)jª
/Š¤Õ¦

   GÿÿÿÿÿÿÿÿÿÌ'   CQÄd,‹p,(r)7  6n"FvaŸge^AFÉ
&Ðgy Ëœv  Îô5<  3³Fvj3/4È5^(tm)- " ÎÓž   "ï*Õiçjv¿A[ó´-H3"-Õ  á]$µÂý-t¯ ÿöŸúõÿý  z
¯òzöƒëÿ×¿
¿Þ†e  t   nŸ Ó
ûQ¡Çëÿ"
ÿÇí1þßþÿu§  ÷ÕVÿ{]  þ  û...[¿üï"Ó+(  x"  Ù²ÐÊBªû(c)ÐÈÁIhÈ£ª;5tFŠŽÆ·#  ¦l•Mqâ%£5,-  Ñ"
   m      ã3GÌÖ MÞŠL"
è  ‰     ä ' œ‰   ‡8Á !Ç  5  cü¬Gš~      2 @  "  æ   Ñ  e  •›    dlK$
tgãÏœPD-DHäâa  :"{8ï flèa4ä>B
   ~za    :_ô
   éÐ0ƒÂ
n  L&  a  J  DìM       ³c5  Ú6%+  ;    ~ƒô  `ƒÁ  Áö
   Ÿ"  X@Ä5á>,  Ÿ¡"ëTÐýbÓõ@Ð´-š
íP~  ¨A ûAÛ¤  i§Qmß  Ðï°  ÓM4=
i    ðÑ9ý  Ê"
Ù  -.Jâ,Œä\h-0ˆAÛè•¹  %
'òsq
   ö"~ƒCÓª¢^ÑtrYDæÞBGêB   D1/49,k"?ˆKª
(tm)È  'gD|ÞEöÚ¢t{gßAäç4¹        -  m   "=xA´  ygaªH<‹î  m  £'U°‹Ð°...ì†->Ü Ý  Ö  6ê²9á:
1/2  §'l...ê  0Ñ/´   Ú,M-?I7^ðƒ¤  t  zøOO^é
"é5Ý]?ïY¤Ë   "özÊþ)&ë¦Ôo...ÝôêÛ'é3/4  i°  Âm  Ý
¨µÓZkÿ°•'ý'VßÍ´ž(r)ôž›§§Ø2:éÐNÐ{TÞÁ%ÕÛÓý7
Õõý(r)ƒÂô  Ý'1/2Ûéì}'Iþ›Búnµ N1/2÷(r)ž1/4pû  |&éèè  v6?Öê-ßMtíTíZ¿M×W×Ò¿[ã3/4µoÿ  µOT=
úuV~¬  ú3/4úÞ  i=}É}5ÓâÐ°þ-]×ÿû}ì-(r)íëÒ¿éÚ¶µ_ðôÜ  k[õÙt¥ÁÃ³9?ß"õ^×§ïÞ¿mwý+'K!*-á  -Þö
24  1/4Î_[÷vÙ  Âu"á  _øm"d9  (b;þž-§Ó§  ëC^Õõ²àªûñ  "7¬ê
ô(c)ké•aŽ¢:Î⊕jëP~ä¬ZÞ¿áµØl†'ÿ]wí\†  ×ïÿñöö'†  ÷
õ- ^  "ï  1/2Ö"2
_àÛuï_¶ša·õß  þ  1/2ßý~úÿÐaêÚ,!ãÿ_ðH...  wàµ]Ûƒ  ukýoí§ƒ¯Üµ{Þ°Öúp^xýr
§þ¹  Ë~ß&$÷JÑ  ýÿ÷³  ,×(tm)_  ¹î1/2A1/2]µµ*þõš...  ÿÿ¿ßôÐÿüÊ?Ý¬É]ôš"ã¤»Ñ2?ñê‰'ýýd}:Ü¨ä
ýé  Ü]"}Å¯í  úme'ûŸÿ¯ 1/2Õôé
"]+ûõ_x[Õê,ï  Áï·¿ïß¶Ÿ‡ÿwt"õ:7Kÿ"÷úkW3/4ÿÖ"þ÷¯5]wúKÖ-¶'ô¯ëíÔôÛ¶t?ô¿kÛU-1/2|êzÝ-ðÎ¯ uüè
gNÝRõ[ÿî¶'ÙÐû_Ûû=kï]÷[éíW6ÞúÛøÝ6×ß_k¿þ¿UàVê"ïñû_ì›W"í&¿µôöÒÿ}êõíôß-¥}G^   éwé_M
ö  ÒuØ-aÿa.Óý5þ×_ma-(r)›i  Zí...þÓ1/2Ûk¤Þëû_ª¶êï"
]o
{k{í-¯°×
ïXl-ûikö"ammá"°a¬5Xi/Ã[ÿ
&
m&  K1/4¨=÷†  ˘žÕ  ´[aÔ

-µj
   b  =‹†
"çã'sÁ'ÁC  é°"v   b´ØØ4  ²
?ðØ^Ï-m†  E2+¨(r)¿¥¦8OIl""[
,     )Ŝêõ)Ø=  ïbL}÷²  ÿØ¦$Ýß        Çwµ"L{  ¿  ë¶¦ÅBŠk÷÷V  b¶¦%3/4ÿaGqTÖžá"Âö  0›{Ô0¶¦ü

0Uªl ÂpÖêÂö    µû!ß×Oa    a    Ú~éØi(r)¯ïa2  Ûµ-Ó        z¦ `žŽZ3/4Õì%qÃB!" '
&
...nÂ5z°Ml/Ã_we: a  í"KíS    X!ª X !`ªµÁ,aPi,¡    B""''9Ñ ˆŽ""#ƒ"(c)  óªþ¢"""""
""$Ä"""""'8(r)"!¡  ¡  âMÊ%;  è¯=G÷3/4ƒH· k[JÕÿ¥al °JÒìTq°Ââ4ÃaED0A"ÐaKM* `~(‰n  £ÿ
ÿÿÿÿÿÿÿÿËPQGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-ÐÇ-  ¨ÈY(tm)  2,,"
çÙÙ(tm)Ì•  ##µ6WSpvvMçe+#5*
T"¢v        ‰9Ú±Iv        "ÿ'}Îõü*..ªÜ-¦
Á  AþvKzJ  Ö•ÿ]JÙIùZXh4  ...×Âµõ¢´×¿è'œ%¬(TE¶"U×ÿ×þ1/2*árèä±"
ußßÐöÖ>ý5ýn  n  Izßíú1/2    ýíí?û×÷~ÿªoú}°n¿Vë#Y
1/4¥  yÿõÚ_(r)-¹  É_ßêR†B‡dº53Î@@E
Í  ö¨ü‰(c)  1  Ês0!¬Rpç´ÖŸŒ
 dh!:²0  Á    b  ÄÉVC£'G#G¯¿  a%FŒã  '  Ñ˜    ‡¹±H†wÄG
uÉÆJQ.5*-u D:  ÄÈ¦Ë²&¡ð{¦""Ç,
4
ŽH0D1Î  Ý¦  ‰  \\0^!¢a=×6  e@9˜r
    qæÕ-ó,š    Xã~  >ÒÂ
è    ...'=³qB  H  Šx  yÇå        é¡üCÖí4ï¦Ó        ûÆƒAëza  ž1/2 Ðt  3¨XŒ  ðƒLø%U/¤âŸ
A¦Ÿ×Ò
Ðh4û¬"Ó¨i  1/4F¯£1/2í        7{#?Ñ/h  -Á  ù
;y  vš#ç¿  v˜Aÿ¨A÷8{íª
ûT-"#u  ˆÝÂèZþë-&¨ùè-k'ÍÝk"áí  ˜{i0@òt¨ÿ#°¡<&Í  Q
•  çèäÿ  Ö¤YÜœß"CO,‡#¿P  æ  ý¤N  ¨ü  g#ú%Í  Ý´  ¡t  (tm);.0  "þNŒÎ¨÷  '~,
ß^ô  tŸ3/4    ÿT)6"ëOÒi6-ý%6  M  ŽZ(‹peƒ%B'a  ¹  nÐzjÓj1/27        ,  Û"'8NÈø  m  ÐÝi
T
1/2ºnš(r)šÖšé1/2ê¯þê(r)  Õþ1/27^ý==¤òèÜ- ¥fv8°_" "ïWN•ét•ÂìëõzWI×¯þ¯ª(r)Ÿú¤1/2wWVÛªükI
ÿÛÿl÷ë
×1/4ŽnB[M"J¿Mún  ºë}ô›ýwûk"é  ÿ__¥n/1/2-~3/4ÛÚ´ÿ×WOM^ûa§ôÜ  n^a"Ÿ"ú§]]µún"úm*IÇîžú÷
ýzo-¨šÿ§ý‡§ý>øÝ5    éé"BÕëÿ§"b¿ÿ÷"¨ï×ÿ÷ÿÿëÂ÷è]6"×
ˆØOÿU1/2Gê-öÂÚþ¨öÿoÚé  T×t¨-m  01/2wUú  ¡ö3/4j
õ_öÝ{!RJ@Ç_ÅÑ.  "{5...û"ÿj‡z×  g‡ÿÇ¿  ÷f°"  V
þýë"ÿÿY@¿ÿ×ðj  ïÿ:  þC
>¿¿}ÕÞõ¨ÚëÖ¿n²@.ø^ô¿  ÖÝ+Âÿ²
¯¯þ  z!ã¯...[_  ï÷  ŽÛI_þÿï*ß\,š  ÿïÿkÑ7}ÍU3/4¨Bç¦ÑbÖ¨þ  º  "ÿîøøÃl"    ÿUÿ3/4¯É"1/2¦,êéü›•
(c)k-_"¯÷  BB,þ(c)×ûÿB?ö‰#ô3/4"_ƒw$Ž1/2ô)H"õú"Îÿû´4šÖ÷f  ,  ô"ßT÷èŒÿ¨¤(tm)zÿÿßmn ¿ÿÿò
¸^úí¶‰  "  DÈ¯ß  w÷ôû÷]Ý^ô
ø_ß  ôÿÿV(c)?~˜Ÿ÷x7    Ký-h.1/2]/ÿK}¥wÿÿn  7u¥ëw¥µ×  1/2ëÿ¯çW_Ý_¥Ù
Þ¿"=1/2§ÿ  G÷³-×gO¦Ó-í÷*[îu  [çGgUM*¶u]=    oÒûÖëzÿÿþîÞ-/^öö×ÿM'(r)ðƒ~ÓZ^í~"_¨ãµ¥1/2_Ð
5¿óízj;"ïU[M~û"öÖ¨ûÖîµKW¿þÿ'{_§¿_z×Ý7¶•    ÷¶•6ŸköÛ§UII4-}µ°µÕÖ¨ö¶ûÚí...Û"I  Û]+
(r)h"ØkêßŸ¯t¬$OØ]"K  í/
3/4Ú_ÃIßµ¶ÕÕö  Á...1/2¿]†"×V›"ða='GL01/2÷Ã    C[
é  Úö¶-ý¯†¯¦  faz
  _"ÛV  M7"æ
}Ø¨¿m"ã^iH  øØþEÄük÷  Ç±LS  ±±Li"È  Ã  ¸0V×"á,3/4*  qx...1/4WÈ-Ø2âÁ,I7ìWìU5QìII¿¦A
È<  "1/40·öC
îC  V˜JÚý5!¨ë°^¬I3/4Du"
"ZØ"w

1[

ëMûb˜Õïkö"îC  nš3/4ÃNëÿÖÂëV·a·†  a[·J  L
Á'OÝ"  í÷  ]ífïì&°Â1/40¿Zi""1/2µêÂwÚ1/40˜&1/2ª  KÐ‹â"  !(ˆdgƒ  Âì,  ÁPˆ‚a  HaC}ü4¬  m6ë†
  ða  °ÁB  Â,
  ÂHÖ‡
  G†Ž-q
  4 Á  ^^^  ^^^^^8^^    †  [B  `ÜDDDD•
f'Ê    D  ¶HRØ  â:Ij(c)h›    å£  h  ªÔ+  1ÿÿ3ÿÿÿÿÿÿÿæBÈŽ‹:|¯eqTg  Lì±  s$
·‹E  Ù[;)  ð(c)çe,'h4
NÊÏdÑ(tm)V"²&È3/4haBùÝ¸_îI  (r)U  Ú"ÞvR,å^Ñ%ëZUõþ,"uåcÃÂ(r)ª  ð1/2Hö
Ö¿Ú"s²"
"#¯"ë÷'@_WþÖ'...uàßUÿï×ý  §*T3/4œnÿ¬hV3/4ï  kÇßõÿmíoÿß  ¿vÿú¯Õê3/4µýj¹*mU÷vuÉ"Mlìr#s'
  R
  œ  Ù  ",ˆ0š  ÆAùH  d˜#VK  O  "_È  RÆú  (
syvD¬  Ù  @Î¡
Ã'aÐ"  &Ä:ˆ  ...HKI@rD}œ  $&    DÔÃ  As  Hw"ü&u
>lP^p2  0ná  @Áá    ‡.î‰Hu    Ð&U...7  Ç  ÐÂ  C  ˆ¶q'  ûxL  ÓÕ  4Á  ó
ÌÂ"-ž    R  "-  4ðž°z"èza  âÕ    k¦†žÝ,zhi²~š¦A,`  "Á  M,¥"
>
ÓNÓÐhmD0ƒ_3/4Ð/÷ôþäo˜ìðÓNG  ÓÝ  ôGoî-P¶¶¡ì Ú~ƒAýdwD1/23/4ƒDýÒÎ94  ˆãÚr!wÈ£ý'Ÿ"9Cž
/OD|þ'tÈ(tm)'Û(äL¢tr    CôNŽK3  X@  ý  æÐæ  Ñ--µ  "Û  qký    §äY´JzsîNŒ]  ü
r¢'{'ÌÈ1/4-‰  ò'0k3"]úa7õ"Â
  M¬  ÚM¤ÛZÚ  6,
·Ó÷
  ´í  Â
íí¹  /  ÉíS    Sh'áutßOÂ
  ›T  zu"§á?ýÖ"ÿÂ-&î  ÓtÚ[×Ó}RWþ,ÐM$ëÒ
¦È7#¦›k
ŽŒ  ›{ßIµô1/2/kai}zûO  ö°ÿÓ
¦è;î"¥ýôÝ4.Ø5^•´ûu"î  ...]iw˜ÝÕ...ÓÓ,ÿÖi_°÷Míj•ÿn  Uÿéu-_Ð  W_w‹ý^-O·¥ÐowÐ´-B¿Wxú_õ‹¿Ð"
]  W,  OúO  ~û  ÷·.1/2  3/4ÿ}~1/4+Á~õ"Poýî÷ªÖÐ]¯ïë˜þú¤ž¿\‰  ôÈáV¬
È 3/4´  jéZ¯1/2î~  ?ý\    cþ"ð_"5...3/4ú-1/2ÿ¯÷ÿ~‹¯
u  ""€3/4L  ‹,  V*÷z‹¤ò0KÈ&Óÿ1/2  D3P¯  CûÛ@/í}Þ¶(c)mý}ßu~  1/2ð\/'  _¿¯oýZS
?§u þ˜ÃÁ  þõ"  ÿt  •kÿêûÿö¶"kÂ
ýž¦î  Ž‚[ö    ÿUï÷  ðÕ_ýØx@˜îû[°¯ö˜ xÛ1/2ÿuk  þ°é×?"7DY"ã"è‹N˜ªú!1-  íÔ‹eWi°ª#ûNõÿ(c)
¢  ‹Šç×¿¢  ?è‰ÿûé‹8Oï~ÿû    jªø/DÈøDgOwÝïÈ'ÚÕ  ú(r)Ÿßƒè'‹Ê:ú$Šÿ,=  ÷ïÖÿëêé¯Â[ÿ...ð¯¯W-
}zÿvòÈÿÒs£ÿðo"¿"ü%  Ò[ÿêþ¿÷WßWÞÈnªÛ:ú¤°¯Â"{Ývé-ÿIÿo  ÿéwß¿V¿×÷ý1/2?z¯÷ÿöu  ÿÃëÿõ°
KTÿîêz-t1/21/2_×1/4ˆ¿êÎ†ú¯ÕÚ_  ÿ_  ÚO÷ìuõ¨ëö-ßýw(r)Ûî¿ßÿ¨éÿ¨ëö¨ëJBöß1/2ý+_Õ  þãö¿ÓÕµõµMu
û[[
  Ú  -ðÕïb-'úÝ
,0¿múÐ"kj¯¶-k¶¦-×þö¸]†ª¨é(r)ƒI°"}-î¥ka{
y›3/4"V  _
...^-R^-íÂ·˜tí...í&  ·êŸixOø  µªÒ†  `ÂMSi6ÚÃI´¡"ý†"jÇ
Ž"l/¶¬WPÒÐ÷a¯á¥¤Á,QH8i².  J9  û
  ²?ipÁ{_?ýˆQìKi†*
B
ƒ    ˜-úØ¦9  ÝÁÈ.ïé
ö6÷b µ¢'Èø'  ±M{Å;
‰Ÿ±A÷ã‹  bIý  ý4È;ê-xV...SUwÓ!ÐÂ·

wá  x~È#Ù     ªù    ÄI  ƒí5ê  `°í"ÈHß²  -  Õþßí8a0"
'ö  É¸A"
  ]    J  &-,ÿ"Õ~5[†  mêÂmôÂ
/zam8vš  -a[Ëu°A-:
/[L¡Á   ^^h0TÐe9BÄËP^"D    ...†Ã  Â
  ë  ~öÃ
"‰  Å""tb  ("A,  )^   Žz                         ÄDCT"!...        ÇQ  Öv°ý¤Ú]l.(c)'GÛ   ª
°¸`¸ÇþYIT  ÿÿÿÿÿÿÿöÒ-(tm)  2&d-  Èðª÷Ú±M¢ªÈ7fDÙd    "ë
[¬fŒ!  ¤MÍ×uÒ'ä#¯§
  õõ
¯ÿ1/2Um  (tm)mÒ1/4-¿×"  µ
Ö  ,qU-
ÓŽ=µŸëë¯ÿ"~v¶Šâfd'[ýÛì
u)  -<ƒdfRÇd  R  6!¬^`¦
óa
"  M  ¨  EL´  èAÎ']'H.  A†¨¸$  ‰(c)
  ã΅+Gs$'±çA
pÔÚLŒd†Pñ¸  ,lذا  #S'D|ÒÌ  0e8...  ÏFÁ
°@Ðog(tm)±  pƒÎ  ÐÁ  Ó  0  ö     ;   :@Â!1¡¨=3 }0@Ð8  "  B2AêlCPJ ðD  óìÀKÌ  ]Ý  Ðz
  v¡    "0ÍF  0ƒU°L  ká    Cè"'Â
?^ô  ÓI Âl^šwI(r)ƒ3/4°¯ì^Ý  úÝþšzh  ÐAÚÒh7ûN>-5~âÓ"ÇÅ§  ¬G%î  Z
4äñéÕ¬Zy  Ý§ö¿ÒÚ'"3/4/~ØâÕdt¥¢^Ñ  ë'Û"þ²sÈ¿D|Â  ä_rsÈQîê"r      Ž  y  ò9Ñ9Ù
"(c)A  0dΓGÁ¶¯h¨ïA1/2  ŸŒÒâ(ä  Ò'î]  ‰"K  ¤‰ô`h"  2   %85(tm)1/2  Ã@
äNh  m  íÒMÓÂ  éÒ  #Ý¦  ûÓÓÐm*  t  ví)  ðF‡§éù  ßŠDí'ú
-      ÐMî,  $¬  zmwái?  7Moé<÷¦á7×]6Úï¥Ó×WUÿ
úá]^ÒÔo(r)õ--/n›H=-;Âm'  é÷ê'n  ¨ÿWë^3/4¡V=té;"t:§Ó  ƒëÿ  þþ  %âÓ
›zI°úñõÕ_]é~7OB×Öbôÿ"1/4   [_ãÂþÙÝTé}è_kW÷(tm)é
×¿-u_Öß]þãÿ]ê*ô3/4Úþ  a×× õûNé}{~õ×  í[è  ÖÚZoÞ¿J1/2/  öÕZë?  þ     µÿTS"Ûû1/4"
È@:Wö-ÿð¿Ö·ÒDV
°ú¿-{íÖ#¢8/úäHUw¢œ/ÔGù0  ¿^(tm)@/  Ç' I
'^ÿö1/2y¯?÷ûïš,Áü  p  L¸/û¿×  "ïd¨;÷
Úï¸ûivá  ×  ÛÿûWÖ~í"  ÿ(r)ÿé¸°×  ‡Q÷÷_Ý}P/ê  ÿè-ÿøD  öÿ"AÇAƒÞµz]¯"...ÿ×µè  2
  §_ú×ü†wKµá  qé{A  ñþMΐí  öÿµõ'Ôþú!q    ýú÷ÝÝÖ  ‡Ïï3/4ÿª!m  ÿ"_(r)"vùj-  è...ë{j^úM
°$...ÿî  ó  hŒèŒÆ  3/4Ò  ö3/4Ú¯žÿ÷ôú"û5%o¦"Y¥"ÿ§J-×þ¨Ì_TL  _¸
-"þ"N3/43/4(c)  Áö·{ÿÿë  "ÿ_ð%o¢Aª47×ý  ¦ÿ\  ÿõþtwOp"ß3/4'3/4þV  ÓÝ]/UÖÕ°ÿí÷Ößß*û  3/4æ1/2
  °öz¯ïÎ(r)úÿ°nªÿs"õ÷ëz°ÿ~Ÿu¿Ó3/4÷Ög  1/2/  ßö    ]{-  ÿ¡µ¿øþ¿ÿW§ÿ_  ïªþ¿{÷Mv  û:;W:ÿ]íö¯Ö-
Û~3/4Úß1/2kíz×µÿékKÃV>žÒÚúÿéÕ  M×Â_ûí}wÚ"ÿ¬UïÝX]nÓÿ·°¿ö-...a~õM6¯á¥ÚÿÛWö  ÕûWt
¿µ¡š$ßßaa¥ØÚÚV  _PÃ3/4ÿ°ÿûïv°Ò¦  ^þÁí.Á  ûÞ-;ZÝ.  þÒ'ržÁ-  †  "p¬[PÉ‡3/4
  LWÛ  öüÏ3/4ûØé6*EñOK°ÖÃqßÈ¹§§†G  b¯'a5^û1/21Qoñ3/4Ä  Ýluü†#íõÕÿµr  ‡V×U±_d0íßõ
WØ'1/2¯cدØW}°(tm)  t*LƒÃd,](r)öš[ÚOÿ¶  ÿ°•¬0  ...]õ-  [Z(r)û  µm{
Ã_†  þ  M^¶Ö×°W  A,  H    4!¸þ‰  â"  !
  ‹a,8°×aPds†¯x%å
,pÁP†  °_†  aRL!    E",  ^^^^^   ^^^^Ž  @é/[B""""""""$I  Á  ^^^Ž";  ZU°1/4¨Ë  ÿ     áD  ÿÿÿÿÿÿ
  ÿþZ...9•qâ.!ö}  ‹Gc¹f@§d"  l;YdÍ¯8q-éä
7(tm)$^A  Ã#LŠ£  ¸Ëçkh¬3ìJTÎltÔô  #  ð"D-Õ]j§4¸}wým  ²(c)úöö¿
I_íêÿxZ§Ðÿä°¿÷rn`•ù  rc1/2+uö(c)|&ªÝÃÁÒC×ÉOÿ‹Ë"ëëpü  ÿÛ_oþ¸qª  (r)  j-^ÝB
/´ýµþët(c)í^áÿ(tm)Â÷"þêÎ†AL'#âÕ²h!/û
ìÕQA'qþ¹qÚ;  NùÚC"-sùØäEL¯GN$@ÊN\  ª·,  k  "  ¢ eøa  µ"

"0ˆˋ, £j 26 ê-Ò(
    uY ˆ€ɩ²%Æ ‡•(tm)zý2@B `Œ3 0Á RrJÉÄ# k     !Ÿ  ¬ÀCX¤3.0ˆr
òà ¨,Q8M:ü Â
&ƒìÄm5TÐ}h A§ª
;1/2 °† 0  ó6lE4
-ÕÓ[tÜ&õÒ áƒ     ý}    zh;Ó
Â
â=& L'ÅÓí&Ÿä4 OA&†ê 4
&ƒˊÜ ÿZ
8¥1/4 šÓA Ó¸‡Å Øîˆv"-¨"ÜŠ;"ôˆƒ‡ÈK·ë'<Ÿ8[È  ù ßHŽÚ%ßTGpœ7ÓTûê˚£¿Ñ,õ
Q,k%"KÝZëH°>DÊ$9Q43G%  î ›-JMÊ§';¶×
ðƒÐˉDs¢trÏÕ     á °²~  rshœÝE "Œs"÷è ðƒz¤ˊÜ¿h h&ù 1/4Žm rHMÔ
Ú O°Â -H(c)šdp‰i7N mÒþÒK[ /KL&éÒ1/2 O¶(tm)x¸. om'I´a_ª -ý-'dŽI ŸJÂI
H71/2;Å
°ƒ"zNÝ}ü&ê"š
ëZN(r)ïyÝ?é:OúTé<D*zz° M ÞŸÚõ¶J•ÚQÂ}R°o-¯...Õ?OÓÿÒˆ V5}. âøÞ 63/4:¤ÝuN" °O¥ª·÷
é·ú    +ÝØUôëôÿ}tÿMð^ã~ûvó> ß¿ |%÷,í†4=ï|'î"ýWÒP[¸¦*éë×·ÿãÞ¿ +AÃÝz§KÁaÈ-PÏû
7õ""ˊð×ê-[÷ª°÷ß
Õ‡õ1/2zõ3/4ý×õ&å3/4Ýƒd)
Ä]|ÿwzšƒ²!a`]\ Bk'G¤ò1ÿ"Ò
÷ÝÿÿeÄ
õQUì     ¿ õ (r)F |} mù
    Dk|tÞP
H!Nê¬"
`î/V †ý ¡ƒCMWþéqt-Ü´5nBèA(õ÷Ðí7ó
'ï† TÁ°{ß ê kíÐ,,ókn¬?d ä úw_ÿ-·Þá·V ?}W÷ü "öü  -1/2úôˆ\°úˊ- AÂ ä íw{†
¿6õ ÷ïJú{
(c)ƒ
9  ô-µï¢
h1/4'}ow‡
-OÖÝZ¢H BÂ÷ˆ^
    §ƒ ún•Ãt-é zÑ5oOdÝÝø6t
2Köîˆ%vY?¢ ¿2F-µšÅ#
"ôÿÂÈ,‡Ôè' 0tÚ^Ûwš": -"Ó õÚª(r)Ÿ
ƒn¿ª³¤U~‰'þ·µ ÁëJïš...†ÿÖ    }¶úM1/2 æ
Òúµûÿ"² Û¦ ˈF
ˆ;úß"o~"õáø|7ßV-ªnîßÂ·ÛÍOWµÜ-6ßõÿ×fµ{ÿwéƒ3/4jzú1/2 W ^°W1/2 o{Î-lõ:Ÿ¸ñùé×î"Lã÷ÖýÛ³
Ón(tm)"1/2 ï]µÚ é n›1/2³"¶"öþð}ÿ°Z1/2ûzOï{ß1/2µ-"(r)êÒÿl:mwÒ\ÛÝ -õ3/43/4þÝ¿n÷Hóþ×é]iw
_ÖëµovÕõÚ¶-× ÚÞ¿k}ûv¶"
ö×í/uÿ Ú_Ú_A"Vû[¥î×‡]¥ÿßj"Û
'TÖé{ZÛ
ê}°Ì € Ú¦¬4*m[VÃ¶ 1/21/2µ~žÒÛJÚú¶ ƒ}¶÷ÞÃ
þ×°Ö ×û
Ûi:o 4¬¦
    úé9 Ö"k°a&ÂØ/pÁ&>á"a+Xu~›
    ˆˋ,ßŠîÛ†"a(a(¯iá"-Šý°]'x3 ][
Šj;ýÚd-  þÄ(Ø(r)Ø¥ö!FÈ(r)¯ý6D¶ ï±êímû  Å?ÿ±[Uè_Çí°(c)¦ ÿÂÚˈïI¦C am´
    o`¢ƒ

ß
~¶ "
m[a4
ûû[ ?d1 v î
& 0" " C Ó XA,°Ö!,
'ì0ƒL*ýÚþ ü5m"l&¨0-îö°`"Ã
"àÂ¨B Á `"q â"
! e#¥, `š
.›°Z Uq Pa `ˆŒA¦ â Él
µƒ·§ %ñöQi{U ± ·¥º["¨*Y_ ¶¶Ò1/2laãÎëQÿÿÿÿÿÿÿÿ+†g ¹ Ê‡ £°Ñ
zíW¯"Âöôªºãýß¿¯Ì"î›Ú;WÂ"TE jld†P26 Çeòã0‰Å
Ùäx`ˆ" Ym N ý Â ˆã C@Ða
}P~á{AÞ z]§¥Dvþ "NG-Ö8´Gmú Ú%7Û"cÑ>s#"œÔ'7È1/2@›o¤Ü'ê
ôƒjæ H7#:m JúOÝ=SªzÓÔ'Û~"
ÿ¯Õ'§Ký.ëB?ïâ5(r)ÛU°ˆé¿ßõv÷1/2uè=Ö _úƒ ƒ×~"7-× aÿ(r)B‰1/2ôýâ;^UƒwÁ,þý(r)ÿ_¯
0ˆ#ïÒ÷úè‡ Ýa†ˆOUíô³ ¯ Š ÕÑ¨"$‡ú^ý÷:L ÿVF
÷ßvõ´Òú"Ã×ÿ^çY¿Õ}þÿõ÷Zzïÿß<õ[ÛKÖëJê"Ó¯î¿kíÚ±á¤Ú}¯möµ°Öúm*!" ...ÿ"J [¶ UJÁ,]ØQÿ
1/4 qXäL"à(r)ÝŠ~ d0ûý6!H<?jþ"°ƒ
ÿ÷anì á¯‹ ÄC !v‰
N"ã é}A)d %¯¬ ÿÿÿÿÿÿü² ¨þE" ÿÿÿÿÿÿÿÿÿÿÿÿÿÿùf E3/4 AØ)•P #1/4¥¡Q lª(tm)ôJ"
A í;D
ì(r)B A(c)Ù
v';C# 'qNÍ º
ÃØ ¬8" , ùÙI(c)Ù"ƒ1/2u1/2?3/4õ ×é%ëþû^F;ÚÉžÕ=
ÿ¢b dô1/2A K[
tGo Dö³^3/4¤ôô
í´ k¯Aºþ°×t= ýý7OßÓ†PkÇ¡÷ª~ ëï¿üu ëîû÷ýÿÓ¤ëW÷ù
'› Qª:2( ^JMþóÙ
5R[ý!¯;¤BììX³º1 )vq'~}"è†!ó >!¬.Ndáï( ƒ ;É !ê"$ý(DZˆ]Aä˜...8G:
Œ ' uóìÀ...8§F "PO
²% ÔŽ¬ÀÉ
œ I öZ R
²00fŒØ€ƒðˆJ êP-/ÛPƒ =B ÐuÂÂ
0ƒ÷1/4 Â ... a
, 3aÍ "ãý{h0O
á ˆ'ƒÔ"
Â Âjƒ =
CMtÿB"1/2 Ÿ" v'
4ýi‹UN ÃOA" óò]Å â ãÓMWO ñat º
}ÓDÿ¥%ÝdQý¦ˆ°Ñ/iÿÚhŽÒiéÈƒ1/24>`EÚ'q
î1/2x‹"›ÞGn- ýÉfEæˆáü-YPX-) És¦ô A÷DèÑ"h$ áZ'G"...' '<
ò~Ñ)1/2 ö‰Ï ]">aw Ö nKÜŽjÙ Ù›D1/2Èã! ...ö s6¡
ÈLh Ü‰øAè:
ê Ç(r) 6"z×ô xªz
¡÷P"' é:A¸O ƒ¤ç¡" 'Í
Kn›A<&úw¦è`ƒ]~Ól'ö- Õ7AÕÒoºZ"þ ¿ 3/4'nú1/2l -
¯ºzÒo""´¸@ù Ÿôé7ßZ¤õM:1/2===<"""ÚVþü28 ¨|tªþÛ¨Tô0Ÿx tž1/2...3/4'Äêý Õð›¯ö›ªëêÝ¦¨{TºÇ
K]ú -âºý!¯ªáW}ü&±÷ÆŸÒètº-:ëêû û-wÿuíVé{~"k_l= ~"|/ƒWúßøk}

3/4ïM÷-é·úªoKiz  ýíÁvë"ÿ1/2àª¹  -    }"Áytü‡"1/2AVD
"  ûOÖ×µk¯¥ë}}¯Vu
þõ  0÷ýjl  ødp]˜¯jA    ÉpO^ü  [aÇÜ(tm)SSP~ä9  ÐÒÔðð×-~ÿû  {ÿÐ'º-d¯/ÕûÇè|°-[
`ŸþÃÜ¨ïÚÝ
ôÁÿñ  ¨Dt¿þ÷ë¿vf  ýûÁ{"ÿÿ'  ÃÂ!äöð^é¿
?¥Õ/*ÿ1/2>Ÿaÿþ´3/4þú!ïûê°|Õ  ÿoßd0òNÐ/æI‡~t

€{û  ,FºaÉŽg;œ?ëÒ°õÿÞßÕ7]  f•uÝ  iíÿ(tm)'"þŠqjäÑû]¿)Å¯¥  Èè¯  á    3(ò|UtýÛÓ×ÿ_1/2/Á>ÿòÃ
ßTêþ×ú  gMÅþ1/2"
ý~è  ù    ;ïhw¶•_˜úéêÿ¥}þ(c)  zu  ÷]{kû  ºaøuü-ì8û  ¯ò×Û'ªÿÞ·ê•ÒÿÚÿMÿó_×vyûÖë  _·ç  lê
þÔ9ÈÕüÕ_í˜ë{Õn¿  Nû-°ëÖén¯³¡þ  owÿÃÕûOÛ²ö¿î
-^%os[^Óý³(c)þÿ´µ  ýÕµtŸÕ{uï[ÿKý‡Jû-ûßa[-Ý¯¯†-Õ°ö›ú_N1/2î"
iðÕ¿*¿O]{_µü/*¹¿kf  á¤éw...µ×[µ†(r)",Œš"<a_á[Iªa(r)ÃXiwÛÛòœÜ.-"1/2  m&¯í4é†-Ã_°¶"h/Òî(c)
†"‹  "
                >Û
%!(0µ      ûjÃN  ¶"kk¶  Ââ  "‰j
+
×(r)Ã]þ
Ž  ü01/21û  !Ç°Âû    é=  ŠÛ
KvÈ;â-Ø ÆÅ]    S  G  +'
            ^W
(}ÕØ...  Å{ÓìÐºö$qDL±]Èb1/4Bb1/2  ôáWûXjí¶škýd  xd,8¶>
Ša,Úö¡5ÚÚí%~Õ1/2°µ
_²  òÜ&1/2...(r)á ÁmÀØ-...[°˜A..._{WJ  am        ·c†  ¯j["Áu  Ókí-"
ØM{        ¥
&
Â§Å,dµš  2d"Â  ƒ  ,  Ì9¶$E4
    ÂpÁ2  øÐƒ#    Á  °B8d"1/4
gP"éá""'"BB&´!ÄDDDDDDDDZ  L`\F"DDDDDG      õ  ×[×  ÿ-U...ÿÿÿÿÿÿÿÿæI  3/4ÎÕ
ÿ"  îÿ
-¸éýí¤  "áMC)Ä*#...\a    0ƒ';    é;A¦úzTEpäñ!^(r)  °T    A  ¢s¢gò&hU_{tß          ²Ê%á
  ·›IúqÂÝÆ ªúnÁW
ÇúJ1/2Ãƒÿ".  y
i'À  Úá†"ç!Î=Sÿ°Ù
~(c)(r)  ðÛ
(r)î-ùÔ@nb  íô  :"ý+Þ¤  #    ¿z¶Û¶  Í_Ýý3  7'×
Ûú†í+áµi%÷ßmum  -ÚV"  †•ùò"l0"  a&  p›ï[b(c)  ^Z-]Ú
0šßø°˜&    §ñ    †  ^^Ä  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"hQÿÿÿÿÿÿÿÿÿ•Ç‰¸Q'ñ$3Ì"
@ÃaÚÃ-Â£#G;&2!  ¢L¡'qNÍ  _|  •ëJs8f\Ôþr"  @Ú-#²OoŏŽZZ;J·O
Â  }5ëÚeŠ4Ö'×é*Þ1/2/úiÌ'<  Õ¥éÚ  ö¿¢{ÿÿCÐ"  ëµûøW.mxUÃ_îÕCÅÇÔ£Ö"3/4=
môÝðý6Æ"}(r)×}ïõ×÷úwtó%ôù
dº ÆK³S?    ""C:¢ RM  ²œ[ A  ;²U  7ö•GüÏ<Éb3&´&I  ÊLíÂ  p uf  D  ŸgB$  V    Ð(@Â
ØL`˜žf  83    f  ÉØ"  %O3ÌØ^J  du  D        ã.  ¢1WzöT  D%DM  "  Pg  ±
Å!^ta  `üJdz†|B>q"B  N  †  40@Â  ÐD0D  Ž  ,Ozh  a  Õ7Ô&ž¯A¶  Ó  ðƒ1/4 Â
  E e  ï¯"1/2&  =
á
  ž  Ó
  àð  ºiÒ

8î´ÿM4  {  wPÓ^hŽÚÈ(r)âÇ‹
Å§  "-#ÏW]±iÇÅá8õO1/28"µY  í;TäAZ¢Sr~åÏ%~Eæþ^ó.nEÊ    3':d$v$ï!aÉ{j"ö  "
ºR/  ^¶ÿäÝÔE¢\÷D}˜Lö$‡hœð  ´KÞè-³K   Pm  é6, Aßá  Ðz
×i<  7Ëø  pMÂ
  K1Ü-?PàÒî  Aäs{#öfÒ3)   ¸Bv  s7ÂnEö·#›A<  Ú  ¿A
"  I=1/2ÐO×§ÂÔéé7_^,k"Ú\(tm)  A
¬lBê  "§Õ~›jfN"ë
¸[OO¿p›(r)›â¨=-jý7}.ãO_O^ÓON¿ºOy  Øké´¸¯a>  z²uý^  .°°u{éó  v45}SzÕk^ö7·þÕ7TµÕ+Aÿ¤õ¿oÿ
VÂþºÇ"ÏUÿØø/á×ý#F‡oÕ:Ú¯ýë¨-í6  }Ó  ºÚKW[âûííû1/2-´þ×´/48=ÿ"1/2(?ÞÈ¨¨  _kõúy>ôôß*ý÷¿...
ýz  öü¬üí¸mƒd l£_úÒ#    äï^Fƒõÿæ µ¨ý  }÷éîõü¬Ö  ×~Ê@zûÞÎ ÿ  Ñ"ù  8<¯1/2ó¨;  ",1/2ûþP
{"á+1/26-(r)1/2éR1/2ó·¨  -¿@1/2mW¯PuL†  C  ¿u1/4  d0^Ÿá>1/2zpJû$  /Z¿_õÝÚµïX.ï1/2¢  ÿïÿ~÷
ƒ¨Þÿþ    x7µú!sÿ}¬‡‡^
ï-ÿûß§_ïÑ    _,{¿Oþ1/2¿
‡-¯íÕè"è=.ª‰o¢*ÿá  Oý  öê(c)îšoÿkMÿÿ"3õkK"F1/26¹y4›oÍb"â¿ßê‰"D
oú
¿ëí  _Ñ  ÕÃ°Û×ÿ1/2¥ßýÁ~Ÿv-  V-ì%-Ôƒ¨ÿ×ÝAeEVÝz}u  M  ¢HÿuôÕþ3/4÷ÿéw  ázýmÿöÚí"_¿þ
gß_¥¿ßúUü  ô1/2÷{¯]×^ý  ×¯Ý"¯5?ÍO"o=fÞƒ:ý_¦žßkýßÿÿ  þþ"ôµ-õúÿ"]¶"ÿ3/4
m}1/2í"_ÿþ6
{(r)ÿ1/2k¯ÒÒ¿ÿÞéŽ·Bÿ  _Ôê  ¢Wízÿµ]¶Òµom-íÿu]†--_  ~¿-öÒÒÕ÷µï§Û_øa{aªí...÷[VÒû\Ð÷´¡Òi6-Õ
=...†"Õ">p¯ÿØI´ÿÒí¤ÄHÑºÒmm.¶÷m+¿p"¶-v  Ø5ƒJ×ÙA[ö  0I°¡†
A...Öô°¬k±Yu  ×ÿôÂ{Û    ø0I°"!-...6  1/2~  _ñl  "  %ñ-ß±ÅA¯    ìoîÂ1QLVÞîÄ*p3/4¢Ù
‡ßúS  oäLÃ  ìTS±TÅ  (r)Å  ²
ö)ö¿d;è1
ë^ØL&šµý¬5v  [
¿û²î¯2ôµÔM+
Lp¯_î_¡}´"MûV‰¿A...v  JêÛL  Â`¶†šal-dÆXAuÿ-á0Oz²  ‡Ø  ÂpÂ  Âk¯]...¯È°L  á'O¦  Z
    )!  ÜDDIv""  5Ââ#†  EC°D}...ñ  }^³II  X¤DD8^^^^^â#B"""1q    úÿÂ_î-UÆëþ#ÿÿÿÿÿÿÿÿòÔ†
vªd"&á¢d'-ú-ÐÎá  ok†w(c)ìíM  <¯  ~´(r)Œ¦

"Ù  |.vkÿöL"{x  U×ëéi~  ×õûÿÛ"Ð?î×ÿÿ-¨ü°ŸQ¡ÿé÷Ú¿
B}ÿ]-}ý  Å}}û  Óÿÿó°hª¯ b    !' HqÁHÓ"  £Éqæ²#  Ó0/  ÌœyÑ  ^3/4d'šŒ¢52DD
h  ƒfy :gQ  cefÈ...  ¨9Dtdá
bç  §    ›  Î  <À   A¦ $Ã"  "

²      0Â   ÌÙÕùæƒ
Ô  '"p¤†(tm)ÐŽŒÙÃ¢  ¿<Â
i    @ìÛ  "Š

0i§"  Ô  a
xA"-  0ƒÓ  4øˆïM  ƒm5Ð5Bî¡~  `ƒÒ  ?' m
ØA  B  Ä%lÀ"`BAš  ÿ    êƒ  >Å  O¶*! ÓOí;M8´Ð  ¡ÃA"KœCM  ßA¢+†é¢›²%1/2`Ö>ô
)ðƒA z`FÐkâÛi  ˆ£Û    ÈÝØAÿ¦ˆïè-4  \"wÅ  rW'z%oMÐm'1Iý
5DêâÒ
³"£,x  Ûô1/4œÃDqÒDG~ˆß(r)°°Â
8†  ¤?"cÕ  ç.lD3/4    ~2èJnE  Gí  àÑ.pE
ð›Dé'2  3¹  Ú´ :  ->"ðž  6,nÿ-'ÒoznêÕdÎž  ÚRg~,    E( m"ì•¹  Ü"  Úú
ü  ôÿÓ{ôðTÚ    ´  uý'Já  éá?ÓÂn›V÷Û î  z3/4  /Ýs@ÿ6-U[è´...,I6,
" " "

Ë?-O...ê"jûT   ôÝB
¤-(r)Ÿêê<.›"IÒ}ë...×õj•õUtô÷Å{ý¤"¯  7ÅWWM´é6êþžê-Úú¯i'þ  /ë±/÷V¶‡ú÷VëÅ}ß  éÿß...I[Ž,(r)µê(
c)Óéêô-›i¶(c):  "Ž  }  ^Õý  Ý_O¶•ßŸïö¯Ý]Â(r)žô        w!³M´)^é}W¯-Ûî"öþÒ3/4ëƒO(r)  Ð.´Ùp^
¡0vh"t1/2i³ÝÓ,ë1/25úz¥{ú¡·ïïý¬^"#  ×ê·r6  Ù  Ý  x?šÃï°  pq  Ç¬ïyu&9Õï'*  &  "/,8þN  öë  µÕ
mbä8{ó ?õmÙ¢ÂDÀa3/4Aè?<¬†
ªý  ô  ]÷úÐû²  †Kƒô"Gå
\^9Z
Ü^  Rû¿JÁô(r)
ÿèt
•0w¯Ø-?ýáƒu×ªk§¯Õ‡
ê  =þ  wb
>È¨ïßí¿
>ôÂ  þý"D  þ
ûÕè‡1/2ïÈPb|6‹'D  "Û¢aßÿƒ
N(,GÿµØ  š  ß(r)¤  ‚}>^³ÿZÕ^Ÿ":...ŽF  å"ôF~š}u  ¯³+"
¿´¿Á°ÐúÔš"°íAƒ  £¯  ƒ¿ê¿"0¯¿DÈÿï2Œš>F
bžþ  }WþD‡_1/2ºN"wý  á´L  µ¤þ  ‚È³ÿÿºP~3/4·  ´·@¿
ú  ûí×w‡µó£Z"ö"ï
Ï,[ÿ"å8¯ª&G"ºþíÿÖ1/2uöC?÷÷þ¿K³¡¹Ðêß:  ÙÕû°Î...T  ZÝ?í¯_öü?é{õ÷":  Êži  ×÷:3/4•u=m  o³¡ý-àŠ
z·ÿDa"tÓíúÕßwUzž}zÚ¶t=Ûè=ß
õïÆúÚíê¯  íWúýj×úí÷Â  [IÖÒ÷NÕuµÛVÖÂQü5ûn"ÿÞÔýçCëþ¿Õ"Ó}"ûkwL=†¶*Ã_Õ¿ð(c)¨¶"
+'"K´-%n¡"(r)š1/2Òzþ×
kªm...öÕÕ}"ÝÛÚPÿml"¶--ªua\-"kµ
/Ã
   kiCJ
¸  6°Âì4›IØ0¬0N  Jê¡¥
xv°¨°ÒÛ  u  ûI×µ×"
&ÂR.XàÌ
NÁ.D´á&Á&.6D"Á"µa,^Ä·pË‰!-  |+¸|+b¢¤\  ÅE5vÅ0Â[¶
Ä›á¥¥þÂM"¡...3V•¨k  Ø¨(r)¶$cÙ  ...qLlS!‡ìBŠÝŠúØ,#ÑT  ^  Mn  Ã       °ëðÂŠî$Þö
WnÀC      E"‰
%av  ZÿM7a  ¯a7µp¡5
d  -=Û
 ÂØ\·  0ƒ
Z
   Á0¶ƒ
¥ÂkÚkm-"•ul(¨‡£bgkÖƒM{        Â§
*-è4Â
!k
   d"J†  àÁ_j¶  0C  A'.  A"AÁÁ-°(Ð†
          Ã  !"¶ÛM    Â-Ã!_  M

°$*"Ð`†  C#.e#)...B""""""""#B"
¡ÊX  ÁB  "  ÁT·  Á{\DDq              N"2r...É¿,e‚"Ò_×ûRÍ%  "ƒ.#¤ðÄ*¯T7
   Ê7  ÄZ  ÿÿÿÿÿÿÿü›*¨Ï†È›
e1/2L‹3*â
   ä^#£°lËÑ:...)y2³à\ìX9  DÈÙö|ÓÉ lÐ'  ƒ/k
3²    ÙØ¢êŽõß3/4

:Ö 1/4 ß_n¡ÖOc1/2o^"×ÓÓð(c) !ü íÕW²Ü-=--1/2Ùß±åìi&3/4?â-ðzÕ rßþïMôþþ·_ýkþýoÒ"o¹Ý
÷ý¿2P¿óµv•(c)Ôd(B¢)ÅR ³3:ä HÀ 3 ¤-ªld
íž (tm)˜Rœè É Ù
Q:ç d •5âEA-
,:ç(tm)C:µ53 "
dáì'G Ô ×# j
SŠh
@Ê a
"ža 0ˆ'†j 3 Ú
, ¤ " † ~ˆzˆ£ š"9Ò ¥Î ó'Q* ?°@ô"²í ç•l†Õ C§
&è0žš ÚÓ†› Ðv...õ(r)'iè Ÿ ÿÂa 3F ‰Q % t
ØAë Þ(r)+¤ýÝ°šöša
Kh_¦Æ h-U ¶ ä$7_ à×Jý8-SA¦÷ h7 4-E;ŽûþÑ vÎ9a:Å¢7úhŸîE¡9Ñ:6Ñ?hŸéeÑ
› Lá rW`ƒÝ_
ž] ÖNoäýÈ¡)"?hˆ;DpÕ s"Ó i¬ÈÄ‰{'mH3/4î¹ ¢tƒÿ!]Á N‰ÍÓhœÙ¥MÐy Ú =
nFtðœ: 6 ÐmúJHöÒô
ë &áZÂn]( > ‡‹DwDwDæö,n ÂÝ]"51/2Öm òã^GJ¿Ó"i7u¯^é=0(c)µµßt"JÖ Aöý^úz³
BMÓt aBnEû
Ð}SµOt"é7q ]=7VÂá=-W ëïë¦´-'jÿ< öõ " oŠ§],U¨A´žƒ÷Òn(c)Û]"öªŸ...×ûIŠMí‹
ÿ¦1/2_ þ*~*(c)Ôz t Ô*Ý,Ý¥kIë¦ û"ëýÇµýu1/4XD ~‡ýÿû×zµíköõÿ~
µ ¬[÷µÓ Ö-ÿ_
÷z1/2ÒnÐ1/2y ^ /ÿ_ÉÄÝ÷¨_pv"W ]‡é%¤ã·ý"Ýu(r)-ÌN·×Ô‹Y _ÈUOúßHk¡þö"-i š
ÃÝY äÎ ðvG ((r)ýp}[ªnë{ä>Ÿ÷ø¹ ¡
@öAË:ý µß×òÌ_ƒÊp_´>›êA 2R Uò&#!å›öÿ÷[ ¿õêÁ°k¶ ¿Úé×Õ}¿u¦
F</¿*áƒ°W~É€x?(r)´ÚõÐ`ÿézÃ
0v ÃD-ï÷"¹c'ëåÁB/ÿï`Ü& D>z_aû
Ä$CÇú*Á€Ãû×õþ-•koµ
ƒÉŽqÌž
"F~ÿizC} Þéj¹Û#èŒÿ-Oë Ë$!>¿"CŽSÁ‡ô¯ÛþóXFÝî×åêÊp€ð"r
p]¯÷û V×ªß_DA$Ü/·öß)Ä¤H‹ýÂ

öõÿþ ÿO} Ér%ÏÁþ-¿ªß@øuOZÞÞ î°¦1/2"ÁÝ...ÿH(tm)
-×ý'êÁÿÝ'UL>Þõþ1/2ý _^u6ïú¯OÛK1/2
þ¡":ëÿÂÃö"ºo_Ïíêº Ó¹ýó(c)¦fõNÚ3/4×Û[Ý1/25µo*z<ÚÛ(r)ÕÎ‡í3/4y ú¸ -ë¿O-c~õ-õ§¿Ï;
1/2WõK"÷ûi*¤ýÔV¶º j÷i{v"(r)"º~yýûö1/2µµöûíVßÕ -Úë{kkö•(r)Ã"
... †"u¶ë
-þÝ-í-/þ-¯a"¶×ïWõý[]¸jÝ7[jxØa?°¬5Õ† ƒ
[aXjƒKÝƒ ¬.ðÂÃ#...a¥Û°Òu†'¢µûK[¯ih0"KH0°Õ ðÁ} í&G- Y ƒ§ ØãWb˜¦EÁPabšö)ŠáÃ.
ÆÃ#"ûb ÂL2âIˆ
Øk}¯b¸(r)í Š`ö7vÒmŠˆLU±JÈ<?d;Ù -öÓ[ Ž1/2XU¶Ä ò
!{" Å+ c¿ ƒ" Ø...ß¯Ù {_ïUd+ý"ÓNÂÚûjÚ×h0°Ó!c&á}°ƒ
Ý"
*
_l& ¦ pÆÄ·¿arÝ5"[ Óköš] Á0N
Á0K !
Šƒ$ ¤ðg al µˆº"X! †
ÙCÃ Ða+ ü‡{VÂˆ`‡`± &1 `¸@â",!
ˆ8ˆˆˆˆˆˆˆâ"""""$ qÂ XTÁ4 (ˆâ"""":ˆq ¦

Ï"...ë  Ò¯T'XIIµa  •ÒÄiªÐÐê´Á  Òø^ÿÿÿÿÿÿÿÿ̀ùj  E¸  GRÎVd"Rµ(tm)  (tm)Ø°(;$3³G
ì  I'+"l...  @§  2  3ÍÕ:&œ=s±s_'tê'•Y(tm)ú¯¬6Ý'*#±ö"ìÈþ
"¿uÝ['^'
u"5ôÚD¤žÿÉ(tm)×"Óö¿'(A  è    U(r)"Þ^Ã¯ºZµã  VûÚ¯ÿ  %Þ"ÇZ  ß3/4ñé}=µ  ÿöÒëë¤Ì'×D,È  A'*
Ž  (D8  zä§*yO  ^‰ŠV-H³r    ÿ2'    !Šte:(  °8û"Œ¡"ŒÖ!    Ð  ò°D•"  5'  .R
(tm)  ÍŠ  3FN  gA  Î,`ªC    Ý(
¡
Y    <Î´ƒ:ŠC;t-Di  D5  3  Ñ¯  _ÿâ  (c)ælH<Øe  ÏH  a    -m(r)U...  ‡ÐŠ,Ã"Â!ô    ˜>  ié"  @ô
ÓOl  ōÐ0ƒ  0ƒôÂ
     mV  ¸'(Ð9  ¯ÈìèÈ0å9ŸÈaÉ  ›83¨3/4!è?  ;mC§H  §ï  a0@ý  ƒB  o}á4ÓbÂ§êžš}¦  ÿZ
?ÛT

ì  pðƒ  ƒù
•"[Õûéÿ
šr#¯uM?D¹§%m  ŽÖ$ÜMž_¹9Ñ    ;'yÉB}  Å'‹Ô"8rü4GnO  E¢_      3/4Ñ(ª
Nÿô(c)÷Ú
5Å
¬œÚÆfÖB
W  !ü-¯Nys(tm)±ý  Ç'îG  á
DèÐ@Ò  Ì(tm)P`€ÐD6,¸B  "ð‰ÏT    Ÿð"m  ð  ´  näYé¸OWH#B
Ú%:    e9tÝmº$å@hh    G#‡á;¤'  ¹œ;ª  ƒÐm'ÿ"
,t    ú°z¸A±á4Û-Óh&éÒ÷¥__AÕªⁿ̀êé¹éÍÝ  ÚN
oIP‡D"  ':¥"9=š÷Ôóíwð×_uúMíÁßÝ  ÚN-íĵôô-(r)"éµÒ·ªⁿ}"étßºN^îß"k  =  •øMÓ^ú}/"éÿô3/4;_þ--þ;ï
1/2µúB  ̧êÿµÁSãŠÖþ4ÿÿ*  Ó§KÓuw
ûö¨¿Ým|Î̂ê(r)ñ¿êÜî¯N(r)3/4ÿÛ‡  ]k¯1/4-"3/4ô1/2  ¯*...ÿ‡ý'Z§ö
ûûÕéîê<?ôÆ'Çv
     §ª´é+þÝõ...Ó
     ÷z{õ  Vàÿu-œ{^ÇÕázÿ"Jô¡Áp×ÿ  ÷û¿äè¿ßZå  4(r)  "Ô281ÿOî¯v¬  [§_Ý4÷í¥5  ÓÿÿÍa
Lù    ̧A  =Rúõd  îBÿ÷pÄnä9    ÿ_÷øä8o·È  µ',^°  ò€¸jÿ·Þ^a^6AÑü¯
ÿ¨Ôžÿ-Ø>"ÿÿ[Vƒ  Áÿÿ¿ÒÒ̀!Š}µ  @é´t
Vì...×Óp^  ý  ~×Â†
0ëðJ-Ã
Ó_ÿðßÿÿïÒƒ
    rCž  ¯ûûû{
?¥  V°  û  è÷ÐOöÿÕ¨D  Ønÿ
mVt
^1‹v3/4ÿ5  Bÿÿ¦  áÅ¸!úúÿ"  Š  öÚ"A  Ý"CÚ  a¯]  Ÿ·oÿú"Ò
L  ÿ  ...çIÞS^Î¯Úõk‡Õ~ÿ(r)Ýè-3X¿Ýߦ¿Á  H/îÒ"}tE§ðaý-  ^¿^þ²
^ØÿäÑ¶1/4ƒu(r)ý×ƒm  Îÿ×ìè}ö  -7ú£¡µ^ÿØ7]j‰  ÝDÃ÷šÂî"^ž""ïh,    ÿU    ûv¿]Î́ÿ×(r)ž¯Ööu  Ý
ZõÚí1/2÷è  ë
ë
zí×µ3/4ªéZ_1/2~÷ùÐõ=njm(r)¿(r)y"ý{}1/2´(r)Ãìó³oÿïû1/2ÿ:(tm)³ÿnžÿ_Ãko¯î1/2*ö:Láæ*Þ÷]ý/}ûÚ÷êô
~¿(r)(r)(r)Ÿì-]¯vß~1/2ú{_þ-ÿþ{úa+ÓÒ¿(r):×ÛÚÖ"mm]~ÒÂ*û[zÚÚô}...a(r)HöÛWN×K÷Iµm{]3/4ÿã
éÃ¯ÿï"'_~íZÓÛ¯O}´(r)ž~&ÚM"}¥Ò1/2CV  L:ö  Á,ÞšuÚL:é†¿Ã[AA,í(r)ØJÒÿí8{...î̂-ÃKµÛ[ª  l%a
Xiⁿ°"Ü%
Xk    ÐPÂ°ÒîÒá¯  ^L0K¶
     †  L·Ûm†"  q°ÂLŠ:úb
%  ¬    %°Õƒ  ›ú°•ö--"Ðé  -  3(r)ì3  Ø¨(c)  þÃ      1¶"S  Æ  Ø¯õb(c)Šøä  1W"lqLS  öÓ

ŽÞ9 ...EH*Ã°Âl0X`ƒ÷a¥ØW!‡ëïw1/2D íoüIŽáD)
{TÈwµ¯ì ÓIì...ˆkiõm" TÂ_¦ ^Èwxa5·" cã‰8õQHˆ"‹€"0›Wß]v¬4 _Û °Ðv Á
a}5°ƒ Âj 5† ƒ =âÁ 0 , Á"Ó ¬0(c)á (r)Ô'd áþí§¸´ ! §,ÜE,
! ïØXa0ƒBua,
,DDD-ÄDDD }š"+ 1/2
°¬0¹ ÿÃ ºB"""""""""!-ª DDEDDDT‰1
£ÈhP! J1/2±-"q Qšªãt¨¬Õëmx-N šU¦Â÷Š1/25
XQÊec ÿÿÿÿòÚ ÇÿùjiÇùiz>
ˆŽÅÆxB7 *[...262[ ‹ŒðÎÆÙÚÎ†lÔŠ2 ÓTÔû;ÑÌ‰Y 2 Ê ÕªˈFBð¡s*Ó! ¯"Þ1/2_•h(r)
ý u...KWR,-}zÿ[T¿H)"'VÌ¡/Âÿû¦ž- þßZ-rÅûº""ýz" -¥ÂT‰Ð1/2‹úlìCkûû{ð¶ ýs +KöëûA>£A(r)(
c)Fÿþ8(r)>8õ3/4>ø×u__{zöžõªÿÚ}ñÿKý-oÚÿëi ÷ÿ¯\,äâîg QÖ:jAcÃ³_
Žˆá, ì†! mŸ‰Yàƒ;Ó¯(tm)+fÅÊ
§@(tm)¡- ŒÀ!Wf¤L3ƒÁ ìä(tm)|¨3¤pyA Ì
,@lñ ãìÀ‰é˜ ƒL Ph"é!ˆH< Ï
8q "
,a TÏ3b j ¤9 -dN
Ô;ûh< Üû By s -æ¦ 6P ðƒ> Ù¡ " ì&u
¤ 5 ‡'
7†šë¸A¬5 éþ...ØA"é ÐÔÌ.š
Êq Ã ¦lÌ fÅÅè?]õí: >Ð{á8†ƒÐA ØON¢-âý81/2>/ÕPi¯ªk í4Ða<êe ý
'-éöƒýäA §Åÿv Õ9 r
3ÈHuÉöD¶è-
È(tm)|û4hŽ D1/2¢Y~!¢^Ñ'(y Âq wM Þ×í< ß'>Æ
³ç "- "F"‹ÞK1/4‹ù çÙ<‰ÍÈæäýé"^ I{d&^KÂo` ïA Ú
-
á83 SÁ Â ª'; ´ †îKÛ%àžOÚ#Œ‹ze9g ...é
Ñ = h{é1/2 éÌíøMÂnƒºPƒè&ä Jšk¦ÿ´ oNì
Þþ"tÚKw 6"ÓÂA7MZ 7 4cªV "ÿMôûß¯]7×°žõÿt zI7ÓÕ·M_[ý4úÚ¯kû[{kT´ê÷M¥N"
ƒ{ßð›þ¿OîÕôú¿õ1/2íw1/2
(c)î(r)Ÿÿõ¬wé§¯3/4áii0Up +¦1/2Ý(r)(r)¿ªú~¯ôÿúúÿ" š[¤"ÕÿªÓ§íûÇþ"¤Þ ÆÿÞ3/43/4ÿÛîúþÒÿÓëU
× ÛÝ}÷Ozw×ÿÿú",-Wû"3/4Ó4,¤ÿê3/4¯×V-NŸÿ[Át¯Ý1/2]º^º3/4àÒÛ1/2/-1/2êï -ƒÝÈÁwéªªâ?ý þë
Õþî[¤3/43/4ùÔ.ßÿ1/2.F
ÿë² G¥ÅÇwëuëíÓ ,ýN€Š-÷ þý3/4õÿ ÿIßÓßÉÁzJ1/2WÕò :ªÞôÃK~ú(r)¯ýým‡î
1/2¿ý×¯úéßÿ Mî-Ú×Áw¿wöû Ýÿ¶
1/2u"û¯§"ú
þ
ëý:û-£Zò ê·¯ýmVë÷úÈ\ßý-õò ?×Ðaÿ²vä ¥ wûïêÎ¡4í ?ý¿×VÞû0K¥Õü¸9-ž3/4ý~è' Ó×øDO¿ÿ
dh-~•ÌTºTÿÿ1/4Œ-(r)Y {ª¿î1/2/tÛ"þ"YjÛ÷Öýë...ßÿ_Ö‰'_1/2hŠŽû§nµúýzß
ëH.ú"û¦›!¿oî-ªþªÒi__(r),_¯ïïë}}ìZZ"ßßÿµ]þþ´ÿû³(c)¯ëÙÐýê÷þþékº w§ÿÿk¿¯õ}"gWm¯ÿôî§Ÿ ¯×û
ki7×ÿzMÕ§¶t? ûþ1/2Wû_úôº-o'ï÷êÿÿïýoý- ÿo´"ßn"o_ý³¡ÕíÓ î1/2>¿ÿAý"¶÷-?kk·j¶-u_ïat ×ïÞŸû
ka'ßöÂ¶1/2×[j"ü û ]¯}ßû"¿ë¯"Xuu"i=¥ÕûŸ>ø0V kixZZ¿íX4›
ÿ
+
¶ ûIº¸-/¬ ö ÿÖû(r)×Ö÷á¥
+a.Ðk"`a{ý]}‰7Ä'ƒ.>Âÿ ðÆÅEoì $Ç"`kü0"
wjïo ±, ò.oî;°šü‹•Ø¨... G Û
VÅ }"×[Z ±-Ýü?ä {L/*bƒñ]ìm,L:1/2'.¸[Wÿî"
˜š7}þÕ :¸[_ÿ¦ž [J×_{¯µ° B¤¬)

÷kö  T_~\  V
ÿu÷tLuÕÒÙ÷´€¿&ØiØW-48µ  Ö"0AåÀT  ]B  ñ`"Õ0M5x`ƒ    §amBa0*wÿ^4  B4ÐhU`...¦  C
q  Ø!
  H2‹""Ð†  !    |E"6.  DA,
'Õ_î"""#^^^â"",¸ƒ  -0B0‡ßâ"›°µ_"¿×ï-¿ú3/4÷P¢"?ÿÿÿÿå‹Qÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå¤jÈ€õX%Tü"¢+
HLjSH"ö°-§âî  ÖNä`J  ƒïÛÔì7"¶ÝVÿjÿÿU.t'è0"
ATG    D  M"±ÿÿÿÿü @
endstream
endobj
54 0 obj
<< /Length 55 0 R >>
stream

q
414.72 0 0 700.56 0 0 cm
/Im0 Do
Q
endstream
endobj
55 0 obj
37
endobj
56 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.88 700.8 ]
/Parent 69 0 R
/Contents 58 0 R
/Resources << /XObject << /Im0 57 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
57 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1737 /Height 2920
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1737 >> /Length 29078 >>
stream

ÿÿÿÿÿÿù'j$x'v¦[m<<ì4R#Fv4ðõ¦¬dŸü(]%òaµ  UôS±úÒÔôë*¸û~¿ý  |‡  ¶Jï¿(r)  ...¨^   (c)  Yæ`B    Ì9¨
>q'á    ü"1/4^  ´é"  4
ß    z¢&  ¡"êÁ1žg  ^ô  ª
4Ðuh    "A  ÝéÂa
{I  ã'¶%oý  ÊÇ%Ðe^""°‹ê¯¦š%o  Å"  A  é¸A†è‹í    h"c"e  àË.Eu¡  Ç  @Þ4ž  Ó¤ûUO{  7Nå\<‹Á5o
›üíú
ÿÂm-þ  OO...^=7×  ÿ-µö˜O^  pí{ñ_Ü  úÕ1/4ŠõjØ?§¿x_þÞ×-C{`ä!
Ž
uDhMo)Â?ú¦N-Øippqþ          ÿ    ÿëÐëû
wò  ÿ'    W-3/4ßAƒ
Aw¢  û÷!bí¿o  m¿

³+Ö    }|",ý  s5ù'1/4Ö)NIiè';ú,:wé}íÔ-aÛÚØ_ÿ¿í×Vý³{ç[NÒÕ~º¥Öß÷žtŸw  Û  ÿ3/4ý  _mÒí÷J"Òÿ
U[ïõ¿~•-öö1/2~ûëKÚöÛ
ÞÚ¶'Ùm..."û  1/2íö  F  mÅC
"_PaZU†  E  EÏ
Ž  nÓú†
wm"Ä&)Š¿b[¿ö"IÚ
"b×
UWiǐšþœ>1/2n÷÷
°Dt!,ˇŠv  *è0["v    võü  $â""""""    0BÓŠ‡    ^^  ÿü|†-  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿçeQ72ŒŠÈ·YÉ
tæd¨ˆDäaD  Øå·W*FE"¤ÉÅ    ˜ŽÕYÙSLªí    H2H:a

EqO|‹"×s±¥¶EµLïW
•cè4    µôÂÐ_Uè-?ë  èèŸ4JÜC×Ú[Ñì/ëÿ-è7AåÆ"ïåÐ.¿ú"ÛúZMçS  |hz
8ÿö/]Rn  ï]  ×Õ×kÿooß¬/ÿ÷3/4¯[ûª  ÿÿÉ  -?ãþH    d6J  RFÌè‰"L•  È·Î± w}
EDåhðE;/,
    '  S  tŽ
FÌ"É‡¯    dM¯
FGÙ ê  /öÖ  h...œó6  ôÌÄ#  äfò@¤·|€ªâÃÈ8ØŽP  '-fÂ  ¦ì  •  à1/2    Š²  Jq
    3'›  "'...  dxÛ!Œèâ
    Ä^àÁ  ¤  †  ¡I€ì†    ¹  >
"  3ìì
€Ê"@  Þý{ðƒ
é íB
úÂ  áƒÐ0Ÿ  ƒKA(r)"b  ,(.    0ƒÁ  ô  @ãÂ
í
|žœ7PƒÒ  Å"õ1/24  |µêH
tf  h-Ÿù  ~í  ƒ'ø'Ew  a
ôÓÓC¿ãßOPƒO‹Ó
ÐN7A¬¨:AÆ%œs^4ãOAüŠ  G¡î-  =Py€ž  Þ¤¹¢Xù  î  -Eu/Ã';ä¹¢(ì  2  Ü4K"‹Áè  .ÈHr,*  P3  ŽÚz
Q'nK¿r  Ú¢VÍ  ;  ?u¹  œ-1/2  öG0äÿÝ  Ò  È^z#  ¯ã    §‹ýa  á  ö  :MÂ    m    ü A´N  è  ¡Â
Â  ÓiÁ  Ï±³8£-@ô  ¹ñ°%øAÒ
Nùsl•:  ÒnF  ðž  nH¯A°ʰ§x  Â}    öû'Æ÷  'x?UIéøO]4Ý=}Õ¬'Ié-"á?éÓÈÎƒ¥kO
á7é7Mè&÷±A;PƒtõÒO]?iÕwOM¥  Š
I  ¿!aè=í  ÛJÿºo    :]1/2>úWÔê¯Óÿ°õM¿¤õùZO_^´Ý}:"¥Öi7}m
ÒwÝªÐP>,  §uŠKÅ¢WzéªZv¯]=ZOOÿüì&"HxOO°õÿÓoÂt-(r)>Qzß(r)ë_tõU}z}7k_^ûÓ1/2·zÚ¨"Þ;_Õ;
Š¯þÞ;zÝ~þƒÛ§öÚý'ÿíþ°zê-§Ó°aj"ë-Vë--†"'"kuþ¶|ÖYêþ3/4ÿë"×÷  ëmÿ"ú×mø÷Cÿ‰ocám¤·öé¯
túgÑqŠZý´-;F "tö›Üë"Œý$F    -¿¿vü  †G  3/4¯ 1/4"
ëþµõok"ª]í...¢0šúÿ‹[O^àøÕÿ  Þ-iù
    C˜ÿì†
·"ü    1/2/2u'°ÃT×õMúç  7¬ƒ  ÓþšØ.÷þ-ÿV  ý{
ßÞ¡ƒÝ  D_Ü  ÿ¯õõÓº|-Ÿ·öé>ß¯ç@Ã[õÄ"8/éÿí÷Úx  Á3/4û(r)
z÷÷ƒT  Ž¯7Iü"-ëÿú"¢
9N¿jŸ^$kT>ûm_}í,/¥wÄzí    -(r)éîÃoD
¤ûßDtÝkø6î°6°ü  Öÿ²Éùdï-Òv^ûézÒºêî^^;ÿ  ¥z*Þµ3/4(r)¹    a
¥  0zÿò    wný  Eïõt1/2þ·A×  ÿoî¿¿Rc,{
¢  ÿßm~ë!ÿ·ÿû"ûõUîÿø$['qª×Âÿ]ö¿ïëõ  ×Kþ"â;µ¢D>3/4-yÿðúÿsWëÛúõO__ø>
û°ëûþ¿æ"um7ÿM~õßtïUÚ(r)õß(r)ÿûêîÁéõ:¿ÍFÿý/ÿäªÕ³¡¿·õÿêõu?m?×n°^¯Õé}ën´  ît3/4ÚM×i_ÚÝV¯v

-(c)ÆûiZ¦ªŸÛ¿á=ï6ké?ª÷î·ÿ-ÚOªë¶|(r)  ú1/2÷þ÷õ¿¶-(c);í[KÞÖí(k"  Ýö-¤ú_¯ïÿ?¶"~ÿ^ö-pêµöÕuMouM
uTÓÞµö×|4"[ÜJ×¥m.ýa- -wH6(c)èÚ~¯ý-Ú3/4ðÕøa?a...õ3/4öÕØ4-†"¶·M¥jîûa.?_iÓÁ1
¶  q[  1/2Ù  ~Ã    CXí0ÚÁÃC
Ã  žÁ  ¿"]†
ÒVÂûa÷Ó¯ØaQ  ˆ,  "‡ìSÓ  G  1  ˆL0"r1vþ1/2-°"Ú{Ø¨(r)Ö!+    .    wlBA-  Ø¦.=‰7}r.z'
T  ¦)âî¢[¹  á°KWb  â´(r)-Ø-    oâ(tm)
}ÿ±{¬0Ÿkœ nÁBí¦  ~  ÚbH{[A  öBÃ...l÷ï¿°ÅtÖÈ#ÖÚ  Šôé·aXa{
w-    ...JßûⅈãîÇ°ÒÝ8†  pÁ  šðÂa0P°Á¦  l&  ¢n'"  ýÿaXa5†  ôÕ*†1/2 iÚ
dJi ÂÃ  nÃ
Âv-¥  (r)²    Åjñ,
P%ⓄÖ  H°    G    ˆ^†q        f    2C¨D2a  °"D2{ðB""D  ˆ^e
VÁ
  ´ÓWµß  ÄDZ        ÄDDDD    d‹Bëõˆ‹B  Ý-œ5  ýÕ~Õ
  ÷ìRÕ:-Ó
"[‰.ÿÿÿŸÿÿÿÿÿò¸UR  Èš*ˆêÍ  W";  e  vKßA´ƒ
  !š^v  •Æ(tm)ÙÕ}&È¦ê  -ÿÛ"ldÓ¨Õ={Þ¥qLì¿  õê²c,-*"úÕ:(r)ÖúØI
wûý*JŸÇ  IÇôûⅈ  îêîÿP¨k_"Þ"Ù",  +‹Y  ÷þ·  þd
  £‹a  r]"DD    ‡žfÅRv(c)•,*òA  ‹"2
ä¡"ÐÔˆgX""Ú  ~È  SY3/4IÊ  ¤8àÈ'  ÌU)ÿ"  h"
^  "  ]3À¨!!    ¡†C    ~  fÅÏ°ˆZ  à  ÌÆÁ  <  2  `d ÜûÏÁ  h2œ  è  •,    &  ""¨'›
Â  -¨J^‰ÄÐˆ^}  °    V
  ...Á  sŽV"R&ÑÆJ(r)žšÅêîCõA iªvƒÝ4ÿT    ƒ1/4 }qa  †    "  ÂxM4.,ÐvƒL  ;
{.á,  p›y  ÑÔÁ  °3Œëš‹  -  Ì‹  D[  ûjé§  á    õbÓÁ¡Åß í¦šq âÑQ  êDwh•ãNÕ  -Ânƒo@é
þ  -DÇÁ¦ƒòÑäs(tm)1/2"âÁ\Z,‹h"ÜÌŽ&ⅈ‰ÏY9¹›îœŸÑ/n    u]"í  ›'·%í  ü"†‰s‚A‚@ð@Ú'á
  ¹    %ì"‹la  žF~œŠõÞ"ÚZMÂt  &ÿêÞ...ÄD"Ù  4-  {"  m ír/ÐAÐAäjÁ  •òD  GÁá  pƒÓÉ-,
ÉQ¤è ûa    A7  -  ÂnG0é³:F{H  6ÉréµD1/2ýw"õõûÔŸµé'ž
iõk§ö    ]§ýROV-1/2]6"ï^Ù'{^-+Þôß]  ±kô  {Õ°éôb*1/2wÒv›û"Ý]  (r)  &áSÿMôî•Õ}7
êÒöÐNÕïN-
¶
  ¦×}  ýñ_Ó-ÇZBUé›¿~êé×Ý^1/2~ÿñÄi1(r)"Æ"¯uzñ§wht´(c)/zvý  îúJï(r)ï    ×ûÕ¿]%oÕõJ÷Ûþõ-¿Õ
×úéh-ïj7Ù¥íÕ  úK|Ö  ßõ¯Úéôµëÿ°OÚþ¹  ;X:ôß5^-Zöl¤"~--Õ  íúÎ,  ÕÕ°"$  (r)¯ï¯  }°-ÿþ‡×Þ¯X4B  ¯
~(tm)  -  (r)H
~Û†G    °*iýƒß3/4"K-Þ
×}ø^µõûw  "ë¿}úúÚbÙ
@2
  "ß  øN°ã  _]  t}.ðú  ¦•  ñ÷ëÑ
  MÝÿ-W"þÿÖ¿^õV  `ÁC
"u  ‡  ÿ¢

qÕ"ÞóÁÿtÖŸÐu¢,÷ÿXDYýuß¿uÿ"rnPk¯íd(œÖ÷÷@Ã`Â!îÃù
ê:  ÿÈ0‚ÕUkì  ý"Ozïè(tm)  ý?-G~ÿ]  µö  Š}¿ï‚Ÿþ¥ŠN  Q  "¨[ye  D'ûœV1/2×W5‰ö̈~î"Ÿ  eî°Âê×
  ¯ÞŸ̈ß}ý-StöõWÿû¢R3X°X›µ§
ý/}6÷¢
ût1/2mhF3/4"{ö°Kéÿç[ÿûi-ë÷ÿ×§
%Ú
HJ-z"-ûYÖ÷¦¿TßöïèÝÝÚ¶Öíÿþÿõ  ÷  okÝ  ^1/2{ù(c)÷Mw¿ß~kK-ëðÎ-áÿ~ĩßZ1/2ý-ï]kuÒý~¿µ  ¥¯ï°
M7{í~í{:(tm)Æ(tm)·ôyôôƒûvû-S_¿_‹ÿêê^³Sï§ßzêê÷û}ªýÓö-¦ú§"u°ý  ïÌ*ëjï...¿[Û"1/2Ót(c)õ÷  ïÚým_
l-¯î§úßui

*î¿kÔ>Öî"]†"
µ1/2VöÔUµµ´I†3/4Ú¦(r)ÓkÚ"k1/4Uûkl&1/4  Xdq.  -?eÓÒØI°-Ÿi{     a...†
ì0-"ªÓa,Þ¿yçaCu÷µ¶
Ã
   ¶"  %ö"a.íoa-ÒûuÇ‰cýŽ*˜"÷  ¶á'GLS"ÈQ×±QÇ"     °ˆ±ì4(tm)
%Á, `"Á,I1/4I"
`Á&7v!0i*ÅCì  ÂMôÃ  ê  MêÈHÂz¶Õ.þ)¥UŠúd  ì,FÕ  ïall,F˜¦÷
I1/2ŠðÇ"

...|&)"ªÓ  Ó
   ‰1ìT-ìBÞÂ-ÃB‰ÀJÁ
[Ý¥V¯OòÝj   ÖÒuµ¯¶C1/2¥°j°m-X]°˜Mrnš
ÃÂðÓ"NÕ"Óñ   hDE¡  ...è "  ¡  ?l#^  B  !1/4Õ  0[X0C†  Œ  aa,  Ám    Â    C  3  #,  H

   Ð3
°D]¥   {J×                 ]¯ƒ^^^^^^^^^'†"
Æ¿qQ    (r)¿õ_¥^(c)wbYÁ‰þ+Æ  ...ÿÿäØš¥  É%  å2Z£ÿÿÿòÞˆì-)  YÍc²,>)'SÁáL•  ;  é  "eS;
öÔÙSÂa#S)qTy  æEª‰¢ÕUJ‡§  ¡  ‹ê¯(r)ùØî  Âô(r)þJ>ë     iI^ô¹$úZª.K+ü/}ü     ¿{
î*nm  5õ¶ø_õý/¡ô±  hQ:øáªÇñ~ýJ£ì~5]ýzÝÝýï¿¯°ß¥ý_×ê1/4  C†t  é˜2    Ù-  á3
¤Aè3HÛÈÁv±)+dQ¦Iù  ¯È£#AÍÕ-$E  QadJ†uòTnþ  Åk
ÄÏ¯^"ž×`  ³À^  ò0A(tm)ŠB  ¥\pe8ÍYç
Â3  é     (  C?-D%˜$ØB†h   6Œä¯"œ2:?  !u!     å(tm)æpL  Àe,g£Ã5  Ïì  <†  @ò
Ï3...çÕ4  (r)ƒOÂìè4=
"
,à  xM  °"a
yv  ‰ÏÄ
   •|(c)¡Þ"CÓAÒéî  ÿ°A"  í"í4÷l d  &`!¬]"Xã‹O"DxÝ  Æ3/4ž˜M  a4ÓAÇa  ƒõC‹tÓßÂ
'~  âäW°  "ý
   †°}Ã   È¯@ƒr+âkñpƒ@ËB
"ù  r$Q/ÄI
Ù    #pØÑ->-x†‰ofB
ôN    ÿü-¹/o['ïD%³8Tû'|Z'7V¨-SD°Ò  ±

1/2á
-"d  I1/2&ÐOL  ÂaÈ¸D  m  '¤
@Aé'  MžEç  -Jž¸Tù÷h&ái(r)"ì ûÓ\¸ô"§"-]  =².6E9
>K=&è(c)ô  ué{°¤ô  v  Pä'JäÏ  a7Ó"Óõj    Iöé^  ðžûMà›§uÒt›H?AÈG#£  &ý}:{Uß¶--mÂïm'§Iö
iøO
§],"ëáZ]¥...ÿ¥ßwJ÷_A=?     úxAÿ×Oî5ÓïïU1/2UuÖíÒUÒûûzøÓ]þøÅ$
?1/21/2/øöõ÷uõôõôuï§ÿÛÿ§A  ×1/2îé{_öµNö(c)ÿûtØû^·ÿKëtëûïtÏ
   ú³PŠ(tm)È°
[÷Uõ-éÿµÿÿðé¯þî  ¯ûÿöÿ_uõzZþ#¯þ  j"=ïVú¯u¦1/2ýþšo(r)B¤íú"3/4DZ  å8MzZ¯ÿÝ¥(r)þ¶þÿ  ¿,o~"÷
wè  ëÿõý2
   ñÈ!!')\†  ÔÚÙ~õÔl/4_]Ý%æÁè÷_á  ïõW×ªÿúo×ý?"o¥¯Ã
   ¨¯î1/2/Wÿ*×~±ÿy‰ª¿í  ÎœÊ/õÿÿßÛ  ßôƒ  3/4þ["  -á  ÷ßÿíû÷¿¯ÿÿ  þ  ;V¿ßÿÌ"éu¯ÿ}  ,  ý
&  ätëüïÕÿ§RÂWë~AÜã...íoÿIm§Zþ¿ÿûí_ëZ1/4^/ÿr.=P/éý  3/4°°ÿíÿk-îj¸ÿ×Vu¸ú}í×ý=?3/4Þ3/4  ¿ýC
ú
ÿ}_*Ènµovï3/4Ý~á>¿÷ý  ¿1/2ýÒVÿ×Ó×K  k¸öÎ¨ïõ¿î-§÷ú÷_}ÿM{ÿÕvéþ-.-üêþÒÿ-ö×ìã¶ý  So¿]mu¿§

ûï³"ÿúþßþ¿÷kiû¯o×û  þ-uûuÿíÕéuý5ÿ]ÿÿ¯ûé·gG"      ?ýî  o°"°éa-¥~¯  ÐÃ^1/2[VÂú
_·´÷ÿíí-°°MÓ
'ë¿  a¤µÿÃ
ìOI°1/26  ûV  µ°ÂKZïl0Nï‡ÃXkî"5<él."  ¿êÃ      pÁXkkk×z¶  È3/4+¿zâ[ä_  ˉþEuvða&ÂIò
ëµþ£×  Ž¡'Â±ÅØ"˙•ü  q'Þü7ß§  ‰1ì  -'¯a{úÛÿu÷xjí\ûb¿Šb"b1/2Û1/26CÆŸ
PbMè,ï¨ö    ÞÅ>¿Ýþ  Úãb¯ÿäLo
 ¸awv¿[†(tm)
/äÇ      "Úëõv"úk
% 1/44×VÕú°z]"
`¨ÈH†š_Ûu
UÇÒ¦
 ÉƒB  !¡a  A"Âì  *¶"]  B Á   °...ðdÆ  [  Á  â,!   àËÑ  B  NÂ
!ÿ^  DDDDDDDG
¡  HDDR      gB""""""""&¬E"/B  \Dq      år.öµmo
*±^
hcÿÿÿÿÿÿÿÿÿÿòn'  Œ#!Ù^µ+-Gjòw(tm)M  é  "(tm)ö}(tm);*†
(tm)V Î̂!  ·ù(Ê3¿òJ³°4ëä"Ò;Xõ$"KëXP(c)P[
ïÐVµÔ/ü-ÝiýWö(c)ËÚßP°&-î×uÚëõ_Xîí<q÷ëÜtþ  ^(c)  "§ÿ  ú¿O~¯×[ûU×3/4*  3/4ÿÓ"3/4dSž‰Æ
SŠHd†g"rx‰Ç  aœ
CÈ(¦  Þf¿;HÉ5i'<ò.ó¨ÈFFÒ
Í  Ì'¯"3/4D
B   :Ï̈Ä  ¢   ×†ƒ  @ð^HŸ
  3ÁÔ L  <  ) 2Œ̂Â'  ²<Sb  B  ‡°DJ^£d$È|4ùHDC51/4œ O6 "  9>a  g
†Ðf#ƒ3  ê   ¸D)  Á   C†
"  ~
   "PCœHÈ  Ìƒ*...NÝ?  4Û̂t
o  éúa
á   0ƒïÈ@pD(}?Aþƒ°ƒ×  0¯÷  é"ÓÂ   ¦ƒ†  v
P;  •´Õ
-  a¤¡67Aè,ó  E§Æ  ÿ"Ð~‡-ì]"  fŽ4î-  i¢ ý7‹OO    }
4Oú%Þ  9›Ñ  95'ŽS°d¯d    dèÓ'A'!É[D²
³þGpÝ¢;Ù¥¢&YÇ"@@Ú"  ‰o7¢;foD'ÈXr\ãÑ  m  ã']H¯Â#öÈ(r)¤æÞNÚy#(r)›t  Èæéþ  ¡¤  t  ]..."  h
Š(r)Èþ‰NOÐ6  Ú   1/23/4  6´ÿü ò/µÚ
- ›a
    h  CÝ  ðN,z3/4  d#  Aá`Ð ŸA  ¢sz Ú°Ðv  /ÐM¨Ö,
Ú×
A=
¸'iê  uï
ß ð  øOÓ¤,
u÷-V"(r)ðÝ§ ß¿A´>émV×ZNþýõî"o[i^ú†ÿ  "H:é=?×¤Ý;O3/4'NÂ}·
ßZW(r)"tÞÝÇ_qÔéõ•]Ôú¶-ú
×  (r)øÓo×ëï3/4õ^¿Z1/2k×U{íoÂIú÷ñôî1/2÷ÁZ¶"Ö"C°ÿ×-×¿Öþ°ÿâû÷¤=¿vÓÔÐÞØ¿ïƒwý  ÿA¿]õú°¤ð
ÿïöß  Ûéýôþ  ¦ÒÈ̈ÿ¿i+·ö-ø¶-¿š,.-Öëéœ-ÿ×iÃÝx=þ·ÿ¯°¯)ÄÿðV!¯ûÛŒ°0-#  ðëë ‡ÿ"  7Ý"t
Ž  Ö#i7³¨O¤9
¯öB'¿O×é;ÿò  >"(r)L  2  ¯O_   à1/4‡ ~¯7ÿ
ú§¬  úÑ@/þ   G~C  û^ûîÛUÿØWoWÁC  ÿ}Þ
lÛf²ú!;¯µ1/2íÿØW_ƒÔpÃ¯]{Ö3/4¿Ð̈x-oá  ñ:...ṏ¯¥  ,;Ã
3/4uDH'ý¢:wû̂ÒZO&¯3/4  u"'ƒ<"wpö3/43/4¶ê  ýÚÐD'ßÿ@°{ûùe4DŸ

Ã,·'bÿ(c)ƒûë3/4û[üŽŸï"$°Zü    ÿ~Õ  ÃZW¹2=ëë' .ëÿ}  G5  (tm)rÅpû  kúîêê^"
U°à÷(r)  µþ*íÕÞþ×Õ1/2ÿ
›Ûÿ(r)  Ñ.;ùÕé×Õï·Ò°¿ß][¯†õ|  ×ßzÕ¿"ÿ  *õõ°¯ÿê(r)
þÔäïßÚZ(r)'onj"ÍN"tµ  5/   Û¹]Sõõêþî·Ûû?võÿ  -Ò›‡õ•-&3/4ë¿×Ú(r)Úû"ÿÚ
Œ}~D>µVÕÚÛî›Kþ(c)¿Û¿M'¿1/21/2µóÏLèïjþØ[ÓMöÕúm]î¿uÚöÕûÿ1/2   "-(r)1/2;í-÷é(r)Ã^°¯}'"õÝ
vÕµ"
$  IÃël-ð×[1/25°*  ...]î-/ÿ'á"j-éÚW  ×
~ÒîûKm  Òá...ïµì0I†  Øþ4DËïo°ÂL6
†  Û#ê¶¶ª á+Y  ¿jØXØ0_ƒ#ªÞ Á  þá[#ôØJ¸a6*DÇWì  ^  Wm&ÒìS  Mû îôâ  5Š†›  P
  ƒ}  †  nþD...
 (tm)
|oÃzO
Wú  ß  lWLK-Ââ'/±[  cµŠ†  ì&  r  ÷°¶é"µµ"W3/4  "w{mEu{  ÅVÈ#þÕ?a  †-ê"°ÝÃ
"Ø\¶ƒ  Ã  B
  ^Á
NÂh\0ƒ¸ktî¯Ua    5M"Ðaa,ÕCßV  ^Ÿ
hC  ì,0MS[†    W°¸ˇŽ    :¡  d÷ña  20T!,  LÂhA"  "   îÁ
  DDhD  !
žê8œD  ¶t  Áq              DDDDDGÔ(r)")h  ×tÁöÂªX0"
Ž*  MX  ÁD´¨ÿÿÿÿòÛÕxÿÿÿÿ+Žùöv-  ŠÇ|  ìdv  É²Þ[Õšÿ  "V˜@Ènó²ˆî˜;¨Bi¦e  •  2-÷
´  úg`Z  \ícÂêdžúúoî(r)"A  ~êÿ¦¿-KÜ+ø":ûþ:$C÷§O°¨H  ¿÷ê  lZükñÔk¯ÖšÚõÿ÷¯oz  úïçI3°  û¯÷
Š¢ÿö2-
à^JÈðÁ'(Cá  D
üJ  y
#SÄŒ
ÖÏÊ|B    ¢<2  ¹  2WžyÐB¢%  1•  j2X-Î  .dTÂ  Á  ;/žŽ¨ŒfÅ:ŠD  ¹Â&
Âk  Â    -¡

  AÚ
ê^  PL  wi,
A0@ðD  dÃ'  @ì  dìØC¨xÎ2€8Ø"¸  dƒ.;Â    "@hEà^@á
HB-^P  "°^   ¡C•Å  ŒæÂ=&¬Ž¦  êšj  t-ƒX"áúa
Qié¡Û
b-ƒÓ  ?  =  Ú  ¿M    iøMSL  4;O´

  Ú
Á  2Dkd§É  y>
J  ›"Òœ\Ÿ9  Û¤ß    r]b  P›ÕêÅ§éÚj  lUE"hŽß¦Âêñz§vž    <Ì!
Â"á    ¿"þ,
  ƒÉÏirsÈ˜á
"Ð|‰oÍ  Ì‹:@Ú"~Kòsm¥#›Ñ*9  Ú#é=¢^Ð'!
Rså="[D1/2Éu
yè-
"ý  £'ð¢  ˜2/ô]  %0âÖ!Ú~  °  }¿KA
¦ý  Ù'Jé¶öB  Ât  L'...°›A:M·Tü.ƒpƒ  M²9²
ŠMÉ+Á
ƒh  }ûA=upœCÂm°n  ÈH  vEþ¨ù°W  u-i÷Ï¯¦á~Â}&  iè:ëÓÓ¤î¥_1/4'...úOOTõuuk¥}mÂ}¥miét›,  ›
Ãá_"DwÉŽTp›ßzûÿðõ+3/4ÈcOÓµ×ZôÞ•7ü&•þ›¯¦á{¤ÝÐö,mî†  µû  ;TðŸH6ÝÍÑÈè  ƒÇÿÜ  ^¿nè

Ï§^¬_ÚzÛ÷Åë
}iéð¿(r)¶
ªë]ÿMÙÓÛë¯ §ÕªNº÷ßØÒì:Ý0o¥§Ú_"§m*éo  ßÿÝ>"±ðë(r)  íU-¥¤ûßVÞ"io2RDqwS    úÿàÛî°Ouû
"BÕºk  Ý...õÿõýû¿_ÿX>Õ]"ßÕõ}*wÆ  Vœkš,ëÿ!Ò/RT?Ýu& =Þ61/2Ía+# ¿  ~á~†@, Ú"!U§·ù
   Ë¢>]  õëÿï(r)ª'X1´-d€ÇûX¨ßn  ÿÛÛ¨ /ZÚú§  ûdõzá  Ò×ü=ü¨
   "ðw´"²  ¬DDuí}[ÿÃ#ª!ßwI¸·þ"  éÿÒë_{3/4¡  Aý  ú
ÿÿ__úèÒußáƒ"ÿú´  wÄ    ¤Ì´¨‡ ¯ç@›ø  T-Â!;úR   ¯h  ö   îÿ뫀~AÀÈ[ÿßƒ~¨àÜ†Á×ëþë  0t
M  }ù3ÿöèŒ  "¤T "~²hÿÏ7  DgÚ¢¸ÿ×õW(r)ÏPHÿþ³XOÿ5Š<11/2ÿ÷íƒÓÚéé?úàÿZ§ú¯è.þí5ø.´
÷Zû¿]$  gIÿ1/4-/~õmÿÿÛK¡ö"¶u  R_u}×vŸ×¸]_ÿ°ÿýÌ~
¿ïÿý°éWè°íÇ0ç‡úîÒÏ87Ký}¯ñõnªß¿ï×ÿ®ª\;§¯þ¿"î"ûJÜý×ÏÔÿvÍ_}}{^T
¿¶Õ·ë²'é~3/4=}Û]}õ"U1/2Sûₜ¿_[ÒêêŶo~ÿA-ë§gÃ÷¿öÓÓ
ÚúzÒkTÚý÷TÃIôõ8UÛÓTžëµÒÖ÷    ~Ú_"zõ"Ú^Þêêë}¯(r)-Ã"-Þázl$Ã ÚÞšÖ¶°Õãª"W  k1/2÷Ó
°µ§úý×ö¿]"jÚÓýÚ éªšmm  †·¯ÙÒä‰øÂ÷    &6Ó‡°ÂüT0"LSÚÃJÕÁul+
$-kv  vÕøaoÛK‡|0-·WM¯ÚM¥÷ÃV   _õV~zúá[¿
u    ƒØý´(r)-ÝŽŽ§$Ç~Á...a-  [B(c)  X`œ‰v  K1/2ŠØ?dAÔ  €¬T·Ž  KÃ  ÈAÿöÄ(`¿  Â[iS  u
~Â
"‹[á"'RÇXköÃÇza¯Øâ°éä1  âMþÂuµþÂ1'
"Ø...}  )¿è1_°k°ÂLÃí.ìùØM

   am[Ó
Ø%a;  ¨aRu        þC1/4  I7-ÂV¯V-ö  {[ÞÓXkÚZj  /†¯_q[  ÆÃ
v  â"#†MH¤ñ   "ÃØBÕÁ  2iâ  BÂWÁ,Ã#Oa0š
a...Òƒ·¸Â  `ša  5Jƒ
,  d†Ò´80A...ô‰¸VÕ1ìWÄG   ÄDDG                        ¡h  *ap-"²º-þ#ˆ    'aVõ;  [ù

°•A¤1/2  ÓHÉU  µþÈ¯Ž××  E>•¸ØÍçc"†   Ö  E•µ0Cñ  ...
(ÿÿÿÿÿÿËpµÿæE
    ETg   'ŠY  X‰  'L   ø²2º";Õ-Ëƒ
È.[ÔÌ   Í³÷Ý5ÍŸýz{¡  Ÿi-ö  µØr{D   õ•k*/¯¯?o"Ù!  (tm)³1/2G¸]K  øMWï
(r)
@ÎóË
×êíÒU×]k¸Z(r)  ÷¿ÿ¹0.öÍ2ëo¿÷Þõõú(r)Þ...ªW^LÚú   ÿ3/4-Õ}·ï×Víÿýú"KTµ_"¤ÙÐÈaÍ  "Êqä1'x"œŠA
É  r    h_Èe(c)-'x·ä      éõù(c))Ø¢3ÍðÛ:žÜì"[1/2ý|   F  2D`"
Á  Å
,  Å,"  (tm),|...¨‹pL    R0  (tm)Š  ‡9v  N!  Êq20  Ûò@ªC  ¨ƒ  4"0$3ñ
        ò  Á°"E¬^ˆH  h  G
Cƒˋ^-TÝïMP}"4ô  "
P~  Añ""    0ƒ$0°B  ðD:Gá    Mð  ",D9  AøA  ðƒó@úf¶(tm)öp\†  £ D  _V›"
"‹DqXôäHíú
!è8Ðk  žœxM/     Üa
"ÓUX´  ÓŠÝB  ,ü  ã6ŽgG¹Æu{tK(tm)<2æî  <   "^2èOä#  Nš´KÚ#1/4<B>z%   öÈ¯Ñ-
  äñH¨öò;h•‡R(í  ï¢7h    'Fò/0´ƒ%ßAén-§A$-?[_Â  "  ÉMÓÓÁ  oMôý ƒ
@ä%  <'   á6  6  <‹Ô  l"hœßè  6,
'  Ÿ´Ÿà
§>êÕ"-    M  lí"Ò~äj  Ã5DAïËuôõ}&ý1/2éÒÚúo^î¯  "IºIºÚñ›  ÚA3/4>²áÝÒëÐA¸Oj(r)¶ûÝZAÞÝÒ
Â(r)DÍ‰Ÿžž  û"úéîž  kÒt¸]?ÓÓ  §éö
°zúÒx¯þ(c)ö"¡úé"ÿWTßh"'xA3/4>Ó(c)géíÕ=n"(r)±§î  ...   õU]SãÚÛW
éúoý1/4jºoÐNãÔÕ=>   þ"¥§¥wÿÝu¿úÝ~Ú_t?¤Ú1/2îëwO¿¯  "§1/2o"kï§ÿ"Û_íµoOt¿ÿÿÿïÿÕõ¡éVÞ×ÿì

?ß}úÙ     ¡Â×Ð}u÷è  È"¿´ôÿ]  è^Ó¯ÿ°¤¦ '"§! ä@KÔ¸1ú¯gð°{þ¿÷,
û
¯¿Z² K _6ˆáû0 ÿë¯Wfz¿ïö÷ÿl ÿƒlè ê5ýø‹d Wëÿÿ äÔv·hl áwá/ ¨ßßÈ 5}_Õ´1/2* 3/4
þÁá{_ëÕƒ¥õÿúõm‡wöX`ðÁªZÿëz"   ß¯ÿöMZ"   §ÈLûƒ
Q
Ÿd$ ¯è=3/4ÛÿÿÿÝP0}Wøvƒ{o!ƒ
 G]Û×ª,°]  ÷þ   GÚÁ"ÏðDtüÊ=ÚòÄÝkÿ^þÝáùj;òÄÃR0GÕ¯§1?&9Ntÿû  ,FÿÿÝn1/2÷ë,:^A  E†ÿ¿
ß¢PV¯_¦Þ3/4-¤ }>ŸD
² ¯ÿê ‹_ú!=~•þýt°ë3/4(c)üI}ÿ×mýWÛÖêû|‰o?_¶Ãá×ÿÿÖÿ"!ôÞÓõ8üêî:¿úNû ´Óêj 1/2{ûëÿ}~þÙ¯
m~ŠM"wÿ³-ßßú
×öïz³MôÚïzzù›OT×m]{ß:³gÝ^ïûûúš´ÝxOö†t0(c)9÷þÙÐû¿³"ëþ•¿¥Û¥3/4¢ZÝúë"ÿ]"÷ßê¶¯ êô*i^¶ŽÚ]÷W
ë¥êš¯ ¯°ö¿¯î3/4•"-3A-*n1/2µµí[_×m&×a¥*ÚÚØ]+N¯ë¿(r)Ôµoom^×~Òí/¿×ÿê?ÿ[ Ã^Á}†(r)šÓeûö
Âü0•§Úö m+J ;m¥m¥šg
ŽÝÿ°"5vÒƒT V ƒ[a¤|ÿm-†•ì5Û
ÿ±þª±T¯"Šö8þ83 Ð`3/4Å0Ë"xVÃ
     a,KAƒ Ù   ¢!§L I´- I ‹ê) ,o^Ç°dq äL
%Ã¯í...Ú¶íÝí5µ{!^È<]ì1[ pý¨1/2(r)!4...1°Å›ö?mŠcØÞAâÂ   µßµ±MìSÇ `µ1/2...^¨,àÂ
Âö Òzm5°"ØA ¯m¬0¯M0"ÚVØ^-0¶ !"Ò´Ó† ÞÂØ-Ã      Y
 |Ï"}c}â
~ . ˆd"°..."!,
   Â"á,Ã )p 0"a4Ó
aa"ÂÁ" Xjƒ@ÉÕ
-µ¡ H

 nÂÚ^¶ õ!‡ÿ       ÎÝ q `¥.: 5â"""""
Ë
 ö í[^¯
!
 T"[Q ...te¢ÇØ^´:[uêYM ~¬!¨ö
?ÿÿÿÿÿÿÿù7Ñ"r...Ï †K†Qö} Ô!±
ñ +h ŽÈ!E ¸Í ¯‰§ÿá,&v
ÕÒ!b,! ÖA†bµ¥UÿûR³ÿI, a ô¡]/kú,MÓ{I;Aú§ÿ¹ 0/-pKzÒª#Æ^âŸÐ_
›àÀ°IT 3/4²^á< Û
ŒÂ.ÜWkúÝÅE0(c) ÐM¤-faD;ÿUûõe"ikî-kÿéñ1/2...A]=u}2)›2 'D(tm)+<*U(c)(c)>µz" Ý]më"BÐ^
CA- Š <fÎ :" C 87ªoÊ "á"Hd@PL1/4¨Ê†f sTlgHÙ›}zéî•ªPŸÚ

z`ƒÂ Äan " gÂ
â³m$ýBj ê 1/2uÛGAÅF1/4Z O‡ª¡°aSkÐi7 wü,RWífK ñ|...%Ó6¨î4N Ñ ;D¸4@¸é ¯ÃjÝ$Gm
nB; N¯[ÿ¯. )¹#¹l"ï
 ƒè n } !°
fÊ!D3/4 Ÿªø
zØFfÊ¯Ú ÿ ~›xA!ø]zN"¶G §IÞá7_°¥{Ââ °ÿ=úz¨MtêîÓk¡(r),n›ô›[ûªm+Þ zU§Þë]"¯¯IÚ÷þ ôðšíê
Ýé¿¥ïk'mé'ê°Úhoôw÷¯Áÿä÷í{ ÷¥1/2ð@ßí¨ïÿZ[W¤ÖÑÿÒyÒ"¯ ¦Òl5ÐOµÖðü Tï#
=å ^ž ÀG{þ›á˜â8un-í
•×Cé ÿüè â#ÿþ+Ðµ"ô#UÛþÒ{}3/4ºÚú,¯_k-û1/2z\_ÿH.*]3/4Ýþá_ú§ßý/o¯ëô¿Wè^2¿(r)
•" ¡Ê ×µù'>C ïüeO"ûïÿÌNöî²GnÅ Wµ}zwÝ¯ ¯ á ×ÿ}+¯t
¿éÔþú¥ï"Ëª¿úW*úöûþ1/2ZÿÿïÎ(c)´3/4ð3/4°×LôøgG¯ÿ(r)ÛÕÛÚÝ5¥gCû:Ô°ý ](r)÷
(r)---ëÿÿ--õÛ{ÿ§uúN-ßë¸Wßu" ÿÿïM-ÿÚ{[°ßÜwý(r)ú¥ïC       Z_Kÿ_^ Úá1-[

7ëtØKÞÕ  Ý¥û  QuÚ·Úš·EÀi  ýÃ
"ða&81/2àÁX0KØi0Òê˜~•ðO×Ð4A1/2      ZM"ø÷·ÿ¨ÝŠºø...  ìS  ‰m¦4¸¯ÿŠb  RÛjÿÛÙ
´
ÿÃM{UíÁm×ûÛNÂ{A...Kþ-[†    W"   ^Ð0Mé†--á/¤¤  L&    `"4#B!,
    Š!BZ    Æ!
    `ƒ ¸,!ü  Ç       ÄEá  0 ,  ˜˜˜˜˜˜˜Ð^ƒ˜  ]ýz^¸ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ6%3)Ù  b  êÓí
((  Ù0£H&w×ï"H  )È...3!¹"L§3!^ÎÕ  ¤
*ìEÒò]¨P--T3²ÜHÊ
Ê  Í˜ÃBm³×vKµû(r)'(O-ék!³eÎ3/4  éró•·wUÐ@"·ºZÃ‡  ÀôÔôý¿ÉŠë  KK"  ø˜˜øý>´øKýé);%³E}*o
OÇ\k_{[J‡·WÒW×Jïè/]tž¶Ûíýt1/2îhõûô  Þz6D"+,  ¤ÈÄï˜"a¹  ÎÕ
µ$Îõ×-ÿT1/2Ûý]>ƒ  B  ]"<Ì      (tm)‰Ja¯  3¨·s0§(tm)@C¤lB    'œ  AÞy'   Î
Ð¢\*eÔl\   Œ  ƒ}êt  H-  HŽ
¨È¢(tm)   §3Ù+  -  "âÐt  ?Aá
h0ƒ1/4 j¯Ó@ãÄ    ~ƒô  Á
t  LÊ  D"""a7Ì  ¨D  †,  0Õ    @ì  30w²  ú_¬4îøô  š~  ¦ž˜J  ÓUAö  OBí
   OéP= ƒÕ;M´ÂxAþy¯  "-¢  ‰
4
w(tm)ë"  ä~Ñ.q}ƒ-  ±È¯‰wD[ú#æÇ"Ã‹Ð³Èí3/4‰ÎÈAJ
   çn'  ˜ãï×JJÛ  Å¢<òWC  ƒýÓA,   ,  NÈlè8a  ¨ûÓ žEçÈ1/4Ý  Ü!¦øAå¢
³à·¦øh´dLÐm  84  71/29¥W    e
N"_è  ¡"Jx~ºªÏ   #ýÂ  ô  7%"GÍ•  "ñA;ÂIÖ  ?¤µôÝ  è=B  ÐxT  M¯é6"ï            º
0ž  ¥¤éê-
Â~ƒp·Ï·OAôÔm  ÜŽzìë·Ð-  -  64érShÝô¹  ß
â"ÿ]=U×uwõNþ  §Þ  +ÛJéa6Õ  ?Mè·¨ïyÒ1/2:t  Btž#3/4  '1/2dg
è7Õ  =éúîû·¡úõžš¥ÿ(r)µëÞ  ïn¿ÿ¨ïW^ôµÅÓ·_
ûu...(r)Ö|%Oè    ƒ  ¯§[(r)¿þºã¯CÓÒ×¿ïÈGcôÿ{"öªŒ‰ô÷Ü~  kñ
(c)ÞúJÈl_]oïõÿ}oMÕ7Õºª¿ÿJ¿ôÄÿÒµº÷÷õ¿  í'(r)×JÓt¿éÞ-^×íwK"íyN  é(r)^  Ÿ"¶†Õ!-Q0'ü3`ö1/2úZÓ
qúYN#,  ÕÓ
öö  1/2õkþµ÷ë·ÒÿÈa  ïl¤
õ×ï*¦    î(r)8§(r)ú¤oûÈ¨éH!ýö,éØ>       /]õ¦µþŸÿýö
ÿä  ïÿ}ý8.•ÕÛ  íð¯÷Á\0  U²ü  AÅ"  wý"z  ÿ_úK¢  ÿÿ!ß¯ú_
Æ-  m  Gÿ×Wº¯¶¹1wûÐ<pßÛuŠ^Èa  \  õU-:¯þû~ÕnøDIþÿ  ‰6"_Ë¨ÙÌSM  ?¿Ì¯š‡]×MrÕÿDYðaþ·
÷†  0"ÇZ1/2ëöÿôþ×e'ÿùa§ÓÿÿznM  ûáUÿÛ†Ú†}tL     ±  ¯ëaÃ  ‡þý×ß¿ô1/2ïKÐ_ýéZïÓï·"h.¯§µôÕîî
ÿáx5ïôþt  Šô
þÿÕ€Ý_÷ú[ï:ªÛÒ¿ºÛÕ¿,ÝÓgYw5=oÿ"5M{þä3"sS-þá¶ÿ1/2ß"âÓh¯iydþöÿzþ-¿ÝRZÿ^3/4Õ}?µ*n3/4¿NÎ-é_ö
   ïM×¤¯  >ÒÖimA1/2ºÒë--¥z
   *Ý_÷þ×  ûÝÿoûKÛ×þÒµï1/2õÕV  ¨"¦õ÷ûÛÿøzn¶¶"ûæ-  ÂM¯úö'éö¿i~Ÿ¶(c)f¥÷êÚ¯~ßt¿  ¬?{Iwðœ;KÛ
¯§£ÌÛ]5jõ    M'a]6  ÿ~×ºÓ
á°·Ûûk"-/†  Í      ¶Û
ÿ
$ØVûü+Û
_UmM<-Mí-"-"VÕÿ~Î...Ub¶|*803/4ÿ²,·Ÿa,Ãã"º]ã†ºeÅðÇ´•È(r)Ø?Øi0Â_NðÒÛÛb1/2Þ  *
-ƒ.8`(tm)ó†          ~ÚKKx_é;×
     ª÷±]¯  Nàí¥Õõn)  Ø]¶ÜIE  ¯b¯¥Ûö+¶1/2v$ÞüPb›
   ºÕ†"m¬5†¯L0¶  ·L  ~¸a}í}0•¶A!ÞÈHÂkÚëv  o~ÂßZV"m"¿ÕûR  ;¦  ¬¯S"
¶ã†  †-  a  x´ƒ    :axÃïhC  íá,Ò"þ  aKt  +Ã
µ
&  þ¡,   }ðÂ¡   û  ¤•,aUº¯v  VÛ!´qÈA×  ÄDDD¯B""  öª  DU, !

""
!
ÉÐ°"C6Ê       Û!G2  -F
V
ë
,<1]ÄDDZ        hDq  h-a...¶  .°^(c)â"""ÁP0Ÿ"X^2¶H´   ªüZê>î5ÿÿÿÿÿÿÿÿÿ&Ãh·4æB¡
ÈÄƒ*q  ÎŽŽ  \"ÎÀÌû;  Ëqë¢A)*yç  ...#°¤õ(tm)³1/24ÕñÏI§õ
ˀ-̄•Dv$é§á  |*ká- ¤§È7m̄ UúyöÿWòê  ï_ôû
¿ÿ‡ÿ¬   ãëÐºú^ÿ¥ß_ASÛ~ÿ¯oÿŶîØUÉAûûmªç˘Ų́þwNÕñÒd2  ...ÔŠ$Ha-9
dA?œ"!  Ñ-E8DÏ3(r)KŒ‰
#Q•qQ"ñ̈̂r8FbŠÆjFdh        fÅ5^B0@ÝÓ³Q  Â  Špölf €J¯JÉ^"
  š‰-<×µè 0¯A," 1/2 ƒR0  Â   I$5† X"  @`ƒÁ ä ÁšÃ(r)¡ A"A    ~ƒ   D   jî}"  "
    `^& i"BèBD"  N N) 9"þ  ÃL ý   ý4 a   wH4Ð¯ðƒ 8þÕï<M4   (r)ƒ wè0̄M4Âziè-
œ
œ‹Œ‰#7µM  æž Z
  ‹N- G8ïl&ƒ' AÅ̄  iÅÈ€ÚqhŽ?  äAð¢ -9,i¦^(r)  ^8qhiØOA èƒ4  "  Y¬Ÿ°
‰Ñ¢srsú'í  åR.Q¸².8B  é  Ý  ü#ãD¦ä^h   ,a¨@¿Q/y>DN¢SÜ  ;1/4...ºI
H¯Ð'A7'Lº4N"N(tm)  Ú#¶'(r)ÙC""ž¯MkOšdq  MÕ¤ð´ úA´ l"h  m
Â
›/{,
4  m  xO ¸vL<#ð›A  äYöƒ´ d(c)Iþ     ÷äÏ¦ëéÒznž  < j]"  d§"-4.Ø1/4E$ûÓk{ßOOµÕtôéí;
MÒnžŸT  U==B´¿ŶxN"ûi:M¯ÚN(r)Ó -&í  |
A¹/ÕáSj5ÓKï_3/4õÔû "Ó×M...´  §êêïuZzß(r)3/41/2ê  }}ixwÒþ  h ×#Ÿ
ÛKÄzT´µ]_M'êšÛ¯}Úÿ¦÷¯ª
={ûôþýâ/  X¿×<"ÞÐ]
Ÿ  - m{öÝ¶ŸÛßµ1/4kõõ  ~1/2}ßqÿ¿ÿ°ûfê:µÿ  ð¯ë|œ  vü‡@fÆ°ïÒÒÿ{Öë¦"÷Oÿ¯Ö"Öⱼ-•/¿×¦^¡^â"%  ƒ
0  ÁHÐ‹- êÞ ¶"Ðœ4Ý_Ž^ ]bÚmºÐdp^"õj£iãòœZúãÿ£XWÿ3/4µÿ^ò -Bh"2L úy  emot·íû
ä¯/3/4°ü ~švŶöH
U"  ÿ!‡7úÿÿ̈è   ÄØ*÷°ò '
Ž
%¶µÛðÃð"¯ïöï[õÕý Oÿ ö  ÿÿÿ}|¤C1/2ßÙ
Dè  ãÿ"¿ç@'Åh...Êò  _ý/ÿÈƒz J¶'wkÕh...  õÿð^{ëéÿþó
Â!2  rXp0O"ì<  ××ûoƒu¢:? F"ÙŠkþÚÂÎæ'Â  ïw³  ÿ¢:Wö¯ßÿî"3 x!D  ÝpmÑ  Ž÷¿ÕÒÓÁîÈj
öû÷ú¿zô1/2Q2?ÿÿ ¿þ¿ïÕÎœ  D
 _ù   Ñ  }  M  öÛWÞ
'}}  þ3/4Î‰·"Þ·ÿ¿×,ßo×"ý_‡Ù  w_3/4
Ò'§nô3/4ï¨ës£ÿUó"öë"ßõ@Ôêûs¦ÚPª¿Ñ(c)ûÿïööZ×ÙÐíïw:  (r)º‡N-ßoûv"ÿÕûkj÷çGö3/4Þé7wú~ým§ê
ÿë-wmþ÷^¶zz§ÿr"v"ÚÕÿ¿Þ"|5¸µU1/2õÓ÷Jÿ~iik¯÷Ú^ßë÷wõkûjÚZÚº×÷µ¿ÿõ_ïÚÚZM-ÿ¥jûMª
[      }¥a+X|4-{þéõ-µÝ†  ¥"l-ë¤žëuka=6Á1/2^1/2-ï]n  L0¬4-,.ðÕ¿Ó†•í¯ÞÃ
ÃVÖêþ  ö  UàþÂéÚ{×  ÷ƒ
  a+VÕ'Ú'°"ßiö"jÿÿ¶  J)  Š'oìl0[Ý†°Á(¯a"    T  +g,wû  {  àÂôÆ  ôÆÈ·Ã   "6- +  °ÃÃ
íX8i Ô  /WmŠi...LK  û
9  4ÅE5ñ´
ðÂŠ‰7  ûUþÄ>¿d;Þ¯d,Vú
1%
^TÈ=þ0Å0vp,6  $Ú  Ýv  ̆š
4ú´
ÿMªa^Âa5mIŽ  Z*Ú°>ÃwµvÛ^Ÿ†*Ô4  L%h0¯IÚ†C  ...Ä"˜Æ÷ñh  `ƒ  ÂÚ  Âamí

["  ¬4  `"0UL/    hA,Z
*   J¡"4ëŽ  -"kA,a  `ƒ&6    G]Bvƒ†¶ØR
?ø^^^^  x´"
ÃP`"D0"G<  ¸           DDDDDDA,  Á4Á8h4  Wë    q  DC)Â    Â  Iö¤Ø  â""?m/Ú
éäHíX...ö3/4×É±/  ÿÿÿÿÿòÕZ£ÿÿä"
È¸²ı̈j4Ŝâfw"0gŒ        g   ¬0¦ó".
§dÑØžUÎV  Û  ª¢'_úéMgf  PdÉ>tœ(I,.Ö(c)  -ûúX\ƒÿ"ëêû(r)¡
3/4ü  +...ß}ß*(r)¿ÿ¯_¥¥×-ºWÿÚÇÿÿ}þþï¿éÿCïC¿]ï}·}úü4ÿ¯_ûé]kûù'lJãf  ...¨¸ÊÂB
XÈÛ%'°)  ÿ;%os"¤Ð-É4E3°,ä  pdb#ÅDä`...ûÎ^  [J³!F  3XM
Ù  ÂgQ  lØ^Q...Á   Q
EA  6)  )¯äDHe
Ð!
    "-¢-a'±œ,
œ=>
ülCÁ    €â  ±  }"
!#¬"¨‹  ³
ñ-  ð†`...@BxÛ4
S  '2 8*j-M;_A t  vÆ          ¦3/4  g@wª×P  Á  í  x@õ  i¦  =4>Ða    ~ÝB
"Õ  ƒ  -  @Ñ
"pe  yœ  ø"¸†ƒ  âÓ"í  Ä,ïâÂkßkA>ýS[â  Úh5  4Ðê¢"Ðv¡Bé  ðƒð¯Z  #Æ‰[  öcäKrXâäa  -  "d
Ð²œªm'J¯ò;ÅÈÈ¤GÁÆ‰ó']|h  1r_'}¢>rXäžB?VH(tm)  ¸äXiÚR  ÚqoÝ  è
y$v  t  7"ôÎ¯  ÐDç$¹1/4¿í  ¤ÕûÐ nB\Ó*Ü'  -R
iŒ"çÈ¸D¯pAÙ  ðž
 ƒa  g  þäŽ]  Ÿ  ?
‰{¤¤Ïg  š‡Ä^  p»¤úu¸Aï°zÖžŸÛZ§"  t  t->Ø¶  kW"é<.´  m0}U=
>dŽ  tþ'N-H¨ù  ä?;°õ-pž3/4  /øV"  Þ"    þƒ
  '¶¯zz1/2öÕozkþýëë°(r)¥Ž  "f61/2Ó{ºW1/2z_¥3/4÷ûéSÓ ô-ôß°Óÿ°[]tënô¬  •Ré7¥ÓÝî*o^õûöï´ã3/4¬.
S¯ùÝ  ¯}S×Óú¸õî-õ{ª{   Ž/Ž,  >ºkýwíiW÷þé´#[ÿí?þéþ1/2j¿-êê×´÷Å¥ƒ^Ÿÿ°
Ø=/|Z_àµî¯_µ^Á?êê  wö²    ëøãÿVEO1/4"  £%Bý×ÿ  ßëoû!,  æ  ú1/2y
1ßúÿKû^õ×[}wÔ,
òœ1Û    þ(r)šÿIÿzÿš  ô
°jø_ûß]}u  û{Õ{w¶  ð°Ø%ÿiÿ§ÿaUû"Aßwöh  õ~Õ  Aý}:íûíøD="õÿ~'1/40ÿD  }I;D  û÷þ(r)Z"3/4-en
1/2Q    þµÑ    ëÑ  ýþ¿2M¯[È³×ÕrÂ
ý o-  ?uh‹G-×^ê  "ÿßè'  ÿDgûßHš?ý_Û·ú¢dzûÚiþ"  Â}¢h1/2:&  ß3/4ÿ¶Ö(r)·Üü%ÿá  tú
°ûë°ëïJ(r)Ûý>ì1/4">Î¶,  m  õûß(r)žë¯uißó¿
"û²êÿí\êûWéé:×÷:žj°êƒ  }'d3Ý"¿ÿßgC}v¯zô²ªÒÝo(r)¯¿3/4ûI1/2´ÿý  Ûþ öÓý'ü41/2(r)"U§ÿý]*3/4ž1/2Õ
÷Ðú×nÇJµÖÿý~°1/2WÚþ•¥kméûþ  öÿ_ÿa&ÕÿØu÷j¡_÷mi_oÿ†---ß"}§}¯°öûZ¦>öÿÛÚK1/2mÿÿö"°þ-~í&
Õä¦1/2-þ¿}"
m/þ-ÂÕ
ö•"júÚÚa.ÂÚ"¶´¿þ¸ $ÃKƒû†  ù  ``•,|  "ç°²(¶ſÂ  "^"ð¦  V
  ¿ß{  3/4?b ÂM-Ûv  'D  †  ˇžÐg  ßþžßýo
W\TI  Þþ/·Ø"  ^ÔlTv3/4Ä"ÿ  Aß´ÅE¥ñ[[  câ•¶šã  ÿùóÓ[õÄîº¡¿õd0öÿ(r)í"a2-,&ÿÓÚ¿kðÂ
&C3/4õ
6  [
Úí*¸kÿ3/4[,amv  Ò{RÜ&  áßÚÿa0¯W

  al  ÿz°V¸0C<  0šÅv    ¶  a"žÁnßþ°  ]^ˇƒ*°B4!'Þ'dYÃ(t"%;  a  ^0X°¨F¯!  `"DD  ·¨!
  "  B".-¨üDq        DDDDDXB-  ÿQ  "t   ‡þÛ

-á,...ß  ¿"

`†"MÄŽ?ÿÿÿÿÿÿÿü›ò;Y ¤Q"AO

v>Dã±

"

£è    ‹3!  2--ÆÔ·&ü‹£2

¤

 Ã]$

ŽÃ5;*aS2  ÉvUYöJ  þ  "X=û  õ;$Úõòζ  ×¨+ÿÿÔ-ÿ(c)  ò  ÿ÷,æ    Èg×nüžÕ~ïj  ÿ  ¤œ-  V(tm)`Z
ÿxUÕÏŠéãĐ"Pƒ‹§úãI  X×ÿ÷  ...Û_w  °ÿk}ï"é²¯ÔfKƒFEU'Gÿ¿^¿Í}  éÿõ1/4ÈR6(L  2œ!"

  ža  3¨â^6‹†   Ϊ³b(tm),  8âE  Ûθènlcpr]

°û:Ÿa  k"  $,]'  GQ

¨á›fÆ  "Đ...˜dtz5æ¦lB    'ž2"×õá4

 ôü&   } ð@ÛÐyÆ...Ö¯D-

 ÉØ".>1/4œ?º

  Ha  !  Až  A¦ƒÐi"  C²@ša4Á    ‰

ËŠk   Ϊ3 Éâ^~âÓM83/4-

/N-?ïþœZú    Öè?‹  =xðN×M4ú  -šza:Ó@ü

n(c)¯  U^V^%1/2  ¸iß|‰  ']ñr,*  Pë¥Q‡  ÃÕ5äKh^;^|>D  8â$Ç¢,>ÂqhŠî.6!"ý  Ÿ¦NĐ2]'  DáMBä¸
7  häé'ÏÈ3/4Ñ?Â

è³ù    öö6g  C(r)‰sDY†‰  "ÿò  {"-   dHò/ÙN]    OL    œ  9›Ñ-9  ²Ϊ'r^£äGpêĐtñzzx
Á  ÐwI¸]nÂi"ï  Â  ×à"T  aR  <Ž  <  zt  aõMÂn    á81/4&Ù3¦  'ú    6¯A^Nn    DæúDç˜Ë?Nÿ4
õV-¯

×nƒÓÒ÷_~...\/~ë  úî  i=5Ó(r)é5_ú

ºêéè5N"ßA¿'fùt¿ÈÝ¯ªÛ_P¿¦ÞµíúîµºéëÿH7ÿ1/2_^•ô×_ÓÖ"×WMÂ

÷Mï

Òo°A    Ÿ¿õ  ¿Z_ĐïÿÓ]

Ø1/2m  K×¤ß÷ôí{  õm8õ¥Kÿ¤ÿ¿VÚªN  ~þ÷ÿ"úé~Ÿh†Š-ûéÈW#  íþí{õ÷¨ëêò¿íµ{  ÿWð¿""ûv\@  -
 ¥ÖØ+  µÓÍÓTD

'O,

¯]Z}.þ•1/2jk  éü  "ï}Ò  ßO(r)Çê1/2,þ"YĐ/ÿûyĐ§þâ  3/4š  C¿Õïß×Ûûo¿{'  ý×rL  ªéïwTúßÞgx3/4?ò
p]ëûÿ  õõ¬0õÛ'  ;íµuû(r)-]_ÿ

é·X[o¿  X÷kÙ  Û]%‡þÂ§  ×ø_ôßô°×(r)¿ßÿÞž°_ð^[ÿú!áWõßý§|...1ß  ƒÿ-Y
v¿ÿÖD/{÷^˜mÛá  ¸-ïÿÿþûÓ  µ@·ÚK°  v¿}~ûû

þt

d>Èÿ²Hÿ'ïßëDgÕ?1/2íÓKÉ  ÿþ¯  ÷úþµN‰-(r)›¿$†þµΪ'òüã›_ø˜Û"PVC  ŸÕ
]ÿéõ¨  Ý¯KîŠÞ  o1/2{¿_þû"ï    ÿ-BÕ÷¿Õ¡-"ÃzÝ"-,?Þµ1/2~1/2kë-ûû*l†oÒ-...¿ôûÛý~î¿ÿõµ-ÿÿínü  é
ð  `ßûN·^÷íü¿éý¿µÿÛ  UuÒ×ÿõÿÿ_
 ê"èü-o1/2W'æÝï‰  )ÅþÝkõ]î¿_÷ÖßiV"ºKÛ×Wõ_ôÚKÝªï}§[íúM
  šŸwiÖ°°oþ·ÿ{j  R§û÷{ïßë  ÷ßa(k{ÿ¿ý=þ-Ö°ö*é}¯þzmûªºÿí,/Ý=-¥m...ûO¬  (c)3/4×î+°ÖΪ"9  Çm6
 Ì~    ^ÛÿzΪ×Ã

-(r)¶¿úV°¶¿ýÿ1ê{ÿL0¶¿ÚÇ

/,ý2.SÂ×žÚµ¶  °N"=a¤Ô0°a+Kÿm†  ïMƒf#‡‡†  ]Ø_a¬5ºÞõÿ*ã×Ö÷lS  ÿ1/4VÄ  ÿ¿  ßŠO  cý  b¢˜
 ëΪŠÿâî  ÇìK  ü0X28¡ƒ  öÂ

Í

-¥ûßý... ðûë

...}tß-ÿî-Y

†›  ƒþÙ¶°0¿1/2¶  úU~  ^Ó~Ç    ñµP  Ã

ÓV-¥úa -áw°¹1ÂV  ô  VþÕ-ØW†  õ
`¥À&´õU§\C          ÛZðÁ5jÈwË  &  "  ;ÿc1/2†  0±    a"¶'h3  "#ˆ"  :d&!""  1‰˜Lãa
Q
‚C-<TE£SPÂ  e(B  B""!"  &  aT×‡þ  lKxb¢>""  Ø^^^˜Ž""""""""
É  Ø_†  êÚ-æšé8†"F  0]0¶  õüDD  0am']Dl5Õ_  î-±ÖÖ›PÁ+  b#þS)øÿÿÿÿÿÿÿÿò¹J•Èh24ÎÔGb†W
  åœ_ùôOêvs£-]  ¬Å1/4Ï"-d1µe."õúÎ(r)É%  r¸ž  D6l`;ú_éíC1/4*pmWµûm}Öø]bœz¯Ndîþ̧L#ïB¸¯(r)
?Rh  ß  ÝúÕ5  [ßëïéÃÿA)  _k¹^    EÿÔÈ !¬nP#Ÿ0D.    =MdJˆ@åXRŒÔd˘îêgS6!¬ˆÃó"D


#'  "  -d`B¢8)        Ú
œ!NDPÍ  5'Õ,  h.BE@Ê†E¢èÖ)¶u"(r)'        g}Ü  ÂzkÞ  ‡E0@Õ  ƒ£f  Â  á0@Á    ‡¸A    ÿ    "
 4  CL îÔ  d©B
Â      - ƒÍž  †
k  @Á
i˜
    "-d  g<Í'
tÐÐÿN.ôßt(  âÂ


Ä4ª
    4÷NÖ  wªa
  =¤"Ó   ¡ÃïAûé(tm)ˆk  '"
'#ôE  ¬"útí  Ç¢8  ªÞ ƒ]8"?T"hŠï‹  P¬EÐ¿j";Pœ^Ÿ¬a
R  @Ê"    I  k%±)tÉe  ƒN~TKÜŽm
è  9¶-ÍG  äL¢\  %Ù  d~Ñ1á°²s
KšÓ    ä_  ÉÒ‰{  /  ‰MÈÐNo°D¯Ý  Ã"žOö~D|äHÂÜ  ÓÒ    (r)  5O†ÐAÒëé°}ÖŸ]  á  >  <
è&È7O    ü†  .  z  ÐMôô¹MÐnGàƒÓt"{ïSÈ1/4Ð"sKH0ä_è  i
ª!
H‹(tm)  -,1/2"b"×N1/2ÓÓ-Ó}i5MÔ¥ÓoOOqT  JÒ¸OÖö´í'
"Ié  Ý�ÿpƒÓÐzvžè7v"  Á6‰Ó¤‰Ñé"<k(r)ž  í²ž·Ývý|ëëïƒû¯T";ÿÓý~/]~õë×°N-O"úÒMÓzÓî    äQ
ñÕÿ¥¯hu§zÕWÞ  "°uÿ  é
Žß÷-ô/¤ßM1/2nÚCÓ¯õÕôùä_    U=z    ^íˆh}jÿ÷ßýªÓ×øÕµx¿
¸v-×¤ž(c)1/2uû¯þ²íˆþß    ôÝ?U´õ2    Ý}ÿH¯  ¬àÓ÷_ý$µ-n·ƒ¿ûw|  ƒ¿O¥MÛÈ  3/4  °ÓáVú(r)ƒ  !
÷_(tm)      þ¯Nt
m  Û-ôÊ ƒ  Ù3  ³XJ-©ì`àáúÒÒ5‡  (c)  ÇÆ°  õdh&èuÃ°XOÝõë]AWÞïÖÓ  ÿý  z  è†
Þ  uÈ:  9þíþH    ß¿¸ôL  ûß¥|    iÙ  ±...V¶øD;ß^3/41/2Â  ã×  ]~ÿî%íÝ
‡~¿xD  ì†  ¿ý[  OPU[¯]äÀ-L‡
  `Žš,ÿî-·}  Ýy¯M-ÿëü"-ÿ~
9  _ôô    Û¯  qÎ-Hrœ-¯TCÚ·  ,CwD
æÕÿ"Iü,ô˜žõÑ#ÿû¯ÖI    ×ƒîÝGÑ    ÿ5  !‡˜ÝÛ§ä':  _(tm)&    t‰#ò,Ó²Ó¯  ÿ
7
-ô      }×¯Ut    _n·ëþþ
ðÃðsX¿ßê  )N+ûî¯  ¿¸@(r)÷1/2ÿûÈ`ˆ"    ‹y
  G^"ÿïz÷"×3/4ÿÎ  Úú(r)"ÈH-7úû¥È7ÿõOÖUü-ýþ̈ÿõ5ˆÔÈÎÖe"Öëÿõú[Î†ßý  oþïI{}mïê  ¶¬uºú  _
èo~3/4´ý    ÿÿX7°/Dí?zm;û"JÿÛ¯ÿÓúó"_ï"óÏ9v~ñõ§ÿÍÝï¥    1/2-¯(r)¯}áöé{þ·¸¿oºÚ}¬VÚÿÚßKÒUu
m¶¯¯  ÿuß"êéw¶÷ýÿÿjÿ"u¥3/4zz3/4ôÎ§ì+uký¯ávÕ~ö  ^Ý6-¿w{wMíõ3/4ï
Âß¯
{I:Óû[[KûKoµ^Ûÿ¿ÚÚÚm¯tÃIn  ^  +[aa¤ûam/î+{m...´˜iz]¶    Û}¥pÒÞÂ^Úl0-¯§k  tßO¥î3/4-†\F>D
¶ÅmG±    n;
1/4B`Ì      Øf  È£;  (tm)  ðÕŠþš‹

US±T  Þ˜3/4á,±Å{"ˆ  K¶_ ÖØwv¶-d-,r  ýútÃ ðÕÃÓ
ƒÃ  {LTq§ÿ¶¢˜3/4ý  ÄkÕ"a/!ˆ}D_²-!¯_[ðÂV•>    ÃK°"  °Ã    ?Ú^ Ø`-ÃO
¶  í?µ~Ý0˜L.÷á&Òïì%-ÚôÞÃ]~×ìS  ÜqL^þÁ
T  !ÃB  !  Á
@ÎX˜B
&"  !
   µ       Ãâ
   `˜A,é,
   `...,Ú  Â  dzè0AÓi"ÐàÈôáÃ
Ó
&¶Ù
CØ(r)""""""
-'  """ Î   ˆˆˆˆŽ"""  °"A"!-4Ò}]ƒÃa\DE[DDC&\  ˆ°Ò†  ÎÒ   ˆ†  E,¥¨  ¥¬  F  ]Ev-
   Èê#-JøÿÿÿÿÿÿÊiaGÿü(r).Ë<Ë  Š³\ì`¡DÌŠEHÊ
ÎÈó¯¬  "Õ  °L¢´
õÂî¹(÷
   ª  (r)-(r)  õ¢"i  û~¤Åz¯¢t_  n°x\  ÕÝGÇQÇÅ."Õ[Ö÷ûþõ(tm)  Œ,  F(tm)    #Å<D¢  )/ämQ  œ§õž
%6t    m|É  ±    %ã   ¨  v}›  à†ŒÅÁ  'a
,  †U"!³  uH2@rD}-  "  "92à-  2C<Á  3
lÍñ"4†   ª‡v  u¤  N  ÂkJ  < ôÐ'84ûM=
~ƒ^¢±k  Ó_NâÓcý8->+N/O×Ýh"Ù9>¢  ±eŽ  <¬GlŸä6R‰wD|rX1/2¤KÜ‰  D¿ÈqõÈ    a<  é
a  àƒ{¢%   'y žE¢á  |"ÜŒ  A3/4F°  Û   N  ìŽlûÌÙD?|é¢i  ×a0›
ÐÜ-Ò§|èzo~Å§KtŸĪÿétÕtõ¿NÔ-&"]µKiUÞ  ¤Û_û    ß~ýZÕû  M]  Ú°Ý}}ÿ¥ý1/2ýõ}bÿõ~~(c)=
ö£í?Ž(r)êõÐúú"ÁkÿvïÚo×õÕ¯µiSï|/[úÌŠÂÿÞ-]~Û¨/JS"  è  7j3/46P]õ÷,ÿ××ÿY@a|
"ïgP}SÿÉ    w}`¨1/2o  }_(r)  ¯
(r)ª
ýzÕ"ûÕ~^{}êÿö×3/4¯xiÛ¢  ÿý  ±_é"Ñ
ÿÞ^éõ  ÿ_í  ?ú"Oûá  ýþ  =í3/4ÚÑayÕòú¿ÒE‡  D'  ù4_[3/4(c)  #ÿï¢¿úþÿÿÿû...(r)ªðµ¦êµ‿K(r)¯úM{
W"¨¨ï3/4µ(r)•Ý¯]î¯¿V¿ÕW×úÓ(r)1/2~"ÚÍ~(r)µú°ÿÍÿ~ýknÿ÷¯µ×Ûþõ}~î°ïë~-w}¥ð×ïúµþõ}ý~µ°3/4
¿Ûr...°3/4Ä_m+ëíp3/4¶¸a¥Úkû
m-µýuM  iN?bÿ†  'S"1/2    `ÁÚ'm6  ŠWl  Ý¸0,†-¨.û"¢êÈ<?d;ûbžª¸|$  ëÄð  X"¬<ÃŠØ"ÿ]¯Úþ  w
w´Â1/2Ý  xá¥é¿Ã
¶  ~-í·kö  +   ^1/4-  "
[§
ö¯
   ÛÔ_JÂ  ßÕb-  ^  4"    ÊØh  1'  ª(tm)eÁA9#Å"
àÂ
;C    DDDDDF"DD  ï×1/2Ö¯ôû  1ÿÿÿÿþSEj?ÿÿÿÿòÐgê?ÿ-A
>ZË*?ÿü¨ÎÒ  ÿÿÿÿÿÿù'Xf  1/4³
È¯QNÃ  s]›pÏŠânHdQ  ¶P(Lí)|e£ë  e1/2äï"‹z¥(r)v¬_ïäřIs1/2w¥×Tµ.Îê3*-,ÈlGÕp-ëÒ%#\¹  -çc¿#sEI,
õÿ÷è(tm)Â^Ó"ø‹   |  jÕ
   Qù9ÿªÚõCN5ÕõïZ
_w÷ÿŽ*UWú3/4"(r)¿¤^ÐÞxÉ
d,d#"¨Ÿ#Ù  !q×;H"/'lƒè§ˆ"8y !Q    íÈ#L‰D¬È'û¿á?a  Â  BF    2v    L  'œ"%  SS(53
:Œ-  è   ¢Â3  AÂœ  °@Á  6Êpæ  B ð  "µ  3à†
Øe'@§Q  FN!£>ÍŠk#ÙN
b6^`@Ë²/†R
SQë1/2*ø"NÒ

¦  "Ý7Iý0@ÈC{A Á  õá""  a
"÷Oô  A'  D%ú  2€Mí0ƒÂ
4ò@!æH2s:,  gÙ  "
ø  œ.µ_éÇ"Ž  Fš  (c)w¦›U    N7‹N-6/Ö?Â ð  ö¶"  Ÿ¦ƒÁ6÷¿S
   ƒÂ
Ô*ˆŸ2  'Qù    IþÑ9¹  ä/dæûJú'ÛDAßr/9,w"ÁXN
Ñ/È1/4í  ¥Ñ    ‹E ÜX-  ‰oŝ^3/4-
• ¢D¹ÄI1/2  G1/2úéF'z Ðv  3¨p  ÒøAô  l(tm)Âx ÐzjE1/2
›Õ  FNŽ̂È  pM¢èÌØ†žG7'4BTÛ&ê1/2"  žSFO ƒ
žEÂ  ü‹Í  øý  ä^    -zÉeî  Ú±  Å"  ¦  h}z"ô(c)é"VØBë§ýu{"¤ôŸAÒ{H7Oi7ī  Ý]7    ...ðƒÐ}"8O
"é;h  {["  ²;¢  È_¢  )j
Ñ  ~ºk}-[i³̄ NŸ¤°¿"ßOmÿÂ
ôôßü/¿(r)ƒÓ*×O¯t×¶(c)?Ôô,  jØ è"Ð‰os,3  {ßÆ¡  †°Ò¿wÇþ...'ý-/¯ñ  úéZ[t1/2-'áSë¤-  kõ
ž(r)ƒ]•4  '"é}÷Ôcú\Ìenïûýú"þþ¿o]1/4kH5êÿÙ1/2xþïµþ×1/2=:
°a  Õ¥ýXzßýu(r)(c)Cª¡tßû×¥P›ÈÁzû×ï̈þ(r)µ-w}Fîaéõ×Ö-Oõ
¿ü"I  1/4Ö  Ø¿¦§
Ýî  kþ¿ÛwçPÿí}m  Mû"tïJ@Âjêé}oý>šN¯§ý¦  úÈ˘úoÞt
d97ÒR  qëõ¿_å ¿×¿¥uö'K}UôäXa³P["ÿ_^¯hkÿÿ  þÞ
Uu¨+
1/2Ø~þßÿö  ïÕöõúwmÿ1/2}*$  úõÛµ[è?Të¯õƒ|‡¯ØD  ÿëÒ!âÁÿ°í  ÿ1/2ý    î¿Ué{U(r)¿§¥  ‡‡a_÷Ö
ýx÷"  þ¿x6²Õ×DΪ"¶õá  ' ë  ÃËs9ëÿ_ÿè'?}ôþÿéý̂ªÚÛ"BzÑ    §_zÝþ³¨?éÿÊr  (r)Y  JÿôH‰¨3/4k
"~ûÿUô  ûýÞ(c)  µÞïO¬(tm)
Q#¯¶-ï_µÁwª÷àÚÿé{¶ßk
"
ý mþ¯µ-"^"ý  Î  w_  K_÷¥t
=uõÿäÈ8D<  ÿÛ{  Z}wkûÕ¨õ¦Ûëÿ×ýi  þÞº¦ûß~íÿ¤ý=ïÿ¯ 1/4+Ñ  ú÷êÎUÚµÝ{Ý¥/-(tm)ëµu3OgW÷ú}ï
ýo¿Õu{ú-÷ê"ú
U  ÿÝþÒˋL  ýwûþ¿°öãÕWôÕ*§°ë·TÚ¦-éõ¯¯¿ÿî3/4ûûPþ°Š÷õ×| ¿îtzý(r)ÃTÿ
"ôß{ïVí(r)û›Þ¯k§û¹=jš]ÿÂ]a¥úa  c  _  h×  ý%1/2¿o{IÿO{ið-...†  ‹I4-"a>  ÚZawÛíSm
Ø_÷§÷I$¿ké×"ö"Ã[Ú[íúú  JÇü‹~>~Â°Õ  ÃI†    0Õ'8-ün]1Q[  ü‹}1/2Š†  _¿  Ø0Wíƒ
Ø^  ×IýµÕw
_¿Ø§a~Ä·ûô  ThlS  zê    ÂöC  é þƒ  õý¿lBþ%"Øf  3/4¿¿ö•;"  íÿím~ÕéÃöÄAíµÆ
ñ...Tí°"Oµ-Â¶-ý1/2k
BîõÙ    ^õjö$n÷ÿ¿å÷V  ÂÆ...,ø&"  %ØL'Ýé"ÂÃ  5³@A"  T×Âam†
`(c)'SøZêâ"ÂUi,á    X`-    (r)1/2î̂þ-Ã  Ú
+  DDDDDDhDDŒÈèa0K^3    """¢8^^^4-  ·‰"#^^^†Ú]/NõkØ"|,F""#¨î8¨^^^"C"    U"  -Òô""
  °L-,-d  "¤daâ""=ÿuö  {J¬S‹aoK  °Â¶  ˋL    0¢"#ÿÿÿÿÿÿÿÈ|Qÿ-âî#;x¿  ô#$(tm)Ü  Ù%Õ0L(c)
Rdá̃Ð(tm)Ù  L"ÑP¿"ëþ˘Õß¯ÿé$µÞ,ÿÐU'ÿôÔ1/2Çúûøõ̂ê?ÿõ-¯þ"ûÿéêõ]-ÎF  DÅLë!Nò`ÈPÜ  ù  •³
üÕtwƒÈ  A  É8ƒ"]ÝÔŠ˒""5gÊîâRd£,  v]'  `ˋyÂ
, ô.  š  ¤  ‹2 nÉ    ƒÈ8†g¯A  B  ã,• Â  Cf
'    ã9  èE pƒÏ »t  t  T    !- ÔÍŠƒ:
†  3æt3¿Ù8† rv\ŝ'ž÷ÓàÐÂñƒCè ü a
§è4  " a  ëh0ƒÂv  h_á  ƒÖü Ó  =>  Biÿé(r)O°...T/Žú´/âÓóÓÓÓ¤Ðý0"(r)šxN*;,·"¤  z§  ]  èøMŸ':
'Ù?m¢  Â#°üÐ|  ¿"óD¹ÅÔ¹," ‹  Q/|-99Þ    Æ‰CD#(c).|M
  ÷"eµ~G
Nv9~íS™¶ð(r)ƒÐ<  è ì(tm)
ô    Ñ9-ØA,A¶Gò¢    7"" N‰~  wA  ¤Ýª Â
HÌÈF0ƒr(2.    -  j  Ú    Ñ  ÒA÷ZÓI¤é:\ Ý= ŸÒ°oT´-'é,O

†,u×zúÒ¸A1/2+," §o} ßl!¦þ"âû×õÞ(c)6ý:Oût ¦úvºéëátïºZ^ }ý/(r)º
êý×i¿ê÷,zÒwi¿I*÷kî ¯ûîÓz¿Ý+ >þ• 1/2'ZàºÇßÃÓëë×öº
~é?õ~¯T*ãîêÿè.*Ç1/2"ºñÿþÁî C×
úþºzô1/2þþéu}ê"Þµß ÚßëKÕþ ×ÈPèGä
.ûÔ3 ¸_ Nß þ÷ìº0J,hÖ"BnõùáúWý ,Uôß(c)¬"P (r)C þI†>ý ÷]þ-þëø˜îÉ ‡&
-íª ûÿd0 mt£!ƒ" †áÿA·÷ Ö1/2*Û_íÿ_÷ï
¨.ú] ë¨_é3/4ÁvîÃ "/TCß ëéúëÿÿ^´BeÑ [Ò¿ }Â!Þÿþ Š†ÖŠqx_$ þ‹'æWÿÿ þe Ÿ"D ]÷ä
…Úúö˜Ÿ]µÒ- E¥È€µÞÁ¿ô ë ë^ÛÚWÿÿÞ‹ É'ut¯`"þ(c) Gún±,\-ÿ†-þ oûü=T/¿ÿïZú¥ýôçGmº_z
Ý"úAyHÿ(c)å{
1/2 }}óRýÞÿöý\ÖÛºW"¿ü;Òýõ"›¯Zÿ*ÿ‡ë]Òú(r)Ù
×t ý4¿ûJÛ†¿]ûku}9Ôûÿo¯Òn›:ºòCÿ§im(r)-û{ÞÚÚWûui õWê1/2}ìkÝ¤í¥ÿþÇ-úéVûV÷m+NÂzÚÿ1/2
í"jªÚÿ¥ki6°×ÖÕöÒ´"×_µÝ¦+_Û_pÒ°1/2¤ÚM(r)í…ÛJ¶ V¶ V ý†"¶·¶ ì+k"
+Ý†¿öŸ÷
+
Þ È¸£ˆH‰Â ÂØ]Xî JÕ† 0ÂÇ Á"¿`Á/a"˜ãàÂÇ\S"ÂØ-õ°(c)"´ J
X0° d {NÓ Çq&ïvC3/4˜¥v) ¦+ö+Ø§d0ûbMá ïz"Å$ÕôìKZÔlI1/2Ã îÚ¶¶šØ]íiµ¦Ó!ÞÈ$e¸L.ö3/
4 ‡"Â1/2…l/°Ó
ØUÃÚ"Úvšö¸j˜* N¨`˜L Á?† íT aBÚ] ÂÒÃ ¦ A-, ¶ † G 0¶
Óª,|k
& ì Rêeî 2Ó¡ a ±ÄD › Fö F ñ Q HDtÿÊèkUÛUKv'7± Ã0*Qö)ëÕTC
DGÿÿÿÿü¦1/2Gÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò1/4E %;.
Èl… ‹ÄXRÝC%ÙUŠ ¤ "
èËs8¬Fo,!KwaL‡?³í-s·FEµ'àbþŸTÑÚÆÿêþºWý?´Ok~¿A*'1/2j¯õ¤Kð3/4ÿ`¶(c) ùØ±¤
øê•?¥(r)ÿ!¡ÂïP1/2÷Ç V ,
UÛÖ-_Wñÿ "îÞúÞ-÷þ3/4ç|ÿö ?;/"¯û¥úŸ Œ§ Ñ,
¨gR4 (f¦`d6NDa äT "Šq+62 yV!>(tm)+ H
N)PÊqr " Í š
Š²0!
˜#0†¡IS$D¸ ýF·Âa éç˜Aàˆ Pêa, d0w6Á (a
9v

vƒ Ÿa
£Â
,d†`(C < j \ @ôÂ e ló0¡5ú!ˆD,kø†ƒCô- qé Â~ƒm0›" Ä4 ô4 ÃÓPž›§§qè7j qý,
Î z^²%†œ"€ø¶E£âÕ4D~œZqª!.ˆƒ·Ñ ´•
"¡úVÅÈÎâ % D¹§Ú¦ˆƒþ" ,a
×x'DýÁ
äLšR~äŽD±7Y(c)'‡D|ä îKè… 4N˜ Ú'FŸ2&Œ"S¢^Í '7 åÑË zi¢tÈ˜ÐA¶K
°‰Qî'%î]?rNÑ Ê ÓÒý Ò
Óo Òz" M¨ ,x#G < jž(r)žµ¶š
,
è ÜŽ"´ƒt-éØ
Ú 7C]?· 6"þ,4pB $åG¥Z×OZÓôÝVõý ë-"Ým:MúAÓJëöé1/2Òê×÷ú§"ëi%tò æúa¤Ü!m £ª[×Oï
Ò}ª×Õ^ ^ "öï1/2}: 6µMRO"
~ë§Õªoz
ëÿOZMÐ{"¿3/4Úöû¦êš¡}ûk §Jí ëÝ&ûÜ}õ Ò3/4‡ßþº ýôº×ïZºý}-ÿ×ÿ¯õÕï¥}¯ÓÒ_íÕýkíªÞö- luÒ
ÿîû¥ÿíZÿøN1/2ý?¬Ð#ú¯¯3/4 ø?†x?ëõÿ ã"ßñz" ú¯ÿ×Nžt û"'
¿I×-Úñº êÙÔ öC¤Ü OÙàýË1ÒÂ°k¯ëßûí>úÁ WRL ý"íêõ úÔ ûëUô ÇU×nL A'Áj _ ¯×

÷_...ýü/÷Þš~ÒÿûA  ïü0ëÝ×zîûéJ⊕A  ÷Ý{÷Õ·Þ¿Ñ    Ÿ¯Ñ
uúêH"yŒmäÇ$9;K#,"ïM  ;^
-è²~M_Y    -uÞˆx†
  ¡   _î"¯  "Fw÷(r)‰-ýßÁkþÂ   ,  ÷  Œû|Œ     jþÂÝæW°o§  *a,
  Õ  ¿ÿï×ðUþü  î-öÜWõ"ý§  ªàÿôu"]  í4H^:!?P-WVª-ÿÿè/õW_ÿ]mÕ´íÿª-¯$ïÍkN×t›  Wê      ÉëÿÞ
ÿÿï{1/21/2Ó¯íÿÎ´ý
ÿ:šçSöÿ1/2WÛÃí"gCî"êfm×¤  d  @Ÿ¤ÚZõ3/4¿¡}Z-kJÖ-ÿ¥i~--ï×ëJ"(tm)›éZþ¿ïoþûíÒô-m[_þ›_1/2×m
°¯÷ö·^ˆßÃíxkðôÕû~ýpÃ¦ë  4-k"USÍ_PÉÇ  (tm)¶
6•¥ûÿëÕ¥ï_þ  Ý†¶  †"]¥"¶ÕéX  ¶  ×÷[Í†-šL5›JÖÖ›_þé¡  Å Â
  _i{
+  M9  -"3/4  ]Xaa...a,ñ0K[    0a'l  ûXaWDK
$Ò†
l0"4¯m&  \Í-F/´µ¿K^ÔliêßlWöÃ  µb-£ÝŽ!1Ulw†-  X"¦6-öØØ28¡ŠØ¦=¦8â#ö  J  ]+^1/4*j-[á  ±'  Út
Ù
‡"!ßM7L-ä<a;Ul‡vÈ$WØHT-¦  í  C¿ö6%  d\M,  Ã
[¦  µWá-=a["
Úûarà&    T0-
a...mZ†  Bü;L·  0"


V          ~á5lR  cã6ÍC80B#  D0...¡  ÐŽ  JÓ
¬#T"  Â¡
ã"œ  pa  0B
¡ĬZa  Pá  a
"  -"" ÁP°@Á  T  am  ž  ¡          DDDDDTDDff ªœs‰"  ¡&W5ãí  ^‰&‹
Á  íq  ˜Õ[íVÆïÕÕb?ÿÿÿÿÿÿÿÿà¤u20ÍLèF2-  -²l.)Ù#;(d$dXÈKÕä±'#Í"Œï3_µO¦÷'(c)Úv(c)_§h›(gÝõJ'õÎ
Ý°_Õ(tm)-;O  ê  úí×ÒÙ{ÌÕÝ$  ;1/2þÿÁkûª]1/2-ª¥ôÓñZ  Ý¥ûm,/ÕÑo÷ÿôßê  Ÿÿ{Õmõÿ    ãúíX~¿
¨äm  _ÿ÷¶-SdC‰    Bò!‹g¬é  ²;PìòÜñ  lÕÍB  Ñ  ò          œ2,<˜  j  *:žL  (r)6D
"2,#^tò
D#×ë...zÐ;  ¨MÁ  Á  ‡0e  Ÿf$F  @(tm)CÔ          (c)  A    f:"‡HC4  §
šfb"-f  2f@ì  Â!Ci'
p@É


    "A²â,
  Â
Œ    i'¸ˆ    §gBþßút  ÛA¨AÚ
wPÓ^ÒtÂ    Ðzè    T
!a0ŸXAá
    1/2?°Ÿè7A,  PÐ'  -`Â
          `ÈlØDÍ"  ^ïß  w"Ÿqá?¤ØßâÓâÐoZh8Â
¤±¦Óñ§úIÕh\iÅ  ôðš
Ðt
^%Â  Ê‹íÈ(tm)Ñ?gì"s².>K-ª¢ÍÕÓäG¢7zh-mH6‰ó  ²  |Ÿ4Nt  n]  Þ‰oVÕÜŒ"ôNoôK  "sr/4E|AE¢
>ª
Â{§ç  Ö˜&ú  A    oA7î²Bþ¡  š  hÊ‰'=    }h  Ü'¨... n›...¥×Á:Aºtô  wÜ y  Ânf


È%,'08&Í  '7  ûDyõí$'I?O-izMê´  §Ö  Ó}:AÜõn  ¤,é¥mC  "¤Ý}mÕÒ[
  ž  Ây  Ü'Wz  "þqÉ
  ¿u§-"øï"Môïzÿ}ZOÕÂw^  [¨M¤ýB{úzz  IÿÃôõÐn  PnŸJá8°ÂÝ°°Z×ßÕ-íß[Ö‹  WUÿIþ-ï  Ð÷×Ý

3µk÷"ÖöÒ  "I"§§Ý_úÿ]þªïõO,v1/2íÓ}7-µïtí8Õ+¯ÿ  íÿëvëþÛÞ¥ŸnïuMÿµ  ûßþ
ß        ÿÞ-Ò÷Úÿê÷ê3/4ŸWZKëÕ/¶¿õV-V-[Õ~-u
ßv×÷ÿ!tñíÿo´‡O1/2zþª|;Öƒ8  §  ³È∅"w^Ò¯ÿ1/2nßßÂÓûÚÚ́ÚMßvë×ët´1/2Ã  ÿÿ;¤Ø_×õ"¿Ž×<!,,GÕoÿ
m/uk̃õuÓÿÿ´×Ò--d˙žío  ðÈ²¿ÿ5¿{ÿ÷ô¿  S@aÕñïÿjß×ÿ  ô°ßõÞ÷w£ ?Ã
~ÿÁÞå"ÿêê'...'Ý_þþ´0û÷D  ~ëUK^ÿ  ._ÿòj÷ûÓëõk,ûµZë|Õ*õþûõCþ•-×"-&žbd.U  £w{wÿôõÿÿì/×îÿ-f
OîÂ  ÿ[ÿ(r)
ỗßO"-ïûþþëMëÉ¡;V-Ò-é×  ¥ú¿÷  ëÕÿ
{Z"Ok1/2µÿßÔêŸß°  ÛK]ÿ]ô  ÐV¶ö¿G}ÿÚíÿ¥êëú_3/4»ûKü(tm)  vÂT¿õ?¿°
U}û":6Ýî̇¿Þÿë -zþ̃ª°ö;ú{û:= úé†ÿð¿·Á1û¯Ý"  {"¨ßÕ  þßÎ-1/2lèuöuv  î¿ë}Å  w  ¿¯"³ÿ  Zþ"{÷¯
M¿̇°ö¨ÛXÿn̓?õÕmb"Õ_W|ôÿ×ÿ¦Õ×µím(tëk¯´×]z_ö"_ºµ|%µ
¸èÚ¯´¨vëõaêß
=&Òl/í...wí+]µíl/ÿ¶"  ßÿú  [JGÍ°•¥L4Ÿ
0¿þÚ́"ö¨°ÒL+∅Iµƒ  6  ×a...†¨Ö∅J  /~ÃJ  6  ûJëµíïoc¿îÇÓ  k  \W"û
$^(tm)∅3  Ó°ÂM"ö
&6)Š  †
   a  ô̂ÅG±ìTT5Þ  L0K†-ßkõÿÓa^Â"∅kv  Öøb  UŠuŠ‰o∅...  a0(tm)
-ìq["         Gò  °¨1\‹Xa((c)  Å>¶Á,ûúÕ  ÂtÚ-é(]5÷¨]íxa5vĐaa...P˙Ù

"ö  xa]†  ±Â...ìPa6Ò{"Z‰oþþ¢""  B'_
!
.  "×Â  XO  C  Ð†
á  ƒ  HÚ  0¶  5  0"D0ƒ    !"4É×˘¯VôÂv  ~ÿ1/4DDDDC^^^âD!                    gNƒË€BÐdê"á
,ÿê8˘â""Ð´ÓÔjèDz]}AvêÑ_  ÕbÓÿw
ajW±"7å/5   ÿÿÿÿÿÿÿüµJé\c;ñH   >ªw£-êDS2ªR¹3#†Î3/4[Æ
eŝfDjFgu$3±˙0w¥ëÂù|(r)   -...ÎÈû;%?,W¯...]&  .µ_×kÚÿ/IoíSŠÕW_¹Ù¥È/°ž  n#÷3/4¿'±?ÓÿÚõú¯•Ç
'!›þ(c)ôíwüÈ                     Ñ
Ÿ  5  CÌ́  ,pÈñ†H5&#\˘`  |Í  Ož"    ÆA(tm)&  Q,!  %â€B6ìì̦Á2?žÈ1JH∅¤¨"1/2eÑ&Ð€C¯¥Ñ(e
    Ô  î
;ƒ-Ú́ ÿ7  >â>œ¨      ';j;    AØA  ØD|  C  2œ"i"

Ófmç  €C  Ôd ‡F  Bð^µ  ´  ÉØB,  |YÆ˙Œ<"  a'"¯F  @ó[021,!æó*_~/M1/2  ;ü ã}4Ð¿Aè4ß
÷uKÁá
   ü Ó‹AêƒÿW  < Â "
êbÐh‡  %¬û  D¨-Sî̂~ù.×MW§°  ÈqÜiÅ ã́Ó¥°om¤âê!¢XÙ  Ú́±"    "?  ðé  š|}§ä(tm)êƒ  5$
E  Hg  )Çõa
T  {ÿ¿́í  TY  =²?  D|äNhŸ9  "‰Ñ¢Ý?SôÈçTG  È¿!-,  ĐA¹gr  ¨9DT1ÿ  82È́í  Ørsvêòþ"íª
ðƒ  ß1/2?[ÿúM°-  ]<'Ân  ¤  ")6   ÷T°~  ž›vJŽ¶  i<')7ÕŽž  ĐN,
"Ò́é$  ÏëÄ44Â
í
ÿn1/2Úþ˙õÕ=7Ti&  Mõï"ëMªMÓT"¤  ßêÚóáz-¤  "ÛW×}×\‹ù>i"âÑ  wÿÚ́  -ÕÕnžšéé'§"ú¶•ï{þ-Õ|×]
tòJê¶|šëIo.°ªä  ÏĐp  ytÉ~Dü  ¨úÕ¨ïõÿMún÷ßþþÝ  ¦  ¯_ÓNÕûþ∅ÿKvÚ̈ö?tÚ  ¯∅ûõÃ}´  zm̃'ï°Oí  Ò(
r)-  ß}.7Úûžþµ́Ó  ×ßKzé?*Mw~1/2>é]<."  çþ-ÝkÿïZÞ1/4+[Â~íÓúÚ¯ûfl  Á}_¶"
   ËŸ<ŠK÷‡ïë^Áîž×›3/4N  ¤`    ¥úþõ*~˘  È  'ú3/4Ú́÷î·  ùÕ-û̃õú!u ÈàÂgòâÈu?Ó́!5  ÓÕ̃8Á  ×
Kþ-  ¦ô̂ŸÞŸíêë(c)ã¢
×1/2wûÿ×Y@b°ÿ*d    â6  ôàé(tm)#û[ƒ  Ûö¿ß!/kÕ"íû÷ÿ×...Zië¯kWþÁ  Aÿëßì?Ã
ÿ  ÁÒtûÛ̃Ã[ÿ(r)øÐ  ÿÛûÿ×î×XV¯Nßõ̃ª÷¿ÌS¤Bwßÿh  w°
ÿ†  6µúä  ]%¯ß∅[×ûëê̂úÚU3/4ó  ¢H×ÿûÿ^Ÿè'þ¿íŸÒ¹2³‹?óX"Ý"]6Fƒ  ÿÿ(r)û__]Þ-"u¿áwí¯·_Ú́"·|  uÿ|¤
AW‡¯Á"jþü0˙3/4÷×ô•Õÿ÷ÿ¿¯õúÚ̈ëþõÿKôõûõÚÍ{Ó·V-ÿC°tê1/2ƒ"A!^3/4öþÿ  Óúûîÿ¯³"¥1/2?µöÖþ¿Î̂¯

ëúw  ·W5·
ÿ°3/4¶ïšÄD'¿  ¯ßÇ^ÖÚë]kV¶"-ÒÿÿõuÝý-¥[í-¤3/4qõ
s(c)›uýž~¯´·frÃ×öî¿M§"
þë·tí̶  íýÃ  °ý  éZiö"okÿ|-  ÿöžû}Aë"ë...^¯azí;´1/2*[I;JÒ´,am.ƒöÅ_}ûa+í.ÛÝ¿VÖí&öÿµ1/2=tžóÏ_îð
Ë‡ûL  ö+†  Òê  \0`"4›J›

}/ì 'íUƒ
C  ->í  ¯"  °¶Ò°"4  Ÿv-...t-m-wÿÖÄŒ{}  $âïÈ#1/2†  ööâ¸"Ø2âZ  Ç°Ë  'nû#Bm_`Ýâ¢£àØ§d\±#-Å
A²íÓ
+  ôÃ  ƒ  (r)Ý^ÛÛ]v›KN"m]{û  -uX[P¯-§b•ûÛb-ímª
ƒÇn-ám\S  _Ä›Ø¨›
À_a-¥(r)¶œ0·ia  [
¶"ö  ¸[
[¦    VÐ{~é...ï¤  -áB1/2Ã["[NÓ    _´¬+x'  /  ¤Ú3/4Ã


  "82†"
lµ "  jÂ  iÝ§  Õá-4"0CM    C

  °A,  F1    (c)°¶  -7ì,  c@Ë‡ÝŽ"8ˆâ""#D]  ˆŽ"""""""  D0B!ö-Úv    P×d  ÿQÚ  `ƒ  Ð^0(c)ÃÞ¬%
×ê""!'    ¨!:±ýx^¨ï\/Êõ -_Cëý  ê¢,!Êj
  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-t¥ãÿÿÉHS-  ÑKH|  (P‹ì    J  £Ä
¢ét¿Ð]  ÔÁx¿"À~]  1/2°U_o¯ûû[ÿýÿþþé{ûiv×l0,-jX#  'Ž†#ÿÿü¦  Ô  ÿÿø €
endstream
endobj
58 0 obj
<< /Length 59 0 R >>
stream

q
416.88 0 0 700.8 0 0 cm
/Im0 Do
Q
endstream
endobj
59 0 obj
36
endobj
60 0 obj
<<
/Type /Page
/MediaBox [ 0 0 428.39999 700.08 ]
/Parent 69 0 R
/Contents 62 0 R
/Resources << /XObject << /Im0 61 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
61 0 obj

<< /Type /XObject /Subtype /Image /Name /X /Width 1785 /Height 2917
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1785 >> /Length 26362 >>
stream

ÿÿÿÿÿÿþdUs1/4EÑ#ÇʹØŸÊXeÈ(Ù  ÈRÚäÕNÎ¿Ó...ÿÿŸÎæù= ßO×Õ  _õ_ëwçFj  žT¢B6
dÉ¦v!    KùÐÈ(é  !Hh<ÒÍ
Ã°BOÈTò-'  æ  3P(r)P!    Õ,"pfŒ"(p@Ê#"   ¬!¨  >žÖ"¨ Ü Â
P0   Ò
;  5        ªI"  AôâÒ;¤Ð"ëøÐÓN"âÞ  ziß'æÈí}Z'ìþ?È1/4  %"Oš#ЄiG ¨¤_z%ÏÑ:
#Æ‰cª  :  ]'?÷e   | ðƒÐt  ž,   0é1/2  Ûi$á  C"P›¥"êø  ªÒ  MÕÓ¤Óôé1/2´ë´ý{^õ
--  ßMÓkW×Âÿ[z×äéw×cí5ÕÚ"kO3/45-[þþút÷Ãÿõ[ëkuÓÝ/àöb  1/2áÕ  ïÛ}kò6¨-(r)ßò  :"ô×  ƒ.  ú
ÿÿÝv¨q°t*ê1/40÷×µÛ
¬Doô  tõð  _"Q?  KØ?ûuîÿC íP›¿u´
þûøaÈg  þßÕ³(!Ë3/4")Ò"âÿ_àòÕÿëõâ‰::×Ûƒÿ}ù.tÿ×-¥¹  -"¿Ó  úûá--þÛwìê¬"¿}oæjí  îÞÎ-=m}  ƒÎ¨ï
Þº,õ**êyýûÿÓtêêq3/4"K§1/23/4ÝuîŸ´1/2uíc†  ¿êév(r)  ëNÅu¶  í¤÷Ú
m&›Øa+Sï°Ö3/4;[{   ?
a¤ÚõÁ(r)ÃUƒJÒmn¬Wò
ø28¬-ÆžÇ
ÁH°"â¶)Ã   Ù  ué...~Ö  ¯  qß²  <1±Kõ´Ó
¢3/4Õ^  | Õ...û
¦¯yn
ƒ    Ââ
      ƒ  -    B!¡

dk1£RÄ  b    ^^^â8Ž-Öý/&bm¯ú´ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþ[¨"¶](tm)  ³î£RÐµ  h¬FEÆv^·Ç¯Üíl
d,Ês2Ð|;4D R
Õ3±ýÊ¿[3|í@7   çbì)"¨õ
Ú-  õz¯¦š¿  'u{ÒM+÷¨ÿ¤ß-n¿A11/2ÕÚZ3/4ÿÉÍ0š/kZþåªÒñ{é¨^A-,~Ø&-¯á  ÿøñ
v¸Ðý
  þªÂ¤"1/2W_õûUè=~›¿ß÷  ¥£1/2  ƒ"å'
  C:QvD¬žhêÊ¨")Òÿ¥È-v³vrüÔ¿:'">È"G²  B  3dà†b  AJr:ÆÄ:  (Ï  Ñè31    BÁ  ƒD  ôÁ
i",  Ù,  DÉ:$      Z³TD  !ÆÄ*Ûæl[:
ë  3
Ø§,  B|hÉ   ãÃ#AI  Â5  o  ^œ^  û$  4  "¢á  4    ‡!"Bh ð  Ë‡Ð0  ,
h4  "è4<  Âz
=  ƒÓAá0ƒ°(r)§Œ  `žƒð(tm)à@  é°    3À˜v    =  Ž, ý  Ú
ÓÐziéú
    qk  ±×TãDcŠY  (ho  J·x8vŸ  §kªïÿ ÓÓD  uiúz
4Gx´4â  ‰B(ôK  È-Ñ  "ôG
    œ˜¤¬9?r    øé
1/4ŸðKKâ[´KÜ^Þ¨Ü8Ð‰7
}  ç  #Ç  ^ð\¦á¢Xü"^  ^ôFô]  ;-pA¹    Ÿdé'.fÑ9ÐA´Jn  n  <  Ãä    7
Õ    AàžšN  aÈñ    }    ¤A‹ðA¸ÐÈ1/4ùÏä  Ñì
"|w."
Eðá
'1 ON,  þœÒ    Ð'
=7  é

Já õtð(r) ÕÐ~ 'Wt›IéÒz(r)†3/4ŸI}71/4 ×
ÒnHé"ÚX3/4"ÓI7 ==6" OtêÞ"{Âzz¿oéý^ŸêêÖŸÚm¯Wª~›ÿÖ•÷¤÷]SUOôðžª ´õ×è'þ1/2.-]zi· i&é
ñ"é'ß"...Ö¿_^-àþžž ío*×-ïM1/2íÓ"ÓÓ{÷¤ðŸ§§ñ~é&‡ ¿úo¯Ç3/4 %ºÿxH íÿëkN×¸ºªþ?¥1/2þ´ýpï
ÿªV ¶¿ö÷þ¶é?_~þÿðÿZßîÓÿO(r)ï"ïýi?öÿ_w^Ø*zÁ×µ°Ò}ÓÚ-"#B Óÿýv þÓþ¶ª"(r) ô¶²&4¿û4EÇé(
tm)...]ÐÝ
¿¢œ+÷!
jëÈpþ±"é4R úµizßÝ zÿÝÒß¯Î€žíù þ#øõõê-: 7iƒÚß
ƒÓúöº,ÝRi7"Õ¯¿íúÿm÷µk UZò¬ ÿûÿi?Ó¶¬ "
¯Ðaÿ3/4"Ûh,>-ßKUº ]~·ZÚþïv -îÿ"A-¿ïWp˜ëÚ"IeÙ"ûÂ û·ÝÞ
ÿË ¿¤Dÿÿÿßöïÿ¿- ÕB!{ª
[ÿk14Ô²{ë¡k(r)F~¹N (r)²œW ¦ßtÑ4?M{Ýúþ"ú·×îÿûÉ-(r)ÿ¢3ÿëík÷ÿ^
ú! 1/2/
"ïêµTûéV1/2_ÔÖûþ"ß¯ýô
ôëø.ÿ¿¯} Omi~ o:6û°Ûý¯M3/4,×÷m{º¯__Ýú÷ëþÿëé kû{f- 5>Î†ÿ¥ïº ùÄéýYÕÒu-÷Þ"NýÃÿÚWé
_ÿõ~'"ß{_"Õ6utô þ× û¯\ÎÝ à÷KmöwU~ë¶¨$××Úßÿîê·§_~·úÿ¬5ýaîÃÛûKô¡¯íþÚ-é_¥
l.ÚÚü?´¡¶´ßWïÒm.Ó]Ý'ÿ]Ý/µ^×¨kö"-¤-¯·z{ê§' 0Ò´1/21/24Ÿm+[ý}Ö¡¯÷k¨`›p"5µÚk~Wúß µá}3/4
Â¶"¶•š4Ó°"Ã¯m+]dKiA¶"
$ÕC
j"i0iA°a(`¯Ã Û ¶ .Ã]† Kd[WL Z~"a+×°ŸM"1/2†Ÿ°`œ JÂMì0'Ûj -Šô V&üŠ?Š† 7b¡- ¸Ø1
/2ŠbMë±¨b bõ ±Pdq±]oìWO±4l Û ñ¿ Åo Ó Öþ é1/2ö!;
ˆN›Qøa2 -Âjü2 Ul‡}2 ?µµ ]éÞ× ¬ 0(r)Ù
Šì‡z&:
*´û!ßJÁ^Èwm-"´˜i"´ÁIŽ ì& ;°1/2¦"
‹U...ítØ-...&è01/2="az{ wm{
ü5Ó ,ð`-aX0X0J,*dTé¡` g D ªA"R'1/2K 6ÖP3ˆ`Á
"A'§É¨(pU Á Ð ¬! `...è c °CàÁ ˆ2ÌE
Ù "DD ¡ ÄEÄDDDb4""""""""""""""8 ê•w¯u§é/ZŠwøÖ?ÿ-åJ?ÿÿÿÿÿþ[ ³J³'Œ d ) '‡&Â±ÜÅ)
Ñ HíEd] ENM3ïO+ˆrlj°ˆ>€üÈéU?}´µ¦BxN¯
á]Z% é{Ò
h;-WíBû¢r ÿi ÿßX^Õuÿ¹2 þ; _Çÿê ñßÿûÂýß_ÿéa¿×ÎÔ"?'hî·´ämò"ä ï1/2J(c) ¯4GdË# f´
GE †´xf,"Ä ÙÔy¨Él`D Î¡lüN Ã>Íˆ <†)! ÈaHƒ' ÖÈX(tm)Ã)Á yöH|È¨,"hl#¨ ÐBœS0
ˆ\› Ö<LÙæpa
æÅ B ƒ³ †jŽ Á Á Ä£ñ°(tm)³A Âx@Ô
ò àÖ L õAúa
"
$& O" Ø h-
v ‡Â R '
¡
O°D Ú
a {Ý" A3/4Ú
'á 0 è4C' A§"ôÐ=ôÓÐ "
4Ó] XÐzØNÐ4îÓÕ4 A"³ úa
¦šiÚÅ¦Ÿ ÐâÓ 8°ƒMS'ÃÓ¶6G-"Ó'¶šñ.Ú#"º%Ø†‰e ÝdvÐ‹M ìZ%î!¦ƒOAÇDQÜ-8°ˆú˜ñì >Ñ vÃ
îO÷'ÍdLh-8‰nÂ'6B4K ä%°qä\!>è òt²4 ˜r? < >´-E÷A¸A²v l IÑ9´
:, "à- GtE· ¸#3 Ü‰Ž h&Ñ?`Ð2ÎJx n"e ò9Ò
Éû"- m'ðFnƒn,
ðAß Óôé9¤"tÕ¤ úz
,i éè5Â

Ó°›Þ a MË>B;D¿Ai á éá6, K ′ ¥ðƒ×        éÒ
§¡- Ú{ôêô×¤õôýV"ÔÂÚn3/4ºkI÷"é]0›H6¯   "ý¶"(r)éé¿ié°ÃêÔ÷ú1/2µn(c)÷¨MízÕ ÷¤õ¿Ö-úé;¯÷Þ>
5^Ô¥p ^"I;MÐ¯é]| úéë¯ j¸OOôëé7ï3/4"‹ýÓV/{ôôþ£Ö51/2Óý ZWOOOÅ ÷ÇßW
^ýê>žï÷tû¤úéï¯]ô3/4¿¯ÿ÷]ýÂz|zá}¯ª-"÷ô4
ý}]UzÂÖþý×kk\/ yN'×ÿÛ...íôÉÒr 3/4S"‡á]w¿KiZú×_'PÿÿÈ•6î‰Ñ }ñÖú[ë¯¹¨ P¶"!ƒ÷oõ¡æ
é-Dl' z]2á,6 Õë"þï÷Ã#ƒƒþ"ì |EÿÿWïü+ Ø/T¿oå Æ÷² ? ßŒ¯
×û 1/2k¿Å‡ëõ  zkõõþßÕëß AÇõöD=þÿ×Â!íKá¿D.=vÈ@#ïþ-êšúþ ýûPÁ륿#r` ÿ~÷] ¹äÕ #§÷
ÿ-b^ßË2~¯Ð·ä HAW]"ýí~ÿ-/ÿöL ß-Oó /ýÓÕ~M-·Ð/õûëDÃýQÛ-Á¸ðÈ OÚ-aß]¯ëôEçvÿðn¯k]"ýo
V¶÷P,÷{á/ÿÖëIýàßiWõ¸5"wÔ+ô¤Þ íÿ(r)š÷ôÈN×ëúüßÿ¯ë-}'×ý¿5ÍU1/2_ôÝ¥ƒ~3/4Î"þëz  ¯íí>ÿm¹Ö~Û
üëä -þý^(r)Î ý×v×1/2m u*:ÄNþ¿Ö¿uëÿïßþçW(r)°§Ñ/°¯¶t=3/4Ðv -+U_íÕ:ÿÓûþ¯mS]~Ó¿áó3/4tv¯
ï3/4ÔûKIößío_m-"Ûÿ Ö/¯]¬ÿÛ
^ëþ¿
}×ÝÂm7ZWþ }3/4µíoßì>ö××°°-ý§¥iZïio¶|1/2(r)-îÿÚv·
 l'í...î °ÖíS[o3z_
/{k¯ëm&Âû...a¥k"ì5`ÂÚì5íµºÖ ZðÒ"K(r)
o]†•...Øí Ÿé¬...~7£FÇ   [
û       1 ]¥
_aø0"  _"°°V Páûa&)ßbºA"í{k3/4ÅH¯ K3/4 Öû  ‹â°ý‰oöA
-ì, cv%ÅÚãØW÷C ÿ
2>    6p/¶ Å1VìS ¢ 6
ø|•6(tm)
þØ...±ZílWúÝ(r)ÈW²
ëý"\4÷Û Ø[¡"°·ö éñ  pþ;Mj Aªÿi"úm_´×°¿a;_‡úk
'(r)Á...- `‡Åz¦š`•,{1/40¶ÐÓM  íV¶
øa      pÁ a
o¡ a~têðÁ  á(r)ó¡ƒL!à‡¡ ‰
Æ -[   ÄDAŸ|PH^^Á †F6 Ý5q  f- DÕ †"#^^0B#^^^^^^|8Š^°B
 ÄDq ;
íñ d
ÕS µAÖÃT,Û
-"°°é(ª cCa  0ƒ;A ÿÿÿÿÿÿÿÿ•Í2Ð ŽìS°¸É?2 gt
ø Yà‡(tm)|Ok%ê Ù ÍÇÓé(c)ŒŒÈ3² HÕ Jý/"ï¥OVh^_"M$Ýëë×ê²ÁaW[¤þÕ Ù/ákëýtL"ú³þ hU|
5 K ÿÐÿÇÅÿþ¿ïë_é}_úk¯ôîêd(µìÈNñû;#>d¿çX-È^ IË,Açea $ØÊ^á ^D
(¸ëÉ‹ëšÙAP3ùÑ"" S³ ã A ú-YvBÌ¯ " > Ðá"A:ÎâVBÎ§fŒé"ïØ"  -tC   ¯A,!#@^@Ë,Z
Ì.(tm)¯¡
 f†¯A"ðƒÁ (c)È$ÃP@ú   ª¯v i'"š
1/4  Ã£ì¸PAÄ‰ D&"Ðh, ^ ðƒMl ôî8Â
qnÂÝ"
àÂoH;U¦íÕuö¡ Š°ƒNûOÐ8°žÝi Ø´4,qÒ L"7wÄÙœrgt‰ocMtÿÈúz"?ê',nÝ |Z#Ï"Ñ
8rX ! } GÉu 9¢XôKÝ í ÷"Å Ç ÎË¿ä[AÅÑ)ô 0åÒÝ"tÓoH9 (tm)Âšæt
ä '÷ ŽCç'y°Š  ¢^Ù è r ô  A ØN,
´ "¤Ý
    ´ pÝ" KÓv--Ú¤Ýªé"÷¯"ÐMÉ a;Ðt¿|é°Õ O Ã§(r)ÝI¸]6Õ
Þ3/4¶ô÷Ã
1/2ÿ×·öµi?L+¦¯þ ÓI6Ü~"ï¶-U OUi7·í}}:ïþ¯±oõû^¯-Ö'Õý&ë}§¥ª¯ ßt¯Q-¯¯ éýÇ´é×kí×N•uOïÿW_§jé
(õoõÔûÜK ûôz
ÿw¿Ûÿü;Vë÷ª_ÝÛ}ä3éó÷Õ¿ö(r)éoÿÖíø3Ùt¿Ì¯ö
kÔî ûëü ×ù` ÈØŠôI÷n1/2_ õ÷êxDf ª ý B -í²    G ÿïÈa  ×õ]¢`-þÿí+ûû÷Ò ( ÿÿ

wz]fãûÒð_§Wþ  û! >¿úÓ1/2uÿÿë _  ,  uÿä€Kû^ƒ  v¿ûD=ý-Ò3/4ÿä</õ  ¿êYGÿÿfH
°-ÈYÖ  ûþ  ¢
ŽQ
ëoãÇ?ý1/2  ÿôGNû³ªÿÝµý  þ‰'ok^D  úø>Ì¯[×¤?ª"ÿ³ê  n¶úúU¯÷×Uð-"ÞáßÛ§r  õ§¯ð¿oûÿ×¯zû÷¿Î
 ³ªþºíÝ}  (r)¿ê¯ûÿ¥kÒ'õÂ#§ß-{Óéÿîþfþÿ°[:  mù(c)þÍ*ÿï3}YÒÒÿziÞÞÿ  úI  _ï°´ý×ÿ^·ë÷M¯1/2µÿŠ
k}Û_û÷þÏ1/2µÿµïVÿZWî÷_~ïm  °ëV¯¯a/ÿ["êûÿMmS]ÓK  n-'íU´¯"J  ]¯íÚúÍ¯T0¡¶5ý¯´øk¿(r)º"º(r
)ÛªdBÝµÂ{¶´Áªñ¥M"
zÿ'p0"  "a]´  ~8¦ÿ{#ða  "ãZý-X¯¶ºÂ^ä¤ñi¬0°Âª±ïW°ëÐJì%-ÞÿîVÅD±õã0íªDÎÒl  †E  ZÿüI"²È°
 Ÿb1/2ÝŠ‰qÝ  Aë  ö"¶!  "(r)"
i...xawa+N·ûW  þ3/4Óû  ¦×ªA°ý"í"šµ†  ,1/2?h;J  M;A...uj  'éëöÃ#  °¿ÞöE  PÂN¯÷è]"â!"*
  ,C#    Da   ^´
4 É³  YC-   ^4#^˜"
xB0B"!"Ú¦°¢B¶¦"DDDDGŠ˜˜˜ŽêÿRçcpY    ±_¥Vm‹â?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü˜£µ1/4È
$Vò1/4é  00s6    ,
 )
2^  C´
fGeÁ  ÐR0    |F,  À¹ÁšÂ  ¢#d@ƒ  (ƒ  û)Èè  ¨          RZ  |Ã  ÅDdÈz^æN f°CPÍ£*  œ
 £9K¨ãd  T- d  ¥9    ƒ  ´Á  M      '
Ì  3PôÂ B,*|
 2ðƒ^$4"       ôÃX1/2pÐ==t-ƒé
zwØNë´  ÝïAþ  {ÃS°¥[í<'3/4z¾éøA×  ÒnðfôþÝ{Â
 Öð1/2ôÓ"_NÐza7îõNÒôîMVûÿÓ|-  ,
ù  sáD]i4ø":é:"]¡ô¶ÛèžBŽqíÒè‰  µ  ñ´í,
tLp"y-  ŒiupB  'fßƒ'C'JHJd`"B~Dr=h"›oÑ
0Ö"ägr
  Q  r4n  ôE;öFz  ö"          Äù$Ýúð¡7J,
  h  mtÐAí;è9¬žŸðn(c)3/4ô  ¿H6ÃÇ      ö×§
¯ÓzAû§ô  wÜ Úþ·
...~ÓÂ#¤¿ëßoý×·¿þ  7õßïëUo  §ÛÿÒ"_Ó1  ÐöÓ;5"ÕÕ  "=OÚ  uÒ#p^ÿLŸ÷
qò1øÈÇU~-øî-

µ"r  É ¹B@Í^•  ¡²|-¬;¯¬d£ðõoâÔ~ŸŽ›I&  ÿ[  V  ø}¤‹  þ˜D    Aá0¯@Á  |#Ð‰(c)+!$
ö°î-ÿk[Iÿ"1/2[¯"vÓáü:àý,  ÓÚÂbá"ü vžúä  Çÿd(6    ûî¯¥øD~íd(×ƒøEÿƒy!ßzÛè6Âh]øN/
Þxi0þŸä  ¬    Ôû³Ó¹  î÷Ò°öN;é<,õŽ
vC  öÖ
>    j3/4  ´  úŠd  /ûö  }Èl03/4úzo[ÿ[ä
Ø}žEð"!¡  3/4ÃÑ33D\ÈžBfE}]þ³aú-"!¡  ð  ïnëu(EÑ1/4ßV·ï²  ˜ŠÛ-ÞÉÂ  Ï  µv  õ  ,FƒdJQ
aENë¦þ"Ûúóö°ÕÛ"x˜Õ·¦Úa  ïaé+  }GÓL"ƒVý  X5 OO3/4C8?¥Òƒ
á  ÕéjŸ  t¯öïxbü>Á87"ÿö¶ƒiÇÞ  n¿X0ø"ëoÂ°¡‡ßl/...î  _ï¯·‡è    Îô
  õm  ×ð°°(r)1/2>F  ä    ƒ¯È@¬  ¿'¹ÂSÄø{Ãuÿ-Þò|²  J¬+"¡>ßäzÿ[  ,#ï"áõ,#íÁ  ÿU#æFÅôïh  &
±A´Áÿ1/2Zîÿ5ðùV  ¢¬Odv
ƒ3/4ýô1/2G    >ÉÃ1/4=ƒ1/2^  oñöÝ²B<  Öì=
ÛòÅëv
ö  Öfä¿3/4˜  Óúá  U,.´  ûö  }  {Óà¨i%i<§þ×  ¡uÞ0þêêÃ1/2=  ¢:XD  3/4ôB1/2/]àö
3/4öÿk¹ûaÂÿ@à˜þõ¿÷íÞg["*DDïï7ë(r)´  ÛôÇÿûßÕî•²ïä}µ†þ·mÜkNœ=}Ï  ¬    WäëAÓàÿY5t
þG:÷éÓ-ÝÿJÚí.é%Óî³íØ_öÿÿ  Û°ïö÷þé+¯ô  ü  ~õm>¯[ûJ•¹  <7,#íC](c)  ;
¢.  Ú°-ÒA´-Ö"ïkú3/4'þúkÛ¨ÿvØk¶"--vÒ¶
V  n  ƒ¶  [Äxa:oÞÓ1/2†¯°Du{

uØaadå¥e
ßúûÚ]ÿì%ØZØa(0¶Ã   xaZ¨a}+a,Uûl0-Á,§poÁ› [Ã aõ,L4Ý×ý}¿-jÛ- ¥xk !-
Bëb-C 3/4ì}ÿ ñõ-Å^ìkiÅZKj¿kÔ4">[÷(r)"Ši§]¶3/4¶ÒÚÏïj1/2"÷Ý3/4Õ0ŸéšâßàÂæ;³ $1/2ý...uµXiÓ
i×¯¯{aw[‡ö'-é...¦Û ~3/4¿ b7ÿÃm"ioa; ö ðÅÚ
ì%ï‚^Ów·
""† {Â- qß{~ ÿ † ÂÝ"ÂÃZ"
Ã]ö
ioÜ ^ _·A"ý A+ªÂ
-¦¶|A#|/¨è †

. A •Á'AèA,LC!DZæ •"(r)!,Ä§Ò D ó¥ . "´AÒ !Ý"ï† ÷ Á ˆˆˆˆˆˆˆˆˆˆˆˆˆˆ0B
"#5(r)"" ö¥´
‚È`l H3/4\9 ˜f
‰"æG"/•ÁähB$‹²-'Å*Ã Fl!
ä8º0 ÁA(c)D|Ž Ê@Bž# Á'Ã,Û#ƒIðk/
s øf¯FÑpÍ/›DpÖ/› ¢€Í5¢8fÕ ˆˆˆˆ'G
×2 N@öòXå #ÅÀÐhDDDDDDDDDDDDH-nw!¤0¨$ä (c)Ùœ-H+9
g!(r)9 aÄDDDHd Xä Ç(s¹
T Ò " ×g ƒC"BgA
- 4Ah! ÏY ² .å Ã Ï(c) 8ú `s$"¹Ç:² VAê)ÊsYNPâ""$ILDD2 ÁJsA@d9,
&A Â² €lQÊ µdŠÈƒEyÆŠf ! È+ ˆˆˆˆˆˆˆˆ‹# ¸‹ª þZIh•£ íc ˜ ç |g†vLR4 ËrÐ\ïò:;
‰op"\hŠ(3º@Ðdh3 2%Á¹Ø ¨ÿ¢; 6"
Ò ÈR-×
ø3ºc>2HŒ §3/4àÎì"ouKÃ2R_d } Þ"Ò...‡ý¿"ÒØj¹*ÿVÿÃ
(r)¿ÚWêô¿Ýy Ç8(r)Õ?ß, £œx_ºU 1/2' É)[Y í^ ŒŒ‡Ž^ô×
+á4¿#
;D G÷owmùÝk¥ºn•ëýÐH'¶"qÃ&7¦ßíÜ, ÛŸ^è‹f ÙÇ GìÔ‰oPB!"BRJgÎ‰

3/4¯ÑV*(tm)'|hf±
#pÒ& (c)@B"w$ t^ñ³*5ò H&l
œflŽ , #ŠJ $ó œC!...Œè èE ƒ"
œ ˆèBT D Â g, øKR&¡"
"
‚VE¬‹zÎŒê ¿µ†Óè Ð}vƒh` ¥h @Ía
¦l ÎùÞ ÿ
8Ýz x' wa P ÐiÖ‚Aé Õ Aöäˆs ŒÐ>g˜E
†‰24)ª³/§ðÐÿÖPƒè-Ú šÇ qïÇ¦ßh7¤-ƒé8"ë 4Ó 6÷Â

N0‡J›w¡" H{#
<æ/Å³/4 íµ‚† lW ë^AwÕ~šéØO3/4
(c);A§Oöû Èë A
éúqy ˜sŽJzn×¹ óª×NÓ1/2SÒ}"ï(r)ýjý ðx]4GíS3/4ôí qÒÃ
}ýî ~"+µ ¯'{WÉwd1/2› D\r
9

U ±öÂI ßÑ_'yÚ"û-ƒXJD1/4"‡ (c)9 ²%(¦ÍE›"ò´ÐÌRéúúwWÞ -Ÿ}ô H‹a¡Pƒr$ò/¸
S‡`"‹Ø!ô¤Cáz"N· ôŸÒ èQ -)<'¬5h&úúá=Hý(tm)'#þò?ü‰oo¶Ÿ"¤én

~4  ¯§A<ŠF8M¿ð¯îšvý˘°ováU
áiWú·P‡§Ý*
,ßT>  Fz     žýj•¨ÿŠ1/2ÖÂAWk¦æp1/2t  ŽÝöéÿ whzþý. ·   ¦ž¯?é,  P ·qß§a}÷...^"i{"Vƒr
T1/21/2âî(c)¸k¿Zþž"ÿÈq°3/4ä>¿û¨¯ÈЯ^Ôƒ¯¶¯_Zêþù  ¿Øm¯1/4Œ  ¢ !ªÙ† u°¸V¯ëß¶¦k  Õi?L†
 "G^È1Apõ¦]e b"êÔD  3/4Á^áuà¿ëâ謠ö

  G_h>
:  w_¦  n
¯¶
B,+-‡pDuõ¿à¿Â#(c)‡-S,yÔ  j  ¿ÿoêý[
¬>Jo¿ë  ã)(r)é¦zX&ü  W$O"u  Úý  ö¨{
Â# OÊŽã  é  Óè  1/2Ý´Gõú3/4IGý"ûþ  _þ°Ýp^ê>¿Ö¿ND¿iû    `ÂZ...~  ý¿^Õ6
BG  ý²:  Æ  î  Oþƒ∪ÕôBÝÿ,."Î€Ý
É ò0kÛ"ö,  þ¨È§Òî^
ýò:ÿú¿ôGT^ÿ@òBÖ!É"  Ââö‰(OîÜ/ät  o  è  tS‰Á  ûF.áAªõþ×"÷rJØD&}  }aÛ×K  u‡uä@  ÝÁ
ðë-ÿtÿIwÊ          uÛÈ2àø0k²Dß_ú^-ÓpD}à-îGL  uÂ@^éo3/4·ú"‡éÁö  þ×°ï¿Šë¯^÷ô
(r)   }¶Qè?÷ÿþý"TµªX>   ýï]ð(r)  Ù¦ÿ*f...ktþÙ<]Rzïý×¶"ÝZ>Ãa(c)±1/2¢?}-Ü4"þí-¶  Aoß_¶-á/ß
.ðõÎ
lЯ""°mUÉÊÓ@íÛ]Èg¿§ðýµûÿ¦\%j(c)Zõ  Ø^>Nû¿é4ÕkUðÿÒ  oµ  mUØa+[]}´-°¨":Óß×Ø`"!aC

-<0"
±L  ,i-öÂ]A"û†"pÂW...¶¦1/2Þ-ÿ  Ýê¦F¬"...  íÀEA"¦H{1/4o¦l:-xö¢  LTlBÕŠb(c)Šv7Šnãê:v6CÀ}[ao
   ã¯ÿû ãõáÞÅWÒLT7Ôkßvö¿Mî§jö¯MWjÒTþí·K  Ò  ‡ÈbÝþ3/4Ó
o{i--'GL-k¯d  7_{~ÂV¤  á¯î"vCÇÚ"d,;¶A-•´Ó-¿t3/4×uM...  öBC¦  &Ã  Đi-"ÃKÒïõ²->ÂÃ!+Xa]²-°
A,
   Vû  ÓÓÓ
í¶r  ;ù
w¤  _¦éó¯ †       ¶DN  Øal  `-.,e
†          œÿÝ,
&  °   L  0B"  Â  ]†  ‹  A"""  BA
8¸(M=á¯z3/4""#^²‹K  B4"äFHBDÐÐ^Ñ  "DDDDDDDDDD0B4  !
¦¢(r)Wu^   ¨é(^ƒ8á  ¯Ñ  Õýâ6  ]B...YØ*#äpB#.
¡di  dlRR  Çf}äŒ‰ of    ÊÀ¤  7  â

Q  Å%ÑîŽ
   a,  'Ã'h¸g:£a ¢6eÃ
@Ò3ÈáŠP  ¦"86  Ã,Œ
‡@Ò<Ž"8e  Dp0y  £  €¤r#¹Ø@ÈÈàx3  Ã\àjžG#¦¦f
F^¸k
28  Aœê    Äl  À¶A¨sà^^^^^  È
1Êr  c",  °~!  Ër°ÖC^"
8æ,  Ns  Ìr"!Œ(a
9a  /‡  ã",^(2
¦¦  ÈgsÖ@  Ë¬,îqÏe
aÏ9îð""A'‡r  {¬D...2>S    š<^C"   ¹  Dh0UƒrL4  ...Ñ"D  0¢ñäS†r\f
"b    Ý  DDDDDDDDDDDDDDDDDDD-  ƒXdQ  A  ^^^^^^0..."'v;6EòùN  ÞTR1/2*AA  ^^Œ
DGÿÿÿÿÿÿÿÿÿÿÈ9Vd"-  ó'É>;  ‰Ì-£       Ÿh2lðNv¡  2:.4È  h²&ÈS   ]Ò2Á¢`Q)Ì-Ì...  Ú"¦  ¥
¬ŠøU2"ü&'",ý~áö¿kî"z¯_Õü-¢C,EÈgþ·¥¿éH§îõ  kÿ¿±¯³†  Á  j4?þýuüu÷ø_ÚÕ ýý%¦ÿ‡×Ouï_E¿  éÿ\

á  ˆº"'|N  †ˆè  d|-äª<;$  IÆqÁJ¶pÉr5F  ˆ†gf    ÆÅS†F  ô¿ò,  ³ƒ³7Ù.Í(tm)
  C!  B>Q'dDFÆD    8œB0ZÎƒ#  œF"'0 "-á  5  Aì  '|Y "6l`  š...Á  x:
v  xD.¤:6  ,hBG³ÀŠž


   üF  ˜åy)'Pü$~ì  ',
ð|Øea31
Ù
   8³ÁB!Ï    Aä"    A,!ƒ1/4  0ˆK  Ä  -Ü4
"- n h0  Þéú±"    A"
!Å" a ô  @Ðy    Á Y '0 :  Â  ïøÂ
"    z
   ð‡é$Vƒ Aª è¬Zk$ Ð°˜N-Wˆh‡  ¦(c)Ç¦È  Û1/2
úwh0@ö>  >¥(r)  â÷ôÂÓ]n!¥  •†·¢  Ú  ÉäíKÈáÉôÍÉtÍÉs‰8Éc'z  *  ›ä_È3/4  %öFrS¢]'mI~  6¯˜Ñ
?qõ  qiÆ  hz"þKÝ"ôÍò#"  °dW¢¦äHhœÂ¦ÆhÑ    D³"vKž,  äèþNm  üŸ¨,
BP  ´    Þ,  W#àƒ ƒi6-  |&è< ðH'§"(&á6Â  O"ûîEÂ  ²/4D  =4E  _øAú  æl^  Â
Â
4ƒ ƒòÏ¢z  ´  ÈD´ŸÒ
" ƒ{}:    °ú}'h4Ý6Óé  Õ"  i
tÝéôÝ?°ƒ
§D¦ä[R<h  5KÒÒø_ü$> õi?V•úOI7_Âªt(r)ªë§§×ªo¥§¯v  ÓM}RMBúéÒ°...OuNôÝ  á
‚îž(c)="...ûÝ¿þ»"I(r)ßi.  îÒM/ûî""õ¥Øí÷îM:]}Ž•ïWc{Â..."¿  7Vµ Âtž°ûá|W¿×þ-1/2]:âîý    éi{*[íøýt3/
4ûþíN=Rö:WUoV×ð(r)3/4  i}.    ÷ÿý{  Øéõ[OþÞõß¯Áê¯µ-ÿ#  ëë¦ÿþðÒû  m°Ú¯ê'Õÿû~ïwÿ
ZÿS34Âú-}Èƒ]Ðf  VBk%Âì,03/4È_  û^j
   aÒxD¯¿Ù! ÷KMiûi¯_§÷Œ  Iý/C-
Ö#²!N1/2·B3    "6ˆà'  ÷  pm  Áó7ô;ù
Wì°Z#    †SƒÿÄÿÿZ}/3/4'äÇ:‰Ð  Ý{þ÷É ü
¿ë  ÿ¨  ƒµK
†&É    ÿúÙ0j-Y˜  aWÁ_é‡ûûo±1/4  T  €Ï    þŸ¨ì  àÂÿÛ,
ƒÿÝÝCu·O¢-Òÿÿ@îß|...Ž    ‹§A  Hÿ†é." â,  _ö'"
/×ÉÁp}  xá†    ýLL  ü˜7È.!úRÅž  |²{å"ze8·õ"Dÿ#§kDW  ÿ  Bý~ßÛëÿ(r)
ýýë(tm)_¦  EÝ:‡  "þÿ¤ˆéõ  ¬ÂÏÛhª¢D]ÿ¯r
õ[å´'X}m    Uò0^-}]äPy -=ëôH÷þÿÿÑ29  ,(tm)ZÛ,¯°Ô>ý•ƒáZÿïá*w1/2/K*XNÛKƒíÂ  }f1(tm)ZéH
g  |&1/2_"ï^  •    iù³Kþ÷  kßÔíý6*°ë¥]WJô(c)oo÷ý]7÷\‰_V·úUÑ×¿5?î  "1/2¶Ýÿ    1/4êÎ]?
Œ  ì  ì:(c)›ïw×þÿ|õÿý§þ÷ýý  ÷3/4áÿµ¬Ï=?w^ê¯Þ>(r)×¿n-Ö•Rþß¯ZÕRuµV×^×׺UÂôëÑ(r)\Ôoýuß×
ý´µn  wõûÿmwµµm[_õz"WoëuƒÜ-^  ëM"
{[KÛ§ÿ×XþÞiÒ}¥ÿ¯í°µ¿¿Oív  Z°°ÒÒ  _ûk{n  A¶1/21/44¿¿û[[Õ5Ü'
%}...øa}ÛKKÒ°îPo|"íß[a-mp1/2¤Úýôâ
aW°I†  °"
%"çƒ  (3  pÂ°pa/V _
Ž¢*X0J  ^  Áì|5Ž¶D}ìz-¤ÚÛ}...þÝ
+úduî°ÂÃIŠ†  "0•,Ý†;Šb¯b¯_0X"}Œ1M±&?b1/2ãÖ
í^!1-ÞÄ"ßbhÂö!Wû dt  `ÂU
+  Mý  }ƒÿb¢ƒ    ‰o1öÇ  Ýôû
C
°(tm)
ö)§µ
&  ÂnØW¦Â§kµ-ê1/2...†B"þLujÂ1/2  xÛñ  Å+
   L_×Ù  ‡ÿÝî*j  ÓNúl...‡†¯Oí4ì&  -4Â  ˜X4Á}  ¸'

P‡a
°ªƒ
è2êPT"    U5-á4Û   ÈwèCû^Đ‡  Q
·  0ƒ  ‡`šÒ 'Pe§  #  Y  Ò
^ø0"DDDG    NC"
^â
±    Á, , "ÂV  j¢"!"  œ0"0B$ðd×  ^^^ãŠ^^^^0"  Á
hDG    -MŒZ   °  {M⁻δ"µ÷
+ÇéŠØ%Û       6⁻´ÈÙ)ƒ$Õ.#ÿÿÿÿÿÿÿÿå¦*3 !Éá³!H›Q'fv$Â...)nd)  ~n"R'xäJ  H3
ìUþ§<...ÝNau!  3/4¦Á@
üí¸_×êvµézZÕµ¥Z{-_ÉÎ    U~(c)?[ô˜õ[§ê°˜ÒÒÿUH-1/2ÿÇö°úný  ¤ÿkWI÷AÚJý÷
ƒm6Þßö⁻°a?ÚÓª,Zú~1/2§¸Â¥N"XKé  É"<Èš  S÷G    <ÆväêÉ³Œẽ~úXTì`G"¥  'ÿ8ìÝ5...H'1/4ÂÈ  '
"6;620i"  ¨38àÈĐp"DFh!Ó8Â  j  N)t  ,P  V  0  Ü  Ý^`{›  4
ÌR  R  S´¸ôÑH
^lgPB‡e
Ú  ¡    xAê  a  è  4    Áá   ¸Â...^ú  P@ü ý  Á
T"    Điú}~\64  ÚíÚ

4ÓTÐ¸¸Âø¸ÓøâÇ[Mb  ú  [k§Åȼ,M  ;Dwys¢Xà˜ù  Ù  ƒ  ...w...ƒ.  'G3/4²$R
"<ræÈ7hœÛè‹    'mÈ1/2D¹É}  £Ù  œ  ;ðA¹  ¥n  9›  äýÉ¡Èç  r&dŽ    ~‰Ï
Ñ."  ¨äs¤ÚðA´  <  Ú    °  ⁻H=
ôƒp†´›iR
⁻O·"  ¤  uÒzÖ  ýõ63/4"P›K ý
Zt⁻ë̈ª  "Òv·  °´"}§§"(r)‡¦é¿¦þ`³1/2⁻ÿ~Ú  ¦þ⁻ýôÝkZ¬:ï--zÚß⁻WzÇô⁻o¿(r)ž¿Ó̈ÿwMÓÓ<  =ý{é5Ò3/4
þö"[ŷ
¸þÒÞúí⁻µ÷x†ø?oÔîû-W  Ó"ÕsL/
dt`×  ïë̈"×ëõ(r)BÄ`ßýÓªWµ  Bÿ  @  ¡-Ès^  Uo}uªôûïô  -,H:¿ï×êÓ{ÒùV
ÿ²  ïÔ4¿1/2û×ê̈ª  ̈ï  ƒ  ÿÝþµ·ì`·àþ⁻zûßÿ  NÿÑ    m¸×ûßä  FI¸Ñ
ÛJZ¸6ÌN⁻þµ¿ÿ·[ÕÐ'
¿ßó¿¹a~‰#ý    ª̈ÿo¿⁻ - ë-  "KÝú÷ßÞè§è/w°ï̈̄ ëvý[õþÔÒÔÕ$ƒm.ÿ¸ÿnßíz-;¸üïÒöÿû3/4›ÚÎÑ?÷ÿÿÕu~
u:ö×s¡ä·á  ÝSýoÿûK⁻-0ž¿k{ÿÝ̈ë̈ª⁻"¶ßú⁻ºßþ¿3/4Óú3/4Õ}nþµµ^"W3/4ïõí+1/2ÿµ¥ûÝûkkk~ÚZ·ím--"÷
°"awõí[]Ö
/`(r)üÑþ1/24-&  ¿Ú¶    OðÒ†  °¿\4¶
Ù  ƒ  qV    ^Úìkä\øl,paWV*  Ç"ÛØ'Øï°cv)þ$ÇöÅl&9  cb´õëÿ  (tm)  vÇûQ-á...mm2
öA
ÕöÒµøaˆôí0WL,=ýÛü5[!cû    "§ö  V×kì  KíZ¸a(`ƒOµ×Ý7"Vƒ    "×°•¦  'O
`"2  ¡Ä  B  $^Ý5'ê‰o.œC  "#;F¢4"
^^^4!""  Đ^Š̂^^^^^ÄhD  Rl(r)Ëu-1/2
+K   ŽÅ5ì...
&  GÿÿÊh5ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿöÀ*-⁻Ù-  Èm
Én2ÐRÜ$w¤TÅ+qÙ6
¡2dÉ"vM  †¸ìÕ  Žv4<åó  ⁻0R  gbíL  ^A⁻Ï5²(õ_Lý,
  ¸;
õ;$ý}W%
^·ôÒþ"WA'Ú~Ÿ
òS'!Wþƒzö̈Ùì1/2~ÿ[Dӧj-%"×ªz§ú-ZK[úi:v    ~í5ÈèØ,>BŽT  9_  ÇÚ  qQ  uÅàƒ  Ä]v×⁻-ëúÒoéS¤ï
wÿ3/4õútÖ-¿ÿ̈yN°ª̈Æ\S  "d£;(c)ùÐR
Ñ  _eT  M%]S3Ž  Ým2[  µ"Æ¤v6DC|ú"  ÏÆ¨ê    FÄÉ  É    Ÿa  &Cáp"3[DD    ~B  ]'Œ#Đ¸  ç

Ö ÄÂ

F~3Ž
S^kbfÏÇ^ û6-    ^ø@Î¢  3ƒSÌØ§  Í  !°ƒ.ÍŠ|C¨"áò@B  6!
PÂ
   ~`D
ò@[´ðƒƒ¤  ¨@Ý    6Ò]Pz
'Ú"   Â  ¯
   ×  1    õ¡"
4
ðƒpAë"Ô    ûh=0AÜ4  Za:Ð|^  T/êãT-  ‡ú  iûiÚ  }Üq  ô(tm)r3/4  vŸzH8(r)ÓM< ôî-
.Dwzh"  H-"ÅÝyNM    DÇÉcdH
?n'  òsh->  'v  jƒãD"
8J õd~Ñ-cãÏšñ  "  dZ)  å>-Y  2(ù  š'GÜ•²†0ƒè  ;äLšX3/4Â  äX ƒh
ytl':¢S¤Ú  ?²9äé"û  'y¤ò9Ñ/z·zxA‡"ûÙ/°%6Éœ<'"Ñ9Í+@"7!2‰MÂ  ÑgÐn>ô  7TßMðAÿëa
'jÒn"á
"ôßtÝ:AÙ    MÂ  OOíz´°~Ÿ"á5tÒv
¸AÒ÷"Iÿ  ßO×Ó  ]]+p›Iü-1/2[_²Òn¶|A  á:]=]d¹ëN,v›ëè=l'_ªn  v    Óïÿ×ÿ_ß°×1/27XU§-¦1/2'§§d  Ó[
1/4    _é    vê1/2°Júú{ë(r)´3/4êÐ_ÑÍúmÇÿþ›  ÿ1/2°KÝG·ÒÕÁ‡Ó¯
"kMÿ:û  ûUÓCÕ"k‹3/4¿ßé
ß³þ¯ÿf×]^3/4š××þ
>öŸ¶ø¿÷ô-UÕôëýnÒ×^ú  í_¸þëýWîƒ
Ó~Ü  ýŸ  Y    Â×ø=oýjß÷öþ  ?Ò°_úäü¡&  nu  ëÿïÿcï-+"õZ'¡-õû
·ÿ['Ý}}  B¿Nê@ƒ¡µÿÄ  å Æß  úû¿Õÿð×¿ðÿ}ô豩q  ëÿ  {ßÑ  lö"•
Åý¿ú××D  ~¿ÿ°ëŸn"Ra?{û}kÞÄ(r)×¿÷ÿ§ZØZ¯ð´3/41/4É5ßJ    Óÿ̂ïrPtï¢³þ¯B"÷°{ƒ  ª~"ßÿµjøD.{§
K  ¹ß§þå¯þ¯ÏÿMÿÄ¥ú¿WÞý(tm)FÈÇÿµN0  DBwýÖŸÿZþHûá"xDSõí  Úÿà¿î-ÒÞµkÝ  Î²ÿÚ·ï°ö
ðµ÷ÿ̈ßþþ  ~õòôþ•÷Õú]  ïûýÿûukgC"~þ"é{øDUÕÖëÍ×úÿµú÷[3/4-oÚK:mwëÿ]ö"¥}š¯ýúzÿ³"''moÿAÿ
Ýwôÿû÷õ]]kûïAíþƒ:ÿÿõêî¥ö¯Æëkªþû×_Ã]ÍfþÓ{[H:ÿ¶•}ÿÙ/úW¿°÷ûK¥þÒ3/4Ò¨û      Z¯W·Ã_û
kkûkïéµa¥iz_{ý¯]ÿ§úý"¤Úü4³GkÃ
ÿ¯
¨'6  :m.Þ  ¶-*ÖÃ¦  1  _í~×v¦ŽÒö  Ûõ-(r)ûn3/4Ú_jÛ·Ö  Kí~Â]"ÿ*(r)Áxh(al/[k  Ã
%ü4-b*Ø1/2oÓ  °ƒ  A,L0-1/2ôÃK"X°²·Xa~ÂkÃ  a¤  ý°-Åq-ÿÈ(tm)"ŠØ¨"ÅvÓ  išûØâš×  qûÁ,]...Ç
   ¿öÅïmD¯öö+ØýŽ*1/2ŠúPÕß÷ÿ°ÐköCÃ¦¿á  A  °¿
5¦  ªÖ  RÞÂÖÿk1/26  û
ÖC  Õ  ïH0WµòÝ]uvë¥-ÂV'n¯KNÖ  A...  †šÃ
ü0"Úá,¶  Á  *ÿ`1/2v·v  ÛÎïÕË€ -_

°á'ŒÂ
'a  ã'þy  G    ^ø°2Á"!,  G  aDD  X°1/4q  a
   †  DN¶,  ^ƒ0ØB"
Ì'ÄDDDq  E!    R±G      ß-Ë:úTƒú[¶--×\ïL$ÚÖ*T4+Ž(r)Ða_úªÝ-  ä¥ÄE,    ÿÿÿÿÿÿÿþZ°¨
å¤XfW  -ŽM‹E2HÌ-  4gny  j  ŒÍ    æd¨ëä'{ú(r)÷-ÖµÍ†-µ¯Ò¥Gf]  §á*Áp°ÿ¢¨íØ]*Ë  -÷Ÿz¯§
Ú-Çüwà†úPëúN"    ÿÒÒ¿¨×ûÕµ  Ž¿¡1/2¢\íí×gªlŠ2@B
^äL6    ,  #B(c).  ¨#A"äD  ¸Ïã,  qÄ"  ¯(tm)
   q"Ä    c£)ÃŸ"$  Aè‰2  CY5e•  ¡vG"  B  }K0LaN}
°gÃ'†~6!
¢&A  5%oyøã¯Ã'  @Á  ä10@Ê
ÀD    f¨(tm)Æy"

Á  @Á§ï¨@Â
¡˜
ä\K>ÈlêyÔ-(" ²;/ÃP^@Û  /

S
‡     z
A    Í³
  ƒÓÝS  A"ØOAªh`  é´šiÿ¦šh?M<  "þÉÃ  €...Ù,h4é§§iê  všqzoé¦  lC3/4Ðw
{3/4EŒk|4-4×â-;âÕcCé  á
Ða  ÂrvôÕ8áÁ§!\;Aë  wü}"E†üCÐ
Û!  4K¨     h-¶äÏ';"",ù  È_ÉÍ¢\ù  ìŽáÉOÿvžI  é'  ræÐDì  ¨Ni"åÐ  -‰oc‰o7°@ú%Ku
£¨œÜ‹ÎÙ  (tm)  äsÁ  ü‹ý&Ð†  m  t_MÈÿA´'ß"  Â´  ~ƒtÚ     ¹
AŠ     ÏèŸÒDyÒM  ƒ"I7-Âa‹Óïš°ƒÈø  7OÓ  #ðž›"þ,~  Mý
á¦     ê(c)ª"ôë¤  ¥ê  ï¿
"§'!¤þ  a  '  7êÐAý&ê¿°u¦é¦(c)3/4ŸJŸÏ°  §éÒ  kÒvµu
4·IÞ  pÛéô3/4þé×øOé=Óz§  ÷±ñ¤¶'z(r)3/4¶÷§§¯éÿ¦ý  û¯W
Im"Q(r)¿""Ç  qý?°êŸ(r)"¯WýíÕ{ÞÞ¯éU¥ÿµîÛ[ïÿîÛÓîÃíkw}Ûéýka?Ój"~¿~,>  ~(r)×ëÕºM=mï÷ô"k{
õáéÕPZúDwïÿú
ý^-Ÿûßýýoø¦^  ÿï(r)ž¯¿ïõú¿xgƒõZÛn3/4(r)¨}  ÷NÿT6--ü¨+ýÒ"×äõ´9  #
Óñõ¿u1/2kPÈà"_Û]è  "Ö·íp°áû_Kò  S1/2r@cëø×¿{ß°öké^3/4ï~ú  ›þ1/2  í÷1/2zé²aƒôÿü0  ø*3/4õÝu
-/ì0ðÃ÷ï÷õõûz_ïïwõý  nÕ  ŽG¦  ¿z÷y
V-ëá  Hê"     ¹
åATõR
ÖðaÕ¯Ä  ~¿íµuƒ  •Fÿ_è'Oßëï])‰Ô  úÿæ    ú"Nû}r    WÔÊ?s
ÜŒ  ßå"þ3/4_¸ç&-ú_,×Óÿöé&÷%Îû¿×"äÕ¯""¯÷s  _·¿k'- ßû_ïÝ?¿ïÿ¿¶Ÿîëÿ]z1/2*ÿ"`Þ÷ª
  ~¿Ÿ
  ðzþ̀ÿµÚ""Z¶×î-÷þ1/2÷ý+:  mœ›°zïó(c)¿÷N¿KVÿöÎ†×í    Æù¥Û÷  _ÿiÖµùÔÕÔþ3/4¶Î§†¿u÷¶ô1/2Ó
ýÿé  {ÿ¥ë¦>Ííì"é¿Ûé_ê¥_ÿí¬  mïÿo}
(c)]n×ímRÕ÷á¨ík  õûVßßû@ýmu-¯±ªÓk¶-ö-Úµþ"ýÿÞÃ-öÂ-ëzPÿ†(r)•ïží¤Þ}¿°ÒP¿jÚZïÓa"kjÚPÒÛí
µá"ü5õ¿í̀þ1/2vÂ°ÂßL41/2†¶'š""1/2ÂL4".¿V  Ã_Õ4¯aw';ì+uÃ[Ã  CV8i0av
%ÃJí]û    pa&¿a¤1/2þƒ~  J+ø§ØØ2âÃÅ/  |  1/21/4S     k1/4T]ÞÚÇ
%¶," Ã
±LS#ÁT  ªb-â°Å}ñë"ŒÞÁû  ×¦×"  -kU¯´Å  nÈaÝH¹cv  Ü"  ö  ,EÚ¶(r)¶µë§úk3/4ÿ]¦  (r)
  ì...xaa...,a    ÿ†¯]ÚÎà¯_ï  Ø´6+nÈH¯~&  µ°VÂ  -  l.õatévý  ¯^  3§^a
        'U,èèÁ"(r)èC  Âz¦Ï¦  ööBÅ5°-...  Å5ƒ,!Á,Á"  a-øàÌ8(UB
&  ¸"  â$b%    ^^^^^°"DC¨â#´    BuÃÚ0ƒ†  A...^^^^¯Ž"8^^^^Šâ."-
zëÇ°(r)µN-  Wu¨kó³QFê¿  µ¤"Ð@C    ÿÿÿÿü¦  "  ÿÿþ[  Äµ  YLŠBš(tm)KiÁ•¶  2E  -ízWZUÿ
íÿšÎù/ÿô
ÅÁýGO(r)õ§ÕÿÞ-ßÍ"PG,úó(r)AŠ  ŠvL2Yœ    D,eA'è  ',ÔTû0(AÝ,"(!  A  •  rƒ!  ¡"  !  m     ã
"
'  "  C  !$  ;ÞƒM-Bx@ÓÐÌè  4´    ô-  U§^‡  ziØTôÛ¨¨ítâÂhŠ8v  ›DQÛ¢\Ñ?|$FíˋVK›k"ûD
ýÇ¢s²  "àh  6  È¸  -Gùt-
  øI
"ÐƒmÔ'  ÜŽ  &Ñ  0WMØ5"  ""ô¯M%}
ƒzO"(c)´  ...TÝ:N-Ù  ¯¶-U"zW^´ý6ÛTÝ7ôí]<.  5...×øûâ´/úm/ÿßw÷†
ßßõ  ^¦^"qú\/°Ò  æ@¡í  (r)  îá%  Úk*1/2M  [ÿ(tm))‹M?{²!‰¬%G  -3/4m
èGZÃÌ‰oO×õƒL    pÿ°Âw^×õkúéW†-
^þ́"þéöûÞ÷mÑ

þÚ^C U]) 3ìÖPç V¤ j•3/4ýúƒz ë' ù†Ÿ³+ô"ºrÚ" BO¿ýÉ è(tm) é×ôî÷nÿ(r)õ¿W`Þ,TŽ‡· §U-{¹Ñ÷_N×§ßn¿û:Òáß [KgCý[:1/2÷Õ]f¶ÿþÃoÚM}[Ómÿû[ký(r)žº[k^-i$ÝÕî¶*ß~ Uì5* µ3/4ÛµïJÓJ×"J¶ M¤HV
öàÈá_‡î-" ¶ÒØim°ÂM"1/40ÒûXa#CÅ_L~Ù²àÁ8¥v Kc¦ÐäG[Ç{i1÷ý AëÇ±.-m±í n "
â \0_°[ì/Úí...Õ\›
Â}...îÂá" M1¥" a0¬2AÛ"àÁ$û,¹ Mƒ'Vƒ ."#˜ˆ ˆ‰V"`...¡ -"<(r)R×¿í/kâ"W`¹\. ÿÿü¦
hÿÿÿÿÿË4;
?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-hÚ"j'7 Š"2&ÎÉYSdM•4C ðÉqNÍ"¬çiDV£²†E 25fIÙ
V}¨@ÈfLÌ‹žß" ªÔL4ÜËJv£#†pL šxHíaoÞ¡ ïõäZÂ"Ò ¥;PwC@ê1/2oëÓú××éuëéíú×ü˜"Þ÷--"(tm
)0"÷-Ûþˆ íÚómoÿh$I V3/4ÚÚ (U¨§ê -ª¿_,á Á:þ./ãµÎÊZÛâ¸þ:Xí÷×tâþ oßë~ž"¨],%W} ú~¿ðôýb
ÖÛ]"'1/4Hˆà¤dg*g-E Â3 Ô2 ²4yÓ#çS5³@§Ýœ-Î, l‰":3Ž
ÍŠPd,ê•¹ö`R0Êƒ$ÙÕ", Ñ(r)6D< DFuÑ Ë¨ "-ÍÄ"%š8E8\û: mB
† sb8""$€¸ Â
a<ƒa Á ç˜ àóa-t

¡ àí pƒs0B-› ¤"82œßW(r)˜ d† yæ Ó0¶ .Á 83 t/$ !³ 0ö h>ÓOÂ
÷éÕ¦šxAý¦‡iàŸ ßÜ'"âøx@Ðffá ×=¯ zw§§-š`Ÿ"-ƒ = â
ß >ê-
./N#A¦Å÷ÇëßÅÞ*i1/2¨O¥,! "ÈG
bÚ‹Âu Ó§ œZá àÕáÂ' äNh 6ÈHvˆAò+ N¢^Ñ ¤Dç¢-û'i "0,% {~DÌ‹Û"÷ ñ
T ð@ÜŸ‡w"[>Ñ->4GŒÑè-"'Ì‹ù>ÈýÐmÕ ù¤Ãéá
'g@ƒ| h'@
Á |‹ìÍæo*Ü&Ñ!| Ú ê›'p...úÈ1/2'cÓ¿Ý&äsðA§" "A 'A
uA7"ý ¦ÂAé´ (r),
á zð›Iá7[¤õôÝ6ÐnÒöŸêôŸzi¦îº
&Þ ¦"K¿Ân zéß¦ú
<'^ºm'-§§¦Ûm^áí=;[M¯tÖ"¥ImnôûõÓmm]>¯N1/4.ŸÈÎë×éî1/2'ª-w1/47O"ZO*]T&Ü 7(r)Ÿéê¿~öÝÿÐ^
¿Ö¿þãTõMïÏ÷t¿Öÿêº÷(r)ªºzáiëú†
4×OëÅ§ zª1/4z¿îô÷ÿêÝôýzTîµÝý5ôÞþ/ë1/2‹¯÷tî"¹R ¦ Oío Ò^-ýi×ýuúU^ ×"OWÒm/o ÷ÿ__Û§
ÿ×-ê¹X ýoK¶Ñ ˆâ¯¡{ý',ïÿûÖí¯lú~×z*U(r)¯×_û5 ÿÔ ‰ëïkÅî¿÷1/2U ßßýH`úõ÷ÿûõ
ÖµÂ¿W"_õÿþôC
ÿòL1ûþýa·üWÞì ZÕS¯ þÿÿÕ ÷ûªWýõÿÿ×Ø/_¸Uýô(r)ï~÷ ZÂ{{
Áí{... ýÿ]ÿvôÿ_ïÓ¤÷ýïoÿ§§ú"A"ûë³ Ôƒ H¯¯¦¿ôˆ\ºó Þú!{ÿ¿ûÿê
í?ÿ¥í[_úÖ-¿Ñ
Ézý 'ÿÿæ1O ëÞîHýútµÑ">þ"éúþå8ªŸïÿ ëþý6¿] EÝ1/2x.û_ 1/2_¿ï×Ð/öû3/4á/¯ÿm{÷¨wÕu3/4(r)¯
þ"Öï{_Á~-î NÞm ]Ón¿ïZ·_JºgC¿êµ~¿¶-ÿð}÷ÿ÷K¯~¿ý'ý.-×Z×ª¤ëÝ ÿîíÕt"ßoûÿ}ïúëÿóÏ×ýýjÝZõ
Úÿk"ºûÚé¥û{é¯þÁ"¿l/ÿ×ú1/2ikéõýÃ__Ûþ¿Õ{~-Ók´ß þ¿ú(r)ëojš†ëßÛ
úkö-¦ÿÕ--á}o~›KÝýuÛû~ý"‰ÛiZÚZuu¶"Kö 1/2µ}W[·"_M,Ðä zûkö¿ë°am;-´ý¿]íl†õ_xk ÖÝUƒ -
$ƒIµé:ûTßí~ÒW´ý°(c)"(tm) uì0•ñ
ö>á"¶ .ÞÁ, ƒ. BB"
ºR%ßV
ûÿ ÃJ"ía"Íb¶8¦+·ï`Á-}°²$X0""
Øâ¢-˜0'á§÷ø(r)/ö)Ž*Ø" ëú3/4Å} ¬R}tíªöž˜M û-éñ&?â·‰'û!ßL'ØªØZì‡ É Ù
(r)Ó!ßJÂ¥íýv ÿ}ÛUßk ðÂÃ -Ô+Ö×a °›Ô0´ØI(r)ÒÉŽ (r)Ú| Jðƒ ë°¶-&"21 rÝ5
Ú}û"kÓ¸.¨0›_ðÈ ÿC†
Âñ¦¡0´÷iCBÂN˜NâÓI0B † AÄDE¬h C, Á ˆ³‰ÄA-4"DDD\DDE" ô"MiÄJ¿ fÝFÜÐƒ
DDDGQ q
A¨Ðˆ Úˆ3/4Ò; 5¯á^µ]4˜]%Ý1[UÅ" õ

^  ÿÿÿÿÿÿÿÿùk¥(òÚTæFq7
‰²s;+3ñÚC%Ù•²V)†~'S!6(tm)Zda  ÌÈ3³ì‹*É(tm)átÂgiB  ?×Uåu/;µêëEc×ô  w~ïÂà3/4  |/Ýjõ¿þ÷ï_Ò
"ïÿ{õT›P[þô5H÷mö...!°ÚQÿÒñÿ§uwÿ3/4×ëÿ"ß~ôÿëë°âs  GY3Ê˜¤  ìÒ?:Œ"ëÈÑö{¬  ;ï  ÆAù  Ž  T
#°¹Ê˜ïA'
'y8R\ÉhÊ†N20ŽŒ gÁ
±    ...Ñ¹  Ì  ðCáÁ  s³ÆC    2˜>Ì
@ž˘f°@D=Á  Œ˚<  ó6y,  u  íÊz¹±ØA,!)4#ŽÂ
†  Åf  ƒ'  Œ  2†\,  k  C    @Â
Í˜L&NÁ  :"    A,    Dx†  <  :
    õO    ø za
!(tm)¿†š÷úê4
É0ä "xD-  Îš  A"  ¥öžè5    @Â  ´Â  T
!OA=0ƒA°hZ
    "â×^×ÐziÝÔZo  Þñ"Ô ã  -h  Ö-ˆziè.-
>Ðiê  NÕ;3/4ãTã/  ãà(r)Ñ  ãD¸:˜÷ë
NnJÔ...  °ÃDèù
;"o  ¶ãÑïA,  "ÃÑ/h  =r/4K)á    ¢O'üh"ÃDxãDé"Âê‰Oh  ÃDæäH!~‰Ï9  &t³äY´  (tm)"+Â  ær
>ò]4Õm
ÉMü%oï³JEù  év  6%ou  qÕ#÷ƒ  ô  Á0í.°
ÉQ1/4  (#2A<˘ŽÕ7    '  V  AÞ¡7"Í  Œ˚Êž  0-  ûÚNÂxNÐÓ  ÒH  náui?P›IøAûúéàƒEC,(w˜ïˇßA˜ŸK
é
¯"§§"('IãÔ^žõxO    Ò
í{m}õ¡[é{i:¨m&¶ÛV°o"Ú(r)    ->Òê  tNaéúþ"(r)  ¿á+ï(r)¯¯  úû(r)(c)Òz1/2/uêŸ  "_ëÛ-ú°{ûVúëWu"
JÒo*ïŽ1/2^ÿÐÓÓBÕmïBÿi  ZT-××^7[
í+Æö¨[×U1/2¤-/U÷ÿoW†  Õô]¯Z_÷_n)ëÓz¥1/2  ‹_ûjû¹1/2_...ñÕ?ëù¿ÿÝ  §  ÇñIúÓý
ŸÕ-ø<  Õ|&ÿ'  þ"þˉäX  üy  Áx˜ÛIÞ›ö¿˜û(r)Øu÷Òz  k"þ  Dh  ã˜  È  "NÚF
Nê=Õ  ò6ÿ\ê  óPvþÿÏÔôÒV(r)˜²&.K"(c)  ]û¿ïn-kÙ  Q  ^<    ~H  ?õÿÉŒ¯Û°OÉ1/2v×õ_ˆïŸ÷"€
1/2    wƒLø  UÚP³/4íøaà3/4°×z¿  ¿ø^ÿ  AÍj'
‹P(c)È.Ž·  ï^Þÿôáp"
ý'¿·U]‡¢-õ&9NzŽg=  ;Ó´D/~¥ÁEìÊ£-_Â!ñ  1/4ÄèŒý°ˆ{ó(Vôêú~ë¶þ¡-  ñÃ
z¶Ý´äüµø7r:n  Š,œ"3ïo"E_¡þY?É#¨¯pWò:w¿ÿÛ˜ïZVúï  ...  B!?1/2n'Òz‡þŸ¸="Èû"  oô-ëP"Wè+õßÒ
ý  }/n1/2j¿þ÷ä˜°&  MA$àœ‹ûß  Ï  ßõ"
§ÞÕïoëŽ¥[÷ý/ßm  __Õé  MÿÒÕÿÿÿáJÒä@á  ×úÿÿ÷  gF'öunuz[í¤ÂÝ*M³(c)ëçRÿ"ÛT¿×õ§û^éÿÿ  ý
j"Ô;{Jõ¿w  ¯S  õ÷"´÷[_    ¯¯ï?ÝW×õ1/2¯kþ°Ó´Ïõ"Kõÿ(r)Õ%éw¯1/2Õ¯j"
?ÚVû_K¯ú  ¿Võõ~ûíÕøkÚÿzíêÚôÁŽ¶¿¥ÿ"k  ùçÚÕú[
oÛþÂ¿ÝŽê¤Úé...a"Z"ÚV-¸]%[X_mvÕ"  ýÂðïC"
ÝŽ^ˉêÚëv¿ß†´ØACK¿á°ßÚa¹l.Á"¡  ¶Âv1/2"ß3/4  _Ða+äc
ñiS"Ø0_†  DÁL0TBÂ¡$Á,PÈþ³ÿé"ïÕ  µa¥ƒ
,ïV÷ïoµ":A"¢ø¦>%°bÚŽõ  $Å;ìWÃ‹ðÝ°•‰o(    Ç  ÔTT  úÿ±Î  àÁm†•(r)7i-°÷ôØ¦)  xí5µa  ïÙ
?Ø¦-Úü2
ÿ  ï¦ž¿d-.  L...Œ›...PƒÕÛÿì,<1$õbHwQL  %-á&  &"¿
‹uöƒ    "ÃL-...Ò"
ÕZaj¬.  "Þ!...¦
'
  ?jÛ
  kÚn[Ã  ÝR×ô  ][°žÚŠ¬&
'  é"!§ùA...L  ¸`  ¬0B
  Â  M=,

2ZÚ a ƒ ! `"D2R C - ˆˆˆš-ÂÓan
X! Q QA[Xˆˆˆˆˆˆˆ ŠB"*Rdt"" du... NB
u†´W ñúëµV JÃ š † ÇLBÂêÂ ÁKsM,+"(ˆÿÿÿþX QÿÿÿÿòÚSDu,¦¬È
"ŒÈ "h3¸9]C<}ß 'fJ^çfs%¿ÌâGÖ % 'THü"ÊÂþ Ò šýR
Ò...þ"Ú÷z÷ïj¿ÝkÒ`...úÝkß ˆÿ{Wªÿ úTú~þ¿ûÿÿ; è-"Y "f¤TD ›
@"² (tm)ÐR¡" /dK|§œàÈ ºy'j Æ¤ †¶Er@ÈHŒ è 0(tm)tIŒ¨Á nL
S(tm)'"ŒƒE (ja"
¬´äH,A8 S"!³ `Ï1/4ü ,k)Þƒ 4Aø‡ò â 6C` ,
ê ‡ž r 9ðB8rpæ± Á µ -4S"Ï) ›. AçØL ", 2D ÐhE"
¡"EÕá
Á AšFÂ - XU<Ì 3/4ƒAéÿzÞƒL'¦è-š
˜Aá
¶ a bÐ}'€†aÈ@E ‰Y -8a ôÐv(c)ªvÆ xA"4Â ¦šß 1/2¡±a
ñüZ}- âÕ=
¬a4í0‡Iö ` âÑ ß ‹ § Ãb uqziÄlEò z¡h-d^rX÷ù
z\"1/4 (³¹ "æÁ"¡9â^Q/±²5 }d;,'›Dq'yÉûVÐo "ã
Ú| tNo@ƒr.4Jm {2²~í ›D1/2È Ç! ...ï#9gÈLi
Ú -B:þGŠë,
¤þg$í$ÜŽa6 0Ñ 0 ƒƒ'EAÐ n ƒræ' Ò#ú"L"†ž 6,n´›¦äÐ n xM²3Ò # ôô 'àž "Þg{
á=:MÉ"× [øOOOt× ÚwÝ"-×3/4´›"é6 l¨† •
‰Ï(r)žúÒ
éêÒzéé¶´- i º
ÿª
1/2ª´ž´úÿ×ákv-ÕuÓõ¥kµö-ê mkH7ïmúz]'§Û...¥Ö ÷§ªn¡ "ôÝ>ÿþµXö4= ]7__MkímÓ1/2>"Õééÿ º
îž¿Úèvúêÿúuþ·ÿzmþúëýt" ß-‡3/4*ÒÝ-'1/2éî-ÿßþÓ¥¯Ó¥×ïý5ýûýé.D‡"'...1/2ë}ÞÚKþº¿ÞÖú}:Mjë}œ×
÷¬/·º_·¿ÿ^›éš K¯u1/2Ê@H<ÖCÝlº= ÝH˜O# ýFº"ôßïÿâ ý+ì
ô´Ÿô¿ ÿuxß3/4¯ d0†
Wï ¥ 0~È`¿wÿÿÚzïôïoîº û ßoÿ_ý¤ít¶úKP˜$A‡@ˆ#"¿U§Áz_Ó÷÷Õ úï[ÿý...úOMÿ×]ûþÞŸ¿m[ô
A"D'y',rdUû1/2 ïðˆ{ÿ
Â ×Óõ÷×-änR1/4µwk1/4" ?mmkÓ3/4ßõúòÒw¿ªÞHò6%":j Žé³ í¢,ý¢-5\µ ým ÷íÐ Zýh'>ÿ"ö¿_
ÿûKúWÛª ‡Ña" jµTL Ë ~Õ:ÞûÉ
S"'Ã{ÖôuO*ö1/2BÿM³ª¿ÿÿýº×þŸJ·K
3/4ÿûß-t- Ká¶¿þÂ þºÚ zÿ1/2%ÿÐ?_ÿïõMêÍMþíûÿ ××ÙÐýsRéÒß(r)
ùÔ×ý~ú[×} ~Î§íÿûßÕ÷ÿýw3/4žÝï¥ßý& }ký¯hikÿ÷êêî3/4¿ímÿA÷_ï×"-ïU éÿö(r)¶'-û ý¤ýþéVÛÿu
wÒw^õzôûNutÖÒöûöÖÒ´-×Óíuÿ÷"ý†(c)¥{ö ß×N×µáÿV-¯k÷º×
o{Uïî"jëjÚ]¥uuVšî¶-¥
[ÿúÿl,4›Ká,K¯°Â°Òì'¶ Úá¥¿k]"›I>ÂN" {ípé´-a"¡¥°ÂPÂ¶
vØ]&Â°Â¶•Wÿw× Á'ðKâÝ§Ý
Š' Lù
ÞÃ ù Æp,9 -@œ 3/4 ¦
.á+ûK
ŠÝŠcØá¤ÅppË,[Ç ¢(r)ÿ~DÂ%ÛvALEnÈ$WÓ°È<:ßêýŠû‰'².X‰8±^Ó ‹â¤\ì0•
kXL-¨¦ ìHãJÈ#Ãµÿ¦"ê¡...¢c"ÂO
o^-l'`-Ã ¦¬-v "µl/...!ÞÛ_±Ü0-ÃM[
š¶ØWxa$Âa%¯{¿~ ðÐkPÂ èD2BÀœ0BÐ`ª"4žì&Ÿa aPƒ þ 1/2ZËrEÁ= 0À'
)p 0TÓ
Xa 0A...j7°Bî8Žâ"â*""""#ˆƒ !ÉÐ†m†X›"Öì ! DDDDDDDDD ÄDDDCˆ† è›§K] öàêõ
ÚÚª"µÚ3/4UEîÅgf¢ýZÿ{ j"†F4

GXˆŒD  ÿÿÿÿÿÿÿÿÿþd¶ÿþÿÿÎ    gVˆŒÈäC  Ô9'@K  0ˆTS  =0@àš  Â
)=
xnž†  ¸§D³#ö‰Ó#9>Â
¢sxMÓÓl$Ÿnž"Ók²  ÐM×¦ô¿võÇŒ'  Òðþ"ëuØuÚ
ôÙ⌐D  éš,?h[![k]å  ⁄ýavÞC


ï  ...Ç¯0  "?Úä  Ý\‰
×,ÿ²*[!"Ò[üé‡1/2ÿíü3w°  ëÛ[þ3/41/2...M¸¶3/4ŸÞÚWž=¯¸]°¬4¬$ö  A{
±±QJŠ$âì...{        ¥µì.êš
v  !a  "ŒV¸  ÄDF‡rÜÒ¯\0•ŠÔ0¡  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü³Bqÿÿù6@É¸  È  -éã¸d¹-ãjv6‰óÀÜ"d
c;  jdjÌ"²¦•V}...tú-Ë œì (3/4ÝNÉ?ÔµJ"
úß÷÷K-ôþé¸ÛYûú$&"úÔ†
JÞ¿ûµÿ^HèZ|i¡¯    íâÒª^þ¿^¨  íìï¿ê¿ô÷Ñ•
#GNd¬¿T-š¢  +:d  YÙ(tm)'  1TþF"  "g  F
JLœÊ  D),  ¢0diÈCÍˆ
Q  Õ›27"JŒ¸  HfÅ5Šn&  $  Y  uKSð"  Pd8À^3Ñ±    š
C`  œG  ÐSXÉÁ
²@"  ÈØBC    w›  Þ  %¸A,d!¦0    0  ,  Ga
i¦  A¨D,ËÕ,  hf    A¨L¨ƒ\À€R
²Mç]ö¨AöÖž  z...    L    ðƒ$0ƒ  =0ƒjÂ


è=
@ÿyA§a0"    Ð¦/H&êš¦;¤  é õªMqkiöƒh ã´Ó          ú}"  \Z  ˆáøN
÷ÔTNtJÜŽÚÉf-  ðä-¦Þ±  ˆòÀ"4äAÔCM  U1/4¬Í  ðq|fw¡  ²,-  G
/'-¢Qd^h  "æOH´h    Óå  Óh m nNt nEæ t  «<7òtÈ(ç  D'dþ‰NQ
‰osê¿      ¸V¹/4ôÈ÷¢sr3'ñ  y*M!´  Ìà\¢SÂ
,  ¡7      ¿A  ö´*Õ_1/2á7  7\  Ói;      Þ(c)¹  Âu
°›H7MòSh è‰
Kôé;OÓÚAáPk"Ý°  °  á=<&éé¿H7té
3/4"ªJÕ×J÷kÞ¯P1/2o\'ª{ ôÛ  {    ôû
é¶ê  iÕ›-&êÕëIý.3/4¯*]1Ø$¯ëkï°÷3/4-Ú°}ai7÷OP'ý7WO"é]WÕ¤îðžê²1/23/4ý߶{E1/2!vñÚ  ÷K^  èZ
K¥"}ëê-ë"ÿŸ{ÿûXÏ¤þ7*1/2uý}k1/2
[k÷~ÕÛkõ  ÿû*Õzõ´3/4°÷zýÕôškßýÐkëÛ¸ûtK‹  -
µZ  ]w@›ÝWÿíÿÝt-{ßµý/ü¨¯à-×\  g  ôø¶õPPÁÞà(c)ÿÿ(c)  UÚÿKú¡õßZÿ    ÿ:‡-§\    õ"Oo    Õ
ò@¤0Ã¦²@a¯ÿÚ¢V  1/2°ë[þŸÿÿÿþ¿×"  ¬ûÛV
-w¿ZôÿW¨m"°  ü†  ¸øO¸ôŸÓÿÚû¸÷ïÿøWÓµ¯  ¸ðÉ¿ídÜÇëiþ
óPEK  ...Í^Î¡ý>ˆLÕwýkì²  Ó¸õÿ÷×êP¸¦û×"Bå  ú(r)ZJð‡úD^¨  OÈç¶"¸í
^Î1/2éom7ÿ¯Ÿ¨¨ÿÕ¸¸û¢3Ö¿¯F{ÿÓ{×Ýû¬%
¶[tv¨,5§ï°B    ßõ]  ú"×n3/4ýí[ö
ï[àŸßúÕ¿Ù‰í×H,=õt¹Ðÿ:¿·}*ÿëïÿõÿªß¦ÿO"ÿi  ýj1/2úÛÑÕý{Vuc[  yä]n3/4ÒúõÓúÙÕÒ(r)û"ÿ¥}Üêoþ¿¥¿ým
Õ}úÿ/í}ÕxgCëÒXÐÞÝµªßÕ5ÿ3/4Õ-t1/2°¿û^ªÝZM¯^1/2Õ+°ë°]´3/4ýÕ  }ëµµzmo‡WZ‡¸Ò‡ÚLU~í(r)
øA:¸§¯È5kkkþý-þÕýý&¯ß"¤¹1/44è ûo-Bv  ´  -PiW  p¶•  +¸í-a pÕ?
-\&Ø[Já  ª¶-ôƒM3/4Àößö    L0-ð-¦  K¦ÂL0•"  ÂØMƒ#  Ã      †  N  -Õ2,}†  ´  duðÒô1/4‰
)'¸wÝ"a  ¶Ád\°Ûù<  Ø0X¯¬Sx¨ÂwÓb·<b~Ã  Ä±ìwÐb¯"û  W±
ãbàÿ  ñU1ÿkb¿àL  ±¸  ní¦L|Bi.+þšÙ
"L&  ;^ÁHwh*Ml¶ƒÆý...á  ì...  KõaKtÒþ"[ÐÓw¹1/2¯êãªa^×øam0¶  i"Â°×†ƒUµõ~¨kØXa?°(r)°  ...°
L/...û  ¦•5"†*...i0  "ÂØ@Ë¸¹!"!á  a  †  ˆ°ƒ  N(c)¡      áÃ  +  DDpÁ

T ."!...ˆ3íL ˆˆdÕM\J³ f ˆˆˆˆî"- ˆ‹ DDDV´ÇÒJd ¥×Vþ¡$-+Ñ7* ¬-F...Šû
tÖ 3ŽQº ÿòÐ"£ÿÿÿÿÿ‚ÑŠ?å¤
¥p'nRÂ-ã \#;Ç2 jwl(tm)E) ž6Á3¹³ÌìNR1/4Ñó.veYêvM•;Ù›
o1/4"iÚêANÕvª·&gÙ Îàg""ÿÕuïU -ÿ!'ôÉJ4aVµõÝ´Ú"°ÿÁ "ë^áuKÿ ¦µ}ÿéÿ§ê øém~ïÊ¢"ª
(r)ßv¡}¢g6Ôb+¸ý
w¤1/2/§
êš¿zõÿûZþøâ¿¯úÞõ[ß¯þ¥z-Eb¡6JÑÿOSQ'¸""M' Ì• /š(tm)±(tm)ˆu VÉÃªEMÙ±Mb
...9(c)Â³b"ã%Ïo÷~d$ÍFk 3g HÛ( >Ž¬
>N&lR N °D ä!rÎFrþlÎ¬§g(tm)±2@9æHv 2 "œð!"60A Bh4Ñ
‚à...ì*# úL Â`ˆu ˆ} D ƒ C ä`Rq2 Ú"^ºÜû ÿjÌD Ü z ¡
U,
, ÷¥ÂxON,
‚j ¨A"í4Âzx ë ˜A" éÅ¦ ì xNÈ6 < !
šÈÐB;!†_Ðk_"5íS ‡ú|8 ¥Åé·è8¹ G h6"IéÅÈ¢µ"Aß ƒ´D ¥ÃÓ\
ð ¶y" ³ZÆ‰Gz×Ñ/è‹xz#ˆŠ3(tm)
#ÿ{´Lúù9äLf'%ï'ðäù¢/ &åÐ9 æ›¿"óD§DéDºÈ˜Â"Û'Î‰ž‰{'ÂD¹èqxA¥
ÿ1/4"· ÐÞ×D¿Ü&ùtÈæ´YØòÏ' ...Ç"ë"Íô÷¤ n {A7$@N,
µZ‡" NÕ(Aá]7 7 ðA¸MïA¢¢ º%ù º O^ :N¯ôíì?°ØMûÚO
ú¶¯
÷tøMÕôý]< Ö,¸O1/21/2jÿ]:OõÓj"k
á ôN Í ŸdïÓ{÷ZO ]>ÿÿU¿×OÕß¯MtÝ$é7×O¿¢ÇôÝ6"íWOºéSÓzO[¤Úr,õ[öº· kVªÞÇü}·¯Û]ú-;¨
N×¯XÓ×û_q¥écØ÷M°œ ~ÿÿìµþ {oúë[]'Ôuêÿ '}ÿÿn(c)n×ëÿ÷Ý}æ†µÿuú
‡õþ›JÚ§zý;þµõþûÃé¸u_kÚK]"1/23/4ëõméoíI &þ¿ý6
uød`"é=ôÛ¦=oÿ¿¦Ý×ÿ)Ää!eÒ`ò o×ûý ƒët...ÿÿñ û}µ÷D°;!1/2(tm)¢8üê §û¤´¶3/4"Zõ÷÷ëù
`õä F ýÕµÿ Û-woÿï-ÿõ¿É@/
ñ,}[ÿöšVúnÿ¯×-÷ÂðûØvC ×÷ëÚ°_ÿö¿¿ÿÝ_~°ˆw†
û· A
-Òþínu ^úþ÷Ý¿þÂ!ãƒ
ø`è" ÷ÿoôôB÷ÝdÉûºù Ã]Ë'þ1/2.í > ù
ãéP'ûj¿ORpbûÿß¯êß(r)ˆ³àÝn h"êêŸÿè‹DÚ[T1/2UüÄßëíí÷ô‰'5‹\²†è'?-ö(r)Ö õïûþõ^ú&G5‹~k Q$_
wÝ/ùaþÖž"ÿ(r) -×Ò÷´ ƒ ]î
}ï1/2ÿ ýÕÿ-¯}ÿÂZ
¶²\Ý þ1/2ý3/4•ÿ·ß [ß}º¶-ÿ[‡ÝÕ%[ÕýxWD'ï¯õ"_¥ßJ1/2†ûÃk
Iwúé~Ÿn"Ôÿ(r)Û[5 ÙÐôÝÞÿµ"¡ïWºýú×ûF××n¿µ¿¿ûÿ=>¹ê¿mÿ þ"ºƒmU'm*ý?Þºõšÿ1/4û_s"W÷^Õÿ
ýký¯Óv"-ëÿj"÷3/4Ÿê±^ÿ±{~ÚßwÚÿjºÆï¿iÿÞëk~úM§õ÷ ß1/2/Úá÷ÒtßÿÿÂ¥¯¿ßÚTö }ì%M¤éWV¯v×
1/44 - ¿Øi}"kÚWzi'__ÿÛ`×ÕµÂ¶*k÷kVžûï×á?m/V ðÒ†*ì43/4K¶ m6Òý%ðœ5ÛWm[Wµ[ÿÿL .
îÃ
Á...†p.Á"Œßì Iì/ÿ]¯" ªcýŠ¶)'G]Û Ó vÕŠxÙ uì .ìl ‚‹ÀÒì,:[_ÿýìw[ ÆÄœ:b¿Ø"cõ]ÿØ'ÅÞ û
aE~Õßéma HÅ>Å:² %",¬1Á,Oa7(r)Ë¯ÿ² Ý{!# 'k¸KûJÈ<>Ûþÿjü5¯
h0_L/wï,Zl4"K°];´¬‡|W Ç÷Å¯ýC m...´á¥dgá§×aT+õ~"ðÈÁÄ %a a`Á ˆ hDt#L ˆa ƒ&
. a °B
!v \·J Û ˆˆˆˆˆ`"DH~"$8A, "#Xˆˆˆˆˆˆˆˆˆâ" Á †RpN
ì& ... µkÄAÄDGÄDG d€ì
`(c)¡-.""#Õ.M¨×áJàB âÕjð¸ñòÈ±Çÿÿÿÿÿÿÿåª?-#X...83ìÁÌ"(tm)¶v"!"nh×uö""z-ÿ};çaá õÿ"•þ¿ÿê¯{ÿï
ßõÿuZõ×~"}o{ÿÕ;(tm)Bßù È- -I"+'ÞRÍTà¥8"L GF ‰
¿' Ô áá "T a
" Y ƒX3ìÔÉ -› Ö2() fã 3 Ö " eÉä Ha 5
å [ 0ƒ(Œ

xD&¯ÿ"
ÿ        é´  ‡œ  =  Ú@^@á0@Á  NÂ  Ð0  ¨Á
`ƒÓ    "  ˆƒÕ=
Ú  šoZ  vž  §á  n  0ŸZ"Óá¦¡Å¡§w    hŒExŒSD¹ýÈâ‡1  uq$;}cDQòC"fŽ4KÜŽ,îb  Ýªh...#º#Ë#›-  '
ù>pF‡D1/2 ƒ¯¢Ï-:ˆì  B‰O#¥´"/r9´Nm  'Ÿ#8M¢èÁÐ m  ì³Ø'@  á  á6-É  '  ÚO(r)›ý'IÐMè¨´é¸N,
ÔÉ %
Ón,
Ð:OM¥¤õTÔ-é¿Óu¿_N    é¿¦ë§J3/43/41/2ÒuM  í=]Z_N--J-_-^3/4›ûÒ}Õ1/2êšo  "-§}z  ¡ºJ·§ÐÓ  {×
W  U:[ÿ  éwI:¸ÿN¿ŸWÝ_ÿk×û    ªNºþ"ïú¶ýò Jßÿÿÿ{-àÝ¶"ëä¿eÁy  1/2(tm)À3/4
ÿùÔ^5ÿ¨ÿÅdl  ¿¯x²/q²  <GY    ÿ¯(  7ÕºªÿÿvR    WIë(c)P  ë`õò¬  "ûí  GÿíÛßÿ¯  ^#õÕ÷ð  \,õ
þ^wõ1/2z"]~Lrà
ÚZ×þï"  •tBwvô  y1Ì(CÚêXÓÙ~V1/2  ?3/4·xD°¿´"÷Mõ¿þ  òGþ"jûC&‡ôEEÒD  ×úÚú¿îžõÝkè  íý
""
·øO_çGé}ýü†ß_uôÝ/úýÞ-¬  ë1/2%*1/2ÿþÒ³£ý÷Nºÿ  Zzû¯þjkU¶(tm)·í
úõu3/4ú]ÓuÒþ¶žÞÚÚÝÿ÷ÚZÚOÝ¿  ÷¯Mý-  ÃJöûjÚV"}ýt¿  þí(r)  v"¥ÚV(r)  Ò†›×Ø[o˜ï'g‡M¯ aa...
m{ýí}µµêÒ3/4í-mwm+[ì-0Á[J  /l%  ˜ö  +  0"  Ä  ú°-ÚV  ö)†  'x4˜k§"
Ä/ŽâL¦  +bƒR        cØî=]Š1/2Š‰oí¯-    ‰Ýìmj
‡L,1        ïíSZ²  Ød%ØVÈ<=é-Zjõa4ì&A
µü‡vÖì  a-¦  Ú
&  [  C[[
ám-0¯^á"Âv  OW^a8`  ...,  pÉ  ,^^˘Ž
  )5X0B Á  X""KÂ
  a
#\ˆ  DhDDDG-ê}e'a¥OK[kÚí#²\  ŠÇ  V¶-P`¸'v-†#Ël]GÿÿÿÿÿÿÿÿÿÿòÕÕxÿÿÿÿÿÿÿÿÿÿÿÿ--F "    %
ð'PÊ‡&ŒŒZ...Õ  "ªãÿI[úúý~3/4¯ÕoU_WÿU1/2W°Ö¶²Õ5  ì  à-"Á  ÿÿÿÿÀ  @
endstream
endobj
62 0 obj
<< /Length 63 0 R >>
stream

q
428.39999 0 0 700.08 0 0 cm
/Im0 Do
Q
endstream
endobj
63 0 obj
40
endobj
64 0 obj
<<
/Type /Page
/MediaBox [ 0 0 424.56 674.39999 ]
/Parent 69 0 R
/Contents 66 0 R
/Resources << /XObject << /Im0 65 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>

endobj
65 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1769 /Height 2810
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1769 >> /Length 24576 >>
stream

ÿÿÿÿÿÿÿÿË\Áž  Y   *ƒ*  ì1/4d9    D
  "Ì'£~*š(tm)%F'  ŽÁ2M  \<GjtìH  '  VÌÈÑ¨D0  fr¡é
áÁ'j  (r)·"+Ð}Ô  5rt¯7    ³²4'R-ëT  _ëúvšÒzíx[v×(c)2þ  ̈i_iRrÂwù1=~  ¹g
ÿ_·ÈOÉû·ª"CUøO°J"µÿû  u  I  Ñ7úÂm"á×ñqÇ[õñ(r)'OÚ¯
Çß_é¯Þþé:ÖîÒÿtÿÝ×õõÒ~þöö"ð-ÝjÙ  Ç"ç:ÀƒÈ¨T(tm)×3/4"}9.^û  ‰øB$
ƒÈhêíHPLHÄ|³Æ§VF'
šüë  YH    GD-GY0D`Câ-Î2    ¨"  B!IvE
  Ã'#<ð¡i  ff  )Q  ¢!ÅÙ²Ê¨  )Â"  2lH2  h    YÃ"ÌÒÌ  SŸª×  $Ê¨ueÀ4  Ð,@^U  Cƒr  á d1
I,
D€¹ö    Ê¡¡  ÍÐò
-  =B
Ðv  NÂq"_‹   á  Â   tš     ,     "    "  ªû`ƒ  -¨M
]Ø@ûUN  !  ¯O  ?þÓ        Þ  vƒA¡z
ÓAí-"Ö.á§ÅéÒq
=    ZA´-þ4  mý  äX|ña
ÿ¿3/4ý9>h-83/4BcÑ/ñ-È¨'0B.9  Éß"GÍ  æfä(áòVîGŽÂq¡ê  J¹sÈíÒ'G'ÕöPæVGŒž    ²‰¹(²/eÍß!
z#Î²ð    ÉÍ¤ÙçÉplŽtNŽ     1/2  ':
œæn¡6,
>EçPž  tÉSh ú      äY¹/r/9,ø<sup>a</sup>m&Ð  y   ÕÂ
þ
    `Ý        Iþ  òÐ  m3/4Ÿôš(r)´  zzm  ßMì'îêê=?  -é1/2ôž¡7ÂaÂ       éá  t  'G
~êé'ÿ(r)  m2  f  Ðv  ·ôÓ×Ú×Õ6"ßO
ÿþú  ún  {úO]Óßôõi=6-Ð?ØJõ^ÿé
¶A}/i?Ðü+_uýô1/2ªÒo|kÝ(r)¿µõw"öñß¬t(r)  ^  íRA×<Uí¤5ßÞ  Ð]?§ôô  jú1/2qè  ÒÿÇ÷ýÿõÿ[¨ïßÚß"
è-5
¸ÛÔÛ}üäln¿vÚþÆù£×ÿõïÃ§pŸ÷ý6-ôõO}}ëÕŽ°µÐA¿DP1/2¨Èêþ3/4E,U7]l  {úOÝ_ëßÝAö¤¨  '_¿ë-û"
UÝàò¿WëôÜ  Á'€l/4poÞíä¬-õ}P?^  aíuý  a  ì¶  í
?}ÛÝÕïo[r  1/2  äöÿ  °µ÷T1/2ƒ#a...Ø:  Zß×÷d  BþÁ  ÿ²  ýWÙ
  ^
õ×_ú_ðiô¬K¶I,éûZ§¶
  ö  ý?‡Ówü0¨ü  ûÿÂ(r)ôëMûA  ÷é3/4×JûÛÏ
mýÃD  ßÂOéþÔ  h,G-9‡9põíomúUðoÿ  ,Bý  ¤Bãõ¿Á¿L"  oë-^3/4éüè    :"Ó[Â
'_zï.¨:"ÏÐ‰V    zR
Mj÷ò`þ^"v"×3/4ˆéý÷Êqoy0×k^úõW×'ƒîò0{õ¢-  ýk._É  ¨"Ã_ÿö  ûû
ö3/4X  ¿×,Ôéz¥àþ(c)_*{éúý_‡ëÁ3/4þ'0ë¿÷"      1/2^Õ¨ëë§°ô
×~-õ¨€¥1/2ûþ  °zúë]×þûW{"}(r)î  >(c)×Umé|ëoÿÿ-  äféëõû×ï]¥ÿUÿª1/2¥î¨ûÛï÷SÓ¨yÇOiW§÷ûû8õÿ
6ïÿ1/2a"·ýÚú¿üw÷Õïÿþ  NÐJ    WÿZUÿZ1/2/zü4·íü.'  ý÷-V¿"°_ØZ"Võÿ Z  ûu¿}}ûW¤úÍŸµ3/4ÿ÷·ûI
  kj"µ};S;][^é"°¿
-'£û  1/2û_íUû]5l$êÚ_jxí%÷  ¿ý4¨amWt-nÍ¶]×´-[]mnØJý‡Zwam)  ßv  ¢¿l'Ü4¬  ßÕë¨]°¶
'ÃKí.  W°1/2w    Ú

ß`Èâ0dx%"ŒêÃ l4-,.í...ìzMÁ˜+ ¦)† dc VÒûÅGkpÍ‡kØê +
†+Ø(r))X" Ü‰u¶¢¯ê*"¿xª
TT0ž›kö8-ý¨(c) uìBákþÓ ï_bJò
îØ'†Õôš†¸[
îé÷Ñn OÞ L/UjØRÇ ‰7õÕ..."l ÓÛPšü> ý -öš*º ö1/2...† ì*i...Ë...l--uX'a 0• l
Ð>ì `¶¬¸H]á ¯ˆa
C ...j
'pƒ ?
ˆÐ3/4 Â¦" `...X!`ƒBÂ¦ 4 ! hA""
±œ` ˜Í ˆˆˆˆˆˆˆŽ"
Â`›
ÄD3H ò¸ˆˆˆˆšÐˆˆŠâ"â"1 zå"µkkAª]l%äÝd[i ãê×V "0a
ÿÿÿÿÿÿÿÿ+¥²
ò"1/2_aRûq¨.?Êõd²È 2- 'N Ö"`Š ˜G˜" 3a*ˆ-¿Â 0ˆ`ô"ðO ‡8<]§ë
Õ<‰a¢\ä‡)ÚÓÉó‹Dcð A >}á Ü ðŒÝ Ý;MÿWMÓÜ=Z]}
...ÕëÞÅ¿ýì}¯××õ¦öØwõuWê-D-z¿r+m ï ¿ ¦ ×Lëû
ïÁ‡3/4ÿa‡ëÃzÿt
ÿÈÁ ¿Ãv¶ðÿëÙ Tÿ 3/4 x{k(c)ëýÿ=¿ïÿßû]"i7êÚk1/4?h+
~êÚZµž{V V ïa,_
/† 1Lz"eŠÞ+¡P¡mÓN-vgA Âûa.Â3/4
† CT- `‡ˆˆˆë ÿü ÿÿÿÿÿå¸'ÿÿÿÿþYñGÿÿÿÿÿÿÿÿÿÿþWˆ·žKrÐ'&Ë(
§bY Hâ Ì í<ˆÀËàÎèÌ‹ÆFLŠ (tm) gal‹2 Í T#( &CxM|ïïß) 'døO" Õü¤ï2Ë}°-,Þ×A§òB
ëê'÷z ‰*¥";h áu×ô(r).õ\³(c)ØY ž
(r)¶õK¡ T\zÕ ÷ ¿Ü{ÿ"Õ7MÚû§µ¿õI/ÚþšÖþ¶ëë(c)Ù"]SôÍ3Ì‡ (tm) d¤Sq0EC(*5 Š°...9 lêÈ¨
K Ù± † #Â(tm)¤ "qëªmÄÓ3g )ÙþÍŠKä6¦ó 4 qÁ"ã6Á K>...ý³q(c) ...f 3/4N ¡ž3
B' " " ã( § " a" ðöy› žfÄ à Ú
ð ' DTàÂ $ )ÆlD
à{
¡ ¨Ð 6 t-´ðƒ$ O ßK,! " AöšëxD9 ã =Ó Aá A ` "A; N´ý †ƒÓC ?L!" Ú
'± N¢ÿ×iñ" í{T Óößi´,
.ÓõL!"þ ~ƒ"O‹DQéÆ N) Û1/2&.Kžˆ1/2äýïý}‡Ür#Þê4-‡0äÝWß
Ù ô‰ ‰8rPôãDvÑ!ÜŠáH(r)¤|Ý‹í
D¦êNtKß -O¨-7'.,hÎ Ã´ƒÜ‹ìûæ ³(tm)º ù "{D" Ìÿ'ÚD¹¢/4G'h þKéY Aî 6 š'<œõ
,4fla
ª"ÏÈ³¤ &ägO 6É"N" Ö n¯§Ò Pƒ3/4=÷Ã "Ý Â{1/2¡"ð ÿûiB
Ðnéº-'Iè;&...ÕúOÕí<"¦ê -*xOKu¤ûWêí Õ-d ÓZ[ú¤• éá:ÿúM×I}6"Ó¥}7OÒîÓõý=SÓ¿¤ Ý¤ ¡Òz
Òuû÷ƒ (r)ž ¿i.1/4;ßï÷ü/§{§WI+lzkZúêëÿµ ñð×
ÿú¿úo 1/2:ú-ßïõJ-÷Tôø¿ÒZãµºøï¿*ºw(r)"´-é¯Ûú(r)ÿ]+
I 1/2 ïº¯o÷ÿëýë÷¿-ýÿõô´Ó3/4úäTOßx2:ªò0G×þ¬0¥l•õëõ¯ý]ßöÒKüˆ
ý¯-Ì X?* ûûíV(c)cÈÐcsPuÕ‰2 Û Ã ûÝx-=·_ßºot }WþßëÁzâéÈ ~#d8|Ö
ý?ÖÓ¯ø%ØV*`îÕ0žï¯ðÓ3/4ýïïÕ~ýoÿ¯ßd€#õì Ø~¿k^Ò 1/2ª!áù
oƒw1/2 CÚÕ?"Ó[j3/4õôßÿúßÓ×þˆ{÷þ Á""CÅþÛí6"ùjè‹5è‡3/4´
Ö"h‹GÓ_oHRÿÕýu_ýúÞïîŸDYúÙ"h" <±ªèŽ•(r)-ôÓ3/4´Y d(c)ÞÈÁßª ÿ~"²/?÷ýÿÒï¯zÓ¥Õ(r)‰'î¿D'
Ü wÂ~Ý¿÷vÿÕ¿A=xzï...[ õj¿ÿOþžÿ*éû3/4ÿëûÝ4
Ò%'Z
?U÷í{_kø+¿ (r)¯_~êS1/2†¯ïµôÚ" º1/2¯ë÷Z_^jÓ§]·×¯ÿºë÷:¿_M*óÍûß]ýkÿÒ·ýìq¿ªzî¯"_¯ÿè>×ó"9ßý
Wþ3/4-¯zí¯ýýéVº-=õm(jßÚûÿN÷ékêÚW¿÷·N•{k
›º[¿öÒm.øin¶´ ôÚö¶šûv¿}M ¥ûkû-¯Ú§

}Ž× . ûVîþëÒjÓëþÐv-:Úö--¥é§1/2¥¶"ëù¡Öù0 Î
'ý¯Õ;kÓkÚý=Zö ûJ× ÛX{ka{ßØ¦ I`Â°Òá,Á'ÐXiêì $±ðÂém·Ûö
%ÄSKÁ,(r)ÿa.Ø0Zc÷a...Š†Ù°ÿ°`•...mVE"ØY 0Âþ¿! ìVÆÅq&ø zb˜p¶$ßß"_~¬Vöøc -Šö>AÇÞ
ñP˜6$nÛö)Ž-Ø¨...ìI¿ÿÃ[N
°Â°ÈX² øPlÎ Â¿W}oÖÁk² ë÷´š² 6Õý5-ÂÚµöžC
Ói"¶¯ÿÃ
ØIµA...l& am.ª
jÂÃ >Ö¿Ú
* í4î,!áS (r)˜U°¶ 5°M| Á2 !...Ó"V BÁ CãÐÐ2Ó¡ f(c) ŠA' °...¬DDD4-4 Í"""
ˆâj"F"DŒÄDD§Êˆˆ...Ä-ÄDDG ÄDhDj.46""#(tm)*¯é*E
ª µ-æ-3 -Ý6-î-Rl-"ð·I´Žÿ

À±[
¬ ,S ÂÇ ÅpšíT a a,
&"bdQŒ ÿÿÿÿÿÿÿùi•¢;-âYoÑ6 ! û)q^¨Š3²""l(c)²@§Ç+•¸3#*ÕJRÔÈŸ{ä£Ó
' ÌŠßŸi ‡•Ê 3•W×ü%¤¡ný ïçcpUÑ#/"þºýzµ§¤-Dè•_[þäÎL! "¿×¦úê¶ âÁc T W¯U[¯qñ¯øº c1
/2~¿zÿwþþš}÷¯¯µÕ÷yØ/dj"ÌŠ"ÈkþK}r²IäÆIäµ ÑçgQItGDáÊÒL¸.Hdœi¢
&z šN ÔÈ1
C:3
¢ 'ðB†y" !žf 6È8Ø(c) " æpPD><úO)ò-Ì‹ øØ...8Ó*"@(r)h #bš†r*Æt "4gF §"äØ.
.. Ñ˜0ƒr
˜ Ö ˆD;-£ ‰Q P`ˆ_!æ
"é `ˆQ Çœ`¨4Þ, o
>Ó 5Â
tÐo Ü ÞÐ5Ì iÔ Ã ˜§F`!àŸA,
Ï"AÚ
h4- ;OÐí

Á¦ºa 'h} kv˜ì' Á ÄW¤Òh4/â¯‹x´*/O
3/4ß¨Aðï§a?ÐëP† q}7 ±QÄ4ÿô I§"" ,MwÕ Çu'ÃNBCD²
œè"ï!]ò ÚiòNS3/4!³ŽNšã 8´û ßèŒ{Ä>ïT¤;ÝÑ>È1/4Ñ St‰ph‹
DÆè-äpÏ4JÙ¡"È-´K çú ï@ƒ¢s°Aá ÞGš~ :Á
D¦(tm) Þ, Ù ¢ÖfÊ) $å
M "ü"\Ö¸Ffœ Ú'ùsÈæÃy äY3/4GtƒÐnZ2 eÏ n ƒ.ˆ A
ÐDí- Ý
öøM"i%i^õ}
kMµ ºn j"ôëOeC M A¹ oÂá6þ,¶(c)é¥
ÓõL/¡§iÖä't MÐnŸ¥"õÚ-6, ê›þž›"ÿ´""]×ONôü'õ¯§a øN"éû]>Ýi=÷OÕuu_{è'§Õ÷´ 3/4-ÃöÕ]m
uñÔW§þµ ÿ ¿A7×ÿ÷Ò é¥wÞ'÷÷ßv·Ô0"-Çªöÿza TûµB"oü'¯éÒÚ1/4[ªuº"Këk¿B-Öµ¥°Z^›k(r)1/2
ciU¥COõ¨ÕktÚ *ÿký_¶ª3/4þ×ýûÕôôû§÷¦õíÿ±ßé&Ÿª÷Û1/2oëL µßMký3hð¿¯í""~T í "ú' ÿºïþ3/4'
Úïÿî3/4Ú¶ªï¿"â{}/væ°õÙ8¿1/2¥ "×¿†BëÊp~3/4·ZÜè ×ÕÝR] ÛIý ë A?-ÝW^É õõîÖ
ŸÆ1/2ú‡õmzý tT Sé}1/2Ô'_ß_~¯ï¿ßß\¨
VÞ'ûÿ,ûk1/2§¸%öíRúuýV1/26-" .þß-. ,>ïþÛöýí%_¯ûáoÒw_ßÂ ÿ_ý ¹Þ"¹
Õ~²Üàö3/4ú`ÛÚ#£×µ÷·´
ÿ(r)-¯oêî-ÿéè... ÞªúéÖ Ó-~ˆÏÒ-OÌMîþ;÷ûšÅô
ßÚõ¥tFu×ý××Kû[¯ýÚÑ >ûºî1/2òhôÚ"ÿÁvÝ>þ*T*[~¤¹ë]þŸm_Á]n*íÞ1/2÷þ¿ÿ3/4
þ1/2õzô þÿ_K Ú*ðÛ:Nî¶î(r)C=vßz_÷ôßë1/2_ô(c)¿úß fýÿUT¿µ×ÿê1/23/4¬†zß¥}ºþu=5^œê ÿê{×ß
¿_ÓõK¿ýôŸ§õ·{÷ß¿J¿Ûÿ~"ë¯ÿýt¡³¡þ"û÷ìUÿº{z¯^ûk¯Wýþ"kzûô´ÕÒ¤ º÷ô"ýûÚ_cëKïVÿ¯m+¦Þ6Õöö

Ò1/2ÿmtßûA  Õ×¯ê÷Ýë§÷ïþïmtÕWa  ÿamS^(c)1/2¿_õ"_1/47éµi-ZV¿  ýw_í
iwþë_ßN÷ö  í-¥ü5o~;×ïm-{v  J×z°N  Y;´1/2´-WØa'v ÂV-¶  'o  G  ÿ]†    í,ÿ"çê›KÓªúZ
+
'{°é(r)×¿ºa4ÂV  ê  I†-Ã†-"(tm)  °a~  I†"‰Æ¥×¦=Ø¯bEwþû  28°  ¿´ÿÜ0-ÿÙ  u°ÁXëãƒ  Ÿy  éû  ..
.2+'z²2,S  ðlK{  "  ìTSiíô  a{Mõÿ(r)ÈxÅa‰pÿWÿb¯kû  Ä  ù  z†B1/2%on×-ÿd8í¯"{öµÚÚokØL'ðÁ
/L-&  I†  õíÜ0!7
X_Øu¿Úôÿµ°°×-µ1/2ßéþÂyn  k3/4¯&3/4ØN  Ma...Ð0š¡h  /    0"A,          ^ô
!"q    þ-*ü4É  á,  ¡
`š  pì!ða
,  íD_
    ^a    †a_0B"K±        \DDE¡a  ŒDDDDq                    GiÄ  u¤[ÒO"a'IzÜ4-1/2iRZ3/4ÕsºÐU
+    a¥íNÐ'  MF°Ç^;
Â(r)(c)...v  ìÍÁ-$
    &  ~Ä  ÿÿÿÿÿÿÿÿüµÉòÈRŒ‡FGŽÒetì°R  Îðd        Š9'[;Te\
(tm)Ä  "Òj(tm)Ü£;"ªá  *ë(r)ÙÛ¬íRÓu)ëëþíý¤  ].H3/4  +ïW×Ó¥ö1/4/,(r)ºZÿØÓÓ÷÷ÿ±¡ÆúÇ-ªÞõÿÿ¯kï
ëÿÿÿ{  ý{'q'fã)ó  "    ³b'
d$}›  ê3(tm)  DÌ%Ÿ6°¤  DTdµ›    y  g  ²]šÈ  "  ¤@ÉÁ
q
GQIÁ
2  ÊLªˆGÁ2ý›  ê!P)xø""^
›  Ö  ¡  gÅ6É    K,
    xA,
›  ô    *Ã  Œè`ƒá"^äUž  "@Ü  e
    ²  :    <†&  >>Á  fÐa    ›4  ,  ø@É
ØB`*  ...á4  iè  a  M    =Bn^c@uO~Â  Aña
    úOÓÕÐ`ƒL'Ú  A  ðƒÓý?M  í†  Ô  ì&  wÅ(r)  tí  GqiÆfI0  ôE  Å§  Þ(r)²;ú  Ç
!§
/âõDW
Q
4·NœB#¥'  "DQÃY  ÚÉÁ    Ü#æÈQÚ";¨´EŠÝ    þDæˆó|‹ôOÜ    Ò    ôG  ¤%´O(  2&4K  ‹íOš
%ŽDÆg<‰  ¤NnNlÎ°"ðs"Ü-¹
â  %Ìž*  •(œÙ  rÍÐFŽ  (r)Gù:dh'ô    Éû¬õ"ðA¹  ûN"Uý?Á  Û  -  é¶  m    Ü  ƒÂ
Â
û  6Ú¤Ü/n  ,oÐMÈ³ª  úz
ÒNôÝ7\  Ý6Ö    í  í°N¯  OÕÓ(r)ô¿¤í"i:N-O        ÷H;ZªOû"}Sõ
Û]?]¥v-ii7A3/4'-  á1/2ëõ×[_U1/2=-?í-tý´Ú
°ë|Ò{ÚÚá?  þêû¥I=7ÝtøjÓqªÆµ°Ý(r)"  ïáûöêÇz  úÞ°ëß~÷]öŸwIo  ¿¿"jÒ¯ßn‡"ÛJœ_§
m  _ÒèR~(c)  ë××]m%ÛÞ°ë¿Uªvß¬}wÛ¡ú_^-¿¯þ-
    "×ÛM-Ñ.?wÝÿööj-ß×Kmaª  3/4ë¿÷  zÙ  +Èš  ð]y  Ì9  *HÖ  *}  ÒÈÐ(r)|  þ-¨  é¯2âéµ
Í  'þûèl  ë'  ?¿ê¶¡Ú5  l,R3/4u  ë¨ŽB/¥'  -=þü&        y
    ÿŸzë¨1/2Óâ?  ïvA  í  Á  ëêý?R@0›  ~ÉÁ  }  EÏ"CŽí^ÿ1/2pU¤C  ÿééïõÿô÷-†úX_Þ¿úûD  í\œ
    ô  wëL  Á  Õ~Òÿô    ê  'ÿïù>=Ië  ¯"û¹²Æ  ÿè‡¿"õÿ¦'Š!;  ÃÂ´Beï-4ü'þúõ×èŽ›Ñ$wúÓú  Y'  -
O  ý_H‹  "è‹O¿}þÿh(tm)  Ö÷´¢3×èŠ‡è  ßôÔþ-ázÂõõ÷úÚ×o  ÿzl  ýQaöþ¨ý  Ay.vç_Ð.Ÿ²P.ê´÷s!Ýúk
z×íu][Õ߯¥ý¯{¬:ÿúWÛôê  ßûÿÕÚ  é[_
×õ¯  ¯úüëß÷íó"ý{{ÿ¿\êßíÒ"wÿÿÜèûì÷WÿÓí¹¨Ã×Mß}{ïí{_u×WuÕÕÎ§~-  _ß[{jyþÝ5Uªûkÿï-'ß}ú-¬<
Ûõô×MºkëµÓŠÕ¬¿ÕVéjÒkmŠ×"øÛWJü-§í¥ú÷ó3/4"î
¥]ý"í7ûíz3/4×ö×W´÷m  omm[Uí[WÿZºOøj"ku¥u×°Õ[[¦¡¥i_(r)ÚÚÚé
k1/40ªÿÕ">Ú°º°š-íÚ°Ú´(r)3/4ÓÒ1/25þ  I3/4öÄ[

}(r)Û
.ël%°`"
C    ö  °¬4  |  pñé°Â_Õ±pËà1/4[ì5õXab(tm)  :`ÂO±°aka¿"
Aìp¯¬‹pÅjÃ.='qñ̃ñ&ïbšëcØØ¯aOžØ'‡È8õØ¯ïv"[Ý  w§Å3/4û  ¡Q§²  =Šø5ú...  ÞÈ#Ø'  µì~¶ÂÚúa
ù
CÙ    ̃...Õ...°"ÚÿÃ"Þ¯ïëuÓ¶C1/2"Â
-Zv¯ô÷
&"
."ö  °"è5°N0ƒ   *¦1/40°Â
v¯BÂ¶  C
ê  A,Ã   ª
   Ü&BGV......ƒ%(c)nš"!,  Â¡qÃM  pdS  Ù  v......Â   C  D  cA    DDD  d³\Â¸^^^^^`^^^0B
"
   ¸^^ƒ2âñ      "kC
ã&Â^-MŽòÈ}xzúPÖÚ^Ã      :ì*MÃ  @ÂXÅX¦*ÂÚjÁa,
)6,A¡   ÊamGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü¶PD±  -Æc(tm))Œ²-³µf}¶[‹°\Š²¦ÉÃNv,2  '€¡"FB3²ÆWH
   (c)n"×È°UJ  0@Ð6Ÿ;  ò1/2J‰Ñ*["¯¿×^  M? -  Ô/Z¯&  Âô‰·
DWiéí¯V  }  J¡f:Â  Ñ?h'ÛZþ-Z˜âXâµ  ÚMÂ
Ž  {ß{ª õ´é²¿×÷ÿK
k  ïÿ[ý"§iô'ÿÎÀs²  ƒ;´IçX  vi  HàÈÐ3/4H
HDñ±,'ßWþ  ¡šÑ  3  <ÔèÈ›%Ä²Œš£äA¢*‰or  HŠiš  "çCÍC%Ë  "F,û!'
   ÈÔÓ(  ¤  ‰  ÌÄ)Å)ÂšÂ(r)  ‡É  E  0  Ÿ
5³cpš
h3À€§4$Få(r)-āŸ   š  |x"  !  £  Cä  "
   d0€  ƒ$3b  BÄ",¸"-Þ`8@Â  %Ù€2  &á  ó""
Bk,
"
   4  ý"
ÓOÂjƒ-?Cý]ú

Âb  a  ƒÓAé,
  ÓÐa
U¿¦  ÞÓAún  úqli¦   TâÓÐ‡ÉfÐ1/2ý¥1/2ñ¬^",AÅÚa
   (c)ßÖƒÐ‹[ÓÂu¢;ÈG|  Úr^Ñ  =Û#Ñ   "Ê%í•   ô  ?"vE=  nÝI†-°ù
8rs¢  Ü¿r~Ñ9ätÈƒ¹  tKš%nKÛ!!ÈÝŸÿt"è"Ú%(tm)   Ñ-?D1/2è"Ýð@Ü  ¡É#3"   Ú   áô  6Â
Ó  #»m/i³¦4Š(b  r  -GJNÉR"i
"=:'<  n  t  =7   Kæv(tm)ú  ƒÈ1/4   àƒÒÓõ~"m7I6"i7V¿M<-  ßOTß
ß3/4¬²  ŸOOM×N"z¤  ¯n(r)ž›¦ûÔ-Ctí;ï°
1/2'ÿ¯"õ´ûoö¯1/27×ûúÿ3/4°>°  ±×-êéêI´¯úÝúéÐMiwëÓ×ŠOíá"•Õ{è&ëÒÝ1/4u§  ¸Aø0}ZõÐ1/2
ûþ=W^7ÿôþínõj=7~÷U¿í$+¯¿íÝu¿¯ôKƒð`þ¿ûúÔÞèwÞéÿéÓõÇÒòa  [
O(r)ŸnÿëZ]$ÞK<^ÿÂ  3/4É@Oz}ä¥Ú÷ðþë"õ(r)Ó  ôÛ1/2  ƒ"ý'j
¸3/4ý:ï--  A/õý  ÷%fûúVD  Ôûµ²  ¯ƒ×ut5]óPMWj÷  DšêàäÿÿõpôùÀ@1¿"úõ  ÿï  @  ×ë^  _Ó!t¿m
¯^¹1µ]1/2"
_tÈ=>ëú"XMý  ïJ¿ßOíõ´áƒ
ÿo{!  ¿d1D1/2WïNá.ÿ÷
;3/4  c>¯öêžëë‹ý=uZÝÓý}(a"BÝ?¥ïÃwmxaï÷È`?z"CÆ×¬  þðyjþ¿ÞÒ ÿ"IßÿÿÿÛƒh‹;ÿúfu§à÷  O2·
Òè%oî-ö°Ò)Äë¬Ô   ï-w  ü*oÿÿ~U¿íÚÈ  à¯§ÿÊqo¯)ÄÒ°÷ÿm  #üö·Ù   §'  açOÿÿ÷vÔêÿõý  ý]øx^
Cm"÷  o:/1/4ƒ=°"í×u¤3/4Èo¯ßÜ:†óRáê3/4ª4%û_-   ß¥ÿÞ'{õzê¿1/4õö^3/4u>ízo1/23/4élãí%1/2ô

ÿo1/2jß^(c){¿ÞÞß}ûvù(c)º_ûµ(c)Ãïmk==§ßßÖúkö1/2í¯ÿ(c)çÃ{ïö÷í "TŸ ^--¥UV'í-"¥ö"oß×Úï3/4--
Ý/×1/2[¥-ö3/41/28W[_´·m{_Û_Ýö·š8a^íºŸþœ?Û]/t¡-ßÿa{¦Ò¿Óé µ
a...mm. 7ÃJÒ†
¿é¶"ÃJ¡,¯Þ¹£°a&ÒÙ ‰k†\>¶¶-"1/2:ÞÒ3/4Â]Zý Õì%iÿ...ðÚWa(¦ J
%°ÂPÂ°Á& I‰cìŽ¶ KàÂK¥l_÷ëØØ0^+ºb·b¡- ‹ Ã
R°Â°Á&?a...'{eÓ "ÌS öÁ{ŠØä0ø¨Ü1LS 1/4CV+Ø§ŠÙ
ð{ý... °Õö
;î˜'‹_ ìTS
â | ƒÆé 3/4$ ûXa5mRpš`ša+íxa-m_÷-§a:† ì&´˜Ol&ðÂú
01/45"m+µ!ßû ~ªƒ MKpM ¡ , _
,C
" ,2C;OûPeƒ Â`ƒI¤
á"Â a>ÂXA"Ð0_Oá"Õƒ ý Â
"C † "Ä 0(‰
ƒ%³
B#@Ï±R ¡ ˆˆˆŠˆˆˆˆƒ "$o dËPˆ3•, ÄEÄGˆˆˆü(r)§t"Jß(r)¶Gk{ úû § ÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿòÙ,S ± "ˆ²-ÒÑ7O" r
; "a } (tm)á•È31/2 ˜,ö°\Œ B÷P`· ‡"³#. t úð¹X÷ßI:
4-ýU3/4 Wë
~Jéj¿uï¯~¯"? j " ÿ ø+§\-u ï¿ëú xÒZtë_ÿýÿ Ö o÷ -éö-¶ -õ÷1/2nŽÁz
m3± úºÄùšŒ§ aÙ±Ù9 " eZ: PgXÙ cLôk uˆo: ÙôUÄ6ue DƒöÍˆj "‰ H"
6!N2€LØ¤ƒ( "²†HE<`fee H B 33X ,!ë"y .E¨üJ¢ h‹)öµÛža ¡·h ôŽ0@Á >äÎ‰pö˜ m !
| o˜ j
x" M¥¦ ›1/4Á" Ða ~Ú .×> pƒÂa A, Pƒ@óŒ i"
¨ClêGFJMzÂºí0...¦žºwÖƒ ša?t<& ?1/2(´û§3/4Ó ñn 1/2
ØÐí=44Á?OMPvåùöl@ˆ !ö(r)é Ãâäc¨ô ÂmÞ ",bÑ Ãýb oIéZ ÅÈ´ œŠ¡¨MÓTÕQ/k ˜î‰{ß
AÅ¢XÓ a?L ødn Ó"¨² Ü Ù %r~õ¤GÎF º6BC" ÞÑ.È'Dºê‰{T¤^É{´ÖBC
Ü‹<œæœ‹ö¤èïÑ.lŽÒ%Ô É ²%¸Aè:&v~Ñ)ä$4 nJo3/4-VÄ-ƒÐ êðAíd§H6÷Ân'àƒ Ÿ] ð@ô
Þ,}*
,w(r) ?M¤ÝÂn÷ué¸C =]p Òzýzn ;N,p‰~KýÉûí[ •ÚtƒþŸ"¥ íS×O¶´-ž"Jƒz
"§î(c)öºk§êû¤ ôû[ÂéÕÒ*Òzuzè: 3/4E›"æu Ù Ã¥×O
"Öî'µ±§¦Þ¿¯m3/41/2iößêôŸ¿uÇÓH7Kâ•íÖ=01/2¦Ú|wIÒúÕ""E < {ÿýn"¿Ó×Zê1/2
ô*¯Jí:¯~ ´3/4ÜÎê¿ìj(c)~‡×û-žŸ§ë Fgƒ §ßô"ïFz¯·ÿ¶û{Žõ· "§æ 3/4-."1/4=j¿§ƒ^÷
¯Z[ §{Æ°›ÈX3/4 Þ¿uü‰_÷-j-m~5ý¿_÷ àþÿ×`É@•Ö@ 6õ¿ ¥nÒô ßI1/4 ÷úÿŽÕÿà÷§Mzî
ˆÁ ÐÓ ÿªÝÔè ¿L‡1õÛÚÙ ßÐ_÷ö
† µ{äTþîÛ-~÷þö´û
÷m?õ' ~1/2 Ö×ÿ ÿ`î›(r)(c)v -w`1/2o3/4Á,Öu ß ú=j _ÞÖ×Ý-ûpÁÒ×¦¿ØW]·ý¿î-×WÃ
¯ÿxa¢- õ¢-ßëî
"AÇÞP
-lÛ}ûÂüœ7æWÝ.°{ ÝûôCÂºd Ú×ôÿ "Bwüê ýtúÍA ×W¢3¥ÿÔÖ(D'-Ñ -öÐa×¥#O_ßöú[ïm
r,/wëõèŽŽùÊBÞÿÿûÑ$}r0[§÷ï%ÊY
¯à-ïzðaÁ_a 1/2ZPnúÿþ"Ó~Óõþ ïVëwÔ öì5ýûK¯Ð^ï ý´¯Ã¥WýyÕ Ò]Þá¤^-ä î u÷÷~Û¥þ
áÝ]~ ¯Zß(r)ÒÝ. û"Wk¿õÖí·î-ßz¿uI.
ý}·î -ºa' éëëî*{}9ÑºÙ±ú•mo3/4×îúÛ\ê}û¯Úõ×^þzô£~1/4ûÿïí1/2ÿìãÒêý+
÷oí]{_ï"[éº}¯Òý´1/2x¦êÛûâ£ï"ôúï -nÖû_ÖûKÛAku{i%*PÏo\%¶ _µü=×QÞªÚ~Ãõ(r)ÿ^×ÿIÿº¯uUº~þ
÷õöü-¯÷í(r)ºÓþÕ>í(r)t6 _¶-×uv"PÕá¥í"¡-¶-º1/2Õ7ö"^Ýø^Ûvÿ´"N Vµºal+j ÃJû[]l*ýý' o ü^Ÿ}0
Òka¥ØIøãá"þ Za..."ðÁ"šþ " ƒkÐ0ZpÃ
a† a'ÄƒƒÄ#‡3/48(tm)ða&DÄÃ 3/4)ƒ a...¥ m{ 1/2ÿd uîV? c]§Ø¯ b°ßÅ þÅßìSÔW S 7~È

÷v)ÕŠ¬5  âÅ0ÓþÒõá...o†ŸÕÕáU0"kÃL,E[öC
Ý(r)îÚßÛé  wÚ~  ^ÕËx´×í[
Ã       l0W°šNAÇq,zû  Ã
Ø*ªUa_í¶˜0  ØTÂö
•Ù        já0"Za=v  ]"Ø  V  °°ö  &  SÃ  !",kip`˜N  v  îÔ‰µ
e<    d;  i¡hh0  ˜DC  Áxƒ  8a
 ‚Š¦
DDÔ"q      †  DDN  ‰NÄ2Í  R@T  oÕ"ñ      ÄDDDDDDDDDDDDT2`v    :õq    ]JêV[4"v•Ö  ë
b˜0¶¢°¡A,
(ƒ  ÿÿÿÿÿÿÿþ[oKr  I†dA  ‹Er  ÙaŸ"4Íë"ì  ét¤#  ä
‰²  dâ  Õ2¹£)  (tm)s(r)ÿm)  õ\Íküÿ  Ú
êê°êwZ|±?õÞéIŠw÷p"§×õ^N-_}Ué  Þ-
R1/2Š"ÿ°Ýëÿªbý  ßÿï_Öÿ¯z{²¹nE  d¬¬  {õ¿d(c)'Á  ñCÈ'"¬...  &  ƒJ¶@Å%  f;(
HÏãa    ;#¢  SÍŒ  (tm)€õpd@È¡"á      áÝ  'œ  ñ
ó€?  B  ²  M  Y  C'S‡¨äiØ‡Qå(  2  e    4  èÐf,Æ  ‡Dœ  d    ¢8(Aá  áƒ:D3r@üäÁ  'f  a"
  B3cÓ  Ý¡  ˜
1/4 dæßa      D)  Ã  4  PƒM>ÕÂa  è    O  4-L
  áHa
q÷Ü  õ  <  ôÂ
'"    L  ï°ƒ|  Â  1/2Pvƒ ›á  þ...´•Ý  Âié¦êŸÅÒ
5  44âÐÂ
  ä<Ã  ?ôƒ
§§¡¦š
ÐkI!ÅñQ      È(r)øÖ¶÷‹M  ˆñÄ\Eü"pí  Ê"'e9d9.¢]°ši²

š-é²3'ï‰[D¹É{bäü4Kš"ÄküÐ[1/4ˆä    Ú'O"ü  :d  Š"?çÜ‹ÔJm  ö  <‹"O¢%  Ÿø
~  pF†-"th"  "þK'";´ÝÑ,k
Þ‰íÈÐJr¢,  Á  ƒh õ9è    òèïÑ?Èƒ•
    D[Â3  r/‡Óð¶6QS  Â  MÂm+"Õ°ƒ_Öé  éî(r)  ["è è  ¡
AÏÐƒÉÿ§I  Ú¦Õo[¯é´--"Iá  t  "5[Áþún÷V›þ  õíí
¦ŸéÖ˜"H:O[M˜ðž›ÂA´Ÿt(c)=
›ê°´ .  °OMßÐxOý5Iz¿]:ðŸþëJéé^·ë¥  ~›úÿ×Kà^êéÿ¨ëO"Þ>Á>ôøÓTõþÖ•{Nãÿjïÿ×VÐý?^"í¸ê-N:N•´
ô×o·tht•¿¯7WN?þ-"uÕ;ýÕkÿ°ÿýõÚ"é?þ3/4'1/2þˆî>=:Oÿß]}‡ÚúýWzïÒÿ{Ð/ô¯ÿ×-m~¿¿ÝdL^Ï...ò$  Kþ
ïë~¹
kí'  842    ÿß]Òû5  (r)ÿs¨¿ª"ý×  -ûµÞí÷@  4?)  ~÷"¢-&xÁ:¿Ý!´...ç@{  ç•`ÿ]-¨ëþH
_êê
ýß×ïkë"ÿJ(c)öàµ~  zR    jâ)êûî¦:
  d@  ûß°íáíÿû
  Ó°ûêú(r)žÞýj  Þ  Gúx*uoö3/4õp^xðÙ    ÊÈ$?_1/2uô°^xÚõJè"Çÿz"ê"ÓZ"ûî›ß¢  -‹VôÐŸÚh"
þõõ°ÏNÈ£-5,ò  Vr,õ°ôû¿ú"  êíÕ  Óÿw³íÕ\Å
õ_Uè  "B¦1/2  #÷a  ¿z(tm)]"öôÚ²š,...šÃ´L...}·éký¦‰'ûût
ë3/4žè'íÞ(c)ßÿuüèÐ]Þ    ª"¢¶¦ÿ÷I:-+
}    ¥    ý  Õ{{é-}þ"ß]~t›×(r)1/2]  ¦ïþ¿Ý...çZ¯]¯¿w]*  o¯îÿ÷þ3/4(c)~õÿíú÷1/2²1p×~ÿôŸ3/4  ÓgSm
%ÿä^  ÷Ý¦6Ï¯s"ÿ=;k-÷û÷zk¿ë  Õ  ûÿj¿  NÒoï(r)´ívÿ3/4(r)ý=µZoó(c)õµ¥"¿Öï¿ýÓ7V-"ú-þ01/2ÿúö°¿
Þß¤(c)wwu׳ïv¶-  (r)×ï{±¥N1/2¯-¥"öškþí"Þ  ßô1/2zÿ"K_í+I†¯ÿØ^ëÕþÕ1/2µñõzÝm~ÚÚ
°]°µ°"ÃVÂL0•¯~Õ5ÿ1/2ì  3/4úSC¯k~éZÃ  oûÃ      ¿°ÂM,r/    a,Ø'ö  ÂÃ
ÃJ×MCJ¯ipÁ>Òa"
×ØØ"ÃX28}µUa,zêƒIX¿Ù  ÿÅG"Œì  ,  LRkú±¯ÅG±QÇïv  a,(u°ÂM-Õ  lÀ"  oØ¦6%"-  GìBcâôâ

H  o±\ƒÇýíú  Àÿâ¯...M  ò
ýúd- m2-  ñ1/2  G±ÄT‰,˜ûÒÅuí0ši¬0(c)  ñPÈ ÿa_Ktí~°¿Ëp˜¸ì*
+¿é˜ðÂ...,`ƒJ  V'¿  ÂØN  L,?Xa[JÒî  a=á...M4þÂü0ƒ]ã&:PÁ  Û²Ò"á"ÂÃáÃ    @ÂV‡¡
    Ð† E,   a  `"5a-¦"‹ ¦"!'  #  a2Æ  ""  ÁB  †á  8H   ^ÉA  q
   ^^^^^^^^ddÁ80Mq               ÄDD  R   ¥¥õÇ  øÿÿÿÿÿÿÿÿÿå(c)OQ+   (ÿ"aW(c)o4J  Â"úõzÿÿ¯
Êô  Ì,Æ     B':"S˜È‡  6uŽ
L
R30å#(tm)  , Â
à  Á  ó    <"
¡36¥  ¨3çÐh4Þ  ¦†  m§É  Ü&×M  üŠým5´-ëÒÓZ%úm  £'œ(tm)òG%îO(-Ù  Þ•ß.  ë  7ONg%ƒÂ
¤  "Ýl=Ö'
ÚT  n¯ý^  ItÿúûýÇo...jû×ï};¬io-ÿÇ...éZÐ-ûƒ¿˜¯1/2µ¹o]ê  §²
‹\  Lú#ÉúÝÛÚÝ  á-fJAØ4A4š  ê"+ÈÐJw[WÎ€ÿL    Ã!ƒÁnöÊºÅý6Ö  -Â!Ýƒ  ÃÑ
à1/2h-Ué/"A  -ÐL l  Â
È(c)ÒˆXêê  ï',¥ÐŽ  N)    DgòÁí  Ï¿]z$Ž´
^C"gp^íÒ  Ú¶¶"¬  ¶×1/2°þ´ë§ú~-×YæâF÷_gCj'ïÞÒúïÿ§úíè;(r)*I    Ýz1/2k^÷MúüoV  +k
+u¶]1/2...µ´ý¤¿r  ð°iA..."
l  M"kwOÅ  ülqR$
d^         ÛÚÛb[º"!‡l&  ²   iâFýi÷Þõl&¶  Û           'jý¤¶
ßƒ

    ì!

±  ,v†ÅÃ  41         gYB+  õ¯...JMÕ  ;ÐMWè*ÂaD  ÿ-jR  ÿÿÿÿÿÿÿÿÿÿÿ-J(ÿÿÿÿþ[  Ü  ÿÿÿù"'
ÑØS,(c)lÈæK(tm)övjÎÂÚÚ""¬¬ª"B#³1gb£ È  ƒ:  4nv     É³²³
‡Ö§Î×  0"0°  ,  :ó±5e}WÒû×"-ò-Õ%M
þ  W'ÉGï  ~3/4°ô  ¨ÛÕp[Uk÷ºU_[,"n  %ou  Û' }
÷¥_þ  ØOýAU Ü m   oÇ  ×§Æ¤K  u"¤
í}_ýkiTÖ  Õ-(r)÷ïëµëwïúvÒë¯ß°|ÖU  ¯Ï²T3  <ÔèdS%ÅR^-  .ŠPì£É7ù
).dEd€‡HÙ"  Õ¯  j  óíOD@K&    ¡.è)
(tm)ç^ê  Í  È-"    #8à-_8vž´üsìØ
¨@Ä  2`  Aœ  R€'6  3 "ha  $3  Nƒ'      ˜
q¨"   ä%d['bXAš0@Á
H4Ðd,>ƒ  ?ð@ÐyP   ì  =0ƒA¡"'.  á  ª  <  ˜
ÍÓ÷é¡Vš
  iøAé,     z"Aûû¨@Â        ´  ¦  jƒÒ
  ...|CO  8Åo Ó{Aöñ  ÞÝ  ~ƒM‹UOø‡¦  z
5¯]44  i±
-60  ß¶|ƒ"M+âÑ>k  ¢>§î"  VøÑ     %   Û"÷"Nƒ    ¨ä¿   ?¿'îÑ  3/4N(tm)  +'?#ç"Í¢s_"c"˜w%ÔJ
tJmd%è6~'1ðAêE  "åŸ"  ÍÔ˜,(c)  _!-Á  Èý ƒp@è,ótKÜ  6-£"úO"þ]&u(tm)Ú(tm)Á
èœðF†ôðž)è&Ñ  °ƒÂÒoÐ&Ò}  -›"ü  zu"  ÒúÁó;˜¬
  ž  ×ûú   °÷IºaÓÓ-.ëMÓÍ>-M¤-›¤žŽŸ}OÓtÖïW3/4×Óí7ÿi&C  k|ÒöÒ˜¯-§"|á<&Òÿÿë
ßzõî(r)×ÿêÓ¤ÞºZZ×‹Óô"Jž(r)á  HÒò¿wÇw˜§~ÇÒýÚÓ  IÒ±¡öë"Æþ$PÿÖ1/2Á¿]¯xí;j  U5
°µ]Ž  ý  Ðýx"oêÒÁ¿ZuÕö"[µÿÇ¬U÷ƒéÚ_÷üœÃH•‡ÿû‡þ-¥ÚÓï~¿¯ }à•-mœ
Á7  (r)´  €  ÿøoök
µõ}  ÚD(_ëö  (  ý~  -äTí¯÷  vE-  Á-÷CÇ¢,  ý3/4í7#Bnj  û "/É  "ÿ  §A  w]ûÈ
ýßd*¿ü  këi+!È,uÿdh  _¤¯vò¬1ä€]waßá  zú°‡"ëö  -  û  åÿÓ  è"Õûu  D8ëÿÂ3/4ñZX]Bné0Òü"
  þûÕ¯ª"Õ†

ûúÕÃ  õØ  wô-  xD';ûe"¢-ëªôü²pˆ{öˆ\ZÙ
;  Èéúÿö"ÿþä T
÷ÿê7^ø0þ1/2e"xoDgT1/2U  D§_nÕ}  hý  Gi¢œ_í  ×¿¯ºDPþþ¯)  Dtÿÿƒßù˜/jÿUƒ/.ß¿"
ïëþü°×
¯´Ã3/4þ  ÿÕý$Ÿêí°x/!šö1/2   ÿ'  ÷]öÜ‰  "¿  u(r)ÿþuz_Â"Ü?^¿    ô"ÿÒðÝ="ûø|†  v  }ýÍN"  Öÿ
K5=-ûÿ"¿VõÜóŽÿöëÿþ">ï¿Î§êé{¥¦  w¦Ö¬Í;ú(r)ƒ"²"  ¯{m}  ß}°ÿWBûïßÿÿ-Zÿ§iJ3/4¿øOôÿ  ïWÕÕ3/
4ÒûûÍ5ô^×ÓJÕë†1/2ê¯ö¯}ÿaªL4"Ø  ûðÕ3/4×Ýom}úÝ  ·{k~ØKý†,ï}µ^ÕÕì+kaiÛa¯ª¦Ÿÿä  i
ÍæÑ-<pˋ*ðÁo3/4 Õµ~ë{ÛJ  _i_,]†•"ý"ý†¬03/4  í~Õ†  ",ì/ö      pÕvE  Ýþ¶*"7
Wìu²-¥

Ž-ì0"°ÂÃ
          |>Ë(r)ä{    ÂÃ
ÇìŠ=Ž˜ý  á,±ì3aZŽþ*EN>$Ÿõ
ÿix_²
>Õ  ‹c'.Åk  Ä(¯b Õ  3"p
ÆÅr  ‡ñÂ¹  ßvX...\ÍÆAÇl†  ý5P•"û"þÖ-}0UôÈ;Ø^ÓnÂv¯"Ý  HÓ]m.¬‡v  V-i  Žþƒ
ü  T×§a"Ýa,tíºþ  /    v-ü0˜V  O°-i¦  m;"  [
&B1/2...†  vƒT  -a,
"Â  5.Â Þ ,  &Ø ðUA"¯-Á  ‹(§WÊn,,'¡0(ŽÂ  g    "âÂ         •D   h\  B    Cœ¸B
   ^^"DDDDDA,  HDDDq      ^    ^^^^^^^    Êáo-0ïÚÚý+K¶°×3/4)ŠíÂ  \0CÄ  ÿÿÿÿÿÿùMz  ÿÿÿÿü
´Ô*Ö?ÿÿÿÿÿÿÿþÝ¥øÿùn.Ë"¤w"&âîv(3¸
u2fy  ˆìU  (tm)K• W0ò
á  k    =ö;Qé  "ÿÑ]=¿  4    ¸]¥rIV  ÿì§Ô°ö¶1/2÷ôKš%      =Õ÷ªIWû[è6,
É†Çv
   ¿¸à±ý>ðƒÖ-=uëJÕµõÿõûµTþ-÷¹"Ï+këñ"s%B˜vz£^U
"
   £Lž%¤Fy  $óbš,]>  "  ‰  5Š    £!(tm)(c)'    GG£¤k`ˆµ  ‰  H.Èš'nL  çÌÖ  êŽ3A
Ä1Mam¨Ò‹ŸfÃ        ø"  !
   " >  °@Êƒ<Â!t!ê"y  '@"3
)0  3b
Ñ"  A,¦ò      àê  ff  "Ð0šy@
pj  ""ƒ  AÉ  Äë4-  ĵ'(@Âa   x@Ðd-(  ŠŽÿ~    všh7_MôÂa  ž  zh4Ý0ƒnëBÂ~ž    0ƒM¬&š¸Aéª
lZ  NÓN4;²œÈl( dìÀ¡  ÚK|CâÐíñ  ‹M:Â
ˆvœZ  ë‡|}¢$U  ãÝ4G-P›  šÚ"  "
ù  ô  DX°÷j  ˝aú%˝Ù
ù>"K›ªÈHò&Q/hˆ;dZdpäL¢VÑ,w'ÿä(tm)dç'B  ¸¢tÉÓ%Í    îNx
pe  ÈùÈ¿">">'  ˈiNnBŽÑ*t  ñQ?rè  ¦¡6)<B  (tm)    "ûA
';A=  ÿˋ‰å"  òç>ô  £,
Á  p  ¹  ô
êDT  '3˜MõtÜ  Ý[ôÚí°>¦éÒ       Òi&ä(c)"òH           Ò
îíT  -‰xw  (tm)  O§§¯m&þªÚ§JÒn°°×K"ÚZ§IÓÓð>-ÒÂ]kU}"¥ÂÒ°ë"õÓ-é
ýÝé<(tm)
ôÈ/¦  ×°]v  Wu×]é  þŸë¦ÿz×Ö¯,Þ°   ï   Ýh7O°K¤ÚétÝU]'¦uÒmi°

ï¦µî;óG_ê  Z(r)º¦qßvÿö  "o˝ø¨3/4˜  m}øŽ×3/4=
ë(r)ŸÕ-Õè-;
--
Úî  ý]éñ¬~˜ÛáZWÌì÷þê¦šéu°ÿ¯úá=l;µÛªè&ÈC%!]°ôø=6ôÿÕÂuûüŒh  ;¯þºÁzø2X%~  "  ;Ûé

ÿU..."Ó¹ ¦ ÿÒ
†É¨Õ&÷kƒéUëñÔ 1/2Wàä.Ÿõuï: ² N¨"Ø2\ 3/4ª- â›ëüè ëŽAÔ5ûôýn Ý}i @wzú]r€¸ÎŸØ9
îß à1/2ôÁ,í(r)Á,×ÝÓ
    "ê°_ðÃzt ø3/4Ý‡÷û°Ã"µµßð3/4÷^È`#{Õéÿ°1/2U°a Gêû
þ1/2ƒ ýÓ1/4"
:ÿ
6õú]}ú_[wîé_3/4^xú]ûƒ 3/4þ(c)uH"í÷@è‰óýü a Ÿ_·Á°"|þ-]¢ ¿Èw(r"=[¯zù ßWµ|" õÝýtEŸ÷ÚÎ
    AÝþöÿ˙Hþü§   G˜ðm-Ck-sPI ŸûôÎ 3/4X-jÖY6‰91Ï
    þ÷þ@ÉiéUW}  õî¯ ¦¡ªWZÿ|ª¹-8[yÑµ d-iü RÈÿÙÑÑW
áêäª
"ÿ0"oœ}ÿúáßöé_ßÿt-Ãƒ"zo_úKiô ú:-3/4 I}:ðè/ÿ@þ¶·íu§"§3/4ÿª¿ïÿ ^"] ÞßøvôƒÜ3/4Òþ°~Î5¥3/4Þ×û
Ý{ wk÷_Ò°æ¦mïþj[Ýt-*mí[ÍGÚ±1/2-^"K¥þyå;^Õocÿ"¨ Ú]°mVÎ-×÷ùÃZªv×ÿûíoz}8:Î¯¥}-×z[î"N¯uü:
Ý†-ÿëMÕWë¯ (r)¶¯M¨¦µÝ  Òþ¯ß§Ú3/4µŠuÕþûS3
4¿a...}3/4õIý"°-¯~÷"iok¿1/2¯û
mo† p¯M-í...÷á-ðû
]...Û      ÒL,nÃ[a¥
">        q÷Q§v °"¿õ°¶•Ô5]†¶(r)¬0,zþÂÿþÒ°M°"
‡
,3 áö¯Ã
a=[
ÃKÓ]'Ga†
%^-ÿŠdQÕÂûwâ¯[Ö£†¬‹-
    ö!E.Å|‰ouc'Dzb¯"|TBdÖö*$nàö)v!G1/4[ { ÇñÅ1OL J-+Qï-2 þítõÝ² [ " í ·v¿y
; é¬4Ó[L/Ú1/2Ã ´ðÈwÕm7†BÅ¦ ±JÇa  ÂÞÚý§§×ö ×°°"N¬ ï"
¿¶§¶ƒ "- ‡Ø_[ J 1/2,]¬0A...1/26Âƒ8B)Q Ç:OÂ
    "ÐÓBÁ8iÃ"âÐ`-
ã...‹B, â4 XX'%`%ot
    †E Z D ! X¹282Ä1¦ µƒ
aDDDTDDDDN^DDDDDDDDDDDDDDDDG- Ž -T ":Ð¨¨^Êáo-zŸÖÖÃJÒÈƒØïT+MC"µÌ ^ÿÿÿÿ
ÿÿÿÿùl s"ÁH ‡£,¤Æe
È %â¨ÏÀ ...3±.-E}L·0i ¬Ÿïµ; °ƒ#lì¸¤
W°;Jõ_ÿ$ -Pt÷°-$
ïü (r)äÆ¤bòb°ôâí*"ü-õ
a}jÂªñþ | Ú& ßq±¿¿Åj3/4-µßZÿÿÿöþ¿ß ß3/4{Î-l× ƒEÖRÙ "zÈÑå@Üì\ ;Rý¯(tm)
Š^3
¤ ‹ D¨Œ¹:¯P# "¨ŠVZs , Àd|‰oD3=      šóÃ$ÙøØCà€@Ë,=

    B
    e†EÐ¸ 9¯u Í ôìƒ"TB p^Ì F2Td6 "r 3ò%.¸Ðn  Ô"&Ó   a hj
yœ      ÍŒ dì! ¨3PTÂ ÓÀ ²ìÀ@@Â
pAé,tš~ "÷Aá ´×L
Lœ
...{0 ÏL¯ N&ü'"ÂhCM;|&ž(c)ØAÃÿ‹A¶ƒÐ"OKM4ëÂÅÛXC‹†únžƒ¨´ AèxN$@aÈ&"   q Ç¹ 3/
4Ód|äœ0š%ÔŽO¨Š;Ø¸µŠ}ÐöB
Ñ
êK UD§¦iM'-ÉMÚÚ% ysh^*G
,ƒpÖ.Ñ.Ä;M?† ¦ÚC"(c)
TNtGn 49?›{ Ú'@û     'LƒÁ...(r)^1/4 #ÆÈ(tm)àŒÌÍŠ ‹‹ ‰o;t ÑòsÂ

A;"þO²/PAý æ" nDëÈçD¦ä&>ƒR ô %Î´,'éÞ›@ ‡ ´ &éý&éôEž n›'Ÿ"@è pA3/4 ¤Ü!'x ×é7
§A6 <&ÐMúMè ð i´ l í$Ü#23h
Ù=¶ }iééêê×µ~Ÿk"ëÕý] ëéú~ N-Ö"tÚípƒÓ×ÿîÂ3/4 Si}<'ªò ¢9¹/w¦Ýaoý¥Ó¥¨¥}6Ó{3/4ý==
mUp"vŸÇÝV›Ûmiô¯i3/4ëkZÚ}CûN 7ÇM±¯ow Ûvöº¤œzöÿÿªéúÜ}4¯ú÷ôž´3/4ººýéï êý/}+Zß¥Ò×
¯íþ"é÷ÿÿ-¥_úÈ˜¿ÿzm÷ßëºO_¯ûûº3/4È€œ ?ÙÈŽ%'¡: š34GÂ ù -ô1/2¥{ÿ¯þk
¿ù @¿]\n±ßÿ]§w[ÿWõ´ß5 Û!È ÜF'H ì, D}} ÁëÚ_ÿÿïÜ
é+ô t÷ýÓõOýèu·ë"ë"a.
µ ëÂöÈ/žúh ?ßÿ÷þ1/2A}þÁmwý ×§¯õ]í5ßtŸápÁ-~ˆXÝ ]¦ {_ ÿÝÿuè‡¿ÿ¢-ÿKè‡rÐêLrÄ û
÷§ ¯ÿãº!;†ØWËÂª"E›ðyj"÷@¿ëÿ¿÷êû Š ¯èŒÿ¿vZµpCíö rc † ÿWKÿiù4T ˜¢• ^F
ÿÖHÿï¯éý×¿à ß¯@ºÿª¿ô-{è]ª^ë}~3/4,Üˆ ïZ
ðm ô
O_ïï¯~¿""1/2ývõÿ¬?·úõNß_þï _`ZZƒ¿Ý Ý~Óÿ µ1/2?_I u÷ûëW_-ö¶u*Î¯ëÿ}ûß¿z(r)^ÊºÛý\êß×SÎó
"þª¿µOº{nþ"¿ÿÝjëß_túuÛÿ3/4ÍS(r)ê·¶¿ýmsŽÛ:;[_ÿö×ûémûÕÕZV"m*ëÕU1/2?OVþ-.ïõÞ1/2Âÿ¯÷_wú
]¶¯êÒµ×NÒÒ÷ûéuµµÂn ÷ßoa["V 41/2µµ‡û
+´´¯ïV¸jõõ1/2m
ö3/4¶°Â·¶•"
[ïõ´"NìÑ¶ Ò1/2ß¯†-þ´Õ¥jØ#Ž÷^Òtºº¹¡Ú÷úiw¶1/2í...×§¯a{[J •¥`ša&
† 4 ØVÁ A...†"a%Öû
VþÁ,h‰- _ øa,ÃV+¶+Øa/'s† _ãë3/4ÿ¿±-û"¸L J0Å0Èâ±&ö8¦>þ Lu!.ÅFÁ,[Þ´ÖºÄ"ÞØ¥Ù ßñÄ
&ºaxb·¿Š d ýðÁ*oá-ZOc
T±Âj*• Hm5ûÅH<oY · ŠÕ÷¸[û ¿iö =Y
šð×ÂÕý(r)¶¿dQ ´DÇ¶ íZµTÂa4 NÒ´Âýi¦÷ÝdÇUëø0´ü0BûJ!, ÃK-Ðav :ûWºá"(c)¨akímû
É‰'+ D0ƒ -¬*:0`¸/- ƒ$2 :Ða 4""= ˆ 1 Á
m,Å! Ám ×á"ŸÝDDƒ"DDD8ˆâ"8âB! DE1 OíG-Å"¹y¡ a Çú^ ˆÖÂºëKÕXa/Ö1Q
Çká...ðdÛ-ØC ÿùl Çÿÿÿÿÿÿòn ...'6/ Kgf JðgÙÙK" ` ¥g}&y(tm) 3°&FÌ¤D4hÛ$†q e
_•· Ž,
†dÉÃ_;ZE%(r)¡~¶ =ïé*
Ÿr£õIw
¿öå~=k{ªmþ3/4 ]õW××·õë"ã_×ÿ÷Ó¦ßó;^=è˜ þŸê î) "¥Nš éÇííû v-...WW~"wêÿÿ[Øûÿ~º ûµ(r
)×úý^w£!ë Hƒ
j IpLÑ , 'ÁI1œyì G
LÇG
,§:;&2 ó¬GD,R0ò7ž"1 " s ÈC B ÄŸ>Íˆk#Öh¬üD SŽ"#¢
†Hy˜w²s" "ê
" Ä=\ØD " £Aø" bÍ³ñÁž v
,Ã/Þ -fÏ´DÔ Ž´VÄðˆ:9@sP†àƒ <-aA " "
¡"Bûpž˜A-˜ ˜
O)Á
§" éXAª "Ðm§¡Vš ƒÕB
Ó‹úM?Âh5$Â Â ƒ!yšz

Ã jÚa â z¯Úh?OT "zI3/4"\ŽÚ vˆÇ)Ü^ˆ£Ø1/2'Ói¦·^è|C ¶š

(tm)a-Å¸0(tm)°åÙÔéî CDp÷‹MÑ Sˆu
Ä48¸†ˆ·UOù ?JD¶, Ñ)äU è- L‹Ý
'm(tm)°}ˆˆNaÈæíý ßÐÐh;û¿zÉÓ¬œÜžQth-jD1/4ž=
Ë›sJÞEú%(tm) >BÆ :%ÖqË9:?Ð"sô˜@Ü"¦ÏÍH³Ðn 1/4'A
'ñ ô ¦õø ~E÷%"Ñ>"þ*ÖúMú °""Â{,

øN  y*vB-Ðz    fr:h< Ø:VÝ-  ^¯Oð  [i×v  ¯ÓV"Âo~•øN  y9´  ‡'úÞ¿×°Aº
Âm'éëéé´-Y  ô´(c)<'"JÒiéõ×ô¡=z÷\&-Ý-]þ¯_ß-Ý?·  4,n
ÝèŒóœÚZÿá:õõ"zêîøméºzz  ïIþ  ú¤(r)>:"ÝÓ§Wëÿ°MÓ¿-}Vþ"tþÖ×Åû§ý1/2ÿá  ]xaë¤ýÖ>Ò÷s?t"ïz
Mw^š{þ"úÓé×êÔ3/4  uÿwÕzÿëÿèzüü...,nïõ¿_î-¤Ó'  °ô(c)ÿz"-ÿ¯ïé1/2û  ñWQÿ¦Ö
¦(c)¯f28u}ÿÞúô~•z¿,)Â  _°  ñ(r)j
!uÚiGOïÿïÄÕïé>1/2põÿõêd      1/4oÄ  í÷ñþV
ýw^
"îÿšƒûâ " èûw~-ûúûúký7ï
   ÿ(r)'}t  {Ò³ªî·  ÿÕù@1V¿uy   Óð^#Ø{úéo¯¯¿§"Oÿ÷²   }oð^
ýý^"Ûîÿ*ß*þ]/4"-?}ë¨]´-  †  ¯²ïãw"W×ÚO  Ã"¡?  }ÓÖÃö¿î¦N  'êA*ó    ÝUó+(r)ßÿß¢'ïkýÜ"  ü"7
Ã"žj
_Ðþµ¿é¿1GZúûï
i1/2û¬Q${(tm)[   "ôýò(þ"úõÍî>íd'êî ² _kþÿ]ý  K×"ëðnZ‹õßá_¶êú  ÷¿ÿíÿßþ¿_ë¤
tÝéA"í  ¦õÝ}ûÿþ"ü  v•oÛé%ÿ¦ÿÞu"_]¿ÿÿ¯Ûuÿ¯{Ö-ÿvÎ  ^-õÿw:;]_{ÿÖŠ  WÿÒ×ù(c)û  ÎëêÓÔ>:-ÿë¿{
ÿ(r)"k  þÝþyõÿïÚÿÿÿ¯ iu-
s"lèO÷Üÿúëoÿýwéwé  këëzM¥  Z  éZÿÿ"÷  ï¯ßt1/2>1/2ïd"tí=*úëiÿí(r)•ßVÿiÚ1/2l  Wû_~ÕµmúÕ¯
ÚêÝúö""aW×ßmmXjÚßUÄH  _
(c)§ÿô°~m\/Õ-ÃJénÍ  0I_mwýmxi>Ú}Zza;JØ~Ã¯V×Ûouá¥
+
"kw¶  }°'tÿìvÂ~  iC

%  Û
%† Xk÷±ÿ`(r)"Ã  a...ØaZjÁ{mƒ  &80['/±^ÔoÈ¸Dºû    °`¿ß¦:uÒþ´~Å1±A  ø(r),1WR%á7ì~û  nØä
L  ñ&ÿãd1  *D  o¯ß÷ÿ¯L†
nì  ±°Õa,ÃJ  _êÈb?L,  jA
ÿ[!ÝUo†'öA-°õ²  û
ØWíÓVÓ°á...z²  éí¿ö  -é...ë  ŽýY  u  Å1QzpÞÒv¬&    L.õ
a...†  °†
×
+öðÂm"
   v  a~Ü¸   dM!ü5Cƒ7ü4?á...†  T"^´ÖÂa5 ¸ÿäCá'," Ã(pA¦ª"0B"
   í ƒ$3  XIzÑÓ  Â   mñ{ø^´""''"4"#°"DHLF  (c)  ÐÓ  !,¶L&  ¥ÔÐq        ÄDq        Ç
        0"0ƒ
÷}~W  j¢ Ê    ^‡år[ÎÀÚ[yn[Ð^ûÂ_ªPô-"·]†  Ö¶ƒKŠa"1/4P±[Q(tm)
[Ma"Ò  a0¬(r)T¯\0ƒ&ÒR  ÔDP(ÿÿÿÿÿÿÿÿÿÿðÐ';)DÚ(c)Ì‰L(tm)æFlïÖ+  æ¦'  v;"¬ÈÁåpC"êî±Hy%(r)(
tm)  ÎÅ  XMûë}ÁIBD1á�þ°¹œU×¿uß¿ª!
õÝ-B]/Wÿ(r)  õßÿßý}+_.  ÖßõÛôøïl-W  Ðÿcã×Ðí
¿ëÿNí  §ÿÿ1/2Q'{"QØÄÿß2  ³Pò4)-;.þòUä3R  Ûl†)Q-    ÉD  "+œ#XRJgP¥8ò¶Êp"HdB%'!¯  Èb'Bý
`  á u " f,  ¡J
3f  ‡Ô¦¹€¦æÈ†Ðgì  73gØ g@†-i        A'  "
)^"
   <&ƒ*ÌÀ@L a
'  f  0ƒ
!
80@ÒO  ƒ 3/4&àÏ    *Ì#~J<"Jž  h=  "    Ú         Òô  @ð  ï³ké§êƒ  5  ªxA§ w¦ƒM
   Ú    ¦  a
a  ƒ^t  §O^Ðy
Pƒr

~ u !¢ á§¥¦ v"|h81/2/Câ ‡ñ
>E‡ 1/2
'Ý 1/24- ]é¡jÈ-´ô/ß -š
'Ê%<Ÿ"PdèD| ï\ŒGˊŽiˊÞO1/4%onFþôN ±DwDý¢gr ð ¸ Ù à ´Nm - hÑ9´K› 7ÉÍò
Ü^$ý ±
: 7 ´ é5'0Ð m´°peÐ• .(tm)·v"H" •'ý ž¯' Aè7MÉQÓÈ3/4E¥_
mÁ
"ÚMÐnEÂ'á6¨û 9öEÏÑ '="- ÞÞ,ÐONõý6"týu_N mé´Ÿo¥§§^šA; -t ,zöá:
á0ŸwÞé§ DèÒy ÜŸ1/25]WW¶,nÒëé°o_§éëä=:Ní?¯Oßjû^Þð /Ò°P¿úµ÷
ÝtÒOJÿ %¥".]þ"Ójþ3/4׿õŌ3/4"ä]:"Ó Õ7ûâï°Û Uþ(c)=
(r)÷úO}tíl{é Ó§oWü/ÿöP°ý3/4ªëô¯ÿµú§]/ß¯w×}ÿ|Šž-ëµ¯ }ï§oÝ-të(r)¯îÊêÿÙèŽ'å8ž¿ý%þþD
~÷ÚV¯V" ‹f û8 _µÙÿÿÝ/KïüëÂëÈR?¡ä0}ïŽ
ï_ßë¶|u ¯ý¯÷¯ï² ;þ(?ÿ ÓëJþõ×(r)¿¿\ uÿˊ¿ (r)û ÛN¥ Çëúg 7[¯øaßÝ
¿O_ßÿï¿÷1/2þöÆ-Êgtý Aþúëô(c)(r) w Ö÷z ¿å ;ú¯ ¿ÿ_úûû¥k{á-þYWˊDÿÈg
_ZûwÝ ×÷{uTþ¿
m- ¹f-ï*‚_-Û_þ3/4¿ Zä :××è(tm) f)þïþž¨ÛÿÝ}¿Ù ¿é;þžÕþÿûÿ﬊÷È¯*~ßôûêï]ÿ×Â_×öeoþ3/4àõ
}ï-ÿzþp"k¿ÿÒÕõßàíWßô(r)·ªwgG×"Õ¥þÿª"ÿõÍMÕ¿¤ÍÏXuÕÿJ"kÿ×÷ÿOjúþt?¯M\êšw"_~¯_ý wþÕßì
Têá:1/2oÛêþÿmô÷¿MÒþÿ%ß ÿ(r)ÿõ@ï°¯úí"Õþþ¹"õÞ¶|-Û{°îûT›mÿS[ïÿwá¯m}"êÚ§¶]3/4Ã[û
{t°õuk÷
} Oû@ï úØK÷íz]u]°ÒÂÿ¯"azït¯í7[ ¿m-}m[]ím[KÖÒ"
š?Þ- [ m(a-"m+ZoÝÝ†¶°Á}† ¥†¡Žþ Xaª'ö MÓ þ
[¬0--"šá"ƒi6-1/40´Ã ÿïöÕÓOª×Ã# V6D +r&
VêF!'ÿ°J I ÆûÆúðÃ
¤ý‹f#¢8Ø¯¶?v$Ç±°a$ðÅEC ¿˂\ °Êê¿M&
*Û

D*°~§*b¢ªûƒÓcŠd >ÈwÝl‡ ß {È#ØŠ...ô _L+d,bŸ"Ó ÿ² wü-"L J-øuk
_" ^ î´ÁSIÞ×Iî1/2é² ì/PÕÂ
/°3/4Ø'u
*‡a5ë. ØZÿ3/4› È#ÓØ"" 0" 0¯P†Þö RÜ& [
m 2ûpDu´ÂÁ,ÐB Xa
|" u "
á xe‹,a{X2""Á
ì úÞÂa/µ }^(°ÀPÍ"ñ & ^^Ð†"DDDDDF Ž"""

v X@Â ,#! DDhu q
¡ÁK9 (tm) µüG
/]v-¥ZVÒ† ¿ 8Úk°¨U,ã
¯Ä1ÿÿÿþÝµñÿÿÿÿ-"¤v' (tm)
' dÙaˊý(tm) È3 2¤{I"¥¸ *'V²J‰<Ñ(r)ÓêR f*i Ô.äÏýÜ/¤´"]iÔ*(r)¿Ô--µê(c)û¿þÜ.×ÖôÂÇÇ-~¿ø
õ{Uÿ_ÿ°Óÿíµ×þ÷Ì $"¢²è e -Ar 5 Pó!5" U³¯'Q Á o#y(c) šLÀCè&_&
êÎ
k.^b ¤ÌH¯Ð "03áN(tm)Â@É ‹Á"Â -80A(tm)‡ H-z & š'J‹Vt ´(va CÔ
2p(tm)&)¸ Â u
'ì x" â,ƒ
a ?@Ð´ú Ó@Â
¥ =Ô& 3/4Áé¨ yöˊA¡ MÓÂ
‡h7CBôí4;OÆƒ‹N?Ø†žõ wúza5CC'm§L^3/4œZèŠìèœÝ¢^ä

-Lé    %ù  BÎâMèŽßò}(c)th  Ÿ"  DW M¢^Ñ  4B  aû"Îfä¦Ù1Ê›D¿¢sl‹BÚ+'    ä^tÜŽ˜AðjDÌ
àïL-,  Ð'ßA  ÌÚO  DçDé"Ý7
Á  -,v  z  =1/4˜ÐNfêÒO    A=jýÁ  ÖýU§H7¯"Õ¯Ðo  I°"Ð} û£(r)°~ƒ×¦  m7·]_Ö-Õ"
•'÷-m...W¥P´›§k(r)þ¸k×¿1/2ý  K(r)¿ÝÞëŸëõÅ¬Z  uzzÕë¤Ÿñé×ûÿõ¿äýc^¿Õÿi Ø×ÿýõÿ ÿ÷Wÿëõûßÿ_z-
]ëƒy  M1/4.  uz¿ë¯_ýL#Â~ÐþšÔ‰  úíÁ~ÿ°Uø:a"  --{ÿõöÿ'01/2m\GÞ¯Öë&    ôC
i×ñ ñ,  ä  :mjˇž1/2"úÿ @¿×_ÿ_1/4/Ý,[Wþél-    ÐÿöÕ¯ë¿¿
÷v¿ä  Ñ;þˆw°î^x  [ú¶Ða¸:!oUî-ƒöÿúôCß~(c)-å  ×g0öý  Î˜èŽŸÿî›MV¹Ô:ƒhŽžý?×[ëûÂ#GUøCßOÛJ´
Ö-  ™ªÚvª0W"ƒA  û}?ÓÝ-ü%1/2Õßûþ¡ÂÝ¨ ZûÔ4ÁÓ</ÓÿµÖÿ ÿA7ßW  ìê}jÝéú Ó-Õ÷îôî"ÿÿ_-}VÒõ
õgC    -ÿªÒ ïWÿöt5[8õ‰ß]ÞÚÚOÿ=¿}%[--¤˜Û"Ý/ÿ3/4ïÿ-ö÷1/2>¿Û[ÍµÒì/Ü4õÓÓwõÕ-""WÝñ¿
õõÅW×ý[]˜a+¦  ýé0×3/4-ín  ["Ÿ†  1/40Õ^Õ  û
{"ûSæ°Ö×a¥...ì'a[
Ô5Ýþ¶á,öÃZ°°ipÃ   ZPÈâr4áää[ðdpHr%ë¶
    w°VEµ
Š  `ÁXØ¦)†  Uc3/4EN
    Øö+d\øâ˜...ò  {_±%  6¿Ø"¶6*
(tm)
‡lnÂi  í  GúlHßì‡~ÂëÛ
ší-·}¯3/4ý¥(c)
{[    î(tm)
  BE"  d;3/4ö  ¸v-z\5Úð`¥¸A...¸`  "MXM
u^ƒ  5µ°›    ,¨M˜ÂÍPdË...JÐ†
  i,  "A,  0Xqˆ Ð`"D`B#B"Ð"¦ Ì}á'
  DDDq    Q    -""#X  õÊæ"2"ÿÁ¬4°ZiZô,‡VÂ\HÁb¢3/4Õñ¡    Á
Ñ  ÿÿÿÿÿ ÿÿÿÿÿÿ ÿÿÿÿÿÿ ÿÿÿÊa"  ÿÿù6.dÛi
...2,ÍÍçb†FÑ  da,-åÚPŠ"4@ˆ eìœˆ33%ØA    Kgc
Â
çe  §j¹›Ám    _sD¡7Ó7ÑÚ¶vMÐz"J-ý}7ªzkªÞwW×uY=¬ký  õä.DÀþHp'íz%  ¯Ý$    ,W~î‰o  ê  þ
    ƒ(r)ínÕÿ°ª...E
  ÷Õõ§¿  Åß    þ1/4~¶-¯K×ÿõõ ÿ}-7ÿÞ(r)1/2oÓ¢ÇêF$Éd  kó´µjN²  R¬ø"  <Dc<¬ú*c\ê<†dÍ  +o ªO
¹0!-C¦xdW8)ðC1Hf  3  Â3  è  "
A    °  (tm)  2ì‰o(c)-Tá  ç(tm)ÇFt  #LêdL@DHD1t  ±HñÆ  d†  ;  v˜A,
-  ^V  !"Ð2C0N  2œ)¡ fã6¦!ÔCp)"'çn¿U    "  a2  ÓO  7ÔÓ  ôB¤
,a  ðƒ  C£"BÓža    xMô<  ôëÐa
é"
Pn¸A"  Òz
=
°°JÈ‹  (r)-"  ž›è=
-šanÂz"  Ð¸†Ÿa
úi"-
ú¸,¦\qjÚ
5˜õx´>Ðh;a*_'øh    ÆfÑ  -Äw"Ž
¸‡Æ²  éôœŠ+^ì¢]D-ohœÝ²*Œ‰ÔO1/4œè,ã-r¦÷Dÿ¢  í°Y
=  Ç
dn•þƒÂ
È1/4ù  ›Á
'œ×"OÉÎg
‰O"ÁÇH    ‹7'ö  6‰õÑ1/2Ë£4¹  è(tm)ÚA¨@ù  ¤ì‹6ÈQ  'H<Žm'(t  y%tƒrtûÈ3/4ÐAÙN\ÈH
'b  _ö,¸AøAÕ(p¡Sh'øWBxZ  :AÒ¿H7ð  éé´Ÿún  !Š¿O

éªÐAë"ÎÛê  zpj      £°_Âoz^3/4ž(c)¥ÐôƒÂ´  ÓíÂ°{ÒÛÚoátÿÓtá  `‹MÓÓÓ^ý*
ªô3/4ÐAî°n    è&é÷ú~(c)ýþéò"KÛ ßî1/2i{-þ1/2a3/4µîá  Ò~•"í÷öÒ/ÓÂz"Ž  ÿ¿Ôôú¿3/4:]>3/4û¿¥ïWý
×ÿÓù
uëª  k1/2Ú¿  ›J'n·ôè°
_uýÿ1/2_]wý8Úét÷ëïôÚ§ÓÿþI  ßÿ
ÿ}V¿ß°ÒÓÓm/ÿ÷ý~°p_[1/4/ëõþÿx'¿_ý8>3/4ô'Ð3/4‡è28.  °ëþŸo°ÿûüëýúg@õ×Ù
Ó"é¡u¡kÖL  Ò÷ÿv-ïKÝ'€ÅÿÅ    ë  _i*T  Óÿý+Óõ¿æ€Çÿ•a"×ýÿ×Â[ÿ}5í§¶ý^
ÿÿ'  ú´3/4·â~×þÚ§÷¯è,?ïª
¿û~û⌀_ÿï÷kZ÷@ÝäÜÐ}<†wA  AíÝ¿]µ  âB"ïÿ¥°¿_è"ïµ[¢  Ôûüƒ'ŽVžBŽz"á  ¹  ú  ò)  ßj^Íú  ÖY2
°_ß_ýu_Zý×ûÝ  FôïÂ#?õÒ-Mó$¿¢Hi-ï(r)´öÿ÷è1/25ÿH'/KÿwÉ
ZâÝ̃ß~êÿý1/2k
-ëXW"þô¶ÿ
ªŸÕûíuÿKõ÷Ýáwéúÿ  ;ä4  ë]]_ÿ^õÿ_...þ¶ëõ÷ÂMÖ·]×þ÷·ÿüè  šš]"µïõý"]÷Ó}ÚþÚ_õÿÝé+Ûêæªû·š-}_
j-ÿï¥û"õß  ÚûÖ"k÷  "JÒÒ÷÷¿¿Ôûß[iuim?1/2ß^í[õí3/4  ÿk1/2"í×múÇ·°ÿš  ²Co°µßõµê¿÷
/Uoz
›¯Ò^ß[W^¶Â]Ã      zÚêƒ^Ôì/V-µý^úØkvØ%a&ê(c)  t"3/4Âü?jÓÕµ¤¬√/·^-i_
{¸a.ŒÍŠý†  Ð;
ì:íµ´ÃëÄWö  b°°Q°eÅ'ÿv  Oý"Ù  ,0-›awa¬5°ø`(r)NÕôÂa  †  ²ê̄ûÚïbÓÝ  DN  ÔŠ`(c)}1§-...µÛ´Ä
-ÿUŠëv%ÇØ-äQÚ"  B
^?Ø¯oØ-ù
   °¿i~AZÈb;µvÔI1/21/2í  G²-Ý†¶  °H›"Ö(r)›}'zµêÕ¬IE1/2  ñ¨...í/ûXk
...~û
ðÁk†  ~Õí ̂ÂÕa0(r)µÚûØ´al ÁP´¯/ê"  &  ì+
l  íiU'-Â
xa›'i°¬0†°ðal      Ì  ?á,
xa$!,ka.!...¿°¢"RN""  DDDC0¯BÐ°B"
±´  Á  †  \j  DDCB"!ÄDTEÄDDD  !  W-...  DDDDD8^<^."!,ª¡v
~?¤é"Þ  .;]V×ª¶      U¬¦  P±[  ë†  0¢Zi2:aDGù7  £ÿ-  jœ  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿåš°£ÿÿÿÿÿÿÿü´(c)
   pi  °p°ƒYÝ$ÜCtßþ¿n3/43/4  }}×a"  ¨Ë:šá¥í  PwøF·Ò‡è7ÕþßÏ¯ßþíúÝ-m*    a(&ÅD0Qÿÿÿÿÿ€
€
endstream
endobj
66 0 obj
<< /Length 67 0 R >>
stream

q
424.56 0 0 674.39999 0 0 cm
/Im0 Do
Q
endstream
endobj
67 0 obj
40
endobj
68 0 obj
<<
/Type /Page

```
/MediaBox [ 0 0 422.16 706.56 ]
/Parent 90 0 R
/Contents 71 0 R
/Resources << /XObject << /Im0 70 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
69 0 obj
<<
/Type /Pages
/Kids [ 46 0 R 52 0 R 56 0 R 60 0 R 64 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
70 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1759 /Height 2944
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1759 >> /Length 27176 >>
stream
```

ÿÿÿÿÿÿÿÿÿår¨¨dÜk;(c)  Ô2ndæE  Uw(tm)³"-A²] ÏÁ3´  >Ì‹c³Tûÿ÷ú$Ñ%·ÕL-ìi  "Zëéÿµ
k‚UÁ5÷  õú~ïzô"ÿ3/4ôêÿ‚Ýt  ÜkÚ  ¯  ÿ~:ú§þýW¯ßßÿ¯¿÷¯¤ÿéçkh•÷çþ¹      '$
Ê  øðffy'£+/:{g">A£°¯È  !gQ,)Þy',  ŒÀ¤ae@ÈÁ#Yæua  ÐŒa
sLÖDNEò  !
œ'  ²9'NBTF--X" ÂBdZ  üW  ,0Pù  -Oš"-
a    <  3 §GØ"%Õ
5  &   B¢$4ÌÂùA,!j  ä`@âD‚A§ Á  Ìà  ,  ˜D")"
  ïA"  "  " 6¡  @Á  râí    a  Ð0 "áA  ò¤CÛÝ  Ðh=    ?Â{"
ÎÂzá  ô  i¥"×A qh=SAé÷¦Ÿ    "MŠ  4õ^a  OmPh  þ(c)Q'o    (c)ÿ  XNêtŸ¤š  ""â  Dc•
B
Ó1/24âôâ°•Ùö‰ou  a²¢}D¯R,SN  óOÈ1/4û3‰ú3%'yÉõ  ›DpÿDç'yÉcuD±Þ¨‹ŸI
h"Å†Hææ    ä$PB- ÎÑ/{¢sh œ‹Î è     ¶äs¢~ÚA hœÛ&,s
ƒp  ²  Â44Jn]&oD¦Ñ-0då¥7× Ÿ é
-    ÷éÒt  Ð@Ûü    ASÕ
H6ðA‚MÓÓt°ž  nƒuMÓ}6,të§I&Ò°o§  ÚWL(tm)  6    ‡Âw1/2öúzm&ÕÝt  ,þê  ëÓøT‚MÕR°ƒÓÓi
Ým  ôúN-×"ý6ðŸawÕ
žŸJ  Ó  mjú¦èÍû¦ÒÿÞÝU¶'¿...¶¯i7ÿ  ^3/4(r)ÓÕ>ÒÓ¥J/MRî4=?ã°¶,oÒõÕ¯×1/2
n1/2?ûô÷Ó‚h*  ëjµzn¯u  WÞ*B×N-*  1/2  ×ý7Ý}}ÿµÛ]ê°}ÿ¬vëzE¿én°Þý¯÷3/4  õ]  ÚÍ¯ö"9!?-°ëK
ß¥kïUê¶1/2ªëî°ëuªúé+ßû!x°ÿŸ¯×Õ×´D,ÿ²  V-y¢(c)  ·Ã/- M?"Ò³Û^î×"õéš,z  ýÑN  Ž/ÿõC-[(r)  º"  :
(r)¬¯
}S
B  Sâ8?^ãÿÛ[öÿRÖ¿ý     _3/4C
zÿ_1/2¿Uÿ·]pþ  köAÐA  ~Ø>¿úöÿ"Ý1/2×3/4ý"k·ê  ‡µ÷ý²

  ÷ßÿw  k!ã~Ø6ßø`ûþûÿûß¯o""xD-Þ(tm)
9À1/2á  ¹y'l°  ý~bžûu²cš

ù0š¯m  >3/4  Á¿äâå.¹‰  Øþž¿‚õ"×ú°Z#§Tbª^‰-´Ý5þý  Òß  Fþ  ]þ  wù  3Xýá

- °(c)€¿þï_ÞüµÞ
*Ûú,~3/4ýý>ûÿ:Ö×ÙÔ¿ú_Úƒƒ~-ƒ-Ã3/4ôÿ~Wk ßZ´ÿ¥1/26"zþÞjÿ üÕW§]ÝÿZ¯çGUÑÕõÛÖøøzÿ³ªÿô
ŸÿÞèÂÕ"K:ß-.ðÛ‡(r)š(r)ƒª¡u~¶µµÙ5>ºíStúÛLãháþ¶u‰}ïÎ!ÑN¿¿Ý÷î3/4ÝZÖƒß]nÛI  õ{
~ÿÕ÷-ôôÞ·
m{ßiRoî [ßôÂkÓkh ím-"_"[[Z_ -¿IŽ•_m°m{Iûm+IB]ÃÛ
[UƒýÝ]¯-úõm¤Û1/2ÞÚ¥¯¬õ×{1/4Í·ZÃ[l/ÚÆÃZw_Ó[öÕ¿µµa¯¶-V  l$Ã      ?¶"a;Kn¡-¤  Ó
'UÛA]7´¢°ÂèLŠ;á"¨iHGì5ûMÒ̂ê  MpÛ
   †
"çŠ†       0Â_   `Ö  K^ÂQKðÂLŒ˘dpv    {
ÂA...d[ðÕ %"eƒ  ¡¤ø̧AÿöÇÞÆiT0I‰ocÚ˘µa¯   Ç\0_¶(1l‰,"¦¢~¯b~¨(r))¯Ø"‰  ,{  ¡1_±LSìS
Ž  G*U~ÈXõ²  ûLS
Ù
âJ4Óm±%°Âd  ~  WVÓP1/2§"j  õ°-...Ða_µO°~~&8A¥Õ¯ö  (a    Za¥ö·atÂ¿l0¯[†  Úƒ  4        àÁ0
¥·*
"0üC      XT  @ÁBhD0ƒ
L0ƒ
1/20  "!0B0"G  Á,a  (°:â"Â  ƒ  E,  ÁÃ((tm)...Žh"q      w8      p^^^g'i¶œ"_^^^ô""""""#^â""?^['
Ê¯ú
ûZü3b  â3/4  IÝ"Â¨ÿÿÿÿÿÿÿÿù6  É±ÎÃ'ØÖ+,2¯C  ós"FE ¤hÎ8wÕ?|(tm)4"Ê¿þÒù  Û$¿´¡/
"ü.  Xµ_üœëëUU¿þ...§Úþ‡úÿø÷ßÿ¨ZÜ/ÿ1/2ÃÞ¡ýÿÊñždº.¯ˆk%%"
ÉÏ5UD(r)È4¤^£(c)•k#  "
‰"F¸¥<2,
~D&,-Sƒ,ä  B  *    §A
†h2ˆ y@rD]›  ø¥û8Î  3  ~âD¡
C°@¦bv  0A¦P
      zh7uÐh=  M  C      @ÓO  ?A±á  ê#L
ý  OÓCAÃAî-  }  CT    ´Ø3/4Ö-b  þ̲Ÿ̲I¡¢  Òjšr;tE¯"cDw'iÑ  äû%í  ê"8q    Þ‰}ä,dP  y
...A  K¿'í  1/4"b‰MÉý  ö_´  7-|&Ð r  ú  ÃA
"      Ú'J!  "í  ô  ðA³ô×s8  ¯  m  4=+Iá    AÒz1/2=  Ð}Ò°n›dæƒtý6-|
Ú(r)ÚMúM×Âzt°°o]{þ"iRÕi7°ª¯þÝ-þ"útÝ  é:O×ê÷¯ÿ¦ÇPké÷ñÞ""ßàˆÿëïým7  <Z  ÿAw1/2
?MÓïÿ3/43/4#ý?Òßþ1/2RÕßöÒÀôî¿...ë¯ÿ_µ...Ý{×
\  ëþÍ  V²4&1/2+÷š,é}{~D  û.
ÿý-È@÷2
  ×â5Ê°Ç1/2°þH
m1/21/2õçPÇÂ¯ÿ^ÁÝA  ÿîÂ
ƒ1/23/4•íÂ_ÕÒ̈ï,ÿ  ÿÓ!  W  ,  ÿ  ö  &°¿Zð^[  ý3/4¶ˆ{ü,ä_þ÷  Õè‰ÿ1/2~eu';×1/2ÿ'?ÿ¥Þ'  oæP¿¿Ô
   Ò¢d&¿wþÐ%ú¯_@-÷"tÕÑ0×úÿuäHmú´ÿ×  ªÎ  ¿ö믯Õj¶]3/4  þÿu*ƒ×K1/2õþõ¨"1/2wÿÿwMU_¨iÕïÜ
[  nü$"öÞìèzµÿÚô°ÿ§ÿüéþœ  Ö°ök"ûZ^öõÞ(r)"î¯_ÚoÔ(r)¿´µímn¯oÚÿéúZV-"¯](r)ÿú¤ÚwVÝ°¶"tûkðÕ
áou  µ†›aa-¯ðÃ],þ-ª
*·"
ðÒµd[
+
-">X`'C°Ö¶
  za¤Ã  ¤WÃ  &  J¯Šá-  ïa  ÒbØ{`1/2HAÓ    cbØa`Ì
  Ä±þÇöÂ1q&ö)Š°ê¯1/2ü  B  wÈ¢1&þØ¦%¿a2  ìS  Âƒ7|‡w  A    jÚ-"(tm)Õµ~  õøjý¦"v  TÂ
ÕØV  80"Ä  A,    Ã    -R°Âá  °ž\
  ‹PL(YÐšhA"
Á

Case 1:05-cv-09625-RJS    Document 17-2    Filed 01/24/2006    Page 276 of 702

(unreadable binary/encoded content)

öŸÙ
    n  Z†1/2,÷kÓ1/2"Ý  Â¦žÿh4Ð`¯azL  °šPh<%¥
(a0¡   ƒ(+ý¡
&3/4    ‡Úé…¨°"a0¶¨U'1/4Žé¡  Å¦          'ï"$,
.   ^eÈ†8^0B"
!·
1/2    3í  DDDDDD  ¶pB
    ‰  B"A±  g  ^^â'""'#`^^ÅDDD]n3/4v5mÿˇšK"µ†¿a"ÖÚŠmx°V-
& ¢"?ÿÿÿÿÿÿÿþZ"  M¦Ì'‰Y\)'F¤
ò$ò¡  ?üäWÖÊ*¬‹H%¥…Âëá)b"õ¯¯õÛaz¿  ü  ×ûý>ÿ×¿þ¿í¯ðÊ¤Ê†T$Ì'%NdX‹Ä[%ÆT#¡'þDàE;.^‚R
  ,à^|g¢08"  'A  Q(tm)š
Q  yÐS¡ŸÏ
Ì  Õ  faA  ^³0ªH  N    H D `É
"   "Á  '  çÙ±"
2^    0Â]    hH¡  š

 h<"  ^"
Óa  é-
pƒ°  é"  OM  "7   Ð  T  "Ðµ´  á  Å  ¦šÚz°¡¯zÈ(r)  '
h:iÈ8  1/2:<Ó"hŽìŠ:BäÿÕ¢\Ø<^vžÅ(tm)"õGÍ  œ"¤ùá  å  ›ÉÍ¢\Ð  ò%  ŸD^z'ï  £°dÅÉŸ!ÇÂ
AÂÈ-ÐNg"  A<  ÈŸÏÉÑò.wÒ"  "Ð  ?    §¤- n>`ƒM´  è?#šj¹  tŸ"}  Ý7L'¡ô  ±Ûë×¿Óú
1/2uÓkT"ëõÐ-°°~  •û¤  §°¿zìþõ  GI?nž°ÚNÔ+a7Óí}tßûÂjêú¯§þë¶úõð×Ðü^‡÷{ñí'q  Kë-•…ß^ô?Ýh*
ãÐ/Ú¿þ3/4¿-mRÝ¯×¡ìÿ¯ú(r)ûH,--÷UÛúß]ŸA_ïÜ  Õzûµþb1/4§  Èt'\F(tm)  ¡Ì  B¿_}æ±?ÈP_Kë!ƒõ*
Wôæ°1/21/2{ä0Ã  :†.A  (tm)    õWþ¹@cKh•ƒ-÷ø/  uõ'  éwï
ÃÁT2  ü"  =zÿ}=ý  Gú×è‡{ÕWÿa  qß¿~¨…"  ¢-;rÙ‡D'ZNÿ¥TBbþÂ"O  þ^é[ö¨ý  œ1/2SÒè"³Xš#¥
Î  ú§}1/2  "¢g÷òdkþî
ûµ¥ŸŠkÚýÐÈD  Ü  '  %PNŸÿih.×á/*þ,Bëÿà(r)ÿ}µ¬>,ìƒ;Õ¢G¯ÿ¯Oá/ÿ  UÎ  ÷úÕÿ3/41/2lÿÿ"  m%"
¯  ízûþ3/4-_{ikë1/2  V¬SZ¬"ž×°Ý÷_ßÿëÊáÕý}×[ÿuÿ·ý[÷^  Úî~þ-¯Nÿí}  µí¯ö¨ðÒ[O3/4£"[_UöÖØ
XiX_tÅÚ->¤í>¶ÖßÕí&é¬×p1/2=×"
%Úö  †'(tm)ôí&  K"
U°*íí,ÞÃ#…´ø¨žÃá,ÿipÂ÷r(?    Ç  Áv
&+ÆÃ  ~§Þ!5--"ö;âF;`ý‰qƒb¯…¿  ÇûnÓ  oaa‰7{  ×
ƒÅŠa]-+  î÷õd-°¯þ-°k["d-[öÅØ.  ´  ]…m0¿-éë×oaRàÐ3/4¡…M°¨]Ô‚
~_k¯0ƒF¹"âÂ
•[  Èïd0B  !-š
  bñ  ÃB,  2{
âF    DDDDDb8^¨¨¨Š¨ŽŽŸ¶1/2RrÍ+ú¨÷øÿüGÿÿÿòÔÅÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþY  FR3²ñÝlï(c)(tm)Œì*
2>2Rs°3!  %fW    ‚¤(tm)<
B
:"È'  ³  MNõ  ÙÙ(c)Ñ  œ?HŒûPƒýÈ°u
ûä•pƒ    ¦äé0¹ÚÇ¨Aõ¨Oë-uª
  àz…"/ 1/4¯GÛ1/2,

÷Â3/4Kœ  ÷õÿH
5KXt·¿ÿ  =jß_    8ø¨1/2/ã(r)1/2¹nÿVê(c)ÿ-ëÝëh.ž1/2Òô¯}V-õûâ°×_1/2"NóRkuÈÑ'k5Ä-
Þïû"á  ÐB'8È°É†ÐÐÖFh2>Ûäv  ¬"v¬"×  á  ÍŠT'R€ã
ó8"
Ðõ6¬ò!  šÞpÁ  )Â  #,'£É  "ìØ§Ä:  ):Æz!ŠD    (tm)>‹5ÏÿU´  j  fb"

Ñê`Rè"
P$A¨"%Db"Q"C',Ä !Ç :ŠDÄ( Å3Ì  C¥      '†"7    øA,!í
1/4" €Œ 0ƒ°ši'aT' Ða Aá  ô-    `(tm)€¡:UZ{xA§"Å"
  1/24C¯
 al v a  íÓƒCbðƒÓõï´ â
=44âÔ4Õ46- úa ßfÇÜ-4D 8ÐiÓ¯w"ÐCT iê...Ã ñ¢<Ã‹Ñ-=‰!ÚµÆˆ ́ÿ¢;ÈHh¹¹<qò]bIÜŽØØCD¹ªlZ
Å§ˆ°ƒ¦ÐM¢GÒ#¶‹§ÞE K¬Œ&DŠ%aª%Î´KÃd$4MÜ¢Ew*
   7  á
' !!ð ́ƒfè lûäJ A

  x n  6"h m'y¢_A ¢/ >‹FKè& %;¢ ›"Ð‰ŽGnÁ"•5XAár3,
Ó}Q A²{"hÐ@Ú&w    Ï>ž <#CA!Ã"(Á éá< oIøAüÒm, ]]6-¤Ý á:
"Óî,tžšX'!(N
±
%àxo_...Aµ¿ô ûZON"o ›"Ú†ÐA1/2 â4é=]7Óí~´,mov›¦'n O¶í:õïWÓð›
Ý¨Oö*ü'v  *Ò]_úûï]7a Æºonž3/4 ôþöÓL'Qß¶1/2×-ª¦==:Nõû¥t
ƒ¥äÒÚ W×ì. n‡ë¯ z`î¯é1/4[ ]uÃ-- ß×Oúcjõ}+_ôôJÃ"Ý7kû÷Z¿iþ?û}ZÝfuý ZJ¿ý}ýª~1/2*[¥
Mý_ZÒ¯@ƒw-Ç¸y z3/4¯wo}'éjáõ¯-õï·šÂm ï"áY iqæò:#Þý"á>ŠpºVm
ý"íõ ¨"d(§U‡õ8ªZ(r)ý+ß
3/4JÇÿêÒ¤0Gõýs
;!R} ˆý,† ~È`ûhF(r)þ¿"ûuQÃ Ð¶AÏ¿¯þ, ÖÿØuxzôî s@a}ÿ¦    ÿ à"à1/2uþ ÿ- Ý¦ 2 3îÃOÿ
ûÒ¯ Õß÷d F·ûé¯ôCÃïY[   È8ký Gïh...¿÷ªëëÒ¯
È\ô
µÿï["Cº _·‡Ý_ÓÚÿ¢:^¿}ôÐö  2²Ô DZ  ‰o7ò ÂW}þCCô÷(c) *$ &6×¿ý3/4Y@Vz~ûH  oíû
  Ú
[÷^ùzMc#¯ëßEé~¤ÈZîíéû6Ö=ùuHC...ð^¸ Ÿëý~' .Ÿ]f°žä"þ´3/4ú...¨ëõÖAµö3/4ÿÖÐ^íªí}í>(c)·I{
Uûýk¯>tÚÛ¯
ÏIkûßûêÿ·ýI6ÛÚ¨:"5 éjþ - [Kýýz¿³=éö ýïWöëÜ5ý"Ýö×êÓ_Oÿëÿ÷û]?÷W^3/4ÿÝÒ1/2³ªþ""ýt ÔÎN
"úÓ1/2&tuÿê"‡µ{"í¿úÕ ×¿U8ý/µ ́ý?¿éºµ¿ûý ºÚÓuþÚ(r)Ûýú-*ë{1/2-(c)ém.×ÖÁOßû3/4 1/2}-ªjØJí
úªÿ(r)>{¯·×u†"ï*¶¶ ºmuû
  ÿ¶]3/4õ÷þÃ_k¿´-°""´-û...n›¦ V"ö¶ µôá-"¦¯× ÛI†  í°ÒÓÝma...ö×3/4›
&¶•ðÒûJÖX0Kí sçkÙÃ(r)"jé¦0 -¥a Ã ]¦²-¿î+a& ¶º ðÂY {  <TL?¦"  †G
Û
%È(tm)¸i6 †  1/2†
{jÃKŠúd ÿPÂ\I=Uàïm=‰pˉãŠøØ-ÿØš,qQí^Ö "ÂÖÚí1/2ŠŠcÙ q[û Ã ŠƒPÃ\S °¿k"â¶"õ¿I§jÚ
" L'Ù
÷¿ÞÙ  Á2 þûö+ 4þÓ
ØL) XWûÃæ6*¯í¬4*a...Ò°JÂ ßNíX[ ‹"
'p•0Ó²$Òá¦
k
4°¯{Pa
 å
0...Á,  (r)œ0I
Za5†  Ò0[ƒ á, ¡
Pòn  e€Œ EÚëa 2€NÈÚÂ  ^^^â
!Ã Ct!...  elDAÄD &F "DA,  ˜Ž!¶"DDDDDDDq  "j"""#Ò¨ËI MË!§Û  W
¶"ÚàËŠ-á+ <v¶¬ a,  Gÿ ÿÿÿÿÿÿÿþM^ª¥¦"Ëu8ƒ ›¯dÒ; e¹"
eïïZ[,Šƒ)È-ÎÙˆ,"†AŠD  -I;Êèü"*S°¶DÝB`ƒ B

‰ÃA `˜@Âe8L/...Ý;h'å¯Dc˜vƒTÂa     v    0ž¿Z""
^‰
ƒi¦š# 4Ó -4Ñ Ü>¿§ë}ü [Ë>"ÀÑ ¸@è-dýÐnOœ 6 .ï¸_{Ž°þ›´
ƒp›K§H6-A1/2oÿëë¥i]73/4Ý6•×M×1/2?¯ßý ýMýZOOWON" ¥ï
×Œ'ö>[w[Ýmo}6Ê²>¬¸ÄäSˋÞ°gQæÆDeÑ ¸‰
E3ÆÆc¿¿æE#!² ? ñ ¤... c1/2té-k×õdÂ"#¸šÇ" CÜØÈ Â#.D‰ÐB `@ƒ A*"Az' B "
¦ A"-t CЈ h2ñ±(tm)"SÆˋ}¬ É€¿Ä#æ°N ØA¦ 8'+õ^ÿ·ÿôþ ,- a Ð@ý éà è4 A"Ü 0
ƒm8†š Aëh {˜D>ƒ -Ìˋ
Ã!‹Ð ¦¯Aþ"ÿÿ̈¿(r) m¦† ]0> N#M
4Õ;A¨Aá ...i¯ ÓÓ1/2× C
íø‰8r;"
lØöûßÕ°ë÷Ö-Pa"99‹†¨-nB
A-É ¢8 Ñ/a'œœÛ%6‰} æK ¥#†ñ íò Ú"
%(tm)/Ô˃>5Mè°~EÀN Í
ƒõýzû[ïnNnG6‰oÍ¢TˋÔ‹í ›d" >N`ž¸@è '
H6"Á
Á
A> l'Èü ú"Ò‰Ò,
,s6U±ÞD ¯mxM6"m0}ýt(r)÷ýë¥I
¦¨=? ªt(c)éö - ê7MõÓíi:Oi:UM"ZL:ëa ÕÈÏÐé}6ý4Õ>Èt pþÿ¤ÿÚÚ̈ï"...{¥{M
ª ª÷...Õ°^ßÓ~"}7ÓZÓÂ}ÓáÓ]63/4 ×{xaÁ þ1/2÷- ¿×Ý Túõzé Ž°NØém?ÓÂz-ê·~-'
~-•5Çáªð́Ý7þ ¸3/4üéÕ/_ mjý8Þ×Õm7]²Óÿëö1/2iZ¿‹{ím§ýôû
×í1/2nÿñ÷¸_×××õUëÒò1-ý¦1/2Ûw]}¯_XIW±ß#O(r)°zgwOê-úßêêþ ûi?Ww^ ï:‡ûX?þÈä¿Hzf {ýþ
D +"I*ä ?ß÷ƒ̈ÿ×Z] JëÑ
ë1/2ëÇkgPN²€¸t6AÕéë bØÿþ5É€]
öußmwMý1/2Õ ý3/4þI†7ký°éò€¸ð_Ã Óõ"×ë÷Ow
þÙ¨:Ã
÷þŸ_î1/2ï}ÓK"v
¦žμ{ á Aÿ¢-ÿ°ÿOd$ [¦A Èîßþ3/4
u( 87ÿõ[ ÿÖ¯÷ øD>? ¸å"~˜O ¢->Ë ý>Î¸žby‰×¯ve{Dgúá Gó
@ }kd ÷}z_úþ¤Zzÿô"ù4 -XD¯"ý[Mj*ïÿÐ%]ôBw(tm)) oÿ(r)ë¯ûïöße˜ öÿ úûè3/4Äÿ-ô÷ßÿúU
ÿ¢Hðÿ¿{_m÷MÓíýiu×ÂÚ́ÿ_þÓÁ ôþ1/2gGöu³Í}/Úÿ¥1/2(r),^d,¶Õ×¯
$ ÒíÚëV×Ûõμé7¿ªõÎ̄ ú¤•õ53gíÕ"ö(r) Û
ïé{ I1/2ÿ~·,ë¯Þ¯õ¦û§í}{JÒ°zî"Õ3/4þ×¿ûvûMμm{^¯{_°ÿwî-U.-ÿ~¿M"Ÿÿué^´›¦ÿo‡ázo×íÒíu1/2U[JÕˋ¶
ÕÒm({
"]Wμ"í;O¿õ°Ã
÷ ïXtÝ ¸kjÞhím&-CM...Ò3/4öÂ¶-í(r)ÚÐ_Û † ´¦-Ã C
ƒI°VÂÃm}¿í´V×wõs7†±ÿi+ JÂV m+J Km&
-" ¦I† B÷
a¥"_a¥Ç
/ñ&¦;cƒIŠd_ ¢ƒ S Cƒ •×§Ø0IŽ8h‰-×" (tm)
~øb ^AŠ̈ÃNÃ
Å1ñQ Š¦*)‹ö6+ø- q̀K Û
H±P·"Ðd,8¦Ã ÚμÚñR öC àßV *öšõØ]TVÃ& -
Ó[MH/d;¶ŸÚ¶¶»úa8jÃA-,DÜ& I Â]=mZka/wÄ·ßi"×ì% 0šVški"Õ´
ZÅk
IÐjƒ ¦1/2" Î8!:duM
" ÉŠ" Á aBxB!¡

0B !
¿m7ðdöhˆÞI Á

!%Øpeª"1 2€A""V DMPˆ†^Êâ""""""" Á ÂÚ Ž"â8ˆˆˆˆŠˆˆ2‡*H¯,§ñ ¥ÃKJ ø(r)Ã
Z ¨µaC$ÌÔ ÿÿÿÿü´ GÿÿÿÿÿÿÿÿÿþZ‰Ä&2;#' "XGv ¤Èº%Ìê)×>‹ÄqHô²
æ K "'.‰hRLdb" u kDth29' ¤` c
œ3MŒê 5‹'² ¢*r?#ª DG&ëaÍ@`Ö! 5-|4
9-Œ hDX@õ ? 7Ó v¡ á @Ó3/4 "
ƒÓ
ú í;}Ð}4ÐhÚ~ééýü8~ƒM;þƒÂißa4ÿ¸~Ÿ"ýW-W(r)š îúTôý 1/2 #W"SoÈ"wÃy Ü†ƒt'&>Ñ
Ûí œêÝ &ä "{'-¸ Ù¨´ƒv¶,
"è æ²Á É i@ ¿' ƒ þ y"ÀˆbÒ ] ûé7}ûú¶'
:{ðô ~¿¤Ý*1/4ã¥"ôák¯ uW†Ó Dt ·Ã×Ó¢ÇMÒM´µ
Òn Þ2Pöøl¡ t-~µi3TFûàûõ'1/2FöŸy'¥ýö-ìz,^þ ‡ºèzõºœD/zÿN1/2×¥ ›3/4Û‡M§°õ~¯ˆªÛÚÓzÞß
y ¡ëßê"\þü W# 3/41/2_' d &Á¯òCú¶¿Ù ëµ3/4
P"?µêß¿wÁöC /?tÝ[-]Ô .^Ü†ÄŠ'Þ¿º•ioÞƒ Á¥"]*-ï[ Û1/2&õ3/4¯' ÷Ò"‡Ø7¯·÷¤¯Ø ém-
E×·IWÕîøaöÖÚêÿþöý7oÃþöý_¶è7Û öø^¯Xoûô1/2,/ûj¶ý}^F ònd
i]ßÃúoÁúÚIÛWCöÞ úÞ3/4
òÈ8$(tm): Ž"oÖôï Á$e èŒ¡§N¯ÿa?‹Ý1/4-N [éÓðE×Hu'a+,.š ßÝ
ÊqþÅ‡ï ðuÇ Ó}Øv -švk×A$¯pµíÛáü×ý"ªšë÷N ¯w#Ò¬ë\"?Ö|Ÿ"u•îˆûÓ-º"þ¨ùvÝûûþû
wé|›ª KÚ[õ}*vý(r)ºOé;ßÝa¶×¿Mõß"ÒéRµkÝþÁ¯"
dz 1/2wÁ× -úPÖG"øzpÕäª¶"¯Éjð(c)~Õ¤økÁ¤ØWè%-pÕ×m-. Ká""2OÝ ¹"ý†·l%ë I¸gƒ°`-l
Y
êØg ýÇ" Æ-ÇOí±UŽC*d+ Ç" - ÅHe ûOµ3/4Û
nö'[ìuÒA÷¯kA6×Â}v"-ÃMëaB¶Úil4Â¶"Ã ´ Jõl ßív Ðj(c)& =5†
[ Øamî J "pÁpÂØ@Â""Â"
Ám_† Ô2 8-ƒ$
† l @ÈË¡, !:
TFÊ"DDFgˆˆˆÉ¹¥3", DDDDDDb"9j gz $ÁÊDxˆÖG
*Ã L¥ Ê;¤pd ) K†Y¦`2 '1/4¸6 ÈàxR8-†¤›(c)# €i0 ƒAÀÓ0ˆá¶G
s ªG h ›
Z x0ä Cc"æA
Ô Í C@ç¬,ê (VD #s h`"...Î.S•æ7* Î\" "(!
pÈ( , ƒtä CÙ€Œ,qs´É DDDDDDGÿËX -À¹6NGeÑ ÊHÂ*2 "¢ddk.Š"I aÚ¨Îè Ö
¨ Øäv5- weRá
³5
!› "3P!¬ D| #aœ"
L
Ÿ j
O^3/4$ T(û
\
1/4 áò
a { @á¸_û øtÝjƒ~á" Oí6ÿÚ¸kí7Tôï"M?Ó¿þ-/wi>ƒK‡h4ööþF ß GÕ~õè‡w îÓÓÑ
;Da1/2(c) a
" x(tm)(Y$nÒôDEù w$ˆD%2%-Û¢ ÷a ‹-k'C×@êß¬&ï"H-Ü&Òzö n˜cÕ^-‡Þé/¿íî n›µÒnó±Öyí•
~A F' e\f¶Ê²Ê]...-"$;"zM§þðM ž¯K4(Du(tm)'²"¡HÁpˆA"A \e $ Ï'@ÉÁÊ
rP, [(tm) 0D E¬ƒ·$Míë×"¿
ý¿1ÝÔ&ü{LøD

v˜"       D- û¤Õ  Þ1/2ïá  ƒé"Wm*  "ÕÿZ]  woÝjƒM8´
c"1/4*  7Ô/ý  ŸIVèþíá"?Þú×¯áb  jƒÂÛn3/4Ÿ}Ô7ûÓOwP˜îê÷]ƒý["o,ø...J¯Nï†h˜i_Oéý5êÓ'G8ï¥¹  W
(r)"%  _Ký  "í3/4  §"G'2  r  X  DLü‹ÍÑ  ï~ïR  ×"Ã¡
Ù˜^
÷z÷¿"GZ×ï÷÷"b'ã@ƒh‹ú  "ôÐþƒü  ÕÈÑKæff<  z
¦ê±IB#¦"[íþ ìÚ  ¿öÿ-... á"¨ïè:¯    ýÝÑ  I¿ã¥Ò°  1
ú"GOM÷ÄU  ßÔ†\ÕcÐ(r)"  ×ô:¿
    ×ü  tðx/þ(r)ûo"×  ï÷}a8M=<-wß"F  Û¸ïáÜ‡n·  À"ï*÷Õì;¯ý¿(c)    \
-'
  ^Ó-ëÃ¦†=zëä-Du²  nKö×ÿVú¥
ÿ3/4    t  âÊ  z]]Ñ    WÕ  †uøDu  èDr  Û(c)ÉcD.  ö-1/2,á}ÿÃXOá8-þÝþ¿V>¨{öûw
8,\VƒöÝ  äU  ¸.1/2°û  X=~µ...ü":M  −ð°_ðÝ[à÷¦·ck"ü  N1/2<úûD-éÿNžöøn,þûûðo°Ó,#¯"×1/2ÓV
  u1/2÷ô°³ÚþÂ‡Þ1/2p1/2áR_òB^ß
ïï;Â#¥V  W
ýêú'  -ß}
ð-1/4Ž‰  ÂÔú¯ÕÈ°-"ý  xtÜ  ¡ý=,%ê·(%õ¤-
*àÓý¸í  xAû¢>×ú§(r),´  ¸ù  \?oï}:vÝÓ3/4  w[ý¯Ù@Î
êÜÕïk˜Òf¥a*¶1/2;i    "4áWmSûUV-Tö°"i¿
  î  Ö(r)ÚNÕ"-  J  ^ðÂÚRÚØXtï
*øa[
  ¶  "0
Á¤š°Òa¯uï~=á'Ã  ã¦?v*¸":ƒI
Ã  ^)°Øãk  â¢Ù
˜¨(r)ÝC(r)•",m  b"°k¦    ûI'1/2?íU^Ó_*1/2éØu]    ¶×
ÚÚðÓuÈaÝÂÙ
  ¤˜È:¿i...ÛJÿ¶  ¶ÂÚjéÃ
"°ƒ!áÒ§JþÔ2    ÂÚí¨L/á?µ3/4ü0·¬0š"Ú¹  +†
ƒ
Ä0µ•X]a,Ã%Zä    °M
  Ä  ×L  \  A...3-,
‡R0'A    p  X†  DDN  ˆÔ"ØÑFÁ  DDDDd‹
,
"DÂ#¡  ˆŠu-°†@ÙvD'ÄJ
3/4R   $  ;  ¤Ø""È(r)
'dGD_&2à¹/>eÆ@Â  ¨ò.
$àÐj  ¢ì¸5
2¦Ž  ...ÀðÁ  2Ah°"'Âœ
3  ª}  Œ  QpÒ8‹ƒQ|Ð
\  K  °5KäpÉ
¬DDDDDD  àî@ñ    e
P¢¡
7)ÈfŒ ^¢    ^  Ê  G  "!‡(  !È  JÈB²
  'ÁdÊ  ˜-M"  (ÍA°3/4u
²\  Â!  9-5  ƒùÐ  *    X9- c
Š6FÉˆDDF"""""""""
    ùk  ³#U,ŽÉa
Ò;  Ge  D
èF¦" S    "¢#êz9  ÈíXÑ  (c)&D(tm)Ð.ƒƒä9

4úàð"H@¢...˜JuàfüïÖ  Õd£ÿ†  µ~fü.Ë  3/4  ÿü/Tÿ]  ð¿¥
/˜¨uát¨.ú_î  ÿ"ÿUïA-_ü"{ã_D$ÝÐÐ¥ë  ýIhú±ð  ºÜÿë  Wú-w¥ßä  î  œy(c)  ¯|êy¨[LÂÒ
ó‡gâ
%"ça‹éölRFG‰ÁÁ  Æ  u-    Cœ´  Ð  8‡\øÕ  à¨z  ÄÁç†H
  ³¨1/4C
C#ÅÕ1/4 Þ
†3" 0D    :(tm)ò    <Œ}h40ž¨í  è4 Ñ  êÕ7OÐ5Œ ðA÷â
pfÂ~
!,    5ë]]>  8´ÓuH Ýv^éÓÐ~  ôí>-{§ß§    ÿ¨w{iÝ  öûŠXjŸî  éÅ×þÐÓ1/2
k¶"  KÒÝÛøOý5WúÓô·zýZò?u¿ÈQü"Ü  iÈLn^3/4íy  ëVN  GöBL  ß¢/LË'1ÈW}.E  õD    "È-ä  w
...êÔŽ~(tm)    ÈûAú~Ò Û"‡Š¨  §^Ÿ´    á  öýÕÑ  ôœgH  7"OŠÝ_¶ž4(c);
Ò
º¢=p'o  ö¨ðõÒ(r)  þãÞ"×Óï^Ô=¢1/2ê"¿¨ëéxCKUm?W}øM~×Ú  ×ëá3/4·V"_[    øZa"ë¨ÛUô*5...õ°i
  Jÿk×!  -ÚÁ.žà-ÕSZI  ...æ°Å(c)´<    GWý}÷¬†  Ûßä    ~ŷî -  á1/2É;äù  }B
ä€^
íßï×§Ø_ÿaÓÓ¥ü;ø  "¿O]+f  ðž>z×éÿð°ÖÖÚéû[w¿×ézÚ"
ôC°ð3/4ž÷¨]ÿè...  _á‡Çk§'  zÿ3/4¿ÿö  #QD_  !mu0ëúÁ¨úz    ZàÿGô
Ú¢  E.øØÙ%  ¶  õú"ûî
Rûÿ´×  ]ÃVóXzßz!  "²jßÿI
"ÿá    úzÿi^(c)ÚÞïõB
_ê  {á  "Æ^íÿúKÝíô-uw¿úN"  (r)ó;kf("]¿{'  ôù9zû  Vµö  V-¶1/2¶"fÉvŸî  [ì m¥Ã
U7¯vÃ[¿Õ-î¿ÚÃ_µ"ûIê]5÷ÞÝC  Ø§v  K¨n+†  í8eõ  ¿LT
Ž  Bæ>á,KWk±R-ñQ]_  ÷µ!à~Ç-Å  i/x¿
tÅp¨û"íjõ"P  ²é§öéßÿ°Âúµ^íô×µ°ë]...1/2I
  §÷ê•6×  ŽÿÛI¤¯°(tm)8
Ù
y
Ò"i~Þ*V  °÷0^Âûl0V  ý  îëvë´¬-]CÓÓ¨1/40_è$Ê  ¦}BhÏPefA,
  ˜¹
4  <Å¦f'8d]wPd"  B  T  !a  a,Ã¨YÛ‹  ó(r)  Q¹^  ^^^^Œ²•ídYú-éÈ"dp"S"höG  1'òæ@Â   €Á  <f•
¹0    ÀØK£ÄäÝ1    åÃ4þpÈîŽ  ^28h:¢>\3"àÙèŒ  Ys#†i´f  fòì¸    (DDDDDDDDDDH-†n  h„fK
Ÿ  6ù  ¿TC<  B  "  Ìr ä  õ  sèC8ç,´ÓY
  V¤3Žtä3    ‰    ˜å  "ŽLLðP(tm)  'C>  ²
'A
nX""  È0×  aK(YGÿÿÿÿÿÿÿÿÿ-r-d  É¶"°Õ;S  äÃ#ŠkdPÈY"ŠpRß  Ÿnv    ;2  s³  `"†  È²
ªe(r)ï(tm)v"^É
1/4ì-Â  ÝÿPî  ºª
u1/2>ÕBÚ̸°U¥÷ù+
-õäë\†?¯Þ³3/4,
UÒz1/4j'ûÿÆô¨êîµî÷ÿõßt¶ÿþÝÿ÷Õ(r)ï×ö¨ }ÙÞ2-  øUå¨¯ó²ú  X¨∵²  *¤Uè‰"bš"#b,
‡"P‡A$...  LAu  d$Ê  -F  Jf<Á  *  "  ¢  3ág!  -åP¸$f9Z  dR  ±  Ô‹££¯éÖ¤1  Yö  3áÍš  -eÙ9'
?  NC§!&CÐŠ4D
ÖD¨Žä&lÁ  •  èà¨Z¨H,2%@ãÂi,
A  l  2A¯    0@ðœE"ß"L  vf  0@ÓÓ<    ô
†  "fÂAç(tm)±    lôI£S0DX3/4•^á  Dt÷0  ˜L i"  ,
Õ    z¦  a:Ðiá  Añ
Ó°šÁ°v  q  µ<b  ê  Bâ  qzh-Ÿá

A • ÔÌ OÞ•øA¬_Ôw"

Ú
44ÖÓðš ßvœŠ,(ù
,*
ôK Ü‹Œ">qØ]9 ZÚkÅ...‹@ãL ý
- ÈƒÞDº\,,ôâÑ.xdÎIÊ-›"CV4OÜŽþˆùÈ£ÓEÎBR/Ñ:6]&' ffm ž%ã"ç#œ t ?#£ ì ò
é >K Žè"Û 7"ûD¹Å¿ j¡ ‡
"š¿Dèø sJƒ)Ë:¤N(tm) šAÑ9Ãp" D§"
¢sÈ±I´ Ö p‰N‰ÑïÂÒm+X^ nJa6 6"3/4Þ× ´¹4+" ¡A>ðž y ÿ"ñöGí ðÙ èŽÜ-qA'
tÿ~ Èè pƒpMÐzJá=tð... Ývè&á:N"}:_é5Â1/2Ý'a]×Óï3/4(r)"Öð·t›§øA"é6 n a ÐAá§L.¶íWû
-¦Õ´3/4µn ¤õ
K¥¦Òt o_Óí}ûÔ.1/2¥Çúzë÷ë¦ÐVý7ïð 'j 7OA¥ ¤ÒÓ ú*ôÿv5ÿÕ;O1/2oÓj=7WBãõÖôßÓ~ý Ž"N
?ú M[·O¥¯ :¬W_ÿ¯ ñ-÷ÓÇµMÕý¿]í o~3/4î_{ý×Ûí1/2 1/2p-Vée"Úu"¿ßöõk¯wZ_ZÓÒ×ð I.
..ƒu×ôÓéÞýšÄH" xK÷‡MýuÚï¿é´¡) 5ÿúLÁ-°Èà¹N/" ÝkàÈá,œ]a- ý3éd( (r)6BèÍaøý¨ô¹ 'úr@>F
u a}VB úï3/4¯ª÷ -ä <Ô ÿëâ/¤3 z`È *âÈa÷‹(r)#`û}ƒ£ /ú_ô ?ÝApOµ5,ïôÈ!?}WÜ}œ ZûòÀ¥
ºû÷ÿvh
ìƒ""×æ€1/2¯1/27ë°Ý uOöþˆwá G^áWiÃ ë"éïˆÿZ^ Õ×ÿÞC<$BÇ
(r)·ò Ô‡‡O Ã"ì0úy Pðˆ[\·8æ -{²
^ ÿ\",÷"sü" ;Þ ?3/43/4ÒûþÿÇ é7ÿ-BæH
Á†ˆŸWþbdO¿2ºË ~²ÔšÉQé è´›²__,} Fý iÖ° ýä1(r)--"Ú$ ÚOýi:#? Â#?WþY
;þ‰Avð Ý ÷õuò-ûÞ,]."-ï# 1/2 þdŽe ïô3/4î¿o{Áv
Á{ëÕ[×ø?¥
N¿Õ1/2ý÷ßÿïþér ×÷úÿ¿Ò3/4 þŸÝ^ÚšêÌ\õú³T-1/2 _]êÛg[t1/2³¡íÓgW~hý}(^•~-ý1/2úÿ÷Ö3/4¿[õþ1
/4èzZiy¤õ"ßm§"[ÛvÙÔ 3/4Þ HÇþÿ-ª×wý§Úî›¯(r)"ç ÿëö Ol×_uUÝ'÷ûï3/4~ õ]{þûJÖëþí[ÿO-é3/4
úuî›
k_ þõZZÛ^ûX a7ðÕÚ(r)××ëm+ÛI×uÖÝ"í-Wmm[Û¯í+û
ð×ûZîÿÓ-nÕºµ§
%"}ö¿õûÕ-´"ˆ4ýußï¿ Z¦ ÛJÂ¿il0•¥Ý¤Ø[JÂßÃ 0ÂR%°œ‹Œ-ûi /â›
ðÎ †¶ØXa/µ(r) /ö mt ß°-1/2¦ }?Ûa"-X0Iµd[ °Â(r)Ø]Ž °¯±QÁ"˜¨?
q\VÅWl /È˜?N¢[ø"{ ~È¶¯ ô
a"¶Òa...†?] ø?¥Ž!ED±û Çì[´Ä"ü4áŽ›ö MÈaÞÂúb }5ï
1/45l‡}2 ZÄ/d-?±LˆýŠbð_ìƒÆ×o"¦ Mì)
;öC1/2XUkÂ
"1/4
×tÐjš*...ª´êØa_Rá0¯¬0""--Ã(r) _Zb¶ž ...Zµ 1/2ÿ°Â¦˜[´Â¿a. @¶°Ða`Â`œD2B`ˆÄ ! an!'APˆŽ
%: !
,C#BÄE' ðÉ§ï-Âk(c) ˆÂ Á ˆ°..., ^¥ÀD"a °A'T a
ˆˆŠ† DDDDDq ÄDDF(tm)‡ ( Á ÄDDF"DDDZ èDDJ"#É²Džv
øøzÃ_ÚO×í%`Áolˆ=¸§ñIRö
¸26‰"1 ÿÿÿÿÿÿ23äü¦ ¸ÿòÖ
Êâ"Ì PA"·2 ÎdhÔ(r) ¶C3
¯S"Æv6Õ"§õS"w! (tm) -²/&P0@ú;VŒÞúœÎÒÒaz×é3/4ª a
Zÿ¨PY §ÂÕT$ýR
û
ú\ 4 /T-}z¥D³uû I×ÿ
}ÿD¹ƒm Ý_ Ú ·a V-:
Õ1/2.¿ûôíR-îî´"÷ÿÿøU

ªý7°Õ_ë¿ÿ...]Þ·^"U\ó³"J³†FÙ¬È›!†Q@Éx"
F K, Ñ52áŸ6?r8Õ àŠxÈlÁ #S$2 ž¯_Ä$' 3XR\ Ï20C¦GD†tgž ...Q 3P ÐfbgŒ `ˆ'Â PàÐ`ˆ
$È&¬ø Ð;Â"¢> =3á7
sbÿÐhJ°DÞÂ h< ?1/2 é ¤ AØMÓM
è8¸â5øN0 ºhxAˆ·J!4Ö"Môø¸¸q¦ìk Þ ÅIcO¤ä-
£Âö/OibõÎ
wÄ0ˆŽ a °ˆï¢;¬‡ ¢S"ÄìQ9µ,
‰~EVc'ó' Hœã'Ö²#(c) Þ²}¶ÐI"Ñ ´Yä à ï'ÞG7#¦ nI ‡Èç Ún"r0›" 3¸MÕÁ5ù ¢tí¤-GK
Ü Cíä~á]h ôð ÝVôõÒÓp(c)´ ö n(c)Ø ié&ú¦ªÃ ˜-
.3/4 ¨ ¦*Ö I:î¿Ó1/2ŽÝÕui/êúwÒëÐ
ÚøôõwÂz÷Ûé3/4(r)*×ÿ(r)ŸÝõ×ö1/26Öƒ§-×÷-nºµ¯úÇ^3/4-ýýê¶Ý]Ò ýÂ
...ooÝ µoÕ_ÿ[ÿPtŸ¥uÓÕ}~ÿôNm]dA-Wý^žÞºf ²$*ñ| ïÿ÷iZú×úwr
ƒ[×ÿi¯CãZÊ@w×
ƒÓêÿ÷TÝjî÷ð oÉX<ß Uúõþ
¿° UOÛÕÿÚúý(r)°PÃzÿÓµ]î÷1/2 AÛ1/2`éwv"¯Ý_ë¿ëôBÜ ]ª¯}ÝÕ(tm)^Z1/2a žµf"¡ '{ý{ûúû¯§
Þ sX §wÿë¥Óú$G %#ý÷Úëÿ~"ÿü°Ð:"1/2vº"í÷ï U|=>ª1/2þþßý õÓ
×þ›÷_þÖ*|Õd ¶kk3/4õ××_*ÿ}ôœý3/4¿þÿçW¹ÔÖµ¿´ÿ†µZ]-ß}"KV×þýSû{]u_"êÒïzÕ´"ú"ÿ ¯ÿ-ÿ"i{ë
íÕï1/2"m¯jßëz¯tØ_†"ÿ í[[_‡PÒ×ïí+Xj /i[t-¦ ›
4¶ÂV¿
"/(tm)žïöÒƒ a...öÕµ°N I¿a"˜a[Wþ \0[ö 'È1/4E llBº
0KßzÁÿ Ž?' &)ƒ#,1ÁüqÆ¿±áŠkv$ÞŸ ¦E Ø"¯ëjþÃ Èw¿lSQ#{_† ƒ1/2ûµ
p"Ö Ü0•...Wµ¿ôûö"d,ov ÛOì&¶C¿þ _l$é¦ ƒ
/ab-z
j¬ Â `"Ã L @É ü ÁB
"DèB
°" ! ˆ4&¸DF#B Â V"D(c)â"""#ˆˆˆˆÄq "dž[¬*
ø>éil-...Å1VšµP`˜( ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÐ£ ÿÿÿòÐe(tm) d! l(r)¦Ží"jƒdì
Å!A°ÉI fB
"ƒ
!& §fŽ ¨0uf
2¸³@ó"fdT ³²b
H˜h; ¤NŽpa 5O ;vÌ {¤ŽÉ2Ou
Óºøz"Ó´ }:IÖ1/4*ïM;_3/4ª-SÓÓÛm}ðº ‡Ñ ‡'7o-ëÖ ¢91/2ôH†" ¯ì¤ µ|#3Jå§÷ËÑÕ
•(tm);"
" 7ßA°á¦ÿ ×O_ß¸6+ºÚMÂmîÒmÿþ"é]>Ýs="vÛ
›I×¤ wÿÞÿß¿k·¯ÕÓÓo~Þ·÷õ^žŸÊ";¢>dºæ‡¯d‡_z¶¿-ÝÖ'NTÙ 2`}
ÀÉ
HgVh † "pæ- hÈÛ ¤B...ý÷µ' žn8)á
¢ Á !‰Û×´ 2†gœ ¨D(r)÷ú`-*I´1/4§d‡(tm)‡ ,
, èw(c)˜| íB ƒ Bu 'ŒÀ€ D

JxÙ'aZ# (r)(c)è -¦ƒ ïÕý 7
a ÂŽººo Þº ¶õ
¦ xNš ;A1/2"'-þša ƒMm b!˜@Ï e8ž-&"'Ô^œCB"ý5 5nÖ"a¯þÚtï§I¨OO^ôý8ÿbÓAª~"¦è0ƒ·M¥z
m¬Z ÷¥êOƒO‹DxúÒÿß"þKœº9 ì§-A)þEA/z%ÛY:lý"Ò"œQ-9trs1/4~š"îÃ ˜¥ IÒõ"A
Í ü èŸ¿_M&äÿÈ-á û"ëÛÿoÐ ûh(tm)âÒ þÂ"ß 0Þ'nEŸ*ÞÈü n 6•Ð~´'9êOšx"Â³0z{Ø Â Aºm
×{é ÛÁ

IÒÂÂuöõÿZ°ð÷ß¤"ª[õµßÕi7ô¢É"Ý6g

›D1/2Ã· "}&-ž (r)ú_Ã~˜ôß'    ö¯út-b'j¯íÓoA"I^  ¿ÓN"î úúuH6 Mð›

'ÒÚt(r)µzoîâ#,WNý×qWÞÛ¯_÷m>Á{êú[¤=uÕ{^#¿ü  Õ¨Ü hŠá

...n  z  ¯×¯ Q]÷ª÷ûþÛ(tm)ð†¬|{Õ  ý÷Õ¯-xm-_Š(r)"Ñ.h   'úw÷ûÿIvžµî ¯‡ÿÕµNB%\  ¶¿ûÂ  ßß·e, ÷Óï"

Ü  á[]W×^Û-...°î-]BÕ¿1/2íÛû5  `Ê¨(tm)    ¡1/2  )úö´  p]  Š‰ú(c)  >úé=p‰È"  ÿÓ×¿ÓÁRý 4-r

Õÿo°]ú!fÃ%¡Œ¤  ë¿ÓÁ:[¿^82X

   ²  Jzm&Ü  )Áw(r)"¶Þ¿O-MÿÞŸ,       õ  ûëx+

}{aÔ"

?ëê1/40këÁú    ¥

kßK¯ "uÕ:ëïõÙ      {}*1/2j^x  B¢        ‡Ç÷ úä@Ž,!?1/2ý°ú

0^{ûØ`ùþ›)     k"{*(r)ÿÿÛîÕþ(r)M÷1/2"è%o̊0P^"ò4iy‰æ  òHêÿüÂ- Ÿý  ÿí"xtE£  ý$ú-´3/4×ßïïi- ¿°]¤¤Ñ

-¥à•*ý_...î¿Öä¤ "üÕ  f  OŠØÍui8.ú°Ýû°ÿ}Uî°û[õc×t3/4

ßUK_1/2íRÿþß  _§f1/2PëÿëuêõÛµ·[ý³£~þöÕÕ  Û_õNŒ÷]ë  hÕû:Uöÿÿš(tm)ÆßûX7Ûï°Û¯-{ÿÿû1/2 µÿèmµ‚°"'Øé4úýVøk*Çúÿý(r)'§úgýhÕÿZÛzÇ3/4õÿÃ(r)ª-ßÕ3/4Òa¥"°VÇ^Þÿï÷ö,j×i  ÿÿû¥Þ  ÛÕÛV  íûWö°"ì}¶-úðÕöÒl-3/4Ã     Uzê"ØÕöÕwMð1/23/4úáµol/÷uºV¶|Ò°';û

éö¯P×ó4G\0"×í-ì0¬4(c)CP`"1/2"#¹  aPv  _°"

*†

ðÊêÖÝ@Ò†

xì/¶¿pÕü0"·jÕûivØ^´

›       a/v  J(r)!1[á´Tõ"  ŠM°V

?Ø§ŠØ'  ü  ‰›]°J+‰onþÂÃ

°Ò†'›±M{l_û  ñïÕ±±VêÂ7µ

Õ°ëbIÛÕ  ì,îÿk

;

ýÓwV)§køØ..."p|  /i-nC    Ú\2  ÿÞÂî%Ø^  A¯Ã

ö  Ââ1  a_¨a-u~þ3/4  A-"ýªØ(r)ÃdM["

ýi...‹__°fWí^   Áy  ˜K²"AÁ-T  V  L  ø†  A,  ÈÓé§"Qa  G¤˜c

d=Ú°¨"†  F...,  ÄA,  g    F    ËQ  v"hDR    `´

æâ±

`Á

a     ±  ÄDDDlEÁ1Q     ðzZU  ß×"i-%+, }*éÒ  ^Þ5"Hm:Q  ÿÿþYMT  ÿÿÿÿüµE  _G,É†Ã´  Û†s Cµ³<È¡äñNdmšÏ-(tm)·2    e(r)vJ)  gf  ìÈ3^

èÉ›"�’ þëMÎíl    -    (c)  ÑØã_‡'EI"×ÿÝ_¨ÕT¿ûÂéo_÷Þ*OP1/2ÿ  j    ÃVþ¿[(r)^H{,  þA  ¨Ë׳1/4 ãÿÞïÂÉ!ÕVÕ(tm)-¬  tfu¿o¢ß¤4  b¿zÝ*é_}Ò  ÙuÓ¿Ý7TõÕô¿°W××3/4aé[ö"  Ì‰oG  [kïêÊDv6È Æw(c)÷é6CgzÙÞ...š  [?  ÂH1/4h#  By

!

!Ò!(tm)æ  f¡  ¯ù¡3/4ö|lë    ö  ;  ÏÆ  "  teÁ,Ã  ...Ô¡¬°€Á2<  ‡É±"'·~  ,hDNKRà...  d¸R  pa D0â

À-Ü0f  ÓÌ4-  A¯  Â  ï}m{ü

  |}Pa

ªZ`f´

  Ðý    B  þ˜A,

§  Õ  Ð´-"á=        ÞfÞ-5¿ýÝ'zÂ  ýTXAÇZpÕo[L ÷ðšiÇß

SŠþõïD

]d ç  ¢8oUÿ~  ª ×
îÓ  Hú%Í  GlPDW{8äè4ûKD3/4˜í§m"X  \Ÿdýíü³å9g"ÇDº~Ñ)ö¡
Â
þýíôÓî˜ñ¢^  ƒª'}Écí^  h  6°ŒÈÍ‹R/¹.ÿD7    D|ä_v,
È1/2H    -F-zâð‡A
ú
=8N"þ1/2=ªÝ×  :    ð  M  äŽék Û#    øV,aî1/2i6,n  }  Ý7ZVÕßVµÕ ́;ôð˜ï_wVÝt(r)ƒÙ
ˉ°  +ˉÕéá Mý    OÝkÕ
ž3/4ž  ¥áéú  ô1/2WWˉ  þö›}v1/2i\ðíÛ§§KhRû  ï  *ôö;tþÝ{¥ýpÿÇz1/2}G°Ö³ýÞºk,`ë-'ÿMˉ_ë"õQî¿×
ÿjþø}uôûÿ×o{zVµâ1/4  {(r)ôíû#(c)Û&¿ëþš
ußþõ§ÿ°  þ"íuÿ'Nÿ¶°æšÁ¿}.  ¥²  "íÿÕˉßf
Œ  ·ý-  )WŽ´(r)A  ×öúé÷íí}ª  ü(Žd|_1/4h4þ  õoï  ã÷ò@<ƒÍ/èv  ß÷
Á¿ý/û×  z¶ûußoÿwK`ý-/ø¿ðVíëw×ûÕÕÂ  3/4íÊ‡ïÿÒ]nëzúÂÿëûÿš  ö-
- :ß_û  Ï  -C}iU"ÿˉÿmöëþÈ;q  úû~C
"  ïÖë¢$á"ÿDÕúæ&íÊq{ß¿ÿþ÷ÒÛâÕ̂n3/4vãfCUéï1?M  3/41/2^1/4²Ý\  š,5ª*ïëIÁ¿ûêÿüê°ÿßîþÿuþú'çï
õ_]ú  ªAk¿wÚ¿Õ-ý³£§Z×~Ð>õ  c§´˜:  ÿVûJÝé_ÿo  ðÝµˉoúgWzçÝ^1/2ß{j"  Wê°¶ßnƒ³"ßÿF§þzÓ^
þþ1/2m%?¿ßçB]ÿõ_¿mvÒ´¿ê3/4  ¿ª˜û^-V-1þû·õé    ºBÕÕ§Ûˉ Um}+µÿûIµ×"^ý3/4µ¶×þ¬>ÓÕõêµ ́-
wí×ý...Òm%÷ßa¥íy Gzöá¥l0¶"5Úaˉž;;]...Þž
Ž(r) L0¶  VÒ†"i  ö1/2ÿî˜  Zmí÷è0'í öµ  Ã_§]Šn¬+î,÷¶
ŽŒ        ¿pé´K!!!ï¥
wØ0"jì0-"÷†÷÷
    JÂZì  Kãb(r)  LT‹  ˆLŠ  &65äÿ|"1/2-(r)  V;  (tm)
    c`Èâmq  ŠV*õØ0¿±Š>80Z|1ûmul+ÿ¤-6›
õÕ...*ÛîT+Mu  ûL--¿b¶¸Xa1V  ÂöC1/2-  !=§ö  †    "ëÓ]ûuzµì
Õ"Åâ¸A"µ†  VÁuì/PÁ;A...µ†  †    Ì9@h  ˆÔ0A"
    a0ƒB,!§  ðq0J  `†    2MÄ    #°A"ââ  T

    ´"A(tm)X&  !  ÉÕ,    B"""""""  DDDD×ŒhC  """"'FÂ        Çb#ð--mqÿê?ÿÿÿÿÿÿ"Òz?ÿ-
ÑU)n6f@lŠ  2
ý d,Öd6
ÓÞA  ƒ#^Úü5É§(c)3Pôÿo(r)áoþßKë  kˉ6›  '1/2T  x_ðqþ·
/-&úý&êâ3/4ÛÕoÿrßþò
'ßìì/öë:(tm)W'â  ã9  hÛùæ\Š  §  R  53"0    dtR  Ö6!˙•H²%ÅÍC%  ¬èD  ž  (tm)Ðˆ"&¤  ï×(  (
  5  y
""  ý"
  NÐ<
Šh  "  vƒ  7ÈØp  ž    C02ì Û D  Pü  =  ƒÿPƒT  M< â·Æ  O  Z
-Âz¡¸M=8Ý4Õ0šá<&  ~öÓbÓC‡ëï  wÒv(c)±
U  Ÿ
Ð¶  8ô  r#ÖÝ.OéÉÒ‰u  Çõ#´D1/44  œôKÚ'7"üÏö^  D"È±"üŠ,æÖDê˜"œÚ%žKœ‹Ýí  ¤-Dí=
@  ¹  9ŸÂ  ~ô  ®ôúØA´ƒEqÈY">›'$ò3"ÞP  Ü ú  ºumjé*v  "i:
¶,]  ÞûOM´Ýì\Ž>I"§j›ŠAjý<.¶í÷["éU=6-É  -ø-zëTŸ  ×a
-õMmÓé>êõVªÕøõ"3/4+§Ç(r)>ü5j(c)tÕ ƒéëÐÚ¤íWX÷}8ˉ§Ûõ...-*î1/2m
4ûãºúý¸-ë]÷_  __[õú"WõuT×þL(r)ƒí?¦N
¶¤  Ó¿Ò',WkšÂnu
-fy  /,äd  Š\nôDÂ}]
(r)?´"  ¿¸ÈaˊúR@b°N¸"ü*)_aÿ(r)Ù0  þ›"@ìƒÝµîßúï...öôÁ=B3/41/2F°Áïá  Ò  aº§ÖÚ×úØD  ÿé"-ö
á  ¹[ûÜƒ  ,

ë×á ÷ûðˆ$A3/4B ÷¶É"~ûá ŸÝÕ´
îHþ(tm)'=s
vù‰oðDIß÷D'£XNbk÷ªÿù$j(r)´L=R Ú} % ¥é+H'+ÿ&C
Þëî ýx]§¯KÝnÔûðû{m1/2Âúý ß ÷
%÷ô°Û(r)"ðÓ Óš(tm)Ç æ- îßëõ3O¹Õ1/2ÖÛgCoð(r)ívûÿëõgC¿v ?ka7×ë¿\'é¯Þÿv-×!°Qÿú¶ž-é:ÒþõW
I _[I]%ënÕ´žû]vß×ÛXkkûm(k°ÕÒwWþ×u¿1/2Þûm ¯-x]ia...û

$Ã\èþÚ°×°°×Ý             û
Q
"jêì K_xaa...V WÃ]÷ƒ þ66 A â¯- Š^E¬~Çn !AÅ/öÅ11/4W±&;Õ-‰!þÈ<Y {ü4ÂÙ -Óü,ïéé
‰oÚ†×ûa(c)
~×°1/2ý"þÂ¶(r) ý"ÅÚpÂ]ÃWÛ!]í6ÖÂþö a{        i...é °C¨a ¨` ]ÔC ,0B M
P¶..."Â,a8`ƒ' ØX²0g¤CB!"Ú¯B#†v`A           gR*@± Æ#Et¦²Î¯ÛVÒé ÁpÔ1
ÅVš† `
Â  ÿÿÿÿÿÿÿÿùf)öäÿÿÿÿÿÿÿÿÿÿÿÿÿþYŠÇ²‹³³@...C#£ÂÎÉ¥YKge(tm) ÈxÊ¨ï¯Ñ ' h; "6d>A(tm)'
ÁÙ 0ˆœ5 "ˆA"ÕÓU²¦¯M(~ƒ¨Ýê,"Ô¹Â  ßS²Dÿëoëû
ëxNò[Xÿ°# Zø_í }Éî-ö‰oc_""^°†OÝÿNé  nšá 6H;õïþôj)[ˆa8(r)0ƒj"V>A7ãN7ã[C z 7N4 ÿ_1/
2{ (r)Ûý¸M÷ô"kéo¥ÿÿõí ;*Jt",Š (c)š3"53b 1
q'±÷ì"|"´ý¿ŸfÆD ' &j3AHì¢53 $d3"
   #Ç#Vv
-"2óÈ" ? YÐ->4 ˆ œÍd    B
"f #
ÐÌ ` ¨L" A
&
³ælRC$ ƒ >Ì a¸è!O ùÇt¿1/4` ' " Dó   Q¯]LA 8
   < )!>         0@û EN PD)úH4-|Â
   b>pÂ
{á Åª..."Ðx@ôÕôÂd0é"ÿ¨Ðzí§h8ðš"ûAé"C ¦ w Â~ƒîÂ
&ô § ƒO1/2 šißZxN!ïá
   ¿¿d[
m>.EtŸ    ôžšÄ8¦!§°r à (c) !ÚLXD\¢\Ñ    " Dçå9:Q-Y è(tm)òs¢?{±|-9 5²%"D\iÅm ¯pƒ¢^âû
   8Q.r<Q/ %ÓJÑ.l\‹
'q¢XÑ    œß"KÙD0Ö 6‰oûm ˜àƒpƒÐm ›"Û‹\ Ý=]0àƒü‹>,
Â
îg 7,´ÓÝÃ ¿Óp·'ÑðA1/2 ô2SÐA3/4 AÑ è°4 Â
Ãt    AÖÒA6,}"é7Ü' ß÷¥tÞékýzOÒÿ¤é7$¹"P×ªn› ...ô ª...Óý6Âµ
ÓÓTÚO°[ák§á7M¤ÕV-"õ¤ð´1/2,ínÝ¦Ýjíz°
ÿûÝ^ ûÝ~ý}ÕÂzÔÒz}¿¦°ª m~"¦ÇxNãÞÓøí,*tªúz{÷Uj°
zõ] ×"õN×é:û¸~ûk~Ý_ÇÛ"OþÿJßì}¿þÝëv...&ú%Ö×î×ÿÞ¨ü_ïñéRé×õ"a$õù"
µáÿ~ádP(r)¿ÿÒß¯1/2 a°Á~ ÛßÝ}éð¿î¯ ÿªþõ
ÿ¨ä)‹{r _{(r)L A¨Ý^"zÛ_Öÿ]‰o7÷õÿÿÕÏ'/×NFÄÿû {0ªàœ›š ªÿ¤Ø ìƒ£1/2o,² 1_wë} ´A‡u(r)
þ3/4¿¿öôP ý¿& ïõV1/4Gt#ë÷{
ý0~'ê¡ ãÛ ÷u^ýý} tØizÿßõß  ë¯* w_"¦×_ÿë
?...†þßw@ƒƒh‡´ÿÿwîÿ+ 5*{ûÿÞßõôCÆï¿
-ÿÈ&ž ° þûÊ°µÚ CÿZèš&
^´Gj´ý%j¿¿W§ÿõ¥ÿðÐž3/43/4E÷×׸_0 ÿúÈ î-ÈÁ~¨},^$L=S¯z¿_ó ëÿzÕWWµßå'ÿð‰'ÓúÙ{þöúÛÈ
"÷ÈG÷ëÕ ]ÿû-¯÷ÖÐ°Míö¿ê¡
öÿ¯ ë°ëuÈgßJÕ-¨õ Âí%} -ßþŽ§(r)õ[ÿJõõ÷×ßÕo¯W_² væ§÷ÿ÷šŽÿÏ6þô¿Ï?ý÷m~Òþê j3/4ôÿÿ÷(r)

é/ê·¿Z"÷þ×ß  Z_Ý?[î-ñÃW-m%uÿm/ÛV    ÷[["Jëv  ÐöÚ̂ÿ÷ýôßí&Âý¯¶-ÿ¶¶'V'a+þµ×Tþ-[__a""ÛJÒð
êÒ:+JÕ÷¿~-(r)~¿a+ÕZØka(  Mù¡ðÒn¿†"
`Õô×"†'1/2,m...a"Øa$Ÿa¥Ú0•¯}ª{

    ÂØIÂê¿ÚKûa;á×êŸk{`,îÂ][
%
/í...†    I†
    y  áƒ  |lŠêÂÆû¶  éŠßa,M¤ö

W      ¶Ö(r)È£¯(r)Fù  ðeÅ(r)  V-  XaXý']vÓ  WìTTS    3/4Å{!‡±Q.
×Š'Ø_Ä(0ªuPÅ0°Â"Ö"3/4Å?ñ$÷Ø...{  žÇ  šö?M"  _°ƒ
ša~Õ"
Ú
+IZmxk÷bŸ°¡+
["ÂûTÕ¯Okð×²  d;åŽ¯^Âý"×á"ÁKpP¯[Ó
"0B  ('
...-Õ    P`1/2C      "£a  ëab  %¡èXP1/2"ÂmÄ0]µÂ  Âö  2u`˘Xv  A";  G
ÄDA(tm)z      DDZ
¡Î\*^â"""" Ï¹,  ÉH´â'      Ì,<DF¬oõ  wþ×Çýx  -E•ÿÿÿÿÿÿÿòl'  Ö  e$3!ÑÚR#¢(c)  )'ÛA'ïÍ£
![ŒFŒ...0N
Š  Rf,    Ô  I"*  öùPÅ=}v^¿ë"þŽßüšGk2çjà¿Ok-  ü/áNÀ´ŸUùrí  é    ÿÿí  _ßëN´Lá2  #¯ÿÖéýK
Ç"1kãøÖ¿3/4"Ò×ú-ÿß1/2ÿ¯"÷¯ú×çzýWüÈZï%oÿüî  ³µ  IçFE,'Ó•lŒÏã,)ÐR  ?    ñ
†l²@R6;(-ÿ,!5>-K̂n:
    ...Ab  ób  ¨"  3/4PD,[#  ,ó)Â    te  ã(tm)`ò@CXp  œ  #LØ"†`    !À^œ  <lHi>=  (c)ž
    !"Ez
x@Ò  ÉÙæ  3áÓ0  oä1H(c)',  !Â
4-y  ð@Ó
'éš  œlPAÆ  a  ~!õà  õ@Ê


¬ Ðiöƒ TÂzv(c)ûuNƒ¤-¶¡
    éíŸŸyá    A


•  ^}! ðƒŽ.•4
Â
/é¦øA°ü0"±qPâÂlCWÖã´Ew  _!]èŠï<¯ü
Âh0žOÜ‰-Õ9  í  Æü&²,$Ôô-  ãzDQ̀èH(r)ÒÑ,ÈAÃDæäQb&7D1/2Ä  Ü‰lÑï\<íœrè  ÑÔ<É)  ß-  '
~Ê  ³(c)
,'Ñ  z}Òn  7è      &    ÀÐ
ò,üFAÂ‰{"žEPj  áá  ÛTN  ßÐA¹gÓŸpƒÈî,ä|Dž  }uªqz¹#"  °}k"Ø>féý  44K²æÑ:i7Oé4"º
ì/'p‰?V,sO'£A61/27#>ô  jé?W  iº
'¦÷ªá=Ân°é"|úÿm3€ÿ
‚@ÚOO§}ÿ¦ëXM¤é7Âjôƒíý?·H"'é{×ÁpƒôôôþêŷJû_õü  ¿±  3/4é6-é·ý*Wýwûkºuí}'õ¿úÒÛ1/2[ßßíÒ¦ïz
ŸèÇá3/4¿úOíÂ¯-?î>(r)×[í?Ø¿u}º[Óu"    ú(r)3/4¯]kK¯õwýû  û¬|GïßþÕ¯ê×õ¯_]ô1/2×[Á̂ÿûÚ×"u¯õÛþ
3/4
¯÷¥×}Õ  Ý\-  ÝíÓ́ý~ámé¤Í²?ÿtéöm
F


×öŸßú¶"(r)µ[Þt

Úý--cÓ¬ '¯íu5
ãû]në²V ¯¸ˆÞ þ(r)"È` sÿßúýº"íÿÞ" Óëÿtò âŸïO É "ý~ýZä\1×]ûwø+ ÿWß¿ûý/í{Â
ãÿ1/2zµ|"
0dÀc~¯ÃÑ
?ûÝÿß ...}/pDtêë¯"C1/47ïî¶1/2{ª_·ýiöˆNõÕßtß,† OûÚö
Ï"r0ÿÿéPA<73/4Y[I UW(r)Z°Nk ××ïþé1/2ÿÖÝý G3/4é¯n1/2 öƒ"A#ýiô' × _ï{Dg}Öÿ,ž×(c)
$Irÿëªÿ}'ÿÛ¥ë...ÿÿÒ~ˆÎÁ‡#¦ÿêÝÁ]ö1/2ÿUt US{1/25õè ÿÿ[ÿû¥úýºÿ¿×|$ëáQ H ëíëª-¯¥þû"ÿNûÛÞÎ
µ+ ÿzÿ¶'v"u"î1/2}wuÃi1/2a(z--ô*¥{gG *ÿu¥i(r)Â57ìè{Ò1/4?<þÒî"o_úÝßÝjýu1/2ÿÕ.-ÏÏßô¯uû3/4ÿ
þýj÷ô
b›ûOÒû¯÷^""â¯^×ûëuý{ý¶Ö"ë¶-UÚëZºÛ¯×ki>û×¥±]ê-(r)P¡¯
.×ª§iú´¿á...-_ÿ÷[õÕVØ[
oj˜[´-i7ûÛ£3ÓõÛV¡"ïi6°ÖÐ;Kµê¡-Þš÷i}-¥v ß¿ò]{kk}...ÁÔ ^Å6²-´˜0[kï¶×†·"ß'aaºë
‹
&Ä) 6 Ã
Ûp`""1/2 Aƒ#‹íñ\j1/2'ú(r)=¨0JÕ°•-ŠŠöAÇlL?c _öEà`- ²:ýŠãWX¦6ž¢¸...ÒÇïý±úþÈ<_âîý=Š'
qLv ±Ò[
šwa2 ë × †ž
ýÜ0Ÿv -a]ÖÓß ÷~øZüÐ µkÛõúm1% (tm)
>ÂV ¨ïé
´ _J [ºª"ïÃ L-¥ $Á"ü¸

%ê\ ú`¨ *1/4!Ã ì ø¿wÓL&-¨W ƒ ˆ" " e--:
Â
`...Ã[F´, Ø‰NÄD ÄF"DDDlDDDZ 9C"+ ÂH200C DE, ± ŸZ ,"GŽºï
Œ(r)Vô"ô"¤´ ÖðÂ¤ 1/4(c) " Er
û¤;ípÕ-ÕY °/"1 ÿÿÉ±5ÿÿÿÿÿùj)Œ¤D|ì#+ŒæDŒ(r)6ÎÖ£µ˜ì
Ï3²¦(tm). gk-2MÌ€ÞE^šÖv á$ Ñµ¿ÿhî1/4"[zú \(tm) úð¡uuå" "-ý÷Kê3/4ˆè×÷ÿÕ_ýA$,
w Qøß^ï‹L' Ý Ò1/2¤Ûïzÿ"GIº÷¯×";¿†ùÝ‰'b•lˆE`J¢ 2 æÄ b "{53TJ
Sƒ"Dh^Ï³ † èŒÈ¤GÌÌf²%
› N)
æÈŒ"7 !Fsƒ)ÆE Ô !N3 `ˆ|- Ê
2 R AÓÄÑŸh0ˆW/Ú
a ˜" ‰ö`@D Èq "(tm)æ AókÓA Ð`ƒA"
e \@@ðƒ 2† 2& d‡i,!í" @Â èè0 ¶ƒð &ƒ
ÿ"× 0ƒÁ žš}§^ƒ´<^ zzi§Pî-7Pƒ‹Oõ‹A" ºhjº#°âÂa
Ãâ ¢#´4 ðï‹â: 3/4K \Zh6-9 2P iÈŽÓÖE ¹ ï} ²sµ¤-B['üŽ,§
È D²ÈçDÏ'üŽõ '7# EŸ'p...ÎžGý 'mÈ &ê%í q Ú :¢Xá ¹?{Ÿ -B/° š'Gª%îOé
4¸MÂ ´ 0ÅØ="ô +¦Ð\ CNEæ-gB~ a?è z
Ð< ÂxO"ðAáZ 7# Dî- ßï á=
Þ m'§ôž ×
öCŒ¤ð §^ƒI7Âv1/2ïé3/4-j-,xTÚ[A" Ã¤ÛIp _õ§I´1/2Rz _Ó~ºA1/2 Æ¶-^ºÒ×jŸ-Ÿ¦3/4é~Ûûð›¯¤
úéöé¿÷÷ýºÒh (r)* -ƒ1/2é÷Çé×_ÿÿ×NÕ*}W1/27CéVÿ¯M‹ëßÝÿ÷MäH1U¯þÿ÷oÿßÝÕÞûzoúÿÚm_ý-
-}^°J¿§´1/4‹
í~²6%k~È•"3/4××uýu(r)ú÷µ¿_ú1/2{P¿š%ìÔé3/4äC ÉX1/2>þR îS...ÞáÛ_ý¿ÿjžøÿê<..." º¿~2 x r
@/wýAíà÷}w...¥!,étÈ:ë^1/2úÓú×}[òZ O-Õ •`¿ý Õ'O†AË¯nµúÁ G§a[\0ÿûÿÿµk k*øTÕ§ï Â!ß
Õöˆ{]1/2û
ýýõù Õh...1/2> ÿ þ¿§NüŠ€]}I¨"CÅÝzí~IÈÀ ?r1 húZó
_ÈG¿ÿ¢hw"E§óX•ÿ^×}¿µKg'úXTˆ³ªß}kÁ

#?(c)"VXjö¿)ÅÔë]mïAoÈ iaŷûŷúõ1/2ý}ï¢d[z×ÿ¸/¿ë"µð "ú}k(r)úöð ßŷüëm w ß^*Oïý}w-õ ‡~3
/4ï~ŷÕ.-?^°ŷn1/2ßÓý³£ëû!št3/4ë-"{ _öŨÓý-ßÝžÿWÿ×õÿÞ×*ÿ¨ÿ ÿk3/4(c){¤ß_ôýŨëÕ"(r)3/4Ú_}¥
×(r)Ò¿mu¿z¯×3/4-žÚ_þ°{
[-µµa¥}ëWK÷iZßÕ¯Þêì0-í¯Ú°ÕÂÿ}ÿ~d)Û]¥Ò û¯í+\Ôµ´-p°''°Ú~ëk`1/2¶-ÚÃ- £":¯†¿al/ê°Ôþë³Å80
KÝƒ
ÿ°Òý a,X*aa¤ÚPÕ†Þ°Ò°_dx¯0N9 Õ,L0•± w±ÚlLö8f .îÅ^õûâ"Ø¥ÿb*â¢1/2ƒ#,EE1ÁÈ-¶6
?b¯¦C îØ]±L{^¬, Ú"d<X‰'zû
k Ô0µV¿ö¿-ê5ìH(r)Ñc¦¤ o† ÷ö !áµ1/24"L%`1/2Ø^¯aa-..."'a W÷¤ë`1/2?akì&1/2...á" L-Ýj
>   I0A¯
"Ô& ...â ]
&+a; Ž- ,o-"jdP
‹CBÕ 0_^ƒ5},v"2Á, hDêA, Z"èDDhFŽ´DXB""#      q      µ ô[¯èì‡Ô·3k
[ëúÚT¬,4¡,ê $Å1QbšaZa0¬ `†Y¥xÇÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÕ¨ˆïÊ¢(tm)   e0Ê£;* :;
  Ñ- Qó>Ê-
J ›2 çdâ
\Ê¸‰°†Ã±ó°ãµ‰òÈ7(r)
ƒßMIƒ ;Á èìÕ-Ãí}üì ;"×÷ÿ+.šz{ ÿÞ¸_øKúô %
ÂNÝîÿZü'Ms
  K"G
î¯˜o^Õ ú_§ë{(r)Y¦,n›þƒcécX¸Ó]øÐü Ú"[Ó3/4ï}k÷þ#
=k--ÔµûiW_Wz·Þ-¿ÌÕ ds" @(tm)IÙOSù*¬ê.I
ã N1/2-¬¨vk2
1/2ÉHÈÑäj"â  1' ç $2 ´±Ù€ Ÿ˘š  (v]Š ' " F] ...[²@¹±"šš 'y›?ž  7 C
ÜFœž2 }o{3 " ,q
p`^&¤XÑ d " ¡ža : ÍŒ Ðf,a ó› h?O
 wka
, "CÓÓBÂ
ý
 oÒk}"Â AØL ò
~ "- ˜Ñø†É t3"# 9ýwMB
Â
0Ÿx h?´í Ó 0ƒ   :e4Â "ü âÂ¯§ ôÿ   Å1/2Zo^žžƒ v¨4× ‡<óD@Ã_÷± í ‡z
:˘h8¶4Oãä ¬CÐw"wÑ²ÉcôKœr é ó3/4' pä#"Y É¤°K²]¿X¤ýB
¬&...û³JÑ:Q  1/2¢SRwÕ ]¢]ä(ôE‡!!Ô Ã"£Dýá 49›l‹Ý J'L&Ý¬4,
3j,
₂9₂
  Aòƒí ›,
èƒÒ
ý z AÐAä&Q/èœõý·ikþEž>? ›AXA Ö‰Ò,mäsÈž ¹2  té7#£IÒ A¿m&á:Ú
ë(r)›(r)Ò†"‰OO   ¿¸Wý ÚznHîZI 6f÷Dèô%ŽPí þëm¸W_ éû°•6Õ"M¤
ô,m. Õ5p¶ þ¯"\4Û 'éÿI1/2Û(r)þözŸý'zw~-XB
ÓÞþ(c)ñÕµé¬Ñ Â$Ú3/4,éêú ]Ô:õ-Võï¯÷{OáßéëÓÇ ë-j O_Wýo
û_°(r)÷kø'[¤.îWO"‹âÚõÿb-ôû‹ý:]§²
:ÿvÛ¯ÿ°±ëÝPZ¯°E×N"õûø}bôôõ¯Õë³ú¦³öþïoÿ×¯~þX ÛÝ× þ³Ý}˜nþ¢5õ⊘k³Ö¯Jö¯
-°ÿÿr ~ž"ïLíÚÓe8Nû×Ûýt"¯Ö¿zÈ •3/4ÿü ×a- "w† BÍA>
]m*ï 4, CÂÚ zþB"ï×Ð/_·ÿþÚ¿ Á~¿ò 1nµ¡kò*wOø']¯ì e Š¹dþ"wÖŸ ,ß~°¬:Ò÷ò@0÷ý ÿ×u¢
   ~Ÿ,ëWNïÈ kNÞ Tÿì Ø^¹1/2þ›ßL*zôû†   ¿Ñ
õÿ3/4µúÓõÂ ÿï°!ï]-úì õö ÿƒ|ŽÍÝ ¿í`ÒëÑ  n‰"3/4ê Õ3/41/20^Ŷ"ÚûŶßÑ$zýôEžýÒ-Oá†¿Ü

ü§  g&DŸÿêú·ùjÈè¯Ú×\ê°õíÔ²?  §]ûé-÷
{þùd=ën-pÛ_-zêÉsîM  1/2¿ZÛ¥ú,  ^ûÚ%Îốm.1/2zxu÷í3/41/2  ÞÒ¥Zßí¤S‰  ×¿o  Av¿¹Ñ*ÿ¯t(r)t?
¿-0÷öïÿÛ]îµ×é=RþŸïÿ"ÿ1/2fu¿s±•?ùšmó(c)ÕõÚKÕÿûKõ3/4t7¯ÌÒõÿ*JÞëÒýý¯ß×ëtÝÕ÷k¶u  fÞ*××\-
+kîþÄívÕ¿†tuÿ*Úwá;ÕÒö×uí{ô¿êö>ÂÿW¥§ÿëê}_3/4-ÕÒþ×‡]Z{úTÿIWIk  é?Oõ}÷Ãõ�Ꞩ́]í1/2R"¿û
Øk  M¯i-Û  _nî"
‰  ýûªjßÚM÷ö-¯  Û]][í{í+    Wa&  W¶  _Øk
Ž  ¬$Û3/4á_zá,v
Ý¯  }[§Ö×al-ë°ÂðÂM,v¦fö¶  ýµA(r)ÚØXiu
+
ûa[

obì  -Á'Ä1/2ƒ†    Gí...A"ª¢ÓûÃ  Æ Ú́á†
l  _ýµ°a  Å  Ä&EñR$Xaua"˜ëØ ́"0-ØI†GA  -Á,^  ¦D    ˜¤!{
ƒâMðtÃ*ÐlBýŠŠöA.ÿÔ,;d  ï±ñ\T  %ï
¸\mvø}¦%Æ7v)"ø ̈-Š̂§ŜÛ¦%"[Ý...-Òì-"í"Ý...Û°¤ÇOtŸ¯a...UiÛ!Ýír
ö+"c°šÿa;  "¡  ̈TÚköš¶  aX0µ
&¿Úk
Î"L-1/40K¸i  b¿TÂ¬0B1/4.  ^
  ûZ†-"¯Ù    a
...7  N¸2iÂ
Öû
˜u,a"à*
0"0-É-
̈D0A"#B*
²èE,  â"I¡Q    ,  ±
!
  ]h0¡    ̈k^^^^ƒ  !ÄDDMi""
ÆÕ±    hDDD  ŒDV8^"cZ ̈ÈÕ ̈  "Un‹pÕVél,  Õ†
[-  Á,ý(ªŠ°"ZØR  û
šb¥¤"æ7-
"Â  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿËHxŒ  (AÁQxáRo=è7  +ÿ÷ýúîŸÝ¿ý~é  -÷¿ÚðÇÚìžj5u
õÒëÒè*ip"
B(c)˜±,  ÿÿÿÿ-"µÿø €
endstream
endobj
71 0 obj
<< /Length 72 0 R >>
stream

q
422.16 0 0 706.56 0 0 cm
/Im0 Do
Q
endstream
endobj
72 0 obj
37
endobj

73 0 obj
<<
/Type /Page
/MediaBox [ 0 0 423.36 704.16 ]
/Parent 90 0 R
/Contents 75 0 R
/Resources << /XObject << /Im0 74 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
74 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1764 /Height 2934
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1764 >> /Length 25844 >>
stream

ÿÿÿÿÿÿÿþ[¢•À²P!Ø£;Z-•  d
;    Åu†EQTgdã°Ã97(s!  ]TŒôììÆhÝ
ªgìÏË  AÙmÂò[(õõ...×ÎôÙ'Ì:"¯ÂÞLº-ßU[ä2¶T¯   V,÷¿×Wä<7úþ/õß´>òêó'{v¿¯ñÇê›O}w]z}~  þêj
•"&{~Õ  µMÕÿ2     2¨Ÿg  3
3#"A¯Î
ø(tm)±  ãñ±O¯Tð3/4  û;¨Ð~F¦É‡W÷  ?  -  ,"(c) ï@ý  ¤  H'5!ñ,!*#  !HÙ RœS'
! sÑ S¤p¨^!i ä1  f  <Ff(gãf)Ær)Â³  šÂš
Ôó6G,"áTœÁ  D  2Ã'(c)vM:É  'ç¡H‡ôÿÓŠÔN!Þš
 ·¦  0-è       á  ´  a  ô¢
z
 Â  °  "-^=Ð0  *3/4  f       º"×
Âv¨  Ð  ê%˜   0Aµ'NNo  "äæB
î#ê#  ?BÐa=Pha=Bz       á:jÐ|Z  Å¦•ñ¦ž'o ßðf°  é"
9  ´"ò/±jOÜŽ"\"~G?#Â%  "Û(¤I'-¢<r-1/2Ñ,hŠû'ODxâÑsiÚÜGÚ¥r;²œÊÒº%á¢^øH"ß§HŠí  Ã‡
í  i7Óv,
 Ó        ¦á?@ü  o*(
è  Ë:µ@fh  ygšk  7"sVä¿¢T¦<d'îE÷'ò]ÈçE¡<õ$p>"ê•>ò~  Œ$,  6‹£D"  ‰oR%øÿÐnÚ}'ðîýÕtýÓÐm&é
éè:Nž"ÂzÐMðÝ"  z"é;Ó{Ý...ª~Ý*uT  Â²€(c)=:  0äsTé
(r)º_ðDuUÓ}S¤ßTôëÞ"t    iºz
*ýú"zz~´3/4È¢è,^>§Ò]ý3/4*>"§"Ýußn¿Û3/43/4"o¯û]Þ-ë¯ uë±"¥ý§ëI"G]5uÄGJõ=
ú
ê  O  a>é=?KÚúÛ-{3/41/2}ªl}éë  Ö·íG-""{¨  c|¿KÞŸ"ú÷Xßö¡kõ×¿Õ  }Ò~·úûûÖÃ#ª×û¤"  ¯¯áá
]nù  +VÁ"žÝìÁÂŸý¯_¿Ò¯·²ã¹
Z  9N  t-x‡ZÝuß¥"ä8/ä%B  =ÕZ"¯{Áßä@"ÿ¥uïßûþúê2L1ww,ªûì  æ ÿWu×ùÐ"1§d  †D  >5 aõ
^  y¨>1/2µýÛÿ÷ë¿ï"  ¿ò€{÷
'    3/4-ÿì  ª1/42  ›
þÛ}|º"DwÖP    ëÝWÞõ¯¯ÿD  HA#IH9   Aßm~
ö    }oúwþ^w-_¦ì"-÷ý5Ð1
øD  ×ûÿéÿ-ûÿÿf)"Ï·2Š¢  -"ôS‹á  1/21/2/Þ¿Â"}ïÔ  "º#>-b}f¬  ",ns
à¿õoû
oýzÿûÿ%‰  éöÑ2-Ò¯aþF}[  ¥ëòhõõÐ  n
÷µ"Êq  B+¢Hu~êïþ"}ûîý3/4á¿úH/Û¯õ
Î‹Eé°_ûßÐM÷ö  V'3/4µ¶ôB  ~  U××õõ3/4-[(r)Ÿ¿ó-ÕÞu;Më¿öø?ÿÿÿé/ÿöëMÚ1/2î  µ]'wÛI}¯¿  Ûé¯

ÝZþ-Þ¿é.yÿÕ}ýíß Wûjz]3/4éa ]mél3-Þú]µÿ"'"ú1/2+Tÿ1/2WÞµ¤ýµ Vÿ_^è t-Úïéoú¶°ÿêyé_ZNþ
Γ`ì-Ö×ßmÛ_ö¶ŸØ[ô3/4èØ~-õ h[¿¯|>×oTÕ3/4ÝáÓjÃ[þ×"p¤õÃ
jÿþ•µÛ}´¬/ÃH6 wÚý,GÜ5Ó _ÿ¶•¯ku¶ †-
°¦-vëu¥]§kvŸø... zÿì‹
's±L /±QÃ6 DË " ¶ Û ÿýA-
E !!1ï a† Õ¶ Iµ†¿gÂ6 °KÞ×ê·þÅ ´Äœ}¦C°bÏïµvÖÅl}?é±$ù û q{¶švÃ ñ wÇÓqQ 2
é"bMîw!ì-¡
!é,v " ...Ú{Uz† VÕ3/4ÂÒa;\†!÷ëÓ Zú"ö
n µ† Øa ˜"µVÈwÄDDDDE""!"!¡ `ƒ#OpË _¦ Ã¨a+† C
ƒ
"O`*k1/4X,k X0VàÂ ÂpÂìXPši0¶(r)"'"'"9Ó q ¦'"'"'6
^^^^^^eÈ@[B!"<ThDDFYÅÿ2T^ ð×xJÒØ%ßb Å]" Â-p´
Gÿÿÿÿÿÿÿÿ(tm)*³FelƒE\YJ o¢?oÂì-êlï"FM Ék;Y0[;+þw§1/2 ¬ÄšÈ°Ô‹æ
ŒE^Ô÷-u°
(r)ÒZô ]ó°*ý-n"...{
| ]SO×,÷Âßzþ] kM}/ëÕ1zû{ÿ-×Ú"3/45ý ûÞ }z¯1/2þhÈÛ_éÿïÞµæE"ZŸ (tm)
...8Lè) mÛèèIQ8È¡"ÓÉ ù ¯¥'úeûó^I-R°
žÓ@Ð3aÑ Ð à¨ÇÏÀ "Ê† ¨@´z`r Š ÐÖF 9 XPD9È¦
]$0"†ƒ Œ ÆÁ" !ÐÍ°D&... Ì Gá‹Ø†¡H O$ # r(
> äC#TlC¨¨ÿT ¨hT^(c) ôÂ ðA, "h0A"AÑK >-h
é"- ¯^@Áü Â ?A, AÞ ¡L tGcãDý"K)¢VÂÞÅñ
:° § ÓÁéh83/4û ?UbÔ¯X´ÓÚA§§V TA
ä² z
²‡&p ¹,È-âoÈÿ'æi Hõ'.ˆƒ† ¥8äÎãHj°°øÙ#Ù ËPKÚr\÷¯T øh‰ (c)?r(ã¯õ
‡ ˆÝÚ ƒh,C¤è n 7ÉxW ÐNá¤KÚ¯7 D§"§HZD¿ n 1/4‰Ð|Îz
ËæÐA3/4Œã¯Ñ¢tÉÓªAÑ9ÐA³;D1/2²?h 7Iú(r)›Ún°Ÿ§èA6Ÿ ¶Ÿn nŸ(r) n›ëØ
ÞÿOMÂnýáh&ÐNñ¶j-"é° ÿïWÁ* öÿ¨NÓnõ¡¥tÝZ]%¯Mõ ÿ¯Z1/2/ï¶"õ
¸Zþ,éûÓ°[Ø1/2Ú]Wÿá+ô âÒ"[Ú]7]/tïým7ûÿ7N÷îßì=tÝ.?ßXKýUõþÓ¿1/2×¶=RÓþ.-"ö/"]ß}% ªOÕÛÿ
Ý]t5Ó1œ Ýÿ¿ôôÕ }V)ÿõ ûuõoþ-Ýw"]iU÷°[÷1/4F¶Ÿ¯ý>î¼4Ó¥[ûâ# Ò¤¯¨¯1/2ýW3/4(tm)ta Â 0-
Ù€Ãœ°¿N×" ¿~ÿ^þ÷î3/4"'T
è×¯: îí× 0zþîôâ#*Ã Æ-H îµ]ƒÞ-&9-¿¿_ZWô-(c) !vf
]"÷`ëWØ-Õ}{z,úø^ûo`õ³*Ðë2Žîÿm(r)¶îØaý¨ ù`Ò¯Z!ßú}ÐD ÿ}_KÒ!ã{
C...è...Í{û }tÛ1/2k¯éí"!¹H ùj ]CÜ5ô + ÚÚ"%5}^÷Ô¯,.¹"m C1/2×
aÿB:W߯î>ë`ê ×'B§ðž-,ŠïúÉ†î¯Û¥ßaI¿3/4 ~ë"âÝo³Uõoÿ°~°WÑ µP^ß´î¥3/41/2ÓÕ}µß¯u×¿_§Od
"úõ ×Î-wßýÚBÓ
¥m Õmt"ÞÓTéiU/iK3/4Î¿ªÝ3/4"{ß-o[W]×ßVnûß Z1/21/2]j'ûné(r)ûïÿlèuÒè;ûßWÏ^×ÛI=Ý+Uíô¯
ÒÕ1/4--Ò3/4¯
;}Ò}7×-µúm/÷"}~1/2{××øoøa&Òáñÿ j3/4*ûtõ kkë Ý%-(r)-§ÿëkði6¶"¶"íû ×a,¶ á¥
WÿöÒn᤯ÚÃJÕ0žÿ¥kÚÿ÷¶"
(a{]†"-í¬>Â°ÃÚíq^Ã&*Eñ±÷¯ü X6
ÂV"0H0Á÷
*"óJ Ka...÷'3î|-¬ XÛ'/ØJ &1/4 AC#...baðÈët3/4Ò3pÈwûTÛ
ï {ƒ¯V¬lTq±-ÿÛ Ä*(r)¯üI1/2 A^Lƒ3/4E ö*$Þû bF;¦Ð>+¶]l Òƒ 0- W~µûA¶ØM"n Òì
7¤¶¯"ÿjÚaRÿ†š¿
&°Öû_\ [ PÄH7ih|q


ST L....Ã
MÖÂÚÚ ØN‹€A,iÚé"Á=

0ˊ0B  Z¶    ÄDDDDDDHp2ZD  A"Þ§  Aœl±¤#B"-    """!"Ù"D𝑓b#  ]Dq  Q    ÄG¿òÈ1ÿm.¶
1/2ì  û  ÓkÐ0¢#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþdf§cf@'  a  eXÉ±Z,Â    0Ÿ  "5-Â2],•1  2.  ï"Û÷‰Ç
e  <)ªŸu\vIš?Ï˚±
  ;+dÑY  Š"  l(c)3ˏ"'$Õ
}°  ¿úÂÌ£ð3/4EˊÓWr±ü    āK¥,]ýý×Öµª".ð"øA°,#¥Úí}ŶeŠˊ×*1/2nY×ïô
nâ-BÿJ]Nž(c)u_Çý>ÚJ-cø"¶+⟨âÐô¿Ž"
öŸé{µ¯ûûÔ¥ö"ï(r)ïÿ¿ýÉGs(c)  q(r)82MšÑ"@Èè  ÆÈ†ŽŒ𝒹h^Ò·ÞJ  ¢·3/4  õ(r)ˊ-Sí  j
"-~  Dñ  f  Ó/  "ø2  $g  "  3Y  h"Ð¯0¢˝·|À¤˚ˊg  Â  È>ÉÄD!Íàà"˝Š$B§"y
A`Éã&  5...É  Ê#Hà|±,!Æ  dzJ    ùC‰  ²~÷$  7  bYŽú1/4.¸†  Úz"ôãÐjŸ,  A"
  †  °  a  ž  ‰  7¤  AÝ  Á    `𝑓lÃ"-  a;P𝑓  Aû  Ô"
Ð3/4
 gÄ#æÌàe:a
¢&  (tm),f  lØ¤†u;k
øiÅñ    >,&  ~¶𝑓OL!ºma=p𝑓M[ˊ  vˊ0... Ð¤-Å§Ä7ý  ...1/2"Ã˚iú    <
?Ç·'z‰{'}ù›'ä¨-y  æ-'áÆ˚°ôã³#æ‰oX  'áÖÜ  Ú'íÐ-ù+h⟨l+8å  Õ4Oœ-{DWs¹"    ôE‡±3/4ˆ=-
!vŸ  "=
  ö  m-  ò,Þ  rG#àⅉh(tm)÷Ór/¸"w  s"-›A  ~,
hÕ$  (tm)Óì  £A  Á  ¢SbèœÜ-Q3Ò
,
ä  ,
;
ªN^  dtš7Ù  œ‹Ù9°É¡ÈⅉôÿIá6ÓÓ
Ò
õOOêð  ⅉ¥Ðnžô›"
,tªm&Ò¶  é6,
(r)ž›è:Aú~Ÿ"Øk(r)á<&Â
Ãr/såₑS]?Wéº]_"ª  þž˚é÷...¥÷3/4äè‰L:î¸OM+wOV¯Oý]__·Öß¶é=  Úo"ì
ý^Ö÷|÷×ª÷ê˚ŶÕo}átÿMõIÚ  ^£×ß¥ôé?¥H'ëà1/21/2²é⫿  Õúzú}¯ÿ^öÕ1/2uÖ;ŶuŠî3/4Þ𝒴¨z¥v¿W  +ñ
oqWÝÇ-Æéÿ×§"(r)š˚ûî0Z¯×úŸwöýkÿÿô¿öáÚ¯]wU1/2i~Ÿßÿu¨ÿï"kí1/2  ‰7W  ýw(r)-ÒˊF
þÕ  (r)¿ˊ¿dtG
p]Vÿ'!;³⁹w  ü§  õÈ(c)ôÞF
"ÿkõ⫿í%]Úý§Þú÷úÞÎ⫿°y
¿uÇñ"  Wzoä˜/ñ  M²  ?ð  YÐ  ÷ÿû  µ"{î  _¯(r)×  ýé)81îß•˚ÇÕ}¯{2Fÿ_¯ÚåX1¤
ød  ÉÁŠuûøµÖ  uí  ›(-šõ~ÿ  3/4ßD    ÖÖ  ~Þýú^¿¿Á  w×O¢  ï˚°$  ˚ÿÑ
  ÷ÿÖß{îŶ(c)
Ø§wþ(c)uªõ×a  &÷MWD=Óëü‰ù'{ßýä'o(tm)G  ...àòTý  wz"DúýÝ."þÕê¡ⅉ¥ÿÿjßýÿRduzôGMv¿þÿR
ÿª&F¿âÊø@¿²œZ]äÑ  þÞëT"¿w
ÎÉßÿ3/4ëöÝ
- ø/ÿÿ  3/4Èoÿ(r)ÿÐ[Ô/1/4  ßX^¿¨û~Úÿø7¿˜ m_þ(c){Û¯[ûÏþ›ôΪW¯~·¥¿Wÿ|  ß^Õµ⋂ÔÿUôû××È1ív
ß_Þⅈ‹ÿÿúZïµÎ‡ïmÓïZ"¯Úôt;ëuûó÷ÝUoþþï{[ûøⅉéxJⅉôÖ0§Ú¿1/2/wÒo÷Ý  ¯m{˜Þú-ßzuûKú×ôïU¯Õô
-ïþûo~C8a+[ý˚×mwïUMµ^ôûúm}›'oñ°"[TÒíoµm:Mo3/4î-ÕïÿÛô-WëÏ3/4Á-²  6  l$þÓö  ×ì-Ó  á6¶ûJ
×ÚJÉÛÙØJÁ{ímCk¶,]l-¸ˊ°^-ZêŸé(r)š¶"ÿÿŠö*!1Kj3/4Ã¯øaY  ,  Ÿ˚(c)ðÁˊÂA†-˚Ë"ûob¿
4›<  Ø'x0"
l,pÂõÃVF
  WaUº¿  Øa(a+ÿþׯ_ÿìBßv$Ç}±(r)Æû    Å{  ¿  _ÅD›Ø28¶Å1±†C1/2‰qýŠ¸-‰ooéäKëî...  *EÍÝl0
"0\
ÁKp  ...×v¯~¬'Ò"-d-  ì‡Uík'  ï-ŠêAÇr  †Ö÷ÝµÂÚ3/4ï  ]Z...ÿ|TDG  Kw¡a  BÁ8?W˚¿ₐ  ¦€P¶  ê
  Á]B˚˜h8˚˜TÁgE˚A¯¦  Rá+  ?Ó¯µè·

"ÛúíZ a ˆˆˆˆdÆDDD N}ÀAÄDDDŠ¡:bC ", ˆˆ`‡ Â a EØB""á"-p•Òaq hDD
DDDDA,Ú"a¹q¤¿ím+ôÚUÆ;íWa\A-$( ÿÿÿÿ;$QÿÿÿþWI ÷2 i(tm)Än†LÙÚC+1(tm) é ]è'
ƒ#²6Ó2PÉzï1/2$ê"ï(tm)×ý;µõé×(r),-Ý -ÿMxÐê¨ UÛUïwj"h\{þ¿ÿÚù Txˆ Ë3eFr:<Î:GBÊBîþd*ì
Â"G6iØA÷`ˆ9àˆ!Ë, R%È é˜FÙ- l E8B-xÈ " Pä@"† ´À1/20‡´¸M7ÓÂziåX!˜f9
"' Ø" €Ó 0ƒ5 ¡fØ a ñ
{§ ¤ûˆhiº"ð AÚh0 û¦Ÿ'}Éç}Q .äþ¨œìˆôGy 4°ž or~Ø-á¦Ÿ":TDpÂ~ õ
AµÐNô @ ¸@á
²)Ë¦OžÉwD±¤ Dé"î~ ›"›ðž íxNþë^ Óf è; AÓA=tÝ8A ÿ
û~µÕ¿Vº§tö 1/2?ÚMûoMïMÿÿMÂÿÓýu- +ÓÓ"ÒW¥é?Ó"Â3/4ÛIö¿þëí1/4?¶µµµ_al-q-¨|03/4"±ÿ
ý××...Â^õ[ý
;ÂNîÔ~Ó"û¯ë¥ù¬L ô¿ûë""Bn
ý|×}÷ïr@c* 1/2:1/2vF y0 YÐ Üp}Ûkú]õ µ×í?ü† \ ì ‡þ ?¯Õûþ
1ÿ{N1/2a'Â
\'_ì† a>¯·Wµù :,Š¿ÿ]á ðõDOú!oýK }+ý1/2WôX}%{ëû×Dtú&EÕ ?ûh öú¿[ëÂþ¿OUö´
·Ajð_ú',î-ú_¿k×Óÿ1/2ÙÑÜ+ÔèÝt-³§3/4Ø ¿-1/2þ¿-ýÿÿÔ/zW~(c)Ðzöt [m] µ¿ýVïµ}ïáûôš}ßOÕ)Ç÷
ïö›ì-§Ú¿JÝ.(r)•¯Ú*V ¥1/2_†-ýXav"
Ã#‡Âí...øjÚÿ ...á¤ Õ"kÝ¶·Ÿ}i‹^ØâFö>>˜al$þÃ
¶"jÃ

l ´¹ 4›
ý1/2éCµÈ<l2 °ÆÅ
\ *Å1&>)Ž KðÄ(¥Ýì... 1/4...{[WÂ]d<C }ŠâMÛµ ¸R (r)÷kÂ
! Â É'@Ë Ä5ÂÂ{I0µa0O-Â
+
m&Âa<DDDDF"A"!,
!"kCˆ`"0B"%9ŒDDF"Gÿ¿zøÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿçbQÙ"; ŠˆÑ ª rÌ Du BVB
ûƒ'FŽ
ìvW dY•É ØÓ@ÌÑ Ú;' xe<I29'§ " ú...{ÿÞ
"r
Bj†@Þfè?÷Uô"ÒÎÃêÈ3/4á þˆù¢X ð÷ý1/2_
é7¯á7A3/4ºö^(r)-þ•}+'ò`Ò&)3/4- Oð...¡Pâþ7×1/2B¡¥þîïÚm7ÓÐøâµCC¦Ò×·þÿö¿×W' ¯}-ÿÿ_óF`)
j ÍÌØ" ¹*Šòe\ eFj‰J#(tm)4üì@É|í*ÎÎÉi >ÿëî1/20A"- ?Î@ˆ" ... x@Â!)? 2(gPäŒ†Ê
Œ k ) ç@"Œû' `ˆK0dbd 3ˆ ä"0)
6FaÉ xðDHŸd€†±Ù
B'0-' *óÃ³Cì¨f3/4 Ôy§ñ(r)8hhzZ ZÂ
'ØA,d (&ž 4 xA¦ v m ¨@Â i !4-ƒ´Ð}8MpA"
îÐx@Ê a <6 Yã B þAÎO(c)Ÿ Œ ."ÈXh"è"Bæv‰f?M7Õ4
ü Ðhha;N q" AÚ
b i¿ÇØMPqz
›OÓé7 Õö 3 Dû "ð
Oþ´ '-ª¢s
Æ±r^Ó"ÿÚ'6¨•änâÕ _#‡Å¢Y'}è-µÕ ~ˆñî‰c'!ò7v...ß]¦ ÿi Öê"ÓÕ¯AýÐMÂ Ý*m
1/4‹áÂnOé ëDæÐV‰Ï 49 ÄÝ"è : ¦B[A ÓÈÐ 7î,3- 6‰Ì0eÑ à 1/2 NÈ1/2 LöqÉ
Ðäñ&í'NN âÂ-ëV´Ý é~´ôö P ØM+¤ÚW}:Aé÷Ià ¦û¦á7 ¸ ôð(r)";ý
÷H;ÓÓo‡¨M3/4-CØFl"i?Ü"ç"ßëÂv ^ïë× ·
Znƒh&ÿûútŸokW" &þŸ÷ªµ~"¦êÕ ßék
êºT ÕïL'@ŸaPOãý?1/2?ôÖ?Òz@ÓÓÐÂm^"êœuëWkJ ¿Úôž' ÷¦×Ûë3/4Ý§Õÿ"ôöð1/2éWÚö*N,ï
zUz ínÞ1/2ÇÞº÷ }ºÝ-?÷ê×¿Ç¥oÿ¯úº ƒ. ÖD...Ý*~·Óa.¿Óávî-Ò1/2ªµÝ.ªëõ¿ÿZßª(r)´Úúÿ¿ûô bN)

/" žÿï"R  GýõÈÐ^˜h  Ñ.*-  á?L&í  mGþï¦¶1/2ö  ¯ïÿ¯ûß
'Oà3/4°ýkrÒ  _Ô¤
W!  {öu  Û²@câ˜  '  T(c)µþŸ  [tÓ  Ã
÷Ýuä¯_ë§°¨%øD  zþÿ{¯_¨û...µ  Ãõ~
Ö
öB    _{÷}uÿ1/2á/õï3/4È¯¿ízÇI}  fßÿ¿ZÛ  ×Ò  ‡  80äG^    ú!o^^
ý¿"Y    etÿ"-|"  Ûõ1/2WÕ  C¿é
ïÒ{Ñ2  ÷õûê´¿Ò^³Þ  gWý  ;ú#!ùeŸëéØ!ëk~FP¿1/2  jõÿ¿î
1/2ÿú|þ¯î-õ}Þ·þÛE‡ª5"ÿÑ4_Ð/áÍ'ûïþôûX.×-  #ï÷ÿ"Hïúþ́vNT"ïÓ}ûþ×":_ÿö(tm)  ^·
3/4øU÷_^¿í+-6tŸýzÿúýÐ_ÿõªëI  Uûõ1/2m5]³£ÿ  f³þëêïõÐ]_¿¹"ûû^ûz-jÿ_·ûëûÿú|]þÝ{þ´¿uûû3/4´µ(tm)
¯O·KõïW\êõ1/2¿(r)ÿúmüêu|?U÷__Þ¿_ÖÚ¥×--ÚÞûûûÿØ[t¶î.Ÿ:]ëÿý¯ý-¯uÚÚó*]3/4"Õ  ÿuëï÷ì%d^Ñþ
ÚÃVÒþ  ]žk
%u¯
¯aö·ö*m¥ÿ|°Â1/2_÷Úõ  öþéÖÜ--Ú}ÿ¿¿}õ}Â#"j...¯|0¡µmVEÈ́jªßjÃ
3/4ØIÂX[  ßiZÃN×öÓmmp3/4ÚÃKa¥Ø+kM¬:í+ª×¯ÿ××ÿxx,ßö&Œ¦Š=ýŠwÛþ¡¤ŸÆÃJ  ,  +a&
   †  †•...ë³ac˜ÂV
ì3  C  ¶+cƒ  "    6  a"-U†  ûÿwÓ
÷õ
  þ  [!Ý1&?1/2¯T¯LS^Ô˜:bMîÌ°Šb    l[ÞÄ"·ŠbïbL|UµÈ<XéŠb'  ...D'‰1ÿÈ(tm)ý}‹ÿï°Køa    i-...¦a*}
µIû
*(r)-¦¤  {!ß!‡¯ÖÈx˜È<k"-ëama    í|›
VÁ}"ÿë²  -ÿc^^^†  †"F  -Ra  °@Á    +ƒ  4  -ªh0A"íl+¿
  †(c)¨]"  ¥°˜¨  !aBPÁ0ž  ¸  Z¿{ô×ö¯×Þ""#^^ƒ&
u  ¸ÎPPBIô"#ƒ
  ÓGT."6""
ÉŠ  8¸2ÓØB    `‡aa,-šðÈXñ        DDk  ÄDDDDDDa  Õ03/41/2b"<$Y  ¯Ý|5"É·*Ž-´ÁÝ  ;5  °Â
÷°•(r)-    a,"-ÅDDCPd¶P?ÿÿÿÿÿÿÿÿû6Še¯›  9  ¯Ï•².ÊàQ    ì^$ã°1H  Ìó²¬ÄÆ@'.jÆ"ÿª(c)  °¦v  ¡... Á
É·¨Uü/¯_I{@ëûý²{+w$#ö  ¤  ÿýj,O"ê‰¨¨ÿ¯Ã
±¯Ö†¨  v1/2ñ-¿Úê  6>ÿïK~þšý  Þ(tm)ÐR
ž2  ("(r)(+ÈF°Oéûëk BD¯4Á  PẪ
A¬"ÀflØÂ(r/3o#qò3  ¡  làò  ¦±'ù  G\      8¤-II³QÙ2¯Ùd@'Ñ-  A(r)Âoé Ä=B
Ô"'    °V  4
Ê  ¸ÁÐM  t
L  ƒÐd†    3?    x    2C0)ÄxÌÄÍ̃PÏ3Ã    D=  >œÀCP"l?e  Mc8Á    !p²  õ.È°"  Èšƒ#"£FSä¦¦Ýžø
D\r  Û    ÜG  ëÿ5};[    @ÓAªA  Õí;  6Õ    4ðÝ̃¯A"þÓ  0ƒôÂ
"  à^:(4  gÁÓ  ó6
Ð"  @fB´&à  µ@  äH!qÈ-^ê"ú  â‰nF;M?Xø1/28ïM
âí?×    §ðÓ}{‹A ðÂ#-´Â  ""Û\'ÓpL ì Ûû~DÂ  ÿ%(tm)ð,
@  ¹sh-_D|þEë8åœœÚÄI3/4ø-  Gí'B  r%¹'(|  ¢~  #q¢tl‹:#€iš$4IÊw#r‡TƒÕ9  ||UÕ-§Ã]?ÚÂa~    éÞ
  tõÂ
;"A¹  ¶œ]&Ù$  p  m'fù  Á
"å  Ã  ÐB
 A¯H6,3-æv,    -  ‡    †Éè>$Ý
@ò  Þé°zÛ...ðM*1/24  oû¦úm+VÒwT  Âá?OH&    ôÓí6ë]  é¿§iÒ  "  "JÚ
ì=,  ÐO    këëë°ÿì  §¯÷  ª{¡zÿI3/4(c)Úú(r)  zÙµÿ+Ìëõá>ém²  f  §k-;þþßWï×†  ê-ØÕ3/4  "á?];ôûõ
Þû×  ÿON/ôíx¥jÈ/|°z{ª-jÞ¯WÙÕWz  /¿"Þ1/2wwî¿ýw[j×N+ÿë1/2iñ†Oûí÷¿÷ÿíoý-û3
#¬7·Kþ³·V"úý']{×ë¦,ê-×~äHí  êÿ¿ÿÿUþ¿qr  2  #.
_÷¿ª÷3/4ëîé¯

aý  G  55,-¿ð~¤\&ðõ÷Zõý  Ûûþ1/2¥
,    zßý'¨¯"_(r)"é,X_  l  é/y
-;'±étéý]zK  ëõ°þÿd    &Ø=¿ÿ¯¯¨  ¯ý¿! ‡õPUÛß`õPß-ïÿoÃë¿}=W_ßs
0nC  ê^  2ÿuÿT  wß3/4ò
~
-Öä4}äNí"øaÓïÛþŸ  -:Ö;ûþïê¿"£:‰8¡×ÿoîëß(r)-YŠˆ³ô͡¯ "H<-/GP°÷  ÿ  kû""]}-×Ü?¬  Œ+m  mï_öú
¯ÕÕí  §ÖÖ¨ªÕú'  KÈKþ1/2uê°ë(r)3/4ÿÿQÑÿš¦Äß_ÓïÿÒWw·Ú°Ô-  uÞßÛ
Úëþßûöëm}ÿ(r)"ÿ¿ÛLã3/4umì3¡ÿê¯ÿÿûêîÕûgSU¯JþÄÿ  ê"Õˆ"[¿îë¸ïíoûé[6÷X(r)3/4ý´-ë¿û×  :µ§ýúUn
"£öþÿ]ÿxukN-¥¯µß"uõjÚZ*]¯  ÞëÝÝ ÝØ Ý Ý Ý Ý Ý Ý Ý
i\0-·
oÎ  öÖÒ3/4ÛUÛí&›K::þ×  í  ¿1/2î$×´êÓÂûk¶ÛV-6  ë°"àئ*ƒ  ë          Cß¯†
ÃZöGi†  ê  ì0¿þÁ"-ÿÿî'l  ûi63/4Ã
0ÖÓÓ´µµ´¨ƒ[3/4  þØIm    û¢â(r)ê)ˆPdqX0"Å_  ±Oÿÿ†)P?'
ÇtÈƒØãd|°Ám¨`,
‹  Šßc|ùÝ"Ëþ-,Óyn  }  l‡<^›  ¦!EmW]í/úÿp¶îØ"Èb>Ä&A
lƒÇ¶¦i±LRµ(r)È ïÞÐ0T  IàÁa";
Úþ³ÚU Á0š
4  Wß[
"ÿ3/4ƒ[ª´Ò}°L&˜Vêþì+j1/2§UXŽ""8˜¨xB ËP  D4!"    0B
ž"ª  ÕuM`íV Î
4!"  !    0"  X84ÁP†              ,
`¯Á,Iÿ×^^^^q            hDDDD          ÁÇÿê"â?KË!BrÝ"_¨H$ƒ
CKä(_µOÝÐÓí6  ûŒlzé...
¯
0¢ZbF[-  GÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüÈh3Iš;ª+-£"q¯ÈÕo#Š[×  U;0  §    ìivd$!+2(ÈZ$  ¨D‡Ù(c)r
  :†  dÙDv
-  žT¶²,³²3/41/4Šðå"  M§-Å  *ì-0ƒÒ\.  7ÂÞ·ªBý  ãDAò
mÒú#uÿ  ,Wîª-¸MÉ΂Ö¥0‡þYÓ/WÞþ²ʂÒoþ†ëï
!-  ]tö÷KÐ×MŽþ?zoZºÝþ  ÿþ  {o"ª["ÿúø  *%³c#  ‰-t  œeóIÀΈâ3  §"-  Ä.Š³¿JÈôäƒ$ÑÑ  (c)2¦È,³
](tm)  'ýcY        "Á  ƒ´
7S
Â
    2C  Bx3R    8!O  ,†!Ïg†h  r  "êÂ  F ŸfÂ  †@'ñ  $  ¥
›,
ˆa
q2]›  Ö2
œdá  lØÈl":  ^,a  Ah ‡!fA0²  šÝˆÆÈº3/4ê¨h4  CNãðšh-  Ä za
,  L ôÖÒ    ßL"  0Aé"
6•"8íú
   4Ð4      j
(@Ê  D/B
á  ¨A"  ˜=4÷  =µD¢¿  iÅðý==Óê3/4Óðš墠 ÿ°ƒ  TZv'qhv  Ãm\/
ôÂoè  \-Ù  1/4Ñ9´G"  0Î¹  ù    _Éû³9  ìŠ  I;ÓÐ‡"Ó
Yè  š";X´  z  ¢_D_9(ºq¢\ÝÓÓ´r)Û(rT¢+,´  û:
Ó`Ô¹'    éÞ  ðƒN,
ÈÿH" ›äç(c)  &vg  T    pAîDæ‰ÍÈ1/4ä  KÛ¯N,
,4)  Ü-Ý  DY†ˆÐNm  ö‰îÈ(tm)  ¤é  ´  d#´Kò  D  ú      µ§Am
Iúé"I´žÒm(Mé>Â    ÚP›A7Â}àƒt,{(r)ž›¦"A0ä  ž  ¤ƒi7Aá>"ü'@  é³Kk  ÝëÛ^›ý³ë¨¨÷OÓõ·

ÿìó  W§éÒ

þ"múON-ÓÂzI¸WUµ¤Ü&Þ¯Ô7

Õýéó Uvôÿ_^î(r)ývÜWìµýñ  OýuÓuO×éuÕ"×"ûjõã×"ü-(r)  wl).zïWõÿé{Wö"ª3/4;ÿ×UÐÓ°^ÿë×*×÷Ó
ý×Žô/  }Ÿ  Ø˜·ÿõ3/4éÝ@Š  nõ§Õïµ[Ý  ïï+ot1/2õ÷  ¯öö¿["¥w"úþŽýüI1/2ïþâ×ˆ  Õ~;õtýAoÿà"Uúéé
+°ÓÓ.

WIÓðf²è.þ},r:f¯²  Zþ´3/4Õ7ÿÿ]ô  OÕÿ  CÕûüš¿[ýÿúôñý¿|D  Äpq}f°  _  á"ëÿúKÿÿÜOßl  ïõúûÿû
ßoõµý  ÿd-~ðWÿÿf*‹ÿz"  ìµ}zä*}{ýëÿûÿ7ÿÒ3/4-õõ(r)×ûÓ  ü"  ô÷ÿ3/4;ÛO÷
ëoï¯>1/2kªp^  ÿÿ  ÿÿ÷K3/4Zµ8§RÉõ-  å"ö¯Nï÷ít×OþÛÿoÿ÷^õ@¿_"  ¿íÿû}úOßú÷¢&  §ôF~ŸÖÚ|ïŸ
œ  KûûéWï_ûú  ûÿ(r)-  ×ýk~ïÖßwj´

"è  ÿu1/2B¤ßMÿçZû:-ÿöuz1/2ê"Âÿÿ{Ó::3/4¿"þ3/4ÍO[ô·|"
oúÿÿÓ¿éJî1/2ßþŸÿvÿ1/2¦  ¯ÿÒ1/2zÒßk^ŸwÜß¿Õ
×†Co  _ÿ1/2¥ßöÒÿI}µÕµ·ÿ¨"ÛKzz  ÷í"Ûïõëm(ýuÿo¿ýó  ×ú_o°µö-(c)(tm)ö-é¤ÞÚ
ÿÛJþ×Ä¤¶¿  1/2ZZ÷ÝZúm;  aí(r)°[íZU"§uýúëÛuØa+
nØ]é°·¥  ïøk÷k°3/4  ûô'íµa¤ÜÝÚÝ¥Ý...´-w¿´-nÕé†¿ªÞÚUZø¦)ÕƒJD1/2±P`¡Šfëö+àØa%†'Ã
ÞÈ¹ætÈ(r)¯a/ÛJë†"Ï1¶  0Âû

%°Âß°ïZ¶  ù
Áì4"a¥Úa.Å~ÂbXúmnþ3/4Ø"ñ"  Ýõÿ÷  öÇ  †+Ù  |Bcø-ŠŠØ¯¯¶;j?†  í5ì'÷jØ+úðÓûIÖ×ßkÞ¡"×íV
×µ†(tm)
ÿ
mVÓAýÙ  Þû
ö+^"COB  iP0M
â!,\
  Ëp•"ýÛ°Úa
(r)¯Rc-¡°Á  Á5~ÖÂ"  -"Â...Þ  [¦ÂðÕÄDDDDD\DG,  Â  ¡  _  ±  e  XT  bà"D2ÆÐ†
  dé,  Á0¯Ãá  d",5{A,¨Ð˜hDq  ÄDDDDDF-Ö÷î"}/ÿñúÿ3/4Å  ÿÿÿÿÿÿÿÿþdg  "(tm)»äU,a  v6g
ŒÈA  @  \Šæ†¡z*p)[ŽÆ3µf;*i-A¨äGEÂ}_È¨Ù  -H_nâCÈ‡'ŒÑ(tm)  (tm)  ˆ[(  ð§k@Ñ}¤Õ¯Aj,ÿë
"  ‡°o
  êµË:Umùj¿ÿÂá__¨ïÜq3/4"z-/þÝÕ%×X,/¡þ"ý÷ív·úâœ  ƒ  QýÿÝm
£ãcæZ_þ°ÿõ¶Ÿÿê(c)>d[Y×)ðE;íÿÕ×wOßí(r)d$Á
D€Ð¡³ª"EÂìH È
¯¨ö}  ¡Ù  G
        '"  vr"æB<ó"ý/ÕöÂ
i3/4  Þ  A ÿÌ  'dƒ@Éps
†ÓCS  N¡
,!
\  ð3P!¨'"B  Ÿ¡šÈ@ÈH,  Ø"Œ
!  Ìã£6  K^k  ¨D2  Ba›  É  hŽ  ³bå  d"!  k  ¦"¥ZtfîôíÂ  ¦¯a  ÚÄ=a"Âv  Õ4ß
¦  4;óf  a  ‰  00ô-  h-f<  M†Y  553  6Ž¬
"f¡  vDÇ¢_x³7ÈŽ|,  -=z¨‡Z  ±¡w  ÆšiÁìZ  ^"êê  zq¨A3/4Ÿá  fHŽ  µAØ@Ï  "  eá7Â
'"õ¬Î  ¡
3')¿"ÎDÏË›e
NžA
¹Ñ  "õÑ/r^Ñ  9  "cDWWÉcDwóç¢^ïDvïäcÖ.ý4G  ñôž  h=>-ð›Ou§m"3/4  ;ZN!þI  Ú'G$¬&Ñ
€&@  a
á:  ¯÷@  á
--'EÒBH  nEðÞ  œÞEè2tÈ7Œ  ,íNÝí  ç
ÓÓûè'ôÝ-%þ"OÛ_(r)f¤Ým°(c)1/2á=?M°›"í'3/4ê  {zMÐuIú
µ(tm)²ŒEP  ûÓòGµAçrg%ôKfÓÿ3/4þ"ÚÿÓ  BïÖÕÂz"þþ-×µ¤Ó_ðÝ~÷(r)è=oë]ô  >ÞýwV-›A

÷CÝ  Øøa?_ý¯ýk  ÒT"ÕoÖ›køÿú
1/4zZº-ªþõ\Vÿéõ̃Ÿoîµ1/2}+Šÿÿoõĩ úí  Cî1/2u}"¿ÿz·O  m  ^Û  úãÓÂïÙN'÷öFÃ_"ÿƒ_¿¿Ú·Ô/K"û¿u¯
ÿ  ÝÿÔþ¤¤  õõ´ÚMéÔ!,ÿÿDÀ>F,ÿ_ºoõëeÁ}_Œèõ_ÿ  †;þ‡  ï¯',ÿ?êÁ  Aïï
¿...ý°¿ÿ...É0cëþC
ÿûÆ×^
-ïõÿ²  ¢ÿû!ÌR÷È¯ÿkù      A>°ÁÒÙ×  ‡¿ªÿ"CÇ
uw3/4  ÿúí̃¬  ïÿWØ=U1Ø51/2ü    ü$  dÀ1ëL‡×  dp_¿#§ÝÝÔDþ^\÷¿àÑ    ¯~µËVA"ú_ßøoßù
á·þôCÇ_    ƒD    "†AÎ¿1/2(r)<  ÿ"H'.‰#úþj  ÿ  gInúDgiî3/4Õ~t
~ÿ0Óßû  ‹Nþ3/4  s
D/wõÃ  úÕ  úÂô  ÿþD    úé    O¡Õký    "ÿR*"þ-  ×÷è<@^1É#×ƒ¬"ÙS!  Âûª  öÿ_[ûþ-ÿÿÕÒ1/2$
óªÞ̃nþÂí"÷  ¿þ  kþè̃aƒh/¿"
Â  fØ'×M  ¤×zõ"é~zÿ×ïÕ  úÎ§U  ÿ}vÿõKìÕ  û_ÿ  }j    Õÿ  Žƒ{]µ[Oïm×ÿÿû]ë÷ü
õï̃ûõ×u¯  8nÚoû(c)·õ_¤°î¿Pg¯ZÚõ
;ý?×ëZõ3/43/4Óûµ1/2  ïïj×Ÿ̃Ywß†¿ÿßö*Oku÷3/4"úÿÿçž•šŸl%Ø[Ö  ßa>Â  ¿iC(r)Òïõí.ÖÔûÿÕ}µµÂü
5uM´¡...í  ÿÕ[õu3/4"µ³¡Đ̀(r)ØZø5øáØ_4r%ûVÂÔ5àý†-
-´¬  †-þÃWÞö
+{"¡ï
m{
ë3/4ªÿ¥ÿ"
]°′±
‰øq"}ÿƒcïwâØ-Ž¯Ø0'Ç±Q¶]-ªì~¬"  0ÈácDLÅ1VGAŠƒ  -ƒ
¯ÃþÀ̀À+ "Ã
  í[]&é¯·¥²
Ù
‡ÿìƒº"  wß{  Â¶(tm)
F+W÷÷þ¯-È;ÛÚ¨:Šâ[ûà÷x0¬lL÷ã†^[ˆÂM(c)¥e¸L&Dø5í-ì.ëý×jÃ
ï
û
-  l&-¯ý  -]Zkjü0šºÒ&ëjÿõV$áºªÓVC  b  ‰Â¯¥Đ^^^^^´Á  "T\C
    "!...B8†  \  UA"¬  h  ¡\C;,ï¶  "ì*  °Á  ¦      Ø,0C(r)ÿm&
ÂõêÃNõñ  "hDDDDDDDDDEDDDDDDH'  DDD8ôÈ¦d̃      ÂØA...éhq      e...É
¦j{Ë"O¡    ë
l?J×3/4¶    uÄ1¨Jœ̀ï  Â±ˆdÚX?ÿÿÿÿÿÿÿþW¬97Y  &g...&Õô
ÈÙ•lŒdQ,      (c)  1"Ø.  ì  "
ï̀  ƒIHçÿ̃µõ§üïJ̶°*ˆ¯ûÚ"/ " (tm)?þ3/4´H‡ö°  á*ïÿðœv...  Ð-^Ä¸  võI¿  ^¯[Ý=Rµõò
î"~öµIŠ  B  -ž  ŠSŠAY.É\l-*dR[õR2W›"¬º°;-"7#{
¥#ÆB0N  pdÁöƒ@ê# óІ 3P-(tm)      çóÃ$4B \ ìÀƒ ,!*"†î^ (ƒ 5
'arXÏ³ A .A°¯µ ä ...èFA~Â
Ö  '    B²hÝ\Z~""  @õ =S <¦"Vƒ  T- " òLý46Â
  †¶  Å" a5§oÈKiÄŒ ¦  ?ÓĐ}Ó§"ø¤ý
    íqk  ö"¨ïl/4?'LÁ6‰Íí×/ò<zoÇÉó¨ù    ÉóAè-âù w§ṽ"Xr ñª|Í óCe
M'8A6Áý:¹  +Đm
É  ¥^ú "ÎÙøéˆT  £d" -Eõ‰ou 3;(r)Ež x@Ú&|,Ygr^øA¸ÑÈ1/2 ¯² Wi1/2á_÷õW¬<7¤Ý {¤Ú
Z]Ó ƒĐy
"nÕt ...íÉ# (r)þƒÓw\0{ý7ÿMB
ºM?
ÒzÒI/2k"ÛKÓÓ¥{]iVÝmRÓµN A?
7éê*KLRZ{ÞÝ̂ïž¯Þš§Ø¯¯~3/4(c)êêô-ëN›}¯àÃµ"š·Vû{¨¯ª×Ó×m    ô;Ýc    µ¸"~¢ï  ÓU  "¡*ñÝ+‡úné

úÿWþ"Ú×ÿi  µªêÒÒK¥wÌ‹  '¢ÚøÐô¤
{Áo¯ }ûKô-h‰Òà²É§õµÊqu¿)Â}Ì...Áwÿ°ý  yß*Aëý-v¿øò$  Û¹  ÿ÷ì
-í;'   ð¯îý°NÚ^A    ÷"ÿï  ô°"w]/,ÿ-amøD>_Õeánr-øôî  %_Û  ÿþ,
  ëÁ_ï¿Á  wÿ]Ú!ß"äg'  ÿ¡  ü ï  "æï3/4'-:]ï"-h‰øýý  ÷ê¿     þÛÔ"  3/4¹÷§  }dau¢3íWïí~´æ'-GO
TF  õOÞ‰#þ3/4‰!ÿ]3/4éúmpÿÁ.ïï3/4ÂûÚ"KßÐ_}Ð•p·ýþ  {ôÒïK:"ý1/2=/Jïõéz°ƒ~¿3/4 ë  ÝÒ^þt
5ëÿ×  ÞÝö-y÷Zþ'[uÔizPÕ  t?ýô1/2Ø¿Õ-ö÷µ"õ§ß¥kilwÒ-Ò°"ê¯pÒ÷éëU×Wÿ3/4ÒÿUÿ  ýî¬0JîÒµÕ&
Õµ]áýíª°-§kkëíÂ×úÛ¸iZ¿õÚX_Oaca"¬$ÃKvÛ[Ûèv  ZðÒøa}ÚíUµ·¸ï¯aoµÒÒÿ†¯
m}ÉÕ‹
EÅ1]qL  I^Â²/*}†  é^]Ô0A0Òx`°ØVÂ|0¿
    JÁÓ}"¸"0"È¸  "Ú  Àúõ°bÝbã¿b"¯ V)ŠâHwMG
±ÒÇ  "åŠT!D*ëï1/2"a5Ët  ]í4(c)2
ðÂ×iða}ÓVÂîÃ  ŽØ'  ÷²-0(tm)
†ŸÓÓÿ}...A,axf    øa0¸_VÂü0¯a_@Â...°›Ö¶"¦CÅU(r)[...
Ý1/2¥e¸L&íÝb"
ÉÐŒ":  e ¸T
 h0UB0"D\  Ë" Ê  â" BÁ
†¯B!"8ƒ   U¡    q  Lb  ã^^q        "HG      Cý?ôÿ
¿k1/2¿ýxÝD  ÿÿÿÿÿÿ"ËW    ÿÿÿÿÿÿÿÿÿÿÿ,Á.?ÿÿ-<QÿæCa¢v  B'°ÎÍL(r)ªÎÒeC2  etè¯æd ; PšVøOÎ
ÃH    ª  "ÍA ìcÂ¸~þ  ³º¶•(7¢+µ÷¯W×Ô"
A3/4OW¯êž"Â°Ó...¡Çñzûâ'w¦÷   -[ªN(c)ßÚÿ[¸ å  §%y  Ÿ¯_ÿél*:      ÑŸ   5ŠL#"|!Ó82#!  7
  B}·,#µ•  ƒvvUá(r)÷õtë5   w Âh5A... 0D.-Â
 Ö  *Â  ccÎ
'
DÙÕ,  f2(r)'  œÊ  Œ  B
$
FÅ5")Äh  É1MDj8gã,  FS...É,:²  ›H2€'Œ†<×  c§Ï£ÆE‡  VõØZ
>0ƒ"A¶¯L!h8xAª
"Ô d"
Ô d†  "Àè
<   4  @ì$  0  ×i"A      n"‰Àá"-C   3@Âá  (tm)¯€=  9'   '-.-š#†Ò
â"‹AÈ°  a
8"OX††ƒÓ]4í   NI"¨A¦ž  43/4ô-0ƒ¯u  4ô    NÈf ...¸%²w¥ª¢sh  7²/°‰  "¦D·%Í
¢S¢;ß  Ý;pœEéÉc  ¢;
t"Aû  ¢;  Oð^±Ó  Âwñ§z§°t¿×T›"áxaÈè(r) :        Ò°´ :'G"ã'1ræÙ¯Fr_  ŽB÷-F  ä#'ö‰Í
@è  ·¯-¹ /"ó-@à  é  ó|û,
è-...#¶^ø9  _Ðh-t"Ô âî¥ÚÓt÷O  ê  zÒnƒh&÷IÚ
" N¸H6Õ    i¶ÒzoIè7M¤Þ•:Ný
KI"" ÷§á0Ð Ý
'µ'œ"è Û¥'K1/4-kôñÍ=5Mi6Õ]tõÓÓÓúÔ¹ít,vƒN1/2¤ü n•-  è*n  êéé'þ¯IÒ
,¸Du-Bn›ZIµÐA¹  ;Mv"±ÿÿ÷"ÚUõÕ"Óî5ÿUôÂÛÔöìh>ÒÒuë¶  ·NªãõW‡Aà-Nôè*  I¸Ca"Tª'Tžµ^¿í'Ý
~ÚZ÷-é¿Ý±þ1/2S"Â
¿ñI×m÷3/4÷(r)1/2
i[QP'ïÓÖ
  (r)  ÞÛk‡k'kéô÷kîþ÷{  ¯-ÿÿ?è/ëÞÒúýo-_*jªÛè  §ìI1/2'd  ÓþúèEíÇ|uúZú
úV×°"U.
~Èš
ÌÂÂÕ[õ²-Cÿù      -?µøI"P|/ÖëZZ&"ô'Ö¯-×ÿoNª
-}÷]  C W1/4ƒÎ‡~ÿk  ¿~ì-üm:Õ:r  A`-×Á(r)Óí  mït¿ÿëï¨  Õ%~Á¦ëÛ  ¯ï²  7"Ið¯=/]Ñ

vA,w    ' *ÿ(r)ùc"  È0wR  sÁG  ÿ{  zÝëØl  Ö  ?µÿV¯6  3/4Öƒ
>þµg  zL  šÁŽ(r)¨Òþ·×Có(W2´ßðø7-ëß†æ)Þ  2, æ¬""":Ú{û  ç1Ö÷  ýêÕí'po
1/2u"  :=ÿÛß¿¯¯óPÝßïš,oähM¯šƒíïü-ÿõ"  õ¯¡:Ý
°nNÚ!ïÿÎÂ:  Ø8K÷wïëš¿°Þßú¿àÛí  (r)K-°‡  wý|^  ¯ÖåAõéúO  %Ë†^Ìù‰3/4¤  .Ú1/2W³ú
÷:š¤§Vööê3/4
š§ÿÛM  Q  ~E¤íÚÓvC?íðv  ¬ßÿôûýµ÷í´
ÿÖ  Wß3/4íÓK÷n1/2kiÜëýûüöÝ
ßÈ<m<ê}Õ_uü5ï¿37í³¤ëîêfÝzÿ|5Î"µl%ý×j-ZM"  µµßõ~"Ký?]°Mz´·‡n•¯gÒÞë  êéÝ?^
¿, ù(c)-µ°Ó¯þÂWivÚÚé6  Õ3/4°VµkïÞßv¯ÃWût-tþøjúÎª*íþÚú~ë1/4.Õ×Å+ì4
Á*]†  `Áma¤Ç    µmSýÛ"Kn1/2w

%ÚVᦰ"imÝ]XIwVÒÝ[W¨"V  V-í"~Ý(r)íý...¥±±Vû  LW±NÆÃ.
  iÿ†  µ"
ýðí1¢&    °"  ¤[[m"ac}†"    \  J;°]µm+_xa+
*k...µ{O{  ¯ÚÚ-  ÈK´Å†*ÖýŠŠÃ  ¿±      §b¯¦6>Ø¦}¿B¢¨1R  w"¨"ïr  xb"é´¢"°°öÒ[^>@ÂÓ¦°Â·a4"
   ±¯¯¨]  ´Â¶š
&  Ü&¤->
+ Âö•  ±bš~Ø¦·‰o¢¶
  'apgÜ    OeÉ  G  ÐàÁ4¡"1/2Þ  -...ý4Ðv    0L+°Â`ƒ
"Z
%a:"[á...
1/2"×
4ñlW        Ê3CB,  ‚,  B Éí(tm)%CÖ  ƒ  Á  ^ƒ#+
  P... gª  !
  0K"@È¤^  l,Bk"q~"DhDDDDDDDDDDFQ!-ð!ðÂðjØ^•pŒ/â6ÂK  ì%¿
  Æ£Ë¨Ï  ÿÿÿÿÿÿÿü  h;R  ·%‰¦¤ØÈ°×  É²Ã Ú  ¨gz  ÂC;$  \5HÔÎÎ(tm)Ú  ëpm'FBÙ  S
vÔ-  ªyØÿ°Õ~EuURÝ]ËnJ  Ž¬%...édö  ïÂµô  òuøC(r)•ýr$  ;ý4¤Õ
  ÿ}w[[]K"ért
"ÖÖ-
.48o  Æ-SöÁ  _ûuõÂwõ  JOýVþ1/2ë1/2  Æ  ¨B
  ÌC¤m'l  Æ'  '2  d-BÈ‰žv  ²è  EZ%7gz  {÷Ú{ÓÂ  ƒ  ;  5Aš  '$ÖËÁ  k
ê  Ö a  ³•-æ²%  Ys!k"Q-Î2p†  -"³Ì"  Pfâ¬  ž8)¬²  >Î
Ð  ÌC¤pÍ³b,
    Ÿa  °  ,°  $  $fqÁ    ö@^
          -Ô  ª
'nœq  xðƒ    M    ûAÃÐ`  ¡z    3Àžšzv  a  éá
"   ðƒAøM
×"ï        ,!òl3    Ð¶ÍŒ  íiÈí"ÖF8uûÅØM  ¡?Bô"°ÞÂn±hiö†ÔCÂ
*=bÐítÖíúOðƒAÕQ4  <œå[@    È¶íjE¶‰ovK(c)¢^ä¦È  Ý-¢S
  ÏÉfÈ‡1/2ª"
Pøµ"3r#"  í  ]~^íñ~¯A×¦  °°  ÛI3/4  95  éäŽ  ‚A¸M¢ttÚM(tm)°d_ü-      g
žYòœ³äOh-Ñ*6E°Ô·ý  ;(c)  ¨³ò9Ð  á  |¢Ø.@¸B<dô‹
D¹Ð¤›K¦öz§ú...¤é6-ÓÂwá;ÔMÁ·è:¸?    á<'A  äç·}y  Âjúz|%¤ï  9›ÌÙD,
Ù  ÆBcA  ðP  ÆÝ§é¿öé¶,OÕ  Öëµ§ßt°*Ú÷Ý(r)  ðÝ"°Ým?OO,õõþ¦Ûì  Óé;µÿþú§û  ž‡Pª§§±µ§¯ëI
þ  ^"1/2ú_-+Šuú  Ý'ê  &ò  êO{ÿU  Ó(r)š§  -¿W÷[ø°ûÖ==  õl-ÿ1/2éGÿþ3/4þ1/2ü"Òh"Ö3/4Þ3/4Óv
Ø5v"{zKÃëé?ûÿ1/2×_}  µP¿ïÿ¿".²Ñ]  C°ö"ª¿§^B'(\‡Wm~>ãd&"Û)Âÿ´_'!=t¿þ¯ýxNk
ÿþÿ]_aÖÁúßßÿ[

·ú_üö    _    "    konÕÿ÷Óä H/ÿé  è}"Ãiÿ¿ÿû
°    ¶ÕÝ[
µà"õØ/§~-ßþ¿Ë  "ƒÿû÷þú   Ù
  þ¿×øa"
ý$÷JAÓ‡þ    vý}"  ?¶ž¶ßªº_¡¿D;ÿ÷û^¿†ü-b¨ïµßé  ²c-    §¿_Ì%ÿDO×wÚ"  ¥[Z_·ßÝð^Nõúý  È  ¹
W~K-õ(r)ÝûnS‹  D"  U¶ö×  þôI
ëº@3/4ú§ßÿõí5y4  ÷¿ÿ(tm)u  îÂ·¶"Õ  ù  vJ^Ó´µÖJO6́4
ï°",ú"1/2W^¿{÷M/¿Ö¿¡¿oœ~u¿×ÿKÝ^^ûo°ÿþ¿ZiWvõí"ôŸ  ÿÖ¿íÿÿNý1/2~×ûmm{õ<û:(tm)ƒwÿ¯s¡  -
Òn"(r)ðúõ÷ßßoÿ¿1/2oÿßý-  owWëÚÕ¯ü¶¿i:ÚõÚÚÒt¯-÷ý§Kö¿ý?×Õª˜ßúûþú}¶Õ˜i;i7i&1/2ö-ÿ}×}v-
+Ú4ÿþûïëÿµ_¿"W{NÝP¶ÒÿoÚÚL0'j~0"  m{JÒ°"
+VÃëÛ¶"  "°Åák"°¶  ØiÿÚÿW4µ°•ý"}ÿö  Õ±Æ  -ŠÓ            HAü0"  Ã0Òb
ÂJý0¤GPÒ´¢¡...‡û   °ÝZÿ°Ôuí°bÓá˜  ÿuÃK¿a¯v   §...ÅD±üS
*6˜|þö)Šd\²  =‰oƒî˜¶=Ø×ÕŠWû÷ö?Ù  Õî  %È(tm)â  Øa"ÓÍ°°í3/4ši"ÐkþÚkV›jîûd;ä  ‡¡ïÂÿîä;ý  H
zý(r)  "  ~,eƒ  A...Ëpšùn   0š
            U:h  &  àÂ¦  út  Xa/È#×^  (r)Ö  4  _†  ÷Ðû]û
"""·!,  Ã  A"  !  œ0...¡  dèEC  /            ,  ÉÐa("
Â¦  ˜^�‘œ  !¡  Õ.Â  µ                ÄD0B""·"""Â  5    õ&Õmã˜  tÂ  ¨j[•?í×Ú_¯¬%køàÈ^Å}¦
*·l&˜T°Å    Q    ÿÿÿÿÿÿ"p5¿xÿÿÿ(tm)  Õ>Î̂/    +úÕ1/4-ëúü+1/2
W¶üÈ¥ùÓ*,emÂ!ÈX"  ²--pgÃ›Ž†u3    a`  ª
  ôîÁ  {AÓ-  .../  âÂäwÝ  ÉÉÎ̂":Ðr   -:
(r),  äçH6hÇDýÁ:  7§nêéëú    Ú  Ö"¤Úþ-î̂^ý÷ë-Æ?×U¿1/2wÿÒÒzï‡2    Ð·³¨  [~
dP  þÑ
  új¶C¶...A  ð¿  Ã"Aú¡^{ÿ}0tB  å"z"  ·ï!‡¢HûO¢dwJ"5‰...ý¯^-öD    Î˜ŽÝ÷Û^ƒÚ×Ð5_KþÎ̂?ï·‡ë"¿
ÿkéê5´úÖ¿O§í">\+{  °ë
àOƒ
1ÇmØJ¸aO  ‰ö8~  ¬2    :c1/2Ší&˜L‡}_a...õÚð¡"  X˜...µ...ÐapÁ  †"\C  C  D  zâ*"#(c)\  (r)û¥Ì
ŠÕ0 ËL    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ´o&D¢
FFfw  qnDM´  áM|  3P1æTÌ‡´ƒ5  ƒ*3²FE²¦Â...LìÂ2ã
ÓV,(c)  ³µ  Ö-(c)ëëFJ¬ftß_V  $"ô̂µè/üš    ç"j‰fý¢EÃöÕÑ:    ÿ'Eá7!  áa"×
§UZÿðµH:-Ì*ÿÖ<1/2XïÇµÿ"ûÿê¿è>/ÿŽž(r)•ÒÚ÷"ºÞ-þ"õdÍ  -"0"ÿ{÷éý-z¶k  @,•lÂÎ̈"5  R50  B  4Ó
1öp^Â"ÁF      lðÍB'3ë:2¡  (r)ÊtEK!£b  3ƒ%Ì-W  ¨þ÷þ  a  é
Ð333/4,q  C  Á  2    a  ö  DÂ
  Á  4  y8p@Ô6́0  Ô!)3  d¢†}gÃ,qV  g@pD*¹  Hƒ"      ±H  ó\JÆu
j  ìÕd  -|å]§  ƒMéô-ña4  {@ƒm


  ×°ƒ  ?L  nƒÂ
éýÂ4Ðvƒ  Cè-  a<†  PÌ
"  Aà^A"[¡y›fÆS×´Ş´‰´K2,VOš%oodj  °Òî  h  ßv...¦  õi1/4]¡nž...ßZ
8˜ï´0ƒí  š
Pa
ú  A,h0̂]×ö1/4  Ü³¶E",
Â  ^gA  ¡†S-‹B&4Oœœè  <Ž"G  ²/Q9´KÚ"
Ñ/¢XûÐQÚ"†¨  "uFI  ÈœÑ)Ñ²È¶
  ÷  (c)Ä\  ¨h8ûOÔOÔð÷JÒxCN"wÒ"̂åE      &é³Ó ž  ÓÁr~•èè  Ù*4  Ìá  7"Òg["
éè7@òs¤Ù‹ôKš#ú c¨  nKš%Œ"+øø°ƒëÕÔ×&ÿíá>µ¤Ú/×"Ý7W¶¶°›KZØOM-?
¿T›§"§A  ¿̂°}"ðƒ²9"õ  ƒ
ƒp@û"ó˜rÎ̈Eæ̂û3/4N•nÂ  Ú  ÿ1/2¿§WIÝR  ^ÂIü  Þ-éÒm¯Ioz¯k_éº´  Óáê÷uê  OOPœxO
"j"u¶?°wëOkß  C1/2^ø¥ÜU]

¶-öôÝ}ßÕ6£ÚÿZZ"
°kI°m&í&Þ  øa'oxjÕ¬=÷WiéÒqÿÿ‡ÝkêÕWO  µ×ûNÿMí×NÂ×qëWëkû"Æ.(tm)¶  ƒ%#L!r%U×Nö¿
ÿÕÃß...O¿¯-^-1/2öÿ¥
N¿Wô?§{ÓÕ°ÿtÂ²
ï¨Ù
   ÷d9  þ"Ö24  "ÛôC"ü/_·ÞóX^¿¥êÔ-  ÿ2à1/2?ûÑÑ'Úí"(r)ü;T÷
+TÁª"÷}1/2•aÕªªö  1/2È=  ú-k$  ï  ÿ'  y  ¨ä  _#  Õ9Ð  ìŽ  -zþ·   Ú†  ÜƒŽ}  Ý  õðUû¿
   KËlëÞÝü.íÿ8¨¨ßÿÕ²  /Þh  ý  ô·}c  X6  õ¬në·=Sò
ç&CÝ¿þƒvïÿú~·è‡Šéÿv   i†-Ákn   -ÿ¢  é÷ß]þ³TÊq$Ñ|  ÿÛKOæ)"Ò÷}y¨¥þ"_Þˆÿö"ÿDZ  t
ü°†}P*]Q  }WOÿþ~ÕÈ3Ajàþúóÿ¢dTè¨µò  o¿~ÿIe'};z{N0Ñ  ;éïk  %o6Ý<(tm)
ödÝ1/2þC
Pà§`ä-"  |Ôß×  þëÐ>þðþÿ!Ñßëö  ¥ZôÓ(r)"  ^õ[äÈÕè§¿_ÿàì
3/4ësÍéõoþÿüêþûÿ¶ý~3/4¿ßí...nÕëµþÕ1/2  [Oè/ÿÿéz¿j'ªÞ¬4Ž:×í}vÕ•ÿ~³Ž-&·[ûÞ-¶þ×wþ¬ó¶éÎ¯_ÿþ"ì
Õvÿ_wKÍmö-7÷íÿ{ÿ÷ÿ¥{{÷Ãõ°í[KuOÝtï¿×µ‡ûkKzÝ°°zïÿ  m¥
%ÞÒÕa"›JÂ¥°Ò¿aÕ!Ú_kö¶"ُ,I‡U-(c):µÕ_uÿð"ui{¥k}þúßk}-ïÚx2ãl°   Òía,vÃ#ˆÃ
CZ'D0•ÿa&ÕÂ]0ëÚV
/†-...÷´
á¥¶  "ß  °  -¨m(j"Úéÿ...l,:µ-mwìS  _±LI1/2Ø¨;Ø(r)DÎÁ,Ã  b¤KÃ  ø¨§mŠŠ¿a...X¥ƒ  ÿY  ã†  m$
$Å:¶(c)¯ì^>Etá[ÿÿM(i...¤Ý5{MH#íØ_ìS  ok¶+ØA-C
¿b¿bI÷1/2úú!"lR   ÚÞ6Î
ÿ‰'L[  ˜3/4¿°íX&  ¸aS"    "ÕÐi¯^  [ö  íBö  ".°¹n  Õé¯jþÕ-Lu
"Ã!Ç±$ô3/4¡²  í1ûÈ¹ØâTB"
   †  A-0  ˆŒ ø†  a4
Õàš"!"
. a  -šuaa"Òµ
é"8°BÃ|  A,Õ§jïV   "  ¦(tm)
  ÿÚ^^^^^^^^Â   ø^‹  "
ò
  ˆ°.....^"#†  [  ]k~Â  \v"DDDFÃ0B"â  j>Ð^Õ2ÊjÕ"¶°ï£Á¯@1/2ªµpÁD  MÉ  ÿÿÿÿÿÿÿÿü·ò¸(tm),&
  ...  &(H  ¶´X¹{3.B...›  -t...   $     šÅ
&   !  Œ
ÈØBœL(tm)"+š<ÊpA  ¸¢.ÿ"  "  A"  a  @Ðh<ª^W?¹)JèDÁ  (r)ÓÁé¦š¦(c)°øKÕÔ'¢Okµ'  :#¶‰õ  àäñ
¢7¦œ›Ñ  "8hŽúúí  *  Ḱ  7@ÚN  7
¢srý¤fà"<  mwkõÿúÓÝZ'\KPÝ6  m  é:Núÿ¸êÐ-Öž-¶-Óiik}÷¿ïúî¢ÿ¿Þ¯_¦û§§Þ›ÿ?õ_  ˜dM  ç  h*  Zô
Ý²Ð  ô-  è§1/4ìþï×  Bœ1/2  ÃL¯   á
ÿÞëúûù&!  f±2
¢  çò C¦q•nÉ  É  Áÿ  ê  Ô)ì"Š  ‡
ÃLäD  FÂgQsPÎÉ  @Ï3/4  nª  "  Ý4ŸÒª¿Jé1/4=h  ;      )       ¸¨vƒ  -  5  4Âh5$      4
"DÔ  x Í  ,
  ì
œŒÄ'góœ  "NE¸"   B‡ˆ`r
Âê5}íDiÿÞ¯ßë3/4°ö  ÓB,
¨A õ    ëi¦ƒ    è4ÓAÄ4    =
(c)v  ;Ó

a  ¡  "‰"0Ðy@'Eïì‹d/4ÉÝŽpuÿÿ·^ôû¢(î-0ªÅ¢1Ú    ‹n#'  ¡Üh4Ù  Òz#¶ˆí¢(ïN7L'éÚ    -  øo´  iÑ9¶
˜f  "ÿëúÿtít  ÌäKrs¢$3CÐ#C(c),¢hÈ-BóA   æ%ou  ã¦ù  Å  ÷"s@  Ð
i  w"œœÃÐ‹ã    š#1/4-z(r)ôö¨N  ~.    W¶-þû_ÂxÁÐAäëÚ¦Ï

¨ =l Ât¸AÐ Ã"Ý(n t ¦Òlä y "[!:Èœà𝑓p@è æ'W.‰ Ö×ûWl4$
>ïÿý¿ÿú}Ò{AZ†ØPµtšzÒm§ß¦Ún¯á
ý‚‚a>ÂÒtžŸÃ$| ÷±úõ †
EŸ¨ï*ß(r)þµᵒᵉé1/2§(r)•ëj•[Ü+Ðé=:é:3/4‚mi§Òoouý/ÚÝÿ÷@Ãi3/4ï¯ýSÝ{Që] ÿ¦‡Þ‡IÚîÚ3/4éÿÿ MÝ
ëö }µ¥~ {]v A=ÿ×z"Z¿NÖõÔõ"ßwýR¥w"T× WíÔúÔ¯XõþþBéÿÿgvß‚÷U¿{ýá?ÿÿᵒV ~Ó·w‡÷Úf
+µ"U-ýÓ]t'Çìƒýúk~ O ÿëÿï" ßþýãÚÍ@"¹Ô=a2u² &¿ xõ7ëéãÜ ‡*1/2xa÷µ_}×]íÞÿªë¸¯õýÞše
Å"‚ ÃZÿûÿ}ûû¯ ûk5...ì?zíýþé¯¯J×¯}ð¯W×ÿê1/2:!áý...ü0oþúÿéé¥ø[...ä€_ ‡]zUþ*3/4ÿþ×(r)1/4
[~Bý2j> *-^{õ÷û¿-9Äi% ×"šŽw> ÷Û a
‡1/4+ð; ßñ ßß×M¥uïûwë'ëõÿ·
µ'CµÑ$["s¯û_C¬ ð"Fé{z-¡è‰=Üê‡ Aõ~°×ÿ§ÿ*ý¿-a -ýWø@¿´3/4¯BDË×ÿ÷"ýS¯"#{Ú#î¿w}¿¿ì§Þ
õ×ë¨¥¿õÿ ᵒUÔ.ï ÿ÷õ ª["ð"Tø/ -=õ§ý¿÷-n¯3/4ë"Tê¿m;¯Üè{é7o ÷ýjæ§í NóUû¶ô(tm)(c)úöþ‚ûû1/
2"¥¯ÚŸªNž(r)(r)-ïMú¯m÷w-m‚¿¶¹ÔÍ1/2[O"W_ÛOßÕuÓ(r)¶¿úßýúI ui6·W"(}ÿjß}zßÕûÃT _ëì=1
/2ú1/24¯´´×þ1/47WÚÿ×á¥´¿¶ ØzÚV!g
+I´ <$ÚPÅE
ÖÂZÛᵒÂm¥ü0•ß§þ-...ûT-l$ÝCÌÒÛ(r)×þÕ´µÿµ ìqÿ
-1/4$Ú°·-a[ X]ᵒµ† N˙Òµᵒ¶¬ [[û]µl.ý...µᵒ-¤Ãl-ì0WXk°×ÿo´-;
w~1/2...!‡(r)ìW
ˆLVÃFÃqQLU1LBc- † d{[ ᵒabXÿäG±ᵒÐQL‹ÐH I ‹𝑓 ¤_ }i(r)Á‚ᵒÁXa7þÓÏ " ¿V*v(c)"Âa
;¨ÖÓL‚C~A-Å~ÂØÚoMØ"‹ãØ¦•Šþ¿2-‚Su]þìTq&ôE DµÃ êÂ...]
X˜&G"
šÚ Ô†ž-<0¶¯Ã
d;ÚýCVÂÛiÚ"Ó°¯Â¿ëá2 ö¶Û3/4$ßÜHÈDA-ª B
pdÄ É§F¹, Lp‡hE"
/

Øí
ƒ
a 8aK€ ' XN /ûÔ0¯TÂ·ý-x
c^^^^^Ð^^^Žu"Y1 B""#Ô!ð` ""8a-0Vÿ¥
! -- Yê#ÕanJ-+BØXÅZµ FÍ ÿÿÿÿÿÿÿ-åœ ÿ•Ä/ãÿÿÿÿÿÿÿÿÿÿÿÿü²¸Êàl(r)"K a¯lvxSùs9 ˆÍ ÷
æ) ê DLÉp0F¢$3¨ƒ¯"0RXDI Ù I Du L
âþñ ! D B
k -@Á °@Íçᵒ..."€V&|x&H
Ï×
N(c)áÐ ÕB Á
o"Þ ÿoÛ ¦Þ Ð~𝑓é ý ¯è?épí;(r)ûi0Ÿþ(c)ëx_ï÷ ] ‚è&^g·ý Ûôþûòxku̱ò3"DO"|Œù"Ò $
Ñ
á³ù Z!:Ÿr {}ä_¢
vï£¨ä˜ ƒw- ô ÕE<Zt 1/24 ¢:DX-¬ æ²-þ ¦ÿë¤𝑓~,oZ úL _ᵒÝw¯"x'N¸OuÂµoÒm¿,
"ë5_-ûµ æ¨Š8"ëàÇ,
ÃXUý§ÈÇ ç ø~Å"Gÿð^ë¶ëŽ¨ÿÓíJ c|'oJá
ß ]r1@}¿†°_ÿ ßX?ïõn"âÞ3/4(tm)àÇÔ?[îA k÷¯F .ÿµûÙ oØÿú§é ^¢ 3/4Ca ý'ÓÉ
ú´ áù'|...öN uïØ:JÖ3/4 ßÞ
¡öû!...|?Žý aþêÃX ÷ÓÒÿ|†rÿð"é"Ø~÷Is ~ o[²pc xMÿê-]§oúÃ| ï×
ÐIúh6ä ×!¢íˆ- ÁŽ v•ÿý1/27 ßî 7ù-_êžÛ GJK,I ‡È¥ÿÛUô·Ý^Ã ÿõË˜¦ÿáäXNú÷ÿÛ{öÕõ
Ôƒ
ï¶¨ᵒïX˜ð}‚.-Bÿ...ÿEõ E×3/4
ú...JíêÞ·ÕÿÁüZ¹ H^Ó Ã1/2Xu(c)(r)ÝIÓ·ÿ"ÿ1/2n ß""=ÿ Ž·w÷D^~x"ëNäz}wþöâÏ î-1/2ÚÝ~ÿk§

¥êµï"î¿¯mC}z~ªœ41/2ÿn·[[Zßÿí'KiHõÚL="Úò=0ÕÖ ÛÈõm¬ N¯kïôÃv A°µzÃ CµªoKÛ
S¥v omí/W-]-
A˜
•A...c Ê %il I]ƒ |-†] Ýõ°kÿ{n6*ØlSIE{±üvé1/4E ´Å^ÿ~š(r)ªÚû§Ø^ö W*3/4¿ª·M$áÃ
Ú´¶ ín-ÂïW...ÿ}¸MZl a+
1/2¯
n›a `=öá"ó 'x@ÈM/ ) JöÃZ²
3ô W¥v P'-œ²ÐB È¦ˆC"(c)œ¸,Q1Ð'ô ‹9P*˜˜˜˜˜˜˜˜ ,•Œ"ÍŠTdtxŠLŽ "
¨Žd_& ¸"²PŠ±'"w§,‡ 0'0
³ ªl5
†± 5ÌÁ¨¸k ó
Ž §Ñ O '"] Èá˜kX˜˜˜˜˜˜˜˜˜rÈ ŽŒ"\ " -9 b Š± Ñ'ÑäI(tm)x " aÉƒ.2œ 3/4A†,
C9 š r: ÁË¢ #Ä@!"B |ˆ
æ tt ³á¢"""""""""""""""""""""""",¦C ÿ"e,ì1 ¥ ;$ 's"y--ÕQ ÈæGÊ"J³',Ì)6 §ATØR€¥8B
ä|3 " ¤
!ŒÏ# § É Fl • HŒ§ N Ö
AOŒ‹åÁA€Ë>
a ÏŠ|£)Å5 iÁ S5•;¿Á cP|
" DzÁ "N
4G¬ yÁ| Þ úzùÔ íCix_¸4 ^è ý" ¨Aïí-×1/2w j"mºê þ ý ý]=Ðz[ýÚµv3/4 3/4ÚëØAß
ÓOºMþz{ê›ß§ è ":ò;>:m+TCŽþG ´ !9ïwý§ÕöûÈ£" ýþý8?B Aõè 8·å ¢/Ñ
î mï ...÷-HÈ¢ Ží "¨Jèˆ9 R`Dz[ë"³¹Ü§#"!G8ïðDtÞ i|&á¶‰ @ÚMÚðAÛº ð›ô ×â ‡ë§wb
Öˆ§vø7Þ3/4šº,.1/2ºtž˜z 7÷º =ôÝïü ôÕ÷ZO(r)´ï'v‰=&îáõÓmK?û(ÈëÒ,.3/4ï§,#-W,ƒÙ8h ï1/2X|Ã¦
áûY ô¿Z"öá ÷WQíÒpƒm{ 'ô†-ïÁ°_× # Á¿÷§a¯ï¿ï
P(r)¯^þIÝ_
ïájµ
õ÷ýn
Ã}/(võÝ*·{ýÂ.šé? þ pßÒ‡n÷
¿Ö¯§AðKøD~-;]÷Öôý(;,#(r)úÿ~
ka÷ÿÙ #¤ ïûúö y õØT-ŠõéäŸþ"Áì"¿îûX%^MýYÑzèCpIõù'zPûMjØDuˆ^× ~û^¯¯1/2Âºu~Gk~Å
ûî(tm)€ÇÕ_û[PŸm
÷¥}:ûÓ"8 -ÚÛPßº3/4>ðý' ú¬ Æ-÷íß
a
ûê˜"éÝv¿oøûkvÕ*ê {·3 ƒ-Þ §þ"ª,.¤]T*Û\† ˜†Öô3/4÷1/2Sµ}ÿ¿ð˜"þ Ô_õm"
ö1/2ÝX6"3/4ú [,ußú·ÕªzôÛ÷×ÈgׯW ut'!Üž 1/2SöÓ¦Öÿwá$˜?Þýõ¦
•þïõn-Žöëä@žîF' ÿJ*S -‡ä1/48"GÐ"?êµ1/21/2ðWþû¥Öœ ŸïÕBMþ¤| Ý>íÝ-ùn(r)
?û
`÷Û×uk zúÓ·W·þÚ×÷#wÒÌ§öÒõµÝ ¸*1/2ßá"3/4*¶¸¤ÖHŸlÔï‹..._Ö uØÜ~ø>°Ãv÷ö×¥i(r)?
ÛUv"éÐ=x>6=¿ÿëÚ§(r)41/2ŽÛíUûÿ¯"zð•_ßê(c)6ÒØDu _êþØ5`þÿM.÷~ÝÓï ÝBƒÛK`‹¦ ~Ã °Ø
öá}A úo¯ßmÿïr=^›ö ß"º×ƒá¤ïOªÿ Ž˜:"ƒÛ¿÷ üqð1/2-é¶Œ8]µVÚ[áv I†-(r)ëÉ ¸pi;°ÂÃÂÖ¶ûûòU;
Øj·§ƒõê ¯ Ú°f ôÜ54 G ŽžÒÞ ^öÏ¢8O5Ýõë¯
¡¥µ{A7Û[ áêqÛ GÛPfÃïPÜ1ü,=Y
‰ øÚ÷1/2ÂÏ ¸=º"·¶ïÚö¿ ŠkðÅ>õÂÜ1O ý·ík Æý k¶*§ô¯
˜L-Þ°,Km¯a}V-ú Ã}k3/4Þûö 'áXh01/2Ã
~Û}ØXkO{ÿÛ,÷iZ¬w¯†(r)Ð.˜Zí ¶ -ØVÂ*µoÿÐwá(r)ð"aSSº
á2epÂ#|-"\ ¨[WA...àÈTðÂ °qlƒr,¡Ê¦(tm)P¶ƒï¦È8à-â""""""$X"DI8DFu"·C¤ EŒDDDDDg- "K¦...
"Ý@˜˜˜˜˜ &ÀyÐ2‰ 3/4G äàÐHÈù€Ðkˆáœ¨ É ˜N‹²á°Œdp\ÖŽ :0‹† ˆÀ9 ˆã"hŽÈ¤GD
9 0""$26) "dp"U ê¨DDDDDDDDDDDDDDDDDDD28d ipÖ. Ä€Ðu 0Ë$ÁàÈ(s

_  h9  š  <~Pä  fA°r  -CN
  †¸ä3
,rÜ†HkŽ@ðw  ƒ^^^  k]hDDHhDDDDFabÌ  rÜ¥e¹pQ2 Ñ
HaR(å
•2€L(!Ç8æ  ¡ÊHN
  ! ¢d  ƒÁÜ£  ì  †PçA
Ô(^^^^^^^^^^^^^^•J?ÿÿÿÿÿÿÿÿÿÿÿÿü¡¯  ÿþd
Œ  w;&2  ¡  )  ‰"ªQ  ^#o2{  7-È ¶Œ  0ˆ@G h5
IæZ-WY8L'  r+7æUíÕe    O2¥3/4ÐwT-ª  õs°-B_D1/2Eüž  µåÐ¹  _""*_é´fn  Ž5]{úõÒºÒÿ¯ý÷ÇÓ-
"{÷  ª×Ô&éïÿkë{ûúÔvt"&õÈ   ÞL$ÎÁo·Zÿ]  Ð"  rü¸!<‡Âú28˜§¡(tm)"$G    ‡Ô,L...(tm)  4D  N ò
~#B*ÿ)ÑR   -Î  /dcSQ  ìÌR1"¯"  -È#5   Ê£;R,ÿ¿û  ôŸ¯
"P  "  h;A"Ay-  §~   Y  G(  SŠn   Ð9          A  t
@,(tm)ˆGÉÁ   ó
‡   ˜gF  ...ñ  ˜U<Â  B3
aJ
Ì!¬fÜö\S@"6ƒÁ  4"7  üýôŸ  ýãAÄ4ÓÓ]  ‡  L  ~  ˆôÂ  ´ÓAÂ"Õ  ´Ó  á:Âv¡7Pƒ   ×,
  Ý4  õ  5JåÔÈ¹ôªGoD1/44E¿%   æ4Jý§é¡ û<A§¦þ(c)úzo   Ðq"Óõ¸´,ëx Ýí_ævÎ9:  !2
;'f   <³Á-@ƒpA¹   vHäè  #Çò]DW¢Îäÿ²+(c)      ysr~ôK²-  Ð8(tm)ÄÝD¸8‡*
¡<(vœ"†Èÿ¢<ÈáHí¿Æ²/6Dw"Çuv¡m'á?B×¤í7MÓ1/4&Ôá:N•<  @ƒ
        ]  ƒ†  Ì´  (tm),@Ø5]   ´nG8Ò@ÛP@é7   "(  :îF,tpƒh#6‰ÍÝ83çeâàžÝßýV,ë_ê¶¦š"Ýo
¤é=7§Ö  ~ëwl°§§Ý:Ô(r)ž  \+Þ  OM°WOê^-^(c)¯ÿmÝ^ÝÇz~Õuµêá=t×]uV"ǿzkK"íSé;ZÝm
š^éá>Ý´á6Ó÷ßþ"ìù,u±þ·Þšÿß{  "Vìz^¿é¿ñêé¿¥¿Ô<":Ð}A[]á(^3/4ÿü"×†µ"ôã~--Õßµí¸ë]Sýw  ·è{->Åaív
8  ÿ  1/2HÔëÿ³¯Ž  t,Ô.È...  ô"P¯ýi"k
÷è4•ÓÔµ_êUÚÔµ]_ö°yf  /ÝÿHEÔä¢G@È  'ÿ  ¬Mì¸/|FÃþ6BjÈÀ1/4oWeÁ  ä9Žµ...Ê  ?
zìŠÜ¥-ýÁ  ê÷ýAU†
þöP  Õ
1/2  u  í  DN¡‹µøßØ{·nt
È€|¨
[ðpa$*è...¿uß¬   ¯d1(c)
w
0"ú¯_}öÿØx-Wo"á‡}U,N
ù
ïÛ  ]ýQ#ú¿(r)å"|ÄÁy¬*"  _¹2d<Sn  Ž-)`O3/4A  ¦Ò!ïrcš
¯J°8æÂ(r)  ?[Â!â¡  ïü/øa×_A  UþýH(tm)  %Æ‰#¥ÿµ#  Öe
°"azæRi"E§"#{²Éü§  û¨¨‰÷  <?z!ã¨ƒ  këû¿ÿî  áà¿1/2ôY  }ÒÈ°ûòH[  û¥kNù  :ôôI  -G¬"HõàÜÏCÿ
õï¨;¡û:µ\êú-×kií  þØ~  VÿzØ=-õ
úÿ@"ü¤Ä^Ôú¨êÎ§îR¡šWï¿ÑÔ-•¦  Mú5-ëÎ¶ê·  _"  Mo  ÷ªÒÙOÿìƒw^°  ûû¦Òö---RëîÝ%zwü-rû]22  ë
¿ïüû¨ú¨uõuÿžü4-IßØ^ïÿ"í+JÕ_µûZn  Zí+]+ýî-W^Òÿ×}ßøi:Õ÷}ó  ôûi6ª1/2¯_ßÃJÒa(r)  xkiîÃUM]m
"[VÂ¶¡;¶"  -¶--Óý(r)ÝZªúÚúÝ*ªâ(tm)  tïÃÎûä^þ  28  Õ¯L0TØa,  ø28Ga""UM´J  V-ðÕÂ]"Õ†  ¨ò
JÕÛ^(r)Òm{          6  µµ(r)ûLB¿
?ö¿±Q\IÅ'pS  cë
I  ¶8fÂ1/2H  ~¶*D|‰}Š†  ¦p2â  Ðd||_±Tò%†              ,vÃ
°Öì  ŠöÂV  -Ü$ÿ  Õ...A"ÕÚM7õ¬   N÷c  qÐiˆ[í  )¶Ó  Ý=Ø(r)øLI¿‰nØö$ÇÓ|T   Âe
  Á  _ö
["
  anÓ  ¦>
Ãµ-†  a[  ¦×
VÒnÂ_`3/4Úõ-é"ÚÙ

þ›" xj""""#B#ƒ8YÕ"Cƒ  0"DC$œ'a  `šÃ&0&˜B  A"Ø`...Á,á

A        8iÃ
            Ø^Âè0KÂŽ"""""#^^^^^^^Ž""#^2B""
-RI
ŽÉ±5ßê
\ì
þýn›ö-ë]Šá...OµÄ.¬-(r),&  a0¢'eHcÿÿ(tm)  Qÿÿÿ,ÏQÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü´  ³M  ƒ
Ñ-Ð4›ô  £{^,zoMªÿn(r)¯¿Ö"ë  é    ZÒÞ¿Kõ¥KzWÒu¥ô°¤tOém)d¢T(r)¢v]  0  ´£  Á......b(c)  ;O  )¦
R?ÿÿÿÿÿ
endstream
endobj
75 0 obj
<< /Length 76 0 R >>
stream

q
423.36 0 0 704.16 0 0 cm
/Im0 Do
Q
endstream
endobj
76 0 obj
37
endobj
77 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.16 701.52 ]
/Parent 90 0 R
/Contents 79 0 R
/Resources << /XObject << /Im0 78 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
78 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1734 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1734 >> /Length 28416 >>
stream

ÿÿÿÿÿÿÿùkœfCbÉ±k+,¢l^Ê  &NWZ<"Îdm˜dQ È3/4s
^ŽÆEgÙ†vM  ;ÎÄ  NyR"Zæ"r¡$'(c)@Êp!]zÚÔí/UëT-êî•    }_îOáe¯ß...õúTúß
ª¿3/4'Kÿõ#°×_õõjßµv¡ßêô  nX8}éÉíÔÒ3/4  Ú_ö°ÐOÿî•oÿÜ&"ýí7Oëíð"þvPž"/_ú1/2ªVç`òtžD³±(tm)$
äZ6e_  "ÈðÕ0-d¡œ3£!(tm)øá    #DEØ"-ïDWi/žd_#"  5gìá  pI$@...%òL>xÊp"8é  E¶æÆ¦Ä5
$3  f  ‡  °D@"-d2¨BiA'  Jq"
5    ^ƒB<ØøD*/ a;0  d†`,!t  Â¨BF
°˜D    ø"Òå  ;  ÕCðD0A    °A,v˜u"  i§¦ƒ°A"-  ¦  A"a
iº

ÓÒ° šqh=0ƒŒF    ý  uAñb=ð...4íPp÷C·ÐiÝ
øµ  o  ŽÐwH  R  ñ{q  r7qI¢WûŽ8k¡Úêlå  !¬‹1h-k"ç¡¢S
0‰OÒ\Í  £  ‰{da   sA²5  Ð‹vA,ÇäL~^-BöEæ
o-F,    ä    -ôOï¢]'  ö  4HôNlƒ¤$RnÕ"}²9¸O"Þ    Î
iá7Pƒ¢şƒO    "!²Tz  "  4ôðƒÉ!  á8û&w$tÝpž  ü[]
Ø m  Ý=
"ð  &á
ý:]é7Uh'ô  }Sájô×M¤Ü    V¯é=B"tž  wÚN÷ÓÐnúz°éô  Õú-=Síý=ZO§bž›î  ·þ×¤  .ƒïò-µµk¯ëWëo
Ú¦ö¶Ÿ÷Ó  ›Õ_Ú¿ý=×UÕW¶|1/2nÚŷê    cXëýõU~•-þâúûu¿K×ZÝ_¯"ko}.ÿ§§ûNžíÚ°  ïzïkô1/2þô  uö
ê÷þÿ×
}R×zûµ_ÝFÊ  ¬?(r)à¿¯á'Á{Cü  ‹1/4t  ;NÿëOÚëÛÚ  ûÚ÷ÿ-qNKA$)"ø  ß³  _âXcÒàÐª÷ïÿõÒµª¯ÓN
Â³ß  d-  JA†-  ÿÿO}¿°_zd1î1/2  ¯¿t¿3/4ÿ¯-ÿûú!âÁÿÿõˆû"áNPy1Ï"í"CÂôAÜ
Ø0ûÿÿê¯¿rÕå"  úoýw†  è%oè7  Õõ~1/4É
ª¯3Z³  DXIdß3/4ÿ÷uÿï"Õ}*×ÿþ5¢d2œ_^ë1/2÷ûiÿ    þÁ¶"××ß¯vé
;øßÛ°ÓÿW¬  þêú×öér°÷ð{Ýÿ  _þ¹ÿK_úµû‹Õ,?~¶µ¿ùÕ"gSïÿ\ÒòNíÕ}§û_û|2  (r)u;_W_÷  "ê¿Mê
ÿm}  î-m%ÞÕÕó¡ûiv¿"ÿ_Þë÷ïöì/"ý-Í]ëkþ"}"ÚÚI  v³êÿ§ß÷÷3/4×¯I°Ý[UM¢¡Õµÿ°¶¸Xkïu]...ÿmvë"µÕ°¬
k
+ô"ó7Ö×3/4ÖÂ--"  Ý¥a[WÞ›ð¯Mûi&  `Õ"Þ
Û  i-°""ðï[
›Tø0"  ûO  }¤Ýl4
'ZêØJ8aW˜ïCXaQ  êÆÅ1§J¬|V  A,û  ÅY±  7
U  íY
    ¿ƒJ+cb¹  "Á...  ÃØþ  ¸S  Cb"v  †-Èw÷ì*i7Ø'w¶Ò´ÅZµ¿õÚÿŠ
tÈW{vžÄ  ÖÈxû  š~ŸV  [_û[
Tá^Ó
ša›ÂŴ1/2?†
þ["  ,0L&¯KÃ        ...µûL    Óí4  XÕ 1/4  -X0Tâ
    ˆƒ  C
b
    PÄDq  0..."'*á¡V  D  é
  e'    Ê  !"'#^^^^ƒ;&    ^^^â""8Ò-Ö¥-  í}"
-¥am"  Šj  A'  ¥Œ!  ÿÿÿÿÿÿÿÿÿÿÿÿÈaS1/4  ÿÿÿÿÿÿÿ ó²Uÿÿÿÿÿ-Ä2Ý
û-h31"aW  '1/2g`òh
RÙQ  •³¹(‹³±t"...ØâÉh-§*Ÿ;Ó¦§iÄ:  É
    "×3gzh6

^  Nšw×ø^ï"}÷Þôÿ}íõÿo"Gn›~Ÿ]eé_  ú-  Õ
ãï×@Øûï~  l"‹7ßŽ7î(r)-t°¡°þ¯Ý[ý=7  ÷o'Å'zÚ¯  2V'œgW"Z1/4í/1/4  Ë  ÕÖJFFŒ(tm)  u#[6!¨dáÎg
Ý  H  Ì  Û6ôœLÚ:²
C¬lSXð  š,,!ðÚ  p  ¯Òóîêï؆P2&Íq²  ‹  †F¨ÀÍ    3^|‰ou'b9¤g  2,!àC'ÈÔÉ  "!O(
fŒó    ¨@ƒ  ‡
¯D  (c)§¤  ›ú  ?Â!ƒ¤  '"    1/2?·Ó×](MÂ    ...
¦  Ñ
EA  D8l  gA4-š"Ï"  ›íA  °  Þ  a  °
  Âa
"×ŽÚ¿mPtÞ›  †šiú""÷J(c)/¶¯xA"    ...  îÐa  šhhoz
'íê0ƒKOxÓDvî-  '"ï¬'"Mz#Çõi"."G
2GÒ'KïÞÖ×Ð¿¶Ñ,¬RÛ    ÊÆœŽÛ8åŸÒrYÕ  ðÑ93/4BÀh-:

D1/2È³ÍΪÐ‰{<÷I  nÝQ:d_rs"ƒp@àýÐoî"u"›ÙôNm  ç#´,
‰Ì9
›DæäNr|á
ä[R~    àþ¨Ÿ¸@Ýõi7EéH6,¸OV·É  pŸ÷Ã-Ò]:_"›ÿ×ÿ¥fÑ    °¡ún  xCOA¸Xn  x-    IÚ"(&éé[¤ƒ×¤"×
Ö,ztƒpžµ"Òzía;ëMÂz  [¸ëïémx¯"ÚÓþ  àä¥Ò¯Ã÷Û¶z"  ¦×°T›Iúv›IëkØ¯¨ÿt-éý§ZÇŷêẃízÕëÿ    ¿]=[
zZt"ëÒúô  ã  NäÖ"Š¶3/4²ô7ß_t=:Ò¨û(r)ö¿}    ¥ô#"uíþöôÚ[]z]3/4ëÿk¿ýêê°þúÔj
î1/46(c)[koÝ[I?u  (r)×]>õý°áUûK[UÂ#§†ô-û¤Ùàyà3/4(r)FÂþæ ú·Xa>^  é~Úµ  ×
WÝ7õN-n-'
Bÿ_Óøk!ô÷¥þ...ý  0OÔ¤  ÿÁ  ñ0õÛ¨¯D*MÕñ{  JB}uõ
à%×¬prÉÿ  n·Ü0ý-÷oÝµ  ÷ðŸ~
"iZw§u¿
õü,
j"ú3/44¯ýƒÝë_[ÿƒõë-(_J"m  BŽU(r)1/2  ·ýa¬%o×"!    jü0ÁnßÓkWöë
  ýþ"µÛä0þÐ›Ŷ1/4²wÂ!¡úÃ"#_hŒ¥¶¢"_ÿƒÿu,s¹ë°Ñ
wþÿ~1/2d0]¯ûÿ}-  ~-ë°_z#=~  ]ípKî  ý;kê  ]þ"r
DHÿú¤îe{"(c)b°"GKû¶(c)  dA{ÿûÖ"  °ÒzÞž-"¿_ëÜŒÿàÚ
ß¶Ûþý÷
nd3-wlèÝ_  ÷ļt~évÚ×÷¥¹Ñï×°iNô×1/2¿µ
õ·í  Öë¤¶ûçFõô  ^3/4÷ëïÕýÚ¿ïÎ§[¯Û¥ƒ_þ¬tõý_ß×[:IéWÞúöu_f¥
èÎ²1/2þÒÖ×-Ïÿ¯ÇïqUõVþŶ(r)"1/2´1/2&+¦ÍžÚ1/2ïy!"¯°"WÒ@ô-ÿ^  ÖëÝÝÖéµî-ÛVéö›ïµÞ  ([KûÜYc¯
ÿý?ïm(r)"ëú
ýî‡°ÿb¿øuit*°ëÓ}ö3/4¿iS_ḯÚ·ö  "Áí¸^ðJµ[í{M´¸kK"a&×ôµëm]Oi0×Ý°"
(j"ao  †  1/2¦  ]ì  n  X0N  Y    ...Ë,{Xa-;.
jÛm¥û
(iv"
'"  †
¶ÞÝC.3/4Ò†¶¶°¨-Ÿ  ±L28Gä[L!  ðÁ)  ;  ß    Òa,±&ö!qÄ  úö).)(r)ª    Y  ÖÄÃØ0"
-,¯aXõ´Á    ÂÛL  IŠÛbƒ  3/4Å4ÂvÂ{O  û    i‰'klI="Ý; 'a?1/2¯"ïjÄ
Å-qW    q|1‡  Lm_±M{
µM"  L$Òa7a"  ÓjÓ[°¯ÚV  @Ó´¡,  ...V(r)áj-Õ[[

5kÈX†  ÷  0ÝÚajÂ
Úh  Ð‹  8´dª  D"...Ã  "!""!"  /hÎËí
†        ö  ƒ  0BA¡
(&    ...´†š  Ä  `†...,
•q"  ^‰ª        â#B""'!-Ü    Ò\uúÒP'(c)o¯ĮÔ(c)  JÄ|SO
CUª
Z    GÿÿÿÿÿÿÿÿÿÿË´£;[ƒå•B$  ^-5gb  KÉK;    "ƒƒR2%t(r)-ÎÒ"¤Èª;5    ³³6K¿*  >¶°H†  ï  Ž3/4
ŠäüZÍ²úýs )Sw(tm)  õß]R}wkéúZUn
3/4°#ð"×´ÿ÷°I-¿ïõÂ-OâÓ÷ÿª²  ?  ê1/2¬8Ð¨ÿõáÉ"Ýß±Â  o÷ïH*]  }¥×õ}õVõúÒÕ¹§ç"
B  ääN(  éž"  ÉAQ  e."QÁ  :Œ,#3Ñ  ëä¢8d  %ešßšÑ*Í  nΤŒ1/2d.8)-  &kD|'žlB  vlœ
¡  blP@ÂyNe    á m...(  <    Y        êÊ  Ó<  f°°0@ÒiR¸
Èù@‰"ËÇ  >.~83P`ðp@ÊrÈÚÉ  Ê#HØFCÛ8  (Â  (tm)ø±"A"´.Ä<...  DÑ
Á  ªçã  Hƒ(tšfŒ  =  šh=  š
{M
(r)'

                '

'ï°h  ÚÂéña  u´  ´
;A,
     Ì      "  ª{Úi"B
"  ûÂ  T-¶ëÅè=
   Ó  1/2
úAÆˊSÍíè  ^ƒA¿ît-1/2PqÅ¦¶§è8‡
í7‹J´  i¦  ý8´ö/1/21/2  ·  !.˜ñÃ"hh-uÑ)ý$GnOòs¢;~^ó"ô2g&pÑ.ÈKxé^Dz%ù  u  ox¹:6E  "~Õ̃JN}Îî
DòB  ‹´Æ^(r)-fôGaÈ3/4äÏR-ÿDtw  -E¢  Ü  nG:AÐAÛo"ÜŒô  Ú  7  ´  7i  ƒpƒ‡§A  à  ûÞd¿Š
˵C"ø ûˌí  æ˜ÐtNy  ›¤ë%Kæ  j]  Ú  7.ž´  n›I3/4  Û´(c)ô(r)  ´é==->˜"u¤"k-¥¿  ÿ(r)  m?¥ú
Õ4ß  ý4›Iá7tïWzé7MÓ{÷ÓÓý
1/2v3/4žžž(r)1/2ëÕ]ëJ  ¦  ...  7ôÝ>-"Ò¥]Þ1/2ªöµúéÐAé+÷^˜éé¢¿ÐMÂé£jëúúV"-^œuvå  Ò÷J  mEv
Ò"júzz{´ž¿¤þ(r).é=}âý  µ  6-Á={°â>ï4>žñß°oúk¦ëéí+-1/2ß]¯  1/2ú¥é6ÓÓ"N"·"¯û"  3/4+þ¯  (r)õ_j¿
ýðMïõ÷˜ø>úûô  këZ÷éuÛU)õíR÷Â¿ýÛW7þþ^¯_^¯_Vb8,ùÔ:ö·¤ÚÇdÿ†¿ë~O-|pÌ  1/2þõDQÞ(r)µ¹Ð
  û¢œ/O÷pk]C[zzä)  ÿúv(r)3/4"GY@/ïôßÚ  ¤œ†&=P‹õâ/û_±˜¨ê
(r)ýY
1ûÿH!=¥r  ^"Ý7ûu~×"ï°ØOú}/3/4ðÃvÒ|÷_júú¯(r)î  ïÿ  ýum‡"xd  ýŷî2
  úéß-¯  è"ï¿k×$ï|0ä3  ~ýdÅ  #-*þò  ZýÿDO¯ž_ö^\þû¤  ì  éúÐ6þîôõ(r)üÅODÈþ3/4÷ÓrÕÔ  E
  ydÿ
ZMõý˜ŸÖ×D'Ú  jé  Gõµp  ¬  öŸiÁµý/Ößþ"¯jééRêÞœŠ
Û´¨_·[ö-ÿÝ_Aoï÷
ýéÓ#Cu1/4Ö*ëö(tm)  ]ÿ  ëÿ~-¦ÿ·ûö¿éÓ3"úO-ýýý_Z×µªÒÿúÈ£^¿  †ûÛ́ø  Ûõßs"  I×Ò×ïÿoÜ-Of¥´  ~
  Ðòoÿé/šµ÷û-ó"  3/4-1/2téÞ(r)  ýÖx  õn°tÕ}1/4êÛÛ¶ÿŠµ÷lêî̂þ
Õ³¦þ×
vÝ  è?ÿ"Uo_¯úÞÞÈÈþŒúÿ×='ÿÇv-תV"¯ñNÝ}ê̈"
zéý†-°ô1/2X  ÿ¿z{öì/2¯ÿ÷Ý6(c)ÿ̂ôÚ¿uüUVúöÿ¤¡l%jÝZûpøku¤ÆÃ_ô-wï"}?þž  Ý+^--û÷ÖÒÒ́úïëïÿÿ
VÒzM"ÿÚ́¯¯°Ӧ́¶ÖÝ¶Ò1/2µµô3/4âÕ†-×á..._þ¡,ì0¬5†¯
  OÒaˊSÚÚ"tØ_°¿Ôê̂ðÄW-ƒ  3/46  p"ñM"°ÂA  †GA&  M0Òø0Å0Á.šípÃ  ÿûbL|‹â›[KlØ^ø=;°¶
  ˋÅL0"È¹a¥îBûêub  ~Å{
î̂Ø'-øi{Š  qñ  Ä-  {a1Wmôàâ¿_éö£B¸'†3/4û[  û  -  Ý"Ý¯µiv  Â3/4¯*í
Â^Åk...já¦1/2têÔ^·í  ¶Âd<ZØ[z*§µL&(r)Ó"Ø_éV¡...ô!,ðÉ¨  xD  m  0ƒ  X
ÓA...  GCA(tm)@!  Æ-†  ~ •0Á
A,
.[¬2Iû  5µ1/4·  0¯T  B  M  0...ÄDDG  j  K§  8eŽ  ^^^"
!%Ø^^ß  ¡  ÄZþÃK_Xm6•+u¿  VÒÞõñ  ùm  ¨ÿÿÿÿÿÿÊ̂b¦BG`¨¸'È
Šâqnf‰JÐeXe  ò<F  ,‹l  $Ü"$
Î;RÊ¶D(tm)  f³"Fd(Ðd¸(+,ä¿m$  H°
C8âÝp(tm)wzjhø  (tm)  þÊ÷¨Wa
Ä_^1/2ïûÈ3/4µ¦Å
"uÄúûÿ\=h*§Úô1/4°9°éÉ  ÈI·'ö_û".ý-"vš(r)Li7'-  TÛ^ÿ{KCàô£íB  _  OµúEÇ"}û{T>3/4¹µ×Û÷ßÖ3/4
Ó÷÷{÷í{÷WlèÎÀÛÂ̈#£³  U%^  ó%˜ÿüqëSDfTjDvjf  HEÑ  M  !
8)  ÈëMB!  6  ÐÐE(tm)  ²-¢....Ù
å;:  3  9-Ž¬^  9DpPA1/2(r)Á?2
š~"  ,(eÁ
  F  ¬Œ¹  '  NÊvO  Å5'ó4jÊFD
ë1/2áZn
  Ï"#èAê],  a0D=Â
Ðg@G^ª  ;  -¨  L  vœHž~  ðƒC§HWÄÐ`¨bœàp  Ú
  ê  z  %°  ,  z̆š  `

"êÞðý Á qé"ý5L û´ CŒ&š
‹×[Â
;M á œi"Ð´ A×¨OwT [û´"‹×ˆr,WD¹ÆŸÔŸä$i
'7#‡"FÑ Ã3{¤š%J 'ïÿî²\ÓtÓ -Ó'_üŸ?¯A¢Yÿwöù ¨‹ "?
GjB
qè(tm)æ §dN
K÷ªA¸A¹" ÑÓh n Í 2;Þ‰ÍÓ²/´ Uze º01/2Ò 6‰RˆÎOÚ%6Â
4KÃ-7(tm)1/2 Ú& oRsÂ
ú_ußAÌØÂn Á
íúMÂá
¬$,n t,t "Þ¿3/4,m. [| ‰â"ÿ ¸AÚA;OAá
I1/2ýº1/2.' VûÖÞ"Õ_Nð›K~ƒÓ¯Q_O[ O
õwí,>Ý]uKöÒÛïvÒº´›¯]'W*mkW];Þë¶(c)ÒzÝ,#¯êátÜ:IÞø[Šúíkýcïµw[þ ûK
(r)1/2-ú"ï^"Ðý{n·"kßâ:ëî?
éô"¦÷Q mU3/4¿éõúã"‹¤þ ÿˆÿt/{úÚ[õ1/2wUï_ZP]¯ýþî¯í5û¤ü³
-Q¶-úpý'ÿ×þïWÝÛï-4úò ]mêÕ(c)?qÓéò G´´Kˆ3/4(c)Ù0ˆá ßêÿ ðPò
]ƒ‡ï é Ý·JÁÿ-ªUÿçPO¤ú)ÂÞP÷ê.C } Aý´ Ê€cÿë"|E Áø9
¯ ù UÙ !RuÝ·‹Ûª¿Ê Úì† é1/25ð`÷ðWýÕïµi´ÛÝ)
Ôƒ" ]1/2ÿ) Ò& v ÛTÿoûD;ß×ÁoaÈ£"9êOàÝ¯¢- þ¡ ¹ëÛNÈ9"*VC8õL aƒ~(c) A{à¡‡"
ë¿-Ô² "ê*þˆ[ûÌ(r)·,MË'ðˆ"~ÞÉŽqÎå E}PTÕßù' 1/2h6
ü˜å9 Ûÿ ûoD=£¨_1/2ÛÓßë(r)LŽ-øDg×tïP‰Hëùaß´¡ Š
iºO¯irdl- , ð" ôL‡é¤ˆÏ#
¿íòêÿwÞ,WnûÐ/{1/2{
oô-ßázÞ°Ý+îî,U*È... þžîut1/2? ¥ªÛ^ÿ§ëÃõþ×¨vÎ·ï þ¿Wêú ~ýT×/ƒ¿NçFÖ¶".·I/Onøéõï:Ÿ} Ó
ÒíïNþÎ¦mÕ ô¿oÎ‡¯¶1/2kûí6*ÝnÍW_ö(r)ß‡ó=Ú}-Ö÷ëKÿûKÛý"Õ.÷ïýÖø¦ÿÖ÷ÛK]St-"Y {¥-§ÞÞ
Ö*`µ§§ßÿþßý¯V3/4'ë¶"k1/2^ëúï1/2¤šîÚ¦uM°Öû kzÞß{÷]wI...ÝŠÕÕýpÞúú
Â{¶•tGKðím. [
i~Ø_(r)›
-...ˆh†] He×"ia{]a"¡"ivö 5u...§t"
.'1/2ýƒ
µ`ÂWÁ...÷dAÔ4(r) I'GL0-Ý"ä\[
" ìRý'ca^ÔñÚIÕ"¬/VÃA6(c);
Ö Y † ï~ù Ø%3/4Ä îEËÃ#¢8 mˆHt ¨¦?',K nÅ2 †"!Çû ýD&5`Á'`Á(¦
˜"ø¦;K'bÅUÅoú]±V"
û...ìD ßm´Â¶ƒ "3/4ýûUê MU† ¶ƒ x{ ±TÅB]&¤1 mØ'{øjÝ+"Ý"ºl& Á.Âÿ
Xá5 ,
'
<"øal Â Fžæ¤# Ü`S•xaW°¶¥ÀL Öž A¥ÂPˆVÁj * ´6 !¨ˆ¸ˆˆ`"q %ÌH4"
ˆˆ`"DDDn%; 82zO Â
É ‹ Dv
Á- H´! ÄDj"ãˆˆŽEPˆ ¥èzî1/2$'¯"fKH/2 %SÝÅ41/2 (r)†"?ÿÿÿ-1EÿÿÿÿËXM D8í:2QKL
<"àÍ 1 š¨;(tm)( ÉxÈI ÑÛÇi#²¸ì£ Ú
3´ù dÍk(r)wWä4U‡åUé"/4ßÂ-àª3/4-w§d-ÿÁ}T-&èŠ8IÖ3/4-ºÿßëöÖÁ
[_1/2uÿÿß¥ qKÉèÅõÿaP âõ1/2iÖ¿ ÿ¿·ïÿÿ×|7^¯ß'´]YSÈÒR{) "œ3H,1/4êDPó´ç1/4î{û§gu-BÑ›%
ÑÜã Î ! CŽ†\ ŒŒè2 bDÆ` Û'
t BB[$ t` aÂ <†! ;¶} QÐÉp ] ˆt !ùÂ"LŒ

êÌ

ˆ"  Èƒ0)N0ˆ"s",      e  D
0@ÈaH£$  ¨"-á   ;§OÁ  ûn  ma
 ðƒAá   h:OŸh  È]C ,vƒÌ
  3@ú  I‡ƒÉÁð(tm)v  0DHNƒ      ðƒÐpm(r)ûh4ÿý5ú
ÓT ^š  A"   õA(r)ž¶  ¡ªœ0   â´  |Z
]§N,.ßñh-?œrÂ}  Ægl+D1/2¢  æfè   ...wR\Ñ.¢$9  Ñ.wøÕG  Ò#-  ›Å¡ˆûwèŠ8a
'q¦‰wôG  '/%oÕðg"óIµÅÿ  ë(tm)Y6%oŽÖ,n   ƒh Ü  ðAÐ aÂoߢ^  ."Î  7ÈœÑ9°dèEê'7 3/4]  Š|¹ä¹B
Éû"  x2éA7  6,  ÛVœÎ"õïþðŸï§§1/2  ï˚eW"ÛN¡ëô4  Ú[ žH\  "1/4&ÒxO¤ð´ƒh'§A7_1/27
iý~°m}ÿ-ë-zéµ } Ýj  ^  Ûúlö×
Ó}=Zþô(c)=>ÙO´-Ó"k¿ý:[ÿê}þ¢ýûÕÿ1/2t*ú~(c)é"õu
õ§v  ô-]]7WAñzT-¯  :þÝþÿ*ï¿o°*ÿë(r)ßÚúÚŠý;Óoé  øíôëT×wÛ×T÷-ëõI~-ïÿ¯JÿúZí¤ú  ÿöô"¯-‡  ÿ_
  {^÷ }  ÷ßÿR*uþ  ÷ÿ"mÝ¹  V  5ëv-1/2*Oþ  ZÕ3/4ÿì%oU?ë¯Ýz^ý§Ûû¨ï
`¯-^µ_Ptö1/2ã_õ÷      šÅûˍþð~¿ðwÞý}¯ýH:=ôR   ×o3/4¿r  Ýß¯¿ím&3/4Á,JH  ÿíô¶C  íÓø¹ú
ú×êðÁÿè,:ßÿïúpaÿý=}÷¶¿`Â ƒð3/4°[ê
?¥]Ø71/2uïÿü-¿M  õ/ßMA3/41/2|  äè  ý}*ü0Â!sh...¿²àÃ  ÊBo[p÷Û1/2ç@-W[ÿ×  @ÝþÒ&E  ÛúÙ
|  ÿîÂ  OOuÝ
ù           ‚Ž^éî"Fé  )Æ°ÚÖ
=  ÷êÿì--þÎ´-öý{·}È(tm)_×ý_IÕ:ß
Kyƒõ^ÿƒoµþKÝO_{ÿý1/2/éª}Úÿ¥ki  ßûû  /ÛÕOkuÁ´µ_ï"ªWôÿWý?¥µúí3‰"þú(r)"ÿ¯¯þ'tÙÑêû[÷¯"Wï
"šž¹*ž¿  óÛ*Ý~ûõípw_1/2w÷_¶·Ú'
X^¯Ÿßßõÿ'  ÚOKô-^é  ö-ÃÝcým-}5ûþ×_µþÕÕnŸ‡]+{Vÿ_VÒîíVý~÷¶Öû-é¿mÖ)õ·mmo†  ´1/2v  Ī
¶-íÕ¥jÚØSCà•  ¥m¤(c)-"|  m'
*öÚV(c)¥jÚýëÕj}õ·K
$Ã       ÞÙp°ÕÖEËö  md\Ã_lºa¯  †`#iZ¶·l¸1{
Xa.ÕÈm´¡¥\  ðÂö
uiZÃ     0ÂPÂéñ0ì5ÚûÝ†     G
Å±_ìTw±U¡qLr#äAÓ  1/4V¬0"r/
ô
&)  sÃ    1ö`  Ù  ,5Ša,Q["âƒ  6±^×
jÄ)
‹nÈx´Þ"L†  øj÷a2  ìS  žõ"  ÂÚ^(4ß±ÈaÛ±#  ±Lp¯¦3/4Ø-ÃKß~Óú3/4Óíí4äö
Ü0˜Xi"  *ÁjÅa[
Z-T0˜Zµkl  !ß.    0-PÂU"ýBkpeƒ  Â
  e+#    e:
  ˆ†  ˆ4 Ê  !
ŒP!    6  DD  0Vònƒ  Û"  0Bì  a
   an
  `...Á¡
  ‰Ñ‡        ^^â"""""1       Ø g
2è  8^^Ž#èDERêÿ].-"ñ24  KÇ̈ÁD  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ,  (ÿÿÿÿÿÿÿÿ̈EPlÉ¸C3  -9Øƒ&`¹ÜÙ'vNÎÕ³1/2
@Áã+"`(tm)ÙvvPfEØL)[Í  Á  )Ä  Ñ"ê'çÙØ³ľ%Íˆ"áUmé,h?s°ç$-õši  mW  þ"]
m÷¥"÷±a\(V^Òkà˜ü(tm)zú#Ç%  ÚÓé  Î9Ç]uî'-pC
"Â
,  åèõ  î̄
÷ëŽ?xô›§ÃnïÿŽ"ï¥þµÝý  úwJ¿¯ÕÖ¿1/2ÿuíþFÓ¶¯›í_¿É"Tì  ‰bZ>-êÊs"§  I55
(c)    §d  6E
§
IŠr5(tm)    Ñ&i    #Ã+  â#  )  *dx‡    N  ³:  9g  Ñߺ6Æt2

y(c)  F˙Ø    B  0@ÍCÁOÇ  j  a,!ñ,"TBÐ...  ì  )I"  "7  #    ...8d
     ~"-Ê̂    "    %u  B†  <ƒÌØ@Â
  &4-  aÐa    =  >  `ˆ•‡  "  ú[vûÐ@ò@UA¦  nƒ  ?Ð4ë´
  Óü  ap¶›¦  "  "
ð˘˘5Œ&š"7A-è4Â˙ƒÐh=l  Ó÷  ƒÛÿ×ú      a8´/ÓOã    ÿ"ûõ\,¶ú"ÀqA  ^ÞƒD1/2ò8hZ%Í]  æÅÜa
  àùDQì§.  oëö'¤ß#zr
  §r8(w"cK    ØäWÈHr.37ú"Ão˜§e
Y  Ñ¢tn‰Ì  fà  3/4  (tm)Íâ"#Ê̂%øNð  äNpƒ(tm)š¤-DÆˆŷ²/9>  ƒÊ,ÎY  °4NŒ  vé  ~¶íµÂZ
DýÉxBè  †á<œß"c"  "†  <³ëø o_Á6-Óé  ÍêÍÙ5  65  a  ûT  0ž  §...
  xAá:Aé±o@ƒtö3/4  }ê˙ÈA!O¤è  Ý
}é´  <&Ò~  /  QONýI#Ó´-Ó³ÂoWo@>§}ëWÕ^>Kú
"Ó¨ÕîéU÷Ý[...{N-Uiuí¨"÷
öÿIÕú-&öö-ŸzjÕ¨ÇÌÒÿzz¥4̂7]^°>XOW¤û¨Ó1/2$°~šatõNÓÿo°ÿÛzÿX×]õª"õ¦3/4Ðqÿê̂¨ëëÐ-¿]Ýa¦ƒ†
ßÊ̂ßã̂pÞ3/4ÿ¿µ  OÎ÷{_ýëÝýum¦õ[Z  ý  §úÒßÒÚ¢sÞ"¿1/2à¥"ÿúò-Ïk  ÒÁIoV1/2"%û?˙ÄÒ*˜ì  °  h§
OÞÿ×"¹c¿Óß1/2>Ÿ°¨Â̂fÕ*]ÿä@3/4ß(r)"õ',Ü°*--Þÿ      B;˜#-þ6
÷ì      ¿ªÈ  •[ÄwpÈ¢8>"ñ÷X"xIöÿ-  [!fú¿ÿ~t  Z1/2ÿwëR  1Þ3/4Õ3/4Á3/4°...¥[1/4¤
_úM!Ÿ¥{-(r)  xoWýÔ  ÷§¯ZðV°×Õ4"¦  ªþ÷Õ0ë÷D<w  P^þAxN3/4ÿÿðÁwûzþ¶      "jß¿v  ,?ýÝ÷×
v['      å"1/4š¿û#r%ªþ"DYû_tCßÕ(c)ì  È  âzê¦F9-ž¢•_Ý¦  Nè<Õÿûß̂Á6  ú-Ö¨ð""-?{
Òù...¿w¢ÃÛÓ^    ÿtúâ"§z¢ÉÝ  [°ß  õ  ¤¤ëÿZ&Eá.ÿÿ¥rÃ{Zß  Ñ̂+3/4(c)kßë,_¨õª}¶Ÿ°ÿë×1/2i
·Wo  ~ô'...  úun-¿(r)éþ3/4¿Ou1/2mo¯á-  ]ìè>°µüì:°ÿõ"ý]5ÓíkØZ
Ÿû¨¬Î̂(r)3/4Î̂‡}    m{Lèßß̂¶ó¨"ÿ¤ßÿßª¶t;3/4ñÔ÷]--í¨í  ^Ó¤°3/4"°þ1/2  ¯Çÿé/õOÝ×*ô¶  (r)1/2Ý/×ß°Ý
{¥¦*×Ꭾ¿1/2%  k~"{ö"k}ÿo  {í?ÚW{i_iV1/2_j÷¦Z[_ÒûV×ßµ  oÁíXkjíí...ßÂ"ôþÃ_ô¯^ÕŽ"Ý]  Ú÷}¶
-zMûkî·°ÿÓûí/†"iCÚ¨°¶,Ò'vy    V¿þz¬;Ux¿ØMs¢7{kVž>
%
  Ý†-l  %È  ö  L  ^=`Áoa,^ÚûaX28Om(¨"  ì43/4ÆÃ
±  ì  pŒ4µàÂû
À›ìpÿ†  D  #ö
'kÙ  Ç  ±R/  b¶¦+Ø¦+}âN2&b1/2  ØØ...Ó    îÆï¦+Alq[{  o~?VC3/4  â[ß}Š¯øR  ‡µxka{Ml...  "Iû^
È.ýd  á¨¦3/4¯WV¯[    Ù
ðÁ×ak†B  ¿k  jïOa_(r)
{
n  ÂOa2!
‡Ul  î¨¯µ
7á¨¨•0Á    -pˆé¥á,
h*
'ka

Å"í+  -ø°  ¥-...UxpÉ
      M<48´!,    q    â8°T"  !    C  ""  Á
Ä¨..."S
'äÄH      `"DDDDDq      ˆã¨ý"¹%-...(c)Rö(c)¤•+I†  ²PY'ÐŒ0X¯Qµ]"  U¦  -È0(c)
0@Éˆ¶¨Gÿÿÿÿÿÿÿÿ-°ß,ÕA-ã
I†I  Ks#  tdVŽFl*  Žß"¬)\  ëþ  †wìì¤ÊÎ̂3/4-¦D(c)ô¿;¨"ùTFKh¤_áRÿÂŷ̂;Bÿ.K{ëÿ'²?ê¿¤¬-uê,Ù4  _Ø
_  Ð÷Æ  _âÔ  õ¥ÛÿÁi×ûk_ú×VþÔîôÒÙ2ì°&"dD§8ö R  ³¹N1/4èÖ!...$3fr$  )Ë!  â!A´óŒ†´d
R$)N:f¤_53dL"VG¯\ÔD_!  JÆU°@Èé;8eB  lê̂ó  #BDC%Ã      5...´
ÌRⒺⓑp€˙;(  à¨Z4ðž  d€&  f è  çÛq,
"  A  \  È@  B      (tm)‹  yœ  ÿÈ̂      Â  @Á    !ˆ  2C      ‡,  f¡,  z
  Ð4

í ˆ?Â
×          ê  Ð}é ý   w_¦  >  w,
pš  úxM4Â  ƒtõì è  8†ž¨0šÆƒ´  -ƒé=  ]Å*#¶1/4XM¨Ðh‰
=" Uúj¯"-š
4ÓBë‹OAÈGh6F     #Œ-†˜ñÈ¯"é£DX×%Ÿ'Æè .ðƒrs #É£¿"¦Yòèõ#Ì¨ôJÛÅÉ_MäxÕ óD}">'Ç. ¨ã
4ƒ%B?h->K°AÑ9Éè yŽÐO   ¸B  mâÒÉR,
ô  mh7$Œ'Iù  Ü   nFp(r)ƒi<ÉC,
°... ü‰Í
ÝZ Åì   ¸è'" I°
àô  Ã´ƒt  ÛUon   õ  ?†éé1/2R}.µ¨Ÿ"ûép":¥WÒm$ƒ¦'§D
Ó¨Þ  oý.ž›Ö  /"Ü'A?¤1/2>Þ-éu¯Õ_MÒÓUôé›õÂµnØ."µWÕ-ê"õ"ï]ZONÿÐoß1/2úmÅ+JªŸKö¿Ø_  ^
¿õ¦ï„øŷê(c)§§ÕûûKÅ&"-zt3/4¿[Ç1/2ñëÇñ߸ö"×¬~´¿‡öõÿuKéÇñ§ÛwÖŸ¦þŸ"M  ¿ÿÿ  3/4'Óëþª

ë ¿ÞOŽ2ûêéVŸê¿ú~þäLI  AÓ¦x  %Ä§5"ê¸°§#aíh^  ¿Œ¤  d:ê_ý%ý
¯}dhN£÷v¨ÌeÃÿ_(c)0  d9ßÇF°}I   oýA~ÈaŽ·Â°úþ›¿Ò  ]ÜV  _ú§Ä}  î
¿uì  p"×þ þ
úØ" ö
ÿwZ÷m}úA4×§Þ1/2ýÿÑ  xnC-·Õu  ‡"tŸ,  ·D=-ôÂý!G8
ðomuO°U-t´á  ñù  Ï]S_ÕÝwÕ  &  ¹j<´"Dï¢'õw"¥Dgþˆ³ý1/4²,3Ía4Ÿþ-ô÷ßxDIßœÇ  ÙŠ*¿î‰'"BUïÈ#
òÃï[µ¹(c)A_°&Géj
%Ë¿÷õõ?ÉÛ"Õïÿu_"
o:_¥Ûª°ÜÖ[^ÐiWª
ýÛJÃÿ"I}t1/2 KÏ  !Ïúûú§3/4(c)oš›BÝ[J×Õ¯  Nÿi~ÿÓ\ÕùÑ7úÜ†ÝÞûmwú¥¿aÙÕëß¦÷]_°D  ö°öt:T(r)
×í¿otï[u¯ïí¦  Ûkýé·ëÚú~ÿÿ×û   Þ¥'I×m+¥ÿµk]%îÕ{^"  ^Õú×-_ÚëV´íu¶-Ú°V*õ÷JUámVÖÖûöÖÝ&
(r)õÜJ(r)švÒµ-1/2nÂ"
l,5-¥W"ö  1/26ÖÝu´-[[]ÿWµ°nžÂmðÂM"Ã¥M4ÒÂoPÖØ`'{
%a>éµØ0¯a&ÂßvÂîªþÛr

EþÚðÒµm.-$Òúá¤-¥jØ*°al  LT4¶Á&E¸ðÁua¤"  ülw¦  "äN-  âØ¯  °`-1/4q"Pa+`ÂPÁX¦
+"
˜a&F  ì  Iá...ŠŠv%"c
1[  lz±&ÿŠzT¯R   NÄ·"  á2  v"W  3/4È#ý6*
)‰7ÔS   °ý  b  5ÖÂa4¬-  x~Õ(r)  L0"
&¯˜Û̂ajÓVÕ0ÂÚü0¿v  †šÚ
&(c)¿¶   ¥¸&      CNÁ  ƒ
ƒ  ì%¦  -Ò
(FµÐ°Aé[a6Ð0C`Á  &   u*ˆ ƒTž
/a+V  &  d3h  *‹pšn"0(r)   ˆ£  É‹¦  }êZ !         sq,"""8^^^^Ð2¶
  hDDDDib62Þªú°éúë†        fC‹b¿è+
ø`¨b?ÿÿÿÿÿÿþZ
QØ"-êrl"de  3²XªG`Ã˜SÆ§efÚ[;ZtÌÈe[   À"vFÙ  =lìÕ  ¥ûD_wl¨ó±ÿz§^ÖJ>ð"á¦(tm)É  Â×*>(c)~ð
"  ^ÕôŸûáZmd"×òcž  uï×3/43/4²V"³...÷×B
Ó´5Š^)_mG¡±ÜU]ÿõÒõÖ+ßÿo·þ°ÿvk/"]wì"?  Õ•¨Ù  =M">ÈÕ(tm)"N!N<        ,  ŠxêÉHò  !V^
1´F   ‡$3  HÕ  ˆSŠP  J  S!¨×  "
2£%Å#
"×YW"  FÇyB:  R
•e'q°¢  Ö%ÅƒÈ  Ì†Ï  DMH¦(30'  ˜#Ñ  #@ÓÁ       0ÃÊ  Ôû0
â  !

9xEÔ5ÐzeÙ€€‡v𝑓  C'   4æI  Ú  Hf    š,"Â  #  ,
~  0  "  8e"Â
Í"

fr~  "Ð"Aõ!éÂh  ¨Aªj¯NÐa
8Ó~ÓÂxM  ¸(r)á1/4Zx@Ðè81/4
a    a    oh=  Ó    é°  C^ô  Ö(c)ña6*ô÷ODvôÑ  Ó"M=;A...Ñ.|XT-7A-6ãM9  v...á8ù+|î^(r)Ô'tá÷-
  ‰[µDc†žÚj‰[44E¶ü  àË
    tOë"Ú  -Nz‹"üŠ:"ž9?  Ž  o‹y  òs𝑓-  ±¢]¢‹r?r$9/r}Dæ  -jK𝑓1/2  OIÏ!ð  0@ÛÉÓHŸ1/4sõ¢\á  ë
Ì'.|‹:%îF@@Ý  A×@
´›§§"é7È3/4á
3... ò/´𝑓Z  ä  EÂ  ëM¤H-𝑓ÐO  7    A6  m ð𝑓D#A7#ÿV"f"Z
éú  ý 𝑓Óz¤ð𝑓|.𝑓m$ï  ·éô  ÏÒ  MtýÕÓíé7Â
6ð¯A6,|&þ  ÓuÕ"ôô𝑓}týÚ¶"ó"õz
Òóè  TÚ_WMÔ'ÿÓúéý¯1/2..."  GZ1/2=WímRÓïÓ  Û"§¯zooWÿ  nêª°Z§íÛÃÃØÄtõôõé_µÕ_Mý:é~î#
    Ö"~ýný
    MR÷ýñ^3/4žŸµÿÅÅ¿úT°ú[Ø_"ûxÞãþ,ª¸¿]é{úëUj1/2'ï1/2}¥õ¶]'ü:~ú]ÿ·¿aÂ§ÇúµªªÕ-  y      ]×]
úÔû#
?¶  ]õõ÷O|÷ýo
ß]4  5ú]x8+ÕÿÝ36  '  <Œ  ^ü‰  òœ&Ól-D𝑓¿    "ôöj
(c)ž´ý1/2¯"d&𝑓ßÞõd:1/2Wwf þ÷tñÈ!A2~÷â;:  ;$  *ü¤    !†.é  tI€ª^Ÿ1/2×µr@c^µKõþðïõ¯_  îëÉ
¿]wì:¨ë¨t  z  ¿ÅO,×°ð¿ý  Ö 3/4íëÿé𝑓ûŸïÃ
ûõ...{ýû
>¿ûõtAÜ‡  2Ž×Òh‡¿àÞ^{¶òÉ÷ýÑ    þû·ü  '
8ç
z-y
?zß¢  ë]ëR  @@ß  Þ¿-#D'|"$ÿè‹6ž  ~ Þ^Î'nýÿÓuDZypP  ýWðm(tm)Cþï
~°ªð^´ÿ[W,Qõÿ‡÷Ñ"?,>þ‰¿‡}  #{´  _þ3/4"ü°ÝÐÿúÿÉqk¯¯²
¿"tà-¿×¢R  Þú¥ü  úKÛ}/°¿Å}]×îjýým  Ózõ¿ì(=éí×OïÕtuM7k÷"õüèõ÷ýWzû:×ªKû1/2  }Ò  ×--_ß1/2
þÖöt?þû>žÿOÛ"Wô3/4íŠþû¿kæ§´ú¥ï°(r)ßõÙÇúµ¿PëÝmÓôÎ§kmt-+Ï÷öÿ_Â  Õ~úÕ¯ïî3oÝ-Uwø~š3/4
ÞÚukô"ß3/4*Ýën3/4¯"Z÷ë×þÒûJ÷°ýé´1/2ÛíkÒÿÒ×´(r)ÝívÂþªªM-ö°Â¶  °µì-m§Ã
vý?{zL?uiZß~¶¶µöŸ¿Ú^  n  ¶  Û[]µµþÔÛI[
í-Ã
6  pV  -§wv•áz†(r)È£ÿõ1/4.Ãíl5†  ÐM,M¬4>Om+û¦  Ké´(c)†¸zµ3/4ÒmO3/4  V×öÂ]"(tm)    _†  ²/
b£Ž:-  ¶.íŽEñ]  Ó#"ã  ì%  ¬S
$  !Öá-{  Å}Å\2áÖ.9      b1/2^LBýŠØ"b[ý‰oÃ  È îAx†C1/2  ]÷ì)  9
F(c)  Gì+Nû~$þì1QØ¤¢š^MFÈ1/4*ý|-ÝX'‡²  ù
=íŠkØZßJÃ~þ*v°Õ°¶¯1/2-...wl-°Âé}5jÝ  ÈwÃ
-à(c)...°L‡wµûM?†  ¥ÚÚý¦  m  (r)¶  ´á,1/2¦  àÍ\
,ÇdIØK²-PÅ  1/4    Â  &õ¦  Á  a0¯]...†PÂn  0@Á      ...VÂ×
Œl  êÈÈÁ5†
˜J  XL
°˜"D  !  X  !   ^ÁA
  ^^èDDD`"DDC}Í°††"DDC  ‡^^^^^‰(c)  ^𝑓^^^â"?    &êMtÿí%†  ö"a  ÅmÅ...ðÂêZ  |q  ÿÿÿÿÿÿ
ÿÿ(tm)  28g3gÝ
ý}¿×å    ö*§(r)¿ù
    Á
¿‡ý?èœÞË𝑓Oc{IºÂ^Ò-3/4î•e  ï¿}÷ú  ¯ÒV¿ÕëmëÿÝÿÞ¿ý~  Û-ÔÐò  |à^û

*⁻
  Úö(r)šÓ^Lrj"Ó  ¢#ÿÿÿÿùi  ñÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå W&Ë  &É2°!á"´Q"·2Q  2èïÙ  Æi  ¤Žõ
  §â1/2L)Ø6vRÐi  TùÛq
r  D  ë  gb¬  d]  5Î{[Ka]á4B  ‡é  éd•~ë...__„J"M4ýÒÂý*ú¢[I[¹)-iÞ^(r)Ó¿U÷ûõØ]RÂúZ    "ç$Cð
  ÓÒÌ  é}TqÒª  Â
¤ÛAüWÿ  kiöŸ×ºMïÿûª  ÷Ôú°k~¿õiû£¹1/4  ð¶Ab   ú×JûÉ'·³Êÿ;    š†EZ    ÍC!b  ÐL´Œ  A"B
²  ¶f  CÐ...ã  B  ^  Š  Q°ŠœžI€'á"C^´^  mœgS$NlÎ¯^ïžgVB  53Tl@DJ^"  dM  òfÍlÒ!¶S‡Á  S
"!Æ?$
IçH  Âh2æ`8A   |   2  9   @e
ÀÑ
~  (c)é,    m"-y˜
  5PƒÂ
   &  d¶  i,   öèÐ"º[*_1/4 ð@í4Á  H&  ùø
CuÐ0ƒéí  Aßï Â|7´-¡>ô  t‡¦  ôû  7´4Ü i¯á  ïú¶"èZ
-  ›  ‡Úa
âÂkî  m*HRÚÞ  hwÇ
Ož±r#1/2´G
‹N/Dx  V^°Ï"êÝ�ý  ¤ô'q(r)¯  %tí6E  z§~ÛÒ%áÉ  "žBñ3'ŸÐ¦  Š  ‹
  ú  :rs²  Ü  ,§,ê  ¡¢%¶\ò/´K  vqÉœ³\,
ßTKšŸo  KÑ/¢^  ‹"Iäç'}¢]Y  ô  Ë:GôJsLmtG÷^I  Î è úNfÞ›'    f"  R
Õ´"¢,é85i6Ñ£
§"
,qk"Ý7Óz  7þ1/2l‚/iBm  ðƒV,  á
à  ^Ò(r)  xAîAE<"¶ê1/2  uo    *á7Tý%ïuL.ŸéÐ^Ü-&é¿WK÷¯NáÒß1/4A7ïMÕ5Ý]?N,
-kÕý0õ]zuuK]_ßá7  $PëõVý%OèüÚúUo3/4éêÞ(c):Nî¯°¿O÷ÿtþ
ÿ^"uû  O×ëÛtÐcÝ"Ó÷é?kÕÐÿ×þû"n"íRÂê¿"ßÜ~þ-Ñ€NýäÜ"ÿ-ý<7ÖÚú"ñzúÝõë*]öÒß§  þ¶Ÿ_§ú§k
ß¥  ûU_Â3/4"¯Tÿw!5[ud`  ýh   ^Õ(tm)ÄG   Õû¥Oû
,0""Î;×ý| ÿÿU| ˜
"  Öß
Æü  -E2
w1/2QÐ-3/4¯#akVØ^þDküjß‰‡±p"áÝn‡ùÐ    ßß\êþ¶×é/*Ã
ÿûêÃk"°  ÿùH
ß]ü]tÚ[ëiä  ×ºÿø+ßzZýY8/îÿ÷ßØ/¯  ý°×¿¿  ‡  wÖ
÷¥ëÿÿPÖ×¶ïÿØ_þ÷Ðð^ ûÕwz÷íÀt"=ù  É
ä;œ?÷!ž"þ¨   W¢  ö¯Ù'vC  ·î
^ëmƒ    azÚþÿ!3þõýú  õï¥{¥Þ‹("Nó$ó  ÿLÂûÒ§    ¯¹  tëûyÉµß-Nüq\?^ÌOá  Ÿý+w(r)ú#?ÿ¿¿ktL?(r)
ýÿ†þþ  ïÕ%o'úî-ÛèþÒk°¯í¨ÿ  _û"Öÿ  "oߢ¯1/2$-¿o¯vÿIí
3/4úÿÿ~÷·_Z]kþÕ(r)÷1/2$ZézZôÝ-wÙÒ"|ê×Î-^¿:ÇÝW´(c)  -ÿõ¹ÕÞæ§jþ¹(c)(r)Ôî7(tm)Ýÿ}  Õ~"1/2¥(r
)÷ýw~û"  ×¯"ïï{ßÓ§_a;í~ëÿ"Nú¿o1/2Šµv=RK"ÃAß¥¹I{ú×ÿ_z-3/4Ú(r)÷V-ºÚ]ßkmÖÿöµZûh+
Ô5N-íWÚÚÚÓ}¯úöÃ]V  õ÷W""1/2"Ôî*é}(r)Ø^¡¥u¶  .  öÕ"×"Mº3/4éÔýºwÚ¶¥
Â]...zþÓ~ïÚmnû    ]÷jÓ|"a&Â{  1/2Ã-‡Km"¯0µÁ,ÞÃ_µé"ƒ  {aX0""å"
u†•ÒÚ    jÖ  UÖûÁý...õŽþÒ&é2¿L4¶  ä_
^)'x‹â¶)°cb-íØÙ  ,WÃ#à3/4ÆÇñQ_°Á[Ø"Èƒf(r)!a    Ž¿  pÇ1/2°¤Kì    DOøßõÛb\wö¶¶1/2¨Xd+õd-
>Âö"MÿÈ`xaxi§Úb¯¯MH#Ø§öAÞýjÓ!Ù?âG-ïaV3/4À¤Ö,Ý"...Û  0°Á{°žÖ...í'á...°3/4  0  ="›ØL.  Ò´
*Â¨öBÃOL0  ü4¯zU...u-´  OA!í,ÈÚ"†  hkÃ  -  2"a0  ¡¨k    [ð¯.  2á
,êàÂ  Áb!,
0B  B;  T8‹  ,$AÀàÂhG
!

^^Ž""""
íÊTDq$Ð^^^â""""8ô"ÉIQhZ}t  áBÒo´‹'...(tm),"µdQíí^QOé¤-8`¡a  Dl¸  ÿÿÿÿÿÎÕT  ÿÿ,Õ!Kq  Õ(tm)
 ¦@Fdµ  a¦‰øµ+-ši
ª""Îý  2"<Ëq
+¤4²·§úñåp|"_à-.3/4w"¯ùTÂA  @'¿ßJ%oì=ø%¯ðZÔéýÒ"     ]Ç\~  Âuÿý  MVÿO_°ŸŸ´zëþéCû
÷  3/4ÎÆΤG\óL-Ç¥¦è)
GAr7å##l‹         TÔGV`e#?     ÖG±ó¤¦³"æD
-
  C‡ç  '1/4ØÈØÉ "  R   `^‡
  h("-":
,+²@WR@˜A'  @Ó
  Iv  "Ô...¡  ÂÃŸ    `^&  Ì"  ,  ùð1/2¦      nðD B  B
  @ÈaA  (f  BBjCÜ  Î¡r€(c)`  á   ¦ z"  †é´fðf°f¯M  úa  }í0f  0  ðfC  ¿
vµ  7
         "ïAµÚh=  Å  ôÓMcAØM  OÓ"  DW
j-?ÐÐi¯^Ö-
}5´í4â×¦í4â9  }Ì9j    [Dc"í  æž^¨'O}  qõ%  Dæý
D¦ßh‰J1/4¦ä1/2I6È"÷"E  æò/äÿ{ÉsÑ.h    'ù  °%oL6E¶gHèEì-;'ç  ù¢sbÒ    Á  m    hœÜ'
ffŽN    £   j  @Ý¤-FwMÂ(>E÷,óKy  é  Ð  Ý
(tm)+...  Û  Ro"é;z ›!$  n   &Ð  Ý<|- p  7¤  "  Úui==7Å  Âv-°ëé°ë_"  IÓÓ  Ó~"u¦ÒIÓ°
^  ¥é3/4›ún°
Ó{×Aø]]zUÚZ]
›×ÿúo(r)´¿Úëvž•×ï{ÓÓÓu×Ôþ  -&ë¯]µõozzÛ¡íŸß^µ}%×  Æ  -+zkÖ7Ž(c)úiý^ô÷T  "Ð=%ý1/2p3/4ž
-¦j  >?Ð1/2cü¦t¯ñ}Ü  wVûß°  Õo°I·ÐéPíÓuß·N÷¨ö›  ¨"  zÿÙæG  ú^•-úð¬>'  ÷ó  }Ò¬%êN,þµŸZ§
[È¯¦  Aý›eÄÈ1|§  ëÐ  /"Aop"ë
!  T÷é  uÿoÁ×¢+Û˜ëBÞŸÿ&  àÓUB<Ô  Y  1ªûù0
Ö¦G]ò  d  p¯ûzõ}  Ü"  þ÷I"õ_  Á&[Ø_  ûúÓ...öÉÀŽµUaÿýý÷}ÿ
ß[uöïÿè,8af  Ð:·ð¨#i  ,B-vZ1/2,D  ?"Aß¶(r)È  L‡,aßÿ]z_TCÇYnXŠ¯ì,ð-ïÿ  >  (tm)ZäÕÂ  Ö¨Oé^
-è‰o?è...ê¤ûÂ$tAÿÿ{§  ÷÷  <M1/2
"ÿ1Gÿ6L"FÄ{árHú$GßwÔê¤ÈúÉ  ž×,&  N-oõÿ«µ-u-  -õ_ÿ6¡"  ï:5(r)
ø]õû¶  ÂïÐWÖ¬":I"  ö"Èm÷µ  µ{ÿ:-t¯  ÿí/oë    MöÛÿŸz²  öt=¯Ö·¤÷A  O"÷öß-w1/2ÿ¥Ÿ´wgW(r)
(r)î¿~-(c)  ÞûÎ$Î¯Io_ô"ÖiÏ´îÿ[J    g›W×õw´é÷K´(c)oou1/2ßTÎ†ï°ßkû¥Û¶¯  ÿ
Ö÷o}Òµ¿þ×3/4  ë[ZuuÛ-  ß1/2¿[]/öëµM-*ÕÒ†-¥úëö  ðÝ+í¦?_õÝ_IÖÿi\4¿†  þÒî  t¡÷V1/2þ-ujÚö  -
ÃJë‡MÜ    V1/4  $"
%a:û
Á...V  H0¬5ì5Û]Õ†  Èewa(r)Ø[V  I°,`ÂV•þÃ]†²    0"
ab(tm)  z†
ØÑ    _†
ðÂNÇ{  Ã.  k"ð8ä êìVÅ&¯  û  "ø¨2áâ  ÁX¨¤D  EÇ±[
Ž$Bb    NØ"Â^[  ì    ß"  ¬&°bE  ìvÈ;ö(tm)
Cb(c)5Õj
}"i‰  ÚbŸ{÷Ø(c)cÚ°ÖÐh=Ó²    ÃWï¨ž  P¯3/4C  Ý"ØA¥jÛ  XWxki"ì&  µ          ...
·Jámm0U  í    (A...Å^  'Ò
  jú      ...é$  [†KÔ†
,  ÁT2Bá4"+C†œ0f  4u`Â  KRÜ&  b  ["š  """$"  dÛ,  7¬DE¡            Ý̈EzžÕp"ú×"ç
2  [  }...Ô0´  D  ÿÿÿÿÿÿÿüµ"H‰°  -Sæ"vHÊš;V
Ý  a3 J  ›LÎÈeC;
@(tm)vFÛ  =  †fuMyPŸJý¬"o~þvkÚ

3/4"éá{¿Ü-Uõ,3/4´-M
ÿÕoü³ŠŠßØT!àç  ÿÒ|E|vÇ  ¯ÿÿ3/4ï:¯  ¿]°ô"ù*dI  ‰"  2^*  A§ ÙO"#*¬È2*D(tm)-o2UÏ
2  2^¢0;'h B'vI(tm)    'däš# E;#Ç  Ö%Äw(
B|]  š'E  ô.ÈMH¶YÈ>€í°   Doì   h‰(c)
œ‰¡p
ÌBs8Í†N)    @É
Ø   çÌ  É  Î
(tm)   (  É     5    0Aù ‰˜   e R€í0Â!æZ  ØAæm  "t  "Ð4Ô Ð~      D    Â
¤Â
¤Â  è4  A Ô*
ü Á     Ó^Â| ÛA- Ðh4  á  tÖÂ     "  Gïa4ÚÐax°šÂ¡i¡h=bÂ
  ƒc     úA  šhXCôøAÂ±i
ÓCÓBð(c)-|Òi...õÐkéÉc}4  ¬œò;¢sh^?²Ñ4JÞŸ}¢+´J~K?%ÏÉc'yÈ°  %ÍQ/j
³'|œÜ-6AqÉý  ÷ÉNÒ%ß>ù  99¿">A  ÖD÷%6%o{DZd3/4,n  Ðm  ¥¹  ÔŸá
A
I  |÷Ñ9´   "d~Ð@ï œõH=  è  I´N    ÜŸÐNnE  °
,
Q4ô÷    øA¿}    éð']¦°ž    kA>é
Iéê  h ÚM¤ý^õA°°
  z~ªü&á<' ÙON,i4›§ZN›þ›Òõ¯øMÕØZ
-õi7O]|\'-ªÚoééé'íRt  &Úÿt Ÿ¤ kÛ"ëï7¶ôŶ_MWë]{Ó¿z¶¢...§Ü*þŸéê¯t¶3/4ª3/4éá{ÕuýZOÞ7þé¯Å(r)
šéÝ ô   "û¯ãõ•"Ö•7UãÓ¥¤ßjÐ°í‡W¯LRuzÇOÂãÞî¿UõwOoWÎ1/2°¿ëµ°×Ýí...ÿ×ýW...§I7ïëZ¿Ý*°ÿIë[¤þ
"ü;Uô¿¨?"úK|ÿu¹  °%þ3/4ÿë5...Ô4µúiÛ3×]1/25Zzíÿ¯"í(r)    QuK¿¶Èuwªû5  ú÷ó
"  È(r)q  {¿  1/2Èa...  WûOB>¿  ÿ3/4-÷ÿWÕh,¶ûÔ?"_$  :*ïCƒ(tm)&þ°í¯    Wÿ  ÛŶuôO×ûï*Ø7ý
}pÅÿ¿...ï_ðÄë~ý×3/4Ñ
  d3Äô"¯]{"  ...Ãû^ý×Kƒ
A  Êž¿_
ÿü"-ý  ì†wƒ  *þ1/2  õÿP/yÕöþý    V°õ"  Œ  -  ]õë}ðne  ÿüÖ'  ü'ÿÓþ‹  ú_ÌMÿ,=÷õk^‰o"íïBí  Ø
_-~è×öüfz_ö,ýµÿÈ'oyÕtÝ¯÷¤µ¶Þ  =(r)ÖUÚÿï-öt>ÿê1/2'  nþ"÷ÿçGÂ°×ÿ  õh:¿ú¯-1/2N|ª÷ä3  ó¡ÿvC;
k÷ûPŸÿ"ÑÕÓ_¯°÷ÿ~1/23/4ÿäš~ÿ°ú³"íÿp(r)úÿjÙÕ÷þÙÔû¯°ët°ë{}Ñæíûÿ(r)þÿÿÿÿíoÝ†C0ƒíWûÙÞíU
ûÛ"]í¿"_-Š1/2ê×í}þ°Kÿ÷¶ kûÕkû(r)ëô"§íï¥
  µ´/4Oõ>Ö×Uêéµëm  [[Kí[[_i0êÕ×JÅV""ÿ§i}ÁÖ"V¯  íoí[K-Òµ^ÖÄ¶°ÂPÕÿÖ  P×´  ØaaÓi{jšÚ\
7ØI4›Ï1/40ûVØi/¶  m~ƒ...ì-°Õ    é°°§  n¡¥ÿCV  OÄ
Ø&ÆÅ6  î  L0-"¶ÕZ´›
ÇìŠ=†G
  "Ã  '
:¯~"
    q  TD°Â1/2ñL0Kø-  cŽDÌ0"  ìS  öÄ(¯cbMûL~"  Ä&>+V)Ša{  U2,¹Šb¢¯¦!1¸b  µµ  ýl†²  =õ
BkØOû†1/2  ñiÙ
i"
ïÛ|šÚÝ...  ...ì‡{   Ã]¤MÕ5    |C¿wMÚ
/°×Wµ²-/m5í0¯ØUá¥°Õ†  u¨ï"Â¶|-,h;
Ø]|(a="íKpƒ    A"Ò1/4  ê  L+è0Xaxa;VôÐ2zh  "¡  ÕB    0PB  '   C  DD  "!
Á  †  2[    "Õ...C†  0@Á  0B!¬DA"
&   ^^°"C  "!-[     IDDDDF;^^^^û_Êê  "f1/2RÖ×êÚM...î°Â±]ZŠ...W  Ÿ"  0WÊ5H†"?ÿÿÿÿü|
ñÿÿÿÊâ'Ø0Ê)âm
L1/4ûR¹
ìÕ4U¸u÷*¹$ôÓúÞ¡BéW^@  Öÿ¯ý-cõÿ  ÿ±w  ¯õúkß[(tm)-¢"Œë·×rž£4U

d ("& 2(eó BhBy -!ŽÈb,
†!.fã,Ÿ ¢>ÍŠSŠN Ð%˜ Qf 4- ¶˜@ýðˆ 2 àÑ ˜e
;M ž˜
ðƒÓO‡Ð40ƒ¨µõÂxAÒm-& a }Ä>,'Ñ ý4Ù ‡÷¢<vˆÝ¡Ä|]è-=âè"è'D¦öEüœàëØDsd#" ",'@ÞE² ß
"ý ù¤,nEêÈ¸B º Nð›¦ö@1/4ýoMÝ
'8@Â(r) h úA¸ ü&(r)1/2=>×[¯Â
(c)?1/4$(c)¶éÿ§÷ÃOÝ'WUðiwÒ¿~¯wê"úöö"¨þ*íxÓÿõ~ýzø·iuêÿ§uW‡j"3/43/4-þÿTÛ ¿Âê
ïÈ•Yf/ý}¯×ù ;L¸/^-Ì†Ã" CþÈ"5}_oÅ×êø'Ç 2H
> ªÓ
ºÿ×þ÷"$ ýV××Á'{aÝô¯ÓÞµZÛ@1/4 uß×D.} ÷Ö ‡UÛkwÔµ{÷I4BÛå"?ï"F}ª#?|Ö ûë-zûöôEŸëî
1/4 ðKù.OoýÿW×Ö‰ ª¿"¿3/4"ý‡é{ëka×¿}]¶u¿¿¥þºYÃÒ¶*-Óó¡ý(r)1/2%÷ ÿí ¿Û×µí/¯ýô¯µÿû-ÿ3/
4ÿûk*ö*ý(r)ß*_×ÓV MÂ Úk3/4š]...ØiWûö1/2...ÿóîÚ°`¶ þ
ƒ Ëç°Òm† M°k Òö Ø0Kÿý› ìpõØä^ ‹Â¿´þ9 ... }·‰(²-2
¿ö ï°¶¶ªú d- °¿úXiC[ 5OiõÃM°Xa_ëíxa_ÿØ' ,v˜B "ž K. † ¢C
:²µ 4âÁ4tB# DX(Ž
é€µ '¥í--ƒ ;PÂ ÿÿÿÿÿÿÿËHk ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùk
³fˆ@C#Fv,
LÔÎÀ" '¥;W•#$†W5gp2Ü°PD4lröK"fBš...Âz ',, ¹< ŒÌÙ"5Aª¹ í/}øP "ý%\ígöÚj,Mreë¯Öï\.(r)
¶Ÿi¬³...¿1/24 'ïz- ªÎ - ´"(r)ýÓ¬¹´ƒ¯k^öÓ
)õøÂJ-(r)h~Õ3/47·]zýiéïëú-íô·ú}-¤ßõô×k¿ça2?Â¥ýg`q¶J| d|¤"Èš;w 8...' vžJFFË5F¨üpLž $Tóƒ" |
Œ 8eHeA'±\Öd¨Á *ˆðú D ò d¡WOå8"h- Í 5
'd7hY œB>u Sù.!
Ä> Èq° D€ÉÃù8@@ÌÌó ÔBVÌ "
"Lð%(r) g@@ˆ8F
Q °dæ a5$ Ù€¡ ,v

...‰ g(tm)°šöým Ÿ" á
¶ ‰¨` "ý4ÓL iú
7ì jƒ¤I¿Å" N, íÂ

? Ü=47×
î"Ý0ƒ‹A§ý'êƒM4×A1/2ª3/4š
5bÓbí>-y á úh8µN-4KÚ #vªÄ-ª¯éÑ'kI¢^ëPÊs #çR,Å¢-¹ ´GŽDu¢~âåûD¹Á Õ4‰s"öè"º#Ç"`n‰
sä_(tm)º3e ‹ôJ £'89 °‰OÉÎˆÿ ï 4‰rE ¢>1/4‡ ÿTá œŸäˆ'í§÷
"äñW²%¹g
n Ï1´›'~ z
NÆÂ 'Ø@Ü Ô ë =So1/2Â
ÓÓ°ƒ" p›'} ž y ,
•Â
"pN²9õõî"i ÐH:Wú¤Þœ utƒÓ éûJ avé3/4´
Õî ÷uõ{uÂznƒ"×M7êôÒÀÞ›Ú1/21/2[1/2_ ºïÝ
ïÂzz×ý¸Mì* Ã# õð1/2é1/2/(r)ú¶µ|i´›W...´û´ÕSÖ-ÿ_ ×HUê1/4kõµ Jë¡zÃµâ-Å$Þ;N•þïßU tÛ
ONúªWU MÕÖ´ú[Ö›±ïoºª¯û§ô-{Û¶ ÖŸ[WC}Wu×Ãõzéºqÿ]ëÝõÛÒþÁô"$ _këNµÿïº
"÷NÛ_Kï"÷
ÁÿÚk[...ï)ÂUY#_÷ý3/4 Á,ú kÿ-Ú×~1/4µ
×IýÚ³X_îÿÍAä '³€ñ¿(c) k$ B4¿õ×Ç DÃñ² ‡îÓ 1/4dÀu_Úx?NZK{·Ö•ä€_~¿ì
¡¯~t él/m¶ÿï¿V %ì:ý êÁwëÔ0uïú¥ûú_ßþ
0ÿ{ü ¿ ,Cô1/2~R××á"G`Ÿ† ÿÿ1/4 _ÓÃ ].÷ïøD-ÿÿôCÛ ûyj5è‡1/2z"ÓìÊ;üZ×ì ´Bv¤ ¿ÿK -P

Bç~ö¨Ô  ïÞ÷ï¿DY¿ýÿ  &^Á:-¡5-¢-|°ÕÿÿOïÊêÊqQ$naoëo¥üŽ>_ÍÈ  ßö-izþ‰'ÿþùaÁþ  vÞ‰†-ô-ÿM
ûUN
,ü  úw[¿i  Ú:^ö¦  ô1/2)ÐÕ¿ô´  ÿÿÖ  ýõõ}}  Óõ߿Āuûÿÿ_ôÛ
ý=ýw¿õÿï¯zÿÖÏ¨ñÔ¨Öÿë¯×ÚÔ߯ë¯VzëÛ:³o¿ÿ  †u"Ö]:ó†ý:3/4Ýuõþ3/4·ýuý¤è
{ÕÕþ"[T×ûé^-þ1/2"uùÝi_(r)¯¿(r)(r)-ªvšP÷÷[¯¿ÿýÖ×ím/o_ûNÂêÞ¿î×K¿mÚ¯ôuÝ°*~Úü?Ãi/}ÓÓ(r)ªÚÃ
HÓ°3/4°ÿÿ÷ª·ØJêûÕjëßjÞÂKÔpÚÚšk·Ú°
&økÝ¯ü4-a"3/4-ûtÚ-°Õa"¿µƒ´"]ßþª  Ø%{
(a/a...°_á›

,  L0¯  †  ƒ#‹  n  [
¬5†
ax8a*‡[tØM†  1/2†  |  q°Á-Û  1Z"    ä(ý  ÖEÏ÷!  ±QPÒ
u±Âõ†$âÂ1Qïö)^V-ÅÈìS  £ì1W  õ    >*EÌRìS  ¬p¿b'Šä0ï3/4ïö$þÕ1Õò  =  ]ýõl,;h2
?K(r)õ¶Ó!^vÂ¦Aß"
tì4økpÂÝ�“  Aÿ
<  "Ú  ¤"µÂDÚ&    ...á...°¿Ã  !ª

ï¿a  -pÓ]    a0-v·öƒ
Ã    µ
-C  Âé"  /v  .    0NÐ‹T"Á  dSÈn(c)
dzpÂ  Â    "+ŒC@Í  ²c@"C  !'"#A(r)  "      IÐˆˆŒ!    `  èDDDDDDIxa  ˆˆâ"1
              Zå•ß_ª[kî
  +  (r)ü0U  ÿÿÿÿÿÿÿÿù6¦Zõçi  ^£ËE
(r)g    Œ?
  ˆ  (r)  +ó&mÊçVæSyÛk"ŽwW¨@Ê¦  ‰ŒŒ  SŠEH",B"Ë'6'*›á¦‹ÞI  'ý-l"  °Â
  "  `ƒ    Aª(r)3/43/4  /×".Ða4Ó
            ¦ƒM×_¤¯ZÿÔ"-Úvƒ"Ç'"‡  §r7û1/2w×_þ¿z%Í  ›Dþ,
‰oÎ%oûH:%Í  ö    ýjýÇ1/4  þÚ¨Ìè:M¤Ú
é‚AÒn    {ÿ  ¯ézWZW"^ÚZÛ&Ò×ëÿ  ÿý7Mí×¶-MÓ¯NúßùÚÂªdýû³"KÇs^ÔUtú-3/4µ´ŸoëÝs±-  ã²
û¨³*c£V^)aJs?    )Æ  ...A  á´  "h%oŠt  éžfãƒ3  ¨ˆ(c)È•†¥PE<
    S0d@ó³‡Á  u  F"(5>ÍŠ    Á    BUè{Ý-Š¯3/4õÝ²¬!PÍBd¯  œ  d†`,    !'#ƒ3    ‡t  4C-
x@Â        "    0pÂ
Ð4  xA  Â  Ð'jG  DW,  ÞûA,  þša
ú"÷ÿv¯1/2:á  H    Aá  \  h=40ƒÐi"×°  "  Z¿h;1/2tÓ}0ž›w(r)ÝâÓ¿Âi  öþµÖéé¯[]¬ÓM
>,'  iÚiÃŒ'r+¤á¢#‡"è"  î*"Ö;Dw°¨(r)ýHAÚ"""  Äh    ¨,3/4óÇÿ¿ö×ׯ">.JèŽÛ8âÓ'†¥Ï%ø‹-J%    ›D°

%öÊê%6%ovJÚîZ
Ñò.  y  Ã  "Ú  tN~"  ú%þw¥%L³´  ù  NpƒcL  `ƒ¿1/2Ûmtï¶ŸÑ3¶Ð¶,
'fÂÁ¹  Dè&ä~DúAÐAá  á
Òm  Ý:  :    A<Ž  4  a=6"ÓƒTÈé"ÿ§Iöß"Ât(r)Ø1/2:1/2¯I*ëÿîž  xN"ï'a=SÓÔ'út  t›Ân  ž  ß
‚T  1/2-  û"µpµ  ý7Zô×A(r)â÷¥×¶÷  [Bé¿"t˜ž-¿{(r)ÝÕ5ïÝ  ÿkO(r)·§¦ë¯´/  ÕÕ£þé^    A  ž·ÿëª×  Ó
Ã¤ƒï"-ûÁ=5Ci?³ÿ¥"ê,zo§Úý{÷´    þ(c){ú÷è0à›ûÿ~í÷þ‡Û(r)¿Ýê~zÞ¿Ù÷KÞú×ÿè--{°~¿·ÛÿZø7·ßïjõIîþš
ýû  j¯ázÁ}3hÂ
"  {}IÑ  téïe        kõ  ¿  "ý~¶_.-E(r)ûôÝ³"§þþ¿·ÚkÜ  ˆõÿü_F  üè  ñ  °oOÜD_æm=  "÷o¨ë
aíéMa?°  Èpë¯¯ƒÿÕkn·§êôIƒ¥~~×ëd0Çà-ò
(r)1/2?ñ  þëÿx."'  ÖÃ  ô¿ûûuý¯~UN-ý,ÿÿ  ø/ØD  w1/4
ÃÝWÿyKõÿü    -¯¨_{TÃußúÿëÜí×~ßíD  íûÛ¯ÈrÇ?  Kª!rþ^Lû0  ÿáÁC  nY?¿ò-¥"
Ý}  ï  Ü°F¯¯÷3/4Ýôþ(c)?úêé"ÿWWüD_tE›_ÐÈê

ßnÚXüÉ ¿ýÌ-è‹D¯º#¥uîT"ÿúÈ?1/2/m}ÿÿÚôL ïÿ×¬²?
'ðä\1/2}ÿN-þÿà*ôÐ/Þ¹$']ýtýÛ ô3/4ûï×Ð_é¯~Úý}õûš ?ÿÚýÿõvýzý[ß}Òß÷ ¥Ký ûú õþŸÿ:·}iÿ¶í´
òíûïè~Û(c)= ßús(c)Ú×3/4õ]oÎ¬ºÞï_1/23/4Ò´[WIÒô×ª×þ¿nûÛÿý-
ŸW_{~ƒ°ý "_î¿Uû[jžô1/27"Òÿ3/4¯õ º"Úý¶¶"éÒÚÝÿ-Ý÷öºM¥iÚÛ -ÿÓukÕú1/2¯Mo~Ó~í.õm[[¦Ö×
"JêÒmuûíuÝ^õ
ý"
(i:ÛiZßjßÚûýÝ"
l ÿµ~ÓÚV¶
õj÷Òp-"smm+Éíµ‡Úš i7V¿jÚ[ì0-Ã
j¿a[
Á,ºÖEÆ    L    [JÂU
'×þ
      †·
Ú°¹(tm)àï¯ ÂPÂL}ì0'ºô›
Ú1/2"¯a& U
$ØIµÓT JÁ?a,ºÂR%ª ca¯ û ÇÆÅEIT V(1ºÌ    "x¥ß÷
aˆ¸àÞ¨aàþË,*Ø~Å1R õ"bž"›    EqLT|S Ä*
0I ‰73/4Å±Òì- ï‰(  Âm AÓM;QMH#Ø§(r)Õ}&  !^
wþÄŽ 3/4ÕZi-"ÚV¯ Ò´íaÚ(r))¦µÙ
   "¶"k
wxal+`¯V H›,
   -¬0(r)-þÚa4Á=÷¦×]¬C          ,
'UÚ¶ L'
& al& i6ƒ      ...z´-> Èõ† `‡-, `³¬ BÂv "   !,
   ."B; A-f C²‡^Â{çb1 q`B, ^0B
      á, Á
`"0...,
âd"`¨A-4 Œ ‹ DG        †""%U â8^^^^ãü²Ò³¯kt-üéX%    +PÂƒ -Š?ÿÿÿÿÿÿÿ
ÿÿÿÿ- (ÿÿËXº ÿÿÿÿÿ-Èßÿÿå¨"e|  g^-ÎÒB(tm)
I¹ll # VGANÏ"ã#ANüŽ€‡@Ê aIpPFâ
P ¹¨ × F¢#c
¨ §2:33Y     3 Ð \ø '
Ä 2
CX¶ Â Æ¨ a øAÄ7P ÃƒÂ
| þþ ›´ Mðšá
ªh5ý
ô Õ÷§ún j³ú Iþéý5¶ÿMwUO, wÚ×z~Óz3/4
¿Y  Ûª¦á-¢ ºh...æƒõY  MÓÈ(r)PåAZ G U¨;D"'ø"qQ Y 7#-¢",¨+
×@ƒv(r)^º?mÑ ìCXB"^‡"l sYÖ,
_ ÛH n(r)¬Fê oté¤ôö (r)  úVÖ  T+"G^-ÓPDu¤õ ]ëW_¥ú§÷
p}:
÷Â¦á¬(&^ûzêÎ1¿Û~
   Û][ö" Œ Â jÝt(7‡Û¢+º (}§SŽ
µ·z ºT ºøCO1/4ŠOO
IÚp"§µ¯ZWj"Xx Ü Ô5¿n z· ...1/2n1/2è>E ê Žµ¦(c)(r) ýù
\ Ä\;Ò´þô›Ù!û!F×H[ TìŽ Ö›(r)
@¹uÞß ºêF÷K¯zo Á‡ oá×v qÂîö@   ò  ~
ûí>ý×º Î ~úŠ~×U

>-¯¥KÛ}ò€|+×°ÃoÝ}  M"°û~>¨"ëÿÒ¿÷l7°ÿWÝ%z×  ¿ôîàøO·ïz4&Õ+ÛýýA_Ó  †
ÿ̃OwÁ"¶(c)]p}1/2Ð6"¯"¸"èšZ,#ù  -H¡u¶µÃÿû  ãûko
ò0oø}Z
î   WÉ í¶"öÚó  Ž£@Ë""GJùV  ÿÔ  Ã§Ý
¬-ô¸ô-ÃÿC ƒ#
   á°ˆêî?...×}¦µ"ë¿Û3/4è§3/4-bû"áÆ ́ý†Ú ́þÛ ́Ýè5,#ùón¡Rkr=  mz}ª"‡éB#-¯oaw
pi-v-\$¿
µmiûg
}àê^ƒi,#ê°ˆê›øujÁÿ~ÿ^ý%ý5Kaúpu
îàý}:]+ëm  Ð8zr=[í73/4ò¿uw†"-1/2aöÃJÙ-[  1/2¶  (r)[•U'  ...k1/4?ì  M¥¶ú¶²í¤Ã  ¸a-. ü53/4-Á¯
@"ÿa  iHXïï  \=Z  ¬r  A  UaŠKb·AS  TíáØeÁ  ¬qÝªì~  ¨_ißíl":í¤ïø§ì  Tß"
'úatí^ÂØ{l/×~î×o{Õ°ƒV×á,ö  §°  Mû^"i...¿X`(r)Ý,¦  °Ã]    ûa  M  û†
¤  L  Ã¿a+°A...a,ÒpÈÒ)A  1  YNP...]ž°(tm)ÍÁÁ  A"R
  (!  'A  0C:
-93
!         ^^^^^  ¸Õ"v".^R(  Eƒ9  fÂ    ¹'Â  ¸Ž  ÈÚ#äxŽ2  ›
'nª  "I   E  aH    8¸B9  ¤ˆ6  Y  3
   Ñ  5Hñp5  $Ü¤   A  ù€|  !¬ä  Ç¬çÂ
ƒ  <
9Cœr1/4†PåÖCPA
qÏQ  ê  `¨Š9ŠJr¶6NÊ  4  r  HÇ,T‹
   Å  7@ÆøPYö,v¨°^  ÿ"q´Yj  SÎÃÆv$    3Y  AŸ  ØÅ;¨)  ^Á^¬-eh9Ø  ¨ŒL  iF  ò5'd4mT-æ
Ô     B=šàÉ  Ü
¬  EÃ#  ¹Y  A"EÒf4
§  ¬Y  Ð  •b'Ñ(r)ltJÑ¡  A |;Kþ
(c)z,  ó3/4ß"  ÿü
"}:ï¥  ^*´(c)ïô"  ë1/2ë†  OZõ÷íþþÁmB  ð·Ó¿þ-  õ
¤3/4²-þ•×¤Ú¥
þ"ï1/2
ÿØ^ÚÓá  ÛÈèßTCŽS"Ù÷  ¢$ßÜ-.Ñ     :oÖ>÷²3ÚÙ"D8:  '...K  -   ÿ†ÿ$  ,
>Ó^ºÒ  m8JôÛè
ßKö÷3/4ë¦'  øWßôÔÂ#"Ýz¶á¿WûÛÞ›§M¿‡õõ²  *x(c)PE:5eóVSæˋ  ˆûdš/"A  '2¤ßŸ"X*'¡<+  -%3/4
(tm)C  Çš‹_<D   Æ  †.u5Î,  †ND<§#  ¨yò8fb
p¹Á"
    ÆJ²!‹Ÿ%$  Œ  -J$  Þf4-N
"R     o›  É   D1ä1"ƒ  H#bšÅºM¤·  ^£Mü  ÝXAÑ8bœ  6Í     (tm)y ]V  XM    a
"  AÕØMü  ðžµwý(@ÿÐ~  Ð~ž  ˆˆcuïV÷ºÙ"ëÿºé†ÝÚ§  ôÛO
¡ÖG[i&šv  Ýé(r)éè8'Ã_þÐ4Ý'^  ^Ó‹   ôÜÿ¶¸>-÷ï‹ÓÝ8‡§ë
(r)  AE  ÓN-?ãÕõ]ïßÓµïð‡o ïë}›  ¡ÙÛþ   ëá>Ðk§Ý-qT¶žÝg  Ë]Óíô"×ÕkïõZDKéßãVÕÿ]_÷þGí'
-é  1¿-ðDu¢-µ'y¢-(<<Ã'V"ôEÎ¢/y.È  ›¿ðd  'ûDtk     äO~^1/2'  '  A  r%¹  ¿  ß}¯fÁv
3/4Òù  ßN
Z"û  1/4í  n×D^r(k   è  }Âv  <'  Þƒë  1/2  ô7^ûéu1=ôÿNáÁú¸AèÐ~  ÷Þ¸¤
œ  §-µ...ì!ºïØWÐ~ê  t°uP´é"êÂ"JïT  ºL*$w  é^ºôøÔ+ßzqû§Þ  >ëý-·ux^-þôú  ´(r)Ÿíõø.  ¨1èí÷þŸñ¡
{î¶]SÝ(r)  ß  "$ö¦-t  ¸#(r)Çú1/2òöÒ°¶¶ýµn¶
¿¯û^žt(r)µÿýýÁ  ø`1/2Â·  o†>!  étÕû   šÂ   r&ÉþÈô{~(r)  RkõðÐ}3/4  Õ  Ó÷]ü  o²ú,ÿOR)}}C
Î û}/ür

   ´´

† þƒj...
"ÿZn"µé ] ÀjÐ÷×y7\zÐ} ²@côîá~ü' õé]u Î-_ 1/2ðèœ Ö Ž·ä ØÄèºÚ÷ÛÝ'àöS•n7"Ú~ ÷¿ï
µ_¦÷ _kÓï^
BÓýµOáµ(r) û²þ
ÕX=0k Û^ Mâ- ãu3/4 ·}-[ ÿÿCü+^µ°žŸê -Ý^ ]û¦ ÿ¢- ÒMl;-/LS
^év §\WÁ†ÿúƒÝ´íx^"...Šþ·Dt¿ð¦"Bf Žª(tm)#ÒäX(#XK
{Õ öÚ"rV]í-ÝÃÕØ]ÿàÿ#QûãºêŸý' Eû~ßÛß¬ ÁpÝ¦;×}"!øu
%ß...ý"(r) ï[ÓÆ÷
-µÕä`Oa}ÒO Á
";Þ dƒÿ{õü úé=Z×"J j,Uõ1/4ã",/õ1/4 ¨ î¯û"¿íõù _k÷ÓÃ,#ü }}ûkZ°EÒßÞ-Á Þ´÷àÊ0ë
ß"j1/2Aì> ¦D
ô ÷¿Ól5'Õõ_ý"Í"L5àˆþQÁðkÙ ×m/µOx¿¶|×}
+ "[Ý Ù"-ÄÏ?]oêÒ@è>Õ´ ýjÝ...ÌÎ Ž"óƒý´
ém. ¢?öN´(c)m~ _ØTÂPë×x¦Õxk×
$ØKá"àÓû]³e
¤Èxßoï†BÇwaô"¥zu¯...}µÕŠØ0°Ö
ö!V¶¬lzk1/2FÈ[LT4'cƒ]Ø¦ÂÙµ±_iãb
^ÿNî¯ Vœ":}øk!í 4 Øß(c)â3/4ž* ±ûÞì{[_Ü&7j+^8öž›íT{Jí´(r)Ô=5âžê)ªö3/4¶°ú{Ý wÿ1/4'*v•...
Oñ%ãÂk÷,{¶| kNï†1/2ªVž }ma¯
/ä õ°¶þ(tm) ‹í4¦...-†BÞA#í{
03/4ž t0a{wKì.¶Hu°"aW Z H°(r)Ã uaX0'
- °í(c) Ô -(ˇšÚ"'û[
Û°^(r)ÞÐ0]_éØd>ŠÒk h=ƒ"i
`ÁS8é" HgªÁ °ÂèY@Q
á@..." ÇB²ŠA Â
ÀÁQV. 52¦ , Á µ 0¬ h¡80EÓC°D"VqÐˆ B Á
ÁS/f¥
, (tm)Ê : B""""'8^^^'´0"DC"ì_^^^^^^^^^^^Á ÕÑ r: -¹ šÉ",á2U-d[#,äM DqH-G‹"! '`
hÁ´Ár 5
£Á(r)¦Í†±ÌŽ
æhÆ_. †¤a ³¨5"è¸Èáœè
†åÑt\ !284 Ñ.ŒDu% Á€U#²á´N
¥84 ÈŽ
&⁀\3
3 ¤t
¢ i`Ðj £ùàk!åÃ\Ã# È51 !
<AXrœÐAª
¡ Íf¨†1 9VPæ²
ã kƒÁZ Ôr‡+È5(" 5 !±Ì C2 Aì¡È6yýÊÈ * âèŽˆ@Ë A¬N EÑŒ3/4S†(tm)' 'ù
Ù1/4ät ,>GÉ (r)k åò 5J L-
D !x‹',#ä .D- ^^^^" DDDDE b\¢"""""""""""""# C m" ùf 3(F (tm) Qá' ¡
ÿ
-þJ¿ØK×í¦ø/í} Õu Ñ- Ç-íjÿ´Ýe(tm)íˆê² ¹ÔK3F á GÎ
ÒÍdpYg
H @Â"B¬ Á z ¨Œá y
8Aé"áÞƒÐnÒ Ó‹§ " 1/2]
ªïŸOO¤ÓK×TÿÜ4• mè¦ ¡Ý< Ððä<:"FDú"b`ÈàÄ Ø2G !ƒa´É"ˆýÁ> -žƒqUO^ôíé<'ûÜ*¥oÇ]

ÿ-°áo⁻ A'êêëûÁk  B
ìÖ  }ú-r  3/4·Ç  u  ü
µêû³Š†?ä¡íUÂj(c)kÁkúo°⁻jßO1/2oûaóŽ'    ~'
un"è...  .&¬  ŬŽ~úZ"Ïÿ·Á  ô  ú
ö  øK{}||Rþü?1/2_⁻m¹Aw¿⁻Ú]W§mi⁻ª  ë¶¿⁻µì0Âí°Úý⁻ÛOV;x...!à{ÆÈ^Ã.  ·Ç¿°÷ÿµb-ú3/4íÌƒŽý
w}†´íîÈ#êØ[
ö  3/4×Ù
ýZ"l  []¨h^~/°žq §Q
     Œü0  F""""#å  g#âÑ  0F">G  ä"^#²85     r#†QD\     2à¨y'ÃRYÉ  ˜jd    ¨!¬9,†¨Â   Üâ     s¹U  1
  9VUœ2  sœìÀ"ÅÚ¢Â?ÿÿÿÿÿÿÿÿ-€hì     i  ‹§j2     &R
HŠ²  Ê  xpg`L"'h5Ø"*µ
äYaB(tm)
_(tm)?     D§2ÿé  Öï
(r)µáp¡Uú Öë^  A+üëUê‰[Y<+  æ¢t.@õ×õµÖ  :Ðš
C_ÿo¤/
-"ß×ÿW¶|µ|Â÷_÷ß×UZ°¿}}=w"æå<v7ö@Ü"7¡èŠúÿÈLÛ%fBÅÍqÙ7(r)J(tm)èÔ^Aa'Öld`È'
^  Cĺ‡9  AxGäMHô.Èl²  B'  FÅ  3#  "FÌÐ9O  ælÜ'¶pnp    -â(r)(r)  3/4H
PÏÇ     CÙxPá'Á"Ð3AHm  5     ˜SáÈ  B
     <-fÌÌ!     Î,  Bà^MC%Á4  A"Cø ƒÂ     4Ð;M  O

i  Œ  `ƒM  ƒ  B[ÂgÃ¶  x@ÐxUð"è ûA-¡  á  ØM     ´  ÉØ ø a?M     ~  4ôÓâ
;     ÷i¦  1^  ôÝ
°"Ð  "  M4ÓÂ°át°}'üiÂ¦ž°ôÐÝ$  O"C  4ý0Ÿ%ý  ç  """ä³Ä4$Ý¢>qÉsC  8'w  ‰{  '  }¢Wã'h¤  ƒ¢
X     Ú%Í ¥  "ö°û  Ñ,Ç'ÎôHw%(tm),hœÜ§,ä^r|äúhÐAÍ$  r/  'D1/2¤|ÏÙ&ù  ð  ´  y     :'<<  /r9¹
     ?ßuÐDçÈ1/4Í73Š)2     M ƒt     †  O"sA
'Å     E  ú  ÌÐ@è ôâ-  "  xA°ý'i...h Ü'z
ðž     á\  Ó¤ì!"  "Û  =_kÕ.šá:⁻ÕMÂzm/I°°zxB"ïè Ù>ôéé1/2ô(r)é°~>⁻þ  |×k}Õ&öá7UÓ⁻?-  ï
ö÷ðŸm'é¿V¡]kZOôû">Çi°í{iê"ÞŸQè÷t-éÚÙ  ±õ  ^-  1/2~~1/2ïX°XÕ⁻  ]...AÿÒ´žÝ×í¿Æ-&ÚÞ  ª¿ûcØ
õð_×~ë¬uÞÿi^"VÖØc_](r)?ÛÿõÒÌMÄ¥⁻°Ô°wAÿ°×ø·^ìŠÞ}}5ýÿ}^î  Oƒ¿·û_⁻û'Fýê  ä  ¶(tm)Àzµ÷ÖB
  -Úía  "  ^,[
íüƒ  ÈÁ-°ëá'òàŸeÑ     èƒ%  >°LÀ8_³6  y€Ã!LkŒ0y¨1Çükì,  z(r)C  R |"
ÿ íÝ43/4Y†C
Û⁻°â?B,Ð  (c)
  µë±d0Gâ+âàÿY

^Ó{ü?  4  3P  Kf°_õ
é¿Ð_"êÿôC¿
  *~ú,⁻~  a÷î´D=îCDtÒÓè0÷ëD<<"
  è."†÷×ßD&V¿¿ë  _@O˜ØD<~þC9     ïþÈ.<  ëd&     C-ät1/4š1/2<µ~ÍAõíQ  j'  ›ð°%÷èÔ  °Úá  itë
·Ó~æ&L     â"ý+å"!9(r)%oƒ|Â⁻u⁻/
T¬.ýü--ûN‰¹a×ätzø²ßø%éü]⁻Þ  ä  "dkzÚD     Ú^  ýð}  Õút-àЪšÂ*KuT^‹(r)Á1/2Zþ,1/2´ýý°Òì=w
÷w  zi¶  ¿Áþü§_[v¡ß  ð³*m/ý÷µ$µûßöu(c)sUõÿ÷Öj³*õSV~zOÎ(r)ý|  ý³¡õªÿÒÒßúÝyÂõêµt¿õû§uwö}
é  ...ôíÔ³£o´  ~ÕÞF7þØ}ú°Þi;þ'Úê¤Uéêô1/2u⁻÷_û"VýZý}·Øu¥¿Ú·°Ú}¤õZö•×m  µWá-þ-⁻-ÂÞ×Ú]Ý
"ý[µ{µ´+TÛÛï°1/2-ßÚÚé6-ö°Ý...ÛJû†"ýÓýÕ...ím}a...ö×°ú:žúÿÕ-6•ö¶  á"°µ¶"a%
ì4⁻0V
`ÒÈéöÖ
dK  °a/í´-¶
  _X`1/40Xa{

kð`-Š1/2ø`1/2r.~Ø0±L  $ÆÈ¶*
  ö;`ÁX`·Ã
1°Á  Á1  Ø¦D  r  ‡#¯ÿ  ä%Š^â˜"w±&ö4á"â•X(r)  õV$ŸwÝþÅS  !ˆû  où      nõb¤<Xá~Â˜N×l/
V  ˊxôÂö  ²  =Ø"Œ&ö1/2~ì  ª{¯"RÝ4ÂOa5(r)  ðÂk\4  ØA"]¦œ0L":pÂü0°Óa"µ-á0"˟°Âui9p  †
!¦1/2C
˜/

â  ,  J    ,$0L  wµ¨d‡  Ám0˜C†  2cHD0@Á  ˆ³Š""  B!¡"Á
  !    U,  "
     0Q            DDDZ
1/2ƒ^^^^   Ž"8ˆ8G´ÝdÙ&•   1/2zk*ý‡Ý...ü3  ì0-Ø§ŠûJ×Ã  †     ²¤1ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿä¤ -jÐÂÐiP`  BTi³SÓ~°"*¯‹þ1/2ë¯(r)1/2/]}t-"ÒúÐO^,::"ÒK¡Ý%...  C´Šym ±ÿÿÿÿÀ  @
endstream
endobj
79 0 obj
<< /Length 80 0 R >>
stream

q
416.16 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream
endobj
80 0 obj
37
endobj
81 0 obj
<<
/Type /Page
/MediaBox [ 0 0 425.28 706.8 ]
/Parent 90 0 R
/Contents 83 0 R
/Resources << /XObject << /Im0 82 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
82 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1772 /Height 2945
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1772 >> /Length 26342 >>
stream

ÿÿÿÿÿÿÿÿü·
ešH3 1ÌŒì  ä
›dJ;K2PŽÆ(tm)1/4ì]  •Ä]   °˜R"þAÙª1/4¨M´(tm)ÌÖÍa  ÁÜ>×Hæv¶²  þ'I}VÒZA"  ÎÕý?...O
þé.¨+µÒ¦Ÿ...ï¹t"˜5Oý×1/2m$-O2pÿëÿëÿ´PáÕÒ-PA†'›Þ"Æ3/4Ÿõ
ý/Øv  t
éßõëûî*"]ÛzN"k†¿ÿ~¿...ÖýT  ¯uUý\.../îv/-D(c)  (tm)˜  œd"5ÆÙ

U_<dT·Ó[ú¢ ï; "÷•DK    g   `€'ŠAu  Á'ã!"@"|Ô)ŒÐS£0A  ˜    ìÃ !"(tm)
Ã   x@Î¡-   "¨-1/4"aB"  á  'f    '
"
õ˜  ¶˜ãºV'•˚‡@"  |ÀC¨‡Dua    ócÍ'  H3  (tm)Š  á0MA  ¤4Ñ  ¡  @q,  C°  ôÝt  qh>Ðhb(‚GÓnÂ{
ý6  k÷ª
ôÐpv  ð  á   -  A3/4šá
    A§  ãÓÄ=â.ÂqI-U¡
( ÝB
bÆ  ^âšña
µ  [v  q ø¹/p⁻Dx-È£2Xä6P^BÇY-  "ÈýÉs,#á  ó"ž  Âd^Ú%>Üw
ínNm  Àù
    mÒ¢\´-=  Gò´ƒ"Å  '7$'  -°a  m     ¤Kx Þô  ºm  Ü'  nœ[ œ":o¤Kò:G1/2ô
ƒd""     ¶á7#>'û">dÈ'@øO    ûIún›ô  "F  -Åþ"§H7 ›IÒè7H&ô@ž3/4¿öž -&ý
ðžƒ¤Þ-×ßÂn  pÝéë¯_îôõµ°[-{ûïOýZ¿Ý=5ÕU=tô,ok¤õ{Å&þ⁻öûýWÛý[ÿô"ým]úÐøÕõ  úÖ"ûë‹ëV×þ¿
õÿÿ´÷÷öj1/2   Bÿ¿""⁻õÏ÷ú3/41/2¬'û�̂öÿz°¿ÿö¥¤ºÑéï1/2úÓ1/2{ê"Z·¿}ï¿ÿ'¤G  }x?~'"⁻ÿÿÐÏ  ;.
þúÿ⁻ë×ä   '÷×ß¿ê°gò>Ÿ¹H  Õ  d:  ¿×úþ¿xøÿÿWß÷[û  d9:ÿû¥ZqÔD~¤
gßØ>þûÿÿÿÛ⁻ªïÿöûÿAXtÿþ-û]ÿ¢
1/40{úõ3/4¿¿é  \p•,÷  þ3/4×ÿÀ!ò  wþ×Òï<!¡þè<ÒEQÏT‰‡-ç/÷ï]ÿ×iÉ2Ô}uw_´    ù$A¿ý:¶ß[--I"Þ ~
ÌN  Cÿÿÿÿï"íÿ/ý¿Ùï,¢  ¿ÛJ¶¡ÿ]     ÿÉQÿ¿Zÿÿum¥⁻vú÷-¨ªU¢:
ÿÚïžµ}úô⁻Õ*}ÿÿÿö•  [(c)Ö1/2WM-uµiÕ°Ð  ëÚ÷êÕš⁻5}õ    ['uYÐ÷Õþÿ-WÚk1/2ÿíwßß÷ßIœoûî}(r
)Ûþ1/2 þí{o_ýz÷]ÿmúOö*ïïÿ_oZÝÝÛ⁻•6  _oÝ~(c)zÕ"í~  þ¿µ×†°í"k"µpÒÂ°Âÿ
m-6þ-Òa§t°ö-uü01/2Ã     ]¥ªí...]s3ü0¿ÚPÒÓJ  "úÚL5´þ-[Û

ov  ØV  o¿kÃK"a-
äL  Ù  ,
    ¶  y  ?ö?X Á,Xa,L28NEÍ´ 0J6+ö!Hƒ¨àÁ)  *  ¨0¬~"    Ã
/|H⁻Úb¡6  b  *¿(r)AßVÝ1I±LI
Ö-Ø(c)
‹ë´  (c)
EŠ{é‰7Èxû{  û
í'"¨ï,Õ¤1/2}ïwT‰‚P¶
"µN  I²  7ÛTÂM-m...
    °ía..."†  všа2%IðÁ[ÿàƒ  Õ  °Dt
  0B  a
ô.F  0B  +"80A,
  0NÐ†  0'  ±j
   ^^  1    ^^^^^^^^Ð^^^^â""  LÂ´±-WNM  Þ  Ú[[
°"  G@•Š⁻-0-    ²ÏcÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿË\èÈÂ&Ï'>Z ̂š#ÙŒ"3qÞ†aÙ  ÈíÀÀM9n&Ï£·E¸
  Ur>wFvPdM"3Sf(c)¬>ý¿u  "D  B|k
  d  àÁ  ª  }/÷ïÈ?ú"â
É  W;%E"á-  šÞú¥¤⁻Ýix_ý ÖÀÓáV>õ~ë ̂-{Û^DØÒz¡^(r)  J(r)ª  ;D÷§Oui}°  ÐwkfØ⁻...DùÂ
"}ßyz:ßú  "ëíz3/4´Ú
¹cë×ÀC  ÕõKzé6ß}SIéÒm¿}Ýê*ïÛß_⁻(r)-Ý7ª_Õm÷þ'_i$(r)TÝþC  Â¥kíõ÷t-  Wn϶g#Pý]ÌÙH)Èè:J
ÈÈ  Û4  S‹ç  K1/4,3ìâÊqp ̂%4EO¢'(tm)0W'è  ˜vU"%Ÿ5Íð°²L†°èŽiÒD(y
R  ÉÃ#í"...³b"g  ÒÏÆ    ;  AÔíflü¨a
"A  ÷t    d,&  gP"L5°  "ïë  wþÜ‡  A  àáÏ     GA'  f ̂0D?  õ  ø_>‰Ð‹ f >¡  N     "6(@Ô
e
  1^ƒ ƒL  ̂û~ªᵗ  hGõXÐmé ̂kÅ"  þš  WµÖ+øAý¤  à  ô  tÿ°  ¦  "  Ú  ¶Ä¡ ô  h81/2

þ5OúcUúäxÑ  vÐiZÉüuû¯ßq§pß¸Õ}4Ñ  ¨ëOO1/28¹  µ  íÅõµ'Ù:5m  Þ‰~\Þö°ƒË£e
Lä^hœßò/Ñ/Óq  Zpe¨%þ´Kž    œw^%îÆæÈÆœrc(r)"Ð
nOŸ¢~Ù    '±±hœòé  ãÍ>  nEì‹íµätAö(c)"Ñ    ¤-ï'§
"  &á¯  úzt¯"¥ÛÂ  ì•  o,  î¡=9œ-  "Ù
ü=
Ü$  Ò    y  Ý:O#ŸÒx
ð¿áS¥}U4,  wô›þ(r)›Bþ(r)Ÿkö'úWWTê"Ú¤ôŷÐjá7MûM·WOOôÝõum?^"T×kôé?v"Z  SÓÿN-Ž3/4(c)
1/2^é*mè;××ü&  -{¯ŸIëKIéú
¯áµëÅµoëÇô[1/4jïÒÿ¯v÷Ò×cûî-1/2U×ýV¯  uk"V¸û^¶þÿôëõëöõT¯þÛ  Ã¨_×
§°•=  ××t-oþïÛ  "úµ3/4ÕëO´*^¶  m  p1/2÷'  21/ï²aÿ÷¿K"  ï[öö×ÿé~ÿu[úÁ  u1/2÷×ü§
õ}e8Oüê
ƒëC¯ÿd>Êôt  Ý  1/2r1È¯í'"K"{ÿöäB×QñÕ·š,×î×í¿ôu
wÕy
  ~›Á&AÉîÿëÝƒî(c)G"    â=
":  ÿï²  é3/4·Id€Â  îÿé{à"Ĺ¿ÔT"-  oª×ïðÝz¤ðŸ×Ó¤  J1/2}{}=û|+õÿûkë"CÞ¯ÿD<wÝP+:...÷  À  ÿ
oé"-  ¸ÿÿÐ<[1/2]fäc(tm)Ê    Ù
¸ƒÈ8ç¦íá  ¸þÿWõ¯îF}ß÷¢:5~ÚD'  ÷NYOßì^  ý+¯Æ£û(tm)]¯ÃTDúÖß×0›ùdó$õÉÿ¥¯¿÷
ZN-z¢ÃOÕõ¨"=6Ÿõ3/4  þéK×Ë  ÝWOH(tm)
¯×ü<--°}è  3/4KŸÿ÷^×    {ÿÿ]u¨a¿_  (r)Þ¶¶[ëÿ÷w
ž°uöÁ1/2_Ûßýiÿ  Ý~õßÿÕjoª³E3/4þ¿Ú(tm)Ë  ªê  ~ßööŸïùÖúÍ^(tm)Õ§ë_ßÛ¿÷þ¿¶-WµÛ  ª...¥|6t;×¿
Wï¥Ÿè¿gGœ(c)Ž"ÿûÐÎ7¥Ówþÿ8uu¿Ý}°°ïý¯iS¶(c)úÚ×  *¶3/4Õ§¿ëõÚ]}ÿëMuÄV"jÿzú§¶-ýµ÷ÿõ"k¥Z
êï1/2ZJÚõK  t•[íu"ûV>ÿ¿1/2†-ØJ  í²"k(r)(r)ô§¥û°ÖÁ^-î  NÂ~Õ...a...×†¯a{a...†      t
Þf/ýw"K3/4¬-ö*ûjÃÏæSiv-pÂÚýØI†  míéØØa=(r)¯¨'3/4Ä·r#!ß`Òãé^ÅU´•>àØ`  -°a{K°µÃoõƒ
C    ª
+²(é=ƒ
ÇðllRú  È#âMÿÛ  ƒaN  4ï±R%ö+  ]÷Çö+tž  I1/2§¦+
SÇï841/2Ø"Åu  ¸§Ø-ù
‡íÓZÖ÷µµwô  Ñ  =R`¶  "[_²  Áv¿*kMm(r)(c)  wi-¶ß¨v¸Ö  ]--?a
ÿ¬  ~¯&œ0(c)23VEŸ    Á,w  Á(at
Â¢  v  J(r)ì  °DuÐ'¶  0OCJ·ìŠœ.B    PÈ°pa  ¨†°ÐhXC^^  ¨â"4"¢"""""1    F  D  ¡Å    0"D  ¡
    ÄDDDDDíî¢"""""7K-ÎÂuø}ÃÒî  nÂð"0"i%Ø(r)5  0ØIXNÒÃ  ÙÚ³
(^  ÿÿÿÿÿÿõ¯  ãÿùÙ¢Å  ÑQ{Ð¤É8zØxZ  fÑõÃ  öþ-"d-Y  úgóHÛ  ^´ä*  °  ÷MPa    "-ŸûU
è8(r)ür|  "9C"A  wûäXH  Ü ptKÜ  0
ÖÐ¤ÚMè&Ø^ô  :[Ó¯wzÚuÛkkª|¢ÿê•ÿTŸÿÚvG
1/2kÿB?÷ûuïÿ×  Îuÿ×¹•"þÐ7"  T1/2Ý×]-ÚgVçF¯¿ÿ×jÿioki_ß
i:Mþ•s@1/2°ÒÒØk  <WÁ"¯ad^•ÃÂö*°*Ø¯Ãöšëð̈Zƒ"§    0"Î%  !  ƒ0
(^ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ)•  ̄RÕV2la  r
gknW¯g§¹\Ó  •  áNÁGf¬ñ  "Ë¶v†  ƒêÝ¡mÝ"¤Ê"V-v/  (tm)  ;L  ÎEYS  5üÎ\ïÕQ%Â  Ê÷jÑ+µÞ¥8
@^¯"×Ê*zÙQúk(r)  ?K
a.
Z¦*¹Ù  áu...K3/4øUÑ  ßÛÿÁ+Õ  ^(r)áê'ßÉÐÛ  ¯ÿ3/4    ã¥õ(r)´  ´  7/_ïZ¤¿þ:|    V÷îôá  è73/4>8¿×
Cí{wÿÿ
N-¿ßMm÷ý%ÿ¦{1/2-R°o¿¯_ëÿ¿ê-ÎÔO  ßßkÞ÷(r)÷¿  3<2^?ç£1/4  §"(Dm¯
ALÙæ;8H"Æ@...*Áò¦"  :0D%DwÈßOZY¦TD  f¯"ù-
§D1K¬ÀR  ÈXò RëÊt|deg(tm)
šÆÐR_D^›  Ô  Î  ´ÕM  u  ž  'ùÑ"  `  ,  Hwš¢A3/4¯>  0U0  @õ>Û  C  i,~  ãWž4ÜãLÜfË":
n  BÐ...&]'H  Â¹ö`$Y£1/2^ÕBvl@ƒX³@ž}ÃA,  nÁ  Ϯ  §  "  Úaö      ø  àïL
Óþí]¿¿M=úM‹Ç¥(r)(r)"Òõtšz"ðƒ°@úAß"  ¦†¨ö¯ÓÐ~ŸÝ

Óø´8ºZ'ÃÂ ¨Z3/4*±r;uê -...úékþ...";N/ø´3/4â ºþ...Ç Ä_ #‹(rÕƒäOrY (r)Û}
Dæä1/23/4~}%e9g"t"r Ã •w°%< è"ñé´µ°Û-'m¢8Õ-9 4¨ùò y£Á"¡jËzB
Ñ:2 D¹þÈ1/4Ñ>È¯ÕD,(tm)
"¨Ð pm €õh ðAÝVÝ1 C-{¿h-LŽ Â
ÿÓÓÓÿ:Š...>ö1/2
¨
A´ t ‚'á né
"|é(r) 7ý:@ì ï 0µa=
¦N"Âz1/2zvƒ ]¥ { ûýk"§þ"-W(r)žÝ§¦ôŸ...ý*\'I1/2[ß¦ëAZ´Ôð {d Ò×OO
j›ØM?íÓý}:Oîé=:ÿ["-Õai>"uu¢?Ø ...ÿ^1/2=>ï[íÝ^ o]}íÐô5 ó
Ö1/2ý:×\zj¿µ
Ý{ß€¯é6ú×Õ_ºúmÿIzÓÚ1/2* °a-=1/2m¢ÇUÃW}õzßúk¿þÿÿs"‡Öõ×ßM×CþÿÿO¯ý7¿µõ~žJ ï¯(r)›P°
uú1/2_- } úu_Q<rõmïkÛÿÿ} ^›´Ýî¿×¿ý×"á0o(r)°*ï:,0ÿûü7èÐ...êêFÂzßÝ1/46ê¯Õi þD
ß'0%o_ög ÷ï×%^°ý"!ƒí1/2é÷ÿ,L,(ëî¯¨K·n"wW) a Óÿ}×ô-öô-ó cû
AŽ¿^ý ÷ï{¶‰ÀŒ }ÿMz ‡-Ãÿ¿Zþêï]ð3/4Ýþßm-1/2ÿKwû ¿¥ò¬ ÿï}ÿÖ1/2kL"
÷Wõ}Þ›M ¨
ûÿïßÕ×&Qü" ëí{ï·ÿÿßv"Ò!o× ÿ_°ë¬ïu÷è"ú¿ì$ [úDÑ5"3/4Pª ÿÿõk×DZ }Ú_ßõý×¤ßh ß^¨‹7ÿÌ¯úþ
3/4þ1/4'9 ôý Úoï²\3/4"3/4Óÿïëÿ "ÿþúÞ*[1/2ÿõÑ2?þè(tm)
¶ý ß×ïéÝ ûÿÝZõúþßë¶"^ÿÿ*ëZ3/4°ó×{ýþ¿ú¿Kúÿ
úû ÿëéjý×}õõöë\&ÿïZ ×_ ] Mµ*ïúÓ´Ÿ¯~ÿ×IúÞ1/2RïZÝþ¯o¯°]'á ×û{_ÝVÿî·" ÷w[z{3/4' êô
×_Û^¨¯Ûú¹þÿ3/4°ó"ÕÿÕ{ÿ×^¹¤¿ª}q
ÿ°ÿ/úý4šíU~×¶"kjÇÇÝ°oï$¿ÿÿUÜ4í1/2u{M ¿¿ÕÛ}ûÚÝÜ+iZØÕOmÿ3/4öÕÿ[1/2[]¯ùF•a¯"]µ‡^¿ÿÜm¤
Üó¯ë¶}ÿÿÚ" |]v
-ÿk{ïZÜ^ÝWì4'íp"ÚöÙ1$hâ}Õ~íoJÒá"ïíý°ª÷ö'ïï¿Ü OÿaY qOñý5 0dq ÁX>¶Eï"_b>ââ...éƒ
ÚVE~-í}0ÁvG
/k_"çÓ
Øc'q"1/2z û^EÏ
Ž t3/4È8ý7Ù
‹ Á1&êÿµ*öï1/2 w±-ïlzŠb¶ÝÿbL¦‹Â ±,~× †:ä î ÿí qÿÿ~ 'aØ0ÝÚÒúki...ÞÓí ì/ö-vCÃÛL.
¯ûj¶¡m7ïþÝÈ%"¦-aw~Âý ...´ %á
°}, "Â ÿ
L ?†M, L ´Â...V r kM/L+m...&áT
ðö õ "XkÄ _ºã_°B"'"#L! ^^^^^^^Ä4"**"#°‡ !± ÉlÄDDDG U
B#- &À(c)KroùU1/2 ï¤•-°M"¥r´ %x].Ö Z
.È(r)¯...-Š¨ÚµU1
ÂÂ"Áa"1 ÿÿÿÿÿÿâ¯H£ÿÿ+ë-ik! / -¢lw2UpÏ'£±(tm)"³1/2YØÓ+Oá"ÌŒžƒýYßï"·•wä•}~-ÎîÂÿoá ßr
P"k[ÿ¿ÿJ‚-ú¿ß]¯û ÿW_öÚ þ?ÿü^š÷úý×ÿéú1/2 kßÿÿ[3/4vK•U I³±G"¶ ¯ U"¬"YSõ$¦D› ž"!
YÐÉ = :ƒh"ƒ‚Ø...]}â†v¬ÿžu
"å; i"Œèa< Ô"Œ
Ðe "1/4g #hû aïØ¦± XBó†tvpÊq‚ØÈqø ²Y$ (ƒÌ A ÊvHiæÅ5^ ‡PG(c)
Aaµ
ðA, "Ñ\ a ‚P0D!, zng !0...¦vDâ%DJÃàÁ 8 h v
× úux@ìÃOTÂ ƒÐa ÿð ð -"Á
¦ë"
    øL x iíhv¯&ú
ì&á0ƒ<"M=4Â
!éÚ
ý

û  ãAÖñ¨M8°ƒ  zÓAÂè\¡¡§  üC  =4-¶  .  jœ4K  ^;^w ƒ´£]4  hŠ?'Þ¯é'3/4  -U?]‹Dç¹  {
  Yï¡h-;ä(í  ŽÑ)
Ñ  ^ß¥Ý£!%dn  -  ï"†^ŷÒ%Îꢠ6‰Ó!.‰~-E›äG  s¯Ñ  å8p@ü  ;(rH%î-ôKÞ¶,y-$GÌfï%y    7"û@
  ‡$}ÚR  š  7#Ÿa  š  htò,(M  @ïò,Ú'4iB34  ~è  °@ðžô  ==6•Á‹í;Â
  Ü‹ÄIÐB  A
Òph
›¡"MÿNÐÁ?ô01/2àž  n¿Ø.ž  ÂêÒ    PAè?ì.ƒzMÓo(r)ÒOM1/2Sp›Ié°uëë>ÓW  >úÛpžý$  ÿuI¿øAÿ
ÒÿmvÒn  éÒi+ªm'Õ$µúéÿÛ-}k¡ëÏë!éÓ²ÐMi7ýjÿ3/4š  Ki'þ¿  éê¿¯  ÜëÜÿÖïÝ§é×ý-ö  ú_íý6:¨OûÒ-°
Mí  ÿµ×÷oþ(r)ë"ïnª"Û_Ûª§'ngÕcøö(r)ûÓ‹ß¶ïô÷Tí>-öï]/]ë¯÷ý'3/43/4¡ò¿úíýo¿^ÂKO×ÿü  Zým+UÓ3
k
N(r)·ÿ_|^  ¿¯×3/4¯ë]ÿ!uÓ¿ýzgðŸëö(tm)t`:pdp]-ö÷Âÿ1/2ÿ!k
ß  \h]äl'Þ1/2}¯Fð_£P>‡w1/2  Úê²þÖ5×ª¦×¨¯  ¯Tž#xÿ-W:  ëê-ûÐ€Jßú²L_wþ"?a"
í]_¥¯µþ1/40oÿ  Ò  ôþë¥ý×`1/2%íÿ¦¯¤  }à"ÿÿý/  °Vï¿þ¿Ã
oÿûzþ×T
,  _}  Aû*3/4ÿ´    e¹bJæPZµ¢-  ÿÿÿÚ!:ò  eHiëWIÿÝ´ úïë
wûîê¹e  ßÞZ1/4ÄÿÖ3/4  ?ÿ¯é¢-6•
}÷H‹=u¯×2¿édyr  ÿV×ïÝÒ  1/4‰  ¯×ÚWÕÖ3/4-znû×¢d  öï1/2
ý1/2oZ&Bûßÿ×...-m[§-ÿ{¿1/2Á3/4¿é1/2{¯~Þý×ÿÒ_þŸ}ëú÷:Ù(c)[u  ¿ÿ{é+1/2ëõuÿÿ-}"ûÿß_1/2s"k5?
o1/2zû!ž-ëAk¥¯è×îàö¯öÿóR×ßfGø"ÿoìëÚ  Ú%Þé:õ~ý  -Úí6¶(c)°Ö×I  ëÿôößÒv6û[WKÓ¿{ïÝ  ß³Ö:
Ç¿  û-ëo  ·Õõ  úZOß¿ÿÆ"ú÷WÞúÞÚµ(r)"u  N  ú×ÿð×µí{ØK
Ú÷éõ¨ë  {Ò¶"ê-ö-jÚ"úþ¬4´-  ~¿tÝZÃ
Ý¯î1/2{k(r)ëoÚÛàÂnÚö¶·ì5]°•vö÷÷nö  µÛA^¿Ø[aö°Â{uö
          †  Õ°"tþ  ¯VûûI†1/2...N  Kµ
%  ¬{
[#Ö  ÐD"ïklGGðÁ+éU†°¯-Á,°Â¯Òí¬
 Á'Ç"?ØjÛ        E1LkÈ£"÷ý1/2ƒ    1ìn]0dq>Å2
÷d  ~ÄG-"  ìVƒ§ü1UÛ"    ±Ln¯ÄÜTS!  îÄ±ÿ  Ÿñ
¯M|Hßúþ"  ,?d-  [  }¦-Zö  Húµíaî¿¯¥Ù  -ÂØL...w¿²  {t  aj  ¿axi    4Á{Z×éú´  Ó..."
L    0C†  -...1/2û†E"'
kõÃ
Öü5†
  Nªî-Á"Â

  x&  !...L'ƒ¨  â  |á2(c) h0B-  !Á'  ¨‰
  ^^`"0P‡        Dvß    a
  DD  !
  ^ff  ^Ðq    -µ-,²  T±øCðQþd]Gÿÿÿÿÿÿÿ-¨Ú-ã-räA  Ùb4  ÚU  }  •³(  ƒ
v1ÎÉÇj¨Ñ•È¯T    d-'"^¦¦Ÿg`jÕ d7ð¹Ù¬fî†y  zù  õ¦ŠÄ"
Z
þ°N  Â]kªé  "im    ßþ°~‰(c)1/2x)¨ë¯1/2BDs¯°û¯¯êYûïJ£ @Ý\qéûÚ  -‡¯ú
ãú  Ò¯¯þþ•¯-ú  éûÚí¯  3/43/4¶3/4Îø[Ö    (r)v+    e    âš
#  9  †N  ƒ3±  Â²þDŒ¯Ìò[
²""•š=2  Í  "  i›  §"('GA
qM°A,!ðÁ¨ê]'5"
  PCŒ‰C>Ë...:ŠqÙ  'jÚ Ï°¯A,
Ì4-  -q,  Hf  b...@ÉpLà¦°Á  *‡...  A&A  -  @å  ÔüpCà(tm)°Ê)Ùö`*,
"
Â`  ,  Ý,a

"a  Ða   ;ú°fôí·´ÖÐÂ  ¤-ƒ   "a  ƒBÐq"ý

õ      úoI¶ƒw´  ~ƒCOÂ

,&  "â   _  RNØN"Úq âîM6  r   ""Xµ

ñu´±r)Ú¡j   ë¢<hŠù:dZS  ±'Û¹  #ä8îIÒù  ›èœØD3/4hù?¢Sfv‰{´G  ':AœZ'@ä_r_dAÍt  (tm)š9  ÛÉ

w¶S-L‰o2Ô9   Ò%íœrt#ú%0Ûg×   DçIÁ(r)NnG7   ›4¤E   ´#AÈ³ö  mª      °n(c).  j›'þ

     äsi;´

à‡...1/4

ma  öEèµF"¥M1/4&ÅÒm  é7ª*‡-ôž  &é1/42  F  z¦ŸÓúOOwAéÞÒè6"m7Âz}Ò  ZM¤Ó°¿  :w"´þÞ

ÓÐm}éÒ}þ›§-   û ðiÒm/Öõ3/4ÂÒIׂ§ún  ^-WõÓÝz

ëÿÓIí'_úÝÝRé¢Üí  a  éÚ¿3/4•^;ü  Ý¥×Oö×Mí  ÿ[{"Õÿµ ª U1/2iXûÓt×ëÿ§'

ÃÿízÛ´÷þœVènµúÕï"ëWºZ  ÷ûî§o¿úôÒðOûû§¢*õ~ÿ]Ŷô\Y  gõ"÷ý'ëé~˜ÃëÕ  ×û]{¨"¦c#,Vk

ôþÈ ^ÉHú°ëÿj"a  šÿ#   (r)˜3/4-dpb¬  íÿÔ§           ÷ÿúíþ...   1/4F¹

   ý~C"^  Þ¯ÿ}üùÐ1ÿ1/2þü{  ÁÖ"ß"$  .ëéÿÿû!  ...ö-?þ(tm)

   ûéÿþ--‡ð,ÿÿÛß§Ð/uúN   ¶ïÿ^÷  ,?ðð¯Nþý†iÂõl/ÿºË

Ó1/2  *ÿ˜1/2{Û1v¿  ÷ëÿôBÇµþ-ýþÑ!r  -rÒ]  Ÿÿ äÙ/¿¤ÿÿ"b+^  ºþúÚ̈̈...Z"  ¿_Â"Ï˜ý¿ê¿M"Hßë

¿Urœpú

ß"×uõ°r.Zo²ÈÕßi_ÿ÷¢Ãý"¥ðOû¿_ÿÂÿþ  Wî  û  Nßÿnë‡Ýt"ê·ý?¿ ª ýÚVý  õ¯ÿÿ¿¥þjoÒý¿¯þ·÷ëV³"8

1/2mRzïÖ¿Û¯Õkÿ"Úô¿ÿÿß¯d3ÿmu[÷Jóf¨w¿z×ÿÛkeh

î̈öëï"¶¿˜wz]÷¯¯˜3/4÷  é{o¿÷Wÿ§_-iv-¶ß_é  µ  ì$¿ßö-¯Ú]ZÖÚ3/4-º ª ×þ3/4*ØUí[Xa}Ò(r)Òµá...ß†

ÿÔ:N1/2†ž  ûK¿Ý÷mm]?´-öÜ+ÿÿû

1/2¦Ò]ûJ  \_=°·M"

%

"µ"ßæ-÷a,L0Y  ñ°Ó1/2µé†-""

+[ƒa"   0'V¿*ý¦Í/á...aœ

á'a1±Âì0-pÁ'

Å[îw§êÔb¢Ÿj

Ž

²#¯†  ä[ìqR,j  R²            "ò-û_n9  öÂ1$?Ø§d-±^Å1

juzÿxvƒZ²     7*±]†+iÚ¦§ßn×  ¶$þÚ́ý3/4ÝÞ  _L*µé  ñamõí0¯0V"!/  ÿ

(O†  5~ÂÒ1/2ïaKp¿^ì+"jÿ1/2t-¶  z°¯|0ƒ   C – aS  Á4 ÁV ×Âî""S±hi,  ...†  Ð0"CUƒ  †  0ƒB Ì

      0A¨·^

ã/°"A"8

Â  e   #^^^'4"#B#                        Ç¯Ñn¯Y\Z¯&â  aûþ÷Kkö  †  Á,^ÈHQâ1/

2ŠaZ"i...

j

   0Q    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"r¤YEY'P¥B#£Â(tm)    -)ÚS#YV

   ¤dDBEQ"ÎÉ#°ã ;"†  †  °

;     ¤Ú

÷æ  rP-*?s²:;[°¦•æŸþw§ÿ¯ZØIúÝØ^¿

á_^a  "áQ,k  ÿþ¿Á  Ò²PPäö

ü*Å

¬1/2  ¥õßïøŽ ÖÞ5Iü;×ã×(r)Õ}pµjÿ  ¯{öýoUuÞ÷Ýî¿S#÷    "Pß"_û-u§ÍyÍfB"±çc²›v¦o¯G

ÔÉÆk  Ö    '  ÆË  ª Í  Q...Ð,s:ŠK²\²  <e  ,"$DÂÓ¯a  Ë\y  {EÇR¿  ¨ÙÙ...f

ž2œK$

äèÒ0)  g"0"Ø¯œ"ÎÉ  ÌÃ,  j  EÙ±lœ9¬P"3¨B    '   A(c)N

ža  M     h;Ë1/29  @`^}  sÓ  CàgA

-xÁ      ¹8|/t-hù¹(c)"5Ì  h  "

```
  ôÔ Õ      )Á4 "   : 5A" a
" A Ð0  ØA¡´úh0  §ñOÝ¦¨Aý¨A",A Õ
¥-|+ëÿ  ¦  xC"´ë‹@Ðz¶§h_i¦š|5MtÓA¢  Ü-k×DýÒ"ÃDW
Æ"
Jé¡(r)  ôýi=Ó]Ä9-y  ^-
VÕ
"÷R\äW²&=  å  ÃD1/2¢]D³  %ÕS-LD"Éû-z  ;)Ë  ÈéÒs=  £DæÑ9(c)  È  ¢‹h#C  Yñ'm  üŸ¸þ'ØI1
/2ÿÿ3¤§'/  "@ƒ'Èþ‰|ƒh‹6‰{"úAÍ$        ´N  Þ  Ð&ÐMÂ
Ð‹‹  '
ä^  é6"
]ª}¦Ó"  H7L6  (r)  I-á
è&ïÚ\WÚkôðƒ¤Þ"n,nžjpƒi4"zMÕ°ŸÝ Ý
KI¸Aá?°šÐMëOIÕþëÓÓÓN-Ó¯ ép¿1/2i  }pž  "Mmi
éÒè3/4°zêûéíúö÷}^é1/4këUHV(r)3/4¿c}"I´  ú¯{úU
1/2µ¥°}µuK]ë*é3/4š¿nÇÿ(r)  Žõõ(r)×û"ÝOÜ?ïnÇ_3/4×z§Æ"¥Þ-31/2û¶3/4û¿ÿõt    i}=    3/4=*ÿ×ð
u  ôÞ•Óûôõ*-ÞÞÞû3/4ïuK-zõiÿ~›¯µ"àû×^  ÿÞš× †ûð},ß
Kúg  ?zÐ=.-6-°iUïüüáZý_÷í  ..;ß)ÄI
ƒ%b3/4i(r)Ÿ  ƒ˜¸þÈ"1Á0{]-Ë‚GíRÔ?Ò^Û-"i5ýôýïýwÅé  Ã  ²  §ç@O  Aªº_õíÿ°ï?NA ~"kZÛ¸d  E
Ÿ¥V÷_¯ÿû¿Ö-×[@3/4ÁþN
x`Á ¯ñ0  êøaû°  ÿïü  ¿žÓ§ý-ÿýzKÛÛÿÿO´Bß  A  1/2XD  ‹ƒŒ
  ñ׿õ  "·  õ†ùj  Po*Ûcœ'_Ã  mñ  "  ¤ÚÚ_þýÝkÿì‹...$èŽ  œI-è"ï,n  /u÷÷_¯ÿW"âõ0"×"  ‡Þ1/4K"
vß"ÿïÿ¨¨ÿ  û"ÄþÚ‹NE‡&GVÿŸpn¿üÔ‹  ~  kÖï#  úõ^ë÷3/43/4"Wûÿúµ^  ú
a  ‹°}µµ{{þý3/4ð{öÓýiAûÔ†Ã  ×(r)1/2  ÷°þ÷¿1/2+ìêÀw]|:·¶ëoÿ§W5gŸ¥ñª  }Î-ÍÓ¯ÈÄgWûWaÿD
%Zu{kÕïúº¨ý^k¿÷S  kï1/2ÔÛõ_ñ¦|÷  Ôõ×ÔÕä÷KgCmkiHû¿  jÿÇÚt"ï=ýP¿¶¿¯þƒ
÷íÔï†×Z^êÖ  þéÿ
[Óÿÿ¿¦ÓêÞ¼Ú÷QÿVýêÛ  Mªúi6·ðÕ5ëÂ·V-°(r)žï*þÚ*_ÚÃKn-^Ý3/4ÔÒ߶ M¯µÈ~
m5÷ý¤÷ÿkûk~  a¤ÚÝp×3/4Õ†  aª"í-ó¯ØJ  I°^ûV  Ú0"a+^"      0Ò×á"í{
%"Ð¡¿ó  ]°¿°Á[é†"alà[†\FÒì  Øƒ  $ØIŽÁ  Á"ýŽD1/2vÅ1LBë  Š'8S    `^ö  Lr%ýŽÂ^+Ø[ü‰  Ø-
  øä\vÅG  O'‹S  ÄK‡  šc‰o÷(r)ý¦šíÛ
|'
BbµØ¦  3/4ÈwQ
†3/4°k  ](r)C¿öAÖÓ  j  Ô%-¥i...M_²  Ý¯ì&        ,OV¨0¶  aW"L'ÓV°ôá'h  ÷ÿì-¯ðÂûZ
a,iÁ,
rà-"Û@Âi-‹0¡  ‡hA"
1/2  D0œ  uÈpa    M0ƒ  ãB.Â°"ZdbK  z  hë$
Ã0"  [t  Âa8‹B
  |Z
µ`"A˜Ba  ^^^^^^^  X˜¨ÄG        DDD|DDD  ùƒ‹3/4¥rI§š´Þ(c)¶°¶"°ÁeubC  -*ñ\  šÁ-
  ƒ(pC  ÿÿÿÿÿÿÿÿÿÿ`QÙH  4F'oÑÚÞYDd  ŽÕ  Ñ-    vLÙ'
Ê¬A†Q÷d  Sµ6d
á...Ê'"†U0M-m?ÿêvQæBw...ý  ªFtûßïÿ]  ÷˜ÕT¯›Oei  ëõKeU_,§×"¢è)`    ¯..."üÛ[jªpªþ¿ôf=    ¯L
(ÿÖ-ÿÔÿ¨ýXÐ¿ý¨*¯-ÿÚý̃õ¯õÝÿÿ(c)Ø^‹:{ÝÓöÑŽ  8¤!š
þvYÑª×tk·ü§Ð±"‹"d
ì  ƒ  ‡¨ØDNK
r  ,  ØDÔ-55
"É  Ñ..K³bä0¤HÔ$&":ê§b    h0A'
  OO(  Ë'ẗ  Š
  2  lÍ  `  Ø  e8¿ä€..X!†  Èõ.  Kd`"›  "  LøJd]C  CüáØA,j    Ô  òœ    d†    @ÈaB  Âi,
```

Ÿˉ  Ÿ  6f  2Í  zXxL'3/4  éˊa
Ð z
Â  @Â  ë  5Õ    NÝˊÓT
4  }E"ïðÐô"Ó�B¢ÚOÐ  á
˒ÓˊëÓˆh4í+ý
˜ãîÂnÆƒˉÖ!ÚjƒM8+ˊ4K  ˒¶8Du§  îB"ä[ñ    e
˜ríPD§  £  ýn¬"<všª1/2:-  ü-5ú'm¢#í  Ãˊ...æÊréDæâ4NnO¦-"vGˉ@ðƒ¢'4OÃg
{Ñ9ˊKš'<ŽoDÐù    y  ÖÊƒ!
      æ-
'Ór9"Úˊ\ï"  'žNm  ›ÐH  7}:  :%ûí    "†Há  pƒAÁäYˊ  r.  1/4é°,nøN,zµv  t  qt  y      6"ˉÞ-Â
fÆ‡ô  n  St×úôè'¦ÛÔ3/4˒N"pžAE<+Z
í  ˉ¯a:Aè  N"í7]<'V'ëp(r)'m'§Þëá7°ý  ÿOU  Ânºm'˓"ïVè:Mˉ ÓoI6•  ºµ]==õtí<Z]~Ûü&×"-ø":k*úp¿Óuá
1/2µêÂÒ¿ÿWUý?˜UOZMÕ  ]uˊŽíˉíRé!O§ÇáÚÿ¤ß~ßä  -é~ó!ÔU  ô×í·ëü.-Õ  ÞÒ|7"ëÁ(r)ˊ›"ý?  -îÿï
ú§êÑˋ  ëJêú˓Óõ(c)
áýÿnõw  ú°°Ú"×  EÃÿéuéïÞD  N"ˉˉ×ûßþøf  -  ˉ¯t  pÅ<³  ¤ÿßúT?ãCÝªWd
ïýýG_YÔ  ÷Vý_ÿ_ÿÒÇ÷ü_  x~¿"öß-  µu
    UÕýï_Jò€§ˊYo  ÿ  ý>ëm?ÿ_ýþý×Ò°nßÒÝaÂ!ó_í/Õí1/2"Aߪ°ÿ§ßê¿ÿú´"úþ¿ïÕ{õ-SÓ-g¬,ADWí
Úˊ"Ÿ{üé²    uÿ¢§ÞÜ"¿ƒ_¿ÿÿä~  û¯¹"?ý{÷ôÝ×ëe"¶ïä@Ð%˜öö´Z...ZZ&¥ð"úÿwÿˉÕ&ýÿyÔ_ÿWˉOë[í
z(r)(tm)  á  úþužûþ"ý"~þëïý×*é  ?ú{°ûþ*ï÷*^ÿ}Þ3/4-wýoÔê  }  ZºW_§ÿ{÷m    ‡ýˊ(tm)Ôß‡íû  U
ÚçS×³¿çC÷íO5¿¿õïÎ†ßK  Ûýî¿{J×þÿLèó¡-¿°3/4ß  ú^˓3/4ˊ÷NôßÿÓk~3/4ßõm"}ðý  _õzýþ¿é  é$ýkþ-¿
ßÚ"ÞŶÛÒöéCÿ"]/ê×a(r)ÛZZém-ÿõv"Û
}C=    ÝJ?m+é¶×o†(r)*÷Ú_j1/2õPaut  Ú_Õ"},}Úõ1/2...1/2µˊ1/2  ¿·†µí/â?†
·Ú¶'Ü5Õ+iC¦ÖÊ3  ÖÚôÃIý  2›
      ß
  ›JÐÍ±±L28böÂfˉL4˜a&
˒5á,ÿÿ"ãK[  ÷û    ëa'˜a%n  KdW±l    -b;Ø0-ØKß¶ˉXØßÓv¢DwÓ-Ä+Šb˜â  Ä˜ïù  ?±_kÝ~!~Ç  6
Åq&öCºb  \W†+Õ¿kö  ^›²-,&3/4Ù
ý-ªd+ºÚ  ÿ˒ï5µ
/]p×{      •µµµ1 ÈwéíwWïä-pÂ
  Þ"KA,  ºKÚˉ    L*-˒^¶ßï
á-ŸBÈ  äôÂ  i...  8al,0"0¿zB  Zº'hZÔ  C}£T  C  "8ˆˆƒ  4  †!a  hq      Eê  E...            ¬"
Ë  &  q#¬"¬  ²¤96æˆDDF"DDbDb"""=Ô³  šúþ¶-Iƒ  ã  ØKiåª    ÿÿÿÿÿÿÿÿù6Õ&ç3*£µ  H  &lì(c)Î
ÂÙ  giA  Õ,!I""    ˒Ý2,Ê¶(tm)v"•Êr&ÎÕ_ÎÕ†T
    Ö%ºB'y.ßT1/2ò/  (ïÎAçp-ä[t  û  îþþþ'JøWô  ÛI?K¥ˉ"Ÿ_Òí  -Þˆœ Óý?Õ(Xº(r)°_÷"  ðQrë·&ˉˉv
†·w

1ú  ÛÒ¹c"ÅûQí    ÿ¿Nˉ÷îÖÿûö  Zn1/2éõõ$Ñ  z    3/4ù-éÿ"uFAgjFÑ+<óÎ  0)
&m  Ž-}  Ì  )!¯
"Š,ÌÚ  d¦¹    ÔRù!'ƒ"    óg
º!    gVD
Â'  L21NÊY¶uI  Ù@¤x"  &-Q¬  F
‹
m•
Î"H
KŒ"f°"
9Dpa
YÆua  œ²ä=dSÁ  l dì q  ˜"  ÷
xD  ¡nA4"  øBÝã  B".    ÂhAœa  Ï0ˆM  BÓSÆˋ$ì¹(r)P  É  ã  :ß¿˒gˆ"-~ðDç  D    À0ƒ

ØA"/ ,!u` Úkz~ ü õÖ,^¸ON øAÕ¦›" Zw¬
x'§z"kzÃCOÂ~ ÓT §Vƒ ƒN-‹ÕuûÖ$W(r)ý7éÄ0ˆñÅëqh‰•'-›§ý=5D±þ*MÆš¿§" Óˆr8h Z%
Ž/M n1/4ˆ?"ö òNS÷DÿÉÑîè-|Îêˆ'/
D· -Aà³Ñ/|‰ŽM F‰L>/ü->GsJ‰ßa& þG JÜŸÿ"œÒ-NnBCE Á L‹Í
'1Èƒ(c)?p@ò~äsÁ > d T ‡uH7ÓrGi ƒ¯õÐx@Ý< "ß 6" Ñ {u ƒº 3/4Ï"à-ÈU
¡ m ¯§ôž ?-Âuá
"@M¤è'"Ý_1/2=:N-êþµ¿¶·ÝkÖé}=_Mí7Öè6´ÝíÈ
ˆTÈ`eê tßé?ÓÓÓï"Õ?O§*1/2zÒj-ûZÒÓt¡ýoÐOOOZÿM´×Oÿ-+×Ò~ºß~ë_ÿÓuâ-
ÐM°(r)¶éëuWÚ ðë¨¸¿í/nétÝ6)þ a;ãj1/2B{ "µÿÁX`Ò~(r)›ú...ý{Øô(r)ûõ ŠNþƒ1/2¥ úµßjßÿëö‡ð¯*
ÕëQê3/4 êŸ"ñuÓë‡Û...ÿIÕ/§á""ÚÖDko¯§§ëù #U¦(c)9¬'...þßû]Å¢
WÊ 6Ý ü+ôßÁ'±+}o1/4Ô ývB ¥ÕuPCkZö(c)Òýò :WÓ3/4C
Ð¯ïÿe8 2À‹!àèk
à'ýš,ÿÖÈ ß¿ Œ ÿÞ Òéë$ ëµ*-ÿZà ýú,ÝýS¯1/4† Wîîž‡ßä€^ÿoa,õõúþº†
Þÿ1/4.ÝuýûoZ!ã¯K¶ˆx{ wU§Ánšß ¿E
ü ¯ú
0ˆx¿÷ö ‡ ïá‡ô÷Ö vºšû{ýwa w}ü" ü² ~žý ñæ)o
Ýï‹þˆ{ÿö
: ×Á H úî úµÛ¢-)Û^éU¥Ú¿$z÷õÉ'ÿ÷ÿ"
þÛ³öˆ£œs]Q0"¿DZm¿Z Ñ$i ù•"#öúƒ ºrÃNêö1/2¿(r)-,þ¯1/2 ]wÝ/^LŽúOû5wjÿàºK¦ò
¿ûþ"ë|ƒkÖšÙ
ô-t›UêÒën"õÎ¿uÝ_ûÿëÓÝ¿Òµûý ŸúW×1/2ÿõ´t?×ßoÿý¦Ý*oÿn-¯Ûtýu1/4êÿºýi.çW÷ßÖïÿ÷nŸžƒößªuæ
§é× ž ûýuÜvš(r)ë÷ëýZÿûÿÿ1/2?î"wµØnƒ:;Wúú´ŸµÕmé¥ÛZ[úßõíum}j›Û¶â¶ÐV(r)¿{úJ1/2¤¿1/2uz3
/4×ít-Ýml-ß÷¯ý}Ýýö(r)1/2ýÝ?|5¿°"ÚáUûNÒ°¯¥a.÷^÷û í×iv3/4Û°×ÿµ¿×¶Õ3/4Õ°¯°ÂëÚJ-¥×í...öÓ†
a.Öéø28 "JÒ† {m%† † † ßö ×l%dèÓ¦ÕŠ¦Õ†-...µ¦Âßi%l0¶ ö p--Ú°fÐN ÷-A...ö I‰ob¸÷'b
Ä"(c) Œ‰€Á(abL "^ 1/40X-;'0Wkj˜a*† DáQ ý{ÃJ8î Y ìŠ:zˆQ-FˆA×
DKu ÷ìBøý¬2 wxcí¶ Ø¨"ÓoÓ Ä Â}"µûb-‰c1/2-¶é¤µb(tm)
2
ï‰núŠOvC í ïb¶)"kûßÃ!Þ [\-& !^ÂÞ-Õ ¯µÓVá§ÿ´-;† 1/2°"1/2"Âº÷wl0Ÿ
&
ý-,0˜V ^1/2°Zµ† C Ó îØT
Àé ˜Rn 7X` ¥ÀDº
-¤¡5
Ü0^82&‰ðÐ0Xam0·V á,`‡ e8!f...† 2jÁ ˆ°Dt"!, DG hDG ÄDG ‰Ñˆd·B
È¤ Ò }... """."""""-Ž1 -3/4Y
t(c)
"%ýK:¨‡b ?
wû U~š...ö 0KÁ, ÿÿÿÿÿÿÿÿçb¬È)ÎÉ§ê¦B¿
...ûëÕG"]/·õ<Îëˆ)YU9ØÀL 3P"ÄlSÁ
C ‡(tm) ²üÜKPÍÅ _´ Aàƒ ×`ƒAá
V!"õA îþÐáÚ[ˆänÂ%í.- nˆ¯ƒ,ä¨Ñ/r<!> t 3|‰n ¤No¤è m&-&Òzá
A7Oë§h4ð "÷Ó×WßÞ"K_ëßZßû{ Z÷ÿ ÿ
ÿðþùàNµ<Œ ‡û´ð ã¯ˆÿ-v ÿÿ ï²
ÛÏ3/4ïy
kï]‡ô¥ŽW
(r)XC¤þÞt 1/2º ï¯ý%
÷ÿi_ûä¹^¶þ›ÍWý¸z^§SþÎ‡i¿úž~ý´"}+¤ÿmn- W"{"W]Û§¿a¯Ý¥
%"¸a+Ï-ú´¿a¤ ¦ÿc† ò%1/2 é 'mû±_[kí"ÂëÙ v"é0µ¦ƒ
ïÚV hD ,D2@¨xCƒ 1 Q-é{ív•†¸"V , ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÖK è ¤Ülsµ£+!œî\Käš

*±PÎÅã°ã*(tm)]Ù  k(tm)  3´¤NiÎÄà*f5f*  ša8yó´ü"J¹Ú-pµAðÜÓú\¡U´J?
òN˜°¿ Ÿj¿"...õ-xCKüœ"#†*¯þ1/2¯ëDI¿õ    A°eé(r)Ÿþ¿ñõ
ì  °yb-Ç¿Çë3/4¿Ôjµ~û¯ýÕ};ÿ
¯Uûÿýý(r)"ðKoî-ÿî¤ÙN¨-3µKlîÆD    2  &UÇ¢  $  @!FGEHjwH•
)
-Ì›Y  °×hìŒã1/4ñçÙN.P.S³b  ÆsìØ¥9  2Á  I  §!+"".ÈÃd
aN
c"dt`  šÆä`s†yœ#1  0D8  ?5´
p^  @"  dJ  (c)  Î
ÎS rœ%›3Æ    D[1  •‹Ò̇  ¯CR3D;_Õ(c)Ã:3S(0š¯
àƒL  0ƒÐnfôÂ
Á  ùA"
  n  M    =
"
  ƒ    "  J        ÿ"
0ƒA"  õôôÐ4Ç      "í
î¯'"'
´Â
  0      3/4...ÿïý}§ªz¦š\¡¡è4âôÓM0œh  ªì¦  q] ôÂiÚi a
1/4XBÐwéºk-nÎ  ¬þí¡
!"õØ´-a ù  5D¹¢+¶Ÿ
h    "8h4ì,#üG.m  ü    ¤õõ‰üÎDv  Š;"üE¢_'æi*!]È(r)'  í"äè4GaÅ§¯â  "  ×üŽdLòs|Ÿù
  Å'hDÊ%Ì"]@‰Îf ž  <  Ú¢SÂ
‰ÑÉþNy  Ú%ò¢-D,  ØH7    ´ >²-= í
Dèá7"a    Ô  h  "°ŒÎ  :  fbò,(@Ú  7qé"²á  "ó: ²9ºoA
Ñ  0  È:  ÐAª  "Ðm  ÚMôÚ
éÐA°
´ôëÂ  žŸzmÝ"°_M¤ÚÛ      "Ý6"
Ò  OÂ  NÉLŽ  ÝÜBuuKÚxN¯×ˇÚA(r)›¦  =zVî×Óî"úZOOí5íúNª"·µ×OM$úO"õÓ÷Ò3/4ÿõÊ*õï-iuw
ýu}i?¥(r)è4  ×¦(c)*,#¯¥Kúî1/4~þÒqõ÷±jŸtµ_§ªÞ›ª  ð@Ü;ï_Û~  ¤ŸÝ'[vµh}-ÒqñüD_}÷ë^ÿ¿nô"'ë(r)›
w¦×ÇKéëü°o1/4Îëÿ×_ÿÞµn-útéßþÕ-+o]óÈ+
›kuáþ-Á¯÷ë8÷ß ~°í¶L‡íZ_õ×ÛûÔm  û"á-Îd¦¸äA¯AiM  ,Š[íé%wÐŽB¤éµ1/22  ]›
³DGK!J?  3  ˏwV"n  ×¥ýãÐ7ÿ¯ûý{÷z{Üu    ø´ØkÙ¨*±    E  :W~¿ƒý:ù
F."6AÄ~±-ÿÔHP?]¿Þ  ¶Ú¿~þ(r)÷ú×3/4•%à¶¬ƒ¨êH
jÁ,öê1/2¯†  ÷ë
ë°ÿõÿÙ
+×ÿÕ³úÕë_Ó]Rÿ¤"áÞ^
úpÄü/PÁv¶ÿÕ',¡  ëᵒ°nŸ  "Òÿûï  ý÷Þþ-~ÿ~ßî¶ßä  €"  "úÎ4ÿ  ‡¿&9Ç80Ñ  ŽŸŸï"Ì&þýs¨~e  ‰"í(t
m)AdßÐE?    ]¯ïßî*ÿ×ëᵒ{þ¿RÅ1/4š-àÿéHnÐ^:!?µ¯ÿ'qûK3/4F
Â
}?j3/4Äy¨ëÿ^¿ëßÞ´ýÞ•þ¿3/4Úõ  ¶EËÞ•3¤'()aýwÿÁ1/2$ßì‡Ð±ôÕÔÿJK-ýu  Ž"yö3/4Þßµ-m¯î1/2ÿ]_u(r
)Ò  Om‡Im7¥Z1/2†t7¿ý_Í\?Õ³"ÎÝ  /íàÕ¯÷
Ýÿúý¯úߧ¯ÿßi{Ñ¨ö[ý+:  Íþ"¿"]MÛ'ùùÇ{h7:(tm)·ïë
  õîÒöÿõ¥Õ$û¬  ÿ{¿û}ý  ýÇ£  Ý§öýS_zmw×ëÕ  m[-4-/Ó"úo  S  í4¿ú¶¶œTm{  ÚöŸö  ¿V×TÛW
[U¯Þ3/4µëúþÕ  M×é¯îêÃKûK_1/2†¨ïký;"ì  ë1/2  m.ëöÿÛJî  Õ¥]¯a8a(i7Úü5o1/2C  •"
.1/2"
(l4¯ukÓ¶¬4-ëµ†÷_Úa-...38§k§ÿ´•°Ÿö  þö  M,m°ÂÃ  C        U"¯d}&  ÚPÂöÃ
šïÅ1P`-ìpÁ¨äHPÅLWk"

ÁdKÞÆÚéHƒÿïTBê°ä[û†)ØïØäKìŠé°±&>DÁLhSqq  T  +,§±°oûTÅzr    §c
S_†)ˆ[×Pdq|1_ú
pš·z÷ÚúöA
þÅ1mtÂ"ÖÈb,&˜... NÞ¤  ~°n  A ÂÛpÒµ°°Þ˜A§TðÈXq]°¿"UÂ¶µo×"¡  '¿a?{L"Œ"öØ0šA+I†ƒ  Ó
ÖÃ[  ˆ˜ƒ  Â  "2~ 0AÃ      "Ö¸a0š1/4Aª
'µ  Ã   .AÕ˜a  ´aa"5ˆk  ˆam    ´  b  2à!'ƒB
      Âi¡
!hz          p"{{BkB"#†  X!¥â#C˜ˆˆèDDDDEDDDDG            Ð  -iBêWXª
ýCÛ´ªê  µ•Â        a]
ÔV  ími...†
   0M
D  ÿÿÿ*"  ÿÿÿþ[
   -¹Úš2T2°ÂÎôÎÀÙ    F˜A
I³(fSI.w'  eAÐdQ  ¶N!Á
³ÎÀÙ  ì$JN-  @ÈƒƒO"ù¦úmVò-ê  °6ò¦ÒuD£ö
øZßi>úß°¿Úø_OµÒ  ú1/2kÔŒiêþ‰  ;˜wDLjú  ¯[ý  pON1/25Òì°"t3µ@ƒm"ÕÿŽ‡öþ‡×"
ï   u  ß  ]]
7ëýýË  ë¿ïÝ  ÷÷¥IÖ÷¶¿öÿÿ¿Ýïtú  ^^³*EVpÈ³$Òž?ÝûÑ(  ÈÕçÑT=H[¤ÉPú-ö
²(È°¦ÙPó(c)  ,
'ÁN  È  r-p`ƒì e
ÀÁ  õ  éÈ¤A  j  -³c!(tm)8ç`Ù  r  Bƒ:ŒÌ  Ù˜Ð'  Ú(tm)³†\a
'  æ    ÆlP@É  Mbà^"ô'r  ,   ø9 ˜>ïñ\¤h30
Ÿw"†  Ù"í  ˜@Â"    ^(c)"  w
  Â
p  ,D  q-
,
°ŸÇôöš,  N°ƒ°˜OÚð  á
A  ‡u÷Oi¦‡Ösè=S-   ªq¦šqpÐâÕ
‹Âw
ÿ´¿¤¿Ø°¶  ëu§"h0¿Ý-±H5ßMôâ  -5BÑ-Y    "\  ŽÚv  kzä(ïO‹""úèŽè°û´-  ÆzÎ92íy  1/2  Û  M  W
r_ì%L  zrY×'ôÒÑ  Ü...†,ygÈHpƒÂ
È˜A
A  ÉÍÈ¿D§D}'-ò~ì"ß&  "dÍ¹œOjò1Ô òt²>Ó"á  è Ú%ï  °Ð&øDí¤Nn  Ù°¦$²  ]ä  N    ô×...r:jÒx
é=<!  Ü'A< Ý6  7    z  I3/4ž¡7ÔÙûÂ  tž  ðšn(r)    ¿H7 3/4ƒ¤ñq"
âÍÖ6  wúw}°Úuéþ¯]&ë"ôÔ6Þ1/2{¦"ë_Íéé3/4šý+íÞŸïJÔø[
W¤íkëë  ztÆ  §§¯(r)éô›U§×"ô5˜û¶1/2²ÞÝ˜¡§þ¿é(r)  þ
>(c)-_ú÷ˉ{  ^¿Ôqñ_è?3/45°¿úuéèuþ"þ-}··Õ÷à²0  owÝüuV1/2m'þú1/2*§ßôÛÓ÷Óÿwúëÿì  ·Ûú].ö-&c
•  $úW°"[é1/4-'
µ¯[v\  5  ß^°~E\§ð•  ôõýšÂ?×Á×ö-ê  LþG  ~YÞ
ÙÀ•š"8•÷f"éß  Dƒ3/4ô...  Ã¦ÿð  Î  ‹  ¯ÔúÈ`ÿû²    ª  (r)Î œG"Xo
‡qô¤€Â°Oì†
¥3/4ýl  ö÷úƒ¿__ëÛw÷,K÷¬  _äàGú|{wû÷,o´(r)àØD  /O]ô    t°úþ  ?Ú¿îþ-Ö˜xo¿àÃý´¿×þ¶ÿ×ßtBÞÞý
A¸Z°ß[12  Ûˉ~ßð^^×öµ  Þ˜ž1/2]  nHs9aÿÿ  ...ï¦'öïûû²˜ßé¢:}ý¢0TL†öë˜Áj"9:      ÿDS´ÿÞÞˉkDŽÿö
,  ûûù$z3/4ÝëÑuø_î  ~  iƒ
"˜Ýé  W  Úô)Âÿ,¡_ëÿ§§Ã  ëp  ·þ¿/oéaÿ¦"(r)ª×[ë¿zkê°Î´/:¿1/2}²]ÿ-  ýµÿIWï°ßú^¶3/4-ô÷kMµ¯{Kúîç›×
´  ïwOÿó(c)ý{[}*¿÷úöÔ÷ÿÎ7Î§ï[ô"¶t6ÔÛ°n-M³"m}?ö×ö¤µ_TïöÕ  o¿8ÿ[Ûÿþ-ú_ÿêßñ÷¦÷ëJÝÝØ_uÿÞª÷
Ó¿A§ö  ê-u3/4ûÎÓÿö°kû  "&?†  Õ¦ízµ÷ô°_JûwàÕ›V  PÂá{Oá"š¦  ¸]Ø}...í÷
tûkkßu´¶×ÿðƒýµµ~°{Vëþ  ö1/2"k!•û!/êÃ

l+
Ž"(r)ä#¦ _dAò ÖÁ,V † áÕýl4ö °1/2ò.}ßØÛ [ëØiC
þ
pÁY   "£öÿoa¨˜ØÞÍ‡@ö)v!EêÇ  œ1LpÈâ{  Ø]V      +‰cúÿÖ1/2  Añ&;~îö)Šö¸ø"  áŠ
,  1/21/44•"  ÈxÈ¡Õ‰'·µÒÈ<UÙ
ùcøLƒÄb3/4˜÷v#ÖÓ}÷÷þÂÚÓ¿V
ÿ
,4ßM}öÁj-5µì+},µ

í6  ¡,L4ÂÚí0ƒ!ß§†  [-¯÷Óúðe
  Á6ßôÓµ_P¶  á"ÂjA%G@Á    "FjÁ  °@àÁa...Á  dÓ¦  §B Â Á2J    ƒ
Ú,...Ã,    qà"X!
   D\ ...  ¡  (r)  !  Á  `"A-°  C^^^^^^^^^  ˜°‰(c)q      TDDDDEÄ~wT'h  -¥ziuµué6"  %Æ6+°"
´  \26...#3EDGÿÿÿÿÿÿÿÿÌ  Qi
çk  xRoÚíX (tm)2ŽÊY7DTÌÍ  "3°l  3Â'¬  NÒ(tm)  dA(tm)  4êG=<<"¤ÎÒò-+ÐÏ
(c)•¯ëÎÊŽ(r)ÕRá/ß¢-úþ  ÿÿìkÿþ°Õ   ôLÈ_þÓúzÿëÿ¢t,[  4÷îÖI...uÿøÓ¤  _Õc  Ý¡ÇÇßÂÇÇ×Ô}oÿiÓ
ÿõÿ_út1/2ò˜¶ðLVv  ÈzŽ$Þƒo;ª<"YU3Ñ  ,èdRÒÈ\pdL  N¢    3  ;
\‡žŠxNÓ1/4    ›  î†EiÚq
ç°@ói†d  J   e
¸"
¨ÿöH0@Ë³")óHà¥C82 d3.   Ó6E
è`^DRg  §ØL  <ÍŸŽ
   jD0ƒÍ  Ê  æ  ...(tm)   ìHƒdñ Á  I‰   á, #l¸"ƒ -
gŒ  3P¦ÙH  ¡,
Õ#"
´Î  HÂ  CœŸ   -DxmÕ   5n  z  Ò   ·ÁØAØA, û"  ¤    Aþ  ~¡  ...Eè>"^êA§§  [ÂxKt  Aá
Ðj  4!"
0   a
û  }"ôã×ïø¶, ã˜o"  m$ÿCPÖ-ž†ÿÅ§Èà0œˆ*!÷¤Z  vš  ê²ñiþ'  }>O²
?'1/2P2æÒíÓ  K0¿JJþ%osýt-  ë"åäÿØkÈ7p1/2  ÷"L´
ÉôûD$=  ›éÙ  ;TØµDvÙ4EŠr^ÞCŽŽÐç¨ß  Ð·Dª@ôô,
¿  ò/ä_rtÈÏ'ó°A  m¤"·¦ŸöGí  ðƒz  'Í  <ÍÍ!Ù Ú  9<Ú  6  má  ôŸK"
‰N%ož˜³h-àƒ¤-    rSp›VG6‰~úÓð›êÑ  ß_ß[MÂm'(r)ƒ·ÓwÂm&´  ~Ÿzmi¿·ÚøOM¯]Q  -  ê¯Ap›(r)
›iÐN"Í'ÍÐM¥ôé²ë-/V¯M¤"×Iú
§(r)°
é$  ´1/2´ÿééÿþ  ïßé  1/20Ý-úÒèè:Õté}Ân›ß...Óþ"éÝ,ÿ(r)÷uÿÖëí3/4-Ò¦¦˜Ÿúzw¯¯I~ŸoÒÒz{¡þ´1/2°}é
¸¯zñ÷§ß3/4¶8ß(r)þ·]=8¿uZÒÃ-;ÿ"ïñ  u¶ÿéúwZÿA  ¸þ¯ÿ¤÷ÿ_ÿê-n-ßßÿë-"ÕiŠ(r)°úi~ð¸"ÿþïg    }õŠþ
µÿkÒïƒþ¯V3/4µšƒÿ^˜kiØ/Öö  Jÿí÷îÕ>u  þ¨ÿ¡ë-¶§ðú  "þÕïÍÚÖÈ}>"ÿÿÓÉ
¿k    ^µGPÿÿáƒWë¤"õ(  ÷ÿ_õÿéó3/4ÿ  @÷(r)1/2Ûû  µÿ÷ÿ
o_†¶ÿþÉÁ  ÿ>(c)þ¯ßWÙ  ÿ~ë·Õ/Wí"ò¬¯  ¯ß¯ö
×þÒ¯Õ¢  ÿÿûúþ  ÿn(c)¿oÒêÕ×TBçÿÿù!Ï9Óöe  uY  ûÿ×ý{ªÜ  Vû÷m  è‹6î¿...õÚý    ÿùc¸÷û'Ö÷´Ó
¯ü÷Â    ¿Þ²úP"¦ÿöÿ¥ƒo}aúÞ%¸_¨ÿö"{Ñ$/}¿Nÿ¥ö÷ê"E‡ÿ]zÿ¿×ͪ(r)þù$¸_×ûîÍÁ  ÿ×[]{tûû~"\/´ÿ'NŽ‡
é¶"¸_¿Òîÿï  Ü,èÖëpƒÚÏïõ
öŸ:"Þ"
ÿþÿ}  Ïÿÿoéþô•úîÍ(r)\6ÿéþúM]}}×_lê×a
íÓ61/2ÿ¿ëUÛ¿1/2ÿÓû{ÿ×±Úÿzþ-¯éz⁄×ö¿VŸõ3/4°"û¿ÕÓ¥ú°u°ÿúïoo×ß8  í°í~ë×JûKm  ¿ß°µI¶]ÿ]{í
m*õ  }}m~ÕûÒwëÿµUKm  {[IÿïÝ}"þ(r)Ó"ÞÅ{Úéÿ"M¥·kÃVÿMµµNÂèÿ¿ÃIÝ´-%¿µÚþÓÕ1/2=¨µm
u1/2WµéÃ

amx`3/4ÚØ[ým/['zfª]""
Ã_j
Ž   Òì.ý¯ff3/4ÚÚÁ">X3‡
-† "ý†  ×ÛX~ö,´  mí¯iŽ8a.-]Ž9   ~
%
   Ù  0Òj
   -ŠØá'ÂþÇ   ±zðo3/4û±IlS   Ãxdt
Åmÿ  0_`Á[6-ì0¬0±]l03/4ÃÈ;Ø...²   wö¿Š‰cÿŠØ""
¹
{"!â[ ñûµÕ×V(r)ÃL-b)C
ÿi‹ö.*¸¦)Þøÿ!bûÛV    B;d  íúwA¦ÕúÚ¦Á-- ïOÃ\¯ë"Ÿÿ¿öÂ}"Öôï·û!Ý²   G†-CM5û
ƒúA"!.¦    ka0ƒ
v3/4ªÜ(W  -Âh0A],Ã       ¦  Á  ×¨Ïü2ê†  ø¶ê"â  %¢3`  Ö\  ÁŸT  L+ÂáZá...L    X
Â  E#á§^^0B#ƒ ",Ž
   0B"-ƒ   DDDDDDDz        ƒ^^^fá""""#ƒ  "\DH"É    "
       hG  t±üq   -µé  ëoëGij-"ªáu"
Ùn/r¹"  •:I‡ºAvÒº¦Gca  R¦"f  Ô(r)ÂÚÝî¶|+  Ø¦  %J±¦  ð˜íkL+Þ¬([  #a'[(c),^^^-ë
?ÿÿÿÿÿÿÿÿü´  ÅtDY  )F@†K³"2XŒ"
@Úíe•l  ²¸>ÑÂfBé7°L  4
ù...S÷Ò%^d6š$óºÑ!QWêþ·çzûßõ;"Âá ¡Upº×ú ¿î
¥ê(r)(r)"V%o
ü%&÷ðÛÿ¯é/VÔ-ß(r)¸ýv¿-Ö:ãCÿî-ýÿwm-ýþµoõ¿ékõk]úëÿkÔÊ-ôÞ²  ßÎÂÝ'¦ÙÂR"pÈ±YÔ^L^  <dA•§
gQ'  "  gAH¯M2-Ÿ"1þp%ovJ"  šÈ^  N  á  HÖ  Ã(   ŠTd¨3/4ld
   RgQ,û5¢   Va   U,  ×  \í<H~pR†  -  ¨^%†ƒ1  Ì   ò  ÉA
   2
É  3  (DtpS0à  "  BD^ƒ<  DâÃ    ðD  !  :  $Ø"        £î h<Á  '0D a´á  fz    Á"ŸŸa  j
†  v¦"'  'dƒ({¿  ztßtša4
ÓAºÒpa
¦  Ü&ž  <&  é´áé¦fAþš
7T4!õ"ë∂ƒöž  ú  ßõ¨ôJÜ]¡î›š"  ‹Mý
§ÃCM4ôã  BÓ¨Ða  ÷âÑ  Õ  ]Ã4Eºéÿ¦‡Éc  ƒªü'ÿÖô  r  ò-4œœò,ÉL4Kœ³¹  ¨-nÖK±²3"žK$!ÉÏÉ>E
¡hr&4K  ã"(tm)  èŽÛ £  %øAºeŸ"cA
-G  hr  Ú'G"Ïò-(c)3ÿ‹È2g  6UÂ‰oû~Kž(c)_äOé<  d  dÑêÎêÐMÕÐ: 7ú  <‹ÒÖH6,
ÒA¨³6òsp
‹Â
  A¹/  :   ¶øAá
WK,
-¦Û¢!  wò/´  wIô‹^›n×    }tý¦'T  tßÕÔónµWOÂtŸÝ]ô  pŸ~žƒÓ]<&þ›(r)ºzm"ô´›þžƒ-7ÓúAý(r)  Sé=?
w§
éÒ¦kIûTª  -m¦/ÒÒ  ¶"ì-.""ÞÿZî;Öî-  ÿÓÕûªMúÓýöÿ  ú÷ztÚû¨[ê›ï[Wû  ÒùûÕzµõÖþ¿Qéé}ÒÇþµ~  ¿
¿M¶šígõõÿº  umý>þ=W1/2këö  UµíÓ[_÷~ì5}^žö¶¦1/2¨]  }?§úùcÚýÕ¿÷]lŠž1/2ò  ßöÒ1/2w{'  î\‰
ûÿ×¯Þ  mO  týr!eu^ßLƒ  ?K¥ý}  }Öéõ¿÷ZPkdpaJ
zºD`NÕ
ß¤Ê@Gm3hŽ-1/2íÛ.  þ6?_ä  K[^¿š  ÿ¿}w[úï¨3/4Ú[ûõ"º¦q
/  Î   ßh  x  ¿OÝ
éÿ¶  v
  1/27ß\  ÿ×kZ  "ÒÿÕ  ëÚ§º  †  î×Á^*ï\+(r)3/4þ¿w¯û¸l"  =v¿nµ÷Ý}vÿê¿ÿ{ÿûÖ  ä3Í   }uz!ãß,'Ý
Ñ  ûï(r)ÿÈ.'ë  ãŸ  ,ŸOÒ:...,  ºý\"  ¯(r)(r)ÖïMýÛ**Ý'Uõÿ1/4Ô#Ì

±*1/4²Ÿè‰õúým  Œõã"î"òÊ=L-{]ÙN(DÈnýôÝ&‰"¿ë}ú÷Zõ¯ÿ÷  ë%Íz%  ûî¨?ÿ¯
ÿõ  ú÷÷úÃÒZë  ð*ÿ×uÝíû×-þÿ    ×Þí‡k{[¯/ý}úOßßÛÞûÜÝÓ3/4ûÂêþÿtš-  Þµÿ  ¯o¿uþ"  Kí  ^uFs¯
š¿õ1/2W:›¯-Wæ(c)}t1/4ë{Û(c)Ø@ÿÝYO=uÿTýw÷nït¨¥N÷×Ú±_Þë[yçÖ¶  ¦-úwLUû1/2fÿßö÷÷ÿwý-××
    û"ÿ
î¿Ô-{z¿§[¦+  þÝ+Þ*ë{1/2Ul>?_ÛJ×m-ozÿíõý3/4ÿ3/4Õ¿UXjÚÅzÿ÷î  1/2/ºc{ÿÚ÷-Óm¤¯I‡  "šõþÖý
    ºuÛûkûi=."iuì5µm_µM/µÿÛ^M(r)ö-÷ý´(c)}†  †(c)ZM-¥-íÕ...ÿ†"avÒ°·Ú_
oá¥ÝC    1Va~ÆÃ  "  v  X0_a,  û
-°Án  ûkU³b)xu
„S"à0Xi1Vì˚ëØ˚¿"ð¦9    D±ò&  x  _a,°z±ÖØbšŽýâ¯÷c°OÇÝür'ˆ[
$ÚÁ,_ï·wØ=Š
lPbµV+âIßðŸa5"q    v4÷i?ÚóöB]Ù
w"!ã-Õl ƒÇýÙ
-íS  1/2Šiï̋K¨^¯Ó  G~Âh0Ÿi-˚ðÔ...w´Âopi²  ï"          õ


UÇ
              ·ØK´û
ÿÓ          [
Ú[
+ýZXi]¶"
    †    0X†  Ó              ¿
    &˜à  L3/4¯%
º      °˚èXB  Ç  Z  ë      V  "0‡Ã  =J>  •6  E"Ö  UØ!q      a  0B  â
    ^^ƒ  8^^^^0B""
ëôDDG          q      ^^^^(tm)  t'Ð~e  [T-v  o±  È  FÁ      ¡,¦¡"Ó
0ƒ$m¨  _ÿÿÿÿÿÿÿÿÉ¶,  %;  j    Ž
v£¥#  Ãë  ß³ßJÒXO~õ¥y=ªÖë  ÿÿ¦ÿ--Þþ÷z-wœ:)ÙY#ºh2élã*  "šÔí8&  3P€s  "    à¸"pd€'ÀD"Á
÷  CêB  êP
NÎ  è0ƒÂzÒ
0ƒAÿa  þ  PƒÔpð ƒO  8h?‹OÞÛO"3/4B[D±ò~Øâ^Q  Ñ-gƒ  #¡  œŸµUD1/2EÎÁÃ    A9
$  'Ú¨O
        Ç*'(A6é<  Ü‰Ý°  ß      èi¦êêþ
Ý--Ãoý>¯]~"ÿÐ>P'OOëJí°¦•G¿§P±ã°¿ÿ]þþÿ[V,-  ô÷ÿ"#  ÿzo
1/2úó°ƒ    ï
/3/4ì,.ÁY¬+¯~.çï·ƒßßŽLÃ    ßúýt¡  qúÚÂzõû...uíëµÝ-¢-;÷Ùe
Zµ}  þšU,£¢3ÿ¯WWíšÅ¿¦úõ
tÿß×¨?÷ßõí  öÏ-Þþ"5/KÿùÐþ  õž•×Ó§Aý  ßoí/õî-îÿµí¨imÿ÷Z*ý˚ý¨yû}°í*ýí†3/4ûa/l-fnß°`-    ï†  Òã[ì
    %ðÍ...¿Áür&
¿Ø  Å  ±_  Në¿{N  _¦Ô%ý"Ã]ý¿
-...û      "ÂpÛÂkØ/Z°"A,
!¡
±PB
    ^3mÐ`†  F""""?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ˚°Y(tm)T¥r³#
Ê±L‡Œ†Ga²ª)•fd<v(È(tm)Ã  Ù  eHC    RÙÜï'E;[da  mó÷v  ²\óí ´óm=È°ÿÝV¯        ð@·Â!
u¤vK_^-ÿx_×_%TÂ  ý*ßái~¿_ý/      &Ÿ|1/2-"Ÿ~XŸÿ¥{¤Nwì%ù?Éäëé+  K-ÆÝv(c)"µ_
M¤  ØÖ/âí˚Ý/Ž.>5I¯ý}z§îê•Þ
ÓÓõ¿íé§"ÛëU°3/4õ;  ^D"oo%'äS²+QÕ  ":2\\è-šÍÓh¨í9  ê"¦Ž  ðU(tm)çŒ"3b•l‰
_3  é  1
û:3TlB4  '    Ôn(tm)ô  ^DÏ$  '  t'ÈÙ  (tm)      D  )¨_6Á

, x 3PžlR*f*' "
lÁ '3Î¬ÔÈq ¡-
ud (r)N^f¥ ºº†¡õ Ð&ž~8" *f*MLFÅ B A(
4 A¨L 5Ì °pÒ1/4ÌÓM<& ´ õ´ "Ý ] è M¤øy -"ÐA¤
,!ð´ u ...¸ýÚ >ÔÂ
A¨AøAº"ôÐØô¸k§}S iéÃz²Dv(c)ªhqzz¿øA¯ (íP¿]0*f*Âûþ-
éò8t¡0škH8'w%ø°†%ocÝ ÇN¶¨ 2$Q-= Æ îûD¦ÞN(tm) ä1/2¢÷ïDWmh-?MÑWÑ!Î?ý
qÿ6'È1/4Ñ?È¿âÍ

Û / Žï¨.m ÷#»A<‰Í ç"õ
3/4 Í+]¨Mçhp ô y:7V¡
ÒsI Ü³äs¦'ÈGÅ
|Ÿ1/2
²::HCîÈÍ-J%oþ*f*~ i7OÈþÒO$,>Ð q(r)ž1/2à*f*Á
" ...zî¿RG þŸiºné4›éúuvšÒ
úMú úzÖ ^ga ÃA íxµéé¸_Aúm¨A§ þ"tõµýi5º
*zzÚK_]'zÿ_A=i7ÕúMzW¯WT ÿú1/2>˜¯þ›§Ûêú~*_éý[-.›Û_~ÿK(r)¯¡ï·ß"§¯Ç1/2Ðÿkß]ë}ÿû ;þ"µ]5ý
t¿ôõŽ3/4þ"ýú];Ž-v"¶¦÷ý?ÿ}="ÐÐý-kzÓn;ú
ý}-ÿk}xþ·N¯"ý ôôºú{
¿éT Õwøo¥Õú´ém²ëßô¿¿ßû÷]õ3/4¿"A)ú¦á¯
.‡Ú¿Y ) D&-´Ÿz)ÂpÈà¿ÿ
*ë(r)k
¿Úÿ÷ýÛúoÿú-õrœJÿÉ‰Å¯ ÿn¿ Ã cd- 7¥^Èa
§ü2 Å}ÿ²@/Þ-ûÇ
¯ýP¿w(r)ÿß!† *1/4 ëþûÝ_ð¡pÃªýÁ ã¯µú*f*ý¿iBnõ{ú¦,lEßZªßê ÿ¯à"Þµ¢ ûÿÈguò Ò_Ñ
p^$pÁïi%^ 'Y',s' ˆÃß¯\" k×ý?
öµï þ¿1/2þÂ 'ÿß "ú¯üÄüÉ6ïø@ʹB
ÔêÛÕ 1/4!ú Þ¿§äZvÿ÷æ ! ëK‡ßÿ1/2ÿÿUDIþÕy2/ÿõû¤¿É'-G
¿Ÿt
^"ü ´ôÒý º ²$ úõI¥ôëûÿ"É'Ý(r)ô ÛúÑ jÝ}÷¯º ëm_Õªwn¿ ÍZ¶›M":ë·þ×Ú ûtß{ÿZÿõ×
W¯ý{ß{
×î§Wm"úÒ×‡oþ×Uìèk¯oÞ Øg[KK"ë¯
Þ"Ú(r)÷[ÿkëý÷Uþ-1/2˜¶¿^÷ vy¿Ý}uïº¿ž ÕÛ^,þúê1/23/4jo¯ Û"]Óý1/2wô¿ïµÛþ¯¶ōþªÒ¿õºcß{µ´(r)
×íRíz¿¨ö)1/2µ¥‡œ~á¥ï=kÕïþ"ÿÿ"Þ¿}§iuu1/2]¶¶¶1/2ø_a"-
ßí?ÿÛÚßá ]wm ¶•(c)(tm)Å""J T"ÿ¯kÚû
Vœ/¶ºM¥JÃ fgÅ. º†-v-a[º"wûi[·¶ m.ÕZ†•--¥þÕ´ †ˆ$5m{ÿl%ÿ"ï´1/2
a`Ò`ÁocÿØá"ä#ö Ch/cØ->
1L0[øa}*f*#...Ž [ \ ¶ N
Žxa&ë±Ľ·V*)º×û ÓÓ
Øy ,WIHß{ S (r)Âõ1/2 î˜"-Ä¯ÿŠŠ-§§‡Q-é{ ñ$= w±ñ%mÚcbFù b
Í Ó *f*TU ì.û‰ ÝØ^×"!ßL'ÚÿØ[ ¶ {M5º"5t O÷µJ ×...´3/4ÈwÒ3/4Âb"M+
*f*
ûö z¬+u `*f*"M\· 0Zf íy l-,|0¯C*f*." L/J¯W† ÂÃX` Ö¯TÁí6¯Q ...D(¥Ùc X@Á01/2
Ân` "¤ÄD0‡
ˆ<@âB9Ó œÄDDA>a- DA"P ˆZEP*f*,"
" 0¢"8^^^^3 "8^^^â""7 í>']ízZKÒÂ-Ž ‹ Õ³ª&¶ H , ÿÿÿþYN£ÿÿÿÿ2
ÖÉ^W(c)"`#-Ó³3;C ¬iÓ#(c)Ø‡
"Á2

&
•æó<ìÉõÙÚÚŠAúA...O;  ×;Âgt_dWëÎÇþÿ...\/@¿...ì+(r)-dÄÿ&¸  ÿ÷¥Â[§⁻ëêûÅ×ÚÔµUõîÁc(r).?qQ  ü
  ÿú×3/4ÿ"ý⁻þÔì$J=ò¡  ªí{%  <d
Ù¨³ñ!  2³1/2c...š"D  ù  Ï¥ƒd1HB'
SÇ  ^**È...
(    GÙÂ
ž80DJ^‰ÈîÎƒ'
C<ãH§í¶HgVN3Xs0ç#VT  Í¢  9÷ša  ˆˆRä  È:
ïŸf          h!  B  |8 d†  ‹Á    C    !⁻  ‡dâh2C  -˜A,
Ï  D>
1/2XA,x@Ó´
0ƒ  ?
Á  ä~Ĭ0^IÔ Ð}"  1
à8@øA1/2*zzk⁻        A°
4  jƒ  =
§è6  z|Z  Âo¸Aúh=4ÓCÂ  Omk        ô  iúx]<^⁻^  "kwÒ1/24  -ŸIÛ  ¥èZ"Žâäa  {¦ú"
  |D>â$á¢;kJÈ±U~Ø¶ôÑ)ü!Èí°#Ç'-1/2HAü°9  "çWøÑ9ÈFš",r'9‡$é  ›    üŸQ  1ú#1/4‡¡!!(tm)Ò?
  çò  è-...  ÷È1/4  <‹ÄYÐ n\ÕÉÍO
'0Ÿ:tB_Y?tÙœÜ•Ð yNY ƒx ÷ÉQõ  •7⁻É!7Ë£,
a
      ÓÈÎ⁻a  Ý  "‹iøAÒv  ~ƒÂ
ú        ¶þ  mé¦á4ôÚA1/2 ßAµzá  Þ  A´-i
"‹¤ßmú  1/2&Ÿú§Ô4,
×¤  ABz
6ƒ°...t  ¾è
ý6"ÿzöëMtíÂ×ÿ-·ö  j"Ó  ë"_O...é  °µ¿ïA7Ô:ziÚ^ª  þôÝ}-6úÛÒ(r)õ3/4úMÓôøI3/4Ò÷zi1/4~  1/2ÿnú
}1Æ·úþ  .Ÿ⁻QI"m/"K  ß×¡µ´Vš]/ëh  zþ"ÔÛôœœIþÚ^Û]ëüÝ¤ÿÿ·µ-oÿõû⁻ûÒ>ú1/2:§þŸ×*ÿ¥\?ßK1/2
  V"--ÿû]ïÞ¿ï·¿÷  Ò×ÿÿÿ"çò8"ô  îÿwÛô  µ7⁻´  1/4Ú#¢á~ßÓÅã8[êž4ýIÒõ×J¦Ñ  >'⁻O  ûÞþ·ëûÓ¿  ï
f 1/4jõÿ¡²  B"sP&"EÛoÛ1/2ƒÈ¨3/4*kûÅ  ïñ  ôúûßµß3/4-þ⁻z¹
1KÉ¥¶·†-3/4H  ?úKX˜õ§ëëJûÿúmÿþ°¿õm^Ÿý  ÝA  Aû1/2×  Ðm¿Â¡î²  Ç
]ïá1/4"  *ÿ&å
{(r)"ÿ´¿ù8(sUôëý⁻[3/4ßë-ç°
îXäÆ[ÿï"  ÀM'í  gænQ¨¥y¬KD'þÞ  ßË'¿_-Qo]3/4  G1/2ÿôúúéw´"}  ŸÐúþõ  H  ïÖYßi7áøKÿ¿õ×û¿
þ1/26ªôþÛô1/2úÓo⁻  ÿ×K"¨Û⁻¥ÿ§×Åø]  ß{}ïÝ  Î°þ¿3/4öõÜè¶žë⁻{ïõ¿¶ý¿-Ôþ¿5ý}û}?"^ÎŽ¿ÿÿ1/2mö
û∶-öþ¿
m⁻ß3/4¿  N×(r)œêuÿ·æ¦mý7ûØAý´-Î²(r)ÿõÞ-è  ¶-Õ  Íé>Õÿ⁻ÿ÷÷⁻_û§û[3/4â  }+[ÿUUn·Qþëÿo÷·k×°
ü=êÒôûK^Ò¿Û²ù);^ú  mm7ÿJµÝ  ˜Ž¿ßíz×-ÖØNû
¶-ÚÚÞ-(r)éC[]µumoÓJÂ_jûkýÿk
WO‡Û¡ú¶  ¸aT'ÚXi7îÂO†  ã¶  [´ƒ
/ØipÕ†"4(r)ÂÃX0-÷jÝ{
-"K⁻þ  A6-
    a*}v˜iH°µmXam°-  V¿^KÝ1R&  ƒá,_±[  ˜â¶6  V?dc  0eÅø¦ Ø0K¿¿
S  °Á‹Ø"⁻3/4)Š'3    ß"x¬BßB⁻Ù
õ...±      ø[Mu ïca}¤Ä/kØ⁻1/2ujA  ìIEëjê°ÓO²
>  ¶Œ-|±Õ*ì,0›ö"
;L/ß
&  ˜á[\‡‹
^["Õá¬6Âÿöƒ@×µxa}Zl&  d]Z†  L  á,  A...Ðá, eŒàÁ

!´Ó

‡5-  Â¦OXd¬ :¬ á" C†L1/4 & "- †qÊ  ‹ " B£°"2@‡ !a(0BÐÄq
²ƒH""""â"4"""".""#ˆèE}.º(r)dV1/2;ÒÃYØ*.5¬`-->ÎÄÂ"
k×bµ-Uk¶(tm)ä¨ hhC  ÿÿÿÿü¶FÔ ÿÿçjYØ· ÈèïU
ge
ìN&€ ÎÉ  ýï^ŽÌ_ïô-ÿÚüžÆ×éØ.¯ö£¿ú~û÷éuèê^A
Ä12Le"òf21äk#¢T²* Q   Sµ û ‰oSÂ
ø!Æ  2C0!Ð\ØÉÙÕ¹'  ö `ƒ¢'!
6)ñ
     r  €š  0ˆv¢PO  ¡ þ  &  =
ë~˜BÐ5A§Ã°ƒ}  A
éöš"1/27ÂvƒN!·MüC¤äN/A¶¨4D-¹+ô%ou  ž](ˆý  ÷  Ç¢+ýRù  ¨-4K¬I  dXz#‡ˆù¢S
_°   ÷   ºt³Ht  Â3ræäsoßÕ š@›'ñ  n  7
   ·X',mCëôƒi>þïW·Ou!²ž  n  zt  OMð  h$Ú1/2]/áté?¤Ü'§¦ÝoúÝ&Úiiô  µ§ý-~--
ý</  ¿þ(r)°  z  -êá7Œ_ö  ºÿ‡Úó-þÝÝ  é=¤-1/2×ôü  Ò1/2ïwä"  ¦Óï  Ýý3/4ö  ì  '  Ë†<ÔÿY
v"UÿV¯1T"zÛzf    9  Ô4;V  ìu'  u[
Þûíjœ  ¿µ]D^ÁÁ~ï  ‡zýÝAûkÏë"KÿëzêÈa¨²ˆxú!žœ
[ÿá·úºÿ¶@"~¿§ªe  h‹>ìÊ<š>ý9Ð*öµÿ¤°ÿÿÚÉP  1/4²/ëi_¯¦k  {÷  ý÷ûë}d\(c)  ¶|"%ßü  Zºÿÿÿëþ÷"Ãêÿ5
Uõï•îû¨ïêÙÕ÷¯îœ¤æ¦ß_m[Oÿ¿Î={ÿ3/4ý  ÒWTý
jr  ý÷5ÿµÞ÷V+m}ûî¶Õîƒ  ðû]¯ý-"ý´1/2ôÒý~  VÒ¯°[
-"ï]>  vÒlŽ     ao°-Ú¶-v  wá¥wÚíÓV"0"jò
¡...odWLS"  d[±°°a$
%ñ3/4ÆÅWÃ     l0"°ˆ"   G  ‹  á°Å  BF$áû    ]Šb³Ù
v"¿ÜVÅlPiš[þÂ...º¿aZÕ>ì"†  Wz&ëaS  "Ââ'üD  C°‡pÁS  0¥À^Õ4!"!¨Ñ ...Ø&šÃ  A,  ^â""¹¯
&R¨"""#^   Î†ÒB""áý  Ú¥ÒÕl  Å  *‰,X_ÃUÕ0Mu  *    D  ÿÿò˜3qÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-
#S,
Ô.ÐíÓ£phˉïAàŒÏN"t(r)3/4û×^4>ý~(c)~´µªKª¤•$ª¸UI*¥AUHh$HT•+¨%A*   CªÕ,¦Gÿÿÿÿÿÿ€  €
endstream
endobj
83 0 obj
<< /Length 84 0 R >>
stream

q
425.28 0 0 706.8 0 0 cm
/Im0 Do
Q
endstream
endobj
84 0 obj
36
endobj
85 0 obj
<<
/Type /Page
/MediaBox [ 0 0 420.24001 676.32001 ]
/Parent 90 0 R
/Contents 87 0 R

/Resources << /XObject << /Im0 86 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
86 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1751 /Height 2818
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1751 >> /Length 28730 >>
stream

ÿÿÿÿÿÿÿÿÿùÛB ÌÉb%ÙÙLJ ["Žõ ä¤R'*
›êf@‚œ •1/2‚ P
íT$e
H6°Ö    dØ-¹Øì‹EROêŸ´Ý ¬{"}êû>1/2'Yuz§ßH 1/2°è ëa'õÔ¥"ÿî^Ò¿×‚O^¿íÉÌµ'
MÈà¬T¯ÿUÖ6"ÿú¥ Rq ßÆíÇñq¡j"Ú]WZí×‗Ü-:×Õïézûﬁ þ¯;§1/2~í[è1/2þµ-¥jfÎ
^#" DVLh¨gAN¹ÆF' &HD1N¨ù"53b ‡yè"Yöj^-¤dlÍ 7 $ﬁ"$2q"â ±Hè^´ÁM³8Û1 Y×!(tm)
C6"³dLG HaI
    ^GÐ†G%øp¥ } 2 Rœè/(r)ŸA" MÏÆÂD‰Àí a›    0Á L"
 a DPa:°@Íam²€3/4¦gh0ƒ1 Áo
   ‡a    T/‡è " p^p ƒpAælØH³ŒÀe"ø0@Â
ª×M×q
' è=;]0¯OÂzh=S1/2 ƒé
3/4ñ¡"Ûðƒ 5Ðhz×¤õ ¯"ÿA°¦¯N,ý-) (ŽÛ‰-/"ö‡ œ‹ 4âÂq
8´ûNE(uèŽ÷¦·'Í ]áQ ñ"¿µûâ+†¨" è]pD~G
¢Ñ ç §ý°
4 6Å ši7Å Ð"vÈÎ¤1/2ÈHÈû"u ÄËý¢<ÕKöhõäv¡ ¢gý"s ƒËC‰(p@õj÷çÜ‹í,
òg¦, 3{)Éœ!,'{!a ...¹? ×á7V"ò9Ó¦äg"ðO
    ô    Ü ð    &Ð ÝØH7ÿB"Â·ú
öl/4Ž "Ò-Òð°}'Ù w¡j'3/4G7 :A¿é "m}6é
j    µ3/4ðõétÚOOMëOßMS"VšUÓÓ×NÂmßWÚ O¿Ö3/4ÝÝ:Ú
¿·ûO]?OU{O×õ×Mµ ´Yí?¤ûu}uoêØ÷¦]=é]ë¥tÛ¥ð¬ïj‡(r)" ¤-þý´(c)þµBýUïôêÓutÔ+ôÝè~Xü{ §ô¿~ïÿ
ŽÿÔÛ}=
Wÿ꺰ÿß^1/2×´úÇúý{Oz}~Ôêëa¥é;·é:Kÿ ÿÖ f¯U÷Ýv-ïúýn×,U×áSÿ·}ínÖµh ÷Ö
  ¯é´;"Ý}§ÁV3/4õaõëäuÂ#-þé]¯ w^³¨""ù
×õé"
è ÝU CëçPò 7¿ÿéëwïS >ûÖò ]íG"Õ u]3/4¿wKå ÅáUòL U^ø¯õê¿ ¿H †
¿úMÿêô‚-úÝì†)¯ÿ×z êûÕoÚ!ßí~ ÝÝÖë¿íü" ý^ 0Å {ÿõ¿ß_ ,?]ÿ
6í![íÛûÿ¿÷·ú õÕ.    ‡þ"ÕòÙŒEr¨ë×"BuÿD&A´
ö¿oý.é DIÝÿðn¿ AÊ%¿Ký4µTõ_íQ4o¿¹ ."éLam "~3/4‰#(r)¨š$`Ñ$uþþ¿íß´I W_È¯"íËØþþ-k~ûïïK
"Åþþ .ý&ÿU~¶ÛX]ÓÒ

""Úï^ßú§¬_¨ÿ"çi>uOï(r)•'ÿýÓ}-wÚÞÒÒ~ÿÝ1/2¿þ-þ¶Ò ÿW¯õúzÛu §îí
_÷ß×ÿî-ôµÕÕšßo]Ê~×5Miuô¨îLzÝo¯¿ ~¿úÿû¯Ü
¿‾¶u}"'ÕÚ(r)×ý_3/4¿z{Io÷Xa=ì*}wjšÚ×ë÷vµi:Å{¿ú^(r)ûÃÿõÿù ô›J×§ýµ_Û
ö"ß^(c)Ó-¿ÿÝM(r)÷ê¿¯V"
    þ"ké(r)Þ°¶¿¶-¯µ[a...M+__vëþîòÒÿoomoû¬ ±÷á[WÛM†•"Ûk·ÿðÒÓÓÝWT¿õß‡PÒÓ ðÂL4¬í{"ò(ÿî .
ì5õôÂÔÃ
š    ´1/2† ¿ØÓZjÂÃ
aV£°zíûKl ø}pÂZnÃ    6-Úö)

Šï  b  ßQ&='rÄ.¤AÝ""ŽL¦l  _†  zkÙ    ‹øØ¦%¿·ß~
x(r)$ß"p}ìVÒÅGÚö  M^ªªÂ_ºÓÞ¨lI?xúb1/2Š¦¯{d–/²    [[!â-ý¿[Vª·ýjí5Á-#MM  0±ÞÜ0¿Ø+ö  |+Za
rà&  -^3/4  %a_º"a    Ý5[§É¸[
ýþÃ  Ú†š^^†
   ‾"v  D~  ë^j  -0"0@Ð^0‡a  D2(Û- i,    Hp2ÄDxN#    ÄpeV  -6Ä  1/4H  -
×  FJ8^^^^^^Ž#^ŠŠ^^""""""?;"Êú.3/4"5‡J1/2mmkôÚV¥XÝ  )ŠV1/25IÓa0ší    (\DD  ÿÉ³¨ÿÿÿÿÿÿù
jŠÆ"W0¥¸4e  v'&éLìT@R  ÐfBñ    Çƒs:È\vdeZ;  y  d.I~Ê  'w  ]ù(E`( e8¤
ü‹zu(r)  ×õáB
0  ‾Zõ  3/43/4ÿ_TÂ!

?ð•Ë8[ÚõÖ›  Ñ  Ü-Q.‾ÿT>×  ñ§,    7Aµ{  }Gÿü&Òm-j3/4šöÿé{ÓkÛÿÿ¿þ-¿‾3/4õ¥  Èl‹<EX¤H‰\l
ì"ÈèŽŠ"E#]š‾‡{jÝ:-çp¬  <)    Iã  -F(tm)ª#¢&È1HÄ)Å ò  sQ  YÄ%Ù  ^*:3ſ  =YQ  Êd°Ðy
@ƒ³C    AšÄÜ<û  D  !"  >Â"+e  ˆH‡"  ï(r)¹  ‰
 ¦Æ  ...  ""(.Èô ÉÝ"Á  øè?    Á  úƒ$

¡¢<ä€l.  t
    Aƒ  ü
¢`-,
1/2$Ó¤"    O_    ÿ§  ðƒa*OÝkú  ƒtð  ïAÿö  i¦º¦"  h0ƒ¨ÿïONë Ñ  ‡j^(r)î  W
âøõá  k°[kÚiÄÄ7D"Q~^7  Ä4Â"Ã¯Ë°â-´ÓÐ°D|qz  3/4‰os@ƒè)t¢sa  ÷ôKÝþÞO(tm)¤‰cÿêûáÑ)"d\k
  6ò/ç  ³Î2‹'#%î  6‰oû,näçD1/2È1/4Ñ/h    °Üö2  w1/4º.  ›¦ê(c)´  Â
ÉÂ
ÈÅò,ê,
ÐAý¿_ÒdsÂnG<'Òu"âúü m'Ý'A<'Áá
"ð´  7j-r:dskÃ3/4´  I"J°ñž1/2^  ¥ZM¥ôµ1/2õÝ==7þ×ÿÂ zt(r)>Ãmaéé´¦ß(r)(c)á
tÝjôõè+ýú  ...oµÂ uõp¿ð^(r)  Ón-¤ß_Ö•ÔÂéÒµê1/2'íûi1/2W...ãŽÕÖn>Ò´  (r)3/4‾Ú¥
_ÝWÛÜk[{ýx÷×  ù̀P1/4S¥·Wjþ†"ÒéjŸÆôû_×
ÃßÐëíÆµî‾zKyž  uÓým  _ø1/2Pê"ãNÚ[ó;þ‾÷÷ézdë³×@¸¿ëüJ  ~/úÝ-Õ éÝ"*,ÛßïÓ-tï]ÿÛ¥ý3/4ëÄ ë}(
tm)ùGvÜYN/ñÿm  ,wÃ?,/í*ÝÿL¸/°öt  I]°þF,ßú¹N  ôû_ë÷áßê#ãÐ  $ 0¿ÿÜ
1ÄX_Õ/K°Œ  ´  ſ3/4é=ß$ÁzÿÓ$  ÿÇ1/2‾kªÐd<...nÝ¿
Â¿vÿ à°š[Öÿúú^    z¥Õµ°áSÿÚ /Þ‾^ſÖÜ
ûXRj
È€5  <uä  °¿ôCÇª  Oj  Ú°¿  õ{ôBu¦ûÓßÑ
~¿ôCÂ°ª"M¿ß-î  °üµ  Pl  g&DÝ~b  ]  f¹‰¿#$A>  {1:þ‰#k×ëxDg1/2ÿª#£"¹eUÿ¿ðo  OôR  É'úßß
DÈ{ •kú}5ÝÿAtÿµõp´¿ÛÑa(r)(r)°Ò§‾\§‾Þ‾7m  3/4ÿ×Ãû/*÷ÿ>žþÒèÞ1/2¿
lèô¹  ý÷Þt›öû_ü  û~u~êûmÎ(r)ÝÕ³"^ÿ÷A>¿ö-†Î³Z ú_ÿ}-/-
ÓKÒ(r)›Om$ú~÷W¿  Û;WlÎ"õ÷¿¿ZôÎ†•Ðn(tm)V  &Qßõµ[_ÿ‾ß°[ßþÛÙÖþ³U"¥j3/4(r)  ñ°¥ë§ëú‾oûÚÛ
×ªÅ  ìÒCý]Þ¿*÷ÿ  [_Û‾3/4Õ5c]ÿôÞÐÞÚ[n~4µßm/ÿ]1/2  om;Œ?Ú^š]...×µëë[Jé´•µïïmX÷{þÛ_V  †
  vá¥kk-ÃK::ôÕíÕ¿"-rCi  {
W}]¹¿1/2Y£ï°¬4-m^Â¶  Û§¦"°þ´"°a&+mŽ  %
  Þ‾÷¿x`²>
$†Ã#‹
%êßÁ,W  ÂO!
‾Ã[û"`ÂÈƒ¦  IŠÐì  Øa&
/ò/?3/4
oÆý´  ¦$BöÂµÿ‰pÍŠV(1O¿áŠØ-‰8ÿ
þ‾±&íŠbšÙ
ö$ßñLVëüþÄ/†    "L&  ¦›Aªû\?µµKí¦/¥a."úúzJÂi...†  "1/2ª}ßíÚôÁ    0Xp`ƒ

...M4› k éÁnÁa,
{¯†
å°Ø!è_¡Ø.ƒ 4
   a   l  ²,Ô  ƒ  5UA"ýØQ  ¡  ^^0B"#
0B$""uRÇ2ÙJv  q
û  "  DAžB   ^d¥Á   (^â""8Š^â"#ÿûð'I  ºßªv¢*?Çÿÿÿÿÿÿÿÿ-äœ(r)+ŒÈÌRúe-  -Æ@L¯^v7•Ý  y'
"<Œ..."X|  •'(tm)ÐïLíã³
4   ?ý   ïS$~Il•}yØÅZþÂýS¯¥¯ÞUÁo.w°ýo_]]*ÕkCÁ]Vßû¿¦ÿÿÆ¬qøO_°CÕ  °û†¶1/27Oßþþ¿~ý
   äÇ°ôû[ÿi:µ×2Y  Â6Ê  ÌÛ
,!  r  R
,vV¥"#¹Pí^GÎ3¡',  Ñr d1/4F
DÑ8¤-H
&T(tm)ÁJw  yÆP)  Éq'æ]"(±  ù²%  f<
A1§Fl   èì  þÏ2##¢:¡á
øA¦  ¦["-g\["
   h<Í,   "Ð2vt0A'  "
   <¤
á0@ö   @ÉØ@Á  Hq  h  >Ð3PHŠÌ   `fulül  < 9    Â  u d@§Q
€ø a  ‡øü&'q¥  þƒ´=0ƒ  6ê  ª


   T   -(c)Úh8Â
!¡`ƒ]  Ð;Ö0š É0]Â
=  y‡zh?¢;  #¶òXä  øDcþ•4Gm  Î^°ÓDQß¢¦āDXkqk  ^ñÄ4G
"DQÊ! 4  Ç0äÞ›¤×  w  †áx´ É.ÐA§àfè  ~Ö  Ð°3v‰ÍÁ
"-J%Ô   Õ ß   h-Q)¶G:%þ  nDç
È<  ,\à"< y?"Ò  v.(-"ü"_D[¢ îEÆ‰wDvÙ  d^h-¿ÂoÕ"Ý">-ÿ¦Òm'Úm    "  3/4  É!
A
"ÚMÂy4  Ü&ÒnHŠ  ¸NÂm&ù  *"  Éb§-w&}
"åC l  "   ßÒuéé]/A5þ•ýx["¯¥é  Ðt¶^-¶  ¤Þ°ƒ"×OÓuMët):AÒéÒ}  ß]
Ýí>£uö-  Õ>;øÕ"mÕ7íýÕ¯Jßní:ßÓi  ú^šzK§ýá]5Tÿi]*¤þ`woýý'×Ý¯"Ò3/4ž1/2÷¯¯t1/2k§ú~  Ò"Þ"(r)
1/2û°3/4žžþÒÿ  ×¯
3/4ñÿW¯Wþ-¯nÝ  ý  XDtï
ýÇ-(c)'×ÿÿïü¯#Ž  Uÿ~Ø=ô
'vûõZUÿÔ.Ž5ß"Öÿoÿ¸}§^"wÿOÒßÿü†
*_1/2ReÁx:öB‡íÕ  ‹Ú"a+§Ø^ý.¸Òë¦ÿê-é:IÁ2&:ÿO(r)ã¯Mÿ¸¿ö±°wnÁÿÒ  VL  /O×Ý[_ï_þ"V¿$
   ý¦íõ¿uþ^xf¯÷W†  ö  ~÷ûÄÂkþ÷Vÿöêÿïï¿Â`Çÿ¥¥ôïOûDQÁ_þÕ¦,āY
>(r)ê‰ÁÄÁdÂtCÇ×Ù"{Ú(c)   ëï×÷(r)ïD<B
   ÿûï  ò0Õûþ   ¿÷ßÐ¯è§  Ò3/4‡...á  iöÿzÕ4å"  ÿ¿÷ÿ"D   œ"ß¦¿-!^Ûï:¢:xZÚ_û¹)?È3Ûúzoà¿_þ1/2ª(
r)ëéõ1/2´-Ý-  DÈ}kÚïµ°µé´  ÕþßÿaþÛ£W[××¥û¯ÿõvßú_¶¦ÿ1/2úÒ]ßÿÿêÝ"ÿþë]{ÈÅ°"Úp×Û:  ÙÕ3/4
×ÿûÕë  M  ¯µî×^µûV°ë  uÿ5¢:þš¤¶°(r)ëÿÕ
ã[Üóí*m~¯MR_µïï1/2×í=?°ßkW¯}."í{Ý×Â  "i¶¯[(r)Æßþßé(r)ôû
c´1/2_¿¦ÿmt-/1/2°´   ¶ûý4ö×ïïWí.--¬5Ó^-;[úo
ëk
z"öÒµ×Û
ÚPÒ´¨m(amm-WM'ý†¶  õë¶"ýýØ0XØ28"
Ø_°•,}Ã
"äó†  á¤ë
pÃ       \  °Ö×Ûö

μ`ÂÝÃVÖÒa¬ 1/46Ö››      Z¸Vö  Ý¥~Ú^¨"-È;Ø-‰'{±Å2.&
$Ä-  cƒI†G@"QTÅ0ÖÍ‡øø8¦*
Ø`‚‹Š†‚‡ðØ`•w  ‚ØZØ28Ka-  EÏ  ö(c)--¯Ã!^È;3/4Ø¦¶C"á1  ÄU5mDÃØ'3/4öCÇa$Â¶äd  u,pƒ  ¦"
ød;Ø"|K}ñ°lB¿k¦  NÖ  JÁ4›Ummì&¶  a§aXal ÕÂÀÕÝpa2Ý0°
ÂujÝ*k]...°-"Ud;1/2-v¢""'"#ƒ8@B
!    l  ¡ dÆ  Fb
éäAÂ Åa  Ð^0Cƒ=PÈ  PÃD a  rÂ‹,  ¨'4!ìò_Ø'jÝ,
!m,i" Áq    q                              ÈhA-±¢›Ž'ø^ÿ&Ë2T"'äØž
-(r)*ša,\n+[ZÃ
"?ÿÿÿÿÿÿÿþMÀ‚•ÒD  Ÿ  h'Ì-Ì  fZÆl'  '  (c)†d'Ä#$¶(tm)&)Ù›´eZAøM03/4ƒð'ÙA(c)  {
   }Ä¯þ÷ÙÒI  ¡ö^ŽêKÿ¬žÉ7ÞÒ  è  AK8_Ö,§ÝB|:  Ãèw¿ÿV"~(r)"ÿøú|þ  mj¿_*¯Z~Ýÿÿë(tm)Ç†FfÍ^8
-  (tm)ÔÜ  (c)•1'a4‰  VôÉ  "Ä";Oî@Ñ3‰Aä  B6  djù¨)i;ö  d0¸Aš, Á  ³d6^ð^t    J "3
ô  ifÄ(  †("  (tm)p
^  Œ3\    "  !"  (jn#á  Š
Ahf,  Î  ~(tm)±"
œËŠ
Ða  ÈÀCm  fG(c)pBq  B'ã,     ~þš
!  Ðw  M$ôÂz"        7n  iè0ƒ!,XA°
×t  Â  °A°  ðƒ        éä  Ýz,  M?°ƒ'h8a
âÓ"]8Ý>    Ã  tïðƒ  8´


P¶Ý&š  §  N!ÃŠŒ Ðø¤  Eü^  j3/4DÇ'ÎÊæ‰óD"#991/2Q:
   Ý  F†òÎùt{È^,ù'ÉÏ"àh‹
EvÈùò~  ª±
   öÚz%  è      äç~Ñ>ÎäçDH
B
Aòü"‡¢<l_a  ÐAè8H7  6
·#
§"
"É-ýt§çÐFf"t    £@ƒxoA7ü  ôßè  Üš
"  "Ð    æÔ8Ô'ÉÑÁ
þ    t  r&?_tÛN- ƒµ¥Âz´¿V÷¦á7MÓp›"ïNÿM¤ßÒ    ún      ´ž(c)&á;ôôÐu°téàfú  µ
ÒnšéáQI¤ÛV"µOã_V•"té:Aé1/2["ªÚvívêžÿê(c)1/2Ö÷¦¶¯7ÿñmëÅéêÈa†°zèWÁÿì*Ú°o¸°}z×Ñoª õ¯ qz¤
¥úÁ¶µ^µ(r)  ~3/4•-%ôêWú}û-"ª  ¤  z}´'"ìŽ"Ó  ôÃ#-ö¿ÿê•:wÿKëü-÷ïÿ*wö-  áúUi-*úÝwí/Të1/2zw
zp-÷M÷"úzÿu  ä.ž7^Ú¢¥T4È0"!
   Ð-."?  ÿ°">öÒziµÎ  ÕÝDtGìïëïë(r)ëëwo{¯áf  ÿü¨vïyN  Ø;ßÿ¸Žõõ  ë§íÿê;^¨üœ  -  ¿ÿ·ý-¿u  -š1/2vÿ
þ
†-¿¯Õ÷ïwßî--ëOá  ÿ¯éoÚÿôd·€l†  ö¿²7)?dà¡  Bãp`ß_jB¹2{¯þLr‡"  ÿëõîƒŽd5ôBvþëïÿété"þ
õ2¶´×|é:  tI  ÁúúNr¿0Où!  ÕÿkÕÔÕbiœ§hŒúy0  ÿ3/4¿ï¯ ø6Ý(c)Ñ:kþ"Z

{ï¶¯¯ÿ  °ûvõkm;I  £µ"Â¿Kêï-ÿ(r)¸?ï  ¯ÿoÝÕ¯Û¥ëgTßÿ]/ÿúúk"°°¯néó1/2Z·ÿwß  lë  ~  ìèÿ: R¹  öµ
m\  š"ÄÖ-]7³Rzuï§ò÷:¿5è?þ¯^1/2?ÿúÿç¯KNÕõ¯kß·þªö•ÿ¦ž§ ƒ}j´  ¬WWõ-1/2§(r)¿
èzoÚ[Ý×ö•ÿ"á-Ót-ÔêÚKÚWßi  Ò-6×""K]nÖ+ÕÕ7µÛ¯ÓÚwn¿ík×WZÿV-¥kkv¸a,Z¿kV1/2è0"{WM¥
i_|:Øioo
.a÷ø[K]l$ÚÞÚ[Ûjÿüÿ¦S
6•"  °-  ¯41/2†•Ø-¶  0`¿v°ÂÚ¶•¥a-´  k°-A¶„áö"0"M¬4ë3/41/2†  _µ¿ul    £c
T‹Â•¦5â(c)ƒ
LB^Kì0"

º 0Í^Ã EpÁZkÃ ´Ã ¦ Õ‹Óƒ 1(r)Ã
ü %{†
ý]1P˜U´á,"û
‰8w† ìSQ ˜ªØ¥"áU±VÅD$Axû È ûØ...k±Oñ_µ¶¤Ý0ƒ ì,0A...àÖ ^Âa~Â
)c" aIŽ¸O^Ó{
aPa~Õ}µ3/4 [Ø_`"C ž@Á Á-\A"×†
`‡ " ¨& fpXa0MP`" +B(c) \ † 4
)p `‡a Ða v˜U ,‡N...C
¸‹B""""""""""%: Q #.±
ñ " ‰Rb"#Å¡ D [ï]ooÚÿÿ ! ÿÿÿÿÿÿÿÿËr˜ìÂ; Œ"Å¸#;5ÊãÇaWƒ"*ŒÈ]à¦U¢v¤"o¹ Ò;(c) ÿ^
Ìý2J""ªÿ¸_^-êž¡_õßUÂÿúZ§}X-Ýû î"£ˆâŸUÿú
UßÛ^µ¹n(r)×ëïù]ÈÐˆLë y± hÖÌ ž2(ˆ-gã£5vk•Î *d´È¸Î3¬V A×! IˆQ Äm ÑN! -f€"m
G 'c ë6È'L‹¢C#qÃ(tm)-° g@- Ú
Ô ³Á 2†}˜ }¹ )|Ð("-á º Ï³
pKžP '- !ääB#º
Q ç(tm)Á, a Ð>q›8<ÀsŒ g@øD"

pCS ÔÐKLÐO¦ƒTî-
Ä?L ýSCObàý0ƒÖ-ƒ° ê `ƒÂv-a œ4Â KÞƒ†...îÿH-¡
ˆ´Ø‹' 4õO‹Cðƒ´ ¦ |R
0† Âü8äp {¦š% EŠl ûuú"" ÃÿôãAä
ä 'îEÂ'á ËöÈ D±È(tm)ä^ryÞNnPäœ$KÜ§'2&dºö‰OÉþKœ^D %í Ê ø
º ¹?`ãë²‡%: häý²?ë8åƒw¢;o""Á ¤ pšzl$Ü Â
a ö m î(c)6!Å' ˜ Ú ¶IB¹ éá Èžõ"è&'¹#Ñ ˆžÒ
,tŸï k"ÚOMÓ‹ë @Ü' zië§ºz UuÿOðŸ§÷I1/2$ƒp...&'áuA&éºt¶ƒ
á61/2?1/2{¯·O õWPŸMtiªn›ÿ~›H>ýôŸµuÕSôÚðžÒi÷÷ë×...¥ þ´ÝB¦ÿ}RzI1/2V·Kµýc^"ÿ"ôÞ¯3/4õêâ
ß´'é:C õö>>ÚWõãÿw}_ ûëÚTúûýî1/2iýzJ(r)é}Úý:§kx}}?O¿ÿßýh*Ò‡Ó W¿1/2k÷Oõ3/4ÚÞ¿ºþ÷I/^•
Ún¿3/4š,Úý}¯ ûßúZýtƒ. ýí3p'Pv¯ßü{Núv` × ²0Mú²81_]/
-ÚýFÈBÄõ M-"
w{øß÷b= ¡ÿÿýmz t·¬† ü%Õöþ
×ÿß}·]ÿ GÛõý} z-iÿ(r)¯û¿3/4¯ ¿¥þº]²\ ŽÕû¯|2 /ûÝz¿Òôÿë·¿þ¿p þºôü"-Ûî"!‹ ¿öü"(L"í§ºúË
ÒUßõû"-¯ý3+' u}}ùe Õ'æ'·Þù ~Õ)"w¿VÒ GK××1/2 ýßÕó$Rì¸:é UúþT u¿ôëZµëÕzÑ2+N¿§Ý
tÜ 3/4ßëƒz¿û¯x öõÿºoWëêŸÿvýÚþ·í/Üèé"~(c)ó£º×wl-ß-Öëþþî3/4Õ
ÿý=:µ{_õ[ëNúÍM¿] lèÿÒÛk_56é ¿ßÿçV1/2úgWe ÿÝ[W:¶ß_³(c)÷{3/41/2xI¿[íþîÕo{× SsßßÖ• _g
[ßkûi63/4"éª v"u"étÞ¶¿ýZßuîµÓ--ñë*WZZÜqýº01/2}¤ÖÒ¦ß]ºmm^¶×I[ëÒ{\-úÚû¯{vØJÓ ßøamO -
û1/45ÿ3/4Ã-m´¯"[~ÂÚÃ CK´"í+á...ì/µÒ¶"k
%ÿPÖÕ†•ô¿
[øua m'†¦oöÃ o¡L0-ikÃ 6±°Â¶Ã
xa/m,1°Ï ^Ñ JÕ† ¡ú-Xb˜(tm)ðÂR%Úy ¬B†
Ã
" ¶(c)ºªØ[+éþ£ï¨§b¶í
cd-,T‹â˜=&+Ø¥ GÄ›¿]Šbâ!nêµJÅ}îì&!<S Cä@wŠ¦+- † ë-Ði_](c) "am}µì--¥ÿ
&C1/45ª"L& ´÷_‡k" &*Ü0¬5]Å...A¡¦ 0¶ ´³@Ma"Â
; í ˜k Ø'¿ Î M`É‡"MA,
† k
A7†H@] ...1/2$Õ0(r)""" Ê) # bDØˆ†X'
šD,!Q "DA›b ˆƒ "" ! e ˆƒ6É˜¬ ÌDhDDF"DDTDW"e
ÿ

R⁻t¡}ªUØÅ÷ {\0QÿÿÿÿÿÿÿÿÿÉ´EV; gÙÙ6W Ö)'\MÄŠ[¬÷ Š ùó Ôì (c)>hÈ´[•²
Ÿa8_ª]£*›KZ¤Ÿ¨ëKíµ×à¶'Ú¶ïÚV8éŸÒáÚVµ⁻É·
Jµ ã]=Ý ÆµX/~...ñ⁻ O(r)â-úÿµ_WÖ³ù\ÀÈ) •⁻JF§ww1/2ïß(tm)-G 2vt`^t Ä⁻lf ¹ B1'
·çB" 6Î†¹'PÉHÈQ•VJE7 €..XÈ... 1 †(tm)€ŁÏ%(ù"'jd d,R0ÎÇ-LãŠ-Âa
è:VÐiè " @mø@Â '
u8ò - j
, 1/4/Bq<Í" îË³ D=D)9ÁB j
ý⁻ ¨4 @Î jy⁻ D åÙ @`ƒ#AÉ
° #§ " "šìÈ£3/4' â ´⁻¨M5í44öÛKPš
;÷Ð¥Ô&ƒ°ša 3/4ƒ} 7ü"'í -⁻CÝ0O )·T -A
³¹sz%ŽÑ+ué¢8¡¿Æš-<.- -ÈŽ£M8´E†›È´ Å¡⁻ za ]§qjêê<‹í+úa²hÈ1/2H0ô m ›"
Þ"0á ¢to¿¢S
æ‰Ð>×d+¹9Ê˜ì ›'çhœÜ-èÍÈ˜ù ²¡ßäé‹, ÑdxäLhŽ+(tm)¹ áéá
1/2'[" §° AºoÛIÒ|?WR3"ð›¡ýø é
¹\$&Ð ò?Ðm ßPOÂm vHéã_uÂm - ;3/4 "{
Ý´"kkAt•µõ_ °tŸ¿¤›VÖø×"Ý7º
Òn n(r)žî3/4 ¶[ú]Åt›A7OZOü+î•3/4-úé¿V⁻ ûtõûõW] ý.ºªKzý
ëþÿµ_¤õ¥¤ëÂº Ò 1/2Z[¥Tì~Ôñ+öÕ)ý¥"T
{¿ÒáíáZ·_°µëéñõ‡§¡{íú-WÛÓ-þ⁻o"ÚÚpëÕÒÚÉé3/4šmEuºýWUÚÿÇçkßõý W öÕÛ~"ÜmèkéÙ ìÍ+
" "[_ ÿKL¡ -__žžõéµ×ÿ~ ô¿×] ^õE
1/2]⁻xøŽCè n‡× 1/2ÿ ñíÿUwQÃ. t£:¢8O¥×'+öK‡⁻†ìälM~⁻L'x5éoûö

þü öé°3/4ë"ÚûB/ì îÝ} á(r)Šp^ß´É0 §þ*" ‰û\$9-(c)ô(c)v d0]WøO]^⁻ÿýkû|/û3/4Áþ
"¦
ÿÿßåªu:F"s Ë `÷ò(äôê...Åm?ÉQ-Néwýòàâ 8*YdÈ{_k(r) ?Ñ ä " ;KÿûÛN·ýUP9¬NêZŽ‰
#Wz×]ÿßøÌQ} hÿ oí žú³ ž-_¿-go<[õÿvä
^ƒª¶>á-é{µ°þÓÖ×¦ðKúíÙN/ð¿uD']5Knúfªêĵ⁻°Ä‡"ïT(r)ûßS⁻ Úþ×þß§ú}T ×A/Ù
1/4'Wkþ⁻m...öÿ¿s""·¶ÍÝ~j3/4'ßöÎ(r)Ðtj=×~Ó3/4Í§š°ºIw1/2ß ÷]û:¥Þ×1/2Û⁻tÇk⁻ëÚœ}÷ö Ò1/2zKV
þ¿×ë[Û"⁻⁻êÕsû_ûÿ
é}µ}sSûkV¿Ý(r)ß"ìu1/2CTïv6îê ñ[í(r)ö•⁻m(r)ºÝ?§v3/4"¶-ÿöõ1/2÷fí°_¦ v•ÕÿÃV ¸]'W"[]õä§"ìZõì]ï
êï-⁻"éö•§(r) þÅU!!
Šy <‰
† µ°1/2ì:Ž×m-ƒ 6 a¥Öû O}¥Û
. Ðdtÿ÷PÁ{ ]† ouÚaõ-ÿzkû
VÅ0eÅb¿a'Ä -(r)ñÁ"¢¿û1/2Š
Šþ¢ #wÅ÷û ll{ ìT0JÕm† ÷m+Û
ÃJÿT bšÿŠ ïd0ÿka1Mm~È#ü4Ä.Ú‰'í⁻êÅH;öC
ý¦8·Ø¿Ã Z
ƒ °åÄX¨ša 0 ¦ÿPÂì"Ÿ(r) /ØMj júÖ×h5¦.ö a2 }d;×O^^^hDMH0@Ì "N"* qü2`Á

ÂèhT0A...á'¬ðC°Tâ A, 0A¤°`ƒ 0µ íÿ,#Â^^^"4""""8^^‰ "DDA rB·
*ø^Œ²⁻•Jþ×}~ÒV JÈ⁻+bGŠ¦ 5Õ,
dV×¢Â ÿÿÿÿÿÿÿÿÿòn6)62s%1/2NÕŸÚEA FaœØh\$Â"ŒÔjB...; ÎÃg`ãÌ(r),Œt×@ÒCl
×¢\$Ò ²ÓÉ"2*
¸È É"ò[-.ŸÐa7OÓ÷wá-'è⁻Uá\$ª¦4 ×¢[ ú⁻
ÎëJ /ªBä
DæU´GGÝp¤ö5÷{L*ªðjÿÍ|\Ch Ýªú_'£¥ÿ }ïº
ù£ôú Ðqfÿþµ†é¿ëú ÝÑ7⁻ïåÃ(tm)ëM¤íéÿU⁻ì?mþd-Œã†GDfD(tm)

"¦ R2Võ<õé¿ý]{)ÏÝ}ê"^à ͣ †C
Póì¸Á t È°ƒ:      ›f  ...
"#˜d¸%"BTE1mmmÔzn^bfû/ !Î]'(tm) 'R#"?    Ô.D" HyÂ:7:•œd@...DH2‡N)¬'e<lŠ tA‰f˜Ž'
   ùúÞƒAÖª Ðh4
uAè   Ó ?¥¦°oð ñ '...     è5Â
'"Óí U    "Ö ê   Aî}Ú, h3áÂ ašÉ
SD ¢  s
BR‹Nøî-4Þ4  XO^h7÷µ¿_"ÐwÝî...¡OÖ iÂzíöÒiÿ    0ƒÂ
×o[A
väNɇ ÷-}¢sh     ôKÜIÅ'ÂdL¢<{ ÿú¢\êD¡)ã -‡¿!ÝÉ;1/2bþâ Þ(c)¢\ûêÑ Þœ~È¯âÂ~ž›ù    ÈÿM
Á ù ÂnGá

   N :é}3/4ûz    1/4Í
žE1/25(r)Èç #3×'y(r)‰ÌÈG¢toòtpƒÿ#°'6‰MÈÎÎKÞ-u...'hDÊ#ç˜MÖü-ééÒ~'za7Ât oµzõ°ô õ\!Iⁱ
"ð...ou ˉ}Ðy*RoZIÒ1/2øB n»=B
¢2ËtȨ́M
›¦×¶|3/41/2kTýSîŷ_3/4ëp^êßô(c)3/4ŷêŷ(r)ƒß×á&éé*3/4· øWO"µO|'§¿âŷ Mâ"¿Õ/OMî-Ã¥ÕŶ/Åúoÿþ
Õ&ßiéáwÒøÿÓ¥]=/ÿ
ë1/2¯]uV"¶Á÷ô"¿bž-vÝ"¥ÿÝ-Ñoßí+õ} õ ßÚWÇ"ûúz"× ðTÿ÷]?_"ßÿÿúTÂÿ&£×1/2÷]}tŶÿ¬ëõÿ
¿û { þD 5ñ}Wï×œ Ý(r)þ÷ÝE"E8%GOÿõõß
w' o°X5ÿ¿_O÷Ò1/2W ˆù˘ þµ÷û1/2 Õë]SzõU 3/4"¿ÿ_ô?CéÔÔ    D•ô?§"§%õãßA‡úúÞï~µíµÿ[
_›ì-vŶ_¶¯^1/2Þܱ́àÀn÷ÿû^ŷû _ôBçÞAruëÝþC;(r)éz˜dˇï"   þˆ{ò
¤¿ŶÒ n1/2u{j˚#Ã àÒ/÷ß _ü (r)Ñ#þ!)¶¿ëôÊz¿ á-ß15És ÿÿÕÿW"(ó êšD'A×z'
(r)~÷ôA ÊRüŒ ü'ûÕ›ÿþ-ÿÿ^µÿ êÿÿ÷K§áu3/4Ú¢G'ƒuø-{(c)
  ¡È ÿ³¦×ì úI :ß ûwÿ¥"¤Ýjûµ¥ÝBÿ°ÿïÛ"õøTT]+~ÿrê ÿÿ{˜í}/¿¯oÿÒ[_é#[¿]³- -{n¿úþî1/2+1/2uo:
Ÿki?ÿüäw_ÿì÷÷ÒKúó"¦ÿµzûâ-¿úÿÛ°(r)ÇÿUÐÿ: ÷UÝŶÿ5;-úˉÿÍJ3/4ß kíí"Û{ÿÿõî"k
 Û]uí}]w_ÿÿ° Ží\%ú·ÿk ë
{õÂúÿ¥"¦5¿"í+bÿA(a&
î-µÖiwÖÚÅU i{-}^µí(r)1/2¥Óÿ°ÒõÃJE ao† †,¦¬%ÿì4°Ö)† Øi?a{
v ø W{ n1/2 "Ö ˜›><"Þ-ÃK°¹Ñè ß¶ û tÅû Á...]Š¯ƒö -{Ó šØeÃö=Šãøaz×Ø03/4Á,Jö ƒ
   Šul ¿"-‡^¬+þ ûé wvÈ;ë
(¦Ö(r)ûø"'Zk˜ˉd--ÖÈ8ÿbëïö)ö7âXøéx¦*Eá_\ "ç ƒ
& ¸ Á7{A¥l0°Nü0*î@...
m¯¯{¦ü2 ï_ì%ØUMXaB1/2¦--m1/2|1
Á ` -ž 1 5A,   "(r)ì j"4-UHQ \˘-
   àÁa...T,([
ñkÎ,3/4 NÂ,-" NÁv•†Û]¨¨¨¨¨¨¨¨¨¨¨´''''''"D ˆˆ°"DC"!É," ÅDCL!
   DDDDDF[ 1/4 ÿÿÿÿÿÿÿÿùnhÎÉ2è§ËLÍJþò(È[(
LÈ#*¢ &T3"^Š²] â2æfÍÀŒª 1/4I"- š¯Ù ð _¯1/2  USµ"NÖÓ ÉÑ*H9'VÿzkáHÍê1/2ò-° ô"Å
ˉan"(c)!Ð]îÿ×KK"P¯ÿù: p‡u(r)-×ùtúëÚqÅ.´µ {¬_µÆ÷ý õ}þ_×ÐÓB¿úk^3/4¿_×ëÿÖé=3/4îþÿÈ4f
ÉÇÝù, *tL :FBs¥'4K žPD°$
SÖ¶U"Ý{(tm)
8h a3 B'6< fy±š 3 dpí Æ 2D`f €‡÷ï* ""#öaYÂ!Ä3)dA(tm)
"DÔ‰s ï8e8B'"Ë" 3F ‰Ì œ-O(tm)
PD9È@æØLŒŒ
øR0f ÏFôBYz D¶A°D8 sÆtŽŒê-ý¦ƒP á u@ß^ ]< a
wØˋˆW âÎ ðƒPD:B R  7M5 AÏÂ ü4ôÓA,
¸" ø@öõT D )Ç,

:ÿ  C  æ   ÿ  h8ôÕ4×é4â¢ô-?ˆn    4ÐhZ  oi§Æ±jœjš¯Ôi"î-@ÐµU´ý  "ÈW!q¢<r    Ñ  Ý‹a}¢(îG"ä
(ì ôEÇW  h^;M'

B|\Ž!
   íÄ1/4hŸ5~¤ø=µtKÚr-/ˆÇò(¡  ‚¯—ÉiÓ%0        Ø ÝÂ
ä|Á¯ó6OhœÃ‚  Ù  u
‰oM¢; A³FÊrèEí¢shŸ¹9´Kè  (tm)"tÉO
DÆ    ð@Â  #ð›H  D¿¢_"  üŽÒ        ¹?(tm)ù¥¢^ÐGÅÌâQ
!/\-?}=jú  3/4fÛþ  t¸C        °m    šÃ@ô  i°
,m  -fÓÂn  'A_UÓ
¦Ò   fv,o°"4Ü&ÔÒÒ
Â
?Á  ß  7úkK§ÿ¯¯zmxTðž´f§P(r)'˜¯ëúuu§Ãô×[¥´ÿ]o¿Têõß
Õ¿Ú¿Iÿý=7Tý>ªë]  ¯î(c)÷1/2í}kÕµ¯V,°îß(r)¯1/2Zëô¯žžÿÛªÿz·a~¿·ñ_ößÒqúêÒéý-ñÅ!˙-~Åýþ̃Õv¿zñ¿}¿
[QŸÀ{  ×n  ÿõzÿ-Õwë§B¯ÿöÞÅˊ-š§¯  j×ÒÕô-+õ¦°ÿ·ªÿõaþ"c·Á}éÝ>Ó5"×µÝ-  ¨iÐ$þª¿dø_]ëÏ"8Wþ¤
ê°Ðg  ÿý  ÿÚfÿÝ-vH
íS÷T, 1ú¨ï"ò ¦
¬  ...]lÔ-1/2  ýé3/4#^Šp°  ·ñÿñk  ×ò  e_õ  ,  ëÓà"ÿµÞ÷l  d      3/4œ
ß·¿ïÿ´  {{×ÿÿÿÿdbßÿwH,
¿wUÝ  ÷×þÕ1/2*ˋØ;  K}iô¿1/2  ì/ @ën¿¯ÿÿýfÿÛ9O´Ð÷Ö"¿& ‹M?/ŠNÿõè
4,!îîž    {]¯¢•ûó(ú!î"é  ìÊ÷  Ã-ÿÿ
ßúþ‰!mïúÂ--þ†¿]'°p{DYïõF{_÷Zþþ³1/2ÛÚÓÿWÌ¢¿  àÃ¿[Mép"Õ×Ó}%¤"õwê²
^Ð¯¸‡^¨°éÿ1/2ïÿòÄßÜÕwþúõ߯âû¤ûúkṎý¯(r)ï  Õû{
E    Í.Ô-÷ÿëûÔô-¿û5":?ÿ8úÔ=/3/4Î  úÕÿþÎ̄¨õüè~ßõ{mÿÓP-ý
ÿúlèmk^¿CÞ"  =wû:  ¯÷ÿû[-k"÷3/4×3/4›n›WI(r)×8¢EtÝU]ëÿ·Kÿ÷Ú¿ÿÇßúû}ÿu°žŸ  íúò›Ý.,"¿k§Zß}
ôÔßùÚ~Ä1/2  µûÿm&×ˊê  _°¿ÿ¤Ûÿöœ5¿þ•¥êµoïÚX]¥‡ÚØ_ÕþÕµ×JÒ×ý/¯ÿ×Õ6Ò3/4Ò†-ÿøK¿1/4$ÿ
ÿˋÁ(avÁ{jEΓiA¯  ¦ðÄV¬‹    +¶"
ÚL4›]Øam?Ø0-ßû    0×Õ¸0-  Ø4  aþØI†Ÿf‡
êE‡
,‹ÝØ¨(r)>¿ý  ‰  ÿ¥
P˖ÄlU²˳o˳ÅPa&*E-÷  3  ìV¿v±Ç°f  Á±WïT˜8P  ÈAÓ
Ã(r))f  *þÔr    w{ûL&ôõ¯¦3/4-ŠbšbJ*¡  ãØ'¿ö-ÿK˙Ÿ‰  ð×\&)ÿcd  ~ß-È%ã3/41/4  aKp°Â¿WÅû
  0_ì)
ðÂôü;L*MZiÚ¨ü  Zâ¸†  !c°"m,ôÃA§û
&¿ÞíÕ"B"!¯j"  !-P-¡
  ˆ^f&\,  --hX Á  .°B"
    °M0¸!    4f  D0@á£¦Ó°^4Á
ÜC  !Mè5Å  C  ÄDDDDDDDDDDDDDEDDDDDC^^  ¦úÍ  å¨O  _  ö¯UÆð¢?ÿÿÿ, (ÿÿÿÿ
ü´  ñ"r‡-Í  ÜÞd¢+-²¹
ìÃ-ä‹o6kü*(×Õÿ¸Þ¯ûû×[Ký/‹Òõ1/2ªè[¿ûj-þÿ-^W  d(ÕÉ+|Èc¥)y-N@'%ù\ìó@Î¡    ó & ÆâiÈG07F
Œ603F~$  "Ì  Õí¯  ¬
)¯˜¶¦æÆF  Ca  ˋöJ"%dÓ'  'k!-U,  G^Ô  $Ã'3Â  ˆŒ  (tm)ˆêæK'¶  h4õ°@Â"(r)ö  -  ßXA,!    Ad
,  ¢ÿl!  Ù  È" Á
ªpÁ    A    i°  44  a3 ¦ëÇïÅ Ð  Ú é    Mþ!"  v'i"ð ¨Ø‡
8"A ÓCNÐj  wa
q¥ù  š%"K²  Èá<Z¨ÛÒz  tûNþKšiúi"÷DXòWA¢YDxûÐ³%Ö-
    qßúxA¸AÍ q(c)    a¸Ȩ̄-Ð²‰o  úR/Q7]    ':%Î#'Ï%7#µÈ;-6    äæè-    âlÐ<
y  Ü-9  tß(r)  té7°p  +}PB,z{øMÂoë°m  Ü‹"'1/2¸OBˆÑtž    ðÿè6,m&éÒx!ëõ}ÓëÓtö"µA×tøZ

Ðõzá  á0¶ Õê'ZµT-uàŸ¯...Â  °-ã¯úŠÝîÂÿë^}þ*Û1/2a{KÓZ·_[ôãO]ouuî-]
úow¯WIÿ×  ¹  ¯{ý  Žþï‹3/4›:ûŽ•m  O´Õ¯úduÕÿ÷Û·_§þ3/4"th×u{_-Wi´ëþ•ÿ**ë~ãýu3/4¿ÈÁ>ê¯ï1/4^
  E  ÿ(r)"•bÁ².²BZÈ¯¯ôE  ,.(r)¿K~Ü,#^ëµkþu  m&êêŸõ:,CL  'Áêöœêr0-
A
"ü¯
Jü    ÃKöýkA  Ç¿éÞßÿ  þêÕ=|  d  @  -r€ðVAÐ  1/4  úÉ°#´¿ÿá¹
Õÿ¯×øD,  Jééé1/4"    Áÿ1/2...Õ  ï
0ÃZÂ  'z"D  ý?ë}ðnbwÓþÿð  ="õ-ú²!=  ÿü"            t
l;  °:"}_¤Dÿi×µOè-ÿ¯WKû""þ·}^ô&'<µ  O'=ôI  Ö!¬Y"tL  'è'7µnÚ_["        -{wßþ¡}mm=¿è'"
_°  ŸÐŠÈƒ  ûê¶¯  @°{×¿Þ-Î(r)¿^(r)Ÿíwí{‡õ}&
ýýB_ðØkúÝ_¯¯úû(c)ëÕÿõ]µ¯V)Õªmmj›³W×þ"[g•¶t=kVõû¿Û^ª'÷[þÚMÿ÷Çï  ±IÙç‚Aöëûê§ž  ëoµÒ
¿Z[Uêëkí-Þ÷íé?ø_[Ò  Ü÷Ô:  m%_ÿøuªÞúv"3/4ìt  Ý0Ò´(c)~-Xþ  [M¯Û_µ‡ê°¦  ["VÒoÕ‡¶  á(r)·V
¢ı$¬0X¯¶  †
mþÇ(r)Ã
`¦g¿Ã̶°-"(r)Ÿv
&  N"  †¶  a¥
,01/2°Ò†
ë  Ü†c<ˆLTBƒƒ×zö6=¯Ø0_b[ã`Á$õB£é<´Á&)ƒ.+  z†-‰o1ý±ûÙ    4  oßd%¯öAáûû  OVÔU¦´á2  zì,
EŠïŠd;¶Aã¯ÈWÓí2  ý¯U.  a    Û×
&÷†B^  é{        ö-  Ó÷´Âní...m0š
l+ö  "Õ-tàÂ¬C  !"  !ØC

  ƒ&"#BÖ  Î9J  0"é"
ã    Ð0B  e-    Bà...ÄD"b-  ·ª̂ª"#B#B
"""0"DDDDDDDG  y  kÔkÒ
NÓ¥¢ÎZ•wu
ðúö°A$Ò
Ø"]°¥X  ¨¡ŠûM4×
&  P¢!,
    Ä  ÿÿÿÿÿÿÿÉ*  ÿÿÿÿÿÿ&Ú9Ú^d²jd0dÜld•-  ^v+  """I]£²³
(tm)<dœÉvUÝ›R'(c)ì(r)ƒ;;;  'vdì...ŠÎç°
  ýQÚÆµúPžK1/4¬-J†BžfÁ=j
öÞ-ÿK^džýwÒö-¬Ÿ4¤<ÚÚÞ3/4X>-&1/4/ÿÿõžKÿÿúÒ-ßÿß§¬-7MøÒ>  ïÂÿÿIØDtÂwªOO(r)þßt>/ð"q
Ö  -[ÚþëuõûÙx]ë¤ṏë̄¯ý=ü  úý¹œp‰K8)'  Ç  Î£!#ÑÁ(tm)Šj  *Â  †V#ƒ)Bfh^
goÿ:iù)  èêÉJ  Å£QÕFÿ=>LÈð1/2Úý0ƒ:...Å
<&x  "  ,n
Ðh0  ,!ð°2C        L a  1/4À^>  hHÄ¶|lñ¯  @è    L
    àá  µ    È†}›    œ#X@D=Á  Šç  $e
HÍ›  §y(tm)•yÆ  y›:D1úûÒ∅°›  è7M¥Ó
  ~ƒÐa?AÔCOÂ  uí¯  @á¶  O1/2l
Â  1/2á4Ðw¦    ¹¶  Âk¨D  Ž  3/4"ï"pÐpÕ  N8÷-¸Ó‹Bí  ]útõÇ¦            ¬4:ˆq
>:!Ä=
¡a5VëCÛ  >?°õà  ¹.h÷=d_´ÉÐ  "ŽS  "¢SÈ´¢sw#""cD³"óÐèý  Ç)É<ÿD¿¦'<" òs²œ³-F¿!!¢^êC  ]  çn?ôG
Ÿ¿îÂ'éÐNÐ~  é6²Î  †(r)  šZAäs @ð  -ž·í    -vJ  <Ü&ÒlZH6‰Ÿr,Ü  6,
šR:6Dï  ü‰ÎO/iï¢^ÿ¨kêé°ú~  ¦ƒN-ý]7MÓÕPtŸ¤¾Þ´(c)×^  (c)  UûZÓÁ6û¦  "  um.Ÿá
ý=ý==u_OKõú1/2:ð-'jéþžìz¯éþé"}§"  WÚ÷ÒÿéßúuÕ  ø&¿ëw1/2v-m  "Ø]ußŸZ_×O"JíïxïÓŸzÓo1/
2k  WO¶--õÿù?  ÷Óv¿¿u¬  VÝÁéé¥{1/2ÕîéúÆ...ëWÿ°  Z÷Ûêÿýý¯ö¨  ÿðÿÕÕétþ
þª3/4·_ÿu¯"I...]S]¤š÷¿ÚÞ°¿këãÿn›úþ¯ëÞý3¯  ÷¢$¨ïü  ¥Ÿj  Íb  1  õ  îuÕ5‡Õ~-  _¤þú¶ÿÿýú×á¿þÙH

úþë  3/4(r)ôC

   ...ôžôé¿ßÚvB¯Ý-ë-}šÂûI*×ëï ¯¿î  ÿÁ  tý  Õþ£Â  ÷ßéÿõd  GÚöþþÉÁ‹ïí·÷-Cöÿÿ  ‡1/2të"A#ï
MrÕÿzý$C"

ò  g[[ï¸ÕÃ   ß-ïÖµ}  Ò÷ýwwú"Ó}-h‰7Z÷u1/4É6-ö¯³¢'þb}÷ÿûß

õõµÒÌ1/4" {ÿ  é¿×ÞôüË  ÿ|(tm)

þê"¸ÿôXtIíW(r)¿÷ò0wºo1/2;ß¢)öÿ(r)·ÿÿ×þ°ïô  ûÕý7íÿép^t=ºÞ¯ÿôü--uí  3/4X  v-¶¶"ý×¸×ÿ~"ÿú~Ã:
Ó  ýí.÷ù(c)¶ÿZêûûïë"^¯/Óé¯ÿý¸{i¸ÿïý  ~1/2'çCÝ-]mÒWî×¸ýýj(r)ÏO(r)ïÚ§  ¿î :ÚÃI4"î"ÿ}~Ò]  uº
Õ"þýÛUVÒé"[^ûTÒûôUÿ]úz3/4ïí"i

%j  ]þî×õ×Ûßuø}¤ÃIj  VNâ•S]ul.ÚN¿v"jíý4ß¿    ðÓµêõiCZŠ"´ k×L0-"Ã  ü0¿kúë
umuvÝf[

špé;I

ÿ{

$Ò ôøk(r)ÚúÚ¸U     ûb˜-¨|+ûö+nî6EË  Ü0_`Á$

$Å;°Á-úV7  Ø0V*

1A†  1/2    b(tm)  ú¿`-ßk1/2±Q¶  í5mS¸ÿ]jÈ=×a{  Ýû  Å   {  "[²  ñ$ø'-Ó|Lûø¦¶ÿØ(r)¸öšd  wÈ±
ûMP°¥Â  ÷(r)ÂÓö  oµýÞÈX¢c"ÄÖ-"V  ¤Ø]l  _ð¡këmk²  ÿÚÙ  ŒIÇä3/4

ŽBÁl±  ¡

49¬ö  ‹  ]0`-f  í  kÚ

š

-á.4Èƒa82U0a  -ù7A¦úºÚM1/4?ê  &  [WÄDq                      DE,

±8°(c)Ñ  6Æ,

Á  hDFŽ¨DC  """jbÂà¸°ø^^^^^   Ò;O-Vÿ¶•ê  -F+°¸j#ÿÿÿÿÿÿÿÿÿòmN[šÃ  S,'xŠ2ÉFvJÉ¸wU.ÓÏ•  'FBâ
   N   V§ebuö³"l  fI

(tm)¥¢/°¢  ~EÑØ&U;>×Ò

˜

¦  µWÔ(S±5äZú'@[~¯{µJ¬%×Âu"-µ]w¯Kk²Î¸ÿÿä×%µ¡  k  ·  0´f  õÿkiEÇÚkú×-·§õªëû"úwÿiÞ3/4¿å
sTFG^^°^w!  "  %¤  2Už2¡

"Ä¤dm  2¤;È³#£ñÁS'µS¡  xðó`¤\"³²?ø"  †  0@Ü"   fà@Í  @ð@Î¡-  j    CÐœ  øÉ  ,

!  u  ä    9žfÃ:">  Œf  É  Dƒf  CÚ6  T    PÏ‡  2f00A  C,

""  !ÍD  4  ¡  ì  ‡S8  g¢"  ªÙxÐ!

›p  é"0fð  "-  a  ^Œ  ÓN1/2  A"Ð<  ü&  vÜ;  >Óõ  w§¦ê  a

"   Ø@ã  7Pœa

  Aá  §  (c)Öÿzk

7ô  i"4ö!§Åêî^î  ¢ÓÁÅC3/4í8ÓÓ>ì  ÓMºÈñ².4Gy,l§,æ>K-˜ï¢,¸'l>OÚpD  DAÜº9/|  (r)^qÚlŒ!
ï"Žqü‹íÓˆ7  N  dK²$ÉMè  š#†ÊrÎ£JÝ¦Ò^Ý¥""¤Ga¡Ð  ðfÂ

A6/è  ß   Á  Ñ:a  ¢g¥´g

‰ÍÓ  f¢sÁ

ÙåÒ

2Sz  ý

  ³8£¯@ffm  Ü  (  t  œÁÑ9Ç'ú

AÍ  (tm)Ý1/4  9(tm)´   grÎf²1úz¤žfý¤úW¤Ý7MÕ¥  Ðuë|ÒøO¿Aô>êºi1/2§éèPMÂúoA7$"   t"úNè  ã
ž†*MÕ¥  T3/4ïN-Zõ  }+ÿÝ¸|Ó3/4>ëá7ßíuôÝ}"Ôô  zúÿW¦ún  "þÚüzú

%}¸OÂ  §ÇtfU  "

þ¿ûÿÇÿúo  °ÂTºIõôá=Õé?  ú÷[Ö‡ñ-±èWêîzQÿLV¯úý  ÿ"ëþ£ïï  T=  ßT´µ^(r)¿¸êßÝtíƒNš^š{ÿ¿ÿaéo"]
0÷~ê¿Mý]÷å{  û}û¯5...ò(:Ía=ý^ÉH(c)Ù  %ZÈµ-ò Zûï  äïë  ÅÈJ²(Þ"†q...Á]"KÔkæF€ÿ][ÕÃ²@cA
O$  5øÙ

  ~t

uÈpßçPOÿV ëÿ
ÁÿHEå8"¶t
ãþ¦I@Géÿ}Ð^ /..._öÊ€ÏT
û
þP
^ì ÿø`öAp íó 0ø-_ý GvûWíUØD<z ö ˆ ýÿ
4A#ÃD;ïpÁÕx^¿÷÷ä FAqÎ <7¯Ka|" ôþ Ð'¥î1/2;ôDÿ¢ -
[_¢ CDIï "ÿj "í ÷î¿É€ž¯1<±¦á·uÙ‰Ñ
ß@3/4YVÿ&Gï¿ÿ"Gm ú& û0¶L rd}Ía+ù#þï¬ •zÛÑ H WÿDh×&EªÓÖ'ï"×Ód7ÂüéÁ}
"!¿ðt |/¥ ¯- ÿ¯ÃwîÒÙ)7
ÿõ6"ÐKëï...êõÿ¥é
"N3/4Õ}úuUû
ÿ×ÿª‡¯[5Næ1/21/4 Û¯1/2{ý*m ïw-öÝ Þ(c)u÷"îjfÝÕÿöïZÿýí¹Nk êºzº nu= Kó(c)§÷ÿo3/41/2´ý}
^õÕÿïêÖúúÎ?ºÒÿÿxDuÿkÚ›mYóé5ÿïÝS1/2§(r)šë-¥ uv"ëÝ/iwØJý[[^ÿ"__ý{†¿¶"k¯¤ïÒ
zUû{Im{am"V×öÒ-x4°¶ Ö ^íî¶¶¸_ÛK×l/_3/4ÚOw°Òxi7"v -¶-tý-7Okí}ƒ 0Áiøö
¶Â¶ J
† pk
$ÈÇ)Õ,¶ ^- LŒ@ipÓïƒþ5ª'xR°eÄƒ ¤[iAÃ S
.Â am† Xiv/¦-ˆV´× oâ qQ&;c¸nÇ Lq±&?1/2Žâ¸ÿ¿ØO{m; £ØÛ
UÅH 1ìr'
Ø¯ ÷Ód;ë{kjðÓ ðá0¶ ¬&(tm)
‹ i¿vºVAã ¿ÞÒ¸a;
aSXbD ÈaÞû
µ{Ml%K
Ø]0˜\¸ ¬ ,>
&
Ã\/Õ§-éÚ¿ßTÙ ŸÝ...† M´ "
'¤ïa{ í, ! Iƒ ,
ˆ°CB $ B
† Yc, dÆZ Á
X! Ðð"DZ qˆJs †
d†C "¬ ‡
%duâ""8ˆˆŠˆˆØˆˆˆˆˆˆˆˆˆˆ zåpÚW¿-ZöØan±_kì.%q
cÿÿÿÿÿÿÿÿåq ÙZ'¹ d(ÉÆ ƒíH¹TZîNKEŠ-ÌBäWh* ‹~E²vvGOÝBWëát‰'ÿuÖEŠõáWÿ¿,æŸ[ý_øã¨
>?¿ÿê•.... ÿ·¶ûÿÿT" ×äV? Iß(c)
B4) ìÑ rž<2 '^ hŽˆz"ìcó3/4 / TçAó%˜Ø-H º
à&l2(c) ¨" %Á ,`ˆUf²^B É âÎ(tm)¶t3AA ç""!òlBœa ¬B D¬Žàˆ:=: °›ø"Ó ? 6
á"-š
ÂkôƒÂ
t A" ` è0žŸBí>5ý5í
qIè7ÛÐ5O
vœZ }1/2y , t‰ûD}DW`ÉÑ";r%Ñ?è-= Ú ]=+8å ŠáðÓ-:%nõD ¬Žo'Ÿ, ÌáÁ-ƒ-AÐA¸ w¸
ð ¸MÈî,
¬ 6ïj‰Í‹ AÈG# ÷M¤
¢tÈæÑ?ÂvôÝB~Ÿß""è+é[-^ ÓºO"ô ´ o...¤
-Âéºtƒ Ó(r)žÖúÿ3/41/2'únŸ3/4ŸýúKV›öë¦
›W-§ [ëªkÿëïÒ ¡é3/4¿Öƒm+ÝtÝŠÂZ¦Òqÿxß Oÿ
z ë(r)é|[öú[Ijµ{¡ÿ^ÿÿéÃ_^ý‡þ3/4é+ÿ{ÖÁ÷Öá_],ÿûÈQJ[ïè" ¢+òœO3/4ÿoûä9 _óXT¿GPOÿ¦

þ    U;
Æ¤0uý
ú    ƒÈ   ?~H   Ûý,ÿ¿m,þƒ"Ù
    Þ
õ"UWý°ðZ¤°¿|   ýo
4CÆ"ýC}h‡   mÕw×~
ánÞÑ    uÑ
žÿë&     D|úýÁ3/4d   ^Nÿ²
~÷×ˎ£Ñ
šÓ¤E   iú#?k×ÈÙ'ýýJqvÕM-   )Š¿üÊ   '?ÚˈLˈÛú´éÿx7_ßø   nŸ"þëü:H.ûZú   ý{×ÖçGÖ-ƒéÕ/]tëý'...W
p¿úp-ûúùN}wëþ    öŽ§×ÿgWúþta6õZÿÿþ°ûÞßkîfûiý(r)¿m(r)•ßÿé>éýú(r)××ï_}VÕn×ívêî~)¿Ò{Û[VÒ]ý
U|41/2m°¿á"   a["í.Ÿá¥°wOkß×i7ÃíWa"a[<x281/4   ¯
Ž¿cA'Ä
0²&[      |  ]†
¨0Y   0ÂR/    "ÛX¨ˈ,l  ûTB  Iññ&úø?é‰  ìBob"b   Å;  cýØî8>¢šc  v0Ä"·K
k1/26¯L4Õµì-kal+oá;  öÓ
(tm)
‡ì,>µ1/4›,   Ó  [¥h  0")Ó    é"a   ÂØ-(r)ƒN÷á"  ÂiziC   "ô!›eD^¨0B!"U(n4
!  C  C
!%ö
‚¸!a  `...¡¸^^^^^^^^  oÿû¬  ÿÿÿÿÿÿÿÿÿÿÿÿå¤X£ÿÿÿÿÿÿÿÿÿÿÿù\b+";²2  Ì°RRfD(tm)Û(tm)ñIˈ¥;  ^ÁHÁ,
    Fš  Ȉ8Ȉ¹ È[     (c)(c)  ¤fŠi'æM.   ?R3£µ›^°hˈˆê"ÿD"°"   Í%
¤ôŷj  Õ  ð1/2Q  ÚíéI"Z¬±
]+û/&  íZ]ˈƒ¢^ýZ*~°W(r)áW÷_Zn›DÇ~3/4£¿ãI}n£õÃ¤ôÿûô  Þ=   ü*KW^ý~õ]~1/2ð"xtÿ~~ïÿ÷  Ó
M'ñ  È  0E
Œ  L;È  ¹.  ÌÑ.)    /&GÎ3VSÇ  SÄ]  D/°E#'  ¶C  •gÏ:
Íl
[AÙ
SžF  ;5ÎÊO\  ù;ú_šÃ"  tÁ  °  O^¨8  gÁôÌ    "  €N  e    Á  æ  C  ÌÍóA,
Á

 òpw<`  (c)³0  y    `^u  b,!ë"  ]'F^ît
HȈ
øCP¥8†ÙÐ
'æ}  Ñã*  óÄ  "Ý?ß[A,
4Ó_ñiA"Ða
´  zi"  úÖ8zv  é;ßA"    4  @ôÂxM4
Á  Ào

è  @ÚÁ0ƒÂ×î  o@Ñ  wþ    ;°‹Ó}8†šíÓq¨N/3/4Ó-bÑ  =bÕ8†š§ª¡¡H0...;"Ób  á  þ^ñȶˈé  æ]µ
Kò*ƒ  ¢sh•(ŽærÉc':‰ocDAÛ*
N(c)6%oȈ%ÎDÀôGž2wL‹C(rtÉû  'D¦  #Ȉ†íÄ]¢(ôäyX¹    a  p8ÿõpAÑ:d^    §zLþ,lÒ¹  é7W  7¶,
6  p  äèÇOnHéá
"ü  ~E›óGÈæé´ž  7  ´    ¹    'øDîEÂ  è  (  :#ç
3/4DÆB1  °àž´ßíÍÓ´"ª~ÕÓwPž  zt›]  ôÕ6"{ÒÒ°OO"í?ü'W"...¥Ópƒ"ÕÂ
&éÒt  6  k"'Ò"wÕõÿ3/4›v
m>Ÿ3/4ûK-ýá{PŸmZ¨OôÞ-Õþþ-]7N¡é¸A°-]%l&éÒo-XOOúÖ›Å}/  ªÿë\}-jöñïÞÕøO^ïÕ~"Ž¨úõmW_
Óî¯VÒôÿ×÷mzÅ¯á°oñôý

Õ4Ÿ{øKp(r)+1/2  ïýÖ¯MÓ~·N>ê={"]'ú¿Ö  -ÃUVáí."¯ª,÷v>\  ^ýo"Þ¿ýw...‡÷Óúýn"¯þï]_ö4Ì  Á,mY
è  ...  á÷¿Þ2   -'ø>ÓmÓüê  /5  êþøNu    €4Íƒ¿Y./áký¿¥Þ>ÞÈ8øŽA  üDl  úÞÙ
¥ÿì,  ÓV"ë,¿dà1/2uþÞP
2  M|]~j
ß:,'¡¤¿ªõÛ{
†  ×áê1/2k¿...o÷ö  ÿé¬  ¬~÷õª"  ¿ßy
  ÒÁ  ÷ÿþôÂðØÐ</  ú̃~´@,d  û  øaýÚOwh‡1/2Þˆ#ûþÿ  ‡´  ~º×´Âûnëÿÿ̊S  Ð÷å‰¿z¿Óå"  '×þ
  þµ]tD  zDOý}oÉ  ƒws(-[îÑ   ÏÜ"  >,×ÿåñ[×ö¥Õ#  "B|<-Ŷê1/2o&Š×-å8Ÿ‡úù2/Ú&GïÿÀ
ˆ  ÕnõZ$  ª"Ó̊Êþî¿  Õk
KW  ¯íûô  ß}Y.wé×n¨/ø_ÿ  µ`Ýï÷z
÷,ßïÕuß¶çÞ¶  -ôO
ÿºýýª-Èg[þïÛÿ~¿ëþÿº[(r)(tm)Õ1/2  _ª
ªÿßvïë¥Vpúû:  UÕ?×3/4Ö¯ïÕ1/4á3/4-Ý{õv--þ3/4"(c)÷3/4Ú¦t5ßU÷økš  úé^t+ßêýiúõ  *ÿ*Ï¯_   º§ê¿j
ßûÿ÷¿ë1/2¯êý"  Ž¿ÝˆÛO_ûÛ¯i6¤÷¿kÝ6º¿a/ûVö  ûkþê"ý(r)|ŠÒÓ_ÿW¶û^·Iº*ô  þ1/2-Ó  ï^3/4  Úßv
1/2+aa¥a=í]¿l%`  ×ÚUÞÄKŠö
-...@ÓKp¿ß÷ØVÕÂV¶(c)-"¯-...†¶-..._^¨uØ"ØK[dGÙàŽÃ  ¯ãÓb´D3/4Ç
 #
$È̊È°¨`Ì I†ªþÇ
‚=C  àÓý'o1/25      $ÕŠ`ÂMì5†  Ýµcaª̈¯  lŽ3/4
  íE]<S  Cø¦  íÙ  BWö    7ÆŸ  [  QÕü‡"ÄŠ?ŠâL  ú÷i²  {  SLW±±,  ¬nÅ1-ûñ
ö>
*Ki...¦Âi-xWü&>a>ÂNš
  ¿‡,OÕÂïßô¶  µ
  ^ôßnÈaÛ!ÞÓ-¨îÂÛ  ÒÛºª  A¦...Ná...¿†¯A¦  ØO

ž      q¦  Ü›...º(r)•~Öö  4ÁIº    `1/2  ¯
+éal.    ×ÛÓ
(ˆ‰oD  "R@§  ˆˆhDDé^  q  `ˆ£  qÄCN0Dt
  ‹ˆÔ¡Êâ"
      C.3/4  Ø!ÄA"      0"o
- /d  ^^^Šõ"'''''''''''''#^^^ËHYêµ}\²šš{I/¬0KÛ
c-  \$Ø"O
ZE¥ƒQ  foPÿ-À¦  ÿÿÿÿÿÿÿå1/4w•Å
R0)
ˆ³*dv  È3/4dìšgbŒ(r)"Î́Ó(tm)]"2  uAš"5"  20P    0¥8¡  d Â.Å  $ÓWhÊm  ;  ?I
Ða    aS  0¨0ƒL.å  -È¿Ñ%[Ñ0d+ºšh;AÚ
  iµøVè/...$ÿÔ  ÛM  ç"  #æ    µDú‰[Oꪘ̂µ
ý-äæá:M¢sÂxA´Nm Ú    -?Ý  ȭë̈ÛA
- é>ôÝ·*ýýâû  ºˆ3/4Òmï¸Mþôý;×Zÿ¯  }ûÛW¦×IÒº¿Õ‡ïÿ;SGVFâ(É  'ßKÕÓý_ki[ë•"1/4‰Y  ‰Vv
.}žï  ç̀BAçÙ    †  Çô+ýkï¿¥Ód¨"6    R%É  J  ¦r"    ,*
$
(g    ‰Q!"H,2-a  aÊ
 DJÈA¢-ÍL†)tN!Ò8d
$36lR0ˆO f        Ù(c)žŠýá  -SÁ¿wÿßëþü ô  x ú  Bj`ƒ ƒÂa2€̀MÂ
  ðD91
&  y :   ØLÄl@@ï  0@́A0D  È&¤
    e ‹OØ‹AÕzÚûo(r)û1/2þ  q

Ä4    Zvši¡ Ó´-ƒCON5M?N  xA1/2îá
äWýÉc4¡ùÂªÛÕoê×§]}8V    Þ   !Ä¡"Ó-7IÈ-äcµAè-
¶šn...¦†šÕ-ŸEÑü‹ÄYÕ
l0z"
¶ý_ý?ýÛ"£Í¢s¢S"ÌŠø ðDt‰vLêÊÂ$Ú'6'ñÉÍá²]Éþ  l F‡%ù‚š4  >"jÈ1/2D¹¢Y'ÄÑ¡Èûë3/4  OWÁÚ
Wêë(r)  "]jž°zo"htÛš´  +a  žƒÂ
,m%Òn›"   Ð@ƒ}\ŒäxB{á  ÐA´  <  9¤UÒHÁ  Û"×Ö,u·â[Ýézû·Ówým§I´žë§Ò}Ö´´ŸkA7OÝ7M
é;PƒOÕSÓ"ëë¥z3/4Ýí¦
    (tm)}"*3/4éú¯õI>Õ?N-•?í{ÓÕâ--´Ÿðí]m}Z          µÒ·zéÛØý~ö
Âuý}k¯§ü]ú°°-'kÇjÚ÷Û¥úéÕUÛZ÷ßÚpÓZÕ%×(r)þµ  ÚwýÒû¡ý¿"¿ÿ¿îý~îý'  Õº3/4×Þ*ÚÕõ×  ]è  !5
íWi;¿_þþ×iW1/4
ëíÚÇTæ°1/2(KÕd)  {æyt-Þ¨34G  -v-×Õõµì  ëë(r)·ÿmÿ-=ÿ)  þÒþ¿ä0Ç¹Ô:\\~¨D]y€_ˆßw¿Ž²6  #  xu1/
2Þî†Òÿí/uozÛz  ÿÿÿP"(c)8.ÛÓ}{þ†ÝézÒ§¹0
ýY  N  ?_Õ}ÝUÿë--ÒðD  ßµoÿû"Aî"áƒ÷ÿ-×1/2ÔˆYü%-ëPo÷§ÿ÷(r)¿×ßëÕ  ?éé~ÜÄþˆOµë..."¬±¿ÿ!
é+¬·8?ëð
bU  ,Cíôˆxó±A?_Ûƒ}þ1/2ÿîÿ-÷É£ý7¯_è(tm)THïè‹  ¿Va  ,ž‡Ýÿ(tm)EäQÂW^    wƒû÷zû_ö-×ý;¿è/ô
ú  ÿ(r)÷@µÛ•?]ûßµÒw÷TL‡°ðdV  õêª õµÿí3/4ÕµUÓ~'÷"OÓ³"'N•  ß·ßµÿ÷ÿ^ý  Jµ
·  ¨ujÝzKkû{"´  -¥í'ë¿"zöþ¿}V"ó(c)›kýU  _Û"¦èZ~þçW  "ß¯ÿ"Ûßt›¤é=ûWWßµµÿÿí(k~ªí¿°Ú¿õ{í(r)
    n·{þÖÖ-_Þíö  ûI[ý[VûI3/4  M¤ßuz¯¶¶3/4î-jÚþ"
n¯íl%aoõµÕi  ¯¨ýéRë
*×kúL:ÂF†ØI3/4Ò'm¤ƒJÂDæÚN"kö¶-IÚíö  ¤î+jÚV-ÚWPÒm[I¶ÒÝÿØkkýý-(tm)1/4  I  îØ0"±a+
0¨-    †  ƒ#  a...l+  ""Ž¡-...ö
,0"#ÇL0"
`Á>Ÿ°±°ÁX(c)    XØiC


v  Kûwí&  Ø[þÂ1/2Ø(c)
zû  ¬lS  ìTS  ±QUÆÅGìaŠ¿bžÁX'  Ó    b3/4*    ÆÁ,R/
þµØ28  "á,È£  #¯°ª¶
µÚá5"M0º
    ¶  LƒÃOd,Zé¶  ±&=-tä-  k"  NÔ·M2  ö+i?µö)  ‰!ÞÁ1/2±&;~Ða
ôÂÁ,
  dµ†  h0XaB...†    "ÚíXOj  %k,·ö¸Xi"íl  Â
-¡Á...ë÷†  !âÂwÖ(c)µàÁ  ^^ƒ    Â¢  !q  ´,  É*"!,    `"E!    G
    ^a   º0B  Ð3Ö-§,  Â
%jíü0ši•
AqÂÄDDDDTDDDDDDDDIŒE""  !  ë-ZN"?JÂ]%3/4+ØJ4  â•...    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿË
L§  ÿÿÿÿÿÿùdXˆñ  Œ  ,  ^û  ')  ÂÈïùdP  àÏ  €..~    0D  !  9-¤z'k!"  Aê
`  Š  E&{!,  9  A*¤hR`    "³-Íeµw}
w,
"  Ø"  81/4  8~    •    Å>8È`"0Ë"z(r)ŸZ
  õ  ë@ÝÖ  û  §Z÷Âiúz~ƒðš(r)šý"  _ÿ°};OÓ¶ÓûW  ßü†~
Ñ      Ž˚ëÓd  Ã,D&9  Õú
‡J^8í>ôüŒ&F6‡xA¸  "öH¯'  $e¡¢%2  kD>ví  ‡  |‰Ï¢Ò4-•"'á  únºlÕ  Õ"!
?"éï AÍenŸ1/2  ßO‡"GI;t  |n  n(c)  ÝÓéÐTµOM"W
ƒi
ëAûwûH    oÂm‡î  °õÅ  ¿ëæ  1/4  Ñ  Tä--o$î  ÈÜ  U¥lPEÖëýØÉ    §L5  1/2ý^¶ôø1"tƒôª3/4›,
#¤ýx"?ð¨ÚÍ^Âû¥0µo~!Â¶"†3/4Û$?ê  ÿÈA3/4ûâÿ!Ë  .

7A¯Dqv÷ÿo|ê›y7|† h*f*z9
‰÷Ôû!Šéq  *§ßÞ•ÂUí*o3/41/2jú²
kk×Ò÷í‚2€|§]¿#¿ïþÞì:OZÞ¶  ÷Õ^-ÿ¤  ¿ÿ}  vþ"tÞ*f*]1/2nº¿vîÿþ•øoûîÒë¯§ë"ÿ  C-üŽ
Ÿ Ã(r)G¥ká  rE!  ×"¹"ÓK}]·  ·z°Dv"xb  `‡dÄ"º
à¤  7ÃÚ  Î$ßàýáÙpNÖ-û¢
  ÃÓÿ*ƒf*h"  ×¹1/2ø*îÐë  Þ  0-þº[5_o  Gî(c)uØ?ŽìŒ  ýÁ†ÒÁ  ÿÝÞ
u
Ãû  Ø>ÍWÒá÷ÒéŠwßjž";"<¸¯oâØ"?#ÓÂ§ÓöÕX  Aí;í×è_zéÁ××ÿêïœ  ÷kÿ¤B
G
é¿‚/¤,#(r)ÕÿRtAà¡Ê-úkÓ×Ó1/2vÕJ-ú[  °äëÿ°jï#ÕÑ  'êü=ÿÿøaaxJû†  t
%÷JÝlA-oö¿ýv!'r      C(¥‡m"·l  é  Ü,  J×á...ÿÛï¶ÅEtêìR"  ì¯øxb¿Ý  A×þ-j¶šÚV
Ú~  l]u"îÂ^ÿ{a{Ma"ØAíxkÐM°KêõÿµÃ  6  &¬01/2¶3/4·‡†  {vÕ  "Î'Âª
,
C'è2  GÁ,\  -¯p•¢:
$›éÃ
øÎèDDg
  ¯³fX-"\!    #"7^¯-""""""""<²‚ä  %¹\£-A
  (c)    ^à¬5Š"b#,ä"l  OÆ  LÀÈàx!1/4‚6-
G  *f*0l3  Ã  ¶N‹¢8"pÁ  F  T#  ¢"DDDDDDDDDDDDDD†¡‚S  `a
¯+B  NPÂ    nœ†]›B
NV  ä  G>"2‡(A    üR  4
D  (r)!¥¡
È>¤2Ü§0d2Ç?"r

w;  Ur
£â""""""""""""""""K0fs  ¬  ´  ÿ(tm)  ÅÑ      hËÈ,  wS  ¹Ù<Žeó.3±¢  "    `eDFp2
ÔGòæG  H)  <àf  C  ÄEd-²U  t
S£  s5  '    0C  p"Y£a  äB  *f*âŸ  ‚#º
ªŠt  øe    HùÐdH!Ö8Ì
GDFv
ŽÓ†Y(c)ä6kÝ4  ^  á0  "  à¯!    ‹  a  '×âBkºÍbØ&j
ý*  "  lPA  4"
†  K*f*"Üê3XR!  âᴺN  µþáÝÞ*f*  0*f*1/2  ÐvðôÛ(r)  "ëàÿ¹        Ú  0›
@  "G¯  <63/4Úa¯Všwë  ¶¡;Kë-=oÞ  "  z
  ž
÷  vŸ  "Ó1/2;{Ón"îïë*þá|é§  Aþžù  Í¯"ë¨ïöD*h...Çöü  úz-÷ëÉe‡ý¶§  O}?ÓÉ!ÌÉ¡'"~·²¦GPDâ¢  Êv
  ·É-^K}  )ŸÈ"m¥È¯r)²Ý¤÷èŠTF¢-(c)¢  nGg'^ôï¿eñ  _    Ô  rD?¡zxBxXM§¤  `Š  "  1§NõÂ
Â¿1/2(c)"-íb|FH6^‡pž"dS¯Ð›'GDJj†  Œïm°k
ë{"á:
VÚ  §à(r)(c)¶úl=×ü'
ºðD|:ºAÐMÕ<  |  ´  o"A=Þ
¿
  ^ëk·Û¦Óý0õdtö  {Ai6ð~Ÿ
n¿
°O
÷é¸MïÓÜÃþéïð¸òP
þÅ&  TÚîña  Ò}^ÝÔú5î¯,òZ)Fš¿í¦7@^ê7S  AwÁ>"}'×öý›ïþïèvÕñ  _×|[¯t¯Èú#{,
  -1/2ÿ  ŽžûÔ¯ñÆþ  á,#"é•#íµäuuM¨ü"  ×  †  ÷Z]z1/2´]|-ÚH?}ô-µî  Àdi  úLaÀìu¬8‡#wüŒev1/43/

4°pª¯á  ý´(c)xrNÿ¦Óß~âÓ(r)žàâîû...tì  >@1/2  7(tm)  ôWý7_l,àkä  "  Ãû^    k†uû}+Tßµä
   U-  ×UÑ  øpzÿÁHy'ÿÝº-'ÛzƒOÝ3/4@  +È  TÚ    (r)øö×ÛtBE/i|-ª  â
A"ä    i|\  ;
Þ-ï¿
=m}‡,Ú  Wm-_3/4õ¥
²œ'\Ûí"¬À1Ü*d4j  (tm)  K3/4Ù  $ºo-íßíìûtþÞÃbª  U×mw~1/2Ö/K(r)‡  _O
ƒÁÄV¥_DtáÒ_ûái/û  ]á°¸PD  *(r)ö  ú*I3/4ý1/2¨_Ã` î0ëÈ  }†Þÿ  qÁ;Ô7ß¿*Á  Vßa-A
w²eý}þô1/2ý
3/4¯ž×ò  MÞäi
   #'né²Ûò  a>Ü¡å8a,ä    1/2†°ÈAÏ  Woêâ  ××§ÈƒœX      5äX0  Aä3×÷áƒ~"kêô!"Õƒðú´  V    #à
h2ïú(r)HÇôÞ
°ù  t5Ýp"  d@cïDui"`  Ž¶õ¶ø"?UÝàï(r)î
Á{
#zï-µ¸¿áüZÒ  Ådxô
T  'ãßt
Áðô  í_zk  Wwñ
ä'i"Gï)Õ?ëc¥á}Sû#'
6   Â*bƒ¸aþ,#§Á¿PÞ
Ø°."vìèOf(c)÷w^Ø4ôê`‹(r)(r)¨>   ªµU·|">j=Ã{~F
†žýZX4ž
}ªZ(c)-RÜùô{   àú3/4"w·~-î·
›¢?°pàøDt-ï×    ¿Òo  ïnÛ[ßõÛûí_Åo}  çt·u{Á÷Â#¢Lnpl?ý[ƒ!  êÞÖ×H  OÕî"5ÝÿwDI·Óá×ºßiqiuÞÞ
•%
K".ÞÕuô"'"{ë^öêŠ°ÒÞ×-‡  u  ¥K¯ú"ñ]í  ×ôÛX}^ÛJÃÿ]†"Iõ)ÕÞ  ¦-ü  I‡PÁ%Øk
MÒmƒ   ]kîÛ  [ÿÒ†•(r)  ´>Kaú÷¶°ø":ê‡!•î/xfÁ:úcl  cwD<({W{
Ýœ  È  ÝRä
Œ
/...b¬ØS
ö  L  -Ø[
OÁ"øDu
k`¯ª¸Òo{¦)...¸b¿zn+Ð¨ýÓ3/4!q\GÛÈ.>*C/  ,L  tG  *°Á%‡È#(r)-ûT3/4û"_]íªµÓ^ý>×L,ã¯¦    ÂØ¨Š·i
    ¯b  Žµ¿*]÷MBkwõ°pÕ1/2ÿ^×L{û      (r)¯]¦  PŠo
[3/4  wØd  L  Á|  íöÂê  ¶(c)Þ  á0ZíÐjšwn¦Wµ@¹‰  Ñ<x%e  ƒ8ë
   h  $Ä  W²‹  °Áw  ¨3/4ÚL+
Á}Øh5a,a-á,´ðÂ‹8âlÌ·)Ê'È!  QÐ^^É    ¨(ÑJ´$  gV  dO8Ð":Ü0  ¯¹
    ¦  Þ  KÎ£      5Â"
±ÊHHPè`(tm)¶sÉ8^^¯Žv"2:#Äq  1IVG"  ‰k  ^ŽŽÂ"n-  4GD~v*  !ªG  ÁA      2á¦`  Œ
Ž
...Ãh  'ÃP†  f°Øi‹†(c)°Û#†¹1/4¹'ÃHÚ.Ž  (tm)œG
CàÚm  "85""<´  Ž2+  "
1œ  ;P‹(tm)  F  ÄduB""""""""""""$  œDDƒ-
9PAªÏä  0ÎC2C(tm)T‰@¦Ñ  3y   1  2.  ¢&      s      D0ÎG  .   "œ)"b  Ù˜¯    æj
Âæo>
f#@ØG2\  #aLD  !  ,-  ä˜g.d    #Ätk
R8d¢8dƒDDDDDDDDDDDDDDDDDDDDDDDDC3•Å
   ,"Šr  Âç  Š9    7(l†
!Ç)9  îLr"  ãž
L,^<   """""""""""#ÿÿÿþZ

~Zé8ùl  ñÿÿÿ•ÕÇd(tm)"[ÑÎí'  #AžÈ›!lœ@†§`LÎ2ÑÍÂ%  DH  È°¤"É:jíÉ´2°ËªAzÂê
¿(tm)F§f"Q(tm)Oî³ƒ¿[à"ð^AÆë¦‰cDH3‡  RÎ
Þ-\'|*P  -W  †ªþýÒz°¦"uÓ÷_^¯CT,íÛ{õ  ~÷1/4&(c)  kÕ}  _DcÑ(¿OD  8.H^F¢VóZ#£µe  3%  ÙÖ
¥>  úzÕïÈa
h3À€(tm)°Ê5°  (tm)^Ca  5")Ä'
|9
Q    O!
ÌPD      BVE²ô&œ...  A-,
Ô)    Ì9 dáÉÂ    Â4  ÔEDC    (tm)")  <lB(r)8D    c  'd"
B4È  ÂXUßØAÖ"§  Aè4  @ø`ƒ°  ¡ê  a>Âa  à  ý    0ƒÌÁð~(@Â`  '  D$Å h  ¦¨3¨:¦p  êGãì Ðe
  763¨]u  øAñ
°¤  Za=;^k
ý  †ƒ3/44Â
Ð}Ú¦ƒÓÓÝ8´  tƒ  ‡  ¦  qz  ƒ×]t1/4  ü‹Ù  <,‡è  æ"e  Çz'ù?°%Ù&‰wä±ÈÞš%Î¤KhŽÜŽ3¹gÈ±Dæ
    §  ôK›Q
†¨ïÀ±¢ îÐ´ã  ö°  Ñôæls6O
'    m,
 ƒh³Î  M ƒh‹øAä  N
ú  6  :´í  r
Â
    à  ±i  >3b,y  &Ñ:9  &Ž  k#žEç'öK  œáy3ã_¦'ï"Õp›á;U^  om
êßM¤ô  JêŸý  é  ÐøøOAÒÓ"úÝ5¤Ù#G¤ü. m
o    tK²:'Ù  ÚMýû  ÿ-  ªzê¢¯kXZ1/2$Ý  MÓ¤õ}]^ÝoÐzi°z¿õzë...ð  ¨UÂxMÿþ*"Õÿún(r)  }Åßëéé
¿ô°nÇÝ'¡×Ð]VÓuø¶ÓÓý-ÿ}]›Ý²êÇß¿ÿÞ±/21v°¯Å/¯¦¦ü_"ê^°°þë
iè7Cï(r):Óá{ûÝíWÝþÅ...Wþµõ¶*áõÿÿû};µ1  ÷ãt:ÿ3/4÷wê
)Ä_^µM>"(/!Eúíéæ°¿  \0(r)  ²-µ4öFž3/4`  ÒÓU3/4B  :é -  è  ¥~Kä‰Î€  [ÿÇÙÝÔ%0d
1ZÕFH  ÷  Xàûâ9
¤§  Ç·Ç^Á÷MÙÔ>A‡ß"    ¥²  3/41/2¿
  ~-ïÿ'
l  VÝï°°¨"
ÿ
d0_Ý{o¦ZY8/"à1/2x/wÈ;t  ^  ,?ï°ü

ŸûÂ!ïò  øaÿƒ  ^   -uKl  ...°_´A
MÓá‡1/2ïäÝîéþÞY5ÏL‡""áB  °ßRpq  tû2ŽEqÎ#û1hxD.vt›å"oE8^¿D="D=ÿ  "ú¦_0þš´èš5ýUuurG(c)  9
0ëÿÂ  X  þaGúEH#¢3ÝWë¬"    Éh‹Mô‰°†ê^ÃÿÓT  ßkwvÿ
W'u+ÿ]%ô¯ÉK×l"AÁwnÿW‡ÿÐ*à¨í1/2mÈÁ÷êúëþ°"Ý.í/}/Køf"ö÷ðúJ"  e]ï°÷  ¤°
1/2¯ÿ  õ*þ*ÿÕçBׂÏ    oÛgCï¶ÓüÔÝDu1/2ùÒ'ëéé?Ó:·ó7ÿëWU°¦'ß¯µ}ÿÿ§""kJ  µáÖ•vÓïþ(r)›VÐpt
µÞ  ô*}ÿõÿ  °êõÿß¬á×{
hþ›û_1/2aÓ¬0¯{k¤Ý¿k1/2--¥ÿ¶¿Ú¬  Uö  öúê»ëí}Pi^÷ÖéU1/2?íú`ÂV¶-ö'a7ÃkPÒµÕ†"k}¯}¥~ëÚÍû
uþ•÷iXOµ××_°û
%êÃ  þ  ý†GÂQLŠêÁQ    Èƒ÷  a"¡›
ì    XÙ    0a÷ö  $Ã  2;
m†  þ  _,0-]¥kv  †"
‚41/2°¿ŠéâMÿßû  Ó    í1#"!ßqLIÆö)Ø¦9  û    pdpFEñKáŠù
ß
Ž  Ø,0^%    àÕ(r)  ÛV  ¯¿é°¥,L È$v    (r)ý    jûa2  ôÛû
¶\$¯°¿¯v¿Ø'c±'  =¦áxb  à¯T-4Ûð¿ØA...°A...

Ý" BÞ !°Ô z Â
(i"Úì& ï
/Ã Û°µå¸&¯jÙ "òn3/4¢"","B ‰ ¨D0B""" Á ˆˆá'J E"ç $ E˜B."
.ƒB hpÁ ", A...á' `1/2... Äq DDG ¡ Ö-É±‡ÿ"K; Ý=µüVÚ^ë°["
Šâ [ ± ÐÇÿÿÿå¨H£ÿÿÿÿòl
¦K1Ø#*2£AœFBLì|ï ¶WO Å ë(c)íT&D % Ë" T~v+C"¬ìi ê""*}%WÈ9(r)õ 2œ&'Ù?§Ôò
5ÿI}/I%M
¸[uÔ)ÚWkþ"õú¥' §jµü TMW÷éC¿¿ª h-:
×¿ ý áë"ÿª :A°íÿ°µá ø0(c)kjƒ† n ézãOÛO×¥TºwÂ¥Ó¯ï¯é¯~Â¯ä-¯¢7î¶¡"²¿ß"w '
!(tm)üñš
§ .3(r)s( §/ä¢ÒšÁ,¨ÍŒ gVHgTiç úêöë& ˆ ‡Æ # #y@†ìàóÌªdâ'yÁ'"Ó: wRõçj ý"
Ø@Á L"/ >-±"ù± L ÒÊ ]" p¯ê"A t
y€ C"A-"
Â j é
(j 0D bD d†`d¸ÈÀ†šd@! §F\4)±Õ5}4Ð‡ ¤ÐÄacá8 ƒôÖ1 ¯ôî´Ó]
=4
</xA¦ ê
Ä"Õ"è ‹~#´JÜh- µ¬_#¶î Û-~ÓDûÅ¢8o¢;ÜCN4 ž±¦ƒ¬' ^DŠò<!=È1/2@ƒðƒr -" ƒàƒªÉbD_
Wè 4 d h oÐ Ú"s'2‰cyg|‰ÎKì...²D ›tE ¢\ù‡,áÈ< w, þƒ
h6 nI
A>ò9äŽƒo "÷1/2ô Iù Ü&ë¦˜A¨&ÐA¹#¦ø&ÐAÍ t h Ath æŒi žHŒ‹ÏNýo 1/2¶'
"ü'j›W ÚM×Öµ÷
Ò{÷"Iéê3/4 '{I¶'z1/2´›z"_Ó_¥Õ6ïôÿºu_õkÛCïMú];N"t"Ý ôôö §¥¯ÿý]kékÕÒ_J-šîÛÇ‡UÿÓþµ t
øÚt¯" ^1/2Â#¦÷ÿ¿ï"×ïÿ¿Ö÷×¯w_ÿÿ"^ï1/2Uµ{ u¤ö(r)úý ó"GÓT ôG ÿÿ_¿ÛØj D _ÝÿW_u,ªàµ
Iš µ {~÷U×{ïèD|Gÿ×Vÿþ" ¡Y
'Ý"Tÿûq1/4nê@ƒß è56‹‡ýõ o]kûõÿ ÿÿU
%A†-•Uëý v"•Çö
W__Õ-?Ý×WÿïÝ]~Ô5...aþõºÝýZ"øD tÿR ýíûu÷1/2ÿY•åƒwÿÿµºîí(D>N¡nûõê1/2k"Qô
"¹dØaÁt¿¦ýW]ßWÚ¯ÿíuWíGDg'ƒÿößý¹jðŸTFuõƒs$õß¯õÚUÝj×ïî*1/2Öêª ¯O¯¿ªïW,µú"â·Iÿµ÷wt
ÿ·lÕÿµï¤"ý]ôŸßu(r)"ûïýmmØ?u-vßý~ÒÎ‡á?í?U}1/2'ÞŒÞ-yÿ×íí]-3/4u4ßé|ê{vt=ÿúúk"ût** ]¶¶(r)-÷jÚ
þû]÷÷}>u5´šõNá_•h ¿é*W÷öÂ3/4ºá]Ò´¯3/4(r)3/4×ÿým tµ°µü4·õëj-1/4 :[ÿëµ†"ÛiCJá-§ïí"›[_ÛKK
W-> V¬?(r)Ý^ [-...Oa×w ÚÒ×§ ý
AƒT˜a kÁ¯°Ö
¸F §{
& M" ÞÛ
Ã
ýZJÃ
{¶"í"¶ÖÒÕ´-"så"d ß1/4qM±†>ìTI3/47(r)**8¦E1/21HoÝðÒv+^-dOh&EµnÃ^Eî×ë]a0(c)(c) ý°"
, ïï¦AáµöÐd ì‡uþ ¥azÈb-ð¶)Š`ö!wª}X*×-á † kß1/2"
[ ×ØM5°›é,¬0Wúu°-¶¯Ã[M_[ûèD\Gh` œ B#Á †rg¥, ðÁ0B!...á,
B"!Ä0°Ì9UØB ÂÛ
•Vƒ é5¿ÔDDDDDTDDDDEÄH' dÁ ƒ& Ž"DDe'-äØAÕµuÚÃ["˜¬SZaC 0 Á
ÿÿÿÿÉ¸' ÿÿÿÿÿÿÿå´&£ÿÿÿÿÿÿÿÿÿÿÿòÒåÿÿÿÿÿÿÿÿÿÿò¹ŠWP"Ÿˆÿÿÿÿÿÿÿÿÿÿ þY1FZCE-+ t tÖ‰
Ã›¸ t zozâúzÿ -e šô=xOGA*ƒÐzD R
Ò Ò-</AtºD4-3/4 œÎIP¨4ª‡PÁd sº,ˆˆÿËMQGÿÿÿà
endstream
endobj
87 0 obj

```
<< /Length 88 0 R >>
stream

q
420.24001 0 0 676.32001 0 0 cm
/Im0 Do
Q
endstream
endobj
88 0 obj
43
endobj
89 0 obj
<<
/Type /Page
/MediaBox [ 0 0 505.67999 770.64 ]
/Parent 111 0 R
/Contents 92 0 R
/Resources << /XObject << /Im0 91 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
90 0 obj
<<
/Type /Pages
/Kids [ 68 0 R 73 0 R 77 0 R 81 0 R 85 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
91 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2107 /Height 3211
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2107 >> /Length 30706 >>
stream
```

ÿ&Ê2ê"Sæ  ¤`¢"%ÌŽ287^  €Ù‚Š  ²YMA²wP6  p°l  ¬ƒa7
   É  Ø6  p°l•ç  Ù³#¢:#¢ù    ân°
'       =  âá
¢8¤tGDs7-ÈäG  äÞ`Ù        ÁHá  â  ò<G  ¢>GEó^ŽŒò9  ÑtM  ‰Ñ
   Ñpl^Œ†8$"""""  ÌŽ`äG"8`DD    Ñ"GG'tq  DtG  È‰"#ç#^Ã#  !  3DDDDC>  9Cœr‡(r‡(sACž
   "85ÄDD2‡;˜ràð^-Ä  ðå    œr‡)Ì9Ç5  Ê  "86ÄDDDÑ    Èä`<,±        qÎ91Î9œŒs
^àÙ    g, ä+˜Ž$4  †È  9  ¦°˜‰oÌÀ  #†Á  Àð^"Pg      Ž)7
      â"&q¢#£R#äÜàx/      W",‡;ž...
x)Î9
3a²
,íH        ÙVE³Žl8èŽ
"ÙB#£€x/        <£  !  Eò:.    á  £      ²‰˜r‡  x7i*  ^^<$æ    "Ã"  D2ù³#
.B"g'ÆG"8-  ±    (EÈŽ  Ždta  ""

Ž  ¢"A  àQ      Ïe9ü"<        Á
  x  3  "DDLÑ    D    c  Â+(c)  àÉ    1/4  ÁrÝ@-
'ÔNŽ  Yn
ƒ$H 6  ë x  KT¤%ot[ªätg-  À¢"AQ    ÐˆžFÑˊo#¢:#Ä|  'Àð,ˆ‰1/4  'Ù    ŽˆÓ#¢8r1
Hôa  G   ˆˆˆœ  #,äpÈq    È`r74  #ŒŽ
†sèÂ        d  TDDAœrC˜r  ñ±ÀHf(r)jC      Ò  ˆˆ²

F9C  <3ˉ2  ÔIˊ"$  žŒeÅ1    Ä+Î2  aªˊˊ ÉaàÃ•B
NRâ"2  (c),  ˆˆgÔˊ(sÐHf.  C  -J    â Ê⒞¡  æ  ˆˊE  °ˌk  ">y  Ì‚s!°È  ò(tm)5  À
È121/4‖JCX‚      æCa    ã
ÒPC  ˈŠie
    qK(tm)      Ì"  @5DDdAÉ9Ü§!0ƒ(ç  ªŠ(tm)RPC
)ˈˆˆÈˈ)Î9¬DFW5  ÃLDDëˈÈˊ-Ëä]  ˆàØW5  ±    =  ˊÚ1  "àÔI¢:6Œ…Ã8ˆˆ‰      š  aˈš  ¤
Œ⑩°l    Q  ã  ˌ"tbˆˆˆ
ÁtGDw    8  (  ÿÿuLÑxÿÿÿÿÿÿ´  F@bÌÿÿÿÿÿÿÿÿÿþ[B(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ⒲ª¹;  Ì†2ÜžW  #³Å¹£(tm)N
*$Éǫbð&djáˊ⒤(tm)
  ,0ZWZyZdèÑ•ÆÑ£(r)-v  ;%ÿ£íUs¸Wè§ôU(r)×ÿ⑥PµXWˆª-Þ‰ík÷è  JÈÞ°·ÚÞðª  "k(r)3/4
-êêÒÒª*cã3/4úˉŽ;ÿB…ÚK÷  v-ŸéáU}Úè–_ÿäBˉ  V¶"~V'  ×•OïÈâˆ⒠ˊ g'  -‰oq  qÅ)3HØ†‰3¡  èÛ
#]"geqÁ"æö{r¬¬•Áµ"Ñ±"çšÙÖ8)§²  "
Cˊˊ!šƒ"(tm)±  s8Ù(tm)…5Š¥>CaM³ -  +Q±
B    ‡p-Ï20CVméaiv°a  Aá  ‡h8'<  T
Äl@@ÍA  Ã(c)  !Ò6!
¡    4ð@Êqs8  ÉÁ    '!^N  h"a  É- q"pa  ƒ$0    Ü  ÓÂi"ê  (r)ø"      Fš
    Å
,%d"8 a  T-  \/ôÂ
áúí ítÐa  ˌAö  nˉB¢  @ý  áè-ƒtÐÓTôÓ  >  hZ§ÃBík\&  8´  O  D
è8v°ékø†ˆ  ãâé  ÛC‹L'Ú
!§  ·  Ó´4ô    š
‹Ñ,hŽÛ#‡  .(tm)      a"  DxÑ  {ÿ">-;DXw      âÑ.¡Ç  äKrsÈ‚ù  |m  m'  DˉîOÙ£Ñ"ˊã'yÉû'}¢~ý  ÷"
'ÈˊÏžDˊ²ˊr楶¶"ô͆  ´  7"cI†
²;PA´Jk°£62  ÜŸ9  šF‰ŏŸ ƒ¹.e
DÆ  A†È±¿ï  6  a´  Â
ôÜ  Éx#6  wár9Ð ð  '…h&ý  æ'      A7N  tƒrÇO"h'§"ÐA·"4Ü'z[à  ÐA‚ON"²:R
ðAéá
zúáp›zôž¨5Å  I°m"è=6ˉô  ‚ZßMÓˊôôûˆÝ6Ó×_¤m´úá
IéÒžë…ôôÔû~‚ß×  ~¡ißÐn"ë§§•""IëxAú  Z°  ð44év4ßZ¥ˉ_Wß'ßu"×¤Ûÿ]ÝzúúN¿a  íˉˉ pÃ×Ý(r)*
¥ţl  OÃÿ1/2ôöÿæwßéôÕ(r)-SÓwNîÕ  Òéÿ  ß÷ÿ&ÇÝˆˊ(r)ÿªéÿôqêûˆÚiƒ÷Ôk1/2Ò¿Ý_¿ß0*M~ÿû÷ÿþ
Õ  év¿¿1/2ÿ÷úÿô¡oä"E3/4²  ¤ÿÿ_þÒ!ÌÒ"bzXé=ˉF  ÿÿ¤ÿ¿¿uüΠ Úê#b5¥ü~†ÒðÈà3/4‡-¹  %{
¥ţÈˊˊ⑦üê  ÿ|ñ  Áˊuûáˊÿ¦ÿÿ(r)-{ç@ý+o"⒠ÓÿÕ§è  ¿  Á{öîÿˊ⒠_öë̈úß¢  IZ  ÿÿµßÿ(r)µ¥š  TžB
*ÿÝ?m÷ë…üôuþ  ÷ëˉ×÷ô‚  ¨Š[îß×ÿÿ
ÿßïoD<{‡ú '÷_'  ""  å¤ô  ôÿc  ¤wÑ
  pnÿÍA;]  £~ßÿ{|Å$/Òÿ}(tm)'ûÿ}  ⒤ˉ%O°1/2Ñ      ûuþs  ×æI"?è<;(r)KŽ"ò
v⒜M{ˉ_~‑Ü⒜nõÝéÿþ  }ÿ°"øA~šê‰  KûÿÝ¿¿ôLŠO@í  Îÿ
J"o(r)3/4¿°‑¥-Ôêÿÿ(r)ž-ëÿÿÅ{"Ýä"Þé/î1/2î¿¶  ßwî¿ßöuwwé_WVŸš⒜ß[Ü×?þ³ˊõ~"‑ú_õU_´(r)óWùÕí
%šŸgSöÖK|LÛ]myéoûWWÙÿ¶‑¡7ë¿øïÿöä÷ï÷Ò3/4ÿÕ1/2  oÿM  þ׿_¨M  ~Ó×íÒ÷þ*>ÖÞ3/4
  .Ûêéê  ÛÕ]‑}öö×¥ûÿõímm}ÿä¥"×1/2_}"VûK¶ÒÔû Û XkÿÃ#"×Ðt  Ué}1/2  Ý">J  _öî%ißí"1/2W
í;JéäÝ';Wë(r)¡-ˉðÕˊ¡"ˉ†  a"3/4  M(r)×ðÛ_†  ‡
/ðÒÿðg  I  "

%éõ°Â¿ö ö ¿a}†"4
}°- †

+† -†º¯l V!2(þ¢ W±Loì‹ † }ƒ ˜`"°é'÷a˜ ÷3/4 ŠŠŠúíX¥þ Y 1K¶
Ó l2â|W±Á- a- ö9 wðqM1]´-† ¿ßÁ"¯b¢\}ƒ ~Çý;aS
ïÝ"ú{ Ýû^Ä›ûd w
!{WÈ#Ã †!|, bIÿ´Ó
ØL·^Âd+éÿØ¤¶ W" kººðT &[ `-Ö"0"3/4ÚºÞÂî¯Ø\·@Òá¯
p¶ á"í_†Ã & '
°ÍSÁ- '¡ÃêÓˆ0˜Oì'µ
%ˆˆ'o
Û "XB;BÁ4Ðƒ Ða4"
Ð0(tm)$-G_
ƒ A¡ ÈÕ Œ! " 9
""1HDDDDDDDDDD DDEDGjö¿¥í WÆ1/2ñ ÿÿÿÿÿÿÿÿ-A(r)Y8‰^[-É-€Ôì*; a2 Ó2 ¬ç³
Ï ¶M PìÍ è Ý£´ù\4hÎÊ...ÞUR_ ºB7¯ë]B(r)ºÂ"åKÓûª÷Z
...¿ë&+uÕúÿûëÑ6Z-zõT'
'þý OªÐô"ŽË1ú }ßîïM×ûî1/2VÝun¯ïúzþ¯õÖÿúÙ, /'†Pw Õh P^c5#6l`(tm)twFR2 G
=´ÎÍbA•³ÍeºšÖzÏ£\P.i ò\g"œ>@Å Cá\^ h!&A
E
¬Ð
ÈaÈ,!, cc5ˆb! (G 8‡Há "Ù B!P\ O@âÍ * CÍÆÈ
¬ˆ 70
n:?9 Y×DC - p\ ¤j ¨ øp@õ²@˜ dìëa Q =OÁ u Ó0 á ß < a ƒ"M ,R`Õ
á ! h Aá OÃAéÁúxAÿjƒÓ ïôÞ- ¤ô NÏ0ƒ Ú{àƒ´ k" Æö B¶Ó
ö"§§a8†ša?m40Ÿªvš}5b"ãÓµãM4Âÿ"úqÅ§Zw§(r)œCK‹Â#·q
]è\"dY Ñ 6qËE üŽò$ xä}Nw'ø"vˆîšÆ‰sˆ"~4NnÑ)ù Ù "\Þý öÄ9?F ÷Ò'
Nn¤G zâÑ:aIÌ?ä¹È1/2n¤(þ 5ÈGpA¢ dXh#FBR {ðDì a h n ... L4JŒiàƒpƒË£dZ ]
›'ñ œ‹á ›'ÀH+º}&ý) á6ˆ¿Iß |-'nE jù šNi Ÿô›" ù ß]A 4ƒð
ö W[á[O ºiá=6ý:MÓeE h0é¦ðºxB,n3/4é·V¨RÚ
ÓõÞÚôð(c)§á>ÝÐn €Ç¤Ý7iB}'êëá]
´1/2-é×ý-[§O(r)šÝzz O·[Û
ú{m6ºÜ-'ÛúºÒn¶"iëÒ¨ß"ºêÖ3/4´›÷í'}!Um&ìjž´ (r)ž-ié/¯Z_^¯¤ÿZ^Ý>¿ Öô¿Xÿ
?úÛ-õúzúêž"3/4¿þéêÓþšÇÛ÷û [Õ nŒÿß¯_ë¯umÛ÷ýÝzº{ZWß kôïï`õß`þ-öºÓÛúëÿ§¦ŸÕWk-Wë"ô
Ûkû×[Zÿ˜ ûßûÛúýÿfÆ3/41/2ø"‡¡ÈC á›
Oÿ(r)E ëëÚÐî=ûþ›¯¿ í´Ÿ¸ë"ÓÎ š ÀW]-´1/2$ ú×\GïÈ]q
÷ ß\>¶ÿ¯×¯"ÿ¯Ò¯ô·iwß]e
ÇÛ¯÷÷" ÿ"¿1/2vC êÃuÿë1/2 t *ÿ}ÿ·Öÿ¿Nÿ¯ú×Õûëþï-_^-´íU|ƒ Öøaª²1Èë
~@‹ßÿ†
÷÷ÿ!ëÈL(;(r)ßö-ëþþ×Ú 1/2¯þ°^\òpP§÷{t¿¶îûþæ)× ìµ "-
×2²c(tm)G¿p ïÿS ÌM§Ö(r)"ÿ~ÿúo\² ·ODgô4"...1/23/4ûÖ¿¿¯¿)Äêˆ°Þþ ÿê
÷ þÛíÚïíÿéþÿw¿ ë{, ·}ê¿÷íW¯ûü| ßi¿ûÈ3ëKÿû¯×ë ªÝÒúî1/4/õZÖßÖ×ú ÿ~ÿs-Oáõlêo¯e:ÿõ ÷ÿ
üêû: ¯ûúK{uî"Õ×
êÿ¿ºû::·Ý=µ_n ûÿ"ýO7ìêú8õzA"-j?¯s>ÿÿ3/4ëô¿w_ ú^"ýõW ÿH."º*§¯ ÓëuûµÿÕÛí}û~ÿ÷
¦êî¿×OÝvúuM'Ý}†ŸúºÛ×ÿÜ4÷êû[Xÿµ[á¯Ö*Ú3/4-¬5o^›Ï´¯û[]m'ÿ¶•Ãô"µc-†•Ý¯k1/4}¯}oÚ\0•ý(r)"Kí
ÿv·ì:µƒ

nÒ

¤    iZýí"Õ1/4=~û
*†  ß"IÝmzÂúûì4¿1/2=´ö  õV"5ÿ'côÁ'ÂYuìŠ:ƒã†"‰ÀÂQL  +(r)Á,°Ò²?û
+JÃ  wö;b  >
†  (c)Û  žØø3  u'"ÂÿõÃ.  Âb¤21/2á°"0H?á  ö83/4â›vAÞÅ6ÆØ  1/2±
Šƒ𝑝Øïˈcëÿa¥ßb¿b1/2  ïØ¯x8¯þö$oƒjÒâ  ""ü...û!cí  -tÓ  "×{L+ý  ð¯Tì+Oøal/M¶¶ø^  _
îþœ0¯ÿÙø.Ój[õöµ"  ·µ
'm,  Âh0^ƒ›a  `ƒ  =ð  "-Za,èjàÁdA"BÐdQ1/4-  a-
+
÷¶  Ðú²(†PU^al  ß  DRHqÄF  DN¸^^†Li  Ž  ,DF""""
-..."8ƒ,.Â        g,¶-"DG      F#ŠB"*1/4›‹kæWÑ7Kka×PýíªIZÚVÎ

M-...†    1Ø"
¬S
ISP¬&°Â
0¯!    ÿÿÿÿÿÿÿÿÿ"ÁQЁH†g  ¹  ÖÌˆŽàRTÌó"ì';[Œ
}ŶdÎ;qL‹†Qœy(tm)>E(tm)Ù6U²
Á¹Ö  A
•MT    R³NÂ€ÇÞwÏVÊª‡'u÷
Â  È1/2
Ö1/2ÖÎõÿëú¯"ü=oJ•/ÖLÊ    ×"Kê¿z  ÿäÅÝÝ~C`ëô^ÈÈ/_ý_'¤"ñÇ|'ÚÿõâÕ~X  ¿-  ñÝF  3  Aïä·Çë}
ý  †3/4›š  ¿ÿýþèõ  uþõÿÿ¤¿pŶïῗ•É&h^  öìß"}t  öý
Ù  ²  dÄKÔˋR
š"0    ÚÝfqÅ  BC  A
l"Œ/Ù    E  '4DÃ  M  jÍÄu  ã  gP›ò@¹±"f¸ëÙ  B  6ÉÅ$Gã,šÌöþC
r0Rì1/2M\è("    T""Ce  xIv-  ;4Èf    ÆP    /A(tm)šqa  ¯j  iá=    ...´ƒ@ˆÂ  ó-á  C-ì  Â  D  aÿ
è  5‰    á  5Â,
ká=  !  Ê  à  á
"CÒ    Q"×´  ]ô
Ø··
]v    Ó°š-~ƒ{¨"-1/4  âÿ,Óí  Ŷ
°ƒÂaÒÂ  AéÅé°^êê›-  uÔNB;×Dy÷´ä¨%Ø´ã  -RõâÐîGoww"cn"  ‹oD(r)ñhpþKœ
?ôE"=Ñ  í
Kl5tK>
    2~äñÁ  ïe9g  "‰;i  Pƒr/¹.]6Nþ]  r    ŶHF,
ý"spƒêD8'¤  a~‰Í  ôÿM•  œÂzÑ/z'9ª‰O"w"|ûKƒí  ïµ"  i  Ó1/2
íÝpMÓi=<ì'Ân1/2&ÞGJAún  t  "¿I¹"  ð]=¯  ý  úNÝð›z  tÜ&Öž@¹çAvB"]
ÿ§"¹íSI§º"ôûÂ̫tª  þõM  Ý/ò  é°w(r)ƒt¿ON‡ô  é1/2&Ò
-t"´úMº-Á¤õ¯ôÝ=;ÕwöÖ-ÿ¿÷ú  1/2o¤ÿko*úPšv´  ÷[Õ¶ÿÝ[áinâ¬,2  ¯jïÿãÿ8ÖµW¸-:]/_  Ó  u÷ë(r)Ö
ÿqUz"×ú(r)ªµ-ößÕà¨0÷ÿú{÷O°kê¿éú"=ªªzÛÿ·¿M+°Ö÷R  s
éö›u°w^ªŶm  1/4}B²\>Ýiþ·
MŶ&    ]Þþ
Jÿ}z"Œ÷ïöY‡ÿ^ÿÿ-\À  õ¹î  ÿþ
X  ?Y&0"1/2~ƒƒØ=uhÔ  ×¯"  °õ  û!ôÿwô"K(r)þ(c)  m_ô¿ïm|ê^án/î  "
    qz¿ìp~ÛJ  ¯ôÊ€þ3/4  ôÿïÿý_~¨UÞßuz¯á  þ(tm)  V¬7o[ÞþÁ̈ä³#þ¶ú  ƒ3/4ïû3/4ƒ
ýÿ¨  3/4Ú×U°í׿ûÔÓÓÓÓ̈,ëë  ›¯n̈K^A}C÷OD'o1/2.Ñ  •"ùd×ˈ͍  ë¿¿×ß^ööÖ¿*ýtDÎÈ,{píá1/4Ñi×{|Ã
W[í  Gþß,Þÿ"è  ì¿{ûÝSþÝ=þûë¥§ÿu¿çGÔ²  f²#¯o
ôêÞÿy    Úé,þ¿ÐZ×ßôD  û¯¨vÝ×§Z̈¯öî3/4ö¨Ÿ  ]×y.u§¿W]íîJ]-úõ__íÚÿáÓ¿þ3/4ÿÚNÞù
ïÒþÿÿÿô¿ß[Þ1/2/ïk̈ÍS§1/2oÝûÚ̈ÙÓöï¹Ṏ(r)×ëÚ̈ÿß̈ ́Býֿ-þ  ̂ô*ïß1/21/2{š""?1/2÷ÿ¶3/4̈Ŷi›*õU^¯Ûÿþ¯ë=

þßý¯-jÒ{¤1/2Õ"úó¹1/2+×° j1/2míû "ýziFÿßúÚý-ÚðûïØj°ZøjšQW(r) _{ÓÛmnÕ 3/4¿ëßï·† Kµµ
Þ ¶šÕ¤<¯×Ã]}Ò›^Ámkí7mpþó7jü5íSÕ°•é&- °W(r)ß kšÏua,öß§í°| "ï0_¿dGØOá¯iq¶•õkÃ
sD\'¶ á¥ÓipÂMo
9
¯ì0¬2:† k†1/2...á'"'áÒ ·q
v
    JG-    `'' ñ û  =x0" (c)äAŷïr'  üW ÖÅlW" îÄ(0Çá ƒJ¤Xl‹Á'Ð/î^:wm¦•¸-=%ooø¦+¯d-?Ý
² Û¶û ´Û b¿d  Âþ×&:í¤ØWì‡¦‡zµ° b"‰qØ²WìU-ì-0ÖÔÛ† h·Mp¯ÿ
"
ðÈwí+   Úý¤Ý¯ì/a› 'kZi iØ^ÂÃ
p×õ[Ø4µ
...é† d |2ÔpÁ   C†Lb 1/42UÁ¯! ?L/ HÜ¥DC ; hªƒ
...& ƒ7Ñc õÄE¡ a
   "ÁP^0R
1
   ø^˜e‰  e
   8Š^^^â"""""# F#^â'"8^^^^^^^õÃÿæQe¸kª(tm)¯ÕVÒA¥ê %V-¥H-(r)U `Ám.UDµ ¢¤
øiVÂb´Âh0šÐk dl,lò -ƒ ?ÿÿÿÿþX QÿÿþY³G(tm)ÙVjÉ²Fv NÁÝnñß‡;-'œæ é(c) #;Ñ (tm)Ý
¬ ‹ç"4Ï"  ‡ÎÓôFvkØA ÏIHÓ÷Î"1/2¦ ÿWþ°D"Ó-RßÒ\*¦¿_õÂai
õ_úûH:êŸýmv^çé  ëÑ#ÅZUÓÇ¯¨@Û¶û"õ i X1/2øwäú
ÅPþýúúÕÐ5ÿöí1/2}.*Õ'ö WõI}ê(c)}- ‹¿iýúS°X⁴Ė3/4 ßJ}þF' 'c?.wæD›Ž†T" BB9 €hÊ¦Œ
Ü ¸\á! ì×', ³-..(c)8LÎ%LÀÌÉÛ5Ä@D1/2ŸŽ fó@¦€¦- K' ,!ÎEVÈ ù±"âäOŽ j ÇeÂy
G‹¯"Š,Ü ÈX' š"a ( é  ;Á ¹'H¸aB f(Až ŸŒ  ?°š

‹Á "?Aî i¯ j
ø" èoa;Ó ;Ðj ; 8ô
ï´Â
è1 ž 4iªa  ^ôÂ
´ L'xA"íá¡ú  ‡á8¸†#lX'   ¯þßA§XC°@Ö-:N!¡Å Ó†œhh;M
   SŽG
) ŸÅ¢1ó
NbÑ  ß ‰ob°^íž¶^íî-¯9¹¦ÌìK! nfÑ.1/4"°#°Øu¬¯¸DvâÑ/Ò%ÔK 'Í ã'9ÉçD¿ @Þ^í²sÈ¯ÈQÚ Ì†¤N
ƒÁ¦‰om&äNÁ
dLrtr: ú%Î '? é6 =è ð@õA°eÐ h ‹¯¡²/¹?Á
"-Bc' 'Ðè m  A ´ ƒÕ äj $@ m æŸ#ž átì"/"- xOM A°á$è ÚMøM1/2SuuÓÓÜ ß
êØ5,t vƒi6Á
Wªz
ì:át PW
-¥µÓêéún- Jðžša:í:Aê zoôÓý5Õþ-¯×NÈb-téu×õ]zIu"û^¬    ÿééÖ `ß×M:j¿×A›;-µ"ÇÒ
÷¥}¶(r)
?Òz1/2¹lzÞŸ ÿ¥Òú I±þŸMÿ°¨Ö1/2Ú¦|~¿ûô1/2Ò°{øûUµÕ†--ïÐõÞ ët/°¹/2=ÿ×õíuø0úv¿-Çëê-Þµíƒ¥(r)µ
¿ú‰o  Ýý~3/4(c)oƒë-UúÕÂ ¥¥-é-Èà"P/zÝ ]oÜ öõ
¸/nþF ö\ ÒÓ0ÈþEÇ ÿ"ëšÄ3/4ê` ƒ Ö3/43/4û(Ó:
w¿úØŒ"
õõ°ÕšÂÝhr •E}ñL...ÑþC
*|Da¿éý'²€_1/2 †v8#1/2¿ý,F
"ïàßÝv1/2ä0Çû
°ÿ ^"û

îÿo×÷µÐ^ ²
µ_ëôÞÂ!Þÿ"é*! Kõw]Ö
þÃ÷ÚÈb*¿A Hú¿!œ ÷(r)ÒH4ðˆ^éò @a ñ3/4(r)ÿú ¿éí"6Íkß¦õª!mwÑ
?÷¤XÛzôBuf(ü³&3/4ßmÓW$Žß8"DOýÒ_1/2KVI •÷-|"ÛÿM.Û"D›¯˜Yÿ÷"ÂÿÉ£úîEžúúÓIè ÿdXh(t
m)
1/2küè3/4 ßë¿ÿÿÞÚÜ(tm) vÉIÿ
I{A~ÿU(r)ú×
†ßþ1/4 A}÷·¯ ›Òî-ú¿w}÷Ó(c)
þ ºÓÿ´¬ë=¶õý¦ý*Uþö›u¥ö(r)jaúûþŸWÕ´-û_ó"ëéûI·ëÿ²a?øÚ³oûZ÷:6·Î²kzo§¿õíê§."1/2õµïìèé[þû÷Vþ"O
oKZí¿53gÿjÂMô¶ž3/43/4¶-õ´ŸJÞ"kØM1/2>þ-k]´"VÒ](r)Âÿ
-{"][ÝÕjÖ ¿ýïÕ*†º÷ß*V ¿a...o°"}ýÓ
']jïVÒÛí¿MÝ]µý† ÇL _M...ýWµí7V ÿ¦ JûÛJÕ¶ _Ú²'ßõ_¥ì a˜
i6'Pí[Û
Ã^Â[
%
.-ða9 <0 È ë(r)?† R¶"
†•"¿" G
%"â È¸ JÈév $Å/°eÐ_`Â¿ G â(tm) |01/2œ
´Á'Âì Kb k Ç¢%µV7ö)Š"Ãû o
'
Q_~!1]² ø-Ž!û /Ø â1/2‰ ðÈX±LUÄ"ý‰'ìWìSVïá 'µØM-\... † Ä¸á ïb kz"M>
lƒÃv"Ú
z² þ ø^ÂØMPjûk¦ †E"Â
Úøjžða & Â×a*ovÂÃ^ âD ÒA...°O† éÃ
""ˆ0œE,ðÁ
LpÁ0-') aR`ÁP´ &"4<!±aA 0Bâ4 B!¡`"EC Œ8ˆˆˆŽuÄD2‡ DÕ ˆ¨ˆˆŽ"
hDXB""'4"#ˆŽ#ÄDkÄJàKù]o\ÈQ"§(tm))Jd)V ÔÝi-¥u~Öõõ°[\-°-,Ã 'b¢ Ì
Š°¬P"QV¢ª " PÁ ` ,24& A, ÿÿÿÿÿÿÿÿ+õ2T<(tm)³±x›<v-e[;PË|dA é
þÎÊ%Mr¿ù¥ ÇÿÎÒz{¹3ðª(r) ¯ºî÷Kjõ(r)ß-t-µ§_¯ëUN Ç ÷ÿWâ7[T¿ô¶é1/2mÿ"këOÿ}Oo"`¤vI
š#£: T31/2 ¨"X)Ö6 ¸ ÏFÃæyT (tm) £ìàó³¢-ud3 ¬f1/4à¦¡- Å
Ó"E0X2.¬ÚÍŒŒ3¬b" A›D1H6E Uä@§ ÐR0ÏFq-"á
D 5 3P‡F ‰Q ÐxD> éç(tm)Á'¡ $0ƒ:ˆ 4Ó:4õób ;0!¬S"6GÅ)
¸Aäæy ÑÁ"â" ¦ØD)¸¡Ú˜"a ƒ{ C ‹P†fðD1ãT
>B"0 B Èl"&€è Á [<a ·ÏÁ & " A"-- _ 0ƒAé
i±·ÕÞ ;Ða Â" OOT @ÂoÒ-7L!ÐOÛëãAÇúa á ...,
?A¡öš
8´>×"M4E€â M æˆ( ×¨´äWQ
i"Ä= ¦ ·k§
Åª¢,8ä\mª#€ûN×Ñ Ý"E 8´K:ìZ#ÍE¦‰{ ãÑ } ë GW ˆíÁ<‰(tm).h&Ù aiôgH-D1/2"Ã!-§¢+·
Y }bÂ"Ã÷‰ áä¿#›"Ÿ, ô î,4l¡ÉÐ‹îOÜ ö-1ØD¦Ð#3 -ÐN‰Ñ¢}äNÁ=È Dé¦ ‹6,
}& ìy š A á á6 n vúø@Ýw$z'L‹BéV(c)ô¤N A¿Y zA¸]>"É+MºU`Ó
´ thÿÞ p›" N ~
ÕøMÕ¤í<'øOðŸþ´›...íþöÂÒ
õ¤Ãam¿W ¡7M¶´Â|/ÐOÓmS¦'Oí$õ§ëjÞõtëÓôÒ
úêéë->´ö 'I¶º÷-ÓUÕ¶›éÒ~ "^•=?k_éý*ºðý?WMµÿŒ'I¸N•S¥Õ>ýjÖõ¯^-R]tþ a-Þœ*ï1/2%ÓÛ
é1uWÒiÒßi,x1/2{ý]7} ú1/4Îë ¯öÅïïºúz ¿wwUo|~žÅú§ï3/4-nÒ¥¿Wkák·s=P} ýºÿîë§{õáïõ×ýWßú
û¥ëÝ?
þ"¡/m×U-0š"}ö ÿk1/2z·þý+¥ïwUwôÕ]_äJ¶¿ÓÿþÖý~"-Wu¦¯× ÿúÓÚwt(c)¯

ÿ
ÿý|íh&þµ»w^·Æ×]r    Qn÷F°ªÿë(r)ŸÓÞÞÿ{WÝ  ï¿í{Ü]H!>1/4""·üíP1¯_úOÿ}Ýÿ°pÿÔ†  {÷[ÿõõuµÿ
¿_–ÖÒ_i?ßv  ïŸn¶¿ð¿ß°î"ÛÂýûW
¯¶  "×kýÝ×}éÿô·å"}×þ»þ(r)¯aÒwÉG÷zÕú!áÿI{ûi%_ÈÇ(rzuêŽ  å¹
2xS•Wð^\×ßÛ×"'ú¥×Õ  Ý  3/4ÿ·kì'   wþ  ÿ"×Â"Óÿê¶-÷ÿ1=ï(c)N%
   Gõ'=;ëz[Ý÷OÚ́Ý?"ÿí÷].ý"vê¬'ÿ7ÿµ    Ž°Uÿ^ôú¿îÿM(r)
é¯è  ÿ3/4¿ý&×Ãm2   ó£Bó£sW÷Wþþ(c)7x=ïý~ßKÃ  ¯{Öÿ^µÿÿk
-^Þ•ëëw¿GWÛ^¯i  í¯wé¯ìw³ªén¯·ë"vî¬¬:_¤û"3/4·OÞ¿gW¿-áĺuš›Nª×oÞôÿ  Ò"3/4Öêþ›U^  m~ú÷vý_5
   *uô›ÒøÐßÕ°ö°O¥í{ë |nyè5µÔþ  w{TÿÛ¿ÿïÿ"öëÿÿ  ¯ívÕ
VÞ"÷{ÞíûK  "Uµ  ́(r)ýx-}öêû
jšê¶µí-¥[k...u  |êÂýÒ
-6    °ÕÝ]=¿Ú  Õ  ~ž¬  [i="V(c)Winíÿ¥kì?        †Ò߯ÿzµ3/4Ó†    _WjÚ^Ã
%3/4"²>ö  EíZíðÂþßl4µ{Ú"Ø]†  †      l4¿a¤µZ
%
Xa/‹†    €1/2; ü  H1U¶  cc‡û
  ¯ ̂û    ôõb-v
$°a(ý[êÂ
ijÁ-
êÂ¬RÅ; È¹Øþ•  ƒ¦    (-Ù
u    '±°á  AÛ    WÇ ï...
üS
ØéÿW1/2"î›  ±È<{ïØßî  Pï  Gì.[ªk3/4  þÁ1  Ö¬-Š¶C1/2[ØM*ÛL-C!Ý†  Ó  ‡jö  `•°íý§]-"×ýêÂ¦¯ ́
µƒJ  aZÂv  ö  ^û    "×†•-...Ú ̈a^ÞÂ

&°`"0\  ì  dëB  B""Á
L Á
!,Ø Â¡  w
!   a  ‹  "
   B9  A¡  a    0Ñ  /  ,  gš  E!¡  X^š¿    &1        $ÄDDDê¢"8^^^,Ž8^^  %ú-ê²DYd  õz
+J  Â¶  ÂÉq0Œ0X^"  j!GV¯A"  Tƒ        "
›h,‰oŞ†9l  -Çÿÿ́Ëp5ÿÿÿ́ÿþ[-E¥¬J  9Ô̂Î9\Ö"Œš
  fK,ÉJ"¬Š3±Ã9Ú'=  b  ÓƒùØ^¹  F  4^;  ÿá"Õ  1/47ëáu]³?ê¡×dnwµêúéK  ¤¯ßt'(r)·ý  "¢ÛÚþFï(r)·"
Õ,~ãöë¿W  êkªþíÝhk¡þé¦  Ãf†ßM7]_1/2¿ûMý  ́ÛU××ÿ]7  ×ï¥¿µV3/4ÿÉQ  oöï
"Fíáî-  B  X  ,-"¡  Y(r)  BùìÂ²ç"  !t:Ñ;+ù  žýÔÊDKŠDÃ Î^?$  ›
   •Ù@¨:..Ô...Q×  Ë¬Ø†ŒÙ
‡Y@†ì¬ÐÓ    "  "A  ?  !=...^ŽÍ    l¡Ô  "C ""h  dì `Ÿ"  @àÁ  î  4  LF›Bí  Úh=Bkh?
.,}  ëÔ  ÿuPAÐNÐz
   ¸3/4×L&šß    M]
7o  ]-Úw  Èé  n4D  C{õwN,"8
   æ;Â"Û ́°¯Fá¢?r~ë'
R  õ%Íú,È3/4ô§aP¢\Ù3/4Nv¤HƒælŸ"ð¢^þ"û["žBC,'pA¹  š'ë,
È¿'1·Â46  t  ò'Œ  7#Ê    ý  ðŸl²  * ƒt  Òma  ý_Oj-b´-  8IÕª
"é<&à¿JÐM¥¤ý=
7é
i¿  ÷WÓôÿê,mï1/2ÒxVÕíÕÂ~-ª
ÿN(r)Û×µõÿ_ÿI÷×z¿1/2÷úÞ•iÒx]?é>ßïMÂÒ  3/41/2[út¿ôÝxë¿ÿWÿ̂ôî;ZOýtêªï·ÿm]þÿïw°Û¯ ýU"(tm)
ßø¯÷ÿß  áÿ        ðjýWÿû¯-Uý'ß-éÝ-zÿµ_ú¦¿×(r)    ‡§ÿ]{êÿkk³XFëK1/2}þ"ÈÁ=
¯    _þÿ×î8;/  ÿßßëßï¿å3/4žÿÿßÿ  A+Á_Ûúÿj¿

ƒ•    Õ.ý  ý-ûA}×÷îÛ_³@"û  ‡  ð÷ÿÿ!A"ý¿Û¿í-=oh...Î'ë·é'éuü‡  <œ  L  ÿõÿ¯S
   3/4õúM  ]  ôE¦¿§Û×÷ý  Ó¬!DÃÞ¿ÿßîE...",‡4  ;þô*M  [þ1/4°÷ī¯ß~3/4E^  ~Ý/í'÷ÿõ_`ô"!ðÒ¿VŸ_
   §}ê-Ûûé53/4ßõ
1/2ô¿Ð{_û_£Võ{{Ö1/2->•ª_~Öµ¿ný-/3/4"µÍWÿûþýoÜ  ´êôªÞÿß(r)îT°Iýþÿ·  ¿ÉÞ×ý¿ïÿ°•"iAí7þšWÚë"
"i^1/2(r)¿ý"  õ¯ªÔÒ¥¤ß¥ÿ¥iZÞ¿3/4UØ{×Ê  ÞÚMé?ÿ[i  "dtÝZ
+_iØkÿ,WÝ6"w{ûí...Þ+Ûa$Ö¦...þÔlÑ÷õ§  šë"
a,ûki6  ßâ›      0eÐ%
%[ë†
$ƒ  ƒ
é.
ƒ        C..ØM~E¿\Ì$ý²/C  ,üS  c¿a¯      wôÅ1    ¯
3/4Ä(-ðÇ¬/ÅE,K<ßÿöÅSÔð¯"w¨i(r)øÚªU°ï"ÕÝÒ}  ¹  }Û
¶  (r)"µß¿zýöšý"Ân°ÈW°ƒ
÷à¯ Á0ªÛOM...Xat(ƒ"¨j  ›...  0N>×Áa  Â(c)Z·¦
ðÂ
   Ë
   †        Ð¨Èƒa  ¤ÊP"Z  `"q  ‰
hDDDDD8  P^^^ƒpC  DDDDDDDDEcâ"=rÍ*u}µê¿I°3/4¢    (c)°-
   ÿÿÿÿÿÿÿÿÿÿÿü³(c)(Xÿÿÿÿÿÿÿÿÿÿü³D"  ùì‰¢lPs ,"Gu2¹";    6[è)  d
S°3$ŒŠ2¦Ê    ÍQÚ*TÊpŠØU;[E  ZþJ<*¯ô  ¤O(c)  œ*(r)¹Û¯      õTÖÒ
°ðžHu,~°H    UNÝ9a?h  Â-¿Yg      Þ"%Ïÿ  §ÿ  ~°...A
_I×¯ÿ3/4  *A¹pý×¯ÿ~3/4  ¡¯…  ûõ  DQá  GïW¹  [ùØ^Š  çW  K
1/2  ú'd  ê !Mp°  \Œ    ŠLfÛ8...9  §¦L  N  ƒ#êlCX¤l)N!ðCƒH  ´ƒ°€s  @"²P  œ  e
à‡Qr-G3£  By  ä(±°-²@@ƒ<Î"  Cáv$Jâ^•  š  ª      †B  ---p¿Ü&  †  4      ,  ²8"    6Î€
Ð4  Aô    C  B      Ô&ØM
"$CÓÐv  ª  ú}ö
Ð`¯ZÁ,a
...ÂÇJÂk  L'3/4¡5âÐi  þôÂ
>4øqha
   âŸ  ¶šüZ...BÂ
   éáu¯ÉFDwÉó'Ã¥ù  ¹  :Ôdø5dZ0^Ž  C"    ›'  Ñ/l‹Bsh"¶^¨ä#3/4Oò
ïDX1/4lŒù  ,@ÈWh^;"öÈ-']¢7qqÅR¦ÐF"G"=
Á  áóô  lÍ^e
]  œÑ9´ƒ¢t×    "v›§¨¢ äí  Û  <°4N  "
g ›"fz&  ¨ÍƒÑ›
¨Í¢ŠÐn    DæÐ@Ü<ÞúõtÔ  ÕÕÚøH8pì  tƒuïð›§KIô    ßON"T-  Ýt÷Wµû"MBn°m    "Ý7õÛ-+¤zŸ
ý"W(r)¯Ž¯÷á6õ·uÓé=}÷ÓíUÔµTîÿM"ï*é¯§úÚä3/4¯cý¤÷÷N·Ùè+ÎÑRôŸÿ¦€¥kû  þú¦=¥ÿ  °éé̔ö5×¿Õ
í~"¤/îÒ3/4Ým-ÿþ+Oíx÷Ý̵¦Ó  ö§×Kô¶áô̔}ú}{kýiðé[¯]4Þª¿àÔþ3/41/2úá×M"ñ¯_ÉPô
Ø<<[ú"kûU¯]ÞB$°ü¦zu-õ  ÂO#  ]W°öŠ̀ÈC  µÓ  Z
C‰ot6BéûO¿xÉ0ÅÿÖÈ  =>ÿî¹¬=¦¦†C<7Î  ŸÛïç@H>  ãKÞ  Mƒ$Á}ä1Ký¥þ  }*ö  ß¯ềù
   3/4¤    ø/û¿ä̀,aïí×ël"  ý  cPÿÿÿ°¯é/A‡  µ&9œã21Î9ªï"A
þ
ý,!ã÷W¯¢  Øa°ÿ    ,Ô  gvq"KÓÒþ‹)!;ÿ§š,Wë  G¯Ýí  ×ä̀GôEÿ¿-ý  }  âüµdÂ  ¬1/2d@Ð-lŠ
~ÚÛ  °$  í"X?ôÞ¿ú#>ªÁÖ/ͤí  ¦  ‡ð)'Ò,J  6,ß%
ú1/2wë
ëÕ¦úV*  à3/4è ´ô  BÕþ,†Þ  µúÜ;Zæ¦-*ö_WIëÿ¯m3/4í  gVöuzúWöëÕÿ~1/2RëÜ÷1/2{=k÷œôÕ¯ëvÎ
‡]bé̀oÒÞ̔ÒÔoúŕkK~|þ3/4ÿ"ÿó÷k  N͵‡I{"•ß(r)áSÚ\m'¿Zÿþ¯1/2¿µmV÷þ"§þ-÷§÷  é7¯wÜ.ÿjì̵3/4Í̵{}"
kö3/4ý¥útú_-/÷L4"_úk°Õ}"i/éHq(tm)×ï:ö"-...kaÔõØKVûÛŹí[    m¤Ø*°ï{

a¯í(c)æ¯U×(r)ïû°-"¡¤ÚPÂ"ôãÖØ0"0žÈ¯dx£[†`W²ëØa&Áa"¤\ÃJö)  †  ŠØý†  Âï"ð(r)  <0O3/4DÍþØ
Xâ Ò
Ö¿ýØØ-?ŠŠ  Ãî
ŠâýŽ$ÞÂxb1/2¶6  µñ±ý×  ±&ûÿïâ[¶(c)ŠŠÿ¯íSj  M5µl  ÷°¯Ï¯ß
¶¯[ ŽÚPÂ]  ï  Ã1/2]...×W^ÿêÕº¥Ž¯L/þªð¯^  A"Õ¦á...°ï&  x&"0¯
 a&ÂÁ"O
    0šiðÐƒ  É¸M    5
Ã
XX°N
,  &šOˆÈO;¡  (0a
  ItaÂ."    5`È    %Z""'"
ÒNOj4"jB""""'
-‰¯!:  ÄDDDDDDDGÄDF¯U¥þ/Oâ£ÿÿÿÿÿòÀš  ÿå4"£ÿùg  TËA  Èm,"q6LÚ•Ïï(tm)  ²    H¯  Â
-
"'I  "B  â  fE
Ž´Èù]
¿  Bü*    a  ƒD"r*pÂ


  †k      •MßoúÚ¦ƒ "Â
STì¹¯...Jý-I  %
*
4Ñ  ÃDw†ši°¤"  ¿...SÃD¦  %ôKƒ'Æ‰Ñ ƒ
"_D¹¢~ä-(r)ï¿ëê¶éêè:  °éá7      é´  7÷õñÿÝ-
ô€6"Õ-¤ÚO[õõßú¦¦êêá?í÷ûì>÷1/4>¿KÁ%î"Þë(r)--ßä"9  güÉEšãµ"ä-öFŒ‰(tm)    ^Ù"'3/4‡  éµëÞ3/4ÿ
r4^ùÕ8!'²  Bt  .³b  ãM    -C
D  ñHÃ)Ä7    Tjt  6)  S!  2  !DlSÁ
¡
c9    5‹  lü  0D>MŠ    "    †ÏÇ    0D  d8Íë  ßz}×1/2YV-Ó  < â/  0@íPÂf†  pÉ á
"
Ô      àâÁ
Œ&¨4Â
  ô    ôü Â
  û  5    Ýêÿï1/2>öõøAé¡"Õ-8Õ7M0š
'§

1/4vš}¡ñw~¿Ú}~p×\Ž-]uëítâÖJÞœ:  -´B;ˆîK  #¶ƒTDw"\'D±¢\ãDXhhŸ5í  rS  Ñ9¹9÷ˆ´G  ÈÔ
á  ßqþŸ¯ÿäxã_h-P@Ù¤Èþ  :djíK='Ù
Í  › è  aÉû2T%< ð\è è Ü‹ÀOrÏ'ê  6‰  'üaH-I´-ÖGäYÐ Ù¦Áh?í°µï_÷@  éè:¿  =6Â  &ðè ÓÓ š
é  Áá7L4  é€á0´>Ai: øA3/4    §"_k êÜ]  ß'''ö¿ûM× 1/2- ÚnÔWÂéöêê]°z
ê1/2Ÿë
õ{ÿÕÚîù  7íò9¿ÿwÓTß  T°¤z1/2¦ë^é'øNëÖ¯["×O^°-tŸx__M¤øíßÕì,Rß×ÒkûÿíÓÕþÿ[ß  µŽ1/2]  O
Ú]Ük¬zÖÿÿÿ}U_Ý24%=÷þû¿°íŠÿ:IÿIßõ  µúþêÝ.ë  ý]w_Udiÿ%¥µ{Öÿéúÿ°ß×ìôŸÓ'  6-
W|7¦ëùù    µ)Äû#,ÿ×u±r _Oús
êû_3/4°}U×È  ^×ÿ¯Òó¯>ùÕ?¡²
ý¡÷  ë!,+¡×ûW"
1/2"ïÐn3/4Ÿ÷"×oÿ*Ã  ×ÿûê
ù@.µÁ·I  ì   ÷  ÚßkÕ?Ø5]¿ÿþÿ°Z"zÿè-&þÿ  ¶°qÿ...{Ã
+o"øD<}Wà<-7Þ3/4BŽa·þ°ÖPÿõ¿¥"÷3/4    ~-õþHs¹Iþ    ëÚ!ãòvP@o¯Ège  1/2  ?Û¢  ?0G¯¿Ì  ßÿÛ

* 3/4ýíþÛúïÞˆ"ï×ß°B:è ë¢:~ " þ3/4[('É£ö‰£ _ÿÙTõú,ïÿ_ú¯í~²d ï¯"o,Õô
ü"
ûo(r)¨/Ò...ÿ ÿ´ K÷öžýt´3/4÷ý×zÐ_o¿ UK[û^-"º %îÿÝ:þÙÒöÿøgH=ý¥÷ ·þ•Ó}úWÒßwõ} NÛú
ý.üÔîÓ ³ªý}õëÛzW¯öF_ëm-~ôßúMôº_{u]zÚ]wö´Ÿ÷·êlëuÕÐ{]j¯Víµ×ÿíoÕÚý?[ï´¯Öûð-1/2]û Mû¯z
wý'jÃWû[K[k ~¶'¤Ýï"î•¤Ú-ö"ÛTë(c)›µm&ðÃI´˜y£m+Nëí[UûKm]-^Õµ´¯áÕ¥uµÂ ÚÚl ÚZÝ(r)ÃI
µµþ IXi¬4˜imÓ † 44 V¶·jÚX'Ók
/ì4¶Evƒ ÷[J6 M(r)Ã ^ÚØØ3 ï[
Á,LS 3/4¤L1/4qÆëL5â'b¡,ì0¶ b Šb¢¹ Ô0JÕ>!1
EçÇÅ1&?·bÃ!ÞÇ
,‹Â¢ ² ñ$ÿv.:bë1/2U"Â ÃÕîˆNØJ˜(r)**°Õ5†)Šbh1/2† ŽÝ¿aa ±kõ ÄZØLBÚ" 1_jýY ‹
&C3/4ÿðÓ"×
%b "¬&ƒJÐa Aû]...°µØ[VÁ]øa& všpÕ4Ô0(c)"þÓ °ÂÃ
...¯Aïa aUîÂÈ "Ó°ƒ uY0 † ,
Â " ', `"D0CT,! Lbl2eE

q¡ Á âKâ B"
˜˜˜ˆƒ>Ñ g
˜˜3
ÄDDb"8ˆÖ8"aŠºü5-áËªW_ -Âí$•
(Œ+ ƒS%
ƒ ÐÁ- Gÿÿÿÿÿå2B ÿÿæCo(tm){;C;-ˆ£û ÕßÈ¿JUtºámÂ...ý ýÛqë ëÛÿéo¿1/2L,?;
-y Z"" "` ¹ÐBq è C¤lŒFÂ ÌÙüà¦ ¦±ä˜s0à(tm)ÈÀÌ0Aô0AÁ" OL'Ú
< ÿôÛ¬=;J/øv‡ ãÓZ%ÔKšÉðqÄÝãD±ª%œ gòtøAÐNi ƒÈ£ä~ |‰m
ÉÎ,
3 #Ó á7¤- j·"--."ØCÓô _"á>°›IÒ}¶î°1/2kßú ë---.±ï1/2v-ýo3/4êãÚþÿÛëá ÖëýÿMn"]
¡ž
è?zÐë#a;Ô§ ëô5w×õÉ€{ë$ ýþÛuÕÿw
U¸+îþ-Ý ðD ÿò ?¦bjZ3/4ªÿ," ~¨Ž•(r)(c)×í÷µ¦‰£Ýè°ý÷wÝ×¯ê ××ïÍKÍIþ¿³-þýzþí "ƒõ~ß¶ô3/4ý/º
ÚWj"ÞÒ¶•úý1/2þÕëµw~×¿OÿôÞÃJÂí¥ëÿka+
ß¶ S3Å²+"a,J¯÷² é†-"î
´
&ý Aìr'
÷Ø¦.8>ÓbMéðÖÁa...Úk(r)Âd,Y ·mÓµo-ß¨`"0 ,Vš U
&¶
Úµ
-
D "HˆC2¸ˆˆŒDD ÿÿÿÿÿ-YñÿÿÿÿÿÿÿÿÿùmÚ ÿùe, ˜Žï;Ó/"Øb'è3/4s#ÅÌî "Y1/4 ²Zdlˆ R-Š¨¤
ÄG
,€€çA› L i± @...@¥8Ð² s¨e Aë ! Å › Ô Ö;A"
" Œ ù ˆ Î8On3/4,
{" =Â~ kÐA-^ƒz m/p"è=
ª~ƒz´ éá>žßÒÃý=;°›éÞ"ïßOÒíÓ[Óuûôï´þõþÝt¨"Çir ~ aÈg *!Ç(r)ˆ{zè"
i÷È3/4ä füŽ m)G#Öð ´ß';'+" ä Švu.EC*XAÐ"éþ 9¨¨ õxÖ(c)?è
ý>(c);zA¿´ŸMo_÷n,,.3/4›þøI< utÝuÿ
ý¿O Gï‡ GÝ&¯áwL8=(W¤ðôöP,Oïi"!ì`Ø"‹ñDoøc
} Ç n›ù(ã¶÷¦0Duºx"üÎ DuTÿptð]ÌêÒÖÿ@-íÞ
Úƒ†ÃûöûúÓ t ûPÜ:uù 5°oÝô1/4- àð¸=íÕ†ðý í9
IÈ/Zk‹N(r)-Èa9 àÛr r &îµ¹'×i,>J5 @Mƒv Õj÷°kñ×Ûl-î L •k}Ópßd6w p¶CB0¿¿Dz·

¤g"  +ööCB}3/4ëé,#÷ß  Ž1/2[¥Iýýý]µm[xvûªàá  ú  ô!ý{¶¿z¿ÕïÐ6°Ã×"GV"Ã°n¿Vï¨-ß¤ý+UnÈÀw-
EPt  "ë't
÷ä@<'H¦Š/ªî  áÚ~*3/4îB  YdY
Ú  õ´...Á  ú*Âpê
/ªýø·d+ÐöÛÁ·‡_é>.  t    ¬5ºØUð•È,3/4¸":~  ´-Õ¹-ü  Ãø+s_Ü  ìCmWø$f$u1/2¢+µ¿'yùBvÛX?'×Uí¶÷
Ûž  |²
'ÖïUu~x¸(^  ¯v1/4^ýõ]·û~"kvëµl-°ê¿û-Š1/2mÿIÿ  ×i"  e>^é(>  5y-mÕì%Ý  é´Õ  è´žÿ  ÂL>ëäªÄ>^é
Sl%i[
/È¡-ºnÂÂ
=-a¯l%û-°`-v"CIá,ÿ""`Âuî  /ôðÎ  ñ~&Õø¤    ïb¤2ÁŠöØî~-á;þÅv  -×  W  Tú\.ëxVÂVûz1/2VÞý{O°
¿  í¦-ÂTúÚ"
ÒoðÂ[
&  ×MµÓ
tœ0·ö$f$
ì-&ÿkn
`-í...Ø`¯\  -ûm"°kHtðdM  °^Š  `È€ë  Rp^
$  A    2iÁ
È¹'lÏ-BDŒÜç\\ªX^  -  ^îb)  t\e[.!  !VŒÈ^D2&  |¹'2#b'¡
B#äx"Dpå@.S²80AÆ  "á¢Y    4ði
C  ¸-  àí'Ù  2  9pÈ  ,8-  f'"""'$2  1Á  Õ"  C9rc(tm)È¥È¨r‡8,
+!ü¡  nZC
E0ab*¸.  L,$3-9Ì    $æ  äÈH((tm)"'...J  8(c)+9,œã"Í0"""""""""""""""""#ÿò1/2'6    îfLg~2    F"ñ
H    !IQ  ÌŠeó²  ;â"¹tÐdA  Y)  f)$"7  R5  XS(    3äLøÎ¤k    ×'  Øh$Ä%dS""3  Ž  <<ø¤P3
†Qðnt
H
|TG-
:†ì±    sPï643á  ê  Pd¬=".J(c)ðÐj
(c)    'A
  A  'ë$
€@DY  Ø¬Š  ‡á  †ùÝWÞP-Ã  A}HºÁ    Gî-
ÿîá
µ^  ø@úOa÷H0$f$"GZ
  .|  Î
  +_"ýî†  ð  ûïÞ¿þ$f$µOØ~$f$ÓoAðð¯AÃÂ¶÷  a6ÕÿÛ¯÷
xOõ¿bôõ"ëïÓÿ1/2<&  è4ú#ê¸kë¨3/4øíýÞ¯ðíjÿÕ'ÿo]5ïp•Ã,#Ý¶¨-$f$z÷W~ô-$f$¿÷Ñ
øTÈï"ßßj^g  Ð    1/4  ~ý×uÄÙ  #  %  D+°œz!o"|>ÒýáëwÈ
å;DOÞ    ÏA  Ìèë...  ÈÉ'þêÎ³  à$f$ÝÒòAä'dté¿$Cd‰²@š  P,"¦ù    Ž  '  êÐ¦Öµk-ëÉi"
üŠC¨×Pš  í/ûT$f$v'¿†ë¦í"Ô>á3/4-
ßW@ôAí&ÛA{`´é÷þ    Ýðž"Ð}ÔŒ}÷¬ã-  }õÿÒ}wa  ÕðÝH=7é>Ýì  -á=÷x>  ¦Ýööþ-×Û  Gá
-(r)H  w#  wÿÕ  ÈÇ  ]_
ázTš    Û¶  tì&3/4
  GÕÝ*¥ìòO)ÎõµIáÐ¦
1/2C"ÄuzûÕm  á=ÝVíßŽ,`íav-ìèm§PcEûÒY'  Ì  ûûßºj¯[Wê;÷·¯  ]i'¯uú¥÷ÝþGOL?¡^Þì~  "  ¡m  #"
÷ÿuÉ=wIÝôõ"MëW~-  í¿jß  ]    -7‡pÿëøhõÁ¸u_O_o°$f$UÓ^¿[  ~ù'ÚK
ªrNýv
%ü  "$í  5-i^ïd9p3/4ÕÕvÛJ1/ì>3/4>õ  VÞIß1/4":ö¤
R1/2ý<:Û_}¿}
†\1²  NûííÐ"      z  Žš'  °pFÒ^•A  êŠëûÚû´"""´÷u  ÙG-Õ-Dp_Z"W3/4    4¿õü  {

_-Ð3`‹PíØ{!œ1⁻"...ØÓk¿Ý×v"èi?k]í|E+⁻÷Ô  mþÝ¤1/2ü  *1/2þ±]×ü73  Æ¶Óÿöîš(tm)Õ$¨'*  *²pa~
Öá  ~ô(r)ë_ÿÃðÃooo,#þ×
ûn    †    Õ:m  ÷(r)Äm]...~ë´ÿ¿]ÿ·|  Õ{    GÞýÕ⁻~  t  u×
    øJÁ  çz¥ÿë}k      }¶Bÿù
õúöï¦HÀßÃÞú´ø~
6•ûþ¤    ª    öÝ†Úä  P£J(r)ßfÝ;{|  {zª  Ô  "ßúz^
6µ  ÖE>E    {×o3/4I!'
o  (r)^0JÛ[·¥õ].¿[íÝ>ÈÂ~ù/⁻[¸í¤  mþòëpCET...."ó:T  xZäeÞÝ•b
´E°Ó†·:*÷1/2Ä°ü-ƒºßú§~  È²m?¶ôþ3/4õÕ†  "+  öí§  °•"GJÜÏK}¹  +Ð5  3/4¿ãÞŸåÇÒ1/2¶  ÷¥û
v1/2¦´ýþ(r)ÆÒßÃ§⁻Š,#(r)I%^7Ít?Œ<  "4    ß¿]ÓCõ
\":WbÕ  _öE#§  -°¨ë]^
3/4Ý  ¿  F  m(r)Ér÷>_"PpEÑ(r)õ  Gþßâžáý5ÿ÷¿ý=×  (r)ë1/2ðY  -÷¿L-ÛP"DTýÔÙÆªÃN
j8ýÁý{^ÝÕö"jÞÙÃÿw"¶é_...×  ízï-zÃIÿuDi.ß|ziÞö  °VÝ    ¤%oÿäz?M_itGVq¥ðäz¿Õ¶Õ‡Ú[p^ëk
[  Ç7A.3/4·DaÞ
,.›µÙa⁻}Â#ªö÷  z"G^ÃI]6¶
'0á¥  Ž"ÞÒƒÛ}+-â  1/2´GVö°öÂ^,oàö  K{
Ã
PØuí/ºPþ
/µ
h  J  fÎŽ3ƒ´àÎ3  &ûpK#  é0a&
/#  6  `÷3/4Øan¤ùwÃ    îöf_·a.˜·
d
    pË,ûêÿí(r)  §u"GÍfí-
ðfÃ  -ÈXÄH  ´...GÝG!  ÂØãï
Ì#
%ØŽ¢1/2  GMíA  ÒO-ìtÄ'¤/o  ôbíê3/4¢>*6ö!/"×·l&>ëà^éUØ⁻Û[Ãëa·µõºÝ=úûvGOíoÿ¥Tè'Vëßh5"^
  †ßkû^-~¬6°î+§-0ß_°  1/2...·K×mµW  ëtÕm5ïíí_Úßo§},ö  Á/ÿßõu†
i7Ð/Ì"šÞð^êÐ"¶Ã
ÕŠ#¦  `¨ðVëíªØkÃX`"ûú1/2¤Ù‡  Ž⁻
[ëÁr  9Ta"ÈÛª
$ü¦±Œ  ÂÈŒ2  ·ò-  š1/2ä(ç,':Ž  ã'(c)-⁻ab
"
h[" ÂG-#3¡    ,."E&AÀ⁻Udc"ª¢Ý    `"F...,    ¢""""""#;@²    ^_-mR'è‰'NŠ    0"
-d"<  ƒÎÒQ  Œ  £  Ú(tm)h    '  ‹ƒ"èà.D#¹    ÀB£.  ^g  •¹/-
  ˆÂ.  ƒ  q  @`ŒF  ,  .  Èq¢Øj  æ  T°0  F¢Œ|  Êpnc7'Ã0ði  ²à¶
]
#P  .
ƒŸŒÁ¹1/4Ž
fÀðçÃ  ³@-  >@ò    áø†¬  <  Ç  x`r  -CTr‡  xH)Èi
U  ÍA
È?  h9  Ç8d  ŽI  3PC+B    "•B  ¨cR    @2Cž
L  æ  !Èƒ D  2    (tm)  3P@€..ÁPRB

W  QY
r,  Ùeh¡œ    ±R  D  ;œP²ƒ‰'v  tÀâ""""?ÿÿÿÿÿÿÿÿÉ°1ž  ·£;    ³-  6  ÎÉb¢  ò6    qÙ  ž
°~v  ‰N¥u-òœ$5"  mTÊ-ß2‹
¦|?]

nà¿¦3/43/4          }B¬?ù9-"ëô¿þ°%   È{öý¦õú3/4=SA
-WASZ"Ûôê¡P-ßxÐ¥þ·{ü(Zz~÷xz¯øUJ÷]ÔúÉZ{ìíL³[;$3·^J(  ý]¦'Õ'VN  (tm)°...ó^q'¸á  æT@^t  X°²-È
8ØÉÝçX   Ì   ²*FGób"D...4
N  Ð9@Î¦Íš
k3"  3áÌÂ•fz82'›  ¬  ž03C#¢œS'œlŒÂ  3ƒÏ  N_"
Zò®Ð†y,
›`"i"  ð-  a  5  çƒ  B†`@ƒíA  µ  DpD>  á    ,  Á  xA¶  4  h0D9  -›V^p  ƒ
ª  I
;LÓ  5  C,4  ...ÂÂŷA(r)Ÿ(r)¨=  aU0Aè  q Ó-44Â{  ƒ    á0¨6í4  i¬qpãA¡Z
ãµ1/2mR]jñ    qiÞŶ  L'Òh•äv  é
Ðr46DCÐÔõôOßv‰}Ó'Ã  ‡  œtµ"Ñ›Î�þfd=#w#üŸ0¹1/2'r|ä¹ò](c).r;wh-4ƒa  ;Dçe
]  ¿D¿'9œ‰Ni  KÜH  nOÂÎfè6ò'd_h òH':  ¤LÊàÙ

_øØ%¥pAé'ŸÚäg'GA´  m,mÐA¸Ah òH  ´  ÐAº  1/26      ¸MÂ~  ~  nGá  ƒÓõk
¸M¿H'H7$"ðƒÉ-  aü  xû$ŷ¹n- êê°O    éú}þžš"õ¦Ó¤1/2+°zjêêúnŸt¯Þ°](r)¿íy
JKëüëz  K°¯ßÚ"Ú]\&ë[ÅŷÕ,î¯KPôúŠTõîÔû×´zo~·  ´ýŷz_  -...´ØÓpºzúï].¨õêñÆŷ§ëý·uw  Hz|^¯ñí
ü  })ïéÚ1/2ÂÓLk×ÔÄŷ  Ý¯"ÍÛþƒ  ×_
Rj-o×_(r)ö¤ÁÂ×¯ŷí7µ
Ô0›ŷÔµ×°gÐXm¿k
...Ó_i;þB¯ojæ°˜&¯•    ›ö  [p°Oý~¬ù-qš,\...)ï_  N%Ô_ Är
|pý¬  £ûŽŷƒkWÉ  Š"  +ÈÀ  ø?1/4†  Î€Ÿï  3/4¤€}  p>¿¦H
"K1/2fŷd0x-ŷõ"  ÝpW5    à(r)-È;AŽžX    ×_UOl  ƒ
/ŷ,ß  †
4"
á    õ    ~ú!âšµM  ŷÃ  ß¨D    3/4þï\†4
    öÑ    ŷ¢  ïÙ  )åáÂ73/4Aq¦¡  ¹ä  Gä1£è  (r)ÕQ  -"  )Úh...ä¯ÐaïûDY¿þµDÔy•  ŶÁ°^"ŷû12  ×Î¯´
%  Mù"›r:y‰ÕfŶf-¨ö‹
¨˜Ž-1/2
°ø>"ô
¿ûö¨äÈ  Ë
·ŷ,?§ÔJOü  ¤X  ÷¯P{Õj¶æ  k×þF
ó¢þ  ]¿ïõÂò¦Ôûþ•û°vþø=¥ï3/4Ŷvôí¿ú¿^·Ý  oà  }[jª¿î›gY%ß÷ŷ5>3/4Ì‡u  Mýa  Ïŷ³(c)õÙÕŷ  >úµUZ
^ôŶë÷¿êªíoý  Ï¥NªÍíWíÛ€ý¦£‡þÂÊšŷõ"Ÿôßþž·ö×muóªÿm  ¯¶ŷ_Mm/Ò_ÖÕízŷ‡¶¿ÝÁÔ~"  ý?î×"›´
UÒÔém+*_ÚF‡¦îŶ£3/4í-¤ßkß¯°ÕÕ§î¤Ø[V×÷Í´*^Òŷµþ  õÃTÂ1/2"
U5°ŷük¿a  ƒþÛ¨iCK  Ã°¹1/2C]°°û
Xdp¬  V·O    Y
"ó    ~ØK"›Á  ÝiC  ì,{
-...ê  ]T0-1/4  /ÓoéC  £
T0XpaY  -ì|4¡,ûdsJ66!Aé1±\Lö  ñ^È¸)jâƒ  qV7v4+Ø-Û  üÍ?íŽ·b¡S  qØ¨"¦È
ü1QüE2  ð3/4ö  OÞ›ì/ªúõÒò  ‹!cÈb  |*Û]í_{÷ÛRc
ÓÛa"Ânõ´á  A-û  0°Âi3/4ØM8a[†  ª×NÁw¢n¡{    C  "  ¬±Âðö
  aW†  ª'O|$ƒ  A,
  "}¦˜Mxa;A"ÂøA"K¬0@ÈÀô!"  !
  ¸[°0B  Â  qv  E¦    @Â  ƒ  ^¢$&#  kBâ"""
  ^ƒ  D£"¸Á  ^°0"DŒC^^^^^    ŠB8^ÄDEDDDWû"a§ç˜m  ¥·O[^×ñ\WÚ¶"µµÓ
,0IÄCC
#ÿÿÿÿÿÿÿÿŷä¹œvùnK˜e        Jè<"GÐ)¸‰oçfQ
E<I \ìU  •²,g›fw¨Ì†...)Nújk  J...  %  xL§

çdÓ{XS(JBûÒé.á}-h'áiúSš³ý´  (r)°é*pÞ•u1/4*pK[(r)•×§³T'  =1/21/2ù9ê
¿ö¡Ý}-U
ïÒã_í~  aw"û
šM¿ïÿ¿¯uZzáÚ¬'I*õþ•wê  +ï1/4(%ëš*Uîó²ØàÈ  Dì-¢RWê(c).Fó¸gïÑ  Q  ÷T^  "bìá  yS  ·g
     *f  £)Ù(r)"C"5
Ö  (tm)Q  b§gWeÒðƒ'ïŸfÅ<  0!¬gF˜ü‰XuÚ#  ("&Å(a 3   `  ö`ÒÓ¤¬!  Á     LA  :ˆ¡'l'X@ì
gP  ,!  žf    AüH"  ¦ ...Ô  "-¢            ä)  À¶Í·M?ÓMÐa  Õ  ‡A"Ò¬ú
Õ  d7¦ºuÂt•ñ  0  öƒ    á;ÓÓAÆ fß        é±a  Ÿ"  (r)ƒ±uÅ¦...§  ƒQ  ]Úla
¶‡  #[
-Õã      Ö...EÅ ô  ¡  š
Ò¹  vžœqy   ñ-ò  zzh-Òy  ,ûé  cp´(r)¤èÑ.È""öG{äÿÜŠ?D-÷%ù  ð'9·D¹¢s
2œ±  ˆú#ê!‡¸ïAéÙ-  fäth-†É   '  -O/dŽKÝ'   '~8ê,xA²
"Ú
=Òy   'á  ;'@@ë"þ  sFhÅ  òJ
'

   la7"Ÿ#þ  ·ƒVÓpƒÖÚÒðƒu   "i&àŸ¯öÖž(r)´  ×J"uM1/2?nûuW_Ðn  Aÿ"Tõi_
é3/4éôƒ×OŠ"ëëW÷xO1/2_
øN"ëOK"ú[]>µ×éÔúú_Ú(r)Ó§§î(c)ñû§ïoë÷_}u×Üjþ Ÿû"û¿í>¯ïÖ"{ÿúB*í:ô  ÿn  pßãïM÷ÿ§õÕ_ëÿ¥Òo
ûÒé/þ,...‡úÓÙÿû°þêêdòðÓ¿ßÿ¶1/2  zí›
ÿv¿¶Òzöá  Pò
WÚu¿ê‡Qõd  *ñ!C  ßéþ·þšBøÿÿú¯ýB,²  ¯ûOë^×ÿEX/ë²  Gu1/2?é7ÿïþ¿ßîþýÒ  aúKuï{Ý÷º...þ¯>¿ÿÛ
^"ÿ-Ÿë(r)úKÿ
'  pÁíBÓúÿëW  ‡Ë"-\<œ  C1/2oÿ~ïü...  úÙ¯×Né3/4"a¿ý$I  ¨_¿·Õ¿æI¯  ´äg³udP+  ¡¸ÿ¥K¯k1<+íwÿÕ
]ý(Y  >1/2j1/2  "ô´  wòP5¿ûþ÷{ý:Ý%_[  ¿ú
'Áûî3/4ÿK~ût  ÷†ß3/4°ÿ}  öûwý¯ÿ³ï³mß_§"1/2Õ  Ÿ  oÿöŽ§1/2Ð  Oÿ¿é/ÿçW¹Ðþÿ  ×1/2ý/8ßíúÛûî  Ó
Ãëk^ü"}×V1/2  mÓþÒmx{
kþÒ3/4  _ð´-  µªÕWú¶  ^(c)"ö-í-mýÿ"_1/2V1/2-oõo}µtü.¯þÚL4Øa  Økêûëíûujßi{þá..."" I†¶ßk·î¯JÂ
Ø]¯³â6  a¥úk
,  .ï¶1/44-Õ°*Á›  -Xa%ì/ù(tm)ß  ô
%
%Ã
1Ò"gVÂÃ  c×ãCƒ  d\á^Q±¿ðÁ-Š÷  dN  l^:b(tm)  D1\◇þÈ#ê-ŠcØ¦Aëá^Q²  ûú²  ‹  ~Ôƒ1/2  ñUö+{
ù
CkkŠ...-vûÕZîùc"ÂÚ
vÛîÓ 'vôõÚ¶  í;†  êî.  ê÷m0°Â
'm...°ëÃ"Òô-  Ó
"5z`Òƒ/ÒÒ°°BÂ|C   *  ÅÄ5@Â`-
   +aªÐ0N Á+Wñ    Ðe( $"  ¡  e"  #^^†Rà^DD  Í´  #       ‡  -Z¬  1/44á¯KJÃJ
¸-6+      "  )e  Æ?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùYãÿþ[è£ÿÿò]1    F(tm)NÊá3¸d  :.Šä±  ¦]•
¤d.;£<Éˆ£2   3'2'í›}(tm)  †ƒ×².  ,  ,   [(r)  L^ý³²T  ¿*(c)Ø¯oýa  ƒ   õUµú
¿ÿö´¿ê¯M7ê3/4¿¯ÿï"¿þˆð9+iÿU^"×ÿ1/2ÿÿ
   :  6%øwê'ýþð3/4ûTÿ  I°m
ü(O-ïúñúþ[÷ýkW¯z³ý]ÿïoßþ  (r)´1/2aB¢Þ1/2  _ëzO_"%...ßo1/2ê^±^›   $ÎÜ,<èD  B¢Á  <3/4RDäD
D%ÿ-þ¥HÈÃ (tm)Ð&yäè Lñ  Ar
šš#Šõ^DÑ"$  ¤°%VC        ŸÊ¯'"
*×‹"  éH†lÁ  ¨@  š  Ñ,  hÍ...<  ³lù,  2  S¨Oß‡Óa  ¡†^´  ^p  Ø*
Â  j  7Ï0@þ  ö4   Ý  AÃ!  ÈUpƒL¸...8"3   %...¯WÃÝ´Âv›ª  Nþ,i Ð?ÿõtïN!Óa

¦ hW§
ºW]p˜@Á<&Ä0ž¶ V'î'v±§§ë _ i¯ë¿VƒDcõ1/2Q ÜZi¬C¯1/2wûM
Úa
... N¶ÊrÔ þü-= ãêN ,.ˆ‡r ú‰ûDxÿûÓtKœ ¡²3" '{1/4 £ £´Dv‰ÎøÿN-i"sÉ_Ñ9ä%´øî•Ö
,
ú ƒ| Û}< 9› i'˜N m o÷ÛëA
IÌä xMÚ¥r:4NŽŸ' ßçQ? ð ´LûÃ°AÑ¹ "
ÒU¦ú¯dÈ ô oItÞ1/25tí?þßÝ7Úý?×
Ú¿Oo÷A´õ´ž(r)ªÒn›aiºkÝ ÒmÒ û×_õWÿÿ¤õðOôÛ1/2
?uð›"ïþ"í_Wjéþ(c)Z¶-7þê×t/^éÕ=: wíÿ"Ž-õíú
×ÿÂÖƒ¹ž¢ø¯u"Âëé}8××ëÚ(r)þÿiw1/2VßV•¦"1/2ú ï¯kÛ^›ÿñèvµoßé^
íÿÛÐ-vµ¿{ K1/21/2_vENÁ$¿aý{ûðÂÝ'ç-Ð+
à1/2ï_KÛÈÐ_IKätG
¡ºš =õý G ä!c"÷¸Ó0 d(sP#ºò Eìà'ÿ±ûmý ÃÁ'±3X_ûïT...e
/ú éä€bõß^6 êªé8ä1HMn¶ T=õöCÆ·zu!,ð`¹ ßëël<+ûûë^ý
UÝ*Þ x%ï† wK¿l.é×1/4+ ºN ëí,H,} -þC;§ ^1/2 Cçõ÷ä ¨>ïÿÃn^Nn·@Ýõ ôA¿í¿Ñ
h6 ƒ1/2Ñ
ûÛ¯¢:/y‰Ù€šÉ{ý×,oï"z @îX§Dg"(r)k ö`Ÿüi÷ÿ ‰6
¢ ¶ˆéÿëèˆw Wÿíè ûé{'QkÕnåÔœ" Áz^AŸ¤ÿú û|°å8²3Õ ^ÿÜº¯
_o¿¯Õvï¢Tï3/4˜ÐPé"Ko}×m?û"SöÚZUD!
[÷Õ×}" 1/4,^ë"þu{ ^ª"ï ÙÕ¿1/26ööUÎî"-ÿgK_ò ýWãíé ÿª¨Ž'mÿúú*Oº¿ÿjq(r)ú"ÖÙÐ×ªÞšÎ?} ÿþ
""×O(c)çïÕZýßö×ÿ¿3/45Õõÿoß[ÿ1/2-U5Mn¿VûOÿ["V=wõ]?m/¿þ µmS´šm{[ÿµmO"ì%º·
[¦íuö ïi7]ÞÃJÒ1/4Ìúp(c)Ö1/2-Õë_'i}¯Oi4ßØO¦ïý†'
VAGØ3,;ùã´ Â-,ÃT(r)Ò×J Oþ I†¶ ý5mtôÂV(r)¯ ÷'k
/ñ["ºãû`ÿØ Ã ¿b-¦Ý† 1L‹cˆMìVì5
WU±Å1õL[
p"±pa$×ªþÞÄ›¿Úâšd0þàï×aE?†¶×V:¶Aá×µ" ¤;¿3/4 L'wd-1
% Ù
>(0d| "öµm°(r)ïk
-...v-ý·´Òü ëtÁ0º¹n-kÚkïØM4¯°"i¦ °(r)¢>1/2j¯ ×L Iµ° ªvõJ...,
.Hs¹UÊqãBØa " 24ö †KNÂ ººR!† 0ž... Á Ó ...ì!Dà
Â¸ˆŠˆˆµ LÉÂ hDDH< DDDCˆˆˆˆˆ‰"
""C`É‰ ÁADDDD|q é%Kê¡uU ÿÿÿÿÿÿÿ-'...ü›‹ ñI°$`ÈáI›%, åJW+33/40š›Ï ã;HÊÓ%Ìªçh
"g
...,
" Ø¡0Bä@2-‰tMÞ´L·U ª"ÿÑ*Â " "ßÂdé v d["ÌŠ ð3/4¿¥äþ¯1/2 Õ
¯...1/2 éh
ÿ×Âë§öè‰ŽŸÖ´*éÿ^3/4Ÿÿ&¢ ï@ƒwú¿êÜq-Ü| åŽá\ oA uûõí%ü ÞŸ~(c)3/4žö...,lGÖÒ_÷Ivéz
¿VÖŸt·ÿ§·êßÿtõÎÕ
íÆUù>GWoyZ?<jadh-ú"I²¶dCò43³Qr¦"Xgky¢àˆt ~KŒA
9pBœÜCb ´!ð2 C"Bš a·Ÿd1 Ã"
S "l ó - 0Bób"
(r)(r)†¶Ê°"† 0@Ü" › ê
NÌ
ÌSr
Ô&FDƒ@Í°D>3c&3Ìœˆƒ:(tm)ÔdáÊ !²#:3(c) ! 25šÙÁ"ãéê <']àˆc8A' ` ÿ,
" )Î÷ôöÐi"}'{,
¦š"ô Pž a=>1/2B

A      "    Ì v  †)>Í‰ža          ä¯| Â|&Æš|...ê-Ãí
þž𝑓        ï¯¡z    uß]Rqa


 ±îÐ§]n-;L  o ðŸ ý4!    M
É{Â  -¶úAÈ´§  ¬îŸÈ§tÁ"C  ëä8ù  ŽOßÿ-Ü...w¢Y¹:<!¢sh‹
ý(c)  Õèv±È§ñ|\-;‹K  ¹* êAä_y  äç3-  £'.‰Õ5]¬  -"sh-]5£7"ÒB6ÊêO*"Žw"OÓ1/4´X
tN"  nEö,äg%ô(r)Yï~g
"å‰œ,sDc•~BÛ3h  |,
Ò  #|‰    ý&ê  zá>  'ê(r)  nŸ3/4›§è6,  ín¾3/4  6"uQ  Õê1/4'§§a>íPt    uí    A  ‹Á  w,  Tdsò,
é6  Ù  ðž¯Tôôô      ""Ié÷¿¿é÷Òz{×Zÿ§VöÿÒéý+§úA?i
õö  ªm+Ø^-¥ð-"í=:Þ  ¯]^-uÓÖ'ÿö÷]}û"õÓýÞ¿ö"Ð¥  û
ÕÛN3/4°iö´¿ú~  iz%  N=Õ  ÿŸbÿÞ?M(r)Ú-ý"_êô}  ‹þ÷oé8O¥æŠþýWjÓãõí>õô•÷ü  1/2/u÷ÿ¯×ß(r)¶
õëÕy5~ŸOë|²O]×¿¿ÿ¿Çuÿ3/4õ^Ç"ßW"""á~è  Òiû#B1/2~F
Vg,ÿë(r)þñvnM"ípZ¯õ:  jñ"¿uõUZïáiýú(r)¿ÿy
 ýH€ôk1/2  €}¿PüGNßuM  §¡  ¹.  ï¯÷  Jàµú_ÿ¯w',  f O¯öÈÐVÿÿø]ÚH  ëÖÂ_ÖP
_k¯ßþÖ¯µþ  ÿMð-_{¤ÿ×d€Çù  ZõuH¯
&ûï¯  ‡3/4ª  D8þþ°Ÿþ    ×íõ¯ö‘.  Ö"²
÷"¿ßÑ    Ïo  G5/]¥-  @°ô~êö  --]ú"Ÿ1/2Ò        iû¤DëýÚ"ÏÊ
Û-/  é¤‰   ÷_H"  µ_ê²Î¿e+¯÷¿  h‡Žý"Cþ-ýú  ,?{÷ÿ,?z¢GÖßèš+ÿ,  _¯Ú~úôê1/2²"ûòH÷þó  Ýx
ý_  è‰÷ÿêHý§ýtE¥Ö"(r)ë_,ABî÷Ð_ð¥ýþþ×ûŸZãiv'  ž¿çGÿo¯¶¶M  ú&Gû@"¿ûÐ%^û×Úþ´-úþ3/4÷×Ù
ª öëÿ\ÿ\è×1/2×µû}{ôµ1/2Î¡ÛôÛ¯Õý}ú[þ"Ü/~÷ý?úÿÿtþ¿(r)éêñ^¿mþß-M:U^ý×ÿ]¥ï±*ïß_ûëû(r)µ-ë×†š"ýR
îÝ-ioÿö"|z"ëÖ¥_V'þÿ÷¯ ̈íµ𝑦Š×ÖÈ_wÕßýÛït¶ûim¥¯é  ØW1/2;_ÓÞûV  î÷"mVë†"
    VÝM¬5Ól  mXjÃ[õÿ𝑦ú^Õ  ^  -øa.Õ°šúV  u´-µ-ýÂjÚWþõwÔ4·y  êÃ  šd$uö  [Uì/
Xh+      µ[  §ë1/2Ý¯öÞé8WvÖÅlqý  dpx`'"e𝑓UX¯*¯¦
È1/4


0N"‡u"çc"Ob-^PÁ{  Šw‰o1üll  È-¿ì.¯"C  ¿Õqh4þ  ßä    èlI3/4ö!?  cýü1&ýŠŠ  ‡ß|%zÃXv?
,  iv1/42
="È;÷Þý-†î"±¯þ    -Ã  µc°Xd,C        "÷"kjö›õö-Ú
‡  "÷úØ4·{  °R  ‡jÖÓk  ÞÂÙíkÿ×‰'ëÚ†  ÿ~ÃØ"Š"Ã-:k`‡..."
Ý¦        v-§ú˝šh0L-j  Ž  &𝑓3/4  T5  @¨JD    Ð°¨0-
!ÚÁ"
 µ°  {W}"
ôé5
-¤ÛÙ
ø^â#  Á  ^2†!
-Æ|sp  B"""""8^^°‡a  `"q  Á
au
 Út  CL."""#B"""""4
¦Ï²"uk    7E¨Vô
m-¥kM[VÂPÅFÂ ̈i"Õ¦¨PÁ0  , ̂  ÿÿÿÿÿÿÿÿ"qfw[&Á    e¸G2Yd  ùÚ†vEæ'3fF  +¤"CäSÿ¿R(²'(r)vU
5"...ÿÿµÂø¿Kméý>3/4¦tŸô"_k"ÿzÿ|qß    Çö-ÿõ]  *ë×ïë ̈ß¿×óµ0†¢ÉãZ;    3/4æ ̈Œ  :ÂHyRÏ
L
""!  ¨ØC(c)dÁâŸ±;9  ²    ù&d§:3èŽ    ̂ê†y@"Æx%ot  §eò¡•"GD𝑓Íj  `^d"        œ‰B
sð"%DvYsY  Á  E:ç  øE
 Ì  "NBhAÑ"
Ó      "°@Ê  @ÈaH  "¨ð  ælÐ  ð!¶  x"    ,  C  𝑓  0"•:
&  3¨˝t"ÎE  J

Ø‡ÜCsl†VH

   Ú  ÐD1ÏËT  AÕ Â`  ¨AÜXAéá  M?kOAº¦  b  a  ·ÕB

Ðh:1/20N´ôÐn¿7  Þ-ƒ¤öš¦šìZ  ß¦šÈQß  ¨A¢(ïø1/28†  iáW  ¬xZM;ãNðœXMtm/A

:%ù~Ñ<o%y  ›DnØ‹DnØ‹´Í¢~  è  ž4NŸY  ß'‹Š9áÉvKœŽnKœŸôNš-  mŸh-4Gaü"°äù÷'<"Ç#ÆÊ
 2]Bïï4Kƒ2?"  'o@ƒš\Ž¨jEÂ,Ú  hh‰  /Zm èŒ&  m ôþôîL8Bðƒh

zt  4,wjÌé  Ô"  ðN  o²a°ƒh  pwA6È1/4ýy,

œtôÚN-Þð°"Âiá;  MÓÂ¶  ¤ôÚ¿ôê"Ó-×WZ°...Õ...ÐnÒm  {Ât  õ¥Óý  è4÷Z  :Aºý>Ý?ûOO¤ÝSÕ¨
ué÷¨iúÞž°kéþŸpÂý.-I1/2/ßÕZý¨¸]õ ž,Þ8øéÔ¯ ×ôôõ›ë05ý?"¶â•õMÿ‹ÿÝ
ûuû"zi¸-ý×þž•ýíoõÐû¸áONž...?·Õ%-1êô·ïÞ‡ë×zOÇ¤ë¦íh  OðN

øký¸MU÷ö°íZª1/2*ûíì  ¸‡-àôµª÷ûý'FúÛ]ôê~ësµPðr%  VD¯Õ×ßaj"ØúíÈÐ]zÿû%A)Rÿd.¶×¿uúKi  ¦6S
‰Úúó¿¯  `Ù

F  ßM(r)•  þ-¿¢`  ß¿Ýª  q¯ö¯°};úÝ?}Ü†  ,†  îû¦·ÿÂ!Ý2

=  Å*Ÿ ß ÿ û w × á u 1 / 2 ß Ú Û  Ý°töAyý{~ÿô>1/4  ÿ}é×(r)á  ²@paí3/4Öÿ]ÿÂ(c)

r?¨D=¯-  1/40h‡  ¥jÒ  Ãþú(r)ûý87á  HOê¿-{È.Î  $"  W^°åÙÆ~Öd›þHÿ·ýó
p^"þ(r)-  ûëwÒ×ÛÍbz"N¿õ"  òÙÔÔÅÈÁšÅ²œGÛîþšï~¿A_Öß{ÙN94~Úí2
-"ûV÷Û["  äË¿_¸_¨ëZÈF  d¹÷ûöÝ¿ý÷up"ý%¤-
Íïuë

þ§Mò  í.3/4tuA¿A/Þÿ1/2w*ü7*ÿ¯úÿçS÷Üèûÿ3/4ÿ¸Iÿ]Ö3/4ð×õu~öíûÿémû]üêúg¬Ûôĺ¦]°ô³"þéû¦]uõ]ßó
Œ÷ÔwV•œ÷ï1/2íŸÿöĺ?ë÷ßMcþÔ¯jÿú¿"k  ªiUß  ÷  Ú_"Ýúwªþ(r)(c)¬¯¶"ĺ¯Ýß
}  ûû°ßuþëÚ¿  ¸_¨mz

¤ÝZî(r)×kíêµ¶-...ïv¶  ]ïĺ¯Þ-uûþ3/4Òö-(r)  +}(r)ÚÝ3/4ÃOê  WÜ4  ivšZØ^Â÷¶-è&Â^Ã
Ã^  IÞÚ¶Ú
Òcé~¨þÂ^ÃK}"¨á"  cäAÓaxiH¦ø÷Øa&°Šb1/2†  PÁv5ö?`ÂÃ  ï  ‹Ø¦ÈÿÃ  '  `Ø`(r)·
 Ø...øNEÈ

¸¶-tÝ0a{VÅE[  ë3/4"  }Ó^  Å1$ÿõa|S  Cý  G²  ?j  Ø§h1
AÔW×†$ß|R^øcb  X[  ...M7û!b¿  ß-Â
$ö(c)¨|ƒÆÕØ^Õ7íl-Ú1/2Zl0(c)...Ý†  -}[ì'ú¹  vÂ"  ,&  pž·j¯Ã¤¤

"Á  Õ†•¡L0º

0]  a
M(0N-  š
&  `†"0¨B
 Ó  Ö  O"4Õ
^¯  ƒ  ""6"  Ë(c)0B""  ÊV  DA-²Bb@"DDD3-•´  """"
 ŒG  -ê'ÚÝ¸Žø"V  MƒRÝF1ÿÿÿä->?ÿ-p5ÿÿÿÿä  (c)¨ÿÿÿÿÿÿÿÿÿÿÿÿùhµÿÿù-"O;  dhÈÔd±  -
3â¨ÙÛ^(r)&é(c)¨  "‡(tm)ž|Ó5  d-š  ·¹¦•*¨þÛõ`oTÐ{n41/2ÿÿÂZ(r)1/20"íwÛëÉP¿×ÖH+ßtª¿
'  ¤°"§îÛq÷xP1/2ÿ]KzÿõZ"Ôí/j¨¸M  uo,wöwí"ð§VEÞIU  Çÿ"ß\•d6|  †  "  ‹Ð¢ä†y¯
m  weö  ª
À2†lŒE3DpŒÅ5  $#ÄGŽ¬¨  ëœ#AIã...  †Âdâ  ãga-}  ·Ù  h=0šh=  °a  6  b  xN×
 h0š
  "
ì  ð@Û  ƒT  -  ÷Úíê1/2$œ6/  ÖÝªĺ[  Zi
Ý=;"¸Ðz|ÚZÃó  ¿¿k"iè  (ŸdKw%Í¸'víÂ"ú"û[^Ñ.hH¯I  Øq  Ú}"8qåÕ
_öÝ+ß¦è  ¸,
ðƒ¬Ž"GÊrh8"ô  'Ÿ#â¨´  y  ÷A¹  È~Èü=  öÚ
@ÚŠÿß×öïßé{é?V--'MÔ×  0Ÿv  õO  hMáøAþ»"5á¿{¶šÛ-+µÓzTõ·íl*oÿ¯mR
Õ<'¤»oIákDsÿ-1/2=¦°Zc^÷×ÿâÿ};]]uÿwÿW{¸M×ûzûN=þ?o]ý?Ân÷á^ý}n¿_

÷ßßÞ‹v'*¿¯ÿ²( ¸¾-µOªÝýý[¯Cÿ¾(c)m×šÃ' ÷D`>Uÿ
ª¯{ ï³ º.ïô"Òm¯³0¿{ïUwï[¢ b
1/4ê ÿßïÿä0}ê"# wé~?"ôïÚÆþ ¡ƒ¾/4ÉÁ ëö ¿×
ÿú nÝ ÿß·MéôBä0Ûê" ÿÿÃ ÿ|"-;k!¿ÒûZþ¨ ý- éö¨Œè O'DŸûûï× ‰ÿ(c)j÷ûëìµ þú¿oíAY
:§-EW¯È'uôòhö-× "u_³3/4ÒïDôÿ
' ê-ïßáþ*îÝ~žÿÝ~ï¶H}uJÚÓÝ:Ý‡1/2Úÿÿ öÒ-ý³T3/4¿ui9"(r)·ýüuzÞ-yÞª¿í~F>ÖßõöÖÓët1/2
ßÝnÿß bµë¯ÿÒÿmiuzOÚÒ ¿1/2Š‡ÒûJ(c)°--1î--¯¯ÿ÷Ú[ïÝÿq·ÿëÚ__íM
û-êÚv•¯
·¿û
+JÖ¿MÚ°-u
-µvÂÙ
êì K oÍ†xMÕë'GÁ¬0K³aÿÿŠ ív À"°i im¥ª-þÅ}D‰oÝ¨'1/2ŠŠØ' ò%¿x^ÿ C÷cûCØ¡¨-v¬/¶ ûð
ÖÂ-"ÿõaKuÚû ¿a_°°ëí

ðÂ]&ÚØ!jMÂØ'ÿûÃ °°ña{A"-Ëu† /^Œ^T
Å!a ^^hïÇ "F - Ð^`¨ 'Æ'"8^Â Q±Ä|:¤1/2/ÞÒÒ"(tm)LL(tm)‰Õ/Þû^êªC ÁDD ÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿþET ÿÿÿÿÿÿåš•I¹|Ž‹uqÞ'R -- dmL†á\ÍÍH
fC"%ÝÝ‹ -Nûƒ)Ù e Í-GS+°@ÉÁ'vPÅ ¨ÿ--kÃÓÉó!ºÆ¡§ÿ
-ïrbmßëÃ"Šaú-§úKÿ×û}Ýaz¤‰os(r)åík× 5úv3/4ÿÅþƒwÒ¸ÛÕ¿1/2(ÿpª-X´´1/2_¢Û-ßõ
   ¯×ß¿ûÒ‹ÿê¨ÇïñÕþ×Ó,vÿþð¯¯KH^ÉQ   òÝ;¬i•,ð¤hS¦xÉwJ{³ïë  Á  ûWUr§A'".e8§#(c)  1
9A RÍFDÆ¶¶  ]Nš<0A'  ±
¶~
ø!¯R  `d†N( gÁ
2       ,  ~@Á
¨" ¢&" "¿ïÕY)8† ... !È  2   ...öx   3¨B  `9
É !Ç  ¨
" ƒa aSáh&ë¸h0 è=Pv U1 !q"-¨=4ô wi{a uÿoÿ 0š @í>
  Õs0{   Å" v : ðµç "Å"-ƒ Âïí  ZÅ¡Å§é¢¯þî¿´ § "Ÿï±á>ôÂzh\qô ò v^ø9
  dKr  Ô-7´¹9Ã$|ŽÚí £ ˜Ñ,H‰oÕG  Ñ9Éïýé6ÜÎDX¢_"žNnB1/4ÒDæÑ?¢^Ñ
}\^‰ÑÉO  Â]U?, á7   àƒšB,
ÉP"²  ðƒƒÚ   ÃXn Ð@ì&Ð oé¿ÿnêî]
IÒ
ÈæÛ"ô ¡äGZ¢tÈ³(tm)°´ r?Éw1/4]ôô- -zMÓ          "Úþ"pV-ÓÂ°nƒ~" þúMý:]
""  .ë"  , á6Ó~õÌ:
 Â  3/4Eôï/26-[T÷]Biwúz°Òí¨]~"ÿü?ý.›(r)  ÿµÒûÒo
·a+ÃÒúÓ¿]7÷WÓû¸ëÓm¸ïï]¶"~î¿ÿõÕ̃ÕXÓ(r)1/2}
5ï] ê#Óï§ ßÓ ¿ÿõU1/2 ôôõÿÒÿío"}åþðÝAÝ;Ú ¿wé ¯ÿÿëÞ¿"
ßÕ !ÿ÷þ·ÕZ{  û -ÕÃö

=Z(r)¯`Âý7ÿÿ[¯"¯°ö¨{ÿÉ€ÒÿÓ¨   3/4  î1/2Ô  )
\oò ¬""¨Èá 1/4/ò Rÿÿ¨ßÚîê×"ïœ (r)Ý°_ÿ þ"öø1/2.2$ õKØ9
~ ¦Ö"¯ÁW¯{¿ïWÿ^ÿøD þÝá ï3/4¿ÿ{¿¡ÿI ¦ÿöÿ†ÃöÕ î̃0D Ó|ÿïÕ6Òëÿmß̃Ñ ÷µøD'ë¿ÿ ÅZ"ûÓ
Û
"AÜ  "Á† ×Á Aÿ8t ßU¯KÞ·"ÿ~ëäÈú ¢4 ë-Ì"í{ (c)Ô(D'ï(tm)'ÈÀ"¬,ÄÒi" 1/2å8tÈ¡1/2÷ß³êµ
__I_
-z÷,þû_öï(r)ß-Sè^ L où D }3/4¨ÍéH1ÁkÚt1/2ÒÝ~ÿÿ¿Ò*Vþ(c)oþÝwêî-Òü¨u·]ø8?·¢Ã÷'m-3/4"{"ª}
¯ úýú3/41/2ÿ¿~jõLêÒÞú  ôÛ¯NΒÖ÷of(r)µ¯¯¯ïÿ÷þÿ÷Þêî-*Ùª×§ôÝ¶]3/4¿aºoSïI~ýs7"p í/Ý(tm)3/4•}
¯ kjé6•{~ê¯ÿîõ°Ý¾3/4ëK]ÿöÒõöú1/2†  ×}öû-Òûßí}ÿ¶•¥-¥~¿

/û
ý§H;Oá§i0ÿ÷"í...þÌ×WëuiwÞyÚÚÚÚÜn3/4¶3/4÷   ÛHœ ÛT   M¥÷ûa'û°¿h+á...÷[VÒ]†,Í
28.ða-ë  >Û[Xf  CKá¶-i6•:k[°Òl/Zþ+b  4¯þ¿b-°‰oD\°`-Ä±ÿ    G  ƒ     '±"ÇÅ;"  "À`"g  †$‡²þ
â¶D-Ã
Óao‡   ¨
}µµ   ×ÿµ¯µvìWµ~-)ŠÕ¥ï
  þÇ   O...Ä.Ýö)Š3/4%  ø6(tm)
=ö  p¿
l*a}þÂßØ["^  Oì...w-ÂkØ-iXJmíØL+
`ÂéÚØL-ÚoÚ5
[bH    ÂØRà  0\/
   žá,   `"C,B  Á  ¶   D0...ö    dRÞœ0ƒ  #†   PduX  Âö    ²(ÐUÓ\DEÄDDDE¡
"""   DG    ,#¡
'¢       qÕTDDF(c)gaOì³Ú¥Â(r)'öªE\F!
Ã\2+Pð†?ÿÿÿÿÿÿÿþYJYeHÎöfHR°    Ù23
†xÈS;'3Ì*@(tm)'G¯*‰£µ$Õ  oÿÿþ°(r)  N*  ýk¯~öúÛ1/2ï_ëªÖ°Uø¿ãŽ/ûCë÷(r)¿¿kªÿï×ßw¿¿¿çjB  3Äf)
<xò  ÎèGs2O*C%ò¨7%‹Ì2  $£HÖ       3£)<ÍÈ  ¹(,Ôd,³\I  ÈŒY%3µC  Ó  0  ,
"
ÐÎŒÐPA  B,  Hf  5
m,  t  Û!Š  jK³ì       ^MHD†²S
    06ÆH
  Ñ@R    D(i`h-
vN  NfÄ  -  ... ,#
žA,"D¤   gHØ¥8È2!(tm)æƒ3  D2C:°  M8ô  Ð@Ðh8z
  Ò

A  CôûM  š"-žÐ&ú       îè4ôé
I"4ÕSÂiØA"  `  "°Aþ  ``Yú%-#  ƒ1/2uM5N-
    BÓ_O<MŽFíSÕ  °k   Ñ  ïAÚ¶œŒz
Š']Å¡I  õAéñ"    K  6^¸D÷  ûÑ9†ÝI]  ›Dù¢æí  -     ž$JÜŸ(r).Gy       m  ÷¢èÙ
=[Dq4z'í‹êEÆ‹£Ñ9ôJm
   fH¹1/2  >DÆ‰œ  ÃD¿  Ö-¦D"       ¿I°
<&íÝÐ  Ã  Ü  m&ä_Â3$  t  ;A?#œ"†HúnI  I$  3/4  ;ú
È¿øAÕ3/4Ÿ"ò-    Ö  #  Ž  :  :
Âm'   ŽE÷É  (tm)òXí-;M7MôÛé
I3/4éá6"uh.›¦i~´ƒÕ  ô¿..."¤Ý='MÂ~´Ýî´›...WWOM¨n  i7       ú¦Ð
ÿJëV1/2'µ"¯amÓ¤ûá¨Ÿz"ý6"é  z(r)ª°O
ö°Öþ(c).  ìO¿OZOMÓý7õí-÷ªu  }-ÿ  ŸéÇ(r)-}ýú¿ñªÚwÒ¢"1/2éüqáWöÐµû}W^4éª]oÿÕÿWÒ°{î  þ¿
ÖÝzûÖ-öÐý   _è=SëWÓ}_ÿ·h|5ílŸ_~ÿî-îáôßÑ.-jþ-õë,*  búkpˆéúÿÍ  ·"Ú
ÝrP/°ÿìþ  ßB?ëÒß³`r  ×Z(r)çP}ì,11/2ÿé¯
hnk  ò œM(wßVÚ  Ó!4E8O°LŽ
dP:ëÖõÈM  D¯"Öþ¿¶íbö
_[       |kû  Çù
  ¬†  °×UuöÁØ/ÝÅ(c)   Iõïƒvû#  -¿ÿê°ö  îô
ÿÿ~"úóCÆì'í]  þÃÉÁ  (r)œ"  ÿ  ×Ø:ªPK  -ZîÝÓoå
-G]  ]?_þÝò  Õ95tEž¨"-?u}¯ÈÃÃ
¢  õü¨âô¢  Ò°K¿T
?*D  ßi{~1/2iùa  õïhš-ìêÿ×ó  ØV‰  ûDg_WôþÍNK  Z${uó$¢D]]-/Á"3/4Â"Oß}{öõJ²,_ú

×õöÿß¤  z  ŸõW  W  ¢ÐZÛ_ÂM}:mîÊqjº"#·\ÕÿÓêÚí
ÿÒ[ïu¿ýnê3/4  Ýý  ø~-ôÿ¯ï‡¯D!ªü/¯a?õ]÷nÎ†ùÕ¯"î¹(c)Þõõ¶jDuçS-?Õû[ÿ\êöüýµlêõÿò  ¯Û·úU
µÕwÛU1/2"›K:  æÝ¶¹(r)·ÒÐÚºÿß
û¯Zÿjþöü‰?ÒWO¿-ûö›_ÿô÷êÚõõ*Çii7W[º§ºõzßöÚ3/4·þºì¥ßë"·ÿº‡]VÂû"¦ÝVpû_é´£ÃKûU´¯Iµìõa~×
T  ÚÖWûê  [
{
^êÿ¯DÿÝCIO"_Uáí(r)ê1/2¬4µ1/2ºÒûN÷ºÁ+3/4  OaZm`Ò°¹l41/2µa,¶  Òa¯þì4•†  Wa?µ‡¶-h?˜a^ÛK
°¿aa¤ö  é1/2´¡¥[k
.ôê¬kñJ  §bƒ  Å;  ÜŠ>%1/2  ƒ0+  û"ÝXÝŽD±&ïàÌ  ƒÙ    ÿ    b-˜(r)E-î  Ø(r)/¶FöÒc3/4ÂV¿˜¬01
/2"ÿ]SL&•,z
I1/2§
...‹  Èwÿ3/4Ò°(c)¯Ø'w{  ¿ø¦  p¶\$¡û!ÞÖ      ±Å01/2
ö\$ÇÃ  '†  ü·

'a4Ó°jÖ  VÖ  MR÷¯
ØO  û
}"3/4ùnƒWµµªµ°"...¯!ªÐkØT"VÆÔXB48e"°  ˜,,2ZZ
,3‹Ø@ÌYA>  ÂhC´Â    ²‰,ª
,  "
1/2Sƒ  ,  jÚ
   †
#Lv  a8a  K^Åe¸UP¶,¦"¢"  DF‡              â"""""""""
°¡˜,  †
-VšÒŽ"+Õ&˜¯õþ"ìƒM  '-V×t1/2%×DÈJ°"'•5  •      ·  ¨¡  ý4ÕUi¦  ñ
   0EJà¢"#ÿÿÿÊdgÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿà¤  ¦
k@Ö  \1/4øAµ¥¥ÞôèÕ3/4·  *õ}~-J1/2%õéWÕé%ÒúHHÚéi_éHqÈl  ¤/(r)  !ý\$3/4h\!]zÞ[`\  ÿÿÿÿÿø
€
endstream
endobj
92 0 obj
<< /Length 93 0 R >>
stream

q
505.67999 0 0 770.64 0 0 cm
/Im0 Do
Q
endstream
endobj
93 0 obj
40
endobj
94 0 obj
<<
/Type /Page
/MediaBox [ 0 0 416.16 701.52 ]
/Parent 111 0 R
/Contents 96 0 R

/Resources << /XObject << /Im0 95 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
95 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1734 /Height 2923
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1734 >> /Length 31868 >>
stream

ÿÿÿÿÿÿÿÿÎÆ3°Ñj  Æ  AŸfZÆBÑ'X¤(c)  ³¡(c)3  ³Ù  Œ¬¡Ù•¬ûïòv¦
ËëU†}á  çdJëk"÷¥ÿçaå¸5ýB¯¯  °ë"òÏ  ÿ_Õ\  !
u‡(c)b÷]*U(r)7Þ8a%&  ¯-°õô-=ªíPû÷¿ßjžŸ?ÿÕV¿{§[ÿS¢*ÅlŒŽ
§yOÞ@Å²
Žæ¬ìm§þlœ"vLe,!P"ƒG¢:LÒ:2-jd g%:  (D2""D¬3¨(tm)›P¯D#-Y  ¡  !  "  B

,U  ÉÁ¸"È§/Íašƒ(tm),-Ê  :ç^"  d  @^C-  4gVu  1/4h--~>Á  :ˆn@Í  ±
£àÐ31  Kæ  óìÀÈè ì
0e#  Eò-"ê,ä 2ˆ$  |È%Ða  ¿¦  ô  >ô-  5NÂ
>Ó@é4
0ƒ  ô×  ‡&-ê0ƒõÐ0žžš
õ@ÿOÐ†  &ƒz  6ô
¢  ‹d  @Éhs0CA  XDM‹á8h|\  ]ñ
        ª
ŠtÓâ  Þžš  môî×N·‹  ]Ú

0Ÿéú¡m§-úv(c)  Â  §äø  'E'~Eö‰pr+'"ùÁ  ù  ((tm)Ù  Ñ  >#ä^h-³9
^ñÅ¢_']*á  ÉMõ¢?ßr  èŠô  ÑÄ›Ñ'Á  à)?f  Ñ93/4-  õ"°"ö¨œÃÒD¹Ç"ŽÐpô  Cé
"ØA
é°r]Œ  Î  °w@ƒrG"á  w è ÷Ól‹Žƒf  î²>îù
A7_  :'L-,  Ò>RHOý?#£ ä$4Ü' íPA°EÑ¢S¢t(tm)°^í²?ô  iôýpƒôßOWPƒtÂ
ZÃë"A  á  Òù<  ?A7MúÓßP(r)° át,n3/4¨¤Õô  n"3/4,nHöá7OÂ
Â¿OW¿  Ö¨Ÿ-¨TŸª~1/2ö(c)é ª
ñ  ðŽ"WO¯§ÎÓéÔ?O  °°zoPõM·ïUI6•ûá°øõ¤¤ß¶ûu¶-ÕW"Öý7W\/é´  ÒÚ{¯ðÐôÝ;î×ã×M]V-¤"øÖï
ƒuÝ~¿ßýZöö•¨ÿ  oéþ°Ñ÷mPýõ÷ék¥iýõúuß"µ§^øõÕÿÒWý}/Z³ét›÷ßÕé]¿oÿë×_þ°"ÓIvÿ  {úNíwxk
ÃöÿÆC  ¿ýû÷â=  }*þ ªæ°3/4Õ¥¨Ë  ý"¶¹  'ïÖ@ÃÒ-öpi/²  Mý}Û¨ƒ  Y
¦àßÿÙ¯1Uþ1/2?Úñ  ÿÅR  .  §ßZï¢4¯Y¨1é°tI,ûÿ  3/4öGõûª zVé  d  ã¨ô¿ú
ƒ3/4ÿwÿZ  Î=vªŸ‡'"§k÷þ"MþÁ}ŸÚÅ
  Óúÿ&/þ¯_¨¦  Á  êü  ¸@ž¿Ò_þæ*1/2öžÖ^wÝ>žúëÛ°Þ¡  K_z§¢  ¶Õz
ã¿ÈaúÿþX  JC<m‡÷Ôû¯12Èßý¿§õô  V´éÚ#§1/2:×v  ?Õî-"Óõõh"? öÌOàÛ¿þûß,œ-MÊ%
Ò3/4÷Iw÷¿ímÛôÞúµ¢Ã3/4-^ßÄ_×ÕÑ0ßÚ÷À1/2mÿò\ôÿ"]*Ur
XBRÃí°ðë  ô-µt"î3/4Þúׯÿ×I×VÕ°Ð]tûªú¿Õ¶¿-õµ
šÁð}ÿÕ  ž"ÿ°ÿõ¿:1/2Óÿô¿u¯¯W"V-Úíÿßkwõ¦Î"¿ë¿ý›BÈÔf"Û
ëÿmWuêµî¿o":  ^ëÿÕÿ†þ¥+
Þª°ÚïÿÚ ú  úcæm=íÕê"úí(c)CèÔ§  öþ÷Þúÿi_þªÿ§Þ-ARß¯z  õÿû
wÿ¶-ÃWO  ö°a[Ý{íH"ÿ+_
&Õµÿ°Ú"Oa{¯  __m/
(r)-vˈò*þ1/2"...öÖ´1/2n•xa{§n¢(r)  ûÛûô1/2-...¿ö
n  IWdHÛ

%þ¯Ã 3/4 ·ÃJá' " a""L&ï3/4Ã[
1/2-·ª" a¯ì{       l Ka...î› ;KmmM>Á,
% a- øÙ Å2.U˜R/† ÿ]†
È¸(tm)   ^: ¶°I
ö    Wøãö ^
º    ‰'Å?1/4‹ƒØÚdAÒ°f
  "¶¶ØJ ÃñL'bL ì‡ ]"
â-û~$ŶÙ á...õ±L [ $?×d á öûcv"•...°"ðÈHvÖÖÄ.) Š'p0"WH4 ¶¿Úö ª Ã ÷¨ë† ]°¯M0ÂEº
"... ÞÂØ]¬‡v¡¬5µ^ §
  a,¶
jØˆ\A' e 4"&¥ˆž ˆh4+M Œ! ¨01/4 ÞÐÓGÓÐˆ"}¡
  Ó 5B & ˆd•¡ 4
  A--   † 0•"ì)n                    Q ! DDEDDDDFÄDDXB
Â$
Ä0T? IÉyª ÄpÚ(r)!ÖdúÃ¯Ô:˝×ˆ¡[[U3/4ÃH´  Á((r)'ÇLm V Â
+ `¡B
    2Ò ^ÿÿÿÿÿÿÿÿÿÿö%lµþ3ªv± š2mŒ·       Ça )T(c)3º(tm)Ø×sº" ªîwª+•ª;[Éå²eÿªz
...TÊäkj§e á/z;Ïÿ"i*Ò¶¡¿}(r)- w¯]×^¤Ü¥  õN3/4´:ÿ
Ç¡ÖÝ¯{ÿô;Û"ÿÞ-ÿïZ]~3/4õÓµõ¿ï]ÔíY ²²'  ×gvh2·&jÉj;0"ó°
^¥q r₵¨;È &b'† $
ãƒ#2-›KÚ× ‡AvD
: §Ã.  êC Š œÉ
‰  âŸ 9  -"  !- D 5†tŒ2 "h è^èàÁ GÁ2=fÅ)Æ   Ô(&r!Šš
† -
h' @É
Ø¡    "ÉÞ d0ñ"
3/4H    ~ ÍO/ˆˆdˆÈˆîÙ '×52,"-Ÿ"-ž 7H
`0Aöh 80š Ö
  2w Ða
  ‡ Á M ª "Â  > n˜M=>ÓAö¸OA· A  @Á tP3PK
AÓ‹CN;AªÏˆÿA ˆv ÅámôôÅÚˆˆi"h83/4Ó°,N.Fí
'ï 1/2jf^=x°šq
  íPy9"Dº`ùóŽLäQÃt' Úœè‹
"9hr+äKÎ9)'÷!!±¢+‡T°ã'ˆÈHh˝;"£D±ƒ."GÙ Úˆî -ê'?
  #3Dº,
ò/4K(tm) mÚ%ù   (r)äc† "}:      (c) m Ü&äy   #Cé
Ân 6
Ò
8A±aS°A1/2 £µDÎä%³LˆpA´YÚ        ÐAÝá7
  l- &ô'yPOMUðƒÂ WM ›, ú%Ú"Î  œ"Ü è-
è-3/4Ýté7 xO" AµÐOÝ‹&¸N"É¡7ôÛ  Ôéöþ›ô›iÒ^ŸJ›" ô›Këîä
ÓÓm;~Õ  -ƒi í$ o"]=?¯¥ZN-U ;W"
ÛÍ°ªKA=,   :N1/2 OÚO iBztºj þ"_éi[kÓÓ W ï×-Ÿ×ýú"  JÕíˆ...}>ˆÜ ß}bê×Ótö4›'·âôãð›qý=
éôºÒzºm_ªzˆ¥-5øªµ_ô7~þëo¥·^Âµý[Zúïø__ëßwõVñÿ3â×TÝ(r)Ý_{Véw '×ªßún'ößŶi¯ë_ë3/4ÿÿÈ üŒ ª
ƒ(c)3
þ(r)Ò_ÛO*ß(r)v ?-?1/2Çv@,ïÿëTÛYø+kŶˆ-w¿y
úõÈ@) 8÷) É"û
Õ.ÿ{ïªˆë�'ÎÂƒ°þS‡HŽ¢Š°_î-÷ÿˆ×B5ëô,¨ Òúuˆ :†-u w^ᴵ

GßÿÿC A×ýc¯Ò~Õ'  †
Âéêôëß"uoßî  þ×Ø<  ¿D8ý0^$xxaßwû°^žT  ïÝ  ¹û  N'  -‰;Ñ
š  í  §ßY
^°é"  -~öá1/2  ·¹
ç^3/4ïD'wÁ*k¯ûý-'1/2î1/4š7¿ýç'éäÜ¡2,ê³ÿíö1/4ÀZ¯×öð±¢Hß×Jj  Ñ#äíËW´*¤L:(r)
¬:ýU×ùe$>5ëu"r=Ô    Õ}  HŽÜ!DÈ3/4ö"ëú-ôûoî0¯ööðo,êØ^,µ‚Jõƒ}]û"u×H'
ª'îê  zÓ-*N°¶¯...Ù×ýÿ  §}  ×~  g[ÓT°}  ‡-4ßëvA¿(r)"_ï‚I§Ý²z}]t÷×o_N¿ÿûÝ°lÔ-ß1/2WM  "o(r)›£
SúZÒ÷ú¯†1/2Z_µO^3/46Öÿ¶-é÷lèß3/4ýzí+(r)Î¯-  Þ×JÎ3/4ý>ýg  m}¶"¯
uÒÎ?N÷²ßû³"ö  ý²  O_°×Wôû¿_kµíü¥^µ´  iýá¯Výú÷ôÕÛ¿W[[ûÛöëüÀXÿmUS§IŠn°Âté"i~-Þ•"i_×÷ÃK
µbŶû_Ò´í$ÖÖÿ}~×ÓVÕÂây~×ÚÚÝ¿Ù×  ïé^ß
*Ûií¶ï  µ]†-Ý-"°Â\4•û~  ¶-"í"šá×-6Ã  /l'aa"ÿ°á-Dp^é†  M^õ†"  m'Zl-†G
ö0Ã     ;"Ø`3/4ÃJ-†"‰›
ò&  \+Im]ƒ
ë
×l%  0"‹-
$  2,aÈ¯¶á¯±-ìlKuû  ÈÄ  þ
   ƒ     5í6•, a$  O
¬H±öA
Åk  oÛ    ÄbŸ
W"    ìVÄ+á¢&]    Äb3/4+¦
‰8ulWÒÈwÕ¿Õú+QW"çb£Š
"(c)  Iéµ†·"VØL+i1/2".†"
'k¶ÛtØ&  Þ×°·"m...ì&ÃTÁ63/4  NžÛ       *ûÙ
>[...  ì(`ƒ]  OÓ  ›L-i,  Á4!¦"  0Rà  †¯  %÷Zh  !  F0-...B  ["§X0Iå"  Ê  ¯  Ði!
"1H(  °(c)"ÔôÁ0¯i-...     dÂÂ   ÍµX^°Ð%F"
(tm)²TDDDDC8áa""ulã-  ÀÁ
.Q  HDq     e£UÔ(5_iU"  ŠæA;  Õ"×aV‹@DÁDGÿÿÿÿÿÿÿÿÿçbq*  gHÌ£&ùÛ
wì¯C Lþ[¬†Vy Évv  ŒÙ"Ô3$Žˆ¢fŒíÁáž:ß¥mhìnÿ    ëï  ÓŽÍ'Ù"ý¬--ÿ"Ù  Ôû
  ÿý  1/4/ÙbŶ^¤à þ}?øzUþ1/4!ëÖ"_¿×Úý'Jäï¯_ø  ëï¯ª  ÿÿö×ý¶¿_õ¯M~(c)\Ô‰š3o',¤@^{'¢!2
)Ndáïê^?&  2;  "  :(tm)
   ¡  ãb"åd€ŒŒñ  ‡'jz!£[Î I  Ÿfq±"æf"×  ¬ÔŒŒ†    ;/""#  h  ¯  D  !  `       [6)£R
&(tm)  A  (`ƒ  0^_(tm)...  a
"&¡á  t  ">)&!¬ŽŒ"  Ca*ÈY  å  óá-    x'h-x;"
   £X A¯¯A¢  "-""Bà^FÏ"B0ƒ  Aò¤u¦  @1/2¦  ~  zAîƒ¿L Ô Á  ê  z
S  3F  0  àƒ´B
-ƒÓN(r)Ó[°ƒkµ÷xa>Â
   §  AéßI;"
8‚ãïÄç ô-  w  #ê#  Á  ý
h44ÛM7Â  Aé§°líc‚´4Gn-,     ¡v°#¶ú¡ÆáX‡ à‹(c)?ïŸ
þG"ÈÏ‰í  Ç"[ôK  £  Ð@Þ,n  ÏÌ±Dæä"  [D¢‰M¦-  ò\ââ±ÐAÂ‰6<¿r/9>h  <‰osJOÜ‰Îèƒp‰oí^E
ö‰e  rg'í  1ÈñÏü  ŠM¢síè  n    "ðƒPƒoH üŽm ÜŒ"t›Òt  z
"
"²?"MÚ'6‰ûÐÃäLh ÞƒÂ}&éÐAêá  î  "Ýî•"ôÚ    ZA7  7B"z  é1/23ÆG-"uÓi‹'µ"á: êÝÞ-&áZO
‚M=SpŸI‚Aáz°oIái4¯  é'I·K-õauMî×Óûi_  Û  ^°n  ú
ÿÝv"{M}t-›Ú3/41/2úznÞ¿ôÝ6ý  3/4ÓWë¯ÓÓkMÔÓMðŸkzûûÓ(r)í%o¦éÜz  L   ú§´ƒ
þéé{Î?ûÎ6=~5oX"ÿ¯¥{}zö:ý8Ù¿û}kI}/Xý.*¶•68õ´3/4¿Òôëÿÿ  ÞúkÞ¶¶û°Ù  5õÕ"Ó  ïn(c)àŽ:í‡Ò  ý7
wûï  Ýûþ‚/ð  ø]x_  ú¯(c)£UÑ0*ÐÇÿî-ýÅ)
ÐD,ïW¿×

Zíý A'Ã  îç@zù WvüÕu3/4·Þ  ¿±µ1/2B#¢`  ûÿ§ë· Õ2 oûU_{!4
¯\...'¿3/4;êÁ-ø  id0_ýÕÖ˜¯ß 1/2a,í×Ý_¿á  GÚ†
  þÓþ²>È"-í" ò/ÿn(c)¯D  Þ_´é?Ñ
?ßßý§ëëáÿ"A¯"¿(r)1/4¯å  ¢  ªí"A#ýïþÄ   §K
×"sÙÚü-   ÒíÒ þ  {WX@Ýô-¿ï  æWÚôôBs-u[Z~ö...Ñ$]0m  Ÿ  ¯ÿ!‡aþê  wèG  ]1/24I  |  1/2×
DÈë*¦ÿê¿þÝ(r)‰#{ß1/2Zÿª
èƒ  #=?·ÿÊqN  {Tè§  []þð°\--~ákõ°÷ÓíýßïÂÿ¯µß¯ëÎ•ƒ
O_Z]ø9  _"ƒ{Óúõ(r)ü>íÕ*"÷ÿ-(r)"í  Ï]}/Ý>¿Uüêÿ^ÝÚWôÿ¯
†ßÕCí\êƒ²¢°ÿ¯
ë·×(r)¯ÿ^þ-  _×1/2-  Õ"Ó  î¿§(c)§(r)"Â¿ýÝmjßö1/2
zß(r)ù>ú  ýÕ×_î·ûU¯÷ªý>š  ÏiN¿zýÿ¸n-öq(c)Ëß1/4õÛß--1/2Wµ¿1/2ª¿ßx  þ¶  }&îÕûTÂûô  µ_l/-(r)ž
Ý÷ßßïÿ¥÷ÛXi  ì=°µ"¤(c)W...ÿÜ
¶  Â¿í·¥1/2."(r)ø¶-ZMÕÄK†  ×m\/M-¥þÚÝ]¥í(r)  JÒ¶  _ªamÓµ<l5nì-ÚûkÃJé[Já¤ÃI¤C/û
a...Ua"áÕÚPw±VÆÁ"  ‰`ÂXO"PÁ¯¯ ¯mmZl+ö¶-  cöE-Ã¯ÿ`Ø0¯
+[  [ë 6 J .ÃI 8S
  @Èÿ"  £}Ž!4Ç~û ñb  Š  ö8"ÿÈ£œuaU^Jò  ud,X[]1&=...~ñ\BêC  ¿]  AðlTBâ  ¦)ƒþ(tm)
C]  ìö  û
¯VûL†-"!Þ  [ö"¯...°Ÿ
U¤ƒ\-6  ...kvÕ-a...ikí;µ-øk
&  ÕCA""UÈtÓ  5á'ÖÁ  `  ¦  ...wµ°µøOµi°S˜^C  !""  Á
°  "  U. VÁ  î"
  Û  °BÂ
  :.,IÊPF9Xbh  &  DMhZ  `Œ  !      D  %@"\G
&
´é\¢'"""CÃaÇ        !¡      ÄDDD§"DF8øô5HÊÕë-
]U+[&æ¢è³ŠÚÒÅ`Èâ_išÚÓ
,Â
*  ¯ÿÿÿÿÿÿÿÿù•:e°Æd[  "^þ^WÕ  Äæ(c)'X‹¢‹OFJ°êBüìÂïWT¶¡|%§,](.¿Ú¥iü    zñ¡ÚkZ"õî¯ÐõK¿Úÿ"
úÛ×;  m  Ñ  3÷BUÉ]gw°KÜí;Ï³bà§  ±B!hY  "7
œwf  "  Ã:DáÉp¢ øá Š "VBèþÙ¬Š †!Wž  !ô{BDj  ¯Aêê0Ÿõ  0œF¸@ôúÂ
  ƒRp¯M0  ";@ðšõP"\7UN  m1/4^Ýé¦ƒ°N/  >Â~ÿÐV%os3/4¯äç'G@È8|œÜ  uq  %ù  îEÆò\øÁ"=
Q
ò/7(c)    *3/4DçAÁ"<‹ÛK á(c)  =Âî¤ýÂoA
ä²aÒ'Š!ûAÕPOOü-%Þ  v¡[ôÂ›Tƒt  Z~  ìwú1/2&ž»µJ  ]ÕµØÍôý6ôõ}7ý~Ÿ...N¯ßNÂþ¿-ê  &´>I*i(r
)¿ïïV-Öó>(c)1÷ß°¯ûýÕGúýï¶ÝWö¿ªª1/2ð  ë×^í~ÿ×_^  ÿkÙ    úóÕöm  ì¯  D¯N¯ÿoé  1/2=tIƒ"Ý\‡H
ýø^õþ
þÿKì?þÕ    ú°
õÞÓí  /Ò×þ¹8_¿è...."ûá¿þC:°}v^#ÿ  ûwÕÿÿ^^³¶-j  ¿ç+êjè‰oïÿ?é~Ãúþ-{-Cw"È.¿ûÚ  Ña¯÷ÿÿ  }ïõU
_X?zÝwÿWöµÿú  ö·ÿJí{ÿú¿_ZKÒ{ÿ¥·ì¥ü~`ùçòþçCúÒ×òúÚÿ¯¿Ç]jÿûÿµvè}ïÿëël/"zÚ[öÚÚUõ5Ýþ  Z"
K¥ª}oþ  ¦û~ÃZ(r)"Nú1/2¯"Ðl%¬ÃJ  Um  M?4x¯_àÁ~Û6  ':¹  ý,  JÚXtðî  ƒj3/4È#¿{ÝŠÿ‰'ÈÄ;
ø`>íÒ¤DÀÒ  X'-3/4ÝßëûaÚl/ò  Ýú†>év  +PŽ¿Ûý8³...<Eh  Mv¡,
}        ûðÕ°¦@,3/4Õ¯V/'""4"
  ^^^Â    Êt  X°"z  ...  #      ÄDGÿÿÜ5ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ§Ž§ÿÿÿ§ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ§Ž§ÿÿÿ§Ž§ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ§ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ§Ž§ÿÿÿ§Ž§ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ§Ž§ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ§ÿÿÿ§Ž§ÿÿÿ§Ž§ÿÿÿ§Ž§åš,D    ôW">3°G&å(îÅ
h)(c)Ù£#
ÌÕ§3°2'  ¶N S]fTfJŽvY•  !  Fh(tm)š
a(tm)^¿1/2úÙ  ZZþB8^"F³íÓ\íƒµë÷WH/kµÿ
-,·Dg¥ÉŽ
ý¿Þí  -    ýko\VûA

^"ÿTÁjí}S¥ýk^è{TÔqJ¿~'RÑú§ñý  -=-þ•F
4‹wÿïÛöé7ÿÛoP  nü":þ¡  Õ}ÿ×ýp¡%õá÷§
éY£ï'NÉÑ  .ämæ ÙSe'óG    Õ"%á$ "  ²q  Æj^g¦BÒ~}  1  †P  ¨gVlC¨È¯C  ôØDuÞ¶Jã,Ù ,3ùâ'
  ˜
¥8e8S¨EDJÈÆ  ¤    Ñ-N¡  DH  ¬ÉqHèÜJ‡  'ölzZuVÍAB  A
a  §{`^u  R  ‰o(c)  "  "    D/ND€s
  à@ÿxjßV¯N
¦   ×Üa  ›  Â  ƒðƒ°@ÉàD%†
 -C   ÓÂ ›'
"  z
;TÂ
-p^<ý Ó   "ü ã  0  ý  kñvÿ¦(c)ì ÓA-¦Ä    MVÁPÓC¯ ÓÂútäü  %Í  ,
ë  4E¶ƒ,#öƒ‡§"  ÿÿr&>K-ÆhôA ¡È  -  ûD±²/0^à4KÚ¦È¯ Ó'\4GÐƒDon/
...Õ^Nm ÜZ(&äÿûF§%ìÿg  ›ä;°Ç°@ò  ?  'ïE   ›"öO-þ  öÚ
è ú"ü¬ÍƒÈ¿"ðƒÂn  6,m'Í¢\,%FÄM¯ xO'á @ü‹øÿWZOCA°okZnÁ¿'Í Fd• ¿H6×      Òoëøx^Ÿ
ûO3/4¯é=7AÐ]==  ÐtEä  é:Aéú  Mkm+(r)'é1/2=°  ð  é>ß×O¶  uÿzÚzú^ŸWv›"ú°
Óp´  ü Õ%tè+Kêîê"¿uMôúKÿÓú]é6•äJÿê  zWMêý~1/2aéG×_é¤Ÿ¯u÷ßa}kn"Zë¦ý¸M÷]X1/2
tí?‡ÿÞõþ‡ªÕú"GT6ý¥´Ý:ØíB#§
tõõÒýÒ¨  n>ÄûKúÚÝ{ÿï¨ÿW÷Ûÿw]4--[¶"û_  -µµtÿô(r)ÝzÃ¿  1/2õÈ  µëë  3/4÷ïwÝx."3/4í¨"÷Ù³#^
Úî£ "T  úý§ë-...ƒ"áV9      ¯¤Òè_<Œ¸¤
þ›Úd!  ÿíÔf  õ  A7  õ²  $‡IÐÐ  ^³P?Ã:...(r)   :ïï° !À-²  "öíÿñ  aSöÿ  u
ÿ÷âîœ  ¿ÿÜÐ  `ÿë"Zè  Ý  þ-ñ  ~Ãµþï¯  ‡<_×a"G•ô  ýÿt¿ë¯¢-!¿vApÝÒ,ßa  ÿßé(a"Bç˜
×õUß¢'V´(r)è  "ö  Gý'"^-  ;þû°¢,á‡è•(c)‰ëÁ!óü...¿þ"×ì  D'|‰o".¥_¿-PM-þ"5‰¯ O
ÿ/_è'ÿëêè(tm)  {ñ_1/2  OõÐYõ-£"¨ê^²  p•rPT¶÷ßô-ï¶1/2  eý"øo"¥Ð/ÿÿZÈ3Õ¡(r)žX  tX  ÿÞþ•†ë{
¥~*Þ  gM  á‡  ßøöáý~*ûõoµeDjE×Ú¥ú¥W1/2ú-uiÂô(r)uo
ß÷¯
÷¯ÿÿKuÿÿ}  }'×:¶Ð²ö1/2_þÝÝÿö  ÖûÎ4õ§3/4·ó-ÿðÿ=w^°ÿ"ëÿ°  1/2lóõmuíÓéúW\Öí  ¿A]?_^3/4×K×
µÖé×Kî-{v×  î×Ö[o¥uu^^^^µ¿ÿ†°ÖÿÿÕûûtßh":§m}éý[Uv×îÝ  ÒÝ[†-"ïÝ%¦÷§V-¬5íµÂÿï¶-(r)  ×ùN
wßax"¶¬2è
ím+Öíl/M-¥î•¥Ü    ¦EõõÝv-`ÝÜ‹-Þáœ  ÄX0¬  I†  ûí?õa"tßïõÕvÀ(éš`ÂQ-Ã†  -ö  J%ŽØ0¨-Ã_ƒ#"
.;cßµš¦$Çö¯kzQ&ö*}Šb°¨ÁY    ðÁcƒ I'þÿí)  wvÔTƒ¿†  "ƒ^)...Ä&ÝŠ1/2ˆØ-V  êý[
1/2íoö¶¥¸M5V  Ø'}Ú±&ðÈx±±0ûÕ·ëm5"  "  ^Û
oÄL+
jÁ*°¨Iøan"É°¦(r)1/2ý{
  ma"Ó"hù
ö¯Ý"a+  -  ×ÓA¦  T  $á    Âö  z Ð†  Xa    °L&
CÌ!
  Œ¡]

    ‹C‰
  d
³  8`‡Å,hpa0Bé
DDD  5ë:š
',>""""""""4"#  ÿå  ÎëßKl/...
%...
*;\0Qÿÿÿÿÿÿÿÿý"c(c)nZjZ4    lí!-å
š<(r)-  ÕÉæ    Šv335    e8"La  µ'  Ž
  BÊ

\ bÒHµ+Ïó)1/2:Ò¦  Á
h24      ¨   x]ÂK'  ÎÓ¢M1/4%É !]¦ "Ó  ;A"
•ôýW$šõo...%  Ñ/h•°š%á¢XÕ  ÃM  Gh•"ý§Õõ
ô1/2%´  pfrsm:  6‰ppA´OðA°
¯ÿ×_"ü-°t  &Ò}è:M¤
6"mÿþ5Óÿë  Zn(r)(r)(r)›§"h<'J"×{ì~3/4"I:3/4êÚ°Z3/4é_wwïïõ\  g  ^âÐý=u~Ö•î(r)×',¨ÙØ4IRy  dUù(
r)&L_à'|ž0^ÆD!Ë
žfÂ>)      µ"Uúéµ¿úÊ@"&F
¤À ^|œ0^@ÍdÁ'"C
D2f5
5'È†!¬PD=  †&Æk
  <ê2€^@Í  p]'8"  0Y-I    ú`  Â  ô
   _ÿúûÓ×á  NÌ    < k"C†  i"ðf3^[
 Â   4   éÃ  a
 a
w¦(tm)£>Ì  5Š  j  3à‡PC¦q"
¿á  Ÿ±jf"  3·ÛýÞõÿ\'ÃCAö¡
 ª  êš¡ Â|4!...Â  ¸âÓ{†    Aîq,
 Â
§uÑ
  ÷'  ô-  aÊrÁÎ,ÀUë§_ªoêÞÑ  ¸´Õœrs  %ö9>¢-¸‹D|ÂÊûD¹  m  ÆÈŽä±-è-
±'
X¸jž°kwäOÂt  :ò/  =  AÅØ  ¿ë~¯  iûP‰Ü‰nKÒ%ì  d^p›DH¤-  <‹"',A¹.h'œ   >"
 f
      öi žE"^ü  ;È¯Ñ  Ü¹äè(tm)  2:
tKßá7MõûM=7lq
¿¿3/4ëö  Ü+a
A=  ø'IØ!§IØA(r)´  i&ÓOIá7  =
H=Ðx!vµ"    ;H:A°pjE  AÿZ¿ïMh'i‡"Î¯1/2  ë¥¦þ°Aé¨Ÿ¦é1/2'"ëW¦Ò}î>(r)-.fj•é5ðžŸzÝa
p°ÿ]
µ^ê  8Mßÿÿûúêõ}5ý%Õi5Nð3/4š1/4z}×Ý-ëê¿éëýê"þÖ¯  ¸'W¯Ã§i1/2_ëÿWWÇê  &ß  UÇT¨zm  î›ß
ûöé§îœ%u‹þðMßÝîÿÕîÃ~Ÿ¿1/2ÖÞú¿ôÚß-Z"¿m=ª×°é_×(r)  V"ÿVµ×ë-¿¦l  ¥ôîŒéá´ÛÚªéÚéjÿälM*uþ¯
dp]W  (r)¨Œ  (r)    ‡  ö\1°¯
¸aé  µéûª¯¥úXÙ
m×Ò
    Ýû°þþü¤
vú§êÐÚÙê        ^C
z  ‡Iÿ  ØÞ4¶Ýw³€2@Á?Êq?3/4ä{õ¯ÕßM~÷jÿ~ÿ  ªîûîõ  ü-øaïýêš"ê¿Çä¯0í1/2"  ?êõ¿ßÞÚíz°ýoé5^
  zkfíÕ...ÃÚ-Â
  û  ,›¹  5  K(r)C  ïï¯ýš...é$,ÿÙ‹  7×  ýû"ÝÝo°Ý~'  -ý-{fÕ  =÷¢'÷f    ÷æ  K-ÈëËÚûß(r)¯Bâ{p^$
oþB"ÿÿ%ßþ›ý+ëw"}ª&GnûWÕª-  #ú&G¦Š
*§é1/2
Óú¯ËÞðËÞß¤äY¿ý•2ÿ]]~ýúûW¯ýkª÷W  vâ§]ýmø?ÿ°¿°  þÂ¥î¤L  þÝ÷  ßýµý  Þ¯ðÞ°-Wó"Û¯ª"-¦ë†ú
ýÍKþÖö¯Ûô  °÷
/öÄ¦²  Óë¯zþêµf"-ú°õj•Ýéÿ́ÓßÕÝé  h  ¹Ö×JÐ6üÕ>t7}j"5zÚ"ÿþÿAÿÿ]õtþ1/2]?itß¥j"}×ö-ßýö-"u{Ý
_j3/4"o×Ýú
Þ¿(r)(r)·]"}¯î¯ë|5mm-m-þÒ¿Ýí[
ßpú×ÿmmm^¶¦×Véµµí*Öú¶éµ×ÛÔ¯ßiZÃ

ý¥·í"´
 &-Ý   Ók
M  "kk¤é_ý"(r)Âv  ým[JÖÓ[JÒ†¶(r)Ã[·ií•uµk_Nö].  J  I  }µØxIf        0Âö    J  ]°°ÂM¥ßi6
·   l%
{
  Cö6Ámî  V  If    C
    a
$Å0Âa†"2:`Ë‹×¯°Òa...°[*í,ÍØ*â¯(c)
~"  ÄB^LU0aX¦+'  1LVÃ      1Qj¡  Š°ØŠÞ%Ã¥¦%1/2Ž!1NÅE4ÅHAÔ  RÞ›ë
c‹¹  <3ao¥í4×éµ_x\Ba5±L*Ø¦(tm)
Žî...‹
º
  ÈWº¯m[!Ý†šùc¦  !a±á...ºë"
öAwÈ¢>  "  Ãj¡ Â
  Ý0X`  "  ÃA"ÂÚi-"  azûAü4 Â        Û^    0¨0M  f      XA"    Á85õú†  l+ïöþ-0B
²  "A"$

    A"

"
  CA-(XÆÁ  †Li  °"fCB""âKÂ, ÊØ  B""5‹    !
Œ"  `â""ã¯â""""""¢""ŠI  f  ."""?K  --YH  UÒŽ•Zl,b  á...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå²
£ü·Y"ºº¦\È¡  s<    1IY  \‰ø¢$Èè%oä-  ÎÒ  ,0ŠpÊ<
Èè3/4v\¦E    ^ØÊqœÈá°øÓ6  ¦Èê26!&)¬S  Î¡
¡"@Á
``
L  ŒØÁ  5  #c)  Ð2œhŽ¢d  2@fšÊÁ  M  FA  †*f  90  ^^Â)Â  øà    Æ¨mµW, ¸ÐAÐ@é @ÕÁ
é Óõ@êé
Ò}H      X Í@`ðóâÐ{  íÕ'ö  6Åwa  êf¿        ý°  |ë  †  Ý
oïAß]ª]"×á÷é(r)  ú  ÛM_¨îôûOÂ  ¥Uÿ{°Në}
ª  uéúm'Ö  /Õ§}ïÞÚm{ê¨ÿT
  °à¯  Ï£DI¸tšÞÝÈ¿  Î8$äT"-¹  ²  ¸õ"ôõê¯³ÈðÎÝYõ$'æ¢ôBóOäNl'X"p'@ ´D£5›H ¬ù
  G]pff¢  ,,(  "f"äX"BQé¢!Ý¿á
@"_¬(c)x è  ð@ß  >šMßWzh&Ð}ôõT-1Buèê, öé7$¯·¦îé["
È>¿ô›(r)  ÂTžþžû×ª#"¦ØvÝM:Mß      é  ¦ú°-ý/-',¦¯ZO  ÛûÞF?ü?
  T"ú  Ž°  K"]znþ(r)¿¦        ÀDu  8ø4-4Fëœ@&ÐWz#z  iûÜk‡BÃÊr{V‡I"ðÎ  ~Ö    ÕÿÕ
  B0Tÿ
... K{ö  Öt  ÷×è"õ/Þ÷¤4ýê
1/2+n"]þ

í‡Z°EÓ}uPkOÝ°p¿¨_1/20u  wÂþ²  'V
Hv*1/2+u·        [¨?"×Õy'Ô,
ÙÒä
§
þø·  ý  ×þ
î¡œ  {  fâðO×ä  a  àÁ:"  Q...¦%ù(û  ýÛ'ÕqÂ¥Û_'×1/4ŒwÜ5û Æ¤
¡ñ-õÃD-'ö
a¬Z¿

¯ÝÒø  ê$Â?Tõ÷ì  ëû.dv]}Ø  KÝðÿ3/4
Õ*î  O    ûÕ1/4"é?o`Òý÷ÞÒŠßa÷
   Gú°~¯ÿ ¢
n  Ž'0éÔÞþWí×ää3/4ßÞÂ#í÷~6-  ^ÿïä ¿ý[§ý¿‹a¥ÃØi¤ú  þá  ýÞÒop-íÓ  ¿_þÔ  _þïÜ-íwoä
ºÚ1/2Ã²  :×ÛÃ  Ž"U¿  vÿîÖ
ü    (r)F°~ôA3/4²é¿ø>æE⊕1É  Ô  ^Ø"?Ègqz3/4 Ü'Cä    K ø  Õ'Zk÷´áþI%-iê  ÕÝþ¿2
   †ø[ |-3/4;È@°¯'(
   ¯ }2à÷¡ûÑ&'ºJÂ#-µ×Öž3/4Esø_PßÖ÷ß
Ö
ÃiÑ£  ûïwÛ÷a¯A·  ~·d~
?·øB/Ý÷ZØþpì<+V4ýÒV)\^-v-¿à^ù(r)†ïzí3""  '  Â...÷ž6ð^úÿæ¹_xzýšïaVÛ!œw]þïïL
Z    °rEÖì":T  ?(tm)
   B‡µO1/4  ƒ"GÝì1/2Á]{Èõö"¡Ú¯AÁu´íìZi"ýÔwþï  GÛ§oZMxk  Á°Z  |  îŸ§ýü/]"]í}ƒÒ3/4(c)-Ô=
öíé  ëOaW    ûJ·¯ÙG°õN¯1/2ïm¿U#tûoJì/¯·×
íwV-°ƒí¹-m¥Ô0"T7kß1/2¥Ò    A"ïw  ¿  °-/k
ÃWëƒ¤"
KÃ  Ò¸kvÁ"žÒØi"¿ÛMa¹(c)0k!•T×  øé  #§l/Ã
#Wï    Þ  8¯Õ"`'·
ÈNR  A  {°Á.¢¶(c)â  ýâ
Ž  BNb"‹ºØl9  µ"aZ@ÂUb¤2´Qjýlo±Qõí±ö×~éÞôíGMuÁþÅnÅS      'ûÓöÜ  ¥všÚéáU4¡Ó¶¡n¯Wì
-w}Ýé¤  ]¯UwT
-6š¦  (c)†¯
-k`-WÃKá÷ú[ao      ªí{ö"í$ì&¬5kÒØkul0"nÓm...ß    SëÛ
.ÚL5Ã  ×  §†      a0L,    #‡
   &

"/    9  ¡...,¢,  ]&C    3"  ¶Ã  \
Was"Ç  Ü°†íê  '!°`    Š",  šá                  Ç(t  C"ðœ±  E/
"  ^^^^^^^^^Ê-ƒ-@Ñn
^*6)  Ì#hŽd¥  F  *EÃ'|Á'ÀB4
   Á1œ
"o7-"ª^üÈ¡
S"G
B3#†'ð"x¸  4
sqpW#ŒÀj• ÔN  ÄtHEÁ¤è  GÁ´â#Ä|Ž  ¹tG  Á Ž
a¹
b1-"ì¸¤      EÃ9/'À¹,EÂLŒ  0  Èá
   ¹p8.
á            G            [%  Ë  ÜV"3`îs  Ò  ã  aÈÔ  hNCHrZ  ]Ï  ( ÐåYIÈ  ,  ú  098(2  †  bÏ
   AqÊ  (r  P^91"  r‡,\Ã-RÀì¡b2£...
Ø'Ü¨)Ê+8)  X!µ¡
.+1        ´ƒKbf  êg'  "#ÿËcù6&Ïçb¬ŽÉld    Hì  )A
Æ" gj¬ê!HD¶  BÔHr&ÔÈ†Æ    ¶  ¯l2ŒÌ¸SX@†f3å  k  ÖŒ  ƒc5"#
'  ØËAŸ  ç@Ë>0D
   '  Â='€¸>j
£á£(
   àæ²†  8  pÈü,€'U`Éâ: Å(r)"ƒ  ~Ãô7  ×~šÚñ¦;A"
µ  8kx@Ø"_¸õ  Ð;ÿn  ;Wá¬  Ò#öéÃ{Ón"Ûûéúoÿv(c)µß

íT/[3/4Õ;[ößßÞ  h?ÞÿÓW×Jí7_"Wªß ú}ÿõ"3/4‹  Ô  {o
Ñ  á"Bóo'ÑÈŽPï1/2  1/4Ý)6P9  [Uwù  5¢  ëZ#  $cI  îß'£$  ...õIp@ßÐx!<&Éi...  7ifŒ)-o-ªeAr)
ýúxK
×
h7RZ>>I"Ò1/4>°  ,mµß          ¿Ý7×A:~1/4  Ãë×é""úOAïßn(tm)Ý
Z{ì>ƒh"Ñ¯Óý¿ÞÙà1/4Œô      _u    Z,Awã}...ÂÞÓ¥M‡ußíéÁ-
1/2-Ð;·Ç'G
o·  ¿  þëàÜ"7¤-×AB]ëÓä  Èõ¤"úÕ_
ÓKßípDu1/2í×L¡
zµÓvÞ3/4ïñ•"m¿úë
Ö  zÜ&  ºZ‡          ;Ñ

  í  ëX"?*[3/4žëTFïWm/Dc²:^"  {
TòNðÎ:ädÂêœ7ö
-v          j.  - Èà3/4  t÷jþ÷,#|ß-¯b  2<G  R  Tÿô    /D1/2W$î'í.
w,÷  ¯  ú¯×\?
ºÖ,ˆí  ØG3/4û~×èŽ¯1/2  Ð"  ¬¸1ê×¨dpan1/2¶ÓZ×û¸}]ªªß}â
,~ðD},"¨I[1/2ÛCßÿza|ÿþêÁøoX{zJºÂ,.1/2¸mÿ°°¨°  }é°÷á  ×·Òè7 ß¸}¿O
  îŠpb¹
ã,éû¬  Þ°ÛJÝt?n·ßd,  Ô0^ÿ}|  õ[Ø7ZB"=(r)ÈÉ  \Bu  té¿ƒ÷V¡rZ¹  IU  u
¿k#&Aqû¢¬,-...ºOT  =ßPÛL+ÿ¶éÃ÷,PoMwéæ  AÖŸö
È  VGÃ(c)x  oï%àý-mµ  4ÿú-§·
S  Ç¬91/2Ø/  aäi)0q  Õá[zÓ  Du"  -ÅÿÝméŠ^ëa(r)S"J£æ  1/4"?"¿ü=1/2ÿ'~ƒúá:
ï"¹-ÿ{¨tÚPÐp  Ÿ?Õ‹  )ÍÿMÿïz·Ó"{kPQð^év3/4ûZÕÃßìàØi¶ƒ¿[{[íûÜ_WÿÂêÞµmÿÿð|l  _"û  ¯ªÓ}3/4-
  0ªêÝj@  ÛOJÂî¨î6ªÿ  "  m¥Ãßÿ3/4òU0ÿ(r)ûk
PpPk¢Uo´  =µÂL0"ì0²4-¨[•V  ]ý‡1/2vô"ÃJ-+!Îà·
"
,=5|  éù
Ø4·  ¶",#áÚ  †·Y
¯ý}:mû
ð{kB  Š  Ê˜fÁê*@Å§§Š³1/2Ý  )Šö+àí  v$ÇIXDuíÿý?lBÛû[  -[oâ÷Ø^é7Ân¸o†"ë}ô¿_ZP(c)v¿IátÃé-
Ã.          .  øk"÷1/2{"}
ßÛ-ö  Vß]°°ƒ  í_°{
¿*ýïïÂÿä  êü  ]°1/4/ðh5á,Õb›
%¯mÛV""k¨Á¨ÂZä    -5š"(r)q"
^ñƒ&¨^]†S¢1÷È"^0(r)("    ]  ‹*ÐŽ8†"TDC(s
    'U"T#  ^^^^ŒÃ,^^^^^    ^^Ó¥,Ä¬(c)(tm)"¤  *L,29  ¤A  '°\"  E£q  R    H(c)¢:#òl@f  Ñ
  B#ƒA:#²8B8h#lŽ  Î¨Æ\
  'xŽ    |Á-  yðÕ#  á¤GEÃ  6  ò8d  ap<5I6m      ^^^^^^^^^^^‰
  ŸÎ9œDEä6
Lr  (r)o!¨ƒ[    1/4  Ò9  d4‡1Èi-!"
†ÁÈŠÈŽHh‡,Ç)!
,L†
É  H="Lör'EdAÏ³  (âYB¿rÊ\DDDDDDDDDDDDDDDDDDDDNÔ(ÿÿÿÿÿÿÿÿþd"  2¤[‡  ‰(c)Ù8...H†
€ËØ(c)  ÃLì  Ì6*'6  •
l-DÙ  F  Wtì-A  ¯Ó÷-°ê4ü.¹•}.  RQ  gõ[}×(c)9  ß(r)(c)/ÕQ(rxx~üÇ]:ý/õXÀèLÎ-Ö"ß÷Ø]U
Þö4/õ×_  UþéuïW1/2~
  °öö¿m}þ^£ÂþúéçaU  W(c))  ¸  /Ñ  ÓL(tm)D,³(c)•(ì  $"Âÿ(ú}"  !  ±A  øl

Ãág" 82(,4 þB    "  ‰Ö    lÙ  !ê!H‡$              ¶H
j   ;6)¬!
    ‡A
2    ´.Èœ
ê!
@Ï‡  C¨/Ë,  ApE  ]f²S!ê"Ù~\  $e:3<˜    ¥"1/2×  ƒ  7Ó¤Õ4
¡¸"j  "   ô
 Ô Ðié¦  =Phh0  (r)fA ì  Â
i Ðv  zw§ Á  s´Â
 ßLð$0fí˜  zêµ"ú~  ×  AÄ  4a7A¡ÅZ~š¦fí4×O  6-S  S¨¸´-(c)¡Æ  °
 Ó°ž  ÚV1/4Žü[%L,ã"  ¤pÝ  æ²-
Ï#¶...¢8Z%nE‡è"  ‰}  ç#  ˆî- ðÑ,fm  Ûdhq5´E  È¯Ú"öÜ"‡!-§  ŸÑ  ú
.9  ø¨ðÂ
×(tm)
d}
sI¤D  ¢èä^
  Ü°M$  h´d%Ð nDt    h  ?
´  m  O"ûA< ü"v
  JnGÈ   £"ærAÒ,
,
4Lù  Ò  6
'qIs'x;@ŒÎøb´µo§ÿa
Aá<&Ò  ~¨    ¦...&ëÝ&Ò  O¿  è=_]Ân  Z
"ý_]=p‡z    a  Ðy  Ý?ß(  ý&õ^*IµuOk-§Kzz}iátÚM1/2:Iï¯¤Þ×M×Õtí{Ò\'Õá7OWô  W_^þ'[°]>¨ÿí¥
ëüZˆî?ÓáTþÿ"¶¶/éZ]
(r)Õ]p  Gè"¿  Úý÷¦ëiÇá  ÂêéÅÿn°{ë§ñúëÿßZ¶Ü~"Qûöý
A´  ¯3/4"×ÓÿÚ[ôëjû]÷þöœ?Õÿ¦ëàþ"ô÷    Aý  Û  ¦°3/43/4ÿ
à{˜Ë,éS    þÕ(§  t΢  Ó(c)pbE  ö...AÐ.þÚÙà¿²
ÞþB  úZÚØ?Ï\(tm)‰  1þÿ¡Ö†t  ä  o^ÓVH
øþ8?í  C†k
¨^°  kÁ¯êu  šÁ  ²  #ÿ ë-/O


þ1/2  ¶h
af  ô¿  ÿöAÕÿa¹
  zÿ§Ö6þœ  p¿E8.·á‡{ÐÔ"-?ÿ{ú!  ÒàØD<}íh"
  ÿ_  Î  ¦ù  fÂ
f(r)ý  ÃµuxUD-õ°Ÿ[°ý~è‹Gï¿è²kf&B÷#  DYý:yÒ  Ÿùj+,kN³  ôBsäÇ%_veoÊp>§V^{è<>øD  ÿç@þÿ
Ð*ÿÿ{ôI  "$L‡{¦1/4²>ÿ@Þ¯•ItI
¡ôÒ×ÊûÑ  ú&GôD¢¿Pzüé      =  _¸^    ÕîðÒ  ïl"  î  ¯kznŸ
ëé
K×ë&-µr\ÿûuÏûÿš×Ñª¯~-/Ú5=~ÿ5áþ-ö1/2=z¿  oü/(r)Õ¤  Þønÿÿÿÿ¶f1/2µû>wV"v1/2-?çVÚØLÛ÷":2
  ¿K¢W[UÕþhÕ%ÿßÚÿ×ÏßÛÙ¿¸õ×õÒ3/41/2êÕþ"Õ~×Þ°µôµ×ß1/2o(r)ÿÿK_X}×Õë_´´ð¿¿ÿ¥i6¶  oÿmU
´-}ö  [¯m  ¿µ¯m+éêß†"ª-...þúÛ^Õ¤hö-oï~Økk
%kv  Âû
&ö  pŸ¶  a-¤ÚÛÔ4¯i]...á÷öµÝ-}Õ"¶  l/am/"é±úÇ_"çê      !¤Á...†
Šf0  ãØá,û    6
    †  EîÂC  '0²/0-û
%|‹"GßÃ  p1/4  %

Úp×Xa  ö3/4Ù  ßp"Øb¢¯¦%"zbI÷²  ûi‰!ÿ  ƒ!^ÆÅk"  ¶%Žî÷ì1]Û  °â¯3/4$¡±Ô3aâ  ìtö  m0¯]Ý´ú¦
vÔW[^Á0¿
5†        ¦ûa4ì'wÖ"WkO(c)
=XJÈw¦Ä"ýÃ
ÖÂN•...§iºkJ
)p  a0N    &        íC  T  4á7X`‡h0š1/40L ì-Ã
Ä0¨v        j  Ö
ðÂ  Âö(r)["-Q
!    DZ    ØBSâ""Ð^^^Ð†NDÁ  †FhT  Å,    qaxaZ    Dq  ÄDqQ  DG"d‡-}ÔÎÆïð×´3/4Ã#"á"
ßÅ\Rö¶3/4Ál/bÅ
â"?ÿÿÿÿÿÿÿÿÿÿþdZÎÁ#±Ù*e  ¢+"  È  M)Qœ́ÍVnÎÒ(tm)Øñ)ÈñpÁ¶¦a  ‹µ"ñjÏ,(c)fo°¯y
ÖEãžTQ  "ì}¦§kiBBë
ámØUýèwÒP°¯¯-}´é  -O3/4×eÒ¨š"ÿI(jž˜šÕšé÷Ò^"ÿ-†ëõU
l;kÅÛ¯÷ÿÛ8aj¯¦à&']=^?ûúð°µÚÚÁ:þÿiZÿú¤1/2íáAU$""YSƒ‹üì_uÔw(r)pB/œ#1sÌ•ç  8¤C×Doè§  °Í¯Q
  30"
"  rÎ  Z#wT  J°â9  aó"S^t̂l  0  ›-y',  3Œœe&x^(tm)  †QA  Y,%ÆS"'  °5ƒ  6`3çŽ¯LÑ'
4
Á2œDÐh0AÿÖ:  §i"  CÐka
{\   ˜ ;
    /Á    z
°ƒ°@Â  š
"  ,ý"  0  @  ê  4  ^|&¶  ;Û3/4¯N$8aêƒO¦
  -D?_Mû¡Au¨  ¦ºh?C÷ÓOTïA§iÆƒAøAþ
ø  AÆ        wÆ¯Ž¡Å  ii">vÎ99´¢è-n!¢\ØÓj4ä-
  =Q  ú¦¦Èûò,  ¿¨ûÐ-1/4    %qâAt"ÿ"£}  žÇa¦'  "Ø¯È¿A7Z  <Žy  °ƒk'6²%´JryÑ?rJ
£E  ƒ,(tm)ŽK  ŠæÃH7ì
Âé´  7&...p  ñá7$tßÓÉSCÕ  Ú~  ¤ÿAé¸N"²h  6ð  á6°  7I]6ú  7  y*</÷zt›á=  O¤ÿ
§¿K"éé·ëé¦÷ëÔ--ú}õuZzéûÿ5×OTêï×ÚúA°*°Òý,éë].ž¸WTûZ°ém+TØ{A6ë÷ÿKÛ¯úuÿÛß°ýGÇ×w÷ÿW×
uhwéµÇÔþž›xûÿ3/4¯þÒ^¿°K÷tëûõÿ}:1/2ÿÞ÷õ[÷ÿúî¿ì+ï^¿3/4ÿoEhH:1/2ï×Þ¸eÁz†(r)-  ¥Ö'u  Úß]W
ëÓ?'H]k~÷ßþú'@H=-k  ×Ð(r)-^^  _‹y
Ž¯ÿw×ÿxŽÝ{§µ(r)´¿ÕŠ¯1  äÚõzÿûz3/4ÙV  ïØ;ßÿ(r)ÿ}ëÔ÷ZM?ÿú3/4    pDt  >÷÷Kîÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
Ö¡ƒ  "  ÿ÷×ë÷"f    iïÓÿ¶ÿuTBpa1/2õ  oê¹‰â" j  D.~Y4
³¤ÿßýÿõ¯š¦;ú_ê¿WÑ$3XMwKOÿëtŸDZ~¬Š¯¿ÿ×uïßÿª§ßþ×ý$    e3/4Ÿúß  Ó÷  ÿƒÿÿß_¯ÿ*3/4×[-  ý
ØT  ¥ßé*ûîÎ1/2~  "áUÕÿõ×ßý›öŽ...ÿÛ°÷pú¦ƒ{ÿïN¿m  ìè~ëý  Z"  Ü?ÿìé÷  ¹Ðøm]  Ký6¿ôü÷ÿi_uw
ú[i=-  "...Û_Öïûë_i_z°  [°Ö"µÿµûßµµ°1/2_~›Ýz1/2·ÿZÿÕ    ÕÕÿJÒ¦ÖN¯vü[µõ°Â¶°ÿ¥¤Ø_ÞÕ[
ïä~×mm+ÛKüÌ̀ÿ°ÿjßp`¡¯êÓUa¥¯±ûÖØ[Y    #-°±±÷JÁ",ì*-¨"àa  ÃI']}...à\ÿã̈ƒ  ¯a*
TUÈ(tm)wb¯Ý¿Ö%1/2Šáì̈B{êô)Ã  ÿ"
÷×cØ¦*D  a,]ÿ°  w}ñQð›Ý5êAÞÈx(r)·µu~Ó!á†BÇ°Ø[_±%  ÚZaVÁ[ÿJÞ¿-á0-¦BGÿC
¬03/4ÿaXh?¦Š  S
µ1/40[    oimØN  A¦ö  ÿw`¯_CÓ
  Lbðâ.!,  ^¡.  5`‡"X  G,  G  O[B  !
  -  `"}...        DDDF"DDDDR        äØ  ¹d
|  mu°PÁXaXìSV¯V  ,¯ÿÿÿùgP£ÿÿÿÿÿÿÿÿÿÿÿÿ-¹ª  ùf°²a  ó  d`e  #`¹'
-gpÉ°U;&^VWT3Ììw    ¨j  Í†ïØSÍšy  e*  ¤Ià̂ƒ;9ÅeD    Cdö  (tm)V  -á
µ¨ïÓ(c)¬@ƒ"    Ÿª
ÈËó²L  õOLÍšÿk  Ða;ë"  "ø_Ý:Ò_ü*  Ðh  z ª...Dv÷_-i  ¤Èèâ"0ä  iï̄ê  ¢]'Œ  ^  {Iþþå  "
âNÝq-,TKô  A  }ÅISw  Ð
è&ø[þ*"h-  ýS        ¥¢ß¯íëõ

ûÐ-:*ßÂ...ßo~¿m&ú-îÖ1/2éÿ#  +Wú¹-‚'ö   -D(c)  Aõ÷"1r0×?(c)Ã ¥'$|TEuM×\+ ›Dqôœ
L¸¥Iv`‚
   Â  4Í   l
¨³ºöl@@Í¢" T    Y   Ï‡4  ÍŠ°Ê  Â  j  M¢  Âuwö¨´Fã@¦±'!I0B  ?   §  k¥WîÁ  ßM  á
¤   ¤  ...ý.ša   =ìo@Â
B  OÁ  Ó   ÷   kú@É
(A"
"

m"ð*f*   øKZ¯ë¬i§oÚ"ÿŽÓþ1/2
oq  î-4‚‚N1/2jë"Ða?ÎÐ"\'}'¤è-=  ŽïDxØ´EPcâ\Q  ´No¯¤Gm  M"_dAß§!!¢8
   Üä-‚_þl{u""[ZâÒ‹ŠÿgNKþÈÝB
1/4  ¡^ AäHš%Y       Ð nÝ†jù  ã   ÜÎA6‚>~‰Ï      Ð
×  ãÒÝé°òÏD¢D|ÈGÔ‰"Gšÿê  >ð...ÒÒnêz   OziÚn¯^  ÓÒÝ4Â
ý7       °z~  ÕõZ
(r)-ÓtÞ  Â
Ú{°{ÛUZoIíú}ö  á  ì-  Iµ‚-°  ßÒn›ë·ÛâîÒ-nÝµ"Ý=WU·JšÚ]ki/ß×§m"  ÖúÜp×Wõ  MVµïß§"û  ú‚
#ê¿Ó¥VÝ3/4  FíøOïm
×"  tÿµ_ÃÇ÷ñjéëÝ}SJ  {è^"iÿú-°÷ÿÞßz"^õÕ-È€(tm)4ŽYFžD(r)  þ-ëéÓjÚÓó;UÇÿû(r)Èâ"‚/è281Vz#
Šé  ^õë²t  Aí~*f*0
Áä`}þ
{<  ¥ú(r)á"  \-[(r)à¬Œ+×ë÷‰  &žD‚ÿ-"mçP  uz1/2  Ø=  ‹*f*Î
1/2Zï‡!ñ  ÿ3/4ÀD"þÿ#´$...(~õ1/2]ZãR´  þ3/4õO×ÿv-Â#r(r)1/2‡...ÿd1JëÞ1/4‚D5÷Õàœ      ûþ°"W´ ù
ïOé  G^×öö  t   nø aá  ÷°Ú
=÷÷|>  ^Ö-$       ^¿Vî ÁRi¢  ?Ë&¦  j˘ž÷Þî¶aF•  ľätÿ*f*üÊ>šxab-[uv  &*f*
   KÿúÕÇôHÿëÈDÈZßUê  {-m   è vö
ÿûUŒ-?î¤  Á´E§3/4þ(r)"5Pè/ö"°‚ÿ[¿Á3/4þøaî  êªD  ïk¦Ý'1/2_ë+#  ‰÷†úé¿ä;ÛZÿ³"¶Ýtÿu-_v-/§ÿ"Ãýþ
év~(r)Ý^ª  é.Öÿ(r)´-UÿwJt;Õ¯-û¦êfÚª1?":  -ô¿VrßÎ-ÿ{$:Om-§ZM´Ýú-ï°öÝÿÖbµôô°[Ý}Òêê3/4-°Ú-^Ò
ÿ¿WZÝcóÎ¸þ-õî·õúm.ë{"wnÚH5*¯mt-µum]_oµÿ¿J  ÇÚü4õNÿnö¥
môÿ†1/2³Ý{[-þ¶"tfä  ðeÀ†  ‚†eN  L4žÂ"Ò]?í&×ý´›[H  þ-(r)-ß]¯[
iwa~Øf  Ø0J¬  •¶EÂû   Š^0Ä*I†\Hä[      ö
   ö  R ÿü‚  A0Õï¨ama¯
-ì0µv+Û'S  ö![  ì  "Œ¯Û  ïövÄ&¹
CŠ]Š]  ‰o1ú¯  ÆÄ-ö6*/Ž¶
/ÚþÙ
G1/2ª§  Ä;ý¿ªa/°"i¬5Âí¯`*f*
÷Ú§  d-  Èb<‚ãîØþÖ¶  "ž‚0¶  03/4ÝÕw
   0\‚
c aHQ"  2:°   kj   i...
v   a0-ánÕÛ
é  ±Š*f*2}0¯L!   £Q´d"è44"
Ê  à'   ."0"],  !¯2â¡5P  Úh0BÁ0NÁ  1/4X\DDDDDDDE±      DDDA•"D"}BKÒÓÄ  ÿÿÿÿÿ
ÿÿÿÉ¹>+‹äÚ±  8ì  Êâ
W†d.òRÓ+"
§c  3³ Í³³  ŠG~²¯ó ¤þFmÿÈ7Ô(tm)¡ÅJÙV´  Îô×uZ÷{ÈÝ
x[Jµ
(c)K       õN¡ëAoÿ(r)÷_tÈ/µ
ð*ÿì_ßÿ2Cj^-¦¿µ1/2/úú÷†Ç"ÿ¯wýª¹  ÖáñÿßzY-/î[ú;¿u  (tm)      b•

:ŒŠžF
ÍŒ† Ç¢RgüÔeL›Ï2Y d
$ " CÙ ¨œ20!
0Í ¢$ _:é˜VldaþÙ8sPÊp‡Lùd ¥DK'ÝÂá ³ AÎh : Hf "-¢-"4 !Á" ŸfÅ ...†S‡
§ Ü 30L" ¢ m k`ˆL jƒO j "Á
EèOD:"j¡ !¦ < e
¨yÔˆºÚsò i "
ÉÃÓÓ êƒÓ† ~ 8z~ §è0Aè7´Â
-OMPh4-
è0 ú"×ë´Ð===4Ô 2†`PA-¶H ,]3
Úq
8ÓŠM
¤äLq^¨jƒ 5‹A±ÄZ#ç VÑ Û ò Ë ý0²7qvˆŽâÂ Ó~Â
-tÖ‰s¹/ÁKŸ -´Fò Dy ÿ ‰rdZ ú% OÜˆêEæˆñÈã!
˜àƒl‹b_Ñ Ú'7h %Á"r- 1/2 -1/2ÒåžË˜a
ôNŽäþ ;uM8ô Ü‹ØAävV "r3
ðŒÊÐA¸+'>Eö lƒ¡7@é ÌáA< n Á Œ:W VÓt-LëH:•t týú·O 7 ¦ä_t-N -6¶èŽì‹E¢]?Rá:Ü!é¸
H+Iúozv °ŸI´ xN-:MÕWOÓÂt›éºn-ž›ÿª[§§ÒxM¥
žEÄ"m| ft'(&ý==u×ÐnŸ§¦õ§W÷I÷zz~šÒö1/2ºë xoè'í}ºÖá}uï\!Ý}
Ý×Zñ¬ §þ1/2+t1/2z--î´1/2_ëÛ¯¯nî1/2 1/2ê‡±þúzt [~
¿úõw×¿-Ô/~µn ¯ovÒi[nºýõÿýê-Ýtû_éCßk[1/2ú ñºèzî ¿Ó×÷k×ÿ_"
º é1/4{ý(c)ðõ "1/2¦{~S"‡[ß}kÝ×_××¯5 øøÿõëÛKëê7zBöµéwxöA ]5ê7ÒÈa† ×ãöµ^D ýßÿò€_ú
N1/2U÷úÿûõoÕ...÷ëÞÃúêõ3/4ÁY
Ÿª÷¥ãØ;-'+ÿÿOÖÚý§]_ÿý¤þºÓä ...O×[
*÷1/2ý ð˜ wé ðoò ÿt˜D=þLrNPå ¤ sŸéÿ¯{ÿVË ±Ï0*1/2·"f&ÿæ'
1/26-dÇ! t°ˆ"ƒ{ÿ,›¿·
ì_êôE¢ú (tm)Gß ú×3/4Ö"E}˜ jª-o|" ×Nž íï&DÖ V"¯~Fäë‡(r)ƒ}ÿ1/2å†ýþÿïÿo¿ô´úþîýVò ×w
o Ö°{Óê×*(tm)$- (r)
ÿ÷::¤¿þ1/2µZ¿ÿ ¦Þ"(r)ß5 õš1/4;þ'ý¥u`þÿNúÞI•ÖF
úýné}³£vÎ(r)×]Õ¯õô1/2Î¯û:Öï¶ƒûý;'kªí1/42 ÿ¥3í×í³(c)ªûáél ßl†~ëÿý þ1/2~þ"m;ÿÓÕ.ýûíkîŸý÷ÿ
WI OûgW' k3/4¿ûþÿ´"
ß·ÃJß[^ ëaWÛ_¿K_IµÛ¯]w
Ç¦¿
[êÕv ë }%žoû×m _µÛ-{TÕ¯vÖÛ¨i] uÿ
/"[Jí[_økÖÚºÕ´*¸ko-ûÕ¯¯ö1/2´1/2† ¶ ðÂÚÃm& I5ê
/
$ÚºÕ"V×ú
pÒ† Ø5† i>ºÞ¡,ÚL -.Á"šØkiwå nÿï1/4V±ðlVÅ Fø80I
ÿc'xqqR.^ %ÿ
ø ÅqLUÈ-MŠêØ"w UôÅ&±°ÒÛ
N•ûa+µ" ðîØ[Lxb" wá"á...û þÿÓ[ "¯íoÖÂ
/mªvA
±ñP¸0²%ö*
×µ~ ØR Ûòà-|5*L..."×ì.ôÁ,î¥ÀA,Ã 5Þá...k°NÓK" µiÚÚ"b¿"ƒ ì anÉk
k

! û
p`ƒ

1/4A"þ"Â ¦ IÐ3
Â
%`"D !qPdµá...† Â...°O{ â"""'!šIQ ÄDDDDDDDDDDDC%¬0R ,ž
: OÇÄDDDDe-(c)IÝî"[jÝl l-
Â
C ... 2me ?ÿÿÿÿÿÿÿþd¨ ÈÎd
Œ-ã´ñPfCq Â
ííži•´†CGpi 6šgb e4pƒKH úzü¡gf3 \ì1/4(r)çÓºÂ
ìvÚï...Â...S±3/41/4‹ÎÑ2l/Z_¥Ö"ô 7ô¨Ïÿ°ë¿Ý´á
Â3/4 øjÚö) (r)µ¬j M1/21/2×*ÿÝ[1/2+^Ý úýþ"zi6'
^×¿ô F¨§Èq(r)"
•b~~6e
" šó[0L·nBÙCnŠq X y"!qÁJsÉs Å#q Æ} ¬= Ä
ò $ÌÖ!Õ ˜&GÈÖ(tm)-oÜI Ùã ‰ f‡H %
i"BV
2 íä0!m{H zn ¨ M m`ˆ' ‡9g è4Â`ˆY†PÂ!ô,
Ð` ¡fÙ Ÿ
k øs@‡XÙ(tm)Š(tm)Ð)
¤2ÈÐÈ<-u =i0 ö ZcA"ô " Ý>ƒŠT lXBúA ô6Ðh<
ípƒOOÂ" Aá T @Â!hÁ u Â ælÀÂ t
 ,%é¿ "¢,=täQÞƒöûºÛI?H'iUë¬Z#Î´í±"3/4"DX
/ 4 ãNÓ´ƒ´=Pp×É[Wm öª
'|ŠôOœºdZ :="Úî£"Ûíé ¬:#µ¥%ù œŸ7dt.m ÷ÉþÐ òœÇ :ÚÉc,
Ù¥¢>¢7²- òéª
Ð¥ŽÂh>, þGúwé*à... ÚAÍ(Aá
-¥ 3/4"j"t: Ü'IÔÒÛ í¤ g§
¦Ù Þ ÐMÈ³¬ŽÕ x@Ø4 ùglŒäéÐ§NK8D1/2Éc"ï"~ &÷H7k
ƒ ¥uÝÐ{]Š§¦êž t u(r)-*¦ŸvÒt U{Âz¦×Â únHü &ÐM¢S ƒÈ¶¡<
Ý úAþ¯×¯~µ~ŸÛÔÞú¦ô•/Õ×H Û...(r)(c)6Óªõ×m+ï¤ô•1/2=<'§a
A´ 'ûõ]
ôôt
{ ïíõó=
Õ=:OÕÛßt:O„ûûu²3/4ÞÞ-uýí0•&ÿzÒ(r) éÒ¥ïÿ÷¶š_× û×ÿÕ!öþ"AõúëÿCUUÐøõÕ1ë-´ öìqºßî¿º3/4
õt÷¯u{KnÅ+õ1/20l6ÿÁ^1/2×Û ôµk3/4ß_Õ. {w^ºõß_0 5...õ
ðdp]1/2ÿiS"áUíîàä%Kü ÿ*ÿüƒ
î÷ÁþÐÀßûî (r)õõÿ¯1/4Y@/^ÿŸu~D 3/4 Ed ë
ïV'(r)(c)îS†=~C¯Ò
JÿCdJ ÿÿÛÿò ÒÒõÛÚzÖ'(r) † Ý'Ò¨Ø5§ôAÿ(r)û´øUÿ& ì ÷í ä ä º÷zÿÿxD 3/4Úï'ÝßòO ƒ3/4
m-¶]
1/2{DO~"×ý(r) _pÃî ~•¦(tm)
† ÿÿÿuÛ(r)Y23ª¯ÝÞdšoîÕ&Ñ xzþ
" uÕ'2+¿ ëú#?uðmêÑ
Ÿ·Y
ú°Ý´×ûõ¯o¨+¿W[úKÕë"#îºD! ¡Ro{...](r)ÿïë _û ûi E}y"¯²Ûßü†ýþ×Ò¯ÞÝþÿëváwïM‡
o_ï Òl þ,Òß¢ ÿao(r)ø9¬[zúÖþ*ÿô3/4k]1"iuuôÚöë¬û T"þÞ¥_ÕÛÐû¬²ôûþJŒ ÚO_ {°îôÛÕÿ
6ƒ÷s(c)ÆÂÕ?¿þßS6ã¡ÿ"[î(r)5V ¯i+-' ÷ªßzæ£pÕ´-m~Òû-† "ÿµíí.1/2.×Ýwuþ×"×ZÛÕöÿußµ¤ Ý/ ·
mM"0ïjÚ_íÕ¶(r)Ú--..."-vö1/2µîþû_ºoÛ^õ·ÚÛV-¥í1/2"jÝÕõßö¯uúV ¬, _°´í"•† Û
Z{a}ÛKk†-(r)á4- öÚÃ^?† Xa"·m(a~ÿn- í(r)ØK

÷Waz3/4Å0é  Ø"Ø§^\4¬Ø[a"¯ x0_¶D1/2 fÂÛ°Ë"áÂC  oáŽEá]E1
àù  {
   d\  Mªl5a,ÃVÂtÃI†--¨(c)
õímllICƒŽZ3/4!~Å{l]lz
¯ªd;þAáõì&3/4ø'w  †(r)*DñQl0XíŠƒ   Ë‹ì¦¿
.éC  ´Õì$÷
=l$Õ°È$od;µvšÃ
úö1/2¦  3/4Õ3/4Õ0»"È<C  j¯LS              "ÂkÃ
P`¶  †  ,
Øï"v¨X Â  v  Á  Ð†       †  0XúA'^†
pÂ         =¥
     NÁ[M   \‡{!]ÛM5   ^‹B"E  Iv"  !Â"  &å
"Š!¦        "A  n  ,0@ÉƒX¨¦(a4  Q            Mj""" Ï±Cí"
Ð  Õv  JÁ-  î&)"
†  KQ)0¢?ÿ-ÀŸÿÿ"ÂÊ  å2*£ÿÿÿ&Â‡  Éµ  ÛÓ"¦¯ÎÒ1/4¬wúî¯Öº
ÂIá  ,'(r)¿ë×ÅÅ×þ´ƒ'ÿï"Ýÿ (tm)  0D-Daœ2zœA  h^r  Y>.ÈœD¦vH  "4  Î  =MdQ"Ó'  2>N"¯  Ö)
@%›L  iÑ  @Ðoé ð      ªŠ  *
   0œX Ü&  øAôÐnè4Â  xµ^h  a7M  ƒí  a
÷tK  ªìÈÞœŠ   Ýé÷  œ-U  ÛdKk">/Å
¢s~‰oó      %6Oò/
'Í¢'r      †A/ÈýÉó
ƒh Ü è"Ù£¤ôÛ1/2  tÙ'3/4  ôÚ
dÈÂn       ïO
°z'£ì~ºNú¶1/24õÓú¤ôéuô  Ý+º  °TÓð-FŸßÝéÿº¿Vô(r)(r)ƒ}~ÆÇÕÛ÷~´›"_kª  î3/4"º}ÝÿÃ(r)•}ýÚÇÿ
ÿ¦ý"1/2Hšƒõ¸  nÓÿï¯ì&|úßûZ¯  Áû  !T[ÿëK\Œ Tñ  ¦úM}Õƒ  tu†ÿûß¿  A~ÿ_Û¿"†    †
   ý.þÂ^¿û¥¿ó P`ÿ
µ¯(r)ý'ť[{"1M±Nõúƒƒõ,Jžÿ-÷Ua    z¯Òuï}És)Ç§D ý  ×¯á.-¿"úÝu
Ûw§÷ý3/4úÛ|†ïõß"ùè  Î¦ûm  ]ÿút¿£"ï¨1/2{1/2Ù‡þÚ
_ÿûKJ´-Õû]é(r)Òÿn"  ¯(r)-¦¬?Ý:kî"[ßzë  3/4Õ´›¨j¿úZúivÚ¶µiZM¥~fü0JÂPË...a¥
      ¿ü4¦¥ÁÛûi0ÂPl0´0°Öÿó   Ç
   bƒ  "÷  Á´ÄØl3  íb¯lB¯LT‰oû       (c)  ‹  Ô/ý¦!_  Oöš¶(c)...ÿö
¥a0šÕ=Ñ7MnÂ1/2ØL'aK€(c)ÿ¦Ñ†  0B  @Á  3     <ƒ
   i"í  a  0¢  ƒ820  xÄDDDR    (B"""#q¯¿ôù  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùl
(ÿöÈaGÿÿùnd‹9u-Å    2  FF¬È1/4A²¯g(tm)(   åXe  ,  "|Øfªv
"'F
´vTÂ  ¬&×jô  Î  •VYGw  ‡Ð-(r)"].-XAí(c):2  \(L/j¦mÿ¯Aë...
•Ô  ¹+  jäöµ¿öX¦L]ŒÊþ@,ºÐ^¯-´   ªªïaoPMÉ<...
þ  ž  ¬kÇÜ$  uú ž¿¿ý&µ"Þ-ëÚéuûkôú+  ...¯nîù  '-"  úTø:ßÉBÞ-³8ØÈƒ50  'lül!¯Î,  (tm)äffƒ)È
9Ëè  ñ±   RB3d¨ž`e8U3¯  ",oL  D¨ê)   j  n:  Õ›  Î,'Ñçj  ...kîú Â
"  ªa  ~  Pa  A,     A?^^R
á"B  ý  ƒ|}Ú  ť  4  jN       Ï
   Â  S'Õ¯
u3@¤  "
G    #b      #ë  "ê,  xOÓ  WM    º  7Tí48†  ÷Òÿn¯M
ôô
   =< dì"  Æ  a  43    è/ZNî  ^Åá    64#N´âÑ  8äcä$4KÝa  ö¿ÕRé¢8
âí4ÐqÒz  A"ôÐãîÛò/†‰þDæò9ÏÜ    ÈG!ó%óGh"Ü‹Î  œä$4  Ðàƒh&þ  sGvaU§Ÿƒ  'G'<
tNnEïã-rèåÒœƒ"Ñ  1ĵãq  Kþ  tƒl  ¬ªnE a  ÐOôÜ é<  6,éè=é6û

Ó  wÜkIá:Aº

‹¤êÚ%7"Úé  C'2gA  ¢tl,

Â%?]W~›Iúí'aBk¦ý¯á{ÓÕ×Zú¡

ê"tÚOO  _uh&èuÞ  ~›¦ttý+zÒºwßê(r)ºÖ3/4žµ]ë"ß÷êÝªÝÅ}éí÷atÓº›Òé1/2t›§,  UûN·_]¤ÿNÕÿtãu"ú

]é[ë³zÐéiuøâ"  _UÐýh?-íýO1/2oõ÷Cýwÿí  [}rf/[ßõ]ÝßíÐôßcü/¥ÿ]  wußN"_Ö

ôûq~÷†"\¯³ÖD-ýõU  Á¯Zÿºú÷á  ¿ÛP"Õ_Ö•š,Þ"ÞL  ÿ¯ßýõü2*xîù

V  ýAz´  /ýÕúûß  _{ï$  >(r)²  ¯ý}{¦ÿh2  cûU²

PAè/o5  wL‡  ÷õÃk  êÿwéû¸/ßè‡  ú3/4È`s²

EºÔ"_ì  _ÖðÁ¯ÿ  _Ã  L

ûõÿÿ¥¯ê¯D-þ"TDý{üé<Æ=:

K¦

¢  ?,s

k(‡áÁ¿1/4

^Â^¯ú  íµ‡}uiþûm  Ó÷Þ‰'ýW¿´  ;"

Dtε̈B#ù  -  ðw(u1/2  Bþü  ¸_úÿIµt  ]þ×ëtà¿út  Ýí¯îêõu1/2  "  ¿•l...  É6²duÈ  ë  ÂMÿõ

ÿkß  Io¶¿-×ÓNj  š¯ÛKU°n"1/2~Á¿}.Ý*

  ßþî°·ÿµÿ÷Zÿõûé¬5ýWî-öºÝ,×?´D'  mú×~í  þ  &öÿ/ÚOu"ßþÿÿí_ÿµmûKû4u÷¶  ìÍÜ  O3/4¿³9×Zmz

WÚí¥  éÿ¥u(r)3/4ÚWêéßiZ_k§m-  ê¶¯*¯1/2/û  ÿW´1/2ßÖÂš+

ZXÚ÷öë¿µß_µZmn¯a-Øh,  ¹¦qHe  0•æ·§}"

t¿µn>a´-.-  ô×õõ  <4  6D-¯VÕÿ}†  ÿV-ÄK¶

  ¸`¨0V=XõB/Š  Ê"îØ+a66

_ít-Úïköã]^¡¯V+b¯¦G  ?ïQ_µ  ±_  o1/2‹ŠkÚßÚÿDL  Å/"¯-  f¯ì~|'Ý"›

"

ºkaTz  Û

ôÙ

;ö1/2"1/42  4Âí""í  ¸a2  v  ÓíÖÁ1[LI"ù  (¶íŠéÓ†

["  I¿Ö×ûVü/¯3/4Úå¸ÈõD2UUT  /þ¯&Ã

a&"

5{MûÈ<:I  îâÐdêŽza  ¯Ž

  T¨XL  Ð†¡  &†  ^0B""

Î¿Û,D3,ÅÃ  !  !

  pÁ5µ  uö3/4Ø\Dq  DD8^Ð^¸ƒ#Ô  †Pà‡¨Ž°0L!V"u-¤""""";¬ì-¥ÚT1/2i...[

%Ú2P(c)  ø^Â-  á,¨ÿÿÿÿÿÿÿÿü´

³%ª[ý  q4ì(r)ƒ<Ê̂";  f¶UYK  RH¡æBËÈ°èÍþw¿(tm)!ÿ

à¯...'"^ê1/2í¯Z^›µ×úÿ̈ûß^"ÿÿº·û  Všÿøëö¸ß¿÷§ÿ¯_ÿ¯ý¿×&Â,•µÜó

ÑNŠvHÉ.t  Âò²õ#Ð¹¯{(tm)  ŠTe  PÌ

  Å lœd  áÎ¨B-p^Á›gB#  9  Œ  È6~  ".A.xÊp¤h*`  ¸!

 DD†r9  "  N%ž2@@D8¸.†²  ^g9±,

ÉHò@!Dx"í  é'  <  f‡"A5

&  "

  x"  x@Ðzªø@Âa

  Á  øMt  †  Á  Î0ƒ´í;A j  §˘  FçAHH  2¨à¦¡  "

8ôÞ•  Õ¡"ÐÐhmZ}"í9  >Þ¡±"ì´3/4ƒ‹§‹1/2

  âÁ< e  h;A  Ó¢8

;',¸1/2PiÈí¢;qjƒDX¦%ofâÙ  |Z$í  ã"|'  Õ  Æ²;š9  ßr+¹  "G

B;3/4EÆ‰ôû×Ðÿhh?  é¡Ð  ñ5á;Hœß¢thœÚ́  "g

'3'<"ðAÑ9‡  ?"ÍƒC!!  ‰Ü  ôÒ  6ú  dŽ  6òÏé  <ÒÐ n  á6,

º%7Ðy  š¢,8ä¿  ˆßI¶KÂ
°›T›o¦¢ºxM¤-        Òz
"í>Á  ¥i;  ‚A·Tž'mUû(r)ú°  ÚOÂ}'"-KÚ&{Â  "û@
Aºi÷ºw¤  Ý:W
-['ᵒ~ᵖI‚OˆÝ{TõAô¯é°ééþ•§3/4ÿ§A=7$-]==."¦úõÞ1/4i÷§Õ  uÿ[×ºO
Þ×3/4•ê1/2:ÿ¶¿
ÚÚõÁ7õ"t¯M¯ýúýî'1/2"mêþŸkt¿tÚÒÆïÏ*I‚•Ôn¨oÒ  ÿ–ñÇ§IëÇª§ïÿõo¿ì4ºuÇíéê°_zÿ¿~-û(r)ÿÿûéºKWà‹
¯ëþh  "ßÞÕU-  ...LÚ6¨è+kX%ë  ý"Ùü1/4¤LtÿÕž,ö~Põ
ØŽÿüí
àÙÒˆá]º×6é{¯¿¿õ  280È8¨¨ᐟJ¶Šp"Ç  ÿÁF@ƒᵒ"z  ÔDm  ë5
1/2zûþä.Œ!×ù,#‰"1/2oý]U]xØowÙ  wë¿ý2  ÷õnû:  ÷'  ×  ÿL-
zo  äl  ïëÿûÝˆ  JÝÂÿÿÿ¯ûÔ̂j¡  Aý...÷ÿë  "Ò†  D<}¥ð̲û-ˆÿ  ùj  qÊ  Ù•ÿ  ‡¿ÉÁIÿÿ²ÊHNô1/2è»")-
'
    Ñ  nôõÿ×I
= gé  D>/ý  ÚûkS
¿[TE?XCÿÿH'¯êÐî²hú$u[î¿×@ú&EWÑ5tFwÿ{þ  µêᐣR}"ðÃ́ý7ÿÿ
-ÿéÿ.,+ÿR  ¿ÈÝioo×  ÿúûM}þßzûïoZ"ÿJõûþî"ÒÿÞÿÛ̇:û{
WO~""é  _¿OÕ"  MÎ¬Ù"gCJìK  :÷Uÿ  ^¶~×¹ÒÜè}  ÷õuÿÁáõ§þô¶›Öë}ÿïWÚn(c)¥úé¬¨ÿÿÒþ•X¨
ȭ¨×ÿ¨iZäHÿµ  s¿úûûKêÒíc̲̄º̈̈ï̈ß†3/4Ú]ÿÃõµm*×µ¿-(r)ö×§þÒ¶þÒ}Õ  þû  Wk¶"·M¤ÃÏ¶  O°é5m[J
×ÿíma˜k¶-Ã̈ªµ3/4×í.Ì×ÚMôf¨ëK°š-ï]-úá¥ý¥ØT¯0"4¬%°Á}  †  Ž  J  /Û  Û  XT;
<0µ`""C  øao´1/2
ð²á\  ý...ûXa|*U
l}¥-Â;  -Â.Ü28...ù
-  Çü‰}  Ž  ±VÂ̊l
Ž      "\1¯üS  ì‰  ‰7nÓjÁ"¶
/m-...]ÂÚ|5        a>ÈXLB¶  Ó!]þ÷°¤1
LtÓµ†  ²
ïØ']3/4Â  ô
â  Ò̊ªÅ1\I"u
v¯æt¬*
(A"á...àÂõ
l&  __†  `¶ƒ  0...-"ð›ö  ô¿ìÐƒZ†¶
ý  AÛ[Z|‡|0_  ƒ6°¨°É  4  "Â  2-#†  DDH  è×†  DHDUdƒ  A"-$7
'lU  g  ‚a`Á
"XapWf\DG      DhE!      lDD8ˆˆ°¡
#p´Á  A...
úm¥ˆˆˆˆ´ÿ#°Ý  6-ô-VÕW(r)ÃJÒI.RÄ...
    `Zþ1LP  ¦šî  A'  é  '-1ÿÿÿÿÿÿÿÿ,Š²ÐÎ‰G-Ë  Ú"  3$']e,f  0gŠ"R6ŒÌó+Šúó6w¦I;;Äv6ÎÇõÓ˝"
ß2  Îæ)XþúA-=  é×Wu‡¿ÔuÔQ0  äÂ.°ÙÝ]  ^-ú"  ¡Î  ðµµ'JAcÿÝ
    B?"Ó  Â̊ô?¿Õ{<bê×iÿö*é-‡ª3/4þ  ü›¿(tm)  ¢\ŽÃF´v4¬ëeT  jj  -ò6<":Œ"GãÄf)
,f  ÆKO"ÍJ‰Md1-‚,"hC  k'"6†°h3ñ³3
SŠfÐy@SXCX-¦ÌÑá"  `ˆy†  jp`¨"B-  '
"+Â
  Í  æ  3  xò@§F  2`)@%¥"      ƒ  355  "
œólÒÔF†  H!
NAF1/4  a=2@|õL  Á  ß  Â
!ÐL  a
á5°ƒ      è7í;KL  iá

¦ ûx@í þ Ÿa Ð@ÉÙÁ,!"B2â, h
a Ù
Yöl!¨g+:
Ní4Ð1/2 4úÓM[î+Aúpù ‡ FÜi3/4ƒ‹OÒÂÅõï_ha
" pÿ4 }0@ò08Aä±¢sqi²-¿'öž-'í !É÷ üã"¡)¶qË ´K2*
ž¤K!=Ô‰ÎG eÒ‰[ -D¹"tü- ˆKm¥;"(tm):{âäw']éª ô Úhj ¤ I¹¹spƒ|Žðž] ú åž, È3/4
Å¤ /"ü ² H7# A§¶ x ôé
,
ƒÝ"êîƒ°A3/4Åªoù š >- "¢s×ü]ððž¸AÒz
ð...' [úM¥"\'¦ú
ð›§´º...^•¤ö°ƒuÓ|_ ›ÝºÒ á=7O"û" #:
hý £y m š
Í ›¥tßý}.ÓÚõ{u{Oµ×ïMé7]tÓïé7M¤õý=zßÿN"K´ÚAáB¶ÝêÕ§IÚA|R kþ˜'_¯u÷ë(r)Õµ(r)ºþŸúK"öº{
ëúmº¡ ª1/2ºÒ}õuUIîº~›×Ö˜"ö=
úN:Z^¿öÓýÓ×
êÇ¿ õï"ÿ×Ûk¬vºö›kúzz{§÷ü4¯¥í/úÛÿªéUz¿áÿKÕ/öÔž ºÕé¿PE ý Õ× ºuÐÒëêþ(r)ž
¿* ßÐ2àáz×¯ÿx"C"õ¯',SíÿÝ
ÿ"i9¨ ý÷"B5¿ßÞÃ¶ºz"(r)×°Ûü§
/ñd0û×íß"¯ÚkïçP{_Z¯ÿ÷ü õu\¤
}7ÇüŠ ßßõd ÿÂnÚ[š ú{ê-é(r)3/4ÿ¯dàÆëý¿ÿôß"A
¯ôø/ëÿÈ}ÿÿ1/2 Áÿ"A!$þˆ/(c) ÷ï×´û!D²C-å#û~ 3/4÷J1/2 Þ-
Á ×ûz¯"^îì ÿôµ ÿÑ ï~Î ‹?ÿ· ×1VsëÑ žý^ßjÿéõD ÿôB{öÓäÒu ïÿ÷ök ¯à•=-4M-"íkÖþ
˜ ÿË UUê1/2ÿÖš·
¿ªù2 õÒ
pÝß üèþÜ
3/4"1/2îð"¿úïÕîû ëK1/25é÷_3/4Õë[ý4ý Þ¯Ó Á¿(r)ë÷þ¯I/^t?VÎ‡__×ë1/2çZ¬èzÿ}t(r)úÝ}n·_Õ µô"
´"jªK-WU ¥uó=*ßÖéÒÿÞïvÓÞ3/4 ;zßÿÓß_õïê"ÿýíµ](r)ïÍMß ]Z÷Ø|4·
IÿÛ"-ÚKßªºÒ¸kzÝv(c).ÿõ}¯ºÿÚÚ±^3/4×V¯þ-k(r) ~íß×uÿÝ¥ö ºûí;
úk¶"îÚ÷*ëý¯1/2?kþÚÝ?a?O[U_oïÛM>úÂíÕÕ´1/2º†-ÚÚ×
%aXkO†
í/Xil0,(r)ßü-ðÂ(r)Ú\Šä ïuk[a M¶öÓôïm%ö×í‡úá" --,PÁ{bØh
îÅXIŽ×Š'0T‹-b¤_ëü €ì ÃK¶ ¸ªàËŽ
$üI ýø" Õ°-
%Ã
¯Õ...Û" Âô8¥¦AâÅ*º˜-
Aÿ²--ÖªÓm^º~Ä"mÃ Ÿˆ¯1/41Q^×úTÜvì^ -Š†-ìvÃZa{UÝ[Mm5µ÷†•ÚopÖ ^öÒí.›KµßÂ-ëV
¿ý ±
ƒ"öA
í<ƒ1/2Šý Aì 0ƒ ì)p ¥a0"Á,aX0† 8¸h†šµ
p`º ¦ †FxhXT,ˆœ)
ða,*Á, þÁ,Ø/Úö µ~1/2:p¢" Éë "ÄA›bñ ! DDq aœ0Ÿ Xà ,¦ 1/4
ÂÝ... Á ˆá
`ª¦CV¦O¤*#ºµáå1/2KÒÚA ÚPk³±q!...- Ä† ¯±NÅX^Ô*¨28N"H ƒ 1Z` ˜¨vàaDDC
?ÿÿÿÿÿÿÿü³RRl ìíi(tm)
ïçdª‹u¤hÌ1/2òÝ] ŒN ÎÈÊáë ¥ auÂ...
¯ ÿÿ^/J´;[¯÷{ÓÕ¡ÿÕo_ÿ1/2'Y7SeI ¹ Qs¨ÎêÍyÁ
EeN6y¬tL 4-R
ŠtRóŒìhšÕæE¡H š"7 5 m ÆL3ñÁIDl ( LÌ)

3á     ƒñ  @ÈlÀ"´:a0ƒÉ0-(tm)Ð9¯="~@È   @Î   a  PÍˆ  2<ƒ  ¤  ‹

ÐRƒ:2A  Z
Ì)¨=',"  Ó'a  ƒÐh:  =Bvš
ÒM  ƒA¦ž  xL z¦A
(r)ž'a4÷  ;  ¡§h<$  7 @ðƒM1/4ØÊp€%d'  øXdz-  %DYQ;A¡"
Ý
  ~œiÚéÅ§  Õ8ôô  i"E  ?*1/2  ‹C1/2B  º]   0¯AøAðÂ
Dü64G}  ¶ƒ1/2
'  †ÞˆíòVÑ›rèäW¢^äHr]'g"ú%áÈÄ  Ë9gj,Dç">@ŒÎDt¡  ›‰1Û¢yD,]  ýÄ¸1/2E¦¨Nðƒ́ÓN  y  š  èœÚ
@Ò'7²/¹        ¤
  Ú   I³ð›,'h  z¯ž   i'u¦ÐON~-›,3d$';`ƒ
I  ¨ï'9,A°e¨.   æ^ýÈƒäZS‹OMÂ  AÐO  é7ÓÁ
+ô  É!:Oý²íÀxN"  ú Þõi<"'èWMÕ=ª   ¸AÚ(c)  Ú  6,
‰Ñž¹,r/Ñ) õ×ýðƒ¦,Ý]¯3/4-ûà`(r)^þƒÖ¯¥ZM¥M¯õô-ž¶(c)'->  ¨íí?   O
1/2=tÿ3/4í4êÓý=cO  "Ó  êýøý%aê..._~õáwO~þÕ¯ÚM-ÕúOMýoÕÅ´›UèuÛÚÒ3/4×n'üiî-  ].‡Ý:ö°íê  µ
-Ý?kx__W\(_Ú¯z¦ûõoJ÷°áßuôÕÕ>êµ¶¶Ÿµß  uë~¶-ÿ¸°C~ïÃ
Ø'Þ  ¦¡  þ  'Á‡ãY  Qr  ¥1/26K  Ú÷ô¥8v8ÈÐEÕ.*ß~×KØDt›1/2&'akÒ÷1/4u¥   üGÕ§  û²   AÑþ
‰HcÿíÁo*Á}]¿úÿŠoŽ  è1/4d
/û¯"H>éð1/2¯ÓúZ°è7¥ø_ÿ¥  A
Ú,Ó¦1/2ÿÿßê-]d¯/×Vû
ºµÁ}×ê@^.ôÁÈ`s-
·øD=ÿÿ´Bväi0  A  _Oÿÿ¦¥1/2ö*...þþ¯<Ãôú!3òÜ¦WÚrl̂jd'
<Æoôí  hÿÿÑ$eÛf(!>êêÕ  ÷&aÔ¯ã9C"ŸK°¢
  ÷¿k]ƒ¿v¨ïÐ×N×ùV<íÇ~-,...ý  Â÷(c)a1/2Ó  ¿ÿ...ð"G*÷ƒ*"ÓW(r)øo~ü  ¿úÛi>î
oÞ•Ôëþ'ÕÚU
_"ý/í¿ý¯Ñ0÷íþk     Î¿^¶Ú÷ï   O
(tm)Ö°M[°î"3/4úöÜÕÑWu¥k̈ÿëüéÒ§ý/ë(r)K-áÝÿý
¯ø~çSL¡¶ðÝµJ"ûÔ¥_Û¦1/23/4ÿ×¶1/2SgCza   M¿îSêùÐë  ÃÛŽíZ]^-Õ†¬U¤úßý(r)"ÿiÿý[k-¤(r)ÚW
ÿk}G_"ëa:W¯Ò  é^Ú§PÒ1/2ö}-µVêÕ×°1/4   Õ¯w¶  ¿
Ûuk  ÿþ  W[kP×IÕ_Kïÿ[8mÛ_†,M†¬4"³3V  M6-{
$há-†  Â x]¨jƒ¯†  nÂXWI"a"¿ma¥Ã¦›K÷ûJÕµ¶ï}×":éŽÕ‹†     _ï  ðÁ&+
vGâ    U
  PÆØ.Èð^Û
,T‹‰  áÃ.,0"a[µíïõ  \-(r)"a%î¯SW  baì‡tÇýl'¥bšZ‹
D-‰ò7  †!¦ƒßé‰ò7µ"
àØ...  ±J  ¤ù  a  ë"

  !ðÐR/Xkí¬0"Ã[M°-...ú¨jƒ[L'
  º¤ÇVÓ(r)ÈXÒ¸i=°ÓV  öµ*...¨Ô/ÝðÅ1[  k":ø"
  Ìáp°ÓA"-3/4Áa't†  a¸   ¸^ª  2-"  Â Âal  "a,dIÃ
Ü0[¸aK...L(A-Ý1/2é"ØiðÃ/j4"80Ɓ*  !   ÄDDEÄG  â"""""%>""#†  A,  Á  ‡   ¨0¯M0Ÿk¦  qÇz
Ç       5B,  ^2Ç*G+  ¥"KK¿   ÁÔ  ³ª N¿]WI/kiP[(r)Å1M0±ð¨Gá
Åø`  ,ø^  ÿÿÿÿÿÿÿÿ-°Û-A<3/4m'Ñó2<v  Ï3/4%$vvdk
  £C>‰µò1/2LÈ¬É-A†Vy•*õ
J"   Ëp@Ë>Ï"_Ò]vvkÓN¶v>ê3/4wR25ýa/OÞ,éëJ²b¿
  ;uï·´_¨ë"Þ-^¬ÕB÷éíÛ€¦ÿ]uÿ¬'...÷->~ºú×  wéý÷_  þþéëÿ{µêÕéú¤1/2...Mr1fFg~ÿ3/4kû¦-/  1/2fB¡Í  ¹
C(  ƒ"6D@¦ã(c)  Yæ      ‡ª̂É  Y²(gV  ‡¹€¡H  ŠldA    Ö'  ‰  !"  qÙ¦œB¡"ã£Q  c,¦C  8d†

u  !Æ°ÏÅ:%Å6ÐgA⁻]ô-¨  ;  0ˆ}  Ê  7M
ö¨<  ú]4
   q
è                    ª
'  â-  PÁ            ,!ÐÐgƒ"
Â
   öf-ôÏ0DMCsX  A"'±IvN  "  ,2äToÉ  uT"Ô  ÐÐu      ú´  CoâÓA°îô  zz          Æ  qzq
ë  ?¬  Â-š¦Pa    ;      fÃû,  Éât  DXlCTG  îDw%m'"øNCŽÝjDÆ‰@i¢/Å#¶¢Há¡¢\  ¢VâÑ  ôïDwß'
        ?¿-    Å‡Té4íuN
´    ¬º9  2~á
Dé¨Fm

]1/4œò?}  ô  m  hrsÂn  mÜ"t¢s  š4h  <"Æ,39?È¿e9t    D_n'
%ïÚ‹DÞA´Kœ8Ñ,dæˆƒ´G  kÑ  Ã°¶(c)$  ,
Ðtƒî·~ÈèŽ
ý=
°ZéÐAÚm&ía  è=  Ý&á
A6  7    ÁÒv    Ð  ¹  m  ü  ò?ï$-':
    eA÷·àƒî·÷I°t  ô¢6÷¤  §×§Iûî  ~-ë¦ô›(r)š(r)›êéïÐOõO^"ÓrH
¶éÐMƒ¢  (ôƒz…ªH.  ¥×ßî/ý][ýôßî¶ÚÓté{ì/µÿÆ1/2/}í…Ó°Ã"íSt"uÓ×^Çm  þÖ⁻  Z]ÿî×iUk‹×_"Ao1/2
'IÔÅÚj⁻vþ  ÿ""O"Í:Óí  Óé×m,zÆ÷Ð  Ò÷ovÖÖ⁻îôÜÿÝ1/2ÒJ(c)1/4>ô÷ð³êõzw¶ÿH  ÿD
1/2júúýCå  n⁻º"ÓÈØ  ?ßgÂî"(ÿ0dp-Ó  Û"  výw"ÿëÓÖxOò  rÆ=oe8Xãô4  Êp‹Û!Åoý~-1/4e
:⁻°Æ'qz  ×æ  íiAÿä¨]k{u  ~ŸA"÷œiuì†
§ùH  ä0ÃîÁÒë  ÷  …¿"(r)ßß[É º°`ÿ|è
ýÕþ¿õñªß  ^w·ù    n
ê    µ_¶-ø"  ?o⁻  Ï  ¸.  ô¦ß†*XOëª_3/4ÿ¿ƒÚßh‰ù'hµ}  Gêˆ[⁻Aÿ¿-ëùe$'i.ÝQ1gË'E¤þ
Éw  ûD=ÿ ï  ú[ß  Oµè³0*õÈ  (r)ú${íš"ÿû"3/4°Ðg÷×M5µ¢÷¢3¿R\_mi  G{ýwÿÿ-£í.ú…í×Ë#è  ù.}
¥*ðKt°ÝwZ1/2uÁ+"ƒÿV    Bn÷_õUõ6"KJÿKúïWî*§ÞµúÿßWíß3/4Õ&•wë÷õÿK⁻÷1/2":.÷÷•¶Ü3£úÛ
M  Ïÿ_jšßþj-1/2µ^Î⁻K:µ|è~ßÛòg?·é.ý}Ÿÿ⁻ú
öŸúéÝ  úúÛ':÷  UÅo°Óý-
Å_vÛ°õý*ëö"WúþÚ_ÚáÒó¡ÿTÿõÖÑ1/2VÕÖÕõj¸_ktÞ⁻Õ.¿êÚÝm¥}(r)-ö-¯ÿÿiÕ"¿Oïz{´-/km¶3/4Ú°×_x
wpúz⁻ªþÖÖÖaÓ¶    Õ×m/m{ý‡Ÿ:ë°¿ÞÚVß  "[oµ_vý°Î  -†  ·M(¶µ"
%d~C/1/40"5  PÃ    k
%
*Á¤ÃV
   Øaka¬03/4ø^  Kõßø"†  †"i-¥{Ù  6|0•'lI¿mŠ¤Û  Ø""1/2?ŠbÿcŠ¦E¿    >)ŠiŠcb¸"ØÙ  {ò.
x§á-@°ý2
ø0ÅXKa¤È⁻  I†  .=6  %Ú{¶ªb\C[  NÝ<5ý†"3/4Ú
\±Âam2  ÓXa{!ß  Q_k⁻b$‡ïö  þ+b°ÆÅH¢*ÔwaZ¶  Wm[
jÕ(r)  ÿ
["×´Ó
¦ša4Â°ÂWö¶⁻ö-["Õ0⁻Oö¶Ú-"  "×~  PÐ‹  F"0ƒŽÈ¦`†aÉÁ‡98`¶

     Xa  ^0B
±pB
¡ˆ  "‰Ò  Áb!Ã%^  ,Æ        í¨]
á,-éX[A"è,"l0¢"#^^^^^^¨^^^^^^ÐŠ^^¨Ž#†jàÌT    ÓÄD}t¸^^Œ»sõÌ¡¥VÂJ(c)  mJëbQT  Öðaj(c)ƒ.#X¬¤¤î*
Âá,`¯L      äÿÿÿÿÿÿÿÿÿårÖMó-Öß%ÙÚŒÑ¦v'•§Eqˆ Ñ  †RŒÈ  "Ìî¢3/4"ÿó%Œ/•-Î'y

2q_ }- ÿ
  Ú
...¬‹t"_¿ûIé4µoWÖþ×õZÝ=kªh")9  ýo^ûâ£‚ãCUý/uÝªëÿçzo⁻
nß(c)\=î‹7b¦E(tm)U³µ¹ød(c)?ÿ2-  ‡   Ô?6ÈqÔ• " YÁ,! > &R‚: ç-lØHAuÍˆuDtxÌÀ$ÆEâ@C¢#
£ƒ B"6...Ô^ƒ:ä  Édm"D0B  Á  ù=š D B  š2$ˆÁ  êõ(r)  za? "£Å~ i¦(tm).  x"    ‡" 3
G   0@ìÑ, C
a   h;Ï0@ô  0D&  Ì̦¡(r)˜Až  1/4    †  hH(tm)<Î
ø    ...¡
L""‡!...$  øàÁ2èóˇÈðƒ‹  Mè }¦ƒmA0ƒm  ƒí
  v  ÓAÕªk[§a-0)⁻-1/2iªoàƒM ˜Àè:  ?    ›
¿
bÕdW²‡&qh-8"DWÎ9tabÒDªÄ^‰c
è-8´NaÕ  U  ˆíö±h•þ×K"ÝÛŽ-œC´ëWü°9  èŸä¦ÛÑ9°y  œ  r;¢sÁ  `Ò'<-¹¹,h
GÄOô  ->,  äLÔ÷#çh)  Ü Ýí2?h yÇ-AŽB=a  ÈK˜š(  6BR_  -Ñ,w  #"1/2'§A=
°§à  z  ƒtíÓh  nƒ  Ô<&>zm ÝÕÁ  êþƒéB
A6ú¤ôâü  6õû#àƒp›ÐW    ÐE
ä  4...æ  ³-Eêéë}  ÝS¤  ªtµ⁻ý-...á§ZûÒ
×µõõ];ÞÂ‹⁻á:jß
štšé¶ŸIúz¦zÓÁþ›ÒÛë(r)3/4›~1/2...u"m.ê;]{xõMé5{jµûýnãû]7ÓÓ  }7ýÇÝ'§1/2/ß||VÄukuÕ⁻n‡ú"î"K×
oë-3/4Õ?ì-=V×ê°ïÿ×Þé  ýé=îu"ëðáÿð  ß[Öó=  ¿waý5ÕóïÐõÑ°ð1/2ýo⁻ }¦ß  ¿é{ü"Ô-"~ÈCâëÿn1/4  ‹
ÿÁúwv°]?÷uô Pý  z¿õ  DT%,2R$-vÕÿ`ä.-ÿƒ3/4¿öïÿ)  =(r)(tm)
bít...Ï̵ÁŽýõX/{ÿÖÿù
tÈ -ÿ_ý†ÁÿX˜ê⁻¿]Òÿ  õõ  ÷-ýû:,%ZôÔ     ÿ¿_õ...VÃ
/µî"á†  =.Ý",¿'‡¿_ixD<{ü0ýj•~°$  ¿}    éW"ïþZ°!Ðô  a  ñôúýpl0Ý1/2ó¨Zþ1/2_ÿÝ  g...^
ë1/2Û,§ÿ"A"ß÷ôL‡í?é*ÿXDgê
È¿Z(r)Ô⁻ÊqšÃ_\˜ þ÷3/4-"ÿ, þà`ÿÛ⁻þÐ-  (r)õ÷jû  ×¿  3/4K    Eî÷Óüƒa¿]Aßô›×~⁻1/2+íü   ××ý
  "ú´ú§ý~Ÿÿ5]yÑÖ:_úõûƒ¿[é~÷î"1/2Wý_oúî⁻\+÷ÿ(r)3/4⁻N-÷Ý$⁻~õ§ûu  ž-×ôÎ>ÿß{õÔúJí¦ãÿ{LêÞ"¿
¨WþýzṏÔ=-{⁻ÿ>  3/4ë⁻ÿæßÚÿT3/4°ÿ¦øé>íŸßÿŸvúK¥Aûûôûa§õ~ôÛÝ+jí~µ{ïÿ⁻"í{vÛû3/4¶±×V•^ûk
ö(r)ÚÝKiCõ-ÿý-÷-¤ýÚÚ{uÚêöÚÁ"¿WJÒVÒöÁÞÅú-"iWo-ê°tŸ_
[´-/
ÿý°_l    ´Á""  4Á,W...†²-†•...ûV  IWvG‰†"È±ù        .°"
$ï§
  ä^û"Âûza"¶Ö×mWûò...‰1õ±qNÅ:ìWaX(r))ƒ  ×
  ìVþÅ1"  °b(tm)    ÷ñU^Ä›àQ  }ŠdL×qR.
ƒ  "  ý?Ð;MÞÈWÕµn›[  Ý°-‰7õ
]i¬0"kýÿ  ^(r)ßûûö°ÔVÄœ_VEÏö  Ða5-Â¦  ih0JÖ  v  Wì...vÂÿ


kÃ    _"iá'Fz¦
wü0›_ÞÂv'1ÖÕ(r)ÿü  ¶    E  °"XL  h  !


&  Á  ^°"a  ˆÐˆÔ  °B"R!i,èN‰ªÔ
  pÁ;  °]i¿üDhDDDDDDDDDDDDDDDF†"F  ‡  ¦  ÄDDiuä¸Ø(c)Ô"_\  Ç  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿ,ÒXƒ
,Ò1    dêƒQ¢ñÈÚJpf£´-R¿1/2i×÷  @ê  êü=  ãá°M÷¤Ý'íBW...×¥T°]$(c)  ÿJy"¡
†  ª  ª  Y  M8ÿÿÿÿÿ€  €
endstream
endobj
96 0 obj

```
<< /Length 97 0 R >>
stream

q
416.16 0 0 701.52 0 0 cm
/Im0 Do
Q
endstream
endobj
97 0 obj
37
endobj
98 0 obj
<<
/Type /Page
/MediaBox [ 0 0 462.96001 675.12 ]
/Parent 111 0 R
/Contents 100 0 R
/Resources << /XObject << /Im0 99 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
99 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1929 /Height 2813
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1929 >> /Length 22896 >>
stream
```

ÿÎÊÔ  ÿÿÿÿÿË18¥°¢$  œ§Ë²#8
"(tm)tR(tm)  ÊžGDã<)Ø/+ë¹(r)  ÊîÔ  E3/4,šòL2,  (c6  1/48a5:¸p
^UeÉo"¥#;¸YÊ   ÃÂ}>E~-êƒ¥Ó"°ëéó¸^ëêƒ[ÂH¯N1/4'uH‹aþ3/4‰Ð°  ¢^Ó-Ú÷á\¯Ð"AÉ" ÆþÁcI/
AÂIúíu[H&ØD¡ã^ýRôMß×xúÓw"  ð'Ø+þïÿ¤ýiU}kT¿¨3/4¿¿¦¡[kÑ  oDo¦Î02-yR](c)  d\ÈF  ...  L¸^$a
ÍSWXUd  >ò  §Fh  0D.   §dp¦<á',  ÑÔ\ôU{Z}~k  @Â'lÁš  5  $5Í‡*  BEÔ¸\á  !À^%D/N0^R
²&   ,   f̵  Ð§"Á  ¡  sÅa  ]  ŽÐ0@Ð<  3X ^R
Â)±¬¸zÖÐa
 Ð4^  -Õ"
Â
ï  7M  ›  îÄ<'è;ü&šlC  0ƒ°ƒ 1/2  ï
8ÓAíú  U´Õ:Ó´  "1/4"$
Òì¶¦éñr#-(¹.i§  ›§  X]&‰òD¦ôKÚ%}y  ,,J&G1hŸ¹/h-O"D1/2¡h     yÜÊÛuò/""¥Ñ    lÒ  2œ°
‰Ž  ¢sÈ3/4Â#°äýÇÒ  Pè Ã"ò;Pž  7ù
å\Èþ  n  xM×NÈæé°lZ[.
-ôõN¬'ð~  t›"""'
 ƒr/¿õý
¡A6"  ôú¤Ú         ÖÕî'
¤ô°›O‹Ñ  éõzß       Õý"ßz
,
"¤ü%]Ö-Jÿïi   ×iû§"ßÓµØ""¦îöÓ}>þ¿]t5itÛ
õjö?Õãë

"úéÇà"(r) ë××ß è?"î>×·ôý/1/4n¿ßµwë...é
õ~1/2ÛÒ¿úê¯ªô°÷-_ú]pëÛm×úßm
jÕZ Áî--&X3/41/4*"¯1/2e8F 1/2ëï¥ f5ƒ%"h281
ÿW¯Q" Ó¿¯d!ŽÚï¯yÔ ÿwöÁd( i3ì'
Ž oÂ\E2 jñÈ! ßÿò ú¦ëƒôž¶Ÿ¬ ï×òpb ÜG--ÒÓ
U¦ úÿ÷...ÿï AË-µ1/2Wì
ôë÷"CÂ
1/2{Ô.ÃDtˆXò
ÖÿÿÈ æ&CßÝµ¬ OÞ²
ÿêBfé=ÿäsƒ
ý "ý.[-80a ="0Óÿÿêb,3ýU÷
[õÿD "{Þõ@¬-¹dÌ'×K¡lˆ &B\‹
-ïÿà"Ý¥Ôˆ*öªè;ÿ
ý-k¸Y.w×(r)×ì-·P÷ý Ý× 7ïðaZ¯·ª_i O¿´"z*þ ZVõ{gVÚÿ ôç]~ þú (r)"[nþ-íS_éL÷ºÛ5[{¯£ïZõ9;
"í×÷põu¯¥Ï>÷AÛ-.-þ"´ë§Úô- OOô öþ1/2´-1/2o]þ×î-[ïû_á×ÿ--þûõuu÷þéN"¿µ[]mo×ýº×öì$êÝ
I}Ò1/4§¡""ºw¿1/2(a;[J M¥ý G
GÞ
m1/2°ŸtÃì-l4´þÂM...a...µµPé¥
%ÙÒ Ê80"†Vµ¿°-ö] ¶Ù°ì4-+[_ñ
é;"Ž¡," 0I Ù €Â["ßdAðdpHd|$È*dQÖ¡ Ž˜ö+ø(r)/ô _X'|Tl0"!
]u]ø... pðÂb¤ Úñ_Ó ˜'Ãb+v+é"ßµ÷[ ðÓÕ"×Ú·A1LVŸWMmÚ]"Âamá"{°Õa"û
¶ SØ/(c)n µ´žýþÁ

-á"Â3/40EÒm$Ê & x0A `...Cp˜_† 0BÁ
.ˆl iõ!l¤ A`ø‹ "Ðƒ(`! Ð2€Š (
A,ê"""$m ˆˆˆˆ°"DDDDDDDDn"DDDDDDF#õ1/2uõÇþ?ÿÿÿÿÿÿÿÿ,Ð¬´ rn,É rÜ'2+d$LÙ\ IqH6T"
:; d\ÎÌ
KžU 'n;Þª ` , cdA"c , SˆKˆ a ×Êá¯îTç š
4 A Ðh0(c)"õÜ ï...à¤(í ÓL&ƒDcœvž¿×Õª@'(M¢^Ñ.hŸäœ4OÜŸ¹>|!
¢\ÿ^þ;µ[pž›Øh#7A´›¦Ñ?
ôûïÖ"UöÒ´ž Â1/2á:MÐ}´ uÿvú}/ú
-"Ö-"¥uáï÷ªýít"éÕ$Ú¶ý7¿}þv¯ëå/ Œý ŸG`˜ï†ÚãŠM-¿ZW]Zõ""BÉÊ°"ú"ó6)N2 ˜
@ò "] ANI˜W-Ë^C
O 0@Î¢"BD R]éŸŽ
³b"äDÆCh38À‡, Í ¿^ÂuûÚõé× A
^ u ¨81/4 Á tÐz
¡˜ Ð:
Èb ä Y ¹²" , ì a0 §Á W Épê˜A,
ë Ûû§{}}ôþö xA¡ Ž |ZqHh?°ƒ P@Á ¤ HM Ðï" 4,&...úw Ðiþ¨0Ÿê}}õ"}Â þ(r)- \4K
=È(r)ôGpˆ£‡¦ši¦ Â
Ãª#ìG#Š%Ù;h..›Nûˆä"""~`'×íkÝú]6‰Ï ƒ¸ tƒf"Ž"NnF
Ü (tm)D±ÄÙD|ä¿"ŽÐ`ËA Ü"v 4K°žE² œ :
, Ñ.|‹Ì : ~‰Í¢soÈ˜Dú 6fô¸ ß§úþÝëA¶Eü*...õ¤ j Py/
¸Aá:'G'ý £, à›Âm&á [h=] úv¡: ¸N-0(c)Òwltëÿýÿý^š"ê
ßMÂzVÒðïZAÐA´ƒoÕ6 oM~×N-Aé(r) nêðß}¤ ëVE¨MÏÿ¶¶-Ö÷o[JÒºøZV´×Ô ¯é]z 7O]n Tõí¥
¤ÝU{¥¯"I7MÔ‡
&î÷ÞõwÝõ¬i§wßýÚè]î"(r)Ÿkî-'ÓBÿ ýýý?Û‹ÖÿáƒI÷ëÒý Þûý{ÿú×ìzzèU/zþµ^¿ÿWit÷*ê(r)Ù
ïJ*íÝÝZÒë¥êëÿþÚÓÖ1/2* w(r)Û §JäF¯xZì 3/4ýß¨?ëït1/2§ýiêéíÿ

A+ªûoBÿ)Â{d`3/4(tm):V-•ýšk¿:"8u¬Ô  ãÿÿ‹  °ëÚ  F‡MÕÿµöþ-o•  ¿öÂ#§¥  ì
    ]H˙ÿ  È@?÷  Æ°C{Ê    ë1/2zª°  Ý¥ø  °ûú§iKÂïÒ  ßÿW§  þ3/4ýí  ñÚ°¿nêþþÁÒÕ-û·]úé~°ÿÖ
    Ž1/2þ1/4·$Ýá  ¹[Â´
ƒ¨ëÿ́pƒ́ƒ,Õ=  (tm)öÖX:¿¿È.6ï÷¥R¡{  ßÿÿ×WÈ³¶ÿ́:ï̈?É  3/4¨‰öÿ"    ë2åWPC1/2h'÷Òún"³(c)=wíÜ/û_ÿ
ýþßè¯  "ý{õ@"Ý  Ev        ß  """|-÷}Z§wPokÖ¨ïþ÷Ûô›þÿu¥Õÿ·ÿëªán¶J
ýWo¯~µóª¿TÒÕ°}²íÿÛÿ̈ëþ›Iÿ°...î(c)~3/4j  ÿköü‚*¨ï̈ö(c)n°[}
ëíÛþÎ  þ÷µÿ]êûÛí  ïÿÕíêû]¿_t"\Õÿ§ìêÿuþ°ÿîÿþF>ë¯ý́¨"]+J×ïµ1%p1/2{Xk¿×zÿéÚ¶§êžß÷Aõÿ-"kÿî¯°é
ðÒÛ×ÛVÿ3/4Òm&é|'a}3/4×]µí]w·|Õ  _wZZÙTÂíö-"i>°úÃ"TÂ}-¯}0Òa(c)¡ÚM¤ÚE
i'Zš
&-¯]ì+izÃ  [al--Zv  _VÖÒa¥†--/a8í$Óuï̈ØaocÚØimêØI4¶  J  PÂ[
[

    _'
PÂL0]XØ(c)  .  `ÇaZû
    Ø5aíÃ

Xka...‰o¿bXðÈ ö 0Ç"¢&>  L3bÈ¯~(r)Â-¦,  Šãa'ÆÅ ITS
%LITI?Ù
øWñ        6C3/4%Â ubgÈ8ö!C  0lTTU  "·ÚØNÂd8ÿWÝŠbšûØNÄS        ö£zh5  Ðjý"
'Ô4í[W{û  Ý  6¡0¬...{^1/4
-ªõÛÕ...  ¯¬5Ðà0  ̂û  4Áa"Â
$  &¯^á"!‚v"250...,kÕ,s¡¤  &  °¤ÇÁá Ð2Ó§  Â  f.    \hD  A"
´á  ‹ƒ#Prf    F
a  ¨¨¨¨¨Œ  ̂dÅ¡"
§  0¨0  "\
DDG        #xŽ.""¢""""2n4-Ô²Ïéú]û]R†•÷-'m...Æ-TV  ‹Pá...
ŠÖ²ÍÂ̂ÿÿÿÿÿÿÿþ[ª³+ŽÃŽËY  =êIV÷"¶êUÿ¥õ_úëÿ¡ÝGÿþÿ  _ÿ5ù¬ÉLND1/4y  ‹\×(tm)ü·+,†    C'
    Ó02ì    ̈ÉÚ,!u""¨Ü¤
h  Ô  Ü  5$
è7A¡"  úiÓv  4ðƒm{Â
á
=  ‡  [‹L!¯k|µD¹²7¢]y  8"*R%¹,zl§,F)dW1/2  ö,

0ƒr7PA"-á
A
"üœâàË¡  è  >  ×Óp†ƒ]Bt  h'A
Þ  A3/4¯A1/2~"êé¨Ÿÿ´¨ëÕ=4ï{ÿ¨÷T(r)¿§°oÔê"}ÇZÔ~-iê-Sÿ  Z¿¿÷²áŽÞ5þÿN  úÿ...ú¡ÿ  üjäh/ùÔ  êþ
¿ÿúeX/þP
wY  !S  Gþ÷ÿpŸÿØ  ÿvrne}m.¥"Z!q}h  ý_ö""§Ñ  ßÝÉ£ÿµï"n(c)ô
"ý  û-  Mó"(r)"û"JÿÿþÂuoû°"Î̈‡Õ%ÿ÷ý^Õÿ·ï"ïúKKkt(r)¿ê-ÚV°ûÛjöÕƒ^    'ÿ3/4ÕÖ×µÕ|0¬̂:†ÇßþÁ"
    Ø[·|Á;<v8¦
ÖµwØØØäQ€<  ¹²  á...°O{ª]Èw²
¶õð1  ûX0œ0-¨v"0Mp¶Ÿv  ¥Á(tm)q€¨  !  Ð̂d†  DDD  ÿÿÿÿÿÿÿÿÿ    Eÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿË!B  ÿÿÿÿÿþZ=GÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþYa-T¨HEò8Íhàl;
    åó¨È  ]JâhÆG
äH)(r)5Œ    ƒ#c*ƒA    Ã(  ‡#  A  2    †Èà ØÊq  Q  ²aI,"  ff²5
!  ¡ƒ  ¹ÐŽ£!‡!†aN  #Sã<>
    ahFf0A  yÀÍ0<  2  ~      "Õ    8·:  æ¡è0̂0  >-H

|†QÞ =÷ø0Aý ÿp ú
,
ØAÒ§~ ý êý
_ß

ðŸ× ×îÐ~·"-öƒîõ{¿"úûOÝýúwá{maï
ÕBwW ï O_3/4Óô ú}j"Óì-iÿ~º¢ #Wè...3/4-ðÓÈAÊ ')~@€úi1/2ÈçdR' nE-È"r
UD$Ûo¢ mù äa'w##òGÈ0 IE1/2ätÈçÁ
,oÎ¤×"Ñ÷¤- Ü%§5 Â kpƒýð Ö ~ƒ×Nk?ïpn 1/4'A
]íi1/2"¦é'á Ò 6º †›ª
Óï[xþõn×Õvÿ
}-wIÓ´(c)VŸƒ-Ý{îšûßOïÿa}ûïatÎC"G_Ó
"² i7HŒ~ÁkAý Gj6ÕÚ ×ø-õz3/4;1/4jîž†Iýc×Ói
Ž›¦Ûé- Å>›ûv1/2...^ß§Ð][u-+mßtÝþý*Ú÷]1/2Þ× $ö

"1/4"?‡-BïNµjBƒWëp¡ðEÓî-µ}µ! ß
Zy
º¿OøƒÃ<Œ"íÛ†l 1/2u1/2Xvh-kO
mƒ"öÚ·äž² 0"TÖàó¢í'wû Œ•ÄEªQñýï ¸åh-^AºMÓj•I?ôÒZÝáÝÙ
>È0 Gë y ÿÿwØ‡^ÿÂ [êÚ! 7ö¡ƒøŠWaÿß "GJßìÐ ªê¿aÿ×
":ßvýµ$ Õï¶ º×- #ìP ðö
ú]Ü":Ò1/2C{ú¶ƒ‡-ï¥Üuu‡ƒoà ƒ~ÿu,.œ7]*(r)-¯¸n×1/2¶ØDuÛKzðD{ûîSÃ1/4(. ÿÛx4ƒy Oò s_ÿ
Ô '
-Î "J¸"é
ÒïÓÁêßÝˆoºì-
¹
ÅÿôD 2ÆºÉjù-wW¹ F 22"ðÝX-ï"ÿ§nÈ@ýÈùöT äÕëo"GPÈ0¶ ÿÿÈqÚ Gðm,(r)¢îÝ öô?Bõ
á !zv"
"þÖ- _#
ý>6
~1/4Ã-...ï[da~Ä oÖD#1/2ýì~ÿ ß§5 1/2ûÞjh- ¥±w3¥ïm(r)ðÛKuõ¿·},.-×Ó'óµ3?é}ƒ`Œ-...(r)œ §îfï
~û<o{~Þ§†ûÐ7÷Û`ˆÿúÞÚ÷k-Áí?k×¯(r)÷Kï
þ(c)p[
oúƒKöê -"þšß*(r)÷ [w·T°k××'˜ß_Ûk#Â¿¯Ý¥RZí*¦ÒÝ ëµ'tÞÖ"}Ú¶ ûI§Ò¿4vÁzO"I!¶ Ã
m¯NÚWv-%z¶ÂÁC¥{WöÛ[^ ª3/4" Æy ƒ íúa¥ ¸¦
3HÝ --n À3/4Á,ì5]ƒ ,.ŸÝ†-Xx(c)
k`Ø÷³ ‹ b)Xï"¸Óê!1 þÅtÅ+
MÆ...öü|-:ŠÒ¯B˜öí?Õµ[¿
Rm¯§uÃP¯Û...°tÛM{[l/[ ¯ôÖÛ Xk{ið×í°TÿOöÛOÝ6ôÂøi×ÕýÃJÖ"Kp¶ý"ƒMUÃ Wv
Ã Vš(r) %""`•°Á A4† (r) /
×
þÛ
-,
& †
ƒ d3Õ
Š25àÁ,#Y† îk)Ñ 'E1/4M[9i
h`"§8! ! E\3%‰¡ e ²T"""ÊL ŽZ•ŒŠ"º¸ FÙ"A9\ < Æ '˜ @`ˆËäpB
Œ r¡'Â" " .

hû#äq  y  0U‚ƒÙÁ  àÁžc.
   €Ì#£a¤|  Ì  á°1/4l  O†Ù€Ô#³ Ð|2  ˇŽ‹†¡ 3  £q  1+¯  ¸mä2B9
[(sÁ
g!¬ä  G(r
  #˜sÙ  "8ä
V¤3F  `!
ã-Q
àD   AqÊ  @  ÈÁ  AÌ  ¸ã•  ¨†
>   Œs  ˇŽ[•
   BÌ£    (tm)   õ  ØÈAnjÈä@(tm)Ø"]O°gØ2Š
æ  .Êl(        ÿÿÿÿÿÿÿÿÿþ[Í  ¢
'\(tm)'ñ-óg`qöeTM‡eu‡2  ^  •              &EQ<
Þei{2  gjn ƒ5'ƒ¡•ULµÝpžv    ŒÊ(r)µª
  "Âý*"Ö¯ïí6ûÝ   òr  ¿_Zÿ...DvÑ  òhõ§Zÿÿ  õA  h  0á  xõUÿûïð°žƒ¦ý
Ûzþ"ïÖ(r)-]ÿªý÷  øUu}ÿýÍÎ3/4¹  ‰GÕŠ£²Kú"¿ëüêÎ¬  é-J¤°eFT"L†)
-K³  Nd¸  :¢  g#'Á  ù8@°@2  lè  &u  éž3A'"TE  lÃ  ŒÔDPÈÀå  Â3  k  Èù¯ ˜DÎ  Ø›5ä2^×þ3/
4P        žfÃ˜³ŒÄe  (tm),  2C   ¬@D  â        àÁ  Å
²  @~˜D.¿  Bj- 3
  ˆ?ƒ  ‡¯4Â    d0ä†  "úyö  eC  0M5  4-ê  3C6.  3¨">82ƒÏ°D-†ç  "E<lÊ  D  ...  4¯éøOýP<  hAW
M
4Ðk"
! Ó¸Ó    ´žž  ÃáÛw§  îÓM
¡¦ÅÀ0ƒÂ
õMS    ¨.  "  Aô  ¢ÿ"÷O(r)4G
-4¦4  Zè4GÍîôÓ'G
Ñ.ræÓDwäœ6"Âqm"  âí  ç  ^°  CtîÐvšîw    qA  ‡JÒy-t‚Í§"Ð²ô  <<Í4Jn¤ýÉ~ä""ÂDæá?¢>hœèœÜ
ÝÈHdLh  Ú¹÷    Ò  #3'l"üœÜ...x2è2¤%¹
åÑIöEµ'<‰ŽB]  Ç  üMoO'Ž×¯ë  '  ¨ïò3¦á6‰Ð4  (tm)È&ÐAä_ƒÐÓtþ  7OA¸L=,
¤ôîˇMð¨"Ō¤ðAÝ&øO  6‚vHðÚÁá
  ôÜ  n  <‰  Ù/  -E÷%    - Ff‰gÒZé>Óö›ÒO°O1/2ÓuÓ×I:_Ó¤éjö¯Mþ  úxL'I‚M"×  °~ê°z^  pŶá
ôƒWA´  v  ¤Ü
ý%ÉÁ³ð  ëÚ¦é°nµ ]Ó¤õZÿMÓtü%(r)1/4vš÷ß"Ý~/MWUý7¯Nî•×ô"M¤ÝBnŶ¤'  ÷úÿýtã3/4"Õ{Öäþ¿[
Ð1/2kþ7¥  ÒÓ]ÿÖbô.-a§ÿq§÷ïë"ô(r)¡ú¥'ý  ô¯ý?kÿ¥¯Uö•Þßì=  ëMÞø>1/2¥×èv  {ßý}  ×]ÂJÂi_¿û¥¦
Òl¯Á"õþS‰ÞëZL\\"ª
Ùô\Zï×y
aýY¬L  î  S×mÿ_í_Ûú¤"+)ÄUßú  øf'š,"  EƒÓÿ
Ž
'  þÎdv  ¸eÃ  ëø<Ô  ´#ô£  aÓ÷dáŒ§
        U'  ß~D  þúïß¤-ÒAI¹Jä0}õÿµâ‚œ  ¨2    ÿã
èD^ñhƒ"  ²
Ò  3/4Ûþ(tm)
   uÓ  Á_pT¿  Bk  wû.
è]ý$¨pW÷ÿßÂáƒ    éþ¯D<  õ
7] Ý"A¿1/2¯a÷Û'CÃÑ  Ú"C3/4ý¦¯ÿ¡¯_A%è‡  ë  ÉŽ~(?¢  80Â 'ßù
rDOëöÈqÊ  úƒþL  H/(tm)[¥  ¸>S‰KÕ  DŸD&zÂ  tõaƒÿÿÝŠ~  KÁ!>¿ïô#|µdZptE¢ÿä"$Žó(u0-}¢".
ˆÏ¯N(tm)Éü  M1/2;"#¢h·°#>ÒÖ  ÿ×ø¦‡  ÿÒAw&    K}5Ō¨ù  4
ÿÝ  ýéR
×²J|  ûZoå\û¸_V-ÁoÖS‰ÿÿÏ'(tm)G³Uð3/4·úÛOëÁá_¯î¿wm'§¿ö•]w‡ÿéW(r)¨"^"íÁÛÿ  ékî'Zÿ迸çCt¿*

ÿoóT¿ÿ9(c)ÿ¹Õ'  é>  Ñ×(c)ÕßšKß¤'Ý['°ÿXzÿÿoÛ÷Iz_ÿ§}×a³(c)⁻(tm)3/4-Ý>ÓÿÎ§ì¦§/3/4  õß¶¿Ú×⁻î
ß  ~⁻ª°éœo~°ö-u}  N×¤"Ú1/2ÿ×}Ò{⁻÷Þ ¦¥ÿui7î(c)}w°×ßmëöý*(r)¿ÃM/êÛmk}_ÿÛþ(c)W]þûÞÚÚZ
1/2(r)µ†×µÂû-"iZ¿¶-¥¦ ¶-ö-Û
%(r)ÚZö  Õ1/2Sô×í ⁻úVµi:Ý #ƒ'O-F‡vØKûëá"'V M,ì0•...øj¬:a"þ
$  28XiCJ°f †¶ØK† WM¤ý°Èâo§L03/4  †"
+
%í-í"Ó3/4 ÚVšÚÓ4"ÿ†  °x>ýŠd é†  ‹'0l]ì^Ã0,}6"lS
,  ñQ
D±r/Žþ?ƒŠÓàÂÇLK-ÇÁ'Ã ×á¥Ó  ú
&  K
Ô5¿õÄ›û[þÃHS È<z Ä} Aï È%3/4ØÙ  Š{pÐiÙ
  µUµ1/2†¿b  ðí(r)A
¬HÇÁ/b¶¨ä  õVÂ2#ø¦:⁻Ú°"þöö°š·a5êÂtÚioa    Mj¡"ÂØ^ WvÂTÝ,ý tÁ{         °Ó[
*ö(c)X]¦´Åm²IWi(r)1/45þ -   ¸  Â`...Á,
  î B A,
˜... 0...Y :
¦Št
´ðÁ
³¹õ°"0WL! - 0...&H(tm)S‹ è›"´êî  "H›"ÂØL‡w  Î⁻‰°±c⁻ DDDZ Á ^^^^‹^^^^^^^^Ž""8‹^‹"  °"
DDC     " Á
¢"8"J  ^^  &Æ gcVû×‡Ié†3/4-x0•¶  û  Å{ªaWa&Òz ƒ ñ ÿÿÿÿÿÿÿÿ;
-ÈÑ⁻e}Q\ù6
S!#¦¦"Ê¦hÎ 2£*';0Ó;+d]   5  Ê[ô-⁻JoRœD1/4íZþ"â;JÔ(c)}%ü.ôª Wp¿Ú...\-j OÿJ• ª"¿ÉÓrÉ:°
ÿúÉ[_õÿ¤"Ü5ß÷Õ
î  ~¨k¿þ
UO ì*

÷1/2ßÓ
ýê¡uÿí°ª'ýUh:þ {÷Âø]_îî¯%z¢ 4D6⁻^yNÈftg+['1/2y ÒÉ0¦¢U820ÈżH ÛÎ- %1Ù"e;>Ì aâE
ÕšÉ "^&C/ÛÐf¤p  ¸ &#æÂpÎ"òp·⁻    Z
ö B ` 'àŽ d0ä† 'è"Q0 Ö&⁻" >⁻&×2  ¤4Á    CÌf
pD  ís  iûN0Aú~⁻ío"œSAèCAú{iÜ0ƒc  ?M
" i ý;]
A*ÅÒ{¡ÅŠ
  ¤Ñ }ú~†...Å§Ãâä" GÓ¤G
9  úlqqr ä(öG -
ª%Ü¦jNtOò$ÈLh  ŸÉþBÆD ¨¢<r8¢\ù i
fÉá"›'"  ÐÑ/fp'
  › K1ÿ, Ò     1/2è<ŽoKA7A²
,x'} ðA¶ · ÚB,
ð(r)3/4ÒxTè&öéä"ÍÕ⁻AÚ ì¤ôúW°Z´ûkÓÂz
  w§é×ê z]
3/4 ut÷°é&×§⁻Wü^´ ⁻v -"ô" uö⁻Ð×ª"]_⁻ë~°o¬}>é"×¥-o-ê...ë...´Á-Óúô×¿÷_ÿIv  V¿ÓîþÝn3/4·Ýð
é⁻"þëÿßÿë•@  oïúöŸÿÿdh¦⁻ÁÝ-õïß"×õÿA9
Aÿû¿Ué⁻
ÐdpcÙ¤
øöAÍ5þ°ÿoûû×¥...d  _××÷^/  Ò* ?þÃý[ôúýo⁻_é*!nÃöŸÿÿÿÚ´Cßü0ýw¿ïÿÿ÷á'DYÁîÓÿûÝ¹    U*z
  ¿ ¸çD<"sëwWÿõëý⁻ô¨(tm)  PJ-/oôþZ·2OÊ

1/4²r.*,Ÿõßÿ ^¡þ ÒÉsý¿ßÚT"{ô¿ðo ¯¨ö(r)ý-¯ét¡×ýRUíÛ1/2=Þ-ü; - ý×Úý^ëóÚ¿û÷õ(r)u¶Î úßs( c)å[ó'^Þÿ÷ûk{úè'Ö ÿivÿvÐ{û-$ôû¥ouû_ ¿ëëi¿¯§ {ö°ÒèN×Ôûu(r)Ôô¯÷Kþ"û %

´¯´›[öÒºtûôÒÒk"ØWÛ^ Ã 7Ã
ë(tm) Ø?vÒŠcûÐ6Wa¯
ØJ÷A...°±þá´"¯X0['y"•°"k
°il Ÿ]7¥b(tm)
>ÿ]‰'ÅÀêÅ1oýG±Ûñ$;Ûb¦*ö+N3/4--ôÖ
ûÿ"jý¦A-ÈwÔ¶ÔÂï
']§í¯ku"Ûë´ÂØUþ¡,
'{v a...Ú°µµ" "Öá"› 'Ø[ßQ
î·" f& ã "'Fâ!,


aª Á 0P"DDA, '† °‡ †"""¢""'6"""""7&Ú¤¥1/2 PÞÚÃ o´ðÁX" ÂÂ¨a0 Á
ÿÿÿÿÿÿÿþS ‹Çÿÿÿÿÿÿÿÿÿÿþv!Gÿÿÿûì
Eó²€w¤[ ÒÈvv†[ †j(c)onÏ2$Žñ(tm) Y Û" ¨Ì...Í‹ìÈÃs1/2 Ù\
^è7S³Ÿ A*!d%%ÿÎÒrOÔ.¡kõ*ó3/4¯M0"Ò¯"·_OÂ §×ª
ë²ð
l-IÊØ ¯÷K-´ØY/"E‡ÿ1/2fGnÐûÐÒêýPMÁ - Ø×W÷núõ§H7-ß¿Õý ¯UP(c)_ÿî¿ÝÞîÒßp"Ö•ÿ3/4wê
T"ÎÔtWñÑNZŸkoþFÿ¯
-ÈA|-f
*¬ gFIDË"'È"5°S‹
êÍ°Ê C^EY lôx '( Bd6PÉÆt3 4 " Ä9ÁÙ²òp¹ã5")ÅÁ 8flÙ "¤¿
"ÌÚáú¿M
?Ó3 e Í#@J , u
(tm)ölP@Ða §OÂ "Õ"
= ‡z ê 0šv j ?O ƒÐ -ÓÓÉ N ð$HH,0ðf: ' ÓCêú A¤f|î~ i ÓN?OûÓBÓü ã´
=6/Ðm Õ c¬&ÿVƒAá
A/×§úm Ûø×ãM °ÔÒõdUo¨ä(r) ú Aªù z#íú¡¢$ °^ž¿ ‡v ¤-gJKÿ¢>j‰cé ÷"s>äZc
ys{¯.ŒÒS¹ò < :¥'<ì ðè6}Œ"ÿÑ:6D‡,í û(rgï´íf)Ë¦ä%Ñ zq\ I>,mù$ m¤ 7¬
ð Ê‹'x‹6Å
Ój^Ñÿ‹ø m Ó¿¤Ü ¤Ü ýÕ7Mý:
"i ÁÑ :N
² "-NtOÝÒ5 ï§[ªnéÛÒéûé-}Ý¯I"¯§ÃÕºu øM¥{
ÒéÿN(r)žš¦3/4 ÿa6, A¥_ ÓTý?[×ï[Ók
¯¦
3/4ëßa}¯"´ô;µ·ø0šöþÿýz_°í¬:zÿµõÛJ _í5ë ÷cw×¥´ýSõ¯x- ŠN-Z×ã¿µ""
IÞ/ÚÓí7ã¿÷×1/4?ö HG*¯[ì;š ¯^" uü7ý]ÿakû°Du‚Ô$I /^ší]1/2Uÿý
õ
ÈWûK'ÿ1/2ñ ¬...Õ à÷³F(r)õ¯&_÷ðôý û²6'¦(tm)œ ³¦/"á ~¿ä Sü,iÿ÷ BmzCxã¨ìê Ûé áÔ#Ö
÷Ñ _ê¿dUÁá'CÉ0ÇÔG¡-'Ô oïýfëØ?ïkØ k¯°t
ý°ýiúõ ~ý*ƒ1/4'ð¯oöÞ
õý~
>ü0ïë¿
×ÿf D< Ã! ö"ß² = ÷øK°D,W_i¥D<w_"å ¿Ü kßKPö-Ô d VC ú" ú ì"--ýi‡ýZû
ÕÕ°^´õË'E : "þ(r)õÓÑ þk ¶¶Šq:¥gIf 0³I |Ö tb ß:
ÿ§öü
-´- ïkï"#¿ß"',ýA"1/2oÓ%Ï" ì...õä¹{¿Ù¬OïÝN¡ê-]RûÞ÷P1/2uêÞÃýáúíïÜ?^ší?Ký‡Óïþ ÿëÖÊqm¤FÝ

(r)°yªóRt×[úªìèoõgÿ"§"Sóo¶"  MÛ:;:  *ÿ×žwµgVëëa÷_[¢  ê  WªújïÐqN(r)ÖÿjÒG1/2¨Wÿ_×Ž6ÿï  ^
Óÿ×[oß8ïW1/2õoa  ̈oß"öë*°ÿÚÝ|5ÿooktÿµmí% ́3/4ûuéþ3/4ÕÒÝ5oÿ/o<uîÒ(_wßV-ïV  Kû¦í&Òùÿ"-
Pujÿ-ÓÒj÷ÃJ  Z°¶(c)fþÝZêÿ^"-Û  Ž¿ß  "  MÝ"êøkÚöŸíÿL  %
-tÅ¶  `ø×°¶¨L4(r)  I°¬28Hr#¸0"Ü0"°Áa"ï°·û
wµƒO¤    "Ø6  €ÿ°Á-ƒ        4Á-  ò(,.  Šb  "?Ü†
Å_øcb"
U1LBb      o  v+V)ŽÐÌ5a,Ûh0*¶(r)-MŠÒø′  °¶+b¸'  íÿ1/45  w°¶"d  ?
  jšÓvšz¸/kØL,  ö6)ƒI÷Ö82è  ̄^Ÿµki5µÓí÷kêÂ
&1/2...L'Ä]á...µ"

 Âa[  Ë  L+¶  [|ƒÅ...nÈ$}  wLE^ƒ
[
0NÂÜ0°Â  Ál!w~œêƒ
!¡  d÷(c)c  ̂†F6  C  ,Â  Â  f+%¦  (r)
 ÓÐiXV-.á"j"
œ"  """$    V""T!
"#^^^^^^^^†  ƒ-<C  DC  XQ          ðªµÿÿÿË  ÇÿÿÿÿÿþZKqØ%-ÌÙÞŒ¥  ï      (tm)  ÎÝ  Ñ•Fƒ;
    (c)    ŽÖÙ\!ÏÈCÿG-ÒúDÄ  ;4   )Ü#CÏ†Ÿ;  ¤íÉ-oÙ-(r)ÐiS"-gj
°1/2ÐKÒúÍ$LnšëÐVÕ"°-"sôµŸ-$%ov÷ï§°þÏBÁSÕ÷ó=õ
ÚZÞ·ë÷  ×Þ°VÖ•ÊGÕ={ý}ý~ÿÂuj-ÿÕ÷ÿ}þ-ÛÂTê"÷ôòÜ
  ë:°Ó*ÿþü÷¹  T@Å  Sµ]  )  6DY1  £Ïî6d\ÿ[3/4WYEÑ
Ÿa  3  (tm)@R†`g@¹+N£r0  Ð2-:  #
  2udƒ:<  a  +"êk&¡XD>  àÃBD  G  ¿H  ...(̀  ,
0  "³(c)š
h2ìØ  š"1/4ØÊ  #y*  ðwI§H>"´Â    Aï,dí
Á ́ø@í  -  W    è>1/2ÂøA¶Aá
h6Ò  -°

°  (tm)³"ób"ãÉ      C
D  02!çA"á?  †›  ñi·  §ª"á8"Š"OO...ýi  âÐÐ¤ß‡  ¦ƒBâÛ ̄  0ƒÂ
    (õ.ú    Aï  £µD1/2ªÚ  D}¸1/2    83/4Û(r)B
ä^a  Ãý  çD¿""]′_ÊQÜ•ä²‰{è´Á¢Y"×‹Aꢪñ¡a;µÈç"ú  Ù  BèEüŸ1/2
"Äõ ̄
  Ïd  Ìz'ï-  >  m
È±ø  Ûê›4‡°]$Jm  g@ƒ  žƒv¨"òG!1
ƒhŸä  ò!Ú¦Š¦  ö  ~è4LwÞ ́¦ál&ÐAö  j5y$t  ¶1/2>ôÜ  ¤ÚúAîž×è=tÂ  Ú
~  n  ž›"  Þ-"õ  ÷¢s
ƒl°m    1/2Q ́ŒÊ  StôêõÕê ̄ }ué  ÿï°zú~3/4ý  ÕtêÃIöî'1/2§A:1/26ßÂ
,}'...¤  Ø!þ  ÔëÞ3/4Ú÷I×  -ÿÞÿé°}[H}¿µõ](r)ÝÒzW}  "tÔþôtßM(r)¿_¤Þß°÷Kÿ÷ñêúMÒÇõ3/4·Ò"ï ̄
  -ö  IuzÒÝÓoKN"Ý;  WÿOÁzúÿZ ́Ÿ^åŒ ̄êÿûûÔÚÔßWM...[ ̄þÝo[ö°¶1/2m  (r)•Ôn·úñ÷ë¡×Ók•a  ¢
Oÿ ́²*/µñ×þÆ•(/ ̄[ÿ›
~‡{"¤õ"~µÞ3/4-Áú ̄ßý  "    >
ÙÐ-3/4?È  >÷éþÛî,=·^°"_ÿ¶'  ̄¥¤×-öh'O...ëÿ¿ß¿ÿx_êÂÝ{u,Õ¥ë^"µ×'  aÿë_õ{÷{}¿  ï
A  ÿ    û  ýu  £œs¦ÿè‡¿÷"AW  è‡  ÿw[]†
,  ã  "Q    zþíï ̄õÕÕ×þ¥Xg×ýƒ1/2ï1/4Èìk,s  Ñ    ¿D
á-ÓR    ""Bvëù  •  ŽßßÇÇH  tíŸúH²~(tm),Sýjûÿúþö    ÿ]ètL  ×¢Hús  idÑûù"þ1/2þ^é×Wõê4(r)ý¿û
üƒ  ÿ  ‡Ï¥È`@  ÿz~Ûá~/
"ïözõÿ[Î(r)ÿ×Ð'Û^÷¦Õ?ÿµ°ß-SþÏ¯[¿ïÎ->¿_Òê"ÞéÝÿï[× ̄$:d  ̄K"ÿ  ïk  [ªíúízVC4

ü  ´¿í"÷YÐýW¿"øgFû×i61/26Úú"ù
Wï}+¥Õ
{¿Ý&'3/4áöï×ÿ¶Óí-ÿßï*O×þ±(r)¿Ö1/2ûj3/4•õþ¬>é  ééÝ~ûê⁴£"*×÷ÿÍLäûOïµÿ´µ]µí}Þšï´-k¶éíØkö3/4
ÚØ[O†°-"
z  Oîµz]{V-mv"ÚÄAwÓ  ì'-ö  Ò†1/428/"á"a.žÂÍ¥¥¥úýðÕƒ
U*⁴ï4-a...jëa¥ÚL5µýSµÚÇá°¬}÷a.D  "ƒ],ðÈéí&¢¡...ŠdWZìU±KlzÃ        û  G
Å1NÃ
6"  Ã  M.ÛÐil4¬.¿jíí-ûŒ5°~  ðÄ"é÷càÓcö%3/4    {p'  °}¯cø|ØM1JíÓ  V^Ká°·  "Bl/lŠõ†"0K
ïn(tm)
öµø]]ö¬ƒÃß
=µrÝ0µÃNÂ]...ò  ‡á  °Ù
v  ÂÕZ  GÐ  ŠÃ  Ó  ñïTv¶°Á&ßA...†  ö÷az|.¯OL    Â  `œ0^×°-
  ²  Ò)Õ  ªÜ  &  ¢n  ÷†¶ƒR      ÃÝ  Ô  !      DZ
  ^^^ƒ,c    ƒ$
Á  ^^^e
   ^^Ð0B""8‰Q^ƒf8˜A,ßV  L Éh¯Ã
V    DDDE!    ÄDR  Â  `"D0C<$(  ^>YSþ"""":A-B1/2rÎ-$0¡|Q\\M5è0šÂ
¢0£ÿÿÿÿÿÿÿÿÿ¥ÈL•
[ª    Ì"Ã-æŒŠ².!  '(È  R  Îà
  ¡¡  ºÉkªì"
n¥éÙšf  "!*ðd¡Ì  ¤ª  Ø[;óýÞ  %
ëºX/(r)N²  ý/ÛUþ×îÂ  U_Éýu-  °\1/2_ôò/ð¶-z"õÿ/c|  ÿ¤OG}§    Çú÷Çîl]k××ïÝ}S¬*¿°¿ïÞßO1/2o-ã
OÎ‡(c)Øï²ër,f,"çÞu2  eCÔ§D=2ZE^PE9'¤(tm)tI(tm)      rVGj  ÷~W4  èÁ  :‹cÂ!hA
1/2I†\  K0d]Oäz  D!Ã#Ç@LØ¤AÑ  `ƒ    ¦  <9;:°D=D:NH
""²ü‚#ðÉ
À@ƒ
‡    "  "  Bì‰~fÍˆ    ÐB  š
  -$1
Ë5G-R0•§  ƒžšxAá
¹æ  -ö  4Â Ã
   Ðg@ëV  "ôÃOt  ^
¦š
ÓÁ=    (r)  L  2v  ...·xAšÂ  1/4û  -l  ¹"ä@€y-§    Ðïøzè;  4Ð    ž"\C´ÛPšz§|i±    Nî4)îÐ}ª a
Ã†fû[ö•Â  §zh-5ãÁ"¥  a±h-Q  Ú'hÐvÈ  ""ãÑ.}IûD~  $%oc3u¢s
  /tOœ[$ ‰
Ñ-x¹.hˆá±  'Î  a?  ÝjÐk"ü‹ÔK²  "
  hù    3/4    h‰oŽ  h Ù¤UÒ/Q/ò>  7  H7é7        ì  6íÈÎžGá
H<‹Ïˆ">Dì ü‰"  ¢Th  {¤-B""FÝ×"{ªµ'$f  xAÐN"¤ß°  ~¶fÓÐvøA‚A"#    šªÖ  ¶¨ ônÎ:-StÓi
¦(r)ž  pÝ"  (r)¶Ja  tÛ  "rsï#:3nªè-³ö›"
é=?ÂwîƒpµzµZ}ãì›"}3/4(c)´>...NýVÕup›UéÔûé÷¦´œ0éÒoZû  "ý_é:ýÿÞ(c)i·  -ûIÿÝô  ÿ""·þûôþõ×ûN£
é%"
,ä'"ú÷J›I"†  Óíoß01/2"õ{÷UW1/2iZ°Ý+ï
žë      ?ý×ŽÕÖ¿JûªáµµkÝ3/4õ1/2j/ëúOûn"Mï
Úµ3/4ô1/2>êûé¯KÓmZÿ_ªí{ÿ·M~
7èwUÝièx_véãïÕ_^(r)B"M:¿"1‹Ú¿Vß  28/,áÃ.
Þ±uZ  GÈù  #íD,zßýU§ÆE"^  -S·]ÕÈx
úK¯û¿ÿLjêš  õßô¯-
ÇïÝñ  ¯"  ŽÝúáw^¯<v¿þ(r)Ÿ  û÷ÿÿÖÕ ƒ÷1/2ÿ1/2¯öë3/4  ÿÿï,úÿÃêÿm?{muƒ#,|(r)-  }?ÿþûÓa"ú ¯ÿ

ßäœ-"
 ô¶C×ù
ºª  ê¿ÿ¯§wÓt"¤. D *úªË&3/4¿þƒiUßR I¿ÿ¦ë 3 vbvôY?ËW} ?Ýÿöžû,X±
;¤ú[ÿ3/4ˆÌu·úÿ×ûÊq[ë[-S_¿Ú¶]-‡õ1/2{û¢HÞÿþÕ¯ZËP1/2ò›I;ðZî"ÿ÷ºÿƒz~ûïÿºë°÷ûî÷Ýx].¿ä3î1/21/2ÿßt
þC úÍÿ~ÙÕ3/4¿¦Ö°×ÿúþ-{Õ   5wÿçCôî¯ ÷ÿ÷Ò÷HÕ¿¦ê• o-[ ÿ÷éÿþßWž Zþu{ÿÿZÿ
é‡gSÿÿîõÒþûöÕÿVÐ;W:µ 6ï_J1/4êú^÷ÿ¥ßÿkííûÿ(r)·ßÚÞÚ]nÚ_ÃKûI^öö×"3/4ÿí& júþïî(c)ÿuumn¿
Õ¿ª¿Òÿzßí'µb-[JîÒÿ×÷IÖ3/4ûZêÒûþÕ°·ß¯¬km×¿ïµmz÷ö ßk
.1/2Zä°_A(r) iSiC]Û[]†-Ü5W¶Â~Ã_vÒÒ¿n Á&Õéµ÷kÿ¶ Þ VÕ /ÿH¹l/Á...a¤¬žÒA'ÃCý"- IØ¦
¸1/2²,&EÏ ÞÃ µ'k
ì}+ Ã ~Ç Ã 6¶
(r)ºM¶•á¯
žÆÆÃw÷ñ^ "Å>¶Ã1KìVÅ=1[qWñõ±_±&õÙ wp£ß ÔT0"n¬ŒŽ°ÕÈý‰ ÝY
÷a ÷°3/4ƒ[o1/2ÚÚ]+Mm†3/4ØKtÂwm¦ß... T Zá"Á4Â2
ÿ·PðÁ ÁÖWÛò !¯ÕCíjÕ 7OatÕ Î°ÂpÂabÂiT2=tÂ
$ö¯N¸aB(r)É (r)ðÐ0¯M?îÕ[apB T
, Æ!ØB*
-Á" &
 a"
92HˆÐƒ/h8š    a ˆ† ˆŒ! `¸B" A"Á0·µU
'ƒ)"3/4"DDDDAÿd&¡ a
:ˆ˜ˆú~"Â¥É¨...› ~Õ:"MTF  ÿÿÿÿÿÿÿ+â ËX4e4dP¥sD] è -eòXÍfTã%DvvR(tm)  çd
e)•FTÌ"
à(tm)ØFj#¬
P.
øe- à
  ¨6Êà...$ Ê·îûÃÛÓÔÕíÍ "1/2% A(r)(c) á `Ü%ÿþðß_Tò~-·§é&ƒÿÿõ×ë¯
Kµ    íôž¯õÿÈLoÿ/d1/2u!
("y Ý1/4°6%ºcôü= ÇÞ]A< Ò}VY,uyaÕð'A´¢¯¯~Ò×§¥_ {1/2h9PõÿûëÑoú±¿Õé7-ïAR1/2}WîÞûk
Ñp"^ûN•Ý-:H±ûîÎÁ/52 ªÈ-¦ŒëßÕ·î¯k¦¿"‡ ÇT";<6!0*œ'%ŒülCPðÐ²ª°ß$œ-} Ì m Â, 1/4 TÂ
† $ !Ç
×' Ó:"%âq>ïîâ-¸@Í ëß\ŠD9=2v ; <"z Â  <û A÷" pa?° é ðš" Û
ƒÌ  hÁ ƒVÎ±°... ÁH >f
å;¤Ðû×" ×Üï=§Q T"ÿ´Ð×ÓÕô0¨} Ø´ôôÝ}
ëxAÖ(c)¦ƒ( Ã^(tm) kß¶ƒáu]-ûZl_ëZÉóáÑ v(c)dvW#w!
(v^ñè< ÂßªoiÅkl^Ÿ~ÝWë‡·Éÿ¯´-{ä\z%ÎÇŽÿd^h-è °á wÜÿÑg¢sÚH 7 !à Ð&ä&}ôJn(tm)NYÉ
 Ú%7*lÇþE...(r)¬‡Ð^
/Ì³H{ÒKÕ( ß    äs¦p'Â
Pt¯¨ÏO(r)"¥tøTž¨uA
" °3/4 Ø1/2TŒá7\ôBujŒØ0Ýx'
gÁ0Áþ" ý{ûé7NÃ?"¨¯3/4ƒ¥tõOAÒô(c)°j¿m¯ô'oÕê›Þ l'{÷ëÅr Onéîô¢î¯]ýkõ",õt WÝ{íYp"ž¯°}}
ÿ"xZWU þÿ/ÂÁ¦§êÿô"[¨ë wÿé3/4" Ý]+"ŠI÷3/4ž¯ßÍüzMöêûûí÷

öÿ}-S‡˜zîõëéu
ÿVÚ¯þ }_þõt·úÿ.ý ¿äÌ È¢ûûV³µtü$µ(r)D.·ÕØ?ÚK¿†\ W""Ü‰-o"þÿ k=¦¯ð›ÿ"Rx-T
-Ú_l ZI=;¨~×²Õ¿ÞàþÕ¿^:ä1Pú D ·WXë# ñ *ö1/2>þ°$< C"ï‰oÕveûíÚ°ÿªd0 _þÿòÉë¨ÿ-~"È`Å
Ú¯Õ¿í} ·ÏiÚ
j³1/2Õ=[ÕÿÞ }ý/Z´ûÞ   ïüßZÒÀ]3/4Õ~Ÿoï{ÿÚ^$A:ëÜëõáÿû÷²ÂWD #ƒ{ö•$¡ ! - žC¹ŠúéPß
ÿßUßò uÿê"¦Ÿûâ8ÿÝÿëõw³+àúÿë1/4Äú"ÓÉ'ÿzzú÷ÃÎ¶Ûîñûn¯Ÿ*1/2]Õïò ßçJ¿÷§ü-=ÿöÒÿ úÿízm}mÛ

è°µýÒ×Ú_NC7]ß×oëAßN¹-zõoõµ×*ð1/2âÔÿþïïÛ}õ}~tþb

*ÿÿ¯éÕ1/2ž}=1/2wwv ?u5;Ïÿúmÿ _ÿgY/ þ(r)1/2µÿ+ö-"× Õ Û°v-(r)-z¿¿-é°´Õµõoµë¨íuý´êÚ_þÝ }oV3/4-û]q_-úo¯m"kïÿj"jþÝ}××qµ~úßK¯úõÕý‡pÂK{¯Ú-¿U¶¿WwW^épa.Â°öÒ†3/4 ív ÖfŸuÕú°" wýýÇ{/

oL ->ÃJûK¢C÷°•1/2Ã 1/2°°¯`.¶•C °¬0I°- û^ÂW

-1/4'Ý ¿ß\-oâ4îØ(r)ê

%\43/4Úk1/2Šþ:v8-x"c

Š>*-¶

¸ŽÁa ßØ`-LŠë

^ý'×á¯tC>-6Ó¥ïW†)o ú×d Ý¦Èwa§tšä-1°(tm) zLWµÂõí¦5X'wq^Ÿû ²*=*ON Þ×´×_ø0(c)3/4¿ö - † † †• ±

5Û

V ×oì'v1/2...¤ ßvAßûívè0-H0¯...u}-(¨"KkØA...GV6Ð´ 0k p€ŧ

! Â Áuì ÂðÂu þ°¥ý/g B%9Ðä A,"Õ ^^^ƒ """""""""" DDDXEG¯ÂM ×Aß¸ˆŠ^ ˆâ$b :¡ {t° þ-T1/2ªKýWI%¶•

dS Jô# û cnšä"Gÿÿÿÿÿÿÿ-P>[°#Æ3 RÌ•L¤ )b Ô

Ì Øy ˜È‡+'†bdM¸Aë

¡ Lé°ÛL5&ãjïé...XZw Oä[)ÝÎ° é1/2 a-V‹××'¬YzùnìGÿÚ MúÒoé;ßßß[1/2-á ×ùN_äM#1/ 23...

² "!ášä 4 ÑžFŒ†Ï3b Fm•a vS‰âl8 f •Y@¨0ƒ$ (2@ B w"

ÐÁ Ý¦ >

? ?

" A hÁ :µ ?ÐzpÜ zõ"õÕa?O‹‹OA¡{ißa ‹O¸"û‹ôŸ ÚÍÆˆƒÛTGtAC¤êä(í Ç"Ew"c¥Ñ:[*#1/4 ŸûäshŸäé (r)äç' á ²×ZTÒò9è à

oÓ§DIõB, Èç°t›A7 á ¢,'Õ5H ¦Ò~›§ÕÕâ_...-Ó´×Mk ÒÙ

jÕý •]zé;U´•wO_ö1/2 W¯xþ†"Ôã×Ûxívñúm Ztœ]ë

:z-÷Õ÷...¨Õ¯éý¯¯Á1/2ua Âîôµ...ÿa _MÈ ¯Ó' Ù áaWƒUþ j Õ°%Ãý°ï'a \7GP_t

- äj÷ ^¹@1ÝlÔ

þ¯-..._ß

k&OtÁý|°&¿|/ïõ¢ ïw1/2¢--ï3/4 }ÿXD=ÿè‡ ÿú -Vú"Ïü...séÃÿ÷¢-?Ý ?ÿÛTM ¶ò!í"d_Ù‰òœ]ÿùa ÿK

ý ë3/4×´ë[ÿ

ÿëKÿõþûÛ×ûÿ__Ûÿ}úïõÿõÕûõom/_ó(c)ùÆÿ¥_Óëú_×ß÷û‡ëþßî¿ßí¯ûÿßì.¿jØ+°÷ï¥÷î¿î¿é(r)þ- Oá¥akma" -Õê›[ïä¥Kì0OSçø¨Ÿ¦î]...1/2'G±Pá›

*°ÂU²(ëa-1/2ñÿí ú¿býŠ¯6$‡}l ±]ÒÈ<{ýH<nû\2 ,,Gä Øa6ÓovÕíl/Õ(r)þ ‡¿Õ¬0¶ ø0°Á; Òk° K°¶

†Ü'

Wh`"RØ": $á¦ Ð^Œ

Á Ñ 0BÂ ^^ ^^ŽäÜ‡V×a,pÖ¡, ÿÿÿÿü´€' ÿÿÿÿüµIT ÿÿÿÿÿÿÿÿÿÿäÜtGÌ"çkd] Jd' æFó# ÎÊÀ1/2(tm)

Ä´B! a

A ^hfAFU Ì 3/4 ‡&Ð:;Oú"

¨z¿ä'ePÈ5Tè¨">¥U1/4%´ú ÖðuMS]+Ñ 4 Dx÷íu_ê°ù¬Ž-äÉ*, Ñ/pƒÈfš+þ¡_ê,oA Ö´Ü-&åÉ.5ÿ ýíÕ ×¥ÎÒ;]{¿ÿ ¦Õ1/2Û¬¶-¨ë÷úé°" ¦‹¶ 3/4ò"h>1/2Õü í}9žp^Ðïã! E ë03¢<ÎGFH -ÈF"-5÷•€B¦Íb'ä CÕ\ k#Ä(c)-AÄ 3Õë¿ÐZè›Õµ 4

Ì B!5 CdƒBB

'±84 Â NÑ

WPÒï1/2&TFÃ8 A,  8ø`ƒL§2sÌÀ"    BjDÖH  )    ‡é(c)  ò¨.j?%OJ4'þ¯OL
lXAûØ@Ø¶|×Âzi$âký¦(c) ÐiÛÅßú
ð˜A¨O  ,R\8! tf  "ðA"ãîÁ   éõŸx´ã[AÖ°"„þãZZïÒÀÑ/v¶‰CA²8Khn´   Œ|XAº  Aª
ôÐÐ0ƒ}  ³}...(r)"È¸:NEê#íó¹•¹<r>þ‰Ÿ îÝ_-.
ÐO  .4hÑ)ÁÇûDyídÿ NäLÈáé3/4ƒ‹UC¨}GÐOWN  <  Y:8MÂoHtíÍ
n  nGGÓr:U$Â_}ÐvKÁ ÐM ›úxAÛôƒ}Á6   ž‰~KÙ‹Á H-m    æ"¥Õ "é7
   ÓÓû±p°xU×OT×{Oý4étÿZOý===7Á
A>Q
   7"Ï  :   ‡%Ù  Ÿð•{÷"ïM¤ß-(n(r)/2v-WJ´îKÝ/îÝ;3/4Ý  _ ¤é¦ôý›¦è è' íþ _ÓU×ú^ý×ÿ‹ý%¯ü
Ø1/25¥¥~×Nè±Ý}ÓÖÚ¦jõ[pŸm'(c)*]-  ÞÝ  _  êõÿÓ}tÝ1/2$ÿôÛ    ÷3/4/}íÒãßMzõi6ÓõÔ_Ú¯KÛÝ{
"Q¿î,Þ¡p'Uâä '1/43Ûq   uÞ-U'Fôµ{ý÷] é¦×I/û÷ é-ý,ô\]3/4³XZö´ -Y)
ý ãÔUÞÿ5" æ6ÙàJô¿Ûÿõý§é êŸù   Ûÿ° ÿä0_m$(c)-ÞÜ-w¦(r)ïúé   v Ðî²4 ¤ÈàB¿¡íúU
}î¥äh ëûé¿(r)Á%ð¶•(r)„D<; w1/2_é1/2CkþáX1¬n¿~Ó1/2]%9¦Õ%þ   ßÞö-ûç-îÝD^P þ .°" Ls
Öÿþ^[@ÃýtÂ    [Õµûï"è(‰   - {~ _ýilÄëÚ¢3ýi'úäÈ_u {ÿ~ôE›5‹òÒzD=†ß!
yû7UÕõ×‡µþ‰!t¿WöÕ(r) /úý-wÓý ß³,4A›í{"FŠU-%/¡ûô(r)¶-ôÂOÛîß-iø_u
1/2¯Í=+ûïöÕÕw" û¶ ÿßÿ[}aHì...×ß¥N1/2R¯   û̂ò' )õÕ×ëÜÐÚÓ5>÷ï{¯<ß"õKíö1/2¿¿JáH¬6¿§õžë{îj
}zÿ¤-$Úß~"Óé¯¯u"   §ýæ§ß]öuô1/2£(c)÷~õ¦Ã¥í×_WÿÚ̂Ú×ëÇ
°´•uôí&ëßÖ=×þ×uT-Ð~êŸk-¯U†-ØKÕÀÛ°÷÷iZÛkûÙC_jêÚÙÚ3/4Õ-¯ª°×¯m/mvöÓ  ú1/2µn~¯(r)§ò='
   _m{
i6•ªÓ
a¥Ã  °Oª´A1/4ÃJ
(i  · Õ6  °'
Ž•Úl+NšÚý×k¿°Ò"µ´(r)ÿñ ~Á‹ mŠØk Á"¤Aò
Ì4¢„`"ß°Á&)ŠXÕÝ 'GÁ¿qûab1/2† Û[ 1/2°a...‡N¶"WKØ(r)ªâé^LI1/21/2Ž¹
"Ä"ýíbša; ðý&   ŸòA-üLö1/2ŠØÙ ò& †
"   5†"u"Úí- xÉŽž•¶ Î¶¶(r)Ú h0Ÿa ´Óý5ôÓm/\,=‰8ì6+vA- Lq×KPÁt [
¦    "ÖÖ X°°'...,
~   @a `¶ mZ L„L³TA,è0šÁ,è TÒÓ3/4Âö¶ƒ!ÇÂâÎ°
  ^^3l¹CžG<^^qa  ^^^¨^3lÁ1 BÂÝÃ         S
 †
´MÂj""#^8^^<A-œ!
&ša-RÊëiDDD  -ÕR
"kÈ5L#
°(c)hZb dP%¡êMµTÁTZ M k j?â2¡Ú ÿÿÿÿü6Î?ÿã¥ü· ÎÁçFfD*>Â vP   ^dØœEm'6~& è K.
.. o°Ù- ²1/2æÁ ùÝGk"ž"ùÛçj¹#úaä_ -
O-õuûÔ$ D¶XôôÎÃ•oýSYc>ª°-n,¸Ozÿµ'DÈ¡ ýM[vm^ú_o¡Æ¹€l/2oÛkƒZ^èžÄëëî ýß
Ûk"á÷¿WÛ¯ßõO"ÓZ÷múW# ,yB9 ï ÿì  ƒ ‰foT·5VA£Vf!   Â" "
‚#rà...Õ^ _ àÈ;Â |B
fbùìó' Œ (2p"    ' :#Çå
b  qS , ç KÞ¶"(r)Í      "1/20D-³ •Ò' % B  &   àp¯Aë¨@ÌÝ'°"Èm ŸÃ 0@Â
¤ 3G h   Â 3¨PA"³   ", Î¡HÐ3/4~*3[0<í@ÝHbðƒÂ ^þûÂ
A
ú
7Óø´ý
Å ôÓÿA§a%ôúûÀ¦žšk³i"
Ì 0D%D $Ù
Ï£2    é   É[xï¯ÂiaR´B
ÒÑ.qR v‰[mdþÈ°´Gn"ú  út'mèŽ

Ç¨D[r1¢"û  ^Å ÓwL  qêõÁ  †)äH| u'ÎÉré  n]×#Àä_¨îNvFƒ   ß  hh múl"†Há    ‹d$úÈ±¦åÏiIÓZ
² õX Ú.    ìœñr]'hEÊ%ÔFíbáû(r)š    ‹< oIøX5F'Gú
È³uÐA´œÒ×"!t÷T÷Pƒ  zÂ  ›H7T,oÒ
Á
"'t    Ã Û%L ÑPá  ÐA´ (tm)²: ±DväU~¢äñËŸO¯ýúr
(ô  }Ý$ôýÂoIÒ  ªýUí÷,Õ7IØA  uÔU7Ý:]ZN"'¦ÐNO2Th  7
3aõÑ       =  ôß_MÿÿOÿÿêû][Ö:jð"Šéñé/*~·À  ûÓÖßÓÓ}=?  ô  &Öïä¿¿¿Ý^è±ÚÓ‹ýoõêÞ×ÿ
þê²ô(r)  Uëb3/41/2m¯ZÕi=SÓ
1/2êµ  úýÕoÝ>·ÿ³ÿz  _]$-õ÷¿ì  ì-ïï_]^ß\&ûU¯ "Ñ  /^°ÈRÿ¯ýð°[o°fk~B  koø&þD¨Q     ß  G  ÿX? -
_ûuûï(r)›Þžûä0  ÝÕœ  zWþ³äÀ}°*{^í&z¿É
ukn  2\  ¸ùg{È"  K  ÿß(c)    þ¬°-Mú⁰  Âþ°ÿWû÷T¥@/÷~*Ó!...}]~...t(tm)
<Ö
køoØ<"  ?ÿ  ÷øg  á×¤ûÁý°^wß"k÷_Ú¸,D  ßÿÕ7ƒ  ßïi1/2Ã
$á¢  îÿìi  v  ,  ÿþÕ×äjë  ¹
    JÕ  g¨ÿ¿  êÒ1/2  œ3/4¿nÝŠƒÕ  ë^-- œ(c)å"[  Á¹%B  ¿ÿÈg  +ÿµÛþ¨0{ùd  ý  _ÿÕ  Gí}&(r)
    ;Ö°ûÒ  èŒîî  oå°Rhí  òÀ-ý^"¯†ýi/ë"×môÝ}R    ¤ý]Cû"þ-'  Û  R·u~
1/2_ÿïþÝ>þ÷Pï(r)ï  Vÿ"÷úþö-    õ1/2*1/47Ý_YN"oW°÷ÿ÷ßë×÷ÈÐõ_Öÿ°ÿ{ÿ}ZÓ_1/2  _"·ûúÕ_ðÚ
¥ö  ÷1/4õ¹Ö×_þÎ*þ×ÿ³ÐUíuú]ÿûKŽ÷Tëá(r)ýíõû¥ÿzGï¿î×"t3/4Ó_í  ÓÿÐf|þþÿ×tûí  Û  -µjÛµ¥Õµcm
u¿*1/2†*TßÛWöÝ-í°ë¿÷¶÷{j3/4¿äc-×anž¿}a¤NnïiXZÛ         >ö  AC]"
t(r)ö"    ØXiØKÝ†¶^Ñ¤"ì5°ïl$µÚ÷úÚ÷µã"Tè2àFö1/2ôÃ
C  1/40ao¸i<  %ì5Û×a¥km¸M°  a,_v  †¶¶ØOVÂ÷°ÂPö¯ }÷
"
ÛK!
[!‡Ý[
ÞÇ¨b¹  }ŠbMò/  |Bõ
SIWLB×íŠŠî%  %ocØ¯v!1A  cÞ6Eµ±N  ¿†-ðÂÞØ[\VÕöÿª÷_OUvÝ/°¡0"k  ¦ƒ[m=uöÂa4ìƒÀÕ  ïÿ¨(c)
)  ;  "  qÀjØ_¥ÿw†  Ûá"
-Ü0Z‹N  ]0µôã¯XÁXjÁ...í†šat·µ}ì  Â¿kä  {  ƒÚËp¡  ÓBì%y  ð¯!
v..."
¡s  †"Dq  %ðâ"Á  2e€'0B  Óñ  eƒ    0B¸a
Á  a0¿an×ØiÚâ""""'8^^Š^^^^Ž""'$W  TÃ  a~Â"    %oÒø^^3  R-
Õ$"=R^¡RÝ  ä
üqõëL  Gÿÿÿÿòš#  ÿÿÿ-¤È©²Ò0îÕ̃õa5)q  6E#°*WX
Â¸Â)L"3$  "(ÐaRRŒëbÊ  lì  &Õ3/4v  !zY•ZO'yõm  ž  $±W¬2¸š#¯ªdf  émt¹:  *...K§
-dË@þ-µêþ1/2~ú(r)3/4  ò
ìGTÿWúé,ýúÿ~[ÁÛøÐã  cÿþÖ3/4ô\U¯ê÷ýÿ  5ÿMÿÿ¿¤÷ö..þ"¥  ÂTè,3/4ü    }5æ¨Á  13
¤")ÄÞÈ    þ~:Ç|F
"`(c)"ælÀC¨†â)    É  J  öpPD>    BV\  œ-"ì‡A-...ÀgÑ  Rpäƒ%Ë  A-›  D  ^%E;.³ƒ#
"#\î^-þ"1  ØAÝ


û  Cê
Á  ‡f  J¶¨@ƒA"
    ·¦ŸiÐAÞ  kúa  |õB  3
3/4¡    m  "  0  •lÀ-(tm)vlÁM    ‡+9    éœ"œR  F1/4ù"  âÊu´?OA¦š¿é°  AÃM?ì!À<'Úÿ    z
ã  >À  v  TZ  AÕíè-N  "a    "Ð0@Í  D9  "


'  '#b÷ZDW|4  u~...éÁ...D°9(    #Œ%onä¹ß  Ù  åƒ¦§Ú  # Š;(c)  ,CD}DGW
8,"z        á<  h7M6Ânž  pƒT  Èá?.  dæN"Oœ¹þ^‰3/4OœICA  h  6

³ä_h ðA1/2 '>fó:¤d oî‰ÑÈÎN"I ›Dù lQ 0ƒšBD9 è    ‰  ÿò1Ô8´Ev...ÞœqxOOÂ º m¨ M¤
Ó~t¹*t  y,  N"'"    ûé=B  úH? (r)(c)1/2&è>Â
-ðN    Ú  ${¤‰  ƒ  B#Ç"@h  ¡È¯Ñ9ù9´A
h‰Ïd¯ß_Ïé§I¿§û¦  M¤ú†žž  {íµ  { ›(r)ƒÒ¿  :O žŸþž  uÞ-
    "hp›h<&ô›dsl Ú
@Ü‰o o×_ý×cëÓûUZ[Mú]?Õ:×ýÔ}öÕ  tû  Gú÷-+(r)šÿxOM¤õvúM¤ôïAá  Ÿÿ÷§M-ïô‡  ×¿ÿñWÚ  ¥
Ûô1/4{]~    û{ï¦ÚTúOO]=AuµÓzð"ÿ
ÿ¶éµûÛëÛÿ¯z  _Oí×¿  ²zÒõÔê3/4úê  1/2þ1/4zzÿ-ÿüJ"'¥Ûzþ
*Lð}?3/43/4ì§  û¯ªþ-p_1/2ÛÔ§  Ò¿§"GNÿÿZ¿W÷ýÐôß¯  úP´84  ^ÿ`ÛÔ-  ß_Ú:  õ_ßqÑ.
¡ÿnC
}è...  Ã[×§ý÷äJûVõWõÛö  ø4/ë(c)  &·ÿë}õ  (r)¡þë"5    ÿ ø%}T]m?F°NÌÑOãî  "¥ß5...îëÐaþ    Wì?
þ´õÿ  ,Fú¯¯1/2-  Aÿÿh,?vÿÓÛP[B#  éƒÓ÷ï¦†?þ  ä8äæ  7÷øaúËPZ3/4ÿÿr,ë  ÷ÈTý--"Bw'-ÿH<6¿Èg
é¦  ÐWø`Ö"ÿ
1/2  5‰LÁ
    R
"ÿ°oÛv1/2v¿ÑaÞ-¿îb~(c)  G,ÿ´
}+f  ~í¤~%ú°"WPmîõ~Â  z¿ä¹ÝP0åÕ  òœ  Õêÿ-i*ÿÿÿð1/2ßþ
1/2õÿõI  ¯£Á§5"ßÿzD'të1/21/2[‡J×ú
ï³UÚ÷}Þ"ßúïþ•ò¿ë}§¿ßðºÿ1/4ëO[D'ßéÑè1/4êÛ:ç  ÿ_oÒÒÿÐÿ-t¶_  ^-¯gSêŽ§ð´u6÷ö1/2'Ûëë"j-}÷áý=î ª
    Õÿ-ím?§ïó‡}´Ã"ßÞý{ïÿ_o1/2tª ÿ"*éÃ¿~šªÚÛ:  çç3/4´Ÿë_o¦Ú[Õ"kß××ü5  ÿµ‡1/2¯[_ýw¥¿ºW÷ê¦K¶-
^Å*wgCM}öë÷¿-ï(r)*}¤õ ª=þÝ}éCI]mLÛixO3/4ÿ¦  ü5"
§ëý-¶ÿö¿ßÿUZòß°ÕíVôþ1/40-,\0°Ô  Hí¤Ý  ÚßL  +
&õv  'ØÍ  ø  Ü4  ¯"iv  '00Í†²..
    ×ì%h/{]Ö  *_~(c)Réwÿò8¦GÄ¯¦+ö  "Û~  %û  ¤DËñ¦ñ[  qßƒÿcö+b[§b¯Û1/2‰7Èƒ  ¹¶*  /1/2,Û
&  PÂûa,0ûv  Z...^-È#Ú¶(c)¯´  ×c(r)Úïÿd  ÿmZ¯ÿ†  ì+"Ú  q÷í_ôñúLpl  ,4ƒ  1/2ŠØ...Z    [  ~ß\
    °ƒ    ¤Òwÿ
+ðÂjÓMC
¹¡p¿ßþ- Õ0›pÂ
+   dZC¶"
    nÈ<7b¢¯Ký_    ‰!ÿV  a    ÓÃ&
    :,Á¦ÃW‹  i!
±ˆX!   !Ã  EØB"
    ˆdÅLTL@B0"D0N"  RÚ-v3/4  M:†
kÙc¥...ß        üDDDDDDG  }Ð  pÐi-àƒ
i...a...P"0"0Më×ÄDA-  "DDDE¡
ã,  C,Ûµü¦Dn  _ü5(r)¿
À£ßØˆîÕ÷V
    §  þ*ÁD  ÿÿÿÿÿÿÿÿòØP¥'\v"E¢1/23µ2;9'Äv,    dI  ªÒÝ-ª  (tm)R  ìò
&]"
3  ^vÿê"šjÒœŸ  'ë¹nRe,ù  -ÝUí'
    ÿõþ"ÿÐÜüäœÒ'  ÂÈ.9÷Z÷*[_¿(c){"úÚˆ¹lÚ|1/2  Ã°...ãÒ¿ÿC¤DšOûZñû¯-ë~þ÷ì×û_þ'ÿÿµûïþ•ÿ"mGš...
"Q  <¯6ü§  3
#Bç
-EÑT§Éó€..@•
‹
žK  (c)"ãÈc¢  2  "  I/(c)]n8f,  D!³†  `¯Z  'g£
B
"BêÐÑ  ÄÎF¦  ‡  gF¯h^p`ƒÁ    "  ØDÔ  ¯:   3@L×  eÙ

"Að‡ $Ï<Á  ;  ,   Ha     ¤ly
BƒRq  ƒ"  J³Â',    ú"
0  "Ÿ"Ú

&  xAö'a  ×Â
â  NÂh=ôÚúýÚhi ôÓÂ   ¦ 0  Ã 0  "3    ""\æk  B  ë0  Œ>š
6¢ÿ´ÓTÐvƒÿN>-9      Ñ(  ""   éÿÁªhŒw  œ^,ªi"  XOM2  &  Xô
=<Ÿ'ß"ó'œœÝDœ4N  ŸdÿÉóÑ,ïR%äÿœ"Dœè  DÿÃ8F  'i?"sr
ßù¨Ù  ‹ò  ŸåÎ  œ^âoÈ  ôî'  ƒâî-4÷ø¤ò;  u  ¦,N
,  rT   AÒ´ ⌋oµ"
Rm'Q'Ì4ƒÂm ÜŽŒ$  41/2 Ù¥É£î
H7õ°ƒh ûi< k,  îN  ô  0Ñ,hœÜ‰m  ›Žipï@Âx@ý=  ôÜ'§H>"}Ó
›(r)  MÓ¤õ̃ŌŷO_êô¿Oôô  ¦¦ô̄¤ƒH Ý  á š  <  ^"h°=ò
Í"No
mWiß3/4›I1/2÷§ëÝWt°t      éÚ⌋ÿÒ"éú...  Ât  t°§¯"-Ö  4  tµ×
-'ÿîÒoµJß(r)/ÂÿSÇ¿mýëï¿nêp  ê¯¯¯c̃ÿ[  uÿëoïOl  :ûM¤ûuÓÓ~±õuZ1/2^šoð""  ¶ÿŸ×õÛvõ¯ûñ,ã,
÷‡W×O"ðŠ-āT?]7ëUÐ~3/43/4ëmuü41/2÷ëúÚ⌋  ~Ÿ°¯ý¿_"Öå"þ1/4  ...ÿ]võ\>ûÓõ÷ß²ÿIÿ#  ¿é-È@⌋öN/
ii~°  ý'Á  cŶÚ̧þþC†¿÷áÇ1/2o×ÿ¬  ázíþ¿§Óœ ·êu  ÿãÜ̂ ÿCWûÿÿ  Âë(r)¿öGWýu²
%Ó1/2ßwJ/1
ÁÖS...ï[Ý  ï1/2"  )í°-§3/4Áÿúÿÿÿßûú¶þp
C¯ÿØw_ë¬?̂ä  ¦¹
   ï  °÷  (r)
õ¢-+o-†þÐÿö²nPªäÜ•~M_uþ1/47u¿Þt  &£Ö3/4õ(r)ÁÒ"AÇôûî§ïä,~ð̂ÌÒJˇš
þY?K1/2û̂?  o,õkÿ¢œNímü  "ÿ×m&L    ì
_ÿj¿ëÑ  úë  "°êDÂÿý}iÿ¿-‡úio}'ç1/2zêK-ïöüï)cwÑ  ÿä8äÃ¿üƒ  KïE  *Þ¿WÜ‹*Köÿõ...þÿ^ÿ§ûoÿ{‡µ
[Ò[Vú¢,*óí{œ1\ù¤  zN×Ò⌋_Ó÷õë  ¨~uzÃ:  ðÎ  Ōþ·úÿÛmM7s¡ïî¥nJž"ÿþ3/4ÿU  ÿVüêÚR
û^Î  ßí+°ÛúëôÞ>-éTójÕïVð·ÿZúVöt;÷Uë§m/uÞõïþý¶"¿uëÂ  ÷V•ú×~-¦  Ûmª"-ö  Ō¤ýÝmìS~t3mû"¿
Ã55ÿ VÎ̂µ§}  ì'ÒÍíïë*¯ ÚU÷ka'ý'1/26Ò§{
¯¦  Út>XizÞú^•í"Ō°îí"ïú{Þ×þÂû¶"4¡"kÚNøaªwÓ
+J
%{i>ö  Uma¥jÈŽÿƒ[PÃ        {ØIXjì5moîÂmW     ¿}W°°ò-ƒ
"°ÂAⱢ$Ã ;
%×
   y  üq°̂µ±KÈ¥Â̧_¡±°⌋LúâØ...ò  Ó¶  ¨a&  V'>êÂî¶-ûV-ö%ŽßöŜ  "{  È ö)ŠV5}ŠWï0¡  !__uû
ïä¿xd,]¤Ôâ-7b¯0"ì  Ø]¯¶  ÿZÖ÷kµ°Ó\*Ø_°žÿ(c)nšÒ5îÂWÚ∅Zu1/2°"0ƒ  ÚÓÂpÂŠk^Ax}áŠÝ'/±
îÂ_P-,ªÐP¯N
&
aUa"-j  $¯&EÒàÉÔÃ"  ']ˆˋ  ,"  -  BÉ(c),  Â  p  MS
.ðÂ×ëþŸB,!    ""j"D  B
±=  Pà̄B""""""""
ê@"DDDEÄMRƒ  0A,°   oÃ
ví6  DDG    Ç  e  !
   ¤
/Ð¶.#-RX]z¥"1  ¥¡@  $  _(tm)
   Òt/ª...Q  ¬(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿå6h£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþ[  (ÿÿÿÿÿÿÿÿÿÿÿÿÿ-BêZjqH9i,    I¦Ka  ¦,£sK  :
U¯¨ëP"¥  ÿZL_ü]$G  øAôMŌ°Wê(r)•1/2k ¿ÚÒ~  ×
ª'  ñVêZe  +kB  *±T¯TBµ   ÿÿÿÿÿ
endstream

```
endobj
100 0 obj
<< /Length 101 0 R >>
stream

q
462.96001 0 0 675.12 0 0 cm
/Im0 Do
Q
endstream
endobj
101 0 obj
40
endobj
102 0 obj
<<
/Type /Page
/MediaBox [ 0 0 446.39999 706.08 ]
/Parent 111 0 R
/Contents 104 0 R
/Resources << /XObject << /Im0 103 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
103 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1860 /Height 2942
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1860 >> /Length 27250 >>
stream
```

ÿÿÿÿÿÿÿË05òÔáN  jDqHñr;ÔËz#1/2LŽ  Jã
ÈÓ3
æÎÒ  ç`ó¹ŒÈì      I  ^72P  âÎês"C  ·  ÑQŒÃ  Aö-O
^/QÊkðýpßíH¦äO  3=ôÒUû-(r)ºÁ誰cé..."¡`ÿß{ä  ¹["ž  B¢&5Â"szJKbY0ï'±_S"  ì1/2-ÓU&@oÉèô¶¸@
Øµÿðã‹81/27ïö÷îX÷Ü5ªA3/4¿ÿ°òcêµV  µNªû¬":öŽÊ_ÝÖÎÂ-ÊV÷ZÙU‰oZ#·|  ŠŒº#†!'vN)>~ÈÛ²:²B!
   F  ²$Í´u    Á  ¤  dS  ZÏÇ  ÖB²  (DvD
ïÈb'
q  Y€ŠT  Ò6)ÔyOš£f|&æq@-O  3lèf  ê  ÔGV§ÙÁ,  díTB ‡!æ"ò  Á  ¸á"D"P  óá  "  u  M0  á<
Ô"j¨3 L      $]  ¯X"
   Aé, vƒAä€¶ƒ  x@Á  1/2O  ...Ê^ oá  AîÓ,  ûOO  7I  M:H xM=
ïñi"ú

iµÐi"
!è8´4
+_M4×    Ý  Õ¿¿†ª^      N/Oí

îÓ‹OD}÷m  µM?ý¢‹ò  6²  v´£×D¹ß§Ç
ä@xn"XD1/2ü2bD|Í  D<"  IæEÇr\ßD¸4N"NŸ"÷"û"þ,nDÇ¯"sDX¶ô‰{"ž  Ö‰oÑÂ
¢spAºDæ    <¹äÿÈ±"ôë.Œ2G"1/2Ñ.ž•  ÷Ü‰oÎŸØ|

}a-Èâ'Ü  a=  é&î  OMÕé  ƒtè&ún  ÈlŸ"ð@úð  ÐMÝ×Iéµn  Ý=8IÐA‡  i·ßpðB°ƒô"i1/4'ý  ¥û{Ä
G          "¦øMëAé÷Ö
á?ðžƒiü'TÝuo¿ý?ÓuÒMµ´ém~ß_é]Ü'}§KöC  R§^šéí&ŸJÒo  .Èà×L  Ýoôõö•/
W^ð˜èR  °zuè7Xê^-}{ï]t>ÁíZºðE×ß·~ÿQ  "wc"_¨ßßÓâ1/2`^øðë-.×§þÒ>m:ñÕ+¿ÿ
`ø×µÂzúÛJ¯á××  íôB9°'ý§æ}
ßêp>}ë  Ò~  ßoðµ3/4•:ø0í?-  ýÿÿL1/4Ga`á~Ó  úÙjÿ-_¯
Ûì,...Ñë-õ}ëÈ@=r%}×OéúkÉ@´Ð  }ÿ¯ÞÒŽ"6B¯Æ¬Ž
k!CÓ¯×][-æ°ì...'Ý:çPvAÏÿÐÓ(r)¬¸1°kì,
×v1/2{ïP|ê
(r)¯ÿ¥o(r)È:,dÇìƒŸÿWþýtH
'-ß¯       _"1/2õü{  ý0Ö¿¿në]Û°¨z3/4ÿ×ò  D0mk°kïõß÷3/4¡‡^°^`tÿþÚ¯Ðm>Øm  Y  êÒ'ÿéè"
-1/2uöí°  ¯RÀè!  Úò  wÖ  ÿßºD.A"þ`|gPO×-¢íÚ @l¨ Z:
[ôûéûÚXdB{DZ}ß[þµfQ"¢°¥"æ±  öþÿÿ-Q  ÑN'm-  O#  ÿV-ÒfHŠ±Õe8-û*úõÙÕ?  å‡]Wzë^1/4"´

õ(r)ÿï÷Ñz0~÷ÈÒ  Öï1/2÷Ø;(r)AŸ]¥÷¿
1/2Þ-ï¿k~Ûù°ÛM]Ýßý}×ý°
þ¨"=ßÕõ×¿ïÛçFÝ¥ÿ](r)•5ö¿ÿuùÐôÍí¹Õ3/4ú¥ð˜ëÿÛ¨ï  ":Lô×3/4üý°_tu}é¶uyCí+=o(r)"kö-õ÷ÚJÝñÿu3/
4Å^ÚPú×Lãö  (r)ƒÿ¿-(}õÕþû×á(r)"uûô  ¯_°[ìÒÖ³×¨kÚ¤Ýþ3/4"|5ÕÛK{÷Wö×õccý|u--"Ÿÿ{"^Õ0•Úû¿
N  Ö×¶ëÛKµmážF"äµ¶-
_KIµ{[§]°÷L/Þf~ë}ßU3/4ÿ4¥ÛjÚ\4¯(r)ëÖ  Ã`ÂÃJÂÞÞ^àÁ+Õ."7oA(r)ÚMA"(tm)  Ô  Ka"ªàÁ-ŠOV
D  °Âý&
Ã    V-†
Å6  ý°-PeÂC]  -ƒ  ³
Û    A±     °¬  ¨b(tm)   ,oª¯ Å+   Å+  i1]?Çì{[" ŽïQl&+1/2  ¸¦+aW  ÇìStÄ)
  °*-‰8Ú3/4ü-¦ƒ    ¦¶|"aa"¨²
þÛ÷bG  Âý†C
5k†  á  (r)ÚÚ,Ø_Ö  M  -ÃZ†¶- ^MÖÂè   `¶  ÓJ  -ö  {
CÇö  µVª
Ã  ÂI,ÚÅ§a+
C  á,m7
'
&    +    zZ  B  (à¯B"â8a  adA^°@Ë'Ñd " E, dä¶  Dt"
!  "    gÙ  "DD0"A-¯R@B""""#B4""'8ÆDDDDGT¯]Uy3  ~ÂÛŽ"pQ  ¦  øÿÿÿÿÿÿÿÿÿËN'n$äØb)l›
  (tm)  K†ât-vKgy(c)Ù-ÓÝÖ×W¿ë¯õ¶ÿ¶ký  Çúÿÿÿû%‰å¸qR²
-èò  ÈqÑ'  œ>pÈ9Mb¨'Ù"
-ƒÅ#
_!à^*(tm)%
‰  H  ¬9ÔŠPR†m  Y¡fâ Â  2  œ  ^k  ê  "œRTÈhŠ
(g  5-AÇ  ià^p    B, "d6\UD&  fz
"       Ã  Bj  A(è i¢  €[è...
ú  ÃÓT  fÂ    NÎ4ŒÂ"  "  Aé"
6°Ÿ  Ðz
úíúa;A¡íµ  4  wÝ'·Ié1a
 Ðvü4ÓM="Oî
Â  N*#Ø´äAÒk    ÚI¢Sh-4\þ¨?Ñ.
'¤\w  Žõz
KÛ  ...!¢s(tm)Ò:d§DD  £äK!=^³/4âÎfÅ  ðÑ9òsaé  Í›"ÚMíòæýa
n¡    'G";,oé  ö,tÐú%í'l...ïÕõïY  ÒnHàšÓh:†ô  ÓÒ{¤  N"{ú¤ôŸ$ÝÕ=  èÌÒou  ôì&á<  Â

ý?NÂ  ÓNí;ÕÓôôÒ0m*µ÷ý°¦ûéÝ{§...ïP"kÕ¯¿Ö×V•õiU|-/[A=&ô·¦ö
ÕíÖ·ªz¶  ¡ßIØOOOM}ãî¯°ùøý{ëo¦
"  Ý*°°Wa¥ë(r)Ÿ¥X-oÿ|5§ï--¯Ø_*¯â±3/4ïúþ¶ãiý§a1/2ûkém}pßN3/4ÕëÚá¯ÿ\4'œEÍXm'Ñ  w|÷¬2>\
5êm  Ì  Ñ
UêÔ  "¿~¿ƒÝ¤=
   ¿5  ÐÕñ×
   ~/~#¥¸^ü0}¬e@/3/4"ö"†  íÝÿêê
ý¿z È! -{J¿Ú  ö  }Õ¯ïý80  êºµ...÷÷Üƒ
SØ`ÃÞ(r)-/ÿØ}øD>U  ¿°ßò  çHäÇ;""õªÚ!:ò        ...My
9Eü±¶Mdcš
C~a¶µ,Ÿ:
ú  p"3¿þ3/4  þ¦*L!ÿÑ4Ve0Ð~EFD  üÄ÷Zo¿"âí"9H/  ïò
~Ÿßßú_Úí?%0on°uÓ3/41/4-ú°]?ÿ°ÿÖ ÿõõ"ÿáÝ¹Ô¶kAƒ  ßü§RÝëz*Mú_ÿ1/2ç"éù(c)îj  ÷\-lêÿ  Z¶  á
qfÛ3/4¶tw{"Ò¿Î¯sÓëYN1/2b×íÕ  ÷ïí  ûÓýmJð1/2Ó°M¤ƒ]x¯¦)5Ií+1/2oØì  õWþ"Wøiiwÿ  °÷*Ž  I]ö
1/27"ÚÞÚ"ká-úWt-^¯~ïöõ¿"¶  ý¯í]µ"3}Rm†-"¬>[
tÃ¯m*¶  L:Õµz´¬*1/2ªûa[[ƒV  IÃªÿþ  Eài2,nØK{Iƒ


`ÈânØJšƒ0"°¬4•á...ê"  ÖÂ3/4"Lø28H8á,²/Š{Óþ%Žø¦:±¥lS      Åu  ìU0â  ±[°`"  QðÇï[  ¸LVÂêûÚÛ
a2  ÷a%mBaBw-ÚK¦Ÿa{  š3/4ä  ¦  Z´Lpƒ
ØW}~Âºa  v  †Ã  0A"
   á(r)ƒ    åÅL  ›  (r)Ó  ×M6ŸA- !hôÂp`"#  D0B  Á  Œ  ²JGÝdcQ  q  g      `^è  q
   ^ƒ  XB""""""1  ±      þ  äÜ¯¿õëÃB`ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-Ë£³  32%  )j-Esæð(tm)  ¸`
   "Ì`çcY]{Êã£!¦  ªç`†wPf!  á¤3/4v  U20R¯2  fËÌ  :4fQ  ;;
vUÃ;  ÞÌÈP}  o"×¤  g@#T  ¸  ;5V"...émõ"¦1e-ô  ...õ
T  ºÖÿ...^µUï  ÿn^Ëwòc-äö_&  V  (c)cÜ*%áï¬.ëk{  "î
â-?IU  -\...ëCøÐÔu÷ïé¿1/4/uÁ  ï3/4÷úô  Þ-úuê]  ]_ùß#
üè}PŒêµí"|Š¯¢7JôÚßÕôwUÑÙÚÐ=š"X  ïkƒ  ^e  S0%øÅ×È  ƒ"Á  'h0ˆO!ÜH...È-SìÁ  ...#  3
uÉq}  þ§¯"-ÙæVE"BåDJÅL"  ">íš3ff  ‡    "  A  Œá"áA  §æ  5  A"  Ó.ðƒ  0˜>  Ðiv  h?Aö(c)  Â
ƒ    õ†µn¿\  d  l  @Ðv`U!...  "-ÈA
†    .  "
   Â    á  †  î
   µã1/2u  "ú¤8ãØÐiá    xV?ïï§ï¦  q  é"ÕÂ
ïzOM?L&ƒâÐqûWÏÀiÉýûÐçã,9
Åæµ  o-  ú"3/4E...~  .c#ÿ  "ÏC‹DQÃÑð  éç+´/CD1/2ÃI3/4qÉÐCD|Ñ2zB  'aÒÈ°1/2'3h  7'î›µè?
Í"  F...r-  n]  ö!  ûÐç  §  ~õƒR&&Ð†  9:93/4G  öË(r)ž  dK²
Ô"ÚA\  Á  bò'PA¸Aù      '  Â¦ô  ›Ié~öž-§xTÚ_  °~"C´µø&ÐAáZ]=  A¸N


"Â
ŽÐ¤õOÁ<&Ò3/4  ¸n  [ÿ¶"xØ]_§*÷ZÝ&ô²·éC  ÷(r)  ¤é7OÓi7\&éúvéþ(r)š§÷§...3/4´=tÿ°8/  Õþ-úM
ÿM"[JE"-Ö"mtÝ7MÒOÕûÁÿ'Úëž(r)›ë¦áé/  ×q  3/41/2  é...øé=^¸@ÿû×ßÿõÐÿ^ÿW_~ž3/4ýuïÃÕnûZ
   PûÿëÓ(r)ºÿ"¦?ºÿ"÷¿wÚúµ_"}uõ×í¿û°}ž0"r  ´,Ö  a  ïŸ  ]êþ...‡u~3/4Ö-UÓ_¿÷þôÿuÃ.Ë‰o3/4'ÙÄä¯
   ê²  :  Å2
P
Ê    šµ÷nëw  ÿ      ×úï}wÅ×ÿô*þú  z}ÜD  3/4Áïá†‰  Bvïý.ºMi{A?êûúÿ]$¿÷êÿé'ûIí'ïÐaò
   ÃzD&uTÿzvC;§ÿðJÚÓÖÿ]Wÿw~1/2{kû¿²  cm:×¯  Bó(,mö×#ïÿV³+òn['§é;öÿé1/2õÝõ
¿*÷ÿ³û[ôX3/41/2Ú"]\ò*^¿õÿ_k  F×¥û¥×ûoÿrÕÿïû(r);w×ú_|ƒ:Ü  ø_wÿÿû¿Kµÿÿ}?ûïÿ×u[ë^õ×}õïK-W
¥þûû:›  ô¶'  WþÿÿV•Õµ  Ëï*·þ"1/2ó5}÷†j·ïÎ  í
³£8Þúûkú]ß¿Í  z¥O"K  ~Õ°^Î¯ï÷Nûõo}Õþ¯W[U÷ýní}3/4žÿmim+ö

×i=|_^¿MÿÝÚ¯µÞÃJï¥{JÖ·µ-õ×°ÒÿÖÖ¯÷µÒô¿¤" i×í-"¡-i7^Ú_÷Ö*áµµ3/4õNÖÂÝm¤ÃVÔûø`1/2-t ÚW°Ò

"w°×¦CØjhÚ ·~Ö÷JÛì/¿"i zÃ 6"‹Ý†"_
+       l ö"Rü}Ü2?Ü0Ÿ±PiH¸ I†
âí+ëd[ª í"¯i ÂÔ0"uá† ún
  þ ØØ"Òƒ[ö6*Dá ŠköC
ÿ fö=Zb¶|D|}Xéî÷ö)ŠƒAl... E2.b¿¯íÞ ^Û ª1
}8i Ô| ûw² êì(NÅ C¿"
ª÷_¨-Šk¦ ÝƒIöê¡"ÂtÕ¤ík
  † 0¯+Ô0C‡ ¡
*
  k`¨]i"ÞÝ{ØL)n¶ƒZm/á'(c)P¿† `...¡    "F1 "2Ëx^^^‰V"
!‹! 8^âÕ 0¸$(tm)=`Á O[ƒ 40B""Â       DF"""'#^^^¥ï¥Ò¤Ô²" ´z
"ÿÿÿÿÿÿÿÿ-!h›[; Ë}Fvt] jdª ÎÂFN
r‡yØþ ¨šh
`ÍÁ2¨ÎÕ v³áq_õKðoa,.vk- Â°..ï}(r)(r)" ¬žÝ1/2~ß¨_ã‹Mu-[Û"þ53/4úãÛÔ7 ëû÷-¿ýê•a ×m:uýNÆ
£g
ì8 ÉH‰'c:£ã"qª0D\R"*žjÁ á'ø~Íç2Xm        ² Èƒ S†Tò1 &PÓ'Ž(tm)P    C†H
  ‡É€¡
FlUA(tm)ŠuGÌŒ Cf
ê N)
~      uGÙ€€ Ÿ 6Á A"   Á "lø@(tm)Ô9¨SXR BøD eÁ- -pdƒ$Ó ‹B%`bƒ 3C†H#¬`1/4
`¨z^ª   D æ ‰Bõ, j
  ‡è"
84$$Ú§
ð›¨ á"
ÃÂ
Ô"0 !
=œp-Âzqq¦ƒA"AÐ


&ª¶ : A$Z¯á Aé ë ‡;] š
ì&ÖƒuA ïOMÐnÆƒ¨hh CN=
  ZmDH§ %˜"PƒM4 M"   ;a;ñ"Â""P'o¦ÆžƒM7Mbî iú "ÃTE†¶¨Žä
å=Ñ Þ‰s|S"9,orÞ*'G":Ò¨äY(c) ›#1/4- )¹?rW-@ÖK-kwýtE·
1/2IOé"J¨ÿ'ù °eœ˜ï¿D1/44K ¢],'36‰ÒB4GJ&| °Ñ      ÃA Ù ÅÐA¹* ð0w'Í¤äð����Ô6 = ˜°m Ú
¨r¢A
'BdLè-3/4' ƒt-Ò"ë¢^Û
•"Ý6   o'6Û‹;iBx@÷Ázé ÛµÓ{´-Mî,-ž¨4ûO_¤ííß =:‡î¯I‡ °A3/4   ¥n-$•ß"ÝY
Jn   ßAé§ô›"íC¤÷¶¨Ú"Môôð -&þ(r)Ò _´ ¦á-(r)ÂtÝ(r)ƒÿëÓ ª ðN,Kôž "(r)3/4 Òo¯éÿá ÓÿW
O"tÚÿõ_Ö/ôîÿÓÐ-°...ÅUw"ý5 W±´‡ý1/2ªñKZ3/4¶ê1/4zWK §¥|ž--U ßµÓë ÿßëÃMØ
úm"¸ë"1/2‰úÝ ï-µýô•Ó÷þõ§ýõ÷ú{þ"ðœG×¥(r)-ûƒdQ*
6 4ª   ÞD-P*ékI‹-ý7~þ›~'',v|îý ûL°.(r)1/2_(r)tAkýûôÚŠ • ûÃ
°^é§dI*0IS°qd¸#ðÎÁi-6êÈ@Û¯JúûX¨?êê Äuÿ}  ï O, ÿw¿ZÛ
  t Õ] šÉŽ ŽR·ò </Äw'-Ó óýo"!tß...×^þ*ÞßÿïtB1/21/2ÿ÷µö
0t¿"ìHI Á
xa¦ ‡Šöõul?êû(r)C
×`^#ö    ß¥"ÿ¨íúð@žµëõß-    ="3/41/27¶ü† É8h‰÷ô " ß÷þ²

Ö‑Ÿ¢'ùŠ¿‚¥_kòÉÖZ¿þ²G§ý¥×ý  0⦂±5ý÷    "-@ðžM-¢-ùÔ‚²ŸÝ÷³
wÕ  ïõýú¥j"ßô  ÿO(r)×y("\1/2}z#  Ãnì-.ë÷"üŒ  _U[ÖE†õïý~éuêÛwõ¯ôï¿iŸö¹ÑØ6  ß°o×Aý+ýðÝà
ÝÝéý-  j3/4,ý}Í_íÿš'[ì=ímÓýj°ý³Tî1/2-/aÿçï
×w¯n¯ím{ÒgS}¶û3/4Î-þÐwê¿,"  ìêô3/4•$(c){"~"¯u8vm¯{ßç¯Û¦¿zë    î³Î³"í  1/47œ¿Õ$*_Þ•*  [§õ¿[
~Õõ×õõ3/4  Õ{ÚûêŸû"]µþëvä¯Ú÷ß±ô"÷v1/44¿A"]ÃJêõï§õ^Óû  k
vÒa"  [¶þÒU1/2ßéZ·]Úëjëv•"  ¥ßPÖ×Û    6žÝ'{iC^Òµa""l%k�í÷,û
{'¶  M¥
°•¥¶(r)Ý~1/2¶ÂL  ]Û  †  µ÷a"k

  þì0"u  Að`·
   °Øj¯¶  J  LW  Èñ  ý1&>    lBÐ)àÁ(⦂6D  §±Ð`ÂIÈ-øuÖ
(-‚š,S  '"±
)†¯X0ÃKúb¯fÅ@è1Ä›Ù  ÅAÐÅ1ìTSOq[ÿõÁõªJÅ4Â^...W  Ÿïb"†)-·¹
w  öÖ±ìWßLB{d;ÃW°¯áVÕ0-ÚÕõ[
&ü0-e¸Xh0ƒ        "ÂPÒO  õh0´ÚÚÃZ¶ÅaB
öƒ
  {
,
l0_
Kp¡
["  I  ƒ  WTÁ<#⦂!⦂...Ç    †IH  0Šqì  †ª°Â-0ƒ%¤ëƒ&
   °]ƒD<0@Â⦂šá        a"
!  D0"DF"G
  ^^^^^^Ð^^^^^0Q
        #      Æñ±^Õ?,ÂŸÿ
mzÕ=X`·Ý^J¿þ  Mc  ÿÿÿÿÿÿÿÿÈäÜÉT  ø~ÿäQÉ"ðÓ¿m1/2ú¤éÚó(r)]  £,Ðjà"'
î ƒ¸Žës%YVGÏDç´  xOué°}"°ëÄ:µO\mü%ÿ  à"Û+($†
þ  ¨$þœ"  wûˇÐ$þ‰
ýu÷µ¯ûê¯ÿ  ëÿµ1/4Íý
ÿâXÿú†›ÿ|+¡!  I4¬Gÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü¶
éd ìÈ›(dU    Çç£A'ò8Í        NÉ\ì
!  ]¹(c)  Œ,a⦂¬+B#;    ïÔ§
S‰  Üò6vªF#F[Ž²¯ Ô¤ÕNÈõúíûDWÖ  °N×]B´á}ê¯Aß...äè  ...h.•/¶µ"'-4ää"°1/2j  w_ðÊA¶  KØßÜ
Ú%ú  aØÐ×3/4¯oØßõ
"Óx}ý/ÿzúî  -'ö¿  úþ"^"ÕÕß-ï_÷e^J]Â%¹*  "]J1/4ìK"E}  §'Æliš"é  #ƒ§d
Œ´#Ú¹%  N¢  "Ù  "³†KŒ
žafÅ)ò;ÍL d1/4  ‡òžaC*
3ñÁBx d`à ^"5'‡:
  Y8È€±HXÉÝk^  Ûä
  gƒÅ¯
°@Óá"C ØE  " (tm)  ÐE³;  BTBÌH"
  |H(tm)  C†    z
  ?Ræ¡4#ßÂ

&˜L'a  äáï
`^>"
¸Ô,?mxAö›  ¸D(aá    ?  -  Â

â(r)! û ̂h= ôúø°¨7M4!ª
¤ƒL Ða t +§Z ‹ªÛ‹N.ýuA§¢,4×NE Ð ò}í.ä°ˆñÄl‰ MôE†‰pz¦ ¯
lZ]y ¶S"¡" fÑ/ØDXoÉXä"'Í æ
´ £Dþ
• 3/4Ñ*M"-ÈæÂ%?#¢á
3{o"ó"
Èø"ü üŸô Ú -Nm ;"ê%Øº è;ùtu ÓÅ"*&EÌ&äNÂ ÷H:AÒ á;¤ÚAÃPž3/4¡=
ÐW"t¥
ô "¦é...ÓzMß ººnžƒtPëNž Wºm?uA ¤ðMÂþ n ž›éëºzo1/2Òoz ¶/éû§¦ž ÐwÒtƒ×éZ_I
ÂK]BÚÿi´›ý1/2V"õî1/2êµ î1/2uÆºÚéêë1/2¶Ò¶Ò"-XKì*î""ûŠt¿ïþ¿...ð"§Ý&ñÕºíñþº1/2¯ÿÒ~-3/4 Òß
Ô?â7ŽõT xX1/2î¿îôöøýkýÕjÿÿµ¿û#OïuíwkKëú^á" t1/2uýÞý%µª"uºþîÉÄúð_Ó_íáòÕ-]&£UÿöÒ‡¢+'
G°`¨Š è*m #X'ë¯÷¡}Áû¿ÆÁè ~j
Ÿ1/4}jÈ"?ºý"ÿ-ü\G UB°d 'I(r)MË
:...jŸÿk d8kZþA ôô-"ƒ
uýû
íöÿo·íþÈ9eƒ#AŽ'ô*N
§kÿ§¯² §"ß
?Öß ,?ïÿpoýk¤A€ÿþú\ƒ
Ø/ ;î ̂qûOõôò á{
û-d 8>Z ê,ÿå(c)kÍAöÓör õ¥ù f a ÷`Ñ
...þ Ú_ïíYÉ¬¤ ¯þa·¿×HŒõú-üï§ïïýºo,È°'H B"-5
5¿&ŽßõïÝÑ _û"¢ýÝö‹Òÿméê 3/41/26*Ö1/2oÖÙ)$ H,--ô ü.ÿ"ÿû
·íü"3/4Î¯ªÿÿý÷Tÿ1/2sUûíÚ·öuaü:]PZK¯þ×ûæ"Áõu1/2Í]×ºëÒÿÙÑô¹ézÿÞÓý5¯Õ³(c)ÒŸO[zÝ[þ }j z-
§äBN"-p(tm)ÆöÚ÷oÿÿöý¿oôÚºOíÖüSu þ~ÒºýÝw1/2_ûuð}(r)¶*õÚÝkë ¶3/4šØK"
Ý" ïÖí'µm+UNë[ö'¢#§õÿÿû^(r)˜jØM†¶•§Ý0Óßµïá¥ö o~ ^¡¥a/ÓKm*µa"ç °·ÿD ûT
>ÓþÛ-¿°-úk
Â°ÂÚVÃ ¬-ßa8wì0K¦) ; ¶- ø0K†(r)Á,LT0¯
Xa[Zì Iú† [ƒJø7v>ØaXØ¶)Ša,Á±LpuÅC`úŽí xp(tm) :d ß² >-ãØ¦˜¦ - '
QÝ&){ ûo"Õ...ñL,= ÈXl&!Xa2 íû!ˆv1/2†"¬5íi"N -xJÂØM=2
) ]õ¶¿
,Cÿ[-p×°"d%ØJÓN &"ºaný t H0Aí, h0B
Á ÐËpƒMa" & Ö jî"^,/a v"C^ - `"= Fœ @ÊP CB
É'! ËØƒ7¤DÕàÎ¨Hd !`(tm) x²...A ˆˆˆˆˆˆ"ŒG± ...! DF")SÒË=v}ë(r)ý[
•°°ÂY3 ÚLRÐâŸì& Vƒ Â` É5Ê
ÿÿÿÿÿÿÿÿ-À ‡zÇp‰s-E<²"³² -¬
ò(ÌŒÜ(r)ZŽÍXL"ŽÖYÚ33õÉò(c)ÓëÁ<Ÿ"ûëÿ^ ÝÞåRÂ"î käæÂþ-õºUôÿ¥ÿ1/2 -zû
¯q L'û ±ñïÿØ-õ×U__Þš{ûoûý}-fUåpo<Š¡ q
ÁHb&afÄ#'Tj-RŠW tFÊÓ.-\"ŒG\¨2W c qÙ~È ¤Hˆ4FG
Ô!1 gV`CPÎ'
p ð ̂ë"†\ u
† á, i Á5>Íˆƒ
› UÇˆÌC¨¥\Pjp ̂ÁHmO (tm)- Ö[60@Ï 0BÍ(tm) Ë‡(" !Ð)
:NP=ds"'!t! ›gS ...P#Ì 0D 2
† h4 " tƒ
Q
E
Ð=0ƒõ Û § õ° "Â PÌ `ˆ aê (tm) §Ú þ(c)Â ˜AÚè ¡"Âh=ºAý ÓAÆšqa
i ðNÖÓ‹1/2{[_ˆz# Åán ¦ƒ‹A±Ã¦üC¿ýS 4÷T-¨i§ú|Zh4âÑ!Û

âäQÞƒ‰(r/4ä% ˋKÙEÈƒ¤Nm'hGí  àÿÐGÊÐ‹Dpâ9  èŒv²Pé×¢YöGO"¡¢÷´GÎ·VÑ+
ãDW  µD1/2ƒ¡ÎÜ°d§'ù  t  ¡Èÿ"Jm  fÑ9îK¬  Ý6‹£,xMí  ÃAÈ7N,  ÷'fí    'gd\!>
 Žá6,>R-    1/4-~DÆ,
Ÿn
yö‰oû,
"Ýú%ôH€ƒÁ  åÑïP›y  è ÞÚ    é§§ ÚM"Ót"tôÚON"ú÷Ó×õõÕÂ
&ÐA¸A""-  p'N,nøAéõ¿Ò
•¤õðƒN,
"ì?ªAÓ§W_°ƒ&ë...Âëä  ééöëI¿~
(r)ƒt°¿n¯Du_VÂ
=ZNÓ3/4›(r)ªÞ¯ êê§§þž³ÚÒ~ê-ª°~
(c)Ûê(c)öéñ¡°ë(r)Ÿõñ÷U¿zIÚ‡ú1/2W1/2:"  ØVôô:õõÿWúÞ"¤;ñ¿M¸ï]m÷Oéû  ÞïÛî*ëO1/2  ¥Ó]  Ôû¸
ñ¥"¿ÿJèwÿªõ¡öÔ{Ý-E5jÒéÔ¿ñþ·ëfmSáÿ  ÿïƒ{ïvé:
ÿÿ^×þê¿õ~Þ"õ-WjÈÈwN¬Ð'Ò¸  _-ÛÓ"ÏÁ~7§ƒëCÿjµÿû9'ð¿ué˜˜È›Ydc  Û!5ßÿõOþú"_ümüpd
~(r)?ƒ#ƒ!ô×ÿ    ö¬ƒ"OßþÒi}èÐ]m‖<-ôð}wñÿÿüiG°W_°ƒ Ç×èoÁÞëßÿ3/4Ãµ  ÿú¿§ûÿVAö¡È::{
¯^¿_ÿÝ÷ëö  0"wÖë"†  ÛÔÙÿÜ  }¬,æ?(r)Ýÿ/î  ;
éÞmÞÿû¿ëÿþCOä  L4BÛz(c)e-@‹ô
×ßèµz-cTF  ë-Sÿ°¿Ûf&ïù
    †ÿîè  VµÙ  ÅuW-ü  <š‹iLUù"¨  *l+æ'ÁÓ¿[Úî3/4ÈC÷Ý_[_ÿéë(tm)\-d"  Öðo"ß(tm)Kk[ÿ  Ü/úü
   DÈOéÿä¹? îÿû  †ÞÕÿo¯û3/43/4ÿÉ1Ì    -hzþ¿ÿ}Ôéʹ[1/2w^  VµWûØz¯Ö  ÍO°×vÎ1/2¨ïM¯ý  ôê
¶Ý"öÿ"!ßþ"nƒu1/2³-Þæ1/2Òû-:"[:šÿ¶-1/2gCûõLÎþªƒÂ°WuÿÿÔïõSSr  Þ-³Íé  ³¥;ÿª¶ÓçSÚÎ¡úÚ  ÃLŒ~"
ÖkÓ[YÇÿéÓ  Úî¡ÖîÝ_Ûý÷]¥BjÚÚ6%#í$×ûí}7"KÿVû[I[(r)¿ý}w´-a¤Ýÿ¯¶¶-°_¿(r)êÚî¶  °1/2¿ÿ´¿¿  ßþ
"u}-§Úoi6¿ÁÚ]v  ‡ëÚ¶•¥kíû
{Mm/†·§
$Ûì0"4µx}ß[kUÚMéZ[ì'í6¿ßÚŸm"
  ]1/2[[I†-¶1/2ì5m,&ÿ
m&Ôòò  J´¯˜a Ã¸_a"3/4DÁ¢%Ò'
±Nê  ªÿ†•ÚpÒ†  ¶  ÛV*Ö  Jù    Ûmxi0aa...Û
ì0"    a...wb¤\ìTT  UíŠŠ'
ú  °˜-èT}1Zõí±T¶ì¿þ1/2â˜...Å¨Ì
lBb(tm)  ;  <¸¸¹*>>*!E-5ûM  $Ç  µAŠðõÅiÓ]3/4í†ŸV  0·V  wßUòÇ      -"  È;é¯m  ñÃ
j  ƒÅ7Vƒ†¹ÿ¡(c)ï¨  ¸ö  °°-  0KL  ¡Ó  ø†ƒ  kƒ  1/2ô  WªÒ†  "ÂtLpƒ  Ú¨ûÒÐï¥!BÇ
  ÁB\    ×PÁ      ...1/2  2˘pÁ    <"  ,
  `"A-  "DDDDF"A-_hAœ  !
  0  -1    ¨"  !  ÁÂ"  P@"C  D  0  B"0"D3ì-  ¨^^^^^ÄDDD8^^^  ÿÒèª7ãÿÿÿüµ
8ÿÿÿÿÿ&Â'
ŽÁ¹n  Ú"ÿÝ/öŸõ¯  Õ1/4Di{þd-(tm)A&_æJl  3B$ò !
œ  L  eY  ra,  ~¨š3<è)N!¬-"C§!Ã
ÃH'œ`˘@œ p˘ƒRpÀA,  žŒ  ÂiÿtÚ  q
Ô4õv˜î¡¢\Þ/>Ñ(~š";1/4Š,\Ñ.t
ïÁ  Ô  Ž÷"  #÷ÉÑ¢th-1/2 ƒ¤Ú  í=]ØFoT›  Þ"Ö  ŸT  "ð°z§X_ÕÔõïA1/2
-uoµJþÿ  }^š(r)ÖÔU>é  O÷øê+{ï  ÿÿ¯1/2ûªz¡(c)ZúQ  ü:ö¯_-Åíé?ôÈC  Íaj=n"}õüƒ¯^C
ûÚ/[õ 1/2"·øaþ
éÖ@‹W-Ê  Ã:³  kðaë"A#ÖæIÃoÒÿÁ÷Ñ    (tm)²"3/4'm&íÿÈCÿ  ÿÛšÔÿš°ïPÝû
Î  "  JÁ6Î‡¿¡ÝWdëÒÒíÎ¯w×ÿÓiWø_ÿ-úÝCí.+îÿ3/4×µM  °1/26"Ã
  úV•jÚM(c)šÔ  I†  Ò}ƒ  ÿ'
5¿¯5†  AíˆPÅAŠÝŠ¯ÝŠƒ  -†¬B˜È‰ö¨"ÒÓWþÔW  ÞÓ  ðÓ°-Ø%í](c)1ÖÒˆÁâ    0Aªª">"ÁS
  àË

"""8‰Ó    āþ·þì(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿù6  ì8ÿ-¥:M´E""'S²¦vk    ØWd# ó"VvWÎÆ²¸† 2¨‹u
-eUŸjvæB-UuX  m§
F  K¢Bó±V
vKš=ýj°-ÙØ§×¥ð(tm)@(×I  úñïÂ·ÛõAÿv°ÿ'¿ý:ªý}B{ü1/2-ý}/üi-ýë%ï[ÿüiÇü~þ¨
ìŽkqK   _÷ëë¸ûÕ ÿëü  ́mý  Ó0"¶¶ra  Š  {#E}jÒß³³7ä
\¨  ;weE  X!!±
   ^',  |9Æ  ...
""ƒ1  Ð\Á'  ò@üá  ₵F
5'  #¹W'    wdâ¯(r)y›    GF¯B¡ŸfÄ3I    :#Æm›  ð†  ˆRäM
"cdB
,  B$sc  -}"
Ì  ˜2Aù±  P  öž  0D  @ü ð  ·"úPƒ\ h3æ(tm)8(c)(c)ð₵g Èb"
        ^(c)~   - á  ""àáÐzpÁ  (tm)È ðƒ  -˜C´
?OmW    µ"  ¥n    §é¬6Ö- ÐâÀo@ ê  4;pœ0šë  §X†  ÓÛºAë
Â  ¦(c)"   _  §;ô-ýE¦é²)Âªv‰CÛ'ÆÄ(r)¨-‡Þ·#ç÷    "  Xðµ
"iÅè]¢ î8  9  Ò¢
î/°ˆƒÙ  ØA/-K8åŠ+"}  öTR.y›ÉcH9ù$  nDëûOú%<‰Ž  ¶'lŠá"<hœþš%á"E-ëä§'Ç"ûä_Ÿh"õ"á
Í  £3bè"Ü"¶‰MÈ³Éí žƒ3/4"b÷Ü<?¤  àƒn,
  AÐAïÞ  wé?ôðAÒ  òÏá
    IþK
,'>-ôÚ  <'Ú
ôÜ'Ó    éõ"Û  §§A4Â
›]'§Ô"ßÔû"¶-WZ
°]>›ë§ßïKJžŸÐN"uúKû¦ëÔî  uA§ßéÔm¯ m'ÿJÓµÚkT¯÷ýé¯Þ·ÒþúÚán•6ôŸWuu"õþ  ¯´kýØ^-º"_µuO
tß¸~ï›§ëT†1/4në¯ ô¯Õt±wÒ°KVú¦(c)ëé/¿¶1/2Ué:KãëW\  1/23/4¿ë"SE/¿ïÞ  ÿK  ¢ß_i{"-ûêÿø-Óô(c)uv
¿ok÷z    1/4zZéïö×µúúî"Ø0Šþý7W"Óÿä˜šJû]?¨ÿU~-ßí  ýAu_ÀU-ëCô/~ëûC÷àÈ¨U(r)3/4ûu  úÓHa†ü
æb]
  ø¿è*÷muuÿu_!ƒ"¿N@ƒ1/2¤  ·¿]×þ-ëÁ
Ã[ýmÒ×ÿìâ²ÄGúýW}/uÿÿ~Ÿü/"Ú•`¿-Õ    ë  wî¡†  mn¯¥oÿu¥Ñ    ¥õ  "ë"ÔÿÿÝ  ]Âûôâ}^ÖE/åŽaÎ
3÷þÓƒ
7´ a  GÝ<+ê÷_ï{ôÐþ¿ZÿÈ÷žw1/4/ÿWÿ  ßP^ˆÿê    ×vb~"]Õÿùe.1/4  DYûî"  ÿU_Ñ27ReYj?ÔÊë
Uïö}_ûþù$WþätÜÿëë  U÷×Ù  P[    &ÿõ íwë[í/  Þ¿  %uÒ  þúJút
{×¤^  Ÿÿß~Ÿ3/4•ñü=z  í  ê¯íß̂ÛKëÿ(r)È}¿1/2ªu}UêŶ~"Z^3/4Ý}mu³£u³(c)"₵¥öùªªÕ¨"î¿ï¿JÒ]_ûÛÜÕ
}ß  :"[I  -+N÷[ý=~÷Ti-¥wÿ×v÷1/2  úµ"ÚáÓWÿkî  ŠÕíÛõ×ÔêûMûKßþ,nþº]oß -]þõ×ûWÕm+  þÝ
zÒôÕµïIÞ6Ûõ_ëÔ¦×z†3/4ëkôÒím'ÿëµÿÿm/×VÒê  O¶´Céÿá(r)š"k-¥"
uv›    &  "UnÂöö-(r)*ØIµºªFV  3/4×ß3/4ÒÿÂÝZÿÞö¶"
SØì¯¨ÿÚR&_Oµa"1/2†-ÒQLtÂ]Xa^
.ÒM[
i0økä  £
'
V    Kuël%ß
Âhi}...ö  XaX¯Š¿¯é†\GýŠdQñÈ¯¨÷±kØÝâL}0Â["Ä1Å°Òb¯0Z¯ÅD&Á  ?¿1/2ŠN"c1/2ŠÖ?Ž*"këÿb"ïj
$žÂí jû    G"ƒõã6Ó-À2  >C  ¦}.úíÏEkëµ]¶Èaíä¥vAwû  A0Ÿa{¿öÂ
j-5a§Û¯Ø&  °ˆÝ"šµˆÖÓˆÂd;ëøª¤Ç      ¯ÿa6š"
Ú¶  ¦Õªð†-MÐa-    ô>    Â  ,  Á    Bð^...bÐˆ3Š"5@Á  h0¶  a
JÓ  ×i¦È"¦

,0JÐ‹  Âi

Ò´Á4" ‡¦ `¨"D  DDDDDDDDDDC%°C    $  1      0B""""""""#^^ÆÇÒ[^-ü  ÿÿÿÿÿþYÖ}GÿòÕ
Ó;";
É32,2`!\--Q  d€í;
z31/2
‹‹Á¤q¸@Îë3!ÚÉ³¯&wG  èŸ¥S±ÓúI  Îùn±ÒDÓÒð¿î  êÐuï        f@ý?^¸Zé[Ií}p¯-Ç\f{
   ÆÃ=  1/2{uÚ"Ñé¿þ    ÐÇ-±=ïü  /_ÿÞ¿j°ëi\t-Õ{ïÜ.Û[¦Þÿ~"ýCÞòWÿNö"¢¦ìu'  ²  æ£*CÎ£$3b  ¥0
   |Œ  `à†#¯¤Hd,tõgò""¦¦¯ A§D ÏD
   ¯51/4êJ_²  <"  çFPD€L"ŽŒñ¯  j  Â  KEÁ  ç žC ""jò€¦  a
Ñ£´Ól
   ç.Èš‡¨š3ìØ†±œj`!.e    ¦  n  >d´GS62 C¤    ÈY  ÷?    yP  è)¬ ð¥ó0"
@Èq  ,  æÆ  -kh  j    ÿ{Ã    ª
'V*¦...¬^ƒmuT4Ðz


"Ða
°nª  2ƒðšÁ  Ñ  hPA3/4¡  š`ƒN,ðƒýB
o¯ §¯ Æ‡Å"-  q
$  ªuìR#3/4œZ*é¡Å-é3/4´pƒcA°kÝÆ°ï÷Ük  Ÿ§":  µD1/2...Ì'  Ic¹>rY'2ÈèYì5øAÑ:dç´Oì:<[~,  ù+Ó
  G
ôäW\Z%"Evœ-tG  Q.xdth-?ôOÙ>  ý'ûD¿  äçA  ÉØ"  y  é
A  °œÒï"'OOAÙè5!A¹  m  ìŽ›]  ž·H%îÐ>Dèä  N"8y    :'F‰}    >à· Ú  ´EP(tm)8Aù
Ûå Ã-"Ó-¤ÒOÂx]=7  3/4žú¹u°
¤Û õéÒ
wû1/2a
¤ÚAôzIÕ¶  Ò  ]  ëéª§k"    ß
uz  átóÂ§¦þž  -U    ¯Ú§W(r)š
    ×      ÿM(MÓ*^  (r)ž"t¿uTè&÷Öúz´1/2×ÿéªì{§Un1/2ªv3/4õé,qëì0ú÷¦Ûôƒë"Òn>A^¯·ûk
ñÜm+-Ý~3/4"óý°Wm'þ-Þ±Õ¤îëîûßÃ
"¤ûóG¯Ò¥×]øýW]
;z~þ"_×    (r)(r)  ký/°°mA¿ÝP*^(r)E  ú¿_§]Û·¿{°  ]Þêÿp{  ø]km¿Ãi  O¯u!Jú  ¡m~S"ß  ãuëlÔ
÷ÉHè  }]]  ÿýxNÊ±î¯¯ø>B  ~èkÞÈM_ï×
{ÿk  Ã²    uõ,,ý(nÿ  ¿××ÿnètK‡M:ýw`ø~þû1/4/  r7ý"†
¿ú|  ¬7ÿt    -
N›¿]/õ~õ¯ }õÜÖ
¿-ñ†)`ÿ  íaÒ  kúÓá¿ÿ3/4Ñ  zÞ  z_Ø@    Hëï×}î¯OÛ¬u¯ }BkPÖ"A1/4  z¿(r)^8²ïa"__š,üÆ2ÕëÑ
Þ¯Œ  ßú¢-(‰?´¤Cÿ÷{þ--úÒþ^)OÿîùÔ&  °ûìÂ}èêþïÍÈrß÷¿DÈ1/2Ù  v¿ð\(tm)M÷ÿÕ  TßþÎ(r)²ÉÑ  ÿ°ª~
  F
H  ~ÿôõ²0jŸõ¤  µ÷_XZÖï_õ ¿u×¿ÿ(r)    ÿë"p_û"GG¦
úÿ§K
oÿ·û÷J×Þò"ßôÞ-"w÷¥[û3/4ß3/4"  ØU-  úëÐ|?ÿì3£Vô÷}};<ÿs¡öt>ßÕ|  ëõÿZÿoõÖøí.õþŸgVé  ]÷ùæ›
gßßÿïÞpÝWßê÷Tÿµôûßßm{°êû5a¯÷üoÿ¶•ö  °(r)¿~-Mû[ûkûÚ×î"ým"}î¥ô-6¶¯Õ¥¶°ö"k
%WÚýš¯_{I
W]ßûjë¯kÚ^1/2--...µøao3/4Âž;VÂôÕöÕ5U"V3/4  ¶  Â÷jÈxWí¯OÃIµá"¶¶•"á  Xa[¨a+Ioí{}†-ì  Vé
†G[azl&Á,[
`Â[!  {  `(r)è%ob ^ÿ± dpðÌ
é  Šþ  ^ê  +
²îÃ      C
Á...XadKîÇ  \VÔ2  }Á¯-Ã    r%3/4
   Ö8¯>-m  ŠØÃ  ±]ñû´Áû!â  'Å‰'ÖÈ#Úü1ûìT{-  J)Šv?öC  b¯¨¦DÁ

b  ÝC  " ïkY
>öA
µ²  >   ÂT(tm)
   AáêÛKì%¤  W{Xkÿ÷(c)

öC3/4ÅSJÈ<7ûiØL&"V  éuì$é1/2...û
d@ía...†(r)ÃXaj4  &rüv  a0¯¶  &          }  ±ÿ
0µa5jMÂ...°·ü  ,0¯L‰"a;
{Ã  ‚a  0ƒN  "    Á  ¸`ƒF-¢  4",œ,â!œr‹¡  -"  ,DF  TÐ0†  Xƒ  ,!
¤ñ  Jv-  6æ  Ð^^^^8^^¯¤""#B  B#  "DTDDT›  •F(tm)'  Jò¹‹µ
-Júz¬v•ØkMX_  ,&*-    Wa

†    (^þZæŠ9Ø"  ÿÿÿÿÿÿþYqËr"W
@ƒ,
e°Ó%ÙÙ
d¦h3¯§ÿúõR¶¦ŸßÿJ1/2/ôN...(tm)ÝïÿZªÐßú  °ÿïÿ¯ëûiôþRÑ  D¯*Œ‹2Nò  )  gXëh‰².Nz:2C:ÆÈ    *
W    (Ó5
-<¤#"6
*Ø  d`¤6ƒ>"  2à'''...#›  ,!ÐÍ  )›  N    Ð‰
Ó6  ó‡,!æÂ!S  œCÐ0Aá  Ó    Â  Pƒ  =0ƒ|  a4-·  4  A¦3/4  ÅZ
ý
¦  z

  âî,  ãA  âÓX†ƒON...¦'n'á  žé  ô  vƒ
ž^±dK
õ'íüœò}Ñ-<...  ¢^ã3/4¯ßz"ŽS‡èœÛß%ÓFQ"\ÖPäŽNnKè-äY¹hÂ
Dèät'F,aÈæäéY  ÚAÒ
ð  1/4#æ  7
´  (tm)^‰óÓ$ræÒoô  }PA¯NlCJ    ô  têð(r)›j›§-'á=uõØMÂÒxO-  ô(r)žž    A°o,°tž  ß
  /Iéêúmn¯Ÿý:M¯[ÕtÓÿj¯õ¤þêµ÷Õ:"ã·UÿbÒ>4  (r)  N¯t"éÁ ›·Ú÷_ô
õ"CöúÝ{  î·öŸÜ}ß"k  k1/4}w¡ýum-wJûÿ  °°|-•p¿ª_  (tm)šN  ozôÓ°ï|    (r)Ï¯Š{L  ¿d@¯Tj  !uÁ÷
Œ
(r)øö
#ï  a}
V£P¿  ô">C'ë:  -ä€Ã
²  Í>öT  ÿuì‡¦Ý"  0ûµ3/4¿vB  -û!  ÷,õ`¸ƒØ>  /¿k  ï
3/4^ýuH,B1/2<0þ°¯ò  ì:
>ò
   ¹3/4ÖAw
Á‡2¿A  Gë  GOË  Û¿Ñ  õ³  -a·ïD.kÂ#IÁúÈ+$w[ÔµpþÚ¢,ûÌ£UÕ~‰  ú  "  ÿD'‡¦Ú  CÈÁ}:  Ðûä
  ¿òÈ¦íÝÒß¦$þì  _áik¦-Á÷wþš^  tô•¿çOÛßî°þƒ´3/4'ý‰að÷¯ÕU>þu·s¡ÝÿÓgWÁûÐÿÿô¬èvPÞê°§"èÿy
ÃëÒjz¬wjPý-Š¯1/2z¦ûí}S¿ÿ~þúí¦-ý¤ÄK"ÒÒþWªÕ÷±k-×ZV"}|0-ÚÝ  µoõ>}mp  "°ÿõÚµnî›
Ý6-¯m¦ÚPÒÒa[_Ö-l*kÃý¤Á¤ØVÒì%¶¬=4µ´ê¯4›-†    CNÂ_  \:
%pÒŠî  /
+  ":Øaj^XQQÇAƒ  -  IŠ¶¡¯  vÇ  "p¦6+Ø"'¦=Š
tÇqLƒÃb¸(r)Å  ¤1  ø§bšÝ‰'ûÑMm2--}p¯[  ...Û  ðù1Èš%"a'-é  jÙ
jØL/jÕX*v  C
v            åÀ  ÂØL  P-Ü0B  !

&¶Ð` "0"C  Z
¦  4Á  0ƒ
Á,a4Â    Ä  ÊM´   `ƒ  "#`ê3.µ"hDDDD\DDb#  (r)"IäÜ,"ë1/2ê³¶ëÿÿÿÿÿÿÿÿ-  ¨ÿÿÿÿÿÿÿÿÿÿÿÿÿ
ËT"Ÿ2¸Q  "D>-ëa
õgz  -æ'7pÊsî¡Ù_(c)Ø-  2  f      '
3°$hfKLš  ç`ì*3/4D  SŠœ=×WNµ_Õî³  0   ý}è+¨IýÂŷTÓ_y!Âþ-ä+-UWë-èŒï¥"?~×,
ÿŠÔ"T¢^ØMö  _NÐÿ-×Z¸M¤   ûQÿ¯x\6-í-~ïÿÚÂtµÕ§Wÿþt2fDC!Ä3:3'³!²
\¯  QyÂ!³¤M  ,OJžï¢cÎ    VkÈ§òP3ŒèÐ€ï¸¤!  ,  "ažÈ¯...
üpSP†          0@ÓÏ4
Ð0@Âx É
"!r        p  Ù R  !¬  œÍŠ|CP¤Mç@æ^Öy(kíbfÏÀ^M  °_Á  H    ƒ  3
¤á
qH¯žH   ðDç   É
  ƒ
  ;  =B
ïðƒ  4  Aï(r)  A¡"ðŸ§ Â  ›¦¯A,
,h  j¿3/4ÔÂox v  z   `ƒð  ð  è< j¡5^-
÷ªj¬Tw§  Å°ì"ô  h44úÂÆ¡Ó  šÄ(r)ž(c)"þ    ×± î4E·Ú¢ EN^ñÈá¢\Ñ  Õý  ö‰~KÝú¢<íÈ(r)Ð‹
(r)è-o3/4ã    Ñ  1/2  ÿD-Ã"¤°úih-†š':&v^ó    ÈœÑ)Í;Ó,m
Â‡  6û%ŠF...p  &ä_  nEöðO'J&{!  ...ü-´GtLîøû¤È@y)Ñ?Á
¦
!(Mð  °‰{D¿Ú':    àƒú      Ùè7N,}öž-9    êÝ  Òt°èi    Iêá?        ý°°x iÒ
¸
(r)õÒƒ    0ýéá:ÚtúO  < ß¤Ý:÷ÓÐ}~  'á=;ÿ  ===7éU>ðž¯¡úz×ªn  tôúï
Bd
Ó×Ýt¿ÚMÿh'§§¯n¯  °  ¯¿Ý  ¥j5W3/41/2Zo×úŽôÝ5¤ô×þ,N  êÕëqn·qô¿¦Õ-}+¯-±}¦jú[ÝñkÚÛZýÿû
õ_¬vëza†Ö•?Ý
¯O¿ßáûïðõi=(r)Ó(r)ÿëOÖÒ¿(r)1/2¯ƒµiÞ-  ^  @Î"Ã(r)û¿zðk  ôõ(r)ÿTÃ
¦
û  Ô(tm)‹Óú×ÓÃ0  î"õk`àÈ  Eû÷  ¯á)9Á·-  '  ¤@œ?
é"  r0Kê3/4BŠ÷5
zä.Ÿ[×ÓýcêÛj÷Od92  #ê‡Ù¨;×A ›2*%-¥Þ-u
Ù
  dÀ   ²  =  NÁ  ^²€aoƒêÞ-"ÚÿZ¿__`Øg@!÷ü
Úé$>~ÿõd0¢
°ýP
ÿ¤  3/4¿`Âú ƒúÃ
õÿNŸïÜÕ?"ï0Á"AÇÿø_ÚÑšíß_W
á  G"x_1/2°ª#þÿ  Â -ð^^oá·  þÕ§ídÂR´ÿú:

^^þÈ0£"Cå¿ ¬[m=µÝA1/2  ¨0ä  &CÇä  €Z¢  µýáÑ  ÿDh°àÚ÷õu¦-[]ÿÿ"â
²H¯¢Äü‹K×J¬É9íZ3/4¹0/&EÊqQe$tüÊú$...ëÔF

3/4
ï"        úíû!*3/4Ûÿuÿ²\ÈØÐ-ý÷EéÓé-5ôêïƒv,\6è-ûøW¯K‡I~-
íëö3/4èGG-U1/2:Mÿû‡Õ~ÝWº-:Ú÷°ø=W‡¸_"zK¸uozõü$¡-ý¿UÐ ÷   "ëôÎ=éßó"ö•×"¯¿¯÷53/4þÏ's"¯ì
ë.ÿ§Öyî3/43/4Ðpï¿ë§Ã]¦Mö--Ý?Â#¢œýWï¿÷õ[uÞÞ"(r)3/4ƒ-USõl*]î°  í(r)¿°öö-> H5ÂÔêÚv¿ß1/47í]
ö×_céZÃ  ÿWvý×`î}-µµµû¯éVÖ×û"NûJÂM¤ÚL5¶í(jÚ_×Ã[ì*  i_ah†î·Ý6BBê†  ûû

ïV'j¿¶−¯Ã]Øa[Xk(r)1/45ä31m">I'
V"}0i1°Á+îý´−+  êôÕ†(c)¯~A¿4¶'*þD  k  pÂð`¬5l/°ÂQØY  í,KÅA¯
ÆÇ3/4ØY  B}Ž8¦*C  ôØ'A
±û"_â(tm)  {  élSaC  ÿI†  ¯ØýŠØö)^V\  3/4)  GÆû  ÞÔI=Ù
E¿b  š}0ši"÷ka  ^ÔT†!íí1Èb5×b  ïd;û
lƒ"ØNÄŽ  ÛM; ðý^ÚíÃ!bÒi{·ûM0š
*ö        "á"3/4ší  ˜IÚõ ƒÚßêÔÁ~  Ó*Ø'V¯OôÂ  ¶'"}...j  ÂÚÃ#>Ö     Ô  qÐàÁ0^D
 Œ  †KeÂ  ÓB!,`ƒ  +B  A-,ðñ  x* P@Á%BÁb%["
                                                        ´
˜€'a  0B
Ë  F(r)"DG        `"DDDDDDA•)""5ÄDDDq            "DTD  -à÷ÒäÙkJÔÈ  ý*jƒVÒ¥¶¡´-K6 •†
G  CŠ"  í4ÕX@Á0U&ÆŒÈžJB?ÿÿÿÿÿþY  ¸ÿþZÃ"¥(tm)y"q!ÊéhÉ(‹p'ÞŒ      -<ñ'dhfCFv˜IØ\    l
&djì-;  ô³±¿ÂÔ  "
-%úGdªþ´  Òè-äÒ  þ¡kjõ8̃1/23/4ÚKèœ ƒÛ"ÚÎ ̂ÿÙkªÒÿÕ{  ¬.3/4¡%  C°PO$å--qñ¯  {Äv‡  õ ¿þÿÿ÷
úý  ù¯V@ËHì*;ø...  BÙÝ  5    aLÁ      qJŒ(tm)Œöv"úÈ**ù
JêÈ-ò¤    *  ŠT3ÌØ‰    %ãÑÁŸ  ê  É1
¨ñ  !I
ÀCP·›  @óìèD€  Ê
¡"'Ĉ'ƒ3  ˜fÆ    "(Aä13ÌØB¡˜  ð^z  C£æƒÍ°L  Á  †  &  ¦H
PgÑñšƒŸ    W
"Á  4-Èö  É`)
"
è#'î†Ðh  ¨"§á3Ààƒ(4
Â
Á  <  m"Âa    4  a=B
 ÛP@ÿÂ
Ô Ô Ô  40ƒ|.¡  P  á=Óµ        ¡"øa  ƒŽ¯    -œ õA-ña;Mtôôôw¸Aè0ƒbÐâÓIÐ{Ý ãA°¦ƒTø¸ïOÓ[
è;T-š
U:°ƒÐqT  Z  í
âø1/28´·O"  ud#´KÛé²#-%N-"ÖO)ý"^ôGÏäþfÒ'ó  9,ï  ‰óÛµNaÈ?§!\4Fô´ÈàÑ-9  ¯"õ'fNoD+  œ'*d
AÕ‰O!Çrsr:9?P  °
(r)‰M"±nôLí'A:  ˜˜Dü  ( tJ  d^r-ÐNfá
ú
v,m'yÉÑ¤èœû!@ær[¢>bòsrX²tL#3A  "ôðž  a9£Ãr;L"Ðn³6:
ä_ÓúAá7NúNýôÝ$Û  §IÖØMðˆ")7Ó3/4"{Óh ôÔ Ô  k  h}í"ëä  Rn‡¶-
þ  i6Ó1/27Ót4×OûÔ"¯õp^¯á6¿Tü'|(r)›
é?UÖéí  ÓÔ-M¯×^...þÝÐn¯+a:¿"Ó¥}t-ÐzýB¸N-WO1/2>µ÷ª_õM/¯ôÝW°µ±ý¯¯m^-"ø×ªOI  i.¿ô-ôû§ú
qûWýÕ¿ííôÝÑnõoßñéÒ3/4·|ñúoÛ§¡ÿ‡~õïÓmý×¯  ÷ÿúýn±V˜¿¥ÿy÷é  ×ëŤ˜ëÿõûê÷µ{ÿïûû¿ý-U¯Âü.
ûí¡ô¤¢éU÷I28  æ  &È    ã^ž-ÈÀ"g@ÿë'1jÁ  dJ"†‡ê-_PKëúµÒKuöš"Î€Ÿ  d  *¯Òv-"oi.ÇÄa|è    zÒ
Òè
1/2  ÿ3/4L  îu  zä
X  û¿æK`ÿÿ1/2núú§ú"ƒþT  ÿû[~3/4úºþ  .×¿p1/2,ëþ
Ñ
  [x?¿aU_2%  ;ýôþ÷  íÛ_÷×õ(r)C@á$ûßu-Wa  q÷Á?Ü  äMh‡°è‡¿ÿ"AØW...†÷ß¿ø^¯õ  Ò×ß-ôCßÿ
Â!rî˜ôÉÕB9"°_&(r)Í
  ~˜NüÂ  Ú")¢3·Ñ$=ÿÂ  ú!ïÂPo¿û°è...ÏÖ"÷÷ë¯zè<>¿Ò"Ò³ýúòÀ¿k^?¢H¶¿÷´  /ÁV·ß$Ž'Œôõœ_ÿûôÈ
×î·þþû×ú,>÷ö‰‡  õÿýßïø]wý=Ó]k"ÿ
ø-ö  ·_×Òéwwþ¿(r)ÿõ̃ý×Kô"  {  [xozÒ  ý.úß":  Ò}¯ª¯imõ]|[·×ÿ1/2ëëÿ¯_ý¿¯(r)û(r)¿"|(r)ÿ:  {ùÔûêÿý

[:=uÿÿ÷nºûê"Lãv¿ý þ¿ºßí(r)ÿê1/2¿Þ¯-þßám*Ó¥Ž8~Ú_Ò*úûêé¯éÿ-ë-ªû  û-&µ×ïÖÕé÷ý˜ýwµú]o1/2µ
OuÚ-/_ïøi7ôÝn-ë{
_Õ†  ÿ-.þêÝ+ÿÄOá "__ÛýWKá¤ïk1/2...´¡"  wNh}6 ¯5ý0¬0¶"¿  -iý¬‰›
WkiXWøiÝ}¤ï5í...ÝÕa,ØV  _ëÃ
{1/40  f¥¬0Ý† ÚLmì0"û    "   í,±† $ÿ±R-  Ø¯b(r)¡,l]œ  üBá'ÃG°Âì0-†
¦ÅÇ  Å^ûìWë  "âŠødpN¯âšö+§v+côbL{!ß  ëµr
¿Ù
‡¤×lI  d  tÇíµ"^±¬Wb÷ä  ô×ªwµêá  xkµ"  8ÚÈ#á0-(r)ëkawÛ  CKÚa§
_˜m¶  ì,0¹
C]Zµö  °1/4†"§²  ïËpšUê¶  }BÛÚMZO°×-Ðax0¯Ú
‚5ôÂ¶š`‡ª
Ž´Á  á,

°¶  Â^ðÁ=ý+K
m4  h0^Â`"Z  e×   É  á'"†
ì!
‡   b"
,    DJt""""""" Ì-`"a  @Âi¦¡   ƒ'XDua  ‰"                   q           RêB6¥£[  U¯
¯¦  %Æ+mv
Gÿÿ,  ¯ÿÿÿÿÿòÓZ3  #;(tm)(tm)  ³°:Y  âi   ÎvT(c)Ì1/2]ÉQ•  WFhzfB'fUê›ª•  éÂÕUv'Âá%
¡  zø[_  ÿõoi-?ø-_~-†3/4ºëÖ‚´-é
_wµýÛµúî÷×Ó  ×ôA  Öþ´eÆ{%q   º1/4íHŠ´(tm)-*Ì-D(r)"  Lê"›  ^^l  Â  A
L34xÌÄ)Ï:(tm)Õ"DâgP"4f30éÙ±"Èa6U£  B     ^è  Á  (tm)@ÎE
¢1g"@‡HØ¤›?   ƒ  fÅ)È  #äh0  "â    gØD(d%(tm)Y
"     0ðƒ:  oðN,a  LÍ"-  ;M   p`fÁ  KA0"  VÌ             ,
›     Í‹0Â

Û  ô  @Õ4   õNð¯@Ðh  A  Â
1/2SMPié±a
§á  ôÓÓ°ƒtÔûÞ!"  pøxO"  Tý
=4-á  éîÝ  Ðm§i
ëbÐÂÞˆƒ´áýA  ôî›."B-8¹  fÖ.Ó‹ÂÔŽ  Dpý  1/4!H-9  Ù  èŽÙ|]ZhE"Jaç\Í.DÊ"  'a¢sr)ÉM²/Ñ.:äC
Kß"@Ÿæ‰ŽÑ.l  ^O¢^ä$LæPäëDì-9  -‰  ^í   à  Bø  äý  ƒp@àü  ò-3/4DÆ
¿DæäL"~   ÿ   ´  Ð  "v"ö    ‚M  Ÿ¿"ü  h<  ß  7L+"-  >   è  Ü
ß-"ÿ#Ÿ¯mz}éé´Ì¯i  ðAÞ  Ól&žƒ¤  úxP^ê-"1/2è  ß¥¤-¶°ôžšÒnŸª´(r)›ÖéôßOO°N,zµÕéØOÓyU
/JÚ  §Ã
_`¯t-µþÓ-é1/2&ëj›"ïz  ý‹'ÓZŽ?OOô?O_]ï"´ôëÿÖ×Žï]=Lï}ÚÚV1/2ý"ÿ¿ê§¡MßÝ7z~1/2;~¿ð3/4
[ª´á7ý"ŽƒÒûûÝ%¯-ÿWýzzêþýW__
-Ò¿¦è?~¿~O¿Ö3/4׺ºý÷ö×þ÷×oÕ¯Á  ß^Ý  Wû  €Ð&1/2(r)ž9
¯I"o¿ÿ÷BìÐ&ÿNFÂHtŸõ¿ºo{÷¯°âûÕï‚/öt
ÿì  ÿ"  ÿ¥Õõ¡ÿ êzôâ
aƒûÕÿíW¯ÿé{ÿê²ÉÁ  ÿL†   Äö¿"  ‚1/2  ·¿ûßþ  ‡ôý=izßÿ(r)þÿ¿¿¢  ÷û"mû  Á0ÿí  ÕoÕF_ûøPÞþû
Þû¿þÈcGòà¢ú¨ä3Ã|V"×   &   ëõ¯
ÿí÷ûÈ0(r)¯  ÌOÿ¢$Ñ¬&"ªÞ1/2zµëüµuÚ  "ý  SôF"ÿòœB  *ÚûäLWõ¥ÿôYE0"u"TI  oôô°¿  -ïëõ¯ÿÿ,×
ýƒƒmS[~
û  ÿû×W~êÓÂÂ×ßo×êïÿ1/2öÿÿ¿¥ïö  ?vÝçF    ß¯þû³¡Ñ¯ý-RMÕÿÿcûÓý. O¿:ÝÓÞÙÕÕêûM~Î-S3/4
Õëï[³oþ´¿êô-ýpÐ~(c)ß¹ç3/4-õÚ[_±×¡}-wõ×   ï¯Û[VÒ_ï"ï›¿í'KÝ"]_[ýµj•ÿÖÒ¦×öëÿõ-n  ÷tÕ÷ú†·øt·¿
ký5  aö¿"k-¥¶  {Kiá¥ûßÝwÚÿûûkuZ  WvÒmul+aXa$öÕµßOý°þÂWV¿kaa-°ÒÕ†¯È‚Â¯ðÒØkû

øo|5°-
-gÎê  , Á)  ÔllS
,<-  ZþíoÂ-áŠdXR%×Ž
+   Èœ+äG
"
Sÿ-Èƒ(r)¸Ûàä\M±VGÂìK-žûÜ1AŠbÝê*ø"Úý2-ö+úb1/2öAÞÄ¨úÚö=Þ   ŸÖÅw˝þÂˆ(r)›¿ë´Ô,C
"Œ...ˆh5ì%{íúÒÚíí7k¦ÄNÄö  î1/2§-ÂØZì'ÞÔW-...°§-XL  ÂPÁa¥
•a
ÃZu"økµ
Š0 ýP0°ÁlŠ  ƒ  B     Á
4;  A,  e×"Á4Â¨`¨Rà'   W-´Â5B  B8¸  x¹Ö¡   ÈÌZ  *  ˆ¨˝3  z       ÄDE...       DDDDDqÜ
e¹.¹7R^"SÎ  êýÓ(r)´û

(k(r)*  +  ö¢š3/4Âi(r)á"Â
Šl
$      ÿÿÿÿÿ,Ð5  -ÇÊak  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿüµm"ìì
  æFÜ›  "pXïH(c)ˆL  i¬  g  ÁÉ  ˜S  x;<yðÍT        Eq  ;  ˆ¸(c)'

óó€ô-"M¬  d´Í  #    ãôÔì'4nõª|°{ý1/48xS!4WVª  ê1/2~.,v
ÿÓí=T-PíûÂûú-&Cd  ">A€'    ßdÜüÑ  r‡~  jˆíýQ=-.¿È\2ê~
F9dýé    8Ñ ì  þ¨  6%wØ*züuÃ1/2ÂoþÝÃl&Ä  ªO@ß    ÿ·^×þ"a  xWÐV"ÿ×ë\=¯‡ÓˊÞõ
V(r)úýVõßPD  OâÃëü†)  ªòQW  ÍQR2  tS²²dº#¢  ¤x"2O"è§Ž   ^y'  ,Î!"4Â!JöõØ    ß
ñ"ŒÂþ  "†¡M²  š(tm)=PgA  Q  hˆG  .dƒ*Ñ      /   ¿§ó8 f¡Hf  2-ž`  ž  3
H  '‡`D(bGã8Á  $0D@"      Â5,
'¦ƒ  õoî3/4í÷1/2Ó    ,
,!H"  "Á,  u
    ,i3  ˆ"-
>  V*¿i
  Ý  (r)  "ÓOMB~  Âa
i  Ö!Ãôõ§ööþ›_Õ4ÓC  >ô

  A=:AáVÿ¶ƒCx1/26*"ÓôâÓbÐôJß¢\÷ÒK‡þíûÞÊ       ÍÉ{"‹Ñ  wi²  õN-´õ×oÈû%m'-è‹ƒaI{ä
ä?QM.K›r<¢'4Gy  ƒA  ~  MšK¯²Ý}wù  N
"      ç"ûdn  #3DæÑ.  ÈóšR|ä"ÿL0,n  >Ðs8PMÈè   A¸Aý  Ü  è  v  x
x'A?Ânü%ð|ƒyý´ý  @_WZAÐA¸N
4ôè Ü'ô    r'1/2  ¤úðž  m&úÖž¨Mtß¤é=7]>Þß¤ûÇì,ê-~Û[²
•}"¯1/2;õ^ÞÝk[
OoÔ¿ûµ];i7Jú_Óp>^µë§ýéa^  =?õÕ0Þ¬ZëKK÷Æ  ÂºÞ  ézßÝ6-ÿÕ  Ð÷ûõ×ON•ývðOƒ  îßá¿ÇK¦Ú{
Æ'{o-3/4Ç¥¯^Õÿë}W¿Óu  ¿  ÿ  Âò
=µû~æ°~àÕõÿ"ìÒ÷þ  aí1/2jÕ}m×¿`¿¯¯-UÙ¸Ž  ø1/24¦d´é  O"o(c).  Ù
-§1/2zdPB%_z  õƒõak·ÿþ¶þ³P_Wõ4  ú  ˜×úé¡ÃÃ{ûëäXþ
  †  ãwä9X9  }y   ÞÆÈ×AÐÃÖõñîÿ[É  Šw÷$Áu"ÿÿ|0~ýú·Òƒô
  -w¯  Á¡÷      tÃá Öý  ÿJ¿ø¯ê   }_È.?Ð_þú_Û·û¶"#ïÿ
6  ô,¿†I...ëÿUûÿÖ^{¯è‡-Ôÿ1>ĺ"þ³÷"(r)Ú¥¸¦S"DYë  "  á°n@  Õ´¢  +ì?A,~ªþÿÝw1/2  ZZý  &"¯÷ÿ
ÛƒUo¿ß1/4ãú!       "ß,»ôœ(7,šÕ [~
ð  -úõ  ÿZü°÷Mÿ,?Ý7ßÞû{°Ýtöú[ö-´3/41/4ƒ
*RÃþK‰Ô¯¿ëûîýÕ_ëÐK{¯çV3/4un3/4ë  Þ¡  õ÷(r)Õ¯ÁÃ¿ô(c)yV~-ýÖÿÿßZêí?"¯¯µ§þ-oo"ª¿ý&ëÎ"z"}
  _îESß"öý"]ýu  ÿõ¯×uUõ_ÕÝ""  _nÕ°-¶(r)ø[_  ]nÖó3Ã~t=ê-üÎþ,Õ°¶¿ÿö¿é¯´·ß§öž-§¶-1/2¶"4þÒß

&×Û_µÒêŷÛøíkÿkth¡¥iZ_þÚÿë·
*{K"[J  Ká(r)Nz1/40¬W²
ëx¨0HÐû‡L0V  ¶|"ÞÚg  (r)-(r)ž¿Ñ  þÕ   'Á,ÚÚúþÚ[ûa8uaUm>Øki0`"ðÂ_í±
...ìWÓ  û"Ø¨eÃ°Èáá²~ØIm&
-´Ø&ûd|0Òý"œ1
)°-1/2ðÅ  Á"
ö)û  1/41Æ  ªPÇ¿ÛM_]Õ~  bFí  Š(r)EÁ[  Ã#"ø28'ÅØK"  Õ1_×µ§ì^-nÄ›éd  ð¡'°Z(r)ð¯^  Jðƒ
wv  ÈXM7[NÔÛS  8ª1/4  k
Ba}§íuì,D>ÂµjÓi(r)\ Âð¿"!"
-Aˆ°Œ  ïï
Œ           8al%"ka0¯ a&þÂÔ
ƒ  æIÊk  (r)
œm,î  °N  Ã  1/4  À  `‡
ÊÊN  ^h  hDE,
""#ƒ$
  '×  L@X°ƒJÓL(^†uí^3  @!          GQ  Q*Ð^^‰
F"W;
üGÒÃ×...JÒ_"k\F*1/2
Ã\2)ºP  ŷò(tm)  ïÿÿÿÿÿþZ"Ì,âªÌƒfTãØ,É±6v¡Ã)qÙ6~U)O‡+¥:È6UVv¥çÙ  ÓÓv¯ÌŒ>ï(r)
¿]¿ÿ\/÷Öß_ÿÕkÿ×ÿ3/4¯1/2ýSX÷×÷Qÿ      ...t?ÿïø  ÿÿ{þúþ¦  L
D8BdÈ)ÑÁ'...'  s¡  Qr->d(tm)r¹=ÊÑ"'  nj^qÔÊh(c)(tm)
   ...  èèD(R\Û‰FÃ  CÜØ†¡H  pÉÃ  ,œ.B
Í(tm)8R    -}Ú
  <  y89DlDèè  M      ,  ØG(c)
    BœÍLØCQ  LÙ  #  ƒ  d´!
,!*#¹H)
    AŸ0žP  ÜÌ!  3Ppƒ$3b
,  š  ,Ä   -KµMtÂ  š
  7  <û  -á
§ñh=<  Õ4,  z"  "    @Á  äS
£8GCNÁ  -Aœ3£(tm)      øL  xAÚi¡Aá=$  A  ÓÁq¦ƒÂ
  ÂÔCMµµOÓÒAÁý§§ñjœiéòƒbÂ
0  ö¡4þƒbÐÐlG-fôÂ  ¨8µM
E  ¯  zqH-0e  G  ä±  ¸îK  ë"öOž‰Ñè•6‰vK  ^êK±hŽá0  Ü[Çi¿D
ôBÀrWDpÑ  È\r.;'æÚH-‡R~Ñ/v‰o}  ú#Š'6‰og'y³Ž]  ³h"Ú  ƒmÃ  ›è"‡è  Ü<?Â
  ƒõõl  ðƒ  A¶  P@ò'4  <œÜ-´Ð›-<=Ñ.h-í,(tm)ðÀÐAà  ¶  0ƒPƒ|&ß"Û´Óá6,y  Ü  ô         ðƒô
...ÂvI  >"¯[ôõ{Utß-×M¥¤ôÛ   éé´>at  '~²G  :  7ô  §§ÌÔí>Ò  ]  Ú1/27
ëJÐO‡H?OÓ¤  ¤Ÿ ßýþìûìÒz ª Ôá5‡-ié1/2Òá<'TÚmÒ᪪*-ZZ1/26ôÕ5OiB
Âþž  /þ(r)3/4¿þ"Õ}/þ  t-"v;
ôëVᵺÒÒ¤›ý¤ÚJÔÚZ"]>óÒöžíÿ*Ẑªðºum_¯k¯[Çñ¿¯3/4Ý°µn...wúñ(r)"q8/14Z  at?  _ŷõý^¸k{ô:ô"û3
/4·¿Nïôþÿû  vµþßö(r)µ ÔÕõ,  {ê
(r)¯ö3/4-×_dB¹ž  öÂïÚKÿÒ"ÒÉÃ¢  ^ŠtG  ÿÿÐeÃ   Ñ¬¯"|\  ¢,   ê¿Ø:Þ
WJ°òäÈá  ûÿ¨ Ïeôƒ¨ÚÚÍAZÐ÷öß  ¨Í zt
V-íûÇÈ`ò  cÚX°"@1/2ë~ßÂ÷Ñ  -ƒ|É(  ý
{ëÐô^  ƒÓ×$  ÿÿ÷ïÂ^Â§ßõ¨,nÂ  Ž-Wá...ëÍ/d  úÓ§  õY'À1ï"éwëtöÃÿÂµö3/4úÿXD  zá  ðŸÿ_ü0
ôBÀ⪺Ð"-7-íÞíþámÚ,úëï¿úÕ   äàä  á  ÷^Zµ·ÿr  Ì  ¥"
MøDI¿  ßöbrX   ‰:ö¢ÉÑ  úÿö¡‡·á  Gö´A3_ÊW÷ÿ~e  ‰„C  ¢3ÿú÷z¯"Z$...|  ¿î¿ûR=
ý"è(tm)  wþ·5  ¯Ð/z¢)Ýþ×ëþÚ[OÿðKÛßëöÛ~  uÁ/õ"ÝÓïÒûþ,ïûÿAõôL?k-¢¯ï÷¯(r)1/4"¿v-*ëï×ö³Rw

¿J¿]ÓélÕUõÿûõêçG^àÝýÒ¹Ñõ(r)öîûí{ß³¡"ÙÕëz÷Vu?]ÿÎ-Ý Õ "Ûý(r)õM²$uýíùÔí%ûÕaô(tm)éÿ¤µÝ
kÿ°Ž§ÿího¹ÔÍµuýk3/4÷ëßï[U(r)þšõÕ}[I_õõ[ªÿöýn'K¯öûô¿¥ ëéá¤Õö•÷û
uÕº´ÿ¿×nŸV"NûþôÒ×¿µöÕµíom~ê"í{ûJ+}m-¥ü5]_Jÿ´¯µÖÖÕ´›_ö ]"(r)Öû
ì0-Ÿ6¶ L4³í†1/2¯Ã[Jík1/2´›_¿(r)-[Wá;îØk÷a.ÒØa(i6§Û
%\ Xa[M† Z¤ÿí¥°k"[
í"¤KÅ}^...0Â_ Ã ý† †
°Í...ö ,4¬%}...† ÷
i{
ì0JÂK¤ƒ Ã 4È£ Ã El~ÆÁ,±LS wÈ¹¦=Š¨µâMÃö ÿ³
Wµ±'bL{ Ä""ØØ¦ K¶*×¸abŸ±lSÛq\{ [
Ù 'wÂd;úþám[ ñí...3/4Õ§ °ƒ
ö Ò~ÂØ[_È#Úb·j)x"- ¨d1-ä;ÚUY1ÖÂé" Ã]†¶ a=ªiÚ¨ka ¡_°¶°Âú]&ƒ
0ÁpOím+ ~ Ú
¤Â...ì+ií_ GA...°°Ð´Â ÓL&¡`Éë¡Ã C †X@‡"!"" , 1 B4""" Û DDA¡ B"
²CˆÂ b,iâ
ÁKuá" @É-VEØÑk HA-[ ÄDDDDTq Ùa@"x‹âôµâ+US°ÞE7þ ëÖ "'Jø*¶--›¥R¶"P
Ál(Â³² -ê)Š (r)Ð°š3/4œ Âau Â Âà¢"?ÿÿÿÿÿÿÿüµ
†E'-£-jTw¢
j
£ìû!L(c) ¤mžÌ†œ(r)¯ âZ ÔÊTE³1/2YöeST -øú
ùÙÞ
Vœ'a U‡¹ÝH'yÞyÛúO^"ø_šZ~ºj Âáy0 y1_´' éÝ^ßö,ê-1/2HŠ:ÖúÓ...ª¤ ]ôýÝ§ÞX Þ ¥ÞY¦¯Üš
¿ (r)8¯ZX¸ô<zA?×1/2Õ~ß¯Þ÷_þ"ý}ÿû1/2uÿ F´ç SH< /ëÕªä•·"Ü ˆ 2>D' "a' Nˆ0‰"Ä€‡\àÈ
Ø"àÿ" Â!&^¥è$% R
ùöy› u È¤ †Îˆj-F²AghfÄ5Ù ¥z'6Á Kœ,O(tm)¨ÍB˜yÂl†2
' Ù ž @Ì2œ98¥@&l@ƒBÍ ƒS
Ø çØD]A, - 4Â þáÚ}`ƒÿL ðD1Ja È6 f€†Ù
" (z
§d0" S$
øAÛŸ 0ƒ| ðƒ5 óæ˜@Óè êÓ‡" O
§á tûA×¸N.×¿X´5‹ Ð "ôÕ7Dƒ¿ü_Ü46!è4ÐÝá"4Ð{ ÂÒqQiñ§¬Ÿ‡ r(@ˆëä±¢%·¢]¢#¿vÕ;XÓ_
AìZ ÷u†J ß 'uÓM ¨ä²Èá(2tÉ{!) >%Ýä;¹3åAg¤Ü‰m ù=
j,v ù9ÿ'Ï'ù:9 m ÿ'íý ¨|‹í Ê¢>v-ÃŒ‰
ƒä\i È¹Ñ:4GÔ Ð(r)Eç Q?o#ö, h <'È1/4 ¬‹7¸Õ¤ð@ÚA" 15ÐooZH?ð›H4•5¤ '8A³;èAÞž
¢ ÂowOÁ ² F zv 7ÓpAº~ tšt ·" Þ,n¡SoN,î(c)ë¦ë}'-ºëÿêé´ tÚTÿÓkOW¤öýv }uÓÕi?××
ÚÕ-ozOTÓÛ_ztÞôíÒ}uý¥ úN"éU$Ýý}ZAú ¯Óa‡Ö-ßV-¯Ui4ôý6¯ÕûéV5ëÖ1/2[_{¶¸´ÿOã¥öÿ_ ]
}?Õ& ÛÝ_V‡ûÞ¯W éÝ3/4¿û÷ö1/2dW9 ¿}V¿õÿM*ÿß¿ôöåÆ¿r4 íV-}}} Ö*éªÿ[Ó,[¤útß, ¥u¿
ƒÿÝÕÝ1/2þþ ºþ¿õ÷È¨šûÿg' _ÿ O-
ìà=zë A?_û×zûJÍ@ Â#ª× AõK¨ºÞBUWI÷úIµëd þÿÝ Î¡wÿ×kýP÷*ü öö¿¦Ý;1/2ü ^
ÿ _3/4¯ä ;÷ëv÷Wý¿ëWVÉÃÿ¿ÿï}jê , ÿ"ýº^(c)ïÂ ŽŸ¯ðVýïë`þšÿÿ(r)ûý^êøOûú3/4ûäÊ)kïè
ÿÓkúß](r)-ˆNk1/2~ˆ\×ªR1ÈÇ=ûÃ TÓþ3/4Úÿ¿ß(r)³$!oý}×¿ÖÌM #¥Õõÿ-Ûÿð‰ õ¿Ñ 7ûÁ YÐ
}ýûu"´¹ ýëßu Œÿÿ[õk}+ ÕÑaÕí öé iµá k ×z×x:î"¯×KM¯];×ux/ÿúéïöõõkýWÞë_×^1/2vª¿
K3/4·~"ƒ-w}ÿÿÝooïïï_÷ßß¯gC|ÔÿÞô"wõÓÞûÿõ->þ"(r)þÎ¯1/2ßítûÓªýº×¶µÝ J×-3/4ÿ}ºÛ]ÿ1/2ïí}éÖ
3/4´›]ÿÿÒ(r) {]óÍÿý¥ßuëÞµ¯í_VÿøZuëuÓÿþð3/4é}¯ïk|V' ûa7^ïÚô×÷í{¬qÿØI´ö×¥Òµµý3/4î-7A¤(r)-
ö1/2_ðë}VÌÌ¸ïm+
í¯ÿukö1/45Ý[UZuÛ_öû
R-† 1/2µº‡ÛðÂí¯"jÛ
.ú~ì ö

Ø0,â?a,Pa'ï/ß°`  "÷a¯ii-¥nœ5í+Or&x§1/2  î  V  l  Oc'p  JE3/4Å"&
u  JÄ-r&bµc"ö8§ãúøØdp{V;b¶8{I"  °Å/_í/‡úb¬  1õL,  °Åo°œ1þÚï[á...·]vÒIa  xw  ²  ö$WïÈ#é-
w±[[Èœ+^ëµ~ÈHÐôÄ»ä;°"ïß  iØZz÷°"PÁj  *ÕC  &á
ëÿÄ  Ôê×a...ÖÄMU  ±z"ïî-ðÁý0a4Û
¿    ´Âis"pÂk(c)N...h  !
  ‡  ·"X!    "20%ˆŽÁ  Ð†  a,Ã
j¯Dt!...á¯PC‰0B¢+C°L  h  C°"q`†  ^f9¸1/4Dq        d÷÷  ^^Ž"""#ˆŠ¤*2l4´ÉRèÊ,·
ðûÖÖÒÙØH  µoÚM"  X"¶  Ç  ÔBŽÔ¤ÓV¯*
  Â†    &T†
""?ÿÿÿÿÿÿÿþYÁQ•¢mf[-e¹    ^á‰œ  `
¥¸ÚhÊÎ¸_Ì,š  gŒñó±»  `ùÝIJ";ZšWÉÝ[É°    ÂØUUIUp¶ü/×J¨ëtúéUõÿþµ^L
w÷ÇõÇÃÿïûûõê×]~·þ-¿ï×æCI|ì£ÿï3/4kŒ°ÓÉ
‡  q'  f  è  ´  3 ...">2
  Ä#Y@"6l@D=L¿fÅ5ŠDÄ  Â,(r'  ,  eÙ  9jÈpÉÕ(3¢)óÄDÅ;'
°ú(tm))³  '"Î±8¤HR]  (  )4  uÍŒ,  !Ç  Ö  )  :fÎÔ  f
h  ¨ƒ¿Ó¨È€@  Á"ÈpDs
ÌÂa
§¡á    0A"  Za  Ðd€&,$  L  Â  u  b:  Cg¯DMH"
^C  ¨ÛP  "2ã@Î    3/4,Â  Â  ¡  MB
4    "  §ªqn  Ðv¡6é
"þ4  Ú°zh-  j'z
      à  øA"-3/4  <pþý4  AÒ
-6í
8í=$
Fíp›k";‹‹DAÛè-bç  ±  '    ˆî";ú#Ç  }êƒŽÐÓØ´-ß§Â
ô  i|š¢.o‹DqDvÐE¡,zR\Ñ)Ð  pdÏ"£DN²3'ZE¢Rs    '~!¢(r)'Ñ"  Ìà
l  3ÐAäNh-H6‰oO°‰o‰c'-¢SrWOÑ  {"'ú‰o"âD1/2ô‰oÓ¢srVäúgA6Èý¢Ï'-
@è  tF4  5º  p    Û³M²ƒd
´  nI  7ªMÂmn  MÂ~ÂôÄ,xA3/4  n,A  á  ÐN,  äéÝ¹sfm~  1/4!A  ÛT›'Í:    A:Óp›¦á
§  ÷dôßÎ7*3/4Û¯Pí=$íÖNýÕô  'Ïõ-Ý'ÕÔõééé¤  é1/4=H  §H7ªþ¸Ui
vÝ¨õá=:·]t'AÒÕõúú¿ÿK°  "A¸ì  ôõÕÓÓÚ    Ý5ÚÓOÓ¥¯Ý?Ðé&ý...V--]
úµêÔ-M/÷  Ô÷Óèzm¿ëþ·ÚíÇ,W¥~Ãêï(r)†ÿ¯H'uÝ"  ñ}êÂê"-ì]Ô¬t¿1/2won·ú×þÿ¯×¤ñuI÷×q¯íß×1/2Û
Õ·ßþ¿¯{KúÝv*õ×}zª1/2&¸0  ÿ(r)Ó  ÿt  Ï
¬ZÚXUï¡¡òf/·¿µ"X4¸;ßp_(r)ž¯  -  ´    ...ÿ°÷_  "  ÿú  L  RôýÁæ°J  ò    VF
öÁék](ÛÐ§  ¤  \  ƒÚô%  ŸÿÙÐ-ã$Á{ëý¯ßÛ×ûû  MûÝ  È"°,=r¬  èÔ        õ"_þÿMÓ
  È"  (r)à¿ßø/...Þý~"_Ò  Î=~ÝÂ  ƒõ̃è·‡,ÈÇvú  ƒï$    Øaº"ýUõ°ÃÃ
ßØD;÷ûÿ  ñDpá"  r£-  ë~òi<²  ÔÙ1r  îÿø}  1/2...rnLs`K"    ÞÂ
ƒú¦  uþì¯9ÄvZ¸aÈ.é1/2¯Ñ  {(r)¿Â  Â¶b¢1Âÿ}m}kýûø$FŠÿÖu
ÈÏÝ¡  }  ¢º#r"Þt  î¿å  4  Y.$µªÛ¢"h:w^òd]1/2  {ÿ}¯ôéõÿ¸-Î  î1/4Œ  ¢ôÓ  Á~    Õƒ¯ûô1/2‡•eÐÏ
mªý̃õ
3/4úÛ:5úÕ]oëJ-ÿé{]Õò¸Z]µÿu...÷D¹›žÚÕÛZÞÁéÿJª"×Z]ì¢'×ª×~¨jë¶umöt'úû:ÈÝ?  úß¶t{¤3/4-öÚ×3/
4kúΧ"  Wv¿ý¶¨ÿõð×~ÕÕ~÷ZiÔ°þß×ÛïÒìãúöö×ï¿¬ÙÿnõÛ
Ç~PûA  7íÝÚ*õúúíþ-Õö  kô(r)1/2bïÿ^×UJ"õ¿¨"1/2}[Zûß̃ỗ_{¶-ú¿ÚV¶"¶  "-þ›†-œ0¿  "
-v  M6-ÿ¶3/4ÚÞÚï(r)Ú{n"}--¨ïP̂ëm[J¶•C]´›ÏÉýÕ(c)(tm)ÚµÚÁ¿"Ý¶  º"
(r)¯a}Û

.  J¤Kü?á¥¬  Ixa/a¬‰o.lÛ
/p-...°¿¡ºr    ínÃWa"¸¡iZ

ÛJØ`¶  Û
žÁ,pÁU",`"Èƒ(c)  w  ¤LlBù  Ç-  Ü1      x9  û  Ç  È¹
BÖ  qx28'Á'Äø(tm)ñM...ýƒ  ¤A    †  ¬U1[  Á-  dAÔ  BŠ|?cb1/2‰8í±LHÞÓ"W|  p¶ŸÛö¤  vÃ~
1/2Šx'"[b  "a  îâXïö)ÿb¶Ö×LRÇµW -ý  ¯"Ú1/2¶  ,5´  /l5-ÂÚÃ
pÿ†  aX5xa{NÕ8m¥ºáSOz¿ÞÂì&
ØU°œ0¥¸TÂõjƒ

ÂèA"Â
  uT0P"8dÆ  ÂÈƒa
^,^^ƒ$
†"0A"      ,'  Èª  ¶  ×°ƒÉ9P{+  øV  0"2u  Â
  pÁ0‡
  6
Â    "  *  fn%
`'"DHx^^^‰(c)DDD\G        ÔD{Tå¢"¥    (r)  ÒëJØ]8ñQ[kì.!'--  ÿÿÿò›Žäu  ÿÿÿÿÿÿÿÿÿÿÿÿÿùmº
ÿÿÿÿÿÿÿÿÿ-'PÊ  a  C  )ûJ  7ás
-¤-zôâ±ÿZ_ZëÒKúé/ªKK¥TºIRé    ô°  -P(r)"
ZXñÿÿÿÿÿü @
endstream
endobj
104 0 obj
<< /Length 105 0 R >>
stream

q
446.39999 0 0 706.08 0 0 cm
/Im0 Do
Q
endstream
endobj
105 0 obj
40
endobj
106 0 obj
<<
/Type /Page
/MediaBox [ 0 0 427.2 705.60001 ]
/Parent 111 0 R
/Contents 108 0 R
/Resources << /XObject << /Im0 107 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
107 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1780 /Height 2940
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1780 >> /Length 34164 >>
stream

ÿÿÿÿÿÿÿÿ-u"d 2$ÎÃgf -D¨e¹r%Y ë "}ŸjKºii...;ò254È ƒ<ËqŸþv4 oï šÏ3/4ÑÛ-WÎêÎÌÒëúæ
D TÞ- ëÖ *îþ
I(r)û]Éì:\ -ïU w;"ákëã×þ ÛÂê'w"1ýëÿ}mWMbëÿ¿ ÿ3/4ïÅÿ÷ ÿôµ¥Ikýj1/2 É_ÙäGÜÿ}ïû'‰ $
‹¢ Ý3g}{0E ê A -HÅH¤0DJÈÁ ,D(r)D".‰Å:G ˆ² R
"‡²] '(c)dY ÖfÍq )È§ º(DvEÙÔÌ &] )Â, ‰û¢
A'#" ? "³"*Ìè) 4D`B¦)&' 3
9ê?" Ý tÂ €@âÂ ‡/BæÁ<
- gA4
Ñ"Bs> 6,ž"$O!H ùæ "
>,!
˜h-(tm)ð^XA
ÿPƒ 5 Cˆ6ò\ 0 (2ã ƒÔBó> ˜ #¤Á u Ä>" 0œ0Ÿ¦† éè4ðž PƒBè êê‡" " a ì'ßªm¯
wH;´ =0ƒ <& é§íµjîäLÛz
oD-Å¡r8Åºvéi(r)èCDQú
‹pž ¬§,"ù.r^Ð†‰fDÇªu ˆíÆš|4â -Gþ "¡ D¦Ñ)ØA´KÃÒDæÑ.¢NSÉÚ '{%i '9
;?IsdL·'í n÷ÈWpFc Ü-9¹ Ô 2Î h"Ø5f¿ÐMÂy ¨ Ó ßD|ÉÜ"Š äÎävÏ4Oò-´×
ýªééé¸Oôô
, Þ"p›A þ Ìî ÒoêYßì :O ƒíÂ { ô÷ º ÒÚn- ö°ƒ| n y 4è é Ð
vEžOúv×§"ÚMÓÐvõnº~žºzzôÛ`ŸJÕÿ"Ý5ÐnŸ"ÝUÓ ûjôêí&ô"}4-Ò1/27µtð- õoJëÛÿI1/2a:N"}7V"
¥Â}¯m¿(r)"úoK"¥ÛIÿõ§k(r) OôûMû^-â-Öú ¯IÇJýë¿¯_(r)‡ýF3/4ªžý-{Þ1/2¦ëÒÿ÷öÒÿà1/4z 7éºï*W
ßîëwÓ¥íõïO1/2íí·ã÷µ×U{zéûÔ'N¸]ÿoj›ë‡zþ?"õÓ(r)"9 ¿uU û7-Dq+ò\Z(r)ë¯ö÷þÕW1/4i] 0´"ý
"ú×Là> Ø{_÷n¯â,"
ë{¨ÕÓ.
èDwù¨ ~B vë" ë(r)ŸWï§ÓÿöÊ€_vºÞ¿øò& ^B
þŸ__x/ÒWßÇ1/2Zä€cêëg@~ÿÿ×ûûÿ¬/§ßz3/4úä
3ôÈ8 }wÿÖ îÞ-ÿú°ˆ#ÿ`ë¿ ÿÿkÝÿ G9ÛmQ Þ"×zD0?¶ /ÿÛ_¶b¢ ?3/4¬‡1þb à1/2ð`ïzÂ
'þûûÝUkg&¶ºé Óêÿ¯îó$h"ÿƒa xiûþëëD ÿêa 2M]^‰Þ
×kÈŸÿ]u÷Ýøwß÷ ßÚû ú*¢a3/4 ¹ -_ûþß ôôÚëý×è ù.-ÓÖ‰'ÿ}ûõõágKôúI/ K§]uzû É
W -}uí5_m3/4öÍ_¿úÙP ú_úë´*_ðÎ¯‡ûé÷ ßÿ3/4æ¬Ž•-² ÃuïKµ êÎ†¿*1/2gG¦çW¨Nïëëk_é?éÿ¿ö×m
6ëõº¯Ýzm+¯"A3/4-{]Ú_Õ¯3/4ší-oý+]µ§µµ"ÌÝÞÅuÿí¯Öº×~¿"uiWk|zöï¯}fg×MÚî¿xjš-7QV"ÿõijªÕ}i
ÿ}...Û[-µô-_û
§öö "_[
5-¯ö¶¿µkÕ´œ,5°(r)ÚÃV×†¿{¦*m¦xí'í -‡ö ×µØa&é4Èá±é´¡...öÂém¥uPû°-¤Û...Ö ¿a.EÍ6\,0œS
%°ÁXka,0Â^ÚØ[òý¯i×kýì\‹Ž" v"‹Â¡- 'F
^6% øâ¶
(5Ø¥a,Ú¢%† Â¦¬0¸§omŠca1
¨... ˆëŠö8"\r uÄ'ìà_þ-ŠŠÙ ´Ç§i°(c)"Ù Ó±Vû\I=Šx... "-"µjC -é-Ã!ÞÅa...ÛµwÅuìI ×ðÈX"
UlSƒ ... †˜Ká(r)[-¦×am[
Ã²
"ÿ-ÂÝ,a0A,µ

a...a,öBE...3/4íh›¯a6Ÿª†
v TÂÙ €ƒ ÐåQl¡Âdc8`†ƒ Ó ¦í...° §a5j¬...Œ4
¥ fX(pL 0@Â ÈÖÐµ@Ë `ƒ"kv
ƒL,DXB*!,Eà! DDDDDDDG
Ò ¢&"0" c`˜!`šâ) ˆˆˆˆˆ¸Ž&¬G EDDDDDG- Þ1/2uéaÛ-%ð-"¯¨ŠTðJ
É± ¨Ø-m

5°´Ó
jÁB2ÑÝDDGÿÿÿÿÿÿÿÊëH°+L³ž"±Rd  ž  ƒS"l(r)4Ê†T'¦'¤_Pš÷l(r)3õ£°-õu÷Ñ'Ì3/4  ÂÓkë×H/ÿ¯rC"
‰3'4úÿ×l$šA
Q      z  j(c)/ÿ°wwëÝZ•É¢, ]ý_Û¢%²:³   ÉÙ s §Ft  lØ†¢ 'øà!"8Î
ï'¶ˆÐĹ^ ¿d#(   C²èó#qP‰0BC QÃ²  Î†gž#A  ùÃ0". Gà  é ô  @ðD)  ƒ
";˜ðNÂ
ê  Ò!°\a 3   ›      jy¯   "Ð- - <
=0ƒBøˆ:qiéÃÂ
-  × ê  ˜Øwá4á
§ý¦ Â
h=7Óû§-ˆí§§iß  iE§ü]õ  ù  w´Ó¸I¿éñu]  æE²  1/4 y~í  ó'g"ö1/4‰  I'9Épzò.Q:&J     z
    b$Þ  -  B9/r'>N  D%³çÈI-Î±          ‡  0Ÿ¦Ò  P  (r)Ÿá
é  ƒ·iP7Mƒ  È3/4ú¿'ð è úM°ƒz^Â
Öi=  õÕé%ßV•í¿O¤Â}¿Úi_äžÕpšzo"õ}?
ï×· GUÓ  W‡P¿"Ò(r)ŸOJÿbœ~š°  Õé  ÕÕé<?"ÇJÚÓ  ÿJúú§ÅÿÿëÒ"I¶1/4~°WÿÿwÓ¥3/4-zIZÛs;¥
×Ú~õÕÛ÷þí°ÿÿ'*
~ï
ë]uþ÷Y    ×ä(÷µþŸ¿Õÿßüƒ ‡Ñ/"
ýÆï[}"ä  ?µíÿ~28/Õþj  Zkÿ¿Ö  l;  ä  Ÿz1/2w×¥Ê°_íö  ÷Ðÿû(  Þ×ÿ_W†  d1?û
ëw"ÿ"XVõðÁþ¿_~  ÿÿ÷àØ7¥Þ  ÷ï¿ëï  ‡ÊTõ†ßßîúð¯|õÿ(r)×üÖ)¨&ßM  Bzòwª}3/4ýÑ  žÿ5  1/2+²Êu
ÿ$  w"OÞ3/4´3  KöSŽ*(r)íÿÞ---õõoíéo¿"Ÿµ·  Jÿ
K  °ÊA×÷*_éi?õþ  ûÿ×é{Þ•  þÎ;6"ëïßõª{íˆÝÕk¿1/4õ¿¯š•?ÿZÛ§ßÿÖ  k-NÓÞÃëï  õßý=~û@ïKKï×*ö¿í
×Û(r)ÿßý_Qëê"û÷ím-_iz[1/2ýí/û[¤¯Õû
3/4Ýî0-{ÚúÕÝ~3/4"m...¿ï_õ4v  _ð´Š  0ÂðÒÞ  [W(r)úm-§VÁ{î~a  1/2‡R.4¬%v
°Áûö+ý¯¯÷†G  VD  F-¦|Á'Ä-x"'/ñR&  a¯  c  cÕÛ¯ïß¯Ò±Iñ̿ƒ÷Þ)3/4öC  äA-¦ÿXöª¤0ï×OÓ°°ka0(c)§
ØMwÝÊÂ§ö*Ú1/2...þì  °Rc...µÿz-XB"Â5
d€     †  X4ÁS^‡  L!dRðéð"5-A     †     ²(  ¡  F"""""""!,              n  ...bõÿÞœ  ÿÿÿÿÿå(r)
£ÿÿÿÿÿå4H£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÎÀ(r)S"""Ó
ÈÚ́%  vk  êŠªj
dª‰a  -fW  ^,ä  %fv¦Á
  `'\^ è8d,  Ð*
  Ó
    ÂÚ.  *40¶      B¢VÂh  dö'F€PP¸EÄ  §
"z-PA!.•B  ¤þ

¥jÒM†'r•4v&ëN,m§kvŒœÈÆK  §•  ð}¬-£,BHÞ  [¦×  š;(Å§qPÑ0‡;  Ôu  V‰GÖ°*ñ_z  ú¶¿Zá  Ç
Õÿ}}  ¥  ïÒ  ÿ(r)×¯÷|"¥ëª¿¯µõ_ß×ì'÷ë^ŸßÿT"/¥
×d"{)ÆjÝ(JU  e'D  ×
CÈ²<Îã1/4†35š^"  #¢5ÆÉ2èÌd|"# ‡D}   ¦CÂeÃœ  3´Î...ÂÂ]øP  "
  á  q£03A
#ABfãùÆ|gB  ‡óhOYÃ$Å(fÆuŸ@^"2"C  iÚyÂ:²¦!Ôa  N      "Ê    b!"  "
,
    šFÉ
4
  0..."
Â¯¦    ˜ð^&PÃ"A&Â      ¤¸øTÑ¹...    ...
ƒBÂ

i, ˜(D-!   aS  v\T\  š.Ã̃BB+ -L  h¸a
- E¸gÅM  t‰Az   xô^   4]¤MØUæê. ÜÂÜ
k  e9:AÚFàÑ(¢c‡  ü  M[  X(*,}#{  F(c)Ë†È  Fæ  M  Œ!¢ûÚA· K'
(Â°¡  €h è"gåA  ĐžÜ t
  !ÍÚ
iS"Ñc´  n  6"ðÃ'E ›IÂ-6
¿ƒ
Á-"Ü'"  [ÿƒ04   1/2Ã̃
9"I³2.  6!Ã̃H80ƒ"(r)
ã̃§d&:x‡J° ²xH"ÆæpOØA^PÕ°atÞ  ¤  +Òn  k(r)fné:ZW  q¯"=úJĐN¯xoù¡  êÁ,Á
aZíÓ5"Åzo  A³ü  N-%  ,mÍ-¿"é61/2>è&ØZé>"Õõƒ
éý  û°ØØ0Ÿiû¯§Þ(r)¤Á¯õîÕÝ;-´4Õ¿"Â÷-xMí÷O-/ÿéîÓúßëÚ·ZÞþšÓÕ  ¿Ú"íV1/2î  û-"o  Oé}?IïÿO´ú
`žóÝ7N"[K÷}>-  Ç¸Óéí
¿Ø^-ÿ'Á××"þÕÓú¸(r)(r)ûŸjÿÅWþ¯qü  é¯
*£ý¯   ¥Ómô!vžú¿a1/2^°  ÿT6¿iî·û""¸¥jÿB  uþBUy|U_ã̃*Åÿßa¯¥Ë  ¦/¤°3/4¶3/41/4>Úý(tm)?  [þÿÿ¿
ëí'ĐM×·  Xý  y,t‡ú¯__Oð÷ïíÕì"Ç÷°n¿L?ÿªÁ:ï¯ëîµ-~øEÇé1/2Rÿ1/2}  ï  1/4ÿÿLÿþ×@  =Ó†  ¿Ù
ÓúOÂ/7ÿ×õW÷¿ÕB_þá  }ÿkÿ÷¤-ëü0ÿ÷×1/2Đ]j  "ú
?}ï1/2  _°÷"Ýׯ¿Ý  KßJ"ÿwîÿ(r),{õü7ÿÿý¤¿M×"a÷-iëJêH}oÿ(r)ú÷ÿª
ß¯á?÷ÕÿÿiyÑwzáÿÿ:tÙ  ûÕûþm²ú‡Õ5ï:+ÒîÞßinûÿÿõÿ÷-^"(r)×ä?ó§ÿd5î3/4ûÙä  õ¿îæ¯(r)é35ªðÓ{îîwë
×JÕýzU[}ÿo-  Ý'Ùµµn3/4Õþµôþ°ÿï¿´1/2{u_3/4Â·Mëg"û°ö"úÞ×ÿíw}{¯-  ×_ëþ×áÓ}Þª̃Ú÷×Vï[1/4  î¯
þµÿkÓ÷×"ûj1/2=7"Ry´ˆzŸ̃÷×õOß  ¿Ôú"_l/ï]ÝŨWÚ÷úÕ"
*†-ßÝ"3/4ÚM¯ëïa>ÕnÕ-Á,¶  1/2.¯Đ]pŪ  ý×V"wþÃKá"¬Ò¿mu/°×7í×ýÕÜ6;ŽÕ†˜ŽÕ°×8¯ƒ  ¿ÿ8-7
Ä  œã̃µnöÄ(Õ†  µm%oím%_°¦  œÕ°3/4Ãe×¶°µÒ  5b¯'>ÕX¦Á
  ¢¶éné'¶  AÕÂÝŠb
SC°Šm%¸i Âz  ‡  XI¦  @ìÀ...þÓ\R
˜a+O¿oOî#b(r)ÒT  AÝÇª̃×µ|UŸFø@Û       Á

  m$   ˜H0ê  6 "- 0ƒi
i†   OŠ̃`Â
¦   Â^Q
všÃ̃LB
B
  0 -
\<8�'‚  @Á   P Ã̃
$  0A²#^28vBŽ  4¯V       4 ...‡H  Ú' &  AXĐ4â˜£@vDpL
@Ã̃   Y  Ba',pD]¦  0¯"  0@é¤  0¯T  L"p(tm)   Ix2:Á  #  Xé,¸žÉÚ0
Be
w  a'Ó"ØL)‡
4Ù, Ë^†   ƒ  Đ:@Â     3/4   Âa ˜BÁ Î90
A"$  ŒÃ̃eÄDC<•P^˜0BÂaDDhDDDDDDDDC  DDèÄDDD  !gßC  "
í2ÌDG  ë××K"¶," Á8ÿÿÿÿÿÿÿÿùhHeš  §e±  ^$vP!Ø"    ]O'ƒ¢$(tm)Øh·N,e^D£°¨·•ôÁU  Ù¬Ï¬ìŒú%
îÉó àÁ AN‚.
  ÎüБœdI"...! q  °‡2.Èñ  Ô"‰ ,"ẪAB¦. l" ê... dE%AÂ  ÅlœCh"@"=°(c)"  .   5       Ò
Âe9,Ö  à- Þ
ÕB/  ¸9¯0
  COÂÕƒEã̃* :Đ̃ü]6 U
gxÝSâDâ%ÒN   +I...E  Õª̃Đdô¶Ô  ó²¯5M  G/   ÝĐAĐ'JÁBÓNôF(tm)ØSkxã̃‡QD]i7  rsn  @ý
A   ´(r)°

NªD

M+Åñ×¤  ZVú|›è:}ý>ï¤ô  ~h'"(c)ßµt(c)/ÛJýÕ3/43/4'×µµý+Ú]õZªo¯¿3/4ßï~ê"×þ–ãT(c){Þúß–_Å.-[×
õmû°{"^ÿ  Š¯~Ò^µÝïÑ‡µ3/4?ÿþþÚÞÔïP‡Æ  !'"
  šÑ  Nó(c)|CÐ  ýûÝ7~T
  1/2{¥}tx¤åd³†D¬ŠG§ì&"
j  aOá  ¤  É  f  °  ÐPˆ&I  :ÆÉ  ...ý  c$  ä=%"  ÈY   5-O  é'2@R  a


ßØcBÃõõ&
¸A"D0-lÔ&f! !¬œÌ)
  3c†š64^7Eãe
Næ         Œ   ‹çØ¢à4Ô          õÐ4  OðöÂ
  pÂ  á"$-Ñ8a
  oýûáúK·  0A-0T]‡  ÊqT&  vÂ  &ðPM=Ò¤ßX8:L0ª-H›H6  v  d}Eã  "ý
"N"KFÀÐA¹²,,&Â'ƒÊrÃÕÿ  Mú{  Ðzƒ8aRo
  /  Ãh  á  Â¡;"æn›Õ°t    qÂo`ÐN,pÐ:VÁœe@  Ò
úN•Ãô  + <§'-+ þ/Z(r)
5G‡ê1/2¿Pžqð¸3Œ-8A´´  ¤û  =Òuuû
Ü  N1/2°úKw  àÂl¯  ÷I3/45K
=µ°m'  É  AÒÿÝþ-•(r)"×ýbëÂ}  I÷"  01/2ëVÿZ¶Ö-´  i>ëÕµ‡]kü  TÃJái=z  tûªV¯†  PoZ×m´¿ÌÒÚ
Jû-    Oýw}í÷l;.  •z·ï̈·RÎˆXou~ÿkU^•ë×
;WwKzÿmñ  þ¶þ3/4¿ãýoÓ¨n<_^¶þ÷ðï̈ü0uÐî¯  "ï*í(r)'÷ÿZ[ñ  Õ  Ýµ×Ákõÿä¢Æwûw~'"°´  ðÐÞ-û§-
Ê  ¢  R
¥"  ðzPÿ°îŸëþˆ/-{þþµx"cï̈_ýÃþµû¯×ßÞ  KNïzÚ¡  Á   `Ë¿
;{}M¨7Jô1/2ÿæ&L{"
þ÷ß@÷÷ÿPß¯  ï-þ;xm
"öüý  ðÖxwð¸  ·w}wëë&×`Ýÿ]øA:ÿ÷¸oW  Õÿ§ýð÷~"ëú^  þëö'"í%wÞß"  [k}Õ  KÿúÕ÷ÿßÞ"ýáÙ:
yÃuÓn"Úé>•y.  áé4öÕ•ý  [h-
†ô1/2Óõ°õ  Þä-ÿûÿû×ïÒwioø"£ªé%i]¶ÿß}õtçOõ-¥:Ÿû÷ú~ßÿW{!ùÓÿõ[í?5-¿×ÎŸW×ëé>,_ß
ÕÒDur  O°Z]]×í  õ÷mþÁö°¯õ÷3/4-÷þ¿¿õÿ÷}Úûª°ÖÚ§þ$D"ïö-¤Ý  dýðï̈õï1/2{S›"úö¿ûëtµì-¥jÿÖé~ë°þ
(c)þ>¯{¥§õÒÙT´›I÷ü?
Úû]/_Ý*tû]ª~a?¥  JÝZM-=×(r)ßÖ-¿z·
o*ZØ0*ù...éBmI
óFÚ(tm)Íßôúßi;|4µm}k3/4õØULÇ†ÿnžö*  JÍëþFUûÔÚö1/2ÿæ†ØÍÒ}þ
-§
&(r)ˆƒ¶.]%m%m%ô
Ÿö  Uû[
a_    V×ˆØ(r)ÒöÖNÒj;JÛKì%¶"tž-Ã"J¡ñMÕ0ˆ(tm)"b›@ØƒA'ä4  kÈæ¶Â[w{jí5v±Z"  Á¡1/4ŠúýH6
  KkÛ    'pÂš"š
G°é4â•´-$Ñ  <  'á"-Ó{IŠƒMXLT"  0i"(tm)  Ê  'ŠvB8V  A'óá‹b  v  ˆW
Ã^  6  ~tÃ  †  AÃ  °ƒb  l‹  "    2áC    Bš...@  Ã              A'ÔlP gPÊ  8¸¤Â  Û
Šd#£  Ñ
àÃL"pL  aR!,¢  b)åXX1       "Ù
IPõ  Âm§\  l  ˆG!Cl&  D( ƒ
39CiœpL  ¢cÁ-ŒŒt2+(c)à!
&  †*(tm)Ô  @Ã  LêÈlÐ6DsLøw  Ð*í         ¤       \‡°¡  ˆŠ2'C'"
ˆˆŒ¨¨̈Ì7-  ]@"2+,"²Ç(p†"""""""""""""""""4,  (tm)â"#1±Lq              6  ª3/4Ú×Ê  "È¤W
  óqpÁ   §óa¬\4ÍÄp<
- d"        §

,
£ lr°ƒ@æÐ† Î¬,ŠÈ4ÖIÊ(8ç å) ˆˆˆ" ÿÿÿÿÿÿÿÿùÚË-Ô24ˆ|$ 0"
Œì)˜úAÂ¬ífWp} ‹çdÒB
3/4µzÿ¯õë÷¯1/2¥¯Zj1/21/4í<` ¢,Œò<R#ò!D ÅŒ*£Y¡˜È<§"êÍªR¨Ž
"¡pƒ²@CaP3â Á ˜A' T# BÐ N 3+ÈdN ¸K8 8!"^= 0a4 1ØTÙ"ôÐ`¨†
"¶‹ÊA ð Â
Â^é^
ÚA Â 8T 74$p 'Ã oÑxÁ¦(c) ž
(tm) 7¤Ûû² l{†EuýzM3/4,¶ú§{IzMº^
'Á Úí
"{zN(r) o~œ ·¤Ý{
ûiÿ-›ÿ{[ü2è ý"ªýúÿõ}Roé~"z Ý]ÿµø" "õÛ÷,3/4(r)" Ä/,Ãÿ~ûJ(r)X7Auü ð‹tÁ¿ëúíûéÔ"ãþá uà
[ _zvç ¬ˆØ ÿ} ïï OõAµvß¿(r)ƒ ûwA*ßI4¯Â
Ãoëû"{ú×T-^ô(c)þ _ºè öCüè3/4¯þ-õ°ÛÝ;þ¯··÷VÒõ ê×¬òuÿz~0ú†-| OûÿÿnÛ¯wÇE ö×†"VºëZ
¿ ¥n¿Tí¿ƒ^ úïfÿ1/2s‹[¦ô3/4ÕªÔûÜR±Ua2>éÅXKRÿal
õ[§Û§ N m éâ
=¨k ÜTpÒÛ¤ö×íxA´ mr x@Á ¨, Ž i' D"\ † 0%¥\4 Ä0‰ Ú
&˜P-IÐËpš¥,a ¡ìPXaŠÚŠ¨ˆƒ DDG `"DDD0B,'À!Ž"#ÿ÷-8 x(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ"aDWUË'£-
(r)Z¥¸¬K R
;,ŽÎÂD
dØ
(ÁA Ââ(tm)\H *,¨(@Âh4Â`'3ÊãC²‡ TÄ
k *3°¨× µH 8†1/4>(c)
•¯k•Äß+1-aÁ£²³Ü"{-æ Km FÓ2âþHÿm¤ž¨w Eý{ëŽ-´1/2¥ëß¶Õ÷ë÷ÕúëuÛ_Þ"¥~úÿ§} þ""3
É3}ÊCÈmo äŒ d >ˆº9 cÈy! c"¡ ¡-È(c)'³ö
0yÂ(
ºœ 3P§ 'Î- ‡Â$ ˜Er¡›2<pZ%ÁÏ"!ç2Wž#(r)F£fj ¢0g†] tŽ0ˆ% D¢
d p@Èb Ó3 dh0 3c 4ËŠp@C3Í @Éãf îš.Þ Dí¿"D
›ººTôN;´"Fí¨A... 2œ"`(tm)°ç† A,¦...¦ è&......EÜ ðƒ 3,¦‰Á Äà<Ž (P‰ÛEâ
5Â Â.Ã Dœ}' šÖ þš
'5
ž˜M2 v"0äèi°MQ8
ØA"
š.Ã
¨"H1/4
- m Œ"w èÝŽnhh"'
':,§MÂw
pTé°MPAôHé¸žÚßÅþáQc¿°h= ?q-´4 hJ¶
<Lí ñP ÚMÓ³ §Jä|×>3 Lº|¡Áž'~÷§‰ ¤-&· ö"Â ù.i6û -3/4(c)ôêœù Tæd Ò"
ÐVpÕÒnBs¤›A8ºz·Zì!ô›Üœî {úàÂzÏ ¯ýéÿéºü Mûïß1/2¯Cð¿¦×¯ðazÿ×\'iô(r)1/2a ý^Â
¥uuÖÛë¯é¤Â}Wÿuúûm/]ôí?ûµôÚ^Û¤ÿõ1/4{î...ÝvïðË°µJ÷¤ 3/4+ûq÷û[ëûëîûº[¡un*3/43/4ü1Ç¯õ×u
A Çìiâ/3/4ûmø/¿""uO‰Áußuÿ"3/4Þö1/2 ?ûk÷ö 3/4òÂºo,°?‡èÅõU¤(tm) ü"ß·ó
·uêý^ ¿þÌ#
uïÿ`ÿ ¿¥ß¦† ýûÞ ð,}-ú"ð‹ËªûxoʺXÿm/Ý‡ïé}l-ô‹ ioê" j3/4ž×Øo ¿_ëí *;´•Výp@Ÿõ]T0ÿÿý1/2l
^ÿª"a‡¨oÓÝWâûK÷þÿKÒ÷ ÷Ð_¶ïOÃ¿ûû o}.›A{ºïíï_w2"°ß¯úÝÿ¥¿ëûþ _ÂKø7ÿÿïúûa-U{
ðoÛ:-Z¨ôAáú¯÷Ej¿Õïz ×(r)¶öëó§†ÿ÷ý°öCþ3/4!Y wÞÉ
*wý oß-ý¿ÚÿþéGïöºº^ÿjÛ¿ÿ^§öúô3/4q - Rc ¦s}aÿi w}izm/÷øÚõö"ûãöé"Œ=ÿýÿ¶¿ýCÞýµõ÷êÒÞï
þª1/2Þ¶·öºµ÷ýýu´Ý&¶ÿ

~ÿ÷´¿VÂõðÂœ¥µ  Û]_û{í"ËÿÓ
Ã  þÁeý(r)Âk¶-k{J¬4ž÷]<ÞÚMÿÃ
~(tm)uk  zíUŠM°Âïö"w§eÑ·NÌj-ÄV"TAÿÃ  k  ~ß°e×~"kÓi'ØIêÐ>  (é;
°!žt    Õ³Ä6û¦-Ã
  ;•ÄÁ"¤QÒw!-¡
i0¤8ë^švä8é;†  ÐƒÕØi4  íþÆÚ°^·
$ÕÃ^4  t¨  °·
0(r)FêC  °,µ¯b  uaE    \;P,!\8"Ô*AÁ'Â²¯
  @Í@ìR
!G@°W
¡  4    IˆH0@áE1    8 Ð `>"@‡ƒ
Á
¸  G
ÂN!0  ¨Â    l.!¢M+6...j§  A,
(A
†    ¨&Ô  êÑC  Úk"  &(tm)¬ã  2n¢    &¡"  A'\$"0¤Þ,)j  2ƒˆÐ²‡ˆaB!òÇ  D$ðÉ䨨¨¨ŒÐ  Ž"DD
YäpB"+^^^^†T  z¢Sâ
"4"",ñ^Šã_XúU  ×²J'ýÓIRÒ¥ºT"¥,ÁA-  }  @'"´"    l (c)
Ã  S  @  ƒ    ""1ÿöÍ/Çÿÿÿÿÿÿòmj  ‚À"TIYØ>...;  ‰ÙÞ"§    °P  -Â...Â
Ô(*ü  ?~çÉ³·ïÖ¢rFdS
†¹Ø¬Õ4V±ü~"9  %_ÿ¥Bú¶¦é}  nú(r)"^"È  ÑT2Y'...'csÑÚE+•³0¦  "Ç'qN3/4HD,/  <Üg  ¨&t"
  ³5dT*  ¤{'
xe<qšŒ‡  a  ¤  †]'"f  u  Ê      PB  "  ÍŒ&˜A'  (
A^  >ÈÇÆh$(r).  ÎÆÈ n  aL    <(C(  4  SFla  C  #"t  !æ
"  u  "  òŒØÕ  â  §a  x*
  4B}4\B
(OA  Ñ1ÃMÁÂh>‡"Ñx
Ó      ËxDà...z  ,ƒ±Ó
  (A¢á³/˜U  `¨"¢à3  ¡...
ƒ=...      ,  ¡  m  v  œ  œ[³,Ÿ$Ñ²  &'m  GAa"N  M8N<¶  bÂ/  @  Â¹Íº/'    Ž    ‡ssA
¦0a0¦àÁBy¹†"->ê  ¦¢ò    p  \¨"Ã°<‡    ë)ËBm    IÒ
Â  AÃ#  ]°†-£A0Ð¥
¸
83ÎÒmn¿ié4G"žKêÝ:L3/4)ý%"&  &î  °oIÙ
ôŸßvB
^a
ÃÊ  ‹ÚÁÒoé,"
  1/2\    Û"wR0Sc§8FúÒlûä1/2Õ×û¥t  í´¯÷"  ~ƒl  t·H
g  "ûƒ  iÍ  éa,  ÑÕ†  ...ÿN(r)"í9¡(r)úàÂmÕ"ðÐ§ÿÂt  /þõã  Oý§þ    °¶ÚPƒkn•Ò_ém{]ÓkzÝ~·Ó  ý
wTêÝ="ïÿƒ[þê"Åÿíôô ÚXZ~¨UÆ"°ü?  ëÞ¶"#,  þÿÿ?¿Mªcÿ öG
HZþ¢¿Kël~þ-ül  þï¸¸ãÕ~"KÆÂM,UÒiu_×ãØuþÚ-¿
eÁ@^XÛÃ  ÿm)  Ã_&9pV1/2æ  [¿xkÝßø(r)‰9B{  K~    "·_
-¶  ¿öq  3/4Ã¡ú öݴÿW1}ÐB²Óõ×²$×Õôø.Á  Ì  7ª¡<  V×æ  †¯VúxEßØ  ·X"î  ?¸  ÕßÓ óþÕ‡ÿ÷Ø"q
{    "~,1/2è0ð‰Çkk~ƒ  t¯XA+ìZÞ  [v•_ôöÿ]_nÿ¯ô  ª¸(r)  [(r)Þ,ûµúl7ÿ"è/ÛïûÄm·Wõõ^¿ûW
þí  A{¥¶¦¨/}1/2  3/4ëþÓÿzZáÿ²Gý  m¥MÔ3¢ûs"ü‡û[ê  Î"ë  Òõ]´-ü  Õ~°ûP}WéNžuK3/4-Èkßô¬<B
"[3/4ù  VýýÕÿw_¿×¦ï†  ¦  'þ8Uöÿ²ßß·ÃM-pÝ§úUûs-þ"ÖÕ+(r)Þ1/29žö-õîý{¯Î3þy?OðkW¹Fúÿé6-Ý
žÝ¨ë¿Ì}l  ª1/21/2&í+[°{"Ûµÿ×ÿµ]  ÿÚéé´ëª"ï×Ã]}Ò~  ^ÃJµWuÝ´  =¥·m6•  þÒÕ·ß  ì4>Muÿ  ]þ
Õí+Kô  iHŽµ6°§¦"  Ç  ô"P×ðÃ²úÇgÍ´oÛVDß¯ö¦  qHA×-Õµ/§úßëW°a%÷ûµƒ  b¬!Ä  Ó  ívØ&G-d

r(c)V)jÅUêÒÛjÛh‰otÒŽÿõì!°Â±Ø!È1ì  ôÖë1ØL  (r)-ÂLw
%
+[IŠj*B°1/2¤Ói4Ðƒ†"CM¦"´  ƒ†•
X"  qVÁ"˜A0@Õ2:  0E>ÐqPu
%Ž,
Ãƒ       E1
iða&,
  Ã
ˆP˜L... 5
Fá4  0@Ø@  ,
'!!V  -Õ§h ÂÃ "v   a   ...4  ¨D(àÐ‰  pa9  ë
)   p(c)A      SH"ˆD(àÒˆL%"  "¬àA   ...
˜(( ÂY!ÐÉ:  (c)"ç'  P0FaÁ


&§
 Á
`ÌBdW
4Ã   B"2  3    0B
 ÂÃ1Â  £æÐxI3ˆrÉ""
æÅgÒ""#   °¥""""""""#9    Î¦˜FŸŽ'-
Z_ëšúúit1/2%_¤šF@A80K"¦"ªØ˜QÕÂ!0š AÃ    C›¨
,Ç#   7  1  ˆÿÿÿÿÿÿÿÿùn^-!*W  d˜B¹.d*)  È*;";+   `  'veqØÇÓ;U52ª  a;
˜EŽí?£csµ  ¦›°à·  "ëëÓ,˜T--+Tôî=Õ(c)Ç†‰(tm)•õÃ¤á¦ƒQÃì¥  ¸Ð^s°e^TÖ8^Ž-;  *¿_˜ÿK"úÕj¿ÿ§ÿÿ
ZÖ-˜Ú÷jª"r_¿•"´¡ÈÕj(tm)Ô"-¤ó¤¦dB(Ž  ÛÆ#ã#hó5Ç'ÃG˜ùÂ•  ¸Ø‡ÆAŽ  £8f  ,
  aOe  Ô"  ÑØ-mÙÆkÍmMl†  HyàÁÆt  "Ê±š³q     "      ž^ÆN)Á  ¡ê!¡0ˆt
  óxð¡BeXÉ  ±¡Ñ   Â
!hAäö¡á2C0p¡PyÒ¡B`¡   4Â!ù  ÆC  Œ"    =    "9  (c)  ˜aB!ûj  a  G aS
  ,  &;p@Á  1/4ß
‹Æ˜@ÓH*   @˜*a


Ð&
¡  tƒØPY  á   6
œ(P›"  \0T4Â
    0¡
š&8""˜Õ  u"]ƒEâ°VEt
‹¶... ^0TÁfÄ,  ÓL&hÉUŸ"  6ÊrÈ.ÃFä}Ÿ    ÉÎ,¡<QxÕ^,¡0í  -œ  !‡Ò´;"2‰
Ã˜Â¤œel*.ØPš  6‡  ¶
'PžƒËùC  ¦Â'ô›  WA1/2Ø¹1/2ý•  MƒÓ¤  ÿPhÐn-  œ7öPàƒ¤ö•2  uÒ†Òƒ²  ¶,s21œ  ÁO¿Ê    6Åžh
Ø2;Èñ$û'  O[ø8I°°a²  æ¶ºJ‰os§wÕ[ÒoÔ¡íMÂ1/2³æî¤AÀÂzvœÑƒBúYòàÂoÚ¦...
ßul  t  ¡"ß¥v¶›å  é°÷>c{îî  ÿÒoIöÚÿiÚ(r)°ÿ]o-*v1/2zõM  ép1/2ê°oz"Ûëïë¥Ó^ü¦×Ý÷îûwoÒ¿ûpÝ[(r)
˜[ÿÒNïÔê×ê›ÿMÖ(tm)Ä-1/2z,Ö1/2]1/2/îp"éœ  ÅU]m¿ý´3/4,OW"ÿõ}oÔD/-÷°õÝ    pÅn-?ß¬Evÿ]éµ
  *wN°Åwÿ*3/41/2˜ˆêÿúî
˜3/4×¿b  ƒ¹  0Ý÷  Ç§ÿ°[Ò}ÿK-0  ûiW,3/4ÚþµÛ¥  ÷U÷ßÂ.ÿÿWø+u9p  |Ã>ÝìŠ  œiõÿÛn˜o"÷á  ÿë
ÿý·¥¿¿ý"ª  ]  [i¦"âP›  _ÿ^›A  oûßá‡ÿ÷"  "  úúõ˜õÿÚ}Òu  úßÕà÷
ÿëõÜ
    °éß1/2iXo1/2´¿  'þ˜÷ëW_ÿë§¥ê¶÷zî,Á"ÛÿiÛ¬6"ïµô(c)ï†ÿÿ(r)•ö×ÿíÐë(r)ûïë¿ý´¿Ö¡,7Iƒÿàš  ¥àß  -w
1/2.÷ûÒÿÿí"ÿûÿ˜û°¥îû°÷õƒí  6ÿï^ÿ
¥ZN÷ÿ3/4tWÒÚ˜_˜ì(r)-Z°  ÿ{ÿÕ]uU}ÿÏ}ÃÆäÿí_ûî×ÿõõþ"jc  ÛÁýoÿ?˜  1/2{õé$-ý{-ïý}3/4ÒwßÛ[ßû{

OÓí/·]¥éí}ê"V(r)Ûmª1/2_ôý¿´ Wïú'^ŷûk¯ü43/4êı/2×0´ /ß¦Û_} ÿÿXaS. û°]Zý/[†
   êÞéuÓ¶,0•µ(r)œmí-ß¸C°n›  ...¶c²ó
³ wPÈïÚ×µ0Ŷ ¶¦8ï"ýŶÛu-¤ÃH[°ÕÔ´¿µ që¯Ðkf>ö- S´ ·QZZÇ ‡abƒWÅ-°pÂ
#M:ïÙ
   öB8KnÃ    "p@ÓA,!ø0 " * ÈG´ °A4 ·
î Øu ÓiEX@Â ÔU¤´@á"¤#¨ï0Ò    0ƒ U  *L , Á h<
` å@P@ÈáÚÍ¨A . b' Ü< 0MXí  ‡ †  A8 ,aŠ
   0@ä(ô°šC @Â
& a1@ § i" "Ä& & 0šaE0, (c)HX0(c) ÂV3/4(tm)NQ a, ü0,Æ(tm)n"0"'P°°...-"^`‡œ0¯L&ƒ
   ÎâÃJÎ( ¨ e † D
Ð2¶ª ‹0´D0"E!   q HYMÂ ^^^^^^^^^^^^^^Ž:ãKÒé?KÒ-±›S³&'dÈÒ...GÅj WÓ¬ a   Â^¨ÿÿÿÿÿÿÿ
   ÿÿÿ&Ê±Ú^["à¤ı  ...3/Ê^,-...Pª
ÕpU
&Ê-
êï¨ï0œ‰¡;š*X=
   úÐ°(r)ãw1/2ýúúëë¥_ëÛëKk}%MpW2 äâ'ŒÔ)(c)š†¤"Q f¦@£ h<Õ" ¹DÉ+   .EÈ3/4ÍÙÃ5
6AN¢Êâ'² 0ƒ  A,  Â¤  *h< &zSc   N!Ä ù8E
!,
"  aS ,xflÁÂ aU š. EãEÃEä&
¯DÜ‡ "\=4" A¢ò'/ª¨0š/! ₵EÛ 5EÛ0(X&š † @›I°,a¤à¨pƒHi í ŒÎ
´É-2 2
l(J ›‰ ¤ñŶt    `gÆb§]'ôü"æ",¹ *é&µƒ6aZ´ƒ| Ç"ÕÁ
   ðd[m¥ÈGÊâ†ÛB·]ZV-O 3/4ö...'*1/4  zT1/2h6fý'§]"Ã":t >ÿ_ôé]UÒû°ŶoI3/4 ÿõµÓzõ ÷é5   G
¯ ô(tm)Í ú¿} {tƒ õ ÐÿµÞ+ KþüG×ÿê(r)õ¬1ÇÅz÷-ëó
-ÈsÏ×ýÈÇ›' ÿûúß Ávùb7ÿK¡û~¡/
ÿÓ](r)1/4á ÿéí{¶¿Õ×¸Eßý1/2i"û
   (r) _ÿíétßï1/2+U
kþ"Ýµ1/26ý¥ÿÿ"}ûë§ûá$ÿ¶'}¸_‚m} ÿ¿ÖégO:+:$"µb µ¥{ôÅ5ëømÎ(c)õÿÎ‹ß kk" O^C-_û'1 µS4-××
þ×ÒÒ}ö*ßÚs‰oa×K÷HâO(r)Ŷ*¿ëë ß3/4ÚWM¯ÒÒ[~3/4µ×kûïï}Þ1/44¿]Õ"    ¶ ×Ò¥ÿö›ÿ úÿõÃ
¤œA_[m&!EEZ
Ý-ÇÜ-"1þ¯rhâaÖmj·°a%ð¥ü\ÞÆé'
37ºØim4Çü,åï¶ ¦;ÖC8ÁÚ¶ (r)ï¯íl!éXZ3/4õÁ'Èðv!0ƒMHqÂA Á  A,  Â@ã-6Ûï°AE'| J¡"
**(4¿ø¬ Ð`ƒ 0   5
Øh "!PA"
¸~ƒ H @Á Š
 A¦È°¡S ~×› *ŒPÄ0BÔ ÐC(c)Ñh0¯A41
#¦,& ° QhZâ(ú! P^^^â"= Þ0ëÖúªUû¤Ò÷a(`•jD... tâƒW
¸˜Šãaéƒ È
(tm)¦-"#ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü·B&äö"3 ˜B²  ¡ Žé š"/ Ôça2 ...!"x"ÎÂ3µ8ílBN"ãP¡B`
¡0¡I•RœjEs ¹ œaS ,¦¨(A•'... P¡r4(PX(A...B-Aw ¤k...žÚ,...ÿÒ8TÁY   °1/2/×A ù #
ÎÒ3¹1/2ÎêeIUu%' l4HM ‰7PâEÑKŠPáÇ*   4E ùâ ÕTw¡±;
çbÖÍ^ú^èÚÓñz
Ž×uê °CO¿ßÚ¿Kþ"ŶõíuÒ¿¸_c¿ÚK(r)þ¿ï¯úk^¿- ß[ý~Ÿ{¯(r)þ°ë ¬*W_ÂÜïï² › ä(tm)   Ñ G¢
¤~jò)œe?"Ï#ªÉ=ä<Õ  <)C5 L°" MŒ†30§ 'd@SÃ= Â²@Â!FÉD¤4Bô¯/ùDlÊA y
xP(tm)è  ‡ža ¸Í Á š fBäè0¡ H
   3@r\y !ôƒ#Æ,...  , d†lhYà¤ Ê ƒ   "
ê&
H ¡Á  Ð°›¦ :a

T¡
A  SA    ÂyÂ  2xÛ-.
  `  "40ª(c)...    éË†  'h0 ¡
*f*        #[°†  '
  °  ...A¨@Â"è(`(c)¢ñá  ž
~a    &àÑ}A"ù¨T]Á"    Ø0A"
‹ðí  ¶¡  pÑy  1/4
-   j  Ò|*rò‹èDî  Ò  ›Ø*u"ĐMÁ6  xÛ-Q¸0¡Q3/4  nEVlÁ;!(^0"ÏEõ    ª
³›'/(tÚZ/  Õ  Ã  +   NKºm‰-Đmé&õZ1/2  æ"  Ý=6Oafæ\Uá=bk¤Ý7  ?j•¡':
á¤Ú°X4é6Áž{i6Q"¤  3'
Ê    iZV  œoOO!G¥rXÐ^PéÖ'´1/2+A:ë¤  1/4  IÿÒm'I*f*8i<{5‰àÁ?¥¤æ  '{²  ŸOOôÝ"1/2°a{[v"×
Õ*f*
¦*37ÕµÌìéöÿm3/4›_Pí}
êPšVÿô  *_¦é³‡¯~×êêõ¤Ø0šák~-éu}¥õ¥v"´é?Õÿ1/2/ZOé7¥ôÿZOÞ'÷õþ1/2þß
^_›û{õÿëÖ3/4§%¯(r)¶÷õõ›MkU¿ß  ÿBÚ
¥oêP§    úµ-á7I  ¥uÚ´3/4ŽË‡ø6""K]=}oûÄmxzÒ  °¦û¤›/  ú[†-~"Çª  ý;1/2v"ï¯  ¬]n÷¡ýÝüB-ÿý-ÿ
!R  üûÒÙ  ç  Ä:"\BýX¯,nÿË é°  w_§øœ  Ñ
"õéçQ^C  êûKä
*û...ôí'ÿõ¯_÷ï°×é9,Q‹ÿ  oØdh_ù‹ôe~aŸïÂ&=µ¯Q¯3/4  qY†~›(r)bï´1/2PEÇëïÿ÷Á    ÕuÂþßÝÓ¬"â-
°Â.4öÿö-ÿö  ?Výý ¶õéµþ3/4ý¦  +ÿÿÿûA?ßwL?ú¯Wð,ïö
µÿíúÿè%-ô•}"(r)¿°ïÿÿÒÿû¯Ò_H%úëÛ¿"‡íÝ ¿°Ã
^ÿû¶•_õ̃%ÔØ{  Á(r)ïxúûþè'ÿ̃é_{n"^û_²  ßï"×é
t-L†š[]~  ïþ"ûÒWá+õžÝ(r)ÿ¯é    }ÒÒßdŽ°:~ßÓ  ý  þÎ‰öä  1/2júu  ÿs¦þCý[û§éÎ<[(r)¿Èzk  }  ûêÿ
õþÖÿÚ̃ÿJ÷ÿ-žA(r)1/26ý5"õV1/46¿k÷ÿñWûÿüï"u·VºÞÛZõ¿[ÿÕ;ÛÓÿ  ûZVÒèÚöï"{Wo1/2í]5³?¯µ-ÒûI
ÛVûêÿ¦  P÷K÷m{oï†3/4"é}1/2  ß}}µ3/4÷¤û  ß´-×ï×  uÝ°M~Ö¡¥õkú1/2-iþ¥ktÿ
+ÚÝÖ"    S1/2"ÝaÒçÍþ
%-ª°¿áµïa(r)ÃI{ï×7þ"  ¤Á-ì0-ÆÚ
Ž¬ÞÝ}(c)Ž¤+ß
×i  ó¦  Od}é3  °˜µRA(r)*f*K[
-¢$4-(tm){m/IMý±PÂ!Ü  %›þ¿"(r)Đ8(r)?´DŠeÿŠ1/21/4¿Âµb-âš˜0AÅ0ÒNâ}X¯†"  ÆÇ    pÒŠø"
á"  :oØ*f*Š˜ÂvÅ_÷
°3/4ñLS  ·Wv¶·aZÚ´Ø¤ ûjÒ¯<5í5"í10áS
  @Á    £ íUÃ    'P¯LBl-vÕÁ
      ¶¯@Á    *f*Ù
8( AÒl  $*f*AñÃ    Žš @Øa @Ë‡†
BA±    ¤ @ 'Á
8N    u ¤(ðD)    ^T    u°š"Ó  XU°œ    " 9  XdX  1  8@Ì
h âÈ¢  Q¬2úa ¡  B8-*f*
P@Á  øA¨a0¡0(c)Xú^L"êpĐa    ÂÃ,€(tm)    j  TÂaf¯  ÂÙ}
&*f*MBa  Q  BÓ  !¡d‡@Î    D  L!˜ ,  ¨,
"2  Z  DXB#,aÈRnQ    ¢°Â
(tm)íÇ  D2v  q  5!"DD0B""""""""""""1    DDDDDF3/4•a*X(ÿÿÿÿÿÿÿÿÿ;'-˜"[¤Œ'NÁ^E#3/4
ÊåH"Ěže¢2
  $vi  f  ( p¯(PTÁBh0šà¡B-Þk...  PJ×;Z
°*f*tŸUÓ¨ü·&Òû'&wovS-¬¦É†^  2  NµH¦ì-; b
Â  ¡×¡ï̃Ù‰¯ÎÈ1wÿú_¿¯ÿõ_¤ß×ÿïkªÛÿÕRé}*ÿú-äÚk*    ‹¢>¦jIY£È'7(tm)'B:ÆãÁT‡›s°Ã  ìê<êÉ  ¶O
)VÂd  S$#Ã  ...A=  €aœ"Â-ÊŒÕç
    G    YÛç(tm)  "    DŒ,ŠuÎ  )¨!p¡  npÂš‰3c*ófDF

ÌÄ$#Œ"    ...Øh  ¡˜    Å  -A '        (c)N
...Lø§Ló3.x C
*˙  ˛"-È'    i··@Âh{V`PP^"...    PP  ¢    òxØÁA  fh0  Ÿ
^òN˙  û@Ô&"A¬·Ó  =0T
Ñ¦œ Á    (@Ô&  &  $        4
¢ó ˜ " L Â  "8Rà4NÚ,v
¨5˙'ÌÈ$AÙ(H4^X@Âa$˜(EÃÐh›†  aT*'  ...
 (c)...M    &  %    3/4Ÿ  £t0@Âaj
   vð¦±    M  ˜5ÍŒ  YÇ-Ax  B&v
¢òÓ
la
"  "g€'^
Ÿ;O
        á8A  q¢ñ1/4üŒåÙ  îg
7ºpÿ-,n&z    ›  BäXPœ  (L'¡¡¤Ã3l$æêÓ

§  ¬Lî'
Áœq¦¤Ûá&Õ0i  r        >ÐL0ê•µødGÓhDöúV"Ó²,*}[ü  V´žœ;¤ÉtÑ¥Â
-"h"ù·  Ð›"xS...X  3i;)ér  -ûðAÁ°ºm  ¶ëõ§ƒ={œ6  f0ú3/4`âÉS¸4);!1?Ié¤˜¬4+êÖ•ÛúWë1/2~ð-tƒ(tm)
3/4¶  `¶³í+mV°us6ÿoTí%Âp`ƒƒ$"ŸÕg
ô°(r)  ~ÛxVêßjœÎ
/{j´íºµ{µ](r)¥¶•6éuÓ÷÷Ûµp›Ò~žßíÍÞúí  {i-é^  îîõé}4ïþ·ÓéN
¶§×ë¦×ßÔªh7  ÿëV¿¡ý  Þ1/2¿ý/ÒoIþƒ^¨Q¶±Ûé-  öï]°¡ö:"ÿ¸×ˆ1/2§]ìq[¦ŽÆô3/4ÔwÅ'ßÝÿ1/2-7]ý†ë"z
m  ë-Ç¿ÿÝpë¦  ëßÔ  åÝ¢  ¤N  aà1/2×Mëúµ̧K  ¸þ¯~ß†ÇÛöû]-ý{¨#JX  èŽ¿ÿ"Z,E†1/2úû,  ÛÄBì-
›ê3/4bàÛUO(r)-w--Á  ÿêþðzû°mÎ>"×Ýëÿ-,ÿ1/2{I-‡é  þôÛ"ï-"
¿òÛþ•ïÖ›}-  1/2÷ëí-ƒWþ  Jÿêÿí1/2÷¥úÛî˜]·ÿÿuN¡  "  KûðÃz¿û3/4-ü
ž×^ýÿ†þê  ÿþÿïÒZ÷ÿ3/4-Õ¬  _Õ¥÷jôøo...ÿv  µêµþ÷ôÒZ-ÿ-*muÜ;i7M¯ÿÕ7Ok  ý~ôƒÃ  ~¿Î‰o.ô1/2
1/2  ÔŸÝŸoèè¿  që×wÿ}{}ƒomj
þ˜ïd?¿ìè  s¢þÎ‹ÿî¯r"¿ÿïohééx>-û¶tÁ*K¯{¿ºzÒuéê1/2ÿÁÖ•wµ˙úWK"û¸ÓÛ¯  (r)3/4
ü£uß  Ók|:õ8þõ˙Œ|p~-^ë  ˛z¸Ý×í×é"¹íØ?3/4þô¯V
   U]ûÝƒ-3/4ö3/4ïÞ¿"Kíu|˜Û¿ûÓôÝ̧Ý̧Û¸µÿ¥ßÿô
ó4  *ºkÞ×þ›(r)  ß¶´1/2ÕÝ5u~¿Oþ{kë¿Ú^  a"Õ{-...öÒn"õÿRîšïí%"îôõa¥×W    iwÃJþ3/4×a...Û{ßþ
¬a´
   %*¯Wù3/4Ó/ö  Ùz  I<ó¦µn  _!
ú(r)  §jcµ"öÓ"ûm'ï§kx(r)õâƒqë¸âµí-é¨-4µm/[Ò
Çh0‡ÛV  #²ô[¸Çj›õ"  |Si7ÚÄUtÚ[
ŸÒVÒ[L%×¦ëÃ¬5M{  -ì pÒNÒ·N
{´"î  ‡èb  A8ÂpÂQR  ÔS!  *a0i]R
4  ...    aZJ    Ó˙Ð¤Ø-  Aª±I"
)-    A´
   á'É6¶  pê    CŽâ    `ÂÓ@  Ä D  Á°ÒÓ¸V  "8L  ²  Ð@Ð¦ƒMUAPi
û
!
"^qÃØ  @Ð6¤HPh  m    N  !
"  ˛,
áy8 C
%X"    NÁ    6ƒ
'Ž(tm)C"Ac¦Xç@...†  ‹¨$ö(  0D  pâ

```
 g   =aT&˜A"]   !a  "\(tm)...1P&  }B
(@‡S`)!Ê  RÀB,-Á-Z"eÖ"E"Ês-        e  ^^^0W
"Þ±        5¡      DDd,â"""8^˜ãB"4Ä  ]u×ýi~Vô(c)w¡Âú¥A&¨:‰onª
°pa...ÔF#ÿÿÿÿÿÿÿü6  Qüµ+æJâx,³ ã!xÈ˜)q-˜S²Ø·œv  ""[U
˜*jœ }AAA%^Îë -Ü(_&‡ÒÎÉQ  tÔ
6qå*všÏÏ3⁄4Û  %^••‹Øâ9=J•  ûý  Zý×˜úªëú´_ïÝyÞ±¶HH2@¹#$
  ‡"g
§ŠÄ×çeYÏ,D¤òN5g
î  %ˆ(c)  Ošó†Sæ²;"  W \*gäÄD?;PƒD>3Ä  `˜ud]  /2"B1/4Ä  1/4É1I  ó32C0<†!×>3A
¤H  K³


žE8-pÎ¦h  ð¦†¨3ã!À^t  C       *
àsÃ#  LÌ9q
ŠH   2  "Èa   4Œ3ŒÙ  ˜Î£D>3Œê
¡  ¨ÜóÃEãPUM  r 8a ¶ dð)  "  ``¡   TôÎ
Â&8`˜S¨M¥  ŠCÂ
   ‰" 0P¡  ¨˜è ÑwA,"Ø Â
‹Š´
"ÑvÐ`(c)Ëw6
˜P(tm)ì(*a cN iã›§åõ§d}Bg A¤^a563ƒ
Í ˜TÐ`·£c` ", Â/ Eä0ƒ 4Ú¢ø=eÄ A(c)p
!¢íœ   :/ Aæ÷
¨è1/4@íMÍ Ú7†"÷ ÚN  ‚¤"Eã LôæÇdH¥w·þ
9˜Ã¬°ïµf¤:".œ ,&Â <Ì H6
%WMÐwi(´ ÄðÐA1/2$ é7¤Ý7ZÐ ýíè6í¤éjædÚ
Òn$ èxÝ)2eñ"ƒphRzüÑ"ä‡   1/2×ïðd^jïò _
hA1/2+"ÌÒ°Ý°ê1/4 ë3/4 l§3ÈhÑúM¥ø0¿ ÞõZUkÔÂþ³‡PðØ0M¤ÕIs¥×w^ÿÕk ß(tm)°Â ´>6m7
úvèÝ}ÛøMíÂý1/2....m÷-'ê-õO[ÛVéÒwÖ×ªzkþžƒ ëÿ÷~Ýuj3/4¿-j3/4õõUKN×˜§ß}-ªý
Û"i;úú^+k`j:î×ï-0*CÄ%X...Õ}ZÞÚPøcho~ú¶õ
Ž Ø1/2-kuêé)€ñ°Æ-wUïÐbÝu ^ïCwu¿ÿquðOÁ}ÿ 1/2 ^"-k÷}1/2 _ÅCoÿï-ø´Ä&ö"Øœ úÛƒ-ô÷
ý ᵒ"÷÷v' Û•ó "M÷"\wöÜ P'ûw1}Ó°˜ iKNXÀûíúð[Ù
- ,¨`ÜÄ* }µØwó
*×ûê1/2~"-Ü-ô
ð,¿ý ‹ŽÐ"nÿ˜÷û¥ýþƒ
hÃÒù¿ MÏ¨ÂL"nÝƒÓÂ' zØ6Bÿï÷OwïK´ÿ´ ê,Jï{Â
mP' a÷úoï"¶Û¥úßá Þ-ÐO¶Ý ¿×a†ÿµ×¶µª³µ3/4Õµþ WW-UÒAv KíÃzõÿ"u¨o"J _ÒïÔ
1/47^-íø6ßûî÷÷ÖÚÕ+ÿ˜T᷀˜b'Ã -(c)$ÿëÿ1/46ßú3/4ú
°w˜ {îÝî°Ø7û ?üè³§zW"¥ÛþÈ îõ÷1/4 pÚþÐà?ÿý´²-Ù


é3/4ýW]×:z^
¹ÓzI ]Ûüêª_úwößâ´+u²{KZ]zÝg è¡ Û³È?ÿþÝ}ïokÖ÷÷ý_ëgÓv(c)ëøcÏáÃ̈ü=3/4ÿ‡ZM{ê‰ -"J¶¿}ý
××˜-=¿
  ÕýƒµM# pl o_[
uïVÖÔÿõ3/4onÿµz÷J §ÒïŽ&Öþíþ1/2Z ê"êÿû
/Þ--†"4žš"_~ÿ
ªßÃ[1/2W]w-[     C        Ú°ÒûkZþ øa, NÓ#ún¤{µ´ý ×¿ù ?oUÛW†
7Û×"i.·PÒÒÎ-økiÚ°Ò×o}"àÂLSivÁ... (r)÷OÒ°J› {Ä -"ä    L H m2>°ÝYµ k·[
šc U§Ö {(c)}ØÚ°šé¤ ¦ @ØŽÿᵒ°67n-X¦"ÖÖC"
```

mEUù  :¨ä#Ø¤Â
î í˜?"U
ë¦ƒ        ^  ØM0Òn"p•ñ
TœA§
*b   0@ÞØ0°Õ  Ž            ...`¡
¦ ¦ 'ý8h†q û
B!Î
        6¡P!
&Û":m  Ž-0ƒŠ
S         h8
  ±Ða4...$á0  ±A   B¹ éÃ@^~H8¦  "8L‹i    aÐ... Ô 0˜" ØM        ! (àÈáÛÓ    (´Â Ù7šc
R78Ûj  Â" A"ÐI4  h0ƒ-á(˜°Ð˜~&° ...
  (c)5JÅ¦D"   h0..."Â óä,`" B  B Â  æGg
Á

DDDDEXŒ-a,
äc¡   È1/4eq  ÄDE•´€'H<I  DDDTDDDDDgÕŒ   'W      ÄDzÆúT(c)Rµ
J3/4"]uÒ¹JšPÒ|²+a+["°ŠÊÐˆh0K  ÂÒ"Ä+  £ @•U-ÍE*¤>´  Q   &Äèÿ-
·ÿÿÿÿÿÿþbMÄˈfàÊZ"(tm)4S!X  ÈÑ  ,Ê¹   L  d63±¦   (tm)  a4Õ   $ '$
¢, C#  u1/4  %£2 Tœ&è›
  Á  È:¿¨Mtœ-*ÈZÊÐ7·Î¤†ó!3Ì‹Ôï˜D)(tm)W  a¥º"±Éé=f†xmKúßÄI  Ù  ß"kÇ×ú    "  {+(Š"/ÿª×U÷
÷}ëk]  ¯OúKk}þÓkíwÖÓ-Uúë"nÖ-S_ÿÚýªý
}ØZI}kIn¡kuîú§  çc  "K:
  ¤Éˈ°& Veó-LD*!~j';UG'   q¸¡²L3/4(tm)1/4Ðg\Û ...æy Bä¨ ¦¯íQ ']Ua g   d˜Ù¸AŸ
xS2$3  ÐBÈANƒ:3d¦dŒãÊy@Bv         )ò !p¦Å<Â!ñž`...ÙÆ    ›0D&"¯DÆ_Ê  Èñ
‡LÃ0  ðfIÙ"Â  f)Ô9"  &|B  >Í "
      Ô0  aB  ,"ƒ....Á!
Í
ÿÃü  ‡  ...(tm)  Œ3/4\g"  ‡ ûP<¶
      ,A5EÛ"Ð@Â(r)‹´  n  @ÂA0˜PƒÂI,¦  2p"Â
$¸&(c)
  Pa
1ê  Ð`±  ¥ 0U  4^  Ó   L Á5 4-    ,Ö˜P'r ë    ¢íý%¶]6¡0A,  z(tm)"ÐmtÂ ô  l4  H¸
*è è m  l
  NÁ0‹æ  ´_4[°Ða0  ŠÈ´¦K¶Å£s  ÓEå  "L3/4‹ç"_0¨  Âh   †‹Æ"  / ˜MQyEó<ÙÜ´ Ú Xd
$  Lƒ†:
êÿ  ÑyåæAî
24:O  ÀŸ(oî¨ Üo¶¶,
ÄöDê  A~Cå-
‡}ÉèÚ‹Îâ(c)˜[Ý9›¦Â  t‡0äoH7L¿#µ°  ?:  Nâôß#Ê fß#Æ•Ú¦-Ã§
ær¹(tm)¨àÒ1/4t¬  L&åÀ  Þ  mêœóK§36
‹›e  Üù1/2?}¤  É}9/¥Èí%Ô°è°IßÙ
qi""

\"ðŸÒ¿VÏŸ        °sB~  ¤èt-Ú§°íÕ3/4"}á4ã      Ö(r)ð1/2zÕºkièCýu
Ÿ êê  î  ›[¿^û>}   Ý$¢è=[Fnº}Ò]Rzêƒ°3/41/2ÞÁ  °{  ÕõÙ&ö],"ôÛ¨"Jõzºßo
ï-íumyúiÝôÒÀ  ïyë^·V  (r)õëwÓnÈäëß^Þ-ÿ  'LBÃt×íÝ(r)3/4#Ö"_ü1/4  lZ Þî    ñ°·uïv¶†ñ-ôõÕôô
õ-"ïªý·Q¿Mþ¨Úý-

¬OÖíÿJŸî^AÈ¥íÿí3/4"û]þŸª ¿Ç¡¿ëë -¶´¯ßkÒÿâ
õ
eÁ î"ôî"ûÎ+v]1/47VÃ  -ßÇ¯¿×uíd(ç=fÿí[1/4 uDÜ 7ÒÿÕ3   eˆöö
"ïöõþ øt?éÿ°_WÚ·3/4ðÕ5 §ôCŽŽ3/43/4ÿ1/2L^ÃÕ¿ß" ›ôi".ªÿµw¯ê´ 8¿÷[]÷XEÝ|0~¿]ªíú×¥I Ð¿.z.
3/4·ØŸï^"ëÛ
ô¿öö zvœîõ_° ÛïÂ
]ï^úm× -û¿ÿÿßÿ"ÅØn PÁ·ØA]þßû÷öë þßÿ. ]~ÿ"ÿZÛî,û...¿Ó ÷-ZI¯A¿wÿ_þ¿Ô£tÃz
ÿ¯ÿûßx7é Û·ôþçÚ°ÚW·þÿ}¤¶¥ÿn-ÿ0Á. [á"!ÿzïÿßntZ¶Û"> Û¯UÿÈ ïöÔ¥   Á  ÿ¥ÒÿW:.ŸKû-2
GVCØ¯‾[öÿþ!kn-‡õ] ÿßµÈÄ¶°V(r)ûîŸúû¯þK§µM _×ôûÛV
¿ûÞ1/2eŽU~Öú¯î¿"
3/4é í´ ÿÿ{õvŸôœ"Më÷îtí(r)"×´ÁÚé3/4¯õ¿ÿö¶°} "ÚíÔ ßþßÁÿj1/2 dBïÕ¶ ´"wÔö-(r)Ÿ÷‡Zþ(c):
ÃK}~×mmöÿïö1/2 ¯Zï÷Ûí†¡%ßÞÒßKz^×ZWl*1/2¯ï×~Ú¶"M1/2(r)÷1/2þ¶Úâ×ûKm´¯"á"(r)·ô"ûÅÞ I
´š{ÿ8·a,ð¯-¶ ¡ÿœ oí }ß¯_mò tÙ%oz[1¿ß›þ)%VÕôO¯S 6ŸaNv)?-7¯P·tÅ7IªÝ}"×V*D‹Úæ+ÓMö+
b,"YÐ"Ö ¹1/2‡]i&Ý"¯ ;
  ÿ°bç¶ ñ-¥¯RíX[‡ÚTÿœì!ÙÅ¹3/4
$ ¯-5†1/40(r)Åv(r) K[µøfA ø-ø³Ø"¯\&$| Ž+ "¿m[A±Wé¤Õ Ø¤ ZÚwÚm![

   [†"TTZ         cXi
  ;  @Ø...´ ˆMC
ƒ C‚q@^\l"q  a¦µM¤Óí6,ml‰           dH
˜î¨D= %,
DŠa (r)
6š Aü ´   :  a Â
Ž  TØ0M
Tâ-B:"ÈW "ÕÃ -ñXam
˜LB  ?¬u&ù1È@Aªh : CŽ
"    8a
0¶  @›TÓ hª
Bqj  aV 0†  éI"É: ZŽáÁ † "pÙP " Ò
&¯*aA4Ââ"2á á"ÉÀB!"'3XB^Ý ›ì! Õ(c)"Ó9iEEÛ
"åhQp ¦F]KÂ...A#Õ -à !        aÊ
ŸD ¡a rá pa03/4) ˆâ"'''''# ë^^Šâ4á"'''''''''''Uÿ´éuº]&-ÿ}kÖRë¦"Z¥Ü-   Ú ¬ ¶
      zâ qA*kmVÂ... Cª" ....6  "...J 5
   RlP#J1  ÿÿÿÿÿÿÿÿÿ-uœ‰"n.GdÑÚ¬I 0Œ"Ždg Çf3³((r)ñ Â,• \a (
gh-¡   1B... Ú°P¡tÎõg$|(tm) ƒ(tm)q
H<  À3/4
J Ê fq, "Ý ƒ,AAA#$3l ¥PJ"M_ XCÂf°ÌÒä+^hZ ×j TÛKe ïÿr@l›9 ³µgê ` >&ß
´ŽÉ·u%"@äj
   ú
Ë
ÒA×-2é
"-NÃMA0•¢MÚÎô¯Hßï3/4;~öÕn;z¿Btþ¯oþû^*1/2?Öÿ ØJ×~ô¿}/Nªš}uOí}_Zûõ×ÿÿ×ê××~·þµ"ÿ }µ
   ù‡ ŠÓí?JÿôÝúÿWÓn¯ÿíVvœÍÁ¯]¿"QÂÞÑÙ v ',ï´ûr    ¦^öÅ\‰ô3(r)qšß'ø) :›z_1/4 2€'
   Ž
ÌO$âX‹œe:& %Ñ¨Z:  ^B* tH      ç      žd8 Bäè;05:
kÌ 80@ÉólŒÍ2 m"By
äw'
fÎ"  e ë*ÂDyGÝa "" !xT< zO 6H Â!rl¨œ  Ô

Â  R
8(D  á  H  2^"4
,   "Ô  á  ƒ_I*°  ...
       éá  <  :°šaPaB"ê,¨P  ...Ò1/2  -í-¢nÂ"ü  \7ï$Âéè2@L
óf  a   /žé6RÂa  pÑx  *£fæÆ·²  Ë†ô‹1/2l Â
-0¨‚È(r)  ¢ï  Ú/~a   \Ò7  G  B"  *h¿`Â
‚Ù
·¶           ¢òÖ‹æP×à÷@›B[°´î  ÑÚA"_Dœ9  bÕ   þœ4  ëü1/2¤  -q4a  Òp...íé6"H Ø86,  ´
  cX@¢áá7"Žúoi¤ž0†...U°SŽ'uH6  œ8OŠ  *mpÚ^ì  jŸe?ÒÞ3/4  6Q'tM
  nº"'}Sw-ÿ  6"oË\ké6"   nŸÇú'é›Z\$Ü  mRÃ¶ƒ#...!Ýž#rAî...1/2ÏÚM(tm)›î*ê...pö×
+I§  ~¡ßé7  ,zo3/4Ý:"ÿÿZN¶fÞŸIÿ·¯  ÛéÝÛÿ§uoºÝ¡5  w  7Õo(r)µ  û
:ýû¿KH;(r)ézµ¤ÝÿnéW÷Ûz  ¦'ïû]'ïo(r)1/2wÒnƒ(r)ïé  uM˜̂îõ-¿é^ÛA‡¶ÿu¯~·Z"{ÓkÅoþ-ÿ°ýA7þ1/2z
û(r)ô§ïû.  ß_iFõ¤-évþëß3/4‰Ò¿°úKý  _ÿ_,-‹~´â  ÇÕŒN  q
"Ý-ü1m  W  XÿK¿×  1/2ßXÒoÄvŸ  ,...ßß~B     :ú}_Ž  ‡¦"0>
Áì̂@A|  _ë3/4ûîàÿäX)"  ˜G]vëƒ×ö  ZþÚ  /üë¢Ë  ¯°è  "îÃÿð"z¬Â¥Ûð‹  Wöõ†  hîÒ÷aüÂ/ïï¥"¿O
K°  û
_ü6¯EÇUßÝÝ  ·ßfÙJ
`ÛG  ú.ð{3/4,ß  /¿Kþ  ÿ3/4õ¯  üïuÚîÒÝ¿ý‡þ9PžÒýô÷°ëöµõ"¶°ü
°oïJ-(r)öž¿Ãz¿U†õ¯¶-(r)ÿ^ÚT  ÷ö  î3/4óéA  }k"~ú{ßÒÛ}Öý  ¿úWéuÛu÷†Ûí+ðßk  ïÚWÿïö     û§¤
îS-¿KÝ'  ï]wÒžþu=/È  Ö  þÿ×ú
0Kêƒõí{}9ÒS3/4·"ä=  ºn¬?þ
µÞ"t•¨¨ü  ×[Úþ¯K<ŸÛ"ýpÿNtÍn¯þ±Wö-÷¤ü>(c)(r)'"ZJ¶¯^þ´û  †íŸÿÞ1/2í_ûV?é_òîÛmP6Òõ³Ûþšõúï
£^Õç"l   ùž-Ûo÷3/467(r)ëÖ<Î  üò{UMÿKý}  úÒÿ^×k1/4  V1/2þÿo÷zÞÝZý1/2iw1/2v·W¤ÓPÕi_¦¯
  ¯·zÝR×¿ÞÿûÎ--ÿûé  §õÃ
ïÿõ
%Z~*¥º×§jî3/4ö  ZU  PÕïVé-þÒ¿ïûXu¶ža{ÿœ[
/¯Z3/4Ã[
   ;§íŠé0(tm)µÎ(r)Û  mKëØ&_ÛI6û_ªèïüzï¥[  1/2;  þß_OZZV  -°šªÃ'Uû  ‚-{KlÚ^ÒÇkNÕÚ0  ß  ¬
TAé±
ÝH1F"HGk3/4šõ-Õ¤¯Nív"a'[I7I;3/4  Wvf8",ƒ,v     ZÅ+M{
(r);Øò  ÔŠ:úL Ø¨¬(  ÚdGÝÈAÖÃ           Cm&B  ƒIøpa  °
+   :ƒ  +´ÁiÚAÃI
U  ¦ï5  8i       I†
f
  ‡  9Ç  Ì@@ä#  @Á  Ä$  !9mƒº(c)¶¡:    §PÂaE4¡"  a9  é  A  ‡            A       £aÃ  ±
  ...X Á
  T¡"   @Ø"é   @â  6
Ð"˜b-bƒ  ¨&t
ª   5jªI  W  "
  p@Úy
9

O@Á  j"Qí
!"Ñ;
)'  A `...v  \0Mƒ  Â‚gp"V^  XM  0Db"
   ÉŽR²à  ‰›   È  \FG...lL  ^°BÉ   dŠ  0ÂD€¨
""""""""((úÄDDDDDDDDEÄDDDDDDD3HÓu  [Õ%ûÕ/ds       q]"^  # Ð'  7)¦8  ÿÿÿÿÿÿÿÿ(tm)
çchÉ·Ë^£  "#èÍ'6  ¬0M  v)  ¬ÖŠã¦î  '<"E$    ì‚:øRœ  °Hî¤  %Ñ  2L•N¦Ab>_*Ìò"dT(tm)  2`‰ox-

"0ÊÀ¤C" -dÊ" tc*A ; ˆÀD" - zad6UUFÆ  Á  U  È0xŒ-
 ˆ$  X  x#[    Â
 Ð0  `  ...:    i0ÐE  °Ñ¸:%?FŒ0é"îü*/  @3/4    jq,k    °l*.  Fê.
  Ú79-...äó...H$  H  ÃkÐAÚw
  "
jë¶  I*
"0è¹Ñ:  KK'  4  l%h Ú"iXH6
H rK´  I´•°j"^"•  d²HB ž  z.úI4  ?!°Fg.¶-Í6"jôÛ<Q  zN  ¬Á  ~Þ:
ýÿO;ÕµÖ  n  &ÂZÝii]ZZOM¤ÚãHÁ÷ÍÊ*]$nm¥K]Ý.Ô¸ÒG  N=_WznžÚ"Wú°u  ¯ª-t(c)¨vî-þ  WV
  [
u{úOcCO³N¿uu}ßßúMé?T°ýU}^¨ëIôWIÒujƒk{×û¤  Çõét‡¿ÿüÎ×ûëK¯  öÐcz  Ø°ÚP°[(r)ƒiÛþk  xSé|ê
³ðR    þ,K\_]R{kþéÉ  Óý"
÷
 Ô0^u  ¶Ÿ"Õ:  Ztê²Íh+ø)ÐK    !x‡0² ,!A" †  }}/Ý·}Ø:WêÔ    ú¸AêÃ  A"-y,
' ¸è Û³Ra  Ã   ƒ
  ¯-,£Y
p˜M  z¶    ,!çi£é&"KXb¢Ã3/4ž--    JúßEà}CDÜ4la'x*60PŸz/  Öœ
OPé  wIR
F    ¨AªÖG      '@3/4"  {1/2}è4ÓÓßµ  ¥ö·A¯a ƒi6    H6  ûTŸûEÛ'$)Î÷¯TŽ²èKàÐÓí£{=
M"¸Ú]  °i&D:K¸xVÖÿé]mÂm-onBãÉq?1/2t  d‹  y›ð¸ux^-°¸Mûò\  a.1/2·G¹Òaï÷êë³ë¥v¬  ßàéYöø7iª
ÚMÿÕö!tžý·M¯¤Í¯    Óý|0j"
›Iïëý/Ú
tý    j  ÿü63/4ù¬&¯  nµJ•ûïK§û]3/4›(r)°w
7 ÚMÓoß¡  °iè^¬5.
  "×íWöößýUää  KmŽØê÷Ø[ÒT¿ÛÔÖÔÖI5¯Ð¸ëÖPxµßnü6¢  1/47¯ßjŸÃ  ïPû(r)¿
J›J,ZK·áö×ÿæ
ÿ¸_³·4  å  ×Þ÷ÁVŠ,ûëÃÿoo°á¡¯ÿ  ÖŸ¥¯m{Ã×OþS‡A?íTF  ^
â>õ-nà‰ß°ÿöß¸ÿûÃ
?÷Ã#¤·Ú  !  "†Ŷ  ß{Ò  õÛ_1/2¥úWýWýU  ¯ß¿û¯véÐ]pûÕ×  ÿI\;ÞÓu~¯N¨+ý>ûÊž  ÿïêûA}?íÓn1/2
+"êðÜú:í?[õô
íµ
  °Û](r)-oïõ-þ¿Ý>-ÿël^é¯Ûm Ã
_"æ-í×Öó¹c•    'VmUä  ¶í~û"g)þë  1n  üé"¿Þ-3/4Ûÿë"_Vø...û}¶tý}|D\Fé-|"ZÃÐN"¯Ù#  2´¯3/4éuì
‡é:õ×õÿÿa"P}ús^ù¢}ÓKÿA=t•ÿk
[I  §-Eûvë¸~Ö  ïïwZÚK[×t*ê²t3/4íÒïÿÒ°ô›Iª m&Òa¤'
7M¯*EB:¯t1/2¿JÒn›JûTúß÷]?°ÒZ÷a¤-þ¶Ú÷OÒ1/2¤Cë$  j  §  $-ö÷¦  B-Ö•¤ùÕß
.-1/2~•°¸(r)3/4Á-û3/4Óÿ§n  JÛÒÁ·äïU´  ~fÃi  ¶
†§ [JÒmc!"sé1/2éŠ]
h&6<Æ°ëì†a&"      -öê›(r)Ä+¤õ
>A‰û/CÒØó  iz    ÒÓ¤ÿ¸0•°ÒM"    § ÞšT†ØI´  'ÒÑ  5Qá×Ö  Ib=RiXa ÞÁ  œ"ppa    8"  ,
ê>¯    ZZÚ²<K  l0A;
µm+
 Ò·V"4¡'Û  Âj(r)  A&ƒ¸¹Û  ê>'5ÛJá"  Á  L
 ¶ÐmE  B 0Áa0ÂF€€ "  ŠM1/2&)¯ªb'
‡    1L  8a Á$Ã    1LP0    Ý- a  š
1A
  6  Â"´...l0,  A$  2bA3"&å    r  Wi"å-²ì ÓLVš    "8È`1  £à&^Á  MÃš
& 4  1

îQ1A,    E_  `"h0IIᵒ'u  †Pá
;
˜¤D|DDhë^^^‰V"DIV"""'.â"""'"Kâ"""#ᵒèÊÂA˜pB4+r¸3/4Ù"é´œZ  (r)(c)êë}(r)µÝ·Þ *-   Ø9
FÅ!H•  Ìdx)p...>GFc#" AI<Ø.A†Q  ŒÑ  0SÅÂÁ
   Ë  ƒðIᵒ-øi$j
€0  €"tÚY  ,             H  9VA·Ä  àaÈ29
qÈkáÜ,³  Õ  Ž  5qT Đž  M¤ÚV4"D...2[  Q'Ä5Œ3Žg;"PT¬
R  æÒm,ƒ²•"""""ØA6  PhC¤ J""?&è<  ÿÿÿå³1Gò˜#  ü·  ¬  òÜÆv-  'Üv  ¡H  "y2È:;  D&D£±(ì<
   ìì,ìŽ    è  M ...,  Ó2  !îdwH¨Ä"˜TÂ...L(A...¡›
   ,›J(c)ÏpHi"5Œ"
N  -  Þ  tE†  â0:WE  Ã  ì  ôaØ,-B"  ú1/4Ä´  l  Aá  a´[´
   Tƒa ƒl%ZçeÚ  7Á˜‰(tm)"QÎÊÝ´-XEã I§';        Aµ
¤ÃH&ÜJ'iphìlëW*ê¶Ò
 ¸Đè"tÛÒ      ôss  ±ô"um‹‹,'?  µiᵒÙ,ÐAÒvž    ú ƒp¨MÊN-$o*ÛúCûÒ{]-&ûMUöïñà...
ê"¿é  zéµj"ZÒë¦Òö(c)·ÖÒ-¿Ķp£ý¦µ[{ÿ"ãúIZC*öµ_úF};(r)×{ý^˜ûï˜ûi÷û";  wj£þ3/4µcëþ¿...*hô˜ò˜¡ᵒä
   S(c)  2¦Ì  "3PÛ!
1/2ⁿⁿÞ...ë'×:          kNF"0  Ø¶q  ãSÎ  'œ#æk-|!¥  H9  á'p‹6  y@"<Û.Î
O2>{.ÿÝ  XD-  ¨U7
!"
   "         .(c)C  ‡è:DÜ  zV(c)BÂ
(" á  &  `ƒà,h˜ðUÜ  <Î  .
âÿð÷-Fú/  /¬      Ñv  /  /  iü>×A¬ÿ"  ÌÃZaQvâÍb¦š/  ᵒH1/4
    ÂSŽXH:7a    0'  Þh}}†"ï¡¤êCƒÂtƒÖÎ⁹bj  Ýµ
×z¿Cƒõ      M  È-B{  ã§Ò...i4¢ïl‰ÍVÃ§£Fõì¸›
SIwIÁ×VéµpiS]_F€ÕÈÀ  v¤  {ð@Ù£",za>î˜Èƒ÷      ýn¯÷cÃ{i8IᵒÝ¢†-‑KÓ˜ì"&(c)¿  ß,
¸ZÒ
õdC-oA%{  Õ:ûw^õöëö"^¯  Vþ̀ÞÒõPÃ´¬÷éð·Û}wôûý*UÞÒ3/4›Õÿÿ˜ü0    uÚù´  j3/4-'m¿m+n"ë̀þ·è;¯
¿}!v>û̀ᵒ  }  ×pÚ¶"¬Óñ-Ø-m¯A¿˜Ÿ    åA6ëêê+þ*éS˜ᵒùÕWµÿ"j  S  Z¸ÓùgÕU¤Ã
.  oᵒ[(c)  'oÚi?M;ú̀.ë0€õÕYuþÿ[qß¯_B´  1ö"    {
]µPÂ'oý{_ü  8Ç̀ᵒ}3/4þ  p¯(r)"ãƒv¿÷ûÚ̀    ᵒV  õon,1/2¤  ô-(r)w¥¿êôè  ž  }víh+yÝ¯}ý¤}/3/4ïõz
(r)...§Â    Z
(c)SíûÝ{õ1/4$²ÝƒÿVž  O¨ï  ỀÛ·,)ëzýú^"̀Ô-ÂÝÿi[ô"¤úý+þ-m¨7Vᵒ]õ×èUÜ§^¯(r)Ò̈öHô3/4'WÿÈ4Þ
UÿõüÚéoÙ  ÿëíÜ:  ý>ýRmö-ÝíWôï[õÿÙJí*ü;"Ò
ÛJè̀ᵒþ"î¿¥íÞc  ^ëWÒ  ᵒûë¤öᵒ"nûß  ZI5ëíCU$/ÿ]XÐ̀?¤ûÿl7]îÛµnÕXàí¿ê(r)ûm¥÷úÚÞ¿GD"5~Ò
¨¯]Õ̲Óÿ̀KékÕÃ]þ--úÿõÔ4"3  ÅÝ:ki4ᵒÛõ
-Dîó=µ3Ð"Ba-  6"ì,ã-þ×û]w†•õÚ*ö¦  Õ&  nÂÞ  ̂âƒuh  §±ƒÐMa2=(c)€µii¤
0'a"‡  RN˜&µd4´›´¿!
^Þí(c)}[cÕ;1Ä  ëa5kÛ  #÷\ðK  Zi†-Æ¿  Š̂ì1/4  Â¸^  \"Ä  -ÐVÄ"  ]Óö¬waU4#¸mZNÅj  ¡Á"
‰ᵒÇ  {^5  œ  !¡@¨nÓiHG    0^\nÈW
B
   ¡  Á"  ØK  !aÕ8¨Ä'ÚÛN-ßL  Â  Ò
ø0@Ù  èh  E
(tm)    ...  FÓMk!!    ,MC¥a1U  0¯l'@¨MR,
^TÎ8§dMSr  8:3/4  I  B€¿@  ¡†  A"Á    ×  ÁBAµH$†  .    OPW  ÆÊàB'ñ
   Œœ)È#-  !  Á
B  Đ¤  B#bÎ  ¨ï  ,!â2+(c)ÆÂ  -  <D  |qpB"""4(Œr‡Á"nR"."""""""eàØ  ¥  b"""""""#[~Ýýn"
$(c)^þ1/2Jä'    "F¹Q›Èá,
E  ›¨Î  r  'Ã4Ô

@ƒ#ƒY˜Ž
Ò¤W
  @V      B
Al5‡
§d    @Àé  ¢Ý  1/4"d  9  Dx•ŠD'-%˜ÜkÉ&@±  ^^^³l)•{|DD  ÿÿÿÿÿ-Ô"  ÿÿüµÈü  ÿÿÿå ª£ÿÿÉq<Ÿ
*±6Q•ÉY£;äUs ·  L  È¬Âª Đ|*apP]  ÖëÿÊâŠSÜ  # $
   †  TeZ¨¸‚i[ÄD–âIvQ±WãÓZCúVïéw¥Kí  1/2júO¥Âùn((r)èÈj   ˜D°Rž#  ˜KD  å•I   )
ç  ê  y¸Š  0G\Û#yÃ$Å:"Ÿ0¢†Ê˜š  |œƒ¡     ¢£3:ŠQ-d†`gR$3
ƒ+'‰  a    43¤O  #Ù5FŒ  d1  ³A  Â"
¢
pe    !Ä
ÒF '±m    L        ‚...        ,!)AŸ   a           |SÁ0ƒ@ÁM    ÜB
¸A"  LÃ)Ù ¡  `˜A""
*a
(C  0',P¡0"  H-˜Õ  Eã  œ  ˜laABª,    3  V^(r)'pÑ7  */'.  Ó  T]  œ]´1
   Nƒ     *.áS˜ƒ  "ì9  )Í  ‚¦'a4^i0".ØCEÜ    ohF
   ž   ÑxÙNZ
çM   \*i"\d`ÉÛ
Á
W  cAĐN´Ú    àÍš/š    ĐN"¡¨Bxi6š‡Tƒƒ
Ò
   Á4ÓI´Ö¶‚mPÁôƒ¥z  Ø  Ý2  -àÕZêÈ  µ†yĐ9ú›‰¿‡^"
'  éÒv  uŸ3šË:m  Ùò7Î<  A÷@Í*ªø@þÈGH  ±O?3#Ì  N•œ-Í  :àÉŽF9Ç(tm)"  hÍ
ĐP"§üë3`Â1/2ú£3
õÕn  "ûI÷ÇmoÚ  pÖ¹óné'ØN"ƒ  MfÂoê¶  ïI  Öâ.×Õk°ßíþÓþ-´÷ÿK  IëúK§I°éÚëuVÕ¯*wþ1/2Òv¿ý
ëÝþŸ}¯ýÿÿÕê¥{ßí  µ°fÂ}5ÿ¿1/21/2,]UuÿæÃëû¤²ÿ{üX˜¯Úý÷÷µûûPÇ  é   m4üWMºWÓtµñZþ>3/
4  þÿß^*Đ/,ÿ
qUÿúû -  ¸Þ²f  "ø+µ-  S  1/2ÑĐKý   ›œÿöÿ×...Ñ1Rcú  ¸þÞL  î-úÝƒÞÂÿ
ÿ\"Þ"t¿ßý¢âÿ´#ºðþ-¨Á  ŽĐA?¥ÿ
"MþßÕïáêá  o1/2  WÂ
   ÷ßÿÂ   Wÿÿ‡öÿß
·Đ-°  -ü0ð,õoÿ^  õAU7]  è/V×O_ýĐOÿÿ†ëÿh/Òík_að[3/4¿Nõ  ÿK-_ÿÒ÷ë}ûúT-¿ÿvÿúý/ü6  K~ƒzÿuí
¯põtO¥Öi=ýz_ºº_ä?_Kÿ3/4õ
ÙÑ{÷é    R\A  vúO¡1/2ÿÌÔê°]±  d?öý.""õïÞõÛ¥$]xz_ÿÝ/†¿:  ÖUþ¿úÛ·ÿÒ8Æ"¥ÿ÷°  ¿kôþ¿ÿo(tm)§
†¿ÿßúÍ(c)  ç  o§ö?¤ßïi  v•-3/4¿uÿKï_kÿ÷VÚöí×¯úÚí(r)ÿ÷±ßÚýpECÓ*ûWôê  Z[÷§í]?Ã
}  þÃZÿá...÷úß³
‡V  /§aL]?V¿3/4ÂÝ7ß²  én×Aºaø×ôÈúïëf?cûì&Gÿâ¶ºö¢¯_1/2p"eÜS
   4A    Kkù1/2°(tm)-ú±M¥"B^  LwÃ  !ƒŠm$ûâ  é†'  ïwìA(r)  éÃ
í&-¯õ'"â  Ä±Ó  ^Qö·|S  iÛé†  b  @âšD$  Œ ä3øM",
0˜  Ù  : öÒjÓ'º§!
APdt˜ØIÂ    5pN  L i a
'  l&  Xa0,
   `  ÃJ¤  é    º˜(c)  á'
   UdG  ö˜¤  @Â
8T  0@ö!0
   A      @Á  ¦  0"CPĐ@Ã"8$â˜PÁ  j   L‚ž(P˜M0˜[  SMb  jš
   ¢  MP˜0"C  3¨  ˜...  e , -";8Õ  œŒç/"rc`¥ ... a  âžD<  .L{9XB'XF}""  Â
      GÕ^^^Ž""""""""""""""")8^(r)  /ªú_T(c)kúÚ¥M#$±!š  'C\0J¢  UŠÚ-B    C  Â  Q  ÿä¨²‹r9nJÎ

2¹Nv²ÎÕcºÄ/  Ék
FèP¡B,¡g†

° ¥q1...
#^Â¨u*Zzwå°ÄÊy\]ƒ (c)µÉÙ¨`ÿ öÕ V"ÄŠªûÑšÇõ3/4þ?×õÿí _ûÿ3/4ÿT¥qQù ÉJ%¹R tEÏ;   Þ
TŒ   y(² œ2'  ±•  ;É#L¤8Lž8GÈ‡><èe   ŠPÎ¥œ3¨‡Q,"q‡7Ð" Œ 3  <( ÜØÊA"4G  "³g  Å4
(tm)ñ
fÈè)@sX`âÎ, Ä¢¬@¡ x(DeÈD (0 " Dl²   3F  h...
é›tN
     0¨<   á   Â  4HpÂ
"n   ¡   "  ×µEØza
šaB
1 ÂA"NÞƒ(r)  Âh  ã  0Tá  '1ÃEã          ÂaPx ÁB¨T\
    1  4ÁST]°Õ  \    |§74l
   (tm)³G       àÑ;A:ª.Ã      ªaoFæ  ç÷ 1/4*.ÜÝ'   Ñx      Eõ        ¢  ¤  -›
¸*z/  (TÙ " 6
    "q=‰ô...é
~ m'bè6"" §"§}m‰î  v  ÁO  L;Õ*¥´(r)
á¤ § á(r)›§JÙN  oIZMÁœ  ÷  ÇÛxg(tm)|)\zÎ    æc67ïVöä±(r)-Þþ"¯õ
›¦Á"Âp¯ƒôö(c)6"Â  WÉ  I¨ŸÁ..ÿ¤àÂBÌÉ¬  Ñ·Ó`ÈáUºøO¤ÛUZ\"'Jê"]&÷ô¶  ¬ªÚ}-ê¿¯ÿô  /zw¤3/4
Ýú}wé5m¡'GÈái§|õ"U~éÕ  ~î÷öÿÃU×ý7jÝëi˜
1/2=ÿéÿ3/4Úî¯"Ó{3/4ÕõÕ#ô~-Û¬¸${hx  Ô1³  lmè{C]ê"Ýb£ýqý  Å~õi  ëÕÿ|3/4(7¿~ö¨h,Bù    (c)
J"CAÒ(r)Ö×÷uwK&9%  UƒÿðÑÕ"ÓÿÃ/3/4ºñïÝëz"¨Ã~a  [Ørc@ÿÝU-!ëõí¬´á    ÄoùiøMvÿÿß  ÛÎ}ÿ
ZK(r)ÚÂÿt\?d"¯Ãÿ̂ỖŸ̈öí̂_¯"oƒÿ|"ï̈_þþ  qêß  Õ"öÿ_1/2¨@¿o
?Øß  ª÷êÿ  †úá  Nö¿ï(r)¡  öëßïzûßî̂N-øo}íÚÕ  *íõ1/2-¿ÿ...~ýÿï°
ÿô-  UV¿ö-éÃ!é-t-ÀwçD"öÿ§1/2   ºÿû¨-Õ  §3/4¿Õ¶[Ýµ3/4ïŸí²  ×ß  :û
ä<7(r)¯y  WkTž(r)¬'Y#ô°öë:z¥þ°¨ú...ô-ÿ  Ó¥j(r)-¯Oºú(c)äþuß{×1/2Õ>›Õƒ  ¨Üò  "î1/2]  µOýiéí×§
á/Õè=A*I(r)ö*K{ïk1/2-"×"ÿî÷M¯ªßûi7~êÕ¤õþ¿î(r)ßà×ÕÕÔÜµm-(iZÕ?nÚ]^ÚK¶-1/2þ•XXkÿ1/2ý(r)ë
ûýÕû×}î̂ª1/2ŠÕÿm*a¬0•"
m2þ  Ú  Wë
%õÂÿÒ·"  "  ¯,)ÿðÕÓ°¦  Ó   6""¨(r)|:=UºÚÚKk´ímé¸|>šb¡,  0@î̂î(tm)  ä=Š}Š3/4ôš°¬ªû
-×ìSa  †‡wLSikwÝ"ÿ1/4ÇtÝ""¯-  µL+IÚb  ¨iT0I     ‡N  Öƒ  Ú  Û       m5ÜAÃ
(c)|Ó  ˜ ¯úŠ´

$œAªi¡¶  [    0@áÁ
    @  †  %A¦¡,    "Â´ 2   Š
(¦¨&"
 @Á   8"  6  I  Ðh
àÙ  ê(    p`  °(tm)  ÁHGA  (r)Â
      0¨PAÈGA       Ú
PAÊâë"  §Š&8(c)c"@...l  Âb  "
  †  ( Ñ'0¡  °@Õ0•"á  (₵(tm)ª  •"Ë
'ú...  "-Ê  &š
Ë¨!    @ÌBgHg  8å  (c)f&  &C^^‹B"jI  ^^†  D2¥@B"3nâ""""""D""   ˜Ž"!"È7Ž"/CãéU/¯ ÿ]%êR´›+B
áR]Â  -...-jáWN"è'
"   ˜¯Â  FQà‡M  ¸ì´  üµÿ2  ¥q(È"+äw4R"n  &d-S;¶    &  gw  ¸š0H&vŸê
        ì  tÁ#1/2Kê¿uý  t¡m9Ø  +ÁÏö1/4(r)"ñpë  ²"    tí  ^\JÎÑ#"Ù-xáÎê>šöµ  ÿ'=ëÿÞ"¿ÿ¯¥(r)ª-Òþ¿Ú¯o
ÿUÞ"×÷XDu]s±eal*ôW$³°<,Y  ÕaÊãl¡-Ž¡r-

    DæG    :žRe>m  dH  EB  sXé2  (tm)Ã5Å$D#¯P^  ?  Ù"^!(DÐœ2-  s†T#hŒŒ  ×7    S'ÐCS
    '  DlŽ£%Ä'h|/Q  Æ  Á'    r"9ä1Bš‰à(c)"
("!  G†Â  ˜!,!  L Ó8)ÁB""CD?1/4#H    ž
-,""Ó  `¯ZBg,  ,    M   4  h¯ã30P¯D  Õ
            ¢o  0ªƒ
`ÁA3A0ƒ  ó
†>  ðÓ‚ª  E¤  '
H3/4
    z`ª‹°Ñx÷›(¸h1/4ª7‡¦‰"    M  "9dW? y  ÂFàÑwE"  N  D  ÁBa  í    Ü  .Á ƒ...
œ1/4¸p¡
EÐa
  l  0¶  t^:  "a
ñ¤çššO(tm)Ã
"
    Í
  Þæp:OA†,lŒ{q
    xBè>    æp¤Ú@Ò@ÜM
5HNøêÔm-  è ê  œi2Èø3f°    Ù  è ÃB,  /  ZyC-"ÃDíAäNÿ8þ1/2[K
    Á'À'ë3/4›I µiÒy.Ðr!²  ´ø?ö-'~
    ¶'  0nqÈáSii7M(r)hÍ  Kða
¦öÁ¡I"g    Õ>ž  O  7pa7"÷éZOÛ  ^ÿõÕ-[N•àÂïßßÛ§§...3/4ÂÁ"*Ýi:ôîßýZZO^|Å"(
ßZí¥ÿ_~¿þ°ZïíÒ×ut›KÚu÷¯×é  Ö-×_]Õÿßÿþ-wÝÒÕûì?^ÝP×Vú
uOziÕ"{Úo¦ß-ëÆ•3/4îooU¯5  ...ûÿ  ë¡}³ö µêl-}|  Õÿ ýDBßcõ¿ðÇ ýø/  {ëûÆA
    ×ÿÿ×^ý!â1/4kÿaÿü´ëö°ZØr    úè†  %vÿS'å¯·_jô‹NXÏÿÿü±  7°ÍB¬Œrt_~
        ô²ô‹  L‰o3
×þÌ&ß‡¿¯øDÇ¯¯×õ¯ÿ_ÿ_ÕL    -ó
    \ßßÿ¥÷ð,1/26ú¿öÿh0Õ}ïð,ßoßû*ÿÛÿÿuu1/2BTÿ}ö÷Úûû ÚÐUí÷÷é{í¿ÿ(r),u1/2o¿ïÿ Ý+ßW µ÷ïA}ÿÜê
Zé÷ÿß÷†×(r)*tÚ\7ÿÕ3/4,_n3/4÷!öߊÚU(r)Úí¿  ¥õ  Uo÷è  S1/2úÍ°]4ÚgEßz(r)¯‡ÿï!þ-ÿ×kÝÓú‡¯ë  ¿
÷È  zþ"Úÿ ßõö×þï(r)ð}n3/4¿!iá¿ÿ1/21/2~°ë}¿ÿîôa3/4i"zé=gNéú‡?B>Ÿ  ïWúVÒ_³Éô1/2ßè7§çÓ'ëëµë±
ëþ°Ò µ¿ú¿[}ZÞžÿöëÿïþ µ
_í_úû  kúÚ_ïûÞ ÃJÕ÷¶¯î¯-'[Jÿÿw µ†-Ý]¶-ü5¿ï~"a;momn ÿÛÃ
ßÚ]&¯Ýê°a{__û÷I†""t Á_ý+    "Ù
$ðÖ×µ6"Jþ(c)ðf×føƒfñMÝ×
C  Ëô  êÒ‚<æÝi0ÕUúlÅæøƒfíSvêa}Z[u    Sa  ˜ý  Žu  Û‚a    n•Ø0-¯CÏ&  +}?†°ñÈWQ µ
  m¤›    q
jÆÁ'Â¶  ma"  ¯ÚÄ.6BºŽ¡"
Á
=íxiU4Ä%NâHA  á.Ä  Wii±ìv
  ¢"âa  ð  AÅFƒ"Õ  &˜"ÚH6(tm)  Ó!]A"        ^$*  %i4  ¦œ  %VÂi  Â
D(Ô  >!  Ã
&(tm)  8$
    6Ú,  0@Ã"
    @  ±ØN  6Dp¢ƒ  ƒ
H Ðp¯A  Ðfðš
&Dp¢,m4ÂaA!M  Epš
B
A4
    4) @é,,  Á  Dp(tm)    @Ö¥Ž  ØL&  4  M  .MÁ[7"š°šaHÌ      @Ú    Õ0šb

22Ä""""Â"
Ê ,X$ Ñ Ca a3
<›£æ2=¨ aAIÐ¡ ...˜, ˆˆˆÏ¤DDDD3 ºd"
›PBÂ 2+... DRq W¯(r)#IëëôµJZ‡kÃ b¹ :Ò Ä-
"S.A6U1 ÿå(r)Z2UËq4A³±ò3/4fIóXÍ¢ ÎÃGf±\
i•ï...Â,"Ð†¨2¶V , th,¨OIì º(r)"ûT"´²¸-T1/2É£+ÃiZ%-É"v.Š¦IUm
ãþO
wžvFI1¦
;:T"q ¯õþ=/ôÿÝ7ô¿ÿ^¶•ußëªµ^-tÒ¯]}8U¿ÒOýT/ôóº-TA3±Doí_ÒTÈ£6"#Å?dp\ðÎøR-š
ˆ3 á J ¨!îl‰
eÐAç
" ƒÙ: ô$A ±"(tóc!ŠH
è) ‹á þi˜v^? :
É2:3
ˆÉÃ c³dj ‡ ...Ð, š, B* ¡Ÿ Š
;6a2xÀ§,PC0)á' SÏ" Z
h· "IØ* ¡
š
5L Ò ,xhi,¡ '
!"
$˜T, " ºv ¦"... Ã"ÐP¡ ‹¶
l ÂF1/2è< r¸ÓšÙQj³d ƒéÁ6 M$N 4^0ªÚh æÆÈ(r)'xÂ/,Ž|Ž9±¢wF¶
¨,ÝDì= <`àôÊrÈ' EØhß3 YPYê
Z
ª‡Tœû
Fç(r)'
ñ<:H:W º§ O (r)
Žáœ:m&‰|iºs;!Ö M Üj"Âxºoà- , Ðz éPžë g ðû¤ñ}&øAÍ ir_ùN
Ù{g
›31A
¯m4›§É PöéÒlù
y?p˜mSôÚ¥ ";ò!ƒ
3/4ŒÉÞ·õä ÿÂu^ººqa7¥Ò·O÷"Óÿ(r)"¥¤ð"¿§þý&Ý'Wü7á"ýÂïíî-¥ÚMú3/4ê køAúoÞ¿ U[õë
ý¿ÿº1/2×¯÷wúi:þû×¯´, *ïPü|:þ(tm)€ô¿Zö<^û1/2Çëü1¯m+"ÿÐØcûûâ }a ¤?×ßÛ Z O3/4)º¿ÅSt¡
"Á õéþÅ úô¯ïöÒü.ö"oýÿ×¸ká-ùpU_ü aìÃº¢ÓÞÿa,þýþß,`{¿þ oÕø?ö¿ÿA†îØDãý
ÿØ"o
5Ø?ö1/2_Ø`‰Çëÿzè0 ÿá û*ºÿÓÿ×Ý(r) +ÿukè
VÁº*ëõ1/2îÃAoßoº¿†"i~,ßÒoý¯_~ :} _ýßÜ*ov ÝïÕ-Ch-Z__µ" ï¿KUo
¯éûú÷µûÿÿð¸uÁý ÿvÒWMÿÖºÁ¿Ý*õÝë ßÝÿ÷¨7 ¥_Ù §ûë
µ öý×!Ö¯z‡WZý÷¿Î‰¿þþµØtÿd?_Öû‡µ þõ3/4(r)´°éÞ÷ºß¯
×ÿ(r)¯Þ¦0þì zú°eB
õû÷õìþö3/41/2ÖÝ/Õ×ŸOÞc
ÿß-þgºõÚÿû°÷ÿ Ý]êû"Ký÷ýí×ëKZ"iukû¶-ÿÃ
Û1/2~úÝu(r)÷Ki/ þža/í{
U.sn³ þÃ jé˜WVqCIJ ÿ¶ éC
ïê¬ I5µ*û²ëIººŸœÝ,ÞÃVüß-iöš3/4Öž °-Þ*Ö+×ã3/4 Cû

´¯ð¥ý+9Å&'fÕ¿ Ú"W-tµ"Véˆ;7ÆÝXXÓ¨¤÷3/4Øƒ"î¬&GãýZ]Ã"¦-â-(¦¯n"Nâ8|SV" §´Ã

0Ò[3/4 ì -)
:Š... ƒjÒ(r)ëÖ•^ Q0àÚ~Ðb˜A . 9 í Â È°¢šh ;c
eÃÈGHS 5
h ô
5 ¬$
(tm) éŠ†G6 S Ó Ð fÁ0ƒ ...pr$ ƒ Šj A 0L&-8"
MX&
¥Ã Sdc¦¡0šaD&¨Ø8& A'
ŠÂ¥
,
BaBi,hCL§ <°p‡†m "$§ & á" 4â#( Î b²"á›| ""3¸! "" ...
ž§0 ˆˆˆƒ4¨"DDq Y °Dlq èGUJ[ª-ªã|³-I-BHgibÜ%KXU\i(c)7
0¸Ç-'¢ òl¥BšpTê²l =jãë åq¸Ù'3%C"Å'(r) O 0 E Èb, <hÂ t
ƒ
˜EÛ 4N ¢Q
0‰¹
Ù4TÂ Ñ|á Ñx áB
ö& $õih"¦ÖBcX(0AÁ'!ZZOWThÁ"êÕ¦ÚXjß{kíuë¥z¥U÷ ÛÛõã †-¿ÿ÷åŽg)-ßÿÿÕ Ì3(r)ÿ¯] ¯]/ÿú
Ûï~ÿï¿_z×*öt_3/4¡´¿}9Ó×!ý.ñ^(c)m4¯}1/2þvÖ-á°oµ†*~(c)t3/4›I´›K××ý¬0±¦-ÛþK1/44¶ÒŠiŠ† Ý¢
r ð`'l0 i¦˜,µ¶$x²ÜP"
ƒ "ÈG@ƒ ... üdQÐ0A"!" CiK"ˆˆˆˆŒáÄµ
- ãÕú¯×ª^ KlT(r) <*ƒ
%sUÿÿÿÿÿÿÿò¸ ,"ˆ¯Ñ ‰'2-3%L(tm)˜L)¦k GaK!
"ÈDd%NÀãþw<¸¥âY'œ0 "#a°û ‰P!
‹, M
;¯;´{*"
"¢.ÊØÉtAŒ 0HL¹,ÎÉ‡ð"e U
Ìí U G +F°AHb àè`ˆX8 º" !jf¡ ";N Hð´7Âa ,a"ƒÈ0?°ÁHL#@G`N";8ü,
`' â Ñ¹¦ ÁÍa" 6(c)
O¢æŠÂ""Ø ÓuÍDiä$
SÁ÷za
¬ n
(tm)ô"é=6‹Æ"tA1/2
±ÒzIÔ=+‰B·÷ÅG š¢ïÔ'J'å"Iµa¥Ðt˜cÕºŸJM¦-ÐÓýu_ý ƒµáÂ >š ÐÕ´ n ¯ëU¯TŸT-w_ÿ
Ó~"¤ÞÕ7M×_ÕýúUnw÷íýÝ _;Ò}Þéñô-oqÕúê=ZT"î¢´ÿþªýê ¤ŸIý+_Ûï-zI÷ Ý¥ÿõÖ"ßÚ^Úûz_*:°(t
m)#"¨ý(r)(r)¯ë¿ä¦%‡Ù
sÊ²T±vûý±×î² ª)Ï)yÅ ]±
†9 '@ 0A(r)ô´u !F(tm)}ÈÈ"$1ßàˆB µŒž3
$ C
D)zëØ" êŸis@•`ƒl‰ÆÌ(Aš
Ð9á(tm)£ Ü e
¸Ö2=A£[ 5 A...O"WÓ¤LpÐˆx*XAºO£c@Â' IAPrâ miÒiáâ í7Ú´MÃ Eàx(A,¦ mP(C ¸
& ¶ m ƒ<ù±...T3/4-Eã´ 7!
XYÇ- ^
zéXEö 6 • õ Í ô-EQ¯ØiCéÖÓÐA²5RO`(c)¡ÍŒ0ƒ@¨1/4¤ÜÜ,
Ž V-R‡¤ †xÿIÖ›éÈxê/Ó1/2>"tÚZ ÕÓ(r)i%×Û-~°Âr ^3/4- ƒ ,mªZz
"h3/4p ì =x‡I³6ÿÿú¶¹-úMÚúé6"(tm)Û¤Ú^úWªl5 ö Úÿî [ò43"
!ÛmYO :WMm|6¶¿×éxK¯zýþ·þ´¯ûëIÖúéÚ

```
î  [¤í:Ûþðƒm% }
×]ÞÚO
<À}ýn¿ëÕí[¿õµ¯ V  ÿ{(r)ÿé*§†            Cé[Óë
cë¿UvõüðOIo°äH  þ~-Z_ë¿CÂkÐ-¨üZâ¿I5ß‡K  ô0ô>Óýõk¡W"¿
‹Oýý}|Býý["ëîÿOý,é6'j
°¶-^×!H(žÈ  ëzNÛµO-<iaŒ0ëô¯zô1/4  WõÕ  å
´Ÿ×ûUEŒÐD‡éœî  Ã
Zo"k^dä:w"[Ýúÿ^é'ñÕáÃ  ÷ê¯¡"Ä"qéo  ÇÿúÿÚð×Ï  "‡Ó
éá-+Vÿk  ']ÜöÒ}.  ,&=‡  ¥ôûî    ×þÿw÷_ß
1/2P[ƒíõ¶µýô,]Uoõßa"  ƒ  "NÛzß~Ÿé}1/2ý=Zÿý×ý"-ÕTƒW{I:OÚ\Š8]¥î×^"ý†Ð,7*Î‹:  õ×ú^ý~¶ô3/4
  §ÿoÿO†Q  Õ;X}1/2+ÝßÄ]  ÿo1/2h  Awõ_ß-wH§´1/2R¿ü‡¶-ú¿õÝ  þµÇ"ú'  Š  ¥Ò1/2C${ÿÿßÕ]
Ù  t°  °Öëõõÿÿúÿþ"oÿÕ1/2"IýŠ]ïmR~Òíê1/2ý~›þ- ßƒ}ý×Ûþ›¯ýÚ¿ø|  ö•Õ÷ö*V3/4'
>ûaaÒÐ>ÒöÕMuÖºwáÞí(c)´ég*Ú°Õµ×-×ûUJÖŸ1/2¯"Ú
"  ö- é.¤ÿæ  FiÂIS[i=6  VïÏÕë{í§  Ý5wõ  0•"~Ÿ¥ÿ*ÚßÚ¿š8¡êîŽ1/26  I¿S  ê¶'";I0Ú"á¤    ]]HHD
   A5"ËøAôí¥-ìU"Ýöé...  "fÒ°¡évÂd{´¿²öÄRÚui0Á
õ  0  Á,  ¯ôÈâ¤ÚWupÂ6  2á  I1/2´ƒ
-±  "ªoTö^KWù  è  $áªA¶'i"jï  uÒ  ÕŠ°j
Zn¢"L l&!1QÚ  †  ΓÁ%`ÌÚ†ÐÛI~0"LAr#...W
.  N¬SWPdpKAca>  6(`  ö'ò  ÖÅ Á  AÐ aïÖ
`  ¶   !G   0D  v  dG
D...ZÅ4...4  ...A~"Å0l*¶šøÎ


Vƒd#,aEDÎ  0¹Ü  0Pƒ  2""    L³  )íªPÂ
   6¶   U,80¯`‡æN  a
          "Â  ƒ  L"
ƒ  n    ˜!
ë  G‹‹(c)n  (  h ÃP  i  õ  ¹üDDDDA,  Fƒ  È°"DC  DJ|DDDDDD  â"$  â":  |D2‡*^
"Êµ   ñ   D...'mV"DDn-›1/2wº÷1/2.ê'nj  DÙ   c#(tm)       4GG  îÊ  ¹Ó<  GƒHŸ8
(ƒG³  ÖÒR‚(  ƒ     pÚA  !'
#•  y
±ÉAG ‚ç  ÎqÎr
nÏ  3G0æ   ð•ÛI"¹!  b  òc/'âëŠ">‚.Èù  ˆîÆE28,""""2·à"D  ÜÅ;i  ^^^^^^‹-y±¤í "R
"2Ü   DGÿ  Œ"  "‚@Âkžà µzªN  4|C]+kéú{§ºùÙ>w@Á=yÕ"  `)Áž"ú
à¨B8 {   "  Ö¨D  ïÑp  Aª/;×A  ý
áP¨  ¤  ô  m~õZ¿Ûßñêõ¥ö-ûK¿m¿Ôû  ö"cõ~‹Òaô{ëtwðôÿ  }¤  {_"wIöÿÿw-7ß"¿ÛÁýþÒ°L    (r)(r)
£¢Œ>¿þš  ·_   }‹ÎÞ·oP¿N›i&¶-ÚW  ‡Àa  ,    `"1/45ª†)(&!u  ž!,
!    ÿ-,Eÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü'...N  3PJh:a  þkl&é    úÒn"¿îÿ5ñOKPÒíÖ"K†+UPôŸ
ð'‡u     éSt'zÒt  1/2íð-...$  Aoó4G4øB7ZL8Ub²7-:ˆƒ  ÿÿÿÿ€  €
endstream
endobj
108 0 obj
<< /Length 109 0 R >>
stream

q
427.2 0 0 705.60001 0 0 cm
/Im0 Do
Q
```

endstream
endobj
109 0 obj
39
endobj
110 0 obj
<<
/Type /Page
/MediaBox [ 0 0 439.92 706.08 ]
/Parent 132 0 R
/Contents 113 0 R
/Resources << /XObject << /Im0 112 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
111 0 obj
<<
/Type /Pages
/Kids [ 89 0 R 94 0 R 98 0 R 102 0 R 106 0 R ]
/Count 5
/Parent 2 0 R
>>
endobj
112 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1833 /Height 2942
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1833 >> /Length 38602 >>
stream

ÿÿÿÿÿÿþ[*ª[  ¢  Š",ñ\Ä[^ÎÂRº@@¡5%ÚGg  ¤´Á    Ã  U  J... 5Œ -  •
%
LþqøTƒ˜"¤Û)ö...H$.AæE6ùÙki\-Ù
   êå\Ñ  4v  †ƒ_Wo3/4‡Oè\ì+(r)"Ð}ØKÿt¶1/2io_¯×ý3/4--µ]^ïWµm{å#6¯^1/23\v

UQÄE
"5'Ò  Œæv È¢sT-  "  7?    _ÿÍc&  Ó<ÉqŸ"...š²^1/4l!Á¦s8
ÊA'  DAù ! SÂ  rx  2xá"  9°˜p  (tm)  A¢  Ì  ƒ$
ƒ:  Ṗ(tm)  )  =    i    d<Ùä€§Ù  ÏŒŸ:æä
^³õ0A¢íÓX Ñœ2
((@öÔñà^œ. hØlð‰Ž  ¤    Ã(a  t\  Á    æ  0  £àaPhŒ    <.    EØj  "ñ¦F
ÏŠ¯EØj  hØ  TÓ
   èÜØ"Ñð¡a"CûàÌ  M  Û^ªª  7?5R


   Â.  a  L)  É;T  aU0¨4  @ÛM  ¦  $
   Ò
žœÜÐM²‡7ÐV  Á²"  n4  ‚ªN  Q¡œ  m&ØL$^        ...ºFðû×  qïÛ  Òm[ƒ?n    }Â

Ò"kOØBÑvÂUÓaµBqÄøêàÏ>%C  Ï$ž›

Péº
Bi6hG  a  VéàĬ
âXí*·á<L:  ...&ÿ1/4'ôù?tpa
ÖŸu3/4(c)6   ƒv%Xw*Ñ(tm)    êç  1/4¨ v‡ÿ×J  i7  w37I°`¨NhA¶Ô<:I°dÕÒÿôÚ]<&Öë
ß(tm)1/2µwu÷tœ0M`Â  (r)ü&ž¸]BoíZŸ-_-ý'ëë"Û¥‡_(r)¯  ]-÷KõÿÝ¦Ò§×ÿþ(r)¨Ž´(r)ëïÏíÿõ]$/ã""ÕuH2á
Ú÷"GO*ënêÿa  ãÛ{¡~êê÷w1/2zñïTÃ÷ÿĐŠWé¶§°^  °íEmá1/2ö  û~`;I÷í¿  ëÛ-9Ç)Ê  [ÿT)6ŸïÿÝÖÚÓ
ó  \'Ó  ]þB¹Jß¹    Nbÿ÷ÖÒ  :_ÕÖ  ,J"ðB"  ‡}n3/4k  Ú]^Ž  û}ÿú_
mÅ  ¯³ŠÿB.;Öë^(r)ú,FëødSð  m¶1/2"Ÿ1/4^ôgÙ*>Ý~¶ëïÛþö¿J  Vþ1/2v,ÿÕ1/21/2÷¹ª¶þÝè%-ß    Ö
Hú°@Ÿÿ_¿i_Uzþ÷wmÂWÿ]"H(Du÷¿uÖŸÞÕ{
ú·ê·
ÓÖïA+¥¥µoú}núÿKªÒ "^áê¶  ‡ÿ¥_{knéþ  °ÒJþ¨%ï·~"ûc§KîÖÞ"u^ÙÕ4¿é>u_GU
ÿúí[¿û³ïÿoé7"ötUÿ¥Õm-üöCÿZKoûôÒ·iÿVÕø{
è¿Zû²Öÿ"-    õü-Þï¨Zö(c)ÿ"ö°×"í×1/2÷Ï7þÿ(r)1/2o¯-ût×3/4ëkÿZOUêß2TWNÿjƒ  °þ¿ÿc`ÿá  Ò¿  A¿
}C]mkûK"[I~×]:ßÒ·àá"M]F(r)ÿíÿa¥ÿßúíÙëÃ4•uÝí²:þ  [ï]ðÂöÃJÕú[]Xk§ÿtÔ4"1/2wÿv  ¿(r),l·àÝúÓ
Tš{kû¥-·û           {žV3/4¡     3/4)¶ÿL¿ñ_év"
}°§ƒ  "3/4
÷µŠ†  /ë    v(tm)"ÿ  w  ê  'h/í  Ñ  ;"°CŠÏvñJÚW    =Úá^ú§JÝT~oz•Ì  F†šl‰  NÒaD  Û!  $ía,-
û!#M]Ûj÷0-*í˜šm0ÅH6&        ¬´Û
œ  qØM¥BÂ
   Øa í'-GK'r    ˜ @Â
P
^AÙ  ÄŠàáR
   0@Ø  ÂÔ  :@"
("  Á ÂA  8aˆZi"
   @Ë‡¨N  MP`Â`  6!  Ã       "  @Ã
  Â
Š  0Å,  Ó  ÂQ    '+Ê    XS(c)" ƒJ]¨L*p  †  A
   "  Ô˜à¢  M
   I  "
   t
   ¤Aœ Đ  X!    ^4  6Ocç-9Q¬ÆH  S9F    !DDDDDDDDE•°†Þ!      ¡      Ç      ¿Òé{-¥o×¥
\¥4-+wX¦ô+t1/2z  B›
†Ô
²'&ÀAÙLƒ  6¶  þW-ËYIJå$O  ôW  E~ÊxÈ
+×    ak
J"˜ ÂD$      -"=.ô{
,....      P}ÕRoµ+Ôå;øhCA¥r"GT
Đ¹Y|D¥!Ú†/ãó
¥C¿•¸(r)¿{}Öëÿ¥-õ¥Óÿ1/2¹\LyVfÑRGf  šÒU    #4H²S(tm)'  -r%fK  ÄÐÞR  C'  É  'fØLŸ?  3ª$g
   0´S""""Ö]dM
,1/4á  øÉ"kÍ3á  Œ-    ŽÍŠCDáI2         ,  pR†l²  C0¡ÌÄAš  Ñ  B=  $  xX³@    ç  '›#
É  h1/4aQ²ƒ
˜PPA,
&  &  ŽÂ,pÂ.      ·
$˜@ºåÂD(Â  ð›    A
Đ0êhhÙ
   *
P=

T    Ú5ð¯DÇ    Ì"C°rv  i  8M  *f*Ða
5è&  PAÂ7      0š`  (c)¤Ú8å    7@Ú6  ~  0ÁABh  m  B  Ã

R_  0ä@bT0´    š£@•ÐUÐA¶|(c)&Òè<Z
¤Ã,
‡è6"v‹†"Ú,v‹Æ  ~äöé;(r åÝ  8)Æ"  ëqt  m-C
°á          ãM  É8BxëNCá
T´›"á†  š
áj   mé\'Iä±Ót(c)?¥Ó
Ý
   i&éé  Õ*f*  .há9;    ¯¯õ  ‚rs  ô-fA°ô•ôæ  nœXUÂ~  °TÃ[øAöÒ~÷Ã"Óï
¿ÿ÷  ^Ó{O_MúMÓ1/2iÛîÂ"Õµ-íÛ1/2úoW1/2t-zm/}ÿT¯MzZ¥é  ¤ÓT×°_ú{    Mÿ1/2[kÿÿ"Tïþéa  >
8c^  Q×ÕîÃ  ¡óé-  1/2·Dt=û   kß  ¯á.ÞÐ¯ý¨µ*×MŠ  ß¿O|G!]]°    ì1^2;}ŠèU‡ý*f*î××Î£Ñœâÿ  1/2w
Š-°¯*ÝÁ/  -1/2Lœ±  å'NPp_na>Œ%ÂÃ×Úí;{ô  -x,ø"Ç÷L  ‚°*Uô1/49  1/2vïõª  "#"XÿA×ý'¯˜=Þ  6"
TÝðA_"l3/4  O×
...ÞÿÓzaõ¿M{zMÈ>  ú,  íaÈ÷±à¶Ãôì4ûõ×"3/4,¤Ò@3/4ì7,/7°öÿa*f*ÛÞÓûJÒ
Â{´  Þ  1/2=¯AS  ê  î›¿}'wKv'ú ÃÐ_õ˜¯ì=*ê"ßm°Ü>(c)  -    Ò?
    üÓ÷ý/Â[aRïÃð-  ´¿_
"¯˜í(r)1/4†*f*ëvuJïaÝóÜ    ûÂÐ7÷nÈ~õKö°çU[
$-Vï"wÿîý  á    mýé¶¶C^  éÎ  ¥×‡²  ö
ë-÷y¢w(r)"¿ß^õ_@  ÿ¨°Uª  ¥^ÃÚÞ""1/2Aë
M-¯íRüú"[í'×<>Þ"Úé1/2}(r)ïix  õoÓ]Á°¿ækkêú[§†°[|°Òn"UÚÕ¯U×*3/4ÿk¿  3/4"  1/2  %þ  ý-ßÞ¯û
VGI-°~ý:L  îFD"ê  Ø]&×Øk|  Ûn¯á,    f¥ý~ši-W
%v‚[ï¤ô¿zÿ3/4 ÂÕ°]¤ò  ñW¦(tm)
ôØÍŽÓ0".    ðø¯bµþ±ö"  "Ýý1
˜¦Á2é  `Ëª¿Û"¥
ZZß¯b(r)ïK°¦(5ii§a(¨V  lDÃÿ¥Úø0¯G|  H9  (r)    (c)"  ⫼"BBšB  ¿^4  ¦Ã  YtÙ€í¥I§pa-        pÒÛ
;MC        u±M
š`¡  šA  Èé¤Ðq°ÂVG
!          ,      A"B@0@ê¯L&DŒ6E"  8a  ...C‰‡"Á  ¦}  Ö
   0AÄ  Á
dn¢
RA,
   Bi1/2,a  (c)"Â...  Á
   a"  0M~$*""  e(3  É<DXF-,e"Î0L£†¦•S  k°    *f*  Hy;a  ˆÌ0  àÁb&´#B"  ŠÎæ•"Â  ^^^Œ¤DDDD0
Lå1        ÄG        q  (c))d$ß3/4¡  +¯ÒÉšJØHÈj\!Y  ¤+¬B¤êÔ"°€ð¥l¯RN†"#ÿËH";×#£-  ›,2l  ,,
   É%o𝐾]YÜ(R3/4ª5°S²ÁalË
Mªx,›,Õ(tm)  ‚àçe"PœÈïžÄíý  â´d!  ‚ëÊîÝªþ¿Z"}_ï-%_ûÞÿw]  UjW  Œˆ Zù  Eòù°-m  b;ÎÝåH  H"d
y)Wœ3¢7"°(tm)#"Ï•ÆÂ  ãdPÍ¨ÉQ  F¥@ÎˆÒ!  É<ŠD@¡J¡'hò#æq),é  D+8È
Î#"ä€-p*f*  C  'c'*f*Æ*f*$g  :ŒÐ&r
à§Q,¢?!k"ÂÁ"BèEò  ¤1    (tm)Ã4
EØˆ(c),  Á  ä
)  "MÆ  jlxa  ^
²ü"Ð4Cñ¨˜
*      ÄC  YP  P(tm)  *...
¨æ6  0O!<@ô<paS  "ÐxF€Ã  4  R      Ô&¡$  UFæ‹  5.9Ü§
k          œz
...A¦š4è"

ƒA　Ïá,"
'º(c)"_4nà　DÝ£s
　M　Ú7Q°4h
*
-`Ø(DÇo　°øa　×Ø@›TghÖÁS´ƒoA　　　　Ý"^　　|Â£="æ　,　wA
　_Â@ØA　âÁ ÁRnç†
　　¥
　zn　p(c)1/2　Ô　¦Òl　¦Ð ÚV　˜v　m ÚZ
°　p　ž　¨aÕ'vë¦³,"á†　xž-"oP¯}80'àÐ2?²‡　]ÕªÝ　ÓÔ²;wéÎÉØAö×K¯vPáŸŸe8gŠ²¯ $I]82S
¿H:3/4Ø5~fÛÿ¥Ý;IÁ"ÖhO¤Þ¦m¦é¶　¶　lC　UÒ÷^　w³Ý</mÝ[K\　^¢ÓƒËmvúé¶"K~1/2Ø/zÛ÷n"
Þ¸Mþ³^1/4'á=?ÿWÝ?ë¦Ý´µ¨µwé·　'qÖš³W^ž　˜°Vßþ"ÿõ¿éé&úÚÉêï_¥éýZ
...vÃ¯w}Òþ-ø_¶Þ-º(r)‡°Ó6,¿　Ò›Ïi¦ïão÷_　;ýûkú°3/4*£zC-éõ´1/2Û"　%Ä-úûB"øÄiUzW　ŠWÿà•ÚÓ"
ÉVõv×ØDu]ò
　1/2¹　*µó　　　　　-°õ}*NÜÄ*
í×¦F　　　ýN&÷　[(c)78"ÿ¿　[í　õí¬âþ(c)>ð　óƒê˜EÆ"ÿí{nõíÔu¸"ï÷ú　　　　þ×(r)
‹z\　...¨ë´　1/2jÝïÿÛþÚÿÖïz
Zïöþ°_~œJ,　t*°,þÙC/,@š}$|ÿþ　_3/4-ÿµOÿ]u　u"　Ãzêé×w]þ　zzKÿí　　êµé"　kv　Jÿ3/4'ínž"ý]?Û^
øuõ°]wßŸV¯ýÃw1/2~Ûµ§]úÀíë÷A_W×i}　wþý　×õ　ë]õ　Wî·ÿÛPùÑ>"}tÝ-gU¸　Ò"³Îêëß-×Kõ³¢û¿1
/2ûíÍKý×È}m-ÿûÿ(r)ƒw~-VØé=[Ké　　ÿ1/2Ã!-oýuâ˜?êÕÕkëc(r)¦˜éÿß　ä5"Õý/óÉî3/4ûíõ^　Z¤"2...ú_]
"Ÿÿ3/4-×VÞ¿ëë›Þ÷ŸëöÒ[†"iu
ÒûïÝ°°ïKØkµð×xj×Õ]·
-kOM(r)ú　û
*I-6(r)°]4¿×õÞµ†3/4öþ´--î›ªÌ.ªôô-"µm`×"Om+IÞéÓtÒÂf　ÕÃ6　`ÒþÚ"°¨á³éÕ^　/†　%fÕÃ
2#ôšÝX[¦êÕŽÅ
`šóî,í2ê+Øi2　u~êa'eö　*...í3a　êû　:ö&　lV1/45MÒÿb¯³

xƒA...µ¶]Š°¨1　‡PÒl+i0¯"8(‡úkq　Õ›ø¯5Tì!¶G　Ša¢　6Ä5M　0LéÝ6
7M0ƒM　　l4šL&　:P　ÁÃ　$Ù　!Šƒ　　　Ó
ÒnÄ(Dq"¯a
&ƒTÈ·M6 Å　l‰　　¨¤
Ú´　8Ø"　&£　　　　ä+"　...qÄ...X"　　　0　　h　0A ØÓ　€ä　　DÜ ÐD+°(tm)Å
　　　　　¤　a0ƒ　PÎ　　mL¬　ƒ　　,　§à`ƒX"8ÑÓ¨#¬Ð&Á　　　ÁdH　　¨&　‰
　0P¯¨3¤
"#/|　DQpa%ÊÀB"Â　　,Ð　ªa　Ð†　ƒ&O　q)á　F4Â　　`¨2ŠBa‹　Î¦　DDDZ　HDF"DDW
X　^^^　÷[õ¥Ýî"õ　_µ¤3/4dV-¢¶a,ÈÒK&R¬　¡]i"I6(c)Ã¥¶　(c)]L　6　"
0b　CšF　Jë(E!　　ÿ,ØEo+šetF±Ld　•Ëb　-ÉlW¦　É^ª...'¢"°UH(PPJÑ(r)°¸PPL*...N'　ó　•　(4Vã
%　Ø¤;@ò¸ÞO^¸Ü"WO(tm)z¦~µ<1/2¯Ûõ　1/4ï×_ú]þ"¿×úê-{ê(c)õöÿ¯¥~*¯{~w　(c)ÑgDôÎ/ÕŠ"　¨ìM
　‡(c)ã:　¨d¦ƒÎ2s5-u2á¶¦q　¦æ　　¬a3　¯BA-,!}Ÿ　Ä¤1N...t/8d8　f2\)¨[6F³s"t#¦pÂ›Dâ"Î　"
fÂ†3È§　ÖÎ,-　"ÐŠ9H　6GQ¸L h·　á
　　ØA　aI1R　Œ2"(4l"xhh›´4Á(Â¢à　(c)h0P...　Ly　ô　-ƒ　(@Ð°　"´k
P< pÁ
　'n　6;ƒ　¦¨ØÐ à°£e　qHØ　/š4　Úh·¨ª"SsDAðƒ
　œ²#Èâ"　t^9\
Âaf·　g　ƒVš/　ª/　TÑ　u64Ä¤　aWL#{•áÍÝÐAÐL8•yø　　ÃÛ§BV　　　　\Ò
　ŒÚ　　ºDA´†,　　J　¬‰CN¿1/4　‡
Õ ¿　Ü　÷‰oc¸L83õhLó8PMÃ1S¦Q
+
köÐoj　¡Ð ÚO¹　pŸt　+ú*　　　üÏžTûé=4þH(c)°{pNû"¿¦í.¯s2

º¸4*Û"ÞK  :]o(r)"p  &ë]m¦1/2{KÛ¥"ôÕ
ÙMÒWÞÿé?§×wî  --^  iê°a
kuúúêžÝS¿ã÷ōŌ-$ō-ōéÚ§ÿë  û  ]ÝÝt  "jô¶•øM×ºûþm  ÕëÃ--1/2ê›Ý3xV¯kÿÞ=  Çë  o_ÛØªI[<×[ñ
uº  µêÃx^Út?  Mè8...K^,  EÝªíP-  ã¤Þ  U  ìXoo¯b´ÿÓwí(...û  "1/4,

ÁX5µ:^1/4±  â  ÷g
Î\?§¯gÿ°Ø?ß\è/óf§û£-,õ
Mó
p‹{
ú.  ´  "×,ú¯·ö-_÷Û‡¿×"\}¿ª(r)º  ,îú¯á  Ã  "
ýP^  ´..ûÓû"S  ¥ìK¯ØzïøAwÂý;xw ¿d'éûÕÛ~Ò_ÒéªAnÚ_a*-Ó  ]Ðl63/4¿  ª"_  ë  /Ãi¿úXa¯  Ÿô
¯h$ýµōÕ÷ö  &
ïMô(r)ýú§éî¿  Ú:¤þ´œ?ê3/4ÚNSæ¥¦-Û#
î@  ÿ²-ëÿ
"1/2Sÿ+×gUÃ×Ó:-zÞ_}+  Ó3/4§E-¥¿¨¹
i  ÿ1/2Ûïÿ†ÝVû!¥Õ×õ8uÛK:$"ßIüè1/2]ÿZN›IZoôŸM-è;oKÿ§k3÷1/2.÷ÿûKÿím  Lú{þú(tm)§¯îîÿµû
WµàÕâ×3/4  VÞÕ; æ1/2ÿÕ×ÿö¶'1/2}ÿj(r)Ø_m/îêõµ3/4  ]ßéjC›
yv  úé¦    [A  Ñûœ[ö¯°Ý6-êé]"3/4"X4-mpÝ°a/°¿kÿzeöö  -...°KÛLÂtBê( ó‰  á¯K
8Ú†¹  *¶ÒiXL  ªÅ]Ú¨IÒqF¤7jëLm"¨Ë¯ƒø"¶]nÂ
ikQ
a  8T28v)5µUd  ¦á...jÒ  >ØH  "  ß3/4õ3/4  á¤ëÄv¶-]°á'¤ÔTA²  ÕÕîÕ"
'#ua0D-  ƒ(c)  tÔKt÷
 Ó¶¸6  4°  ¦›LBNÐA,!G
  J*B8L0,h  0@ä#¨29Å4      ðÆ°ÂL Ó"Âjo#"    B8m    Â°¯Pd@T
LpDu  4Á-l&  0        "t  ƒ
h0¢        D  Ã  "8¯Š  "  §QPM2ƒ    Z-
¥¸ª
%n
\Pïªi,  ")2ª  2‡,,L!    Ê    °¯A""  L!•THx‹+    ²œ¥SVSâ""N‹â
  ^^†PÀ"2"Á  BÊ   !,          x^  ^8˜-BÕ¥õ]kâ(c)/¢ÐZÐI%t¡,A
•BÊqð'é1  #´  h$    ƒ)œ]    ÿòÒVŽÉT›  E¹&M(r)
ÎçKtŒ  È]¹J  }x]°T÷þö"ëü-³²   ;)BR  "pE  6¯GaxÕÎ‰£°EŽZ3/4þ×ô°•-+Õµ...]kPf•ÅoÓÊþG~  YÈ-
Dd@¢J˜"O  3äCÎ  T‡  Å5  D‹ÊÐ¶E²¸Ø"1'óAHù    "  ÕJ$Xd  6f¶tŒANˆêDJ"    k¨‹¢R  YÅ5
#2"  µH,  HŽ  "3GP  S
hÁ0D!  qj%  A¡Th  "c^¦£a  `õ  ...
øM  Â.Ã@Ð3L*,

   82Fmš‰  '
¨4BÍ dñ›    D‹Ëp`†BA3dT  P(tm)à"    i¢ñ,    øÎ
    ,¨U°‹Æ¦Á0P¡
"ì8@´Ý,¤èüÁ-LÖÂ§IÁ7Qº
5Á-Av  Eõ
Ÿ$Â¬ØÁbÌ
#s          ¦‹•0åºA  Ñ²  M  (tm)ÁÛ  4
(c)Óa4ì*  7  P"ðé°¶¨Ï
t  ¦  -Ý,Wp¨ØM=^-ƒ...A  1/4  té0ÓX´ƒq#³N"`1/2¤Ø´)6"f±  žÐðg˜j,hOn¸3Ô§  Ã§  H¹Çƒ  ÿ  z
Š
ô,°¦  ¥¥¤

- fßëðÿ  Ž-ÒÒv
1/4    ßƒ'œ-1/4  žÝkZ†œ  &'°a6ÞD
ñ:à´°eŽ  :VÁ  MRT
Xrw¿¿"ïñõš  ~þ¸]í[(r)»4Ä4ÿC°çè'§un¬ƒš"ÚÝX*}éÜU^Ù¦öá?[i%§   ûÞ"p"þûÿtêÒá*ýþ·i"úÒ(r)›§Þë}ú÷
Óÿ}ÿ{Ó8"Å  ÿîÚŠÞØéþ1/2ñûu_ãïü}þûÿ"ŠþÜuø(r)ÿ°Äm3/4¸¯"µÂØÝ¶:  _]c×¥ÓŽ1/2  B'í¯çQ_ôEƒ'ü
  ÿþXÀÿðUúï ·VÄáõ   K  ï  ðG-óŒÿ@›´_"\Wöp}ðDÝÿíÕO  à‹{3/4Ýð  lŠ  7a  îq  |ôøF~ÿw">¿
á,&ÿÛÿAmÿÿ _ÿ¬'#ëÝ    ëZ]&Øl4¯fí]w1/4  ^¿Oa  ë¯3/4  _°þ  ]  ßéoý]Xbßt¡-]{éC
1/47¥¯-:
þþ'Þý]  _uý  õ_a  ¯öÿ†ëm$žê÷ûÛô  ïö¸Akôü÷÷þ×ÿ¿Z-ÿíl=ìPKûÓ¯`Øo  ÿÞ(r) Õ}W:¤ŸKóçÿ
Òÿlÿ¸ÿ³¹1/2õ¯  zÎ¯7ò"/{^én  ßgEoÿtµú·þÚ}ÿ¯ëÿÿkÿÚÿÿ·m?¤Ÿîí  s‹Lˆ?~·þ¯{¶¬õÓ¯  ¥
ãÿë÷-þÝÓÝƒmoþ¿ëþ}7oß¶-×÷Zð°ë3/4-·"Ùõ"öÝÒ[þ  ëö3/4Ó"ëõ"w$kµµýÛwéx|/ÿ†°ÒÝ~¯iv-uý/·e×ü
4-"µ}5éfIêô  (c)...ÒuÙ›ØD$:µUJÎr<V(tm)    ÛUÕµ0¿c¿µ0¬ß  ßîšÿ¬0@ÿØéWƒ  "¿ßÇkf×F
¬  Ù¤Õiv°[|lSa  ›kÚV    a¯î¥†-Ý}0Ðw|0ˆ[{_Äï[Né
jœUÝû°  jØ[m‰Ç
      ¶  ÓÈ¶¡¥   áÓ
b"a"-  J áÅu|"AÅ0¢  éÄï          ,  °š
   ª    !¯h  0 ,  9 (  @Á  A,
A¬"  ,
ÓA @Ø...h  ÃPQQ@  ¡TÂdG  ìP@ÙœBdH  t`;H  BdHPfA'a
¡   n   @Á  Á
h,a'    &P  D0f
       ¹°      ˆêA".¤Ç  Ž¥!°f     ,V  8Oˆ"1Rv Â
   Ã*åÅ"Î¬&LíÍ  B"Ð°"  h¯à‹(c)Np‰"""q
!       [Jš  ^^(tm)`^^Ž""8^^^^â"}
É±¬ˉÍj¿¤-5Ým#°OV°aPUò¸Ž¤^Aa-Ñ  Ü  BAB  šÐ0†   òndê    1  ÿòl¤‰ò±÷;Fv¥  ^
O(tm)    HI%,ØS±Œ(*,¸ÔBûáõ
&À¯ó÷...¬ì  A  Ú
j±pü\XdÉµS3/4_ªi-^ÿt¿]  K×Ö÷îÂþRK+‰ofÎ‡›‰oÈ-f¢"çäÄ¨""â^ÎêD°¨  ç  Ù ÆjD,)  °0)álôS‹(tm)à  "G
ˆS' øfa0H ÖÐDx  a  H    Ê2xØÎ¤K  jŒ-p`  '       jO  3P¤@²3Ý      †ò   T¨"0¡
Â
#ˉv`h"a   ª  špNÎ
0  0Ñp  ØÑ7h1/4...  L"à"    h?£`a   ,¡...A"]³  (r)
   ,¢ðZ40U\&
?çéöôfIµA ›
~2È/  $_¯všÐa  fi0àfi9ÁP(tm)Ú  Ñ1/44;°
  f¡...EŽÒ  Âa:tf
%  5ÈOmBN    JØ3  ÓEŽÃÂn9\hÜù  Ò´-+Vè;pOL±DÙ¡  áŸi7àÈàÝG  0Ý  `w@Î0""  xÇa>ãˊÉf
´  Ÿ(tm)  uK  M¯7OCO]:M¤¤ñ;uzëì×Û
!ÅªK1/4ÎÞ  ¦ë§"¨  oð¦](r)øO¤Ü-7Jééu×Õß·Muÿ´Þÿ
Ôzz÷ûÞfÓ
n°oÿ"ÕÕC1,~¿1/2i8k´  y?...×ßíÓ§°¿¦7_ê=
íh_ÿu    ßöÓˊÕ¯Šj¿ÿþÚK+úû  i¬  3/4Ý¿¡2p^ëuÿ¯i9€Ýÿÿ?£9UÞ1/2†ÃýÿÂ,~ß0  ÿ~¦    éuÿ¹V%wõ
3/4¿ÒBÕõÚ̊GÿP,}.ž"§(r)Ò
~õî1/2$\~¶í]¡"¯
Á°ÿÇÐ^ÿ}þ-T÷úoÚ¿Ð_ßÕ  ðûÛ¶Ä  ää›h.×...×Û{ìªß~¿ûA  ú_  ¯[X6  ÿm¥^Ÿ¿µZ´f:$Û×PÚP¿¦ê,]õ¶
"ÿîûÂÐp  éN‰õ7¯ûûwötM+d5þñPÿPß]w±
ÒþûþÃoýµ°¨¬þ-Sý  å  µ÷U_ëœm"ÿÕ{~S¦ÿ"_öþÈkúýá†··úcÕ"i  ô,õþ×úÍ  ïk"
%þµl5í×ujšV°~æ÷á¯úß"{{

%ôÿü'Ô ý...6¿´¬‡uvû & J L>õR
†ëÝ† ôöõ° v °3/4quÝuh ¤Åo
2¹´ÇÝ4¶Òcb Á, ~ò:ºö"v 'þþâ
%† ±Wanï[I‰ÝuVœJ}¥#å(r)
M† i¦6+´ä ç
•m¦
a5¹ Ë'!CØ"8*N)4
4
(kPPÂM µP`,h4 6²ÜB ˜L& "8I, ì0 @Â ...ðHNè a ,
6§ðÁ i" A A... ... !0Pƒ ƒ
a A...3Š¦,mZ - Ð0" A›PÔvØ"˜M pƒ> 0'c"á M]...IÉÂ(B B
! c• e`! ^""4""<DDDFQ "Lb""""""3Ñˆˆˆˆˆˆˆ õHÖ' :ýÆñ ×(r)Œ ...+å3/4í*×¦˜P,°,]ÈqÂJ
ñ7
ˆBÄ ƒ¢×€˜@ƒˆ•Æ± þM-Gÿÿÿÿÿÿÿ,Ô¬íó²\íZ;, HÉ- 97";ã Lì• ¥ 0Á Ó"L ;) "Ôì
(§k
ƒ*¸H Â... 0T{el1/4 Z Â¤Tã1/28PD&€ðš40¶ mRl/çev(c) °. ðÈ(ÂÁS
æErNÊu¤å\-2žÓ@Õ(c)'Û'§ ²‡ê
U"¶ºA±z§m' )HD6õâ ´@äñRk;%'æà›1/4†º:övP‡2ä"´øe-îv Õ´ŸÖ‡ô¿úio}oü'I×ý/ë_ë×zû S£"éRuê¿
¿ÿ_(r)ã÷"-×(r)"ØÕâ÷ßÞ1/2 _oUèè¯~¿Š"' .ŠÊ= 6c´ðžs#¥;ÓÉƒáä3:G
2ñáHù ŽŒ§ÂyR ˆ CO!ŒÔ " )
óLä|Š3ª9z¯ü¤Oè (L)˜ ... ‹ç†á åÈ¤
Æˆ|¡
Ô2aš"LÂ4É 3Ì ‹S ;$
œ Ìe Â:‹, & àÔ jO !ú|C3FÆO EØÔ Âa ‹ˆ!%, @ˆ"¦f/ž
|nCO Eò ´*¡´n£``ª 8
±ƒ¤ˆ
ºÐ‹]0E¸">T v‹€Ð°I Ã
F¸EØf "^
"Ü " (N\
˜TäGHÝ FÀÌÆ(c)È£...Â
$› Ó ú7†xk :60ÓHÖ &˜EÃö k-Â. ³c:
è 6GQ
Lƒ{$ÕR¤ôÜ\
œ Ü£"Ã'T q+ 4 6,
¢(è Ø*h t lŠ
A
$HÜ hÎÁ ÓpÏ³HRuI1/4 3LpÒú q¤Õ$Ú N"†(c) ÜR 7ì&² ô oL Ñ¯¦ , O
¤-Ö¸2V":[þ rP 'ô³ð·MÄ¬÷A²] ôœ `í
\ _NDšMƒÁž-zóCz3/4›>kÓ
ô› O;øtµún'v‹àÒ h4- ^D
×º"B•¶ÿÚMï]:]x4•ƒ þ•õ¥}6ÂÂO"¿ÛÓ¸0›~ô(r) ºûî-ZáÚû¤ /¤ðAë§‹¦Òm
ãÐußéÕ:²3/4ÿv(c)ÿné}"Ò{"ººú]uý}3/4·Â×qvŸIéznÒ·ªÒK÷V5Õº}þOšN"`Â
ò¬- ±§í6ÿô ê›PŸx"îicé×ßÿïÿcïûù: Mú]3/4Æ6Ô&p&ß×Ë¢þë_è:MÓ°3/4
'1/2´--?ußü~´µ{Ý].‡¡{uŠ GûÛëïûÁZêô3/4ÿŠhWî¡ Q {Çì*ôþê 1/28b æ|ýwú&Uíÿ[V¯ÙxUyœ
z\ê/\=nŸðê ¸¯zKì9Ô:˜" ý¿Þ"ú¤é¸íuî¨FÁ,é
ýZ}~Â ¥×ö ßZ | Â5÷Ø?í+û¤ ÷û1/22$þÒ"höë_{Ö+~‹sŽPb÷î"‡vÑ ØºdSûÿýA Ýêƒ ¿íuÝ8A
zì?}ëíPUõ÷Øaá×ÂUÕ¥ ÿ
-í ¢Ëýé#ébÒ~Ø ÿ¿º

¿öö    z¿ö(c)wàß þô-÷¥(r)ö  n  }1/2cÿØEåƒõ¯Ö"¶
"  ø?û¿ø¥iúØnºû[ô´  ¶íÿû÷¥õúOƒtÞª-Õ(r)¿w¤¡¿x_ñ    aºñ
×_Ýûù  ÿ}4    ïþÛ¯ø7¿î,t-  ÷öÛ:-&Ý-íºÝîº...ºÿƒÿWºÞHÎ(c)"ïÖ¿S¢öÿ]7Z¿³¢èÔ¿N¿Rtÿúwÿ÷}ZåBz
W[!úÚþºÂ#(r)-!
~÷íÉ
m†é-5  ýu×3/4º  Ò¯[žÝÖ(r)ív  ý×ÿ‡ô¿(r)ÿ÷ÕÚíÐ4£õªöÅÊ  Ø{n  4ƒn•    _I  Õš%×m#  -w¶¯ÚZº
Õ ßíw··ô"¯í?ï_ïïØz  wV""":mõaCJíê  ×Ý*î}:1/2(r)tÿÖ..._i;ï-""z[Õƒ_ÒûKût´é‡õ3/4ÞéëÞymÕo¯ja/  ÷Ó
1/2'Óíí~•¯±o]aÿµBŒî  î  äKL£-|â1/2uxa/´Â(r)ßÛu~Úpa.
%öšaKýÙŽðƒÚîÒÍ§j  C1/2†  -ÚW""
   '#Úý  ÛþÝ~§•>ÄK¯(c)
Ò[TíS  ...¯  jƒ.a">ÍÛ/Ú±V        ,¬Úúý[Ka"
=ŽÖÐlA¦œÚ¥ö-Üiñ;í6 •†·
   ÇLRØD.;{Ò1/2‡Wëz¥
/Á  ´    .  @á"  ƒ
CI‰¡  á¶  XÓ    LJuN
  Jî
$ÃIX,
  ^NI Ø...!  A"Ú^Wºa D-´    íA    l‹
~"  4*  ´  8  ÐA›  I¡f*
ô-º¥ûîšb"¢ùD)  É#,xÂ2, Aµ  T  7b  @è jÕPj(  6!      ~D(28        PÂ
&ÈGL  7  9DÔõã...ìBDÇA        µ(sˆB+8À‡  `Â#âu1i6    Ù¡;a
  Á
"VÐq

+A0ªÖ""""",&  ƒ  !¨D4!(tm)Â  1  !¨L!...(s  ÄC        DDC  D¡^^^  V"3
yœ*""""""""*ÎðA
†    0ƒ  '  Å0š  0AÄDDDDDDDDDDRq      DDC

x  ~  ƒ  ï¯B"""'>-¥gej-•$(c)TêèìPÂ"h0'P,†ºh  J0¢¨XP¨b  L  GÿÿÿÿÿÿÿÿÿÿËRÑ'tW  S³(ÉF[Œ2
  DË      ...;å
  "‰-  y^ã±"
      ;s;4Žç  ‹ÄUAL"Š¡Q¬0DT... H
Ž²ªrcdÆ  SŒ
    B  Ž,¨[
;K(tm)OÁRp  ,  œÎ¢¶  "ðA£Xh4\    ŒìCÎÈ²¸  ,à¶Åß¡"¬`  #ðh&Òm  Ú60,
Ïĺ  ôÛ•$NÚ2  [òݯÃ(c)"}E-ÐI:†ÂMÐn›JÒm+Vû-_  pÑ  (r)ýõºI6,¶›ÍÔ7¶"¤  I*ý÷"iÈ*$Ðõ÷¥ô¶÷
ám+-o¿U}WKµï-  ×-ö×ZôéZ_Jûþ•t3/4ÿÂIZOZ*¶--þß1/2ªëëÛÕ¯  "ý  _ý_Ü*ÒúþÝu3/4Åwïº¿"öº×È
!Z',"    Â
  "ššêµ;$,ègLá#(c) ...5'ÔyV,  )
"¢@$q  4Í§¤¿Ý^¯ÕÖ×Ä"  ¨K*Æ  ‡Éžu  £9"E  "^  ØÎ
  d1A    FåT,Ð[0F¡"ƒP@ÐeÑ gTE  Õ  Ñã(r)C\"Ç  a4
  Â6  ž  -Æ  £8Ñ  Íá"
"      #ù¦pgÈ¤    "^ÿÝmö¿ý    š4
  b,.  '_eÄF¶  4l  aBi"^9nBùv  E¸9  3[T  EØa
"í¡a  hg#ŒØÂ        gQJrr¬a  ú†G,~3òt  :73b*hÜé¤l

   *
E¥Q±...3ƒ...P¨"  Ï

M¢ë¥¿Ý/°¿í
(c)
A    D5¤ `š¤èÞÂ Ç  Ó" :
A ' A‡ ,nnh&ÙC›CpaA  (c)Ú, Ñp
  p0 È£¤0°Â" j }‚3b-kjÌ" Ü *d á "sÏ‡  ÓF†
  x‹ýázëKÿ¿"'‡OM¬ æ- 'ä ø2^ °ê] n1/2.K i0špt›B- Ú+ š ²‚m    ŒÓ w' š .Ã]ZYó
-ßm&ÒÈ6""'| æ"kü Á]&öäp °Tõ]ÕëÿUÁ,tµ3/4ž›8cý´Âutºöü&Ú́
"i0ÂUÓƒ$änÛ  ‰ÊÓm'§Qa 0Ë³Žƒ}ZßÞ¿ô ³F éééüÌØN·· 7ûOn3/4ýëïXa:Z1/2W["Öõ÷êßá[Jéê§
1/2¶ °L&Þ M¥ûì¹uý'í4Úéi U|-oß̄ }‡
×ý¤Ý[ëw_ÖééÛõM (r)ÚIßUo8 WõÝ́SéU¤¿þ +Ý]oéîµ÷×ý̄"Kÿû0OïÚû̄  *ý÷û×~1/2>Öš
µ¦ÐØkÂßQþ#Âνþ4(r)= G0¿_{1/24ÿÒß]ÅkÇô#îÿø ±_÷í†Öþ¶-ýþ(r)ö (c)Õ3̂û{4
¢ñTüê+è±€ß}¤A
ùb GíýXCTézÐ·ø/à-ìÉõ[ȭl7wý_UýÞ̄¿I~ ê
÷õéi þt -Â-ÿL>¶¡Ì5á §    ×þA
ô+Û‚ªü#GõÈÅt"oûé†1/2ýó"w§ÖöéößÛõ,,ÿûÿ̈ë̈ jï  ôì={̄ûëÒï̂¦ °_Ô+uÁ ý"
tšª~ù  -ÿÛ^×úûÿïu /̄ö¡ ÕõzMÕ-W ÷̄þßoO× Ž1/4#_ü cµÕ-é$-Òwûôû { éÝíûíýköÿ3/4 ·
÷¬-è̀/¶Ð[
#H7uOÿ̄-ß¬?K  Â ÓûAw*NÚMwëÚ[zÒþÚ* Z(r)̄Ókíþ3/4¿ý{úUÕ Ý*
:í%ÿ-̄̄ Â
]].̄ -Ô.E
Ý^ÿØ²ÿë3/4×ûÓíZõ¥×¥ýÿûd=7ÿÿb uA"µoÎ·Û:÷ÓûïßK-Ô
̄Ýz[¥Žu]Ö3/4øoïÿýu~×ßýõÿû1/2wî¿_¿Æ ‡§uê°MZ†t_ÿy×]-1/2tª÷kú̄ ̄^ÿÙ#wë"ñ÷¶-/ Þ›[ÛÍ/ïnµíjú
3/4¿ª71/2-5LÛzëÿÕ]6þ°̂éý"ûWþN¡¥wûëy(c)
^ûzªuuw
ú*M̄O^Ü":W ÷¶ÖÛï3/4Õ3DÁ...
ëÃI1/24¶ÿ }̄õ-áö-ítÿµV 1/2'ë"i{k_úÝ_¤µy§̄N¤ÿ·Z
Ú}5 ê ]Þ"ija'
wÎ%JÒm|0ÂÜ4¿ôû"ÓÕ ýÙ°(tm)uþ /È!Ã ›A'Óý›_
+í=Óm+%úÒu'^é:A
Ói]&ÝïXMu
 v,l¿|o` Ã'÷Vì3/4‡
°Šµ°"
›¨dr´EÁNq0Á}WøkÞ-°÷ødt 6Â
êÂ ƒ-80ƒ_cö?̂4Ó"ûI1/2´ M´›Iº|Ò°´-´›J
þ6ø5L4̄TA¦ƒV!'ÆÃ...šM̈ÝS &!0Áµ  ÿöÅ0Ó°(tm) 6"âêM3Eb
Žq3¤ DH!`̂êÂLJ é¥¦Õ¤È 3/4 a œI6•¥l4̄iCJí&Õµﺇ IÒ
T"zvÈW Ã (c)4

2#"ÈŽ Â
 6š¶ 0I...
 bƒLJpA...P ¡¦ Úi"
 Øƒ 'r›aHöƒ†† 0³†šà̄T A, Ð Â
... Ô  lB ‡̄ECV5b̈¦*Ø¦GX"ïU0̄@^w "Ä Â Pa
 !a2à¨"‰o=̄c(â a ! (c)"Ô Â"
ìŽ ̄ƒ~"à¤#ª̂Â"x8ƒ"^aA ̂Œ^ª̂̄Éxi    (tm)E , œ̄í" ƒ  ÀM°" "3
!  Ã 7 DDDFy ¢""'
Ê3 ^Agà...çÄ!"Â,...M4œ̄ù è >"""""""""$b q  5¡   el̄MK rºDM •b""Â(c)̄×IG
¤47[¬ìƒ¿ ,IXK

H3/4    BÅA"-Dµ  ñÿÿÿÿ-u¥-m8ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÉĹ"ÔìB5Çc  '4Tâ0ÉÆW  ;  •q'œTag~  .
(tm)ŠSåÅƒ  -p‹‡:Ä4GeÛàÈ5'%    ;  4  ª"  Cà€jJÀ‡  )'Œ"¡  ÂÊ    v$
F

,    e-¥Ñí£ä¯Ã;N5H  $  B  P¶W  ¬ Ð0    §" Šx2/"GÙ
<2-!  àgPnu  ÷é:M(r)ä¯Ú  Ò  -ŒÈø.
w!šÝÃ  ÈÑpt  7"ÍÈ§"9 Öû•æÍÐ‰á§r

,
s    ¶aÓ{îmÃáÒ†á,/W‰(B(r)¢e¢ (c)×ê•    ÎÈó-  ‡  Ýbæ  ^ð^ê·{I·    ]
}  ¥[ß
    ýE"Å%    °áúZWßÚÿß¿]n-årÝ-²‡    _ýÒ|Í>êû[µKªµ¯÷i~(r)íø;(c)nÝÛþíjÖý5z]Wÿ¥µ¿ZÛëcçÐýþgŠvû
ß-¤-¨ýOÒ¨Ú‹ªþwõŒñá
¿  ?;¯ßÚjÑ0ÒOŠÑ "'ë...3Z9fjÍMrW  É.ÙZG    •×·\  ü}ðú'³°Ôú%¹ÃÎ"uA2èýf$Èè°)  8¡  K#Å*  (
^Z  ‡Æy,  eð¯~fÈ(^Á  "    ê
    Lð(tm)±p@ñ(  ÐTE¡¬ƒ  ÈšŒ‡Ÿ#â  A    5  D8'ÂÉÈÇÚ
a  ÷ý*X=
q×...O    )D`T-LÁÈá,žAË  4káÑ°4[Ô
    a
¥AŸ  ý- ØTÂ/    L"íÚèØô[†PÍ  TAÇˁ€Ñ'œ  <°Î
&    "  žÎ  Rp¡  !Ô)ß#úöþ¯ß¯êø*  Ý¯(^Gþg,  4  l$  Î
"h Ñ  ?H;NžF¬äUR  xH6  4  ÅSq  H7 ƒ{,  x  ƒhÓƒ        ª    ã
XEàlŒôÂ£e  ƒ  -å  ,...
    Gìáš  £"(r)qö  TµùŸ-ªé
Â£Ã'  Èx´  h&é-é°}ï  y"fŸ  z
ßá6"¬}ƒ#´"ÉwKI    ù
ûúúJÌÙÂm  Ø5i"i&Ñ3/4,
    "h¸
*a
Â
    í"í¯ ††á  a(ãw        XRVG‹1/4ž
0ôþ    °_¥Óõ-?ü+  ñø0Z    ÙÇ  }"ý_¶ÖfcI6(r)ëµZôû  z't锥pƒ
    a    î
´4Xð<°ýA  I!  q
/,ì"iÇA-"v  ßàÂ  °ý["ïzoþŸü$ÛO*  ÒoÚÒïkzK÷þµmà*Ù@Ó¥{(r),ÌßÃt  ß
È¸Èû  Èó
    Ž¤;...´ú  MWúûþ"ÿÂÒÿû  "ÿ-Öïéž  -×-oÛûõ
Wú(r)¯o°Mï[Ât"¤ÞâûÈáÉ  ü°ü8†ÉgÐ...-Ýýq}íÆ£ãÞ+ÿÃýþ1/4i_B  îÿ  Tô)}
#ç-"ô?-j›Mð¸M÷t¸":  þäu
nßÈà-öÜUëþùn•-)iÃá"Ð*ûðÿ¿Or ¿¯KW_'!íØ,ÿ  ˜õçµØÚÓ¯öŸu"
,  cö¯ó  Ó  ÍB¯ÿð...&þ    -·"h¿K‡"GO^Ýj  žÿµ×Þ  üÍ  Xìù...¯Ý¤+

[  ôÈè  "ñPÈûÛÃ"G[n>Ã.ªØPDuú"l"ÿþÿ"  °Ýè ¿¿dRaªÿ",
[ÞÖþ´kªÞ  &ªÇ¿Ù  ¹  ‡0-ÿx^",õ  ÎÑšØ<Í+ÄüŽ°l¢3/4á  °ÿúÚîá1/2ƒ×A}ï†  ß¤úH'  [û(r)Â
÷t,
1/4úÒªÚp  y
;ÿë2Ü-  ¿¿êûÍ|/hŽ¿k"ûÿÿíj¬7  1/2¥õõÁÿ÷{ij×N"ô  éX¥}  ÷î  dRì%‡ÕÿßÁ  ÷#§-    þó  ß‡[L-^ƒ˜ð¿
    þýîàÂÃ  ]~ë°aÒÿKõë3/4  ï1/2/*...^çU§ðÞÐ,  zÿÿ´íHÿ  +w'ñ\^qü8p‡éRÿÿò¯Ã$aƒÈ~¿×{ÿwÕ%}¨';
Óõõ-1/2¨Kû¯WT    RíÓ(r)ÿÒ§à~-ýóÅàö    A  å  ¯Kûûï¯Ã÷~¨uoš¨þ"zî°O$'^¨¯îœ  ÓJÎ‰ëØoÒ-ÿK

Ö¤+ú˜ñãÕÒØvGÿo÷÷-í/‡mÑµ"ÿ-^3/4ÿ~'~•û¶¶"ÿÚöœ  îÛ}¯woi.íÿ~í  W{éw†GI+
.àÒÙUÕu1/2nÕµa"¬0¶îN°_ÿ}  m-·IïÕVè6'u-Amw{µ[I°¿ÌÐvÕ-µÿõµ°1/2Ã
w
+ÝmÚgŸ[kmÖß\  PÕB±^šµoØLÂ1/4â×n3/4ÿaöù"Ú["ÇI3/4  Oƒ^Õµ˜Š‡¿ÿ...65¶ô¯ïu§O¢>l"°î*†  K
mRO¥˜Ëúí›Kû  J{  {i2-µDÑì0@ój>îÕïëÛÏl  Õ÷ŠdŽ>J'  5²ûa  -  DB,0ˆK¶î  %›ÿø"Uj  žƒ§_[ÿ‖|3  r
ã
0a$àÐdt\#pÂIÄ  ÷#ê§´×!!5iv"¦ƒ‰£  $ì Ð ƒ'
    1/2°'
    Ž˜0-Ó  ›I...[
    ‡±(pª%:  3a  QQ^¶"M"Ëí"
ÿÿ
-Ä       ƒ
A@ªá      A±=@Ø^3/4(  r    "  á
,!x0@Ðl ÂÚA
    "Ž˜A       Pšp  -  ì  rc"GÃ     `  ±@›  "
B
0ƒ             š˜ D)ÓL& ž     rá  ƒTšh  4š^8i1
´"³jö  %  -9@‡  /‰¥"Ë(  †¦€(tm)U  LÐ  D+†  GD  4  A†  Ó  F  0L1VP¸B‰¸el
ä9",   ŒðRQJ     ËpBÁ    0C†  ^‰
      @ƒ
*     "E  [
$    Ã  n*"""">"""""#^^^^^^^^^^^^^Ž"Î954Á0ƒ           Š            ¦Ð@Á
q±      #P‹Râ Â(c)."DDt  Öª,3/4  ð´  S+"

    Áe¶'Çÿÿÿÿÿÿÿÿ-¡'  ¨ŠÚ+•¢¸';UÊ3%X- ¦JÑ^(tm)  à¡L§  ;
...
    "È  Â...XPP¡SP_  "È`ÁH  ÎË¸:",à¿AH›ÿ†ŠÔ›8ÿ;TœJÌæA r'?È*;W
´v-‰ìL...ÿ"Kw¯ô¢v6¿;  ßý!ßï ÕIÕízû×ëŸµ ¨ÿõ×Û-/¸õ1/25ýo¸÷  =k¤1/2S$"&;\‹"POs1/2G
^  3  ÐP¦ÑYÎy(r)!ç"\ì"#\jÎD
$£M  _Ê²Q¨y
  èê ¸)Q  3³9  ˆj  D?›B)  *  @Ü DB  b¢z  ÉjJ  ¨SÂ"£† !ÇŒ"
`Sƒ:  œ<ñšò!  ¤Bè@^ã  0EÀ~  42$ Pƒ3,†  Ba  HàÂ
    xS<Ý  Î¢  Â!j-pÂ
  0ƒ'Î1/4)
@¨‡- `(c)£Xa  ¡Ph"v  v( Ó3       *a
^`àš
#pj  \  'h<&  ‰ 2-s3Âƒ  t  è  tl
  e ÜÔ"ì0U  hÕÍŠ¡
      ¢á,¦
x  hØB'6?ÐhØÑ¬4naSÏ    ÜÙÈcL*i
Ÿ(tm)ö
    Î  zA<Ý4ÑvÑxÂª/.áS Ø(M  ¸Û£¨t  Âh"    v  *
(*a  ²  :i   I3/4     ÏPƒhhÞÒ
ÇO  AÐA¸          â  M$àÎLè  "h ÚN  ~  a ƒƒ0Á8ô>Â]    V1/2Õ¤ú  7O
ü  kt&  ¤Ü  çO°    ¸3Î
ãA6,
...  hOxNô›Vêô"uÌ't¬  5-KÚW¸2VL|  ð[ü-éµ1/2dHå
ü"0pÈ¶1/2-·A?zMzÖ-

.¿ ?fl>ïkÓÂzoÐÁ...tËBÒÕ-ZI:ÖÂ(r) ...MÓ¥i[B 'v(r)*|-&(c)÷3bþÚ¿M† ¤õt¿×ßz·Û]_´ÚõïJ-OV"
ø2Vn°µÇºÝ> ý_W]îš÷J
á=;õ Ú*õºÛý=z†-×ïJ1/2´-ktŸªuoþßÚÚuý¡é÷¯O HoÛ×¯WZ - _ë3/4"/ õÖ¿*
ÇÇèGÕëJíÿ]íÛiûÇèUW"§w}kÿÒRÜÖU)
_BÔB[È ènÚ Æ1/2ô"41_âŸÛpZë üRxÄ/úõªü(r)ï¡ŠÒ¯ßÿ´¡ úzòÄ0]9Œ*þò`}/0 dÿ¢Üõ7ü íB-þ
"2¯^Ÿýþ_(r)Í +ÿþµøíþ"- -Õ ýü": \ zh q÷"2*?"lë´ Â#¯ ]¶Ò Ïßµÿý‡Ý7¿B ¸ÿ¿Wõ¿öïz !û
Gçß1/44 ßê [¯aƒÞ´1/2ôÐO ÐKN 'õ(r)-ýÛÖêýB
ÿûk"³;ï×u´ ûð-uúA Õ~ðµu§u1/2 ÿ ºì žð-Ü":ûwýC
õuô,ýûJ1/2úOu¿Jî"Ýõ÷íÒ[ v˜KþÃ
wT3/4"Z1/2éjÒ^¡ßÚ_àûÝ~Ú_øz"×gOmÈ ýßªôçD ß °,KJÞ³¢ªß·
úZöt_ UWé?Ó÷ÿ[ ·ú÷ª^é" ªµûwý¯u 5Iû3/4 ^Oq_zþÙÑ."¤GA¯Ý/ïÒXuit¹Ñ%ôýÿItì†"-³ªKÕÖ
ß
n•‡i>Ó÷ Ú§(r)ü¡/ïl4-/ lŽ‰
¿Õý}µÿµ3/4Òµûÿíö ÈÄþÚ·Wëöôè¦â}õjþªÒ¯PëÍ/uÛ Åw×û_ïƒS‹ß}a¥öºÛ~-·"÷{ª}¥"(ýoúáúÒßï1/2°--
.ënØkßè4µõ³DÞ"ì ¶·ô¶"ÚuÞÃUí+S
nïXaOz×ê Ò ÷´ì$-1/2"¯ô•l0ˆKtÆ¶Çg ƒaýðÂ^Ÿ±º÷ÒxL¿Ù´Ÿ a2é;v
-(N"

,›1ìU">Ð< #í- Á ›¦aZ¶°`ˆ%ê _¬Aºa+·Øk§ov¤#ÅZU°ØV --¸6>Á é¤ D.k¹
A¶c ö˜â UŠ†ºÍ¤ JÐê)7bw\Bˆ qL|A§l0 ±4 i6•Ü:dH ´íŠ†G ×ä0‡
" l$ÕÁµ 8a$á,´ƒbaÕ ØQ" §È 1E4(c)´ÂdHÚ HŠ:'§ ˜d[ ¬ 6 R
' "Fš¹ < `ƒb ¨LPdD 0 - @Ì €-D*ö˜AÈgý... Ä& a0Âk
P lN8M
@ ,
¦D @Ë‡nEµT 0@Ø& P æ´ Pm3Ø @á a )8L a
BÂ"Â
'a4¬-H° ŒÃ"
NX2 @† Â#¥ ÂaR
0 ¦ÝDA, XP! † † VX LÖXt[¡± ...6}ˆ/aq Á ˆ ˆˆˆˆˆ†a0k(Å¨ˆˆˆˆˆˆˆ£ë
ËpÐ¨ˆŠ>±•Ä* î/T¿Ëu¤úý-V'(r)¿P•¤¨+µ¥
%"´ £
V+ ·
Mü P`¤WRc"Ý, DDGÿÿÿÿÿÿÿÿå(r)±'‡&äò(c)'
e3/4¹ ŽÄ£µ¬‹ PA"&v(c)É²Æ , O[LŠA${i'2 Îè â ÓF·=µ]W
¡°^¨ A]éÒv ßÎÄ: ,"KÁ¿
}Ú¡Úõ -Œ
¡ ‰ B1/2 ]Q ˆB"ÓTR••t 7ý
ëª ;õ K_UW3/4-2ÑZI÷Ý-k Z"êºz-tµêÂO"Z1/2éýÔo^Â(c)Ñ ÖŽ(tm)æFò´Žô;]Hh '¤"ò&ŽD
,!D "Ã Zd?R Š\HÈDQ ñ×= \ó²¯(FyÖ# xŸ8F¡¢§R5G " Bdˆ ê‰ãƒ
Q 3¨Á5$ x0h2ˆØÎ¥e æ
âF%S¡•S%(ôµH Lø¡0A¨*y@RFQœ " "á,89 !Wœf¡B›g " @Â,
† (& ‡O,
$pT0¡B
AB h¸
5FÀÁB¨& &‹r av(&ÈÝ Lv
˜C "
&¡ p ˆ' á º . ÐP¨ A' Âø*"Xì%r1 ù±...
@ ÕK °...Û ,a `Â

M0  l*Í
*pDt  *˜86
˜Eä  ?hÞ  CA0Ð•l  ØUT,¦  @Ò@ós'Å
 hÐÑy¦Â¨dÎ  uæ¸@ˆõ

 &ˆ~  øÒ<ÓF-i...OI°¡S'á  ájƒaPp›B,&  -¤Ú¢Þ  a¡3Í!P"îðí g
 m     +  ŸIÁ"¦ÒXÍ   ê ¡Z "(r)  ¤éa  á‡§Ry     Í&Z  a¦~  ÚäHÎ*á‡²
g     WX3Î$T3/4"ïIÏ280xŸÃ
6,Ã%>T0Á
'~hÄ¤ÞÚNhmÖÖO%šDíè  V-.-¤çÛÐ{hÐß1/4‰ÞÕii
a¶¡iP{(c)Ô   "ƒ  =0Ÿ§4‰Î_ÕÉr
¤ôCl'§aZNÕøa  uëôðµn"Vúíž°÷Òn›K"¯ÙB]oot¬0ŸßÓ
j(c)>  ÿ"ÿ¿Ókõû¿ôûÓuÔi5ÚÃÝ%úÿÚ¯1/2-?õÿ‡1/2ý}ÚõëdAºÞÞßÿû  ´ù1/4  ¯×Ým3/4"¯{ñê}cîê÷ß"
[CÐ÷¬z~Oÿ ký~ÿG¿¯ÝúQZâ=÷  (r):îÞý  ÿø":é÷é?õ3/4  Ž¸Z(r)  þ-Ú
Gø¿¶ÇÒäA5ß¸/§°x.ò ÆWÁ~D×ÿ_ï^¿Î
úßoÿ×:ŒÅî´  *×°ô˜1/2K  ¡É'}
÷uT3/4Ô  oúíð‹  Âÿ  ÑùÁÿïþÓÿÿUz  ×Õ  §ÝÂ  1/2ì  <0    ô    ì=ô ‹Ç·ÛX
_Þ'¸A  ßÐKõ÷÷÷ÿ¿ßÝû^¯~¯__L%¯·xl ¿þƒ
ÖÞ,[Kîë÷VÝB
ú÷´
÷ÿ×ý}-õõ^¿¯
Ó
k¿Ý  Ýa1/20Á"  ºUôÃÝ""  Ó×Z
ô(r)-...ý"úKkW¯tÿÿÿßuþ"-¬>ÿõ-¯  öƒ¶¶"  ·ßÚû±è$þÚíé_Úþ"Ó§ÿ_ßM    ë1/2  >Ÿ  }v*¿¯ô~ï}Cu±
ˆê1/40ëtšÿ  -z"Õu¯Ûd5ë¯{gE_ö°[zöþ¶û"jÿöó  3/4Î¿Î"÷µkÍ  ol6"£'
ê(r)ð{  Ž$¶¯õÿU;ÿúUtß×ÿÚïw1/2S6(r)1/2†°mÿþ¢ÿkPúí4  |kÍ  °6/12aðÿØuýk3/4é*°ý7í}?ÃKÓë×Út*
ûí-¥ê  öïÙ¶û_µ{~N¯÷òui~iú5î?Òÿ¯ý]ôêøi.*kì5¿íÿtØii1/2UC
§ÃI5ïÍ7ØjñaomuZuõ¿ôÒÿ}¦Ý^·Ùµ~Úf  ïfþûLÅ¥cÿñ/¿ý¯ÈƒïßﬞÚWlW¸oõ]Ñ    0@â•Š3/4á'Õ,
 ÷fûÎ  3/4ú›H2:µï¦óú
ÖÂeõãÒàÁ
5XÓö
&·Uïë
¸u¶]nﬁ¥UâB[â¢-†(c)ÛI§V-  ¦È.\SI3/4›
ÀV!ú
/³  ¥i¬HyŽÍëi÷NÃ  x[ˆ;M...
V
¸û°@ô

¹CI¤í  ƒ‰‡V  m Ð9  d&SÙ  á
 6š  a  -
Ð"  ÁÛ!Hh  !h‰ á²  Á4  ‡š8 ¸v'   "3/4ÂmD+5...Šµˆ;iG²=ªp@è1.€Ù
 ¸  ÔB@ê  0@Á  h&l   6šƒ ƒ  0@Â
 Úb
&Ð Á*PD, Ú,    á"ÔÕ
Vp$Ê  A" s¹:
ì  °§äÂÃ,4Âa3à0  °(tm)N
›µ  ÈŽž   îCàáÓœ¸†  a%0öqsX ˜0"!É1/40CˆaB-8bu¦""Í3‹  "  C#t;
"A"¨VÊ  ^^¨ÏH^^^^Ìg

!ÂaOF $MÁ Ôã" Q\DDDG """"""#˜˜Õ ±ÄDR:â""!"tÍj/é>.#É±‰|u;(KÿÎÁuÖ-Ý*Ò_]Êëi
Já 6 JÂA.¨< ù A"/¥ú (c)Š *
Za "0† @Ø! sapQ ˆŒ ÿÿÿÿÿÿÿü³ Ñ E"×!y 9e "
d' Ò+ª@¡B L¨((TíA"X*4Tí(p H/ë¤
,¢Tîå?¬¨ˆUV'>>./BdI‰
;í ¶"îŠ 2 †1/24...ÊR^Õ×ê¯×†·KþÚWJ ûÝt"¤-úÕuÿk]×j Uê-•ÄÂ x•£±,,YTFXì-ÉHÎèJL#ù 8ˆ
GbìŠç ˆQCa Ê›lã oT \) N
3(c) Ä$ th f¨Áœ
FlgÈè Y
Š - ¡ !(tm)"U£Z<` " @É •b" D,ÍH `ˆŠäð É,: !ç ¡
ê À@ÐTCô Â
2 "(tm)#8E>Ñ
Â
-
Ñ¹4 4l
EÂ %£b ¸
*a0˜Aá
4\0†K"
‹±jÚh¸rº p EÃFÀÓ
¨1/4"é P‹ 4l` ƒ 1/4
&
ˆ`@ ` US œ # ƒÁ
!ˆ˜D9 a/ &< i- ç"qN¹Ã3=86 AZ?´ hüÐA´n
&´Ü Ø.(tm)á§Ípí#`h Ú7QpÂ¦'"ò lÂ † : :A´ 'œ!0í(DuAPh a¤ØTÐM£ø0"-
ý "ÌOxA† Œ'£cOEàÑ¹Ÿ0œ‹0@ñ 4 Pƒ :MÖ(r)•í¤Õ:MÆ"¤ÜJ±>S1/2 Ãt' WU BUº~ n
v +¦ÒÁÁÍ -š žaŸ'´ q=ëIÏ ËmêÝ é:MªL4 æ,}Â(c)=O ˜Eó
ß÷"K_oÐVf{"žl'4 áé6ýZMãàÂ
-´ëiôß¤Þõ¥Ø5Óî
î;ºš[
¿"í$ç ÕÒÐ3×¶E#0a ØB'3/4ÿZ^¯÷Ý"Òé...l/VúWKH .×O(r)-ö¯ý>ÕûÖ ÖØZZMÕ}}RZÚuÂë·4;U
òAœöä' }¿Ðk ßÕÒû. ;þ›éîêï¿ë_~- -t*ûïí"Óî£ýÝïöºÝ-ýuÂ§qèRs6 ðÅõ ...
û-û ˆÿ§×m ˜ ?-Þ"¯v XëÿýV?ú Ó¦¿"O Çº×í÷Õo]×~XäÜª1†-·,G¦ßá÷ "^ zõôðÑ 'ÿÿ"IoÚ ä
+áRÝªò
G-' þß[öì ÿ E†Á3/4ðáUºKûiN0ÅØ&·ÿ¯s k¯¿ÿý6P7ð ´ÿ0E0‡3/4
û#*¿×V
}¥aºÕöD Û^ßµûPÁ^¿ûÃ"|#^Þÿ÷¯ëî¶ÑÞ1/2'ýuÚà‹ ì7]ý; ¦Ô oðÚz÷ZïV˜a"nª ÿ·" Kû¥¥Þ÷ë÷]?ªýÿ
x@¯öÓ~ïx6þÕƒl?Ãoýv×k"
%ßßü ´1/2þ›¯ÿÿ÷Võ÷~ÿûJ3/4˜t"×Á×ÎªðØnü:1/2ÿIÛ×a´"ú_ðí%ÙÕ/Û
%×ýÞu]ýb÷÷¿õZ
û ÿ[ûoÞ§UgD ;ûntÖ¿Þ›ó¢PÚM¿vÝþÝ úÛÿàøw ×¶(r)t^ßeÕÿùÑvt]úÿƒ_Öü(r) Ÿí+[Û}T ƒÃÿÿ
í[Ü†ƒÒÿ-ožOt3/4¯ú(SÕÿÖ• ×Ôn-ÿ§÷ýÿÿýÿïöÕ´› Nq7×"¥éßôÃUµ
¯¤Þ×Ú_kðÒÿÿÕ×í`×º†µ"vÚö¿}?æˆ=ÿß~ÖÖÖûW·¬ ûÒ[}0Ò´ /]"ïÛíô1/2´3/4õý´ºûJÒ-ö1/2ú´¶×ßM?ý
¦ßÿÕ,qPa)
:ßÞªÜó £(r)Öÿ(r)"Gý~×U(r)(tm) ê¦ÔwÖž÷ ‡û"Ž˜kvqS]œ^ÚpÂî¥÷1/2 ëW_Ð|A´Å1ÚÚ·IÚ¦Å{õÚ
" Å_kí"
²òn JÖ)† Ú³Ü† µØ¦Ò-ŠŠì%T¶ ÖÐ6+ŠûM0 Ý˜í3‡vÚëàÈæÈ ši...iA¤ÚÜ0- 1/4
ÛJÛI§{I°D-1/2ˆQI"DÆ" Âj* ¤Ðh6
zmZW

š            Á¿q,        (c){¶Ð6$%(r)8iz1/2}aµ    M5# D( @â  ´   "  Ã@Á#@¬0-Â
CJ4
  6DpT  0¬T        'l Âh  0@Á;PD+ƒ¦(  0@ØM
-É  é4Ù
   !æ   0  ŽB:µi  WðÂ^œDD  "3ƒ:A...$7  ˜"8ÙU¯I0ƒ,  R,

Â  Đe  " Âa  µ
Ê0w;ÇeADÁ  ,†Œ9...   ^²ñ  ^e
   XH  a,ã(tm)  H5  A    5 ÐlRh
q       -^°"G     Á  Sq´$ð^^^^^^^^ƒ  DBh"DpD  pØ@  ,w¯  IÄDIZ•@,ˆÎ¹ÿ_    (r)-^µ]a,¥Ia$¡t*
 $   IñH(í
¥-  Á  $Ò=  ÇÿÿÿÿÿÿÿÿÿÿË5  (Žú"Ù<Jâ'KrFRã (tm)  ŽÊ    Êœƒ  ‰±é,Ø_¨$
j        ÁÞ,Jþ  .ÒÒ  X6ò‡é}ö(c)ÒÚí¡  òÙ- hí  DV"hiª-    "  ‹  ¤$WQ[|"]  ªßúî¯ÿzô3/4ÿ¯¨ÈKÿk+"
a%Õj÷õ#|  gFSç  '×%"DÐL1/4J  'QÙ
h...95&H  Iža  H  ƒù R¬dˆuc3  ë!#fz:  6(A'ãá  "k
DEQ
ÒŒáž  ÉãF
D3A!
ô  Òj  d  pðƒ(,,
"'-
Z"  (C  ,-...  ›  ·M
/A6  ¹...  ¨((LÑƒ...
¨"!4#
 ƒ          Á  ‹ç"n
  ^.Ã
   |þÁBê\d‡èßFæ    A °  MZÈ´7zV"h  æi$  =Â...    ¤Ñ  £xn  IÓ}?  6  uµ  J¹?¹
U
Jå  zù  .¡,³Ó"ïWI³Fí  $
ãiÒ`ÏP(tm),Rí tŶÿt'‡Tòžhaµ$TÎ3¤â  èžÈFõÓÚ,Òêê\œß³6
   ¿A·ßn×zrœƒ}âí  -õµÿ_×ßÃ_"}}nßv"ÕUûj*
ïÿ~úe'õÚÿ{1/2ïèU1/2wkÕ¯ÿnÒÖ(c)Òoßëþÿ±Æž°1/2}-1õ3/43/4û-jê-×Þ=!ïB¯ûû
"^ÿíon3/4¯úßÛ3/4þÚÒÒ,§&ç  Á  Ø*ï_Ãþ¿úë`í+1/2¿ô1/2  ÿ[ø"ÞÔ!Á  -1/2?ˆÿ¿ÿÞûÃ  Òí"wMzöÛûì
Oµtá  §×¯  Òèí%ðÝ  "Nª¿ïê´-}/ÒÖ+ïÿ`ûþßzú¯îuWþÒ$~Ó‡KïÒŸt  Þý  ßàßOúî0"ø?_ï·j"ûK1/2êÿU
ð°ý~-Î´¿v!{mî¿ÚÓ¶úêD�3/4¿¯r¯[í›ù  ƒ  mÿJŽ#"Û^1/2iª_1/2"¯1/2~¯õ ¯úõ  }¨kXÿòùç}"k÷÷÷¬-ÚÃ"ý
{ÿï¯õ÷K`ÿÿñ  KkßëN"i"zîî  K(r)×¶ûûâ-×ö  _Ïl/4T5þîØa>ÚÓÎ+ZÛKÔÔÃñ  ^·S
×ÿØ¥kþB
t?9ÿÚt"á-õT!§¬",,    ¨Ÿa¥°Á
)Šµ¸  ?³  ÝÚÿÿïß  >ÜT4"        †¡  0
    }²   ¤á¡
   ÚZv  N"'Ó
Õ9  Ò Á
   a  "Ä&  x `  ,    a  ƒƒ¨"ƒ  Ä Ÿ Á  °
,"    àË...m"Á...Á
P@Ú...
 ƒ    ØT
8iÑ&î³^&1/2Y¨ÚúÑc"ÊÔBx^^a
      RŸã^Å-9U  4Á  ƒ  -Á³Žp4{  Âf0w2Q[4+F""&¥        ZÄDDF"DDDDD?  ¯"tŠì›QRTª-Z{Ú
I]+°¡*

$² p¡b¶!
¤Ã
Â
› ¤Üm2Mq¡ÿåK ÿÿÿÿÿÿË&# hì' ¬ì|› DO*(tm) e v-B É8 ‹ +1/4
  B &xL(r))Ì‰Œ¥ ...íQž P"ï£Þ{
¬-d-Ö dÈ,ø*A"î +
:ø-6¥?£±Žœ¥Nd(Ý¯›ÖøZn.-:†±hH° jœŠ¢ œ~y1/2Ç¡ÊÚ!HÊ1/4‰-hqñ Ó(r)êú3/43/4-õÝTRUTß]
_Ð}Ü‰Mõ×_-Uu_õð¯¥ß
Þþ(c)*ÙY•u(r))Q %ofTÑÌ‰Ð¢rPŒ-R 5 )%"YÂS DÍC)3(tm)@Èh Ä0ªt 3(c) hãS":Äò
  '²t(tm)Œ^ ;*Ñ Œ#²húy' !`ãž"d T DdÁ ãl jC žA"¶f!ÒÍç 8)>O Å Ã: $Æá 1/4A&
Ò8He "Â!ù CÌ5A,
(PA¢Þ æ 0ÁP7(
        "Aò|0 ‹ ¢-¹Â
†Aç
-E ,, j Dm hè<õ¬*&> ð‹†˜*h¸
*a 0(c)...T\ Ü (P˜(Pš5 ƒ 4\0Pš74\0UTnª7°Mfæ P ÔŠé Q¹,¯7
°FÅÙ Ò7´E...Ï
à¨ < L*˜`U
  x@÷Sþ û
" hÜÐÐA°" -~
& ª,
  iÁB ,ªA(c)¹¤æm U& A´ÆiÓ rM"4¬' ¡íŸ† (tm)Õi§¥¬3Ìž£¡tÅÜÏ ôœ(LàÓ 3/4aSEà0TÁ
Q±ÚÒµt Ý/m';N†°"
Ç L4ƒ[ª Ä- ÚL Aá6-›@ÏJÞægÞéSd¹)éÃA ûþé6
3Çù£40ÐH"
Û'Ðzt&Š +
ñÓ±...H7§(r)¿"[K ¤Ù(tm)œéÒpa Ng4´-1/4Í"°àÛªÒ(r)(c)9ãn¿iý"]-´)6 ,m}}]...~í4(c)t"ý;ÞD
°d²"m:
Á" SÐW Cõû¯Aú-n...zn±[(r)(c)ÒZÝÕ-õN˜õõyÒuÿ§ úÚ}-UßMþ'ûØNâ(r)Â°m¡|< t(r)ÞöéW ÷§K
éý(r)ò›§["SanË‡"ïëìWô²nÇ~Ð°ýw¥§V"ßÆ›k1/2Õ}z K3/4Çx·ÐÒzI8f28"Hi Þû°ññõÐíü7Û¯":õ‡B "z
í"W ëíô(c)û êyÕ ê²X(
ÿÚn"z wÕ}ªï0<Åÿ˜ŸoÒÜ@ñ;
Ì%|§þù šö [¯ëKÝ=+mƒöqzÿ˜"1uÎ3^Ýþõ¬¯[ Ïµáû˜ª6,5úµÂ&?Uê°<"iß uÿæ Ý ¥°Ã
OHÒŸ [¥×úZýu{K_ @¿Ø?ýß`Ó .éß
MÞ"Â
WðŸïõÕ{þš`Ûû +W[§û ûßéªuÛ¶ï'OÃz÷ý
Ð_kð¶1/2;"I]}ƒô×3/4ïÿ'"6 1/24"þÓkuûÿ:÷I]?ª6%~ƒ (r)ž¡*I{û@´ý(r)ê 1/2aºÚ{ªúýa°Bm
¯]úÓ_ê¿¿muuÕ-Ð_Øo~›upÚJßµêíVÝUêø7zõÚ ßÕÃA¿³¢ýfjÓs¢Û³¢îþ"V!?d4ù u[Ý/ ûi ú{z#ªKÎŠë
U÷ ¤ î÷±_õª¿¯¥l6"1/2ªµª°ÿM×ÿïÑCoÒo1/2ý]÷î·IWxwì5[ëN×~úëÍ ý*ôß÷ýs=û]nëoíív¯oÿ÷ í]µû×
µÉ×ëPëo>1/2oªë1/2ÿ_Õ¯÷é Jÿ ôC÷lÚnøi%"ÿ-ÿ
- þÌÓñ¥ÃKÛ_ß^(r)"W¯-ýµ×ÿÿ"*3/4ÿÚ°û
÷õ
  ûî(r) [
i.Ú
mÛ vÃX}...ïÕÓY Ò°Á%""UOü7JÇÚÿœJ ÂàÈ¢iZ§ö§ öáK¥þú]Òè _¥KB-×Ó
'Ó ØA-WßØÐK!
ë ¬0^\ n°QÎ¡¢& Ž¸a °"Köcn¡˜í["K1/2Â± ˜¯Ø0D›SV:^ Û7ÿÔ:¶ëI Ûî3/4 Ã¨a(‡Q
¦Ú\S "² ñ;ªÕøƒ† ka]±

'-ƒ@â¡"¢› +IÜ9(HT^ê)¨a    Å    @Â
H‹6œ‰
)oƒ
iv"0-{h+XW%@ða(¦D°ƒ
D"  0@āL2#,   ¦Á5µ 0ƒ
0›q     "  6'   ²#.j    i  M1  -
  @  ,!\4!4Ó      "ÔP+"Ú  jÐ)°C íB¤
  0D,  PÂJ  0"Bh økh,,
˜L-E0N,
&˜Ag0    :"  A  k


BÚ"  ‡'Ã,
²,


 U
!a0B,"Ca  S3•  ¨B,Ê  ƒ  4!¨DèC  y-!  q  ^(H    PD*  Í
±       Ž"""
(c)YÔÎTrµB(²ƒ(>¬DDDDDDDDDDhDDDDDF†Šu^Ž
  aDDFÄkñ  êûÕj-ûö´ûþÕU~ƒ  WýŠ¿;¿"    ši¥
2#¨0@Á  æb,Š·E   e.P?ÿÿÿÿÿÿÿÿÿöÒ  £"rŽ  ,ÖMÅ¯+'(r)¤M>µëÓÞ'Ü(r)$  MR'a-DXÉaÕQ
Ä/Ë‡8*  g
'  ,-~ª.   :.ê  Á"  4]º"(rÎ  ä>C  ƒû"Â  ŸN
y¤û_Ú  ÛH?ýýÕÃJæfé/}nµ1/4]ªÿc´•ÿá61/2-¨Ûý´ý¥Øn
%í,í}ƒÂ,}3/4Ä"[îÿ   'ÕØa  ª¥á1/2  ú°ÐWÛ\7¯Ý´"Ó"zTi@éu¿
×^Û]{âp4ý^¨ÿ"(û]û>º§û¦ û]¶"Úwß×ó      Ú[ÏÚ˜ëo¶-oƒ  4Î$  ©·
!I¬4Em% u  NêDáÚIÆî  ...Š"Õ5"@(¥dXA    9
8+*Ê-0¯T ...  6  Á   PÁ
DDDDN‚^¨ëúÒ"¨(ÿÿÿÿÿüµ  T  ùn/j?þY  ÑÑ  "eºÄJNM-26Êœ  ‹0eJ      ÁØ
Ê]2HÎÃ#4°¦  ¡¨M3²cžØ,  0D  à-høè7"°(c)


L!(r)Òëä  hì
û)ý  ‹
5O‡  Ä--'  £s@  Îé´$]
A¤‡;X[ã•µIÂOë    ÿ§¯ÿ¥
ÿ  ]/ÿkõõõ¿ái'î¶3/41/2-"j-¨M  xR  òd‰U'DzR¨ÉJ"á  !B  ‰N‰ "
-¨èÂd  'óJ"¨ì  ¨É  ²D*sÙ=%    "Œñ¢-Ù˜9pÁ  (SÙvxdàà  B,flÔ!B<Â!D  4 ÄÈ^'3d  P... ÅLø@ ƒ:
  "Að"È\
u TÂaPhŽ ¨-˜((MAS¤  ,|""] ¦°˜L(Aª. 7B. &
š5ç  µfèE¸lŠé  v  0¡  Œ(UÝ"-
  1/4
(R|AWFæ  S'xe
^†PnjNÁÐAè1  Å4n`š"È ÚMB
¤
    ‹¤è l£      º"ñ›´ØXfAÞ  ¶Päo è  Ç³Ž´€ Í    (r)ÑD
Öäl/4î-"¹,bhtÚ  ßÚX%h  ±=ºß3/4›    tž    =oÔ  H×  Ñ  Ã"›fß      ða
WtëþŸv¨Vî  o_÷@Á5¿N,  ¤ä&ÒuÁ ¯õq§¡  ûW
›÷v  Úëþ1/2-Bm'...ÒòÿÂm6WÒû÷Õ¿a  ÛÈ,¥o{w˜ßÛ ÿýÛÿ
ÝõÝnû ¯jžëÕ  c2  -Õõõî÷ª[_ë(r)ôñúµwO¯Ã

ÇQ×,§û
  üBzÛé$ÿ"x...þ"¥ù
-œAw  Vý†ïÈÇ5N  ô ¿Ü=ê
úî
¿×,ÿû÷³-Þ  ˌ°"mw°Ò¹"$bý\  7íðýxEÇ  |#[  ïÂ.ïþëê-¨Ak@,7/°z}[¿è  (r)ÁÛ·p,Õkð,×ÿÐZ÷ý;¿" °Ú
·ðÞÓÝRú"  õ∫  ô  1/2ú¥1/2zú
ú÷IU_K   mÒ_á°µ"¿ôµ1/4ô6ß
"þž"1/2Úô¯ÝÝ"  {¦-ð¹  5×AÛÒê"¢:z÷ÄÿÖŸýR¿Õ?ZwÓX=öÈiýyB  ÝXm_³§pÎ  ÷k°íîz×}oï-ê·UMôr
è
Zëkê?Þ}oÝÿÕwÓ"æ%oû3/4ªú[Òé{  ¤›õ}pêúýÍ  ¿ïßiv**êÿoH  ›_oïVúo´3/4í$ÿÒõ~õ^ÿ3/4ßa(r)Ú÷ö(c
)ýdë íûI~ém:û8"  "Nî×mƒ
Ov(tm)..."ÔÔÂûõ1CDK
%Á"3/4Ó´  -Á  1/4,È"         (a§xLÂù  ªúeÒöÚê¶  0ž Ã    4C  z±V¶cP‡ G°‡  tÅ1LjÅ{

  í(a&Ò°    [
$›  zui<Å§ñA>ØƒÞ!Aª}w  Å\Rv°a*  ã"ÂDI¤  @Øä$xph  ý
B
  £Ñ  Áµ   dGA  °
,  ^K •'-["Á  EpM"BŽÂ  Ð Á  "È  žE"     `  Å0ƒPM  t  0¬`àš"  0@ê!vE  ƒ!è        "Â
IÂ  n  @áT ƒ  Ú"9A°jª  L  OÒV¡¨0A
A¦
"Ž{L!\Ñ  ^"0"XB  U91Ê@BÔDDDDheIj"",5b"""#F´""""""#ÇÚYM]<s*$¯•¬W¯šÒì\¯É+IÁ.ƒá,HU8
iE5N    0  °  "d
DD  ÿÿÿÿÿÿÿÿþ[:(c)hUÊ"MÒ£#1%°^v·  'c"  dI  hƒ"6a(g¦Ì"¹3ì'‹  "ñ  2ù      N0ƒ  Á
f±...GÎ
eGl...    A°D"q¢0#ÛM    Ö   G¦°Ñ± Õ_  ;
,ì2"Íp^(r)
Q  ¤  FÆ"a&Ð&Ò
¤Ú73"õ;^  Ø4Lêy¡
I
Ø[I´"ÚM¤é:M°(tm)-ßlJšñKy:Ðn›Iý[PÝ7WMÝ  Ú;)Gex•  6T¥¥¡å  V-¶"  V°¶1/2zø'>°"÷÷Ûi¿Ïëïûõ(r
)þÝþ§  )'Úézk~¶  }}aWÓZïr...¿I{ïªWO(r)Ú¯kíû§Ó][ïµµ÷ïnëµþúÍ  4v  ;LmÛ¯uý"õ×%±Ã
Q¨e;Î24f1/4¡'Ññš  !(tm)  ÈùÐ  ^3XªtÈb  Qü$w  êÔ·-  òDl,!yœ#Q•aÍ  áMq¡"  >^š/ÿë_úò
"A0D"   -  `  ""@Õ        ,  x Â
"¡
    !hENGQ       6^³fv  •:-Ûê(c)á0ƒE1/4,¹œ  a9±í
ÿ_ÿë[í-   ,í`a  Ì"íé£sD  ƒÐî  p‹Æ  Í•    ^   ü,þÓU  ·
"ì"ââ">  ÐBva  D.  Ø§  ^œ*    ì  -š>  ,3  2v
ši6PàÛõ  ¯[zýi  q=é°´  n
ãA6  ÷z
"i65N-
¹Òl!sŽ[",  é¤  7á4  *t
  0•týß  äƒàÎ0  n  ô"{ÐmÜ-   "^ïþÿîƒƒ  é?¥pŸU¿^  i7¯VÐ:Mƒ#ø¸¤ÚL  ¶~ƒ8hÜÂ¨h5@"#;
ýð¨žá=:ÿ"pA°•îU-¸_Mn"]~•¯ÚWµ]:Mîÿ¯Oo(r)¨ì-i×"¨è'<3  ^
Ô  ÇßÚúûwÜ  M~ì6îû¯ýß¯îz÷"_Ò°þÙ\  + û§õn-Öý_ßm¡"£K"ô3/4¿íXDu  "^Úƒ
1/2¥ïÿû"ö-1/20¿L.ñÿlbö²  GÿÕ/}>¶  °¶õÇÛ¨ýtCŽ
Çê  /wÔþÿÕj"Õ(r)šŒW¡_Aê   ¿¯pïÖ‡÷¶¿T-p[^ÿ^(?"[ö  (r)•U~(r)ï  ÚÝ§$  ×,K‡#¤a§Ø-zþ  [3/4F9
ø.(c)  "þî

ÿêÎ\$õþ3/4Ýööî×)n¨ëkà    ŠÞ¡7¦Þ1/4  qßwö¿ÙÁßÝÕ}'£f¿÷Ã"ûîÊvÿÿ?ÿûõÒ

Ñ¯õ1/2h-ýoÓÿW^p›þÛá ·ÿÿïëþ¯ÿÛÿë1/2oî  û"  ,oï  %_ëßÛKWÕtqÝ[¥Ò¢ÿÖÈ¸×÷ÿ1/2‡·ßÖ"×Ý:
ß3/4-úh%vÁ3/4ñÏí{ú×zïßomk~¯¯_Ö*ÿÿ3/43/4"¥ÿ{kkõV°ëîuK]6ß"ÿÿ_jõÚ]^ÝÕV¶˜ÝûþÃiWö¹¶ëÿ¿ÿ-
(r)ß#¯ì‡¥¶t_ªM(r)êtM5¥¶Cÿ°é÷bœê¶"V×Õïímnù_5
ï OãÛ^ÿûuþêß ÷Kÿî¿Lö¹kkV-ê÷Ú£§k*y(c)n•ÿÕW*Oû(r)ï~îÝÕ´(r)Ýt [¦éþ(r)"¿á¯¶µ·"ÃWþî3/4õÿ
þ²·_Ø=ßô°ÿÚÓzûêÃ-kô°µZuÕé×ï÷-(r)-I'¨¯Öö_7U¥a_zÿ¢...
+^ Ø9Ýi/Ó6ª¿^ Vö¿IÕþ(r)!"ua&èÐÛ[I°'m¥tÚñ
-¦G 0K¶=S        õ ¥zf ¦÷(tm)Øm%a...ý´3/4
ÿÃ        (r)Ÿ·" -"0@ÿ
¥^'›Jé6Òzmm´(r)¬%m¤ÚMÕÛ Ä cö 0L ±
i5 ¦ Cî³-ÃKM
fÕè†
+îÕé(r)ÞìA×Ú"c¶85‹í;JÓø`"}Ú†ê A+
é +'ÃM¥a% 6¤GTƒ 7^9
    FÓ" " ÁT...&Ø% i0m6_ö=ßÍëäXVƒ è 0 ´...HHIÒ
Š    ¨(...a%b£b ^QL*‡    Ãa0ƒ@ƒ        'a0 H& Š 9    0š
Š

î~0JÚ ;jëX¯Õ*%a¢m*-ì&S'Ô)S    ... 0a â)"Ä'
    aXa   XB Á2‹B    DXA,
ûÐ †  µ&œ Õ;AƒÁ...A .   ¿é" Edà§ 2ŠP^^^YÜ"B"
    XDb  1 ^^^^^^^‰¢ ¯^†
~CA: @Ú   AèDDDDDGXAÄDDF]Ê tM§ ßÒV"5}WªB•azÒA-p,@ AC       R
T)  Ô\$",B¤ Q-qUÿÿÿÿÿÿÿÿÿ-° ² æÎä'¯È\ge°)Ú &ê-< Â@ )o  Žç ‡É"ª³Û MAmA
°ÕCÍó1/4 Âçn*4;D*Î...ÚN>ô› ‰ Gd(c)èNÀ-',î‹ì] \$š;úªÑÚÕS´í ÿ C× ªÞ-÷|zª¯ûtª¿ß(r)1/2-zu^
ªª(c)ª(r)ê1/2>¿MRlî (Î7"M<(tm) (tm) 4îõTÉ²äßDr#Hà§†t7:
uGãFSÇLá * (tm)|ÐB"y
   f\$Bê -Î ¬É ¶ƒ †(Pƒ"aÏF d†l š!ñ› Ôa
   D9È¨!k!ú gA¸gQ !fNÊPF.W-2A•ÆÓ1/4›*ÆÈ(LÌP3/4..."\0¯ Â` ...        ¢ <ž640˜PA,
!" ðƒ TÑvÂ
   Bam  P´5Õ&‹Æš Â/+"Ð4]´ "0‹pÉ   Ãa    ò@BDK£X¦°Ö
"  )£'a ŠA' (M àÂê
   '£{0>~h"L  ¦ vÂj,m ÃBxlj"al'"Ž XEóA4 ìÓ 1/4t ^¢{£s Ú73Õ¸H m àÁBj
ƒtN ,&O  ƒ 2 R€Ã 49ý...}  &"Ê : pÎà   ...4ªÐÒxAÌò¢†~"Ütôá,
E³ÔÃ    ˆ ?H<dÿ
éÿ"Ý;ÂtŸ´ è z´ 6 › q"/"Ã   Tla "\ ñ<3æq\$Ù 1/2=Kò?
I°i§! 3ÏÏÃ"Ý+§úÕÄ"
ÚM†" Z-(tm)¶
ëWõ   Òm+] m+IÍ
0NhG‰4š
   ZAºi  \$Rl¨AèU¿T1/2Úa7NÂµsFÿƒC°ÿj]7¥"p°þš{"¦ÒoÓJñV°}ªõ×¦é¦êß°æƒ>Òm&Òmðž'þ´¶1/2/v-é[
¤"uêÕÚL ÷ Ûû÷[ÿÕÓ Ûj÷Ý÷(r)3/4¯Øji5A3/4ƒ°¯´¿¿v        Ö›1/2Ú]¸¿Z
à"Æ-þ-õ_ ´¸Ù ¿ã QÕèÚ¶ý§1/2úuë_×Çé"Ý´Ò ÿ§Ÿ- üU£
ú"ÿ÷¦]ø." 3/4° /¸¥þjCÿ °÷ö"rÇ8á>á{§^_"BêÞ´X‹8¶þùb²îß_ß|ä¦| ¯¹ Föq}l;_×1/4§õß w, ß}_ho3/
4ý¯`ÿxUÕw× ÿ¯a a7ô ³ð~ÿõ"Xÿ×ï;z kë-Úÿkÿß]0 ×é¥ÿÿÿ- 1/2
È,5Ã /v^ÿ¨×á }zþÿ=îéÝ Pê-ÿëáé†ÿÕéßÿ ÿv´ Xï"Ôª1/41 ïÿA}ú_×Zúv¨0Â
RA_1/2ÿN a¯1/2ðÎ‹ÿÿÿãÛ¨T"°Ã°Û[¥oÚ"]ð-÷mý]]~ûá
ýÎ‹Õ¨ìè•Aßë:"Öÿÿÿ÷-[î=o¥ÙÕÓpvÎŠûû[J  }RÿV÷léÿiÊ/Ûÿ ÷êÉÿ¶Ö¨úïµ Û§û!"¿"GJtOÚÙ

uøn×ÿ¯áõÙÓ0û[þŸý4.ëkÿü4›1/47ú§VÚOß[Õ-ÿ
%Ö¡¶7þ×í,Ñ5í  õ¥ÿ{ûû¥n¯[³Mw¿µÿµÛW_Û]†  Ð]ýÕÿòT†Õî›KÓ÷-6Õ
ná¤  oßð¿Ö÷×kØ]µhŽµý†-1/
2ÿ    Xf  â§÷´¸¯óõî¯_î¥ê•œH03/4ÿ
+Ì(ioØW]zû‡û
¿Wõ^ÔâÈü  È˘ôÕ
/Ý{fö=ŠÖÍ¡Í¯b¶¯t(c)§[uþs(r)6  @Û  2?jÅ7JoíŽ#Ša--˜...u÷iz·ö"}×Mn*¤(áØ@ä3÷Ø"ó  ë  WPê44Ó{i°
¹

i¬4-5ŠA¦ÔTCŠt  V)4ÞšŠ1/2ÛÕVél    {¶;¶Ò[
$  [L  -;  6,    a  œ4ƒI°H0"
,     @  °LP Á5ƒ  0Å    0@Ú    m2$  "BaB˜T    êD´ð¡"¯L0• Â

%Å}S
 >1/4PAµl(L‰(tm)Þ
àÐl ªÐA,   6ƒA    5rô    A"  B-"á°          S'H˜à´éš "CL  Â    ÐÃÍ8AŸPƒ
"  MD&  dr
 Ö)  dH@˚[¦Âb  a-æ€B
*     R:àÊˆ"  B,  ìÃ"TL !      Z"DDDDDDDDDDDDE"á
 ¦)0ÆÂâ$  ‡pa¦DpQ  œ  B8Ó^^^ŠB Ê[B"2(êQIbaH  Þ-Ž"""?ñú-%éíRZ¤  ,  $÷$³±A+¦ƒ
P-6
  A    ÖA  "!b#ÿÿÿÿÿÿÿÿå¦Z-ëPS"¦T^-    ...0[  2  ê  ÕBòÐ
²‡JA· -pv‰
 År*¹ Giü¦ù8ç˘_÷_ÎÖ¿ë¯¯- úô(c)~°¶•iü.ëÝ-¸²""PÝIV(c)œdY  È¦x•O  ´ž%otS'}"    ›"ÈþD1/4  eÒrl´g
QN¯ñ(tm)(tm)!ÝÍ
Ô!Fz:ˆt  CD)É'"ÖGä=Â
è (A  Â
Ÿ,!ú
 gQPÁ  æÆ¦`ƒÎ£
û:ˆQœ0D9sœÖGÂ  ¤ìÁ"  @P^~3 @ƒ  34 "Â
 a0‹€ÁB
 ØA¢qPƒ  ØBxii¢Ü0^  0A 1/2¦
 a    œ+èÖ0EÙ  õ    EØaBi    %'H
˜ ÂéÂ7
?°...&š  š  6  4ƒ
       È"  Í&'±Êƒ  Nô  m
 ª  '¢{hhÞá<ã-
"È é1  ¸á  ÂÍŠD¸Âa3I  Ú'/  Ü  (tm)  6  1    Ä(r)ÈAÎôk¤èJ1/2i  á5¤Ú³  8Ó
¤ç˚ßW²‡ðM  #æ"jââ#}]  'Ä~Gít%eøgç§<F(M
 ê-M°  §'...foláºÏÖ*Ôu¥w1/26Ð¶é  í6ÓtÞõú^Ða0(c)  Ø0Ÿ*Ù£µJá
O3/4õuv
Õ"éu{I6"éZWO×émîèÐuo÷úÖÿøWÕ?3/4·ö:Z¶-kð"¤  ÿÕïÍ°-Uõõk(r)"  _þýµWÿí%  "ªŠûµoÅ×Š  }^ð
Ë‡"âð÷_ïëÄÿWê"‹ßß˘ô.Ç3/4÷§ú&9Iýkë¿èŠç"ž¿¿{°óTÿûîó  þ¿
-ªaõµ]ÿ"?s'û¿HÅÿ1tèáéu[ý‡(tm)‡þ-×(r)-¿ùÁæ  ÿ"_÷_×úz¿_v"]jû¿û
¯Ý"ïµ1/2ÿö3/4È˘×µ  éï_Ý^ô´ÿ  ÿ_ðßÿ-éÚ  ÷_V!3/4÷Zÿw_~¶-¥{[ý7_  ø},ÿ}*Þ¿¯§¢D  ~ßoþ":¯s°ïöƒ
a  ÿ§Ú¥ÿu^Þ?øa¥oÁßþðü?Î  k_Ûk}öC÷w¨...gEß  ÿöÇÓÿÄÿû#Òù  ¯¢:õs§Ø{ß{ßî×ëíºè¡
^*ûJ  ÷1/21/4òèûÑEþÖ_Ýúu¹
   MÕ´(r)¶µ(r)Ö¶  L4-\>7Kí¥Ä¯¥T--ï÷°áþŸ[ëß1/2ïu"ÞÔ†•Ý--újhµï‡"¿Û¿öãý
3/4Ö  ^Ó·¦Á¥Úÿ°•Õ¯{ÇU  ØI¹  ˜  6ž  l0·ñ[Mm›ém&ëŠ÷an

§"Çú¥æø0¶Á¥u›Í"  izú˜ŽÓ

    u ÇŠ²<*W3/4...CNÒÒ°Í(r)$%† h‚ôû_ G(r)ø¦)Y ûãOM¤*i(r)ÓÛU ¸PÕ¶á›        T
qL J*F¢ÈHQ     ƒA"
0ÒiÃTÐl*O"J‚j(Ì@ ‚  ‚ ,!f
"Á2#...nÃ# †œ vÒtà ´ XBà&*        -¤d \+
& 8A    A‚(r)
  m   mŒT.Â
  Á... 8áÑ Y7@Ê x‚†!O; Á ƒ "2÷ #
C
f-^ BšM+( † 0Cq            ]
  ± ÆUQ    #K V.±íŠRZ- tV¿Ö°ª^-°¹Ú¹a""¤~‚u"Z PLBN)ˆH(°Šà@Œ
ÐÃ "HH D ÿÿÿÿÿ-ØNñÿÿòÓ(c)KrÃd-d°D_(ÌœP¤Ûâ +h"Ží*e>
Â...A‚-æcM F Ø- räVy ‚¶Bó< GÈ(*>B¯j Fq •2% Á-ÓhRjä¤ì¡ÿD
ž BÅ‚ (tm)r&Á÷ äØwÔêé˜X¶ (c)$Qw;:QÈRhEÊR"N(tm)ö
²¢-åpoÿÿïJ±h kuõ¿Oÿ¨¿íí Uµ_á Õ
ž ×Uý?êòÃ...iÛ"¿]WÝiaûI t^×•4 JÊ2 > Ýëž1/4† Ê¢â    ç ù    õ) f)Á    D9
N~.¢"rHjN D)r' GCáz " Å B†H‚    ƒa-¯* DpÊtGÍˆè<ÔÈyÂ        Æ(c) ô(r)š
¸L Â!z    HÀ$...¦¯EŽ D 9 ‹"Ü " AvÕ0ƒ "
"Ç
²Âj‰Ž̃ÃÀ ¨p (& pƒEÄ"C°¡":C    ¨A, ÁB    (TCð7%ÁÂ"g        Æ² HŽ̃ì°wa
"¦ a£}Á 'ì ¹ t *62‰(c) @M†S-"œ Ø@ ¶¡#û? M1/2 Ð&Án p    š,
0¨ ´/
  ‚±êÖ T^Q¬0(c)óuT (M Œ    0 "Á o    ê œ!×:Œ°Å°§ƒ‚âxh'IÁÛBV ?$ $B í7H7¦"bÒ -
Õô ú
1/2E¤ÜJ°1/2
  Ú\ æ‚
œ ¤Úpƒ ƒÄù d-ÙNNl :p¡Qø3d    Á 5
P    ÉcÞ
öì un*£6Ó×[3/4•öé=Î9:mtÂP¯Kt '÷sÍ1/2ê×ÜÑþ°a6"ƒK¤çÍßm1


AžiZ£[IÕ&ú"
4_9° ;
øOi    }t-ï~-[ÒO]·ÓVñiÒÒúVŘm°a6-_jîëi6-×[ÓíÂ ÙÜœßÌÉ×1/2êÒn    xMï
õtýZ¯êÕõ~×××ÝS-Ó‚KÕ-´(c)ÿté+¿ß-ßÌðÖÿ]~ nð(r)œûûÒÒðõi:OÙ°ïß1/4 ¯ ý[VÝ{"ß J>-‡Ú [c--o
K×ã×›Á :ÿöÿuÚûëþƒzý_ÿî ¬l=û×Æ÷WÖZkw¯N- M;ÈQÊG‡Ã Vý?ÿˆ‹üzý¡Iz-¿[*õ Ö÷Wü...P ý
ÿ    }oët¿ñÌ 95ó {Î
24%~ý(r)1/4åþS ÿ þœ ÿ±Ó†?W}÷œQÿ¯x'÷-=ûû¯Kß×LŠtÃF1/4?ÿïÿÁ    þÁ    ï5 ë†0ÐÿïüëÁÿ¿
V "Ozöµþ"³8w×÷¶ÂÛ
U.ÿµþþ-ÿA úá ÿöØ9c(tm)ÊrŽ ÿ °†Þÿî ZÓNþÝk¶3/4Þ÷Óú†ðÁ"
ýow¿í{@¿ûAUïa ÿm‡
"E‡õZßðÚ×ýZ_§"ïû¯¯öŠ€^°o
-û¥ª¯ÿé ýUk¥Ò"    =‡ýûWÛ ÿÖý }êêÿN"3/4uÝ":~·µ ;ÛÍ¯?Jûû_oGÚúýþ•Þê‚ÿè6 °ÿéÿçD×ûÿú["
[÷zu¶Õy
Sëüï{í ¯§d>µ¿ô3/4¿[(r)Î̄ ]á¶ðoõµÿi Ó÷~þ̄ ¯÷}Õjé6"p×Õ[ûŽÌ§µ6š×î¿hŽ̃ºßµûÿß_ÿ"ý àÝ
é °}-P•uuT¿i43/4·ÖÓkÜ4¶ $ßWßí Ò[ï-ü5ïoûî¿ûKZïMð Ñ7ë"úÞ3/4ïÓ~ïþ¬.Ýk°¦-Ý÷aRmøa/Ú^kö
¯v¿ÝmðÖÿ²¦ûÚ#¯ï"S>g {Î̈-ÕÁ ô3/4
-Óa;öÒõï1/2    vÒí+¦)[cÍuï" Ý~ J×LẪZy    °^1/2¢.
  i¯WVõaM¯^a ÛÚ ívêµ þc-Š3/4 Öî ]"Ë"ÙI Ž¬ÆÚ[i0Ò{†ÕU*z

¯‡LwÄi§  \/{   ±Lwv^†G  ïMSD&x(r)Â˜ZN·ÐÃ[¬0-·lh4  Á,R    A,
   AÄ5    °Òj      ÒŠa     †  ÐA"  5h&ƒŠa!L^é
‰‡  ƒ   zr  Á4  0@â¯-étêØ¤ö"Cí‡_Ô  %ðÅ(D+ƒ.        ("ð,
e  ƒ
2,B    6)¨(A"H
b  0A...Ìà˜MAo  ˜A              L(TÐN}Ba

†  @ÃTÂMZ...VD      0  È'T  I±8ëNÒ°˜¯¨k
*  é"9DÂgô!",  ^˜Œ  )'^"C  E
'É°  ³À)Bç  æ-  DA""  L£"    3¡...
!    Ã    N  ,Á  Ã

)  ¦¡ £B""""""""Ðâ""""""""""1l!  6Ub
ƒ¤+[^˜èD  {&3/4#]uð-úMa'1/2  !$J  B  â?ÿÿÿÿÿÿÿÿ-C&d  -]Q/  ˜ŽÊ  '3T
"'(    È(r);""bL*AHÛ!M    2rF€Â£;
     `ûJ:æ‰...5
  ´  £àj",  œ)ÚC
   ">  ÷]-  GI>-•*Î>ƒd¸×(tm)  ^^ìEMP}¢EÑ'mU¢¥ïkw  Ç-‡H\¥/V‰:¢þw4(c)~î·Xçahkë[úIÑ  î¿ûP"
ú  ë{µö1/4^"î1/2UVŶ'=t3/4"þ  1/2Îçhd YÝe<K^  Ô-øRn43³-fÆjFy|"ì‰¢ŒãR-|0a)Ã˜@Ï">236Á  C
     "    ]
"‰'NC    Ý  Lœ    2Œü  y@Èq±"Cñ
"F
pCLò#¬é"#ÈØCƒÉu  úY6$‰oãc      N  i›  æØ&C  ìø^f¦  tH  (PƒD>t#tÒ
  ¦  a"  ñA...      "XáÈG
   i#Xa#b"^

Ÿ4a  š  P  à^N  M    èŠy
   3Á
f  d<‹    ¡B¦  ðpp¨ï¢p  .
a6  a  AÚ.Ø(*ì  †Sš  !`Âh*  ›FøHÎFàÂ¤,?  1Fê5²‰     Ó"ØFæ
Œ;"æB
   î
   Â/!"
&'
DÑ¦  32´]†  4Cäè( dáS...
(c)[‡  Ðàƒh  ñ1/2&°
µƒ8Î%   Ž(c)'ÆÚHx~ëI¶PàÏ:oIÐA1/2+ƒ=V(r)Áƒ‹Ó¯¢Ýð›w¢FûF±  UIÂ7<  &‹ÀÑ1ÿƒ=¥ô"ƒ
,N  y?
é  pþÁÃNå
í  û'  q%kî,pa:Môé7Óƒ      Âµ¸0ž×|0Ãþ÷ÓO°g
:m&Á-ôn
   Á  òlI  Ì:ÞÏÙäq  Z]0^ëÈ,o÷
-_Ú*J‡é÷Û¯1/2/}v-¿auß†  ëÿ
üƒ&Á"Eër†"¥ï=  §ø"èi_é†ë
÷ö ̈
ÞÒ¦ëzÿ¸éz...¦û§ïÇÒÿw  ̊þ  Òëii Z·¸úÕ~  ÙÀ"¿{¿ÿo  "¯-ö;~•êö  ¡ß"N(c)Õ°ý÷ûÿ×vŸ¦  Ò  ̊þÿïñ"ûuÝU:Ò
Õ§¿\"    ‡ÿþ±4-¯Ø"]_Ò£ú_1/2x(r)6-ùà-?þ"˜giÝiñ
-ßíWkHÉ0ëÝ_Ý    wA  Ò@¶¥°kß,m¦·ûô

-x¡}}jþ"Oºü  ‡oÓWþÝt  q
   1/2  û]û
Á   ¦  O^   hïëö{  ·ßÔ±  ßû]WªÿðA5ö  }"öÚ
‡ö¿-ÿþ  z[wû,       ú°3/4fï   ×Ó  ûïnÒ]î-ú
_jþ1/2uAP7ÿÿIwð^êÒöðÞ·ª
moúúÂ
"ý'$d¿  ðßûþÒ¿¯ÿ°ð•†ïßø[  þ    -µ
ï[×í-ÿ}wþß3/4Ž¿UÂ#"ý×KAWVŶW¤ß¶tKAßû-‡    V¿1/2ïïT¯¯ÿ
~÷†í\:(r)ø2ÿc  Ûûý_  ¨jßýÿ¬èžÒ°*Ò1/2rtßû¥Mÿý-_Ñ(c)káÿýw-þõdu^´¿ÿì  ]  çÓÿëwvªÚ×vª"WuõëÚ°
   Þ-[  ¯¯:": aúØi~f¥z¤ßõo  ßÕ]-{Ú_T¶*\:1/2ô¶Ó÷Õôþ   ßWªïjë^û
(r)¶·~÷_¯¯Þ"[      Zëuð{ý¯
+÷¶žÿ¶  3/4ö°¿û]µ¿Xtq
þÅC  ÷Š  Jµï×¿ïøí2êéëWKn
†  cTí    (c)}|çz    Õzf  ÕØOël)Ž  Z°êÂý>øfÔ5
   †"ÚW
         -ÜÆ°¨KÚ°8i0Õ;m%a...ŠÚ\1PÂ
iÅZL...uwÃ  :Ô‰    ›
Ú  Ã  ¬ÚÛ        2$nÏ>  †  !  ¦Ó  ¤AÂá¤œJz
   `^L
      ì1      Ðl  !  E6    0A°`  "  `"8  ÐA°-
"8(  á
¢(c)  š   6)Ý¹  é+(r)%:Ž;Cb°N    @Ë...
&  ƒ  ...
&B:*
Ä  AµA  ƒZ    ˜
   aT  Ä$á1H^¡0¯A        °"0~K8å  ƒ
   `šÈ      CÔ  4( uL&"0ª  §M  å:
   "Ñ2  "jk  XL)Ç0ªfHZ^rÀB,!  '  2"  #9(!        e    a  Î9Y(P@  ³8 ~~&
¦  $ñ    -"DDDTDDDDDDDE!   V  !
"žƒzWN""&¥õµ¯Õ~3/4YL¤³#1-*  ÕAtÝXAh'W
Â
A   Š,Ø  -(c)b  ÿÿÿÿÿÿý-%...-"cå^^W
   ri•yZ   "£  †FÑ;-ŽÂÛ3(c)  9XB¥  #f-NÍCB=°^,$@¨·a  k$4  ¬,hC)ÉB-âQWí  Á‡[  -"
*48A¯lh  x#sF€Ñ°0<°Ð=lÑ¬6TÂ  &Oßƒ'@Ò
   d  Tƒ"i6,aÔ¤  I°t-¸4  §‡m-  pØ'  i
Ã¡KyÞ"ï=];¶•¤è&Òl_ÛÛNÕãƒõã-›JÒm&ÒnÝYµµnØ@æŽ÷§¯zïk~(r)-úÚ_  (tm)  !
ûKß¦ÒûÒz°þ›¦ÕÕÒn•{¶/}†Û1/4WÕ3/4ë]zn¿ÿÞ-ÿçÓ÷¯"  ÛôÝ]-w"Þ  ¬^d  ~)~ë  ß-ª"×ðÝK"&
Íc"¸D*sá^Gàû'"*  c5'N)
‹ D!È%l]   ¯÷Kë  !HÛ"hüJQÃq-VvPŠªKà^šp    ó  ˜  Í3"  3øC¤\=Ð2ŒØÁ        "[  "-Ã
   é1/2úW¿¥"Õ÷Y    œ¬§a0L¨
‡  H  62¬B  ?"ä†q|øÍ  @Ó3/4  vÓ²t  ŒÍ  >  ¢†  &
@¡,
$  n-    Pƒ›ÃA  Ð n~¤  (tm)Ì¬  Z§ÞúoU1/2þôkaT    4\O3F  7
Bh›°¡  ^ô
/  P°rä´!T-
  -  ágUA7ú  6  *ï...MM
¯Uw¥...AÚZL  ¶  ¯bý÷õk[ú-jÚA¸¥B{pƒ"Á  Øžè  l  &    ß  ƒ¦ž  4XèÖ$S@•^*õm†o^^  ž˜×úMu
1/4O˜Ï;øUî"á¢:ÿKôÿ÷T›4dœNn    Já

" N;E"A  ÝaÎ@Ì ÜàŒðÑ£in(c)zf
Vg
¥´ïo"Öû\Í°ž(r)-¨ ö!ÿÚÖõÿ÷-Sý?úO
We
   0´û{ƒ  Ò¶(r)-¨Î"íÜjú   wëmjßÞšøJúiõ{  ÛÝýÿ-tÚÝtŸÿ÷Ð0L-múnë"î°ê;ÂêMÊOzÞþ£Zi  i¿ClwÁ‡
þ¯×Îî×o²[ÞÒÿ†3/4-ë¯WÛîßkÿU1÷}
Ý÷í¬Ã'IqýÄ/ö*ßí:÷Û^>_îý=¶=(øÿëïõ×1/4?  ÚßúÖõÿPø/à¿0‡ú0ïÿ  õúOWim{î°ò¨t×¿Ö¿cz_×w¢:}û×ûõ
P  P   éƒûi°3/4ÒZnÝun-_ß]ƒõð<}ÿkû   ë÷K¿úÞÿÖü "w  &(r)¶¤1/2ÿµý¿þ--ji°~õ,
û÷¨È  ò>é¨ýq-êïëÿÔ
¨]  ¨uÃ  ß  Õ}(r)"Ý{ti¬µ°þï‚þ1/2nü"âÅÚ;ëûîéï}ß-"µ]j"V•†ï_ÛÿzÝk1/2}w  Ã  øKîÿÿÂ  †
ÿ¿ÙÑ:þ¿×úMê-{û  ¨èƒÓ3/4ÝjÝ7Wõ¬ï_ë§ƒþt___^1/2¥-tÚ]ûÚujß¨ëo²BÒ]ôÔf  'PÛid"z¿ý_ý-'[¨  §þý
~ÿ÷é  ƒn¶µ_ê  jûú3/4ÕõKÒÞ   )¥-  utë×A°}Õ}m  ²1?¶"é  *ß^_~*ÿuÝÖ¶1/2ßL;KT"õQo6  1/2~*(r
)  muºu
×O]¿·zk¿ÿÿú[v(r)-ïl/¿Õµ_tÈ·Òoõ"3Ø5e"éw-Úš;î  Lë-o´í ßÒ°î£§
ô"ÿ]}ÿ(tm)§¨àÿlWÃJî  Nï³  Åa  kîâKè8¥']ú
C}†ÐM"p-´)é>-&¥ëØ"  Ý}...ý‡V  ¿]ö´ý$(r)-Ä¬VÐj
   †  ...3/4±  ¸èV-""ëm.  WJé6Òm&ÔL6°M¥w§|K  vÃ  ...¿m-,
{"ê"î×l0¨^Q",  §m&ô  ,‰ÝZìÈ

$Å  !Sƒ Â,!u`'lS  ØVØ¦ÂLUE0ka  ¦  a
a&  Ôª
         Ýk¶  ‰œ=s~  #÷‡kê NJÁ "  †  DH  Ú  <  D  .     D+ƒ
BpÔPa&Ä  2±N  &   L&(0œ0LPb"
8ª Â  C"kNÓŠaB  B¸8¨ƒ°µ ôâ"ŠZ  †UTXâ9€‰o¡¬  ¦"îPÙÍ  ¬"
î  DÖ"X"3  `"D"A,   #   5b!"Â  pá   & (c)"Œ"L"u   ðƒ  5â"""""'(c)  Ž."""  âÊð"DDCP¡
   :    *ÎÕ¤"'" Ê:   "  ÿÎýþ#IqU¤(c)RU†   KR%",    B
Š  ¤  Q  På5VH°  ñÿÿÿÿÿþZš(ÿÿòÈ¦ŽÊâ°L›  #µ\ïk"sX)   S²¡
é  Ùx-À(c)"É61/4Ê¥PTx   Fvà-        ($šw ‚Ðu ê
(c)µþW(r)¨:âm¤Û\"Ó8÷*•   UâpÇ&æ¸|;J×GgBõŽÐh  ¤*V•
+< ¨"
äM{úÿâ|ßÿ¯_¨UµÿI  ëõÿ¶(c)zë}/ÕU_ïú'LÝæ¶JK:¢¢Î""L  ¨"öE(tm)   D=
Aø°<VBó=šÈ‰"cÈdJ
   2:?   "NÐ¤´¶6Y<÷ LÂ' l¨ ä1š   Oœ42   ØA,!x...NAðÐN"z  Á"  L&f!;Lê Â¨P
¯Ð(Îƒ  FhÐd  ª d1B  hÍ"  HðXÂ   É  8R@Ê#löÐ³TE...O"4k
-  pÁBÍÃAèØ  (M  ¨¸
  *¢qÁT ÁSL  S
  h·hÜÉâP[Gâ&"h"Ñ¸0Pª   FÀÑp  EàxAÊrÝ  a,
$nhÜÁQ²  aS
O    ,š3  Â!æE =   %¡ì•DãFæ,m  s]
¡¥"ndòN(c)¤-  n&€Ù   Ì91/4\þ  TqÊ-   4o
- Aµt, gš°^   ›°l(BÂÁ´œ MÂl¸ì   ¤ÚM  Ðyø0T3Ã"Â,¨Fú£Xe  °ÂA   L
ýi8Ð¤Ûä7¤-ƒn"h  è-\
à×<‡E"  Ìì"0`àÊî,Áƒ8JÞÛ'  ¡:°-†ôàæ†s"  ¦éµx•|¢ô°~´ ‰  ~š=ÁÕ  ï³7A†   ¸@Ò60(c)¢ìtƒJÛuÂ  ´3
/4³ÏKö
ÿ
!§a0¶  í° &þö  ÓÒ µ·h}--,ñ·ÛÕ:YD°X2dP3ä
¸0Äý  ›  )ÒPÛ  y  ÒÄúuõ  ì^"Ó  Òÿ{íî¸ 'î°è§ßí-'é'_êéúm     iÉÜ-¦ Ó·V
ŽiÖ  (8UJ"UzJ·iàO^-÷OZ_Þ-ÝÙÍ^"þêû.  ý]-

-YƒZ  é28'÷"Ÿé(r)Ú  ¥pÐÝní-Õ´-ã¿Ì
ãþ†1/2l^ëúI
    Å8~ÿuÅ-üm
  ñ¨¬A  Ò^ã  Wëÿ×N"÷3/4¹!ÈÏD(æ¦‚1/2  ¿"  ýÛ°Vú°eÅÇ9-Y=uõKÎ  Ió˘Î‗êŸN[OƒíúihUvë¦"Ò³óƒÌ]z,
&"ð¶êÃ¥uï†     ü   1/2ïwþ(c)zÿöö•ƒ³3/4îß:²=kÛx"ÿ¿ÿiõ  ëA  í¦-Úým_ØAwÿ
õW×  wÝµj÷aõõÿ,  ÿÚ@"×÷Bú³;û  *MpÝRý÷ï¥×ö3/4í   j¿t+í÷ÿ(r),üëÅ5ÐÔþž¿õ×è.1/47vïÿ
¿éµ-YÈ÷íw  k4ªé"ÿ÷ÒÞ ï  *ÚÿþûÝ1/2ï-ß@ÿÿvö¯öý±
ïWþŽ"gU  V"ðÒÌ‰°Á‗U÷Òéuû¤  N-¿¹ÒyÕ+ÙûÒV1/2S]-Òÿõ  VùÓKÿ@"üè1/2>  jßÚ"÷¯oš"úíõ´é}
a5  ïM{ýlè‚kíÿ§Ñ:  ïÿv-$ƒõ÷ç  ÓÚñ^*V1/2;ã"ÛF^<ýúõ1/4:
Þ·ÿöÒvÒíí.ÒûÒûh{ûõŸÿj]ÒWÒ.¿Òû¦  ëi/"
‡WÍíÚ__^µ1/2ßI  ~ûU†3/4°í-íÝ(c)¥÷¥w¯Õ¤  CIµÞí^ö  í‡v"
Xk×ö  ïûï¿·íþš¿ÿûðÒÙ%·ÁÒA"3/4Ó#-:ßïëûd¦´¡,Ø\â]PjqjÅuñM"
ÂM(r)s1/2Œã¨Ëë3/4Ò¯ÿÝ{¤Û  w3/4Ã²:
vo  ¸64Ø(r)á"  "Ëú}›Mú¶•ªk  Ú+Q!0wì,åÈÿÒÛa  1E1]EnÂ¸a  õb¯ûÓí  GöÒÛ¿_Ø p¢ƒH6
¸JÚö ¢  "
4  ]°él Ðo
&¤HL$Ð`  Ý'a¤ÓŠªt  T  6šØ...Ã§TíÕ"^vc°ZÂe×pû  Ž          "Âh Øž  h
D    l‹(tm)     a:Š ...pl0H  0@Ða  Â^A"Ó          ,  "@  ,
              Ž
B@ Ðh0¢œ.Õ²$      ...BA"
S    "  Ã ²-¨§JÞ Õ\"$  C
   ×´
   ¡0"0¥Ž...4^ Á
       ¡  §pAdÆ
›¢"  (tm)!ö¨(c)¯v<ãJLpƒ  D0C-Â  ÄÂl¿Â   @^í0  ,ƒÂ   mBiŠZdG  ,  b¢""""""""""""#B  ‡
     ³  DDDVQAì Pƒ  ‡¯L"Ï  Ep]'ñ    Z^e ‚(r)"ã¯  ¥UK§].ì+""ÈK
I{  i  ãA%¤ #   lƒÈãÃÂ^³›ò‹  ÿÿÿÿÿÿÿÿþYñÎ°H'&Êµ•H  ß¯ð}51/4Dr¿¸uïU°Ë
Œíc%§'  HjMád^þP3HÁ"Ž¢  (tm)Ð!VgA
(tm)ÃC9  G†  ‰Ä/96$,`(tm)ñ¢/AT  "à3Â¢‚Í  s@aBh¸±è¸i§    MA p"h  rv
 ƒ"na
~A88:  Û#tÔ*  qš6Þw%  ÊL7t›¦é´
õA1/2ÒÁ¡äÙUš  "ãC"  °Z¶
-¹°av  ÿM×WëÓÁ¤úíÚ  §o[^öÒôéoÖî¬%ík  -ûc  ß¯Þ?éëöŸïÿþšÿk¿¯Ü>žþ1/2ZÒï}éþ  zõõ·ïï^¿"é†÷
Õ7ÿïõû(r)Ûÿîê--  ÖÒô
¿×÷çNý¿ÿzï  WWÝ÷Õ]{{ÿÝí   M[^ék¯Ý*ŸMÝ~·¿zÕÛ  ÷ûejÚ^ÿÛ_Óí:í+_1%  vž¬  JÉÝÓü  ;ßl'
¥  Ú_h      <Þ ¯ñ¦
        œ8tÓjŽÄ(-è4Å]5  -È   @Á  Ž¡"  Bb  "
2,  Â,aSÄ    B"Ú,YÓ,j  ¯@ƒ    µ  0OÙÊ,íÄ±qúþ(c)z"tî  Kj  Å
,  ÿÿÿÿÿÿÿÿþˋ`iKrXò23‹p,¨ŽÊ²°AAaYR5  Á¹*èòXVP)  é@Ô  Ñ±¯É¯  êòTv(å¹,Ã!L¡³R'jò¸ðŠ‡~ô
<ì'  k+Î  >‡2  "{ùØV3/4ÿû°ÒëÕ}{  î"_ÿw±õõz_Zí~  u        õ_mHä]  c0,šœ"
-j¥:Ê¯K#ŒêŽF^#È-Ï%$
    ^Èì-";°Ê'.,ËpAÒ¸"&‡²ÆsX¡J3†  Ó#À  ...3  ÌÍŒ Èb   é  •†GÁ  I³d      B
    0S ¡A   Ñ  ¸ç  0f  !
AÁ' ÒGàÉãÎ:ŒÎ*   8GÌÒD<á"A0³qp...°"]†  =
‹€ÆÆ  &  t4kÈÝL8aBj‹€Á0  ¦  c‹  6">0<x-...C  ¯áŸ- y
     ø‰Ú,t  Ï  ›†  0¯(Aàƒ¯š
~L ÁBuæý¹G  6
¿  >

´-qÌB
šb,>Õ  í  ðƒˋ´ƒf0€,
<Ã‹XAÐ†  ¨n4  pjƒf"û @ÚM  4
  TÂ/  ôoaÚ
š5°(c)šIÒ}1I´=  "ˋðg¤œ]{K    m"¯ G3/4-$è-Éäƒf'  8L"ƒfc
Ø2V¿ÿéÒn'
  3ÅQ*ý6ÕAœ  ô  a ÎZÛs9'3;  'Ü  ßét-°šzpa‡}[¯øAÁ"/      ¶‡w_}uu"
  Nhaô›µ
¸Ny‡Ú¥ªmD  ïO3/4ïu×(r)ÂUÙÓá~õÖ-^¿¯ o[i=UÕë*ÓZín=ßW(c)1Ò§ÿÿëí}í1/2÷"ßVÒ"Òî×o¸ö"ßÓû1/2
~°ÜÔVYß}
5û  BÒ  ÷   ¿ö4ÿÝ¶*!  ÷".
ÿõzµñ ñÿ÷ëéä  `ðÓƒ³  ù¦R  (r)-ÚÝû×PðZô  Ûq  þú÷Vú]zß}ïm  ØxDÇKBþ  ÒþÛû  þÞØn    Ø~³ƒf
Oÿ"kIÏÄÿ]}R¯úØx@>n¿{wÝWØoß"L-  _tÁ"O_]ÿuoÂþîøíû  {  ...Õ¯Þ1/2+1/2;
]/{a¨A/[n1/2ÿÓûÿ÷þûí~ÝüKµ  ÿ"¯Ã  ß¿
õÚ¶  ¡¿3/4ÿu¯ÿ¥1/2²Úý7iU?ÿû§Úƒfzýj  µomC{_uô¿Ö¿ÿÿßÛa  Òø}ná'>üè¿Ö-Þÿ¿
¥I5Xo^  KO  n›Ó  ×í~"Þ¯æiúªêþ×uÃ"í;Ôô(r)B'÷OÃ-ö"ëÿÁ°1/2    ß"~ö¶ßûÛ¨ï1/2j"-^-/³Dÿ]¯~£ÝUï<
3/4"¯ÿé"GTë¥×Õ-ëwƒfJÿª×aéûkë×÷*Ö-¯öÚ›K...û-†¿év•ûÃ[3/4ßö-›
†  _e}¯Y3/4Â]ò#(r)Ú̧ uõt(c)ou  Ž-PE<
Õá"B"ÛU†-¿[  j~4-Ï#v  DCÕ‡ÞÃ  ôÒÍ̂õÈà`LV(c)±¸›Y1/2µNÓêÖðÚPm¥"@‡
  GtÚNÆ¶¶¶ÚMwÃ  ¥dXv*  °'a8l AÚpÒŠ‰n(c)¤Ð`ƒfjøâ¨ii"íb  a
jœ:jD...  È
Õ²æ  "°^K
  ƒf´›UA±ZuvDpJ  qH0^!Ãi0@Á  Š¦  &  A    9'´~"‡
¢
*\    A°Á    hSL&  T(¦!  ,
  4Fö(
U  B80ƒfh            ë°‡
  2  ±p‡'
ú,
    C  DD  AÆ  &ƒf  ³ŽR€e

-L!  `"˃...›  j  DQ|  †  °^êz"  á  Ô¤¯Ð^^^^^^^^^‹^^^^^"  ^^^^µ[µô(c)kWê¨-×ªå)¤  Ö±Aa  wP(c)  Q
àƒf¡‹‚ÙX`Â^  ÿÿÿÿùlh£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÒ  8AšÄ"  Dà:
ƒfy¸:o    ¯Ý-o·O¯¨ÿû}W¯÷Òÿ}'ökVÃÒb´  é      *CÒJ-I*GD•%J¡$¡
%Â
    Vu  D  ùL
¨ÿÿÿÿþ
endstream
endobj
113 0 obj
<< /Length 114 0 R >>
stream

q
439.92 0 0 706.08 0 0 cm
/Im0 Do
Q
endstream

```
endobj
114 0 obj
37
endobj
115 0 obj
<<
/Type /Page
/MediaBox [ 0 0 445.44 700.32001 ]
/Parent 132 0 R
/Contents 117 0 R
/Resources << /XObject << /Im0 116 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
116 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1856 /Height 2918
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1856 >> /Length 13710 >>
stream
```

ÿÿÿÿÿ"c4U2è¸%"¤"  [^ážÊTÆv&
ŸÕ
"
"yØ¸/n›eéeóßµj
;ý¹Ú7{n?Õÿ{Õ%~ï_"`¡/&
ëœ¬"G2qšÐN² Oœtl~P,   <  †‹paM    â9 H"f)·I·ôl
*å    *      NF⁻¢pÚjé7ê,  -1¤  j¤ýè Øiª×hk"ËHŠ2ƒÜ0Ï¿J1/2(r)•ý6Ô  qi+
?A}´ƒXds]šu~:^  Ú
w¡¡  áëœ>*÷ᴺÍíùj?þ÷W¶ÄᴾᴾŸ  3/4  ÿ¥t@Çu^-á¿ÛÓA  ïÚKz-mêû  .Ö  ëw1/2/ZA-ë_ÿïöÚ/ì2íÕ}þ
Ö¶-ê"ï*K´ô÷ö1/2ý_×Bˆî·Òÿ+ÕÒò}úƒ² ëÛýïõ-N±éÚ_1/2wg  a3  ÈnÕ&ÚᵖᵃÂKÈ¢1  Ô80"•  1GÂ
Á  "  H3  ¶D...¬hC
#  ðÁ  ´S‡...    _^^^¢K)ô*D/õIuUH·-ZÒ  ^1BéPP†"
#ÿÿÿÿÿÿÿÿÿòÌ2ᴵ>Œì¬Ä|  ˜5¤  B"DÙ(c)  ÓJÁ"'+A°)    5
"CÁ'    Y  ƒÙGá,(7
¹1/2[1/2  ïaÕ|z¹1/2ß°ý3/4õ1/2ï"ý⁻Ûߧò}T  å!  sw  È-Y"ò  Q-Dv|~òt  aSÕ  :  3  Í  ""š"`⁻ôn
   z  1/4£X{2¿5°a  ^´›  I&Â  ‡Õé  Ã(r)-  ...§  L›      }t,Òþ·Äul("Ö-ahᵖᴼ-ÞB=_-×...

ß÷1é^Ëðuí CJ+î"[*-¸D6!a
%0•û×÷Ðl  [  -/xßÄ¢>  "ŸÑ  "  pï÷ûÔ  -pð, é~"]´
(c)oÐW  ûÿ[êô  ýjÿô¶Î"{Z˜÷ÿéí×o×ÿ¿Øk·íZV-ëé{-¿I°~ëp-W]¿‡  î¸i6¥øa.ýZ:Ôõ
¥(c) ±  VßeÁ5,!Î²Px0  A¡    `&"Nâš1/4œUœrÕŠA,!  :a    D."8Â<
xŽ"#2XB)†  v´""  -h'Õ5ª]•"Ü°Õ":K    ÿÿÿÿÿÿÿÿÉᴵª!@¢Ê  •°Mƒl+
3  ...omï1/2  tv  *ÿÛÇûú...ß"úõ"'Q  ²b5ûÑD||)^`  s(tm)8É  T'QvD§  "<ÛÂ,  †    TÐxD>==å
   ˜Tì  &É  [†  0‹Æ  ÕᵃRÂê•¡èM
   A  Ðá0ðœwWì  I³3Á,}  `ÉZWI÷Õñtð(c)...êð...':÷÷-¿¿M"Wl⁻Ôêcë[ýV  ñïW3/4õ]ñü?  zÝ1/2z&9
   ×9vÿ°ÿÖö  +
ÛVœzw~ûÓ?¤"Üª  {Aøn"Úwúü0Eï#  ÛÕWkû  å+Óí>ÝùÕ7Ò(r)ÿÞì†-<Ú  Óïÿêö    0×¥ý]Zý¶¶ÃK
3/4^AÏRßßó|  Já'Ê'éᵃw‰$PD}†'kk  Ç±Úæ+¶D!v-ktÂM¨ï!^Ô  b    C¸0@Þ  `¢  W•⁻  a  úÔ¡°
^è§BÓÕÒ      $- K(r)ª"[T1/2"´±I  V  *†  C&ÁpÇÿÿÿÿÿÿÿÿÿòlYÂ"èšGaL(r)  ›PVpR

691YÚLÞbBpr´ ô"BmYñI±]a˜ˆ2 ÷;
é}1/48fÒ,´
µÛïöÔnß"¸nŠEÛÅmuZ·XÖ× íï÷ïª\áöLe:8œ"ÎeQ'‡JjšSR:ý ÞN,"! j 3Œ£8@ "B¨n ...9øõ
¢D' ³Ó]- Ø*y! C
š6 1/4np,HØÂ,
"ì3 ... ¢î ƒ8÷ÂA¸õ `š¤ I\=&ÁSH7"| g ;á?
-6
ž/ Eƒæ
Ù¬ N¡*t'Ç
Í6 v(c)m¡¥xØI".NÃý\2á láôê
îãwW§aF×]kÄ/"Wõ¯ï1ÚüŸzý¹
;ƒ²ðMßWû /Oß ...{ 2 ÄUh_º ¿jµÛß¯Î+
£ ¬°vÕº÷NííwïuïÓP´¶ ÿ 1/2 ë×oµÞ ‡ÿ ÇûtŸêïïoýß1/2~ þÿ¿Paîý}oø...pˆéîŸ:¯pÞ"ßúô§,µpû!-u
ýÿ]¥Ýý †Ê "(r)íÕù¢ ô××"íü¡ðÿ†(c)k3/4î-
Wúëa$ 8a/m&Û{³Ëë¿_êƒd ûIŽø0´¿Pu]7Jôïy & 5ñKÃ/ÃI8" Á¤J 0aBpì ;M¶ šUjî
úî , F
:
<4 †rá 0 ð E7 hC Q K3ž... ã±˜s(c)0Ê Ía DDDD DDDWOT‡å}QOô"
•+ '¥ J"B A... º³ ÿÿÿÿÿÿÿÿ"Å(c)6- fD±<v+ -£¬W E^W- A fA•[ ÂDO*q¨
gLƒ,... 4{`' m æ¶ üðÑ¡,æIC# M&ÓF· ÊÝçUv t " "(~(r)e9&ãn. ûIjðDx9'›
; *ªí§¸'\w§ Åó1/4\ãñÎÒ%kjû¨ã_¨·ëC}o¯ÝjŸ×wZ_ÿz^÷Jém.µ^ÿðDz-k"ÕBCªÉ±oi7~t_ Ú)qÛ²:ó(c)
'¤ /"É"? ¦GÒ5"¡ 2- †y0ˆÃ
õolê)€‡†fgTr(,Ò$"Ly@¤Â= !ú 4-T"A J`Ê Ð@D* õ5' !ç- 2
D"BÐˆAnJà(tm)ÔC !Â B' -dz' B"#Ðüjƒ DR 5
º²ù˜C\ƒ#Æ, ƒ,ÒJ¬ h `(c),&ã Âf 1/4"
='Ò !Ã$aB
B,! È=s† `¶x DÝÏ" Ž`(c)"_
h- xÂ'
A "$[°±¦ v ` "(·Òa Ñ² 7

GÂ/ £ãŸØ@Â ˆ´XàÁV·¶ AáOÁ,k :,ªYÔh> aAS Oü‰
0³d!ÍŽ m\#xj¿"ô Â
š@â, Â m î¨r Gàè7Aá Â
t & L4 (tm)ó˜!( 6 84é4ï"Æ"ƒH ÇAš1/4:K BUÃ†Ž' BÂy :I†"ÓíÊ çO
ý†¿¤Ã Fäâ/Mýi ˜h+WW"83òZÚÃÃÚF(tm)
Á Ð;8ìßuí3/4'Í [""(r)KŠlïhž jõÄøÍ%È†)~1/280_Á zZ_ÖÐµ¤íÒ"têÝuƒ ¤õÓ¥ÿ¦˜¸íöë_Õî
ÝØA‡÷ºº|`ŸÞ(c)3/4é×Ýz{÷ý^1/2mÕïî"¿ m
êÝ¿ºuuî" ¶šêõN þÞÓé'/Ô]/ïIºÚ÷"¿ú·Ûþ-µ×Ço´- 1/2Õºú[Ø1/2*ý=oxéw{]{i&pAj ×x-7¡P¿WKã1/2
±ÐâáŠ[ýV£ã[ÿ¶õ3Cÿýºø+ ÷î÷qGA·"YÐ_æ+ûïòÇ' !¬?'sŽsÁ:ÿÞøzÿÒ ÄÔ=w Iß [ÒúZ X>beŽ˜k
wA ï gú¦¿ GJ0ƒƒ
#BÿU¶G¥‡uÿ ãšº* ä pÞµÿü _öö3/4íø ¶IZ ÓÕ ÿwý1/47×"
¿"è0{
ÿô!º§"
-õý}-úúkÕ‡Z?ÃDyÿK×Ð\":úÿé‡Þ a.¿ï·a÷ÿŸEnâ-ßøm-ô 1/2×ß"W^Æ 3/4-¿i, ¯ú*‡ü:
uþ°Ú†¿þ•ºZIÿ3/4Á šK zýé~
i4 é:_[Î(c). ÿÛÔ0 `Ú^ÿø7ƒ
ÿ¯uW1¤Öýü u- k·ø~ I‡î-/-¿ÿÿÈ{t óª² unû·:'ÃtÿcVßcÛ"Òò"÷Õÿ¿÷·ÁëŸ[Õÿõj"ýÿÑ pe"aö´
¦ÓÕ Ã[Iòt ç_ààðˆëm[ôŸÞ¿ª÷¬>Úð·}ÿ""K_ëÖ

šÝØkûº u"yô "û¯(r)Ý:§ö¯ªúÚ¿këæ~ö1/4 Úþ·Õ_}ïûÚ÷-¤Ézõ¯{ºýwû¯éo_°ý{´"W_{_ß[JÔ Oi´'Û
_¤(r)+ ˜Y3/4Ï"Kö
&º¶økkiý Ø"JÚÓ-×õÃ§°ƒì h,á [
&G×ìÇu÷iÖÁ,Ø@ô˜uw ‡
ia"Mm&Â·Û¬ozÅ1VÓ`ˆ{" ÓikfÖŸtºƒ×}ˆ4Ø¤í`Ðiq)ÁÝÜRw~-ªqQ8ø5º´Ø> I´Äã†Á ÛI0A
a...ÚVÓV B"¶'pA¦
¡¥ JÃ ¡Â Á ù ! dG 0˜MàÂ,
P"A,
@ƒ 0NÓXi Ó
¢
¹, :a0a Aƒ ª
(£áÁ 1Âj¢ O ... È'
¸z¨AŠ'G ¨ D?Š
* ¦4Ô Pa "

? î[ˆXa0, ¨a "
àÁ .
¦a 4Â•...V ¥9Ý2Š Ë
0"N†""+(r‡ C@Á ö +j€ØDä 0C¡
ˆˆˆš* f7$B""""""#ÄìMxú÷Z(r)"IT=jÒRÐ
$%
áRˆ]PA" D " 8ÆI(r)´?ÿÿÿÿÿÿÿÿ&êœ)(Š[;
• Ø",ú¯üí8þMÔî"kˆ "˜GjÐÜÉWÇõô¿·Òð¶µô¹è'EW= òTŠÂL†Š]pƒ!æãñ¤ :Št" Î,¢'(tm)Ó(
T "& üÎ"u •ô I4,"Â. [...M &›A"Ñq F‡`¡ 'âÍŠ† ;IÂ...FŠ ÈÎ,`" ós
Ø2þ Á,a ù>Ä"C Ëø0ÛVX<O §JÒw(i; õ...(tm)˜; ºÃÂéÞ sI KÞ›
º¶šý§¯`Ÿ§§ÿ§...ÒõTÕ§íu_‡Þ-V ß1/2Ó×Wí=ÿØ×CûïZO~õµM§ßlWµ×îî*û÷Vº1/4 /3/4ßûßiõªnŸ÷
Ñ_Jµõõ wN1/2×û ÚþÕÿëº]î ü6,ïï þÝ6¿·KêÚ
þ"ÿð¹ [O" îàÚ^týÿé}ò Õg ë‡_þõëz§{ý š/á¥þÿ-Ý%îÒÝý×oûK[uûÿ§ªþý"1/2ûlûªJ"hŽÎä`a˜þî¬)...
›û¯NÁ"(r)í
?vš Aq]--"7 6ÒUáˆA " Ãº "
mµi qQ°š ¤ƒ
àÊÕ¢Þ"è›æVØ@ˆW 'l Ó
zÅ xˆŠ>¬DeU
! E ÜEe•Ó¥uIzZÒé]SU" M"'²/) @¬BŠ 0¥-(tm)3qÿÿÿÿÿÿÿÿ-°R+Ž¤Ø·24É±Z
O ,R"ºg3º ¦ŒÈŒî˜R E*[@ÁHH'Ù-fZ:·,ØTÂ£

)Ø º40TÁ >µ í¯@ Tƒ,^"³ Á ]þ•¦ ƒº¯^v(c)0(c)ÁÚD1/4 ´
Å÷ $GsŒžIÉj'j* ;"T÷ lí µmw&IÝEiª-° z2 ÝÒêµßéðŸîëz"ûúÖ"éVç_(r)(c) þ·ÛI"t¿ßÕtµ¯÷-þ
'wª1/27¯&ÀŸNFŒàÈ )Ï(‰A ´KO% ¹0È*5gÓä· 'æˆ-tÎd¨ò 2 Ì
ˆR¦^S†@Ÿ" 9 ÑáN¸L¨ÈVAÇDm ø]l†!€Ž|@Sl!...4fÈ "9 L
pP ç˜D,È|g
d"n" ( Î,é˜ xS6 ˆìá B 3[0a Â >
F
!(c) ¡
Ðe " dB Ã£9 ‰Ù8"|)±
ŠN àÈô? ²7É±@Û¬0ƒ ÂF† 4]ÁBIÂ
ˆžáÂ7; 4lk" 5†
ƒF¶

h˜ã# @p"†
J h0ºª.Þ
p hh×dd Ãdo°˜Yó£s
ÂhI:
. ,(tm)°th¤ ... ÕÝ-ØCH> ·i0HÝ ƒ¥z¤ "9h ŽÒl. m î ³
[› ØM â M šj
h&÷" Ÿ AÁ¤ƒ`ÐÁœaT=$ÞáQ Ðè ëºM ´^
š696,3/4öëvB>²vÃzj úàÎ4¬- ¦Ðü ZXã¨a˜¸žé87
¹Óx:^1/2?M1/4'
§ºoàÈï
§F-ïMÕ:¢Ý¤×ºzé, B"Ð0µ÷WÝ"ôõV"ž?a7°ˆéÚh0...PN¯ "1[õoK÷
?VûªVôfcÒ¸¿¨zÜÐn¡þªÛýµKÓ~¿...ë[ºun'kz~ýØOM3/4"ö•íÚzðÕ§þ·úÛ úín
ëý ÛM_÷ý-ßZ º õ"¿^-¯1/2^¬Þ ízß÷Ö"õoºÒO¯¿ýºÿÿCZþ÷ þýõÇŠÿßÿ¡"ÄuÇ c(r)ýÝ _Z¶ãý µ
µ-oNÞðŸým5
w§Uÿš
ª
--µÿRàã•¥f ùxUPM3/4 o¦ ¯_èì8CÞ·ô.ô t*3/4Ò`ÿÿï¡taÓ ÿ×m -%ô8F|2:ûÚÝ ÿ á¶ý†Ã
bõW¯ÑQÂ.ÿïöÃ×WßýA ÿßýþíûÖ Xb û§á†·ÿðÒø4,4{ûóéoÅ þº¶"=ûÿýÂ Ò].ÿëíkè*zÿ"¬7¯·z
?ÝÂ_õúÒJÍ¤ ÞêïA·î"ÿú"n·U×ÝVúXaß¦ðÜ7Ûî1/2† ~
" ÿ]m1/21/2/õö
$
¯ ÿ^uJ--ôû3/4éõõv"Õï^
úÒOÐmw p¿ïôîº-~íÔ0ßß{ýþë_÷ëêä?o:.ì†ºÃ ¥~ ÈN vßØwÕ1/2]~3/41/2Ô{ëÚ9e×ZÕ/á¯ÿúm¿éú
VµZÒïôÿ¿L:ÿÌÐu1/4ú}%~ÿÓl U÷zX'1/2ÕïÓ ýz1/2íwUýÒ~ûïüÍnÿöf¶Öý/ï Ý¥ÿ¿_]¥Ý~iûjÚMÕ×ì4
"ý·UKþ--ØKv WÞ÷i]u"
'"NýÛ]=Óÿn Ö]ö ë õƒ.i;kü úÿOIùÅì03/4È Tá¯ja_›íTÞšißi_` þ´ö ÷8¿î ºÕ§°(tm)uM" 1/2 \F
¢DáÿYÅñK` ªV { wÅjÅ{ ¸C´¢›¨¯õa"›J5³ 3/4"AëkaL~ÚzPP üA Ø" }ÁÃY
›M† m§ ‡ ä+¥¤ö"ØH0 µq8é5¦Òh ` §
Ã + 2$ qA - M²$ u ØAÒ} uÑ €3/4D" 6E€,eÂ,
¸4š"Ð Á Å4 Ã &È± B¸6' P,!N ` †
ƒW CÔšŠa1O !@... !5 ‰ ƒ ¶¡H£...Q0áªlBÝ ˆµ
p`'a ùn ºœå:ƒaA (€ì Æ%Dí 6 ,e
6¡M M0Á
˜á ðe ,Fr‡( L"B#¡
ˆƒ(`DPPÌ8! FèDgq Ê¬ Âb
6DpWQ ¡
˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜˜¸ˆ† •Ç î ƒ8á ¤1/4DDDuKýWý-,›
é,0•BzL ‹L¶ìPA1 "KT Š²-2&9M5@¢"?ÿÿÿÿÿÿÿÿÿòn§ "Ÿ(3Vz)Ì‡›p¡3G
aA
N 0P¨ü -¢ñ"ÂXž O Ã...hpa
>F%lÐ›VÎ §"4Ü'ÍÚÕºÿ]wéÚ{/'ëý^#¿ý1/2£ ]ëú¯~-/ÿû ÿ¿ÿû´-
-JÇê1/2Õ5(r)¿ïu~3/4´-k÷}Ô4³£ÚTé&¬wá...¶ V"Zâ"l$Ä&,"Sš Ä$h Â
\D\DG^ÿÿý}Â
8A¬GÿÿÿÿÿÿÿÿæEŠ¦D1/4ìÕ ¤" S
'7%Ì,(tm)š8!$24eò<x9+EÌ¸0D(tm) 4 gcHº= d|ªe;¡#Úy , œ!( A"äD `¹ ¡Ç)Èµ ÀÙÀÈ{È>
àaÄ] Â! 1 ÂÉÓˆˆ³ º 'ó¨TC Èµ ¶aË Ð{(r°ž riAƒ;
Œ•
ÃA"

â*
  Gc4    A l   0@ƒ  Îé,*  `0|^>"Â  t       !   q´h  Â†]    N  £µ-
ØM  Ú6:  \ÃD1/2ƒ  UšH²,(tm)  ¨=BEÐ9¨   Ò<l1/22XÞcš(tm)?'ÔNm†
´N
   "§
àÃûútN  *A´(c)´  0Úì%Á  T°I  ë~ž  µ-à¨
Ë£
´  zCÒ'žþÿÜ é:\£pö  n(c)a<4¶ÝÝ$>÷§¶>OßÛV  "~áé  ¶1/2ö"Â
ö÷5·I¿´ƒõ¤•$   ¯u-ìRëÒ
›wï¥Aðƒj-ÿ¥¥u×u¿    /
oi%  uÝù(c)7  Õ×þÝo*WMÿv÷M3/4°"  t  ßJ´,¬Z  ñv×ÇiÒmîÿ°¯ wÜïZ°ëW¯ U´ÝIÒµI1/2u¤gcB¯ 1/
4î÷  UôçD  4öÚÕ]õ_ÃÛ÷Ñáþ'Õ%°ùµuý_ú ›Ký̌š  D:
ÒŠ>Þð^"=šds"  Í  ¥ïó  §Â#§ßÒ  &Âé%mntV3/4Ý¿ì7í'÷£[ Açàk·"\8é     38ØÏ
Î,"ÆÚÕš¥ zWê¯éZZW-¨-$ÛZ^-ý    z  ´ƒfr6  H;jÞ,
°ƒ  A°TÓ´Â&á,iÃ]¯×ûûµI  Ã<  Kÿ!§þ^éÿ~  ß¤Ã-ûé:
§mRl=   4Â-ñh  haƒ  WÜ  m$-û3/4  @ƒ,J  ÷g     RI´  ÝªJïÒ†ê_é°qÝè7¯a†x  äù¤Ø2Vµÿ:
:ßÒ´´ÝH ¯3/4ÈáPÒýÐU Dtíª}-÷ý-]oUo§
  +"ôí  j"÷ÁWýîÔ  j?Aq"C;...Nû~  vÞË  VÒ
ÿÿ¬  3/4›}}ý¿j  †â  ÿJá  ÔZ3¯ý     (c)ª§q
o^"¨>£è   *°¿úQ  î¶(c)"¿Ûf/ÿñ-< -â"^éßwÛêÝ  ƒ  ì0aö  /ðõúÿøÝ-   1/2_1/27
Ãi:[  ÿjÉ~›]i-}3/4Y  oØ"Çè´ÿßÝµF
ÿIRoÿ}ÿW"GJÃÝ-íÚ§AI1/2wý[ïöƒzÂ  ý/°ÿÿßæ
I†-¿ëül>Ò´drÛÙÕï´ Ü_¿T-ì&ö(c)]ö-ý1/2?ûµì$¿§õÕ:Û "¨ªß¥Ò
µÿ[¶ªáƒ~ _°NÿV1/2>úzA†"{Kßü›  Ê  áÁeÃKaôÞ  mÉ£]ÖôÁøíÿ/Õ3/4;î"U]¥ô°¿K-âj÷‡  xvúÛ
n  "O}""UÃõÿÞ...ÿÕÎ"wÖ8n3/4õh7ùÕ¥m¨nCE•o‡°žSõ_ï¦(c)*†  È...ú_ÏŠò,ÝþÕÕw³¢_Ký-k)þ¯Ë=Û
1/2  ¯~õV'šv      µv  4Ý  oÂÿ
{ÝÒn°]ö¿JÒá-¶µý¦i+d¸=1/26é%  ¥‡]Òaû[â?¿Òýµÿï‡
   ÒÕúHèƒÓ¦(c)°
ëUÛKÂ!Î
Ñ  í¶¦êõ¤1/2‡W¶ÚW
nÿý+S
8-+SKw-†  ×jþô-Ûªvý~-¨°ØUPÃÛm~°]Hzú¦•  éô  ~  °‡a(a&    {Ý5  þ¯5]M5
6-(tm)É%a/´•îž
0‹v-°Øiz§¤°Ð~"6  I§ëJÝP3bÅFÅGû
-¯{AEm¤ƒC´-(a+a"  a%  "a...W  ‰  ~ öƒa""

0U
¤°áĺ¥†  3/4°D~üS"Âí¦
        "!DZM0œ  I"a¤(c)0a&ÂQH^ ŽÕš
);dAÂ4
"9'ÈÇHA lB>
¨ B3aaØ"  VHH;dWDâCM"    !pÂÉ .  M  h2,  Ð"  ¨k
      "
 Ã  š
ŠmX6*  ›Ø b  Ð2Ž  PL  0Ä$  ŽA  &  0ÛDîà..."  "(tm)‡  Á°,`4!šÁØ"^=   ",  †  Q     el":
T  ¯á  Ñ0¹°¦Î
   ^2Ó,  ƒ  DU`"<Ü  ÂdÁÎ̍ƒ
    Ì9ÐU

.^¬DY(EY xA$
qQ %Ð^^^^‹ Z ˆˆÖâ"" ÊÜ#ÇÁ+ ˆˆô °ˆ ¤çUH ´DÑé-B á
é:TªÑ7 u¥H. VÂP']:I
B ØA^ð,÷Kú^°@¬ Z1/2'ê-"'XëK"(c)?à"k¥ëKú6À¡ A. 'é(KK×Z
Ò...J´´äØ&"'1/2)]HCò §FJä• ¤²3/4¢¤§z
(c)ŒÖ ï¢è 'âpá4 (T(c)Crh¬ (röq °,"µéaÒÎÓÅ`Á
Èë (c)µP-•_ wwjª A-í0ðÜ- ""°-ÂÜ-ÒUKÂIzàÿp,P,ðKsÃïm+
ºH‹¤ wI/8ïoªA$@µ¤+°ÿÛÛJÔ- z'0 ù ( (tm)ÔCQä 7Î, (tm)üÂ´ˆƒ5g-•iÒ@,Ö•ªI¢n
ð‰ÇnÂfÄ0 7Á
ž ,AF,
pú3 *h m ‡·£Í° ,
]MŒ!xe²ÖqÂ $ :% A

ºê""¤ÚMé?zØw"ÚI0Ù :Ú "¨" ×E@` YC uÐoýê ûÕ' p,A ‡R
í(r)íi:ÿíÚ3/4ôÝ%3/4• "EÃ , '@,ý}?u~ýÖ›v"-Ýi MQÄ9
#ý´¿ÐµwuÛ¸ÿaoé ,AB ¤h Çïÿ]Ø...ÛÑ
í% A v ]TàlúÿÌ1i [ìá k Žºô,@, •Dƒ
6 _í{£CÛÿ ýñÑØ`ÀA " ì‰? ÓÝB
ûÒm Þ¿Ú Ð Á '$ ëÿý "~3/43/4ü±Ú ïƒEP'È¸(ö"ý~¯Möé=>"N§cƒu @ËÓÕ g]¿K¶
ÎŠüVÚ}º)`Ý$ " Ù î;ûaÒý~ëÕôŸØH¬ }H(fv¯êÕýW tëduÝ{¤jFÁr eZ G@ˆ0ç£ý}ý¥ß]¬ {t"h
DH7Ü Bˆ=Av¿¨i}ùŸ"
&¿ßm <MÎ°_ÿØÛ¯ -Ð{Á...øM¥öˆ-ö "%š¤´è?¶ -ˆ×v)ÚA3/4š°Â!¨9
Í§H!"²1/2I
F`è4ÓaCTäGOnÂ(r)ì$ Ü†,eìJ (r) Æx; @Á
0˜" P¬Ö Úð@Ø" "BÈè)-Úˆˆ°L¢P"DeìôÁ, ¸DI
P" "ˆˆˆ" *G`o µº;v ì6GzZ¥TÂ/u:ººÒ:d (A-
(c)%AA PAaBXJ• Ô%AV'¤h,IªQ¯ hr ØA ªvV 4´¨ (" R;
}%P" 8á%A-j- pº Óu "@ ,H†
¿ }B RH*H ) - I$ (T•ÐA%œ:B‰
ªÈá*Žô
°zL ¡ ¸ÚY
iU"CZ° PU",µTµ|öE(tm)ì J @"ZAÅ´" Zà-ˆ€'
OJŠC¯Ö ¥l%A -(tm)š" áSA/] -5@nÂaA Ô"9ªZIdœ † a "I† ×¬ *¥ hŽiC&† "šM
"Ö qZHB#è":"l$'&šºi%H".Í@øöØiUª Á×hRA0T(r)÷¦ 6B ÒK
hãÁRÓaÒì"T RÂK...T5Jºt Ó Èg€ aZT I+í(c)(c)"ßKQ -a,Z
Ž
Óûi ýSP`šId< r t ,Î~›-&Ð">'(c)ä¸7 ¦"ª a§¥Õ×ê ù0 $š^A (tm)

ý¥¥ÐP(tm) ÐCð"...&át ô ð,P-¥@Á$ A ›¦|Pé
7JP &j~'H ´@ v ÅZI(IUSÒQ¶¤$#š gb_`öé$¸ÒWTKÚr Ã‡f@6 I°˜*RÜ ˆƒÎ·IRÓ¬ 7VÝ&Á-A
Œ%KxI["
›
´ ÐPÂ Ä(%"À0'¥KtƒH
¡Ï´-¿L0ƒ ¢2€H...¬:A,‡¨ bK|ôÝ"
ŠŠlfÂÅUS!
´Ò
ƒ (tm)
H*...A;[è (tm)

0(ªa  "•
<Î xfR}$@    ,  Ä  ÂÒv¬  ²8 È-  r°ë(tm)·ø`^á-      z  Î<uÄ"8  ^ÆFÃl    ÿ
Ä  PR+,  D˜QDÏ¬2
P  ("á"=u

  aK  VÀÂ  ¢\Ì6"¡  D        +%èA  P6  Di*      ^áüä¡  Ù  XCP•XHD}...³1Pu^4!  šÂ,-š
l'ÄRµ³ŽVÊ8j#T0•Z¨Ký*Ñ\o°
  'È¸h5EÅ#†'    vG
sy  dpS#£l¸)  2è¸+    ¨kË¢86'1/4æ`!UÍ¢ôµk  h+-eÑpÌ#  rLÌ28  Èi  Cn
á^Cl¹  ¨"ƒ!(tm)...    Û.A¬r^UD4Ü¨<  Y  §
£".Z¡  ^^^^^^²‹"TA±ÈÇ,s9Ü:B"'"#*
$  GZ   J•iBZ1/2)j  fi  v6ŽàR
 v8§ÑÙTƒ¥¨  Ð9qŸ  6  x  Õ  DÀ¥.  d0t˜-
†`  ðR4   !
    \Xë--5@"    (¹  0Q    A¢8
  €T  /  Á
 ,éÄ¤C> Á"c5
è  ÎðÈhÐ Âšàá
m"(eÄE  "Ú  9£h"  äq¢ç  G  "ŒÀ€¶¬5M  #1/2¸dýµÑ8C  Tîæf,aµJ,}  Â  ô    @i2èÜÌÁZ@ƒ{z
ßJŸ{]Òn"Iê3/4  --¶    Â# šMÕï]÷Ô°ÛI¿´  ¶•jôÚ
olXj-¢Ã†í6úÕ1/2ÚZóúÛé[þßN*-\%3/4ÿUKZ{i:Úi^-øIµ"  ]Ò¦÷í5µs"ž-ëwÎø^¸ýi?µS1/2.¿^¸¯ýWOUÚo
¥þÞ¬":Óµ0Å[ëŒ--´(r)×ОÒ|V  tPõý
ú_ÓúR#ÛO3/41/2_oÐXKiRuzë§¯¿3/4']k  î(c)]é{  N·¿KN-ÿýµ·[õõ¿¥"{øK].(r)3/4-¯wªª
  "ñ3/4  *J•V¿i>ÒÞâ"¨[Õ÷ÈôPaÛÛa$Â]  -A  Ô%{¯a$¿^Ð"
  õ¸    ²8"¨ï·b  ë&å
Q×ÓQ
ÝR3/4å'mï˜Q
ÒÕ%ëÿ  ÖÙ¦ÍgÓ-ïË‡N  ë(c)<5íµÙxü"oØuÖ  ¶¨Óûo†ÐDu|Ø(r)ê¿oT¶  VÞíúè3z{*á¶  *oé>ÿëÿ‡éi/1/
4EêÙáÿi¿ý$3/4Ã1/2.þ×‡MzîÞ/-oá
 ÷ý°Òu}°ðÚ¿>  öÛ"Mõk  öë  ·P-ýúi5r1)N"öÓ÷÷  ëIt  ÕR×ŠµõWÕ¶È?m-¦×ÛO  Î=:ûp×
{í.õÕ%(r)  [y  ¯N›íô'  ¿"    ¿W¯3/4Ã    >ƒ¥w-µ]C¥ï[zIÚ¨;H
µ }ò}¶ÔUuí°-Ã(Úímïïaὸ+zý¶Õ  ":×k      "h+I4ªØi+
  šV•Â¿n¯ûé¶Ã  $¡ÿIÞÃ  °Xµ¶  [
p°ÒmUû"ÛKû
  Ixh^_,
V  ,C8    MŠ´
´*)†  O¦ÃOwKZ

1Tf  H  <
u
"ÜŒ  a  ¢
æ
  3 "€@ž
<  Ä*²pñ  DÂpÐJòÓT
pÈ¨M¢1ÎQ    E´,ëfØå-Ð*3Ã  ]0È£"*jÆ'VQš        DCX^<  0_  ¸m±  [I7Ô.ÛúPÛuH$ÛiU    v´¨
  a´´  !v•D6-    $´>  ^  øU§(r)vx¨<q°ZkCs†EØ(R    æ  •çc2èÃ Êpâ    B‡   -ePg
E,  Q  td¸Z
$l

Þ'.
ì‰
    JºN  )†tÊ†    F@Ù(tm)h¹ÒšÚÑ¦Õ&ÐA"Òs±‰¦ú
Hç  ƒ~>˜Eá7´  }_Iô'nvêÒáRkmZMûz]
OZqIÐM¦'Zþí¥-v-m[§ÿÿ__X(c):mS¿-wýo¿H4(r)Ÿuu%_"÷ë
'" {¥yÔ-  A
pSLóD'  Èbd†T f³5  aá  ä  X?DVàø5×Â-  7
Pš``Œpƒ
    a,   ìTÌD
tôŸ·á  Õ›


ƒ  n  û¤  m  š/ðdCFÀíî  C(tG_WÓº
¿Bxì¡È˜zT'on  ¶é6EB%§¡8>Õô°ªõ(tm)›â  Bë¥Múì5IÉHî˜bÒ
Õk"ÒM*Â~(r)¡-%tz°Áõaü  ¤Ýôï
wþ¿~)/ü0ô"íû×
"Õ&÷ï"Yx·  vÝ
zÛ¤Ýöj"  -ÓÛ¥Ãìè:Áµ¦ýºOî¥uµ  Õ1/2Žßªáù'•Ð}m  ^š^ýûž[~  "û
û  »éý~ûë×_¿  ¿
3/41/2B[Òÿÿ"  ¶•_"¿"ïÞš~õOoöíߪWÝû
1/2'[¿j-tÚMÒä  ×ïŸlnï_í¿KÖ-˜-'"¨ÿü  6ÿ¿¯gEÚ]#ªI1/2Òôí[Ïéé1/2Ú¶í*îê´(c)ú¤  úm*Û´›þ×V  ·Òkñ5K
Öƒ.  úJÒaÕ·¶-PÁ=þÕ¶÷¶  Ÿ;Jî(jz"%n-†ƒ  6"a.Â  Á"-(ƒÒEÀ˜ëí´¡,
"B;AÓ¯¬iÁ"  ¦m*H˜8M¤Ë°"a'Ã±  0Õ  -  ÐB  I°Ø0"lBØ0"  q  ´  0•X6)^@ƒbXàƒ
(:  `^['"-  ,     ¤#¦DpM¡T  ]0ÂQ
Ì  Â   XPAœš
  ¦‰
˜B²bÅ
    `"-¦    Âh  c"Ç
""""""4"" â"""['¨Ö²Ø  Õ*   Ò
C...ÿ-T(r)Z,(c)JáQ7  -¢†ƒ  2  Dù8pS"D/!6å¦¦2L&  ªN
"  •@¤¸P  ...  9#ÌÓ¸0À  #N  Sa%Ñ0°z¬¬  4ôÐ&  $  ÂÃxÓt--o  Üñê'}ºÉVA´rëwpÖÖ-Å&û
·pé_"ëÞœ"=_  ×ë  õÚ  m/¿oö  &  Ê‡•${ÒúUþí9
        -3[:‰  É7Î£<  ¸I o"  O>yñ;DZ-þÕ5  Â`  ÃÂ
L<  Ø  Á  ›H `(c)ì  ÃõõYñÚ4l
ÃÑxßÑ÷‡  N'7
  `"Oß°×Ðgê
¤Þ'"wA¿¦ÒA7  %}ö3/4ü¢(v  ÕúÛoJÞÖõ¬Ðí¦ƒ  ߺOi;·¿}7I;o¶'1/2it   ¿íiu}{wútÃî°,í¿_i$÷¦rM_Þß
ÚV      &ß(r)Ÿÿ{uñ  ¨Š÷ªïðúöí¿ûÒWó
3/4j  7Î  µ]¬W¿þöÿÕõ‰  ÛþT5¿}éÐÝº^-·á  k  ¿§þÖÿ_kïÒ(r),3/4ûu¿Ýf€¨×"}wÛ3/4,öëéÒÿß§·ÿWý
Úë¨^tV¿Ú¿uk¥ö×ý£$Uþ÷†
  ï¥Û°§Û"
¿˜¨ÿj×zM_3/4ÿK÷ü=ë_vÒ(r)Úü7é7Ov¿¸á¥kzgÞð×kévÿt-ºÝ±·]"Èú~Å4öÝ=þu  V-êÓNÚµN
îÝ˜M°¨4àÓM
Ú§O  ...€Á     1   l‰
M¶'°'"Œ0H  0@Ð0D8`â     "  Ù,¨Õ  à  Ë):aOª"æ°¸`"f   (c)¡'_0À˜l£~'Ž"DDDDD¡  ^^^  ^F#  }*P
•  ÿËP  B  Dw<(r)]KP jP  ,  Ì‰¢
  •  ÿ
~  .ŠIe¦¨  xK:À  6L

‹pÓ×@è$,"
ë  XÚ  Âë' Ôn-       fz¤",A|¢¿¢iéZ 'T'm:]/"
ŠM  Üú-*ÍRkÜz"VëT  Ÿ$Žÿ"-RÒuTx"¿*  1/2  ¯...  V'Þ1/2."uZ[×ªíjž/èN(c)j1/2$ÚÌò\G¤Bƒ-ÿ[Ÿj×A
ªÝ(c)*ÒZëÜ¤1/2  ßß  v(c)yqvõZëMù  -Î´}W  ŽÒ],/t¿
§  7éræî(r)°~"ê
1/2>"¤ÛMÐKì  ]6"¿]5uuÔê7ØM%}  3/4  Ý.1/2=xwok^ÛKŽ'Ý    °u¦Ÿ›
-gO6  f  -þyév"H¶°m;B."?¯^ôé÷Õ~éþ¶µßÿþßéëë...rÏqmnDÃ  ¢
ËuF¥û-    ÚQÅz
{Z÷ÞÒujŸw_WÒ¤1/2]zé†(c)"(r)¶ÿÿû  jðò-"k^Ý:ÞŸb•]    ô´-ÖÐUÖß"ˆ[i{¶"
+øM,  BâzMŠ-6ÂAŠ  pD-¤  k`˜€í,U  !    A´9{/        ßÕè-ðÚí
-†,‡¨  ÿËX-7ËML
   "É  Ál,£\B  &!,#XN-jÁ
" F  H3¨¨4N  ÉLÚ8i$  ¡Ò"
z4\4lh  7¡
K  @ƒÒA  1/4  ÃIµ3/4éKN'†ˆqÝ¤•¤é6×  @(tm)PÒyƒIU:ß¤ßÒ¡h$Ü%Ò"§¦ïåÿ:èï        zëõ
   ÚWI%×\:¿Û  }+--+ZÕít¨?}wn-û-"gFNds6=2:Õt¨%¥¿m¥W  BøéP?
-k
{û"ª/  i...WÈ=OJ¬Ž6Ð]{
/TÛÖ  =  õW  Ø~-Øä§
"åRsúÔ#ë¯Óõî¨0îƒv(c)\&Ûí¶Û}ë-÷-tÝúJ'  fGØ;zKé}B3¿é  ÁüUè7oú]:L63/4Òo²ªU~¯éwfÃ¤ß^  oá
°  WI    -v÷Ní°ø"  :þë·Z¤  z{Vú  ÚOÿëÿ/}oÒI
µß-^Ê(r)A}dÛO-£Ã¨"×ÑWx÷ú"  Õ[ƒ"þ  ÚZoëÿ=^1/2×(r)(r)þþþ^ô¿¡Õ%"kß´  z^Ãs¢JöŸ*[KI3/4ë°Â˜
H"¨ÒÃký"jÝ:Môâ5´ô
%é%Xn¡¥iC"        A  õ  Ž,
  -¸"$ë^Ò
Bm&  $ÅSaiª[E8v
-¨ˆÃ
(†  ˆ"š¶H  P†  †  F"â*";î¶ëi]l4  °•´  Gÿå¨  (c)Äñ%ÍÊì'
        ,  ‹  '        ,,"!Ç
þ°‰è-BØì-ƒd'@ƒmKPoÛ}  Ø÷¯A6W  ZÿV×ÿ¤ý?Ý+õÿN•  ÎóH¨ÙA
]ð(tm)  3dtGòvtÎ  Oy  4Î  (2@PD9ä1¥¯
     ËÐÐ_¯X-...Ù%eyz'i-(tm).l  à¨n  ,,
&    "  ' D%  ˉ      úEÞØA"    K    ƒTÂ`¯EÀ0ˆvë!pë¤¶¯*hØý
"ñÜ  .  ý@  Õ  ø4Ò.Ã  Bä  ô_0ª        &"¬  ";‡4Ð3†    ...EŽÓT›ô  n  ih  Ú†ÐOIoª
´$Aì¤$
  =!3¸Mžt7~  Pg    Ðg        ˜õ×t'm¦"é¥zÛ8Fæ•k4<-
êû¯ÕKÒ›36  Ân¯ë¨J  muUvò  ¡úVéátÛV1/2þ"iÕÿt1/2  ÷×Ikj"×Õ6ÖÖ¿-.°ý3/4ÿö-]ßþ¿°3/4!V-÷‹1/2o
3/4ßúMø°Ž  ‹LWÒ÷J/ë3/4-¯Õÿ1/2×ï@  7Rð¡Ï
ƒ}$°ùvV"Kß}  _o×õïõ"¶  Â    ÓémÔ!ô·ý  #íu1/2ýzßWÂ6i1/2ƒ[U×[¿_÷Oÿ~ÿê(r)¸KYŸ·ý.ÝW¤ýÚ
íWô-ú-Ýô  ¶°ðÛþµkuÒë3/4·ý"ë1/2-×šÎ‹m0ýu¤ÿxKÞ"léÿzûê^-Uî¨!á"1/2R^¨¯ê"§×ÒÿOï¥Ý÷ý6ÚN  ˑÚ
  õ¨áý¥t÷-
/úimí{ÿé÷v¿}èãÕ-n"Ÿ"GKÒukýZoÞúéõI¶áûÚ1/2¥¤ì·ô¶  *ml4-ØM41/2WJÒÒoµa"•¶  WL  ^ÂXHòj
  /uWîfîØêpÁ  ²õëðÕ¿NÑ
Üv±)üU¥Ó  Ð[m/µJ›7ö%1/2Šƒ
í4  A6'
  ÇIÁµ
  Õ6Â^^Ò
   ¥†'

"$n
*ƒ(c)Ž‹‡L  0D+ƒb    $  0œ‰  4  4ÃQ   ...xa0I;@   ,
    ,
c    \  0A†ª    `  L!$  (g°¦&  ‹
#¦4â*!...(
PB-B  j"""#^^ö  ^^ûm/M×·
Ú†,é¶  û
*ï†  ¡   !
(AÌ¬ADH    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿò(tm)V£ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ,Ñ¥ÿÿÿÿÿÿÿÿÿÿÿ
ÿü¦‰ñÿÿÿ-    ÿâ˜T"ÿÿÿÿÿÿÿÿÿÿþ[%Š?ÿÿÿÿÿÿ,">íGÿÿÿÿÿÿÿÿüµ
    (tm)
¨ÿ-°"  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþS
j?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿòÓXRÓ&@^-;A£FšA‡M'£~>Â~éiq}éwµõÜzÕËLm&ðM(r)
¯˜‡òÒ  'Xm^î**ê•ßÿúí(r)º"§JêZ`úêš¶-)ŠÁ5  v˜¸ÿÿÿÿÿÀ   @
endstream
endobj
117 0 obj
<< /Length 118 0 R >>
stream

q
445.44 0 0 700.32001 0 0 cm
/Im0 Do
Q
endstream
endobj
118 0 obj
40
endobj
119 0 obj
<<
/Type /Page
/MediaBox [ 0 0 477.12 645.60001 ]
/Parent 132 0 R
/Contents 121 0 R
/Resources << /XObject << /Im0 120 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
120 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 1988 /Height 2690
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 1988 >> /Length 25796 >>
stream

ÿÿÿÿÿÿÿÿù  ¥‹ÇÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùÚÚpr¦ô]
      !¢ìÃ;:?œÌd|Ž!ÚL(r)5Ã  ºB$ª!  ƒÀÌ  s  œŠ‰ÄDYO'ƒ#†rà`  !ŒÈ    X§
l  :ƒ    žGƒ(

} æJ²ä\  # Ág[àÂ  C>@Ð2?"ŽGpò
 Çè˙èR £B AŸ
Èp'  Ç¨˙j  ‡ ƒÐpi÷h6Á  ¦š˙Ã/Ff)#"-Ùs.‹  ƒ"œ2aÑ|È0n
   %vC8èÌŒ"æka  9  Þ‰øÂ"À0Èµ-r|
C-†"ß
}Ø!‹I  'm9(c)
Ói
e  Ú@ƒÍ2èá  oA
œèŸ  è³°ÓM
jA"ðÚþ÷Ã
'iû-¿¦œ  i  õAÝ‡¤ý:A¤  mßxJÿ¿Wß§§ÿÿéø~õû1/2:WiZ·ýï÷uõ×¶ÿÛZýÕ"¢ý:ÿá'}á:M¿µ÷ùC·qqÂÛ]%
    ÿ  vÿÛ¿ëZÔ=Zúk×Uoõ'wqyŸŽ>ûéõC°"ccé¡ûÕ?Ûþï"÷|†¯ïhGÕ×ÐWß}  ÷o(r)Ž‰"GWc¥~¶¦÷úã¯N¿
    Ó3/4ôø|?×Û¯†3/4ð1/4Wz°û´ýú"  ßz‡
1/2{ÿýrdº"  Ø_1/2+tÎ
V-ÞÛè/õ°ê±ÿ}q"l=[X‹oö  ZZ_1/2Ý"¿,~ÿPÃë}ƒü0û.-3/4¿øA}ö×Ùn  -  ýùhA"ö  Ä  '×üJ  õïëQÚ¶  ¥
kB-  ƒ  -aíUÿÂûí÷´éÐm-öÃ
~ßN1/2ÿòïÿoõßmÔÂÁMÒ!§ü0ÿ{ßÿ  êÃýõ°aÜGZ†ýÂøn×ßÿ¿îÿâô-'
  Þ!ýC  túèU·Ývÿõ#  ì-;•       1/2-ýÿ{îöÿÿÿXo[Õßÿïoúý÷[
ù  µêê÷)ÿë(Aû~¶ô°Ã  ÷ý%"z_Z  _úní ƒ[d3/4ÿðÿ.ÿ""  n>õý.ÿ‡M¯ÕÓjÿaûõë§ÿé}¥ÿ·¶|-"(r)ªß´íRp,ým}
:Ò"K·í-†•¥u·Û       }§at¡  µmì  ÂXKµû¶  J›       0Õ×ná†l,z§
Â#‰
StÓB¯i&]
%L7°a  l4  l%h%aðb  ;g
         "  D  QÔ  œP@Í   P   ÐŠN*Á


&  ¢  D       A'â   "@<!xC#sŽUd   ="Ê.  "(  lÃ  £˜2¬  "  Ó  L*Á  €‰±
$,  A^QA6MÐ'                   "£Œ°BœÐV�̈
  $  EZ3X¨DDDDDGÿÿóµ¶|GÉB?'Ši  )Ñ
ÎÒ
           "  %  o#,"4  ð   ^¢%D*²•  D  ...y
¨='   (c)ÈœtçƒYCf¨  zŒRW  ÁŠHAr  9=  gÕƒá  ª*
jFáÁ  š  á  É£@\ÕPDtu  ð,!"±
•   <àe   ÞE¨‡q  Àæ   !,é  B°ä‡L...j  ¢yEœ2A1/4,ÿ§  ^Ž  "ð'  Öa
"²
0`,%ãÂ`É!'"Èé"  #(r)
‰X@ƒ:'"Gdt
A
AÒzæ¤;U1/4  ;²t
æž  8pÈ£¤  y>.    @Ú
äfËÕƒ  5†¡"t
i
   PT   ƒnÕSïû
ú  -  z¦Ú0ô  ÊEÂ  0ý1/2Úvè>,m
Û¥WXz×zµ_{ÞõuõÝ'TžŸúíÝm$ƒmô-žŸÿÞ÷ïPßOîîõõzM"·ýÕ]$PÝÂ̂-ÿiX-ÞíÿÿJ"õ¤Ý
ø÷°÷Þ  ·W¸â·üñú  Ç-õ   "ýÝCzOTð¯¯û¯û}·ß{°V:ú<
÷ciUö¡*  §ûÝHk(r)ÿíëUëJ÷"ü   %ïÒØ÷ÿ¿(r)þÞãôî/¿·VÝ-Õ?ZØký  þßõ
ÿI  (]õûkôŠÂ°ß÷ý^¶ßïëKWýUü†3/4-%1/2  Â[_üÏ

Ž  KÿÃ  Òý/÷"VÓPõ÷×
ÿñ  j  Xmw¦h/",Ý‡Qó  íkËä‹  ZpÁÿÜ    ö!vúÛ
‚...×íû¤ÚLUñ  †;  ß5y^Öß·A¨"WùsîòÑ¿zÿ†ô'û¢wÛô¶  ríúÓÐ}±Ç§P×ËÏ„pßþýo{~Ý°ü?MCKÖÎy
6*ÿÞÛ6õ÷÷Ðo¿Jfûw{þá3/4¿Ò  Ø|;ÿ¿â·ÿØm{ïñ̈^Ÿßß
;ßÐÿÐ&ßøn¶ý  ßín°·ú  "MéRµZííý9:
ßû_íûÕü?1/40}þÿþö=WuÛû¨1/41ö*úï¿ß}  )úmÃõöôÞÞ×ôÔ  íÓ**Úa¥Óÿ[-i  W~A¥°öò1Sþ-ðé(r)"ªkê
*MÐ^éëöÂNÚûV(r)ûiw‡3/4Ý'M?×õuõÛ{t-¥ÿ]n-}î˜a'TÕ4ÂÓ  |%Ú¯-vØÎÛKÛÖÝ°vðÞ  $Ã        .î
(Mµ{A]×°øi(m+ßIü6ªÃï  ÅE&C  >    &È-  B  pÁ$  [  d%"†'§¡Õ&Á,        1/4
èî  0A"Kf§;Ÿ'€l8àâ  '  °ê      @à  Å†!
Š(  &  ¹¯  mË°;  N
Ä‰Á0Õ0æp  (2¶%      qÊ(*Ð¢  ò7†  &
(c)à¿CŽ...  ÍMl""  E("12ø^^^^^^^^^^^^^ÿÿÿÿÿÿÿÿÿÎÓåÂ  *ätA"PŒEd-        1/4º#HÐ\Èù  GÙ(2<LDqIQ'Ñ
Ì¯  äD'ø3/4D(tm)q1  Ì9
W  ̈9Ü€pË(tm)xŽ  eÁXÃ6
eÌ¸k  GÙpÍ)ó`é̄  f<Ú#²;#†Â2.‹,      â4"9š'€Ì$fàà`þ_#†'ta
Ó  Þ\5  ù€‹  """""""""A-¢œ†m
      ä  6  æÅ'              V9
€  DDH-  Ç;
G2äc5†fyÐ  .ŽFÑ̈    Ñ‚Ô  Èâ  €.‰0üäs#¢>GÎ  ¨D  '|æ3O"@e  ¢€Ó.Ë£aš]  FÁ ̈ŽF  ¬G3a¦]        ,
      Žd|§  æòœ4DFb.DÏ¨êJÊ  /Š  0çrœâ§  3"VEâ"^=-œ  qË  C1ÏPâ""""""""""""""""""""""""""""""""""""""
""""""vj
Èç  ÿÿÿÿÿÿÿÿÿüíTR<FFy°CÀ"fTÁ
à  ×žDvF¹ØÅa
ê  ‚¨³Xhd4  !•"#$ÂÃ  j ...
šÆG
š  `,
  ?m  Jm...If'áÁ0É,$N
$N  öô  4ÿ†ò  Âz¨MÜ7¤ß  D  w"}ÂMýÕ÷f"Ã
"ú  |¨Õ6ÛÄwê¬>ÿüïëñi"GI  Ô÷ï1/2´-
    7þ-ÒzkwWµª̊"::~"µüèŸVÿÃ-Õÿ¿Õz×ýt-ö*í=Òè]1/2~1/2W*ZvG    ô  pÉÄ}]ôö  WQ÷a  ñ  Kþ!W.
ÍMq
iÿ#  _C"É¿(c)d_§°›ÿîf  ¿ß|ûí  l]1/2¿¨ÿÒÕÓCü/§¶•m?ÒÛ€ßû¶|×óéÿÇ¿"  ÿî>Ÿþï-z^þ-SôF&Ò÷y/×O-"e:
ë_íúWì?ÒU×î"tÚUkì=*-+IëÞÚ̊ßßv-¿[...'ëvÚt¯mBVª  ´>¤-ÃjÃ    h>Õ¸0A*Á›
`"0'ÓD$  dGF¨‡Á
  ;´...  a
0fÆÜ꜡8bØ...rg
4HàŒ†‡  @f("    b  fZ  E",QYÄÈw6...
œX'ŒDDDDGõÕa
Gÿÿÿÿÿÿÿÿÿüm  £²¡Ê  ²¤Ñœ0f-¦  KÁ/A:4;  wêÚAàÈAÃ  ¿jžË˜x'd4÷÷mW-õõïþíu]}oþ¿ú5f¨£8I'#á,
é
û  D"|,a  ÿX    !  á  až  k,"9  õK§áž¨ËôçH  íff^Pÿ""a;_â3/4ßÕú°_þßÝ  ¡  úý{5  ú¯3/4  1ÿÝÕ
×    ÷÷ßIþ"ëè/Û  ÿKô¿  [õÿ(r)-öß÷ý÷_Zß¯×äõêÔÂí[8¿      Ó¶#µ¸ÓNÚ¦¨    "  `  ,
    0D  fX iBh  §Ñ  šÎ8@  3/4bÀB""""""&j#úÒÔ  ,  ÿÿÿÿÿÿÿùM  (þSESÊÊ6  ?ÿò˜
Q•É  -
(;V-}ë]ÒÚÊáió0ò„,{þé/](r)  ¡  í+
¯`}_ÇÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÝÉµ3¹ä  ¸;[GhŠÚ2
ÉÁ1'<‰£#ó´à...  ty  lÁ‹"1  F"(Œ̄Ì`•
sÙœx  0¥C%p);"  H&vž    ˜&(tm)QA,  Ôð9àF$&,2\'  u

ÐØX]A{      Fº5ð-v  á2*  ƒ  †H3B)ØD(c)4 aWºüÃµ
•¥ªzÚŠrr ':CSwm¨AÚv^-Y  uC@ó  Iè0š#v×
}íŠƒÓá  Ç  Ä]Ä;µ^âQ  §⁻
é:_Nõî3/4¢⁻^1/2Ðõïi  ¿ÿë×þ"1/2}û¥ÿÿ¿]ÿ_Óá[w÷ýk"t"ÚWÙß⁻µÿý⁻~ÛwM¿Øn£ªeZÿî-V?⁻ÿ-m'h¡ód
‰J?'
(È°!‹'      ¢KeX‰˜‹^Gg#¡  ë £%#)òŸ  ‡¡U
"(tm)(tm)¥œ=RÞ^è}1/2:H(PMÐgÆ
\Ô,   - ðCã  C6( iÙP!C@Èba  vh  Œ*    œ.T   · O  ‰Ž  "
H
  7ßa"Ú
^?}"pPT-"7AB¦  "
    AQºÊy£Fç¢n  H&‰¸àƒlŠöT  "laf·H"
   °T    EÃ  4    ƒ,
3/4Ò§I[1/21/2kÐž0g
Ñ¤áP•"  (c)£ÂI8;¤Þ    Â  >  ul‡^Ñ;  +P  }    K  ]Z  0÷N  'ø`ÛMBNÃko³P{'Ô‹@ÂxOÖÊx0¶œÑ
ôgoßþ
é:_ôçÝ]¥üä'qî-  ƒ"kµÛC†G  ¶"}BB-ØO[î.ÂtÿoÒëÿ\0-'ý×ÿ⁻qi×ÝÔÒÛqá‡Ä,0  ù.}×¿  ·_I]=×Õu¥"k
õ"3/4¿`ÿK¿Þ<0Û"ËÉ†L?v]_¿ñú_aúï×oÿ"¿ã⁻ÓUÓŽ¡-^.ûkÜ="Gûo(r)¿  áÿ¥^ôÿâ    Ýw×Ö...k
ØZ  ô›á·Ú|1mÓÿÿú¶]ÿ÷⁻_,à"ú[ÿ,^
à¿{9pø?á1/46-o  ª⁻ö˜5ÿî•?Â.ø.µ÷ÿ,&?
    _ÿ¤Ä¶ß-á3/4ÛWÿ·ÿoÿßwëAxEç  ÿê   ÷a  (r)  _Òì:š']ï  Óoÿ⁻öÃwÿµUï  .  KÿÿÞ,3/4ÒÝÐ_ý†
Û  |"WþßWþô
ªÿôÿ].--1/2×ý$-Ij¨.1/2á
û÷ö-û÷  ×µôõÃ¿"î^ý^ÒÝé  üè(r)÷¥-ßîê"ÙÀÝºZvÿê›ö1/2(r)öÓ}µîÝõkÒ×¿ÿýVìè-Õ{1/2%A'3
íjM¿(r)Ãmÿï}Ýš
×ý'?ÿjÿ¿í•ûjªÒÚÿ]Ú[nÞÊ>žéí{+[ûo(r)µßú{op|;÷_´×  þ÷Ôÿõ`ZÒ×´·î⁻{v  'NÃ_$-ÿÿkÓÚ`ÿÓþ  ÛV  WÃ
ö°ÂZîûkƒ⁻ôÔ(r)Úí{vû°žÝýÓÛßûh  ,v  ...Î"ÝßwºÐ^¦      Zeý+  ÈðÒÛß±V§

%j°øa$÷bµ´û\ í}¶  jû  G
l]0'Xö  _Itã[      ¯  Aß  lv...}¥s±€I"BÁ  `˜TàÁ  D    J¡,  Bù  ¶  i"  "  Ä80I    0AÅ  -  bg
   Ž
D"œU"
Š`ÂPÐ0ƒh  q8á"  2-"  H  š    ˜i  G^}JÀ‰Á  xc˜qI"N  'â  DcÝA      Ó;œ¸"  0ªÈG
:    aA0⁻P    dG@ƒ²  Âb    ¸:-Ða
4ƒ
*...  ša0,m    Á0w   -Ì  }^^^Á  B""""Ê,  EÄE,    t  0"CB,-§4Â  Á  Í
"A"#2À"?    ÄDDDDDhDG÷UýRÕê•  ,
Â
ÒÂŠ
`ƒ  ÿ-0%;O⁻Îî#²⁻Á-å"¬  ·>vÝÄ^&Udc"8d|  ^u  ÐXË
0R    #èàh;X+2'    ^-\"  àÁÜPdvEPJ h2ž  .¬    ,  ˜ƒÄ§
t  •    Ô(tm)

  Œ  æG  0•-ÀÔ0A n,%    ÉÁ'G3†R  ²Dð0^£ŒÐÃ  FA  q`˜X`÷2"  àþáµnÝ"
†ðÁ      â"    l"gÐmÑs
4    Ésr  pÍ¬    hî"¶áÒ,#ØH0Ö"6í ƒ

ïÒA°Õ4  l-¥Üª¦YØý´úcT  *1/4?I´Ÿaè&ÿoWÿÛêêÝ&´íûö•×ö  mÒÛûÿ[{é°¿Ú~  Ý  i?t•*ÿUŠ3/4¿eE´

Þ    žaß3/4öôßw·þÒ~"^µî  1/2U¶›ÿë_  Þ-Ú]§ß÷ýv×´žµ¿1/2Uµú1/2'}óLâ"])0ˆ.ÖR   OV÷´Û×ÿíûýt>õ
wttŽ¤t  ¡  h)8sL†-   'œ (tm)t  ˆAøÕ  G¹
   FC
ˆz  @ŠâÉóP¦£5gTDfÈèuÕvÒÛ]o  ý  ¶ï¿' fEÃ[  L'5Õ   c  0¡4,"ì0 fF±k"   4dcÐf'¶
"ü"ì0D  ÈDDS  ...?T*j1/2  *úýýû°¦  x    ‡èh1/4
à(c)8Eà`(c)²@Ó... ˜ŸÑ1/2  ÎñGæ
   ¤ô(c)´^
"ì0(c)¢ñ3/4ê  ÒÛýöýÝ.þfzÜ<    é6é  #",zuIá<  ø  §    Æ"Úþú¶"OoÐM (tm)<Â
4
õ_²;     vÞÐ-ûúz^1/2·ÒÒN-O¤ÐÕù  N-ž  æfÚ\i7¯Mf%   °O 'ú
W3;IüA¤ñTß×Ã1/2á,[ÿ]÷þ-¥[ý¥×]ûOM?ì¤í
^  [{1/2=;°yp1/2(r)þý¿â
ëÛz¦ÒzÕÐ...Kï^•ÿ¿ú--Õjž!*kzÛëµ§§ktµW  ]L]Uõ    ¨Ç'  ¯  cú#  âµ¯¿¨Ü_ü{]~ýöÓMÿYÕÿîÚíµOÒ
^Xçs¤C
D}‡¥±ï@*÷X,†  Hf£Ü1/4S  Þ-ø...¯Â, Åÿ¥û*ë°KáÝö÷èEy‹‡þŒ^   ˛-þ´Ø...†Û1uÒ°ÿÿÁ}¶Ÿoþ*  §¿W¿z
Õ4(r)Á¯3/4ô  OïÐEÃfZ3/4ßÛ_ü¨æ¹ôKM×"‡ÿ~ýµéêý6Õ‡ÿKh/Õð  S  þ¶ë¯    þêÞíW(r)¥Õ~ïz÷"
†þÔÞ'ÿ1/2+
1/2ýíý  é=ï_§Ý¯`ÿ¿öÖ"t"ýAûß]%ýí  AÖ¿ß
"Ÿ ý  ú
=¿°àé]ëu²
|vÕþtì‡"ÙÑ7ý    1/2ÿî(tm)  -ÃogEýC³¦Å-´ý^êûfßpé...î  }ÛJ7¿-u0ŸzM_éý1/2ÿ~ÿ"nôr÷ýo"kû[Ÿô-Ú¶
-¿µ¶"kñ£í=þµÿõK=¿à{óÛH[Zþ¯1/27{VØK}-´>K·
Ó]÷_i  Ý¥ÝZþ1/273/4*]_þÔÿ_ÿûUÿ†•1/2,[h&Ò1/2"  'zØJ
.ðÕ>>Øk}°f  íÕ(r)3/4æö×ü7
$(c)·^¡>>
í}[Ix2ám†"
%í1/2&öÅ1K±OVÃ  "±_h0  ª¦   d*"Ë¤ê±]ý÷Hf'm.ß/ó´à  Ô*jçÃ†
3/4
Ï†€¦Â`ÂIŸ  Ø0-[µ¦ÒkÄ'TäZ†öÃ(¦F8m¥  ëjÛR  ù¶(c)§  §',LA¢  €ˆJ+b(&èf  "@  Ø"Å    §±  Þ
   &    µ  j)  ÈAÃh`  ¨È°  `f
ˆà´€  \  ¦
Ð`fNBM  Â
    `fdG@fˇ'"@á-¨G-        'í  b  Â  u
C  èÂa",%-B
    `   ˜e
   ¢  T  &T    `   "Ô†
àÁrÝ  )Y   (Q
   ^^^^^^^^^^^2"Î¶pâ'LDDx    RõõT¡-h$  J"TXPaK\b  ÿ-ÁE   ª
Œá•ŒŒŽÁQÜ<˛r$ŽÆó°6DÌ...guç²>AH<
ïW;N(A f"fè†... (d0œ  Ž  ÀB.  0H.9ê³³`2Ž   é  §!EæÃ    '  k  F"1'ÅB
œ4HX   s'*!U  á  PÌ
Ám†E   `@Dc‡!¢§   ¨2>  F  ÀË
BL0r0gNÐA
dD¨Y  &EæF   ‰ó   O  îVfI²è  .    Å.(eè‰Îñ"ð  h  ...  ¨Ã,9¡ž  9  ¬¹-Iö‰Ñ
"%ÆàÂn    l;¢è
Ê  úÁ´fl  ¡"t
4f¶¦  y?šxv  ˛oÂÞ'
5]ª  õÂa†é  ÛUÁé²µö,nŸöÐ@õ¦  7O¶ýî¶,pÛïïná'¦

›û¤Ö›M¤û{¿ûõîéíý+ÒM·-{kTÃ"¦÷öž ªêßþôýþþÝ§ý-÷  úoi\:Iÿ  G'‡üï3/4¯ 1/4{þÝ    ÛPšã
›1/2?ÛZJÖoP=ãJééíõo  ÿ œv¯  o8íç-?*)ÞŒí]  vý*)ÚU}Ýr  ÉA  (tm).D ï¦Òëþ ªÿmÆÿi1/2[  Õÿ  iû¯m"
ÿÚÂ
Ÿ8@  '    ¤m,!æC  *úþ¹
_cí-d>¿ZµUõúþöú[ÝWý(r)‹Æ
æê/  œ^    Qxÿ^3/4ÿîý*ñé6ÝZÞ(r)Ûé¿öÿîßoíý8'f¥P¬!Ðl'i7¤-Õih&¶¯  ×Ó}[ë1/2ëÿl>ë!^P·¥ü  Æ-L  1
/4"xI¿þÂ_¥ßWû¯éoíßôß·ý  oa×_Õi~fß÷§    ÓúW  "ÒŠÂPk·ñØKaëÿíé_Öß×Û"Ú÷þûôµÚÿïÓ´  ›  6û
kø@¿¿ëý¿  "o-vÿ  Ýtí?÷  ]þòCƒ~!LC¨&  Ýù?)ñ
oû]íúÿ¦ûW¦×ÿ ª¨KÇúÓý*"N?ñ-ì?Ã^  3/4íéuÝCÂWþÿý¿ïÍíî
çAÞ‹  öÿaÐn¹yÈjfA¿
÷èž5  {wðþÿ÷íøoë_ô  £á  ÿ ªÿ  nýýXa‡÷µÛMíûu ªKúý·úÞ/¸öÖ°"§"
ßï¯W  ßÜ4ßMëÔ"*¦íñ>/ý¿ûlâ1/2J  ô´  Ö,ô°¿âhöúÐt:    ö÷Ç3/4õÖ÷o_öÿí±×  ?¥~-Ã¯ÿWOuÛ1/2ßß
OÝ[â¹("þú0o¿  ê¬Âé¯~µë°Â
³¢¿ò1Wÿ1/2í  P{ÛV1/21/2Ž  1/2z\m>õ±ñïõÝ ªµþ-¿ÿÛ]Ö  ¢  mýqîôGNé]íû-ÿ ¥ªmíS¨ì§ªå
¿ô·úÕ¯ö÷ö·HÅ°  ·ý(tÝ#  ûÿ"ëï¦êô-vÒ{êû7WzßéÛP'Mî--ÚO÷¤ë3/4  Aaí&ÿvµéí(r)ÿ ª¶Ï´°ßÓ
Õ-¿[1/2÷ot·¯[-"GTØ^Ý%õé'ÿ°¨K
+°]*¶¦ ª¯ô°é]ëöÕÖÿ¿}"¦×aÝÂÚa¥÷â  ÜR DÖÃJõ[A...a"-1/2vím_°-Ãvê×a"·[U†  ¿a""°-O
²#ÓM'a6Ö±\3  Ó
&  I[A'Ã  Ü4¯í  \  "~îâÁ%UNÁC  -ö    "
0K"
T    áU†    ª  $    €À"    A  !r  q@ƒ  °(ˆ
&é,  @Ø1/24
Ð    `Ä  "‡    0  Å6\¯b6f  ˆGP¯b  tÆNÐ2²µ  39W  C#  $C8QÜââ    ò  rD
¡Ôî  0`Üè
ˆ¨s!†G Ü  0Y<    a'N!à  ¢nqâÀÁ    {¯¨"A"  œDDDa
F"""""""¨á  gÚÉ          ø¥2š'â""4ž"°ªY  ö!XP¯£ÿå fKQTŽÑ•¨í>I  PÎÂ¦CŒï""¨  ð9  Gv  æÌó
Yx    "D/¸a"xŠáR
ƒ    -"P)-²¦Îê#PPA'  9Ô30Á)N!V  Ž  $  ÔD  Ð)ÄD%  U  Ó  *£;
P    ‹qv
0A  Àç    ž jÁ¸  s@\ÖD¦!ø/ª zßMÂ~þ
ƒH  Ã  K2X\õáá  ^(tm).
¡Dæ¯zÈ\ÖA²²Îêk"TD-á3/4  m¢sž  í5Ú[m  ð
PÑ
"}¦š¦i,k  B  á&þÝõ÷öôžÇÁoë  ¯oOß1/2é÷ûûkô3/4"?zW3/41/2oioÞ,  ïÖÚ^ª ß-v¨    êãO¯{Óý~Þ1/2Å
±§...}ÈŠßîˆÚÿ(r)w  °¯¯ ªßý¦ïÿo"Ì  '¸µíRmj¿o3/4¶1/2Er"  ¬¯ÉnJ
"¸Ì¨CÍŠxR  ÑV)"6GQâ#$    0Œó ...  \¤  "5çòP0š
°4É
GÂ}Þÿý/Òò  M~œ-Á0@ÜâÂádT¢6HY£·Ïèn
j  aS  `  âÁÂ"\T"c‡a  B-    @ƒ    -QpÂ
}3/43/4¿ï¿Ö(c)ÿ    ,I¦  '7,",h1/4...  4    w  1/4w70(c)¢ú  xÙÜÔ,  ˜°  é  Ì"v  (L"í£ó
˜*
ÍŸ°§á  §Û_í%T›
"Îã¸ê  ´œ+Ð*    ÝÃ´"
g  =  Ç:J•"'3/4  Âx´vVÁ³I4  i=U†õõÙ€*1/2q°]    ò>"É8:  lÐNï@éz¥þfm¤é]e
'=¯Ø2>Ó¥µ"4°q1/2ÿ',â5}°ë
zVJâvð¯ÝÉÎ?@ú¶"ÿwì.°{þ(c)·}'Ïá7ôþêëö×¸,¹  Wërn[Ð,ý3/4°  úzÞÿ÷ëûuÖßö•  (r)š  _ý?-áíß"æ¯ïïT!
ïÓú×§í&1/27Oÿß_üëê.  úõñþ6Ã{
ß"¿é6¯ÿ/3/4¿ýmŽ¯þµþ=

ý{ÿÐ¯Šøõú'e  ÿWÓ  !\ÿÿßþÿï1/2ÖŸzM/ÎƒL  õzßë5
j        î
þÂ  -ÛþÿÐÂIa  ê·é-
ûû
þ1/2¯úA  í ‹u_÷ÿ"kÖ  ¡v  ·  ü=7ý7ü[Þ--º  úýû§¯×í"
¬ ¯Ÿ1/2oþì%w"  øAWþÁí¿Kmþs"õt1/4
°•ÿ¿ƒ  ýÝëÿÏµ@"¿zÓ¿ÐUV,(r)  ]  a1/27µNßj  ¿  3/4üü  ý‡¯Ý¶¯  ·Zû]úþ"i&ßK‡¿†÷

ûW~öÒ¿oêïÕpûýUÒ×ëé=U?×Ù  ×ìé¥Ki^tÛ_:
ú}-(r)ºwƒ¬§Xol-Jôûo†ÿ{ßÿê´¿µ´ÿÒû¥3/4·ºK"H7·zØuv·µëÞëWk×¿÷K¯~º  ÿú_i  ëþ'N¿Mç  éÛ[nÖ(c)
µ  öû¥  ×Ì÷ýSx=3/4ÿ-omÞŸÛÿÝ%õ¶íwá(r)ýÛI&þý×ÒïmjÉÕ{÷1/2êßÕ÷...O"3/4ïNû
.º  ^µ´µá...ó÷Øï]"áokÖÛV  K°ƒ¿_  ûƒ¶"X0D  *av  Â]´  ¯JÅpÓ#êÅ6·Z¯L}Û  -ì;
  ÃTÓíZ"'  Ý¶  [þïí.öÁiöÂ
  ÇPÁ  Xa  3/4  (n"÷:jÂ!m"¬!Â¶ÈõBÒÒ{  ƒd"  "  ž
  ƒÎô  !F  ²$
  "‡vƒ  =    Ã¤ÈémŠOX"Âa!;Â
  A˜
ÅXHÐ  4  a&ÈŽ    aEC
Äã¦  ƒ  a i,í8FÃ  t
pƒÙÂ0"  Ä  VaÁ±
  A    <§
  0¯`†ˆq⊕Ð0@Ù  Á
,      Á4  4Òl‹a,°È°    ,  Ž  a
        ...0  '-A  Å"Â
)2!0aE?  g-*NHt""
˜nhL  u³  Æ"  ƒ  0C°B"
!  e
  ˆšñ    Q'  """  Á
!
!
  ‰o-  ê""""#^^^^^^^^Ø^ÿë¯ê-µÂ
  --(Ä
Ò<(ÿüïÑ  Â)Ár    dqHæA  y  ñ€ÁQ
³ª'G³,Œf3!tNdl‹Äl‰B="îš:^v~vœ  Ía "

  ŒØ    Ð†t  -
êD¨...¬ã  eÀŒê!
S¢œ    H09ª  pp@Ê  C)    À¹ÔÈèÖ    d⊕t
Òñøø&
ƒ    ¨
ƒ"´
ŽŒÖä  -
    5p°30A"  ÈËÃ    Ô  /Á  Epò2  "  v!'ŽOƒ    Q°Pa).f...ŽN  †^"1›      -æ  Døe‡
0ÙOr;5.‰øø2A  -
  cf£h  Ñ:2A:
u2v
,A
"£-2þ|  "ô  H0ßÛa  j  h;Öøm-FÛ¬çaºH  a·ºwwá    n  @ÁÐ8n  M"p¨  j¸Wm+"-Û§î"*öî(r)*á6ú¿M

ô  ~Õ3/4Ûé3/4êø":}ih

Þß(r)-Ý¯ûïz¯á'¿_þ»oV3/4Ý+w]àÿúÚ¿ï°Ûû×øßý6ßoJÃô(r)ú`ßÕ'ú¯~žôúJ/w÷Ž6=¶uúûVÓÂöéúMÞ- ¿k
ÝúùQúýÞ°e;ýÞwz<?--3/4aêû]¯8î*ŕR}Æ‡ÿ m×J3/4'O3/41/2  "£'é·ôw ÞÞ-Îûuëêþ-~tNÓ :j'ä5(r)Û
¥¥Óá¿ÿpÿ^÷Wïé×ÿ_K¿oÖÿù÷Û¶]¶þ×Òµ-mu~-Ÿ".××ÿÕú^ª"Ûíÿ³ªA ¶õúû °íÛúïîûoNõß÷ÒßJ-`ÿÿÞ¿_ÿ
1/2&ûµný1/47Õë3/4žš[_Ì̀ïÞ ´>[oï Cõ§^ÿwoýé"ß(r)éj×~-ÐZÿx‼".eÿB 0é̀â

B

ÛÕ¿õo§þfÒþÝú-ÃßLÙðeÃ-¿¨ÆF9n¢ aÝ7öÙ Zmëÿwµ¿1/21/2ÿn›¶¶Õx...ÇÕ¹~ òq, Ý ß
üÄP...äÕþ*[ÿÞµ{v,âÍ̕*õNíC ÿD ÷Mï'l61/2ÿÉÛÃgõoõïÕô"o{û̂ SÝ>Â Rêí]6ém?[~ÿ1/27Ãõÿðß-ê°
ýop˜ëßo°ÛÿÀï~Ã_l7÷þÿ° ûíŠ¯ úO_ì>ûwÿ×é>ÿÜvÜ}¿Çoo¿ú6£úvþÿÿ°~Ý¿óéßka¤õuÁ×oôý1/2 C
ôëo] e

j1/2Ýq{õ¨êÿ}:û̈þÿ"{{
÷(r)ùô{(r)ÄK"¦Æ"Ã}Öß×)Ò_z[w¶?±ý ûTŸé]f§ÊuêÁú["f~± ¶ŸßÞûöòŸÛ̈:'}ü§_°}û~ÿ¯"íÕ¨Ý{O[u}
z3/4ž¿(r)õÿþ-ê×W[-ÿ^¿¥]¯*kßûI[¥m{Iw1/2wõWõ‡Û¹1/2?OOáµÃ*^Óio}ôÿí-í-‡uï]l=ëöéõ1/2zÞ(r)-Û
/í.÷¯ICÂM¥°n(c)*i]¿...wÃÖ>> (~í-w¶ J¶×Ü:
o_amS ~i[i" „0-¿aS¿_„h°1/4 †-"a+nÖOvGiX xÂ"

¯28... í

6ÐÁA ° ‚!C 3/4äOaÓD(a"

ƒ65u† Ù Â°öÁ+†!{± † B ôçìÀÀD)äpÐ ¬÷P påXAa‚PJ Ø'ÔÁ

h  †! è0A, 1G@(tm)š ...

 Ð. G@B`#'ÁAƒš "Bð<†Š 6HrŠI• -±¤#'2"Û~Q5 GÅ' #(c)ç ìê¤ÆE f F²däWâ
Ê (3/4Iš """"""""""""""#ÿÿüíV"ƒ#f
! gjÑJ€dI Dd" š#y C'± 6AQtPEÑØa"V . ¢W Ç; Ñ $!fÃB ¦²" F6X I...:ƒ'àæÅ6
 ‚È€xB¬ C À"0r€p0l4 b›DHSÈ 2 † . ^3ÀA J\ ê " PY¬T2á²¡ä ¨Á \{
%À€ ¢ ê A¤»¢/ ^`
‹-Ø`†@ƒ
‰`iÀ' - 0kƒ 5 OÛ
Œ¯>
òzY/Ò&}•#äèÑ:3 8F,¯ 1/4
"ä
Âdà2rD¹‡ =&"lY<"KÆ
"T
 eé
Ÿ"š†;
 K nÔ-7( „_¥í ú~-¦ ‡.-Ž"
" pËÕôàÛA CzvØ@Ú è t Á0Ùs{‚o-Ý
ï·Ë ?{OÛ" (r)¶ I·ooo ô´ á†íW†ðé:L5
Û{í-}B
7¤ïpÝ7þ pÞõÑ"jßíÂz{I$Ý.Ò·ôž "itÛ"1/2ÿ">oÞ·ö·Þé:z m]ÿõ"í̃v~mÓûtáC-Ó}"Õ"ï zÃ1/2° ŽÞ1/2(r
)÷WÞþïÞÊ̂|ãíÕ'mqûêÝ&ý¿]|t¯wÝÕÞpqèíÑ‡×í<ïtaÞé7µÐŽéö-¤ôïÛ¤¿õuk{¤ÛÏ
zVÑ‡z3¹Çßu °Þp--Dt"öÿëõÿkÓ¶"_é41/2o·¯÷TÓ}{}
Õ÷-' Z íÝj wïû ì.ú÷Ù
u ¡?¯ ]ö_~ÞBwýé¯¿^×w¥o[!¥¯c í Ûì Ø¨ö"é̃¥ö*a¿û-é_j×Ò_Mî(c)ïÕU
íã¶3/41/2;Õ-ÿ¿N·ïûþ-‡õïúv¶-ÿ]6¡{ë:-(y#Û"ë^Õ¿¨?ê̂-"ÿöõo¿ íÓÆá-Rv 1/2ÝÒûûY * aæeÿëí¬xA7
×ý¹¤ .ßJé3/4"
ýÕo´-T
û ." ø
£ÐA†‡°^ ' m z}3/4 m P-zïá÷ ýþN¯¤¿þ ¹qñ ÃÞþE...ûL³â¯uÞ¨0"(tm)Ú \?[Ãôõ êÿ'h>ô"
é7. üB- ß†äÏWø...ûTòN›M§ö š

ÂÛþ(r)õ{oú"ß¯/·ÕÿLˑ^yxÃ
Ÿ¯¹vqŸ}á6 >×æWæÀì?*íé]7]d|ÕëïëWᶶàßìO¸l¡ {¿] ÿí‡úÿðÿÿMö_÷¿¿ïoj1/2wè^...ïu¶ß¶ <
é°þÞÿ¸6ÿ1/2 a
ÿ¶øŽÅ åŽ*_ 1/2¿Mn3/4ÒöÛw ¯ÿ¯-ï...N•ãw ôþŸ Ð g*¥u*z
ƒ3/4{/"¿¶Øø VÕïüóÁö ÓrÜã•ß"GKß> *× ï÷Ý;+O 1/2ôÚNÃ:'"ªßð1/2o¬ê"MkÒÛA ÿ
°ßÍÓkÒ̊Ÿ °ÛÕ[Êt"ß¥]¯n=ìpò =}Þîÿ¥¶-Óûü5 ±ë[V
ò o¶KõÿmmôÛNÛþßÿßå:Ã{ä-ðŸòÝ~ˆ¸"ê¯(r)ˆî[û}Ò3/4(c)=(r)-Úˊ "ëˊ÷ÒÒÿ"W"î(r)¶Õ¿mpÁý3/4-
o}5{wˆõ-é]¶·uúZ_këM"Ú¸IÀO}7÷éz*3/4 ª̂t3/4-"a*Ê-•[tÚ[kì?Õ_1/2 ÚK¥m"¶''
›¤µí-ðßmÕÓéUº    6Ã¶
%µ°''ª°Ò¦ô í-'þöë×¸ui6 m-RÛvÒÛAm/o (c)Û}Ã7 -"a% ̃Õ$îD¸¡6 ¶ ªpíS]"ðJÒÓ4 o
  a&
%  áœËŽá...Nî ]3/4-Úˋ" 0ƒ62?Ø! l" ±
Mã
      ̂&!'
   fÍÈX   !"ôÂ † 0I B"dK"âƒ       ! !&"a6!Ã$
Mƒ         Ü ` ¯ ´ ƒ àá Ñ@l A ƒ œ(@òœ
XBAÇA"t b0@ÃÄ H
9˜8&u
¦! `à˜% B
A0L# !Ð
, Ã ˉ †!
"- ...ª  Yø¡#¹Ç+d¨M9‡:'[
  £hÐ q2¬ Üp!':&[•e , reÂ X d]¹C b e
! Õ, D⊖a
    DDG                     Õ}(J" ÿÊøŽÑ-[GiÙRGf @† %¬¨ehR<d ÎÓ¢áHâœ

@s@§@‡' ' -` è †ÈÀ̦Ž
È !8RqœE^Ks ÉÄ   NÇ Ú5ƒ"†r`R r MAKƒ j. Â
     ‰
 2P } àà P@Õú  !* †\3°@Ë@Ï†ŸÔ
$ _ #...Ë†Ä `Œ)
àÕ
a, nLH ÂV Cd=È ,
ó²ä`Ë³AŸ
     ÁòüºO˜D¯É
2 ä°
   4-N;Ÿ0høÁ-àÉX ¡¡  -]DæÉ   02ãA Á <2T¢ô'74ÉÏèCp †Ö "Að Ú" aºEÌ á"÷Z
Iqtƒ%KÐm d| .›m"Üh m",⊕Ú      †-Óm
ƒtÕ ÚaZwmô :WÒm"a[m ßPÜ ÛGOwx" máêè$ aë
:t  oI1/2_á¿A?÷¤Ûz¿¿ÓÕ=uºý1/2´Ý-k‡m"¶''
ž1/2&è×1/2kÓëï"iúýýuí¿û¶¦÷¿é7}6*Z¿ I¿¿û-º IÒãOÿ¯*¯÷î²°ÒÓ[ûounŸ3/4µqø"oîŒì\unˆˆhUý-Ò ¿
uíûÛ9Ÿo}o¤ÚWs¿Û .¿Õý5èðý¨ü ç †ßG¦ ¥s"-µá*ï1/2W-ßKW§"¯¿1/2ÞÃ3/4ý‡ù¥ÿÕÚ]{Ÿÿmãðí[
É8¹-  ] FIW!¯3/4...zUwµ]Uo¢B mjíŘ"m µ}°¦  ª[zöka
ÌÃ",ÐP@È¬ 0?Û Õw1/2¨wnÚû"ÿþÿõm¯"Kï"áúîÞÿÐ%% Fé ‹† >µ´ÿ"(r)ì?×Øw á¿ KÛ
-ÿöû3/41/2%vú1/2 xA a Eã &ÁB
ééë"''''ë¤û ¯û3/4éÝÛÕÿ÷Úw_ÝX VˆW·"Ý è<¡æƒ
ÇzzÓïõ1/2ïÀ žßa n° -µô"]1/2=RïûîèÒc^ýZV¹Ø_ö ÖÿÕµì §
{ÿ JÿmÕï·^Ø$¿îûïõz¿õãñCë_§~-ýß²N¬?èoï"cõþ˜wZ º"G^ÃZúé?¯¿} =úÕ^Õo}HÇ(r) åÓü?(c)wÞ¶

×ûêùeü5wÕ ¶ÇC ý"U}§ªmêÚÜ ûôþï M"˝ýémõ¿""}×ôßhŠ9Ê - ã¯öÞ"ðÃÿöëí1/4¹§-¥ï·w]ïöïï>a†
ý3/4ÿˆÛ ï1/2¿
¯¯ éá-öÿˆýŪ§ë
ÿ¯ÁõK¯ zÚœ:í¥‡ëoÛ1/4oXwÕÚÿ[ø~·M.Þÿÿ
vûÔÂ*(r)ÛZý÷þ Þµ¦çÓîµ {~ëu°þ¿wëïï
1/2Ò{WÝ Ûè oû±ýýýÕº[]í¦¬6÷ü T¡×Ù
éÿJþÝ¯þªúÓ¥ï
þÿ1/4,-ÝÝÒ_ÃðÎ‹:/^S í¶"uOî"_ ºýo¥l:oW"KiB]"¥îßúoêÿ·´/m% ´ ºÝºµzm]ô'µ}Ú¶ê-× M¥ï"}ç-ºP×
(r)Õéé¶¶1/2"†Ò^öõë¿_Ý°1/4}Â^(c)v" Ói.Ø]ô ÚGþú¶" M¥Vë
' ¶ÒµûK "‰
Û_ö¶ aô°ÚL0-¶ÃH¡÷`ˆ#1/2³xaðˆ¨˜?ö•,°ÂM",i"¶-þÃ°"
1/2´¿ $ø}ÿˆÁ+ðKƒ 6,µv 5¨->é0"S ·ù ô
(tm) "âM A" "töØ¤ JÓ´Í {. +V-*zlU1/4BM'
' -1/43càÓ¨PÒ`á µM
3 1 " a #à˚9È} Be ä!ÅŒ ¶! ¡ °D9Á,a ä pÎ¡
0GPŽ|4 Aƒ^@^x
†!e@8D* ,Š íX" p`ƒ (tm)ÜåDÀ^"% `Î8,pƒp¥X
@È0@Á ÑðÎáA^97† & k¤Þ(,ãa‰ -["àÁ6* C8à˜L 0@Á úhb"""""""#%±¢¢"""""""""$-"""
â1 ¥×_Z"""¡ a¡DGÿò3/4^ïñ\ ; ˜*d Í"(ÁJÕwS*£ ƒ -$iLÆÆ‡ÃŽT š
v¶¡"J@ A"há+*#³T S¢¬S^^ ‹ 5#ñŒC`Û'ŒDD ƒŒA 3Š1/2 Þwªsã øˈÜãà-
e 4"n^J`èC=Xa
´ä µC}$ëÓ]
i*/¡ à`Ù àÉ'30j 2Ãš (D¯; ¸ ¨î"é¨^
Ñ
{N < 0Ã|¹-;AÛ¦Y á¶ 9Â ÷õ ÅEµ
Z
ÛªpþÚÓ
-["÷ÝmÕ*ºMµÒû*Û§3/4"ß§k_ý-&áþÿkA¶¿ÿVÝ~¶(c)î¡îé1/4wÛÇmzß_ü¨£>w1/2Õß´=þ3/4ïzß¯[zÒˆô(
r)qøÞ ¶íÓêE°ô ÖŒáŠÍ"+
»#Å" Tz" ÍŽ¡‡åÍ...*A
=?÷ÿo]ïÝÉÿ8d† 5 L!...8 ðÂ¢Üiá ä @P(tm)ÔU 30Áppˈ ÐBvH )  Fq D5
"Ï¡ ÛõãŠû þö-/I±è0Jl,j - ¬ Ð*@àæ
è·°TÐÂ/Ÿ,h¨á... < ÑpÂ¦ a" *J n 6SÝ·>1/2÷ü†°ÿ·]CÖTéÂHOt u
4¨vÝî mQ‡£~>$D;@ º³sÂ/ƒA Á ƒH6 Á...4ŒÆ, ÐAþ×öîõªÞ^°ðÏ0i'
¤æmèÍÿJºN aµt>ðz³Í/-t/ë
úoÚúÔv ^Û1/2,¸oødpý0í;}‡a7^ë¤õ¤õØ0 ×[Io3/4"3/4| é6ù"J÷ µöÃ ¶1/4k~ìU" ]¦þ(r)÷Oñõ
_¶¯}"Zÿ"ÖºÖ÷ÿþ-Áßß{o¬A [n?×Zé‹×|ß¥÷¡¿Oþ"µÐwÒwZU±Û¯l0ÿ ˜ 7¥³ öûý{oý¬Bˈ Ò̈¨¯¯Ž
üG¬|Uøï°Û ý1/2-öÿ^^6ëï?ÿÒ_\ Ä$"]_×^%‰ " GN1/4ïmA÷ðÐ"> ý1/2"-ÿïü7úƒÿðûûà‰Å
WöëïÁu ·øE¿Ûu ¥¡ ßïÖ[{kþ 3/4¬>¿Ö•/Ð[,/>¿þ¸EÇÂ
Û /é:
>ýCôî=;¦ôŸ 6î ïýµÛý ú
ýîúú /t ª
ÿm1/2×œ† ðÅëooûoö
ÿõ{¨¯1/2.•ý¯TßÚ
í/Òï°Á‡·OAÈï"]³
}1/2$ºĥêƒ×§ÿï¥ôõ}$¶Úþ×³¢ÒõKõ¯ëPÿ¦-ïÖÇ§ÁßÛj÷ðÿß¶(r)ý&'õú"ý>Òÿ¹ÓKê³Î[¦lèÝtª3/4»§z¢ÝÝÕ²˙;
nõ{3Mÿû×}ÿ-ïëˆ§ZÕõý-ë¿(c)¨üv·ßý·[ëJ-úÿïàãß"3/4ºoˉØké𷬢ëÒ×±ÿ[úM¤¯¥áµKªnÿß_-ím§¯¯^ºw1/2
oºým¯ÿ¶"oiouÝî"""N•-*õ3/4ûþ×í °LŽ¬ êÓ0ºÓµ×† Ó3/4Ò¨Î+JÂƒ 0-§ ²ûŠÏkIî›Anê ÝB

^í-¯~ °Â
´,

);MvØpm×ñî -ÅYpO° ±[ z{"Ü4¯ï;ö " Y9mÃKv qH0 ,

¦ÈG Â"È (r)!¦ b¯a%A ÚAÆ›ÅZQ0ý:Úƒ d˙•
  w "âÝ45pB CNBXa( dp/ j˙ÐE€'Â
5MAB @Ù Ä Ù b @!©pA° È' 8R Ô0" ¦ m B¬ªF˙` ƒÀAŠ! Aà^s£Á
Ž¡"l ¸"+j¨"hDDDF(tm) ³ ;0âb g
(H(tm)€ƒ/ÁD& " Èh\FJ
H ÉV!^Y2lN¢
‹hep(^^^^^^^^Œè&"DDDDDD}úëþ- ê£,ð&ÙKþ[%JwZ"@... š3
£ -6ƒ°s¨§Ñ DlŠ€'#'
T2( £hÆBƒ,ÐÌ"¤ª·²;5£€"B m Æ_#Yš"Æ˙Íy A å Ê# ,&)Ú ¦,8- Ñ¨ D+ô"Bh
jp2Á 7 d©F^â" B ! ` K†Â@9 r œ@"a
d àÎ ¨F
X D sÀ\2&-‹,Hh&C
P2‹ `°˙Ím
  âsƒƒHŽ á Dýƒ$œ l§, f4 "'ƒ80F¦ · 2sƒ%0Ð0` j6B{
& Á
iÊwäÎ50š
  s
,¯
OËú'Aa
7 z ¦¢,F8"}"ö N‹Å5
¤ dO°Ðl0(tm)3œ ¤KÃ h; ;A¦Nm G Xhï"†OZá·Ià¨: =6ÖÛ¤j3/4ƒné ÖÞ öú
  ¤ ¤ 7†o ·Ú >í÷
ëû{ª‡"p"¤Þï" ¿""-Bz§õvü0éôƒ}7Î¥Oa'[þý
-ýá
êéÒnÖÖƒ¯O{ö¯ûÿ¿¯¤Û÷¿"ÂîÝÓzýýé_zO]=é= ÚoÓkéo§"{Ý¨ëmûé:ÿ¶ÿ ]õÅÅ^›ÖÞ"qÆ¨Yú¬[œ ·ø
Vé{]'Ý÷·"1/2ÿ×Ò·òÝ"ý]/v:_† ¥-õòò
=1/2m?Fÿ"}}]%° Ø}mUÒõû êÝª*š?¿Ýzéñi˙þÝÝÓî3/4/Š~û° ßëv:"/Û÷1}.3/4÷Jô´
îN ¢íöGƒ²5·(
þ uzuZ¥°ß^µ~ÿý·í
  ß¦ö¯×Z\qj¯Ô/Ôí5ö"¶µI."ëØw¯ö(c)m×°ûkzÚKÝî

š.ÅÍÿ"{H-~ z
ýÝ¨ëï:ÿ ¶oöúûÒRêûƒ1/4 Æ"¤õ1/2ƒô·µÿÛ÷û WqþÛ"l1Ò·8-8aú·,
Š|,êãða7 ?Þ°ÃÐ,ýíþÿø...Ø˙ý1/46"A‡ß ÎÞ"AZÿZõÿÃ iW_ÿÿê1/2‡²cÿ·{
=ù Û^°R é1/2éÝ*¿ÞÃjno×[û ÷.ß÷-,'úÛúoô w{jòí"¯,õÿ"ÿ‡[ Ó¯_‡ ø
Ó¿{-(oWkÃ IÐuëÿôî †Û£òïz_1/2 ÿƒwé$" "
î•ûoïvô›o¿ßL?Xn•¿W3/4×¿úØ~ßÿ¥ÏP ÿumR¦öä]~1/2' ÿ\=1/23/4Ô3/4ï†ÿíÛðþ?·è
Þ×ý"¥Ûw¦ã*Wì?Y:ý1/2íîu¶ý}WEöë°Ûû›ÝA×íª{öõ8 "(r)Ã öþþ3/4-à÷÷{é¯jö=wÚT1/2 êé"N {ï
  ûûöÃ¯ þÝ§lƒü§ô¯u]Þ C÷ê¶¦1/2¿-ÿþ"3/4ªÛõ"¦þ°ö•cÚv¬ª3/4‡‡Â(y:û(r)¶ ?a†ßm§þó4ßKû¦öÒÙW
63/4ýâ:]·ÿïßß¿t"°ÛûßZì¯O{úíW1/2†°MÖ"¶-ªûv'Öz_¥jg î·Jñô ¶ý· ¿þ
]×·¶ ÛI† ´ ö-õ{oÚÚ¶-úI÷á"'$m4ÚÞÛÓÏÝ¯·ß°ÚV›
6
%Á¥

$ÃK
   i*...^á"-+ô"tǏ"m$ú†(c)øoXm°Â¥v²1ÁýÙ°¡2pàÁ   §       °Ã    b    ì0I

        ›
ƒ          A¤°Ø0I  âJ±\Šœ0,†ŸÕ¬"9  ý
ÜLôÔƒ
   Á E8q@~ la"Sƒ±A"Á   ¶Ä @Ð¢ 0h      Ä&3¨9   Ä" vǏ   1/41E à  ›  ù   \  °Ä'Ã  -S,4,
   lBB²C')+     Ò‰     È Œx†  š   ;  !"Š°(tm)Ü 2ca
²...ŠòÄ0Á     SD{×?"PE
6J  *(Œs¨


ƒ+R+žaDDDDDDDDDDDDDF"DDDDDq      ýWUU",T  AD  ÿ  ¬FEò¦'Lì
'dR*  [ÎÆd"dã1  <  ÆTFAY\  Ó
(tm)+,ø(IP`†š¦UÇzä

V  \PJwPg1/4  ÂøRª(*5¹¯,(r)'Dp   $  Pì...õð¸ZéýT  @Á(0mA'ðm4  ¬...MQ  ÊË;-¤êÂa  )Þ'
   h2Îl(r)Ð6'~"  G  iŸZHED¡5×àÃí  þ¯èìñI}Û3/4Ú÷×ýÓÕõÛ^¿OûêöþÝwýzÉq21/2÷¡ï  ^ëïü  ^...53
¬r"IÉCÉ  ]á;í¢-mμÛ4ŒÚ͓ƒ  4Bΐ5      ,"g
<Î¨"  ¹¨k#Ð"Bžds>GóT§  xR  'y  ³Œ¨ð@É...ÁÊ,$GCÊB:  HE@¦¶t'  çÐŠA=
]^t  3ÍN":Üœd-v  ~Â,¦  hÕ  ÉpÂà ¡T ÁQv  ASC<8ð ‡n  "E    :B
è.  c†  =   Rp¸A"Lv  00‰¸a   U     ¢  l4Õ#ð<  Â"$Ôt
†  "  "60‡ð±HÛÂ   Ù  Á   CUNÓ
    TÑ¢  œ  M  EÄÒ
   1/4t   †  0‰¸ÐGÛ"Â  Ë¤"ð0T]1/2  "       CA
   Ø  Hž  Eàh¸â)"1/20T~Ñ¹¢ì0Dœ  TÑ"-d#Òn°j>>DZBhÄðÿV  m áé-    ô÷ Ðž( ÚM'1  X[ÐzIˊœ
ÕÓ"¬&ÐA÷Û  Ð'p÷I°
Á  Âh~íÞôïÑ  kz"X2sÁ  ‰ï"  0´  Þ  Ò÷[÷30m&•"ÑÇ¨¨ëv"î
   ²è%gàΩ$JôÓZ*    ³333/4›Køn•kªI°ê°é°õ~°Ý1/2éý¦¿(r)ž°ÅÒ~¿

ÞBßí¢~5N,Ø_"Ók(tm)"_nßêÕ"~û*Þ^3/4ª3/4úÞ"]{~ôÿë×]tÿ{}Ú¦•%×W¿´õ}kBèWÿëÛ  ÿÞ    é§Ó×ÿñÚ
üEìëÇÝ
ÇÞ3/4¯]Bu¯×"ÿÿÿûÿ/mo~...4Å_ôïÕÅz  w  TŸZ¿ßÿí
¿¡Þó¨ë  ×ðýÛöö"\  ÁRéëþ³¯¯"XÞÁ  y"›¿^"y  s  úWõ¯{M?_ì  }~-"ØE¿  Ïõí´3/4ð‹  "
ÒQ¯ÿL-(r)"Ÿÿ0¨ÿÿ¡Ú÷ká¿Uÿ̈Bü Z"žßé[  Ð_Iná  Ýÿ°]ï-  ¸EÃúúÿ̈ÿ_iá‡ÿí¥ÿ"1/2  Ú·[k_Â
á
¿A?V°›ÿßôμ  'Þ××öt_ÿ¯‡o{ë[ÿAn-˜Ÿûÿ_¥ï"ôì¤  __õoxKÿÿÎ̂Ÿïÿ¿fÿ_ÿë×"°×ô1/2   3/4§Eú×   ðΐˆ;ë
ë}~"ëÿ/3/4×ÿõÜÍ]k}·I[ë]wÛzÜö̈ª-̈ëß÷¯ û}"{Ö  3/4Èz-í¿_´-.×þõ*1/2ÛûIÿÿUR1/2.μ3/4Ÿß_ÿu  †'ÄÿU
þ"Òz1/2kô1/2μmvëÿ÷ßÿØ{ö1/2ÿu¶ßöá  Øi  KÃInÝUÉ%¶J¸wëN•{ßÕøk
%õ  ÿÿ_ôÿ{ˆôÿÿöׯ-á¥ª̈ϗ‖×V(tm)...ê̂(tm)Ûþ  H6--a  ÚL:μ}μé{  ÅY˜ÚZ
ÿôÒKÕKØh‹ÚVûÄaÁL‰°(tm)}nö×î*ÚL¿ÅXL.-"6)ì1/4áŠmPnÒÒÿa&ù  ?×m    l  [§Žøv¿ß
m;'
ßÚ"¨"  },
ì0ˆÐá ˆÒ:Ø iμ  zQZÅ-_v-"""  AZLTH¶ẃT    (r)
0˜TÅ  ,!í"
(A q   a  . Š   &Ä)          Fœh0  ±Š  ‰"  4  8Ðm2-¤
%"Üh
É  Ô0"l     3¡0@(tm)
¢Ó

ÈAÔ *"
Ð`¤da `ˆw 5<Ž&E€I¸@Ù Â
J9
'a VDpƒ j `"l M¦ &!0 ƒ XA6 [ 0A6Ax@ È8àƒ "ÈG a i,ÏåH
"2V(tm)R
BÎ0' (p"Z",àfS ""3À! Á ˆ³¸" ˆˆˆ‰/†
n)œ\G DG úõªN´´""¡$ÒŽ4 qÿòl3;
Œ²+QØTKc 'Ú ; dh AHÒ#† ABÚ...ÊpGb e...
ê'äËR,["¢Ô +)àÁÞŸz(r)ŽÉ(tm) Ó!p"&pk ¦
T'Kt ;S¯@Ã²(1/2" ´È¢§"z¸(tm)Q
d1|6¿Û´ _ôºûÞŸá² (_ûúô›V¿oÿô×ûoi×ê¿J"^¿nwu~ÝR-ªëÕIUä6(r)¹
›d¡Yõº(c)ž 1/2S%I2-ŽÂjtVFš'ŠÙ Rˆ Î,ø f¡k ...ÉÂ
fc3 PE
Ò &ˆ^œ2 çA"C¹
r4 Í(tm)NgL)± LfÌ Aìƒ:
Ô3ÂšfÇž q"Î, hôp FÆ
0w 0ª ÛšØOººˋ¡B hÉÚ. ["ë %k" -,

ÁWA,

¡ -T .Ú¨(A"MÒ¸*{ *h3á ¬ U aÕ Œ&š/
ƒhÜéªºš / º 5 Çwb)A ô- "ñƒ&s na AÍ ... £C ÐI8Mœ Ž
<Ø r!ƒ...N˜JŽî l a "NqË@Mú{? ›õ˜tÚÃ T3Ì ôß¥."¿" Èú"ôÐwI¹ ê'v"¬;I, ¯¡\¡é
§ðÃ>î 38$Øié z Iÿ(tm)"§õÕÿ-"('ýá?
ÛÖÕ:Ï1a ¥g(tm)¡‡\ˆ ã\Ì ø‡¤û|01/4
...í¶ôf *éë[ýººo§i_ûÿÚm/ÝÝ&Þºwk§i1/2Ú Ò ú~(c)ÒÚui1/2+ëïÿZëõ ~"Wþõ ú-Sk(r)¿_¤Þ-o¿á'1
/2"¿ýí?-'Ãúñt÷×þî¿úÈŽ÷Õcÿ.Â3/4ëÓŽëÃ#,b(c)w¤š×õÿÓ -¡ÿt1/2mû¿ý èV*ï(r)èEõß¸.üpÝúªiÿOÿ",{
Ë ûÌ/†úë¯ï ï,J
¬ÅßË/÷ þa ÿv-(r)Þ¿¤ÕA Ž´ÿÔiïÕþ'ÿü' \wªÝ(r)÷K°‹¿ôÃîê/÷Ö-ûð^úëëZ]ïß~"ýè ¿ê¿ÿ
1/2}‡ÿ G-}¹P÷ûî ÿéý 1/4Þßþý~ºé"·ûßõµø]~ÃþëÞô×_ßª_úý°BÛßõí¥ ûî-÷ûû†Òé{
ÿØ ïõúý/ó§µÖtA]*_ýˆ_¥ý- d?Uÿ'Ií tÎˆ?õÞ3/4ôÿïÿûð¿j×õýòœõ} s¢Õ¿é_²ü¡=Vúº·ÿ‡Ýý+Kþµÿu¥~"
m1/2íþ ¿¤úÚU×¶-ut3/43/4º{Þc}{ïî¯ƒõ3/4w]¯í¥Ói7TÚKýj+é.ú*§÷ßÚ¿Ò-íiÚ[ÿíÿ°m{éo×íl$ý¤1/2Ûÿa
Lúôˆ¤úÃK_í*Òa¯º·Z ºÕê×öõt"þýÓa2ÿÇA+J>Üâ×m(
Ž "ì A4Í-Ø0ªÚ˜Vb³j;3/4ÂW§"$í"
lßÅZÃ Cß"^ÿû1†ÒéD ¦Õ"›Iªµ
Zm¬...u %ÛŠxí8(r) <T‹ÉR Eiè QÚ µk ì?m&šNãµÁÈG, 6 ¢š lR
` ÃI¨+@Ì $Ú Ã " Ä±ôÓ@ˆQ X
Á 0@ÛA"(tm) m ! ÈHA ."q"¸pÁ*Á . ˜¨`˜P¹c Ñ Â B Ð haŠ`(c)Ó @› "JÂi¦
...ƒ ˜I¦‹ lB" mS
%e¸† Ã
BwVXå:a
- ˆ†
KŠÝhC D2ÊO8‹9¢
! `...šF¡ ˆÏ2‡sØB2c `"DDDO
e8Xˆˆˆ ÄDDE#(r)8ˆŠB{ÄDDDbý?&åk_ê(c) KÝU¯º [Ipeòæ, -(r)ÄP±
°˜PpÈÍÆËPâ#ÿÊåJv
"
"*l¸R5 ) ,Jš=çÍoVÕ¹ÙmM%¤ÕÃ']ðÖ<qQ¯M}~3/4¶Õ_I÷; < 2"8H...óÌƒ¹

M¨ AØA"AT*¯T- Ì        š0^EM ÄñöÂhO
CÎœ M¯ì§ :ƒK-
Ö ëš`ÂöÛ±þúnÛëWw÷úw¿ãëÚ×Ió (c)kÕÕî,. ï¶•ï°,°~¿ú
1/2m·ÿ¥m"ÿW¯I'é{×ªÝúm}?éýí~-Úÿ·ÿÕýWñ¥ØRú¯œZæ-ôâ }'s¦ž+ ƒí4õM   è·@ ´Ò
  0@ØA ¶A!ÝÆƒ
...Oe'L1/4LÄt"""''&µýÿéuá-" ïP£ãÿã¬3-¨b-2²9jL6#ã[ "²Ÿ   âöY †"¥{-> v1/2úðþ¿5'ÿe   Î#1H^
Ô<èGLØÂ!<...f¯Ý   0CA(tm)°ƒ a
škô 6°ØÂJ·ú60"6/í6fÂM"Âh-[B{šT úz¦Ã z-,ÌŸÿ(r)õ† 1/2<+Öþ°iuï~÷3/4,* t°ë¦Ç}$µ~*ß§(r)¯ŽX
  à3/4ì=û×Ö cëV
3/4-÷¯ ¯°íÿëxAoÛq"ûë...ý7W!ïßú]î K×(ë1/2 Á°W]÷÷_(c)§Ò† † vÿÿzL .#þŸÿž¡(œ/ÃDKaW·Ó"
(tm)ÅN7`ÂQ"];/ÃJ¥¨(öÃ-  ÆƒÏ   B £
`¨ "Â   ZŠz#ØÑÊB`"C      •
†"""¨?ÿ-¨§e‡-Bh...!    DDy4E¨¨4¢?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÎè<åóÌ3/4E2:#ŠE¢Xd
¨,">EÑ6$^VK^""""",À-
  (c)
‹†Y Ë,ƒ¨5ž
£DG
ÓX4šdp<4   ráªx6^q   N†\2Î#   €Ò4
sè"0
       Ñtl    0nD#   ¬ Ðx\DDDDDDDDDDDDDDDDDDDC#¢8i›Ì ¹žG Ž Ù
Ž±
ä G,q Ë...A' £Ï 9c Ì ¦)É
x# !ö- L ÁÄDDDDDDDYqqÿáo&æ,¨C^"3  Øåa Ã¨äpA¨rnF9
QÊ  ¯ ŽA\r xAl   ^^^‰$BO¯² J(!ÅH... ŠÈQb r¬àÈ8(tm)
*H´-'
  $VCŠ'ŽXäÜ¤"$ &E  ÀÑ
øbä(äŠ ¹c's
Yr Î¢""""""""""""""""""""
å¦ ¢²
C'r¬¡ÈjŽU d hî"""""%hÈñ Š€&EÈ 'Ù   Ì"è   dxò'
           ÿÿÿÿÿÿÿþwLŽ   -` ¨ÏŒ‰ƒ $x9  †Â  É4c0dY-2T2, Ä¯!h '"JQ   ¤Ëƒ Ä`
  ì4GdvA"a-  lŽ E³ŒïX"ÄDDDDDDDDDI@²àØG Bá
  |Ž
a Ð   á¬g¯
25›Š´}
B"""""""@¬¹Ü,
  ÎC-YS(rœ^,qcŽD\ÄDDDDDD,Å¯r
›K ) ÄH)íJ<fŽ] mÂœ†HjÁ
!Ìä2   < G x3Žx)È4Žg"Á ÁÍd5`†Øæ ,³ Û ,"œr
Ï^^¶KFGGÑ Ë²è‹ |Æ#8)C-VXæƒm9¶\"³ "(tm)‡>Ò 9E¦(tm)[ abC¨r...HqÊs¹É-9
å 0æÂæpd3Žg+Êâ

Xå                    ¶ "xÌ4 D 6 EÃ&^^^¶GÏ£ f2>a °
1/4U...^^^^ ÿÿÿÿÿÿÿÿ-1Ta ŽÕ£.å ,C¯¯
\dÀR,) D\ÉÁ9         "' ÃÀ è

Ã ¹pÌ8   X\Ô Õ" ,è ›D@ D' Ë¢d¨5<
l,W#..."   A

B ¢+šƒ² lV
C ´µx0D x"
ƒÖBà‰ @JSƒQ@ràÑ r €@ò @,

$Jô
0` †È}B>!°€ÈAÃ B ˆ9îxB M ÐC Æˆü2 Z
8(r)
‡›¯. h4ù8"‰Mƒ† é"†G ƒL&Š Fd hLÛáÜø¨ Ò Ý d[z†³£'Ù ´ "P'Ô$
ø}ºÃ}$ Øv¯Nøt m({ GðÛ§NÔ ‡îï
wÔ6ô 6ÝCo°D{Þ Ý^¯t›´ oO‡Ò·ß[F ^"(r)"÷ÕÚÁûþ-nÃ
io;ßëoêªûÎú} ëwÞ "m1/2YôôŸîŸ´-¶Œî1/23/4ßêÛÿ÷ó¿t›¿¿}Û¯÷z4MùôéÃÝ[} }g ûûÿÒÝõùÝ1/2ý
êž¯éÚÞ*ëúZõ¬ ÕS}¿HwúMúÚZWÚØ§;¿{× ßßÆ›"GO]ÝAÓðEýo Ø×ÒA.ÿöø~ûÛ×ëÿþ˜-¤ ôý
Ý·ðwö"{ú Gïo´öúw_Ý Zoßu-ÒïÛ[°ÿõÛKƒ}·`çu·¦·Zéz¯××n´-£ÃUõÁ¯3/4ÿßî¬4¡íûÚát1/4/...ßW¦ø"=
îá3/4¬ - ´'í'¯1/2´"o ãÒãØÕ?[ºý-t víâïûë~ß
m$' [c ÈâÞþÒïë , é¶öþ þéû¦¿
¸o}‡º Ïr,X2óR+(r)E{ßûÖ"%á{
þÿêŸ ·O‡ÿè5
Ð7 Gè>¿úì‡(r)"
tëPßî··µU¶ ÚWß÷]"D€ïx=µv (r)ŸÑ ~Û{¿}×õ3/4ì‡ "Ø?uww zûi
ínë,#(r)3/4¿ƒ}v3/4Ú¦Ÿ¸m?u[¥þ·×ªÛ~×aå:[ö ^ýì:x{þfƒÆîïÿfka·ïïmº ]tÃøDt±û å ± þ·íz‡ÝWø?]
1/2ÿÌý[`Ò1/2V-Ÿ°ÿõ†µjú}•(r){(sÃ§é-ÿá ×ÿ×ôÓ¿Èƒ"?ßï"Õ;÷î1/2 ‡*Òñé1/2 >)}·WÜñt'Ãkmÿõ¿÷K
vÝPnþýoÿõ'›Õ=E(r)í1/2~ÿÚ3/4(c)é_ªkþ {_ý&ýz¿P, 1/2×tén"-Ó1/2ëjIÿmþ•BM¤Úî¨& ki+O¿ú~
ë{KmõIì/uö Û
pºwA-_¥í(i 1/2°Â^ŸêÞ ¥ ¶ïX`"a Ã Ò¿ÈêÂ"§†ü4˜`•ëêÚï
$ ¿M Æ-÷hhS -+tÐq§3/4ëŠbŠ t ul "x¤É 7 +)Ã0"
ðfÁÏ ð`¡ Î, 1 < ì3Pf"Ê ÞóÀA¨:> Á Ÿ3 " Í Cø'*É
H†ËAX†§@a rƒ À Á ƒˆP ª - œê
R3Á'"xgª2JÁ Æ ¢ 0A eJÉŽw'±2¶*q
†ZQdÄŒrœ ÊI'YADDDDDDDDDDDDDD ÿÿÿÿÿÿÿÿÉ²Â"ù7(D øe'Ñ€m>
f3y€Ò: 'ä`5Š ƒYÌ1/4G
3 Ø6 ¢á¦h æhÀjF 4 ³ÈŽ †(tm)86'ÀðÐg
2 á-i'Ñpk628j Ï†' ŠG
‡Pk(G Ìº0
ŒŽ Ñ ‰ÄtJQxº± eÙ€×#,¹ G V
)b"""""!-ˆàÔs3 ³ â. ¤€Ô¡ ˆálU %‡ , ä2A°|ìl! 'ò !x3/4Aƒ Ñ0

°...â$ 1/4D†GÈè˜ ä|"
È1/4a Á
¬
F2@`" åÑ -ˆäm ¤]³ñ -Ðƒ‰ -q² XÅ¤œÖPÙ
sƒ Ã• ( ]Ê²
¢ 4ŽPçr(c)ˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆˆ‰Zdvm dGË¢:"a,>GEB#¢8- ¸!pÉ xˆˆˆˆˆ‰š%8ƒ8) É¨#*!,"
Á•Ä09c• ˆˆˆˆˆˆˆ ÿÿÿÿÿÿòÓ[QÿÿÿÿÿÿÿÿÿÿÿÿË`>96YãÿÿÿÿÿÿÿÿÿÿÿùhÆ ÿÿÿÿÿÿÿÿË4FD'Þ"B:D|ø! ¢
0 Yƒ".É
@Á¨ #x'"Íƒ
"$24Dq , "5 I€`Ô ‡ F$A€Ù
L

¢  ÐØ @ÞA  Y
¦¨'2  pÑ      Š±tEá†(c)      '⊕ÐDx  ŽÈ¿> 2  x2/î Ã   9n¨ ï      CµH niÐƒ  ¡á1/2  é·ì ŸJ  á%
·zw¿¤Ÿj  }  3/4'MýîûöÕn(r)ŸKè%O[ÿ÷è7Þ3/4-¦'ßýŸ_{ÖëZð'Ó -ú(r)·ßZ_êû
°T  "ê‡~ÿKý§¦-Ö(r)"  w0úÿßïÂ#øá+AiWÇxþ•  "àý(¥I  :Úõ,.1/2ÔÀþ(r)-œ#15ŽÿàèIHÆ  "´ÚÝ*×¤°-
Ò"ô°  0ÅM  žÂì  Â
   P]{waZ  - â¢    G]°^ê3/4D  "[°áÿ~F
Õ3/4  &ù  Ã-æ#ÌŠë_ÿÔ4>ªoø÷¨ ¬§ZMû-ßûî÷õÍ¦   ?mî¥*Ô(Dtkþ Ãá*ÿ¡oV¯M†þ  >3/4ðnÓì  ä+ïo
   àjý  Õœ}7,#-U$
'Ã}°"m¿
   û÷Ã  õöé‡a(r)Û§µ¡(r)÷uÿW'‹o1/2Ý.ûôûijë¶Úî Ãažé¿îim1/2=:Ú"¶- ŠÛt-ÿ3/4ÚI"•jÛ],ipØu°Ø]÷iYÀ°
 Â(r)Ã     \8Ô¶Ò´Á,.Ã¦  i    h6!  Â    ì+A¶  AÁ¡"
‡  Ap,  PPÐ,ØhÐ  DG)Á0œ    ì6 ‰pÎh ¦Ã4&É  ¤
   Îå$Ì  ‰¡C"J  `¨ ì·0Àƒ)Y  9àú,#(c)LÔb"""""""""""#ÿÿü³šdx-"K"†E  <F£±Ð{#³,    ´ "6

ÐÐ  R
   !  -    3"2p‡Â  Íašt
u    73
äm! A  ?  2‡ ö@‡"¹Ç¦‡¦šÎ
e84a
     0ÂC
   !´  0ÙC†Ê ... a  °  a
ÖA8G_'ÙÃ# gP‡  l4h¦Á  E<‰ò!  3  #ÆÈ3/4PìA'àb  ÃF   ¬ÐPd
óÂ(tm)‹Y,"þi·J    6íQ;n Aò  ,  †ðÞ¡m(c)~G÷h¡¹
ì    ª  Mí*Ðoéý&Ýûú3/4°é4z(r)×ÚO÷îé  v  &Ö÷{m*¯ 3/4ûÛO×-îÿ*Ó~3/4Óý¤"3/4Á  Öû]jÿI´1/2³è´
¯ 3/4¯ µõvúÞ÷O¿Çý  ~¸é  n-ûû§  ÷š/4Uê"t3/4öö³É°o  ¿[íâCú  (r)ßQ¦7÷ýþ7PÆ3/4ÿ-U¦Sa  øT;ÿ,#§ë
   §°ßþ"þû{
áúÑßè>~±î[¦--ú×8ïvõ}z-ÿwTÙõu¬?A[Ö"W"o  GÖ1/2tõõ¥*á[¦ ...·T´µuî û\  Ýÿa  ¶±n"q×f  Â'¦(r)  1/
2,#íÇj*,..."Õ,  X¦5°QZÖ•pÿ¥
õª"   6  nG  ù   ¦à¶û°G  ÿò,:lÁÁª
àð"ë']Üü  ¶]5#Î-"uUð¶ÒíÛP‡¦¤Ñ  nÙ  _3/4þ    ]·ì-Ãß
ÞnÂöõƒ¯  ·R>G  þì=°óZn-¨šaÃ¢1*  pÕÿø  }%÷¿Ãÿ(r)•Ü  ÿý÷_
ßÜö~¶þ",.*ÿß9  ï{Àùšþ Õ°Û...K9  =·êÿM~'mïcûãïÁßW[Kß  aûuWúW~ú†  ê¡ï3/4è_^(r)¶öôµu´-
E×÷á ª-jß·
›¨¶ÒáÕ·
a*ÿ3/4¿p^êÛJîýtë
4,~šÚÚ}Ãëpv ÃKaáî¦01/44•†œ3  ¸E"Púü&  (c).
±  ä  Þ†C  ",
0ËŠ  ƒ-Á  B4àÁ  _-¯"
ó   "æ Â"@@Á    !Ä  Ÿ
Àœð  a^$...2  4  BûDQÊ  à^.‰p`  vqÏ  N
Œr¶  -ñ1Ê  ^dp#ŽPç  '($8":e
   RbÂ7(r†    dDDDDDDDDDDDD  ÿÿ,Úâ§Ë(DTŒ‹ŒíU" D>"  ¶¨Ëä0¤¦!⊕nC  ÌÂ
Ž
@,  @å+3D[1  Dq  R.          BTC
`    ƒPh%Að@ØA^‡FÃ6
   `    2
Èl  !Þx  6   Ì  A⊕È*Ã   5,ðšA  °Á  ƒƒd  @0D3  D¦Ã
ÓgGŸ  ÀR⊕⊕Ñ.  Ž  ".

a¡  ¸Ñ
P  L- u3/4  ¢:0h"  Ø¨‹0i    z  RVEí  (tm)i¦  ÌT  l%"ph  rqA¦¤c  ~(tm)    æÇÓU‡
†í  ÐAéº{x&ƒ"  kºMÝh í?

"Ò¿V•ÂWXl
ƒ"¯þ3/4šz"I°¦÷3/4"}õ†-ÒÕ_Þ  _ÛýîÝmé´öéþë}Ò_Ê¥  rªõ    •Õü›3/4"J-  #ÿ¶"¥×ÕóƒW3B...v  Uµ¿}
¥ßÿ{ÛVô  §w  ooî?Ýo
:Z{wë}-Ê‡øÕ1/2/0÷÷ìÕ¯÷ÕV÷M DuÁ  ×ijÿ-CõuZ  (c)Á]×ãBô›ÛôG_‡ÃÝ^3/4"û,#í-Õ*Ã...
Rû]  ×Â#h
Pzh  öÐÁ  _{}pzOÖŸ
ú¯Ð=d;Ez ¯  ÚúÁÝVÝP•Ò¥Üñõ  ßZÑ-ÛÛOPïõÿ{þ¡  Ö,ut  ýíÃ÷1/2bÃ¥mu³¿÷ûÛ  xI¿WÒ,.3/4  Ð
EÕX-ªÃá;_Cþ¿Û6¸,ÒB        ~  Ã  ï...  o(r)›(r)aÿêÝÖßÓ
      ]i7î¯
8îžè"
%ðÈë  vaÿÿÈ(r)Úhº"  ß†ßîGÑ3          tu      Ã{Áéÿ-Á  ÿo...Mò8
  IÞ  ŽƒüÃÿÃ~  ¤úÿé  ö
³º?v  m\6ýŽ    öþ--ú´Sÿ÷‡îàøwª
,¢|OïÃÕ"ßû  ]k[ôÁÚ°‹ÿ  äi7è  oÁ=.ëZÐ¸º  ÿÝƒ3/4õÃû_(tm)§á1/2"}Þž-%Ûuýý1/2&  Ò"cZÃús
  ÿ]!ûºþ3/4-wöä  ÕÛ¬-/ýü-*×oR...]:_"dbn¿ý"Gá¸~-ÕŠ;ú...  ºÉ  ´  énµoÒ  ÿ··-U¶
žÕ%auÍ}T÷Oë}$Ú¦,nŽ˂ö=Ûµ VþíaÕ  '-çßJ
.¯h*          i6  uµÞôÛp"P,XtÚþ
MÒ}Ptûi&·M"¯a&  KoMÓV  a"¶ô(r)Òm/°Xi?
*Á'ÛtÃ  Aœ  Ì
^A^&(&é¢  àÐh,L0Á'ÐH  ,¦    ,      ¨a&
  1/2
+¨'0•X¦(1  !a  A¦  a  !j, 1/2 Â'
à›±  "‹A  \S  H    ta0Ò^TA4    Á  @,  Blrë$‹Q
=œ¨§(T°¢4îMX Á  çÀƒ  &9ër
90 AŠ    DDYl"DDD2¶Tv€A2Î"b3/4•(%¨ÿÿ,åÅ5F    Èè¸h"
hì^=  \(r)?-  @...89€0j    a  Á    9Q
  F  0Ø9€ð§A'Ä4  u  Ô  Î€àB'!3¨.PeEnBL,
{!
ƒ!G"G  ²  WgF  a0ƒQ
        "
êàˆc.,"(c)    ƒàÂ  çF  'h':‹d´FŠ  >6  ,
      "    dO
  a  P¸Eã
tžÚpÚAº¦ú
}C"$wL6¨  *]...ß·Ö"7N÷
Ûté$Û·  ,,éX/"úü:N*û¿3/4"{á%
f¥  ëÝþ-êÃz-3/4ÒJ  Ž°"DÏ  ¥öC¿"ïÍZßªÛõõýioÁébÚ('ü*îqþ1/2}²  ¿vÑ  :- Du  ,#î  ]
iä×öÐ÷¤*ô,î  uÁºU    ýÿßô¯1/47ýé:÷ïVš"Õ×ßý¿ñ1/2ÿþÚ_øJš‡ïÝ/Û_ïœ~  õo¯ž-Ô    ZW
ûýÔûu¯é7ëüïQöƒÖ(r)  uÛZöï  ,¿ûô(r)ÒÒ,.1/4%¯H4ûÿû1/4h"á·  ç}6ª=
-;íÖïL":û_Þ-[[Õµê  Ž/îÛö¨"ÈöëÛã"  nºcù  Ë,¨:È€µ×úé‡î×¤ût  jû$0  "¸F  Ž  ‹þÝ}ºîuï¶G[ÿðêÃö=¿
ýö×ø?-Ò]ƒßöxúkïß¯
...í÷z"ë3/41/2Òaý]íµ÷ß¨~  ÜÍVé!ñ¿,xoï  1/2wÿÿ‡Kw†û3[úÁÃØiB#§×õôô÷JÝJ
úý{ÖÞÿÿw  ·öé%_
P"Öÿ*°øu÷V¯ß§Kû3>ßßº(r)  ·ß¯Õý-úÓiïiS^-ß

```
  tµÿÓ-1/4+h&Õ{ÿkÛ-1/4;  "  õ}-%{I†'..."ðøIý´(r)øh":í¯}ÝU-Dp  †"0UoW†q  tÕ¶  M‡w
80•ý\Ì  Aœ  ,  ±  !¦  è=  ÷M†'všiÜBt,
  ...Ÿ#†n  4
;,!ê`(r)¤P3†!    Ä,Xf  ø0ÂŠ$    (B,ÀÃy[ÂF
ùb2cDL:-X¸!
^9†Û1y;    ":Ð^^^Š^^^^^^úT1/4%J?ÿåšh  5dÄB  rž È¤"-  q    iJ,I E  †  Z,
K"  /  *ü   &•*I$"Â¤¸Il  UÒ"''&'ë-  r´<_¤"ž  (r)Q^Jb)¥¸Û¯ª...IR¦ëÕÕ{]¨">¡wÕ(ZÓƒž5D!z  <%¯ü
Q¡áéRÜ2=}/(r)!ÊïhHÕPÒÒÒéè:(r)D  ÷×\>M]H£1/2.OßÒéqJà  µKô'áirÒp¿ëíÝÚëÄýÕw3/4(c)p¸  uKí]
¯V¡1/2lÀ>--`[KJïÿPÈà"ûµ¡!!-  ÿÛ¬{ÿñÚî]  ÿû  ]=×úÿ|U|^ª1/2}l±É¸+þå    ³Rµþ"w¯Ç#
AÕÛK1/2:[  ]xizÿoè†  Þ"m+¯|U·ßp-+ü#  1i%†(1D0r:3/4Y¦d  b-wƒ8¸H  (&"  !      ÿÿÿÿÿÿü  @
endstream
endobj
121 0 obj
<< /Length 122 0 R >>
stream


q
477.12 0 0 645.60001 0 0 cm
/Im0 Do
Q
endstream
endobj
122 0 obj
40
endobj
123 0 obj
<<
/Type /Page
/MediaBox [ 0 0 605.28 776.16 ]
/Parent 132 0 R
/Contents 125 0 R
/Resources << /XObject << /Im0 124 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
124 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2522 /Height 3234
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2522 >> /Length 43334 >>
stream

þS:*ÖÔ  ÿä
Ô  ò×:  ÿÿÿÿÿÿÿÿþd    #  -%B  Ì¨ÎÕ  ü·
w  2@T#C;°¨Ö  ,-ÌÀÁ°  Ô    Ãçd  üêïÿ
  ª  O8    ñ
!ðåÀ,@  W²œ  Ö¯ûtNûxDv<&(c)ü;E'  'v`)|Ì
  N‹T"  üPdF    9èsÁœ†Dh  <Œz#±"Gaí\Œu        =  >  Ô
  rX  è  ÈØ¦€..ÀÁÛ[-¤Þ  Ò  ÷á<ô9è  :    (ÍQ>HsÐÔõéçýP}Öl!¯B6  ð@@É A
!àž"Ã}?öÞ  ~ô  xAÿ}õô  -z  Ÿÿp‰[Ýßü'  ïõ·¯ý>-ý:Mþÿþ  }ò  Ñ¨jM3¬,  Î(tm)Ö  Èx3köœ",
```

} ¿ëÿýýKI¿ïò Ÿëþaï^è&ÿü3' "@ÁK£$e CÃ ZZ#V úµ¿ÿþ-ý?ðÖ¹+
jIŸü ~1/27ßôß°D{÷ô'
áô¤Z
ûcßcÿýûôß}ïa "X" i8!N }õ×ý'õ¿ý1/2'ÛÒÿÿãŽ1/2 õ¯ŷô^(r)ÿ 0Ÿëû×é7ûÿ(tm)õiS ¤ZEÌ‡~íÝ×Ž8
ÓÿCŠ- oD(r)‰`xÿM-ÿÿ-ÿï¥ ¥ÿ¨÷áô ÿÿ] ø3¤
@ÛŽ*ïÿMÿÿZ{iouWÿ }£ì"I†x ÿøIi*ëA7}Xã§B3/4iŽß§Cë¤-ú
woðÁÿ pv+ÿ¿'Ž &þžž-1/2 ÿwÖ"~ÿizü(c) ü0é ÷ÿâ°û-m ‰;ÿÿ1/2 {iw(r)-Ûü¬µò /7/_þ
Ýj°vAÁêø÷ o œ Õx]{_¿äQÛÒÿÿ?-wþÏ -PÃÕïÿ¿÷Û_ŠÂ{þÝ×
öß ×í¯ÿÃFTÃ~ëÿßÝõ¯þ Lïoù ï¬Œ^ªÿ§ûoÿé•‡ÓÛûõê=+{=>õü*¿ _ú1/2S{þ¿ûÿól:¯%{¿ï~õí_?*}µß
úÿw~íÿ*úߥJOÃ§ëû V*ÿ1/27ß×¢ é NÞÛ*¥Õßjí~žÿ‰3/4ü{ñ7tëõ·Mî÷¢œíSþÕµ VÛJ×ý-?ÿFÑÿ¥ïi
÷î" ¶"Tá¥á.ÒW1/2†tŸo ooÿmþ¿Û÷1/2×_"ÿoÞÅ
Ã . †-¯Ø]†t¬%u¿io÷(r)-ÿijÿÁ÷Ÿ¥···â¸Ü-ƒr@
t
'| 'ÂVÂ°ÖÅ÷°Â^Cß³¯iuþë" ¿°íÿ}§ ÂÐ\W3/4Å
Ó G #"h 'fArÂ,.Â(r)ØN (r)ÿ¶-Á¯ûuû{ð¨¯B
¡Á0¯.x
_
Ä&)ŠýŠ!†xfÅ> ðF
à¨ $t
-ÿ
%" OV oöø^^^^^Ž A" [Ð0¶!{ ¢°D% (tm)† À¸Á"ŒBX
@‡Õ°Ò3/4Ûõ^^^á...Xa3À_êÅ{kä¨0Å d[
"´ƒm1/4DDDG÷
*i¦·PẤý°c^^^^‹M;
wkâ"""")1/4 ?â²ó a
ä0... †ƒ@C±qš¢to#¢ )´k xAöÑ°0l!ð€ƒB Â dá ...0
">  Ø  <
È )32A ¨Ž ‰[" å^T ý
... ÷wÜ jƒBÎ päxØCHÄDŒ ^t Ð0j‹³ñŠ<= (Á¡
‹SÌ¹Á, öt̺Q? ÿáÛÛ¡-‡ ´ƒD4 \Yî´ vS ôƒ ƒ ÞÓ1/2›ô
ƒ"ƒj-"ñÓ$GXÓ(2r!ÇvD9ÿÐmöëIé÷,#ÔÞÝ$t &ÿÿü;Òà̂T Æ J
`'?´IvtÃ ÿ-&ÿnÿÕ›ÿ¦ûý÷-"° Þ A· ¤ZJ¨AJüÊ¨övƒ¤é_÷þÚÍ7ôÓ÷ÿëÜãêq÷ÿt"íé •!"àA
~
f dÀḈ£"HŽ¿¿¦þ̧_ú·ÿÿÓ"~Ý}î´ÞúO3/4ƒÅ ì&B ¬ ×^¿ÿ¤-ëõÿýÿ"~Ýþ~[I&ÿH´Œ1/2t\9c
‰×Á¢ #¤Õ¯Tþêßí×í×æ¯â¯ÿõõ¿ÿïÕ?é ƒp... ,¡" DMIûšJ zþìhu§ûïÇÍ1õ¿n¿é×ÿ¯ôÝ"ï¤Ú$œ
Ý~ÿzÛÎ °úÿê ïï4‡^é+ý '¬¨Ý þÞ"ÚU [~"ý¿ ÿƒþÿýÛ°Ü¨ìÒß|%š^àCPÑ̂ !àž-"þéÝÿÿîÒøÙ
ÿ4K(r) ÿþÚþ-3/4 <'äT ïÖßÚ[ÿ÷Ú̈ö öC ÿÄqÅÂmû}ú G÷¯ °ñ/(ž
àÚ 3/43/4·¡ÿþ" üÓƒ ÿÓß·ÇÓjÅ|T^D m
~
:LÅZõÿÐÿuÿtÕõel¿ù´ÍL ÷÷ÿëÂ"‡ÂÐN"v'
Êþ¦¥k_ÿÕ3/4ÿè¯ÿçú*íóOk{OÁŠõïÑéU~Ixëë¿×ß(r)µþÿÿÿþ-ªú ùÿWÓ¤é6Ú̈_ñ
1/2µÒ²8Kmÿ·}‰%o‰-Ûuÿÿÿô÷÷÷ú í›ÿëä¯ÿíÔÕ¹ x¿÷÷Úé ÿ‰o"ïÿ_]*÷þž -#¢8V þ]" RX ¶Ò
ë~öÿô°ÿÿzÞ÷7-71/2é*ßÿ ×ø*3/4 ø-
`´fûÎ×o¯Ké´¿ÿÛÛöïßÿ×ooÿ[ÿ{°ª !
Û5m-ü_¶[3/4--¨ÿ*ù¬þ3/48Õ÷ ÿæ ªûú :Oa...l%a-"ØipÕ´Ÿÿÿbý‹úwm.öÿ}Ð"<A "-ï¨i]†
Á"(tm) #áßØa+† ƒ Z_þß×_ûimï¨¯ Mÿ1/2×Z]̂LB
UÙ 0u
1E 'AŠa...N

C²étï6ŸWÿ"K~ÿ¿I¶Päð¯þ"uKÂ\4Ó      ¦1/2...Îé¨£
.f   0C  BÎŠ8¶´ CÎ"N›   'i·þ¶"¯ÓC}wIn-  L(tm)CA  Ö  L§8ç   0A,
/ýÞþÁ
è-†   ,  È°
Ei*ý1/2~  (r)Þ'j,¨^^^^^¨"DDDqö°wý°-  t›öésZ}'Ò'ø¤"%a    DGÕ†¬0L$ýZ¤ÃNè  °
kÄKMT  3  x,Lä¦(àPD(¿m#¤  †
  U  6(c)d"  ×á...†
êØ¤)Šr   Ã
^z%ú²Ü·  Îœú"Êt
    ÓL Âà¨¨â¸^^^ö  %Ä
  Á0°`µ¤""
!"(Ó'ß^ÿÿÿÿÿÿÿÿÿ+Â0Œdx3/4G  Á  ^æG  2   aµ  6†Ô"+
L ÊPr
æsqÜ¤Á2ÜÔ
-
R8Èù¦Í  f3  Ÿ›^R;Ô
^Ž  ñ        m¨  ,òÕ5  ƒ
¸l.

1/4^#¢¦ŽÍÄt\ÎÑ:0  (^^^^^^^ÿÿÿü(r)";  É>dX<ªçQIÅ^d¬ e  È¦Þ
C  ÏQÅ&àÏÏÇÿ3/4I  éûy
SA(tm)¯Â!Õ  3/4B‡:3
þ(c)"  æeø!¿Ü¯Èxeóg ª 8Ê.7ýø^DoÔ
þ'[ýýwö¦Õÿÿÿx"à‡ÿÿ  GCà¨nÿÿ±&BÎž,  þ·5  ï¥ÿþP  5ë§þf¿"  ÛaLÒ#Æ  m...ïöà^"!øNá"->3ÁÁ  3/
4BèàÂ¥}¦  8ØA,a  Åq        W¦å@IDG  f¥   ÿþ@hž]  ò  'ú  a
&†dX  ÷È

%±
o‡Ð4v4!±  ÔLr1/2ð0û3/43/4d ) SA  ùr6FÆh  -¢"m  qÐ  š  è ª Á?î'7
öÙÀ@‡"ž  ßôÃÎ+áŸÙ! @á"  @Á  öy¶ÙsÊ  Á  Ò.ÅÛ!þK²\Íú7-/"}?ÿ³û
àÓŒ þh  ÍÁÁ  ¿  NÍÎ<Œ
SÅý/é¿Ãÿ¤Ðè?M  8  ´,   Z"- ¯ÿ¯û  þê  +uÉäD³Õè$÷DnõèÐþúþ›"~   wL  t  >þ¨¿¯Ìc
  ô]î-úWa'ó¢ÿzo±nŸ¨(c)è$  oÐAâ  Ð¯  v)^×ÿI°Ôõ-ªMúWX¸;žõs¸OÇÿ"*î¶´(r)/  Þ¬"÷Ž†"ë=óE,)û  ]
Ñ  -‡A'&í/ã(r)ßý"kïÿè."
Å#<áSï÷]ÿâR-¿‰...ú·P¿¥á¥}_ü  åŽPå
  ïoÕ·úï÷ÖdÿÑ'æ‡MÂÙýg  ÿlÓÿÛUþÿµÿ°"ÛÛ...¿ï] Ù<"P  (A"!"  l  Â]  ¶-kÒ×M"-ÛkÿMÓ
B¿ðB,  !,  S¶µêÛ  Ûë¿ûâ"  !   ...Ö  í+¶Á6Áí"îÚ^Ù
q       (tm)°ì  $h
   ƒ  Á       ÖÝ¯l0"fmXgÉ2ëaŠö+
P(D   ¦  ²<   ð!Š<
v   °¶  ²   ´ÂØ\HŒDD}"ÖÐa0  žÊ    b"""""#ÿÿ   -  T.^  ÒÈ›4 1LS¨9Ô‰`¦ž4JÑš¨AÚ
  91  q  ;     "è°#¢èïZž¯D  î  ¥¨"¯Ù  ¿Î 1/4 @ßhŽ<>"}7A3/4
Ûƒ4÷§Ò◊îƒ^  ¨ßöûNtŠ"¤M'kÿÕ"å8µVh  ÌŒÈñ     ƒ "ã0)~"  Å5  j  ×1/2^  ë  ;ðŸ"ÿÂ
  a²ëï¢v-i  Æ×  î
3/4GI  pa
Ó'  D‡  d9ô  |P@Ø6
NÃ´,B  -B'75  ft~×éô›ú3/4-u"  "õ'vÿ°OÓî-ÓÖ  I"VéOGïûÿïök  þô  ¿ÿý?ÿ1/2U9@ê°Oÿþ¿ÿV""
°Bþ•ýª×1/2ÿûôúü%Úô÷¿Uõö-ß¢Ïú

é×û×U¿  úA}R3(c)ûIuï1/2ëÛKn×"XK[V×um´µïõ  "]~-i"-&  H¡Yµue  (r)¿dþÁ"1/2a6ÂãB¯¦(!  Øa2:a
...a"¯a  0  pÏ
ð1]°ÂM"Xøiý¦(c)‰‡  ÆÅDÎïb1/4  6GÂ¢ Ã
  "¹N  "
  µ†  MUl.¯i-...ÄDDC  ,  0A(tm)L -4  A"  A¦
""4""4"(c)  d  þ?ò  uöv  Oõ    ZE    ‰FW  h-f s(c)mw;  3á ð"lSPŠ(tm)¬¿]øP°d  %˜§
">ÈŽƒ-L Ø×Á  åS²f
  4Î&¦³¢H<"þó¿Ýµ    ¶WbBòÈÙˆ°>f    ÑèŽG"'  ¡  #a    =s1   lS ‡P   G·KúqùdU    ƒB
ã@ï×Û¯Âa  ƒSX]Öÿû¹g[2    Ï

Ý
ß4Ã?2vÂ
  hÖ|ÿïi¢PÝ>ÝÒý~  a  L
Ð  FH2ëvƒ´ôá1/2ëïß×:@É}  J
òp÷î"þ¨×F´  ³3L!a  ì  @‹ÿ÷°  _z×Öëá]  ÐMò  ïmzË•|Ch Ð¹

Ä  ‰-ê¿ý[(r)×õwþ˜°u  ßëØ‡÷éÞØA°v‡o  wÕ¿ßu´3/4°µ~ûÛ_Oû¯õ¥ëç<çÿ·â¢ïïoñË÷õ,â    ,nf  ößÞû
ýéó*ÿÕkR0io׈oû...ð•¦ˆy    (r)8ÿ[ÿë}Ù  ·Á
ï  ïã  ;ª=7ì?W¯¦÷õöÿß_¡×]ÿ·ÿ÷ÿç[  ¸Aëþ=/ÿþþcûþ¿ÿauüò}qÇôÿúÿút  ¿þõõcÓÿùéÿ(c)G*_Žÿm¯ÿÿö3/
4Á
  tÃ    À¿~fªÿ×1/2  ÿlè-}#SÛÿ¸ìLñ¸(tm)é"  AÃ
Ø*¿øIv  ×]X`-"-OàëÕ´¸a
0"Ub£A,
"3'H!0PA"    4    À`  Á±±  œ  °ZMì"œ"(tm)  <•¦ KŽ"2
  `-Wëÿývž@(tm)Áà^\",F±Q'  Ž""""""#ûì  aUk¿{M-DDDDC
êžqÉŽ Ž(tm)ÕK  UYfQ,B8^^^Ž))fh¸õ  ÿù_¹]Ä*Fw(tm)'-¸"(tm)  Î)¯í   :  rZ'n  -××  ßêû6f^S"Ôš
¿"øAè3Î&  Í
êi-EÒ  È  ¿t]°eh]¸3r5ƒ    æš  z
û"  á  Ã  Ò  5°ÁœÙcôlßÒ}'úq
ÖÂ  A?üòOÓ(r)3/4Ýÿÿ  ñúý  cúœFqÍ    Ÿ
þÈ  ÿ^#ï"N?ì?-ÿß    %ïÿÿûý"ì\$Ù§°Ìÿmkûÿ")"-  ...˜29    @Ø0AØ_ÏíÚK"Ä-^]DÎØƒ
  8øê Î&  DÑ
Ž>ÓÂXˆƒ  DA"1ŠQ  ÿQÿÿó$
  #d\) S²èÈhú.?
É   "8g  6!0F  JB›3,"'1  ...D"²´(¸ˆ(fñ\T  rŽ¸œrt'"°š  DŽo#  "_
(tm)  2  á

  Â
þÊ4[¿i  àé¦ƒˆÕ0‰Ú?Q
`Á  4-
8F  ¡"[´  Ú  ƒ&  Ì0`0p!8¤|ØSã4    ŠGÍŒ )ñšŒÂ;Ô°Mû3/4
'Ãa",3ƒ  0  œ‹  4ì$ƒ"  1  ðÖÊ Â
"|3ó   0   !  f

  ¨ì  ÿDÇ  öè·  Ü6Â  °§  saN    ?_þ"÷×ýÿöÕu@ÛOÖ  ªô    Ým£s
ôƒ*"M
4Î¬  $  ž
  ýƒ£dÎš

‰¦
ó£c÷[ÿü  tŸÞ   ¯ ÿþß×¿ EþŸ1/2éßý'à<-.  ¿°  _A
vƒA¥ÐÀþ?þû¶¿þÛÿ   _÷Û_o°õ¸D  Ûİ¿þ1/2o§_  Ký}  °ßÂ[c÷Ðú"  ÷ÿßûþ¯ïMÓéwï¤ý7×Mý7úÿÿäJ
>¿Ú{ý,)öÉ
öÿúµûïí}°9Žs  }E}W¯u   x7ÁlŠ  [ø§Ûâ='û  ÛküzO¤öÞïÿÿÿíþÚŽ8ùÄß")TÊ3/4
=ÿ3  ÿöù¢¢!ÿý  õ}ýïÿñÇý7õê-ÿad>FyB  ûy(µmï§ÿû  íÿ1/2zßù§ÿëÿúù¢Õâ÷ã
ŠÚ[Öÿo
IÝÛöŽïÛÿˆÛÿþ×~(c)  t=¿þVegø¿x¸(¿ùíj>õÿÞ"ÿ_ßÿû  _ÿw?1/2g›úÿw¿}  ÙZ_ýÁý¯íþû  ßyBöÿ{~¶Ýz
]Poéö-Rn±¡{¢›ûG£¢!ÿäÂ8>(tm)$  ƒ
     Á  di"VÕ_oôû  ØaoaéTï"úÞÕ¯þþþÝkWÿÿØ...ßÛ0'õ  "&õƒ : aA
"  @Ì  B"ì  ÚÓ6v(c)!š§wi,L41/2l  i  f‰o[oÿ°(¢Hb"#  îÂzûôî§Ð¯P@Ü!GÂäáB  ¯õÓ  4Á  n  "ØH
&GÂ#îJ€ÁN  A"  !°¨¨  L",Ã  ÙŸß--Dì    f  ^^^²C Á  0A¦(tm)Ç2
0 Á  ^¯±H  ÆÅîû -û  À†,  "  qK  ¡
!
!    gÜ  ÿ)×Q      ÒÆ1/4  ÿþd¬! Í  á  Ù£8)ã<2fŠx(c)Gbë
þÕ?#...$Â," ...²  Éñ-  %€ëÃ  ‹¡@$œ3ó'`Ó á#s
†
  4[˜h"z-ÜŠ>{0öÞó1
bhâÓÁ  WV´ÞáŸØ3ó@ƒa
hƒ Á A°ÏM4y  ƒ  [-*ýmÒ,#õ'é'"G×nƒ¤ôÿ¤ú'è  tè˜àÊ^@Á
Eúÿt1/2Ý*ß1/2´¿öÿ×1/2
Ûþ-¶-~•¯ÿ¥ÿ  _Ò÷}Ò}'Ã?¿¥ñ¥é  ¶"küCíÿ›Ä\{éÏ
xÌ†Í,Œ±ÓÁíÿöþÿ  Oÿõ¢¢‡æÈÁ  C"ç  ‡(tm)  N  Û\îéú_ôßÜzMë AÁ
k@^õo5°F•ký¯Õ¿ì  ÿÛî¿üR
ù¦   g  Ø¸ejƒ"]¸¶¿o}þ*ÿÿYóÇš.¯áþý6¿GŸëëoêr+w*þ&  ž3/4ÿ_Ý¥¿n›ñíV  Z  (r)öÿÿçþ¿¯Î  ¨Ûî¿Û¤ï
ý¤ß°ó¿İ¿ïþ1/4"oâÎ
8kiÚ°Â¦ú[kƒŸ"i  ^¿íÿÿH  ?  a  Ä0¯i¦Å  -(tm)ƒ     ¤Ã     -   >
.  Á   †  ?ô-{Ö"í  wMSM0 ¸i
MŠ
R"†*-õCl  6¿úéÛd¿        fpA•h0¯B"  %   ØaXa+    ÌÖ-¹þÎû^^^
  Å1;Á  ^¡
a'ÂX+
õÂ
&  "    ‰ob˜(r)¢",  †  †mJh(   ÿÿù  \¦Îg
(*çh
ò  g‡  ˜]  ×^ƒ<â¡°Â¶'8Ï  ç3/4ù:·"õ8fÏÍ     A  ÷  De32
ƒiÙ  ŽÏ#    ˜Ïät^#†@/¤  ì    ÿ"[1/21/2         h
ÈL-§+Ž9LÍZÓuƒ£  N!'ø@ÿ ƒe  ·5  Áœ  ÈŽ<ÄþÎ]  óa  "ñ    DxŽ˜á
æhÖŽ  °6  Ã
Ø4›3/4úMíô  X^^^^^^^^  ŽŠõ
Å  Õ  3/4Þ-Ä²@g#(tm)m)s#ç    Â  â:9  ÏÆÑ  ?ûÿ  ëï      ÿÒžþªÛÎ?ý÷öP¥¿_kþ?  ÿz×ÿØ6
Ò(ê]0ÂV  _ïÑ?jœ  ¶)‰Ç¨Šv^   9Àì  ( nÃ       T¦ëL Â  Žüi1[†}â"uB"
ê‡hq  ÿÿäØ...ÊoA•ÅY")Ì†tÊXS1/2
õÂ
œ,,š  ¨¡  œ6é
B/BÃ
.ƒaŸáÁ",
CÐH$kh¶H\Û<Î  ³Û$+Ê:3/4  Pt

Mþ ó1IÂA  ü  1õJ-/‡

Nc¢Ý¢áíá  oê3/4µû
Ð@¿Ú  oA  ÉïUõ¯õ"  O¿ôÝ¥äqäqß_þ+´"oK¤¸2î
ÄØ\Ž?ÿ
<  ÜRàƒÁ;  D~
Ýoúžÿ*ú^ÞØðÝÿíÏWoÔ%ÿÖöÒÿÿÿKÿZ1/2(r)3/4ßd  Ø6ò}  {ßþûa&
À_lÓsL'í¤¯Kí&ÒKJÄ("?  6O  ...`Á,  7ƒ  ¸Ï‡cc
7Ã  Ô"vØ¦)-Ã  Õì&  8Ø¨^0GT"$"""(&¢"#ÿçi  o4DtP^ìÂ3  "k
\R>x
Â  "DZ  "Z'Ñ
€‰
œ9€Ðl!ð¤l!ð"1  DB#³Šs:
H  |3"
    •(Kü ûõü É D"æ  <ûBÌ  ƒb  "%A
€¸  ŠN  àr¬d Í¢FBD|   ...¢ssPô  Êj-"8ë  Fì3/4B='t
2œ"   8~  Â}Ò§"  ¶¸A'àA¦   ÐE(r)   à´÷û @ÙÓ5dXÎ(tm)DuÃB

Ò'ì  ¨Á¯€H  (Ÿ†Qš£2!îÖ^á1/2†qÂ!Œ!¡õÒ  ëÿá  þþúÒH6àÛÂA:  ?ú5
9œ
Å@  ³!uÈ¹‹
aè¹Ñsš†kŽ¶"õoÿVÿÿ¶ÒA73/4•
¦þÿ  "ßwíÐt  æÒïúÿôÿÝÝÿí(tm)ôÿ>Þ'N"  0ÿëm$>ÿ-'(r)"ëþ-ÿ⁰þÔûkî"iS  ¤-"þÝÿⁿI?Îï^  'Vëõÿÿÿézû×ûz¿
é~ß÷-mé7ÿûj°ÿ  œC  Ð)zâ8ÓŽ9¦;{÷äê"ô°ÿJ°ÿzÿ´¿÷Òþ°oÁ  CÞ·÷^i
ÿØÚÍÒÿyiz¿îⁿoûæŠ¶ÿ÷·_Â%  Jûëÿú¶ÿÿµJõÒ$Í¯þÇ  Ò"ì  "qÇ  ,(4
ÊwdcU~5~é¿^   z_øI  ÿ¿Õ_öõ{Ò¿5šAè4žAÔ{ßâþ=^¯Á-n¿öëoÿïîØ{úuÕðÃéÿÿ¿ûØ?Š‹ÿÿ1/2´  ~,p
u  ÿðaë|ô_W  Óõð¤  µþû
ÿz"•  z¿÷W\ìTÿûûè÷æ¥×ßáSm_ûß¿û¿aƒ
?ö¬l^  ÷ÿoÿµ¯Ÿõ  ïí|ôïⁿN  ÒoÁLŠ
^ÙçÓöŽzßßý?Ýo   ¿¯Üÿÿ3/4,""  *1/4Y  ô
"'ÌG  ãßMoânµÿþöÝûÿ÷_ßÁ°x¿m¿èÚ¿þÇ¿þÿ]¿"Z]¿î÷ÛÓÓ×Î̂ÓÖ"ÿÿ´1/2ÿƒ  ¿ößîÿ~ù´šY  þv
)(r)Ýþ1/2¿øöÒÚÚ¶Òÿÿo÷é1/2÷ÝWçw6g?_¿Û_¿ßô¶ÿí´-°ÿ1/2  Õ__ÿúÿ¶-°  µ¶¿¶F  š¶Ö×÷ö×Ø÷÷ûz"
  ïE;  ÂWÝ°Úÿõ¶·15m&×ÿ†-1/2[ÿWj  wW§Š:  ç,š  >
š  †  $¥L;Ÿ  -KC  ×íØaXa+   &_  ´¿^  PÕ[m+†°ÂÞg
¯Ã    ,  ÿÕƒ#€œ+"Ø9  ‹  Å1@...¹  LÂ5H2<Á,E "´;,!

  J
$§Dœ0°  p¤+(r)  Â   }"
ß¦œ1UÛ"  "×¿  â,1_ê...E  BPCb¶**¢!,     Âe:
    2‡M
`"RÚ÷Ýœu0év¹ÝO  <DDDDDDHÄL±   Ã  A"Á2‹,jŒê3a...          ÿÿÿÿÿÿÿüÉdB
RÚo=•ëegÿÚi  Š
D,  ÆÆWSeÑ7š  ¨  1/2ž Ê-W¯"ùÐfþ·]bÌŠ  AÂ
#DPA  Ma
Õ  FC   šÅ)Å:  "¿÷þ  þ×ÐúAá   iÞ§e1)ŠâÙ]bÌ†þ‰ÿú2  ŠM  ?"IÞ^ÇhŒEv‰¸i  îd
ÞvI(tm)  xAü=V   ¸
Î   <Ó @ónqªÿÕi?Á  ä   ß
ú}i´›§~ï×a?K$

)ã(  #  ÷¬...d  t?Wõo¯ß¿¯ßøAé,          þ¹²>Fb,
à¡  f  ÐSâý  U¨¸ûù
ÿ)Ù  w'  "#ÄLeã"<ë  fF  NF,...£Uÿ¬
ðœ"1/2  qí×úxTÖ¹ÀÎxÿ¯¦C  H  H#    `Á  ÍŒùr/Œ  Ï  A  "'  ñ  #  'q0D$É8`ƒ  2  Íc1'qJ
Ø§AäTDÉ
f)¡›ÉAä1"ædj  œÎ
è!9      6çã•"¬  IžJ  "d`_Œ¹²-‹1/4ôz    ÿ"'N&m  v‰ô0ƒ
üwëÿ‰op  ~˜CCkýnÂxO        ðœCA¤  a
  j˜Aª    ~  `ƒÂ
IÃAØM
§'@†°r4A    0..."-ƒ$  (  á  Ç  fE6
ÐAâ  ‹ôý(r)

C  Nè!˜ƒaÚúdc"]VÒà  Ñ;o  ]  Ä‹ä  >  A,-?W¬I"Dì  ž0È¸Ñ~æ    ¶Ä±èh  äîõ¡"  Zqa  Gq-ß(r)  M
V%‹ŽÂ
,  Õ+§Ò}ëíƒ  1õü¨Îm"ª"¤)¢m    ÍY¬ÃÁ    6á÷éØ  i  Œ‡£tû

@ƒl m    è¹¹§›àÉÎ‹ú
ƒ  0H3/4¢}-6
-°‰Íƒ%ôNl  aÌ  Dò
M"_°eÙE%û    ÍÉ²DÐîÿzúû÷ª§n¿ö+Ub¡Ó¤  _V"×~õ[ž•
ÜPÓÓª  §IÖÐAè8†êÐO¶>°ƒÂ›zƒp›(r)  xO'J  <
é  èEÚ  9Úô@ƒ†bá3›*düt㪰ëÕz_õ"I\1/4  _];¡9¶×ÒMÕjõÔÓ}U-ôôþíÒN"Ân´›"ÚW_ÓÖ"nõ    =ý
  ðè  þø=ú¢\  ¿(¿´é$'7pƒ{h_ÿOûÔ1"þ3/4    }Û  ~ž1/2ñô¯§W¦÷ëÿþ°  ÛzÝ+µëõúþ°[÷èÓzI
F  1/2}z¿ÿi2    Óuÿ~1/4‡@Û  PKë°d
vüW‹ú  ‹î~Ŷ*1/2×ÓßÍTàTK¿{ÿá    ¡íÿ1/2i6(c)%NÿßÿþêÂê"_ÿþÁÜ,
  éä    I'J/î¿ÿð  ù

òqS-Òßóʼúëÿà"÷¤ÿ  ‰o4éé-÷Ï5÷_þoỲÊâ^õ?_ó˙ï†é†¿á1/2öAÆ×$ëÿæQý  q]-á¡!ZÚþõþÿ{ô¶ý{B
ÿ  *_×ÿïÿêÂ·ßÿþÿÈÇ8  Çhœÿy-$dm'3/4uûÿÃ}?¢Ïõ§z*þ1/2¥µõõéo*ú¤  _õÿkÿÚD_  ÿÿû¿(c)è>'

ÿR&^z[ǎ[û÷ßú¦¤>ÿ¯Ñ  ýµÞÙÑzö¸úþ-ëùQ  3/4'3Ò3ŶÎ(r)÷  o×]ÿÒÒµþ×˜îÈH4-ï§ué    w_[^¿ó(r)  {
-.ô"ú*¶Ÿ¸..ÛUOí~ÂÂ°í"M5k¥¥Z-kkðÂ·ë¶•"{  ÞíÞ-¥íÝ¯Úõjþ1/2÷  -·ÿ"úÞ¶¿í-ƒ  ˜3ƒ<
°dr.G  †  û~Ôl&Ñ(
‡  x0UVÒI-.ÔÏ    ,0"d?ö;V×ƒ3/4

´1/2m6  Eki6"2  ü/Úß...`ÿVÈkI´3/4È  ä...ÿ¶3/4°Zwõcb-+Ù
ð  ,q  l  3    ž  þ  ¯ƒ  ÐÐØ·ª  *  .žÈw°Â

  <
5"º-†  ûa...l,0"

ØN  M...µm8a[    ö  ¶-"á...a"1/2†
¦Gáž>×á¥š6ÂÃ
...ìŶá"Áa...ₐaW²  þ×]°1/2Š×aW'  1ž
  -‰‡Äîþ+¦Î  >  6&    8â˜...  Ã  ƒ  †  "'€  ±
    mA...d‡  œ
À±LP"  Á±,!    $v^Ð@@Ã  \l  ø  ÁÁ0Â,pg  &GEè`1/4í&Tb""4  0§  39à Ìæ°Dt  B¢

Áxa%"A¯a0Ÿ±ØXkêx[´þÂØJ
Lá1QLWÛ!#L-$*$ÞÅ3ŽšÕ...\.?b˜"×<&+B#bš^^^^^    ^^¤" ) 2ÇD...† ƒ E! ¨0¶
Ðƒ& "^hX) 0" ÕOa ó
ƒ[ ¡"Â§
 ±Â#§
 ^Ô&1/2"ÂŸ"¿ ÄTDDDG ÈDDDDRh " "q X sØ! XB!..._ék DG
J-+"×ôÇZÒô¤ØÐ((tm)j@'Ùh@"ÿŠP^vâd.ÂÈs{!ö §
&÷5ÿ¡Ä² ³Žw _ÄDDD Êê#!"È 1/4¨Ûi Ì‹•Á(tm)\€§ƒ± 5*ÆvN¿ú¯epÅ×;PEs0¥pÊv_;¤ '{
ú# ÿëïêó$š•ÇÈ>mŽJ²£| û !ÏH äxÏ'üq8ëó%¯6"ÁÐò Ì.-NÈ ø
úúÇñü TJ?_ÿÿÿ꿂,'1/2Ia"ûû$Ë'Y±' |^ $¹"ÕT?ÿÿIÿ" Á `€Â- BÁ
‹^k 3/4 ƒ
"
!(J 'Pæ" 3¡äÐf2.)8§Å4 3çç‿¢1 â C: þI"¡²Î^YÑ â Íÿ_ý6-Ðk!òCÁ0‡á<*xL ò& C ;Â ,
°&Å: J "$nN`Á É@Î,',›y±, 3/4"MAš È¨ř Ž§'3>d šÅ/ Š ‹ " !'DF^ #‰› ÔNÁ ^³§"
-Œ†
Á ë( Ðe ù²W
" ì ƒ? ¤jd‡h"kDñÄ"rùƒ t!êŸ¢1Þ Âa š a< ð...á
" xTÌÈ& =4Â Ô¦¨^ 'hz
'ÖH
 ƒ 3/4 zÚD0¤â"-pKŠA3/4ŸÃÏF ƒ8
0´ƒ˘;
Ñ>'- "\Ù> è] Eç‰qD-¢xÅ% "ýÊðÈxNÑ'Q-ú%m ÀØ-n_<& Ô&š#¢C †‰GÓð(c)ã"é4þôý
Ò á I?_X°Aý ì/"" è ß›^B
àÁ Ð m, A ÐA1/2 FjÐ#C,
 rà ÐAÁ,
!Á‰°‰ð2/¢î‹›š"V š1Ü <Ì‚K_3 u ÷¨Î̡"= Æ‰ó!ßHœá, òxå EÃÚÝ7×ß×û¯Õ$ÿÓmôõÖ,q
m é:N°´ ×›A ánÂxAâ ƒÓè'ΰrUƒ á7 7 œì Ë"
 ƒ~ß 1/4ÿ*H
Øƒ¤ ÑƒÄµ^¿bõÿ[ÿÿëé}u÷×ÚM°*ÓÕÒô×ü-.(c)µýéÿAkZNÈ•ÅøOMôúM÷°H&àÇAu}údP¢î£û(r)Eƒý?c
Oz ] ïõû×Úq ¯1/2.ãÕšv?1/2ul, õ´Ÿï-µ[TŽ°-ÿ[¶A ÇÞ¿...ÿäBŽéuï
¿ú-¿ñþEƒý=G P8?ÿC ÿ²8>ý·ÇôÁïZ
þõƒaz‰××Ù
 ÿ_-,úí1/2 ê3/4 ÿ" A•öA
?þKO°*Åøêÿ×1/2(r)ê²ÿÑ h° Ñ¨÷ðß¶"à_æ¡P ~˘¤¿ üÄÎ¨¯ÿL?æ&ÿÿ ,-Ÿôü" ˜éµúûÓ¯ûöuÄ
 ÿþ¿ü _÷ÿB(³Ý{Þa¨ÿë£"°üào~^¡ üÛ5ëÎ ÞïæW é Èw"þÿ¥þÕõûÕÔ÷{í ü.÷ÿ§_ÝßÐÄ÷üÜßÙ ¿ÿ!U
è³ÿ×nŸÿþ›ö-ÿÿgÈ~´úôkï¯.üßÛ́ÚïoÜÕ÷÷þ÷öBÕêâFÿÿý^÷] }ÿ^ß(ÛÝVÉþ"][OÛ_p¿¯"ï7Û ÿÕX`·ýÜ
.ß á~×o3/4ûÿÿmëKï^Û"t ×Ú°ÁXa(fÈà€xà1"Â°¶ ³7l4´á"
 0@Û^öÖ
°¿"
',V6É 0'Ù ØõÉ ²-Ã(¿_×Î<-µ²¯ÿÙÑ&¶Pµ"m}é²

·ûe;Å1LUÇÁ1;˜ñQŸ @Á bgiÛ
"
,ô#´ÉBvF<ð/f-¶ ² ì0PØHÐ my Ã a,¶ 4
† 1/2†"
&Ã^ V , K~Í/l,5°°å dŽÒø;_í/m; "ÁWÏ
-"Ä¶3/4 ìLûŠb(c)^[ À€N ¸0´¶6+´ÍŒø0 YÀ€ ±±±@ƒ Åƒ DÀÁ àD0@3 ¡(tm)ƒ
HN Q Ï ^6

à@@Ø3 Å1°ÂØ+`¬0'
. "ë lm>ØKÓ.¸2Áœ( ˆˆ°¡ 0Db#àÁ ƒ DZêwL,0[]5Xì&¶+ØL&µaz±-é±
¶B1/2...K"±ULNàØ¦6+íŠò* Å à¨]DDDDDD ! <"DX&œ2)@C†F C [[ 0A'ìp‡ÚÝ...3"á"Ð2
0Ïa{°^ &{ ,-"Â
{A,ªÚýâ""#b"8ˆˆˆˆ0B"""""""!, :!
'a 0B"
-á1/2 (c) Ž± ªËH'*äñ ,°-*;P¢df8ÿÿÿÿÿÿÿÿÿÿÿÿÿäØ
;¥êvXjµûÑN¨×NÓ†Àl...çf†Sˆ f¡¨A
j± )-"œd0s1" Õ - =0ZO&Y
Âa
ÊÒÍÆýÖ‰EQpõEÛš`-SN\8oIëë"| n A¹³ ›Ç'|¿ÍÍ
Ñ< Iþý‹ÓkN*•?L(r) ›I´žÛ,#ó Ë]×ï83
€ˆ.PBP" K5T¶õ*ãý}ï¶3/4?\& ;OAâÚþ"åP`ˆ.Y Þµ¿§% ÷j%Žäžá °Ø›?Tÿ^B /×ºwVü‰
,ì
Ž0@ó †`@@Ø0Nê¿×o$ïúßU}-?ÂÅún-ký}HâÎv
äµ5Ã
ü¿a-4S¿Oé=nµý|C úöØÞ¶üC´)ÿÿý%ï_dc3/4õý-}.ÿÖCÓþ•u×ÏOé}',\ ÿÁ _ô-ÿÅ²._¤×¢ùÇ¿í _¿Ò¯
×ðCð ü ðºÈ &?Ñ9þ1/2Rÿ(r) }+U¹ ;á è ïû¤-ë~‰Ïé}<ã5¢yýÿÚþ ]¯Oè Ö, ÿÐ
þ3/4¿¤g"úé-w¥ÿã¥_ývëôººêÿ_ æºÖ×þúéØ&Ù›a""# ¤u"µ×VÔŸ Zú
Méëü.L9Ø0@@Á bg
@Á":`Á"€b¢¢¬+fn×á...† / 'kdú{úØM " íS "ÆFÀˆ1/2Šb ûl 1ÁÃ6^¶ƒ
`ƒ
OÓZ´ katÓM~ÅlUDDDDDT C@Á aS É9Ü¡Ð3ÙJ a DX[ 5¡Q A u¡-º¨
ÿÿÿÿÿÿÿ"j Èb"'K '
† 6!'ØÉóyèÜxËŒËEPƒA§ÞF, <!pÐ
±ha
<
†,T)
` ôF;TNO (r)ýØTÓ³ƒ4Ú74 nyŸçð`°Á @Íeu 9žCÎµa DÇh›º¤é=>¿'ˆ ˜X1/4
þóù3/4g'$M8@Ú ûÓtûÿO¥é îþ,¯nãÿë(r)1/2ï÷ÿßÕ7]oÿ êÝWÿý}%×ô-ÚÖïïužûý¯-÷þ-¤*?ßö?ÿyý¥
"îäqR§`Á^4 ÷¦ÿ | ¯ ×â¿"J.E"þ´lÿòC´¿]' d:?Ç"þzRôN Î ë†ÿ ÿ Ò1/2 ÿÛºŸçbgÿ6Q. ÷K]ÿ
@Â¿àßý<'¿ú_Z¯ù´ÿÿO÷ð"ÒÛ3/4 ¤¢§u÷ÿæ/ë(r),÷ÿœ;ï ÿŽ÷(r)µHÎµé 1/2.ºoÿÿ ¥ý"(r)"*(r)tdC¿Kþé
ºº5¹6Ó ¶ JÒ!á0 ,
Þ¯¯
,5ÿuÕµK Å!"~Á 4]E1E
¿ðÒa¥a/[M ïµÓY89ðØ ¦)Š¨5M ˆÿéO 5^Ó´± ÄDZdðÎša5Z -¿Kñ¨ÿþY 96@Ï....
Š|R Sâ
h
ŒŠ Ë'pç |R Sâš N ;ôBd ò\ˆ\F20_ÿt (tm)"6*"øâÖûN †Å"† 0ƒ:Œ Ô† 2
]×SŽ¡ 'Œ 1/2ûÿ]"p ù ˜*
tN Y6ÔÉðf" !h‰t,
Ð6
a dñ¦Hƒ=H àÁ @àÍM:¢í¢íè3/4ª'
"EL?ÿÝB
ûH/ÿ´'ol£`(tm)¯N"lù
Üïm Lt -ÿ?íªöúW]YíT›wT é7N=i}: ´Ä× õÞ(c)ºô§w}¿·TÚøKú}] è}ÿý¤¿éoÿúKÿ]:öë]ú]üô?¶"ë¥
ßŸÚÓÛ]ÿ]oºôºî1/2ÿi"¥^--ÿ ÷UÒº_ÿi/ú÷í_(r)3/4×KºÿÝ/´• uþÚ×Ú×3/4> íÿ ¥1/2Ç
Eý¿ó...¥ß^Å%Û

.lûþ"|Ô_uÿP}Ç _þ3/4Å`ƒíówý¯,- o--µ~
¯ÿÔ ]2+âýÿ÷¿ÏÚnß"Vúö|LÖÿ¿F›ÒðÁr}ïù Iþýºº"öÿ{ûJÿþ› $ª 7ïÇ ý{ÞÞ±1uûêÞßýjýªWÛþ
n¶öêïõoõiÝ÷¯¿ôŸï¿×(r)û{ÿ

ÚVß ¿^Kz÷÷ÿ{i]ù(r)"þŸn"Û"[_ü%kØ5úÛKomi ÿmwÞŸëuôž(c)-X!îEAØ0P@Ù/wÛ^úf 0H 9*o´
›[´-Ï JÖ [õìW, Èè œÎ Í¢* Å+` ²@d @a&(
1' ¦€Á˜VÒÿôÂÝ ~"kuµc¥a|&*""""Sâ.ÒTÓ"Žx rRŒ a îì
Ó´ÉŽ (sÑA<Dq ÂãªûQÿä f1/4r Uþ?ÿÿÿÿå
(r); ; › "çöÊÁkS±8› dS÷ÊãQßŒÞP2Éˆ Ó ÑÃ22F¬ã#ŠdV3y(tm) ˆñÁ Ävp > ...gò.w2 ß
Íx= ð¥ó,
G" 'ÆN31
Å< 9ŒƒÂ
Ï:'ÀBpçP§@`Ø§,-
‡eÁrâ
G
Š|R`6 ÉÄ... dX †
'A
PFa àº dX 83áI€¡
hEÚ y,
ž
ƒá
†Á]×ÿA
{õ øCCD‡r:P;ÿÈ(c)*ðõ[þAŠmtÖ Ú õZ ¯ûÜ|Q'"é]"V a"áKê.t öÚvaÈÇ GAÉÜþo"
ë1/2äc'b
˜å;5ÄDG T?÷aHíƒ,ðf }Ó¢|Ã*Íˆ2Ã é äJ.‰ä ~T}zú i 8g÷Aá A°pa Ò
l7 ¦ÉòO#Â B!¶¿È\
4Í > Æ à " ßô
Ôƒ1 ðˆy- ÉóL¡Ó¸l"ààñ Ëè
ÐÐ‡éÐFŒ'-Ð@í Îß$âœÈC¿ý ÿ;ç GÐ"?OzZ\'œz GðÞ(r)÷þ ë ¯^§è7\ } #é=ûþýý¤ÿZÂ~ëùØ
A2@C20!Ð!¡ 32 Ô(c)Œ1/4C 3ÄlSâ(tm)":‹,
º'¢1Þp‰ Ät - Ú_u¤ßý:Þõ×Õ¬ïÿÇþÛ(r)þõ3/4Û¿ëïöûÛý^›í}'W¯éá=0ƒÂa8°ˆ0*0ƒPšªa
K, 8Î ,è"Ð´ A×ÿþ1/2<îïÒé3/4ÿ}_ïÿÿí _§÷þý^wwý/Á î(r)"ÿúµþ‰8äð8šÃDùƒ v\Ù9-z
#- 1/2 -î +
€a"r‡8ü& úmD±ÿû¯1/2k{Õ5ëî¿õ~ÿÿþéuõ¯Õþéu{ÖùëßÛÕ×·¯-}óÿF¥ ÌÌ a6,n ƒ0)(c),4ˆz
Až h pÐˆÄÝDý°@Â!ÀÎ
OÓVk0|{î3/4û(r)ï±¡§úûÿï ßþ(r)š÷ý¿óÐÿïßû ÿÕãV"¯NØøÒtž›¦ëIº~ ÜPº ž›á<
ÛŸÿ"ü+3/4-úß-é1/2¿û_"Wöüoÿu uëíÿµ×Þûþý¿êÞ3/4...nÿ1/2]tõ×õôõuN"]i>¿×ÖÃúÒ¿K^ßƒÿzõª·¿Û×
ÂÝxK[ëýë"ï] ýßWëÿÝƒ NŸ¶¿Ç]í/Nªžß]_i þÈº""ëoß"Ù
-ûÿýý¿]û ›K §þ?õ{o}zÖú3/4í-z¹
-1/4uÓ~¿Ã ººŽ¿ÐÛ÷ëý çû-úÿ1/2†ôÚøKJú Lñÿ Áð¿É þÚ]u×¿ûûôþä Ü0ÿÿÿÿ!Ñ§ÿ×ýWÿÃuUÁ
ß÷F± àø¬'o÷z31/4 ÂjájßüÝàý1/2¿Ñ"ÿzÿ úYN,ÿüÊ?û:¿°sh ¥0?¿éÿßä ÿ¯ ÷Éwÿõz
ÀýëIµÿŸ Ïž?¥ÿÑ ? ¯ÿo²èŽ?Òÿ‹ ßÿþ¿üª# ¡Ûÿþe7;ëúü÷þ¯ï
Ý(r)×
ª/"úx/ýëß¿¿ö¸3/4ï÷1ÿú Ý¿ýïæûÿWýþ&uúÿÿÿÿýþ×¿(r)ùÿ þp›ýÿºÿîþõÿÄÇÿ¿" ëí1/21/2_þ(tm)ôø¯Vïu
ÿò
~Ý=¯Ûÿÿû'¿ÿúßï·¶ÒÿôbWûþßíó†ÿ¯ý ?uë_î³‡1/2Òý¹Ãßû[µ´·lè¿woÖÿêÛI´¿"ÿ¿-Ò¶ýwñÿ§öÿk"]ºöõ ×
ñöí"Ò Kï_¿ÿKÿ·¶Hí+]l'~"d?ºl'0ÖÉÿ¸8>þ¿Ýoí´ª Èm²
%ÿK÷ý1/2ÿÿ¿_ëþ1/21ëúîý[}ÿ·Ú¯á"Û °¬ H 0@Ø0P@Í"lÒa¤Ø-°l0-" 0^Û(¿Éÿ1/2m+ëû]¸il0-¥ÿtß±

~¶-¥·ýë ¥ÿMð°-á-cW²‹t-VÊ%v _baÁ±Î8¦)=Š^ È¯b ÄÃ¶3, Ã i¢paƒ.0DK p 8 85
a"(r)Ða6 H Ø0^)Š´ìâAª h)À\
Ó@F$!€ÖÔ #¦ËçÁ °!ðŒ 1`Á \6`- ¦" (tm)ÀÎ Í† u# A°`§Áˆ3 0x60Â"
80 ‡kaa ×† ö*)§vF:ka^Å ÿÅE M;b3/4!Pi ƒ
, !"ïþB>)Š@ãÿÿ ( ÓBã°D w ‹ ˆN"
0ÅoìR¬RÃ Ã#
A, !± îƒ
Áƒa0˜*Ø_°3/4šé¯¬0·˜u† a ÿµ°š
5¿ï^ð3/4·,
Ô nî MP2 ¡Ê î"0· Âj"8ˆ†võ"ØÙöªU"
Q`A""¤"Zi eAKº
! U
&Rô"ŽT Í 4""""""
! 4CÄDDDDq ÿKó( ñ²C... ÿËd¡ 1/4(r)³SLÊ...(tm)*(c) #2(3h†2ºA›[ù (´GIÀ¡
ÌÈÌ!0
Ã > e Ø.†@Ñ¢)Ä#ä|è)|ðl6
t Èb †Â( 1/4v ÎÔ" Mƒ"ˆp! ¥ó!A˜üì' ÿôÐwÿ! Ã
4 °‡ Ô'èdâ "8
Â 0‡
á
ðl a°¸†Ã9à¤p`!êw 3/4d"ÃÂ$Dy :.nýíä(ì 1Ë¸2Ç,v‰õ={tF8ôJ! þ¿ß¢Q¿w†‰?¯ÿ G "?1/2
A89< çœ ÈŸ2| ŽÚ í < peû5H¹çó|þhÍR.(tm)üß@ Ñ(| › Ðf"iMçœ § '
@ø2à(r)ƒ H (tm)<g š
#øýë-.›*k÷ý¿Ý-Á1/2
é?é
@ °`‰ ƒI ¿×á¿¦ç(tm)þÐ¿ý éÿçi
" êß"ºÿ-ûÿ}á¿õ3/4ú ë§ûëÿý÷¯Úÿ¿tœî å¹ªàƒ4 Aí¯_Õ
Dyîýç 1/2 ^ý^õú_é:M× Gºÿ¿ ÿÿø"=íöF...8Dá Èò%Q- >]- D
º&Å*yÕ ³"y¡ E'eÌÙ )× <'õ÷Žîÿú÷÷g×ø÷ÿßÿÿÓwï¯ýzú"_ ûÿúh0D ìÌB,
âÁ
øL PAš $ C AÉ8`ƒBÔ&C ÉÛb]û]__oÿ?
ßúcÕÿ ¿õÿZÿÞãŸÚÿ÷Ü}sÿýûã"MÚ%l!øAéÇñ. §Ç $í'¸œv‰`h> `Â
ïõ*ZÞ8õþÿ÷¿b£þ#Ž;û¿~8âë1/2øøþÿ¶Tä Ð Ú#3/4
KÆÎôOØ2>ƒ8YÁ,
‰ãÑqEû5A'û Kó † Aàƒ¢ø '...ý}Á÷ÿ~ÿà¸VÿoÒ÷ëþûÿÒøcÿ÷÷pb, é0ƒbðƒl&þ´ 6H A¤ m
Ø\,z§I´ž"u÷êì‡§ß¨öÿŽ L... ü ëëýjû #‹ø_d@xÿ Ù µv,~ŸIºþ´ ÁŠOÓÓ3/4×N,~ÿº]Xaþß }|E
0 ² f+ÿïï º â1/2,#-ÿ È!Búú~ºÿzºÛÿÿÓ Pï} Áû'ƒë3/4¦Îýóv ö ×ÿ 3/4 ?ÒÔ1 û †øÕþô?
ýc¨ÿò ×øŽ¯ßï¡ ÷îŸ3/4-çÄR?Ê±ð^ÿ×Þ
¡ÜÿÊ.[,\ˆ|ÿÿú5•- ÿÿOµ ö û^¿(r)Þ÷¿ï üÇ¸oò <ýõú¿|O?ý
Ûá¿ÿoðw˜'¯ÿõÖ¿é ˜3/4ëÿê wU ÄÇß~>Ù#õÛ]3/4ûúöÝüÅú¶"ÿÿêÚÿüÊÿüæ(Ãzý ?õÕÿßœ7}Ößþÿ_
* çO~ÿ{[ûSûãÿ¶ùëñý¿Î^ÿÿÿ¿ýþ, ýþ×ñ÷-×3/4¿¿_î3/4¿ööû ÷ ÿßÿþ*ÿû3/4ýÿÿwÿé ßþþ1/2-¤ïÿ±Ò_
¿ëÿþ÷i=w¯ÿ"wN3/4ÿ~-^þ- ßÚß_ëûv¶ Zý7
& ¬wÿ¯÷
-.ëÛÛ$jÙFÝZìn¿û3/4(c)×ÚìzßºÊ+!ýý ÿ²..."-sªÛ:.ÿµý²E(c)ª¶
&GA Aš

Á,Nýªºg†ª ¶]A...ÂðÕmøa>Âv þÒÿÖÛX0¿kø%
.y0ÂÚö-Ø_° ,"

6  ö  ¯" ÝÜ0V  §b"AëqLQð(tm)     0D/B    Á8¸B    ^3  P      ˆ. F€  Šm&  I7ƒ
g  a

'ñQD"(tm)    !+
$  "ɇ°Ï!
DH  ca,Ÿ  ÁLÁ†G  a    b˜Â{
ñ-  Ø3c>
1  fÂ1<  "°Å6
¯Þ§€ƒ
ø^ó¸P¸"ßkiŠŒz  ¿Û
^4āúŠØLW;ŠØ¯ª}  b·ý¯ö    ?ƒ  """#¿"
[""  [¬(\ðšÚÂ  3  Ð`š
-ÙÜ.šph0^ÂðÂÂR  ¡à!
Ž°1/2...†
¶  `‰   ,Ã
ëeÂa    °"2U-¨^^^^^^^^^^a   ^Ÿ"DDDDƒB"" Ë(^^^^^"0B"""
Â  ^^Ž"?ø"  (r)M?ÿÿÿÿÿù  *èÿÿÿÿÿÿ•Õ  (r)0TÎÂ¢lI  -Ó"¡Sò¸"G^
žEÏÿ  3/4œÈ  %7ïïB²:0ŽøBüí8/¿    f_  ¯Íp:

6  ÀBâ    p  3
P  aø¿ōþ‰ÚÝ  ¸3Møþ#åT  @ō"Ì::
é;ƒþÿÏúsL  èpÏQÊ  ø7[ÿÿm+[ýo{ç  ÄTÇ'  ÍB  ¸d¯Žƒ3@^/¡    ¥e§7r  e8Éòè  "3Â
Ø3/4péýêþ¿üYñÄ
"'  <!¯B  "  á  d      "
ŽXA^¦"  0A(r)  `ƒ³ÂÚ"É    2`Š  à€0x  ×ÿ¯Õþ¿¢N4JÞþ  i...¸-;    Åhž0ž˜Aú
?ØÂ  ÿÖ¯ë"ûàÂ

y    ƒA,Dý  é²CÁ,
,40g.  nO  1?Q|=  7=%  `  X2sh"  Ü2ø¡Ô  ûvþÿ}xKè<&üi4Ô  ñC°    ú    ¶    "è
ú  8¿KZ  hl  š  ^{B5¥pÿō¯\SÒZ_é$Ü.°~œz1/2ô(r)ïzÒ
Úiw
Ý'5ûÂjÒþË¥ûÒëí}_-'é÷K§¯ÿÝm  è÷¯Xn¿  û¥  __÷}WÆH>ÿéÿÿ§;  :(r)(r)óœ6êµöÿû§ë"`›  à†éwöÚ
kÿÜ¥¯Ðû÷š  ðúû8ßÖK-ōkî  _ōoëÿ¯ō0ßþ...áû·_ÿÔàKïýQs_¿:ƒ¥Bü  ÿò¶¿ÿÛ÷¥  ïÝþßÝ
ƒ  ¯¥¯õÚM¤¥  £  Ó~¯Óÿ*ë  iuý...Ýi÷þëÒÿÿ_ú}{ëŸOúÒo¿}"¿m{×÷_ûûÛ_ÿþÎ"þÿÿÕ¿VÉéYÑuÓ
"+I×ív  #Â°ÿ    ƒ  É
ÔÓM.-u¿ë
†  °Tϵp]1/2°3/4·  °V  JÂïk¶  †
0E=6&-ím...Ó"ä[÷itø%;N    ^63àBÁ°Î
ð.h    !
0¶6ª·Â¸p`  œ  ƒ      2â°Â&87:      j1/4Ð  ƒ.0@Á  D¯|Qá    `ÁIÁpDIƒ  +TÈG°_LWî;
¦+Ob[íŠŠëðÁ_ìWÿ
ö)~¡"åAJ  a      "  pÁm0Du&¢Á  ‡
ö  Ó  Nò
áSCÓ[  ïA"AKÚz¨Q  ÄDDDG  %^^^^^^    ^e/À"Di(Ø  zÒKRÜ265  -...Š&Å"ÇÚŠ†S  ,·  •  ^^ÿù
`  !  D  "èÇEDhB  ‡".
åÈ§DtGGAN
;
ô  L  2pØ^-á¯  è)à¥Ãa  O'Ï˜x@Aš  ÷•R3  G  ø¿D  ¢c´ÿÿúÿNþā_1p@ð  ^^9üÙ

DEâ<
Á,  b.ì"s  i¦  `>`Î¡   Â¹  ÷ý6"h ß‡zÝÿ  Éðg"Á  @ÓH Þ
Ò   ž   `¿ÿ_ÿ]ýßþÚTÛúûWºS³  (tm)ô/_ÿý1/2ußçúµIÔô¯°  "
  ~¯¿þ"ëÜïëÿn"ý)‡î"'w÷ÿÿÝg²ßÏ"m}*ô´·Ü\`Ÿ0Ë  K]¯¿-¿ãßØ÷·"þ-}ñ
Õ'Ä¯m!Çéôß  ÿt¿ZK}Òß  ¿
%ÇÝÒ}ô"ö¡µzZ÷Ý~Òö?W}÷âà‹û×ÅEíî¿šm/þ1/2~ÿô¯þ¥Ç}Š  ¨  ÅÒô^>dU¶é  ûw?t°ý...M÷Ô.ØJô  oø
ÿ]ë  ojé   {{Ñ+ú_OýÚ'"û¿6›ÿ÷n›þ¨Èî,é  Òëzå=/Ý{ß  ×ªO÷üá¿þïÿ  1/2^ï¿¯á#>×-ýí.Î(tm)  ÷úƒ÷ÍÛ
¦Êu¶ÿ[T  ¤ÿÚÛÿ'W  uö"vá}{arx  é.Ã[]zxÒÕÓZcÿö  [Õ(r)Çá,&86
Àâ  Ø¨ï  4Dð`  ,  h+@...t›`×È¨#

GdO#§{±\Um1QÚÝöÖ        ÐB:¥b-þ    ¹4
°›a    ¦°z(r)šU  }...Oµíñ        Â      ¦y`!   eB
     j8    ^Ò(r)¿^ÿüÊ1/4ŽÊÉ     E lR¸eCÎÀÆƒ2¯³²'ÿkÿ2S3q0Ž(tm)tG    1
¤AœÈ"<  ¢tGs"ð>  -@ã²Øìø9Ý'@Í...(  ð†Â,  <
"/  Â  Â
fÃa  "2àÞäRÊ-
¹ÚT  'N-¿ï  nî  ì'ÿýúÿíûîé  Ú/¤8  "9È¶_Dð¨Éó    Ééü¿ÿÿÿðè"F_
'...œz@ï}
í
Ð¿í}þÿÿà^üãû1/2[IÿI×§ûÿëžf²ÿÊúep(^zäÄ¹±    íuþ°u,#ÝtÚN1/4  -ÿ  "   Î
†&  ƒ  ,
    <Û  DÎ  pŒ
t  hE  ó†j   3ƒ5  P3Äh          "!Qv}  ÊÈàá'H"á+"q  `Â
Ùžt  0("  Pƒ
"ÓÞ°n   jé+þ-°[ÿÿ   ,iþša  \V  h?Âa
Ð"
-  0  ØA"Õ40ƒÂdT   Â  Aé(r)ƒ        á
  ðƒAúh?öôþ÷öÿ§×?û  ôFî$Ý¢þ6¢~É÷Ô"7   í¢|Ú  é§  c´J  p‰  Dò‰[b^T
Õ  ¸xDÇ3/4‰óDðjƒ%onÑ;a"  &ê.oµéÿ§ÚÿÇ1/2¯  ñÆÏH2s  Áœ  lC†X(3ò.  f
  Â
Â3Ú  bàÏÈ¹²&`Ú
CÐAá
@  °`   :.m  :.Œ' A³Ø`  A´  pf.\Ü  £A  a¨Z  71/2}íët>ßJô?ßÅ°xN°"j°  ¥N"v"Ó¤  §A7  ...Ï°éÒ
Ðt  Á  Ò  °wA
§A
éÒ~ý}ú×ßêø÷ÿZ¿ÿ   Ò1/4%ZOõ×    é°zúz´žž1/2°uô1/2[Þ¯¯1/2Òéû´Õß×þþÿ__þú
âîþ¿ß°lwéôžßêê=úêÐÿ  ¿Vöþ÷ÿoÉÂîû}ÎÒ?ößÊ  ?Ž÷÷Uÿ
-
¡×Ü1î  ÇN¿ôßÿü_ôu8_ÿÎW"...ŸÿÕ  ÿkð¿÷ÿÓ¿÷ì,S}Hš-  J{(r)¿÷ÿš
  [öq^Þ...ÿ·Þ"z^íü/¿ú'ÿæÓ3¿(tm)Ç,#Ú¯üÆ,?í  yö  ¨ÝF
ÿù•?¹1/2hG¿ÙÜÖ÷ô-v  ãæ:  ¢éþÿ@  ÿ¡Ûý÷ÿ  Où  >1/4  ò,Œ
-Õïÿ_ÿ¸*3/4ÿï~pøÕ6  ý  ÿïöÿÕ  ék¿}yN  ¿ò
ï  ÷Ý  Ý{ÿÿ8u~píþßzßþÿ-n×ßÿ1/2¿oúÿ1/2ûí¦‰aü  onën3/4*ßîã-öé  ÿ}mÿßõ  ÿÕþöÿooý1/2oöÿöÒî
ÕêîÛô¯è*ï†1/3/4*cí¿ØÛÔÛÿcúôÛY!ka  s§*ðÉ    ýÝ6Cûí/3/4Õò'ì¶HínÒµl-š]°Á7÷ô  ‡û°Ô)
  ï{
·iÃ  Oº(tm)  d÷°Âì>Û  ª²  Û(¬,01/44¯a$Ð;VÒ‡¶  ƒa,l0  æ"aa¤Ã

p  liª,

Ž,"ô",Á°fÆ|    BuŽ
X0Sa°
"@{  G"ä  °ŒA±,        @;
    °Œ  H
  3a  þÎ  Á  8  ±Á,L  qO  ñ±@  ...ƒ
Ã    E1ž  Šbgl  q°dqA
cb1/2"  hA¡  þÇîþ  ýüWá    ...ì*b1/2Šÿ
  ìU"  ;Šb-  _  ÅSU°šâ¯...$é,aV    O¿ì  ‚2 ÙX......Ó1/40šhŸa  `"A,  Át   H¡Ê)  "Â§
   A,dc(c)ì
`"f  &  Î`)  tD0A",&§  ˜  ˜(¢€ HÚ   (ÄDDH  ^^ÄDDD3   ^^^  -`Á  ^^^†Rc‡   ÿË@Ø  äÿ,
...é'Ás²@ÿKòo"^"Êë  @†ÿÿ  ÿ_ÿÉ%;V3¨. ,è> †!-g2   &C"œR@Ï 8€.,"r  A`$  @×Åa   -
@¡2ä  a  (c)"¦
LèÏ|MtOš  N!§...D¡ú/ž  ¢æÚ  g   m    ŸÑ¬Î¯Eä  /h¹²-  ÙÏ  s   l17h&þ,O  :A,¡ è
ÜP‹úA°ÅzA¿-[WA<*m&êý.¯_×˜ø-{u_×û×ßþ"4†ž·§¢
uõÿ  Þõÿü!  ÿÿÖp¿×-ÐKûÿÿÿþõhõ°?ÿ¿ÿÿÿÔ'û¯ªþöî¿Úëþ¿o¿ïî  ×ÛþÚ_ï';!"Kt›KÒûKÎ  kÙ¥"`›a6ÖÐk
%m"áŸ{
%ë
ŒpŠ  v3    b˜a&
  3  Á&
Ž)¯/  ‚630aš  PàÁ  ñívÂb¯...Ìâƒ  ¶¶   Bþ  [  Ì̃Œ¬&Ÿa5A"Ó  Ê0
Ú^^˜0D°        ý^p  Çÿÿÿÿÿÿä  ¨È\v*(tm)  DsÚ¦eXr$!¨ÏnFwH›$^\W  2n\S²¢ (tm)!b
r°[ÿÌ  óµ°¥'ú_Bð¿ô%ôÿë}ø?ªᵒ%r(¿á      *ÊN×ÉßðrnNr   ^mÌ  ¦  çouó²áÏ/¿_@"Š
   ;ŒÈFÿý;¨äÿúé7zýýkÿû(~8þ#ÿÿþâ{
   KÎêQ   ¿u¿ÿý  Þ^Ç,W  "F¬"fòRgHÚ%ÆNFÇ    ä\SP¥äÁ
ä`CB(#á  ¯W¯ù  Œ‰ö£^UÄ¨f#µ;"ã(ÈùÁæÅ)ú<ÎcÎ ¹  "`^0‰Â5
‹
   dá
¡ìÎB,    X xAŸ    @†DÁÂ  ý?CÓd¬²  Íb˜Èb
pd¢Ê¯Ê32%B  Á}LÑ  'VC  N3  ¦]  òC<2  ¹T  HÈ¨ˆ.‰º±Ha    8  £2)ÆH  â'  2@CB
!  Á$
ñ    ð†a    Â
,'"ÈbX@Á
Ú{á0ƒÂh4?        è  ÜK  Ad  ¢Q"ú.o°˜Ü?D(r)jþ   < a
!éž  `^J  `äDáÉ8a    "
'"`B  B*(A"  CB
   Aä@†"lPD
œP˜AøM  h0š$àÁ
i"4ðš"Õ?  "Õ  (c)Ä0ƒÂ§ÐDQÃ!Î˜ëL'...D¡¢WÁ‰oxÎ²
š  vHy*rÿ  iA  è&î'ga"  ‚
AÒ´-  †‰E  3/4  qŸ?AÅ"F8d;Ô ÕBax-íB        á
"Ñ'  ‰º±¢ýØN-5      ¢Q  •‚-y§Aá}  †‰@Â`ìÐ  Ò_D-Ä‹¹<y  KžfC  õ  öEä^P m
:L ü"Á¡z
/O"uÓç*K^ôý A‚ x@å          ÙObn`Ì'  9°d3/4<›š‰ù¢~È1/4  m  G.s(r)j0lë¢PØ›!Ž'?d‰  (  ¤
àÂt  l¡¢áƒ#æŒvC'"

  'H:.l'#dô
ó  OA  Â
×  6    rsÁ

é úxA¸1A=? 1/2&ëú{þžô›ÿúV,t n ðb á"Þð›a=7ƒ80ž n(i´ ~ v ÀÂmœ ìP
ƒ ...¤ìB t›ƒ OOè
Û .´ÚN"ÂzéºÇô›øV"Õ:_¿] ý O_ß¶/Ý'§Ý.º I´´›úÒzIÒïzA</I¸_ý]S{×¤ÝnÕuÕtôßî-Nÿú×WK ÷Çÿ
bJ~-¿tî(c)Ca ×Çë§ú ¯êë...WÝoÕÓé>"}qÂÞ(r)¬ áŠ·Mª ëÿy´`_þŸ C¨èzõõäRÑÈ9Oú[ï } ¥tñpèk
ïÕÿ êCŽê:-"ÿû¯ÿªã¨: ƒœã"¯ÿëˆ¿( õõÿÿùg(>û
â ßý¿Á ü7ß1/2 èÿÿúúú-¿úõÕ ÿk² ?ìC÷ï÷ÿü/oïÿ0Oý ô EžD-ÿ]7êF-/(c) œu ú ¯ßÿÿû¯ÿÿÞs-9
Jíÿ'"G h$:-)ÁßÿçWÑ+úÿó ÿÿ M ƒö¿úMÑ¢
¯Î(ýoûÿ÷ùÉs¨ýs+þÿÿÿC" þ' ÷úë÷þ }?ÿý÷[~¶ußÌëõî×ý;ßÙ ¯ÿÿÿÿ"ÿ¿û_ÿþƒän×È" ÷[÷ÿ"úþ×ý
÷ý ¯ý_Û(r)-`äó££éü"Ÿß_uû_û*3/4ÖŸþ"¯ï1/2<§Þÿûî¿´¿_é~ÿûí²ß¶Cûzýoí.ÛIÞêÿjÛí ÿÝ _ïW ÿ
ûkÚßÙÑzþ-¥ÿ{"m-¯Ã[û_m.Éÿ³¢Û!ö1/2"¸aoÊ;†-,,z
$D vFêö ]A...ëv¶Cíl/Ú_kí¯ýötM§Ú]ýõ¶-QêØ^ÕÎŸ}¯ÃI² î¬'Z¶-ØI²Gø_l 4
A˜/l.Ã a,Ÿ Á#@aŒØ@@á,' bEu ÅlQ8 f
1_ éÛMº¶¬0¶s[VÉýº-ºÂV}eºÊ+l † á...¶ #üžl.ÚØ("%œpl ±ðÒƒ ¹-& H 3a#l'l
ƒ "Ž 6 "

Á, l#
7%" ò
ŠŠV(ð@@ØÈÐ.ÆÄ.w † ±ª ×XkV3/4aÓP@Í dcƒcŠŠ>
`Š ›PÂVp ƒ
$ °ŒQ8/
à€ °Î
ì ñGÀˆ£@aºP , Ã dnŒÁ†
LRÅ±GÁx¦3À1/4lWÓ Àb˜¦&vÅ|"¦)x¯ÚØ^ÖÂkÚÃ ' vxA"3ØB-2
€B- ;Ø-ö DEÌ8¦+b1/2- ¶+bƒ
ÖÆ X¦*›I...Ð`¹Ý A...1/4Î
Ã ¬0º#X`ƒ ð×¸a Ö &S"å
Qr1€‡
! ÓA"Ð20Ïa > L [A", °X`ƒ Ì9UA", °ƒ ÃR‹,
õpÂ
3-=" B"!'H,s¹C"8A
É'(p" [ " Í"ã DDDC.Fq D†ÄDDG CˆþÿþZBÁú÷Ì D9±a
Ò PB g-Ë|· ÄDcÿÿÿÿÿÿå6UJê¹l-}K@8¯'äX¿'a¿(tm)+?(tm) ¯;(ˆÂ5 (c)'Ä6 s±0Á(c)" (tm) ìË
5" îó¸ ø(tm)*ÎÅ (tm) ...Îïü ¨´" - ß&;
;Uý² 'ßøßº/Ÿ-==-,:MWrû<"£ƒ9
ÙuÎ Içi"? ' õ›¦ZäxvœoŸ0›çwÿ_O"é´ ´ IûT±¡ ûÎ·ÿ÷; ÿ" QÖ/ä""
"#²"$ÉÏtH ÿW"
' gÌœC¸ÏÇBLÙ E¬ A:§ Èù ïúY;83C6)8§ œ) ‡ <! -gB 'ò9 JÎ
˜D1/2[3 A(tm)˜@ÉÑ
‰ IÅ<)á
¹›"p€ˆ0@ "É â 76("
î?Vf@ƒDœ5 ÌÄ8)á
& 4
´ ðH <&"Gÿí0ƒPš¦Ÿä† iš
B0ƒÝ
¿] Ð´EÆ wñj z OAá
éúêñ
!¸L"Vñ š"ý ·¡- þµx-
‰pÜ"á¢xÃT

§ÄZz#v°'i ÆkÒõ¶&ÆfGÞ
ûÈÜNî_C&:Dýþ‹›Ñ  ã‰¡÷]`Èù(tm)(tm)›$HÜ¡  mS²vJ2ý'4]£!š´_... ó  d..."ö  Z²ƒ
ƒ
'$   @Ø<Éá-dï4Ø3-.Ž›@  "    a:ÂÓƒ  7M"H"ÍFO3W
&ž  6Ð  Ÿô  s¬‹$  83˜,
--Û  =‹  œž`  {M8‡é"T  PAªzNCŒ±]è7MÁ¤ÛkÓN!ô  k¤é=¥""§§b  ¤  a¥ÓN?
1/2>-é°òè%  Òé°n'm˜°¯Òn:1/2'...ýïJë(r)"m  ÿôýÓ÷øI'§§¤œ6-Òú¿;Ö]Rj  õu}ÓÓ×¶-Õý|o^ýIÛî>ôût-±]
WêtûÆÒ_ý÷
-´¿þ?øú  Þ¿Í=?ýS±_uñÎz(r)õØx
lQ1/2Òþ°ò¿ï  ×ØIpöÿõØ?òpýÚWWÿíé$-¯ÿû_æ€ÓúýB."îûþ¿üÐ  ÒÿEr¢C§(r)*kü/3/4ïtÿøÛò  ÿ^×
Ö  ›@/3/4a¯ÿtÞ?Bôÿ×˜rƒQüÛ¥6¨_ý?ð^ƒù"¿Î7ÿ÷×þý²ù>øÿ°ÿý?×ôg  á  ŸÄSut  Û_þ´ÿæG-&ûÿÿïþ1/4
D{ý   ¿¿ÿëç  Õýé7ÿ  ÿ8{_ç  }×j    ý´,8=moëÑƒÿõ°›ÿKÿ3/4×ýúW  [i$ßúû-ÚÙØÏÙÒÒ×}&ÿé  Ûíkÿ
(r)Ò×uVÿõïýµü  }ÿõµïÍ¿ý{§`Á[:#£é.ûûÎ&ÿïvéï'"
/ÙHï]1/2+K†'Mÿë¶Cý†Q<  /Úii~  V-ØI&ÿ]1/4-"&È  lA  øaS×n  J  KmRoÿ
ƒ"
   ûa=  ò  sª
O"'á¬0'g
$"  ö  Í(aP0@Ø`§Á€b[õ³6(tm)  ,L  %  0  Ã  †
|  `Á#Â"-  #  í§`¬3ä    Ã
a›d‰oA  4    %  ¬0  M  GG  xpá°˜‰¹)†`lŠ=ö)6C1/4&GÍ^Ã  ².
!HPDZ  ŠŒø0Å   p,þ  86'rT  c    ¡ÇÖp  1V...1PšÎâ  î+b3/4¡Ü8  Á±±^;  Ñ-
...w;Š  Ñ 0Å  Á¯ñ[  ÂnÃ4  ,Â
qMm4";...;"á'°þ×L/acûM4Õý¬0°ÂxL^:"Ø[  ...ø`š¦°Ã

auþ  Ø  Á4ÐdaÇdÇì*Ã   i¬0°a  (r)ÿé¦ƒ  -ð(tm).¶    a  (r)#Ž"'",":


žõˆ•4
!  qe   """""'#^^2Û-Ç            DDGâ"#˜ø   ÿþ¿úúúü·O"(r)É³ê³M£  (tm)"  ...n  ,!C
    ÒÀ  !Ã!Û¥Ž...§IÖ}v  "Óµ"Ž^Ì›`'   ùk
(c)6R‹‹Â'2¯C´±
Ée-Ä
ðŸë  ¥d@É±¬v¦
†ƒdPG  ÎÒ
c%  D\ƒ×  "  ø"p†Ä5¢è§Dx1/4m-Dt\BßÁ1'zb,&    §a  ƒ@á  |gÂ
    €@È÷Úä€ï0Ñ  ;tX  Áÿé€ÁàÚ    AïV1/2éñ    ÷}  Ž  ¥Ú´Ž  0@Áw¢N  ÷  eû$A  ÷r  pôO
ÌD  ^‡"CÈó)Ë  \Ê}  Gè¹ñiÚ£U?›Ð3  @  ü    n¡6fÊ0f£  b0  ÿà^ò  GÒqi
zOÒAý{÷ÞÒ  ïï¤÷Ð  Iý÷"ïO  (tm)  d\(r)3/4Ïu×-ú^AÄ
"ã$  <î·únûoéN†@¡þý^°¥"%áIÄ      ,  P
Òç  3    FÅ  ÿ  éÉÁe8RqA    ;ò€'1
,,
ú1/4ï÷ý°A"ŠpZÿt°þõ"-ž  O¿ü'§ÿÿÖ  z  TÙ  |ý?êûûþ,  ìò9è  öüÿÚi  ç"OÙ
EÝ  7(rP  Ž±ë  &É¯ÿßÚÏá°"ÏDù'·°.l‡  É?Ñq!úý¿ùèlQ?`Ó  j  3/4Ú÷þ<P&øA·A
  6!¡  Ù"X&ÓÿÔqüPA1/2  bƒ›þs³^Da  Ò  KWißî  m°_×ë"ÿ¤  Òn
+ÛÂ]ìè    ýtŸIá
A3/4Ö_ƒ  ²8OöÿÈ¥a¤á´(r)6>ý_  Tý7[ò%T  ÿÿ    S}7_ÇõÇþÿÄr
ÛAWì}_¡o^(c)öA
tí~²cž  ýw]SÿÓPòGýþáƒ   æìÿëßý  Òø7  þÕ¤ü  ‡ùûjõ¿ß:$€þ3Mûûþ  Ò¹(Õ¡ýÿCÉ  ÿÿÓÿ•ƒýGî¿÷ÿ[

¥ÿ
Õ  þ1/2ïù]*ÿó-×}  ÿÿ ðDwîÿÿÿûÖÿèŒ  íÿûëü´ó  *  oÿ1/2ÌW¿µß·
ß(r)-ÿôn  µþ¿FGÿúíÔÂJå  º3µÿÑô   ¿ÿµ¢Y Úï  ÇëÛ-:ö¿¥ÿû(r)ßëþ"oÖ?Ý  ëm/ï-*ÿ÷ÿ¿¿ÿé  þÒÿ
K3/4-&ÿõ(r)¯ í¶¿¥þßçWOÿï¶-Ú[a/í]"}{k3/4ë×ÙÑ$Ù(c)ÿûÿÚ$m¥°Â[
%Ã]µôÿ¿öÊ+^ÂÛ
+ü/§˜¶¬0-Æ(c)?
+aRm5UL&  3A  ¬0V
$h
0`¯0ÅpÂ...D^ Ç  ‚ç      ª(c)C
Ã
  HÌ  b‰Ã
†  n
ø.|  È h<   ¤ð(tm)   †‰  Ó  lfÄDSÁ  ¡‹A¡v\4
-)Š¶+h   ŠTõ¶1/4ð.N
  [  Å(b•¬'ÅZï[@^^¡\S  "]mUðÂj˜Xas
¿ëw
N:üöƒ
a8aJ  ðS,ö¿ïœpL˜ç€A,ø\ð   M4""5#  "(dÁžZ   á  0"DDDDEœs¹N(tm)Üõ  ‚@ˆÈDDDDD0B"""""
""""""1       ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿ)ƒ^?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿõ  Û+)¹ÿ¿}Þ¶ÿÿŸÿÿŸÿÿÿÿÿö Úÿoÿÿ}ÿ  ¿ï¿ÿ1/2w  ð˜ë  xDuaÿ¿ÿ3/4õ"Gûïÿÿ"°Ûÿ~°
  GðxDu¥ïù°^ê˜ïƒÁ  |  ðD~˜ÿài  |GV1/2ÿ˜ÿØ~¸"ë÷÷þ¿ðpSñë  ]RKÞë_úÿ
;UDy  #ð""  Bz|þc3%Tƒá"  ¸QÁ  ]³˜ÍK+  -}š  "_]3ÊáÐ
(tm)à  "ˆH  œC4lïÖ,gq  (c)  Ix"?Ý  ...¦  4!(c)   çcõ"-ú÷ú7¹>a  ÎO(1/4l"4  "  æ  ¿"â
AÃ#Œ†EA  È ëŸ  @õ²+ëéeu´Dò
ŽÃG¸=tðžƒÂn  Á6  DÇa  Þ  N   qfaM`   |PL&Cd  5³£ï¿3/4²Y•ïôíOeu  3/41/2ºµÕºxP@ô  ""º  |
(c)<ÉvÉÃO°(tm)ðè‰ùÂ"  3Í  !  31\¹
{˜ï-".¿¶§ó(Â  Í  "  ÿþ´ÒzÓÔ´éStð(c)´  7  6  ø$oS{Ti&áBgÁ  ÍYøÏB  AÜ...  C  ì¸Ê  Ï4
œÎˆH‚Ð   ŠŠ|¥Fše¸¿Ð°Ò  õ{Æ1/2$  •zééé¸Xáäñ¢û'   ¤¬Ç'mâßµ'G§vƒ>-Å"Â  E
ìàS0¡
   †ò: ±Ôˆ°C:¢xëÃ¿÷(r)û ¹  ì\"ÿ÷=í"/‹ýXq]Ówûì6¿ìtô4   Jž   °  Mÿ/Ú/ÿiÓR7ÉŽÕ  #•"NÓ
0ìøp   qžx!˜S¨!˜Á  3  œR@¡<ÃO"
  7  ÷÷£¸êÑíÓ   ?Í@¿eg¥ò0##£†`[¯Ð0"þÁÓuí7Má  "î镸  SÐv  ŸYQ¿
   '@  ´ÿÐ@íB  '(tm)¿GšnHµ   Ý¨T
ð'êïÏ ƒ   Ä2p...:.)  (tm)ªAœ  C   ¨    ãi"Ü¡æx"<-
Ö¿5}BI>*°§  â¢  (tm)ßm   ¿éÛÿ¨...t  "ÓMÓ¨
°¦éÒzy>Â{(c)3/4·ÏÝ8Rñ¢ó6d-°¦[¦ð³ìÚÍS>  i   A  Ì  ^ÆC2  îôËÖÐB
(c)W";(tm)  (">ŸKÕ×ÿy]  ïôÿô-õnDþ-PÖ¿¸œzÿßÿ¸_--/×¸  N×ôô-ƒÂA;AÂNÂwîšDîôVÑ(ÿOw¦(tm)à
DÍæb
 Âh;#Œ ZÉ
ú{Ð Ü84¿"ö¶Þíú  ³W4eWÿ-å9Ü.(tm)   j/é¿û‹¿Þ÷¯   õ_û÷¿¿é  ´3/4ª7  mU-Suô÷‡aBx
Ú'Äñø°FªJë79wûMaUÄ4ï<  Í&hd3-3/4á7Ñ¤¤0Í†   Òµ÷¸áWOwoô":Í[
×R\}oiSÿ¤Ý?Õq¯\tÚ^‡Þ "íÝ,  :¦í  i=»'Âêž°§èò#¬÷¸ÂzPÒ  7$îÑ(h  ì"qiö÷´ðƒMS   á
ÌÆP5rA'¸..¬qPÅPjÃKØkï§áÝ(tm):~1/2ÉÒù:Ún¶Áýµš,°"êþ¸ÉÛÇ
ÿÿÒûü
ÿG~h   •×‹'h   ïûß-Õ  xôßŽðƒ¥Á:   A¶ªÓ3sôJª Ò&í
}
a0ƒ¡  3'F   ˜¤îêÌÙ
šš

^f´Kä+O" ŠŠbŸŠûµ9/v  ÖÿNÕÓ£N-t*f*ÿI\%ûã  "#ß$ù
:î  $ê"TNÿ·º"
]ª
   wþ-ÿð×÷ü  Õ*f*Õ§õz´žš"ÚO-
ÚÁ6‰>- &ª mBv`* G  gÃ¦  ñ  4Ì   Ó7~‰ùÚÊ*)c, "C  jâÛ
"aXaoá"-(kÞÚíuý]pÝ"§ÿ§¢~Š  1/4  ÿ17S'ÂøOÿøDQä1êž  /êõµ   ÿÜÌ?tÃCí*¡WI3/4º"Ý¦ô'm  i'C
n´‰ã-oEãùvêÎ,€  éá4-SMmM
#B"-"  †Ø"Ç~Ç  ÅqQ_-Ô5íÓ][Ié{[ý  ßu¯oA  é6"Ó*f*ýKPäõKþšº_þ(c)ê""!3¿ö_    ×1/2vºõ1/4'W
...¢(r)¡=
ª{¨Aà'+rxæÇ%  "Ñ  îÓ     Óz"  B  1/2  "  d‡N4  [[µÜ  JD-Á¤í
%·v  -ö  ^-43/4÷4-4Ìíĺ/×WøàÕŶêÚn  ûkÿ\-¯ú1/2  Ìàõé]1èètþ×þ  xÛK¨(c)
D*f*ê-ÂatÏëÊÁá  á"¦à'~åõn¢1á...Õ¯     œ  (r)  h  ]1Å1]±^Û-êîW"
'ž  Iµm.×xk  íug=Uõtsv*Í*?ø¯{~  w(r)÷"û¤I¹"Mõkÿß-Zò  }82‡ê¬>  O*×Kz(r)ºÞ  *zzz"úíD¡Ö"DDA.
..  0"4ÓP¬4"Đµ  V>õŽ67b1/2*f*
Åÿ1/2...3/4  ¤Ã
~"Þ×-.äÿßZ¥ñ‡{þ(tm).
õº(tm)ÏèÿÐôÃ7""Ð°Á"U¶""ïu¿{ôíS3/4:  G?ú@žøÎ   ^^*f*8opÂÛ|4Đk
bÆ̀êºÞ¡ÒqV  ¸â¨ik
÷ûû]  ¯^  wš^-p[¥1/2n"Þ"ßçDø+ì-jÕ¿‹ßëCþºõÁ:ÇWKxø^hDE¡  Â
-¡  a  2Ã0woØ  ·ª
8cß§_nÓ̂Â[û÷a=¦Ö  ]  ³ö  ÿÐiuýK"Vú%u  ÝÞ¯UJÿÿ¦ÿ~F  å:ÞüÆŸÄDDDDZ
   f  aß*f*  a0"\¦þö£uûXl_ÆÇÕêtÚ÷Õ-¥×1/21/2ë  \µoúl¸Éõþ•  Òü  ïÓ~#Ž")  †tà†"EÅÁ"=tîÈ¯Þšß
0I*f*  ¨̈öÕ°¿w(tm)Úÿ^Ñ>q:júTº  ïE×  ûý  Î¿Z÷ÄTDDDE  a  ¤
'  v)Šb"]Š
WÕ¶¶¶¦-ªö(c)í-Öö¯õ¨H_ºïü  |>î¸ô"Ð‹ÐÐa  šwö±[cbØa-̂ÂÞÚØV--_û
 ¯  a/¥b    ·c-Å/øU     Ð^0@Ë,ÓQÜm¶  Š†¨#
°Á  ýµÞÛ mÿ  -¥T
ëÃ¥B"!"  0›dc"a+±±T  ¯×¸0-·`-
   î  ,4"vÃÆ,·†  8hCŒ Â
"Õ̂
   an´  ªvÃ  ±ôÂ±L:jÖ*""'\DDDD4âí  a  ²8†-ö*vgÃ    Ð0B#A¡  ªM"  ̂Œ§  !(r)Öw(r)y-H  èIGzÙ-
·É?ÅhÍec!h¬^vQó²F"nâ£¦     §  Ž¿
ò'H3ª#e  0û  P´_3<I  ̒ÐqÒ"¹Þ¹ÚÓ‡õµ/&U¸*  Î"ÓÒoZ²DÚêvc³º4Fu;J~Ó̃ÑO21ßdâ•hŽfÇ
ÏŠtŽ¨-3S5dNªh5ýÕŸ¥úWeq-gjÏëkø ì&^4  !  {Ï¥  3Ãé"
Ð!õã"s
'  jí["¯z]átW(c)¦Â#¯ÿZN-Ó¢*f*Ë²8þôFD-Úª"
AÈPÈÁÁ31¦PÈ   Ý¶-äù  ¬é  ×(tm)VÉn-W×}ïÚ§"-*f*A¿ØT  ¦Ô§ö  y×EÃ  5î  za4Ầ*f*Vè î‰
¨̂"5  AßÿÒ}êÿ¯_ÕtÃº×-ỲQ  òÿZ  :'  ¨º  éà*f*  ==  {3ŒÓ¨D"ng   f
*QÒ%)2  5dñ›!3/4Ȩµ¶¹ÚÕR*'2H(c)  ûÒÿ_ÓÒýôii7V3/4ð*f*ôú,"ç76EÐ)ý̆µ7¹ºÂž8OÕ´ -ªv  Ö  3<ð
   AS3  ¦  1 a4  A¸‡  2"Ûìiâ]2-•O  ÿ}/úwÿøT3/4-"úB,1/2'J´  *f*ªv'm&ÚÛçí̂º¢íÕ̂š  ù(ÉÆÓTÂdf  ,
8‹  Â  "É²Ï
 Ð  `c-¢  ×[þvQ-zÓÛ[:÷~=j¿(  n(tm)    :ëö¶-ë¦Á*f*qê¨ŶÙÓmýŠA
`̈(c)á:  ?èÚ-o""\)  #k#-‹¶¦Sþ*f*R08M=A  g"£ùwjHÓ\Ê¿"ÚÝë"¿Òwûê"¿Á7u`ã¶¦×îÿ÷µ  ×þ¯ß§úzn°,  '§
ô't  ~  p'¦áKà›Füß,
A6(c)Ò6Q1ðÁ{ì&šhe8ó1  ÆP3(c)   (c)ÃN  (c)¶u1/2z;  ÿ°þÆ3/4+Ëð-ñUÑ<KÐ7U×¡ÚàõÆ
¹]  a  ì÷¯(r)ÒüR×[k‹äí¤éUjÚ]];ê  m
Ëü1/4Õ̂Ò'  zB,
ð"  |( g'  *a51  f€̂ªÁA  3  ×¿ëû"Ö¹  ý

ûü ö¤
ÎžÚÿ]w¨7(tm)‡Ø ý·³ ·kO¥,oÿuwÖôÝUu"ú÷-U;ZA¶ MÒÂ-ôIèŠí ôÓo]T 0ššÂ "¦D pË£S†ù
ß 2"aSÞ¶ßrt-œÿ_c ´·"õÕõÈÇ3/4ˆßÿî¨Eó3/4šIÞÈ@ë-†Tr Y ÿ ÞÕ§ßM(r)...lk"ûÓï a
H-O 7Q<µm;ÈÞÉC- Â (tm)¤ N$Î
&(tm) ‰ æqä 3WæâŸ":ÆÆÝ
÷ö›ÿþ1/2 é"'ö Í8C¿ 0 ôèÓó oÛKÓõÒ (r)aùðì:ú_õ zâ...< aúû
úH:MÂm "û´ì. Á
n <$×JöÂw ÓUBÊ 5Fz
!' IŠC"t]ž"@Ð3"T 2a'¡í=Öá/¯{Â~ƒVÂÿjäÿ}_"+úúû¨å§ öòÞ 6"ý6'°ÿW_ ÿÈÅ;ÔÐ,ˆ_ÿ-ë¯ôûúO3
/4 úëIà'}Eó|"íµ%nIÛØAé"7a3ßiØA' † 4 É
"." b1/4 †Ç´ÚPÒºvÒµÖ, ~êÿýšM¥ÛµïuÓ
¿øãEô ?ÞŸUý~_"ß
?"ÿß§×ÒW~ëäßëOÕßˆ1/2¤ i¨Z4ì ¿Ëë"˜AÑ v ÕZ&îIÚtˆÝ§Ú" !
! ÅÙ [ ª}Ša,ï‡(r)Âév¶éZU3/4P(c)÷^ Wï¦¡8?ýÿ1/41/2_}
" ‹é
{õÿkß ÞÚ^`Eõ¿ KDH×þ5O_1/2>,§›îš°¤óAá Ñ}... è3/4u"3/4]°ž"C@Á Ð0ƒB" b¿‡ìS&û‹†É1/2†
÷l+é6'íëÛjúî(c)þ-¿Dÿ×"ìuN ¯ïÕ "ÿ÷zz ÿ]øø0¯°×Çj´›ŠK¦ÿj Ý
"Ü*j˜pƒpœ'Q DCCNþÓ ›wb˜¯xav›ƒWÛm^¡¯êrßö× ÕõÛ
Ú[û ¿û¬·Wëñ[_ÿëû P JBŒÖH oÚÓéoý>ôéuŠLV£/´¨DDD0ƒ ì-ˆ Ã G
S^ ¯v-v:Ø0X`-öÁ'Ëý† °¯Ã Ujnö ~××ª ¦ëYªú"ëúËª a[Û¿> ×‹¿†
z_é÷ay ûÁ¤ÝTDDDE"-
GdqhC´ì\W_-þÆÇì~ØV
ná¤æ~ÚÚ¿mš -ÿÕk3/4(r)ÝdÀÑ,ê
ÕëýZñéÿÅo-Ãå áÓÄ$""""!¦Gpâ#A"Ðˆ†¿
;QlUlT5á,PÂö·v" ¶gëi~¿Õšxt
º:Ÿèžwù¢þó= 1/2/`ê= ¹ê"% A"!,:Â"ÓL‹ @Õû ˜öÖÒƒ
a/°"Ç +º÷{(r)-¶7¿"ê¯1ÒMü"u¤Å~-Ëš‰Y‡(u b¯ Á a ûB
ñ±Q±îØKáCàÂ"k°k'÷í ïþµ¯"~Œ Wë0×¡Áïü î"""""È£Á¨
Âªcwx"?Æ¶öÅwØ] ºémïi÷ÛdÿW"dÿÑBÛm/Ãõ)(tm)¡
)¬& ˆ`"ZÜA-(r)Ðµ±LCØíö 'v-"•¿p"ÿ-¤Úy§è (c)N øŽ"2‡ê!Ä3‹Ù í4ÞñwXb(c)¿†"÷ì0J Xa{I´·M[
] ~"
0ƒTÓÖÈ±Úz ±bº¿Ž)Šãcø`¶-G AˆŽkÄD UÄA,#¡ a4û†¶ ¦ ô ¦+h uB""vèEÄYN ±Á
ƒ '1/2ÄC\(r)Ÿj˜5 ""# !...Å t ÐK¡äb"ëxk EÕW+i
×
uÊš²º¬v ñ~vHd3 šÞ3/4(tm)Ý¢
(tm) ÎÎŠ|Ö(c)F ƒ 30¥ )' LÌky*~ó3/4ÏeKÓ"&šçd} Šj¡$ëO=
;<"j1/2~(c),¯ HÒz\ p‹ì ´ › 1/4xEØq" È£†P) ) gHðÉ jd(tm)Ÿ~ž>#ßjV2·Á ü r‡ñ
ÛAé ÓT-Fí5Œ"C°L&f(A,
Ì9N Ê
Õ&DWÿ ×Ãøö-_^í ›, :Fö "Æ Ñ|Ñpà'qD‡i¸&f 3y †ˆ¸É "
)Ä'F I ä¯×Õd Sµ¸í TþVµ1(r)Ó}Ý?1/2]u õÓ ƒ¥ @ äû/‰õ;{M
L$š °†NE H#§!ÐF,7šÑ@ÈB' Œ
ýkä Z GUÞ³º²' t -~"÷¤ôôÝcM×MZ76nmh"rvÑ±¢í£{D-£fl"Ða xS-ƒCLðpƒAž,y9
&A'Õ †3¦xŠƒ!Œƒ%þ´Êy*_ÐÎõëƒkÞ†1/2/]ßWWëÕÓ×ÓÐtž´ƒÂ
" ƒÖÂ
,
,
‹v m ‡W'm 5ÞFí

```
    },  h,cÍ^†
Ã"ÏÁB

a42sL¡šÞHï$"uýÃQb¬ËHìÍZ"êv´än·J"ïù    ðeÅîûƒî°õëö  i]7‡-1/2ÒÐ@ÚAÐO  TÜ  6  }  m  -ƒó~¤
Ç¬¬Ê‡Ú.è"0‰ÃŽÑo-í ;M      ¢ 3@çÂ £ AæÄ8!
Œôâ  ÌèOú  Gù  }iÒ@  ±Vzß~/Ô{Ç†Eõ*ÿÚÿý%Õ~•ºOŒ'(r)ƒ¤ÚOµã_O @Ú/°…îOš
¸Aè<  /(  m   Ah:M
-¡zZ
    hX ÌÂ"žNGW
s  SªÊêjÎÕ±;$\-B#R3/4Ý  OõÿKØ0Óuoøßß  'cà¿·ZOãÝi  ¤øúúO           ÇI"õ¤ð›…
Åéªm^ÛSv^9°  Û~¤‡ráé§  Lø"h8²q  Hú
  #
š(  ÓÐ"?A0^×óµ%žFuÇ"-}MZÎ  ù'6|-    K¥_úïø×#  "ÿö¬>"nOû    §ûWíqÝ¿ñìRi.(c)´  'Al3/4ÂJ
    -KÚ/  •°˜NÒ"B
4  ì  7TÈ-'  ÿP"
ö'k"jÚÛi_¿ÕÝ¿û¿^ë_ý¢CõëÐ¶Eïë  ÿ²*  {  á^  R×Øk  †Ý'iéÇ§-ªoxZAá:/"1/4rypÂ¶‰óán(c){]3Ñ¤pR
œ9ñHdP)¢6D2:œ2`d!.ƒÂ§cbª Ám[m]'4-ìÓéÉ×*÷üÕÿÿš(r)  ?éúL:ýé}ðÃ
}ðdqk>  ì  øeÅ(c)  ]'  õþ×ßK}%ìZn°éÐONÃ˜O    ø&T  #Ú3/4i"    "ùþ  Lð M
    ÍÑ
Lë  ÐdfNF^Ã‡˜3¡  dtf¢ËäƒTOœ0  §í˜B¶ÅCá¥öÚm¥(r)P  ×˜òuöÓ"õˆÐM>Þ:&  þµ"ŽS˜ú*Í  ÏzQøZZ
>  ãØd`vÇÊ£ÿÂ¿ZìŽž›ÞŸn›êžµ•1/2-  8†,{Õ  ›"Ðq~šg-    ¡§  Åa    G    XO§˜0B
Ð"QL0[Ú°J  VÁÚ
a…ÿW_Ó°û'Zz  û  =û˜õÿ˜t    íÞK  è¿þ  }ùgàÚ/'
3/4Õ  üøW1/2xàÞÚÿÿKýaÒÕ}+íµL´éÂ/ò}F÷˜Ž^dò  Ñ}Fæš§Mh4Ó  81/4-uÄDJ,
Sn!ŠŠb(c)Šb  ÿ
WZµ÷M‡W˜jŠ¥wsOý²ukýþ  .  ~  3/4,  ¡LÒã¬  ú÷ý  _  Iz¤ñí1/23/4Á'Ò-Åí7)Ó,p^ê3/4ê›""Ú]7MÓh
.  'n'xö¤±¢û76|¢wDGn×Ã  Ð^``  ƒCÕ  Š}¶Ø˜`ÂM,à›ì0°ÂÛ!sí}4˜ï×5~°zÿÿûîÓ´ë1/2ó§Ë˜ê  7×O#/]
}õúðÞŠÐõT
]  k}Ô=:OX_  oè<±
    M¤á ðƒp@Û]¬Dg%
    ^^j²Å5‹  ÆÇìl0"0WKm†˜0  a…ßa¥a>ÕÚÎmu"ZTÒµ³EùÈ  v¿t"ÿ,oVÿõõ˜úó°A  ×þ-ajêúÿOƒWu˜ª
m,tÝzzØ4ª"  !  v  A"á'  $L    Šb3/468ýâ˜1/2Žá"k    "IÂÂV  \Ø[XalÒóI{ZûT·5aÚõööj-"óO³
qÎ  "wV
¿ÿh_Wö‡ª"Oú["þ×Ò3/4ÞØî""""!"  hD0˜O    !
´  X'Øù  |\S  °Á&-Šcmv  îÚ¶  é-[3î°m*_Í/í~°ƒÿ_  _I÷ûÿX·
:"Xÿã"  W  OèQ  "hDDDD  B^  'Äb¤Ht  M  6Exh;  ±Z°Ö    þ
^Áa¬0¶·ß"þôê·˜ÿê/ýþH  ý|˜íA"§ÿë
¿(z×&>"  Ê
    š    V!ÀÂ Ì  ÉÂ  (c)þ8  n+ccBƒ  í…n-}-1/2â-Ý8Dtõ-ÝA^¿lõ˜ó"ÖÒ(r)"Ñ<ý²j,>qª  ¡
‹  "  8A'ÄGv      |˜M

wlVÂ#  ÔõÃa…  msMÒÿÊ  É?wúš1/2õ0  .Öe
úO-Pt":ñ      ð¤á
†  ý3/4û  "élU-kkjŠ--¶  uó-jÇ"/ü  VþOÕôôû  ?ÄC. "Zq  ÐÉš&S  Âc¶
    0Èä¥Ð,C  økÔ"?ÃV  [a  1/25ýýjÿ±[˜^0E×@àÁ4,lTG  ìV"-ÆÅ5a  Øa]XaaªI…ûàÂÇ^,  GÐDt,²,
Cÿ  ([M{"¦ƒ-Áû  ÅÆÄ2‡¡Š-˜¢=.ƒ¬DFl  ^¸  ^˜…  w‰oC
-"×ÓR+·uÚø0¶"˜""?  GâñÄjñ    "4"  A¡pÂÂ†"X˜Â×‡N  ?    *!Ä5-ãÒ²:I  GJ(c)-  Â%"HyÕAÂ  4
  °ÿ˜R‡ÁÑ  A.š  GàÒI  :
```

8¤  ‰ß£±4v#5õPD  KÒ"GAàˆüÈ        *Ù  üï]t

*<Ã¨l%(c)Ú"ÌÆP)
œ  -e<tµò-ãÒÁ  ú@é
  #ã  ë"Xí³1S  "ðÂ  I  iµµSµhzõ˜"?Ê  B
QÛT  0Á  M  °,  F
N*
Ö2  ‰    BY9ïj`5_Z^ì^(c)÷@'
žy|Â/§M0M  ˜AšÂ  fÁŒŸL  Ðva    ÔA  ð-é%)àû]Ç¥  °nžÑ"'m  †Ò.Ús?M5      §  Ï A',' ƒ5
Ÿ.4÷Ñ‡KHãÕõ  ê,3/4}¤Ÿ§"è  v  òçA  È-  ÓH1/4zv
¦  joA¡ü:¦ê•Á"u"ÄøMƒ  -pÆžž‡¦Ça4ÚµAˆÔ  ú'm    '  °œ"°×TúT´qõý³ì°#-?  ÕþŸ]ë^    -á
Iá  ØZ/ðƒ~    ô  %Ð@¸?õ  !  3/4    þÓöEOé;
Þ  Ÿ(r)  öû  m'1/2&éÒJÈé  uî  kÝg1Êw?Ûv•Ã
ûÑNÏ...öÖ¿ûmhk§úÓéÂ8ûå
š÷¸,K¥1/2Cuÿ&?°¿ý__""ÿZOiB#¤  vG'á h    ³D"Ö¯ø=ö¸FÝ¤_ýÒ"¯ö
Ö  {÷T£Ž  ?B3/4Ò|rO3µ_µpþÿN1/4/[ÿ^"  hŒ{ï}ò‡U é  "ïê°Èå
  ˜"a=Xj'í¿ë×Kþ?þÜèhÞ¿"ø=k š¥H":Ó  Ä±îÆÇìwi{
oíWÝªm_÷§ÉÓ·ÓJ'J    þ£@¨A
Á"  !  Âdv...§ãø`•Á,pjØN¯"Küæþ¥û"¨å>
Pëÿ  :Õ  ¨˜ƒ  "  eÓ  D1M±8ø|;¶¦±Wý¥¦ÚW¶-éJz  ¥ÿx"ÿ    Óì!"È¯i1/2Ú†¿
  ƒ  ·†"žÒKÔ(r)Èí    t°z    šÊ  e  *ÚÞ¶7
StÂ  1/4  I>8î"œDG  q    (tm)+µ^hkð    þ  H±Ò
Òñ    `ƒ†v¦G}  Z
  GA¬-!  1/2  à^ÿT˜  *é-õò¹¢X-,  Uç  K  AƒZê  KÕÐ8":+š  RX"êqÒ¥-  "?Uá°ãF¨E:Ùƒ
HÃ(r)¶•på:¸u"_O@<"ÑO"GW h  jSBø@
Ðj"4  BªSÁ  âúIS  3¥V  ¦'"  GUJŽ?W§  *    @ÊæUiQN ‹ªX">ÃôfA-

Jh)+¬  u;¬"‡•ÒÎ>-ê-×) ¿I  u¤‡ªÊ  Jhµ

$  zT¨=Á  Ò\":(r); Òè (c)t  ":":Ê  A ý  zP•/
  GEDŠ  (ÅNøúðÐkäu¡PDt  Õ  GVƒ¥":T²5Ó  °IS
+¡Ô  5Ã†‰Ž+KK  ¡òŸà^ý5K\  Cë  GIiPuF  0õÿ
Ð"¤øÂ**  ^   -eÒIZØ"‡Zþ-YÇÌøj3/4
ªõªÕ$  °ê°EÒ  'uª(u

P<    æ-(c)n²Ÿô    RI  Ÿ  Õ  A  ÒXI+ÕZ
-  Ã¨Du8ÿÁªZðZ¤µ¬ã‡)þ  ¤ôG×Šÿe=  °ˆê    ÅpzS  I$'  "  I%Z^µ|>Pü    Ž'¤8A}(>(c)"c"‡-ZK
  Ôéaè    A¢Ç_¡û
,#ôuÓ°h%T1/4·ý    ô  }  u|-  Ã":ôµÐJqÕh  Z,kõi  ëƒKB§u;éáá  Õ  C×ëUIT'ëZK,ŠZàà^úßÖ
zÑ  AÔ-‰Å-'ÒK|GGt'ªª¥iS,#é\$¯Ú"GURcÔþ'_ê'  ƒ]'IÃø5
ÕÎ>S-ÑÇ(c)N^Ò^,  S¬  Il  cUÒÚ^¨ü4ëKƒã¢n¸Du¤(tm)-@Õ$
BiJt-(r)  Ké*ëRÝ
Iêª-[TaÒøü84 ‹ÿL  0éZí%þGJ'ðD~
uI  áp-Pþ•
ëW8õKü  m  éQÝ$Á  ZÖ    ý*pûH#
ô  ý  Ž:"=xpDu-  ": ^ê    (uÇH  uñê'
.Â¥  GZZ$=%õ¤qÒòŸ      -/Î:I×Jª    ¥IR]j  ÃKYj†ŽÕô"
  "  9Ç(r)  þ‰=  uS3/4    U  Ÿi Duä

hhR ¬ï†1/2 z ƒäØPŽì!n%Õ~ {zDŽ\e
¸4é #òo¥¥IÒØL(r)J;ýÒJ'I$-¶]#:">'ƒN"ÒÒÒ 1/2|ì˜‰%
$¿õ¤þ ÐiCƒX": ép@ËÅt(c) Ý×ëJ•éý=Á D}- #éN:ôª á
ÈSè(r)V ó±1/4É "ES¢^"ª #
x¯ªÁÎ?ªT
- ª":¢}úNü-gdÆ yN)
Ô ùO@ÐDu†õR õ(tµ£
Gu¬ Õ
@ ÿèo ŽÚH0šIµªICÁ úI4-x9C¨Â$ý`ÐIA
D~"ÿþ°A1/2 †‰cÑxÑ¨S&$ 3¯A ¥ðœ§¢ÇJ¨Ã¯ú@é X= ÿÍÚo" @ƒzA· ð, A}ÿÊ +Ã‡I
i%ÒÖ¿ ¢ Y Œñž ¤Îñ=øé:I>éWÒ;¥‡ðzZô"ãá ÒKSŽ Ò¥¬§A¯ž †(A¡
4Â
"†rœ%› Œ u
æ ¤1 5åa å9-"¦3ŸûôÝ7Ó}Ã *ôqÒ_¦GÐK ¡ º DtŽ:ÿþ n
"- a7 <&P • `ƒ ...,!œ8 Î ƒÈ(ó
‡PÎS‰Ž'þ'ý¨M õ^ T-ƒ1/2 uõICø:Ø† HœÙªEó>3K ˆ;tJ %ašäJÞ‰1/2
˜O´ð " ?éÅú~'ÇA?_]a×Òê°ˆê´'@ˆù Uý Â¨NK4Lí l
@Û£! ` Â#ÆÈìO ðÃ.`´_²2EÒ wz#wéw¥Þè "7UÒKÒü4
Pé %J-'PÓ[y I â†3/4 t " Ò
é

†št l8Á"Ð:'ãœìë¢Îë¯ü qHç ô(c)$-_PD}(5(r)¸y ÕÕzA¶ž1/2'Š"Ý5¤ý?M
ƒˆoA>-þ¯žá PD}Ptªºª Á¬ -*KöA4j´õúZV"kMÂIê¸MõÿNúMê-ô-äp¬WÔ t1/4 _zZÒ¥Ð5E:† ºW
§ý*}Ý](r)ÿWëý'ú} _âê-ŸïH"ÒFtŠ ,¡Ò× ª¸8mÿé~ž¿ûéÿ¯þÆŸûÒ¯I/"÷,sŽPá/ŠÒ
%^¶GSŽ3/4´-UùØ¨¿ÕÿúÚZVi'Òÿ ¿Áù¬ý}%õþ m Š,#ú~(c):3¤'ô-
@ˆþ•s²ªÐ"<1/2 (r)ïÿ¡ ÿì†
ù
1Ç¥øI|["äQ&G\ õë
é'×J´ƒÑ‡PD} :*Ó×{ÿüÂŸÿý}†(r) í$1/2*ý þ t Ð4aëÃ^"¤(c)`Ð9ØO ú×ÿZÿ(tm)oó(tm)ÿ ßD¿É`
T-éo1/20ô ÏUA,Ã¨ë(c)N-U] I k-ÿïý÷_ÿþDÍU O>ò IÕ -¶ uõ"¿KUúTºÑ‡W_zn wû^Ÿÿÿÿ)
ðwëûA~- H5†‡ÒTµ]A Ðut(c)xpDt¿ÿ´µÿµ1/2× ïþï×Û¤'1/4$-Ô zMzK
} ¡kÕ$ ¯†¶"q¶¿í¥ïÚ]þÿõWëúDëé õ¯ðEÐXÒàˆüÏA
h T ¤éU%X. ×i d>ÖÒ³W°Òvÿ1/4è¿¿]{Â iµHŸIµT Õ&aÒ¥H$ ?- u
8éx=V°Òv˜`'>(tm)¶ ð˜VÂPÂL0"aVÎ¿í k
ÿjÚëd=³WiZú_¤• ér1ét"ã(c)N'ƒƒ,#è6'I(:Åxb¢-;a,²; ‹† &
à¦ 'Â'
ì0 öÃ °^Ôúƒ 6 °¸V Z_m -¶¤=RƒÒJ84 ":CCIg iCUœu¥ GH Îá{
éˆAŠ'¸¦!lBØ¨ppØ¦(øSÁ È¦
àá,$ä
Ø¬Žä 4E%a-Ra¤ˆñ* Gêæ~'
Á × zZZ
-h A""D ˆ°MPa

*
ì üÎ U±
b ŸØ¤>)ŠI‡Ú¥¥H$ wHÃ¥ô´'¤
¢ Ì¹`(TÐ0ƒ F#ª aml `ªEr‡8ôšÒi...8ëÐ": Rº
8úéi uðD~´"ˆˆˆˆˆˆ0B

Ò
†‡    &°"GøuIR ...z
¥ZKK¥¥ QHE °êépD~  Ž3/4w^ª"4•tµÿH   x]- °(r)ƒ×ª¯t¿TqÕW\āÑ!Ò
ƒªU¤'ÝR,t(c)i%-*ûû *°I  #¢:F×ñ è=i%"êw]Ppô g- ŠÃ ô è AÅ#¤aÒ' GT°~,J•%öGJÒV"üT4'm(k(z
0è<pá÷T Z'%LÃ" ~ª1/2% G´úPh0@ª¢! IR  ¤ ðàÑ *
ICKÒ×ú L'A qÐG $,     G a`ˆú"¡¥J  %)Õ A%Ån'PtÁ ÐM ÐA$Š...;3ŽËd Ž
Ý?T(c)%ô $fJ""?  "rŒý [-  &êwZ\ˆê"-:Á/(r)-Á J'L *z
  uÓZPK GHñàþ   ÿI-RG / L ÒMA ô"#:†  ÎË Œî1/2Î-D7y
  $L3ü8"ëúT :¥G C†0k }W\ì@8Aþ 2 Á ±:(tm) #Y "@ÑÄSŠB
Ö W¶¥¤ ,#ô ]Y #Ž Ž3/4¿Ë² x¿¡ Š]  ¬@ž 2¬"
  e8    =ˆê u
  †"IhÃ(c)¡$Ö 2 ÎÔÁ §- v "; L*a>ÓÒ"G\ uT Ø"éz^ hV        ÷A
þ  <"Ð tJ
  Ž_ıŒ í îf€µ^'H
  X4Xê *¥H">Œ:¤¿ÿÐ ÒnTðƒ Dí  fpfuA´ n "?
ÁÁéÀ ùÇP,
ˆ=úÍ} '¸Î5Š¹ôÒûÔlt   è$> Òz{I/@ˆþ (pihî(c)¯ƒ¨Du_Í
Â  0D3é    ZY
BC0G
¯Õ'I´ =Ýk|På:H$¨î•-
vPê¡¥ÿ‹PŸ"Ï'N'à ¡a3c6 " ë!H%"@ªÖÿ·Kôûéj,#¤
LzIkZÏ:â'^× Xd¬Om ö
É Ó÷úÍ"= á
" ,d¤ " ô´›Kßÿç pD~ J¸KI+¨4¡-7Õ8"M:   á6Oƒ1^šE † 0aâN-ˆfª#· ¿õÕZ÷þ ðh4
¢ Ž1/2ÐmqCUú"ô zî1/4R
ÓYñƒ ÌL´2A?ý
°ï[ýóŽ ¨ü   p@´´0Du(r)'Tµuî}&úÝuA7îÂ
é7     È&~¯û¯\õi=f  þ D4 $¨4¶š¤Pÿþ-×i~õZVè Ý ¿×øK. µ´â -ê,#¤ °
BÿP"Zÿÿ ßú Ý׿ë_ÿ|Ø3/4
D6!6•Ôþ)úH4ª°Ô ƒÿõ Ú^·Þ"ô ý̂¯×ÿú"ý).|3bÉÍ¥Z|'¤,à‹(r),C ¿ÿ Ý,Õÿ×Þ›G Ø›Dts8   úÿÖ%Ã ø
pA´  ÞÅl%}A õÕ(r) QÒ_ÿÿ¿ú{ÿéËÀŠpá³ŽàÊâ, L pE;×þ   ò
...Ñ~Ã
  ë A°ïB@ˆéE #¥¯ÿ¨ï_ý ÿ†¨ !  ¿þ ~
Ú 6=Ô uá    J 9O¥,#ë¿ûÿµ1/2õÿß(ÉíPt?õÝÕ?*Ó(r)Œ:fÑN"Ò
%u
  - ÿî-Ýÿ¿ØL¿:ä  wÿ_3/4¯NµÔ ^£
ç ÿ÷KÞê*zÿ¥‰C‡÷1/2mªß(r)þ1/2Â#-  #ªÒâ:Z^ú)×ÿ¿Õ×î׿ù puä-žv¿ wZÕ¥"g3/4¨4´ Ii
j"ÿl%  ?n1/4êÛmn"W)ÛŠûM~Û¤ôÿ Ý*ª_Â^-=àûþÄJÄü~›gZÕ¯°ÄX%ÿn"5+ì×§Ô¨h> t¥Ö•#ªT-¤d #
Ðpá°ÂL0Sá  š/Øa[
]é...°‰Ží/û]°>a'VéWP'¡    !-oàè(c)Ú°] ƒîØ¨"" P1Â1PáÄÃJÏ...a"-öÂÍ°Âˆ°Òm+RD !á& @'Ö
!  -"Ò¿øa      Ý¥Ã    ...üÃŠbH @^N!J; u

S
%
Xa(0²]'Ä† '1/2   0àŽLr‡+Îª• |DDAœrŒ i;A,   M œ4Â
/Õ¬0LS ÅED&!BˆHDDD†›œr‡*Îå mN9{(  µ       0L a Eá" Á0ƒ  Á   0
Š°^ lÚ{0äcˆˆˆ Ñ¡[š#ðõ‰ª ÄA" !      Pà   ô]

y  FÌ4ËåÒ  fg%(r)    üF 5T'a ¨h åÙ^õ¨ø$íC    0 " 8ç(*£8ˆ Y ë"\$ô- Du²‡ aˆ(tm)v^.
dGEò:#²ùü¡RT Fµ‡ F"Dð †Ñ0‹(tm)|Ú6Œ   Uv DÝA K GIB#¨":-ÅŒÐÈìÀ "-ç +‰, á
'z]PpèDù §Î#^Ž)pÉ   0@Ò
~)RZ;ÄDH d ]•‡\Y
)t˜øA/Á(tm) 2ñ¸Ð2 ."(¡ÍÕ(N•$ 1/2ÄD(tm)Ç €<2¨ Mè4•$ ! H‹Šq ùe   ×éW Ž± 7, 4¨
Cè¨ÇNŠu
)6 " . Eu!8mB#ªKõ¨è
ƒ+¬"é¦< N'$¡ZúAŸ§c N ‹ääWÎÈÂ0é$!î' 0x DI(">1/2?2¬   L #B ÑmÇÖ ×ß
÷(r)ê(Y#+|" 2pçf  w  ŽG§ A Ç èÙŸUD¹•Q ,ÎÂ
Á"çâ -÷û,
1/4Ku'n Ž‰q Æd²
F  Á¦‰¿  Ô4
ÉqM¨GöŠª.ŸþqÂ
, ûB3/4-3/4H 5ôôÂa? G¿
ú
   ÿ*¦C...¦ ‰Ì  1/2n3/4Eá¥è3/4s9H"Kš'6fûy ²6DMïá :Jÿ1/2ëA
D‡
è=   DK,
/ ƒt< ôÚ/óISò r g:, Ä 3b "üðò #b›,MWëö1/27 1/2 .ˆð0ÿ
õûwTÝ= þÞƒÂxOû02qàƒÑ   -Øù¨g5" @"äEB R ÊŽï#&Ò)Å5
Ðôž[,ö
¿ô›KëÕ'§IþÞ‰os ["9ÇR~Ír'pa
ßÐ~  Âþ 5 0ƒ÷ÈaJ !Šø@Ó <Ì&à› P)˜Èbz[¥'R3GR!ˆC Oá˜ÿv·ûÿø@ƒ
¡ " Â îÂðs¥  &$N -Ô^(r)ôG
"+³]ÞƒûI<.(c)a:L&f Ê ?¿8Dã4 &˜œÁ "üWøÐØÿý3/4 ‖[Š _~ 7° :
Ä‡³¢uÑg
  ;}1/4"\ L&Ò -†u'< X@édQÞ }_éá4D Ûú± Hª×ÿ}&÷"(r)3/4›úu1/4[ÐN,
þð  ØAý
t
¬2Ú 4‰¹pÍXDñÌw"G öÔÁÚCÎ²ÐîQ"y-FHƒ1_ï³ë¨ßÿNºþþ-,o}&é¿oA6æu6•7 8Ab,nô hCð@ëú¸;
  Ð\ m¿ùÇ3ïUW_¶é7õikô éH¡?ºOí-?ïI7ZKI,Pú
à˜êž¿ò ¡Kê3ñù´¿¿6 _ÈÐ‹O°_¿Ó¤È=_"ïÿ[¿miëAir‡ G¡^"ÿ ñP¶÷Õ'Ø0J'I˜°@û}x!Õ¤...}~£ 0ó6^1/
2?¶ò1/2¬u¥Ö
ôõé-ºûÂ§Ò_¥ØÔ'bçÿï...ß¨ÿ§ ðCãÿû1 au§W¬%ðü¤¯×uëå!" °^š°ÔÝ3/4ß(r)‹ ÚP_ÿ, 'Ù(c)a} o^‹þ"
ãÉ  â: ?x~3/4õ@‡¥š-"qÕh ºI$  7Û{ô 1/2L¨ÿÚ
DéäczÊ-ÿë· G¿ûôð¿
ˆê7Õ'+k§Ð" ~  j I 6/õÿû_ïþ è ~eÝí1/4àt _ùpþ´Lþ°_ôOÿuÞ...t"á$'m3/4Û1/2t"×ÿî'UïK÷ýµÿ
˜¯^r2šdÉ¤ þƒ¿ÿ@Ž› ÞÎ:úzI Oû[]Wµÿ_*ÿÿ_ß3/4õ¿¦ÿúÿ÷}ý/Kë@Í FÚ
'§~ûin"×ö-á BµÒÍÝ{~êê1/2{w1/4+Kï(r)-ÿWKý ¤'_ì¹
µãõÿlë/úûkþ§]=¯Û÷×úû^¿¦ÿé × ïûa(al"Çív^ÒöÕaÕ¶tV¶CÛ5v-¶· jÚ^ÝøÞ"ébÿú¶-ú0èÕ(tm)þ¿#M#
KÕv0;²7L2â1L- Î]m...°•¬0J-
-,+aua...m} ³¬ïö-"{fµá.×û_µ û^ý*Ah/(r)" ˜" _ °x Èà"Š(
  á±Šê V -"MÛ
ðá,°¨`@gøakV I=¸{
vÓí}uü+_Ú  3 UéZ[j•§
0˜[Õ×µ¸a/ ˜¦!A±AŠb Eƒ" l^^ aŒœ3ª
3/4Ø$Ã3%.¨èÂa,&àÍ " CZöÂé°Â&í§ùN ÐOØjª"êQ¬DDDVE¸a3Ž    Ç? e9C"çpƒ <& 5
°L‡

_±
ðÂÁPÃ ðÐÅZ @ ,
F9!Èð†t Î@¨<, ƒ0""'"1/2ŠJ8Øa(0•! O Â`ƒ C ‹ Ó†
¦(tm)C'G† ûL Âö!~Å~ ]z-Â]...û "ÄDE "DDDDDC Ï3ƒ Eª§a; £,#
ÂeE}†`&¡""- P§ÄDD DŒDDDDDR
ˆËñ MX-2‡¸þ-ˆÔ8M$˜2?ò¹h"_L:(r) V(c) ýuâ/(tm),‡JY ¥JØVë¡"u5Ñdª;
8Ù@(c)u¸°Ì‰päWJ(r)MÔ"ÂÙ_[øwàˆÿªC; ) r¸â "Iœ áý <ìW&qZ
ë •åâáHödœÊO%â¬';ZPl‡"(ãÉ÷ ?A × - d¹$SŒ óXB
R
R Kº.' üŽ ±Ž#éš,g@(c)á4Ó Þ rYCØlÊ` áƒ5QDá(r)³sI4Ó\îô p"?aš$ƒ"è
ÜœRdâ"èœÚ/œÜÑ X¯ó¨¤ ¦óP¦ã¨§HŽ‰ -‰
wôJA- ð3/4žWù_I´¡7N""
." "
Â @a OÉ F (tm) 3š N
‰9-³ú Â<Ï~•Ž ÿî"i7
êš (c)úN p¡¨O‰ ä€äæ\fÆpË'Á" ...Œ">
‡y !V2 üôo?›ÎFbš, Ä>2
-ÿIºIéý ÛåÑ£R‹¥-9
:Z¢(áÂðˆÝÙ€X#,õ"õN-<!†ˆøCÁ P0Aú Z ~(tm) ! kÿÕõºt1/2¸‡H - 6ý:'F
3/4|`ä<ø6 G';'¢8
&v‹|ˆí ý è% yÐxOý‹ð‰"A¡ï¥þ?-ýÖééÅÿ l Õ"æaQ ¬B!¢èÀuÐ"v
&
6
Á†ÍZ ;
FHŸ6Pâ_<Ÿ vËA Ù • 8DvÑ+-¿Ó¥ïév÷ïÿÐO*;udpÖ#Ô
t( Ý5Õ}
Aô 6!, za ý Ò
E Õ/þºzû÷_úÓa/z> "vG›TBÚéºiêŸ- ý ƒtþÚT â... Ü'¯þÒ_ÿ·øØ"ÿú1/2xåÀÁ- t a
" ïÿ,úO
µm*ú§ÿ×ëûüáöÔ† `Ø2 1ÿkç°NA Ïôïe?¯ÿû¯{"øÛK~'m{úý$ºô
ü+! /§Þºò:B¤(à‡§IOŸ¿ÿðÅ)œ1Õÿbªú-ßÝu1/2/ý
ÛtN- a¢gÿ°zÄKŸ"¢^ ÁëÿþÈ'ù
ÕüÓµýw
kZÞ•{ø›1/21/2
D
)Ñ P'ÿ\ðVCéíÔ 7oÿþÈ1ö õéÚWøÙ Oë÷A.3/4 oúY0ÄÎKûø‰ º ã" ÿÿða¨6Nwý7ýd + _Z
_ð›íõ"A³9¿þè !È` û(c)
... ÿü‰-j#b˜-{1/4âO_g ÿ¤,ÿßß¯þ3/4ß "] ´'O ÈÆ ÿò1 Ñ| "ãþ±M þK
ú](r)-ß_ ^¿]vÈr!žŸÕ1/4Ìby³Ž ÚÿþŸ¨"CŽëÿoÿ!SÓÿ¨J×[û ¯þ¶-æ œ +ý OH%
m×ÿþ(r) ¨
Ž Üëõ"›ºû&7µÒß¤1/2÷þØV ÃI° "gY†^ ¯Þ°g & ²B×ÿ÷ü¸ ïþ'n×ßý~Ò¤ ×_ Ëïa r^
ƒ ¡,$àÛ
V Bµ^ØÞ
ˆ Û l0-ÿðÒˆ Ñ-´"ô›Òû÷K]1/2R'-mmh[±
ŠŠb ±-Û Â
1Èì"â ...Ç
ˆå[cm/ÿá¡!"3a.1/2 Ü0-¶u¡¬=ë´°-ÞÚM×Ø\Î¦t ØXb r,#ÌSû (c) b ÅAÁÁÁÁÁ›

,tP Ø0'Ø Ïdqœ " ƒ
P
Ã;
, I°'Õ&sÊ,D> ,J-iZ¶ " BÑòhù hA",D$ƒ_°'"%†G
...Ó_ÿž é[ "â HGk;Šö
Ø±±HE¤†ÇQ°`" ÅDDDD õÄDMzàÄ¸!-† 5UTäp0
"¹‡)Â
ûß
-Ø... ¯v ¬SMKp Ø'+CTU #" Ž"DDD"#ävG !"91Êè°b$I Œ@ÊÙDÍ †
| 4Ê (c)"ž""´ÓPD HÄ"5R±0j'c ¥Ð!H
B"8ˆˆˆ b"2Ü¤ ,#¢Xº¡A gtdpÓ A¥ë-Å "'1/2%ŒŽ!ôJQ @B@‡,PzÔ· }//ÄH( B H09ËA
ü"‡K-Ò ð #ê;
D HE, ÁïPˆ"-‹!, AŸRÇ±0äö9c"+Ž ã#‡K-åÁ #-ýDDI @¨(r)0 È # r8ÈáÈçµ-ë ‡t
¨ ," C... 2 DxŽ ±ÄDXËpÁ!Zˆƒ) 'ÌŽ-2›0 à`Ž
ÀÄ· >Ö0Á ÜNÒ(tm)¶Ä˜äAÄH£Ž[àb(tm)B' T›'
à"D†ž¤tÊæˆ ßUÌ‡Â!
²m<Ž
Œ ˆÁ ' ¶ %-ê(tm)D"˜ä Ûh+¬,á eMgjŠ, ¹n Ž-$4Ûi
âhº Aö1

, T[Š A p, 0 , GsÂ•D§aK T·
G aåÅ#ƒ ¨ë,3"S¬·Ð‹,Ì ÁY c u"
...Ëx";#¢<ˆ+¦ ` A ì DuD•xp@ˆEEt°S3P !H AÚþv¬ Rº(c)"
(c),ª BÆßzHº ,"N (c)\´
å Q
-§A•hx7 ÊâÀ(c) @†,ßØ"1ÂÐ">WVdpÖ•ñ !ö(ÃÑ%J• $8c WN
üº *
Þ-ˆé q
Šä ß Jõ !† "EVW|Žˆá,<G
ey |apáA
d"‹× #L..." bmYXÃ¥'Ñß %)L,Â0h,"É$AQÙB¿
Ã æBá æGÂ (tm)4Dc- }ê "HsŽ‰Z
d Ø‰
&¨ ÝxÂ#ðÚBÄ)'pd ¡t ò±ÃJ "eXmÌ ³lWpÇì VeàåÀ¹3/4 Ã¦-²² Dt• SYÙ
rášOB²: Gø`Ž: Gi@Ù "†
-‰ M~ #";UÁ iM ÂoÂ8è¬¨4¡ "' , LÉL+...T "G^ J³±q'Á1/4 ¥:o
Ê ~ I/(c)ØØ4A ...ž"6"0E
†
íXf S" ¤d xE
ÊÆ3/4"-É£± ,8`a 9 F,#¤£ªÄ% ŽŽÃDpr8b v -R$â* Îü ˆéÐDtÒ¿@Ž8ANÝ !šÂ
J m_Õ¦G<'²84Á E"GZ(r),#¬!
¡(c)
+Â_Ò"GD¨5! #¨a•±5pEÒ
9WÁY Á i ¤Øa!´ Ø"GXØÊt X! îk#Dˆgrl± o
JÊ‡¬4Lp"Ø"w "c‰
› ÈëÁ ¬ B Ú1/4 E8‰!ÁB,pI¶G^š i GC ¡ÛnÊÝ]¦
ëH"
pì ,"!q

,%Px"(á  !
GÛ ƒ->X2á0÷Òø"ž(ã-a  *åÁ¸ÐJ  ª
Ú´...  Ì ˆøl   \  X"="°úH   4  L¬        Zb
  ¡Ì8AZ# "PÒ
ˆƒ"  '  †p    A0,  ¿  !"GZA    ,  ,"
ð"8"éƒIV†˜Ò†D  xD{£  ß"DzÒA D|  2JPAm
 •'Ö    2  .|ÆŠp¬BéC@ˆé"%  L  ,¡ÁÁ  e
   A    ("è7  ¨!3
ñs°QF^è  ...(r)    (c)  D  ycè(a1/4Ž´  žÄë
#º  A€ÜL">  Dv  Ò¬  TÄ†  UNÊ
   `  j  Z  GÑ‡  Ž¡  ô,¸  "éá-,/ÃÂH  u

Å  D0$ü  Â
Û-R`ð'  A  h"p^  <  M  Èî   ^^ƒ†>^"   A  ð°‹  %
Ce    J  .  U³‹Æ
kDu  Pà  FÃ
+  Ã(r),,uŽ,  †


h8$ƒØpéF´  !JExDt"  è  }>  A  a  Ð0ü¨áT  t"/†
        Þ  h0ÈBY  ,4Ä 'J   ƒœ(c)"/L%  Kj  `ÉGH&š  ·Lã±
:†  á'  aBX2  SgQSAÃ  d]  (  #ü  ,%
,
T  P³1%  T    œ  Æœ4GPtS,ƒ
\â#È  4'ƒ#ßA-Â²    ð    œ1  ÅÄ  "  I‾bqÂL¸;"
Žõ
  taB#£‰  -°ô'  BNÐ¢‡VÔ  Ç
;  '(æÝu   ¨"P`^Dt^‹Ó  B"v`  `†¡R´D  <-÷"
  Ø¨¨Ž^ûPPÁ  ô@ƒ@E

ðó‰NŽ  +;  "y=

˜I  *ö5(tm)  ¡
^(c)l-
šN¬#{ã    %  ]]*  D0:vÂTœ5@ˆü"œ  °†    iRd0^¬  ˆ]ïÒÐ...  GIÃ...Ih‡=,ö7X~
APDä
6"(r)ŒÃ  hïXDuDt°ð,aB#éö'Ù€\  õ´  ¸Au  Gà  Ù  |*  l...O  ^"J,}
¢œ
*
Ê´  '      #-$1/2":{ö  Ó+aI¦¤:r7  "þü":  ]1/2dW    Pzz
ŽDt‹²('úáŸá  Ö'Ô  É
ï      ^†  6  á  Â.  Dº#ð÷á  Ô'Aá¤Sè4k
!,t  Ã#(r)  ¨Â#-:†du"  UÓu
Má'û"   ÔK¯ý  #ã
R9(c)#)[µH  ÍB  àÃ>8Duàëðq  j    Ù  ät"*·pDt"á.-    Ó‾  Ž¬Ž°,†áiÈê  0"OóŠ"Auƒ  Ñ4
3/4Âê"*Ò"=+...  ÜŽk˜]ÞG×¬im~1
Ý"ƒ
¢]8p^ê

h">E0el
õ_a  ?§Ã‡u"µ  Á¦L$¬wþ  U...\6(  öCå
û
û@^ôUCï¨(c)-¨x;¶    WTƒ¢MpovR":pëT"zw(r)  VûŒâ‰ot  AoÇëÂ.°Š
T.    þù>IZ(tm)w,#¯D5  3/4Á1/2µú¨ Šu¥ŽøDuü":"-œ*_W-/ü>-öÃ  Îš
   ×  Žµ VGZT•"G_-d  ¢:",.šùÇ¥pEÕ
"ß"GFV¨=/3/4¿ÕaS
ö  µ÷
mmõA  ?†'  A1/4>-*b,#ª_A  êû  ÚjúL8">°°§\  *  ¤• Êmj´‚pô  Duz1/2Z-×...ƒíß
a  Õî  CÝîîPè/×      ]  ëÐI*ï‡ªN•µ´
ÿs  Aô"
   °¿ñëV-¿@"§\":§à^þ1/2†P :ÒP-þ¿Ò#ë  °øàûb,
ézA  Õ_ï° p¿
°'¤  Š(u
·‡,#ëïð¡×µ
'T  @ƒ.DÃƒ@ŸT   PD  \  7
Ã×#(r)1/2i(Duät  XIv¢ýLm*Òðuip{Á  PøVý/Z1/2ôƒðÐ}iùcõ1/2  ß
ÓëÐDták# ŠûéðøPÓpš ¿     >ñ  þ>
  _ª.
âJŽbúí"::à¡-H+¡ø"ëþ  Dt  ØcÒZ‡¸:-›tPê  "Ãú7¤Š  ¿améfÓxⴠ ×Á  ý$    †Ó±Ö'Â#àÊ´  U  ¶á×
   Du
]ƒª  ¡Â7"á
wí§ÐV^êôàá  ÓªACÂ¥(r)°-  GW3/4-  ÷(r)¡¥¸"pÒ¯Ioÿ̈U"  8"‡éuýQ  ¸ V ^ÿij
¸ê    ×- ÕµÃ     Aö3/4  à^é"è  Ý¨}~ò^þšÙ&<  $*]C*Ã1/2Áá  ××`, ÃNHH-ÔÖ-ÿ
áp@¡Ãá-B#ý^ê°a\/¤  Ì'kè  ZX(r)¡  ×pê'O)Ðe
¯ÌÖ3/4¿ßÐ5¦"-¡  ÖŸï,¸ÀRþ×·Ý  Ô">ð¨é"YJá-$Ø-¸ú
k ô    %  ]5  É  pD~´ëÚ-¢  -"GApúáâ)‡ƒzƒÖ    z,
¡²Ç8ý}  "?ÿi1"+ëDuQÙÕ^ê  °¦Póz"¡!  C]'äöœ'   %i  Â@þøph¡Ú  ª    -I] 1/20^ëÓ
Á  Õ  ø4ø  °×   †7l":
":   P5ß"G\;ßA5ê.'^çU
œp,
ÑC"GWi†"
°k¤^ëXY!+  GN
   _'Ð1  ì  ]w¨D  Ö  hW‡ê  Mþ  a,8øDtQá  uÿàÒR:á,  ¨":ÒpA
,}zÂ#¨-:‡\>  ¥¥´ÓÑ  ?K       *†'ÿÃ¤Ô  h  ×
aRÃK‹†7
dvž'P^ë£ytÛL":  /ûê*GK8ûPÖï¯°"¤¶    v0'A¥X[-e×ðÈêŸªt.>f  (r†¿
&Ú
   ZøHRXL=B  v.ÊpsŽ     )é  PóN  T   þ¡  ÐJ°kþÙ  0Â  pD}nPø4-è]1/45¬  V  Žšê1/4  nÎ8.
àÏ(r)  4  á'Ö
{¥,8áA   {Ö(tm)CÂH(5é"GK  GÖ  "  Rt&‰o(ûÛ@ã  ÿÂBÛý^Šp¦ÏÞÇG  Š:0â°-ß...T]f  -+°Øp^êâ•
{A  S‹}°ŒE8X/Î>ÅYé"8.1/4ßÒ¡jö}R
*š"<  ðp^é^ê‹^ª!ú  G^0pdwÂe
D}  -ì(Â[Oûƒ^¦"duÖÄ"9!ÂÌá,N¢î;Dt    Žƒ°þ>G\(DuÃ×Ø  `<-:#"£      °‹  ...4  ðD}l  ûh
1/4>
3/4Xá  ÒPma  1  0Á
ƒj  @êÕ[   ÕÃ
   ‹xDt    0å  a"  ÙYþ

 Â  Žá  ×Ã⁻ ᵒ     R,)Â†  §Vne
,&áa  °øDy -]7
    ðEÓª1/40"Aô  &)ƒ  :DtØ}.
¡ˆ‹Áö4-     éœxØA   Ï†Bš(rœ  ° Š  ÝÁ  ýa  fk¥"EÄ%‹      XduH4
Ú)Ä  ÿÚÚWT¨  †WÁ      Â"W1/4  CŠÆê  °È°?ØIè¡ë
T"  Vƒð-  GðŠ  F{

    É  - H  ‡  Ý
ñ(r)š"@ì":   ×Óƒ"ÚÚ  (bÈù     éS
Aë¨EÐ ZQµÁÎ:  +(c)ÝZ"     s
B@,†ápD  µ    Ø^ î›Ê-"
ð  ‹  0¥    BŽ"%
S         Ij  ...cXdð:(t°},M    å
(ÚD  ÎçMº  Ž¡úÚ    ªÒý[J  6R¨Dtm
  ‚`$1  §-ô  ã'"  Èè"‡]  Ô+ABKQ  ¶ŽèÌ!•ç'Ðl^  ké=¥DuãD|
(r)'Ò  GBç'%x^ÛÍ¤Óœr‡VGv'Ú°ÖÁ  >  A&
="''
*¿wBØ@  Du±    Ò  pEý†  ÙA`¥z'Ý$µµ·h¡C¨1Â
'    OXé  é"  ôañs
 ¿  ×š'X"XëMWN  [#À
Ùò  u^&  ‡
.,8á  !  ÔuoH  (r)ÄeB">

  Õ´GA  Ú      (r)W›
(r)  ˆé'  Î‰/×¤°ˆëx`Œá0Èº  ˆé  îÁ '7M†
~¬  !  á"dv'P^¨Ä0, ":\  ¨¨$š1ÁõmA  ðzb  @Û#å^GœC      "    E¦'"¨CcÚT¨&GÈéC
    ƒ#ÅÑ  'Ñ"  @^æ]ŠR1/2%œt ŠxK¶      á³
HÎÁ  Îê  0¢Õ
"  ÕÃX"  v"3•  ²=± ŽIÁ      -9Ä
v¨L$ÈéÂ  "eá
      Ž  ...¨Œ6ƒ*Ñ  á  ù  Ä  ^‰,  Ì(tm)¡"GQ  xŽ
í´u
#r...Cb  ‡Š@  a  V'  Q$4"  ¹^ky1ë(p^èC*
ä(L82¶ZTA  á7  G ÄC
/[ý¡_PAþ"
#¡$Ñu‰    ˆê  ,  þûØx0Î-  4ŽèP(r)1/2S×Ð õ  Êî°ej   t  -äu
¨·
$ð¡î   ¶ÂÇpá  ;-Æªƒ*C  ¨Du†!"Ên4  ¤^øA2›  ...'e    Ö7  '\    p  i  Ž¡´‚Ã°e7  Ý
Jé  @‹¡¶ùn4·¥  Pápe7
 ¨-"
.û  >úabñ"e"[‰otßKê‹›,wA{  e    A  #¢Üb$(vR0-0Î  ƒa  (c)  EÑ"]\¨^¹"]  Eðe
Ø^^^^ðH°‡AÄ  ÿÿÿ€  €
endstream
endobj
125 0 obj
<< /Length 126 0 R >>
stream

q
605.28 0 0 776.16 0 0 cm
/Im0 Do
Q
endstream
endobj
126 0 obj
37
endobj
127 0 obj
<<
/Type /Page
/MediaBox [ 0 0 594 755.52 ]
/Parent 132 0 R
/Contents 129 0 R
/Resources << /XObject << /Im0 128 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
128 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2475 /Height 3148
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2475 >> /Length 42794 >>
stream

ÿÿÿòÌ(
w  ; F¬(c)Šm  Ü  0`Ì  ž"œShÓO03    Œ  FDtGEÅ#  9  ÒôBy
P."OA    ´"âA4    ;8      h§3(c)/õ1/4/xN°  à  "...>  ,g$  ‰¶žv`C  ˜  3
j    `Ž†¤ïã1HÉ  LÓ5&y¡  *ÍÉ  ðh¿.tôþô‰/¡ÚyÀ.KE:...#..."qÑ¯D|Ða-Fò;=`ÈÑ  ÖD  Z
ƒÑ
ú  ¿fcŠ  -šp‰x0^íf[#  õá  Â
-  &"Ð^<CD '    ä"  $    "â  ª%ôø}&¿ß  ïè  x
mž³    9èj  EÑÍCÒC)èiô-ÿë"  ;þ3/4ß]~î"ÿAÒnü7ÿõ  ú3¿sHë¢~Î'Ò  Èq<uƒ2p
Á"XÁ-í"8'þ¿÷  Ú¥÷é7ÿëüÙÿÿZ  7[îì†  H  m¢C    -¥¡  "<-ÿöÿÿ_K§ÿ÷OëÿoÿI¿¿ÿÒI"}/þÿõÿõÙÚ
Mþþ¤¬)Ô  %!Ÿ8!N'  ¥ß÷OóŽÿûê°oH´"
þ;øŽ=kŽ5ÿëî    "Â  ÿÿ¿I¿ßû?Si$ÿ¥  ï3/4ÿ|uª  ßôJÙ¯ôIØDpö¿ë(r)'ÍÙÿûI&íí/Þßì?
þ+  ¨â    <¬q=(  ;±  W    n¿ÿ÷þ-  SŽÿÄßÁóK¯ßúÐMÿ<'ÿ¿4‡ìÎ  ¿4‡]´(c)ïÒßÖÈ&È^È"ŒWÿþ
¤  úÒm‡×ÿ?]ÿßý×ïmûÃ
ø`ø]õÿ  ×õÔ怩U  þ1/2ÿuVÒ^ÒÂ]úÁ¿Á3/4
þ¿-_ë]  pŽù  zÜ4öû^    ï¥3/4  ÷þIÑ滜"gÏïþÿ,z¿þÃ  Kã濯ãêøþ!D=¿xoðþÿÞ¿7%¿þ2    Û  ïoõ}¯(c)'ÿ
÷ÿþ÷ÿÿý3/4ŸÿŸŸ$§úÍ;óOß=7õë  Míÿ"ûë"ÿû}îÿïëÿ6Èè[ÿþÿõ×÷ïÍÚ3/4þ·ÿÿÿw_ß  ÿ?-v-íÿ"Òþ҅=¿ÿ×3/4ÿ3/41/2
1/2ÿ_Ûÿÿ)]ÿ¿õÿ¿ïÿþÝ6:ªÿÿ÷_ÿßú¿o×þ¿ÿÑµø»¿  ¿  zÒÿÖßûíJwy~õ1/2~Õ³W·¥û{¯ÿÿWôÛ_þëþ¿Mí¿Ó†áxi
{}(r)Ù-6"uÿ¯û}kÿÿ·ül{k·wwØa.  JìÎ^
*w{    °¬5mvöÒô§íš"_oé´";ëí-1/2éû  Åd°6  Ã<QÐ  4  È1/4C>,‰  †  Xa+
o°Òì/ØXiuþÚÞÇûíÒtßkk¯uUÍá  †•Šb¯£@²-  `Ž  @gacæ  ¯CÁ  3ÂÁ"Ž  Hñõ"â  4Bi¿a*ßëÛ
mŸïØMP4ò
ŒEXa5´á,pÐa53/4Åq]±QQ|8³M3yÄ"
$(tm)SI-Zk×
%Þû|DDDDDDX&šü0¶  †

w_ñ         ,    †à‡¹, Ã ‰oÂ²- ³"4ˆÇ     *°ƒ  "
  ƒ  2Ž"Ö´éžÊãl-ÿÝ¯ßx^^^²¨? Â   aL:
)NLé¦¦- TôÐ&GD  ^^^^^^^^¡  ÿˆÿó°QND1I
Â'ÆN  À 6 ÌBV!Ô   Ñ
f¡
  ̈Ÿ
`
B
"  Å÷¨A¦  Â  ›  x!À.x!  ÈyÕ›Eq6Z‰hì.?ÓÐ}ÿ¢1Ã¥AÿÞ"  "ÐC&Bš
0
"3  FÂ  P      Â- ˆ›)IÑ9    öQ  £3!ÓPôŸŽ'
tŽ². ‰{(  Tô5?Ýÿÿ áÿ}  è&ú·ý´¡  ßA
"  ëðfÐÈ5SHÐŠ
‡  d6
~åyOi§tJÝùi  ¢ùœR¦° :AÿÿôƒkÓ¤ÿûîàöíÓ  D;2p‰N
     $d†CÃ-¤¤"õ¢(c)  "#ÙÚ

êTž›ùÇk^ÚI7Ò¢7ÿÿíë  ^ÚI  ÷ÒßÁ 5   æ  Ÿ
  0P  šÀ  ¥þÏ~ë_ý7ÿÿüîÞw  þ'  ÷Ò-%"}=>°¯(O¥Ó  ¶¿Ý+  é~µÿïëÿÞgíû}é>°⁄  Š:  -
ÚDñ¤%o͞s¯¯ÿôƒ¥ÿû  ßÿû~ßïö'_ékôÜëa  ƒ5aB
¢IÀny
  ß  ~Ÿ3‡  üqÿþßúõÞ(c)¿ÒßÕ~  1/2$    OÔjÿ·VÒ]ý  ÿ4‡÷]¿'UÚÚïØ,È    ƒSPþ›Ò{^ÐTßÕÿuwK
µv-ÿÿëÿk¦?°I  ¥š^  a  á  (  x¯¤ýS¥ÿÿÛûêŽEOÿÿÖÛ÷}õ¦ëõÕỜ¯A¨OÈ¯7ß÷U°  þ¿ÞÀ~È!êB
Tmp"~ÚÚðÐ{µü%(r)D
~Dühœã$0Ë(ÕõÝ>-ÿÿmÖ¿
ÿÄqÀ  ï  "ý~  ^
ÐAÐAÃh'_]ÿ¥ÿÿjïóN  ×ëëoÛ_¯c!EõÓ¤ß  ¬Îp‡[×þ¿¿ÕÖÖål¿î}3O  ÿ¿÷µð¤áôÚONÚ_3/4ˆ^ÿÒÌ
ßþýÿPoþ3/4¹¹mû|ç°¿]M  S}tÕôÚ_ñ  êÔ  ‹Ä;ÿïûû"ÿ  û}ý¯õ"ÿ7_ý(r)Å*×#‡¶-...Â
)  ?uû  ÚâK›Òÿ¯ÿÿ¯þýé¿×  ¯3/4  úcÕX
ozëßÿÿÿÞ&ÿ1/2¿oÄß"ÕëÐßÿµþ/3/4ÈW¡4á&  vÚK÷ýÒý´µ¯ý3/4þÿëþ¶ÿÿÿÿöûPÂ¨M¤/ÛßÛþÒþÕ¯Ÿÿ÷ßÝ
þ8û]öÿùÀŸêÿCÓ zÝ¥ïqûkÚM¥÷ßÿy¬ûÿ}°¯íø÷ôg
-  "uV-+°Èm°-(r)þÃK¹-¤ØZÿïc-  ëívÿÿ̈ž¿î"Ã]†  0ÁPÂGôÈó  ð^J(tm)z  $  ‡
  `ÂPÁGH"  ?ûïûû¥û  Þé6B£óÖ¨(r)év)^LTEèZ    ¥Šb¨Í
òLÍ-¶›-1/2Ûû
%··þ¶"  kWªV(c)U"Ðk  a\ÎƒA¥Ðq  œ
"
CÏD  >|
ÖK
    dá    ÈJ  ZJ¿m[5¤¯  ûwKè"  ƒ
  d¥X!  Æ  `‡ý¯þ÷°Å~ÿØVÂ¤ß-š¯¯I°
*ÄDDDDDC(Y  ,t  g  ,:zi"ínZ@²a  h  l4Ø`¡~-"  I´ïIµIÉ        (â"""""" "...¨8†  (tm)Á±@  "B‹í°'
+
,  U  Ö•  1/2ý-,¯Ø¨:)ÈP#  ‡  ¡
!  GÚ
  ÂàšØU  ðÐ4  &¡  ‡-
kQ    ªña0¢?ÿÿÿÿÿÿÿó°P4  2
  !¶XYM@"
̈Î,ŠZ.‰  Â"ñè""    ^æ}  æ3  -1'ÙtGÍq1/41/4G3lâ#¢:#Ävq

€m^^^^^^^^^^^^%N^èâ8Ž#h§ÈuÃ63èÂÃ3ŒD|â.^ÖgÄDDDDDDDDGÿÿÿåqDSä[$ù•' ì"% š[þ‰Ž'1Ò O;R

Qä à† jì í±Ç×† ÿÿo* "+`^_!CGFazè 3A(tm)¯ Â!æI    ô\7´ÍÍˆ'ÏQÆ$k¿ñ

CÃ      ÙÄ A

3/4"õÿ¯ý.ÿúû    ÄÿïÙ >    'ÿþì?(E oÿü-"õ_ÿå ÿ×ÿûõߧþ ýõã^"!ø    Î

    0ƒa,ž

    ...ò  G$é/°f {  ûÅq       ±JßÒˆÿÿä - j  M

ÖdX    È

à\•ä&  áÝç`b      DÅ o •1õòÝ.Ãþƒ    0Ÿ ......4

N).FÈØÍ  Ÿ

Uƒ›  œP  ï^°

-á  þïõ[1/2²qz"  )ÆbÎ"9MÝ/† d    pÂ

  13û

þÃ= Á    ,

øAø Â  Åâ¤j    ëd`¤ ž.ßOõD  o

ÿÓú~"_¤ kA  ¡?Ò_¤ßíÿ¤ß¢æþ_\Ý²ÅúIö‰

õÿÿÿÿûõ,oÄ: >,}$\Ø3 H ›!è1/4ÿ¡ÿÿó^¯Tƒwÿ"¯I    }    ^CÂZúW"¿_ý 1/2/I1/2Roéë o-ñOÇëÅ

SÒ nèb Åÿ-Ö }[ ^hæ‹ Sú_ÊpOLñÏ‡OñÖ{ÝÏ: =Ýiûíö

û^ ŽÑ ˜Mÿ}vÿÿ¿ó

þé ?° °z

¤Þ¯ÿ1 ÿùæÿ¬~¿_êâ?·O8-µÿêÞ߯îÞ¿Ûf¥ÚÛÿí-ïoõ1/2³Eÿíëÿö¯~-- ·±íÚöÿ


ö Ã      Âi"Á

    PC (À.Ã        n-Þ ...Ûv*µûé°âØ¤ââÛ...Þ ¥6¯a-a,¶ nþÛ¬ ¶É ;$A"N‹

`"DDDD †Å ƒ `Ã 86( "

ªm¶ †xí†

{ 2:/ÄDGkÚØ^Ä...0

G,¯ÌÁ†) ‹°0B!" Á È'Ý¦ Âx^ƒ "$æÁ    -

DGÿþ@JÂ    ü·2 @b  #S ...ü 2@. a )â    ,7 )†%^žšo,

  Œá -Öu  ãEû]

oÐo¦ÐMí‰óÝÎÃ³Géô 'uA

ðü 1/21/4Œ'§ÿßZO"--P2xŽ 2>}    &G Ðg̀ÌØÌÅì !Ô!Ô_^ÿè~    ‰8qØNÿ 0¯Aÿú} úÑ'

cÿké †‰CD uË  ÐO´ `äää e 1ƒ  /@ ¶  , J!ÿ(r)ê)

Þ Ó 6-    ؈OJÿþˆŸI¿¯A?"·ééOGëëÒÿ}ZQÌ›¯H]÷ú  þ aU"‡úOÿÿWÿ÷SâðZé ¯¯ÿþéoëð•ëuÞ

ýÿú,ÿ "§_ÿÿt¶í¡wÒ3"î•××ÿvÿõÿiR¶-"Ú¶ß¯ë¥Ûj¹ßJÌô´~$~5²Gikþë·táu¦R7LaŠ'    ƒa...l$Û¯

Îðìì0"0¬0žåš-    c`ÈäÄ˜ã%ƒb ,í  ÈøS 9        ‡ A¦ am;LBd#õk÷j(c)(r)"""!,

& 4ì  GÒf ¡Åe

  0ƒ  C  b"""""¢"""":¥ë *(  È

"Äu  ÿ 0¥S;Iœ]

ü€Ë"qçbQ'lAÅ$j2^ß¹Ø1Ÿ

G  ø ¦ÀLÔ¦Ð÷ù  u        ¦

`^úJ

NÁ"  \ ùÔ  ŽMòÌ?ÜïvÚê\a}p¿¿'1/4^ÈK ïm!ÇÒlk•$Y Q(c)  Å^s'2†H3ÆpCæ\~-f)

Œ    ‰o(c)

2k

{×ô÷ Dg l0...œ    ¦...÷þ¯A§§;û_ûî

†y°Ï4i 1

Â'çÃç Øšèž4O ËÇÞõ¿ü³ˆF¥°D kmÚ ¿_ö-tÁ,
, Ð ÛÁ {{ik"òÏP ˆ£-"S'¡nGB ˆV@"÷õ· ]uÿ¿Ý\'I1/4 í ._ÑpÑ
R53/4'v -¯þ÷JÝ ýz§Vé×ÛÞ3/4!ÿ Ú Ù#
è
á"È±|\~þûî¿*3/4ûö¿ ôŸz÷ûÎyÏú~1/4v ÷Ž-ÈÀýìËçÿÿ§ëKt- [m ûÿ|.û[ˆoùh- ˜ ÌÄõdƒ'0›qÇþß×µÿ8
:á{ÿ î Âîì‰Kü¬r³ÿ1/2 ÿÿ£#¿ÿ¯ oú<ÿ'
ÿÿCµßúþë§Ûÿ·ý _ç'?§Ž?Wö¸÷öÿ¯ ÿ^¶Âÿ÷Ü£ÿÖU-Õ ûv3/4§Wþý_íXíWúÌÒßþ-ë ÿd ´1/2}¿õu
ö l ö g†G,a

l/ëá/aý§¦›`¬0'Ã ÖÁþuKiv%C ‰PÐÐiÅ1A `ˆ§" B` ƒ < !˜@ƒ œ
0Äð ²ë(Y"E'fÑ> ¡Ã1ÃI†¤€^Â ¡ På! PáNé¯þ ûÿì& Ö'
Ú hD4"-
b"Ž""""""""""""Ð0F´jÈè3<24á èº
!ö¿iªâ""""""83 ±°A"5HDFYÆÃö¸Ô ÿòÜ $ù'1 Y¤þû ...‡GK'Í'Ãÿ¸2¦ÿKî'Ý{öÏ ‡ qš
Ÿ ñ'Æ
!"¿¢áƒ>...Ãbxa Í
ƒ7´¡ wî, ƒ† pƒˆ8a6Î#
¯ôßMÓíÝ Oþ3/4Ÿ¤"þ¯ÿ-‡ÞÙðŸÜ‹¯ªÿ^ ýƒþÊ >úFŸüÔ?þõ÷_îP 5é_ ¥¯ý1/2u³EÙ¢1/2´õüÍ^1/4
!L0PD,Ã "
6 A" A¶ †"A1[ š±8í‰ßñ· Q
!
"|XBÐˆ0˜\¨ b"""Ø [X ÿÿù72Sµ@"ã#£c02áÂ "4
lÏ
à¤|Á "T ã<20f l ""² Ëâ ,Ÿj
²
,"
´ Ðv >ô
þú¬"o"d (tm)"8G ØC Ï ±›"qH Í àÐL
f
l àPˆ£žÈ^"Ðˆ43c'
|a
6 à.K
v±£| @Â ~e 7Éàpa#t0@Â!Xpa a pA²c
Ê÷ï°÷3/4í'pÑný¤[ƒié ¶Â.-OsaN ÚRë(r)ž"jô wû÷Ò~ï
"á" DøeM† a Ñ a°Â
¯h l3Î é'A ‰Ð6HH pl2¦Ã
Í Ï"9-å]>"í¿{¿×ïÿøD ÛÝ}þ 3/4°EÿÃtÞÿÓ| éàˆþÜ §ÿi¡tƒÿÿ å?K ,#ûÿûÿÝ{~"¯ û¤ßþ-ÓzZ
Mý6-þ¿_±¯Iqöü Û×Û¿ý}ß¦Ö›Ûïÿÿõÿÿ_ú÷ ýß"Ã"ÿý¿^·ï¿úþÿþõç ç øûô;þÞ8ããcÙ cŠVD ·ñÿ±ìˆ
ÿûþý[Õöú¿×^´¯Ò¿(r)¿Î}Ã|'
Þß(tm)-íþ
û ï_Nõ-^ß ÇûþøI[ýmY&Ñ.DSÏ<rQWúr(c)ÿ•NKþß¯kßû¹¢Wÿþ ÿÕæ ÕÅ}ûÆÁðßï¿MùGþßùBoÿ
þ¿Õ
n/o¯àž|÷¡þ‡
þ{šŸ(ÿÛÈ ÷mîÿíÿÿ*þÚ1/2kÛë"õ~8ÿ Ü-_ý`ßÿÝ àí ÿûßƒÒÿµ~UÏOkk¥û|ª}¹TÜª[ÿ ù¿ÿý·¯" "~
ÁÿÒï¥õÕzÿW°uMÿú¿êú*ÿÿN _ÚÃUøzi(c) J]) a4 Á!...*ù, { ¸[ª ßì-¥öÙ¢êý³OºöÍ?ÿÊ íP,P
Á 6
ØX£áA pÆ a
¡ 7A"áÅEÛ P'"

a... 0ƒ B        ,
Ü!M...    @Èb0Âž ´Â
à Â" A"EðÁ Á-#
Â jžF: šv ¢ Lãœ{9pL¤ ¢ˆˆ•hDœ"D}aEZhRq}1
í8ÓµPÄ-Wv!yð ‡   â"""""""*""""!""""!"" Á ^† DDC Gâ´Ð^^^ ZŠê?ÿÿ(tm) 3³TK³(c)¯D<ÔŠ
,#qt]Ë£ PÈq~v¤ Ðƒc6 ù,
áž   <... a
6 á¢<
"
   ‹@Ð1/4"  í2oÑpÛ
&Xá³XhÖÑ± 2 Å "
3ÍÍƒ¶U°glLŠ9OÊ !L ¡P0ƒ†ÃP›¨A°ÛM î
´,
 ƒ1/2ðƒïNöè íÁ öê   ªOû{i6"þ"}]rŸ£
¯ é¶ÒÙ,#£7 G1/2¿þøD þûÕ1/2 åOöäê^ëõé 1/2þé=W·¤Þq
uZùáO3Ïá" D);g   ‡˜}-¶×ÿí¿õõÿñÅ_KE"û@^ÿz-Ý"Ü> -ën°z¿ÿ¿Ûþ?·Å
‡
41
¡¡^8eT 9E^[Áð ï_"¿ûÿ×é ß×ÛÚM(r)wUmoë*üWþÿÏž›Í>*ëëë~  ë¿ÿ...ÿ·ÿñ¯{jµÕœ   (r)ßÿû Î-›
ÿzÄÇ(r)°ÿý ëÊ£ñõ"1/2.×öû_ç£v*ÝþÕ jå4
ï¯ û~Åýˊ›ø6Õ'ÿÿo¯üëÿ÷ûk3/4 íÍÏ÷µ¿Ômoµ×õ×,A±
3,   N H v  ˜˜   `ÁN   ±I 3Á 0A, m¯fjÒÓÍÓfˉÑ÷[ðÄ%j   0Ä.œ0ªïœr‡,u
õ
%i,)ÈÍÁB  ØNÁa,ñ               ¡   )^LJpж)&'vÆÅ5PË
&  "ì!a
   !Дˆˆˆˆˆˆˆˆˆˆˆˆˆ   ÿÿò  {' °$G ìáŒ9 g‡ÒÚ
3/4  A gœpØ0-Õ "+i
yžg Áyãs á üø1/2$ÿ_µ ~á÷¢à;z70psC°Eià ÷ÐA²zv
  Ã pr9ÏŽ
'â8Bà¶
m¤ oë_I1/23/4 ~"""""C 3
 J õ !øéÊ y"r Èƒ £"çrC ¬† Ó Qi3/4þ¯Ñ
 8 HÇ!ª9!È£ -Es¹ 9nS ƒ" ŠäW)ÄDDDDDFõÿ þÔDDDDDDDA"änMÊ ¬$çÃÙnPæ íT ÏÄ
G!°r#"sAÛã"9ì·(sAõ)Î
Î9XU• A\T ¡ìðT ç,¦U•²¢¶Oÿóßý¿Æ""""""""""""""""""""""""""- ûü¡Oýo¿ÇïmþúUÿþ1/2vÖ×õo`ÛRz
  ¥a=S'VGìóA"
%Ë ¡  Ä§
‚p^‡~"Ø"žÅvPæÔ hDDA,   vT¡  ÿÿü€ y RÀ¹ 1
êgÈ¥
  ƒ¡"
ÌgAÃ

ô[†    .  @¨1/4aŸØ6 H ì¨"  @› Æœp›ßr...M
'z¤æ øá >ÌÆP  Ï^>'[¥ƒ7  øDÜ0"j‹‡ô"õI°ph  Æ¡ œÿ° 6Qúú¯þ- é{}:¥Ñƒ£
k-?÷Q[Óíé7¯  Ç ÿ¨QxúûIss›› Gæçû(r)xõ¶þ(.ž-žý~ò"ïú_ ÷¨ôûí¦%ÿ¥ÿ´1/2"ö
è¡$sÿÒz¶¦-þÙ¢íÓ4
SA{i6 JÕÃ
a;0•"   Ã

a  ì0-†f  †   †    †  Å1  GeÃ"      ÅïïW"      &*  L!  p`ƒ  DA,   `"F"""?ÿ-Eg*b›ÌÀÁð¦°0p
'Ñ
€‰ŒÐ9€0l!¯B$  ø@@Ê  9Ú'-GR2   (c)  Ñ  óqÌÆa  b›F¡
p‡ß"-Ÿúá;(
p  i"
œ)àØh  À  6  ø@  ¢  Ä¨'  ÄC  ,!"‡:  >    Dn÷ßi¨$K  dcœr‡~  Â{ÿ§þ¨  ÿóS5
9Ð§¡§  j¨  0Èq×
:`Í¬3'D¢    Ø`"A°e¡"~4Ô¬dÈ)ËöH9  "/àÁ   "\Î'Ò"ÆC  E.t  Ðïé  ôèÃÿßA7÷ûî'MáÚ,A
A  ÃBÓµCNð ƒtöô"A
 æ²5Æ(r)-þß_¤ÿ  ÿóßzH
é7÷þÝ$ßúé:NŒÿ×ú_  Ó  0ÿó>›I'ý%zoçÿªOó"÷úûÿÿ·ëé?íÿÿ¤ÞúU¤÷íÿ¶·7ýé]~-ÿõ¯¨ÿÿ´öÒ߯  -"  ßû
z¿ïÿþß  Ð)Œè  ÇßŸ_ßÒÿøßÔÕ¨ô¿ëßÿÎ¨-û¿é3/4-¯ÐÁ-Äq"  sHwÌâÛ¿óÞL}ïï-*÷ý1/4wn-Î1ß^ÅÅ_Ñ<Éçÿ
 Wÿþ§¶-úé  g  ]ÿâÛ¿îû~ß}3/4S´  C@  Ês°ƒ_ÿÿ1/2÷  ûêát¯Þ1/2¿Ò¨ïÔØpë]8OAï
Õñû}è  ö-Åkëß-íÿ
ÂZoÞD.D
mÿuÖÈ8J¿ÿ3/4úÞÁü+O_ÿø¯¨öú¶A+
õuÿ÷†ßÿ·þõ_    ^ÿÿ¿k"ÿÃ    tÛÿûõߨ_4ÿ4ÿóÑÝ^ÿ7i¶  ÿíÝþi"oVÁ²
"þÕ<  -JQêß]ÿ¿úþþõ  ÿ°õÕ_õ"†Užþ,"  õ  ƒ(tm)°¶  äÿ¯îÿßõî›õÿ¿{ÿo‹
 +ö$ƒ  ïþÑÏŸ-ë    W÷[{w  öþÿÕ7"o¶
9,ý?  uÂiÕ÷Ýÿ°  ¯ßÿq"ò  3û\¹•  þm?ß"~úëÚÿÛ°¿*ý×3/4  "ÿÑîø~-ý7õi.ÿÁÆ1/2o·wÿþëíÿÿBÎòsM
úéþé}ÿûkWîÚV"  Û_ôß_W  ÿJ"ÿµö  ö¶Â[{dEzõëíôÆ1/2(r)"êFuùNðkjßì0-°-{
%~é¶uÕik±ý"1/2ë¨¡ÿMô  wÛ§†  :  ‰0e
ðE
B  l  $  ‡  !g  ?%¡†(Ð+"ÏÿÃ  Øa&  KÕXa+  S²û,(pe  $_Á,K¶  †  †-ŠCMb=¨K°ïµ¹°¬ŠEŠb     f
É ¹Ð
Q@"  è]ÅE  !

'µÈ¨¤KùÜ'ÿk÷kÃ    ª"ÿ"Ó_[
ßçp§...¦Ås
*!q    ^¯ƒ  """"Ðvƒ
 a4  vƒ  "B""
!
v  A(c)ì&¢""""""""$8DDF?ÿÿÿÿÿÿÿ(tm)V‰´óÙnDZ†u      ò1/2G  Š
D,  ÆÆWS  È¤  rÞ"o6YÿÞ1/4...Šbe\  2  E  dL9Õ    ?Á  J¨Œ"\ÿÃ*;ü
ñwµð‡é"ƒ    0ƒ!†  ó²¬C•Å¢°Æd      (tm)    yÙ$d[Â  þ
 )É  DûÒ/›"Ó  ?¥_ÿ°5XxA  C  =tó£'    Û"6þ>ÿ  á
ø"ú  Gÿ  ÿMÓÂ
Ðm  Ýnëÿt›¿ë;¢5~•÷úUÓÓÿÿÙ¯¨ü  R  O(tm)@¯F
÷æÈÍ  ŠxŽ
 30¦,(tm)Š¿œ  7ñqÿÎ  ¬g\Œ3"u  ÄE‡æ#3É  (tm)ŠFÄ/ž  8Ê"    Ù+nC    E8Ído:  ¬S    œÎ
è<‹<
^$  h)¯§Â  ì•ÄA  ŒÖ2
Ó4D±    1  £83  €0,B       ',(¨ÊK¥"  "Á
a?uÿ    á4¿_¨ÿÿ"  A¢!  ¨A  a
ëê  ¿>  Pƒ0@ƒ
Bfd  `ƒ  0A¡,v   <!,  ÐÈ¨(tm)  )ò.   32   A(tm)  &  ²(  C°L  ðƒÂ
 h(&  ƒ  Eò!±G¢NÚ      §¢P>ë}Ñqt[äòÕ_  t¿û    âÂ  -þÔ  Ý¤-  M=
Úz

S‹CDŸ%  Ñ;ì'ÂziÅÖ±&í  "äï  ñËî  ÷Ð F'
Eâe A÷ðpr-,r}  -R  4Áz"(tm)í°µí¥¢^åÍš£Q't  ‹ù¦  ƒ  0P  ¦  þ  Díê¸lM"_
     6
OÍ  6  :'6  LÓe  ~EÏ  hç;    0P‰äNÁ¢~Ø-    æ  ›  'Áƒ#æ
Ê¹§    :.Œ    A  `Á7   f-‹^3aC"
  Át  pb/ÓúßÅ
P‹ßÿ±Z-(r)`Ú
  ›átè  ÿ3/4"   @Ù  A  0M¤    Û  6,
Ð‹  t  CÂxOAÅÛJ      6
   t  6  '@ƒ°ž  ð   Þ/N..,  EëÓÕÒÓ·Uõ[¥ÿÒULTC§IÞ  &ÿÒÕöïH7
]=>Þߤÿ̄ ÷ ̄¤ÚOMÓu¤Ý  õÖ  Mð}ˉ[(r)÷õ¿ªï[ý=U¨utß]=?nêãªUÕu¤Ýi  ÿý}UÕŽõ~"þõþ×¥ÿõ1/2rB
Ž3/43/4?ê^1î-Hëô_=$,
 _Õãÿ¥úí¡ß"×"Ç1/2=Œ\1%/ÿàÄè;t éÐöû(r)?ö  ÿåLk¹
%v-  ...ŽD  ÿÕ  ,  ïìõ  I$|ø·ÿÿ¿î²  Fú ̄·þ¿d]2  ¨  ì,  6õA  õ×ÿÿÈr  3/4  ~3/4ë¿×ß{ú¥t3/4ÿ§ÂI$Û¿
ÿÝ  Ý0ø">3/4ÿÕÿÈ‹ì ̄Šÿí-X]ÿ^÷þÁ́ úú¹šï¹Ö ̄Å  Ï ̄_ú.›þ²    _¤(c)ÿœoý  {(c),
¥Öÿë:  ønd    ?ù)F    vÝ  "1/4Ê?üêÿ'á_ý    @þëÿ@  ëþ¿ÐNé  }ì  ,
"ÿû"úú*"ÿ ̄û÷^F  'f,oüOÐ1/2AßÞÿ÷1/4  ?ý  3/4-÷Wý.ïÚ3/43/4¿ÿÿA%1/2/ÿ¤ëûi  yí›ïþ×ûÍáò£z ̄ò°Ót
CÞ÷¿þõ ̄ë?°þšëï"Þ¿×  ÿÕ ́¿l"Ïw¤ªšKKÒ¿Û
ÿÿë¥×ïÞ°ï{ˉ õ¿(r)-ëzZZÿÿõ- ̄Zûuo³°ð ̄Ú÷kõ  KöÉ¶¸A&  31/2N(r)öÿd-Úë¶-ÁÁ¶"ö1/2Ói  (r)  õ×Vû_ý
¿ ̄Ù:/¿×m\  °¶þ¶ÿ̈ö  -¶  íó°ŸØV  [†  ì%¥"_l%e  ñ,tØ[
ÁÃWíûV  #ÖÕÕ†Q^Úû
a¤ØN  5mXe  ¤Ú_a  ',i}¥¶  a"›    ÷'ì  +
    ð/
   !Áœ    0@Â
&Ã
Ø0f
13'!  €Øx  cö)$ÒLÇÃ        Á*"áB°ÁOƒ ̂-
0(r)
 1  "    ¢'
[¶  [VÂl0X`"
%#'Á›    %
¹  ÈÀ€ ̄F9
  8  Áµ
+aa...†
("%ƒ  ÁHØ1
    °ŒTILàÑ‡    fðD  0ÁZÆÅ+  1/2‰oÓb[þ  ö  ^×  FÅ!\  â ̃õ±Ø-î%¿ˉª¦30\ø@@Ø ̃pØçqLTS
  Ä/Ø-úké‰‡  Ç8áƒ    ± ̄  Å{L&  ´Ââ¸ˉ ̈"kpÓí0ši'GA"Å£ˉ ̂•A,[ÃM%M
ê̂ƒ
ƒ]s@[L/ÚØ[A(c)Ý0§tÖûZ3¦  ¥<  ÖÁa"×L/^¹œ-  Âa  "        !Ã
¥S            IGÄDC  §,Oá›uÄDE!    Â5(tm)    2
pƒ  É
  q  õ@Ì
ªÑü  !      ÄC    Áa"  B$ƒ
  ^^^â"  b1×ÄhFñ        DDDE!  ÄDqªAéÖ'××^Ž"×Õ$ŒªÖµô¤Ø
WŠ;-  (tm)nP  0D>É ̄p|i0D;q8"  ß1v ̄Uý,DD\F?äÛ̀ ×  æAr(tm)    *<""M•b  ¦M...  È2ßÊâÌ(r)@\‹(t
m)_Ah"  ;  Es0¥pËëüÿï(c)  Eß³"  É  ú²  ùØb¢y  C>  í - ä  ;¦    'Tù\×
@‡
*3%"ó¸È<"  ¡,  ±P†ýÁÿÓŠÿ_õcëõÓL  ü|  ¡ ̄Dù~KYF

Wÿÿÿø@ÿÞÿÿ;-  \¤Ddÿýþ-_}×
c/  E  †  62@"`¥â,!¬Bø"
œ^0"¡+"‹  ˜% É  3³Vs%&A
¤içŒÒ2X3XÎ2qIP"€‹ˆK|ÿ"
•'#3#(c)dS42  Mc1"ŠF
d
¢  È žyšÇÚgÑ    F(tm)Œ3/4u  •ŠH  Ñ‡å
      #[ _B,×  <!@ƒ  ~ƒÁSÓMH €ʃ    ˜‡...
œT  D  <  0A"  "  Aá  P!N!ƒÁ    ApÈMHY'€̂'t
& t  LÁ
Bt    jH#    °
ƒ :Á  dà    °ƒ  =ÚÓ1/2µ!...'    yÁ:|z#$ôJ>  (Äœ4J    ]  Àz§éÐ^ÓM44Ñ  ì†Ë¢<‰[Â-  Ðiá4ðš-(
c)î†ˆÙ98Ö  é§cÞšd6sWTJ  wH<'ðf,".l2Ë'éˢšnz4  8f1,'‰Íç<  AÐAù3/4  >l&  .l‡¢á†Ypgä\Â-ô\ÂEÍ
Fm¿  @Þ‰^%ÇDñ¢|Á‰"/Ø17Q}"ú69˜Ñ(c)5sN¥
%\K  DØÑ>xe-7Á˜¹sh¹¶‡1/2    Ø#4
6¨Ÿ6w¢qØ.)  Ú"úAÄ<¨¤Ù'  ...tä"H<1  a›^Á|"A8¶,i  ð›ÐNjÐ ÁA  Áœ¸@Ú  6Âq
Ât  n(RnƒÚMÂnƒØ2tƒ80
ÛB  ÐA´  owt  m¡"¤,
‹ šát  }[þ-é7]×Oté6ßOCÂzoIé´Ÿ"ÒzøO    ëë¦(c)  ÿTÒ¿Ó_^Û
þé²ßOýÒO  8Kÿ_µÿÓÿë×Óé%°¿IÞ›Ié1/2~žŸVÓ3/4úÔáwú1/2]ý_Z[!53/4-ß°ÿðtÝh/OúØ'-Ðÿù    Þ3/
4Åoâþ¸þ£_  §˜Ë(tm)  ¬u_ÔÕpÇ-
    ÿ×  âÛ  Gâéþô-˜Òi/ÒÿþÈ...ƒÿü  õûƒ-µëüŠ  }ïÿÿ  äX?úò  ¿öA
?üd¤L˜  õý·ÿ}ê+-ÿ²
)__×  ¦A  ï×ÿ¯üü°?ÿý...ÿÕ  zÿ,{  ÿò  ð¿ÿò  rÈÁ  þ3/4¡÷ÿÁ•
    {ûþ<?ÿ
?o¢ÚÔ‰_ç
ü/ÿœ!ÓôO=÷³˜  t$<Ž;_ùöjôK<á_ÛœPöÿù  þ¿ÄÎA  ÿÂþü˜=t°ÿ,(íw^ÿÿý    ÿ˜ "˜üOTÿ3/4BÿF#Ûþþéi
    Ðoßï  wûû__þÎ_=íÿÿ¥*ßÿkÿúÛÓô•  7ôâFúÿÿ  ö¿  ÿéíÿ}_°_ÿöoÖ1/2ëJÿú[
=(r)ÞÚÿwý÷"wý-ý¿ýÿRï×3/4Ûqíþßm+õ°µ1'd...°Ò÷
ö-ý"{oûv¬  'gEuÙ#á...ûm1/2ô1/2×o^Õ²k_ûwÞ1/2  6×ã²-ïé{"íÙ¥kf-ðÕÂ^ÂØ-¶  [†  0›a  ,ÛVÒŽÊ.É
ÿl¢°¬K{
&ØKl  cü£²Gd  VÂ}COl¢†¶Úm...†÷öHí‚ž°¶i0ÕÂZ"¨µDY&a63/4Ã1/43
"&  qA  ,Àb)‰Ü-ˆLgÀ†(
`Øš  ,    lL<  šeè4¯a&¯aO  ì0PDK  Á,l0DÜ"ÕÁ˜  ˜Ž  v4Í'C1/2    8`"
    †
    ‰°`á-"9    ‰°€Á  @1/4  q"    †ãŠ"@BjGìù,"X6  áÁ"  ˜l0DÜ"Ã06
À¡'h
,!rÇèE°ÂFb  Ñ-    ^  Šb  -é...†˜[^×á"ñ    ±[lS  ŽÄ&+a    Áa    cccö+ö$ÇìUl...{Tà  "
Š[b¢¢¢¶!1LW¸ao±HE(r)ö  4ÂdÇ[)Ë  ¡Õö  hA"Á    !  Â    `‡  Âi Ál  L"
°Á  Ê-
    qúa    0^ÂëäxdB    Pa82)
€(tm)B;^Â  Åa5´A  °i,i¢  ˜_µ  R²(tm)  A,    HLH"    DDG
    dÄ  Ý"l²L  °PEB#  ^^^^†  ˜€DDD{        ÕW-  xUÂ  ,(tm)ÂÕpaB‰\Ö  ÿÿÿÿÿÿÿÿÿÿÿù·$Îéî
õS¸5ZuW2T^ÁsQ'òš˜è  2  *H˜¤¬6  EO;J  &¡_C  ¸y2Š(tm)"á    2@`øÉÆV¿˜Ṕ^ŸOj¨¨ïÈ(‰"  AÃ
ÿ?>Ÿòo,  Õ  œœt  76éTNÚ.èž0Ëæ  ...þ1/4zzÜz§ùwA  tÜ'

ë÷¿êÕ'Ò"É#Ç-&éÒv    Î?ÿG  u  "
"  (JÈ¥'ë¿WÈXpD  +‹×Ý3/4ÚNEF  ¸ì+Õì&  5        áwZ}  Oÿÿïü  ?1/2i(r)‰;%onõ˜ëù|Á›

:õ3/4-Ûõâ£  ~šl    A   Dæ
µ÷-^n,  ˙ù¯Þ×ý.i°g0[  õ·°
¸Wë×õ   ÅyP÷ŰO]ø‡×ÂwT>-Ò¯ÒîõÖÆ-¿ÿÿÿõ_ÿ'·úpÓké  ×÷§õJ¿¯˙f'€3/4-á<  Øÿ  Y@'þá%ý|[  ô¯^‹
ç  ÖE  ã{Å̈  "úëD£á!øAÒü/ý  ú1/2~'þ3/4èÈú
Ô[g  ]  ?þ  wÿÒõûô¿Iëþ́  ÿÒÖ×ð•_Ó¯þ  úÿÒÿ^¿þ,4ÕëJép3/4'þû×ÿ~(r)Ú_¥Õ¯ê-(r)Qè,×:°¿áraÿÂÙ?
kê--¤ªÃRyXa  #Äu
    KNÒ‴Ü-"ë  €  ›  Á,&äː  ²
      ž        ê2€‴¯¯¯8¢‴Í¢́â9m¥
M  "   á"  ŽPf
ß±[    3/4õ
-Z
ÂØHEÄ|lV"  ¶+Öíl  UÓÓL°i"SŠÂ  ÂöfA...3/4ÖÁ  ¢"‴‴'¢*‴",!        cT¿ª^ÿÿÿÿÿÿÿòmÑQ  S;V
dØK-åAⱭ"pÂ
œ6    `$...Aìþ\  AÇ(sŽm"#fá    L¿  Ùd4   t$œ>f  "ú   \4  5U"
    OHŽQvåæ  7Á(tm)^1/4G¿DžîŐ"          ¢áç   nƒh  ÞûÒàÍ  @ÌE
    pÍQÄ<Ï9žH¥Œ
ßIÒ÷ÿëzú  ÿß"  N"ö1/2ë×ý"KÒÿÿªʺ̃ã×û¿¥¿ýÿÿi  ÿ"ý  ¿ÿÿÿ¥uoûê8õ¯kŸü  ÿ?Šý  ]´3/4ªÞŸ  üqÿ¿È
ub¸ÿõ‡ÿôlëÿ¥ïêͯ†ÁÿÇ"ÿòPÒõüÿä:?õ  ÿ9Ú¯‹Æ³£·k†ü¸¢\ÿáéz  6þ‡Òÿ;  ü
ðŸÿÿa'é÷·ÔNÂ̄¯ÿ¥þ,×¿ÒÕÛŒÆÿø¯Ÿêþ-ÿó†ßqÎ̂¯ÿÿþ°Fjëÿßþ"ÿÿW]$>¯þ•ÚKû¯ý÷Wš  B
3/4ÒÿwüèÈ‡uuþôê¥RÜ¦      *¶  a"‰ ‡Ä  D&
Ð_}>  ÚÿÃXjÚ-
Ž)Š"_`É  £(c)  :`Èã́  ÉÁÏ†Æ)Šbª ÖÓU¿ûñLBý¦šàÂ   Â
    ^̂û
(tm)VšÚ
§§:
0¯K      Q        ¯Ò(r)¿´1ÿü›•(tm)6$D&Bd  ;žKŒf  ·   à¥ÃA±ÕŠR  x@   š  äâ    ª ä<°>‹ä|Ž̂ä
}  fc)  >)8Ê  É      `ƒ  0P    Fj$Â×ÿÂwò?  n""

;°ƒƒÓ b
    O  L-³F  h³j  ¸      æ
Ó`Á    û"Ò'  ÞÒ¢í"]µEó[Fö‹mš  ""Ó¤,o    ÉãL'3Ô  0@Á  @Ø3R
    '  zy±Ðm  óâ&ÒßÿuM÷¥ÿõ'O*¤:MÓcU(r)5N,Î²üÿ¶(c)>úWÿ"ôÝ>-ëë×ÿÛû×t(c)¿Ò,#ß¹ïm%wô°z}
Ý/[K¿ÔÿÒÿ¥ÿÿÒ¤•¯¥÷ê3/4ý{óÐ÷°ï(r)-~  kO  {Ý/×î"÷û  °íÕoZVÿ  í¥].-ÿ¶  /µHÝý  òÒíBëßÿßö--
OO±I{at  *ü  }(ýŠ‹ß  @‹ä¥ø,}ö1/2    Ð  Òö3/4(tm)¡íÿûlUõþ(tm)
    .Ù  >O3/4~ÿ×H  ýógþ3/4  Ðï÷Ñ~õ°
.ƒ{  ïo  ›  7¿NÚMít    S}ÿÓlœ  ¨ª̃õ®æ>¿1/2ß3/4ÿý{Ý1/2ëW]'  B  ëíøÛ¯î1/2ñîb÷¨ûÛÿÿíwÿðl}û{í
3/4>•ûª¿vÿ_Ë¯Ó  _éoý(r)ðp}Ò*¿Ôÿ3/4  m-±÷^Ú]íš¯ÿ}µïöm]  Ý  ÿ3/4Úíö"--}¥¿u}¥¶¶¥
{¦GDv  ò*  ƒ  ´ÉX6GNÿûa%µnÚ    0Ò£#ƒ°Å"R  Ð  $
ÅA    ".(c)6+þ        =È¨#    %`ä˙D  @¨¯äó0-w÷Úß  ×ö¿}¦¶  Â
i¢|Â̈#är    Á  ¯¥¿UL-Þ¤#
Ða  h  !  ÊL    ^̂Ž"‴‴‴‴"#ªýGÿÿÿÿÿÿÿ"rã+$vS  Î-¤"n'ASò,YlX¦#ÀÁ°‡"6
-  ‹ŠŒ¡  Ñ    ·  Ì‹b
Gx3y@Ê
 Š̌ã¯ôGÌ2<q-Œ
|R    ˜
    Ás0¤0äT  ¨̈ æGEã̈ÐÎ  (  ð...Ã̃    Ø`ƒ  Æ|)
    þ†x(D"G¢l  \|ï  /›  l)  dä\dã
Ðg,"AÌƒÂ

56
N ê ê
   ðRá° ‹C   Uáÿ
    ^´
;â- ÷èŒqï"Hžuå+2 ¯ó^ ¡ìwè?T4þ ¿ò*O÷¿{1 eóï{ £‡¶EÈÆ
NÈ!"é!ÀÏ #(r)Sè r,EÎ
Ä __KÈAéí"pö'<HŸQ>aá_Óµ Ê"
   " ï³H0Syç iÍy/-Á,h¡f- è"DGÎ†Of5 3   s°qm(c)Þ"ÿé< -H?ÿññEÎg ðÜ Ý ffdú : :
",#äü(tm)"äžG^^ 'çó}:wpýWá¿¿vž  Îú¿Ã †ûÔéûKë§¯ÿÿ¤çz Gâ^ú0ô nøN"Â
Î61/4>"÷þ ËýÛ_÷Õý1/2{õ{÷ÿÿ-/}zÕêÿçaH"²"üñš‡õÿÕÕúMúÝkÿíÿÿÿøú(r)é ý[ñ̈ëüãÿÿùÝêþ÷1/2¯¿ü(
c)-t"\Êr$fdj A›      Èf˜, ä^
À‡Å
  ; AfÁ0f"fHË£ÌŽ   #¢9ç   )
Î
¯ûêÞ1/2çw×OMfꞥï-ó"ÿÿÞî¿ý_ÿ^°1/2¿oîÿú¿õëj"  õÂ
" (tm)
   4
   `fPž ÓÂv¨4 V¯M4. â/     Ý"þë õ{öÒëÿÿÕïÿèÔÚ́ÿÿ yÿÛõ}ýóÐÿß1/2
õô÷ Œ"' CN4 z% J t\Zp‰cDð %
'ê'ïúÓã±þê"J-ïÆ†Ÿoÿïï÷ yÒ uû_ñô°3/4ÿúÿím{ûéÛú'€Ñ?̀Èù¢~Á'õ œœ ÀÌ
      É     Ïáž€f œ0†ž m, ‰ 3f üÕ ŒÎ̈ÿ ß°}öÿõÿIÿñǼÿu¿ÒÕßÿï]÷ÿ÷û̈ª uÿ¹ qá
" a
A ØMÂ
Âú
,x¡Õ
Ý7Ấ Ïõð-ál?õ¿_ûáÿÿ ÿßûøIÕð^-~5}Õûþ;ÿÿû(r)µvC'¤é=7MÖ•×¯OWU¤×]_ÿ_\‰¯î°ÿÿ(d)-îÿ_3/4ßÛ
÷Šb_¯wÿÒé÷ÿÿoJÿ_$]Xaúz1/2Òzÿ}±[§Ð° ã¯Õú
Èsÿ×Ý Û¦ ýfð-"õ~ ×è-/$ ñÿ*ü yïßÞ¿÷}Å›1/2Ðêûøÿ‡ 6-ÿ"ÿÿØoøû þóPŸÿ-Höÿ¿@^ñÃ
^ü óX.Ì́ Ÿõ?ÝÕo¿á>3/4ú ÷÷Ú́   ÿÿÿßì,Sÿßÿÿÿ CïkÚ̈ÿ|-}Õÿ ¿ï'Uþ~þÞ" ßônïþ¦Õ ~Ðëÿa1/2Îuÿ
§ôLr°ã...ûs V³ ÿÌ¤ïÿü?_ÿ~Þ ¿áz íÞ•Å û¯nïúó ú}úí-þÿÿuê Ù Ì£ÿ°"Gò²^õÿïèïKÿöû°úÝ{³¢ÝṎ
þpžßzöáwûwîÎôÇÿßüzß1/2G÷÷*8oÿÿÚ̈ÿùK¿_ÿÿÿÿ# ûûÿ1/2'ÝÕ?ú6 Ï¦} - Þéoõß- 7ß¥õ-û[¯í Õÿ
Ýþÿûü,ûíÓÂÿëÿÿÿXøö-ÿëçÿBþ́í}û ·Õþ-äÕíú¿¯¿Ûd °þÂ̂kwõÕ3/4›Kÿ÷¿ï[ýº̂m_ÿÿ¿ý°íÕèÛ́!Õÿÿï µ
ëzöÿû
ÿüKé| Oïð °Ák†-í>×÷lè1/2õl‡ö¶CÚ̂\£ö Eðk ÿö¿ö bïJÕm ô¯Ø3/4ûÛ̂^î×µ
...í¯Õ "ÿo|øÿ<2( ŽÁ GÛ D¯6(Ì s .|61@ ,

   ðh·L2Gi0ÒÕÖ"́á-...¶
†
Ã̃[ L"‡
†

ù=ÿÃ     Z_ì4-àÁ-f `Á$ A÷ïÝ-"B     A,GÂ2? ,¤ÈN#Â
@0f "4 !" ! Hú P!, ‡
û]xaw xa; ¶¦ PàÁ 86 á,"`8fÊE"Á- ð/±± Å   ...±´æ€Ã
   Áœ Á , ˆéf 0f 0fb   Š¦}ŠU C 0DIf6
›
Ù ; ÆÅoÿïÂ[þ
ßÃ

y!Ët  g  0_<  V&     Pb  ¶)Sb¢¯¥i(c)
ö  °_Å}¯  Å  µ1/2a"×ªÿû"Å¦¿zi¯r7M3í?ðò  Y¸Î"DDDDDDDDOãk
)á5Õ¯  û
wA,|   P  ,  t .¶  ÿÏ        (r)1/40¶(tm)X  A"  !  z-Ú¦  ƒ   !              †  0ƒ#
   É...
cbBÛ¨ÄDDDDDF"8^˜ý/ú¦GD|`"^§bÊ²å°g  ¨Ê"vS    ‹ÿÿü›-³1/2Qn(Î†'8Î#ì¸9'/;$È²2UæABšÅ4dtf  ˜
†ÃA  Ÿ
G
   ƒ¸d|  ƒ  Á
eZ1žF^Ô  Ñ²:ŒÞq-Èá4H¨†2  M  8        -8

"ÀÜÀ.f!À¦
BÈ  h0!À`Î!   5  #Þwüi  dã6  "  8p  ÜAðÐ;Â
ü,!&      z  "Ô'ú÷Ò÷ÜC@ë_¯(r)"   ò  ÞèžC'lêÎkÞ‡¢1ÆŸè"^¥Ù>ƒ7°˜‰  /óyÿ_!
h  Ä_Ç·  rþ·ö
OOæø3  >dø3Qƒ1  g£A

   N(Ÿgó|ü|ÍPDçžgú  fh¿`Á  #æO @àÎDÒ"  |  Ý  -·"Y"    '(tm)(tm)<g"´  ?ýç3ÐAÒ
¶ÿÿá¿Ã  Ÿ3/4  >íÐmá?ð  BÛÓûý"õÿõwíÓþyšÈ¤fFL^~    ¯]tÚÿÿûÿ  3/4-õ3/4¯î"
›ÿiý  ýwÿïÿ´¬,Ä2#  b HÐ^b'  "'±,
¸(tm)  Ñ   A'"^  e :#(tm)ÐÎ  #b  Â  (tm)s00D.€ÿ]}(r)-  G-ÿ  þÿõ{1/2~·ôþ´û×  G1/2  ÿ×Uÿþ
   {ù   Â   ÏÄD ;  ×"úh7Pƒ·PƒÂa
   (c)"ÖBÂ      7õ  ¦÷þþÿÿµ¦ú¬¿×"¿}oÿÿ´ý¯_ÿõÿ
šñzq   â‰o¤\0Ÿ  IŽäžÈÇ  ‰oCÐ¬t-Ÿ¯WŠ¿zþz-ÿÎCö;ö×Þ°¬ô"Õw¸Ùì  ¯÷  Ç?×Õîøè›´OšÈ  GÍ•  O
Ø2_
Ág    :  Ù"A4‰osžâÈù'2
ž  "  ; A¸ ð‰o[bkÝÔ+ÿ·Ž>=ÿÿ_øÕµÿ48äOÐÞBuãŽ¿  ÿöTä      ¤  6,  Î"  8‡A  ÚwêÐAàÆ  6;
áþõ]:O@  °a  ÷¦¶êÿÿoÐõoõÇ-1/4  ïþ  ¯¸I]ƒÿí°í¸1IëZmiá  ]\$Ÿ(r)¿-&éõÙ/´3/4àÿÛ~?þ;8R  §ðo...ÿú-1
/2'k¦ü‡  ÷¿dBÅV-ïÕ÷õÇU]{¿1/2-FÅ^"×Oêì‡§W_ÛÿŠ
‡  û!Fb¿¯"ßd9aj    ²  ¦G  WÇ×ÿÇÿ'  _X  ~ÿÇÕ†1/2¿ÿóvƒ  °}~ÿÿ¸aÎœ¢áx7É  ¿oè7KWÛ¯  ë¯þ
   ÿÿ_ÝVæ±=¸æîßÿ5"IÝå@¯
ÿëß#
ŸôlNä"çÿÿâ9ÿþÈ£'uÿìæ  ÿ¯óƒþþžÐÈ7×  ÿÿÓ‡ü¯k6/ÿ¿µ
ÿÝ1/2_úöÿ  ù,  Ñ•ÿÿ¯k̃ö¢¢ÿ×ÿ  a"Ý×w1íúí  ûo\¸Õ÷Ýÿ3/4þbým\ú  ïß×ÿè~¿ÿÿÐOÿþ¿-OîÜÛê>ÿXûe
Ò̈ißÿ×ûÎ^?îÎ(c)þ?ß¿/{¦þÿï  ¥þÿÿOÎ  3/4õoÿ¸_Ûÿ  ö÷Þéëmÿßöÿÿëzÿÿ3/4¿{íûý÷¦Ôêõ¿cï^-ÿïÿï¿¿ý÷
Û¯ú¿z¦ÝÓ3/4ÿ×w¥ïÙÑÔ6CûKl‡÷e
Ê  ¶Qvt_ý...][$v·×ýnÕµÕ÷øð-÷iiwû}  ÖÙ
ZV(r)Çkÿ"Ú Õû]  JÒ[
Ø^Åö  ì  ÁA  8#
x  l/(r)¶  "¶  á°Â  ¶   ÓÄI´·×WÁ~Û†¨   BpÅ¥ì¶  Û      °Ò´•á"¿R$)"  9†
0aJ  ;KÕøá(c)  Ó#Ä]}†
        ƒ  `'0Æl  q±§±ì   Oƒ
       R   BX(tm)Ã"¶)‰  1/2°'
 Ða0@Á
"E't  "é     0D/A  @†l$ŽÅ   œ  Rp@DN#â
œ  )˜$  ì   l¯ˆNÆx6
^]"  ¤H;  "  ...EDA±±\î+kÚ...ì  Å  Ô/ö  ]X A
Ò-8¦*ßþ  1/4Ã¯\Uï±Xb   šÝ/÷aLëÚÞ  l  j°Ö  *pÁ    D`^¶·pÓB  B

'p"muÕLá =2"rƒB""
Œî o†
a aSGA"ˆDD ¶-0¶ ò\b
(tm)pCˆˆˆˆƒ;M@a ˆˆˆˆˆˆˆžb" ÌÎ¢1 ÿ-É ýãÿÿÿÿÿÿÿÿÿÿÿÿåš+JèŽÄ¢l"dX¦N)
åq!'0-ÿÿkÎÌÄ0Ž l'üì
W\× y

...ù !°¦Áƒ0"€^JÁs°âSz(tm)~J"ïÑ'[_Ü<?¡û ¬' i `Á4ÓàË÷e
]"ïÇÿG ?ƒ CÎ± æ ¸8ƒ~ý ¥ ý?÷ó q¬Ô""X2C8>ÎÌÑ ^p¶ÿÿï dÌ² óP"
h!@§ˆø"2 f "

i"Ècò0C¨"â- ð¤20! !ƒ) PG AtB
/ÿõÿæÅ3 Ü ØAá;ÂhziÅ""Â ×M _×1/4 ú ÿ"4J þ',n‹‹8é‰±¢| 3 .mžŒ
ÌôF8Ý °Ñ(~ìMtO @ÑC bâ {·ÿ÷¯ a
iÐ |"ÍX0H l‡" ˆ8a
@ƒº 6/
šu@ƒl£Ê0ÏS 6 ÿAê •Ã Ý'Òá[¤ öÒ"Ü
§T›ëIøAÅïëH? u"² O¯v
'ŽŸIêÿÕëõwÿÒ}&íÒªëoÿ d ÿux¬U¥1/2ï¶"uÿôäX3/4éÞ "G ßþú¥õÓ`ÜèÿW{u-
3/4ÿþÁ (r)øŒ ;¥úÿÿ(r)w7ÿï9ÃÍ@î¿û^"ëý ¯
þÝÿñ†ÿô<?
ëó
w(c)À¿ßú.ŸõFQ~ý×"ô¿ì-¯ýo~ß_þ¿ÿ¯H/ÿy Ò¯ý ý ²(r)›ÿº÷Þ×ý["ÿÕý/ÿÐ[ký÷·ÿÁ
ÿÎ ÿ1/2^ûÿþÃ^×ÿÿúþÕÿë÷¥ÿ÷ÿ¶"-ûi7þÈß¶",ý"Þ·þÃ ƒƒïÒ² ÃKíuúëö- ÷[Û$]û cìÒa"-5¶ÕXe .
..`ïØ(tm)îûfnÕ0ƒY á 9¤µx^ `ÛXaW`á,žÂ ^( Á Dðž
¸Ø0J'p``K Ã eÓ
-" : ç, ë4 #6 0ƒO VIæ€À `"T ê Ã ð ø1AŠB-u ˆLS_± @Á†6&‹Iù!}l/1/2(c)‡
â3/4°œ2 ì ì 3/4Ö Â
! d#ö ""øûì 8èHÒ a † ò+...,I"
Á ˆ2öU Á ƒ'X! ÄDDDDDF8ˆŠˆ Kê'è*Ñ)6(ÂUB£ àZ(r)
`- Çÿ-Bñ b. (tm)Dj Œ2Z)@l0!°" )@CÂ

8ÍŠ|R Sâš N
H Ø¥Pfa â- wL... a ƒUïõ ý8 qÿM5wÞ"
'ÿNýä#¦1/4Ó ‰ãEå Í Ï83 r€D| a 1 Ú§
ú a
ì èÁž€ ²| A,ô0ƒÓt-¿êÞ"3/4þž Máô ö-öéÒ¿ïIþùßÿ¶(c) ûÒ÷Y$KŽ·÷õ÷k_}yëº§ßJw{u!aB
¸¯ÿ¯õÞ¬ú÷ìõþé-þ-ý¥ ÿNôÿûß¦=þ?¶´úõÞë-Ì3 :ûQÇêÝ/ßûÒºûð-ûu,
ù j"
%Ú"ü{|nžëô-1/2úQ~!ï±\uwýÿ Gû¯°J=1/2¿ö-ÿ"-oý{
ñWüæ›
v ; (tm) 3/4¦çß?õo (c)pöö¥H>!Ò^ ~¸ïýûÿëæ°(c)÷ø^Ò}&ÿÝ/1÷í ô¿ún¯1/2èž} Öÿ§~>ß íïk3/4
Þÿ@ ý+_þpî¿¿\zï÷¿ KÜ%õ÷-Ý ÷´ÇÚ[}íÿõA ÏWõÓÿ ö?ëý÷5=‹ø]$ž×^ÿt1/2>ßÿa"¶öþ1/2"ìÒ"
Z¤-¤ÃH†¬1/4 ¡Ã
0@àÁ ¢, :ua¤ 2> Œè ÌÐ Ø"n

)
6(! Z~ý/þEA "`íÿ" ±U†š úÃT PP_Ã_émvœ0@Â Â DDDG ËßDF""#ŠÒ¯þÕD ü²

d˜§ey    œì¯0ŠÑ    ß  è-d¨ÎeI    o#a  Á
FÃE
¿ßÎðŠ  àB@Ï  6  Ö  >
        ð¡
Ú  ˜  ð¥Á¿ß;JÈ<²i'\  ìð=÷úxCÂ$þú  ‚ÄS
*X8=ú¿ëï"K Î91Á  2v‰ü·'  ÌÁ¯‹µ$äÜäïzÿïøxD<    dùÓ#ÐÄÅ¡¶¡
Fz  ?ƒdüóBß÷ÿëø"ú  GÒ{Òtƒ÷¤õtÿ  ¿ÿÿ1/2ÿ¯¿í/œ~-1/2  ÿÿü'~xÈs&s:²a'qšË  At¹aS  "‡dt]  ÞpŽ¢w
ûÎî÷ÿoõµ1/4úçwúÎÅÿÎ  ¨a2èŽ¨ölgQ3,  #b  Äš  A  Áàƒ:
Šfdk
   (tm)@¥â@"ælR.!x        Á  '  &˙!Á    v¤0¯ Â
  ˆðƒOuÒ÷¤(r)¿~(r)3/4  1ß÷•†"lPDH,  Â!        Ð  "ÓÿPƒ'pÂ  ˜A"(
ì&†  j  zmi")ÂxA"i"Fá÷^ß~û_~*ô÷÷×Pž  OÔ&3/4¡?b[Ñ÷~Ëb‰±
âÓÔ    Dc‚"v‰Ý  ¶‰oå  æCÑ(r)
  ˙`th¥Áœ¹<
&æ‰û  bàÏÈ  ¥¿¯¥xû  W±îŽ4J    á¢v0Èå  f_°Ì  'ö‰îÁ,  Ð m,3A"    N‹›  KÚ.l'#fiÑt`Á
"
Â
"  ÂBõMÂoA  Ðt  ~      ý˙¯  }÷×}vþÊ;    :    Å"  C1/2pƒxJ        ¶ÓøN,z
 ƒ±CA´ƒpžƒ¤õ¤-  TžŠé²n›éÒo¿ßÿ×1/2Ô÷îâð¨Ÿ(r)øZW *Wÿún¦ëéëö›Þ(r)ªµoIºzÿÿ×"Û´›ß  '
O""Ÿ"ÿß~¿ß}/ÉÐ_¯Õë^±"û  {  :Õ
3/43/4Ð¿ãâõ~ÿÍ  ¯  v¥ÿ    ¯_ëŽ*‚ŽÕzãÞ.¡"ü?ÔÛ¯ÿëßû~Ë¢>  }
ÿ  ¤;÷1Ûß*-}_|    ÿßo{ßÿR  ÿöA)Ù  §ÿÿß_šÏ5^"E÷¤u  }  o:ØõuÈX?þ‚_ø  2Œ  ×÷ë¨ÿÛðÃ¯Å¨¦
õþu_Ð  Õö÷ÚÔO·õ9
þö¨-  úÿ:¡×]u×:Ÿœ

ÿ'ÒòZ  ïûõ*´ÿÓó  öö`Ûß3/4Ý¤÷ÿÿ  ÿÿÑ´ÿÛ×m[_õü  7×!w‡ûK¿ÿÿìï(r)ëïþÛÿ
¿ÿÒ¯[Vþÿÿ1/2o#0úù  žÔ  ûÓ쥴Uôÿ}  Oößì  ì¯  V
ÿÝ  ïÿo{Ò×þéÿ¨"ÿûÿ†tM§ý-¨¶t^"|  O  ðúØaUzéÿ¯ø_vÈ{·í´6
ƒlÒöõ1/2vÒ1/2 Õ¯l'lSam+4›    ZVH›'ÿ†
v¥ÿn¯"‡l  )˙.  "ë  \PDIƒc  ;#§(Â"4-\¶(r)Qý...²  V  U´Ól  ì("%ƒl¢†"
  ì5´-@Òa"  ÂL  Áž  ö
À¬H,Ca¤  ¡Ã
  g‡
ÀÃ  ,"á"  B
Ì3Ø@Ð†Æ"a  ÚÁ  ´/a  }§
   †
   "%°‰Ž
  ²a    `Èâ  "B@0A±û  Û  lX0V
ÀÏ    (éŠ
ØH!*)ŠÚb(tm)
øLR  Ç  Å1^Âë        "A,
ÀdbWìT  `  ±0íŠÕŠØÿˆ[(r)ÁW  ÔB(tm)Å1\Pké...;¦  †  4Ð¨¯M0˜&
š
  ˆ^‰o!  ˆˆ˜ŽŸ  Âà·a;  Ó†  5*
)  "
  ˆal  Á4    0M2n(tm)í

°eÈ¤!    ˆˆŒ0ƒFŒÓa  a  ƒ((tm)Ç(ØDDDDDDDDDb""'#ÿà´p  /ê?ön

ÖeQ‹ï@°×+-(r)‹ô
Ÿ¡""ã¯ÿÿò¨D  Îæ".Kœ3Y  Ñ›É  $
xÍ(tm)±N¢
x    ÁÈ‰Á(tm)  åLD#  ‚è"  a
  xNÂ
ð˜AúzÂ  ðšhŒz$áè˜î%Ý  ¶á  Œ3/4ƒ2J.l  3õ  ÆtÃ‚›¨¹\è  £$H  p`ƒh l‡ š,
î,m§ ƒ{Pžƒi
¦Ø¡¦On(Gÿë
ƒ  ZOZO[ÓÂ  I´3/4ÿ]i:MÕZM×ôïÒ¿ø1/4~¿|-  ÿÿÿ_ëþ,úÿ§ÿê¿zõ÷ÿÿó(c)wõ¿FGÿ÷ú÷v¿ë¥ÿÿ_}÷þŸé
~×ï_öÝ¥žizûiyÕí  íÉ  ¥Ú¶1/2""}¥÷m.Éõ¶É&Â¶"a(a  ›`    Ü0S0]ƒ
$N  g8fÈ  0@Ù  X¦Ì  Š
Q 1  ¡±[    b  ‹c1/41M    3¶¶  †"jÕ0U°A"Âe
`¨"  !
ã"  P
  'Ô"""8ˆ^ŒEÿ¬
  ‹_  ÿÿÿÿÿÿ 1N!QÚÜd0B$  ê  S  fW0_‚ü¶^  ì¨"...^B  ;5
ÿ¦rS  t*RÉ°  B¢‚!  ...Îßà‡åqzÎÖÄ+  ¿ƒ  ¿äí  ¿ý~vW-ÒÂ  äÜœùXÑ·0BE|Gè_"ù]Z
ÿ¯ÿÿòÈ
  çq¦ÿÿ  ù  3R(F  Ìr  ¬tJþ  þ¿ÿþW  gD¦  f  î  ôJY  fò&
  Ãðƒ3  XC*µ  X  ÿ(tm)¯¿?'‡J  É  5^^3  Œ  H  §
  0ƒ  dTBœE"¡A    =Óõøÿ¿"e‚^‹‹Œ£3,À‡@(tm)±Mo:,ä¤d0À"
¢`@@Ñ  ØA¡ú    Çá
  ÖqÉ§%  P‰oû
  ÔÔšœ³D{ÿS³E¢  ê)g^îÕ  ¨  Fó¡  fdJ  /    (  àÌ  xCáA
‚  ‚  L"Ê  ø ÕtÂza  ‚a  Çbll"Ë‚'#õ3  äï/óN-  @ßÂ
Ñþ'
°  *¬"2V2  .
"lS°,ƒg2RÉi    ¡"Ëäs%  "
|Á  G    a  š
L  ±N¡    Å  Â  pa    Â  OÓCN8-
  Ç  cOtNÙÒ
Ÿ¨Ÿ¨œÙ  ²‹£˜ó¤
  Øè  Ü.‰$    °ƒi
ÐMúMÝÿ×%‡  Æk  Œè}ŒøÏ  ˜¤,0("
  ˆœ...(tm)(
  õÓ!˜EE‹Dá    ÌÄ(  A'    $á¡  A‚&  †øL'§a    Ó
œrp'+xDÐÕ"|Ñ}EÍš
  A‚O/ù  "    ÐÂxM±CAÒ~  Ò°ÿl  Ò}ÒmÕzõ`ƒÂ
!a
Bk  ü'"Âmq4B      "Â"-ƒ‹Ñ'z/
Ã00gä]    FìK†‰c
  8Ëú.l  .h  <    d‰o
    0H  m    ÝtÝ7\  MýZO
-/§÷ßê¿öõÿ¦Å(r)è=  'êñ-ß¢XØ-"OÙÓ  p`ƒ¢Vð‰o1/2  æ‰od†Á‰¹  d\Ø2_  `S    ô  @ÛÓÂn(A"
Á  Èz  a
A7
öéØ1nªéëë-'§  ô›úªn"Ú~øé‹Ç±¯ÿ¿  ûÙ¶‰oà4OóM¢  $h1/4  óQƒ¨Îb    Á,t  oë@ƒd_"      "
  î"°ŸI‚¡§ëIê  ¤Ü  é7_I7^"î"ÓÓÙpJÿ¯þ:Ž...k_  de¶B  :þ  á  ýƒÓ ƒ A´ƒÂ

ˆCÂ ô "¦þ(r)ƒÁŒ'A}7Âm/¦é'Zû-ºz z|uJÒ ~ÿâÿýÿÕ ßÿä VÈ8¿÷µÒÒ5
^ž›ôºûôºÒ §At-ïÓêÿ"Â¦ÿCªÔÂ^Æ¿n6Ÿëÿïò€Oÿýæ
õçVÿ
¢ :Äqÿ¯ýä ¦é×Ú(r)º ßëïîê:(r)¯ Þ¿ÿëx‹(c)-·ù ?´¿¯þe /¯ýÌK¯¿ëò Ð' ~ëý1/2ó9þ1/4v*5ÿ×ýÿÇZ
ýµÿK¿×ý2 ëö àWç
þþ"Ñ?ûÿÓþÿßø=f˜ _m-/ú*1/2²&šÿûýúÿ¿ß"×ÿþp+ó [¿Á•oõþúþý ÿýýÚõÿnuõÿoÿƒƒÔêñ×"Âd- ýÿ
ÿþr\á?ó"ïûÿ·ÿäiÿ‰ "ußׯý kÿk¹Õv(r)ÙÑ_þáoì%ì0-ö(c)ÿœÃÿ¿ëí ÿû__ÿÿõüŒÃ¶3/4D§*µ*V×õoõÿ
þ³ªvÈ|01/2¥¶ ìÎímmv Fšf#3D- ?"Âéß'{þ3/4ýúÿÿýíþ×µþ÷_[ëëozlè¯´3/4Ò²EúûiyGÛ
.Ã a...?¢ ,F€Ã lfÂ N(0"0DÇ
"Â"`" Å±UQMg
ëd$ïö¿(r)-¯ }ßÖëï__¶Cû¦ÿm~û$ ÚÚ¶ºÃ
Ø(
` Ø_a"(r) )Á `ÍŒ ìlT\î=Šö #b¸-(r)˜[Ìá0"~ýÙÑwþÚþ-ûíä?µìèŸá(r)Ø[4"°·kd ºm/† °(c)ž
L °` ²1Ð"%ƒ) @b-6Â-Áž ,ìQ8aŽö*ØL/ka;°\î ç€ƒ.
€ , 5¡ ÓÚÙÑtÚ iYBÛKØk¶gZpÉ-Ù#m{Kl&1/2šL0•°ÂPÌ
à€ ²7ž á"˜`(tm)à^E" ` , S àcb˜-=ˆ]É@L QWíl a,dÇ$:
Œ`!ÁšD
! öÚ°ÂpÖ [á"¬ Ð0Á" , ñ, 6ÁHÚDW(€Á6
ø1
f
0` ,"x28¬Q .Ä&*ðÄ.)ŠX¦+é,¬0A"á...A¡a ,¨*i a f'¤DF
Ù' Á˜ )ˆF`¹81;ŠcMŠ]ŠØ^Æ"[ Ås¸...±
V! ÉŽP€Ml e • 0¹œ& <ö a hº ñ-Û °ÒûL*iö A,:ÂÁl axk
Š‹L Â q <Èt- ˆˆˆ ðÕ0¦p˜GQ˜LÃ'Ò
& MXˆˆˆ0Bka-Q ÄGÊJ """"8ˆˆŽ ˆVQ±tÿ¿Ôx" Ø´‡m (r)¨þ
¶ÝEs$#ÿÿÿÿÿþS
y_ªäX¥š- óüÈ›ù(~çbaƒT 9\‹Ó&ÏæG Ø˜9Qz æT ˜3/4vS'ƒ5 ¢ Içq ×¢ñó â>vhÎ
ˆŒyÜwàåB;8Âk‹øüàZ ÎãBKiTÂ þ/aShÈ\°`Š?ôžAB÷ªo 3ê É3/4osÉHïÿÿøÑÙ I" ËBÿà¸MéYØÚ
üÕ ÒÎ "
(tm) •Aìï@ˆð1/4ïóëñÇ÷43c43b"Šx‰Â pgÄ##Ì†0LŽ!ÐWÉ b
¹á?ÿ3ô(r)žÕ³±¨(tm)£Œá' A}H¢´òp"1H?8k3/43/4 xAá0Ÿy!" L 40ƒ]
"8¿Ýu•ï²L÷5
ã' %ë43b(tm)' J x‰Â ŠpSâ!i, ÿAå8C 0ˆ/¸¥Óq. ‰vÝ Oƒ u¢-tIÃô_¹ "~
KàÎ`²(tm)Ï†-²0‰Ñ(tm) xŠ ( à§Å$2ä`f A `€k" " Õ~žƒPš ø×OôJÞ 1/2?×Á,
6HÂ ¤ pÜ'dì æ£$h ¥Z 6-
ƒÂ1/28ƒØª¹¡ $àÕ0ƒþ-SÓ" a ‡Z"q-Ã‰pÝ ‰ãi¦aá",Q-ì Ë-Gª AÍ\ž ]"äSÚºWMÓÅ
M¶"M8ú 7
¹...IúzþéõqqxTF;ûd Š^6J 'ÏtNaB Î--*Á,
ƒ'FHÐN, Áà...ØM6!úm"ÐA1/2
A

x$ˆy
^žž 6Ú
ªß(r)#"zéö¤íºupd1/2ƒ%ò-‹ÈDæÁ¦jÓM7
6- ÐAí\ n zx¡¦ÛKZïIø"?UzO_é7ý÷U±_ú÷È;Õ_ö˜ lQ1/2ë Ý â Â
†Òº¬n(c)öÒi&Ö´(c)ööá$í¥ÿõ}7ßÓ×úrp Mï¿"_ä ÐÙÑC¯× tƒû§¦é&ÛJ¿õµéýÒ[úëéØ¯úã×ã×ýðn ë(
r)-ÿÁ

ú~ßÿ""Õ×U±WûñÓ    ÒNB5o÷¯
}Q >¿ÿ¿ãƒbÚ  ÿ¿  áVe6³
uþÿW3/4ô(r)×ù ´ÿã(c)†ÿ  (r)ÿ"^OÉ  -[Ñ†°ÿ¶ÿßø@^÷ú.-×ÿß÷"ÿþ×"...é
î}ÐHÉ¸¿  é?ð‰ÍpB={ÿþú1
ÿý  ßú    ×÷¡_ýq  õéþ¨ÿyÔÿyî¿ÿ¥£;Þ¸&öä  ÿÿéó'"Zoþ·  ":0¿  -+ÿ¿ú  G1/2t  =è´;JÙ|
(tm)  UÿI1/2n-1/2¡¯m  ÿï¿m$›ÿ×*ó³ãQÿï-¥F²1/2ÿï¤ßï]\'mqai;î1/2ªOõÿ  }¯úªMëkÚJßý...É
²D"
.Ä›õ³6(tm)    &¸
 Ð3/4°ö(c)7î¿þÃ
Ù  vµwW[i$Å  1/4"  d?Û(¶
  òaú]Á"¨¯¨¯aƒ  Š^¶|A  ÷a8¨¬0
  ›  ƒ63àÀag    Ä:  Çû"(r)ÒI¿ü-°É  MÅ¶Hï$ioal.ÚI6¯{aa‚°Áw¨ÁO,ìK  Ù¤¶t,Dì("$Ã¯qHÃŠMŠ_
‡
Ø(tm)Á±±]±XþÂ¡¯T›µµÛT›ÿµ³IµM0ÈW°Á<-...'z,
  J
$f
°¨¨ñ  "Y  <8pâw  ÆÇ[  a...œ    ‰1ä  ŠŠ(r)šÃN  O¿ì.
h0^  ¡  T  Â    ‡ö  †    ØHð²<  Ç  ƒa°¨‰¸6F=Œ  `ƒ
  Å|P  i£
*qÅ+  3/43/4×    ...á...C×    öƒAœt6

ûSM  ƒ  C
œ‡^^Á  4    Ž-qÄ#0aŠTýó...lBaxì  T  'ðÖ  pÓMSM0ƒ        "  È÷Å'Þƒ          "$,"
F†"DDGþÖ  v  Ö×†(c),
  3"A-Þ"ë          ÄDDnöÂ:¬  Xa  0"DDDDF‡  }b8â:ÿ"h,]}RTÈò  ÝiÉ´%  ‡
[ZRÞ³8VF
ÂCðÁoŠ  C†.  ^Á  á  íÈ
É±¨Ÿ    ^ÿ-ªÏ&Ô<.
v"  2Ì  ŒrÜ¤ôÕÈ  2;R
  ÃAª¹  À"0ä0Ñ;    íl:å  ž}h"*;V  H
F
h3á-N
  }÷ýICóµ  3  ¸†Ä<
ž  å¸  K"ôâ$K!  š
"  C÷¢,  LAˆÉ!œù<@  'ãOU[ó  ±  ×"Ñ'|‰  ƒ&9Ü¨¢þ
ÄAœ;Ô  -
?    %    ¿û3/4×-Êrß¢yÕ¦  AšŒ¢@  ³FQƒ:    EÐAÿà‹èï§þ‡è¿âÏPGð`  \!hÏd÷A  î
  4áô  ß¿Öÿÿÿð‰Ïè  ÿÿþ
  t  ê}^"Óh  öÿÈdH  ñ¯ý(r)"  xAþ1/2Ï  ßúÓP<Œ
gÌŠ¨H  üèd¡  Ï1/2[v×  Ü  4×>1/4Í{×þ  j-  ‰F
]|üG    !(tm)Áúý  ë"-  °¨Aõ",    'm3/4´ý¿ýýñMþÇL}t›ü{"
'
ñ  !Qü!-"û¯ÿútô-š%
‡^µ¯ëjÿøè°ïš²Êÿí×ÿÒÂ    ;
§ãüIŽÕõ¿-³ûâ  ?n‹£$HÙ@  ·ù|Íq  #c$='-ïÿ†,l6'Ç  ÿßÓÑ't‰ŽÑ<d;Ø#\
-Î¨ÿ1/4|xAµA;  (
ß[  Š  Uÿ  xØ:vÒôûõ  Ð¢æô  Ñ'4  4    Ý1/2  ð"ï̈µ¯Õ&ßn  ñ  ÂØ¯}¿]  çÛizì^C_A  ô  Å
M¬Œe  Óú;øþ7§ÒzI¿3/4´¿õßm

ƒj~ÍßöõŸý+Òn'wd8t¿ÿÿÕuô"þ(c)¨y#×·ùþWX-Ðï^úýiýëu
8...ûMÓ|ÇÿÕõoüÈ" x³ ëû~3/4WJtž3/4cë¿èßÕúê¯$ƒÿ ~Ÿçûÿë¿ëê û¯^1/4Þó µ ×ñïÿþåiÃÿô¿ÿ÷
÷µëDùþþþÛþ*W(ÞÑ¡1/2ÿÎÿÿõûÏoý&ÿÿ7Ÿëÿ÷
Aï íwõÝwI3/41/4uoÿ ÿêJçÛþ ÿñþ"¥zþ"ý~-þ¿í&Íwÿ_ÿþþëý¿ø?ý[m]µí [ò(r)ÿl+±ë(r)¶CÒm?ÿoû"¯
¯(r)ßæªŸÿ{!-.ÒvÒýÂúzûio,_ "
aä\(!" ! h)pØl4nÒÛ]µ Ûý?ÿöÂl5VÒXa"t s
{
ú`•'Ì+
$x& P!°dqX£b ÿöÉ kÝv'ÃKoÓ_
à‡ rp}X3 b †(Ð
R ` ›
7 x >
à...
ŒVé* ÕïûûýÙ
ü5†•¶ M† 4 äHGÈ"& c , îéþ|61L--¯Ø¯úÚøNÏ E9Ü Â †(1F€C f
1\WÿUOõ† k
) Á ðÂ-šë ÊY """"#i-...† ="í2àã• •QR B"""" Á ˆŒ0˜&Fç"
!%pˆˆˆˆˆÄDDGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿþS*J?ÿÿÿÿÿÿÿÿ
-Eÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿü¶Ì(ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿçs §˜á(tm
)*¢ •
¥"×M§Ù×r¹Œ›
_( _fCÄ ;1/4¥ƒ$"Ø É "
†2 N†1/2ß äUe-wWÝ3Àá |:gÁ 3¨"Œ¿"â" ƒLÃ5?"×ZÉfW
ˆ"; ý ŽO / ›´]"i0°óú

¶!""# "
hŒG
H ÷¥åpÖ(tm)Ù-{2#ü ðƒ ž < ÜŸZŸš Kz.õ# ¦ &†(c),
Œ#¡ Êî×º¯²1/4x'Oüú³º_¦ööéÒzzIÒ}P@è'aA
Eã'¶‰;¤Hv !ÃL Ï '(tm)æ, Æ(tm) ÜÁ Í‡fã¡ $ìÁ !×"/¿ õ*2
âM ´U¯J3/4•/Ýn/cÂIºz¦è< Ü x(#> Î"ÍØAáBgÁ 3V~3Ð°A§ ÐgÅN, d`s1 gÅ( œ("* æ
ïü ÓL§
v,?ÈƒëÇí}U" V"ýté=cO Ñ¿'Í ¶è$^dãH"--§ØZí4ÓÂ`˜P˜ Ô-(tm)
d Q¡ ÙªAä áç>á ëú>°¡
3/4>"ã ‡ iÓ§éõ÷V·øÓ AÔ% º
° M¿Rý¢ùÂ"ê/ 5'(tm)º‹Ê'Ž'xäî ù¯m ãñžp(&u 3
Â 2 W1 çT} N!" KŠlŒÕ&hGVD _Æù|Ïå" ÿîýRº# ²,èw×Åý¯ aSÿ_é+ÓºAõëiÚ...Â
ªt(r) xM°(c)éµè7/¬.ÒEó-;†(c)"Â`Ÿêœ}¦ ]ç´Á f Ÿ " g- FEµÿZA
´Â%ŒÈ¡ ´"=V² Ù _h"°Ãº¯§ý
~ü=Òn:ºÿ Ý'ûÞª(r) j3/4›¦(c)Ç§§(r)´ ú_áMÙ"6dî TêÒ' (c)+h""ïÓMPa4-Mäã' -$ <äu~t_Mú
OëÞëô/N 4ts;•_õ¯öû"zþ ×únàˆò_ßT·_¯N¯ÿÓé-÷Óã‡""té<&þê÷j
Aåñ> a"ur8ª.Ü1/4oØM85Mˆf <œh3B$ úôù' õ"-züŸõ...‡
ýþó$ìž³QzíÿÚõºOükÜkï"¿ìái,¯ÐWýqî›ªÔRn¿}(]SÂº-j¨öðOT O/ R$;
,o§~x ô¡4.Å xPƒ3 @Òl È› Q(c)Ÿwc† ÂØJÂ×j¿"{v÷ÿðV
ÚîKŽÿýûÿª÷õýcÞ/‹{ÄÐ&ûzAaë"°ý'ûJ÷ÿtªŸñéõ ž m /²úÓRQDíúî‹¶3/4 ¦ t
ƒ="a h)°¨0L‡ ë%ôñM...ƒV W¶¯º(c)ívìÎ´¯ÜÓ´¬Ó§zÔ÷šÛ5uý• µq...ôÈá}>é×Õe ûGz(tm)...
"ªõ È³a?-ýûøk÷þµjÃí-*§K¦ê¡
,~¤ûÂA0Ñ}a´‰Ãi4Hv NÔ Õ3À\ fx Â`ˆžD¬‹(c)0dPÉs ò‡"ÅE1û

-h6Âv-l5µ¿µµ 4û_ m.é~Ö8Ötûy"ÿ17SWš¿Ü3/4ÿíê ]ºaÇýéR"_ÿ¹ [éƒCÛô† i?UÓ÷Mí$è&¤9Ô
ÛH3/4pƒÜ"Þ‹ÍI[eô Bí;AŸ,
& LÄ]Ø çaÁ... M
1/2¶-Ž›bƒ üpk
àÒa...Û:/J×|Ÿ ÿÉÿ¯_÷Ýÿ1/2 ÿºWHžN...édƒ¯êûwZ×}}Bí¤Áÿ_akw¯OÞ3/4µÃo]WAê oè7
I›²ñÈÝ°'!Ý F=$Ô'ú"â3( "" d± ´Ó¿A¨¦!qLWWÞÚÓmªûuµöiýæ-ßšZäú¹¥úÒÿ{ àú\µ
^µ÷ôŸù9¯õÝ ¿á¿uê-m CÿûéÈA zI´Ç4 mê¸Tô"h',
Ò 7 î ÃEãDâÖßz $!
" (Mm4üTS mÉ?{a,M~Ø[Õ´žýµ"°-k"kkû
"ÞÛh</ø¯]øCõÿ ôù&Ùëßÿëºý_Çå!á~˜}ïzÿýS{t,x[tôè ì/¤_>"3-
a †¶žØ-m k¦*°a.ëŠa...a,í"1/2ƒV (c)ïM*lÎ7viïõßk¹?÷1/2ª]ÆÛKéúûõúÿ
æan-ƒÙÇ^é" ßý^µôÝSøõû-=q `
ƒ " B-´Ð¸´ûL{~Ó Å; ‹ {V ¥j¶ 3/4×[Ýë µÕþ1/2v "ü}Î"Wé3˜ÿèœ.Î›Ð_`ñ "mXÿïDc"?¯z
(r)œ* õÿ ö²}ÌúDHpâ! áª
S#-ÈïTÛñlqVÇ ØKáÛ-÷{ u ÛO¦-Ã]¯4ìÓµÿÉÒë3/4Ð·Vú'ÞXç
ïÿ×þ#íÿÿ# ~Ú¡ÇÄDDDD ! Ã"Åª¦ƒƒ "ÒO÷[ ë-"
/äo "muu{ßA·O¯ëü/¡ mÿt'1Êõµïý&¿Oà¿õqÄDD 38B
`¡ ¸¸ˆ¸¸a ]=² ý¦)¡w°"
,:ÿ
þ›
m]¶g_ ^æ(tm)Ä÷ÒQÐÿÿ. {Oö3/4˜ï^ÿÅ! ¡ , Ã = cb˜(r)-œ , U_°-"-ëÚ¦í§ iÖ¯×¡ÿû
þiÿµ"³
|G Aª~˜ ÅcL6!1pfÊá...1/4,5m[Kmm/÷'ûVÒõô¶Í?Š¡~• ‹£Ra q Âa
í; ±vØIŠ`Ì cj
[ÿ†3/4Ý¥w^ëj"¸[...HDDDD3TZ°AÙ ¦Å]‰7MaŠi"ïì %ðÛ Ø`¿
[_"O¤¢$ Óˆ†˜A"
!

DDEŠ b°Å? ÃÝŠŒ ˆˆˆˆ†(c)§hj(c)'^Ó}5 •! `" hD5; "DDF§f¹
ÎÀ×ó1/2s ñ%->e¬V>I¯Ä÷(c)
ÊÈ‡bî(c)ÿˆ| Êxì8é \ïTv-§t-(tm)Rw}‰ í "D•';û
ÐÎdé2ñ¤U‡AÈR À æª(tm)GÒA"& ^éjvc³º<§ì(r)-¿E?}
È€n}iž f Ÿ" C ¢0DhÈgôZö _¥Ù^¬ë ×Â Zu...üž8RVÑpä‡kžð"" T,¡-A dFPï8Š~"Öýo ]
v¶e]Wé¦ÒéÚ"è Ü 2úßµ79 ¢î 8
Õ0šyàá
a ÅIÍ2C j ä ëëÖÒÔ-ý¿ßëÚºjšoö O/õ -Nþ Ô^53/4 A¦ƒ
d ‰ø gó<Ñ6' dèÅF(tm) ! RrR
;_}NÖ'¯÷õéôµ·Þ¿uÆž u÷"ß't¤‡(z&=‡Iá4<==5t,
!ØTÁ43^g-,e E
2s:Dìñ ÏÊ†UbŸÛIÓ¢+æDâdŠ¥ë÷¯ÿ1/2i/õ""ÿªIÒwA
J †Ð m' SsaMÍ ì-ôn Ý"íÕ$‹ç$í (r)‰" ' ð(c),
ÌfÁ¸&N-C¡' Î3Á ‡ D# C 6Ò!ŸÂßZ;)_×¿ÿã÷_ÁkX>éµñõ(r)"§aµ ÚIöëo¦ÛÕ ...¥
,

ú@ƒ¢c1/2 w§Ú
l ÓÕ5BÂiê 3< ÈæF 3ù•~E3/4Óÿí¯¯µúúæa÷Ù c^1/2 ß÷õÁƒQút 3/4Þ-§µ\-*uéÛU"è
~ v 'xRPGy³.2wDîëH3/4¢áÈÜ0žÚIö†
(tm)@É 53¬k"A§œïUÎÀ××¿KÝß-á~ëZ#Ý vû¨ÿë1/4 ÿ¿û÷úun¬ ...iÒ~ÜxCÕµ 6,,aZM ƒÂ

ûªÐAØ è3/4°»¤Néô.("³€30¤â "A¦b'E  â
    †D¶ÞŸöëç¿ °}ïFžŶIƒDí.-Óê  ñ'£É  è3        Võ³Ö0µ3/4úAo§Òzª}Ò~é¿Q|iè7QT  ¥
ðA1/2;L/é,¦x  0Aš  {(F"ƒ'5-  ¢   ‹ýÚôù  ûE
Sïúê0ð...Û^æ  ÿö  s0üGý7¡z<:k  *  Þ¯*9¯H  ß~ô-ý%¿§t´ûTÞé+¤ò¦æê%   ±ÉÛi(r),°ʲ(c)Úa>
 a9
,(Iœy  "
Õ  þy  Õ°¶  ÿÿjï°ÿôK¦Ü¡,VæžP¿þKÂ#  è1/4ïßÚÿ¯ý¯ÿ‹p»"  ýWªÜ0Zz¸Å‹  ƒßö(c)ß¤ž¸M ›,
¤ð  "Âù~
_4Gí.../  '  I>Âw


¦..."  1/2U  Ä0@ÊB!Œ†Î
ÍfT2  X Å7C÷í...÷§{µÚO´ÿUm}ÿ,  ô  ó  ×Øæ  6?ý  ß~øi"yaëë"üZûâ?;ÔÐ,"  T·××ûN  F  'Þ¿§¦Õá
    èÚÚ'Æ‰ã
HÇh»µAIÛDc"ôì  ¨  ÂgÄ@Ð30@^D  †^"^~-û  ÐÿpÁ;Û
0Â¸Mí...õïÉûûü¡u{1/2W¯>8^¿  ÁÁ4  ß]×úüëñž  A‡÷¯÷3/4ü~'!?õ¶¯oÔ^-#·[UO
ØSO    ÂT    ~é'"D‡rON'  ì'¦  ÄG    hqÅ¶:x¦7jØ0I  wëuzÿÕ3/4-ò  ö÷ÛKÞ÷¯:Ŷ¦þ"Éèÿ¯j±Í9
*¯ÿ_1/2~×ÍÌúý%ýµ
uÇúÿI"ASÔú°',pƒpƒh3/4u  òpÑ  w$ôô""àË0  "ÂÚh1L'ûøa(a{[†¶  ÷µwÛK î×Û_U}~Ò÷Ø_Ý  &7Jƒê
ÿµ_õ&9C§·ý¸µÿÿ'  jÈµ~E
1/4V(c)þ*1/2"_...Â  Aéá ƒ A¸óÍ¢ùèG
hDD0  "?  pÆÄC°ÅòÒëa"ªâ¥íÚoÚÓ¶(tm)¹ÿïÿÉ÷þÓ¯·Þþ¯ÿà"zUø¯Ýûþ̂ýƒ3
ÚL¹@·-§W Í  ¨"u1/2´(r)  Žôé  =hDD\xA-¶Úcqv)¶?v-v?‹a¥þØK}mm}µéÅ»kí¤÷kÿÙ§[Ö¨Õ¯ß  ¨JR
_aö§  =ã‡K  hÍúíký°mûÌô¢$4  Ð3T^x`"C  DXB.    Z  âÔ'Æ²Õ  ý'  0Âû
ojÃ[íÌ÷¶^̄k-¤ßoßZß¤,DzA´_ôŽƒuJLs  ¯_úí  ŽÞ>DŸø>á$"DDDDDD  [Å"NÖ;±QêÅ4Õ[  1/2Šµàá
X0"
'k}¯¶gû{ÿíî-  7î,  ¿frœ)¡ï-Ê
¤Åo]kƒ  ¿†Beâ  Né  ^†  ^ƒ†IâÓB!Ä  M  5~Ä(ö(1Pkik¯WÚWÚY"%÷-Ýma  ¤°ÖßÐ±ö¶¦-¬±ÒÒÁ1/
2l!        iÄA
É:íÚŒ1"°¯Ŷð̂}é:1/4:Ö  /õZ÷On÷'Ý¯å  Ú¦ÊwþIžÔDDDD  ¡5T  Ŷïb(c)‡VÇ±l28N  _w[3/4  íýª_îO
Ú¹?1/2¥ï¬f€A,  ¸¨Z  É#é4-1m1L;âïÛ.:}Xa_ßmmuÌíÕ1/4§Nß¡    Ð¤Ë*A'3/4Ó~ŶÒÅw‡b  ¨kÚ  Ø
J  ^öÔûV×  b#@ÂjXìC'ÉÄZ  Ð‹  ZmŶŠ  Šv80µÄ  Šè  ñ  ÄD  B#âÕ5M  )ðÅ5°K¯  Â  -M...V
  Ž"  L  ‹MZAá|G    ú(|È^I×þV¿(r)kò¶'û  åKR¹&v-    Õõ÷vvt"öÊâ°ó"Ë-wÙÌ(c)æ¯ìè§Íi%÷,
d1"#F]
S4,"ÿÚ̂ê(c)"L¯h¤t-ô]Â&;>  RM
Ó  ¤  S‡"ŽpÉ+';:Š¡NV¥ì  øø‹ê°V2-¦<'"  %  A6‹1/2#@xOì  #  "  9  !,gB%Ñ  œ"q  Z  ï××  ¥pýÎ
Ãt...&á:H'A
    n]
óckÑ8v¯P¯LÌ  Ó>  k3Tufµÿ¯ð²    ù-°  GE
ÿi=>"tï  ëA
aM7  6‹ú/  ØåØr1ì"'  "MÜŒw›Á  g,
 Ê  ',  ¢ã(  'æ¤æHÈù
Î"0Î¤H5  fÏÄ3  ß'  ÖõÕ,í
òòÓÓØutÿ¯I=^ßZ]7    êƒ ƒÁ  àƒ á
,
úhZ
*ha
!,
!    gÅ1Ä  A"3V|).  gð‡,

Ð99¿ÿ'Ü^Ïh§^§zì °ƒ²9' ¨úPö¿¿ÿ ëßzÆŽŸh:MÓmh1/4²ò Î^4nrvæ°6n[´]°í4L]¦šêë˝ò\R@É $
Hg†AŒR\jhI'  (c)ÆŒ§W""'{˝ñ˝ÜV Þz† GÞ...¨ÿÃOÿ-m+"(r)ª ë÷- Ú     º t ÓÁt =
G      Ú Éõ ðFmä±£s»°/:/ /)æ°@Lø Lø¿0ƒM
Ó  ˜RpçÄ3Á NŽ  2A "â ÌÔÉ ( k ( yÜžd   †u¶• 1/2qÿ ü{ÿÔ4þ(r)Ÿtžƒ C¤ÚN"JÝ
=p›§Wát-›ÐN˝ô- ò8h1/4ÉäEãí ("h¸"Xáª&>ÂÂ‹µÂ
   hX ÌÁ¡,
ý #(r)"#§;Žaâv"ª ˝ê8m"Ÿ"6¿Ôx_ÿ‚d\ÿü ××ÿ¿ ōuÚ {ki}7b?3/4,t1/2Ö      á6,zn      -zn z
"~... DñÍÔnÈ£¶¹qTÓ
(tm)ðé" ! " _^-ZVÚ$ Òú 1/2&ƒ¿íÔ²ù"Ñ €¿/Â] s

ÿªþ¿·ò íp_ý"áÕ} ý6¶-ÿN7´Øî '...¸†"PAÒw"Ý:AÐ-›ð-
oh ÜœÚ79>st"xÔtÓ>(Lþx:
ºAš" #%'f(r)ÈèÇ·zÐPƒ ò£WÇ"éÔÝ{ßÂˋ"pnë NO_ðÞ‡ä˙UÿÐ¶EÿïqïÜ# Nü3eÚ°Õ¥uÕŠmþÛJôÔc
Óû
ŸzÔ=:Aá<ž6š"Æ ;u-ÝÞÞ LÓ<(B    h ˆ³Ù ' t$ ;"GG   ¤
ÉtN_¬3/4íOkíí§ÚÚÝ§þOßï§""Á+ý˜µJ ;ÿ÷@ÃßIÿ ýƒ þâú3
ø^¬ßìOJ ÕSNý]WzT¯ ;ÿ)ºzzv˜TÜ ðP@ß/    GM¬3/4ÕS ã‹ 3à  ôÂh3Ú,
ú0Ðv\˝dUŒ†ƒ¢$ÚaR]U,íX$ÚÔt-[_ít² '[×ÿ"õþõ¢êo ÿä˝}wÈƒ-Uðm ÏéWk(r)f ¸ ' Ù ?Ž£ìÎåôô ²:
zn¿ú ié°WªzXÐ mé,Fõ‰Û'Ì-dcÓØ>Ñ1Ýè"ÐÕ‹ 0˜D 1 O"† §iŠ ˜o Ã
~ÃXaC*~-Ã_ý†;þ"íj-ŷûA3/4ý)ë3/4,: ÿ1/4Úð˝á    Pa"J!‡÷ 3/4 ÿÕ£ƒ}ûÔÐ¿Ý-zKÿ§I¿¤ž <&Ð
MÁ æ¡¿lŠ9ÇèÓ @Ûª ÞÓi Õ ƒ²^ê!œµ
Â* b›ŶŠŠŠX¨ÿÒÒ×í-Í=ôûÂ]ìÔÿl jþ .í}3/4 _£0óU Ñ3/4t?-‹'G
¯ äÇ)ïªîh?_ÿ-ÕöÂ(r)1/28A°D û(r)-iß§H?Á¶ö)?ÓÁ0¤ò‹ç7fê/("ÓÚ Žç"  Á š
*

L-×Ø÷1/2°-¶¬0*ûaJ ³LÝN(c)v°ßöj÷]1/2\Óë÷ÐKÓN
,°nøC³§ BþôÚ#.×_Ûêÿ^/Cþ·§ZÒ [V÷"§!3/4Ÿªx O   ºt 'I´ l5PÒX^ˆÍ ,
ÐÐˆ†"[v5àÂV
ƒ öÄ¶  I°-¤¤ØV _ím}^Õ×3/4×ï² üç¿ðÿ"¥ïKÿÜÙÒÙ ouoßÜëé*¥1/2ü ¿ûþ.¿økü">¬ Ý-"þˊ-tžž +b
Ð^˙ ˝k ÆÆÇ ìllTqW±±Æ¯÷QtÃ Ø|=~µÕ°¹§ë}(r)1/2§3/4°~(c)yB9¶þ-ë¿¿ÍVj-KUÿÓßtÿ¡ûÁ""'"¥ /˜
úÛ˝ëLYb¥èƒ&,Y27†  Ù

    öšoc¶ƒfq|0-...ƒ    0`-ƒá,Ã
Ú†ÒvÔÕ µw÷öÕ:ºmio³6·²¿ýkt¬ÿõÚ_õ"á‡÷(r)þ†D ø1/2þH}¡     *2  q   2Õ-*     E
‡ ¶6,1QÂ+°k ð×÷
ÃXamom[§õ-É÷r{zJ¿ZýŶM¯ÿ-5õä2Õ ÖéMÌè_Â[-~   u   "#A"ë 4 Ó#" 8hZ¿c×ŠØØ˝
Â>ÆÂ.ú{a{KßI zußúßÚ ôðw"XB?ú/¿KëO Dt3‹ @Á0"2ò ,B8°OL,^°‡oLVØKóúðD}µµíšMµ,#
ÈùBouîÕŠr...ûÏ  ¬³"÷ÞZ...'KÐ^‰   "8C<   N¤ÿßu°Âýô"Œ I†´Ú¶ K†3/4ØOö  9Uý"ÿ\Ý-í
í×ÿ  ~"8^^  8ŠBÅ8×
    º# Ç-ÆÆ‡Á...øk_
pÕ†  ¦Òÿuû§[ÿá...ª°¦'"'   ÐÃa Hp‡aÚ'Ã-Å^   ø@´ÆÂl}ï ºm...1/4:_¦ ,}  ˜ƒ5JgT   oiØM;ðÝ"
Ãi...°×b¢ââ¢1/2†  ˝èŒv"  Æ
TD B/PD]I a 0šß
2#Ý'|3/4;H Øj ŽœaÁ^^˝"Âa ƒ´ ¡
(Ö    Žž¶øD|DD× ˆ2œ [T¡¬ Kƒ+Í{Œ(r) (r)°} #í£ àë t›
    /ðpD~
    ù\Ò5êê1/4øbª   ‰-tÁOi%Ù 0°(c) ˆ²Äï^ž-Ûœ|1 â(DæH Ò>EFF/·OÕµê ºþ   mA8fb" @Í
    •c!

†àÈÌ  KùÚ´5 EÔ?¥jÑ°0ŠÍL;
3¦ƒ5    ,"
œC
Si  hH<Ã´œGƒ¸8"?mRu  ÐH#ò7äñ"]ôl¢C´ð(tm)¬  LÁ"Éû  4â  š("ò",¨ê·ÿA±á(‹´- -&ØGð«æÂFú%t
lr(ûU    ÷a  #  $
Íc'EÆ¸ KÁÙ":î¢  Õ-i_  ]=W    "-  0µaKÆÂ'ÃP¯L&(tm)1/4&...ö•B#¨Dtð-kyé0"
~"3/4'w  éÆá¿Õ ƒ´¸¢ò  "MÝïÙ^-(5ÒïÒ  ¦.È ÿ3/4  !
"×µöëÛz} ô  @ƒ†    î_i"GPáÁ  þ  KÔ"-    ðÃ  ÿÙ  "ï...w'  õë×VÄz  H=7ú\?ÞÚ³ÖyèÖróýá¿ü§
¹àóýkÿß  Õ×)ðÞ    B#ªX"ø1/2†á?¿‡ïô^}    *¿ÿÈŠëû(r)(c)B#
    U-    Gík^_Ý`Úö-,}Q§×]ÿðÁšÂÿÿðáÁÞß
óLòúUÿw}ý/ªÿë]
"F;û÷àá  ô¿  Õ;"GPD  Mª
<Îôû¦â¢  ÷¥ü{  îC91/2?_ü  ü":J    Ø¦:a,¶  öÚ"°ÂÛö•¥îêîáëþïtqÓ  Žª¿zé4    EŠbaß÷ìSÜUÃ0,0-"û-´
¿Ý¦Ó÷K]ýP?M`·(r)!,  a    4"âÂ  jØ¯¦T^ß
ƒ      C_9¯·þ-Ô-Ê
  G\>    Añ    Ì$ 0  "4È£ßjâ¿X5´á-ì5ÖïAÁ  øDtõõ    ökpÂq¦b¯¶*ö÷ÍrÝK[ÒÖ°D  ^""  dwi±kjî
·@‹˝8>
Èê      i  "!  Á4  š€  K;9A  þwÒáׯ  pD}%"ðÝëï  %


  ¤Ð;  X¥(~   ×í°Du[úŽ    ìdí ø">¯  ":ì^ê'x"?õ]{#¤-]S  pÿëÖ"pu  ]_†ú  GÕéþ  üO÷Ü  ×)úk¤ý
ü-¬pEÐ  ø">¸>GYNµ
,v×ð°è_þG×ªá  ÒÝ,#þ  ª§¿†é~  fî±¨">ú-*ÿ5ýÐAàà˝ÿ    "ÿ  Ž¿Ê  ":
^ÿ×ö-ü  °_Udt    õéõ¥÷‹Á°Ö¿ýaªÂª#ø"?  Gáÿ~û1/4àë  úX"éz#¨ë
úðþw_x"é)N"ß·]}÷D  ð÷1/4  t¯Áëÿ̈ëÞÒÖ1/2búÊ
uàûW×1/4i  úÍo  GZ
Ö¿  Gÿ
e
  2?  Ž  "ê  é}Á  Çê1/2jµiuK"G_ƒZ"G__  ü=\  Aÿwµ  Žµ]ÿ(u
ÿS†Â#¨"ëÖë¯õÎô  äÿpu]:
  8"ê  3%gø">1/4    /  Gý%LŽA'[,ß1/2%²-~Èéa  Õñ  Ž¯  õ_U"  |-fœ~
<=*--Ðøø¬2  ¸´¨:†ª-*ÿ(pfBÂit(c)  éø":ö  °      W¯kPÿÃ  ·Â      ¯úöÁƒ
ý%OJ¿Ð">
<":‡Õï  G-  °ê    Ð"é\Ò^-¯1/4<;é÷ô.3/4    éÁƒ  Ö'H¯ç  ÷  Ž(r)
pðEÓ  *¸  ª_ð@ƒjwø@"Ã{Uëå?ã]`àÚPÂû¥ðwúÁ°D~    (r)  x5Õ*ÿ×x80Þ    °  @  [ÿ"G_  Gà^ûx
>¦fýzý0]Ã
Z
9›Eè"?¯  GÿÖ-éunZ  FæqËrC j
(":Xoý}ýA·-  K
DDNeò>_íz"GU¯ýpà^è7
Øb,4å:"Xw´Œ8":"GK_  Ž¶Rþå Õ$  !
"L  ²'  GKH":þ!ÞÝÒé0ðÄD3/4]k
.êœÁûÈ*Â/"    Á  ú,#ÿÌ8DuÂª¨5ö  4
æÑ  ~ƒX7ø‡Ã,/Á  ^òÊ  ^‡#ðpˆëëø"?S  ßJ¬¨p  0vM    "øiWz
  @  þšUÝ[Á    &z  GÑÝkï-µ^¿°á"n´¿ô¸Dt×¢c×ð?-Þ[(tm)³3/43%h "Ë  ¥ÃIV•=c"GPzduxE
Û¦v8 XA Ø    è°Lì¯•¯ÿª&9C"GXÁ  P´ê  ümõ²Ñ    1Ãú¥  Ž¸~?Ã(r)ék3/4-`¨ü-2Þù¤
Ác    ÆH¯0"F
TY/|  @^ë‡Á  úJú1/2 ªùCàà^W<...  °"¡  Øh¤È¹+ŽÕ  5L§
@ƒ5    á õ÷3/4  1  3/4Èê0Ü!ßFB1^þ  0^áèœ4Õ

Â#ü    WÁè  ,#è?ÿà‹¨DuDÿø_qîÌè  7H  l"\ô^9l‡  ¨ƒü,ýAÁµ  G_ōÞd11/2á  ×"  ¿ÏØM-7  6'
°-*ëO¹n¡  ÒuÁÚð@ƒ2
  Ò  ¿duIÿ2!
Ç¡÷¥é3/4Ÿ,":H%  Gà^ú_H
    t    Oqa  ‹vRäµúg|ʻŒ+_ýZÓÓ¤¨ðÐ5{#-a  Õì":"ƒ3/4ü+}r  )×:  äP0D  NB  Î  S"5  s¨R  ‡Å$
  "&óH§;Ï(tm)T  ÞAK5
  †zÈBXÿ  Õÿ8ûÐoúRß  ¨DuKè  O¿g...!Œ  h‰ÁÉXv  xA  ðƒÂh4Fá"  d°3àƒ:  #
C    $  é"¥¸Ú[î    Aj    A  Õû zÁ  ô"#(r)  ä|S÷õ^ª  \'¢7
$Ý"K  O¢;n‰Ä"\    ~´Â
ôèU=:  Ž  ×_×Ð"?qIppÕmU  .(c)  ~ªÕA  "ßq`  ¤]  "  žA‰    b`
    Ñ  1/2    ÎZ    ÐA°  Ðdpª"6
Äá  6DhºQs  ºf&  žú(r)"ÞÈê¨¯áõ
Á  ø5Jî  ¤ß{i¤ƒz    Ø&ô  n  h&ô  z  a:‹  4è  ÝA3/4,
,
/H&ú^õ"S  à,
"Gà^ÿL"?"ðpEÕ0p}  D}ƒÞiè&ô†3/4žž›è7  "cP(r)›êýÒvÛ§×õÿÁ  ~  H  4-é  .  ^ÿ(pDu"
    ÃE


ÓUx:ô›§§Ôêœ"D   ô˜‾(UîèV(c)%1/2.ñ}õÿðà^÷üº  Ž æ    -A·-VB×ê›ªé'í/¦ér1  ýêú-+ëô  Òõ
Z¢<~  ÒëúÃô ï(r)    ñ  æ'¿
ƒ'úëÿÞí^"    ?Uþðec  ÿõKê1/2,
ÁÕÊ{Â#¨4ê  Ž ï‡
è2ùV¡Óß  ôÔ_û"(r)?zŒ  Á  eÆ^ÿÒaÓ    Z¥øI|Cn-n¨?X}Lê  3/4-·  Û@^þÁÎÍNç__õÿ_ã_  ø¯R
•pµ„AWI  ØEº,#ðúê¿ûá  Ô  _
 à¨ü  †ß  ÿûùÔ...ßÍ4  2  ëÿÄ0ü"hÛûÊKé%{á:ƒA  Ö"¤    Ö"õKß,¬-÷µ×ÿ¨ü  ð£wÎgüÔƒ
 ÿJ¯  /-´
    úK  GþN1/2ÁìuÁÊ'~¨ÿîÿý{(r)"ÿ  [ô¿P,WÒIÿKá°Áõúð|  t‰=4XôS¨"ê    Sßz×ÿ"[Þ·    äƒ  µ
¥÷KÕ/ü  ÿ@^ü":ªõùCÑC-g  úº¬  duýuoþ    í{
%W  ýþ"Þ:Jé*µÛ  ŽïÒÃ-Uzƒ    ÿúJ    ["ô-îÒ´í/  Pá  -*ÿ¢ëm]U1/2+ÝBF'ô°D}
    ø8"é$Mðz×pDuëº  éí/×ê
ƒa¤ûçDÚÚM  mµØgI¿ý‡ÿ}k...s§gYBZV'
I µI‹  A¬\":Uê¡Á  Kû8ã  \  xá...}°-"¯¬0"0¬0"
%°Á
ßgJÉ  ]"
ml$Ø]%ÛT3/4Ò!ë    I
    Ž´    jµ-pˆÿýUéaVÐ"?}'Ö
/^Á"pÎN  ðXfÁ^Á".    (tm)  #@ÎÅ  †v!_°ÁX`(c)ÙF(tm)º
+
    "90Á  r3†lVGh"†ˆéŠ^›JKÔ  #ƒðÕ*ý-  _[áåÿI(uâ"b¿b    ¤œBb    [
    8lTP g,¡  ...1
b¶!1
Õ¨ÕŠŠ^'‹  Gê^ô¿à¨ü  8Du    _PEÕùím  ¿`ƒXa        Ã
Á,ü0˜_Ìá5°  "  *dc"ç...L/h0ƒ  ô']*ªÕ|":,#ð÷øDt'û²-
    6"
(tm)ºŒL!
Šª  Ö"\ñ  F Á        N"DDTE"(^  aUzð}>º t"P^(c)C‡

¥       ñ  YÇ}R  Gàˆú,t'(u  Žᵃ"Ø8"?ÿ  Gþå  O+,é%  GQ
4 Ø8Ž  õº‡Ã´    ,":J3/4¥
‡þqÔ¡ÒÖ‹uÿ÷°Đ}  GK
1/2Wú  °
!  ×¥  Ž¡  Òª  ]Cá  ×Á  Õ'Ô6    ë
Ý  ê'éRTqÔ6  T?‡è4    ƒz,.´    è1øA  Zø">"úÁ  ÷¨">Â#¯x">°inÂ.¡!¢]Ò  ]tƒAõ[ÿ
õkP^é  -/Ö  -85-&õ]j  @úÿ  D}à÷´,#¤ñAª]Ukõwþ  / A  ûô[°‡ªâˆê¶ÒÓ}  Ö°
  °_àë-A˜A
_¥¥ýR  Ž(c)Ö    òž  ¯)×¥ý-"ÒS  GÛĐ4  Ž1/2%  è":[ß¿,#ì
ÒPDu|fZ  ^þ"_    õPtü":þK
(tm)ÙY"¡    æwt'"¥-}%ú  GàÿE  ¨Dt"õƒ-¨"GKTª-Ã^?x"ëá  Ôkü  ...ÁÎÁ£8ì
§:ò^+D}  Œ    Nd  ÈˆASX¤Êþb  Ž¿A
H§IõÃég  Gõôþ  ºþ•êB€Ew^èX  xE
‰Gá  !  @Ó
¨    `ƒ    zJÝÌ  u¥_
  'ÿ¿ƒÕ  ëù    ôFã  ?Ãf
A0(c)§¢nÑ'|-"5Ø×µXp×ø>  )Ö°óYÇ"ïî\¥  ú/  ¢~
   ÀÂ!  -   ÷8  m   çg¬  urḁ&:K^ã"Wá  ×¬":Aÿ¡h  ÷H  /è7't  t  <˜4  ,
é:    1/2§ž  Ò"GU(zUÁ  U
-ô¡ðÿ×J,p,×¬t  m  ØABÇé°o1/2°J-µ×
  ]zéú_ÿô    ê"zN"p•ö·áÝ{T-Î=µXDu
  Ž´1/2Cÿ%lû5  <ù  "  -_  Â  3  "G  á    H
ä1/2ûõUi  éÿº8ê-'X">Ôh  u¿ìP^é  ?
üĐ!ÔĐa      "  ô,

-ë  ;NôóXRA    Òõ´  *  þô>²;J°.../Îø:Kå:-aÁè":ÿÆš  Óõ\"1ÜDĬ‰8    <&J  !#?ëßÿÿÿc
ª1/2<m  ¯pD  "GI    ÍPdðOÔOÙ
‰æÉàf,Õ"ĐÃ/,
f@Ù#Dvâ^4>þªém~µøĐD}    Ž'N)
IZðzë×ðDuIqzkA  u  Þ1/4R
Ñ‰"|ôZ  ƒ3/4ú  ¯¤§  k~l{h  ÃCÖ    pÞ'ØA  Xix  ÕZMõÚý7-tú  0áY-Ìÿõz§        9  +
-bÕµK(r)¡ü    &GPD}
-  ÿ  ÿè'éÞ-KŠÞŸP¿ÿüØ3/4    EÅ6·  GÝ4".3  ø:T  ¯Kà´ÿÿzoöÕúnaÂ×1/2&ëÿëðƒõ-6ì    %Ì88aB
  °"QÅ#¥Xo(r)•  ú¨ë¿^-"°÷ß¯ÿÿâl~Ã"    ±-ì  Ý6Œ=t'káÁ  Ó  Ž1/2  é%  G×ÿÿß~uÿA:×"ÿÿ    ò
Å^Û
...ĐDu
$‹  ¡ØJ  CÔ(t"    ÂZþ
  ÿ  ÿÒÿÿÿÿÿä~
ðƒc1/46ĐA
Ü%  Gúò:@^üÿ¥  |/ïÿ÷_~  ã×ÿÿÿÝRn÷u  JÂJ¶,ƒI?,ı"?@û¯(u  GWÿÿ-×ÿ]ûÿý?ß§Ýo"[,#ì4
  (tm)C°"  t•  }A  ð"Õ  ÿÿÿ3/4ëÝã  ×ÿ"à__¿-¿zàï¨
ƒ^a$  Õûƒ_-zA  E×ßõý×îÑ}þ-ý"öÝ  ßõ¨">Ã    Ã  (c)-Đ?‡ì"-*ÿÿuuÝ{zÿkÚù,  Ï]ÝZÞ3/4¡-i  Î...±
KØ"éu"GJ°ýÁÿö×1/2×Î§šÓwÿÙÑ6-ý-í"î´·I,9;  XkÿZ,#Đ‡UÓÝiA  Õ}~×:/b3/4Øi¶  _ÃK
ÿïTÙ"m+"IRu
';ï'ÇA...¥öG[  G׃Ø0¯_  Ž¿ûa&Âÿê
Ã  /á'"¯-0-ý(r)Ã[  6=õCÓ',5)Å5JZ5  7
pÁ-UA¤"  Å#ét˜I  ƒ'c:#      #,pá°a+<3áO  h,†VÅ1PĐps,â˜a+OØa#(r)  3
†|aƒ      0`"  ,•(c)  Ó  \d0D)  Œºƒ

&•GßKûß"G\ª,èD^  ±LWÕl&¶êØL&(Ð ~ÅDlS  Å1QLS  ¡  ˜‹.Dp...ÑuºÁ¬,(uIP¿Ý¬0˜/] Â
.º  `šÿiC¦š
 ÓP*f*       ^‰  Ä  ðQ "êž' "ò?R²Œ!   C&1      (r)   D0žaÁV  B
Á   3˜)(tm)Yðã  Ë  D  ¸â¹-4Ò"GêÒÒ†±   K   1/4DDDDD"2$ŽD¦¸    †  ] D}- 3/4¬DY!ru"*f*
Al4
A¨q î3hº8‹£
]á  ÕSëX"?^6PÉ4s.     àÊ÷      GËÅòñ0¡Ò#zXŒã§~'  3Îó#ä|ÜGDv\     D,Àâ"""@ð^
  1/2  Akq}ê"""JYB.(tm)    , {rP}¨M"      Gå
"%Ú  Ñ0  ÊG  Ã
é
â    u¥  ´,x":v{.£
   9<!G  {¿j  ºZ¥A,(}"qÐô$U  ò)  Ã˜  NÉ‚%  ¿m/Ú^7K¨Dt$1K³
Ì2  ."•^"¯(uÊ  ¨`  b"R^¸Èàx  ¢‡JèT-Â#é+
6ÐU^XŽÎ*h.  þ  Z  º(tm)ûÂ¥F[(tm)*f*  dtGÉ^)eX:nÜ   Á: ë¦?K  "^'nH  ?‡þúUè    ×¤  ¤]h  ÿt
'*f*‡!c  w"  ÈÁÂ,ú2 !.  Ö  I'ù  ºŒ8GbA
j&$F'1/4ï<ê!1/2÷%  K‰   P+u‰º@g  -×"-*f*  4 ‚š
"ù'pcôÐÑ`¤Z  û0Ð×  zþéh¡ìã'u"--¢C1/4"(í  Æ‰æg3• ˆëö  û¤‰Ü'•º¿ñCºK¬<(<C  Y
i  ðcÒ
Ë
‰Å"í  "  ¡  )Ù
Ñ'xœüQP  "‡ôÛ)Â;  Ž"¢sº
×\y  Å   ÚMýCzt›àín  1/2  Iÿ
  Âm%A
¸"?ï¹Ý£>XázOôúÔÝ7þÿzÐ":Iÿ1/2þ*f*¿]  ìtÿëë":þÝÎïöý?þ     v"¤í ÉÑÂ~õž˜è ÉÅ3  ñ
ÆP-Cœ^Qºº¢ôša¿¿þóP¡34KŠjD|†g³¹]îp‰ÉÍ‰'â Dtt
c¥²&²%•³)ÀŠo5
×  Q  1/2  â  E3-|*YÐ$†:p>*f*û]  NÓÂa?ú{þ  Ž±Kÿï"    z
  >

/× ž(c)¡î  †}H}  g¬...

      "
 œT;P  á?ì õ      è>ÿ¯    áQ  _~x  ×(r)3/4ï  5O    ÿý ý
˜¯±Âeì&*f*¢&-1/4'íÒzýR%mÑnHu'ÏDøuif
:È3/4'4_YÑeÀ@ÎY×íkU]ºûè-0e'"6SÈ  Á"
  (tm)Àñ4ÞLi"g1/2Hìt‰cDùšñ¯DæØ kI  FjÂ/"- Rè  6Éä  ø Þ,  ÿ" ŸI¡lmz¡dK
º_J"\À°o@  ¶¯ Þ,þôûÐoŠ"ö
é
D' @ØA  }· *f*mSj,
é
-)7zPbý=ÿ¬PÄ!P¿"x`›        }j"
%  ÿ¤P>,  K_"ý$ðñiRn  y  UôÝ(tm)Ût  n+K ï
8éôž-/t(c)í{þ
-ëJ"  "
û}>ð  ¥û|*vE
út*f*ý·þº¥ÂÐT•_ô÷  GÿV"t·ýŠ¤´   ¤(c)Ë£÷¤ßÓ¥ÿOè²  ¯Òº1/4iúÝiŠ¦ë
t÷¯ëý×õD  "óR]U?]ÒI6  o¿_Óu,_ú
ºß}:¿w"  Öõ¥¯u

œO§øúë*Ã
-Ÿú'Ž  zI"èÅýûä
--b¿3/4±;Ô&FÅûëöøíÕÿ  $  E†+  ?ëkþ¸Ý  î    pD  †'T÷ß_
õ_ø\ì(c)à‡Å÷×î^Òõvþ    Òÿ¿ïá  E×ûÒI¿i$        $ß¶ÿ°‰wmd-^1/2  ~  Â¿ù
[  Îÿþk|ÿ¤Œtô¯²?ûÿðžëë&  f?"Gú  $  ?ïú@^  Ôê ÿøCý  BÑ-3/4;|àoÿúmÅ...B"é*
ÿûîô-^·B#¯¬4-¿}þ  ¶¿ûÊ~v¢í  "ÿþêÚ'ìû  Ã@ë'"ú_(r)Òû¿uÒ  'õÔ  ëú_ú¥Þõ_õî÷×ÿ-ÞáfIk×  ïý_úÈ  ?
  é    ×ý  ßÿK_¥úû ßúíwmíÕô÷êâÿõ°íÚzµ‡Ñ>'Gj"o°°]´1/2n´  Ù  wê(r)xR8r:uôûµ¿t1/2î  -.ÖÇuûV
    û5*þ    %
K}u{kÚÔ{-¯]    JõˆG  C"-kìvkL
Úûmök^"k]...öÅ¿TÚ~Ú_¥¥Ã      $"  ØK!ø[kµ´  -°(c)A¥    (c)°Ô#"#(tm)    Ûi~ÚþÃKÛ‡°Âs
›    Økkj(tm)ü'&GFè˚‰9*'
"a...øaa¤† †Á,R8[v  I°¬0    î"°ƒ  Pá,"á3{  ˆPÃ  ¸`-...°¡
Š9Ü  á  b¢Øa.Ÿ°_!IXˆ'Dˆ"!    @Ï"  xfa¡ƒ  ¤¡CA Èã.A        Á,        ¿>  Ø¯b  [ìTT,
â£b    ðÎà^8Á3‡"·  "Yý
b¸ˆfÅ`Á  u  "XÈäÈá  ,,  Ø|œ    š
   _llU1
ö÷ö-Ø]VÂöµðÂ    pÓ  Õõ°1/2...¡°'žÂb    LB
,ã"g1    }...î  M.Å`(c)ª|  0é æƒ  2¶|@B¢Ð`µ
,Qmí|  ˛
   `(tm)Îh(n!"Ê    Q2'ÂDXL‡ÀÂd,ÉÀ^Ó"ƒ  "
Á  ^2(BfØ"W      B#"^^^ŠB",    r0ÈùxD'  ^^^Šü4-K  "\  QÁ•‡l<˜ZJ´§b@À  †UèF  °ëP˜î
ˆã#Ð^èEo^¡%;V  a
Jw"R:_é(  ˆ¢÷a-Ê@Fée
"€
"?öé(c)  0\Ž¯†GB,#ëi    !Aaf‡  Ž¢    i'À"Å¢Êd"Ã  H(F    E  J†ýL°    ge+IV  @¡Å-ÒÐ"
9Ò,$µ  H¯U¤"":¤  !"GüÃôèŽ  tŽÎƒ(tm)³ê  ãõYÙ,Ã"êAQ"0Œeqâ  '#  GÃ¡(tm)-ÂyÙˆ  Ì†D        Q
'd'¬B  d¤ˆOZ"ÐF  t`
Ãëa  %Æ|±"-  h4ÁUkz#q•ŸÁ  D¸wêø|j    G@(c)¤    4MÚ&í,-TŒ†Ñg¶•
XC‰Ø¿jÅ/ž°7ø m
 @Ú$ÍZ'ÿ¶'
šXA$-¡"ôÛ"ìÙIºA:N-,áý  ãV  ±ÁSŠA    I±´‡Û]ºom    Ž1/4  -÷Z  &  ²    â>d,Ïõ×¥þ¯N"
   :íçQ    q
çQ
çQ  dPId0...  '  òD9    ¡  ä
Ø$³"    2‡=F¡ÂÉYª#Ã...  "#  ç  -  Ù    Ô!N)˜Èa    ã÷ÿt...ë^-  å  €  á
 1-a
ñwà,ðD)É¸a  3f  `  ""  0†H      A  -¿""Â
!-éuÿui  Úí  [ÝtJ  îAáîÐ@ª,
#b×D  ë ðŸþ‰Cð‰ÂD±¢}û¯´¿Þœ5Ûæ;È<>c²-uñ@‰ÛDt3B  Á(tm)XA,  B  Ä"^Ã
Æ6G  kl·¢æ4\äd‰í'  gf"Á¯
'(tm)Q ƒ  @Ü"C§¥÷ýýÀ  D_Ü'è  â-úA  Þ  °(r)ž,      P  Û-Î÷a0œ]    è mÐ
Ù&ý¿  îÐB,m'ÿ×¤-õÿ*Bé  ué7ã]Ú    ún  ¿}šué-¯´í*ê
ž¿ÒýW×£bö  ÿÿýÓ(r)]SÓ¤    -H7C_þ  ]&éäcÚJ›ºKÿÿé/ý

"}ûúÛã÷t    _}Wë*íüm¥¿[m  ÿê3/4þ  oíå=¶6&²_éÖÈëéÔ"c..."æ;ÿì2ªc×øb3/4ªHrcáþ-ú^1/4M7  G_ò
 /"ƒ"¨  ÿ3/45ŸÐ  ú3/4¡  ì1ƒ÷ùék÷ˆã0    ÿô'÷á
í.Þ    _B
‡(r)ÿÁ  ýÔ O¿äuÿ²  Ð,àëÿõÚˆˆþÒÿIÿ¯á  ×oDÑ

0ÃE'ÿøhÝ þü 1/2† {õú [8£ú÷è ¿ê÷_ú • ƒA=ïÿ Gýµ ë¥ ¿Ê@¥>G
ýøœîþ² ÿKÕRÖýïo·Ö@¢'ÿ1/2zïô '¿ Du×àŠsó ïÿôh w ,7 ýRWZü0Kö¹FæŸJf2:.3/4þÒúo +ë‡ÿ
"ôaÍ0þ¿é7(r)÷3/41/2wª^õ~ŠÛÿ÷ðL$]+oø ²"_z 9"ÿwþ,ûî¿Ònúÿz×~, ŸuÕøDuµîµÿÖHt VG]ÚZ
@¿Ÿ Ò Y-Zð"ÿ(r)ëm ÒoJÕ1/2o¿µT"ï´Ÿ_°n ÖÖÂ,/ áÛ:ì4¬'^èÑ`Â
m[K‡ [×ßi ¤Ýû¶t¡Ó-%ºZ[i6"j·¥ÞÂÚß"¶
ØVÂZ×Ã@-!+
Òÿ"á¬4¶Ö¿I¸a-Xaa...´¯á¥Iv"i0Â¿ ðÂ&ààÂR/¦ "p!C ‡) pV
ƒ Hq >!<E0(c)Ša...ëÿA"¡"-† M2:"€\à ˜
(
ƒ0$S
#" 'ÎŠ°ÎÃ XØãb·ä ;±W ±4X"Ä&!x -
ÅC¸páÃ8 ¨Ê C 1/4 Mg ^Ä î E(r)Å{M5è¡×Ø\î î kka4ÕD›,
...ÿú&:˜p°×ÿa...Ðaa"×í%°ƒ 0˜[Êž!"9ááÁ :pL¥2ðãŸS" æ0 2- 3,QaU4ÓMRƒ

,r êÁ èDG
¤#ˆˆÁ...ˆˆˆŠBÎ²ÈøÆ Ç PT"â"", Ç-*†Q*µ%ÅH ¬ì B
RKÊ | Væ° ,Ká p3/4°ôƒ(-:@ˆ, DHÒÃAô¬":6'Ð"å õŽ +^
j8e* @"Q"GI}= (tm),D]k" "à...CL Šä í
Ò ƒ)M XA •+ b C¯L¥! C.< · è¯ð,
Ha""kUh", A ", šý A MŽ J£"°¡ "è Z† G€¯; ð ÔH˜Èùv :´°-
8An- ;,É , š ¨-6 ã...I-á ðBma S"qÂça ,"Ž ,- GA âB
QÜ4 ŽÔYE
¡Â Ü (c)Ö AêÖ,# •¥Á Â ¸" pf -
‡
¸!
ÙÙ..." ª$R B;Ä£" óS"ƒ Õ%è 7 { ¤J k ER¥¤£"¶ Œ8#5,(r÷@ë
Ž³c ‡,
ø ...B8é'ÑN Ð˜Ñ p,X(èŽ,
J 2¶ - (tm)C¤ YØ4" . !a$ 1*2: Dîb í+á,
d¨ˆè#Ž
É4Œ=-pD`0^ Û‰‹†ÐU±Z E zIçb
eoA$±TØ"E €,,
Žo†µ )'¬UPA0ƒ Ž•"-"Šâ q"ÅÙÁOeÑ´C £æpÈù...@ˆøA: ú
·; º#åx Ð" 29"
! dp0`
Ãa1/4ÆGS$û ," •i(r)v6 '"\R8d är# ,89|1/4]nÂ(rUœ7UJ Q ˜d 9 2ˆí¶Ù `
Y
§UÑð@¬Ê
<)°È C ¸/|2Ëîâ sµ fS r:6Žý &G Ž pÑHŽ²4CÕKt×`Œ8,í, ¸* B""A ùua¸A$) 5
7ÑÝm íP
Ä¯¦` R#Ž PK6¬xi`" •ƒh 28m~ >ß, (tm)Ù€W#âH
Â9 ò? ÙNSŠ•R¦ ì""Dv\Â!ªÜ DY-Ú"ÔÂµˆz"w
;àe&Ð Ì¹|"e±è7¹ØãAY3
¢l
Â }Ð"?DÌPQÊ *2‡ C ]Êm Â#£è"œ*ª
à ˜Y)
"pP$à` ' Í¥ Á T Du[i& Ar4 EØ`Èù"G K iì8DtåH ÉÑ... GD@*‰7
áŒ ~ tƒ1/2 Pw6ã†h‹,¡7 ,æ]ô"I*ìHípˆz Ú åPDã Íd h"m

¥  j    òPEÙ...H2:>  H
"Ä
¡  V  ·¢>ñdL8Ä!d08"d  ! r  m   ˜ĭu±
TI,  ôŒ  (tm)vY
 ¦dž  ]  ¢:µ   ØD‡
!         ØË(c)
 ,.:A  GÆ†  Á
A
‰e       çA'èçè  '
ÎÈ뀣P^ˆDta  àG  ƒz-YF  F  °(ˆø ‡ñL  ¯³@Đj
  H!3  ‚¢ ÁsØ,    x0y  [f  s†|4¯2Ê  \ðÂ   l-\1e¸d{BBœH   ²¤  "GÈ÷/‚¿Ø1   Î
":$  s@äpB:?B4ì²ª†
ø@¨-ÚÉv
Î$‡‚rP"C   )t(r)YVC  Ö í}±  "$6
Èá˜I3/4Ë)  c     éðÃ+ ÖGPaÈ/  %YhpI  n1/2iƒ;9‰‰    ")à‚ìâ     A  ÕoáƒhÆ\2Đ×Ó
C¦-ßXa  ò>  D†Ã...8H/°Ü  Ü":"ëá^eÂ  ${#†±±ðĐ,5ƒÂ  ^Ã1/22  °ĐD‡eÌ   À¡Ã  Ž'A[‡(tm)  ¤  ý
F
  "Xä6"˜Ì$   C"_^  ,¦*Pb"@‡<Êr-,§¦¿nÒ
 '  ‡(c)  Y  ˆèŽfÈÂ   z²:

²(tm)(tm),  ƒ,#ï¸,ˆˆë
¥
  é%  Œ8]  5ð¡  )á  "GA  ÇSµD]  ÓPõUÃEÐÆŸøf-• ¢>}Œ(H  V,3¥ðð̈EøGl•^Õý  PÕCê{†  B
§e¹#ª~""¦:ƒô×#"#ã;)MŒ7AÒè"=  žÂ#áî  YVz,  =3/4R.   C...]
cnä<²<!ÐÂ#§¬j   ]Eü"::äö3±4"{þ,
¡  œr(˜éÂ^¸O1/2†Gæ  ÃPÊ¶Ê!§;I
DtT¸uE"Ò"1/2iÞ  ¡"GU   4*P·±ô8A¯ï‡PE     öõÂ#¯†  1/4=1/48J  é1/2¥  ën  i¸"?
  ="$>!  ÷...Ýp(c)Á  9öjÅ†µú÷´çù"°á$²Š   7'õÿ(r)Üë¯ }NøQÁ"$Âã  Ž',#õÇÖéa  pY9÷úPÚå
´Å{z"  Aÿü55vŸ
ú5¤1/2.
Ñ  š±w1/4<÷Šþ¸Duô1/4Í  H5#¬  J'  Ž²Xæ¿ö¿µ+gàð^é      ¡þ¢÷"ä•   @
z¤²}}(">¡ëé(^úÜ  Gê  =°exsÍ´GGJëƒ¸A  Âß¿âø]Œ"é  GA  GW  Ž...¶5"ÿ  +J¸5  3/41/4Ÿ1/4Xi4zþ
aGáÚ*§¤  C...  Ž"ï̂Í  úm":×ò?"ˆè:Ú¥A¸ÊÃ  H\  aíu  /ƒG  ":@
ôîð^è$"(,  !•MuN>   ]AŽÔ¡û"1/2ø">°Š~  ýƒA  ×Ô?÷ôÕ   WñoT
 ,":à3/4ð-3/4'Ç¸ßŽ"  j^(v르Ú¯ïÞ"×´×Á  pÂ  ¢Ÿ  ŽéÒàÈwP^éÊ{E=  #ùÒñ  àŽ8_  -ĭª...Z  Kv  õ(r)
 o¸E  "~-3/4(c)µ]ÙO<¯"   °÷-zíý--W  ,XEíb•kÈy-3/4¡ð^ÿ0°é.qëëU°ø%
h  ¯Žœ  J-ƒZ¯î¬=T ƒÿ  ]pD|ûÓa  ÒÂ#ð3/4¯ŽŸà1/4%Ý  tv´tGMÂðf  #  †  •¦
êë  ü  Ž-Ò"  NáÔ  uø6  Z
ÒvÚ³Ç÷¯"  k¦vY1/2puŒ  z  H;á¨Dt(c)/Á  ñ  µì%z¨":O  E8F     Öœ?þ
ê¬O  4I  p~_
G²<G  Å
]ðEÒß  Ž^þGÁ  ÿœV5ÝÕbkf4"°T...~ª˜i
V
,ªá   w
ï1±  Ç%EöD°ƒ  µöÃB+ÒH°áUÁ  ×B
¡Ì8ißVôQ¯¶,q6--̈pt(tm)ŒE(r)"JÛú¥Èé  nGUÄâ[Z"uªÞ´  Ikr‡þƒû4°":3/4ÕZ
ÚþÛÔ?   g×N
ÒiÔ ·ïjû";ïÌ

@•V`3/4  p¯ßuZÒÖ"    þÝ~êí0¯Uí}<~aà×EÒÿñ"Úz"]    Ž³°iRi    Úˆîâ(r)v-"j"Ö  á×Dt  I<E  ê
šìW[ÒM   Õÿ"úfl&Ò¢pÇf@-¨(r)ßÂ#§ÿøVÂ@^óÁB#¯øjý%†Úù  oJ"q¥"Pïkªþð¿ï"GW°à˜øûÅ  Ö
CÂfº-oW÷PëJÎÔMV  Î  `ˆè§a  6"ãh4-Æêþ
è  -oôì:ówio
V(c)w#¥Zü6  Dtþ-  °"ô,#ˆ´~÷8÷„Dué6Ö-@áÝCp@'(r)"µ  ¥è-‡õÂ  ZÒ¿fûzIRê-G_
OL¤Ÿ_"G_KMT1¤¿A'@^ÿ²‰"G^ê   Xÿë
Dº
(r)Ãÿ  3/4fí ðl>'áàÂ=azf(  O...~-{÷ªÖ÷,#ð"ü  CÂµé*¤    MRëjÝRÜ  -  ß}B#§N'†,."ïÿ
§"  ÂúÚÉ²ÿ...   Ò¤vU   =Áò  .•§ôÂðh   ´¢ý*,@,a  Ò1/4
ÂûÝBH":Ã  ]  VÁ"E'Ý×‰ou
+fÓßX·A÷  ïê%    :ÿú×¢°jCA(ÒØTK¤   ,XX"ê×1/2ÖPüÒ  ßþìŽ  pÞ  ô]'f¢:Ö   xD
¡é[  §KÂ.µÜïë‡  ¿z]àèzfþ  ·h-  "]  äu'×~   0'ê-s4HVG^÷c
^íf%ñOß^°Ý_KJ   ¥";×‡øÒšÕ!"ŠtÃÂpÿb<  ÷Cc;ó  b°¬æfXe  käb,/Á  ôøDtÛ'5ýfh£  ß¦2‹P|]
ðó°ÐqKP¿
‡'õPPE?#- D~¡  Ñõæª    Âð.²$'"ªq
ô  <  .•î   Ô%°¸Ü  Km":Ú  ÑC1/25  &•`ì  °ü+
ßÝ6"    ZPàÜ¢ ÜCÃ"GW².¿Z5$°ê¤S...dIqÿ...1ª  ia  Ô§B--"  þGÓii-:Òtžè{XØhÒ¥
-Ã!Ö0›  ŠmT%P[gaJ¤GPÇ#-0ö´--U1Z   ´ø"è%¢E
Ï¨âA  (c)a  Ñî^ê¥PY8ÎéûÇûk...¶U‡if*¨n·†f@^éé¡`ô°0 Á  à^û°^ú...ð,VÂ
   öâa$& é4  ]  ¬K¥
   V›   .-±,h  *  -ð"....´   ,·
   .  Ž^":êfÿõtÛ-I
¤fÓ"-  _ÛN  PPç  8;  ,%'Õ  Ð+õ          t•'Ó6ÅQ  W
ËøX`¯B  k¯-l$Ø$A¨"

$'1/4>‡XÎ%vsÒfÅ+...{         K¦PålH £KvËírC"   ¦'GZPM"jè(v8Ü  DAÆ*qÔ0Ê  ðþ-GF,f´GKk
   "Ò#¦‹óŽPö         -m-¦l  # E   a Î4¯ YÛ"  CI eNØÕc
a!
Ž Û   ' n ž   y³±¿ï,.²>^§  bÊ  0@^èK¢  @•D  $-°]4?"Pÿ  "`Á†p:  "*°A
TÐ[  HÌ/hR†P°DÁ°Ð)
"!m²:  -ŠCeÕÕ$  \"'±$Z(   ÓB)eD
H @Äa  Ðf&HC  †'(ŽÃ  Ã0ª"GPà  "¡^ýÂÂ#§xx^3/4û    ,

   ˜[¨nÂL3"  ,ÂA^øHŽ†•   -5í3/4ÚX;t›-°,ÕE,  v   ß[Al%,#â
v.]L8X1|0d,Q¿M  ÑC¯  QR¸°@£éÐe
E   _2SM^a  1¸È/C
$ÀB{2×PÈÜ^9NÈîÒ

N9C^28öÎ¸Tî
â
á      p  Tî¡Ê]J4  ZáÑ  ?†°¯o[
:...  euE±Â#¨x•Ô"·  c"WUPe.§"¯3/4^éw]"  CO´:¤]  Õ  8ÖÑ]Qlh">WRäb0±  ^•ÕTÖŒ"ùn-GEr  ÄF
   8Ù@6¬Ú
¡¬DFYT(ò  Z("e?D~Â qÿÿÀ   @
endstream
endobj
129 0 obj
<< /Length 130 0 R >>

stream

q
594 0 0 755.52 0 0 cm
/Im0 Do
Q
endstream
endobj
130 0 obj
34
endobj
131 0 obj
<<
/Type /Page
/MediaBox [ 0 0 594 752.16 ]
/Parent 132 0 R
/Contents 134 0 R
/Resources << /XObject << /Im0 133 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
132 0 obj
<<
/Type /Pages
/Kids [ 110 0 R 115 0 R 119 0 R 123 0 R 127 0 R 131 0 R 136 0 R 140 0 R 144 0 R
148 0 R ]
/Count 10
/Parent 2 0 R
>>
endobj
133 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2475 /Height 3134
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2475 >> /Length 56976 >>
stream

ÿÿþdVFC  7    ï  ìP!ðà  'ã¸
çPÎj  _3
£`Á¯3"â  Ž  €A¢Ī¯C‡">    ?%¢œŽ𝑓K𝑓  u4O÷¢Wï  V  t  2p§Â-
ä€l/ç
Ô$  s¿É  FH  75  IžPÈ‰  |z  "-ŸÞ, Wá  ^>  G𝑓š€ÇéðÝB  þ  t  ~°‰Ì  'Á𝑓  Á7þ‡Þp
'Ñ
€‰
œ)°.q'Ù¯B$‰A}'ÛµÿÝí¿ÐA´  v  X3!ÏCS^  >RC'^þ  }Þ‡ÈO!

 3'  œ
ÿß¯ÿtšþ𝑓I7øoÿè  ,4Í"  OCS¢PÿÿÓ‡ÿ¯oëþô¿Òn›ÿÿô    Ñ  þiš´  6tÎ±  2  Qš°gN  0  "‰ocdnUëÿÿߪ
¿Þ•$ÿ¿÷õ_ÿþ  o~¿Ú"    Á" Ù
¶-....  ìwñÿÞ¯þÒoÿòX!¨3§Ÿ2\¿úoÿA7-ßûi$ÞÝ¥"Đ‡'ÿßÿØãÖ´8×¿ÿàƒÁ  Ï¤  a  [ý  ý_çwÿÿ71/2%ÿØ

ß¯  Õ  ÿ¢(áµé"_ïÿÓ  ÿÙú›I'ûH  !Ýo1/2‡ëÖ¢*î£Š,ìÕ÷Ž'ö‰í¿×I_ÿO~ßÿÚI73/4"ÿd>Ã×!
l  ÿÿý ßÂt  nÇ  }n¿ÿ]ÿµ¤¯î
Ý7†AÁâ  }oê  ÒoéÐMßMù¤5æ  fù¤/f¥Oö,œwü7øo(r)¿ÿŠép°x=  }úÛÿ¿ûý-þ¥P^²  '6  úëúÒ  -vA
÷õÿÿõÛI]*KoùY  'GÓ}÷  Á?  ôØˆú3/4?  o  ,#êÝoA-  ûþþßß¯ÏËÿøÁ1/2_Õÿþ›äÖ;Ooù  ýrŸ  }ÿÿ[ë
ÿÉ'!}ÿ^ßëîo

1/2¶ûÿþþûÝÿwÿÿ  ÇÏKóÑíóÓutÖ°Tß¯ïÒÿÛ8"¯í~ÿÝaôÿþ¿ÿ  ~nÕí÷ªÿÿû÷WÕ*3/4¿ÊVß¿Ú÷¿¿þÝ?o
µ)Íô.Ýé}{jûwÿ¯ÿëëÛ|Mß  ø›Þ¯î°ö÷ö'ÃIp1/2...÷á    m-]*m/ößöþž1/2¿ÿÿmûÛ[kÃ
]",¡}"k°Î1/2¥t--˜ÿõ¥ÿkíÿ  ¯~Ý?1/2ŠàÈ‹Ð´  '  <  Hè  '  È3/4[  °†
˜Ý[VÕ÷t":/r  *û¯¶-ÿÔ{¥öÞÚÚâ‚\UÞ...±Ð€Ë  Xa+    +"
/
ðÂ°×íþÿoÿöÿ¿û*ž  x.x]{
b¯¡30²-  `´  $H  °7Ø-Û
*
--}´3/4?þÒ¯o~""  B"|ÄDC    •@A"  MmìR  lQ˜CÁX(c)
::  à˜C  3/4C  vÂ^ÿU¶  o3/4Ö""!"  A...ÖÂØ^Â˜q
û4  ò(è  -...£1  â  ý†  "ß~"""U!
Œ    @Âᵃ°ÅvÜG¹-
1  œ+"Ù
2#H‹|DDDDpÂ÷ßÚýøâ""""
    ƒ;¦g  Öñ    -*  öÿâ?ç˜¢œÎ‚  ÙtGFqäD#µ";.É...  -  hA¡!hCÁ
¨!<Œ´2    B¹õ!  Bñ
Ñp...§O×  ƒÐÐ{æÂ-
l
œ      Q  DtGè    D¸2ˆë
šf¤Î  D¹ƒ&  "}  •-×ø8q  dÈS@æ  Á€a  ØCá      Áƒ  CÂPA´  z  §Þ    l4è t  6
ÕÏCŸýÿÿá

S-5A
Êcõ&¨7}ÿÞ"kÓ ›ÿÌó¤HÍÝ×Ne  C  ²    ^Z§¤Fî  ¿úm&þqßöÚI;é=7ÿÿä"w¦  XfN‰Ft't
'"0f
¶šÇéuþÿÿM¯é?¯ÿ"ëowÕ¤  |6é  '  g+wÿ&ÿoÿ´¿-&ÿ¿ý^wo  ûuMî¥¿•3;  G³´    2Ÿ×ÿÿî-÷ÿïÿÿüïÿ3ÿ
R  Òuðƒ5    æ  (tm)...  2L!
!N
V(c)ëÛßjú|ÑU  ?õÿ÷¶"kî"i$ßzE¤eþžÝá
  wÅoÿ  ]%ôÇïÆÇÿ¯ÿþ÷êÿK  Eã(tm)l-
0$Ð-¤¯íÿïÛûÿí  ¯Í!ý-¶Þ"×KúÒÿH7H  8a  ø  Ú#¬  ny
¯þý^ÿ¿ûëÝ{ZüŸ  ö¢_úÿ¯IÝR
  SÿëßÞ3/49  "ý  ª[3/4ÚÚëÚ×(r)  ÍDxSXŠj  è)¯3/4"}?ö•?éÿoã÷d  îÏ¤îÂíÿÿÞõüéx&  x
Ó_ÿ°§Awû[ÿÚõ
?þ"£ŠõÝãÑÝV-xKUÓOO²(
)ÿuúßþÞ¿SNUBÿ×ÂÛûÿö?Š‹r fr.ƒÐè

Å/ô"ÒÒ  ÿ÷ƒ_¹K  üú9é,ïßú1/2(r)¡IÃá:    Ð'm&-ÿéú_1/2W¿ÿ¨m×ïÿÝ"û|Ó°¿÷  _
é¤»m"  (tm)ÿÐ°úÿõ¶1/2÷]þ3/4¿Õ3/4ß3/4Ÿõk(c)ÿMû"{v¿3/4^êþ³e"í  ûñ%Ÿ  ý  î"(r)1/2_þÝZ×ON
A  Ä?íhØÖ!ûKöõõ1/2ö×üMû{oß´sÕþþÕßÿ×ù+{jØ\
iC¶û×ï·ú¶"ÿþß(r)þ=ÿ°[íþ1/4mkð  ¿¦=5-7¶ÕµÛý´¿¿˜¿ßoíûêþþÞÿÿ¯-"ûï...z  }(Aí  +_ãý·Òl%kõÿ÷'
m~

ƒÝv÷ÿåŽXæ1/2ÿâßi    B

"..."

+

$Ã        n"

%ÃVÒm~ÿ÷Á=þ¿´¿oÿ"")  OÍ-_ñéÒ{    "Å  ‡r@.t  Ù  òpI    #...#´t

uû{  1  ^Úí÷õú3Dˆÿ·U"Av‰ký^\S  Å) CÁ  PE=¨õûÝÿö  [{¯1/2ZMÿ÷[ép`ƒ    ...MSA...Ï    ƒ

û0    'ÏŠä<ôA  ¹ð1ä´- HÐvGÓ¿"MÒa  Xüõ¿¥éq        6I²LÅwßÿëL1

ˆf  ²+IW‡¶"  kÛªÞ  â""$èO¢ði-ë}¯wþöÍi&ÿöî'ô  :â"8ˆˆˆ0B"  N¿a...a,¤þÚKê"zV1/4DKH´3(tm)">#

p""  *1/4'¤Ã!¶è  m  --1/26$Ý±

OÛ        A...a...ƒ  -RR†´    >ì'

/ö*)Šr    ÅG"ÂÖˆˆˆŽ-0ƒ

"ÖÅuÃ  " 0L)    L›£XHø^^^þ#ÿÿÿÿÿÿÿÿüï  2  p"|  -"8B>GË(tm)    Ï¢èæ]  EÑ.  Hâ.¨DDDDDD

DDDD†@P  XÈ  CLr+•...ŽPæsÁC•QL

-SP6  òÐ|  ä6GË(tm)|Ž^ùt\    â8    1/4DDDDDI¶

-Vü(r)=•¡X]>

    öw&åYVXê""""""""?ÿÿþeq    L'f¡"

ë'}  µ

    &çjAI    ¯£ O‡Ž5KpÏþ3/4ùÐÈ  ,!

ËÊßðƒ4#C  0ˆy'C  y 'ßEÃv&wàÏQà*E    â  ‡†  6  Äk    }wëÿZ  ¯ÿÿÿË K:

ÿÿ

|E`µÿû!  ç  Fÿ_þ

×éûÿÜ-¿ë×ýY>ëÿ  Ì×  ×  Šrƒ    à¡    ;  <¬  ,(vG"xk_‰  ªÌq    a  °8¥ˆ†  ˆ†

"uGD<í¨""-ˆ(r)Ò´ñÿÿ    '!¨Bh_Ì<D    Àä²à~v  Èì¢.ˆñ@È£    -3Èì"!  (c)Ãws±¡

‹Ðfˆ°  ¡

0ˆ´!ø‡PC  D£  8  ù  ‰Ž  ±"Se"  F  šÛ60È²‡ƒA,#èöÁæÿÈ  ÿí

¤  pÓÂ#î

àÛ@ì â¡"oô  0A,¨üMß^Þßú    ÿô\t¯íýt-ÿ×û{""' òœ!¬BþxZ  /éi  ÿ·cé}"ü  Â-µ¤j    ÓÈÁ

    <    ñô1/2/£ÝïZ'  äž^ß1/2é

ðƒÂ×¯Ávð¿  ÿH  7ó  ¢Ïä"*I?Dnôôñ×  ñÿz¤ß<Óè÷ÐEÑƒ1Š.Œ'#g<  óÍ"s À_=óE,)ôû  ¥é7h$ƒ  AÖ¿í

ýT{ÿþ°ÖJ¿ëÂ^  ~•Ö›Û"]¿Ä¿(r)íîJþF

Æ!'  "  ð¿õSÑþ-þ¿UøUˆÍ  ¿{üu¶öÿoëÿí)c,¿Õæv    §ÿÿ}(tm)ÿ¯·,Wÿ¶•  ú2>  tÝwÿ1Œ  l  °¡Œ  `¨0

ƒ  9!Å  0C  6  .ëé}6¯  *ÿ]ý$kÚ...û  "þ"Úíi-_ø^^^^^  i}"d?o`íÿïî¥ø-...¶÷Û´1/23/4  ‡Ð  $h    ƒ

0    Í†    DP={

\£ï'ýŠø...lR¦Ã  2<  ²XÂPÂ¦Ã  Óá§ÃXa?  ...¶)Œø  Å-  """""    ;°  °ÂàÈÙ

    e...  t±    ÿÿ    °" šËt±d    S¨9Ô‰`÷á  (c)"

§È-J  o2U]  w¦Ÿ"-v2D  Ù    <Ê

Í  7Ú~>Òn>ôOî

Þÿþ"ú    ü  âý:Mä¦ô  wû÷1/2"NP2†N‹£ù¨Âfhÿ6  ³'tu^C  Ö2œ3/4ªõz  a  M

'v...¡a  ...(tm)ŠøA,    wWõ~i×  ü[ëë¦¡

ò  ?úOŒ¹³L    /†epÈ0ƒ  ê×šm  ÷J  ué>,

îÂwŠ  -PA±xOJNßïI7ÿÂmU$›t°P@ÿý  ú_]1_íBBßë_ÓêÿV(c)Sôôž×ÿµÿuÞ¤Ç

s@Eè/Þ¯ÿßß´¡

ð¿K~Ö¿ý}i×wÑ9ß"3/4°"Wÿ÷Û-¿@Ÿé  ëjÚÿm¯ÿÿv¿kA{{iSk    ûiouÿTÒ

XI†    Øa[$m¥¯þ"¶ÚZ¶â¨¢pb Û

Ã        X^ìÒ¶

m†    l'iÖš

%d+äQì  $Ä  `  Ã03à1/2
#à¨"0DÜ        NW  5  Ðh8a8b    !"  3/4áŠb¶%3/4"""!"Â
>Ó  õ"   ...†        TDDHhcCKÒ
õò
>v
Ô    È  ü€"q(c)ØŸþÎÁÆøh<!  20Žƒ Ês-aöÒò    ê  L†'zíB:t1/2  v1/4...ðD~qùÙ6QƒAœL¸ËŒÊ
ÉÆ9d$"†\g"8‡Ñ¶]  s¢#Æ(tm)š1š"ñ...Úõjê8úN?¸¸´-  ó#¯°LÀPB
÷¬ø"26)ÐC¨LŒ  {¯ûå  ;!(tm)Ñ'O  Ã<áźsH3ã

Ñ  =>?þ  "  Aàƒ,#Û-×_    D-Ã'#F
@^v@°D  }ÚÁ¸D]ªk  m-âN(•1;|"7oª°õ  5´](c)¡ñ3ÑžôÿþÝv-ÿùÓ5°è  :
ì£×vêÿø‡A  "  ‡†  6,
gdXßÿêßÿ÷ýh&Ò|]ÛWZú¿ÓW×μþ8Þþßÿ°_]i7Ú¿uò  ?ú¿ÿz|âÎ*î·ÒÇ-?þ÷éï¯‡ü´  ^R
çÂ    *E  ¶]Ø-,þ"ÿ×ö‡^D
{ì}ICÿKëû!'B÷C  ú{¯ßúþÁ  [ë¶  ø£ÍÞ  ?å  q"žóßõ1/2  ÿæ
õwßÅ¿õê-üäiª-û  Æßû¸BÝ¨Îû~¿þ-¯ûÛ1/2ã  ××ÿûÝ\/mkÞëÜLn  ÿ³ü¡~õG£×ñ  ýi}ÿÿö    dŸ
Î  A"  0¸U  -woÿþÛïŠ"ïßìM  Ø  õšqLW  á*¸  ÿ¶Cí-ÒÕßõμá,  4"
Ê°¯A    0°§"  ...ÂA    -N  Ì"ì|žÃ  a""  ÒxÿŸ¸8^¨ïì
ßÓ          ›
Š'  "g
"ß  •-èDDDDD  ö  []  !rh
E  ƒ0b)Š(  %œI+
#£0ƒ1  j    @Ê,z"×¿ôÓÐ29  ^^^^¤ÓOàÓRÇV+        ô1/4  ÿÌ‰ŠUQße'R  _;
:Ü-¤»Ý=×
þ÷¥o†Ê  "  2"Ï4(r)3/4Ùál    ‹r:  ÏŠ},
¤    þ‹v  ´,w
ÑcƒE"‰‡z¥  @  ¶  GðÁ
@ƒ^6
pÊ.§ÿýÕ.´Ÿ§úÿ¥1/27^ÿÿ¿âøþ³Cëøcþ¿×    þB
üâ3×ÿ  ÿàÃ^-þý  Ù    ÿï¯÷'Þ°Mš.ÿ[_³5úÓ  °šmž~Ã[
šx[°  Å  BÌP@Â  Ä  EØA"    ÇQ    C
Á  Xa  ŸL  ²œ%^^^  ^ÕÕãÿýóμ@"ä|  'xŽE    ^  -Gâæ{3^ùá-Ì  Ã%y´fŠ  ØæL*  }Ã40...Å Ð´4í  4
a+%d-  ¢  Éñ
4LícGèa    3ã$hÝ´Ãƒ    È  L"
Á"  A e  lƒ  GM²ì"
ðSc8F  œ
x  ŒÀÍ  C33Áœ
Ì0¨0p!@Ë£    ŒœR$2èØÊ    ÔeÑÀ‡ƒ  H?àß        ûÒ
îÓ×A¤  †"8i v  4ÓMμM3/4ÜŒpÑn-øDÇ
Þ  ;†š
ç  -.
3      ÿ×ïKþßú~ý²tÓDè2|Ø@Â
Š°àÁ  +Ú  6
ªC*"M
4Î¯  $o(tm)°ÎÏÑ"ošr°ÿô-ÿÿþ    ÿë  G×ÿà^÷¿ú·Ú  ]R  GïÃpŸÿ
ü    Iá  ü7tß4Ã=(ÿÔ?þ>ßM  ¶ÿØûÿú^÷ÕÝ7z¶]-ÿézý:^èïK  ÿI¿  (r)ß·¨ûïÿß·þß÷U3/41/4§ïÓÿÿýíþÝZ
ÿÿíˆœp'-%Wþ×þ×ÿþÿþÿÕÿóÿ_9Žs  ¯¯¡"úñÇÿL  °È¤vþ5ÛãÛ    ¿û¥[Ý×÷Ýÿ  ëŽ¯ª¿JÿùÃ-  #
yçμ'Sûôâ¨?·Ì>S  mÿßÿ"zOoïñÇÿ_öëßÿþÁÿòÒSûþÿþÝA÷ÿ¨_õu¢(r)>¯ÿÿ  KL  §ÿ  '[J¹>ÿ·  %ûoeû  å  Ö

ß×kn1/2Çñwÿò³+/ÿæ˘Yv˚*{þßÿÛÿ} ý¿ÿöÿ ¥ú_ZoÕë §Ž}
Ï˘ž̃ö3/4ïß" ßä÷˚Äÿ[áý1/2]ó *ŽÛúµõ1/2~í-zG˘Y_ðˇY[Jôˆ˜v ~ª˘ypÿ| "[uúnµz‡˜û*íýí(r)Ûoøˆ˜Í(r)v̧
  0ƒ A²pB" f { A" 0¡ Â
Í...Š*Â,
"*Ø~ mW̧bíô›Kû4Z_NN(c)ú{4_õö " Â˚šjS¦ƒM JÓ‡÷e
  Þ 8Lœ(!PÁ ƒ 0C 0"7 l0 Dh#
‰@Âœä˚4 DW˚Â" A"E˜a6 SÚ$p ÞODDDDDDDDhDDDDDGÞƒ ÿv,b-ÕŽ-SCcM;˚ØÐÓNE|0
•q `"DDD0"D0D4"!, 4B!,
!Å-DDDDDÐý
EuãÿÿæEˇÑ"ì 3/4K
v ÏT,àsæ gŒàl*˜A" C6 Ùž A'°˚Á€ƒ 8°Í
-¥˚Æ¦¡'" ˘Y²˚Ý¢áçîÓt‹†ÿöŒ÷
iÒH l4 FphĨA
A
4AÁ",
†U3ñ˘Y$Ø0_@‹úW
˜÷Þ›§ï§ýt ¿-˜ÄƧ_; ¿íˇðD} ·-"Gý̃3/4Òt3/4 é7ÿþ†R´A Ð"é;i ¤û ˜ßª·þÿ¥èˇYÃ>>¿z[i}ÿ"ÿŽíÿœ
ÄqÛÐOàßp-*þ¿*÷¥] ÿýé9ó3 Ç(tm)æžçË /"-)&áÓ
ÿ ê˜3/4ß\zOøAˇYØM êí" BÂ ;...í_þÿQOëþÿÞgÕ#c
  !š×Í Ì:› ' Ú ïøZÛíö²³Çø ƒ~Á ‹m
  ²z˜ û¥¿˜ß(r)ßø˜Z ¤ß×þ"ßnUCß*úõÿ1/2kÏ?˜ý~h3/4F9C°ú¿k˜
¥¶-3/4ÁÚþ"~ÿÿç q Õ3/4ÿa¥3/4 m&Í²í"‹ÿÿ ˜Â/‹í ¡ ˚a l"í˚ÂA pB," J
  Ø@@˚Ý† a
  a w˜ÿÂ ï÷lWÂ¦(1WìU*úÿþéV1/4DDD ! a DA"¢""Ûicê°"dE ¦Ïö Vq&Ùï +[=Yú
ë j^ Bœa
ˆ"9ÆÅ|0˜LWµ ¦˜L&¢"""T""#ÿÿù 2,÷,
ŒÙ 1š²Zg‡
&ƒ7Ç
°¡˛M>á˜"(tm)O šùÕî˚49Ø(Èñ#Är#¢æGFò>GDtGDta Ñq'ò:# ¢5"² dùŒ äèÆo:fÑF} 3¢#HÑ
dÚA yÙÃ ùÂÂ
  Â
"DDDDDDDDDDDDDDDDDDDD?FÆ ˚Ý 8øEã(r)Ñ°;r ÅÚI ÷
s(tm)ÑpžÛ¤ƒdô²š ( :oê×öõúu-(c)´d e%ý1úÿÓ1/4_ ãgãÛûÿÿÎ(›¿î¿¨ÿ ÿÿ oo°÷¿ÿì-¤÷a"- ¦Ïö
K- B1PÁ `8"* ~!ü (@˚Ý} ]4Á˜"ðÄ*¦)˜ˆˆˆˆƒ 1ÿÿÿË æLÏŽÍèÏEˇ¥(tm)×)È F†P8AÄ4 "ÉÈ$
§FÆ -‡ 6= ¦d 6= Ú ïˇÈi @'nŽ-n3Ï ÇäæC2ÿ(tm)•›'[tô´ðˇY,
  á ü ÇÒKÇøpæ"m|üæîÞ‹Çÿÿ "˜× A?è Ù£^Œ:0ô]_ÔUuíôéqql0(c)n3/4¡F£*Ón1/4¸rá± G×ÿÊ"¿þ)h
Ú 6 -¿¦ÍWoô ]b'
ûûÿ́ ·w|%muöööûT¿õKtÿíäèžØ;Éô .ÕÕ$ +a+
!Û
ôØÚUöÂͥ̈jÚ"'[ Ds. Ù; S"

Å<Yð¬TQ˜Ðá¦ši¦ƒ MS´2c"í &IÂ#˜ˆˆˆˆˆˆˆˆˆÿü..."1(tm) ƒáÍ@`à % `\‰Œœ9€l!˜B$ øB@"
€'‡þˇYzÿ" 2€§ ÐC(tm)
B@Cáœœ9°·pC6Gd°S¨("fH
peò¬C ¨S} ß"F8oÓÿ́¢1˚Yø@ðƒ[ÓT0ƒT ¡a
!š GÍ¡
ÂQ'ž†¤èSLÔšf(c) 33¦u^± òFjÁœ`D¢ @Ê"†î˚Ç }ÿ§þ̂ê /N"þŒïÿA7ÿúˇY
˘Y1 ^ ¥̧ öHÍQ(tm) 9¨zOÇH"s

‡  r,D<Ô4](  ?Òÿÿý
ÿ  û¤¡1/2ô  AÐA3/4¯ý´(c)ßù‡¤-  š^§ÍWÿ¯ïé¿œw¯gý1/2+ý$  t›ÿ¯ }     öúxN"Îïõþ-×ú_ïo÷°Tûê¯N·  G
"ûÎ&ÕÑ‡ëküÿõûïÛ_oÿí$Ŷ ZMÿ  ï^ôïÿ-{   ±  Vë¯-ÿ¯Ò›ÿÕ$°w-ÿíRoÔ1/2&ÿëó³°c5
nã  Ž4i
3/4ïŽßšCþ•^^^¶1/27þÚTë¿þ÷KøC  +}?ýÿÿ§·[þ'I×ÿøãþæ~íôÞ8Ó~¨Š>ÃÕÿ-Wo÷,#ë¯á-
ƒÆ  ý¿m%ý}{µüŒHÇ¢Î"<"1¯  ãÛãûÛÎ|  p-ÿÛ~ßßíû¶Þß,
 z
  pÈ8:·þÿ  O±üR§ÿÝ  ¥\oõlŠ\Š¿  ×OÃ  ÿÿn"_§à¢    õ·ìVþÞ"
• z¯ÿÿ$,tüçüó÷sÓÕí{?&>¯ÿý¯öÿ¶  aÕÿ  ò"õ¿[÷ßÿ  õm+ÿoûYç_K%Â"áUÿîa‹Vøýÿ^ÿ×¯ý"ÿÿ~Óû"
  "†I3/4ý,dPdP5  ñ7°Xíí  þ¯í-µní   úþî,6ÿ¸²
èAvÂÉ+ý  G÷  *Xþêïí¿Ý*ÿþô(r)Ü^¡¶ûôýý}ÿ¬kkïo×_ý(r);|Ç(vi9Ÿ¯  §    >°ß[küüÞíïÝ¯Ó  õ-ô!õôX
  ;
  -ÿþÒöï÷vÒWíÛ¯Û ÿµÝõ  únèï'4Ÿ
.›ïm~?ý°"Ú¹/]¯þÚ^ßWÿWÿ^×_ö  Kßÿm%mÛ       ¶u›
7VÇ¿̃Á¯iZ"n¤dÿ"ï   :   ‡  f  '
0'@r   >  éÉ˙b
    2->ÃVÒ°µý¥ííÃXk÷§{zx¯"Ø"·þÃ  •Î  dR0Ï
ƒ     0Â@^ŶÈx"SŽPá'æ  $P2;  h  2€  ÂR&*vÂK
$
/(tm)ÂÿÖ]{Ö×¯±LS  (r)†"E±H]·k
Bøa.

%Äñ  ^‰  b"""
  ‹3/4  M5þ    ù  O  v;Ž+~^^a  $   dåX!      a  0^Âjw  3"ñ
ª>M  ¶¢"'#ÿÿÿÿÿÿÿã^'{(tm)j  ¨  Ër/ù^¢ÍÂ  "bHY  1/4  "!  $GóTmGAL^jù\IR°¤ßœ óµq  '  Ú     a
øLê^ĩŽgA"ã"
"ÿüÈ  V¡  ôô?A,
 Â

d€À>vU'-ÿ¢}÷"d5  "ÿEþ"L'ÿ•Åò°Å¿dª,  ì"?8÷¨Aþ›œŠ/š/œ3/4Í¿  ù'ld7i(tm)  tƒýk-¤ÿOô-  ÐM×þþë¬
  E!'
#
"¬ú!
Ï¢A"
£1  ÿKÿÖŽ°  ÿñÿ^ƒ'  &|   >ŶÎ  (tm)".B"ã    ¯ùÀ#ê‡  ÿ6E9  ³:'  ?;â7ÿÿt-(c)èw¯øO
Ÿÿw¨÷ÿ"  d   d  0  -0fÎ  (tm)d  LÅ  g^œfƒ!¢  5  ),†2  c5ŒÆt  ¬f2P2'ù   È°Îd1IÅ3
¥ïÎ‡O¿EÍ  äksO¢ÿÝ^àä‰  ry  Ž_°a
ñœutµ_±iúí"?ýw  4EÆ`̈`Aá  fa   a
  Â   A,iá
  z"(‹  $  hfÅ:^Ng  u  œ  Œ     H£  °q¢VE
"A  ÅÈA"PD
...(ôƒqB!ô  î"ïB  1  zë  ~>  ...¯my.h¹³T
MÍ  á"}
  ƒ     ,Eý"   <&Å¡ âÂj  TâÐÕ?Pž  P¯AØL  ðž¡       ¦¡<&  4  ñ    Š|_
á^¯W_Õ;  k"  ªK0P ƒh&þ  ,
Bw}Ú"-  Õ/Û"EÜ  /h¿¢æÁ'ö¨h¹Ñ9^\ìß(#Ò4è¹Üé    0SN÷ƒ‹N,'  Ç{É  ‰o  Œèvè",  "w%
ëõ°ú{  ú¯K÷]*¦*!Ó¤ßÕm'ÿ_oÐAØ"0°t  Âz  Aá7  8†á:OAÃßH:/è°323'9°d¿.l  pf$£RE
  ,4  œ(  ¤E

e-è˜íÚùB  ÿãþ¨""[k'?]=Uî(r)Ÿýéÿn¿ô›ªtžƒ{i7ZOýi=w¥è' ð›A  á: 7        Þè<-  Þ-Ðl\¢ AÃ1pƒ  Ñ
"  úúÿÈ€Æ˜ßÑ:ô'Ñi1/2ãþ1/2ÿµ±1/2*n3/4  zz{é"Þ˜{Ý¿zþ§(r)°zÖ¿Òoëâ‡ªßëþÿÖ  ×ÿè:A$'1/2‹ÿÿ˜û
Ô‰U=z˜xû[±ŽÄ"  ÿØ  Æ¶"
Uÿ°mõ¿îé¿ýî  ×  iŒQ>ÿÿô‰÷˜ðE
Ðduú  '
ßÿÿþÚ²
 ï^¿õ²  {!Ê
õ²  Ý)
 \{î1/4~ü1ÞŸ*bõf  ë°¿è  ~ÿÿ´  µþÐ^5µI**ùÆÿÿÿA3/4   ×÷ÿO"  `xý†··¿ëÿý2 -_Á  Âu°[ ¯ý¯
ÿî¿ÿªÿÿÿî  öÖ*m°mkÿçP×Á";œÁC´Oûø3"EÒé   |Á  iÏ£öÂþõôJ  ¶¿o_×-þ1/2ÿvÈ1/4ôþ'_ÿï¶¿ÿ'|7¯ßÖ
ÿö  (tm)Ø(tm)´  >3/4'ä  -'vµ{ÿ^˜L-þ<?Ñˆþ-ùÔn"  ëw"ô¿l†°°ÂFzF~ë  ¯kkÿ¥ÿî1/2úßOŸÞÈL=/ÞD·¥Ò!Ï
 ÿ÷ï  ;úáwÔÕ8mXkØ^×õýX²[Oôî  "  kF"I1/2ö  .¶"þÆÇuµÞÝ÷ßÿîëÿý¿zÚûÿg]÷µÿ¯¿K
+`1/2"ÉÕœM"Èê  m¦}  ÏF  -F
 y(H  -
   PàÈû
ì0---é*Ú¶HõØ-=µ×˜îê×¿\è  m}³¢¿_µ¿
Ú}lj÷Z_~¿û  -ª¯¶°ÆÆx  bg   FÄ  TâqÃB4"8(tm)í!  ¡  lWÅ*   54,X  ÂPÁLÒv(tm)  4ì4
Ðfz
1/2Á""m-vÕ´í&ÂV-...µ°°¶°Ö  V
 ÚÃ$z*ûd=÷$.×ì‰e  -¤Ø_êÂ`¶(c)Ù  >ÂwpÂÒö
ÃUùTU"CŠcBBp`  ƒ  ÄÄ¶  ""ÚŠö  $i"A<  1  D/  84
+
%"Úƒ680J  "n
   ÁÈÜ   %
   '
QL5l&Ã  0ÂKv
1/2,ðÖÕ´¬  °Œ;†  Â,p}"Ìr`È†""tÄD¡  ^‡  5">,g
ö  U´Á~8am>'ôêšb  ôØ(tm)ìTÃ^LTS   Å_±,|S  °¨  œ)
b   6  'G,  l#   "^Ð@@Ø¦6)‡8â˜~à/
 ¢""¢:^šÑ.ÔO®ËÝpÁ  0B;GŒE¯ÚØ*ï...0è0S°
*ðÂyÝ  3/4gA   š  Ó^Ä/...×´Â¥Ã
µb¥^#¨˜ŠB"""  Ê(r)"""""""")  µ†

&  ´  )c Ó
LrÇ  GSÀL·L  `¯  Âk
 Â4[     *M5^=  Ž""""""""""#^˜²B  DWJ×ÅdØ  \$•%õèÊ¢  ŽËB  ¯  ì
ÜP-(c)E...ø"  ß  }  âvªµO;&  "-?  ;  (þd
¦D  fEÅ‰1i  #´µÿÊâÈ(r)@C³Y4ï¹'-ár.EpÅÊ  rl7È&wL;%Ò  ÿÿ  ¨¨¹  r¸g[ÿü(r)k  ¢÷K²‡ä
ó1/2e¿Xãµõ‡!!
ß;´
v€'xŸ!|3/4D  gÂ    )ñ{ÿ‹ûïÖ)èk †ÿ
ÿëãøþ‰°ç÷ppÂêR??  Æs%  K(tm)"*"B2VD#5ž×¿û  ß  lŸaW  A€ÈQB
-`B
Š
    As  ‰Á(tm)  È¨sB   òhfòRd  É‰<ôF2   †BD  Î¡,R  îµÿwuð  iáSCè"ÐxM
‰°  `  (tm)^x@  "Š  `¨0x\  '€€  ¯f   ¯@ÉQ¤p""2 ^3%DB  Ô²  É  5ŒÆkDAd
C1  1Uëó±´ŸN-  k   æ  nPê˜ïÑ-ù|Ñ>†_
¨¢~Á‰"ÐbnhŸuOÂx^"&  ha   m   8€  -=   ƒ      ¡,`  (tm)  Â

HØ¡0A"2q    L!Ù
Î
    È›  ÔUÁ  \2!    ЀTD H (tm)Ýä
  N;SS WÅ    hF›    -  :   ¡  A  ØN!¶  NJi§Eû    `'>d9
2ð(Ÿ  'ÁËê'É  Æ‰ó!ÈỲ1⁄2
Âé§i§  -  µÐÁ
-Bv¡0fõ  -    5ü ýè  2  B  8'¦ø_âè/Òn⁻⁻}  è Øv    Û  ...¡"è â   @ƒP@è ÝB
u'>
‰¹'0f1ræ  .af  y¢þPGô_È´°.m  9ªEþ\ÛÓª?M<y  ý  ˆÇd8Â#ûz#wö¡   ¡   ¤ÿÿÿu×úOÖ"zTÝm<  ÛÓ
›A7¤Û Aá;H é
"â  ...h'b  ƒtA:  :AÛÔGàg
ü‹£l  ‹šŒ  Ë-J.Ž"  EÑ†    M¤‰[tLwÿo⁻±è~Ÿú  ï§ô¸V-3/4⁻ûôõôÔ-:n  týtô-_N•ÿ
á:      ¸x3/4,
 žøøAóþõ      d‰
rí,°ÿÙ  ·ō�'POÝíVÛJ?øÿBë´=_õ×÷Ý^"¿W§þŸ(r)  '+ý^Ýo-ê•-7 :
ÿüƒ‹~ÿÂ¥{""_ú⁻²(-¿~ú¿xâòT--ê;ālzÿ]  ä  Ò  ¿Û1/2fIë            ÿ
4O+×ú% õd Im¥ÿá ^¿¥ÕïÈ¨&õ ÕÈ Q  ù
[ûø°ÃÊ±ú ~ßí}i  ýÉ†    ¿  èÈÿ":ÿ8 ùÛÿ0/æ  ÿÿá  þ  ßa¿ÿ'ÃÁ  ÿÿu^ž¢1/2Õï pÚ]ý××ÿ"
û_ˆôdoßÿ°êp‡WÑ>þüéèÀOúü  ×û1/2ù/1/2ÿ}ÿkûÿÿ}    :áÝ^⁻"í-µÿû"ÿõ  ]|‹?W"Ïûùök Ñ9ù,µ÷Á
Îúÿ-;"k  þ  ²Ôkî¿j¿tÚÿÿö¯k-êÿwõï d&  ï²    ÿöB§Đ'ûëo}uþ¨7Ė;K(õí-l-"÷ì}...öÕïµé³¢íû°ÁnÒ1/4è¶
  ~Û¿ëí¿ë¯ ÿ×þÿ¿ÿÿ]}^Þ  +
$Ã8@ˆ-
à1    †      ˜a(¦'Ã    < pÁ  p`ˆ-


}"î^ÚîQ(r)Ù"Õ‰cÛ$M(r)ÃOa,^¶tWø_µÛ:+Ýµlè¯þý¿]{m}3⁄4ÛßíknÆÅEwÅD-ŠcV*ö*ü13È  1
†        0Ø`§  x`¡
  †  6ž  +
$h!  Û  Ø,#õ¶O¶-"í}µÛ
k¶¶  ×ÿï‡êä...(r)Ù  ´1/2ƒl‡ÁÁö*ÙOX Â`3⁄4B  ˜t  ÃL  †  °"Ø_  ÅlU±I¦Å1<2‹
S  ...±F¨"  ³,
`¬3Ã¨Î
Ø†Äa,&àÁ  ,   @È  0Á‹  ‹  Đ  ƒ    lr+¢&
{f-¶    V  °  šL0-...¿a...ý´1/46  ,ðÁ  ^´f"A-
    a  `"D  CÎá    ...P1/2"Ö;  0  ,S¢ôØ¦)Šî+í‰oôâ¢°ÄÑ
TV  ‰`á⁻  fÂ0f    ƒàÈàÄî


¸àËŠÁ,F℮
ìŒ}9    m/3⁄4""""""
 Á  `"  !  `ƒ  pÁ    †OHþÂ¨·.ƒ
ðÂðÂ ˆz  ÖÁ(tm)Ö"  1/2ˆQ    ˆMlPb⁻¨Ø§-Š4  ÁB!  ^^¨˜Ž"
É-/k!  ƒ=p¨"0BCÚ  wan  L"L  a4  L¨T
LtÐvDÔ4Í9Pšÿ ú^^^^^ƒ9¹  @ÊâŒ  0-P^¨Œ´ƒAV...  ,ëâ¬  D  Qÿÿÿÿÿÿÿÿÿÿÿÿ-ê¹Ý=Þªv9*úä)  ÈñtæJ
Œ§  N¤D4Ž¤j
'Ø
T£µ±  ¤
M  ¤Ê*ŒŒ  -'  D0Bs$õ        é°IôB"  4Â

4Ê×ŸÍ˝"|¿j›Ì›ô_9·F¯Œvšwÿÿ‐ƒÔ&Åê3/4¤ž‹    š/Ø3M†Ð_ÿê×}î°±é˝ž Ðm,#ó ÿç t  "  )"œž -G¥3
/4-²¦ "·
-~-{t¯  þ
0ƒ°Ÿ->¿,
ñ}ß-·K"¢, "X"¦QOxš2wp‰Xq-ß_-SÔ ¶|1/2  í   -1Æ 7)
3    Í ?¥î1/2ÙÂ
    ‰o= tí¥¢QýbïO[(r)¿_   j SQí°Öµþs°g0[  Óê"uj'Oë÷ý
    ÷oÀõÿ1/2?éWõî1/4  ¯ìÜ¯¥ÿü    ô¿ÿ Ù   é n  ãÿþ _ô-õ÷
é01/4"xÐ÷È¨\5ÿw¿Ò¨ëÝ|$?  ;
¬  èÈý{¤¿-Ö·?Õµ",ý{Ö-ÿJ  õëô  è/Wœe-    þ3/4×ô'¿W^°Òz¯þ  ×õõíÐFu=uÒÚÞ-úþ¿þÂ¹!6-J  uµÖ
Õ,.Qá išû[ZHz\  ~Ó°œ0V I§ë¶  $iœ[
'"^+a  #Î0]-  é=mö  Ê  NA
‰œ  q@ "
    ƒ  u  "]1ÅEAÆšü5†¶°ØNÁ  íl ×ú‡Õªal      ö)Š  Cœ0ƒ‰œ  fäÊ -A0A,
    (c)  †R´Â  a  â†  †
öš·ÚØO        QQ    e9@a    a  ^a  ¯!Õ  ^^×&ê  QÕD  ÿÿÿÿÿÿ"m:ê3/4[-  b£  "PŠ  àB0Bù
C1Ÿ
Má  Ÿ?Ðz ím
'å l6

øR8` 4
    Ä/  0\
        ã  °Š^c'  Ì!°Î|!¯Lø.dƒ;  G¢%'¡Â#Œ‰Cý  "O  ¶3/4â  †‡  CÂ  Aþ†§ƒ'pØ`  3  l("  Ä6    Ðí
#Èîfê AÚÊp@Ú  A^è"DG    @è æ†OûÈG}¢w1/2  3/4%o]  ¶Ó!
t‰õ  Ž  Ž3/4(r)1/2ÈAÚÐOH Ü  -  ôé:   ¿ŸÍôg

"æ(tm);'É  žhÐ r'š  "A  Ï3Î
@ƒƒ  CÁÉô  r  "
›æãtüxÁ,$H¿Ïæù  Š#Ù">e  œ|'sÒu§ß×¯n      ß~ÝxtŸ
ðŸÓH=7÷Óá¡§z  Úª
ë§Ÿ3/4  ´   Ò·WÝ{ý  8ý^ÿ¯  ¯ýi763/4Ò  ÷·ßÒÿ×ÿ
×-iöëßÒûûÿ  uÿ×_ö(c)éûî"ÿ^þ¿íþ      õkï×Ïìjöõüüöþßîû  õÜï÷¿ý}ÿ¿é    ~øÒÿ^÷·ûío¦=îôg  V.þ/1/2
1/2ØÞ£ûúþ?ç÷þþñÒî·þÚÿã  ïÿúÙûc  ]w}xã×ØÖø¯·ÿúÿ]&Ù  {ïñ÷ý...Õ†ÿ  þúzÿ×Û"ßßþöµ-_°  ßûÿ
    q?!OÙ  _ÿ_wÿ¯ÈÕ8ÿ¿Ù  Y*"ö  Ú5
ûû÷ÿ  Èq_°  ßÙÿñ^Ètéÿýd;X'û^µ9(c)  Ý{ônïüý"  ü    ×]ÿõá‡þ÷øaõÿâ7ÿÿûÿyñ    ÷aÿ÷·ï'>
ÊqÙÿÿ¿SY^ž*Ó{(r)ÿ÷ÿ÷  Ã    ïÚÿ?|ƒ¿ÿÿ
ëküÄÒ÷ûþ&=¿\L}3/4¿Þ¿^ïÿ~ÿ_ÿ3/4ëñêÿ×¿ÿÖ"Ù'ßçÍÿû(r)ý  ßÏ÷âû  G"¶-¥é?L4¶]:ý1/2Öý1/2úëÛ´3/4Þ
-ÿÛ̂ÿ¯ý  dŽ>Kþ  Ú[ÿÇ¯íéá]{m']‹†÷û¿_¿  ú°ÁV  I0¯L
á'¯aA  ;  3/4-÷k¥ÂKl¢µµêÓ¯÷t¯ý.<%kb(c)ŠÁ¡
8!|&äRS  "  'Ò|Gõ<0¯T  pa
(tm)Á¦_ƒR"^ÂÂ  a"¡"      `ÍÆø/þÝ¯~5íµW"°5†¶¿  í|G    !n  PC    ŽÆ  ¢pb)
b~|+¶+>      "'  ù'R è
P  D.M†x¨a(0"A"    Â  ýá{P"¯u†  a  ·
-uxâ1/2ªvª4""  ^  V‰      ¢Œ  b%
ÊÎL!a0ƒ  D0Bûá...</
'jA4*Â¯^^^^^^^ƒ:°B""": (r)£ÿþ["        ã%b"  Ã
    a
u,Ö^DYH\&  AôôN  ð...ÃAØ1

æÂ
l <
†,T)
` - ð...Ãa OˆRÈ¡ ¢è‡œG²;*ƒ> Ž)ñH¡' F
Öd@šDíË†‹Ç
Ðe?ô?ü*
?ú) < â âÐøò "
2@‰ç. m è&çš?†˜!`ˆða ' Ði,
Ã(c)8'ÖKŠ† EÅ aƒdñ¦Hƒ>ª´ïÛ £ûEÃE"Ñxý:Máÿ]'
&ƒ@è v ‡ˆg
iÁ¡i ! Ò{ýè‰`ÏBýƒ= 0A, Éða
\PN, 5ÐM÷}ëÕßï_¯ÿ3/4ÒIéßûõA ðô-1/2 MÓcÓñëÿý'n1/2 þº...WV ïóÞÝS}é^ÚZº¿¿ûý×ÿß"ÿï
µÝ]ÝÿöÒI÷´§ k×_å"m {ZÇöí,ÿÛ_ÿŸê-þüþÖ3/41/2ý%Þõ÷ß¨õ]´‡ô*üqüzñ_-]|{Û¥ Òßm/}û¬‡P1/2Š
XûÕvÿÇê¯3/4ÿþÒ¯].ûõ×Û]-m>¯tÇ
ÿ-` û|| IÿÒÐ[î• ñY;i^ŸÖþÈR?øOÿ uom/°]vûJÿö°A´1/2 ¿Ø ú ÿßÝ|ÅD>ö ÿÓˆp-
ƒ ¡ÚHÝ; þ ÉÍÿïÏúWßê\wÚÿùvú_Oý3/4îv*ÿþŸýïûïkåŽ
›ïÿý
í ªßëk(c)Œ?ÿ›êîºW 1 ÿ o ýý'é= ó†Þ"lî(r)ÿñWþ÷¿Kû]º1/2¿Ýuÿ"ŒÕïÿ¿1/2[ÿþï¿¶¿ Ç¿Þýÿÿþ Iº
õúWi~" ý-(r)¿ïýÖÞÞÿÝ] T"í Ýÿ:2!þ¿ï]] ÞÇíVÚ[öj"ýÕ×Ö[‹À'!G°ÂL R@sâ " h/ö›ÚÚ_ö-"j-
ÿ¿kÞþÁý÷íô*6)Š_ö2€Øë"â`Â",å ÌÃc
$Ã ¡"²f ?Û [wkyBÉO°ÂL0'! (r "-m0"þ3/4¢¢´ö6)Š-×r*
Å ÉX6GDE,º ( ˆ Å! -ÊÈC 0"DGë(tm)Ða~ÓM{1/2{_¿þ kj"""" ža"" Á 0"DDZ
*i":¥%LDZa 0¸ˆˆÐˆˆˆÐˆ ýRU_üD ÿ
( £ÿÿÿÿÿÉ¸ •";*ÎéÊ¨"jEËÿùm )YfBHÉ+"¸?ç~GcFU£Ù8ÎìS 8¤äPDØ± FÑ´z)ÆG Ì!Ð9
e 7ŸŒÌöG3âœ Ï‡%¢) w¿|§È=B öBY
ô#r: Ì31¡a s ô (c)°rpçP‡P\àÏ"0
Ä Y°¥Ás1 R Ä$D
Ö
Ì6 8Í...( ð"p\œ6 È¸0lgÂ
Å¡wz < 2ùÀÙ ÷÷_ü ïTJ '}CûíH(c)ýýß÷_ñ ‡_h ú% ô?ÿ Š/àÌA" <)|Í F‹
@ °éCí¦ÉÛ' ô d.'‰ 3{ `§óz?(tm)(tm)ª%ò<j ˜ïÒ"'
Ž pÉðd(c)-Á²vE‰ 9Ò `Á "Ÿ@ í Ë××] Ý,#È ,#È A ïA
Iè7 G§-Oš2|"Ëä3/4
Ô(c)§W¯ Þ*ðú1/2mƒ1 Á á òø9<
"ˆ Ã†Š !m(c)Ý¤-Ÿ- äŒ3/4,
r7;tRdº$ìª 1/4êdÃ"äSŸyÃ5
ú Þ1/2ëIï(r) +ß}ý3/4ÿæï 1/2k{oW{ÿ D}{öõßýÒ "×î¿ QT !¡› ê ÐŒ
t hF Aqq"
œP(tm) 0Aàˆ0ˆA" %Fzç †ˆÌÐÿý únqÿiU?¥ïÿzý ÿkõþþÛßuu *3/4ß Gµºû ZéÕëú
Â
Â
"'ÓÓÂ"ðŸ¦ƒü*dH ˆš a š"†IÃÿî3/4×_ ûWÛþô¯ ûÿõ"¥÷úÞÿïÖðD{ß_÷éë·¯"¯þ ( %n$á¢x M
Œ"X ]'Œ3/4hŸ2CEÜ A,Dý¢|
‰¹¢~þ Xñýÿzéöük"õÿßïOÿþëÿZýÿÖÒ1/2þó5ï÷úõ÷--"çþ @Ø0A´ 6
',
8a
A n, ¤ 7 øN
a ˆx3 të #ç ëö¿}÷ ý{é~û_ êÚ‹ º3/43/4 -ê*ïëQÿuJñïüiÜ|tôÜ'§§Iº¿¸VÁ1/2U¤ï][GçÞ 1/4 ßí

×1/2{ïÚ"íþ3/4ß₱8¿]$ô°KW^"oë{    ßÛï[¥_Ýp´Ÿm&ë(r)¿¥z1/2^Ÿ-^ô3/43/4¶  ÿÿ×ïd{ÿ¯_û  }Ý...m.Â
ÿ~ýk×¿ö¿ï÷=ß"Â†µ}iéý
ÿ  °t£ôø¿þ1/2öC£ö-Uïï²  +ûi>°_¿ßÔT|S"  ÇwW¿  ÇþÞ"û¯öl"Ô  ‹ÿÿöJ1/2~(r)ÿÿ¯ë·û
ì-3/4Þ  {ü...öþý2R°°k...Óá  û–ïÿßÿÕd  Ü2   ?ýÿû "f¥   ¯M¦-ÿù,ÿÿ÷"ÿüVH÷÷ôaç
>ø*á  ÿ?x;§ïùÿþúÝ÷ß¢á"ùÔu§œWõÙà_œWçSÿþù
  ×µ"ïƒúõÕ1/2ýúMÿÔÛ~~è_¿1/2?g4÷õþ3/4øý×þÈ°(tm)  ëëûëý•³ö×÷ÿ,#ßÿáÿ  ÿï  ÷à· ßé´¯öøþµ]~
    ¿ ¯ÿ}?ë÷B7ók}ÿÿù
@ö1/2[¯öÚN-þ¹  ÿÿû-óýÝ×ó"éýú°_wÞÿê1/4*Ýïãbëößñ7ÿ*ïwÿvø§þOÕ÷ýwvÕïÿÿÿ÷ÿ÷÷Ý{ýÛ\  ç  ï
üWõ*(r)ü!  ë_ohÃ7  _×ïœ7té  ÍDõýµo¦Õ{û3/4þ¬èµ_³§ÿÿÿë    u¿ÑÕ1/2/ÿþÿ}  ÷ïÿ×¬j  m  úÿ^ÿýµ
  þ¶H>[KÛ$_"v-'.ö  Mµ¦Òö  V
  ÿÿ°ÿl/  ¬¶HØkÿ¤ß±íÕí(r)ßÛzß_K°ûßÒÿ}Ž²  ²Gmõí"U  1/2†¬0"0"
$Á  a,,   ;<PjÁ,œ  ØpÁX0D8Ø`§    Dà`1/2vOÿða[_øio
j  M´"Oÿ÷ï--1/2wZ  S    zO±á
ïÛaxí5†  ^×[    ...3Ž6(í  5b¢¢¯
S  ÞÂ^Åy8/
Ù      /ÀÁ    ,P`  @Á   0A†  $x/"
¶]ŠA"Õ5  4  äƒ#°DN",XD)₵aX`  ²^AÅH?  'á  ,‰0eÃ`!  °
4Èè  C²>  àƒ#...  0B    Î  Á    ðbŽ€ÀaØ  ¥      ;!^ÂØM{  ì)‡A..."  ÖÂô
}Š¿Ò)Šÿb·ŠH4×,!È  a4"Óucb¯÷wþ
PƒB"ô!ivþÂßÚ    hRÃ
%
Â
¡Ê -A  †

  ,
  ^0A,  Á  ‹U°"÷  Ðk  a;Ï  1 Âi  Õÿû²,CMoÕÿU2,  ÿx\.ŸÃ
(c)¦Pç²‡    GA,~a×        `"DDOážC"""  œ&T  0  ^^°BEÐ^^^^^²c"çÀE  DDDDDDDD
DDD  CÄF"DDDDDG-~°D;4  .>?ùh'  1/4(r)³SÌ  y  .GÈêW[3µ':"]  2œfóh†Žoiñ
vªDã.
"0`"  d%'8,üAr'  2
á  3/4"Xëk1/2÷¯ö1/2á  ï;Œ...àù'§öB
Ùn[¤_Á,   +
á  7´_Î°9<‰öü  `"ý"†    Â  z1hPAÚ¡¡Á´  zmá
ÜGñÿ£¿  ¥ÿ1/2  ¤ÿÿ;Õoÿÿÿü  -Õÿò¹  !A
  À  ¯ßÿÿûÿãJ#ϺfP)N3  ž]  ó3:fò RŒÌ    \P†  6)ÔR  O  @"1N†lR$fÅ$  $Ñ(r)"
á÷ëÿ  ÿÇÛëõ!"Â
!Å ` Á"      ë¦  Âa
j  ÂiŸ29
  }  *  qÿëÿû3/4ü}Â¦  Ó‹øÂ#þôÑ(|K‡  áÉÛ‹M    P
Ø2sí¯(r)Þ"-ÿ¯`}   >-9Ò:'öu'?däz  p³ƒ%î   ‡#e
  cQ‡    <  vJ  ¯~Ñ‹  ÛOõëÃ³x"ŸéCöþ8"0›H;Â~  n  ý:     ¶(a
áu‹°štƒpƒÒm/×Á-'5 -...2  bßúÏëZoIêþ  "ÕWý=õp  &µÿuÅl‡GÃ  ï(r)ªÒÿÿëªÿvêŸ§ÿô°°¿ìY    tx"  /¿ƒ
  fGC¦°}
ï÷Ž£ö¥!•uŸ"_  ùð,  [ób$  ïÿ¯¿Ûúúý÷  :øëÕ3/4×3/4ßûoïç[ÿÿõÿõJ  ë"[1/2    ÿ*  SëöE*ö÷  (c),kù•ÿ
ùÀ¬  ÿóüÀì÷ÿïÕÿuï3/4ÿþúý¿ÿýý  þúÝ    ÿÛúý¿÷3/4ÿÿÒ3/4ÿ3/4ÿÿÿ¯ûÚKÿdgë¿Û¯±ßÿþ"  ßÿþú  ÷V×ÿÿl'
  ÝkïÿîßþÙ  ïÿÿÛÿ¯-³¢þ×I1/2íÕÕm.Óµì¯¤àÂ,v(tm)    A  †GàÁ#@\   ¬0P@Í‰°Ê+
Ú[e  Ù?"ÿ}
*°Â(r)¿a5Õ²ì§
P"    Á0D'  ¡!!<R    3À°°qV›±ö@  v

_ ƒ  ŒÁˆ`' .Ã83b "xfÉƒ00DK    fÆx `ËŠ| 8    L " Äð 1/2†
Ã    ö¿÷~a× Ìê"
.¶)Šçq[ { WlU±
÷|- Ãcb
)Ý0B
 :
  ˆ0B""
Í° 3°A...íl l `°ˆ(c),§ª    _°(tm) /    eƒ((r)f"DA ¹`L du"Êm   â""#ÿ-, ûµÿÿÿÿÿÿÿÿ
ÿÿÿþd£&Ñ hêW[ L²Š ùÚ,;Ð) Ô#-åA.TÞ Oõú
Ã!
>ÉÅðy|‰LBw•Éc!3/4 ?hî /Ò0Ã.WèžEF°ñ¯ð ß¯ÿé?ßÿú²A
‰¢`f2@È²#¢:$d|ÐSXÌdi-3fP Ô< ! †fÂèî%o3È§ü"Gt3[ (tm)øèD ' j/25ÊÆÉÞC"\Êq'äj FGÎ
 Úe3/4 2qBf <""
 @ÐƒBÁ  ÐÓ "- ~   AƒÍŠt   ² žF 4 8Í^C ƒ
Ã) A"Í š AŸ˜Ê"†E†C Â¸dD x˜  dY "%ä¦EÀÁ Â |,
 ÌÈ& h """ ð‡Q
ÜSÂ ...OÑ í |N= " Œq¢Vø--ÓAá
á
Óá0‡ M<' ƒD\dl T- Ò   þ :   Ä0œXN=p˜CØDæ "EÜô ª¢s¢èØ
a3ÒŒExeàA¶zf   ÉV
 m˜šØD-' çèž:|16Q>L ƒ7Kæ
 ø QsxNIÛ8åÕ Ž- 7{¢v÷ÑpÑ|- ö
 š¹œ  òæÉÈü
å  ‡'kpƒ± ]øAÐM¹ÿ öê±m öû'
àÁ< 7 A¿@ °Â?†ˆxa
@ƒM4â §˜ž r- (tm)èÂ f.   $H' 0H 6iƒ  5 <Û : 7
ÐA¸^  a2ŽÐ nÅ¥u¥¥Óÿÿ¿ZMúôè&ô›ôŸ×(r)Ÿ-ë-&â"¸ÐM°bÚI  þ...'Ié°n´(r)¿?bûÙ
{Ó  ëm|"ã3/4éúûöïïþÞµÔ¯_×ÿOôô}k×Ôî"ÓÓÓíÿÒ0ã-.†?Ê Xoä⯠ÇÿèŠÿ/ëoÿÿÿô8_ªÓ¤-ÿ$ñ×_Ç¯ª^2°
WMúÿ"6A  ë"=ï¯(r)/ÿß¿ú  Í  ?ï!Eü]ZÓÿz÷Þ3/4ÿå ðpt\ÎŸ¥ó)' H(aï"Fÿ k ÿ¿¯ª_ëø_ùh+T  ï_ÿÿ
ûÉ£û~ lƒ¦ÛC·ïõè³Éšÿ ~¿_|ä¿ÿ,"=ÿ è°?øC¯Ìcizÿ³¨ÿðCþ,#é+rYÿ¥ÿü'
þ ÿÿÿëï3/4ÿÿ   ¯öÔÿÿïþÿÿ] ÿ^<<-?ß nÚMúšWþ¯ÿßÞÿë¥Ô{kúÿÿ
¿ö××ïï¿ïûï"äèþëçE ¥¯OúÚ*þÔ¿¯ßí-ûa ×þÿÿé´ w[Õµ÷ÿÓÿS1/2Ó
†3/4¶Ó¦Ó1‡¡ÁÁØ_þÂÚÙ#ÿO3/4ëÝ&8?àÁ ×û¦†¯_om/þÓ³¢°¯3/4 #û(]AëÖ [ ¦¦w
%`"ë  Ó"F °Ä Ã "M Ž~"`7(ý²E¶-ÃJ¿Ø"}öØO×a,}...Ü£l'pl0•...ÛV Xa[[VÂÚÓ'
Ø[\ I†lg Œ†
1±µ±3ƒŠNí †Ä±Û  zpÁA
ƒ #a† $h  ,ì ]¢p` 0DO
 pâw  `@@Á
ŽÛ   ÒfÑ C ƒ <) ša,PÂ!lƒ b
ƒ#‰ Å  "á, "ñNö "9Á...Å +ka0°"µ3/4ÂM...µüVœR±ZlV°j?{_ü#àÄLàÎ ñ±H·Å13öB1/2Š
 ÓKµÓ
¶!\V{  ,i§ 0P" C="- a a 2[$
Ã
kÃ
  ªkÿ
 Âö
(c)¦1/45°Xa  T *
0°k˜u

ˆ2{àB&¤""8ˆˆˆˆ‹A¡5¦ -ä a ˆŽ"""'Ð† `¨0¢"*""4#ˆˆ K¯ËH8$-Œ›
2 ...\´"-ÔD åt¸(r) ÊtI2Ì,§j¤B 'a• NÌ
,"T[œ$› '¶Aoûýq ý¿
)qØžÙ
þÿ
^k÷× ìÈ§+ d-¹Ý¯í_ã3/4¿éúÇÿÅüG ÿþ¿þ¿÷þw¡š‡›,ˆ Š'A 62P<á '
!( ' ÈTBdžF 1/4èÔ""Zfó¡ Œ‹Œ&c/g Ô3$è...EAçz(tm),#XÈqt|Ê / '3bÉQ 'â è
ðƒUü& ¦ž3/4j § aš 4 @Â
"
† BÂ
T
B<& dPgÌ SX...ã1I ˆ, Â " 0D " IÃ d a ...¦ ÐvŸ-S‹Óþ´Ðü"7h" ÿ ªxL!"ô I
A}
é"ð˜A¡Þ Âx_ÓbÐxMS‹‡
ƒ s-ÎKÞ‰û
4H ˜¸3ò/æ˜< ¤ š¿Ñ+ 'aÄ·¢WD-á ·/(ž= vÓH¿a-\OÙ~ÕQ °'Ä íÑ+q. Aâ]Á'óEÍ'$]æ 6
-Î(r)íBàƒÐoA óý=Bt ú ¸Où @ÂA "˜: - rà Ð@è
Ù"@ƒ@Â` A¶(c)´ l‹hÖÑsræÎ'ÔÁ³¯
ƒ 3 A,xM ÐB t n Ÿá81/2}? uïé:¿ý: ¸]
I1/2&éÐAàÆôŸ...¤ñ h6, TúMÓü'§¦àý.Ÿ¿ý7¥méué?÷]þ"ÓÖ-"ªMý]:U}uÒ
ÒúoIëÿ§Iéê›ÿÿÿ-ºÿ¿Ç1/2 ]ß×"
ÞžÆ:3/4?âéo(r)¿<‹ ¿ÿÜub¯íWò€Oÿûÿý ýÐûÆ?Ù*´é/ýGCïÄGÿûõ!ÏüoøZ~Lr1Õ ˆþõÿó {ÿþ¿ù
Ÿ¿ý 9Ü¨_ß}ÿÿû
ÿ_Ñ,ßÂ zÒÿÿ¯¯õ(tm)_æTømœÅÒ(tm)S1/2 L /þu ÿç • Ž'ÿþr:ÿÿ×ÿ ÿ ý~KO¯ý_Çÿÿÿ_ ÷ÿ
ý ÿoîý µÿ}ÿ¿ÈÚ
î×ÿþºïÿþòžw_¿^¶-Ûii ¶º*¯ü0¿wö*Þôß1/2ýö¿ÿý v3/4júß¯öCààÿíml†›ÿØaoÛ!¦öÒöÎ‹3/4Î‹Õ²·d?_oþ"V
Î‹é´1/2=¯ám-µõ³7ÛkjÃ á"ìÞH±¶Hºº›d‹(ía-...Ý&ÂÙ?ì0"d=Öí.É ä÷}¤Ã
ÃXivž pà › ÄîIÅ
m4N
1@ › Ä"á8àØ¦& °`Ì 3ÓM ±a,¦ ¡Û
%

† † `ÍŒð/ Á› `Ž
' ¸`¬0"
$(tm)1/2†
l0R$
, ˆ D-Á˜ àb)Š
ØNÄ*û\Œu†¿kÙ A...ú È1 -Š
6(1LlTS ´ÅE{ ˆ . Ø£àDãŒÌ
V› ºÎâ ÐkÚµí0¶ƒ Ù ¥;#, 0S
Ž Â`ƒL-A0"GÇan L Sº
† 0šÃ °L'Ã
a{ ía¦ (c)í H)(c)Â""""""""""""""""82` -
0°e8! LrcÃ " a, e,Ÿj± -""""""""#ˆ _ÿ,(c)H%ô(
¹r -={ ÔD ÿÿÿËhuÿÿÊçŽÄ¢Ô æCŠD,vMÀ' `¥ºÛL‹ úB &d.)
Oÿo_¿!HÂ;8¦3Â Ž!À‡jYôCg~ek6Ž"ñäs. JÃ
aäªó-0y>DSßS^
"-ìwùÀ\Ð! 0JÂ& ø (tm)ƒ

Š"EÄ<;úÊë;Â  ËâUÿÚÿ÷

éÛýÛÜGúõh|ª
   83P  0D‹áçQD¡˜Î:Dñƒ/Ø0L#H  ƒ7,f£  ÿñöw  Òw:ä1/4GÎˡ£@  Ð
m,    A¶ƒÔ*|Aõÿÿûßª  W†Ò  Oé>Ý¥û{µÎÊÑ,f¢"(tm)  gÑ    /[&
Š‡3/4çš1/2z_{ïZMçþ‣*ÒÿùÁ(tm)ŠD...r@(tm)¨B@‡"3  N(Î^C A"  †FÃ"Az  l0@Ñ
È¥"pb  Îo%B:      ]  "j  SÆP!¨B@.  ƒ  '
   "¯Î§(c)  3X¤â-  ð¤262  †ì¤  8Î    ,ç,
¯3/4µÖÿ.Ÿ^.¯Kÿë"  "øO      øP†Ÿ¯"  C  4  í|&  <&  a
á  ƒM0AøA,  ï    ×ÿM_  /ôÿëwëß¥ŸÚÿNè      Ç"¯‰øølãÂ'  ÎùN&æ‹š-ì2ÔQ(r){
MBq  Å ôÑ  v^Ý  ÙÎ';rw
M  ?     ßÔZ#  UWÄ×(r)ô  ô*(r)û÷ÓÒÒ^:õ
ÈL  A,A
   Ä!      š  j(wEÍ¢çEÍš  ›   0@Î
-Ñ9²-  (tm)shº6"  Ë"
ÊC
   ¢x=  ðæùF  #(r)k3ò.a    4C  œ¸ˆîô¿¯ëkÕ  "Kúët"¤ßºP(r)
Iß¯ ÚAÐAº
Ýp(r)  x¡A
I¿A  Ç-    Á8†úá:  >z_§W¯õÿ|$3/4þ3/4  '
^N(c)u  ¤1/2  ¿Å1/2'A{u  Ö•ÂÎº  §  §Òoµ ëIþ3/4ᵈ¶C†/ín+_,#õñQ  Š÷[ß"u"ŽH}  _õÕúO"iuÓ×Ók-þ
¨Öï_ÿ  þì9nþ(c)ëó1¯›þ¤Çõ†éV‡¿Ä_þäP  ¯C¡(r)¿ú  ßò(ÿŒ‡-úû·ÿégx:oõã"  ÿÁSsþ  c"ÿòÒëÿSÿþ
ûm/µ"_ë
]zš  º[ÿª_ñgstÿ÷=  Ýÿÿù³MüØ´  t3/4a¯ó    1/4"XºÖFæ    3/4¿³
¡×1    î    ýoÿ^    õú‡Ûþ<     &ÿ"ßÎ{{ïÿ[_ÿà  ûP`¿êÝ~¢=  þ¯²?üÊ
   ÒÿÛÛÿì-    §1/2Ú_ö"tÞ7ßwJÿw"ÿmRÿÿ(r)ºÿÿÿ3/4-ÿt  ßÿë÷üáÿwù+;ÿøãzß¿Ûÿêÿÿÿ...ÿµ ûÛ_þúþ(c
)~ÿ-×ôÁõ¥þ-ÿõÎ1/2Õþ×1/2ÿþÚÕßé7þÄ]  VÝ×]/í{_mu÷^×ºÿ†·›×ý  ßíÚé_MÜ×¥·ßíécµa'?-É  ÔÄÄð¶
OúôCÍ+§þ>:.Î‰øíµµ3/4þÎ‰Â¿üì  ¹  "Ü0"ÚûêÙ#a¥Ó
-í¿ß`"L0>gÉü  0Êéó`§  rp\    ÈO    Ø2æ\Î  ð]ƒ#‡a"¶Â¶¶
Éþì*ºÂpÒ[>pÂV      "  v"am`õÚ  }UÄ  Ó
ƒàÄ#âHð  K[U†  m-Û
   ˜@›dt  2áA  ˊ    LL8lqqj  ¥OÇb¶|+‰o1Û  `Y  ¦Hu  ìg      Ï
Pb  8.Å1LM ÓÒa  `Ã  lpÁ    -t    -D¯/Í †0@Á  @Á=
·bŠ  p  ,
   ¦**¶( 8áÄ4=ôî[  ^Áu3/4ÓÂØM1A^LB  Õ5ì-|ƒ    ª]‰‡ìS  µ^>îÂÿi  Õa...kÐh5ì-÷÷ƒ*
-  A, Z e
}•DDDC
a""  X`š
   a4Á    0B"ÂðÁ0  ö"a      Õ  ÑtGL  ƒ+k%  "  8vB
   0A"-  B""#  Q    Q  Ç        DDDDDDDDG^-I}yo¢KI*¡ùeY0YÝ..."[Ž  ê  +ƒ
¶(r).Ñe[  DGþMÆÐßÐd"-ábdÌˋ0‰õþµâq±IX3/4Z¥  è  õÿü·";SEB:£µb  Î^p)º¨ìhÎ±.Î̂û-1Ñ  'ÙÁ(tm)
Œ¯  ølb  †
   82ª3á¡
Í±FkÁÈ  W  ^U  'y  ¸`  !N@^‡!²  -B    ^!0    hwç ƒaºÐJD  4  J  #B"Õ5T  ?þ•~ïÞvIá4  OûÚÑ!ÿ
^  4  ÿõ‰›¿
"ÇØ`¯?(r)47É;E"-  i(c)Q
ºÅ3Š$  Í(tm)ä<ëú#¨¸h¸ƒdð3

õ  Fð`  l  (c)        ,ozÿÿS*ƒ*
*ƒ* ›ŸÏ8`  ,    ?N,  üþyÁ¯Š,ˆA´ oßöÕ  ømÒÝËïÿôôÞý÷Ó1/2  ÿßéSïu÷Ý$ßªL  -íge9ß£Ùª*  ,#
`'"  1/4Š Lþj,Ø÷ÉR<Š1/4*ƒ*FªÊ¯ÉrúÕéý-o_¯ÿý  ¶•Á  ïÜö(r)-ߺJûiHX"LŒ  u  S*ƒ*4     e  M
`  ¦  g^ùHš
(  Ây  )+  Ö3lœBT)9   †.E‡š  S"S ¹áB     "
 ˆœ  (tm)  É@ ^.+  ¯üï§nµïïÿ¯ú{þé3/4¿Òïz,   0*ƒ*Âa

"ÓkÿN/  0A,
Â`*ƒ*Âh< ý
  xL ý8°Aÿ߶ÿþ  {¯óëZz{¿?µ¯i+þ"·ß'‹  í¢xôMòù"|å
&Ê/Ù  EÎ   Ô*ƒ*83Ï'7¦š$äDn  %
% 1/4"P4N
¢x',¸Dâ‰ða-g¨"¢ý*ƒ*f%í?÷µ-ýnÿïý1¯úÿÝk×Ium,ç`Â
A  d‰  i
*ƒ*     ÐA3/4  vžñ
ÂoEÑ³Ò
°@å
5p*ƒ*f AÉ   ÐAÚ  t  n  Í6
À°öÒ  ~  Ò3/4ã  ÿû  ÷Jë¤ï"¬^›I¸1Ý'"ê  ¿¿ýôfbÚO  81/4+IÒ¬>A<  Ów¤õ÷Õ'ÂUâ¸ûøÙ  ¯ò1ê`-îß
G  kí,QjüW§§(r)öþ3/4ÿ÷"ëéÒ"(r)*ƒ*fÔýô"ý7"ÜZOµé÷-²   ñá
ß÷ÿìÂ_{þã"  ¿§ìkòL-ú*§ýu×ìk¨d|¸Ÿ¿õ'm/‡ý1/2Kr‡*ƒ*f  ü_þß6oúø)¯3/4Ô...‡¯i'ë  þC†ÿ  =ô2,Kñ'Q  ýø
5  ¨¿_È¹/  63/4‹í2*÷Ð9Ø¸ÿÍÙ9Þ¿~  Òo~§ÂM1/2ü.ö²  ?ÿìúÿ,Ø!ÿ'ñ,SÖ  à‡b  Az
¿ãu¬?ÿÓ  ÿÿÿUû}ïôùÌC  ÿ*ƒ*f  è°  -gr¬%ù,ÿÿ-ó"{ß¯¥ôÿßVÑ1/2¿ÿ1×ýoù‹ôßí}¿¢ÏµÜ  Ÿÿåeÿ
Ÿú   ]?H³þÿÊC  þ1/2  O"µíý[ñÎéûÿÇû[öü_I¿µÛÛïð¿1/4  uû¬-aýû]wA=¯
ÿßÁþþÔô  î•ë¯Î  ×ÿÿÿß÷ø8?-ûßë  å=ßúý¯ÿït¶  ëí°æ(r)ïÿþ¿Húz   {¯5"
1/2××}ûSTí¯ï¶"{šŸû§ÿWí  ×õ´-öÕ×û[_Üë¶ÿ´¿]R¿ë]oü  ]+_~Öë-cö1/2¨"î*øKXd  é´1/2¨"Võ²zÂÚ[gE
...dcá  Ó...ý[^ê×l'9GU¯auAv¶(r)ý;¥÷Á¬4‰õ0ŒE
BëïöÕõµ]í~Øa @Ù,  ÉÏ"ÁrpKa8a&Âk   †  <4Øa#@¨Ä  J  "   0€Á(`‰¸3  ÁLÁ‹
aX"{al/°Ö×†¬0§Ò
†

  Ì  `Á @Í‰"š27  •l$ÃR€Câ     °¨‡ÔS   ",  †^0J  %  @^Nœ
›'PF)m7]üNàâ¯£ÀÀS
  6*â¨(tm)ülW$8...°fÇ   ""¨TÈÇ±;*ƒ*f0  ØF$   -@   Å!!Ð)ŠV!vÁ¨È¹I>)
Ž*ôÿéî¯Ø¦)¯wý-þ(c)û¨¦]5á...Îê1/2,axkbªª  Š¯¦BE  ¦šÃ
Lp¶PŠØ...[ ..._¨µSØA"  VS"ë¶¦ši-ä‡ULÃ"å:
!  Da"ø0*ƒ*f  TsØA,
!£ñ  "MH  !  Á   †E(@ÐiÄT  h3Þ{  0B
˜ÀÄ×^†  0*ƒ*f    '    """"""¢"""kB
 )X,DDDDDj#^^^^^^Ž""""""""""""""4"#¯ô¿ú]Rße'O   ;C;H
GmNÆÆ
  Gü(r)ŒÈ  -B:•  ÎÂ¯¬E1/2y
‰°  ²¹Û¯ ...  ÌŒÄ2Nþ-õüü-É‹;TöÿPÿÿ;Œ¯s  "Ä  È.õ_  ¤  ¿\NpCÿ   þ...ÿqÿcã¿¯ÿ¯÷þv"‰V}  ¢|>
ó‡ã"ëDA›ó ÐA3/4¨¯ô"Õ´A7  ¿5
Ö3  f*eÑ#ÙÁ  E%"  Š  Ã#  È   œS*ƒ*f4  fdr
ÌCX9 )
  ÔgTFŒê3è&GFüá  †EâèÌÈ  5^^3   F  !ŠF  4#  ,Âx!"È  "â¯É  ¦¸    ò30  æ,   Â
!"8B#Âa  †  xAúz  â×TÖ!"  "  Fá,        ¡  Ü  Â  ...,a   ¯  4ÂxA3/4¤

,
!" AøOP‡Æ I/¨M | ÷Dœ  áá v .l" 0Ê
_Q~åpOØOc BXð^Ýè¯ôJ %}‰vÚDø0ÄÝ
ÀT_â-‰ Do Ž %léÄÚÁÉ93/4u 'õ ¨hÔ£
ÀÄþÑ9¸#G9Ù¯@ Á, É 0A¶ N
, ÐA°
‰Íš d1/2"] bà ¸l‹è t @ ³¦
Ù×"
Nü àÉ œí LÇh ma ÞÒ
ØMÂ ‡Û1/4. tœ~ Ópi?[ý_Ópƒo éøZ 7 (
Ý5Â ¤Ù/þƒxô &ÐM1/27×õ¥ þ~ßW§ª1/2õõ~"JúÒ~ '...ZW÷×ÿÓOº]>ÿÿ]uã ÿö¿ ¨ÿñ ±ÞÝúkÿÖ
ê°}Ndq? cWõ¦y õIµ§ûã†Ãõñ°Äè_][K¯²UäR¿ÿõÇQãÿ¨ß"'ß' ¸ÄEûÿ² ¿ud ,
ÔXþä 1éúûûƒÒÈ¯ÿëþ¿þ¿ä Oá
ým z°È
ö Y¬§¦¦ ÿüÀû¸79€ÿëÿYxx ]s ÿÂÂ ...æ _ß‡÷˜h§e8þô"$¬hºoÿõÜ&-EŸÎ7ÿ÷"'= ÷ùJ¿EÓÔÿO
D ÿÄôAßòi
žŸë |ë‡² ÿö¿ýÿf¯ ]ßÐN÷úþi‡}]l"ÜÎ öBæé{[^÷_ûí/ö×ûÿµ÷õµ_ïÒÛÙý ÿÿÿÿïë¿·úßöŸï·gOë¿ßºés
¢m¿éÒÿÛ!÷ÿöÎ<"
¶¶°Ê-ßµ²ŠÖ ¶t_±_ÙÑvCÛ^×a"_dü4-{
ØNÉ
%Ã
a8kû
X0"4µa,Á...° äÎ& @àÂF`"
h3`ÄŽÐd£":#A¡† od;Û3-XavÁXan H CÛ
lPDO
ÙA,ØK°œ0"
°' .Fƒ"¡"

Ì 8 8â¢¬g !8qLT Àa‰‡sŽ*Ø-¿Šb£'tÙ )ð`æÁ› \g !8dh b¯"h
Î8¢p"s
UìR
f 13ƒb¯"(r)HqLLø¯ÃUZö(c)¯axjƒ
ß Ó
g
a1^ k¦¶ ^ -,ö ž (tm)Ål,4 A¯
Â¢€(c)"á'H=...=...

ƒ"‹-Â
°‡ †OcÏb' ‹ Â (tm)ž¬ 'CD2(±ðã Á 8a °B"#†aÁ2¨S,
Á 0@Ël ^^^Ž"""#b"""""8Ž"""#ëÿ¿_,f2ÜÉ,•ÅÃ-
+ uáxÄ›
1¨ üÉFM... ì‰oNÔ \É9\2ä\1/2 ùØc6¤ñ¦;1/4fÂ i ° H Ï";CÂ Ÿšïô¿ÿãâº. ý¦ ÷Ò Ö
"ÀÂa úû; Ó<¯n¿žˆSLÑg Ô:ºD
"A ô" ^ ~t›S(c)" >9* 8Î ƒ
, N!
ð¯Aý"ì Â¦îòþ¦"PV dâ"ð¿ý?
é" I
ôG

Ætíôýé
"÷^ûÄ×v&Æ  1/4  OÙsàÌ\ôƒ1s  A¿1/2  ðØA"T_²D‹¿-6    0Ž¯f.ÍX0ƒˌÂm  Û
...1/2&é3/4›ÐAèÍ4ô,
±  t¹ÿöŸ¯-&àÿ§I3/4ß...m¦-¤"Ö,·  ¥é}{²  ;ë×÷"ÿ}7Z]Rÿßþ0aåX"Çþü  °þ¢¿ûÿûä¬xCí_i¶ÓIÕëÝÿÿÿ  [
^¨_ïÿö÷t    ÿÞ¿èÛ5z.žŸôùÕà¨ÿWóCõ¥ýoþä/ô  ÷¯ß··ïôßÿ×ÿûþ¿°÷ïKK×Û¶"  1/2éúÿz÷¯ßÿ÷¨ßô¿¯ÿlè(
r)1/4.HM  Ói{  q±úûf³ÁÁù!   öO}...†  ÌÙ0¶
Ã  Øa (tm)|Ž1/2²DÕl41/2¿N›
ñ(c)
á¦],    ˆ6 ²8  6
ØäAÓ    9)Šb˜Á  †  "ë
äX;        çÈ"!  æ€ÄP!iÄv¬W†*)...
i"ÂýŠôØ¥ÿÖÁ¯¬0Ÿ
    ö
(A,    ~ˆîÁSXa5íDD0B""""""""""kB"""1ÿä    D*;JEujW  Îé  c
Ë1l^!•ÀŸ¦dœ9    ^I  ^v¶  ¬  jW  "n\_!b
ÍB§úüì _UÞÿ
¿  ÇÉB%1
    ÝÕÉ°¶
    ù  @ÿz2Ÿ  TGFÓ*9,Z1i‹×;1/4ÈF
    ò±¢÷3  ·úý""Åõëÿÿ3/4  ^#  ¿ÚÇñþ¿ûô•<  cý  ÿÿþA¢  Îu  ûÿÏäEŸ¿ó²f#  ÜhŽ"
gFGÉqÌÛØ ˆ/·.ÎPI9    L,á' rœ)˜Ê  !ëÎ̂ˆa    ď¯d0\"  DØÎŠb
Ê†¥PŠC"¢,°&Æu    g̃í×hÕ  F|B  *#  Ðd23g  >2qN¢äXBs6.`@D!      K:,ä
R  .  ,è›  †  ŠŠp¨  "  BÊ          ...,
By      Á    ^  {§¨^Ù*-C  Ô!-!^^<)Â3
At    ƒ3 A"  Z        Ä"¢ž"p†¡
æb
d      4 A"Aq`dâ"Â  Ða
¦R    N¡
    3@r€",    i"Õ0ƒAá
"ðƒ  =0@ü õÂh<&š  ¢7lI  ð¿4¤QÊt‰CÕ  ¶íKé¯¥"-  a
!JŸï    Ú¦üK  ðša
ì ðž  Tð(c)ñ0ôJ8DÇá  š"Õ
¦¨<'á  Ga  q¢Pâ\b^Q?q?4÷L  ex-  O  ¢â·ö·œé  Hû:È°0dæÁœ+/²ÿ4Ù  "P oÐ
m,?†  AÓö‰o8Â#†‰Ý  "A
Xö&Æ  7L"¢~ÉÈó  Ÿ²-
ÅÁ  "FïDÇ"JÚ%v¢ln‰oð¨ÄÝ  1)ÂEÍ  ô^4\Ø3ƒ
    d=      í¢x  ¢â·úˊÌ  ·œÓH¹²-  ÓØ3Ð°8#C@  °�‍ƒpƒh'§žœˆÑsn
á
@  ²/...    H?  6ô-  ̍I    "  H>"{¤  "÷N"  @ð@Üt    ' ƒBàÂ
Â  t  n  ƒ{Âæ;"ú  -    @  Î,0fg^  ;    ÜE ÜB    o¦ÐA,¡#L6
!á  -  t  m,z
,    -ª    Òtƒpž  pƒp±o¦ÐA¿ai<  N-Ö(c)_þãþ,}}ÿÿÂt  i=<    ôßÓuÓëN"Å
M¤ý>,n  ÓuMôýPtƒqC°OZÝ7
ªoá?ì3/4ÿÖu...êꈰÿÿÞÿúöý&ôJÅ(r)Í1/2?ÿ¤u×é  Mÿ¤ÝS×Ó  þ-KôÕ×uÂúoö-ÛUéû¯âê  Ií(r):  --ã(r)1/4
^ÇÿÿÙ  5^µ1/4j"Ùý°uþ¿¥ëÿC_Þ(c)ÿŽ'{8  ¬iý±Ž°Žµþ¯ÿþ¿Zëö¿1/2'K,,  ëÿ"Ù  Ú°1/2ã¯Ôj"úÿÿã¨¯1/4}û
þ¿¿Õ1/2  1'Óë'uÕ¥jôÿÿ"    ÿÿÿ¢Õzä  VÃÿ÷t    "uuù  ?¿ÿú  ¿-zÿÿÿþ¢é  Iÿd-f  ›  ÖüÃ¿ÿÿó"á  ÿæ%Î
    ûuþ  Dò  ÿ}zë�‍<_Ì˜÷>¿ÿûþ¹ˈóh¿ùÓÿþ¿ÿ¨Á†ýá°  êÿþ¿Dçÿÿÿÿ1/4¤4    ""ÿï1/4Ï
¯Ñ  'ÿûÿ_ú-...ûÿÿ¯ý÷ê gë  Wf¥°ÿß

Oÿþýßýýg\ ,Ó K[WIÖüÄ?²/   õïÿß ¯oö1/2¯1/2ÿy  ƒzµ',=ÿw1/2}ïõÿ¯yûÿ/}¿yû{ï_
(c)ÒéÝr ïô3/4×í/ÿïæ ïßôôÕ1/2{"ûöÕ"[_Õ³¢ý}ÿÿlè¬‡ö a':ò} _í%ì%
Þµí[û!ÿ}í¯Úïíí'Ñv1/2þépÒÉ
Û!û×3/4ÚýÓ
†3/4¬'êÚ_
[      þÿiyGì2‹l  †
ÃKl    Ëé† †-,Ã]† 4,!æAŠ ...1/4 ,1/2[jÙ"°l/ÚY=¶•f¥Ã<`˜LŽ¬'í'(a>ÒØdñÒa"-°"0Tö  ò<   G
+
Û"í&Òøjؐ*Á°Âl A°Á DL  R
  ~3b,"Ÿ
Ïý† `˜§  DàÁHÐ.É>
  3  "  †0M
      $XP`‰88¢$
1QvÅ5ÅUn  dtÃ
      Hø.N
A,L  )ðaƒ    6 Š4 ãƒ   a,'°Ã
  †  3 àÁLÁ†
À¦Ä D¯28¬Q .Å1,     G   0g  x 'Å't|Ca"¬Ï
Å10á±ZrN)^^Ç%"  ò
ŠŠ'  Ø"Ø"^Ã^∂¶ ì.)ˆKN×MmLéá   bw ÅE )yÜTBØ¥Ã
`°  6)ŠYÜBØ-bšÚ...ì.qÅ1\S  ôÕá"ÓMu´ -ª kax`` Âg ">  Á  2@..."g"  yᵢ  Påλ
P@"N'<B?k`¦t Oá"  &   †  Õ   0"0B!,Ã ÂðÓ†D¥Ã   Dš   0B$ƒ 4ÅÑ 0¶§°ƒ" x#
   B
  ^ŸB"  [ Á"!(tm)Hò´"""â"""#
    ÓGñ ÄDDDD2ös¨(¢"""""8^^^^^^^^^ã  ÄGÿÿûö ˆvQ"° pD9±a
Ò úÉHW0¿ˆÄGü¦ )fŠe|²3/4D£•Ï_è |‹-Þd¬(r)[<-eC#£<"ó²¤Aäi
  ÎŽ!Áh•åB; `êÁ
Îí øS´¦ 3#...Îãƒ
; #XC cÎì×ïtá´.ž¨ ï¯Úr  OÅ|~c 1/2öi(c)3/4    Ç
ú";¬Üæ' "=ƒ Qýi<(c)Dxs°ðú8ñ
e¤Gÿö|Å "1/2 û÷ÖÕ~¿>µÇ êÎôGSüïÖÎ_×¬¯ vL:ÍC3DãUµl-ÈH˜dwqÃ$
  \Ú'E(c)å  Å×ýÍ
Ø!flRqA h ÐC,ž Œ 3¡,žÈèê/ Ä!ˆ ",}   "
(tm)  öï#C82 Ÿ2p†,  ø¤f#',(   ƒ ƒÚ Ë¯AÓÕf"\C2. œa0 š
pSâ   M0@Â   "òœ!ƒs  Æãé]" "- AþHa   4
" AøN  ðŸ÷ÕÐ0ƒ°ƒP¯Oî-0ƒÂiZ
/ïAé˜L&¿ §§ú% èj›õï áÄØÙCÁ' O¯4Á h<MÑ ¿Dð<"| OÐË³ƒ9V>][ â[·¯í ¸nû%
Ì9° sHŸ‡°.a"æÍRZ¤ñ60ÄÙÃ)è¸¢|Á¦ Ȭ N
Þ_Áœ¹twè 9"  •¦&3/4S-     lAÐAÐA°ð  "²wšpÌ\°?@  Í\Õ;Bž|vÃ
UÁ'>   $H i vOM]"ÓÁ ÜP'JÐM ƒ§äay!ƒa"   ...
†ë"Ó'~ nšPƒw
(AÁ  v Ë'WOO ('l% ´Ó^má7j•é
...éÃ:bµpžž
RvÒúÇ°otž›ÒÒVÒzz...a´*îôŸ,#úWI</è ˆ{ÓtÝm°Òê¿Iä§°ûû×3/4ÛMÕ6Ú_ï"÷¶3/4-um]]+¶-µÿzMöf
  û§¯þF8í7ûÕ8aÿúÛÅÒ1/2>ÔÔb‰Øuë§ªØ¯ÿ ^,ÚðÞûïTìùÀü ñ ÒÿöÃ` ÿ ¯ ò,øÑ'_ÿ x
úo -ÚýÍ /¯ìRÊŠ¿ÿŶÐðC×ÿ÷ü0¨¤"7 ÿú à†1/2}ÿï"ÿ×× ðµ¡}R m¡ ôÞ¿¯7Ÿ #-&ùÆ Žúÿ}¿êó
)>a"ÿÿÐ¿úõÿQ(ó(c)þ}Ñ¿ÿôŸÕ‰ôÿq ÿ꤫û·ÿÿç꓉Ñ9ÿÿ_ï ÿú èÈÿkÕ"ÿèÎÿ¥ðr Çÿÿôu1 U_T¿ô
ÿßµÿú3žÈ ÿ߀Çÿ§íFÚvv#ç

ÿþ"
ûûõ¯ïmzÿ§zþð" ÿ¿ûký¡¸ }miµI¿õ_ûI²4µKÕ×µI·ëUï¯µÿ×ím-´
ÿëßÝC
ù0Õê1/2×ö(c)7[î¶ÙÑ-°eÂY
   ÿm·ʷÛI Ú÷¨ä"Ù ö #Øa &-(c)$ÚiZì0'Pÿð¹!6Cëa"[ ?[""'è$Ø]7-¥ºI7z1/2...Éæ Zv$ÞØ-(c)"
Wi& m$›ßì,0V .í,",13û²]lê,Dò'
   p›°˜'ða†\g"@Íƒ Ûa8¯¬0PDL Ã83àÀag     Á'Ät**1/40"
%g"
$y  äxw!ýÚ
   E¸6 + ``ˆ"    [-KBÅ "Ð4
   '] ¸ì"£â"Ð²
ppá±;ƒcc-Œ k8 pÍ-J "8¤Ó˜qS
+b¿‡w 88âµb±ßb 4 P š    Œ8£0ašČN.ïb¶]Šñ¡"¥NaÀN8¥b¯ÿ-"Âö  CûV+áWá...† Ó
ÙøÅ}...°ƒ v u°M  ,üΆ¶ ¯ÿal   Õa,h'#¯Ð˜0°ÂpÅ¡(c)Úh0˜& d{Åd°v Xh0"qÄDDF  4 `ƒ
œ‡¡ˆˆÚé9_
,  A"˜žÆÃ ª     ±ÄDDDDDq gn"±    â#Ž""?äÿë××ëÿäÚ Kå1/2p]I´
   " B °X˜q@ˆ] véd‡ßPD8d;t |W@Âùoª1Õ    Db"'#ÿ&ß ao;  çfB•'Ë-";[
x°Oõú'›ÍÁ Œâ=   çÀAn63{¢v³µ   ˆñ 9 ) Ï"#¸å ,ù\ S Ù¯h6
'8Î $   d(c)Œß,|3/4DX!-4ó°,Ÿ
CÓ6 Â "ô! b    ¡ ðƒâ ¦ þþ¿Aâ- ¡ÿ¿é¡õü=nB
ãÿ(c)O` -...^ ëE÷ Á p` ,5sÍóèŸ ¡ oe
   áƒ"Æy¡"ä‰ ðf"
ÄCÐƒ G [BÖ\ö(c)
ß§ÿ?'$     £pz íøoÐAÿà‹èïÏþè
ôðŸSëÿÿA>¿·¤ßá¿¯ÿÿÿ¥ÛXD¥ Auò   GLÌn¿ÿýe ÈÁI >dTB@/Y- ‹ô›@ˆ÷ÿä J";8/ÿ(r)-ýiÉÄ¢
BqA   ...Gó,!rNûKÿýpƒÂ
a0ƒü )
C ƒþ1/2ýýpƒCþŒ×·]~ ë ðƒÓOÇø¿ÿÿéÂz# é¢PÈuá?_ÕÝ·ï?Ž("¿Ïã¦?é7øü"7z$ï ˜ôO
ö × GóÚ¯øäŸÇ OÞ¢£$A "  þO )ó1/2
‡öö¶¡í F'DÍÝeU¿´¿ÿB£Ð#FHÐ è mÛá;  Óÿ¸þ oI¶
Rmë`ƒˆqb "ð¿îûßh&ÛÎ[ãßûãô ÐO )7ÃÂ]~,#ü z¤ßOTü3b‹õØ%×ßñ².(c)ÛKCûô é7i7I:² J
ÿ¯þ>*ÏOÎ3/4;ëŠÿuý ôÛi °] ë-ëmÃ
"¿'ÿ-Oï(r)1/2×ÿÓÞH_ß¬ÙaÆÁ ÎÛ"Áûÿ#Ÿ ý_(r)"Ê¨±]c¤ß
þnÿõ1/2Ì' :jÿ‡§~ÿÓ•ÖKhW¯ô?ÿÿ åiÄîþ3/4úýÿÿ
xàÞþÿƒrc•...XÌ¿æ=(r)ÿÌ ÿ÷ŝÿ¯×ÿú(r)1/2h•¿ßW¥ ¬LAá Šj6?ëøÞÿÿU%{Ó é7ÿâ"û(r)þôd w{]·ÿ
+‹Þ ¯ùÃ ÿû"1/2ïÙþ
   ÿ ¯÷¨ëÿ×Þ×_ý&ûñ÷ÿ¶Úúûu(c) áÿùÿõÿÿ¿þÌÂ óÿ¿þ¿þÿÿÿÿýÿ
Úÿÿ×÷ÿÿ¿ÿÿÿÿÿÿ¿ÿÿÿÿÿÿÿ
   ÿ ¯÷¨ëÿ×Þ×_ý&ûñ÷ÿ¶Úúûu(c) áÿùÿõÿÿ¿þÌÂ óÿ¿þ¿þÿ
ÿÿÿÿýÿ(c)&anÃ     ¶ØIXa"q-F;Û
záWl.öxw°Òa,¬<&]   A" Á `4
- V HÓ#èŠ9æ HÎ `Á#@^Dt¦,"a 8 °žà , p B, 3JÁ-   N
1F€' "` ›
   1Áž ¸öE AàØÅ !:13Ÿ
ˆlf z ÚëØ¦) ƒb•Šá¿þ3/41/2 Ø Ö Ã¸±¸Õa...o
  Âéÿ}Ú°špÓ† =§ÝÚ
'     a h0" !ö Xi" ŠA7;˜rµ
{)¹IX
'H3H ª `"0BK ^^^^^^^^^^^^^^^ŒDGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿõ¯(R¹fYÄó°iÿ,‰Õ Õªª-âq'Í5<IšÑ sµŒ
   õGe†dL.v(*ÿ¢ =  IV×þ¿(c)T~E2:#ätwÃ Î¹lRâ

p  3
H
  U•Æò0Z5    tj-/  (c)G†aîS£"ù
á  /"3/4¢"   ë¯
"^^'  ‰Š|@D%  `ä%^†Ë 3/4Ô¡  (c)  ÄP(tm)
0  2‰ÙL¯  "øC×D‡ÿ¿a
 ü'  û
^ÇtŸRÝýWŠícý  ý"W  äcÉöj  3Ôrâ^ð3ž‰å  ÆÓHž0Ëæ  &  (tm)    1/2É>iÕ  š$õA  ÿ¬  è
 ÿN"é~¯¶    ƒ1  (c)  ¶  ÃPNô
Ž"t"czO6çý  þý  é  Wn"ÖëMíéw¿¿_U~§fKǏ2VF:Î  "(tm)  dš"ƒ1,d|  -Èb,
¿'òFä•š¢0²Ld•  â[ʺÒÿzý&óþ"þ-ù("
ñ×z]üó5',  1/4  2ƒ82p\œS¨§ŒÛ.fÈ C¯¯"  @
ð(tm)Ôd^3/4|È  œ  Ð!¡   ö\Í^(tm)¨ "
 ‡9  Ù  LÅ  8^Å
ù B=ìÁ  !
 œ  È(tm)!Õ?é~•ú];  W3/4-ø Í   _×¹-",Á  4  ,  ÷"âÔ&Ÿ§...]0ƒ‹
ØM<'  ¿ZnŸúþ  øá4§ê*c¥þúÕ*¯ 1/2(r)-  ¯AÅú-ê¶¿...A"4Dä8ëÓ‹D 4N  D÷åò¨Ÿ(c)éêœ\_¿'  EÅ¦'
ÅËö
åå  %-
MÍ  ï¨?l  ÕSú_ÿíWÞ1/2V-Ž¨¿´É  Z¯¯è<M   í  ú.  š  ø‡‰o(r)"4l†l't      á
5è ëM¢ý  ä]Áƒ?  Nl  /†l's§  ¯3ƒ   é š  ¯*
q  ü  >Ú
 ƒz    6ç-}‡×é^  Ç  ëý/ô  nŸ¥ßéö  š...   Ò   :O
WŠ  (r)ƒiuk1/2BÐA·A
.  l'¦Ÿü^
o¯ÿ öI8N"é$ßÖ·"V/ÿâ¿×ï
¥-  IØ^µüë!Åš}:    ʹz›¯X[N•ÓU¿-i<  :N-×ÿté  ÿöB'zoJŸô(c)Ã!È  ¥y
 _,/×QQ|U63/4'ÿ_  úóéïëÞ¿õnŸÆ·"¯¦ÿýþ-aŽR_ÿX:µð,Žïû
ÍoýâŽ3/4f  ÿö.[¿¥_k{/ÿ^+{¿ÿ   ²J:Ç_¿ÿþU‡$(c)  d"  þ
d"_Þ;uJ-;óßûXE  þôµø*¹ÿ  º¿_Ô|  vÕʼ÷Kýzý?×  z-õëÿÿà1/2"  äSþA
ÆŠÜÿ
,"?÷X=_è^   dÇMíÿ6i¿Ÿ¯¿¤-ºð-÷(r)¿Oÿÿ0;ï†ÿÿ¯ ÿÿDQûÐo  œÿ†  þ¹¡Î¦üë1/2¿þÿ  ÿ3/4›ßÌVß¯""(r)1/
2ø"?ûÿû¯ÿ¯å!(r)ó  ~ÿÿý   Š£àŸò0¤·¿µ¦÷IÕQ'+_¿èÄ?"]/uïo-¯ßÐJþ¯î"   ûv¿¿ûßù×
-  Ÿ_ÿþ"ò/‡Ö1/2HK÷¿·   ÕS  ·  O~õ  ÇÒÿõmëÞ•  Z÷é~"ÿÿ÷ÿüÿ×ÿÿúÞÚ-¦ùœþ´(r)¶ÿ1/2Rs¯×n¿ÖÝ
-m(r)þÿÓÝu"Œõµû¯ÿî(r)Òÿÿ¶×ûê{ï´¿ÿý  ×ÂÚ"ç[÷Úí°Èiƒ¦þÅ
  ïii7¥d4Ú[Ú]îôoÚ÷°zÒuX67ÛVÉ  ¥ÿþÙ#´¿µ_lè°Û_ÿû'Ù.ÁÃ[4›
gÜ0  ªxam&Å[m...ê-áª      ÁÃTÏa  _,  i¶"ï4-ûî7a"-µ^  R  ²è  ì  I¯m+
ÚÚᵃ¯vÃ  a"B   pC€Ä  Z5"6#
/vÃI{"<'  å‚dvi'Á!,Á,&83€'R(éŽ'plq

%äXP`¬  qŸ  ˆžF?Ô `ƒã@Ø6(œ  A¡L0V
*Ó

GdO#  `  ²Cdc D%ƒ`Äi1@"E¥  A,^|@DN$éŠb     BY  èA
ÄÃ"cba÷|Wìg  €@Í"b    BC"BÐ‹BØØ¯âška2$cñS¸"Å{  1/2{Pº
?"
    ¯¦    ûb¿ö1/2¨ÿV)¦¿ÿØM:×3"-µûUÿ"L
Òž  `ƒ    ,`ƒ  g  &³¸Xh0Ÿ

This page contains encoded/garbled binary data that does not represent readable text content.

Š CêB¶ ?ëX‹B
*j"#þ@\š-À´[Õ'òº ‡b, Å2Ðf\ ùP-µõÊ(r)v$d gx3y@ÉÈ
Ž :"5 ç |!pØMË¢ Š|†‰óÈ óáLŒóßõÕ¿ DsÙ d3œŒr3'ø31Ÿ

2
B
Ó@îÿÎËƒ q
. 4 ð... 70 !,æ aÈ°.N #'Ù
,? T °BR
œ ð" )- Êæ¶@¢ºŒì"!#!" {!
÷Iô¨Œq¢NM×ß'... øvŸ
SÛ¹
;Ñ }á éïüh¹ÌâD A
I ì "s¢é@ Ãp žŒŸ$òù/ƒ"sÌþÁ JÈaîÛMKÂnSÙC-ŒÔÍä1š˜3M"Å xD,: >
Ô
ÈßtÚ%q¡ëþ"× Gç GçzA"ÐN" ›œz Gì7¯·û¦T²Œ‡ƒ= 0ƒ ".
Í
;¶¨ §`ˆú;çwø}Ïäì•f¦Q'|3/4 ÿõéÿ¿ïé·zztŸz÷º¿_Ñ¯ë‡m/÷÷ûý¿Þý¿Ã}ý¤ÿùØù £UæA2Zd#Õÿ(r)îºM
D{úé3/4ÿýø"=ÿCÿ¶¿þ¿o (r)*;ýÿo1/2^œìs%C"(tm)ò5Šk 1/4 ,þNȺ ' •ó·d
: .e9 ŽÉ "hŒDLSP¹ \ø§Œ C¨! Öì‹' GT} Ç' ' N¡ ¸",0!
h@ƒÿï_×[¿êÿºõëêÿÿÿ×ÿÓ}=}×OßÞ¿Îõ"¬ ˆC A,
@Ð0...] ÂyN.V ÉÅ Í (tm) Â
œPŸ † 0ž ð˜A...
ƒ
, fA3âH³
è4¦ž í k÷û-øÖ·õýUû{ÿ"ûi ÿýçï ýÿÏíoöûÿªqa5ââ è? <&ƒÓ 7OõCDc M ‡'y;¢xÓÂq~ z$áÄ*h
•1/416eû &îÇëõtµ1/2ûÆ3/4ÿýÿÇ ï ý+þñõÒo¿ -ýõ×x› 3/4dL ¹~æœ " ü ¤kÑ' I"t\4K 164O
Ù
EÃÃ 0LÓh¹æœ' _P m
@ Ð@Ú/ Ëö
¤ø`'tÚ i 6
%P`› a>þÞ¿úÞû]÷_ô¯ïÛ×ÕÒ u÷÷ªî¿ßÿÿ3/4(r)""`Âx ôÚ 6 n¡ ÇÐ
àÁ d‰ Ò a á â áñzt ƒ Aééá: 6,
°ŸªoA7N,
õ*Waÿkí¯ûì oÿ¯_ mÿ Iµôµûãßöûþ=ï}_á81/2:Oþï
ƒÂ 4ô '...õÓ¤ô*þ3/4é=]é7I7M×ÿ] ¤kzþ-öÕ é Û^Â^ßº÷ë
ÁuÅtß_Ú]>ß_-wÕÿöÚMõÖÿ÷I6·_Vº^éWcci¥ÕÖéSûïw×ý‡ü ý¸m ƒãÉ _Ûéÿ Áõÿ÷ºzûÿ6w÷÷×ÿû
r úO]SÖ...Öõï]G
'¬tÒß]h 'Pÿ$¢÷µîþ¯'"ÿü/µ÷]3"L^ð"...¤ù#3/4 ÿß Óëíé{ù úÙ £¬ ÿÞ¿~(r)Ò"àŸú²
, O ºK÷ÿá?""ÿëº{Áýwà1/2
ûôh üøŸŸ ÿýqïßÿ÷Ã ÿÂÓîÃ"×ßëÿ-Ô/ûÌ'†Ñ ëûåñA_2ÏÑ?ý¿ÿuý÷ïëœ'ý*éëÿoöÿév û÷ß(r)&ÿ÷ã
¿Ñ?ýæ¡ß£#×ÿüàZºDéÿ\Š s+î´5ÿþ 5ò[ým};¯yþíëÿÑ^{ºêÜ ëß÷§÷V?ë¿×õ÷§þ
µÔˆ1/2Rû_ÿîíÖ
ÿÜ¨Èyž úÿ§¿ÿô¯ÿ ÿÞ-¯O~?ôÿ Ú_ûþß8 ×úç ßÿþüáßúú|ôÿëÿþë×u÷ßßïwoí¥ukjßúÿßÇqVÒ÷ó¥n-ß
"þÁÿ[ 3/4•ÿþ:W·ëúýëßúý¥_iWý¯jŸûªúºÿýë ÿk÷þ-þ×÷ÒØõVÉ ¯×I7ñîÕ-ýÿ~ÿA*ÿ~
,_¥ìum ×^¶¶*ä...}...ÛR ém¥¤Ã!(r)žœ+kji2GkjÙE¤ÙÑ{jÙ Û"I²‹öÂ †•¥ê¬5Þ
j l0-www{"¤E ÷V"þßÿ¥ -ïa+] ÞÂ}ö I´¡...l ÂM,fzeÕ-Zö"5m;àì'
&Ã

This page contains unreadable encoded/corrupted data.

B
ˆzxO  ?¤ï"h'ô›øN,
(r)Â{t  ti<_I÷Ö›ö•ÿA6,
éþêþ  ^1/2¿ÿ°ëØZN"ÂêéÒvÖ¿ÿ}n›  àÅ'¸ZN-þ´û¶•?tôß×ôôò%  "ÿR  ÿÿêé7ÿW¯¯im  ×M¯¯õtõÕÓÓm
¤-ý  iz_UuÔÿîÔ"uý_U¤úÔ×Ú´
GãÆÁ.ì  ý&  ûÿBH  ü{ï'''û}{ôè  Ò  lV?Äß  (r)£ÿz†>êf¥¿ü{õz  Xo*Åõd  EVÈ(c)þ¯ãëÿ  éï_d  =þ
›¯_ú_Ô°ý  DûK¿(  ¥"  ýuù   ÿ¤ÿ]°÷ÿÒÁ  ù


vA  ¿¯_ÿUþu  ö-"úîÿôÿR   .ÿaîÎ
á?ÿØoþÝ  ßÿ_ƒ":ð}y'9p
Pß¯¿2æ_û¢Íí}|Œ~þÚ_ÿ1  ÚÁF  uù  ?_DWU2'>_ÿ  "8ÿý/ïæR¿zÎ  *¢ÎüŠœ!1/4Œ  úþ×ý  _ßêz
ýÿëÿßîá  îßÈIÛ¯FFÝ
ûîâq(r)¿{¯Uëõ1/2ù  þ  ¹Qƒ¥Ã÷^÷ßþûßÛ¦ÿß]µÿ÷ÿî›uóMÿnêþ*õ¿3  ßut¯îÿ×¿{ÿë¿Ý  uÿoi  d?Kµoí/ö
ÒÞ¯û[þ¯A7gDî¿*W¯ÚëÚÇÉkëiZ*é  ¿õ]°ÿéötWö¶|1/2Óûd?¶¿¶(r)  {VÉ  "iZ]"ö1/4-3/4Ú¶t_ÛgDÙÑ(n
Âö¶"ï'6ß~1/2á_1/2´ÿ÷$&ÕÖ
†3/4Q×gEiwä"Ù  ´¦¥"v  ÉöÂÚì4¡(r)ØUöÂ°Ê-¥w°ÂÃ  ±é•Û@á,h0I†
    Ð  †î¯0HÏ  {_¯î/f-Ø+
  (l0"iÁ(r)Á°Ám\-6Q6  vÂÃ
aP4¬  †"
7a"    3e{i¶¿v  ÂÃN  [  °  Ã
Ã  ƒPD>€Á)  uf"
/#  dw
$Ã  ±F€ 0h
1LT  à!‰Ý±S
)ˆQJÅ1
¦  f   Á,  Á¯  ð/  \g    Ç  G  Ø^   f
Dãƒ$4  66

  1Áœ  Ø3c†  àÁ  6  ‰  4)ˆ8äb¯ƒ¦)  Å  l#%x0'ñ  8
ÆÆÄ  S  =  Ž)X¨¦
¸Ø¢p\Ð  B-Šcµû
°k
,4ÔÃ-"  Õ‰ooÝ‰oob¶+Ú
Wµµ×†  ˆLW±LWì...{
B>¯M2  4ÓÂö)Š¿a0ƒ!L  [    ,  Ó†  ð¢šü4Â†  0A-e@L±Â
  ÂeVW  Â  F  ,
  ,    -cL.¶°Ál  X¯~*  Â  Žƒ    ,žÂg    0A¦  †
Ý¯4  y  Â
  Âaa,  Á{  ªö  0L&§°¯A",  0X`"-ÄC  0(tm)C(tm)ÊtÊÃâe    MuA        DDE
ÊdU    B!-XuÓÐ^^dšF^""8ó'é%  BÈ\...iƒï-4á  ÄKL    òÒ$åšW\ªUE²-ùÚ,+(tm)...+èz(tm)  D*+¯Š[š
ätW*  î  5Šdæÿ[ZÎ¿<ÈÁ  ß6°Å/Éä
ø\ÈtK    (tm)  jj2!>_ý‡eDƒ¿  ÞAá
4ˆT
çh  ø çic
P`  ÐLè  ;¬Š
 ì(r)g",îp9Ø"d
ƒ‹àÿôIÿ1/2~
  ÔTkÿÿz¿Qô  è  'ßôOš£]  çÍ(tm)¶  Ç¯ýqý

ßða
šðž'
ÂzIº
ûÿ  ú^(c)œW  gKmkÝiø"<    ÿÿýÈDkùÞ†  œ³"j, 3/4"B  .   ¨"@‡;ð@Í  ›£S
VU  "xõ¶7Kw1/2yRŠvwæF  1/4‹3Œ†3Xò  Á  cB((c)   ;×ÏäC "B^Ô0(tm)    5
'Q
Bå  çÅ
Ð!O  Î¬ß›#XÊq'  xŒÅ!'±  Â  9   †@ƒ  xL
þÁ5A¦ßxOíA  (  'œ   f"  ?×uúõÉÂ  ÄÍB    0@Ì2`Š  ðp†@Ã"  Â   -  ?0)Ð!(
˜   ...ò'  &   ƒ   a<  ÐxA(r)¨2@9@>  a  H  ´ÓÂ

ý?     "ñï     "Fì  e-ôJßºA
"ý
"ÿk^ÝÛ¬'þ¯CôÔ4ÐÓíÓ       "í0Ÿ"  h=  ¸h"  "  "  ±á  v‰óUbÂiá^% 1/2  ±Ê¤  ›¡-\MÔOÞ
Åí6
ÅË›@  ¶¿@ƒl jêNÐ‰ŽúD-±.ÿ[õÿú#  þÄ×""1/43/4h¿²vNó}  ê.l  ‹-6
ÅÄ·rNäíÄ"h-7`'?`Èú‰û  a  á  ³Ó     ä=     Dú‹ú#æ‰Í³|é"òC  F
'
ì'j  Â
·‹º  <  ß¿   ·=n¨  6H  Aùb  º`fô¿J3/4`û^jMvAÀÂ
     ,3A¨Aá
iÞ  n   ƒº  7PAÑŽà  àƒ A³L5  6Âm  -¡6,qm'H<  ÂxAè<
Ü&À<  ð-  þ  Õ¤ð{-ZW÷¤p•ÒO  4•=z×-|CÞ±  áZOi¤/ýbé=Z¤ý:M‹Ótú¤õÓv"¤þõÓÝ==:MÝ  Oÿ(r)
-  á¯Wßß¥ÝRn´  M×¤3/4'ü?ûþº  ÿªúu  3/4  OÓ¤ÝÕu¥Õ¯ºN(r)-ÿÕ×ÕV¿ÿ¤0Ã1/2âéþô-"Ø-êÂTýék¥
_/ßkÿúÿö?ëÇÓß¯÷"éŽA?Ûã§_ö£±±øúúÿÿä¬tT  .¿·ú¥UÔþ'O¤3/4/ºy
ÿÿ¶ŠE  äe_4  ÞõëâÈ¿×iD  _ù
(r)¿‡  |œ  ÿ  ÿy  º1/2  ¿2Œ  ß3/4ÿô"ÂUïù ?ÿÿ...d  Oá  þÿ  tþÿÿ¢  uá  Õud   ,
)Ô/}ëÿù¶jôOüá_íÛÛèù >úÂ_¤¯ÐÕ  ¯ÿ̈à`þ¬?Ñ,üéŸ¯(tm)Kÿ¥2Ýþ¯~]?{ì0ßÍ ÝúÿÿþBþÐ
þÿ¿ékýmõÞ,]P^¯ü!"ÿûÛÑ"%Îôb?ißÕ,ûÿ¿ÿßÐO  ù  2 ýÐ'ÿoÿÿ1/2WP¿{ÿ_^ßÿ%WI%t¿
Oÿ°°ZIdè  þ-[íkí  ëú_ßÝ¥Kú-  ˜s<>1/2  ø_ÿ··ëö-¿~ßÚÝ7kö'úFkÿ¯ëúµÿ-?ý  ú¿ÿ"VöÿÒþÕ[V÷1/2÷ê
×ÿ¯×ÿötWüî2  oøÛ!ì   ·ûêµ¤gS¯I:uHÕhÕñÕ;ö  Ç~¿þ¶-í̄ íëjÚZ_ÚÛd=µu×]²G¯Ú¶tN  ¿cÿdÿ¶     ViX
VÍ&Âv  Õá,õV•[
†"Þ  Öé  -ª§ø[  ¶6˜;
   ö  µl¡¶fÛ       6fþÈk
ö*¶H3/4ÒÉû[[
ÃV  "`*ÚÚØ[_öC3/4KX"  ,

Ù     6
ØäH°Ì
ƒ#'rƒ#ŠÁ-  1F€"  ¡  í°•ðÛI¦òKÛ
^QôÃH¡"¿l¯ì...  L0@á"¡Ã†Ã   Žpˆ  ²Q†
   °Á6Âp`"
$Á°`¤  aƒ  ˜3  Á›   lLàØƒb
Ø0Ç
(4     a,Ø"cƒ8
š

01/4zlUìTBb¢¶!1     "ö  äT  Š4  Á  ±@ˆK  @Á^Òb£X¤)Â   8`‰

ð0f
  ƒ
        _Ä·q_Ä+b[,¦(4Â
ØF*&p`...1TÅ{      (tm)
øJÈG² ôÁG   â¯¦!^÷ ý²Ã  <& 0¶¯L*¦¯&šÚ¦kþšè4 ...ìBÿñëas:ü5†°Á0L&
Úk'tÓ°1/2"Á   k
;NÂï¨ŽPè )Ü)Ü*a  ¦°j_¯ƒ0YÂÊnh 0(tm).A"  @Á  ž ÊQa
†   cXa=  ,sŽ(tm)Ç0å
  2 rq `...·`"D DÊ µ È¥!2"
  †K~ DDDDDDG
a" Â
ðel      Q¡        DDDDDDDDDDW_ÕiuJZ(c)L%òÜ-,ÅDP¦¬"Ö Ë]B ÿ"ÂÊ-¶¦Øž
(tm)_¢lô, vd)g$ È¯(c)eëÎÒ v LíÁ Ô 2&u    òÝ(Î ¯ê ÿæO °Á l6 5^_( ÐgÂ
C
  ;$7ÿ¿ë2 ¦ªü> CAÿ V Á 3 ð¦ Aà`à.N

øRá°ð0f    vS -òKgqçbyØžvbÎÒhµ ¸üƒ3/4Ãîïè""ÛÂ
  Ê
ÿ‡ßý ûß Uÿðf¸3É 3N t @Ù£¯y¦× àƒH Ý¦K
{L"œv )ÁÉÎl/¤,0Ž"j~8ã_ÐøÿÃþ §A7oÞ‹¯" °lŸ
  9

        ÆÁ
m...   Ý"0Dy¯ÿ ÿûþôé:ªB" ›ÿöïûþŸÿÿüÈgò f±Oe (3c:
ÿÿíÁ î¿¦žÿ÷ø"=ÿ÷•2 ÊêÝ g†u  ö)%Ÿäty%3Qd,ÍC>‰ÁÉh†±
à^.r"¦E Ì(tm)ƒ I Ì f0A'ò9"KÙN ê!¦ !x  s03@¿  A"Á ¦4ß¿ ëÛ}1/2ë[ ý~ßïÿ¤ø fd a
¦ ¸ ;",  Ø¤1sA À‰š As' % ¸
¹á v 0L x Â'
  À¯ g">+"‰"Û q  ð¯C TZ¦H é¢C  ¸q&;  ŸÇñWßKõª~û>1/2ü÷÷ÿþœhqa?Âa
á

3/4    CC^F=   ðž¶›ô°-"1ú%
N2wdn&w/ô\Ú hh°3C
š~1/2Vêûûï-öúL}üvñßVù3/4PGô_È(tm)'t`Î ‰qD
z%tO-a‰¹¢¦ ‹›EÏ}¦ùÎÑgƒ9Š%aÄÖâ]¶š"(tm)' '. .pg
.},
@‰Ú
  L', ( ÐA´ ÐxV"ý(r)"?ßWß_ûõÿüzñ
Â´ ÂÒo$¨¯ÃÁ
:Ð@ì pÎb N, Ðm âø1/2? AÉÖx á"Âê!

Ò ‹{[Õb؜¿ON•×O¬n
È"]ï"î*Ûãþ=¿û3/41/2ééþ ¤úN-ý\`Òt ý/è7]6ÝwUõÿ "ÿÖ×¯Õð-    õßBO¯ ÿß}_ztŸé"ééúÿªWê÷þ¿
I°}/...~-øâ¿ÿ xÿãÝè ßíëäŒ Dxáß÷ÿÿêõÑ
  kÿ-}ý_Vµÿô:Ègä 1/4~·ûoþÇÇ# Ø6 ó@Oÿ§õÃö¦ ¤w÷Åù¦ûòù"üÜ÷õÛÓ ?§ÿÿZß €GþŸüÐ ?÷
_}//¦Dr¯øC t q?...ÿ4ÊsŽ3/4j Á~ð¿l7ûëë ¯ÿ¿û ¦w...ûïÿÿZ
ÿkþ°þ"õ·þÄá[

þ‰çþ"/¸  ë1x~"$'zï¿¦ÑÄïûêôoïßôOÿ]  ûïè•ÿþæ.ô]:¸ÿÿïÒü˜è³És"  ô  ÿkï  ûwÚíó‡ýŽî¶÷  |}÷×Ð
÷¶¿ÿjô    ÿÿz ŸA  ¿þßù  ¿…fš
   ëwïkzÿ¿ÿþ*û3/41/2ë1/2    Ï£(r)-þ1/2uÿø¸_~ÚîÚ ÿ÷ÿúé~Sï¿æ•§ÿê3/4Û
ûkþß¶-ÇOöÖ    ~ÿëûÿÿÿkö-þë·ý{
-Û
uôl†3/4×úm+ßíÎ×¯ÿ
ïÛ!ïl2  û_÷†÷¥¿ÿ°Â¶-ëü~•õakµôÕÉ
ûü‡ëßp^µd>=|-§'  Ú_jÿ-(r)Q¶  °¶¶¿ØUÈ7ì+!PØ/¶1/2ª·
%a E  Åa  m&]  l"  l0¶  ßÕ%û×1/2ö  öÖÓa"¬ùÿk¶  ÂÙ?û  o¶Â²  í,vØ@ˆí†

ñ(tm),ö¿iAÿ
l,01/2"XìŽ¡¬  Xpáºa    -(c)È 0Á¯  …°eÅ6    6
   0D:    ŽÆÆ"‹Ô hDqaŠa"    (tm)  BÔA| |4
ää"àÀ f,
Œ0Dœ"  6  ‰    lTdn#‡  D°l0  œ    0X`‰¸82ã3

0²$
   0a<LàÎ    PØ"Æ¬0Hð€‰  w¹)  Í  fà1/4S  Å
S
   üB³€Á˜1ÕŠ  Šö%"ûÒaW(r)È±iŠWúþûô+öB¿ÚaEû
ø¦*Ø¯ÇÚ  ¯ki…†*ù!ÅWóˆh0(c)…Îêg
ðÓ|µh2"H˜šØMK  ¢å
j
e@BN0a  ˆˆa  2u/Ö  1/2uTÂ(r)˜Tô  L  ÛMa"ÒL.¿˜•…N  T  L  Â¯auOa¦  0"4-    A"""-0fQ  DD
DDDDDD  !                    frºª,  Â    `"0B"¢8ˆˆf  DOI  ˆˆˆˆˆ        J¿ÕRJv  Á"Ö  ,
Gc  /ŠŠŠ;FWÐ-ª¡çbf-e
Ò
ÄD  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ    UÿÆ@P³×ÿ×ÿÿçhDya    Äiùt
ÉW!H"^;KZ¯ÛO³¯A-Üè¿ôÎ"Ñ    ÒÎÀ$
   3¡  Îûó!å;¸-É'_""Ï  "  ðá  f  f¦I  u'  H>óÈ§ó±üŠöVÿ¯ú/  '
   }¢Ý"¦    3A  †œA,
¨"    sÂ'  èÿë-  ˜Ì(r)-D¢              á  á  Â  æú    eãa#c@Ÿ
š&þÁ  j    3â¦  3
K³TkO}÷  Ù^ÕQ  KyìÈ  ýi6"{i7NÔ'PúHÐDAØRy›  •†‰"Ó  ˜á¦  3áÉÅS<œŽ¦(tm)
þÿýlWï³ÙÝ%ýþ•Wé>/Ž•<ªm`ì'@fpHß@  ä-¦¯A¸Pf>  ˜L×Ÿä9Èž  …
‰œ  ²  è"-#ÿ˜¨  (tm)  †jh3¥
ïÇ  Ô˜È.t‰5ý  }ú÷1/2[°",ZzëH:O
   6Ât_dñ¢pô'päŸH›3/4ÏÖ  á…  °fCO  3áÁ
&|:d    ¥÷ø¯é  FS…;  êÿ×  ðX8íw¿Nëþë"¡h:  I  -  m¨A3/4ù<róRWDíÓRQ-uDáÐD‡v(c)Ú  qž|CA
y  B-f2  "
†A
¯ÉQ ì¹  Ì"Ê  l"  iô}a0fþÈ  /îõœ;
h  ü{wÔ  ¿]tÚ (c)éÚIþ(c)Òm…  àž      ¨A´  hßA6Ô y}Füÿ"ËGNðš

<
L&(tm)¯{ìÒ:gÄ¬`(tm)    ÌúAž  ÔdhÎ¯Õkê*Ô1/4gðŸÖ  ÿ"Ì9nŸÑ  xaÿ~ÿÇ†Dï¶PÝlk  ¤í§ÓÓõxn°é
éá=Botžž  °1/2$o¢ó'Ž  '
   †šm  iöfB  ÙÍBF  ðCH  f

Ã"ç   ×ß1/2   e\   1/4í%ÒúuÖ" Fœ†åŽç .-º°öéH³ë××Õúý_ÿ_(r)¯ÿÕî+ÿôÝ
   ð¡
"èßeõ...¶¯ÐÔÝ9;h È°ÿx"í5TÌÀ' -$ -m ]9ÑwMú   È^ÿäûkzùBþ
Â| ùd×#
j*ý‡ïÜ î2£_# Ö˜*ÿ
}?¿ª¥¯ük n   °zn ×]uZ   ,

~Ø#]%   Ž]·ôÂpj± f óè¸¡ f2A¥ëÐoÎÓþ J×\%Ý...ëÒðÞöÿZÍ[ ïW%ÇÒê^ïšµ°øëÐúø°j/BûÄ öÒ(
r) w^ÅuûuZún¯¯ªÏ|-*
   tO hœ4Á7û,õ
Ð"   áPfdH +$2&È kgÝø8Ø`' a¯M¯z¦y{viÞ¿""òuî3/4 îòÝ²C":¯_ÝZþéþª_ÿ# 5ø">¤2`ÿ¨ÖÓû
uïözTëøôù‹MÂuÐ'›òúÕIE   ýÑ8kè4Â
: AžÉ   f' ›
ƒ Èy §øLTS Û
/ÛjšõÃ[[öÓµu£MíˆÃý¥MÍŸö-ñv3Wîj¿r Ò\.HuU"h"-é´›S0¬ îÂ²'‹úý}þ
°_Iÿ fX5÷J·Iá7MBxNº"Ý", ´O0Ý -ö P ªhiž á fT (tm)¬SLŽr-DÃ ÐŸ²+NÈDx LÃ" M
   "‡ ÅmØ+
%
(a> M¯gEé~ÿÿ
Ji×µ_|Äß2| ÿÁ
ÞÿÕ 5ZH7ßúM/Ö"{ßù˜}é†‡ß¤="õN"]7è Ò ì" ( Ü$^9wyqµD òPðš Ð´Í0¯ Â
   b/ á
   "Ö"D\2VƒBá˜AïØâ˜(r)6+íol.ÃlÒ ý°Ú(r)É×WdÿþNžÜ +"/oK×Òm$íÍOueÁër ‹êôý/ÿ_×´(tm)
Ÿ¯TëÞ¶(r)÷(r)ªÖƒ
Ó´¨Ðt A¿,
ÉøNÍåõ;ÓÓBÔ*ö˜ø^ˆg @Ïa4" TÂØUU   ƒ
   "Ã   mÛa'þÂÞ(r)-~ØMµ´û
úÒû±Á¥"¤Ü!
ÍU}ÿ}ù5 ÖÝ ïàþëÓ ÿèuÿßN
:§QS@%‰ Þ'z-kÉþO,$O ˆáÈáÍm6"[Ð^˜ŒÐ §"   "Xâ˜§¶5î:ü0ÂþÃ
õÚV¶ ð"°ÖÓþ°ÏzþNÝÿŠõ¿kÚßá{ä›g¯ ýëÚ߶qù&V ö
ïí~3/4¶á]6Ò   à°Ü ¤ ðÂÞ'}Ý ¯† ]§¦ÚÚ±b¯{±NÃö6)Šv+ãcÕ
1/2-í-6(tm)"Í=ï§ý|ÓôÿT3/4)ÿÕ~ _þ´÷þ Þf ¢Ø>*zD#3/4ŸªÞŸ§¯ñ꤯é°Xˆ â "p`"D0± ‡z
' µ<3/4í1/2C <¸(c)"""u
&Õû·ÿ÷]]úŸw5ÏŠ>>æ&ëúgÃ þ[¯:ïAo`óWÝ"-Ÿö ,õÿN8">ôþï1/2/   Ð^a ]A a dÃ,I{ -Æ
Æ a_¿]Xv±úÿi,}7ÃKisO4õþþéwè[}ù;ô
ÝûÒµ÷ÇþÞ° ' ~Ö?b""´-4Èò
4Ða5 "Õ>ïNÓúÚ°Ø¿' cûµÕµñ' KúÚè ó( "ª"Âwÿÿ_j¿
K1/2qᵢ   P 0"Z D\D CMm4ïŠý¨¨...§l$ÃXtþÓí8K~ó;ÿ¯Í vþ£-uÿè ¯ÿWý ~ÿÝÔDhDDDZ
ŽT
=  cb˜(r)-¬0"   [Øk
[ý-Ó7;iûNšIÿ´?¿±þ ?"}GÃhDa4 §3/46+z†ÆÇ
   "Nì-"í6-kµÿ"ÿö3/4ª¥¹²1/4TµçÕ ‹g& ¸ˆa   C" ¶;<"   FÃ6#
L0-¿í(r)"i_îëj3/4æ ÁhDDA a ‹è0›
Ž l%j8¬1O_ðÁí0í-ÂZÞÚûá8Â
""   :¡"-
   Â
"Õ   N-

Ý±[ ñqL=¦ K    DDDë^emUU8jšwv¯¦9Ùt0"A,
Â B,-COO
(tm)Ù³*HDFmøB"=Tí\æ{@^øñ%*ÿ2Õ+ -‰4¸â{ò ŠÑA  ùØz§×Ž(tm)U  ; db;Õ¦ Ï"tƒ!gmœ]‰(Z
&9CÕ  HÐd8ŠçzçkvõNÔ1/4O'aPDy  d2 yŸä4  " 3É...
÷]NÎk
Êÿ3/4¦1/28á Ép¥Å>´ ì Ê2;/"äA  LêÊ"u"
úÿù¿   e>W  øA  ì'-"¶Õ"0ƒ‹1/4ö¨ #á "A,faÊ  ì  0  'Nï¿¯m/Ð]•ê";"êôÕü'¦ ÍÔ_  Íî  |ŠúEŽáÝê(t
m)  ŸDqPvG#¦mYEd96  °Vƒ^d+éY•wß]ÒÒê  'ì¦ÿa0ƒÁ:  Á  úJ‹¶ 8z  Å"ñ          "
0¥!CZ(wD:^"S¿_3/4-ëR[ÿÚÝ}õt3/4¿ñéé¦§-ßA7  7ÚÐNì&¯
a  ³;Â  {3 áÔ"  È·3    "   dÅ4G...÷/öö;ZJ¦I  ÿÿÿÿ-¨ë"TÕéµö¦¦¿¥'(tm)¹°é  ›H  Ñ8mW§kÚI-ªv  ×¦¨
0`ÀŽ9  Ä4"  43†C3¶¦b5²"  ŠÝ-hŠî(tm)2ESÿý×_K  µ×¸/ÕïZB¯Õ,¦ÒvB *v  &Ð
õ·£  ÕÒŸ-PI  òQ"~ª  pLŒÐµ  ÌÅ0
Á  q  N  ŒFqž  "82!  "  îÂD3~  °çe+1/2w·ÿï  ŽŸ×ÔÐ+°²$Ç_õý-ë¬0Üz¦é¶¶øV÷±"ž
AS N,
ý  òáöqÓ"Mm4ô-P°M7  A(tm)äëù.dafeû(tm)Wä[ôá  Ö×_
ÝîûŠñ^ßívðÄõÒê²ÿ¦[$ÅÿÒýõ}v(c)°´‡§§m4...ÐA(r)  pÄEö
NÉfnh  äò<Ê§"o¢áÉ8íª¦jš  B,
  D3)óVƒAß  ß  Ýû  µŠ¦À{ÇÚFúé  ...ö3/4¿fÕÆ
ä1÷ïïßBT°QKõû(r)>Ý$ÚPšm',xMÐò×´  v  :/î&é  Ç}I1/2    ž
@@ëÐdƒLÄB  LŽ2    r]zw    |  þ¿^F~ÿG-§_j-jï]³Q  ú†ó@°ûñ¦ã×þL  ×
"¤  3/43/4ž(c)(r)µ  Iï¦k  z
ÔU7[     -x oL&  >óHð/
(tm)Šk  N3<´$  2èÔ´ÿÕðvÂ°Ý_ïæŸ÷(r)-±M×k3/4?ÿ‡×Öú‡(r)-Õkå@_ïFŸ>  ÿ*Õþ1/2õ
Ä¥¯z  A$ôò¦æì•Ñxäƒ´×Jê³"Xá¦g  ø"8†  r  B0s8œ^y  šóEõccoµÛ_ýý¦-ÞÍ-ƒóO4þÿ¯
útoì¿Oû  7Zþö¿×MÒ  !    §ýP28"übž
Ãõö  {ÖëÂm&à»  ð  ¦3/4_.../œÜáK¶...¿ka
Á"ôÎ,  !œÓM
- ÐÊCÎ  ">f(r)É8L
3/4ëdÇ^?Ü0ŸV"ký(r)¿¦~-Â  /æ  6+þh£  þÕ     ÖÿUUþ.úò1Nõ      ,=o"°ë÷Z  ]ëøUûTÝ
¤    þ  xÄÉC*M5I  1/2SôâÍ      šf,    8†(tm)  R
RADD\D8‹  5]6Ç1/42:
#  ~Ãlf  ß
(r)Oÿ_"÷Ý"×ÚôÃ¯ßƒ'M  Ë÷ßß-uíÁA‡÷  ßïÇ3/4HZ¥Ó¶¨Òô1/4*  wJš...  :7ØL3/4ÄÆá  Â  7·M/‡j
ƒÐi¦ì"  !    ^Ž  +µ†"  b¶§cbµÃu^Å¶-}Ú†Ò-ò  {n1/2Òþ÷µ°ßûô"Éé÷¯kÅKé
*-  ÿ×ÒÒ{µ×úz3/4ûïÇ(r)Ý$A?Tè/}...#v‹1/4  ôMõ%  zš|DDZ
    ^†ƒNÿîÀ0ÂÝ,vÃ[_v  W-µöí}µëÎõûJßØ_ù:ct  ‡µëk¯þXë·þË‰öÿÿÒ  21Ÿ‡øízMÄ-¿uÚ"-ƒt  ,  !
à ¹}Dpæê#I!    ¦oÚb  Å¶ÄE=;
%^Á"1/2¶  OíïØa3"þ-ïÿ(tm)Îû§×1/24Ú÷ÿëCÿìuúÿþÁ"...t(tm)  1V
µÚÕ*ÝÝui=0pž'  n  zt¿¦^†ƒ  Ã#µ'¨~a  ´Ä¦pÓ  îÂøc  bì%ßØI  3/4ÒûZÕ¦å1/2ÿuÿÜ¦u¥èž  ÷ý
0···¦;    -S÷M/WOZb-        $"""¦•.  DXB"Éé¦v(tm),Åu"  þÂC  -ŠÚm6
  #(r)á">=l0¯ }§ÕÿBúuÿù"  "Dûàßë_ÚpŒÕúŽP  .ÊÏ¿‡O  ¢"""'¦Å¶¶  8†¯ÿ§xØ‡ìUü0¬  ]´í+W^ÚÕû_
×·pð¶¦Ò  ñjÖO*1/2M
ún¯_¿âø5wÙ  ýK8(r)"
â!¦Fèh4"Èò  &¨  ¿^QïS  kkkkÓ"¯õfr°\t  ?,ÒùŽ¶¦þaƒþ--ÈbúàÁ÷            hD§
wpÔ  +  îØ^Óíví¿%íÚ    õ³°ÿÒùBûù`[#³Çšͦ̈ÃkÄDD¯Á...  šKbŸocØilo#...a<
Âöÿ~Ú}Û¶  ¦3/4ò  ¥  õð}¨ŒÃ,
! Ð‹‹ûá¥cbè1MÒ¶  µ ¶õmWÿÖÐ

C4*o1/4;kHDDEÄXM (tm) îÕÛÄ8{†5nž)êýµ´&†¹ êùOí-ÄDA :§jƒ#Ž<!|]§¿Šƒ ˜í†GAxjÃJ"V×Ž
ö hD¨"[Úx-ˆ§cŠøâ ˜ˆ´" P¶ † hh0ƒW;æ´#1 e "8B!"Â(tm) B˜K#¤± ¹[V¡÷"G\×)[JÁ
úZÓ•.Êêº cýNÐÎ µû;#;ÄF'ß£È(c)¢Ÿ;:)ÒpEÐü Â
Ñ B43¡ªe-¹\²kUTíS³_3/41/4"C´ÐÓ Ú ,
dq É
"Ž}
`ÒSCøêõ(c)4Êñ"ŽN)õçøEã'‡PN } ‹ ;‹
ˆ@ "
C Œ gS$Èó$ (r)¿üGýJÆVô¯þ£A¸AÕ ØA
¤ƒrs+Ë¶Õ¢nÐ°(tm)ñBa f § f 2œÿß¥ëÎÒ¿ î"×I?´"ÂÐAº-Ô ¹}šÜ$nhœ5d‡i¦(tm)1/4
É C ) 3":Y ÷7šÚ-¿
žµÒ¯‡ôûôíBoºv(c)Òzm - : <3/4p "ê7dûéž 0¨30¡
!(tm)ˆh)8É
Ú‰$ N ÖŠ AŒœCDh "'Aúê" £IÉ^V³¥du
È3/4 -^ÒAÝj¯_ÿ1/2>ÝcMÓÓWA¶ a¬"w'1/4×DÝ¢qDnÑoUA" áU0š¦p &š…Á 2-$ "ÑÕÿù-
È"'Â#÷çzðá øn#ý
þ }]-kÕ×_N¿Ö,
°›H6,
G›`ƒh toÍ "^4 ÉÛ- nò8s[EßDâúa
šÁ
… ¢.Î
AŠN! Ð fb
‡'ÖH Uå ¤E Úzý6 ìÊÿƒ
¶Ò÷ÿãþ/"Uƒ¦þ¿×"-'§"-1/2éÐM ›"ôðZ : 6 w"é á? =#} ÊH ¢oM44 MV i(tm)‡ F|!ðè:8!Á
g,"†ORd ˆ þê
n"S³5I Œ
Û)?Ùª¯ã××1/4n µÿ¡ÿïé_Bþ"úO =tôÿ´ô;zZ¤Ü'ž~Oš -_4^:Dâ "]´]Â. Iá{×L&† 30¨`(tm)-'êú^v
ŠvGAH¹\vÒ"ýM_/
.þ•%Á‡ûþÛ(r)×uÙ ðµý?Ú ö·^-cÚOÕ" ÂêÒ A¸(Aè< ðƒ ƒl)1/2¢|æøFöÈÇµÔ á¢íÚi"ÐgÃØAÅ
Î'ñ'ótµ(tm)-Ò\ƒ s¿Y×ãÊ í×P‡ùÌ=š¹ î¿^¿]¯ˆ×" ü -
°tûðÕ Ø0_w3/4"Ý±ÞÒê"m1IéºK-.¹¦á% A¹?h1/4rxÑ} ž5
Ò
ø¡34x+i 4D$Fm ý*
šGµû
këiäëü ¿ ¿5wú"ÿ
¿ú ²/WIãÿÙ ú~ãì."ªM4õ }÷ºzjœt¿a¯j ô-ƒPžJÛO$ð ZÛªišg l2
t" œ2 EB/ h¡ý
(c)Ø" Úm[[mn›_í=h¡{¯ÿ_ö3/4‰ëÑ3/4ÿ÷ [÷þ¯† ýÿŸ
ø_@Ë‹²4-F#V] Òé§êëïKobÓuÒïO Ú`¡\ÃœrŸ
Ÿ'aÚIþ"3€ 3áÁ3@¡3TƒB šPA äó käÅŽ`
ØT\ö -¦)Õ¶* I°3/4í-¤ÚäþÚZþÙ¦¿ýp1/2'þýœ›÷êz(r)þUš/¿U$åBè.¹ð¯qì2\,hD]GWæ˜_úA"#§¦éé?§(r)´¡1
/4*~ ±HÞý"‹Ê$ù ÝÚi·"ÐaU3Â âÉ " @Èb"G0ú¹Ù a °†qÂ¶˜Øáû "
›# 1/4:†"úÃ_þŸr…-/Ý 1/2ë§ºþ ø! ´iÿEçü0Â%h ú¿ß ?Uãƒ÷ïIÐ2âµß¯ô"û´ wá
›H<¹Ñ1/2Éã-ŽO,- Ôn·A á"Âa
& -}DDD8a "â-FÄVÆÅ_û ýí"1/2µ¿×tÕÉó‰ó;úl _öúö3/4ýVø@Ÿæ(r)k9ç:ŸÍë'ÁéþJ/éy
ý é =ö1/2S]zë3/4ëkn-'"è"¦ééÒmü7MHß.ÝËzi¶ÿ g g.°BÂ
!ë
ÕUì0"Ã

Ø[          3/4ÚE<¶"4ªí+
Úëš3/4ÓÛ÷4í.ÿ¥é¢...‡K } 2wú4ÿíÉ ~¿ö-ú¬G¡þõ-tðD ÛÎ÷ë×  ¬.
        Ú3-ô ¹°æÂØk     DDA, lX¬X¦6?Œl²o²8Û Pûv V ,0U~ \'ÚðÂÚëÚýöŸöswìÝòt1/2
ªKýpO"þÚLÕuïüÛ"zéx°  }Òß3/4ðÕú[•ºž @ºZ†è;U DCA, Ó²,DC#{±A  ^   Å1ûLS †;
S
/ikjÃ
(tm)¿[[W]´ëÿýw(G0ÛÕ¥ÿ_Nì   "²2/þß1/2Ç×î†-""
ö² úN3/4Æ3/4ž´µ°°""""  ª  2Ã  D ØM4"
&Gvš   |-a">0,qLWad‡pdra...a"¶Â°Ú°~ú°Â§Wë]Ý(tm)¿íRæ}O]oõ×ÒÝûÿÛ0tïÆÿÇ  úkÛíÔÔDDDDD
D  Bå  E± â
1/2L,1±,xccb(c)  Ù'Å¯
^Â¶   V  Ú¶  °ûªéàùŽò  ëÒþ¢""ÿúfv·T"úü]?"O1  Äg€ ,  @Â  Â`š
  2z!k  6E  ÅlS    ÂnÆÅWÝÁ  ý,5Û]ÝìtßùÿÙëû  _N³W¥ð^£þ•~frÔ-×  žJ
"¨A""8† T  B-Uì4õøŠ{_Îë  t¶°"ëöé6-å
ýÝb²...Ûó  'ù1Õú¤øix^^Š5,   eÔÝ¶ovÕ  +þàÂV3/4  f[V×ì&Ðêrïv Âúê N§ý  §÷k±ú^^^ã^hZÇ^b¯1/2Ž
*80-°Ò-xjÁ"ª×ýÓV¶÷¿ôøaz^ð"DD0f$8BõÂŠö;ï   ØýöÕÕum[KÛXã(r)" ÌAÇ,æt  hZiØn  MPal5ã^¶
  †  a"3/4ê?  Bq
  ‹ÐŒJ   CM_†  Å1LW±ÚG  A  ûñ  b"."Ðdw
"TÓQ`þ  LEœp"  á   ¤"C
Š
  GÔ&'Ž"%m'Ô(r)£:ýp}Á  êEqR5|(r)i  ÿå:  à^ê  ²±ñ;üìM|  Ý¤Ãb(tm)¥    ª\‹x  ë¢
EÔ  ›´  °hHôï'B4  @Ï'ò*?1/2  ¶
ŽÊ´  "1Úaa(tm)Š  a  'F
  JU'Q  (d°ÿ;V‡I  #è§¬  n‡ÐDì0ŠçI,
!

é"  ¬ @Ó5  B  S Si2‡yÎÓ#¨;é  Ž>    [XA1/4:
  £~O̊5ô\Bh=3X LÌ  LÝ†  0fß  šëàòëc²:þãÂQiÚtfè  ÜžB'm¤~h  è×[U     éÙ ÈÁ
  k  ÕÁ°D~    ÃIpÚP¯"  -'ÜXC  ;     CP@Ü
ÜÝ/i    (c)  ï  Ð^fLÐ  3  Puè  ÒKðj  a§õéæzO  ÂqziÒ¤fl&  Dî  vÑ1ÝiÞ    øÂ]A  Pý!GÂìŠ
~û
]^1/2-oÕo^,xAÐ  pÕ‹ç¨¨^ê  ÐwpD  k!
"H~  `¿Õ   "ïa[p_°}]\G|èA<+3/4   Á  ú¦  'Õé²³ÓšŠ^  1/2‡ÿE8zÏ
Ýÿÿáøý  ÷3/4•×Uúáåá?¿f  ú'uÞµÕëÿ°¨"þ-   _ÝIB#¯v+]Â_Ý´ýÚè  üÓëk¿¿°e8  ÿîë"¿ò£{3Î^gúþž÷1/
2iwuÛù×êøa¥ÿ¿UçbhŽ£I  |;KL0Xa:a¥§ö¹ËK×  Òþ>ÿÜèÑ3/4×ý¿Þ  þ¡  Õ-Ø|>6?^×l+ì5¿µµÝ÷W_z{ÿI
`á xI  °ô  "  %i'aÕÇÅ^Å\  î
ŽM...Ó(r)  [^qj¹§í"ð^ê  °YO^°ö"
ê  ¢ Éz
...""Ól  w   ·Ãb¡§ðÿoý%zUP±Ò8ëþ  ^^0D  v†f#^"Mµ ÿ
-"á"¬ª"ç×¶GH""GRÝÁß     (tm)Uxa6",S  Ç  b1/2z(r)  84¿ªÕ
"!!GvœZûÿH}*×,M(c)Ø°
  †  DW@ë(r)¿°-"Dì^úôŽøõ    ±ô  Ð^éz"ÿŠYuá  #"‡¤¶ô6•a·ö-y  ê   Ô":àõ_C¤Ã¬*]RìŽ´•  ¨¨>Ÿ
ÿ÷úX}W@^é%¥Z´¤"\¹ª4    T  ûÿ@^êÿ  uK...åÒ Ò Ò Ò øþ'u¥NºIV××P--è¡Â#¤ü-f"Gýx|
fÂ#¹@^ê-aþ\  1/4e  à‹°X  àÔR  *V!Eh¿ÅR@ Ð:_ŽÏ3Á¬  @×,#øDu  GÒ-*ªªKh  U  GPpD~
  1/2%PpDtµ  Gøÿ  Ž3/4
ÊeI:Pá%KK)ÒÈéPDt-- D~"á^´   Ã‡
ÃÜ  I‡  Ž  ">'  GûÂ¤,#£3/4  pÿ"øü4   ZÁÝP">"
'f   úÕYL¨¯4°N¡õH":"  (~¢°EÔ  Žï"   IhŽßµð^é

1/4°Ý*#ðµT  ;ÐuV    ¬4(r)  Ò÷ÃëK"õ@å?XÊzZ3/4•A  ×F¹å2¨
Ò@‹ª¦µ¥×  ¡Á  ÔP"ëÅˋëIWhZˋò(tm)RDu  "4"ê
ð@  xXu@ˆê   n3/4-ÿÆ h:ëX"é   jS*V"  Uƒ¨n"ø"?Pë,#ê(c)Z
á¤ëõõÐÈOÀ  û^µ×  GI/  Žº¤GX@ˆé%uÐ}  œ   ë
?þ-({  GVé%¥ú"GYu   5ü tŽ:         ⌐
õˊ  Öa¿ÃÕ$1/2¨"=X5Zàˊ¤   ß-B#¦
Ž-a-uúAú  GH  Aþºý
8ë¨uïˊKïý=  #§3/4,#¯úàˆé
ô¹.-0Ò¯ô   ¡ƒ

  ùOG  ZÖºÔ9O`ˆúÄï"Ê•Ò
"Aôº   PaR\"?z¯ô'Â#¬<¡úÀÒÒ¯"ÿj  ¡á  8Duá  :":(r)(c)iq¢Ÿ
   ¡¯¿†(c)|  ºI  GPD|ÇÊ-†ˊô   Ãÿ¾-Ò
fÈÑ'QÈPS  ":ƒU¥K¥Z°ø¥X"?³º  zuúºDuzÎ:Ð"?)Á,:IƒÊ  I¿N Ðh  WIˆþé  ,(zÈu¡  Ž  [  éP´
]Zô   ÓþÕ,   ×Z"ý)\"vvL],U}yN""$<Q•z
ˌåTe"èŸ#-Q  ÎeÑu×ù  4"k¤  ªÁ'-R²:(tm)úQ£  "

|!2ì"
§   E¯r‡%1/26v5   •  HŒ  BÊúõˌÁðàˆýqÚHï¤¨kÑ•ÁXmÄCa  ÑŒ-þä³;HA
¦D
'ƒ)À€ApD}x  *(ã¤  Duþ-Ž:•'øDç   Pà  "=  Gb"  !EÑ...uêv  A¤¯AÒ|84wÝ/  º;¨h;Ã...@ø@¨<
kÔìÊˊ0  º‰£
±ÝQtèÜÑ  áª  "]A  Ò     `ˆúëÁu0Š-  ‚>•öçk   1  -šn'
"N}  ó²"ƒV  Èþ(c)Jz×  Gè#º ðD  _ªDt  ÷YF+ã¤ÚïA¯o         5F  ãø]%
'ú(r) ò_@ƒ$Ĭ
C  @C ¦c8G...%aœ§  6!  !¨3š":ŠhGAA  HÍ?þúWMôß  CÝ=c^Pýˆ¨":¨t  £
´?øAá;  <è Â    ˌa  HLâ
²|N¢)8&\G83Q    È(óP^  œˆ±}-ÿ_a  ü%\":ßô
t¸h  t  A¥¸uÛôE  è¨ü"QÂ"¸vš#vk3  Ž'  *P^(r)  ±°˜A"  !xAÈBã  -H
PƒÇè  -ð}/A¯Ã÷Ò,#ðd}t´  b  Ä$YÃ:á   >0Ù,Ñ3¶&>E  †"Qgf-  Í  £ƒ‹Pƒ  h  úz
ôôý.Þ"ÂÕ{ÒZ£ºƒ]  ZÕ  t'û3é ú  a>,n  6,oH0ì šA0Á  $^  ="tb Ì  MìŒ'g¢æ
˜ïë"Láþ3/41/2ij"W¥  Ž¿ºº×   'Çaˊˌ>´Tý  ÒÒoA<PÓCMh  ŶB~ƒ ƒ‹|'Ö-_ùN     £Ž"
KP²  /  Gàõ¨(tm)ù  eVˌªˆôŸnŸ""  E;-éÊ¦Ý?OM3/4"}/ÒJù  Ä4¿Ö1/4  é...Gp£²
¥zþ(r)Ÿ1/2^"öˊ¬2³_ê¥OˋëüˌAºˆé{   ¬•RÕs  ¥   î¡‡wý~¨Úý?"  ÿN+_ôþ¤¤-¥_"ŽØi  õõpD}(8úF  *
  Gä"+ý_ÿü  ÔD  ÷ÿcÑO  ×þ  ýWâÑéo  å>   Du\  "GJˆÇj  Õ
L  @ºúÿý  ÿ¯ñ¿ò5=  Ã  zï¥û  78ôqÒ¢   J"Ãë¯¯‡0é  UA+  Gáˊ¯ú¯¿ëý-988ÿ×ý  ÁRÂþ,KÒIñ÷
  ˆŽ  ô
  ƒ
ƒEF?TqÂi
wÞ¿ÿþq_z
  Gúÿaú'?#,áiW¥(r)ðÈý,":ÿE  `ˆé  Ð"‡  Ž1/2`þ""ÈÚ  ¸ä  1/2uë¿  "úˋëüŒ¦kÜ"  t   óï).(c)Sö  "aÓ
Ãx":¤  rAÁÃ4qþ     -  [HWúûÿõÿÿÝÇÔŠ?¯ð,ú  %Ôàˆý%ãê‡  ]*Pwò‡ðE×,,u  Gý_të  ÞÚ¿kÿÿà>
  ô3/4é$¯JºTqÅ"  KD-G_ª
q×(|4Á¤¡  é$qÃû"-¥þÚ]^ÚV  ¨  ßÿë(r)ö-ªK}Y  hUQ   ¤ºþ"Â#¨5Ò¤,
ûX8ÛZ¯:v•"f¯m,  L$g_÷ Êuï÷z÷¤O$Ý   =×Œ  VÃ
'1ì:éYQƒ‡  Gé,#élã",@ˆë
¸¡¥ßa[    ÂL01/2-bÚÿ
ÕçN-í"-s¦Û"Â

1/2PZWª8ç€ÂU'èŽ•R GH " ":ÐA àÒÊ±.- ;†
' Â Á› ƒ ˆ¸8$Áœ Ð3²;DàA|X3Ãý°¶ }í[VÂØV ].›I/m$
ÙNÂO§ GZ\5ƒ†"i-+Q \B"â #qLBØ...l6!C‡
ƒ<8`¦Ñ !ð‡ƒD‹ê
"9C IÉ ±X3,' Ï ±¥¥¤t, D}† _ Ž¡á$wUPD} } D `ˆé è4 Ã"Žàˆþx
ÂªÃ TÂ`°Ô0ÕÝ±LB ñLVÄ.!1 }¨ö)
¤¡,# - Óé%pD}P":þ"Ò‡ "*º‰üDDD ö` ‰/'L-ª¨0L üð aXaa,`3/4˜J"µá ö)×àˆÿ_µiRZÿ"œ"‡
0â"$j *°ˆæp2œ † A" VÔ 3/4Â%Â Ùc‰1ÕÐ" =(A k Ž éuÕpœ2< ¡ð, Q¡ åAx
(c)·Ò + Ž´ NºêÑÇZI j:Á ðÄ P"†0D (r) kÕT Ò
"&æ(tm)^¥\ 1 ôS¢ ÃÒðêÃ_Z³ a Ñ Š¤Žè-("?Ú"‹
"P- ˆê
é:èUSýG{Ðh>,HÃÑO@ˆýt Á ý$
ÑC¤PøGe '‡ 'ZýRÇKJ- ¤Á°f aô/÷Dt(c)çü% Pp{ GäÇ Gú´BPQúO\ è%è T hãý
" dz,KÃ¢â3/4...JzÒPD ¨Du×û!Ê‡Uo .¿Tºt xJ
ƒƒJ ,XA, íp‰ p...! DuPÕ ˆÔì3/4vXh Tê"ÅN> Gá (r)-TìÉn?|":
•%ÉŽ¢- Ãê Á ô¯" -Ã-RØ(c)ÇÁ Ô§Âàˆú Á æ;...g`'ÙtO " Í~qÓ ŽŸõä o\w0ëç k
% • Õ: ôŽÞò ÊL" ìêdhe;! Š" Š, Ñƒ#ÐtªSIQF‰8â ÒÐ?ƒé}k öª¨&A Aà ," Êp
a j !êµ` 6\) ´ Ž'ÝDÏ†² $Œ:ÍCÒ5 "'? +ôÍAB aBa=0ƒÚö- K R uª£ºJÑ‡_Â zûè
@á*ôn Dº .
%64KœÀF÷4ó4 a Ö }$ D 0ý =j¡Þ±_ÿ§A_"rî A´L"
°AºIÐAºáé UIaP4*'
,#¤ ÃœtŽýÿé8zøN: éÐI6/¤ßzMÂ#¨hUXDH å=zúKAÅ 42<j (tm)ã:ˆ
'Âg†NÈñFbÒÎ,"ŒÑã<góAA †qú3/4(r)"h*þ 'Ð"ëAøJ!
BXëÿA D} #è¡ÿÐÓ Â
àƒBâÿ R š
Ãˆƒ)Å$Çýõ¤Ú[ßýÜ7×J i)C" puëô"2?ÿ‹TõDž×Õ...‹\ ðƒ( 'ôýtúÝ 1/2| ,#é% (c)Ç¦G1/2k¦

MXdø é v
ÄÄô`Â rÎÒ'F
1/4 z>33 s á2R
×[Kÿÿ÷¨uUÆýB AjŽÿKíV,n"uÔPMÓ]
Ñgd (tm)¿úkê vÖþPëÿI éW†¡×XjPÿÕi î ºô ¤ ¦ž›Òn ÈqÿãOÿŸ]~p×¿ZXB- °Ò
CÁcþï·Âízé¿é"A éÉl
ú+ÿ× eÂ6"(r) 8n"ÒL.> ù Ò_ý/ý/H%ÿ_1/2zþ3/4'€žSŽ-Š°± ¿ U
Ž9Ÿ GÑ‡°, _ÿ§§Þ3/4(c)ÿÞ'¿ÿßôþ¤ýì Y?h ¬|%Q ƒbaÓ8ö'ÿÿk¶¹Öÿÿú ëÿâl
m6&{ 6ƒ‡ *Ó GØ8±_ÿßö-þ-ÿÿõÿ÷ ò ‹h¿
...‹ì t,#¤•- z
"‡\Î¿ÿÿÿ} µßÿôÿPŸÃn,
)7ëIA õIx":úÒ
ÿÿ{n1/2ð-ú ßýëý[ïtÿO

$ª!ñU
ÿúÖµÿ_ÿ¯¬"
ˆ Ýûûz¶(r)¶Á ÿG rÇ]WÿíkÛKîÒÿ~ú3/4-ÿuýw¯ê !
,±º
N "?ÿ·Ûï^Ûëý¯{þ"ÚWß¯¥"dr@ˆþ N Òˆ¡_ÿK[µó-Ý%þ-ê¹-Ìû§¶÷úêõKÚ† ("@_HÃÿû
\‡1/20~ƒa v ÿ~Cí'ýý1/2+VÕ K":cP(r)"ã¨"?Çïí°•"Öýv +a ü0I°-ªÿk¶uÛI÷ªIÒ

* î lP:HjBÁr@h*ff*†Ä&(øSÁZ!@c`Ì
ÈáC‡
8àÂPeÄa"ŸöÒØa6 XiZ'0¤<,0¤`§X$Z 9pÎGG -@ C àÒÿí0¿\1LUß±LB`Ì
Ð)àŸ
:†x3bÁ, † 0`"Ž -&
$t 'Ú^^^ Ö*ƒÁS-!ÇIN>ýU ž'z` - W† Š Ã a^ÁŠb˜˜¦* TDDH)
qÎæ Ú4
""""4"6""¢ ÂõÚ¦ h4Ð0*f* 0 ¨^^ YsAÜ¤åTT ±sŽ¤"´¨‰
^*f* ""% lÊ1/4æl
\ ¤žƒë˜¤"V Ð #Œ¿ PA è -Ä t
#"çÂ›¥U¯ÁðGaQ[FÑx3/4pfÀÌ3˜Ž* Dtâ3Ž!C•²X˜Œ#²2"l
Á*f* ¡VÖ OÄNù 0T#'r:Ò¸ "• ÂP˜ëñ aÍd#" DHÉýpÐ"?°"DOŒî"ã#' Áâ £ T
!
"'c pÈ ø":å
"† E 6 øDu @Èð‰Ù*f*.
†ñ†ÿÊ b2nù Xu¡RÝhe _ Ö I T‹t åu,U...yØÚèŠ)ne K
°IF$ *"kÓ?IP¦€'Z2¬ ßLì\h"ÁÐ;ý r‡J-(r)3/4 2>HÊW $LS@ç`B
ôT(tm)šÉœE] Ê 86³1/2L""¬˜š C:X2æüh v(c)~×;Á °à˜éÚ²œR@(c)"áž3ÁL{"á
¡ 0A" ¨ Ým oè°dt(·ETÉ
ai$ { ëÚç éá4Â ýÕz
... § \4}† Ö†‰ðþðè \×i
À~ç6 (Ÿ°‰øh¿sH¶ ~Þé$lrÇñ8ä
$ï°ZH zý¿"Tð A7‹Ðn z
×o5
Èš˜s - œ¬9MÎgTa9Áä £¨¦ò"Èú@±

Ž^áHæ] _ G"ùÇ úÑ‡Îÿ ='UßÒm[K¿à Ø â
&˜°C‹ôFqxAè"£ -V ÅÈAÆ ðDHÓÈÙ QšÀ óY6'N) <ë¡I

wî¿°,
þ"éW^ÿoOO µÿXAõ¡• äsÙè,† !ž°` ßx dâ ÅÒ 2
Ÿ
-š !(tm)ÔyV:û¬ôC2 LÈÌS1' ' Â _ö×"1/2 oDæÂ˜(tm)Žĺr' a
Ìã§ ýäÇHœá â¥ŽQ.ð*f* ÖÞ é1/4 ðŸÁ%' "DàÍ ð*fýý* µ 5
, ÷EŽS¤¿ñ¡Ç¿þ, ñw@šz÷á û 9+ Ú c....*f* _ 0œÜÝ³]3/4‰{
4é"sf(c) ‹
¶P1/2h<*v wö¿á[Y ?×*fóÒd*|"!úýý1/2&öâ†ë^è7æzY 1 â,0Gt( Ú
×z ¬n A° 'Ð_¢~Ã*2íÉ£¤OÇ¿Y¤
jÑ<'0‹ÇdŒ -Ð^â"Þ¿ÿß ¿I×ú˜êœ‰ ÷³@Õ&ÒoÛé"3"T n(p-Š 6. O ú 5"(r)ï
ŸIÁí/u-Ö-m~úþÕÕ-ïÿh¡ÊsŽ˜7py ¬uÝ¡¤"¥1/2i%
ŸHEøO÷ÿ †(l¿Ñ dJ?:K"ieÄ1/2ôþ"(r) î¯Õr˜-A ôp"uOO]ôÝ"ÝUÖ•-7 Þ-û×õ
Òôþ¶
-$˜0J!ÕÿÈ b-((r)¿¯ Ž8A*f*ðb
+[÷ÿ˜4 - ú1/2}==¯õ[uð}ìU$"T->ßÞ z¯ß·¢U!$Tò gs@8þûÐßëê6 W÷õ*ýdÁúê1/2Rj*œ
oÿèÝûX/_¡Á ¨"X\ þž-ïÕû[ DsŽŠ°ÇÒi Õ a†ë5n ý=$'+
_·û @ûÔäû¯g1/2 "mQ,àÂ?ý¿´wõü·oAioýú
ë(r) cÿEÍ¤"H ;~þ•/µÿü2§#aßFÓ†
u¯"|À~ëë" ÿD³×õÿ¢tõ3/4'_ *f*zIS ~þ1/2ëÿè †Â ...néýÐ¿ï¿÷¯ëo#)Å(Ú{¯ ý -×û#íôô

S¿o×_µþëï "Sýxoµ÷ý ûï KÞÇÿø[×è<¤ ëj,A/ÿm-×t1/2uîÛ "9ÿ(r) oU*1/2×]-mÚý [_úí¥û8ûÿI.þ
ÇjçE...Øû[KÚlë,"bõ×
'ë_û}¿n¯mûõ¿Çÿ×_ºE vD ¡ÈÇ_I%Òý´¬-¯^ ¯-¦×"ë S Ú^ÆÙ-G-Úûwþµkúþ-×Ãƒ²
a ¨HÓ ÷a"¬ l !ûWaPa%öÂ@,Xid:ÂØPÃ!Í"{¶µö ÷mÛ)Òëº ¯ºÇñ*ïZ
Ð[-IPwb˜... ¤|C9y

bg `eÁÉÃa8hb!T0"0"h±ö aa"-á"ú¶ KVÛVÂ1/2...á¥ö¿aZú³¥ö(c)%Iw" ¿
& a}mnÂ{
*Šcb¤h Å1D€ÎEC¸b È aŠ(
àˆV Õ† [ ›í† [l&i¦ ¡Ùša"MÉU ca-v-¶-Ã IÍDA, 0"TC " B!,Y 0L'a0ƒ
o`"Ã_†G '] †x0JKÈh Läc`Á
84$ 8"k3 3 ÞÁ˜ TTDhDšd¸ƒ 0A" & P&S"µ,sº
Ú*yô " "X¦!lB]¯Ø_† /±^Ä$"
5W ˆ‰'˜˜˜˜˜˜˜˜2!pL‡ GDb7 C8¨B" !HpÂðÂ¦\ >Y ƒ A‹H$ + """""""4v
Añ Ó ¨4G5˜}u°@°Õ!_KAnGJË u+À"@, ãH E&aÎÙS¢c"FIxA0e²Z
!Ò"ta W+ÈûS ±Erû Y ³µ Èþ °Wt"
ADÚÒ, :AÍÁ#¸ŠõItô ]Ì/éR'¡IÃ•ÍB˜Ò;+ o¬mô-úA;; ,A
ßçe€_2 ä ) †R2'#CN-º%b°š#qþ3/4 t " , `ƒ ƒƒd9
Ñ $Yé4ï´(tm)N" B"¦šaRô z a î,ò =QDá...Õ n,%Í m l%0ýè'´ Ðp·è Ü"Ò'z 6°ƒh
Ú 6‰31%˜w'ˆˆÌòc# ñ
Kvþ›•ë 'ªm&Òm |† Œ ä0ä,($¬ DäfG ! ç ( º 2(I8Ú_kOþ,(r)Þ ha
ïð ¯a?u\ ¡˜#"y˜#...!T Ú b Š B
a œ x!,8!¨!¬Cã!"# ×ý=}=7I "ê'Ù<Èïõ¢VÞØ"1/2*3/4á
œZaB Ô ðŸý""Ði-öôµÔuµÒ^ß @ Ð yÈd<ë¨
@Ø9Ò 6Éë4ƒ6íR#‡"= ;'-ž (¢P´ôJ"Äœ:Ô"XÑ< ÿ÷] Sº÷ˆtžƒ‹wè ÛÔ'
1/2b a"Ä pÂb|Ëü Á (tm) ¢td ‡Í!'(tm)ˆ
"Q¢ù A´ ÿúu÷§Á ïïÿÿÒOð°1/2(r),
Âk"Ó¥¤ÊŠAô 7 3/4›J ~ B nºô¿ÿõ
>ß~¿_Mÿ¤/J,o¯"úú}&éûm*~* _¿×I/úGuÿww{õÿÑ'f¥jûÕ ÿ ôõÆÚ[t,I¿ý-ý ÔÀ¿ÛÎ¡8c
N¡ ú ÿÛ(r)Ÿúªûô¯éµ§ê·úýz_ï 8>Þ lƒÔA+ýÿ"
ÒÖÿ¿k±†>õìBû". ¢úÃûÒýP_Õ"p×ú°r
ûþý+ îÝzÿü.È¶mH ùékëˆˆä+"
¯ß¥ÿƒ ë·"XpØ6‹#ïýq@"L8Duuïý]û Ù Ëÿÿîý‹úÿT¿è?îë)
"4 ÿ×u Nr--ÿý~Û ÿiþó‰‡ö-øA Õ×zK(Ãšaëûïù sÄ}'ÿ3/4ÿ"DT ÷âo@ˆ÷_ GÿúI î íßï3/43/4÷]
Y e=[î×êéü9:
þ¿¦ýü }ú^ºV·øû- Õu¶×ó‰ rH‹¤U·zÿµK)í_×ý&ý
ºÿ}%ú¿v
ºêÝ¥§¬R 2ûzÝ¯õÿ‡"Û¯ô›µ}1/2ÿKzP,zzú"kk
l+kgIµ°¸!,téT 0Î"iwvîû"UÚÿ¤Þ-¶k_uý-$OÚÚßÍ"°‰ ƒ
A"˜a }...a...a" j N Ã ël-¯U¤"Ý ý´¿Òn "¶°÷]*éRú÷JJƒ" ¤~***Hâg$T)Š‰Ü Ä$
Œ]&!0ÂWwß\4¡...Øa+ü$Ûa-X`°iZ_m(r) ÛVÒm} ¹‡Sº
--"Ó_°"iŠ‡

eÃD‰
Bº(

Ñ Cá ˜ 6
† Q@h4

ìTl5ò-,0'Q°ÂL0"
  †Pç  ˜&¨ X0˜M0°Â
 Âb,L ¦¨ A¯Õþ(°ŠØ"ÿp×°§tÅ C:HH}GìlTq                    C L¥ Õ(° ÝÕêx    f€Â¯i-"í
5û
¶ L(@,B+^^"B#B""""¢"HEÑ! ˜,&¶ !]S8 J!" @Â,(s9ÓÈÖN'¬\î†m , ›8dx .Èù-.Èù 0\‹¢‹"*
#ˆŒ›;ˆa )~¥m Žh -       D\XB""" Èá4     JFüŽ'T U² ˜@œS

# aÄƒqUÉt¤ 8H™¶²& Âƒ28e ‹".Ž  ÀðÜ  Æ_ê "0†Œ
˜Dä ^ ƒŽ ‰ $#sÙœ(c)ˆ,#,$°A êFÓ i MHhÙÄD-ÉD‰ ôð@ Dt,JÛ°B ¨,# Š9C' ò¬B.m5
-ÁB¨¢‡B#•ô C , ""
L%‰†PŒ C,T
‰¢1 ÃbWÈŽ !$8†`!'Ð! á °-E"¹ ¨ŒŒ...B )q :ú ¹]: '@(r)1/42¤°Pâ8 I âMÂ å}
 ƒ¤...Á ", 'Ñ X28.%q1Å
"*DGIbdT7 Îâ%(r)-¨ï;5Î ¡H(tm)$Šâ"ú3Ð‰œ¡ä°sŽÅ ‰oÍ¥ ¦²Œ,"ú $†Ë Íü±ÁA!
• z; °
e[
ˆƒ   Ò ^.J"±28Èñ 9 ‡Â"K }#±ø"9œÐ¤ ‰o' %‚‹a ¯
6
    åO;JÂ &šZTD·       R˜ªGd-Y  F‰ )Á7¤Î-7é ...†U$1,-m¥;*
¹ÚÒÉ¢
¨î´v( U   1ÁÒA•$ôŽÀ,'Ä è¥i g$I '¡]A  & ¦
-, BTðÊ ^ -Èâ ÂŽ   š¥ ¡
-ëb[
~ , #1/2 # á#¦˜BEaaÔ Ü¡Á\  XaC E:;ÆG . I21
8‡
^  Ä‡M3/4àš ŠC a"ÉVL"D 7úD*aC!(c)C¯pˆé¶éÊÎ ¦¡ÄUM (r)"Ü¤IÖT"'ŽF›-Ü‹Œ'ø¨jÉC
¢- ÂL (-Ì‹î"¥è•Hä"âI6
NDðE: b (,%O "D'lQP":#TC£ª‚a¤ º"GA"$ ì":†"Šˆèh8J
  # Î›
‡" =•_TÉ3.       "¥@èëÖGK°,D@Èâ íB ðÁPÐ R:£Q Á
vk¬ BD+Ã:
ˆƒ\. Ò a²B3/4 'dpMe  C*Î3/4v-| Žá-
÷ @' 4 PƒÑ·B  ðHDEèHêµ              $¬ Ý'•¦ î  à J˜é4ÆÂ æ´í
ˆëP°. -‡Pi$7çPB:¶V  4>Š-§ƒ8ò¨_¬l0Gr   l Ü  %w¶GAÐA
arXˆ
¨Ö¦¦
Ì¦ûÄ T": G¯÷S+A ‰oc...Â Ø,
`¨`{
ãŸ‰æF°² áp£
×V,)ÚP  "  \ ":@  î'
v²r‡mµ"@¯ 3/4ö3°£/lÁ‰o@2àÁ  Eà¯@‹s²¬ C"ê!' Ð#Ž ¥ 'ÒXi³±RØ•QßÜP":†5A\ìn, "`b
GV ¯
  ô  Ùq
4 æ‰o [|~
ï• Ã8Žè Ž20(Ã(c)F ÷ú¥ƒ8á3n AÃ  yô ‡Ö âÈƒœ"
×.hä...îj_š ÉI Â aŠ#¬ L _#‹ˆ
#¢' g IÐÓ!... Ó ÂÓÐ(c)Q Æ\P-[ à à 0ˆë,#â²å †GGÐ#@ƒ:"8h §Õ ×
ˆê Ñ ¬î{  } Ø!# ²¬9Ø_aáÖ,#çU_éB7!RÞ;Õ ªðc ¡ c(tm)ÉŽqÎ;ˆ3Dè(#Ž @‡ayÑCëA ÈèD

E
°çe5
CC¤-BH...   ‰N"ëªÂ  þ  uøB"B
Ž°  ‰ò‡*3/4Â
          Ý'  'ÈŽŽÇl   škb<$›°Úc"·        Ž  7iÎÀÒ\8:$.  fÆ  Iù¡•D  0¤t"      × ˆépáÈŽ%
    eÒ   Ž(r)L%•¦ "qÁCàˆý(ì0ˆ"1ecB      †°à  ôøá†    Ò   a°ƒ}Îë  U
r  Øpí@ÁI  R  &ˆýT  C"  wÔ1ÛSD\  Ž~
ê":áf‹
æÃ;Â  !J  ¸K  ° ÛöëÞ´AÜ,2‰  ù!UÇ‡¥á"GÐsŽN¨žÂ;ÄD  Óã  Ž  ƒ¡r†  9I‰¦
¸oÐ"ê  !ª#-Oød!(,  Ìð¨  ö,‡;--ý(">  ÇDx-"0  ö  ¯¨28V  ¤¡ƒ  G  tTd|!'-Ó
¸IŠâˆu  Ç  'Ö
kdÀB>ˆw)Î9àD,    õŸK  ŽŸƒ!ô  Pá  ×U"°B8·  !Æ=  G]XACýd"Ð[  ŽJ  y
cÃnÃ9   ]ih1ýÍ¬Gþ  Ž  A  û1/4...¤   Ô¡  tºJÒAÁ  ú  /þƒ"*Øû×    ÁŠþ(c)A  'ÑKDu
´  °ý†çènëÒKÙ@°ÁÁ  Pkê(c)
Ó  Á  pƒü  t  P  þ  ]W']0 Þ1/2A  ×  Ž¿K ëáÂ#¢'py  -
Áþ,ýP"?#p3/4  ¸Ó  °ˆê3/4  Ž¿AU,        ðŸƒ;ÉöîÒJ×A¯Iû
   ã"ƒ  WÕ"]A  ð")×OÃ#þŠ-õ  Bíðn
-Á-(r)'U¸@",(x1/2  ì)=Œ    ¿Ãa¥¸ÂPDu-QýµÊ  23Û"GZ_    u  Ò
  c§u  ŽšÒû¯¸mÁ  Ò-¡e  Pá ¶Ž  Á  A  GÓa(tm)1/2?^ª¨÷ý

c
ß3/4  D~PíBK  ]nï  ¸D  H,?¸Ãª,#ð ðàøE
         ô  Ukt   ·u¹<,á¥
ö
ƒ+KõzP¯Ö   ·  ¡Â-¡ð¨ëtÈé  ¸°KA  ×Á  ×¨Œ8vïpî
-...mà¨û  b  2:Pej  :á¬µÚ¥P¨ëœÄ[àÒ °e  HuOTþ!¿ï
¶Šø@³µI+ê
6KëJŸ¸ÂKi  GKCk°{\°  ...  ß÷z @ŸÁ  8]k¨ŠŠ'ò:6¤  <u¯ëëú_  Þ
÷¢žÛ)ðÐ]=ð(r)úþ!ªÆ  `¯"µ   0DuµOt¿¿¯‡þé   Âz¿ö¯(u^¿ûÂýaa  ÓŸZ  ~¿^¡  Óë
   þ3/4ºÓÖ]ð  }×O-úV(r)ƒ¤ŸøDt×î  xp]ÿ~  ¬  ä  "  Ž  ]ë¯Z¸öGO·J¢    "J"Ú§W¥ûHŽ-S,#ö1/2ï¿
éU(7Unÿ¨=i*XDt°¿ª#ª
w@‹§"^  wD  ï¿"?ÆÑÇõa}mÔ1Kþ¨õ
á¥K-tÛý  GFÑ  z|[^Ñ"-öG-ÒÒÿ
0û  ÂÖ  ýN=  -3Uÿáp¨è  J4•Wa¯JÞêê--"(c)  pÁ  ïðµð¨é-3/4"2¨tØvÔ?unª¡†
RU}R¸ÕëV  P¨ëë*1/2+Mÿ¯[Ûyw1/2m+  "(r)ÿï  ]¨Åþµ
E=lÊ=ý~  ÖúI}ê  [èp¿ü¸_¨¤  n1/2xëK~õç¨è°ˆê  ð  R‡Ü":,/ákþ  úá¤GßSé†±PEÔ6
Áëï×Õ
o¸0•Pév:¸Ã}oþ¸œPDuwÓé  Õ  Ö¯XP¨ú"";Q  ×Ã    ÷MCÿßpû
ûÙAÏU¨E>°WÒÔô  "Gí
Ê  Œ>   áÎÒ÷-(r)Þ  ú|I   J  '4  ¨;ÙL  VŠ   ÕúÁþ›¸º°Ajé\wÄ>¸":¸-ý*Zõ^,à¨ý?ößü
4   z¤ûkƒ¹Ç×Z¿ÝŸÑØG
   %"  í/Ö(tm)OÜ  ¬aC
*'$GÒµH  !ƒ  þ'Å  ŽµàÞ×ÐiSpìŽÎÒ  Õ}†ì\ðÿ"ƒî°#¥ªza'1/2    ê,#¡µu¨â¨"GL4>ÁBÚ
AÐê·  ë"GWW    ;J•QC">--  ×({w¤am¥
ÿ¤ž¶"Cö-ÄC-  Ž¿ÚÓ"ÂUé D~  Ž¹  ËŽ-+  ¥ýmjÚ Jí¸†÷-
ápD  ƒ(r)  ¸Õ¢:I,  (tm)Ð,Vª  °Ð|7×ø¸ÄA†  Œ  -h*xI¸ØiA  ÿ...V  üè›)åÜœáÑ  %{CX"?¤?p°é
¶Ö  J4ÃÐa'Å/ü?fá¿  Žƒý  8EÒ(p•ƒ  .,
   Ž¶Šûò¡m-l0EF  2;  0O"      ü7~1/2-jó±‹Þ-Ê    ;   ´ú"qýùl  N  Ž¨¨Ž,

Jšp1/2  S¡¤Pë  Ž"#Ï
ÇÂƒK  Ž¸wxIPT  ¡Âƒ´øÖÕ²!~(tm)  CW  ö    Ò-"  lŽ,

s¿á  Ö•u
ë$¬- †Åápa  ÿøx †ö¡  Ö¸ß(c)´§  ¬ -ƒßÿì
,  Ü'M*Ø^  ƒAa  Õã,#úîú^  J#Ò    Š†GN  (tm)@,%‡uý        j  §Â  "GD
#¦ö-‰
'Ž  "è  ^  &>·DtôG]$°á  ‡à"    W
Õ¶,  í]TG†-  H?¬ºE:¦±-8TÃ;ÑûxOÒ8ò"G×H  (0ôá7TÇªA^,(wÐDuD  "§Aöž  §M W¸K
-  v  Â  1/2pÂ¤ƒ1/4  uH4(c)+
CmPÑ    0‹dØ7
G_l  'Ð"‡;...·"ïºt    !  G  ù3ÈãÒC  Ž1/4+l5ÂLUÒ°ÂEÐ^  -ØLëb

¢‡£Ù1/4"8ùž  gY  .  Æy  0›qe+Á›...É%  x{â-
0Du  Ž¶)^l  ƒ)Ê  ›"ZÈ  &D    Š¯à°ƒ†
6  Œ5¯sŽ    ØD  sŽqÑ  CÓ# BÃ
  p  "0"Œ  NQH}...WCì

!(Ž""0Á  )  EÏ    *³‰  DÙEÃ°Š-×ƒ  È›1)èo        ¤í¹t    ›-¨=29SXÃ,dI"é,
†  !  .
é'ØF  'Ø]Á  ûM,":è2  Ða^0Ô1"9ý    ü  |V  T
Ü    (c)!s²Ö^¢8      iµŠƒƒÇÐBÉ
    Ç  "!ø"?(r)0°Ò  s²L  CôÕm  Ñ    Âã  z‡¸u    ^  A¿Èêç‹ƒÁ    Ó  "  ×ª25‹¢1/2i
3/4ø@¢,":ÞÓ
e7ŒF,'->  °jÖÁÜn    pŠ  +  C¢:+(tm);^þ  /ÁøDu  ]{Ò‡¸?1/4AÖ
þÿ"GW‡PúJÝÛ.¡RáÛ}§  ÿþYB7†  à°òØmC...°duPb
    Ào  ÿ-  QÿÀ    @
endstream
endobj
134 0 obj
<< /Length 135 0 R >>
stream

q
594 0 0 752.16 0 0 cm
/Im0 Do
Q
endstream
endobj
135 0 obj
34
endobj
136 0 obj
<<
/Type /Page
/MediaBox [ 0 0 599.03999 806.16 ]
/Parent 132 0 R
/Contents 138 0 R

/Resources << /XObject << /Im0 137 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
137 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2496 /Height 3359
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2496 >> /Length 59738 >>
stream

&¤Zµ¢1  #ÆG  ˜3A  ^  •£0B8  Áš"NõEÃ
ÈäG  Â#¢:<  ¢Œ3/4GŽf  #Äq  ù    Ñ    ã  Üy  F2ì3/4_#²:#ÄtGD|Â#£  |Ždxº#¢:#âò:.ˆù"}  óùB#(
tm)-/ˆâ8R9  ˆù/  Ù#ätGdr#
e'Ñ-#¢ñ|Žd|Ú33  Äc#äx    ó  º8f    Èñ  ˆù    Èù#£h    òæn#Ä|ŽÈñ#Äq  äG  Ã\_0G:  ±H    Ã
0    ^^^^^^^^^^^^^^^^#    Ž"DDDDDDDDDDDDDDDDDDDDDDðo^(tm)b†]-  Ž
...â,  4ñ      ˉ8   ¬3/4m  ð#Ät]  Â  ÁÈàyq    Ä‰‡8â$    mœ,†A  ""H1/4lCyò1  ÃHò8
ƒI    "¢:#²8k'ÔDDDD'f2á'  ^  -"#  á--ƒ  I¡'ÀøŽ¢"e  G  I¢8f  Ã\DÔ"I  ÆG
,"A†ù7â+Šds#Ç  Ø°<ˆìÚ.  ó1/2  hÒ#  r9-DtG  äp<  ÑP
   Ä•ŠG‰Ã9ŒÑ  òèŽ<"#¢8-
$vG3È  -ˆè¡-DpÉ  6
¡  9Ç  !Ê¡-9vP2œ"-çr†Á  ^^^  TjDx  'hÍ  2èù  Áƒ<3/4GF    RèŽ
¤pnG  c  àe'òè(r)  2Èù:/  Q  w)ÊrÇ(ÜS    â"$$È  ƒ:Y
9  ˉD0BJ¢-BÅ6É˝=  ‰    ç'À<ˆù-È¢8f  °o  q‡  &    €3Ža"=
   ƒˉnˌ±Ü§!°sÈÐîSS  L£  fîŠÂ    ˌçr¶
ãœr±
   ˜g  DDHl9  Ã="9
å        •  l(tm)Ç(rŠDD...•  †ˆçÂšdÄ²"Ë¢s  DGDtl
   ñ      Â  'HØk  EÙ0G'àÙ#
+
ƒŽSƒfq
þLr‰DD  þÄÄH  9Z  ç    æ  Ãžd5Ü¦hXˆˉŠ#,n["!Š  2!äp"t""$4\8ˆˉ‰VˆL  'ÃP  2:#¢:.dpd#†,Rˆà
ÒAAl
Ê@Ò#'-Í(c)gJàˆðhD;(DDDDú:†Y  3
   ˆè)îâ#âA†ìà,0  £#£  #Äta  ˜Ž  £  -  Ã$!    £-  6  Ö'    DtGœKL3/4J²8R:"èŽdxŽ<¡,¤Ú#äj
   gôf¢lÚ        °óèàÌb""""""E2<GÎ#ÌÙ  Dt_#Ç~ÌDp<  HæG
Ò9  Èùà\Ž
(tm)    vdˆášGÊ¨  JDJ      Â#ŒŽ
   ˆèÂ/  Ñ-#".  °8i†,  e
P  ,EœØACŸŠ,¶,ŽÂ8å
x(r‡    He
qÈ-  76G
r6
"#ñ#hDDDDDDÈèÏ/'Ñ    ó
,¹  Dpr8-
x9ñ˜ˉàÁ    F3    FÁ¤A'  DDDDDDDDD¨DM  Â  Ñ|à"vN  f  ¹
   ÀðÓ+hÐ3ÄDDDDDíââÁ-#  àˆŽ
†i  ¢#7-FÑpÌ/-Èñt""""$4$·  .Šš!  á¬G  Ã\DDìÕ  Fˆ°."1/4&€k.E†Gdv""$W*  h-ÄDDD§ˆèDHAˉ
V  "äp$>  esR#ä|1/4GEÂˆ">$UPB""v¥'Â
Ž

ƒA´GgÑx

v

ƒAt4"DDDDDê  DpÉ

£°ÑÅHL...ò>\ƒˆÂ0ŒFÑq'Ñ    Fq  R8R8+  '.ÈanG  Á,?HDDDDDDDDDDè^ñ"g-ËåòèÃ#,€'  á¥ä8ä

6œ¦    DDDDDD-2èŽ  ¢ù  'Ñæ\‹ÅÑ-6ù    t\Èê""""""""""%p(tm)^à¥Ã'Ä;öGF6¯    "  !  6  äÈr

€Î‐

r  ðQ    âÇ)  DDDDDDDDDæ7

7Ô  ü€¦óoÿÿÿÿÿÿ&ª?ÿþZÁKtý~ý  ´œ  ÿ-z#.UâdúÃÇÿþ@YmGþ@s"€ÊêÂK  '~¤  Ì&qÑÚM)  e¥b!øg

ÙN  Œ  ÿÿÿòj£ÿ"U  5EšüNÒÅ  ...%B  Ì  É¸  !Û-Ó  ó¸

çPÏu

^>  FÁƒX  S^n8    ÎGS_N  ÃÐø<ü  <  2p§Ã-  ‐`a  äó³Hë"çg  ¸8í¤O=á  OO¨|!%x9Ø  †300|R

B:8'ù"y  ÙIª§A  ƒBxÊy  PÙèsÌòƒ"4N(tm)èiÑ?  D°6¸}^  ÖCê""Ñ    À¹  Ð9€0l!¯"H!žs!ŠtQÿ

ðß    ×ðü  û°

ƒ  jÊ2‡9ÏJøDq{ðƒ¿ûÐÂ

   ÎA    Ä#T  š¯Kß¸ý1/2  úè'H;øoþ´  -z  '  æ¡§3Ž²¹  "ä+"é-zü'  ÿöûßÿKý'¦ÿ  ûá

þaÿ3/4,  ÅŸV

tÁ>XfN    Ž'%Ì  ŽÁ"  E¤@ÉÃÿÿ  _ßKÿÒòÿÿéÿÛ´ë]&×¿ý´¡  Ü6Â,¿ßþ"ÿÿî(c)uÿwä¬)Ô3(c)åŸ2

•  KÿÐA*à^÷ïMè&ðúWÿÇ~Å(r)µê÷õo¿ý

,  0à  ,    öÿ  úÿó?Òl¿Ò-"æC¸¶øãþ#  ÿ]W"ÚôÂ  ÿÿ÷I3/4öÿý3/4ŸÌ1/4%  ûÝ[üë¡§ÿ  Q:3T

1/4;,#¨-"K_¥÷ëÿ*þÝ¤-ÿ¸ëd{O^  Áéÿ÷(r),

î"0M  Š,G  ±Ç4†Ÿ4Úÿ͡7¿oÿÒ  ß"Ù  Ú*ì‡W†x  ªÿa.ƒ  O    "ÒëÖüvõ̇÷JÝ-/õì?Ø>+×ÿ†

i  Z[  ß¸ÿ¿õ[I  ÒÛ÷X7ê  ¦/}þâ°  ¯m'

jí´*ý÷Þöë1/2p-oï§§ù  6  þ¿Ò-ÿ[  +Ö  ñîêk;ëZð-"(r)1/47ù  }

ßßê~  ÿÖ(tm)¢Ø?okÿŸ×Ø¯Š‹Û÷[õ¿ß"ÿíûÿÄXe?K\úûzõ{ýI

ïõy  ÿvÿÿõÿÿ¯ÅÌÿª¿žŸç?ß¯,§¦ÿëo(r)SÿwÛÿŸÿ*ÿüÛ!ñvÿþßúûWSú¦îÿÿ̀ÿMÿÞ1/2~ßÿþÿ]  ÷ßÓ  ÿÂnŸŸï

T°ÿþÞŸ¯î°ÿãnôûMÎXîâsÿw]¿ïö¦³1/4Õz¿^Þ̈ÛÛ̈V11/2÷_¿üûÿ̀}¿[[ÿÿ1/2þÚÝW

$ô"_o†uÝ³Z

¥ûî¯û  ¯ûuÿðo÷[{vß¨axa*Á%†-ûk°Õµm.ûI}  öÿuöÿàõ×oêÿ±\U'ÀnC  $L      Ïm†  l+a+]ö×È~

íš1/2*KµÛÛŸï÷ý¦ÙÛßís:ªâ  ÷  QD€Ãb  S  `f  $S†G¯0Kl.¬0°Ö÷¯l/LÓì4¶jööÿ

ªa<ƒ  ç"ûîm  ¯-´6(    àÈá  "<  ƒ8,  Hè  1/4

]  Óøi-1/2  ¶¿ÿïDDDDÓ

   †    "  ¯¶!ªÄ(¨ãÍ  Ÿ  Í  Ã    ‡-!ç  ?(c)3j  I[ïoâ""Iâ"  M0Tá...3-

$÷ZÁ  °Å  !(E²  "V  xø^%o¯  Ñ  5!  g(€ƒ      §ÿö¿}ø^^^^^ƒ  Á  Ó;¢Ò8  ^^Žúßb?ÿ-ÿù-

n:

‡š'0ŽÕ>  <  h...ò  (CÁ

¨!<"+!  \°"ƒÔE

"ò

9  ÜÜh8

"F9CŠÃÿøOC    ñ  ...ž

l

œ

äâš

&Bš

0  ËÇ    (tm)Þ...Ð!

   -²^Õš

šƒ¤û    D°6qËsŽPåe  ¸Dnßÿ‡ÿ  ÈA"  ^Sƒ(

ä€§    š  C²¯ÿÐA¸Mý1/2=4Å"

ƒB"è C@ °f¯þz "<é 3Vi  6ÎêýÒ¤ïË4£ ÒM
Ÿõ3/4íPM3/4  xA¿ÿýÁÜX#1/43¦Q `Îœ".Èl"\åA~  (pœNð^è¸¥jýÓi  þwoûi$ÿZMÿÿþÝ÷ÿ°H ØÂ
  -¤¤#oÊ  Êp´...ˢs0Î3HÄJÈ  Šu...·þ¿¿Múé¦ÿÿ[Á  ïÿ÷ªnßKü&˜Añ¡a
Ô  ÿ¥þÛÿi+  ôßÿÿõõ¯"ÿ3ûI  Ÿ7¤ZIWè:CôÂIú(r)Ÿÿ¯t"ÿW_ÿõ1/2¿oÿ¦ýþ'ÿ-Ù"‰Î~54_µDùµÖ"ýµ  oÝ
M    ÿû×ÿþŸ¤" ¥×
›ÐAúH6   pƒhÒÖñÿïÛIwL~üh  4‡öÿ¿íÛ_ý/ô1/2  ÿZ  Oÿz÷¦ê¯v÷  ÿUÛïóL}zIïÐY¨ÏŒŒ  š‡ûzN
ÝSu°üßöþ×Õa(r)1/2ÿ¦[ôߦ^ZÚ]Ôiv  0Aá  (  x'×¯ªéWþ"ûö+ØÙ   ªþ£
ß·ßû}zéz è'Ñ   õ¿¦,ÿõî"^¬ƒ  ÿ   ÿñó¿Ôû
(r)D
ûÊÌZ'6Cl–oû¯ÿþ¿ÛÿÉ,ž   õð¶ûoÝn¯Š<á:AÐA*...ÿ3/43/4-ëû÷õ3/4...ÊÈ3/4ÿÏ¦z`¶ÿÿ}þ  "3/4›"ÒM¶'
  ß*  ßÿ{ÿ·ûtïL›ëÿèßþ»æ§¯"à"ù¥zvÒûá  ÚV'ä-\M=×í¯ uï¯ ÿï{~ßúÞÿ7iú¿JÛ¯ø  UÑ    !îõÿ  ÕÄ-}Óÿ
îoÛÛÿÿÿu¯î›uÍ1/2Ø¯3/4KûtØ]  "Ši"úíÿ  o¯ÿ  ¿öß‰°ë}êŸ  ¿  ¯-,
ú±0ô%ÃI,4~í'û_Òÿ¿ëÿ1/23/4›ÿ¦^ÒÚáÿÒ×Þ·ï°¸ mE3/4Û
+~ÿm/VÒÒ¿¿ÿø7ÿï  (r)õÿÞèªÒ  ÐOïë¶í~Úÿí_ÿï*šÍo÷  m*}¦úœYÿ1/2ê>ÚÓÛ
a&  _ï4"VÕµÿûÖêÿíÿvë  {Ñ  ÐQpúÕ  3/4ÊïÃ¯¯0SáÛ'  !j;ƒ#î0'piCJÕÿÿú}é-¯3/4Ûÿí&÷"î'}/†!  )Šø´
"Ø¢€& ÈÇL  ÑÐ0h        c<#
3        û  ÿ´-°µíÒÕa³ŽD  ¯êúo_Ð_a0¯[ûU0éŠb1/2{dQÂ3/4KCçÀÇ'Ø eÓ
%Ý"ÿÚM<7¡×ÛÒ1/2*æ^ƒ)Á  †"" Aœpš  ƒ  0¿ÿÒßÞ"Ø¢p¬‹d,Ë  %_M¤Ù-$ÿêßJøHŸø^^^‰V"DE"
8#Mªþ1/2¯Ý}µ1*MôÚKg_P•¤-1/4DDTDDD  L¡Î¯":a3
‹H    4    ‰á,!è  (XuÚD9&Ób,W¥"$µB"""}êÂ·q@ƒ  ...  ì  ,  $Á,Y
EÂ6  Άÿÿ°Áu"   ÅhBb£ŠÚ^^2i   (r)  @Â
  Pƒ[
T#â%k  !
"Ô&ÿ    Ðÿ  ˜ï_  _ÿÿÿÿÿÿÿÿÿÿÿÿÿÿò  ¢  ÿÿÿ÷õ÷¯¿-(tm)@d  )†GE  tn#£DO-F‹±
`¡ÊrCžÊ¡Ü¨3"
r¹    Dxñ 3  .ƒ'ÈŽËŒŽ
PGDta  Èâ-EâèÂ'E  äG\DDDDDDKr3  Ã1›ÍâÈ¸  A§B"""W  EÑ´GF    Ñr#²8    }^^^  ÿÿÿÿÿÿÿÿÿ
ÿþdL¯œUsPÊ  Õ'  _
šMó/
QQ  K=Fµå
{w¶¯  œxg÷Ž5U  o:ÄYRƒÒƒÒ¿ü  dähËŒ"-d  ,!tC  ¿ú4>'‡XƒÔÎ    ¿üÂ²      †q  hUÿÿéýÿ{ú_ÿÿ×ã
ÈbuÿðÆµ

Ýúû!  îq"oÿ[ø7ÿ...õ_îKËÿÿ¿ìŸÿö  ï3_ý¦"])È^
Î
    AØSØDY³ï71/2/Û  ÃÕXÐ´,"  G  ñ      `"Eå@Iq±¶-"wÿÿ[×ÿÿÿü€Ú,  ...;5^ëéÁ(tm)      ä    £h1
/4ïý  '•È8  ï
!±³  ð÷~ÈÔ!ù-  '  P2è¸Î¢:#£'
  Eò¦Ž'ùÚƒ  i·ò¦%Sþð  èÀ¢,ÄÎ‰  ,  ,%  "  áýS      ,þ  ±'4^C  0  Ã5°ÍŒ2à¦á§EÂÛý
ÒþÐoA
iØD}ÁÚ  a  pÁ      7å  ò ^,71/2
'  ¿ÿ_I{{  zO,
×5    ç  Õ#¨@D  (r)S"(  âûôþÿÿôߦúa  ÷I  °jŸ×WþúÛÇ×Õ  7ìßDÿ°O¤  +o"JÃp‹  ×ÇÕõüçûú  0
üCpƒè+ÕA  ¨Îc    ‡  ƒø¯  n
  ûZûë  Ò}  Þ"&ý    ƒ
úâ3/4;úÂ¤þõéqi?×^x_<êóÂ_=6E,)÷  _øÂ  à¯öþ(tm)Ä  zoþ/oÿ_ê"ò«  i3‡
ûøŽŽ3/4ÞßÞßk*Ò&  û¬/ð1/49í-7_ÿÿüèÿ]  ï  ?ôÒüÎ×(r)ÿæ1û{uþßÿþ¿^  ?MíÂmþÿñÎÏ1/2&ÿ
  ûiwýó†é  {¯ë,

"² €ÁA    C  !²n(!, !Ã    m¯ýþýë"þŸ
BßxJª  (r)Òü-'<7u¶ÚýüDDDDDD  I"3    †  U†  °1/4?ÐÒ² a"_  B    N
  ƒ
0Dà
p'
0D8  9  †  †
f  °SÂ  _kâ¶!jÅÛ±Lr
  T_  a3a‡LÃ•^5  GÃ        ÚdXU†   °_
!:ãÃGÿÿÿÿÿÿ   0eÑ&  ý
C-Ì...ä


^+ÿ,  C
    @ÈÈ  DX!xÉP?ÓÓ  7tó±š
ÆÑè•é  îMþ‡ßàfs¨      7èŸðfÿéúè6°  >àßÿWI·éýþ7ÕÓå8šY8¤æfG^á  dxŽf(tm)    (tm),ÕvC  N
E9þ¿[Åká  Ÿ,q  IÛDO~  2@ @ÿûÓè"
´Hpß‹õ¯¤ÓÓë¿Ö  :Š  fÁÁÁ'ø3("N Â
  ¢æåý  Ãõ   î"è Þí7Q  ^µI±
  ~¶¿ôúP(c)}_¥MÝ});~3/4¯ÓÓµð  (¤ŸIúP@ß¿ÿOkþßÓûò‡ÿZþÿúÒ,òpJøA;þûÿÿí¬ùì/ô¯õí_éÿúßÑ;ÿK
Õº_ú¿þÒì¤  ¢þ  "õ  "]  ßÛµ(r)þ'Ÿ1/2Z["  ÿ¥¿¯¯AZÚ¶1/2-'6×_ÿÛmuµè53a+I†'°Õº¬4-~Éÿ fìÒº-¯ŠŠ
b¯¢pa^6


  a,!Ü"°pÍ'ð_"Â2\
$ØEŽ
†ƒûM5l"{    "Ä·û-ÕØb¯-‰‡|A"
"    eðÅh0ƒL*-'  Zv
a|DDDDDDD2,Ð‰›!    †‡    _]y  U°¿ÿÿÿþ@aŸìí
Ÿ^@bKü  8ó±(ì  Ï...#Š|R(d"5    H~·úøÖ    k  Lè',Ã-è{    u
(c)"3/4égdÌŸ    `¤ß&ù"  œ"þT"  -  iñ"(r)Áz¶Á_Ô²    @9ÈŽ!èèŠ|†·\•2œÈ‡    ÷Ž;Ö5ÅîÐ¹
"<ÈæG" ...Â
›'n³1    0@Á  (c)æ°³¿m/éÿ-E¦  èƒ<àÌfX˘Û
¦J  ÿ‹M7A÷1/2  ÝòÎP)8Ê³,"'£.Dã#á  ¬Š@^ûîîÐ>  ¢u>>¹Ò  GÔOš/šÉßoµý  ¢Ý"Lq§Å
z·ÿíÁ  ú¿û¯a6    Ð@ÛÊCý´1/2~¸ƒÁ    é  ðÈæ  ÒvE•÷þénµú¿õÓ¤Ð>ß×²  ?ûÎ¦ÙÛÚéÝ[Î!Çÿ÷¿,t>§ÿö
×áî  ßéÿþÖÝÿ6ßXã°  \kjÿÌÉÄÿ-x  ˜  ³1=aŽ"Ç  úí¨ÿÿ["à·í|  7ÿÂ~  öD<‰"î¯ý¿þ¿ÿð1/2ÿ·ÿÅ  ÷£  ðÃ
Pe2Uâc•Ÿÿë÷ÿœÑ+íÿ3/4¿...ü/\Ôâ‡××¦Ú×ÿÿè  ?þÿ×ö×ÿ<Ÿµ  oÿþ·þ×"ûþ¶ÿ  J  *(r)ï{Ê=×Ò•Fõ~:ÿ^1
/2ÿ×\§¦ÂlA  öÂê¶¶z_zõ{Zÿöïö:1/2¿õµ3/4Â§
v ˆìàp  "
*+µ[Á.áßÿ¶Q0ÂKau`ÿVÒ(r)Â  "Ó&:i(c)Ý4  `ƒ  Šr*  \    a  äáA
ÉA,
à0  ‰ù`Ù(°`'
0Ã  MÁÐDN",  O6Š  œGØJÖøâ""'"#µ[Âÿÿø¦+ŠÕ7X^hG  Å            õÃ  0-...×þÓÓÒ
    ÄDD  C"  CÈ:Ã
¢#â"-t·ñKü  ÿÿÿÿÿËu\¤\È,B  ]ÿKæ\      ).KVßeÛ]Røpoýþ  30R9"3\C³FSúWü  âÂ  y,
    x  Ï°A"C‡$  þè"¨Ï¿ìvàfè,
483sè·û"ß  6  M  œA°Ó†Qt,
¯ZO¥×Ö×õß¿ú  Iú×ÿõù˜Ÿì  ÿë_ð¿ò    ÖP<)?ôoîø7_ïÿô  ¯´÷  ~þ×ÿ²}ù5XI³E¶iÿ¸ìÿúðB¯2æ  ...¯2æ
a  Á,


  Â

v ¸a*ì&!Xb1/2‰‡±<;¶)â-ˆa `"C CB"Â¹ÝW ^ëÄ ÿÿÿÿÿã&"ÿÿ2<]" š/"¢feHÌ...."BÀ³ .
Ì(@Ï 8g ²ã02R Ùœ § ²6 Ð!P Û> ...6GˆØC
ò>r.Ž#!þd ÐÂ
&N 8é -;£ZiªÚ E¿¸>õƒBâÑ d@"9"â
> 0 8 d|àCã' ‰
3/4lŠ Ôeóa
<
h]ªwv qe " 'Û
$ pÂ
\
Â
"}
H W(tm)B
a á•ì @Â
Ãlœ ‹vï"Lp}á pi" ü §ý¿ûÒo(r)ÿ}îü7·Õ†ú`ˆû@Ûa"Ï6,
†U!•I¦ fyÕƒ gØ21/2(tm)´of|(r)+¦˜g¥ ¿×ÿþ ýw D þºýþ1/2ûVô ºíÝ ÿèx"þ"PEõxD~ƒÿÿ
ÿcÿxû} " ¯ðEÿ}×ßªî(r)ëoÿôŠ=~ }ëKÿû_÷úÕÿãúßïcÿýÿ~¯"Á Zé>;ý{ {}" ýÿÿ`ïÁ-ƒöõ¿ßõ‡íýý
ýý÷¿ÞsÎcÐõé
] ãç ¸ý'f8"dPýü~ï ²(Ûßûm (r)3/4ºnÕÿïý_ÕúWñ÷ïàÜÿ...†ýüÌ"ïðÃ(r)ÿ(r)-Þí[Õï§þ8Ý~ÿ·^ÿÐÙ&Ò
§'ööÞ‰OîîœóníóÏ' Ûÿu¥_üÑUÓwÿëé O,TÿîÁü£ ï
iÿòGZ¯þ-ÿë¿úãÕ ý~Vg3/4ýù¦ê±K è÷5ÿ÷Öý3/4ë¯m (Þ¶ÿúþé~öëúúûâÿ‹œs
ûƒÿÿoëàÿþ ÿö ]×ÒùT{Ê§þ›\qý ýZ3• †q÷þ& Äßí/þ×Ý¿Ê/ õþ'ïÿUn•_`õëÿ¦ÿ"!1/2#Oÿÿ(tm)P,
Pƒ 0ƒdì...P HÌ Aì P " &ú§
+W°1/4? 7þõ{é63/4íé}*ï[ ÿD...ùÇ ûìWnÆ(c)¨@Ðx Â
ØX¢L(@ð"#0(r)N !PÁ ƒ 0C 0"- S
$ (c) Èû
ôqY 'vG•†z
j ¶gÿðÕxˆ0B""@á F"D Lã¡'&(tm)Nš UÂb1/2m^˜¥@Ð‹b¢!¦ "˜¤ A"E› ±œ h!ð¡
)xˆ¨ˆˆˆˆˆˆˆˆˆˆˆ† ‹8á ¯A" eŽT& a4 §aVýW¡ ã¬š¡¯ññäÕFMTy5QÉªÿøó)...4
˜Í' ÌÙáŸg†G
R (" ËæÂ ŒÙ¡ï TÓáÃ 4> d¬0`
Æh$3û Ã 0ƒÒ70pa aŸ 74nF˜pa#ceþ[íËcŒÂ"U1/4 m+T›1/2ÛÁºt ÷H&ÃO
Ÿ$š#àÊlLYJÈÐr" {ü ,#õú¿¤ÚMþ(r)¿ëÚ&þÿ¥m¥¶ºMÂ#þßÿðˆÿ_þ"z † ýÒúÿ¿÷¦ê1/23/4›ëÿ¤œÎ
öþ•=ÿÿ¿ú¯ ÿ¹ÌG úÁ 8g
Ù ˆuw8 D= -
"-Ø=´1/2öÿÿ_o^ý+ºÑpÝÝ #Ï·-Û"Lwªëƒêÿß
íÿô¢ Ã‡4bÎ%Ä gÔ 6Og" 3/4×u·ºÅ þúûy¢Õþ¿ôŸï¿(r)Þ1/4'ßÛ Ÿ:}7é ûý¹Ç-ÿÿûó†êýûÜKýÿ
þÿž î ·ã¶-ß¥ëý(r)-èôÿÿ_...Ô}ÿ÷ðÿm&ýƒmJ?÷öÿÿÑ¿²š Õ†·§¶ ÝN-Ã[3ÿ´• ¿ÿÿJ Ý
Â
ØDÂlP m"(") ƒ À v*, à 28/v-¿ëüI 0‰ L ÓTÁ;
...î _ý³=µÿ3ZM...s=²"ˆˆˆˆˆˆˆˆˆÐˆˆ²CØ0Iˆf °Ë˜B¡" 0J *}Šb¤oâ(c)‰Ý±†*ª[$¸0@Â
!

": ùeÕÐÐ~ ÛÁGÿù Ÿ( °´G í þKYñþóW| `ƒ=#ƒ`Á[É (ÿ¿¤ æyœ0ƒó...
ÌÇo ¸ ...ëÂ GpEý
2à<3'Ã(Ž ¹-F Eòtz)óhº ÑÄé ƒaÃš-q ? A¿Ñ¹"xˆˆˆˆˆ‰ 0kr
9VaÊƒáXE,œ§(!C ¦¡ôÿ_ôûz ÓÈ °â""""""$
1 Ð Mü(ý&öúo‰

G²<GÌdtGgƒ0Ž "6
Ìdp5 jÿÿ õv¢"""""""ÿõ> Ûü ÿÿ8§ÿÿøÿ*ÿ¿ÿýƒmtékþßêiA2é† °(c)ÿgåv WBØ¦ˆì
¬Š, 'Š -Åq
Âa =d J aSA"1 ÿÿþZ•ª zå˜XdÑ #·f¬§2 à,
û
ž VÃ' ¡O
<
gÆØ0'-¨@,-- 'ÃaÚH6HçÔ)TÏê4Ù¸üy Gžæ"C2ý(c)¡×¥V-ÒtÓ‹ øL àˆó" úI
>¬ 88EÇÑxÑyßFÇõZ_Ýƒ (MÂ}1/2
Ù=ê(c)uþ¬Ž Rm'þ›´Ÿ#-G/ÿÔE_ŽÞ-I,\ZI_úž Û÷ y¹ÍÏ÷ÿ1/4ô
ÿÒéºo¯ÿ· ·ê,ÿÒ^-û ÞøKÿûk¯í¶Kû
ò}#ËoõJÃJ×Û³õ(tm)éîØI4-Õµ(r)Å1
ÀP Á°`¬V =ƒ ´30¬ I† U´É?§b MnÅ5" ÅUDDDD [ðB"
! ˆ ÿÎÎ)´fÌ2>GEò>GFdAätm è G #´(!ÄDD šˆ‹B"Á ! pˆ´!à ‹!&B
žB " ¸Bnd%˜2" I (r)Y Ä -Ù "-Ym°¥ÿAÿûxAÃô- ¸ƒŒÀ D' ...A À¹ Ð9ÀB
)x
ç9 (c) ä;hY G4ÍI
sL¹Ìã¬‰ó:GI"í,' Åj(c)¤J Ö Ð þ ÿCBõªA÷æ-í{ ƒtàÙ gÖÌ ˆ $ 6HÊ
‡ ^æN ‰{( Y¡ é¦iÁ, ž Ê Š9ÜÃÛ} º'ŠßÓÿ_ï¤ý~µA ðõPƒÂoþ·xH Ø3k
:f¢@ Ð@æ²)óW¯õoÿ¦þ×ÞÛªoo $é
(r)ÿÛÐAéo Ý AÑ ¯ëÿ_ô›ù‡¿æ}:I?Ý$é7|îÿÛI&÷1/2]+ÿÿ Óoÿÿ*ÿ÷ï3/4-×ÿÿû ;þë"§~µúëþ"w÷þ
žÚI^ºIi7û í¤-~ß_(r)·çg
_:"1ÜG qÇ4ÇèÓ÷óM"ö×{ð-ïÿïºTÿmêßý?a
!ï[û§ìvÿ^'ºú$ú~ÿou{ûÍ ýx"]ô¨ ûëý{ÿý=´¿¬$ ã_÷Ž-¤¯I‹Mê÷b¿"í Š,ò2²1(r)ß ·ÿ;ÿü.'ÿû3/4õþ ýÝ
Ó}§O :
Èuuøß oc ÛIÞÁ-7U ÛÞÖ"-úv
ëWì¿ÿÿ-ðkÇ ÿýû Ü^úÜ" D
~¿þ }_¯íÿ1/2?Â'w¿þÿÿßá }H=Jûïuçu _ž-æŸôjzöµ,§kÿívºöúpØa¯ý ; ÿÿ¯Ûÿ_þ Óc¿û¿_= ëa²
0.ý Š
Š ø¿õ¯¿ýµß¶ëÕ 1/2{ûÛü¤2¬Ò¿ A} .Ø$;_õñ7ßc¿‰"-ëKn›¶ë÷W úô0áãðÃ
?óêÿê¶ÿµµ"þÛÿöÿt±¶ûw¿;¬R\Ozÿ¶¿ÿ þý7û¯÷¯ÿ|úIû3ôj ; É7ë§þÒé¿øûKöÛº× íz}[ÿÅüï0æ˜~ºßí-
Û~ïí¥möK¦ÛVý1/2öÒ"o§ëÒ"_ü5÷ý´"ƒúkµ¦÷ ;5+KK Ûë1/2oõß¢2ÿ)ì4¯"]† ¿×ö _¶›a6ÂWïö éƒû[
êßAÚÚ§BŽ€¹à"áLÃ †Á,E "´;Ÿ -KC
$h 'l ŠE† 0Â¶
^ªÃK·§† † øaxiCJó8]ú±^ý> "í1/2Šb f É ƒ¨.Å Ðù°"ádKR%£Á Â°`-"^
´
ÎåAÇ '³jk;, w&98A"Ó¿û
i" ký¯ ŠŠö+ŠŠâ"""""""""""""Aâ"- @Á 0àˆè5$>ƒ
ÿž ð asÀSÀU 5 Á9›Á,j"""?ÿÿÿÿÿÿÿ(tm) ˆT
[ Ç"Ý þWÔœìPdL!\o6‹8ôïÅ7îF²>HEó# Í £9ù- \¨_|Y]HS" x@ó²y Ð†...¡g@` ?p@Ê ,€‡P†±
Ha†Põª¯èœ ÷÷C-<&˜AØ; "äª+‹oô ?1/4&S,* 'ßEó ƒáí¢PäÝýoeuŒÈ 2 ³²LÈ ¤Ø"< Âi ªyÃ
ƒpA´ Ÿs ××}'ÿ þ"ê"éS¤ôß¶¿ã^²
<e d`ý×6f†f3æxgÌ 2ˆ§UÓÿ~ï¿(r)1/2ÿúÂ 0Aá
÷]-"í3àˆ‹?Öx ñQÇ]óc5
t èÏ ÔgÑ &œïŒÞJ ˜ q-³¤w<òÿþ‰CÖIú$8Õÿôðšz~º1/2W¿á v˜& 0L Ó8GÉI Ÿ Ï
œa ' &l !&J º
$ : #ÄT!9 †&E.../ ' ˜¦b-ˆ°ò ¦†pf¡IÙá E'ˆèñ&^6ˆ(r)IŒÆK
Ô;*¬...21 +¨ @Ù"FÌôz fokƒ"d9 &'.ìß 0WîÿýüZ|Z ¿¯"è"'Â Aá4 "ÐÂ §"0ƒO a

" " AÃ 0ƒƒ Â È•‹#D     " "

ƒ#d    )@¡   ‚þEò)°·AØ¡  Ò}ëö(X"" zú ¦÷
*ªÚ\-´] ª5 ý ð'¦ Ê5
Ô3/4°ƒHŸ6Pí
  -tO ¢|â]´JÚ'"JÃDï$î$Çh ãDcäŸèŒz qiÆœ]ë¦ Ó´ÓÄwßJéúÿþ"×ÿ`ÂUTÃ       dqa é3/4 Â
ƒ3/4áØH í ¦¡ Ä:  ¦ <'A9¦†à á
" - t -ja dø`
  Ñ>¢æÁ'óDÿƒ#ê%Ì C‚ ã"ù}blrxän¤îÄØÑ<z&ú¦¿×Óúþ•m×þÅj¬q  Ò~´ž›ÿK}t›ƒ ´›" "é7AÐMÓˆ
x]
§ ýPxN m"    a7   a;B
'
, N Ø42 Á" `ƒd9    Ë
Árz:õ~+ú¯J¿ÓI$ªéêúëZ]  ÛT'z-&'÷IµZuútµöútžž›I°Òn¯÷...Ðn‡§ ƒ ×¢ 4K, ¿õD¿#k'/õ_=$'7
z>Ðþ•éþ›K-úzý3/4êëv-v¿§êÖÒ -zë(r)¿ÿKúúí¿á ëÿ
×ÿ BA$   _ÿ¿÷ûJFŸÿ]UG3/4ðÆ. "'ÿvÄÖ"[ âé÷ô?üwÛßo-Òæ(r)`*'ß÷ÿÑ+ÚõÚ(r)Ý%I7×ÿþ3/4û
ˆª_÷ëþÈ%2 P?ÐD ú êD â-þ¿ÿÙ gü(c)‡òpõÚß}
ÿÿôdˆ"ò
3Óè
‚Ýþa¹Óÿ[ê mÁ ÿë(r)æQý¹ŽPá0Â×[ a[I¨?û[ÿþAÅ}x-`3/4õ3/4ú_^¿úÚ_ß¹'J¯¿û×-Õ°*Gíÿ}õÿ"¢B$a"s
ßx6‰Ïæ°¿2  Ì¯øóÿ__µ·ÿí¤úúý]vÈ£ÿ
  (r)3/4¿íoOoH‹àúZ_](ÿ{Ã}Ö6 =~Bš ö'Vzë¿ÿûH ~<>ôYþõ1/2³¢í} _um*öÁ‚
Ä5Ó3Ó3ÿ:1/2[þÔÒ}&ÿoû_ï1/2u=^BO÷°")ÿôDým/ÿÎ_=}tÿ
ý+ka¦.Úë ØX>û(°õAh/U¦þ¯a _Ký1/2µûuî-/oé þ-Òö÷¿ÿµþÿ×¥ëþû#‹#‰òàà† ›'Â
P " a Ø g s@^Á   I'ÑÃ(c)°Âûa*U]µ3ÂÚi0Ê/Øíu¶
Ö

Òúµ1‡êÚõd5Õ-v1/2Z¿úÙÑtÚ_gEÿþßzÚªû¥cb¸(r)Ø-ôö&wvÅ^ DQð]Šö)Pãb¢"‹
  `ÍŒø.x@DO!"Á"
  @Ï
Âx5ªm+NØa6 ‚0"
&
[ á-...1/2† ÖÂ°pÒa"
8am}µ~ÉþÒûK(V Õ°1/2"lpÂ
*
.šÚØ]mU'† µëURN!1IÞ;
Ø ÜEÔSìQ . lAÇ   ÅFÄîJ › Á"C   bÃ#'rã`Á ø
ØàÁ&
  < l ± 8`¤HÑ @Ô Pí† °NÂÃ XE ì ¨¨¨¨¨0B"
êâ!...á,\ 9Ý Hxa 1/2¦    ÿam 0ëv¿
)Ü&'jš¾ÿ‰oŠŠê¢[Ã Î8¦*ö;V8¸¤ Ø¦)‰   Ç ÅA›  Þ#Cã"""'*""#† † ŠT B Â ª
  )ÐdaÃ 0¦" )œæ Ó
(tm)Ðk(c) 5°J A...á‚ö 0êÚa4- -áU/¬G    DDDDDDDDq  ªÄ ‚Ì
  hñˆ"   C† 0¨!
  _ý-!q   DEi ¤(c)j1/2I°VƒÏªKôúÐ†Ò vZ‚ UêãHY\ 9n&
o6± ù7°Çµab- q ÿ+üd"÷÷2 (tm)  e'K&Ä‹úÑ\¹ Ã È± ô gktßÂ~¹P.v
Šæ‚ ô9ÞgtÝ;%³$Ý¯ÿá;þÕW•Íb ›g'¬Ì-1/4ÎÃ   ãc Õ ƒçq "2|...ó
'x...Ù N"¬ÿÒþ?µ3/4ëõõÿÿÿÇ Ñsúƒl¦Ã \  ô"

\óc$
D
ÆEÅ)Æo  ŸD4L
ƒ2Vd!š  ;5F  ÿë¤ÿ¸†ƒ  0_  5Âj  `ƒCB
DN  ¡,
Š‡4
ƒ  <‰ˆ    y    h)ñM  (  ñ  eÑÏ8f²‰¤S'  D  5  ä¥  GŸ×þŸû"_§éê˜_AÚ§"Ð~  ÓMB  M  ðƒ
Â
Á"  )
,  C   3
,     ô"jBP"  EÈC"Â=  îD†x‰Ä5
^'  Œ-C  Ô)ŒŠ
C3Ä  /  üá  GZfyÐi'fA  †
ötmÑ(c)  +ƒ9rèÂ˜,3ñ"š(tm)s¢ç  d"_°ÄØåõ‰²‰Ø7Dî   ‡°#w...ð˜M0†ƒOAá        á  ƒÓ  :
"-(c)  Â  "-  a
l  B!à˜@ÖÂ  a  `€ƒà¨öN  ÌdãÔ
r.
œ  ¤ß_N/AéÐAØ'  Ø0ƒ_@ä",
E  šaž...Ñ  ô]Á˜  ›¨Ÿ!xÑ?     æ‹ÆtÑ|é  Å  _D-¢Vâ[!'Ä·h"
^ÇhŒ~†šñz|›Žžš~ôŸ*A</ú~ŸûKÔ&éÞ  _1/2?¤ÛB  "ðƒp@ðš@ƒh  oH  :ÐA...  83-   @ƒ"˜yèÈ
:
Eô^QssRjÑ  EÍÈù)  'ô  eÄÝDýØeÍä2ñ"|Ñ<d:(r)Ñ<nˆ%oDÇ  Òo˜ÚÒ}éÿõ}t›µ"ôµi8ÚAÒtƒz
ôž  ðƒ ƒpœCÂxO  ...   Iú
'
Â
ðOH&á  í¡  m¿@ƒh o¶ô  6ÁÃ]  @Ù"A  \³bßÿá‰+^7÷_ôûcïK×]_O]k]S×¥u×¥"Õ²é=:ý^Ö"°  ¤Ú
¿úo°t(c)¸1Ôÿÿ!ÉGÒ"ÞEA?ø:{X°   øµw‹÷þ8g"ýüë](r)µ¶ßéë"d8  ÿöô¶Õ[ÒzÂ
Óÿ°kVõÒ¿û
¸]ëÿR(  ¿Wö¿üGäX?ïH[  >ñØþ3/4†   Æ"~ü  P{Ö-µÿ%òãEÍußxD³ÿ°Þíf0¿ÂO˜ÿÿªø__ä  e~AÉ?þJ...
È@  ÿ¿ŷêê+ÿøžh'ï‹¢#ÿ"  Þ¿ù"‰oöp"ó  _þ`‡WÔwêeaÿ&=¿ÿÈ#×_ÿïúþÿÿš-¨ÿ-  üÔƒw_ÿ°   ¯¯úþ¥£
#ÿÑ  -ø!:"8ÿ  ›f˜Dû³...  o  ]  #é?òÝöÒÿÝvÿ´¿_µîÕ˜Ýþéa˜ußk¿þ-ÿí'{û   ÿò  ú  ÿÚþ¿¿¦öÞ›IÉ
ý\-'?3/4ý}µýµûÿýµ¶›ö×^¨ÿí|"¿\¨ßôöÿ˜¿ëîû×ý1/2,°ÂØ.  Á¥a[
Ù¥^Â_...^×3/4Õ˜e  ûgE...clèµÛ:.G  öÿ×õïûV×û  ÿ^öÒì¿u}ô1/2"      `  ›  #bx  ÅF|
P  fÂ0`‰¹(   ‰€Á  àd  ¡  ¦
$Á¶
y&]C3-a,ØVC1/2†  †-
.Ä  û'í¢a"_...ö×²Eûkd=¿ë$/l‡Ú[...Û:+ý  ³¢ƒfÛ_l§v
...õU´ÂÚö+ö%3/4âƒ  ìR  $.0D%ƒcbx    [  G  ƒ     v
ÀÏƒ  ...,"X6  +
   ƒ
  6  Dr0  l4
  ¨l0X0'pÓa,Ã[îÁW†   Ù£°¹<Ã          ¶  þ×öÒöÖÁ   `"  J  ö  aB
&       Ã
í˜ÚêwMS
a{UŽÄ1Xb°fúñ±LRÜWi±0î$)  £3    ƒcŠ"@@"   Æ  "°lr  tÉ
  Á  Ž Ì

À¬  HÐ    Bu†

îEA  0'�‍.
^^q                         0ƒ  Ð`(tm)NMÊ   -,
{   ÖÂÇö            ¯a
Z...²  ì*¯kÚŠŠb¸"Å1_±×±W-DDDDDDDq%^C2ÌD2b  ^%±Â    a0  "9"    hA'
(xaP`§€¸  ‚¬0SÅL  Âi"  &1/2Ã
-ª÷â8^^^^^^^^‰  B"¯ÑVƒ  Î
˜!{  %°"fâ^""""5Yi
@"Î  Å!¸é...   aD  ÿÿÿÿÿÿÿÿÿÿÿÿÿäØ<î  yÙ2Òõò¹ ¬ìpn
T³³")ÂQÔf±Ñ¨Ž¿ƒμFS^KLŒ
þv´  &¨0IPy2È(DÄ
 Ñ  ǔZˉkG`N  7ÿ"ÇH¸ô  7u4Ó‡÷Ýþl ƒj  m  ŠÂ  >Ĭ"|¿h1/4rú
3/4o¸ÿ-°¦Ç¤»ñè=:    ¶  Ûœuÿ̯Êê4ÌòRD  m?¸ÿȭ?íÍõò×   Â`  "0@̀È¨Ž²úÓåH("
•ÇîÝû¬¬?ô×1/2?K3/4-ôÿÿ÷õĒ˜pD  `  õ  f_6Ná  ÆÄ¸  ×¯èŒ  ¥Okúû|q"ðAÃB    Á,  -  _³Ñƒ9'5Þ
õÿÖ%]¯N/Ðn  õÿ¿-<‡Sú|1/40°úì¤0Î`>  õú^úUõ_  Õû  üÕ>¿ÿn1/2Wõù;oëüéÿ¿¿¿ò€÷¿ÅU¿_
'pþ  kÂv_#  ¯÷°Ī¨ÿ  1/2¬ñp-¤×<÷  _'@J
uÑ<ÿúKúé...ôŸ§...ø[è  ?  éUÿ¬<?Ð_O8ËZ$9O¯é  Zá%ëW""þ-"  è  ƒÿÿ×}  h(c)×¯-|%uÿð"ÿ"¶×ô•o
Ö×Uô    ȯ:ÿí°  "Ï¥(r)-N-MÒ¸\  ³Smm  ×)  ï
  "Cƒ†l Â@  ,  @Ã-'       †(c)-...(ÂV  †
¥§(r)¿¶  (Óᵖ¬BØÃ  Ÿ  ‡±    lR  ÄÎ
Œ‰    tÅ1F€      0DÇ  Á›.Öíl
ý&°ì¶]  "M~Å7  ñ      Z"Dh0...C    L!aa¦ša{°•"ÔThDDDDDDD‡  QÕUm5  ÿÿÿÿÿÿþM...ÿ]VM¬S
  t  Š  Å  D
a  ÆO¯Fl1/4d¶Gc|ú  ;[  XA¡¡e 70


øƒ    Ã ÀA'â
   Ár@B<x6  A
dâ    p  >  ÐC  à\ør,
Ì
  8  Ì!-8    h0!°Îx)  0k  ¿DcƒTF:ýS¿ù  8|Ã¨8v‡¡ ÿB¿‡èw  Á¡t  -   l=
  ú/Ù¡"Òð1/4ƒ¸öÁ¦Hr‡m1h  î'á  1/2  wÝ¢O÷¿D‡þíkA  Ö  w8êwÂ
$ßPš
Ó‡a  B|Áœ^3N,
"Y;5p  Ñ1/4óÁ  @Ø0D<Í"È  9Ó)äÿžpfœ  "D,3sù1/2  <'ƒ  H  (tm)<
Ôh¹Õ0Š$ó1/2m+Jéïỵ̈Äÿ  é0ö  wôƒ  ûtƒïþ  øO1/2-õu†è=+Zo°ÿÒoÿÿÛûÒðÝ×ú
öÿé1/2  ß£1/2ÿ3/4öÒÿ"î¯ôÎì×ùÝÿÝ  ô°ÿ¤®ßÁ  í*ÿÿ×-¸_ø"?ìÿK¿(r)¯uo  uÍÿ¿¿ÿÿ§ÿuþÿ  ÿÿÿ/õ  ÿ!Òûõ
|  1/4v1/4{ÿ?  ā*¸þ°¿íÿÿÿ¸ÿž†1/21/2ß[î1/2l:}¿¦þÿ¦ÿ÷Ç-ÿ1/2GÇ  ~Ç    ß^úÿ×·
ÿñÛÿ-  ðú¯÷ÿõûõ°"ûo×÷ë²-Ÿoþÿá̂D$ÈB  ²?¿÷×øKÙ  Š{þÈ-b]  `ú°Ãÿÿßþ"(tm)    û
•ÿÿÿø¯d  "ÿ^ù‚5"°ÿ÷#
ýüÿÛþ  Â"  ~
ý¯íÿ"]xo÷?·]    (r)"èd%ûÿÿ×Í¯"?ÊBî¿ï¿ù¬  äaé?_~k+ÿ×okßùμW_æÕXo¬ï_  ÿÛ\7ë^ô¸7´>¯Ôþß[þ)Ûß
âžÙ!>"û×þÿû¬þ7íᵖ¯ÿwç
ÞÚ÷ÿMÕ1/2zoùÒ1/2í]vÿ¯ÝóÓïÿÓç¸Ý6¸ûêûÿÝÿûzÿ×  ÿ÷Ý}ÿ̈ÿ¯û$kizÿ6-ÇÿEé¬ÿ¥þÙ¥ÖÆÞ÷íÝk"(r)
Ý°_mi˜¦á"i  ûá/"˜°1/2¯dŽ  V3/4Ù#ÿß[þ×cÃõdoV
    0B
ÐX0V
  <  È  !‚!9  "<Ô  l2?
S  "†  Û
ØV    ¯auï¿iC        *ÚW¨J

-ŠØ(r)î!1_kÚ , l P!DàÄdàìS ¢ " ¬gÁsá° ƒ, Éxã'
CÔ3 \ ¨¨`'
mTðšÞ"x_Ì:...Tá¦šðÂÿÚ...ì/...Q¡ Â ÉAC"GGA†wL Â
&MÐv / ¡1ÉŽšh4 L" 2‡LÎƒA"ç -9= j¢""""""""""""""""""""#õ[QÿþM Qp¤1Hƒ "HÊå
›‹¬Z
& hƒw! " !NBq ÈlÙpdxÀCaMƒ
¹€ÐJÅ!' G`ÈøC ØÏŠL
x@DS Â ˜FªGÄ(äN"Š F0'rb -aðš
'ÿúý,¦ [û\ áÚkö@ÄL&H Î
¿h1/4Íî 7 f@"P@Í @ÌŠ/ hÑ¿"DÔ·h¸
ºöštN Ó[Õ*&;DÇz' ÓÓi>îõ;Þ ¤ °Á9×žgœþH'$á è89F
áÃ uÁ" è 6
Óe - <g†
Mð ´ nMè ß§Kß×Ò"ûªÿÿ,IÒnÿöÕ'Ãª
ûÅÒé±éøÞÝzß{º_Wuÿéw]ÿžÒº"Þî-¶-MÓû-Q5úïßô¿õêÿý*}ç ÿºJßªS"úU×ûÿÿýÚçÿ"ÿÿÿï¿ûZßt-ö×ýþ3/
4(r)ÚŽ?"×‹ {þ -Ö÷èü:{t-(r)(c)wºOO_(r)ÈãKì%ú_ýþ8ÿÿß×î3/4ë¥·Wë÷·â ^Åqí¶±ÁÝ}- =é÷ï"î¿
WKí´·¿á,[_ý~¶C£ - zþß £¿t(c)ðJ/ozÿðÅf›KÓú"ðÃÿâ-ÿßÿ±üUïÁÿî±m/›ß:;ºSüìhOù³'Ý ~n~ß_RßÞÿ
þ‰;º
ôƒþ...ÿ Š¿úz ¿÷×¥ïk> "{õÿè 7Òú¿öÿ1†ÿû"Öýÿÿ¯Ý§ï ýi"¥kÿúXÙÝ[ÿâ^§ ^üL~Ú[uÞÐÿß{×P-ÿè
Ä?ûÿÿúzßoƒÿ]3/4ûÿK¯~'ûÿú{ÿ^3/4ÞûïÛ×x=ÿÛÛý÷_Z
¶Ò¿õ·KÎ'.ßm~•×]MO¿÷í-µlêÿûïï-æ‰$1/2m/éÿÓ"_ÿ1/2ºn3/4 ëíw ØÿKKü"$6
$Ã
P |@@Á 4 Œ
U@ÂL0'ißiX[
[ÿÛ
%ÚºÏ§°ÕµVÂX-Šb(r)ûºCzŠŒœ '
> ¦)ŠRf Á r(
Ä#0ŒŽ N#¤ Ó@r& E1E DU-¦ õýs
˜_´ÓUÿáª÷¥ j¶¤Û \DDDE! L@D1/4m2‡ C•Å:
4ÂØ":
H£Úi¦(tm)Ü L¡Ó YC¦¦ ±Á Ó0å9à Â
&Xän aDG "DDDDDDF"DDDDDDDGþ3/4(c)%þ"?þ@QiGÿÿÿÿÿå¡\wNv@"Ø
¥dò.ißO¿ïüí<d7 -äS
Ê| Îì!-6!À"q" r(#AM |! ¦2h)ˆœRr(#`äáÎ¡
¹ÁŸ
\6 ˆ â \0h!á
@n` è
(tm)...!‡"¡,€Ø`dã6 gÂ
ƒ`ä 631 BZ 1/4x 6 ð†ÁƒÀ"´Bñà"`...óÁ£ýúº¡ÜZÚ"a
! íaéßñðÿA¯Áÿñ @ý;OÿÂ}¡ÿ_ E }HGþ‰
ïÕ?‡¿t¤PY
÷ü>ûþîöûôF8ÿwDn= w÷ Ý 4`Á è ð #6hÊ4jQt"\Øt 3MšEY ñÕ"Ìþo"Ê-
" iÉðg <ÏóÑ›5D¹ f£'É m H#£'ŒãC b
ÎvJ£(c)"ä£#ÈºHq×:gH§'t'2< @ÌGÿý?Á éß G "?MÞ tž›ç‡yÝ÷¥\¸ÿ†í
ÛÎïÃ Gç;"z ^ ¯WIûúIÕÒ Ì²@¤ñášÅ'3"j Ÿ.Ž
Ê àú YÉáXTË
9<ùÃ5 ÏD/KõÿzÒ{ë§Ià‹û"j¯ÞßÐÿí×ÿ¯"ÿk"ý·~ÝßWOé=ÓÕÕü ðƒ@Â
i" AÅ"ð Æ r-´- <0Aàˆ0x Â

‰'A          @BA     ýÛ_×I¹Çþ-MúþýÔïÖúÿ}u{~ŸVÿzêà÷þÿoÎûÝ/  ÒÕÿá  Ž4FáÂ¦Å"âÕ

ôú  4?Tþ  (O  ^3/4ëßoïÕ1/2°ýïï·ÿÿÛK  U[ßÿBÖþþ¯Û¥¿ïÿ"üú°.t    3#í  ›  KòæÁ'ø3  -<¹²D  "Ø`¥û
Dú  ~¢nhŸ:ÙCÚ‰-"  á,"î3/4ÿW¿  uúÿ¯ïμ÷þ-Ö¿1/2?3/4  kmU]ßú?Wÿ×_ªÿøéμ§A
"  "Ü-  a;Ðt  x¡1/2    î0´;  þ  ¯3ƒ    Õ  -õ{þ×_3/4Õwÿ÷þñÃÿýEÇþbü~°3/4ÿï  þõ|w§èUí
ñ¤õ~"tôé_é\'¤›§ëI¶î3/43/4  Ãÿëúÿ}‡þÝ  ¯íýÿ¤Ú^¯ý¯~¯·ÿ_íõkÚÿVÃ  ¿Õtþ"ÿïV-ôÿ{ÿ-  ²  ëïûíõ
Ê¿¯¤1/2ÿ÷þpm×,õ  Ç°OWÿÃßïïþ(r)È]:ãõþ-k±  ~5ÿ  ÿÿö  ~ëí  î`ÿî1/2^ŸÚé  Šƒâ¿ÿï÷Ûÿÿÿ1/2o{¯êØ
  ×}ÿÿ'  Ò(c)ÿÿ^ª_õØ7û
ïûàßû
Åd    ~Ó8DÁý5Ö¯"_6x5_  æ,Ÿ_*Óëþҩ~  ›>(tm)<(  ÿÍ
ïdýÓTÿÛßÿ}  B  ÿÝ{Èƒwúëûûôh  üØ
æÀ_  ôîÓÛ"    ÷ëƒêÿÚ{º_Ú  K°  pB?ÿCÖ  œÂùÁÿÿÔ ÐD  ÿüö3/4¿ß  ë¿  ñûþÿÿo÷¿ÿ_üD{ÿöë*ho
ßÿ*(c)μÿ_û_+gú]¯¯î?ÿ^ÿþýÿíßÿ8NÝßÔÎ7ÿ¤n1/2ûÿó  3/4Ý  "Fú_ëμ×ÿ|Sß~ë_ù  Aïo¿÷¿'μû¬  Ú¯ÿéo
Ÿþëÿäҫ Ñü¶¿ÿÿéüãÿ#~ÿJ?^ú  ƒ1/2Þ¿Ñ,"g¿ú÷Vιÿÿö"ÿïÿ  3/4-}oñþÚÍ
D;ïö  ßÚý3/4`ÿþíhÁûôÿ}3/4}:ßût!ÿö-    ·ûoþÙÑ}ÝÑZþÜzÿï¿{    ïoùÒo¬  þ¿ÿ^·ÿú¿Òüzo  _Õûÿ·u
ÿ^õ"kam[
|2  {'íî.êØ[\£ÕÉ  AîH_(r)šé  ¶1/4v'Ù#l/ëÓÞÇí_kß÷¯úúÿÇ¥ú^Á¥vH-ëö  EWi=Ø0@Ù  äAÓ
  l`Ì
    °  Í"‹  ƒ63À"  Á›              l              pnää
PÏ  h4äı1/2°ÂL0ª"°ÂJða*a"Øi*kªÞ›í¦mC      C              m¦"iíúg  OTÖÓ|  û<53/4ö  Së8  Î¦dt_Õ†
(tm)              Pî
( ËálK{    ;Šb-b  ìTPb°cbXî+MŠô60A,
à.
      P@Â
          "ïjÅ1H  L
@Á    °ˇ
"@x    Œ  6KÈ8(c)
ðr> 1/2ƒ3  ¸l  (  Ða  30Ðà...    !DP  6  Á
ŠB-â#<
Ø  ¡
)  í8`°Â
>  Tì)Ý01/40M;
Ø*ø^¿    §ý"z Âkïu÷Ù  í5ÿ¿ü.ÿ-/¿
.•Ø_0ê¢#^^^â
¡ÊÜÎ    ƒ,    ^†  YÜ    "  F]2±
¡4ì&ž{
a    íH8úv(c)Ý"Ða    "²(ø">ÔÃ'  §^Âï¯rÇ  Ï  9  é(c);6¤xƒSYX
h)Í  3ª  Ó8ö(tm)Ý  ƒ"ržä"0`èè£ÿt  B"
!â"""""""""""*"""""""""""""""""""""""""""""""""">¶|v  3/4)A  ¬Ð-11/4  òÖÓ!y]bÝ(tm)P³
¡ÿÓ(tm)  d,.
w`¹8ÉÄ8ËÅÈÎ0È›#åò<I    Î¯ôƒ`ùÐ  ÅpVd#ÿªk
a
q§    "Yá  ƒ  <Ø.P  š  Âá

Ã,Œ`  'â
'  ƒÄG  œ4    /
"â  †<î2  ƒæJ3/4þ"÷þì!ß×  C‡¡z-  ¿Uþ
Ógs'~Á(tm)  ²x,a,!Ä6oDú

ÞÎ𝑓doy  îD€ôJ7ÈÇz%    w
GñõD~qøoA6õu1/24( ø6Îðh'𝑓 CÁ³H  Îé ' ˜ë  ³F
ÄP yüó @Ø3Óÿï÷Ò  ýpŸYÖëÿÃ1/2>ßaýˊ
Þ  ÿ  ÌR𝑓8=ÕÿÛ[,#ß(r)"ïOk÷íõï÷ôÿ¤ß  ˊjÈÚ%kó<ío!y    ‚Ö^;"
A?¥ý+z§û¯ÿ°  þþ"õú_õù    dá
B&f!A    !N  DŒ
  𝑓 D  <À§@"åž"p"    d`R$F  $  3eÈ Ê
Ñ!Ü}"ÿ¿Ŷûýz¯g¿ûÿ߿ÿÿV÷ÓA"5ÓÐxO}0𝑓°¯OÂxL'  šh>    3C3·×^Ÿ÷ýu¡êÇöß3/4Ç~üô4×1/2zá  v
‰CD(r)ñ.-‰[‰opß‰¡¢;m"oD°>%Ã‰w'†É82ì"X   ˋé=}Óëÿ÷÷_ëõû¯ÿõ_˜ã¿'ì          Ð
s¤u0ÙÚØ@𝑓f†  3  ¸Aà𝑓 ä   á
5`Á
    Î{M
"    MÓî""µã§÷^°•<kûÿ  ü/(r)3/4"  𝑓Óô  ÐO        þ  ›𝑓  };          Åé- Ú
é7ÿ\Wÿ   Åw¿¶¿²  £1/2,QÿÙÂ^³/4¿n·þž'~°"ûÍ÷×_  ÑKÿD8ý1/4  {×"#ê'  û÷Ã!Å?  -ÿ  VGË'ÿ·æ
"G××"L°0"(c)
    ÿÿU  ?ÿu-    ³£  ~1/2¡p3/4nþþ¢  õŠ>¿õHDt=z    ÿõ    GÿD€ÿßÿüéÿÿßû¯ æÌ]_ÿä°ÿšÂ÷þk
ÿÿ÷ÿÿV\/wÿÿ  uõî›ýÿ:Û¯_¶ý
÷ßýún¦
ÿ(tm)_×¹Œ}†3/4úÕTÀþÿ÷Û~õ"3/4"]þîÇö×ÈÖú-^&?µÞÿÿÿziÿtY÷}/ÿÚû÷Iú~Õë¿m  ?ÿê*ÓÛ  o×ußu¿
úý  3/4,úfûì{Šˊõ÷ÿ  ˋöÿ°ê×·ëê^›öÕµÛÛÿ{÷ßoÿÿì{]¥z¿§i0Öˊî,
Òïÿ²  ÿcÂþ-  Û¶-ß  Sd?¿³¢õ×í1/2ÿÂÕw(c)ª°ÂZzÛ}"a%íª°{  Û^¶Òÿ(k...ZoÛ'-×ö  Ú1/2¥¶  Ü£lŸ}†
QvH¿ý>öË  j  Š>    0𝑓  0A²Db¯D%𝑓  Bv7Î€Ã  lA(tm)^˜Z^Ý-
æÃ<  $  Q8.  ‰Äp6  S@F  H  6F  At  x¯0SàÀ0ˊÃ
àÁ    DðfÈ  ²8    𝑓  <
†
  ð0x@DD€Á  ,0DÇ

á°g  ÉA
Œ4ÿþ  köÃUT  þ¶+zŠ¥WØö*ßb¯...Î8-ŠMXØõb•Šõ1/2Ši7±LKÃ  "  C"""
  Â  gAA a4ødZY7OínÁNê
ý...°¿a  1/40¶  °~^ÂØ_ÖÂð"    ...1/4DDDDDDDDR    =  ˆˆ0B
!    !Ã(p"  0Be¤Ã  2{$  DD'  #ÄDG        ý/ñ  B¶"/  ÿÿÿÿÿÿÿÿÿÿÿÿÿþd  ì(r)¶Žç  gª^"yØ
B;Ô!  u  -åb  Ô"  ¢#!¯Â  "Þ  C#ÖW3°y7NúÕ  |î7"$ˊîa†\(r)d%Ñ    -Þ"è õë¨ÿÖÿ  ÿù
‰ˊîÔÎd3;ã"
ÞÉÑ¢52#Î_(r)ÿÿ    8¡  `CÂž    5
‰'A-
  d
  Â  3@àˊG'  q    `@D  DØ§A  °.C  R Rr(#Â  â:82  §  I  3dP)Aœ  (tm)œ  ÐB  O
, 3/4"D  x¯  È´"P"Éˊ  ÉŠ  a  Ã4#c5
PfÅ: NfÅ  Aq"H%ä&¤ æi>!<'ú    Ðab-4í
éøL ðfÜ  ~°a0  ¬Z,
Âv  Aá0O°𝑓Â~  zØL'a
"  @Ô&  xNÕB

èŸ²  ˋ0𝑓  u'?¢}a
-Î_Ù(%  |Ñ;  ‰ó
ãØšüKŠ%
ˋˊJ§ühqw§  ž  3/4ž  ôIߢ¢1ÆˆÜ8´ÓÓ‰1Ý?$=  Ž    7  ...¯A

A èÏ¡  ;§ è t 6!Á,

àÁ Ð m¤  ô]  !ÀÉ{Dæ /      Ði°¨ÏÀÉ} 6H'wslé𝑓1ræÉ / Â
    ÁÊ2  y@ Ñtš ›EÍ𝑓'6‹; Npg
)èà ðtõuÖ,mµ§ß-Ô:NµõÐ} ß¤ÛŸ°...Âw§ "ð    ^B/è Ü °¤ ø¡"Õ  è6,
ÓÓ×çì]²
á:é{ÿÿ𝑦][Õôé_Oô÷ÖÓ¤ôÕÕõ×MÓú]]Sü$›JëÐ´(r)Ÿoßá†‡Ý{QÿØ×w]-
ÿ¯õwé¿õ÷ÿ÷×¯÷ÝRoÿëÝ¨¯ëÿ|aœwÓ¯C¶š"‡𝑓üÐ>èkÿÇÕúÿ_×ÿëÇEKþ:ëþ"Ž(r)¯ãÿZ$  °q<þëÿ ¬,
ê,õÿÿúû¶"ÿþh
ïÝ POºmkúõÿÿ_1/4 ä;Kžc þu< Õ‡úüÏ?ÿ †  Ã¥ÿ¯¿ÿü/¯X_¯KÿèH yÍg o¶   ÿX9Ý§ÿ/Ûô"%Ï
ôd  ÿ¡  ÿÑßÿÿ¢ ¯ç ¢ ùÌ["ÿî  þ" ëI I : ÷é7¥"  Òÿ^¿ÿû[ÛKû_Ð
÷¿z  þÿÿß(r)¿ÿÿ  ä%÷ô*¿úí¿þÕßÿ3/4Õ÷§ÿû_ëõþ-ït´¿3/4i¿ïõÕ3/4"Oo-÷öCÛ𝑓
¯úzwÿþßõ°_ûkþ¿ïÿß¤ß¯¥êÚÿ  Ö-þÒa"[¥¶¶HÝ"Tëü$Û¶Cÿ²..."
'ö-¶°lìWúûðÈk°3/4HNt[}"(r)Ú¶Cím/a':î

Âõ𝑓
Á› à^
è
Ã  až/a, G6
,8pØa #"
  Ã>DI&m  dt , Â({`ªØK[IÿÙ
ÿá...õÛ ì.Ø+
   †ØJÓØi°Áa¤Ã  &-...µ³ï{  Á...Å1JöÅ1üB¸(r)î!lL;cB-     Ð𝑓c#`" 0f 1^h
    1a\8pØ É@3a  6 ' <
13'Â
  63ÃÃ±Q  1 ^68¦( 0@ØÁ
  -‰œ Vg    "õ† M ´g]S[
`"Úö Âé¯¿ö¿ö+a{  (c) ú
2 û!^Â Ó^Åö L.¢{ VÅ    " Ä`"D B B
žÖ Ë 2C Âg† M5µþÂ-- Á4Õ;      C  Ma"Ð`°a  a2ô
  L B L Ð DDDDDDDDDDG             DDDDDDz^3/4(c)rÒ 0H›
 (c)ãB

Õ-a_  2¤ SULD  å¹|(r)5  Î,(c)q
ŽÖé  dA"R.EdS³  çP‡P(tm)7  /ÿÿÿÿ
 V
  Cßwÿþæ¹ÁÎÀü𝑓^O2(Êãy
ùÛ  Çüu"ÿ¿ïÿ  â47ÿþµþ¿ÿ¿;  ŒÈñ      L    "áH(tm)  áA a b'a3"|‰    H(tm)
žj § Áš NfÅ:Š^( " rõ"•'ÁÃ" XåL1/48ç þUDe ›<á FEâ<xŠ 5Šc3   FÆH Œ œÍŠ ,âÄP
Éá Ù;"êDA ‰ Šæ ^rvEj  øM  á=?WÂh?Ða?ß  < ì&  Â


  0C  4
Ð𝑓DO
      hi" C1/4 ô a;[  é"-  a
iß‰wDó  îê-?~&º$ã-  †^Ç(r)‡qjžžž3/4𝑓]0ž 5¨ð› q¡ié¤œ\    †Ø Ü Þ  Ø Ñ  pa
@  Á²  æ¤ëy
"è      6
-Ñ?¢s`Ì¿h¿¢|É EÜô $\Ø3  õ 6Eô]ÑshœçH /gY › KØ3'A'öD^ûDæÉ 6f›DæÁ'ùÕ÷¬]  á6Ù

ê3/4¸Oè é;ûÓ ƒÂá
"- A¸AĐ@ìB i xOA¸"( ðƒ1/4
ß </xO 7 ; ) MÂtÿ^þ¯ÿÖ¯õuþ(c):MÖ-•ÚO1/2]kOÖ"ÕZ_·¥uýu¥Âúzÿþ-ëÿ×µ]êëïOû¥ÓÕ7ôõt¿]
t¯__3/4ÿûÓu1/27ÿü ß ´ÿú"Ðý÷þ:ñ ^ ¡Ó¥ ú Qxþñ×õ÷ 0Å^(c)¯ø*ß~-úÿÿ¯ß~Ÿ1/4‰£Ûÿÿ_~ï
ÿ§ù §ì èŽ/ó(c)àˆÿþÿÌ Ÿ}zš...8"ëùc"ç,‡WìƒÏZÒýU ¬·< Âÿ¿äÇ/ ÃûÿèÈõí¤ßÿõö°¿ô"?´"#^EÂLcu:
¯ç%Ì ûÂ ÿÖ G
Eÿ×ë÷¿Òÿº1/2ÿ÷µ¿ûò ýûþýÿî¿¯ü_ßÿj¿ÿþž·ÿí¯íÞêF÷ûKýþý~ûþêòžmúúþ3/4íÆßÿúí(r)ÿ
+uçEö3/4Þû ÞÞt]ÖßÿÚ¿Õ¥yªëö Òì'µ É
ÛVö #×ý :/m[:'n3/4ÈkÒ² þÈk² m>×ÎŠ¿¿ìè¿m}l4Èè 0@ì"Ç `($f G˜`Ÿ"´ 0PE
Â Ã 'Õ"
°V
34šš'œJÈw°Á;XaX` šL0"5l'±¶ ³K¶Â{`œ0•ØU`Á;VÏŸÜ0"
ÌÖ
+
%¦GIâw žÅ7$8¨¶+t$* " lL8lL;cbw ""(tm) &" ð`0-Š
Â˜¨Ø(c) tÈÇœ )Ž
¸Î ØØÏƒ
Q˜0Å "ñ'°` 3a"˜Ï LP `ƒí~×µ† "
ÚØ[ ¯ë ¯ï¦šŠb·a1W°•"Â¹Ü-...ì/ç"Âé...íC DC " !
-ÀÁ † C É GL¯0é' ¬L§A Ë a'N Á ,jxA,|0˜*Ø'
ÂiCN TÓ A"Ö A,aOh4 (Æ"""""""""""#ˆˆˆˆƒ(ØDDDDDq
ßê¿- 0"â ë-!ZÙ_
â"M,Ô ÿÿÿ-ÒN?ÿÿ•Å3±8´Š³´(r)dLdLO,ÃDoTÈ±×O&àDdj ÈXD/"¿^1/2ý ' F¨Â4ŒÙ EÑÌ...
ÄPDV#Æb"Œ ÈìØ¦ AÀyÛƒ
dd"ó-"ºÊ
-Á deñ)º)àl,... ƒñ 8HƒC3
"HÊ Â ...àƒA¡÷ ~þž, ¯¿Ö·û´4ßDc" ¸3Mø ÿÐ •REü Ð0Dˆé ä
ÓhŸÂ'í›P lž3`Ï@ 2D
Ów ÿßïùÞ,
è o;1/46, ß"Ý
á~ÿÿëþ-ëT¯ÕÝÒt›Ï-'ïKöûœÍH‹-C-wätDƒ4D
Ž£%¥'6EÈ, 1/4èÈKS4v6"6‹¬ï\"E=VK(tm) gt3Qyã§ýkë^´›ÓÕ¿Ò_ÿ"ù l< óP"1
4EÆˆ" † eÌ 0D (tm) ,3 A,
Ì f)˜ˆ0‰ N
xŠ 5 P
3/4"B f"`@ ø Á 4 à‡ ! A,
¹" PG Aƒ°Ÿþ,¿íÿßú Ò ÿ¶ƒÓÿ á|& Óôý40ž é¦(c)"Â
ðƒ ð˜Né _Â¡ÿÐM+V´"Õ×(r)¿êÿK?µ_Pa àÑs !0`ƒ ‰û!ÈØÉ 174\Â›àÌ
¨"]ÁÃ¢| /è¿
1.Û´É
S¤&¶ >
Â&= ÀÑ;d; •¹<lKº',°‰û-Í"
¨†&æ‹ð˜A Ì<2æ¢n{¶.-õ~£Þª¿éxßÒz§A
÷¨A¸¡ØOA¡
âÄ!Ý 0A°a0A"# è9
@ƒ ƒ @Þ
åÂ Ø àÁ
@žá á

(Ø!v  ,
Ňžâî0µ"T¿÷K^î·ÒÒý.
¤"ÕýªO]ì?ÓÔ&Òʋ·Iín  ›ƒ    m&ý  Ø*ZOI83/41/4'§µKééäTõ¿IÔñ  PD  û
...
b⁻§W÷ªˌ]u¿Kjÿ"M1/2uÓÕ]?¤ý{õÛuú¿ÿˍ²  1uýÂ~ÚWüB‹â¶é+Çú¡ÿ"ÿ?  tÞú[ê  ^⁻ûÿÓÚ  ßý  ÿ"a‡&
îëW²@'æ`žÿÔˌ‚s9ÇÒz;¸¿lzÿÈ¨ÿ¨(r)"  ñÒu×Y  ×ÒNK  í4¿ë;    ~ú¶|ÿ‡ÿÿü*z  '  .
1/2}~]{ÿ...ë²ßûK_×"û  ?ÿ
þ¿¿ÿqæstßñàØþ:WºÏÞþ          3/4ö¿8ß´æ1ýôK?Ûáuß  ~c
`~¿^ÿ(tm)A  í-ÿà^ÿ÷"÷úáöÿ  öé3/4  ÛûzÿþŶþÕ    þïÿ¥⁻Wõ  H³úÿFEý{ÛI´¿ò*º*ý(r)ßZë  {ãÕý´  o
ÛĶýµ¶þ⁻×ßÁ1/2îûá  öé[kûkÿ¿£  ýÝý ;Þë
  imíý*ÿ¿ÿ¿ò×ÿ3/4ïµm']êÝ  _îÕ⁻(r)·ì/þ¿ZýõÕôÝÓµ⁻÷ûúm-[:/olè¿àÁuý[l‡¶-¿oÚûz¨ë~¶¿º¨¬  þÙ
ë·kï-'6Âûimíû|,
Xa>àá,ÿ†%3/4¶iv¬2wam+
ÁÙ?ì2‰6  #m.Ê  ">
Ó
=†Q6    ºzìI  ëlÒô"`ÒWm-mB°Á6  [ºÂVÃ#éÚ  eÔíÃCL  1    O    `3/4Ã  <
"ƒ
        [
¹  (f  |  `Á  a›  †    0ÂÁ"ªÁA
†  ð†  a,Ã          /Yãa"¡"XàÁ  80DL
 d
  `ÍŽ  "CƒÎ€ˬ`ˆž  ù8/
ÀÁ  6      `ô
¸Á  'àÉÁp@Á    S  ÅW  |$  lŒq,
  ªb[¶+¶ƒ  ý    ±K  Ç±LS  8â  Š[b¢
Œ1QllTV...ìK±LV×¨þ›  ÿ±[µëM5á-ÿß
j¨.¶
Þ¶  ÂØ[  Âaa(r)1/2...ºšØM  ¿a{  Âÿöša0["µ<  Ðanì Âa;†  eèƒ    &aÊ¡N      T2Œ  3/4  `"2Á
  !!˄x0I    D  !  JºBÁ    0B}  `"Nº0B"#^^^^^^^^^^^^^èFÄDDqHDDDDDV-ÿKK¤[è-Ë*Î      '"(c
)ESŠ  ÇêB²'m    †
"$"  ÿÉ¹dMôŒ‡Rmá2fD ...q!'Áý?Öü³"¢ˌY  (c)"†o/›Gó}-öÿ2
:
Œ"Z2€Ò`Cb  ...  -  ˌl;  !|ØCa
  ç  ¹€ØJD!Œ§  J  ðRá°À§Ä$Ä<(  ƒ Á8†Å    Æ...Ç›b"\
@ò¸3/4Bìì"ÎÉ;  4Â
W_Â    ..."þ¿Ó¹ŸÿzkÿÿÂì¢nÿoôIÿî    Bnâ"e  'a'³Ý,    0'~Éãæ
  a  dñæ    Ô±ÿÇ-peûFÆ,
žgœö
  (^ø3è  žH  "xΪ!¡ç^ýžpg"‰Œ  6,  Á¶š  h8=$Ý  z
ÿÿÿôé
"ßûÕÝ}  ÿº        '(r)ÿÒÒA  ÿKÛJ⁻ÿý?  þªî¿N¿ÿÖêÜïü³Ý]}3/4"  -Þ§s  Š    MB"
x‰Ä#Ä1
  Øˈ B@.EÂ/ž#3'    ô"‡6<ˆ  •ŒÖ}ÈæRV2  3#(c)d\².F3(c)  Ϊ¢  $  L  'ò<HÊ¢>D
¡œ  )    28ñºuï÷"ëö  ÿT³ÿ¿õÛT›⁻K~Ö  xA"-    a<&  xBÿRp|ðƒ"á      0@Â        "-  y €ⁱ  h‹l
hDhA,  ˜A,
?[~¿þüÿî¿þ    ÒöüÿO{×þ-{¥N$Çh"1/2Q(  âLz%
†Ñ'¸òCâLw§¡¦±a
'ê°a?M    Žþ¿§ÿWuñ±  ~"  ÷}ïÇûJŸ]-3/4êÏF

œ    D= ˜ t]  ¡ƒh  6Ô  £4Á³V
ÅÎw
è¹¹¦Ñs  ‰oûšl  /Ëì¿  ÖštOôã  6Q9†
æ(¹°dþÏH3...  µ  ~(r)ëÿÇ  ¥W^ï  ]ÿÒÒÿµ‹Âm  ÜB  ÒzÒoIÿqxMè Ø‡IÐA±v       `Ò
,     0Ÿtƒ Oßß-  ÖÁ""]ßµ‡ÿ    þú  G¶¸xì."{×Û§ªÐM×OÿZôÿ?ONô(r)¸Nÿ]$úÓuüCKv>41/2cdM  öƒÿ
"§÷X˜Š‹ßƒõ˜[_ZMû]ÿ3/41/2¤õ  Jë˜¥Ä"ôž¿¸µÿnëd  ÿø(tm)ßþúëí/Rá÷1/4í  Þ.¡  7ÿÃòLúø²,ëÐÿ§§ìqä
+÷ïË¹üÓiz'  ˜õßŸàÞ¿?à  ÿûÛÿ×Tü˜à(c)÷Ú  ø?ü,ý{ "    >ü‰  þDÁ  ÿÙ
B¨öÿ  <]/@  3/4žÈèŽ(¥çbÏ  úoÿ  _o  ,
í÷ð¿1"    ùì?è/óq  -r å:
ýþÁú.Ê  ïúü.é^-ú    ÿÍ§ÿó  êÿ~æ-/íwï  Ì  Ö@‹þü'  (r)ÑtÿB(œ÷Î¤]/ÿàßÐˆÿú,þÂ_¿-ëŠguïÿŠÖþ"øíÿ¿Þ
ß  A?ÐD(r)¿-ýú
î"@  ûA?õù0ï}íê  è¨ïyÃÝzúþûŸ_ßÔ  imï·ÿuõží}ü-_ÿÿk×ÿ{  þÿzõëõ-·Ö"  ïÿÿ(r)1/2  í1/2zþ³îÒÿÿt
Þÿÿ¥þ¿K(r)ô¶  "Ufuïo±m  ]R3˜ÿéÝ/:D"U°ÿ}÷UØ7ÿl/{¥±ü.¶CõØï}¥þ3/4HV  Òá  Õ"#}  ý}µmWZ:
{d?[K1/2o  .Ò×ÿ¿Ó¦-Úý-¥
+J1/2}ö  VÞß°ì,0"¦1/4  M"-l*Ã

vÂ¶    Ul  °›  cÛ
...û[^ö
/
-š[a}°¹›"XIvÕ†  !^  ¡Á,`ƒ
ƒ  CÂÖ
    †      ,äàà†Á,±°aT‹  pCª"  ŒQð';
#¢  BtÐ  ›ƒŠc8
1±@^K  Å    ñLH˜A"
&rN(Î  cbw    NÁ-  ‰oÜ"  6  ƒ  C  †    ÀbD  A-  ð]°VHy˜0Å-  `$NàãB£b˜
  ¡pÓZBúB˜¯V*¯ªûý-ýw"(qMÎé...¤×÷  L^ý"×Šêa5ŽÄ*ý‰oob[ø¦+pAEl-ÚÚki§ÿÿ¥gt×"  4ÂÚzwh0Ž(t
m)tÊ    ƒ(p¨XC      A'H'ftÏ    3:4a"Ïe8)ì Âa4  &  L a2  t    &°Á    nÕ×Î  0°è
ÁPa0(c)"Á    0ŠM
Â      ¡  Yp"D"¡  "DDDDDDq^â"""""""""""*"""""""""""#˜Ž¿úúUôµùdS`¨#  C²  Š
%'UGü¶¶"ù\R2-Œ‹bÞ¸...DØ  È'#Ë;0YP.v  YÚ'y˜@@Ð3/4¿ÿú×  ˆÎ?  ¿  ‰oL¨ÏWç  ·ƒáÜì

ó¸±t¿õµú×_ãñÇ  þ¿_ÿÿ¿ÿÎÒ䨨c=  Ös%fk20  çC7Â
Ž-    ÔRT)x  !ÐR0\  (tm)±'  xÊ  4eÎÙ  ^F
^!Šj  Ç›  ¨S ¤ Î,œ    Â&Æu  U2@ÊqˆÍ  C3"tˆì^  C8("
×)Ä/  26<Ö  Ö!x BR  <  3äƒ@†h!
,
  a
  è]"Â
  !"  "ôÂ
Ba8µÂ  A"<  Â
HhÆ      -¸L dPP˜A"4Ô  q,
4ý  =    Â

Vƒõð¡  "-    ¢NÑ¦¨Œq±&;Ñ1Ú#pâôÍè"5‰oNÑ'|DÎÑ'-...§I"×‹Ñ  î%  ôN1-Þ‰oCDqD-"JÙ  ‰o-"¢yv&
Æ‰oцÉý  ø3ƒ
    pFŽíÍ|Óƒ
    ô      Ð l3a;  8 t    š˜m  4  Y-ƒ @Â  pdþ‰oÍ'f‹Œ¿hŸÎÔ    Ö@  ²s
ƒ9Œ  9  o,

`
@ƒh ?    - 9"   Á
 ðƒøN,
¤â-ÒxA¿¡"-(c)ôƒ ›§ Ú út  ~  M±  PA´  ~ o•£§õ    7‹h'A
¦úoéô  ¤Ý> þ°  ôžž'ok þŸë¦úéô°xI=oNãp1/2þ¿˜ Òo§ýþŸýúî?¿p¿ýÚ[Çu¿×ßú¦ÒuÛÎŠ¿K  ýZ´÷ûûÐìl  Å
Ã$Ëëþ?øc  :¸-}ôÐº   ¯²9 -ø°êò0^†:úþF¯÷"ÖEj-  È9  ýþ¯þA  d  WÞý{ýuÿÇü,
ü  õÿý  zý²
`
ÔSþeF•o_8Oì9‰¿˜kÿüÖV]  }A•‡uû  õæ
ÿû}s˜a¿ôRÉ  }Ûßÿä(tm)Q  ⁄¯í ¸ æ  ýÈÃGò´_H³÷þÿ%Ï¿"Ìƒ  ìšH+ÿ_ÿ }'{ïöÿÛßïöÁÿ"÷ÿþì‡ß²£
(tm)ïëÈ]ÿÿßù×*!°  ì/ÿÿ  W3/4Ag¿Ôî×ê×  ß}ÿ¶þ"-Òßÿöþ·ûkýöÙÑ�`v"ýþ-ëd?m.×]  1/2uÝí  ûð1/2¯¯d
  ÿ"!ö¶"d·ö<  1/2²  Û!í¯ÂÛëþQëea[
Ã$v1/2¥k  ×a"¸k  Ù›î ¸4›
°ÖÂI°Âwwpjà  †'
+
  0E
ÈêÙ
  `"l0Oo†  |  6tm[  ƒX0SD  1X@á"
ñ0`¡`  0V  p`¡.  °Œ ¸ %"°±, l#  q3ƒ<
1!...  ƒ
UÝ›  "¯¯ B¯£àB  `  †  Æ    l...-F  †Í`Å  ƒ  F€'yÎ  6   8¯¨¨"'lM  )  ŠM  Ž)‰onâ-Ø¨¨"
ØHÃ¦1/2  '(tm)ÖÂÿ  ×%      ...øì/˜é´aÂkž  'ñ  /aL:ž  ÂÃ      ,
&ši...S°÷
  î§u`  ÂÃ  0šdGA...8"0(tm)C(tm)Ïh0N-3¹7
hLŠ  à Âa    H  G`šf"    ¤aƒ,#¬0  •e  -Â  aPaa¡
!
  0A""
Ã     B"CÄDa"¦4"¨¨"¨¨"¨¨"8^^^Ž"¨"#^^^^Æ×ÿÿ/äÙÌ  Ó,!Û¥Š+"    !ÛtÚ(r)[•¢ø•ËYt1  ùØ3/4wN¤\
";Pes@...}
ô˜_ûGz  @ò>feã°Ù¦Î#ÿ)ò  s"Á Â ô0Q¶*b  qq",-ëÿ...þýø3/4=Kþô
O   0]  A
ý·t"ÿ¥ëÿýsÌ¸ Ñã5"ùVYœu"Z2@/  G²  Ê
'¶ÐRA  žs#¢=;,(#¸ AtA  P!¸,

Á   5Á  a Á
  0AÞÞ  4Ñ  Þ¸
  O°ºÿ§éú  ñÓÓM-ôþÕ=?°ƒD‰"ð¢~  `b~a-Å
  MÍ  çƒ5  3/4`Ì\Ý´OÙ  ïDý°A$¤\Ù  FÍÁZ§

;°šhF  ,
Þ0Aô  m  Þ¿  6çö-$  qC
\ÿü+°3/4¸MÁâý=7íé>ªê"p°•¿úê3/4  ]  áý+I÷~(r)î>-ëAu]  þ¸Ã  øëûÐßáÓÔÒWë  ÿû%"ä
#ûêÿûÿÚ¿_ÿü,<*ÿ¦1/2þš¸}ô   ûÿÿÏ³^‰÷¯+û0+s¿¯æ*ëKÿþü...ï
@ÿþßÿÿVÝ1/2¿ÿþ"¿÷í~÷Ò×µûé~¿ÿþ3/4ªßû÷{uýíþ  ÿû1/2³¢ÿ^È{i|vCØ8=´1/46k<  í"ÿþOjÃ
ÃJÍ,+f"aa"µvÂ×l0-Ã"äà1/40S,
ð.x@@á›  @Á  †lX0V   °`‰¹)†˜l  ì  $h
,!rÁ¯  ¢¸    h
,A  ^ëV*í;ØÖÃ   ¯¨-Šbƒ  {±NøkO¯[  ÓU†         é,(tm)Ó   [     Âjƒ†

º^¶§j""""""""""""$"          ùM  ¨ÿä  Î!QÚÜW  Rº^v¦›  È~Zºå×æC  '°‡P"!ûS³"+EvW    7 )ÙY
Ò!B  aNÇ
  ø]è‰µN  "ÿ¯T¿´ʹJb
¿¥ï‡h  'Rw"ÄE2  ó¸¹Ôï;À¤-É¸¢ËN¸çq
  É¹<>è  Á  ÿÿë3/43/43/4¿ÿñ  UÿŽ?°×ÿ×ÿó´d{ëÿ÷ÿÿV¯ÿÿ뢦(tm)åä
;›%ÙÎ"²X2
óÈ"âXÌDXSX¥â$
'  nS"'",>    êÉešò!œÍQäBdªÊ¡  †J†t
.pÍdUY
^Á¯¹  Â É2¦3ª(dXiš,Ù  †CEÑ  2  Î
Ö2  $  @ÌgA"3ÄJ  1  Å$
ù›  þG3AMCÈ°"æpy±N¢fÆt    Aqr!  Á  ]  b  Â  QN
  `  (c)¨"ƒ
 @ƒ3  Á  4D¬`ƒ  z
Õ
èp@ò@@C$  Lð (tm)˜...        "
  ^œ  ¡  Â  ˜D  <  Â
Š  ƒ  0ƒÌÅ$  A"    3B        "AqpÁ  q"  Bðƒ  ¡ÃB
&˜A"  "Û  `ƒL  C  5          ¦†  a
  ì'"ÂxL  z"é  ôÂ
!öžœw-"(rc"á"1Úè"?DïJÐz
PðŸh?Aá4ßÂa  áB
  Ðt  qvž        ú"$ÝéÂ"ôÕ8°(c)á_M
"1Ü\IŽÑ  ‡  ÇrOÈ‰  ¶C¸šèž7  œQ>hŸÎ  bngY  0Í  ü
Ê¯\ÒßEÎ
  ¢èÿ    Ø#4  H  9(c)÷Eð0‰ó6Eõ  î‰ó"pbla"tèŸ0ÄUÑ>d83    u  öE¯Dá¢~Ñ>  àbngY  ö
  ˜e,-á'$]Ñ?
  ‹ƒ<åÎ2D    d~Ñ9²    "\è¹†
-æ¥  FCÑy      $]  /è  ›  Kòshº¨  ç;é    Ü  Á,m
'}  t  m    ØMº  </è6!º
é6ú  7§î  t  Â  è
Q  A¢  Â
´%>    ØZ  7NÂt  m^A¨A´  ;Â  Â
°  ,    ...  -(c)ÐO  ,&á7  4  ðž    ÜB  ¤  pƒÂ
Âz

›a8¿¤ßÖ,x1"õôý]>ÿü¤ëû  þ-'Iéêƒ-ŸÒztŸÒéêRzúoÏëé¶(c)3/4  "p*Iºún¨zz´*WJë(r)ž¿Òuë¦én3/4ŸWÿë
Úéþ¸Õqj¯1/2~-]7ûuÓ  ]pªÒ÷úºúÒI"ÿúzázOý-Óé]{þßkÿ"ôñÔjÿ¦  -‰*¶  ýî¿Ó  Ò(r)
±Ú¯ý/éýô/CÇIøÿVëëxë¸ÞÇþ  ÇV"jé²ú  Âý  ýt>ý×  ‹d9@ä  §_îŸò  ²ûÿ"Ô†¿ÿõÿüé{×ÿ¯þBŽêµI  ç
WÔ¸¿ýý²à¿Bÿÿ__ŽÁ"  ÿ¯,#øn...¨²  Oïûÿÿÿ  ûõÿÎèù¦hìøæË¡‡U¬´  ?üÉ;ÿÿÎKœ'þuo§  Ñt'  þýúZDA
ÿ˜Ãÿ_ÿÿùÉs  ýó+þ¯}üæ?B9H?¦-•  íÕ  ¿÷þ<³ÿÿÿ¿þÒ¯h'
ï÷VööD¯äTý÷ÿ÷ÿ{ùßÿ_õ¸ß#uëd*ý  ÿ×ò  ÷_ÿwëßïuƒÒšÑ¯_uþ›çÑû•  {ý}×í}wÿµï÷§ÿ  °1/4§ßÏè‰[
íÓm-ªßMý~ëÿ{·Ýoÿÿ߶kúÁÀùÐþÖ×  ºûÿï~ûlè¿ÿívÒÿí~öõ¯ïÿ]^-  µûÿÛîÊ¯
†¿þÂô£ÚÍK¶"Ú§I"NÎ‰û!ÿ¯Ú^ÚÙ~Ü  ":+^ÒÛ¿/"×$*Ød  Ò²ëi=}  þÒì‡ÚÇ¶÷¶CßÁ  ivOý'=²‰óÂö"a}³
K†¶    í...Ïi6  Iøkýµ1,>  _†"f-ØKÚJ6Kì-°Á[
Úî0_³6ØI[JÁol'ÃÏ†  †-...[@Òa,Û  Ã  a¦Á"  Á  9  @Á&  ò6,a2:l  3Í3y¦  'Ì0Á#A
œ0PDK  Áœ"6  `ÍŽG  Ì  '
  Ð  `Ì

3a Èâ'°b)‰œ-
"`‚b  8       ´  ñU
ÐV
  6
ØàÌ
  >
       Áaˉ  ðaƒ     6 Fèœ0Á-  À†  27' ]†
"ŽŒÁˆ£@b
‚¦Â    ÆÁ,FˉÃ  Æl!°Œg  ˆ¦3À1/4S    "°q±œ  *6&           ¡É
)Ž!"
%1/2  ‚‚Š    v4Ø¦+˜qìW±
¨]m{US
ŸvÄˉ±HS  \ÃŠb¶+Ø"ˆU±JÅ1\î¶+éŠÚa>Â(c)Ý0°a{L'v  [U"L'Úõ
l/
  0ƒˆ  [
¦ 3 ÕM  3ŽlM39X   Õ    Fƒ  uµ°(tm)Ý    á"ÂÃˆ ¦·
  †  aVÂ Á>Á       ⁄ˉ1/40ƒ
ž  i-
  †  0§t  'e
   Â
   Ad  Ñ   a
   "  !   2e    [  +h+p"DDDDDb
Â  dô@Â    G>ƒ/ke7DDDHhDDDG                          DF""8ˆãÿÿÿÓ  C²   !ÍÂˆsbÂ
  ¤7ÿZvPåŽ  ÄDGþW  ‹@8ˉ'e¤Wëù  /"ÅÿüÉ"å¹A(tm)j¿;)Šqš'p¦CA3#ˉl&J³±0ÁÔÊp"1/4
  ÄwÁNÒˉÂ!džw  ÝŠ|L•eFwAB
.ó"ÿÊ  tÿPŸßþ  5·öšþ';vÇu›Ù-"8ˉŽ  ü  ù3/4Ï%(àÁ   ?8   yÚ2þvF^XMÁ  êˉçÌ&ùÝï÷ôõ¿tg  O  ã
‹éúÿëzr!ì˜ŽŒï#lèy&KšÈˆ*ßÈÂ(FfI(tm)  gq-d2SÈ§  žè  3¬a  ,œDuœ  D#›wú³20)(tm)
gˆœ!8§  <!!-#  P  "
èD  ä€'1
a
-lPD  KÿóB  32   8¡    8§  >!!¦  4
  ƒ  ‡V  3   kªM(tm)'
 a  N*a  h!ÁO  Ha0ˉa      2  ü Ð°ƒ@ðƒˆzÿ ô  i ÿ  0ƒÂ
tô=?ú-è=<(Aþ...ªxA"¡A
_øAá
...N-BÔ'¦éè=  _õx‚°
Ÿñ(r)ˆÇ~‰@z#  Ç  ¿§‰¡Å‚z&ôO-û%
Ì9}i  íñŸYQ?fˉ-]ƒ  s  &æH'pÅ'Ì¦  2¢  8  a²ú  8>¤ùþ‰ûe]  ð¢~ˋÌ  ÁT°°d1/2ƒ%ì'"ñ¢æÁ¦já-d69Ø3-.
Ð lë"è
Npg0YLçÃ
\  ìÌÃd‰
,  Éé"´ÓÁ  Ã1pƒ} ƒ
    "  XT  "  "  ˆC  6
Â  i§,
°...    ý  ã š§¤ð¹qˉAè<  ƒ†Òé"  á
}  A=}Á {  ¦éá  àÆ  °§Iµztƒ  ‚ˉMÓi$
¥Õcð›×"ßAá}áš/zn›¥mµ¥1/2t?ééõ‹ÚþßÒM¶-ûé=ZO^-'ßïTî¥û3/4ˉÁ  õ~¿¿V  ]  U¶,ëÿ¿·ßíãñ´  &ééê
œ1^ÿÇ¿¿t-Ã§§(r)-Ø  ˉ‚õÕ/Ð°kniµ}éê>`þˉœ  C(tm)  5úö  †Å  ÏÿÝvÕþh

Ú]x(r)B>ûî"kÕM  +êë×ür-÷ÿûýØ_  uþ...ÐAé§ÿÿ¯¯ÅÿXm  ÿÿß
÷¿¯ÿ†ô?ï]  ÒœSó
_þûÇÿ(r)"øD¯Ì¥3/4mÐI  ÿÿ§û¢Y¹Ô¨üä_ÿw¿êŸÝOý  Gÿ3/4¿ôÿÿz@^ö¿  Qõ  (r)Ÿ_ú3¿ô  -¶êÿuÿÿÿé
ú
ýw[ÿþŒCõ¯Òo  Kí  =(r)É°ç  ýw¤ß^Âûƒ¨ïµÿ1/2  >°ö(c)7õ]mýö¿ÿ§ÕµíRm×é~¶ÕÄ÷¯kké$ßï-ÿ15ÿ¥"o
3/4ïI¿ý  ý†  ò  U¯"¯íRm_õÛÛa...²
}7÷íé7ÿ(r)ÙÑÑVÙÑþ`¿e#×WM+J›I&ÿð¶P›!þÙ  ØþÊ  (r)•'µM-´
ëö¹FÙ#Kbaì2‰</Ã  Z[a$›ÿ°¹=awa"ö%¿ò}<ê"Ò
Ü0¶  Û  -ÝÝØNÁX¯°l0]  ±  "¨šd],L5 Ó†  a""9°ÂG  M  á¬2ûwm,-Ù  0Á`Á0  ,
"ï0\-...3a @Á  †  ƒ  ŒÁv
  <""Ù  <6
  "n
ƒ00Á›  á›  ð`5œ      \y    (R(è  31"¢  ƒ
P
Ñ    Î  6&pq±,      ð`  X@Á  ž)Ð¦*    ÃŠœqF¯Ã  ...§  iÝÅAÅ  )4ÅX¯ŠùÜTî+b¿×b(r)*¹V
  ñûŠªŠ^_3...3-(r)"ö¶
ØXþÂ Ó
øk
8a?þÖ  &  ì  Xkö¶¶  ¿"      &  0¶¯/é"Ö    šk
'
&ƒ      -é˜t
§>Za  a0A,
ŒX¡Ê0  q  Á      -0Â`àÂÃ  C  DDD  !a  /zÁ,  :1  søšÑ
!  R,÷3¬DA•±B-W            Dxâ"#ˆø^^^â?ÿö]~¿úõ-Ó¤1/4›D  É´
 ¸à^þÈvè  ["
C
...  !Ã!Û¥Šý{^  ø0·
E{ŒDDDD  òl7  am;Y  v¶  ¬  Yl!ÚØ_¯ë(tm)'dØÔgahº0˜èÆ_9žÌ#ˆÛ#£¤q'  ŽŒ"ùÓ3ÍÓ´
cgz"  "Â¯Áóµ  Ÿ  ¸†Å-

†ÃAoÂ  È1/4‰\    0  ;
"‡
ÌgÃ0Ð6  AöX"
."83AÈR  E¡
â-`Q¿¯§éî  5õôûÒ?þ¨},.ûÿ¨CêêôIÝÈQÃtO2‡&xdø§1/22¡  Y"Ê  ³¸Dçð‹§  Ï¨@Á  fª  7ÏÅ  '?ƒ  Q^3R
HÐ lÐÉðf;  dP@àÓ´!ÛF
ÏhA§Â  §þ¿(r)ž    ÷
é  ÿozÿç}u  Ò  ¯ûþû×ÿþ(r)ýþ³ª#ÿÿúý÷(-D
  £3"Ã!,ëæŒ  -GC8<õÿ×ôâ  ä`...  ž2*!  |    †!ÐSÅ3/4"Îÿö['  h!Á  ÿ÷¿¥"      Â`  ÿœ
°Ÿõÿ´úXA¯Aá0ƒ×  ?
ÿ÷íç×´  Ÿüõî-WYÿ\ú$¨iA°hŒEvÈrßŽüIŽÿ¿ÿ=~  'z$¨M  †Cf¢Qðž1/27·þ¯¶(-6¯G[QñïÕÿ

è¹²D  yEÑ‹Bß,d  /š-Rül|hP#Fè  £!èÙ@  ¶...ö    5Dd‹É!¯¨ÿýÁ  ÉèI¿û¯W  ÐA1/2  -
Ro1/2-"éÝÿÿÐoH7  )  û  S±w`Å7  1/2öÿä¯Òv  W    _Ô}&õn(c)öDª,ëÞ    ñüz_]S|Gª\WûÿÈ!Ò†Ò×
íu  ÿÓÒMì‡"  ÿÒ  ÿ¦ún"Ò÷uÿµü0Ðâš  cêîÿûÿuøaÄ/ÚûâÒüÿÿ^•ös²@3/4•0òGþÿ7AðÓ
~ÍÚ¯z$Sÿ-õôùX+ûöÿ̈ÿW÷¯ÃC9Bë·ëäu·ãÿOh]ÿúÿü-    ¤Þ¿ÿÿÿ3/4  ß  ÿ¿þm<Ào}Ì}WþbÛßÿïMÿ
  ÿâc1/2  ÿêcÿ  oïüT(r)Q·£
ñÇÿ  -ÿwö¹+¯oøõÿÿý×  ðÝûý-¿¯_H7þüá¿ÿÚÿÿÖ    ´Á¿þÝÿÿ¯-Ý/ÿ*ÿ¯3/4ÚMÿØûÿïöÒÛK~¯ìÕÿÿÞ-

¯kþ3/4Ißö-Ç¯-YÑ%f§õV·ÿr-Ú]¯  kaÿOÿý²FÚ÷[×ö3/4ž-¶"é{
[
"iÿ}?ý†-(r)Ú[a-5ïö§_ý°¬4¶Â[
%ý...MU0[6•° &]yáë"Úaœ ±$SÈ°pC 0""Á-
† f
Ääp    †
  3 Ø0HÐ dX@ D& c K
ø fÂ- ÉÁ
ƒ `Á#@!°3 $QÑ .F,  ÄÎK 1ä Ö £Á±ŠBÜ C  _õþ Ä-ŠØ-
Z_ÿõØ"Â|V ¯V û¥µð-w    ,ö¿-x´ƒ
        NÏ :µXk}ª|0ƒ Âh0¶| f- i' 4Âd
å )Îá Ð`"D^GÐƒ 0B"""'1              ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-í
Âß²Î' Ó°(r)[‰ÆEµ ÔD*(tm)j^§efd`yØ ÈÑjx³PŸJªÁ
ßþ1/4ìfóµS2-g2A ñ•Æ'
(c)¯* šý/ô1/2ø"
-¢* d|ðCb'Â
p 3
P
'¯A'1O^ 3@Á@†Å0
†
É
§      @ƒ)Ê  t
  ËþvS ?Ê<"ó\d2!UuÐ?õØha
éÄ_†v "jƒ$ TÁúÿþ‹ÿÎ‰ö h L á°ÉÄDò‰Ûv';vÓÕªª%
'7k¢ãøø(r)8ÿH> °Dz v
        "CÍY-Ú' @è mž¤,
ƒ9àÁLƒ ÌóJN0@ÚÂ ' ¨76çþ¿ý?Té>-ë{
ž wT ooKÕ±Ôé&ÇÒoÿ_ÿYÕ cÉ1¯uz_Ópëv{¤"ô¿rRÊ¿w÷ê¿= †KLæC"
Ê r Ê#Î†2 ùã‰Dc¬á †CDƒ y¿š†A(tm)žqœf' ìÒD|" ÔŠA ²,ÈÄÈ(r)o ÀdD cÉù" Žcu ˜
ƒ <à DÈµ Òÿn-·þ›§Òÿ"¡M À-ÚUÒï'Ò(, 2@P ¨ÌÈ ÉÁ:
  .a0˜A,
à(tm)@€†¸L Ñ      0ƒ4 A Â"â>
0Aª}"< zØCã ƒí
ÚUv:_×uªúÿk¥ŸÿÿAá>µ"¥ÿÓA"4í?Âq iúzúa<&Æƒ ^¿õÃ~1/4Œ~ï' d}"NodÐ\Û 0µý/÷Ö†Ÿ1/2_ô
1/4} æÄ"úþ1/2ì
ÔO"_`Oè¿`Äžd<"˜É pÉÁ(h¿h3/4 OÓU4éDýDý ä]Á'ö 9°d1/2²vNä;!0f.i³‹‚0ƒ8(tm)(c) bç; bðt
  î n z  ÏOTíé~-¨ÿ×Ö-ê,
ƒ -Ö*ê1/4Á˜~á:A´ t m"þÄ!i§A ÐAá7¤"Ü Û † ¸NÔ' q ...ú|_ÿî i>•_ª÷
¥ O"3/4ô  ÿ...Ò Òlë"Zé-!ßTé=:M×1/2U:O1/2oõZMÕ:O] ÿÕ¯ÿÿd:-Óz
_ê'vC†·¿ã3/41/2¿mŠ Ðé°1/2kúÞÿ(r)·(r)ž1/2k~-'ÿÕ°zúo÷ÿ^ +ÿ aúøJ6ï^Ã
\?ÒnÊ ÿ3 ÿú- aSþ'ý(r)²ßÿýx-ï1/2 Óö5ñÕjÿÿùV>(r)¿å@ Û#q31/2Eßx"Õks" ¯ÿšoþÞ u...Üÿ¯ý/ÿ
Å·M/WZÿëÿõÛ ΅÷ÿÿÄ-ë áÄÿ
æäÎÆ:ë‡ÿhgt¶ûäÜ fr~HŒV·_>*oÑ°/ü%Wõ{ÿÿ[ÿÿõþÈ%KÒÿ×ÿü%·À†"øn ûæ‡:>,/ëmÓþ"b#w^ÿŸ
w·æÓ·ÿ •ý}î þûšÿþŒ þ k"8 ÿÿÿEÑõ¤( -ò
çÿö¿Mïÿ)Zþÿµ}ý_ nŸ ûÿÒ¥^Ÿ̈Bÿ̈oÿ1/2 ÿß-É‡ëþÿÿÿ       þŠ-¥õš
oþëÝéƒ³÷±Ú°ç#i¬ v"Ýô¨ÿ¤¯Zõéi ÿÿÿBù< _ÿ¨ÿþ1/2:D£×ûÓÿ×íÿÕo(r)ÿ¤¹*i{ÒÝ?nÝ¯éÚõZÿÿk1/2
 ÿÞºþ¿¸k]×ÿÿ¥·Ÿ¯ oÚÁÄK
  * (r)t Û¯Úí¶•=¤í÷ÿÚ_"ŒäÖÖõ í+!ö¿þ1/2 ~ÿõí ÷1/2µÿÿÉ

é'¹!a\  µºO
+I´¶Û$m}ZpÒÛ´´ŸJÊ&×Û
3/4ÿ"kÖ,ªm.›I&"ÛV  ¶-ÿ3/4Ø[_íWá¯ö  ÿÿ°VÓ¶
†"0VÂ  G¡ž;

*àÁ(aX`  (DO
ðúH  0AðaA  <-  ¤à¸@Á    l  ±°ÂAO°ÂGÄ'Ø6J  ¶ƒ'        Â"  "  -D}
mJ  u†  (`3/4  "&      `l  $  ‰`ÎH‡¡  <ƒ
    6
ØØ2áÊ@†Ä8
H°¨Ö    6
¸§  p@Í"b    6  8fÁƒ0
ø    NàÍƒ    qPllL88§+¬¬Tî)Š]Šÿø"·  ¦...1Q[±[Ý¡  ›±H  ¡  wLUìq_"    ~(r)äÿØ¦$Çÿ  øb-v¿ÿ¦šú"Âa
pMs
(c)<ð°Â
{  ï^Ôî  ×Èƒ"  A...T×ï{†1/2×k¦
ŸÚ
5ÿ_†      ÿž  ¯`(c)è0¶°Ù!í2(ç-Á      •gÀ\ö  `  "!"  BÐa
Q>^ë      "DOâ$ŒDD  ,      DDDA,  H  B
Â%ÌDD¡  8DDDDDDDDTDDDDDDDDDDDDE!      -#¯^~Ž4"#J¿UëõZ°ðTª-  ...-ªšÉ²
q¨^  ÙPPáDD  ÿÿÿÿÿÿ-pâÜ¯!¦›  ìP\ì!  §  ¦["''+  ÿíÓçp  ïûZ^A‰
    Jä¯&^v";      (c)Oó  œ
ûßßJ¯ƒ4ÿ'øâµða¯Oûþ  ß_×û"  hfÆj  œÎ
è!9    "
"'\È"PÐ^  ÂvF"F

9õ"ÔGr,3  Ðd4GÉÙÄD#ñ"A'1/4  <á  ÁçB%Ì§"œ  êILê2Z2ZFò      uEPd0^ó"j-ì ì a  š      á
Ð°š"  hXA"ð†  hA"Ñ  š  Â  3â(tm)Š  <ÌÈ  `  "3@    ]  B
@a  \Á  Á  >a  |Sâ -  ƒ
"Â  °%n%"D¡±&ì"7q-Þ    Žã‰1Û"F;Âh  ãPƒÂ  ...AÄ?C  8´×Ò
0(c)ÅøAþ        ý  Á,4h  6
œó  ƒ      Â¥  F  x^O(tm)¥¢èÁ¯¹th  (tm)Í<Ôd=  sÐ3ÕEÒ‹°ö
Á  OèŸ°d|  .m  óV
æ  Èù¢æ  Óhœá  ›  KØ0  œH¹²-
ÅÄŸDýþ  Ó×  §I¶  è é  ê(r)›è>,xZAÒ    ...þ  -  1/2Bn  m"      "í,t  <Â
¸A-Ò  Ô'"  Ö·ÐM×O_-  ×¤ßM"÷MÖ-"ÕÓwOI=7Þÿ×Néí?ÚTßÔ¤û°ºu1/2'KÿoÖ-§Åz¿_wI^¯Ò}  õ
    öéŸì×(r)×-êÿ  õã·ÿ|w°ã§KÆ:ÛZ¸ééìo¯¯¡¯3/4-Þþ=÷ÿÿõÿÿujò&Ž¯ûï(r)-þEP¿üŠ  jþÚÿ_õE"ÿó
oë¯ß-9œ*
äQ×²  5°ë_i  þÊ=  ÿ
¿_Tëúë¯ÿ¡  þÿ^  ^óƒ`<à^3/4u>ÿÎ¯øoÿôK?ûïjÿÌÒEï¯ÿõŸ×ÿ}o  "ÛK  ÛKïüŒ?þùÈ¿ß÷¯ï¤¯Ý  ÿuþþîù
‰o  ýÝkï(r)}ðÿûûj3/4ëÓi{ßý{JÒ-µöÌŠÿÿðÝ-þÚ÷êõkwÞ¿êÕL2G{k}'7òB°¶-ö  Ød  $+!"_
a  ×ÕÙ#!è(r)¯m[Òm'þ1/2'GÚ¶H›KVÒµÿl‡óÄl    $Ã  Zl0M;†
Ã
Ã
U°VÁa,m¬0-,{aXa;
ÁÚÙ;†°Ò†·f-ìI  °¶    J  J  i-(tm)¿°°B¯æ  S    0@Ø A›  ÆÅ1PáÄŠ4    ã`Êâ±!...1G  Š:
S  @    *`Á  ü

À°¨ `Ë"Š:3 $cÌA*ƒ*,      [ ¹!²1Ó G  $ìQ .Á'Æp lxL*i¯
+ØL'px[ "Å2 4×í5$â ‰ob  î)ŠŠØ¯Çkb¯(c)ÜU5ÅxjwLÂ H6
  `...Ÿ ¨ h õ
   ÂhpÂd, `*ƒ*  S°žÂ
  M8a  ÂI¬0[  ¤gM0_[
*ƒ*  Xa(aP`"¨¢#B"""""8^^^^^^Š¯Ž""""8¯Ž4""#úþ3/4-Ziõ×ÚY'n (c)Ú¨!\ 97ð§a Å !ô
{úø²C,ó"±iâ""#þ@]QK¯Î-ê,ü¨ ¯X‡b,šÄ2
S. ÿÿõ;@ÉÑäz6 ¢["Œ¡ Ñ¶N31/4 1/4
dÂ/"j¯ª%ÑäY,FsÿÚû"AìZ Ñ ÈÇ#; 4Gã *ƒ*(tm)‡" ˜Â °\Ì  °3*ƒ*BÉ*ƒ*s± -p!p\ÌCÂ €ÜÀ`†

C
E*ƒ* á°Ù ŒØR Ÿ
ÂpÐ` "à¹ÁŸ @,, Êæ3/4@¢°Œì"!3!  _ÿOÔ!§ðÿú"Ç÷ü:ô Onáð è ¿þ4_ÌâD A ÐH¿`Ù<‹ú'
ô_0ô
3/4fŒ¨  Á²zn/¡ Ë,Ü¬ Žšd ¡ÛMHa÷•¶ü"w·ÞÚ'qÅ ú@õPD~qðD~qé7° : : 7sŽš
i í}5i‹BÐ*ƒ* 4 Ø0¯)æ  (c)5ä3/4_5aÎ†
áÃ ‰ : >
Ô¨ÎD ÎÉNjdñ Ëè  ÿõÿ¯Úè
Ý-=:Açz¯Þ-ßõ7/ðí×øoïÛ°ø"=8úoðßáûÒÒ ¿ú•4v,^$U- Ý{×1/4 -ý/¿ÿöø"=ýÐÿö¿þ"ûþêêwïûz1/2=gc(t
m)+2
e8Êr1ÙHe9 ÓS±Ìè‰
†DèÐŠr)-CE<E k-H-fdt|Ê 5
^$
^!Šj-EÅ'3*ƒ*>!á
ÄÈÁ

Ø§P"XB    ‹"¨# û*ý*×*ÿ*"ßUô1/2µ÷×÷*ÿÿ*÷Kÿû÷þë(r)wôÿü }{K#b    "ÁÈÙ  A, "
ñ *ƒ*( $  <¬ @Â"ã
N  8¡= =,
 ð*ƒ*ÐaB
!"0*ƒ* ‹ì'è<Ó 0Ÿ"Â    ñúúíuûÜkÛúý"ûþ¿ý°õÿ_ï?ÿêý÷yÿßï_ûM8† ^-=
/    ¦... ðŸZhhzi¨¦†ˆÇq~‰;tJ  nÑ+|I'"ŒK·¿Û"Þ°}ûQ¯¿ý_ß oÿµö¿"ÿÇuêöÿñïß§§e bkhžY
  Ç/¡'1/2 ˜Ù}gz'-DÆH'8¢þ
‹  ö
¡è"áÃ
iÑ DúCÂ.è¹¹ št\Ú/è¹°d3/4i =  z    ÉV
  yÎÁ,}ÿëÿÿ}3/4û¯ý ~ÿêô8Òûûÿ×¿ôÿ×Û-â àÂ
Á `Â
, ÐAÙË" ,
‹ *ƒ*† m^N,
°*ƒ*h àÅ5†
i<ñ a á
 é ÐN, ÝPA1/2 Ü&é3/4 =v êëÛ_1/2ö
Wúöõÿþúð•¥ÚZÿÇß¯·ü}û-?ÂÇ"Ý éúqúzxB"tð(r) ÷:]!$ë¯^ôÝ}S-=:OÓ1/2= êûÿ×ÿî...Kÿkékýý÷QL|
WWÿÿï1/2^ÿÿ÷÷ÿ_õî¥Óu1/2:1/2n"Óï^íî$é:ÿzÛÔ}ëÿðÃû  ãÿo
 þÂö_# ¦ý¿
÷Muíýq^ýÿï"ý;Ö¯
~×ßé+î:Û_éé

†0Æ=âýÒ _ãü‹
ùÚsý¯kýÜ§ ¿üEd ÿô "bþ (r) -'=gúº¥{úÏýwo¯üŠ,wVÈ(c)þh01/2u×ïuôEÁ ×ù
, ÿíÿûßá~ëÿëµ
ÿø^...û ¿þlüØ¸¿þÞž>ýÿõø1/2õ
ÿ äiÂÿïýuí¨_úØl:ù88çÓë.Êr±{üË?_¿Ý ß3/4 õÚæ
ÿ ÛœoþßíÿÿFýÿ _6ºûÖ×Ñ Ã ¢v?ï÷3/4p/Ò'?ÿ8 ‡g@³ ðB?uB#ÿ×èÇüï;ú kuÛÏ]Ý ^1/2_"¯ÿ
ÞŸõ ú}÷X§þß{ú1º# µ@Š.ý}uý´
÷û Œ-{÷î¿(r)*úOÿ¿ü{(r)ÿÛ]¯î}·üW¿¿ïÎõ¿(r)pû~¿(r)îèÁõÞ"¯?ƒÿ_ÿ¿÷þª"¯• ŸŸUþëÛÿþ-ÿö?ºþù×o¬
¯ÿ÷×-¿ÛÖÿëÇ[ÿÿKï-¿]}×þ¿Öëºëö Ò÷ïÛ÷Ûm[÷Vý+I¿õýÓkÿ
- 5NÉ kÿ¤ßl~Õö¯ ßOú_ôû--úû-Ý ×úÚÚßvºí(c)Ñë¶¶- þ¶¶1/2 ×ý';[!¯ºl‡í¥kd û
øam/öÂ[°Ò¦ l0-Ýÿï¶¶¶ªÿ3/4-ø_õ1/2è/á/t¶Â~ö Òa¥k"Ö•...í{K°•"˜a?`Û
ÃVÖÛ ÃJ
& Mµl ö
*žL0°ÂL0L ätˆÇ?²: Pá¶ "9, o@ñ Œ Â
Â
Š Bv5b˜ ,
Ø!@7
ÐC`¸" ¦€ñ!ˆ(r)˜0H 6KÈ8(c)
ðr> 3/4 h
¸l ! A,
`"-A
0C"`¹À˜"% ²8' ` Á°Á pp`"
ƒ ˜3 '-Á,&83ÀÃ :'-| `ÂR#Ø0SÀ¹81Ã#'rbDÀdpC`" q±±! ... l%1ž (c)‡ Å! h4!ÅZÅç
{
ý-ÐT M ßï²#Ø¦+ÿ}}%¸ÓxZ
ßV!kqW;Šb¢¢ î!E>Ä±ß0â ÅLâ •Zb¶B1/2‰7¨a%A,d$C
Ü0¶ ÐaW°·â A"ÎRPá Ó
2±a" M0EÐi' §8é"Õ
i¦œ4ÂÝ§ß `ž·x.
ÿ
-ðÂ¬4Âž a`Ðaxa4- pÂ¦ƒ î aPaPa4Â
Œƒ@SÀA,
)Ç 0GL'ˆde g˜d¶ª ˆÄDDDDTDDDDDDDDDDDDDDDDDDDDDDD ö° q#7>‡ `"D|DlDG
Dt#ˆŽ?I Òí ÿ×KÿK´ ...Ú²cH
hCì(tm)
nHC(r) UGÿµÖ1 ÿ *aL"Eu˜²Šå˜Y';( t
¸...L\¯â •' Á -ë È gf + œRl
è áWÿïì'øUê¿ÿOëgiýÉ@Ì... Žgd,ÉÆNõ˜ "Né•‹5ÆKYÙ| È -á3°\¥Ó œ ;Á$ ¬×"," C cB
(tm)A
7ª þþ"ëÿ1/2_‡¢Nü5ññÿÇßð`‰ ú/þ
Óz
Õ ï¯þ-ÿôƒîáÝ&þ"_×_ÿÿ^"kAÂg'BAœÉS9 )ÙÄ$ æ€¹8"`Bù@-K É ±š"5
^4 4" ‹Ä¬Ždf
ÌŸ"Â= îC #¢v +0YÃ5'-"ZFû$Ñ¬ äk#C%ƒ1' R2 Á Ñ(tm) K% b)òè†3 g2>u ¬œÑ Ñ
T
˜ËÙÂ5 ÎFdHF t
jE¨Žôàˆ cR) Ð‹Q
-ÉÄ:Š^ ,âJÁ hE"ˆ < ¹hAþ† <'"Ô Â

!ø ðš¦·a0fÂ " A¡ ðA,       §    ^H$I 4"q a", dâ" ` "
  a Á
ÙE"0"X Â 8)ñ

¡- a
ð`š i" Aý¦ 5 0‡¸A"5(r)" a:#vC^9Ñ äŸ¢N4Fá±&;M   ¢7zïñhiá}4Ó]-uü&'z¦±¡¯¥
Ðü'Ý¨Aü_¦‡‹(r)^Çr1þš%lž í º¹ Ñtnäž¦s1/2
‹£    EÑ Fª a ²- "Ø^`-

-Ñs¢æÈz.àl\MÔOÚ%Í":a"æðþ¿š a           ö÷4Ù
  "¢~âû GÍ ôOàáæ› o %ý ðÂ
  ì‡ƒ1pgœ¹¿ KçX ‹-6‰öÁœ¹¨É .   ŸEÑÁ ƒ1gª$ä : -,oôƒ Âz  6"tÛð›Š-3/4 N,
Ä!á: 7   Ü$ƒÓ‡ ûU 6 8" 0ƒb-
IÐAÝÒ Š 6,þô,
õN, ôï
ƒpƒpñuA7AõA7¿ýðž›¤ÿÖúN•×Oý$ ¦Òútžž°á:N J"ú~ôž(c)á$ý==?ÿMïÕ?Ât¯Ø_Ó¤Ó"WÞŸô(c)ëzÿK
Iû ×ûþÚMãŸu¯ýk×ZÝ[i%_þéU¥õ_ôëÿ]:NÞ" ûî¿¯Û " " Uì{ þ/Zú‰
  ñÿ°ýzn¿÷‹¯ãCb*þÇ3/4:- ¿þ‡ìu¿Òÿ(r)= âéÃyHý
â"†¿þ?ÿÁ
"ÿä8 ¿¯úÿÿµCû#Qu\" ò&   ëþÈ(c)ÿí(r)ÿ}ÿÿÑ--B .Èr•[!ôëý}ßõ÷-9£];
×Óuÿý ÿüƒ×°õ¬/íû è×O×ý ¿ô¹
°1/4³"Ä...ì5ûþeÒuÿEÔê FýC}ÿÿÿ8 ùÂÎ úðß¬ÁtJüêÐ³ÿûÿ-- ó(c) ùÂwâÎ&¡'OÁ-~¿þ¿
Ÿÿï#ëÚ¯ÿ ÷£ ïEƒÞ1/2 -à ë×è-?ÿê×ÿõÿò%Þ, "Ïò2[KÿÚOïÿ÷×Gðý?1/2 °ý ¤ wÒš˜ÞÚ3/4-éwÿ
æ¯?u{i ÿÿÿëúZ¹Q‡í#û õ8oþÎ‹_^Õµ"ìÒÛ_ûÛ¹Ý‹z¿ "ºöööðþïm]}´¿÷ÿÛ¿^ÿ¿öÒ"ì†›é~ÚávÕ³¢û^1/4
·›_JÂý- ×ÿÛÑ$Ý ÿ]{Û:&È}...ï_ÖÉ-Ÿ^¶-¥kß¶tV-ý û[]ÕÉ
È}(r)ÚÍïHM¥U¶ †QXa$þ [   Û
X`œ0"iAªØ,4¶
×ÛM°Ÿf-°ÉÛaRm† ÛX~ÁØ[
...Û'v Øa[
aa"f"
+X6Òó6Gì0NÒìlÒl+a8k
Î°œ0V ,4•º"   †

$N fÑ  ðÎdòdvÃ 0Î
Å ,æ€ 0Å13ƒ8 1 ÅE1QF€Ã  ƒ
S ` › Ä  Àaƒ#Š °Œ X3c6 DL \ƒ¨Ä0D› ]      ll Ó  ›'Â
   X0DÜ" 6 ƒ A ...1
" ƒ.6(1 Ó h
±@^-Bq ö0@Í"6
FÆÄ S NàãŒ  ÐTS cB Ð‹^¶(1Wý¦1/2  aLé...[
¯  öB1/2-Šö)Šö)b[â·b¯¦+Ø¦+ö$ÞÕ"|S  Ô‡µÒ�ìBköˉL...}S[ 0"k...
µi...   ÖDvìãÁ" M2cØNÁS 5‹-" MPké...°NÂÜ0L a"íTî°ƒ
¯`"ö(c)"×0áA4Âé¬0ž¨Mnì `¨\ð  Â¦  ‹ Â
)ì& 4
¨4YPPå
U"Ê £" É.
""""""#b"""") ^^^^‰
 ¸DDê†Œ̂2Â  *A
U ¨ÑäGD"! ŠEO    v'Ub""""""""¢=*úí*-æ@†BÁKN°*ßUÄGü~;§; 1/4ÈÓ-d"gj

*tW.(c)l...Eu¬ÈHÎÆŒ(r)R3"  Ö)"'û  B(r)   -}  ‚h‹#
ïÿëUWþ-ÿÃ   !}  y   ð‡aŠ|W2-#  |Æ|£|£)ò:#åó`ûÔ¿pàåpLî'
  _;‰ÐÉò  A  ªƒ  ¥   :  0AÐA,   ˆÎÈ²+(tm)å.:œîd  ÿmGÂ'Ÿ"éð'#  ª¢1Ú§ßW_ÿþ?"  Ö
O   ŒÃ  É>   ¤np@Ý"ó>Æè!¡ú¯þ3/4"ÿ}¥²º"(r)Ý:Âoÿ¯ÿÿ×éûuŽÓðÓOù  -  ÿöwRÏŒyTì"D1/2  ìƒ
ŽŒˆg3¡›óÎ§"0ŠC:#¢0   Ðfjwâ  ÌÒ
ˆ0y   a;  ApÈD  \2  ¤...A  ÄÁ  ç(  hE  êC  P3Åž  Š^NFÇŽˈ¸ëOî¹8‡AsX¤262  †Ù0E  ¦!ÔBñ  eÏ
Ù  ":‹'   AŒÈ,¤  DÀ§A      HLÀ‡@†b-  Ì!  #    Â,  ¸d&"HDT(DG,!   Š  `  ,  !Ø`  '  "
&xH°L  dré"ÿB}XAÚ
?u      ý¤  TôÂ   ÷ÕÝw÷XAúá4  øM
-Bh<  ðƒ°L  Â  M
á
¦žƒAá0ž  áPj°i  ð3/4šb]*‰-¢Vìi   "VÑ(d;1/2  Ã÷I<.Òq}WÒ¯ïê¿   þÖ-44ôê4ø°3/4¯ß  $;Ñ  Ñ'
%
  €h"  DÝ¢yDò‰æ%ÃD±ÉçDâ  Qœq7Q>
v
   †bá<  7ƒ82   rà  ´   }3/4   `ƒW¢èÈz/;0(c)9°d¿ëÿÿ¥Î6kò   Kòæ   žŽÏiÃ.ÉÝšt_åÏƒ0,èÁ¯¹/ræ
ç£'÷.1Ÿ  z  4ˆ¡Ÿ  #F
åÏ£@   ç=

$H  Ò  7  -  <  7
°AÎš  EÁ...  ƒ^   Ât›aâß       ÐA¿ô  vz¦ê›^C"¡7   õ¥u-òãïÅÿa:      ¬ýBé
ªqm   è úAº... ƒ‹Ã
  ƒz ›"Ú
1/2  Ù'  ¦éàÅ  Ý==:N-Áôôÿ úÒy  ¿-ÿ-Öþ¢$  -  "×¤3/4'üCßWþ´žÿúk÷JúúÒ·-&ú§KIúu{IÒz§ÿ§"ë-'ôÿ
Úa  ä_ô÷×þ:ëJ›ý*õ"ÏÒ  þé-÷ÚýÒz~÷±BÛóÕõmÿîëø·(c)
îÆÇ´>¿ÿÿÆ  Ê±W  þøôI-ê!/ö"è%ù1/2ñä4G_ý~(c)  Ú¶?"  üzÿq'bþ3/4£^ŸCÜ‹‡"(r)  Ž
  òpOúÿÿ'ÓÁ-¿ÏÛwÒõ{ý%^µx‡ÝM  ?_îó@y   ø!ÿïÿ,  {·ï÷þ
ý{"  ATøZÿÿÿ1§
Ì   o(tm)F   ïü  -ÿÐJê,_~œ/ÛþðD  VëO.Ë  ãÿþg+
rœ%ßõ(tm)Kÿ0>¿ß10Ã
ù"  ¿ÿÿÿ§Ñgï¯ßéi  Ó  øKð--ï¢sý  Zé"é:...ý  Mð"Gþú    EÓ¯*[ÿþ<?ÿr*Èƒ×FGÿÿÿd/3/4  ÿïïíû¯Mêþ'
^'OZü  ßÿ§tÞ,r  ý  úôê×h'¿]/úßáwWùQ†Ïðoô¿ö×ÿÿZ÷o_  ÿßí·
"¤   ûµ¯_ï"ÿJî7ý/ßÿÿÝÒ÷¿Ú÷j3/4ž1/2ï¿Mÿ¿a  þßî1/2Úûíë¯i{zOé  Õªatuv  FuZÖ>¿÷
%(r)¿ÿûkŸ¥  zëÓ-ß8úêôéüëkgE...ÿdoÿ"~Ù"†¶P¬.Q¶HÛKãl'Á°{þÛj3/4  Õ1/4%"êj  ¯ý1pqØ^¿°°°É-H
M(r)H^Ù"ÂÚM...º²EÝ¥e    †Q6-...†°×a"WÃí[
ÚúÚ  o"Ì@  ,
†
  #  @Ø`°ÂV
a6  $Ø'
*vðÁ7Óa"¯a°ÒîÒêÒK¨i  aUvÂwv¶Èw"V  †·waXjØM°V  V¦ì+
+a8jÃIƒa,§°ÂV
Ã  a¢   "XàØa  ~  @Í,ì0Y-(0H  0I†ppË'  Ž  æ€Ã"  Á†  ;àa4
6*66&pq±AˆDà¸  {   äT  Š3    D  Ð  @Í"  @DjÅF¬R  -     NàÏ
Àƒ0`  3a
ö&pqWvÄÎK""áQÅ1@   "Bp¨(tm)Á-

U1,  `#  ÆÅ10ö+baìK±QQÉ
)Šb3/4õ3/4Á{

w          "ÓL& ^á...^×Ó_ô×OUí~· ì.¿al"‹        " M. L.J N -ÃL a0¶   [
Ã
wS¸T A,
/i¦¸^°B Ë   2iÎ¬ 2E¡ ^d¶   D'   Õ aDÏ...
qÕÓ'aa"k  4Îé Â4L§4  Â
(c) Ë  ¸ Ha"NÐ†  *†€š a  a  0A,
   H   a †   0PB
Á   0@Á `"DDDDO¡      â""""""""""¢"  ^^^^^^^^â""""""""""""ºþ"(r)(c)"ÕKÂUËr¨* ê* F  ...-p±
F?òÕ  ÎÎŽÄòlñ_²m ï, ¥ŠÝÉF(tm)R  MNÒ v Lì! Ö"fD  Î¡?m+ê3/4
×ÝÎÕ  Œ"XŽÎ†o$n¿ÿßÎÃŒÝ"@¹¯h6
    è
ø§,›
H    < fc>  Àl<
œ
   a  Ÿ \ ž ÌÂ  Ã "Çeõ$3/4w
;  ŽÄ£°%  ¤Ña'q  é)
~jŸîA

'ÿ  þï÷Ý=Ý?¦1/2¯àËæ
È(tm)ÇÎ_Ñ|Í
ž$
"9a`Ñ>¢xÁ¶ d‡8å  Ûd }ý?ãŽ?     í }è:  :A3/4(tm)Þ
¨è ÝƒA""  ‡ƒ:  3'
'§(tm)¿!ä3/4^5   ý  ëoöÒÒ{Ò°›(c)=  ÿ_oÛÿ÷ÿÿÿù 3XÏää(Dæj/ÿû¦à^ÿ1/2ÐÖ-  G¿÷ÿÿ_*Œ...,íÕwR
%ì"Ç'ÕÊÂk<"ÈèŒd¹(c) 2]œò¨D%ždÎ ¦l F0Ê¡ ò
Šq~Ëc1'xá Ëèœ_ 0ƒ    "† ? ßÒn¯_éò÷ÿßÐ"ÿÿW ¦¹`B@L ' aA \TˆA("
‰Ä)Â¦f "
   œ^ (    sÈÀ"0¥Ïøw%aÁ £Á `äDáš p~g">-š :
   a
"
‹‹Í@
   d
:f^_Â
!§  ‡ùë×*°3/4×§ïÏï÷ÝþÿÿôôÓôÓë       §z   "Ðð∫COL
~ƒÕ/Ú}5µÓIcMÿ.n\ÂÊÍ∫%òO¿ãý=_3/4ý-ïøÿä3/4ÿ-è ¶&°c‰qDíöÄ"¢v  D³"Žž&Ê'Ý Æ‰Z"¿'(tm)>
^îôOœMŽK›M  H¨¨Æ<Š/á-‡ "  âþiÑs†]¶[Íó]ô    Ü'"_Óoí¿°° ûÿÿï z},
   t  9  0Ú    rH0AÐAÍR   ,
   ŒA"è ÂÐ Ú  "‡ÊCA  ÁœÅ  4aè80~TÛ ƒT ¡  |Ci
   í5^  ôÚÓOZOñë
ûé=ÿïÇ{Ç¿ëâð(r)ž ,oë§ªq  §"ý: 8ø°M.,t  M*WÐÓõÿÿ]ÿWÞ¯ûÒâ(tm)  MÕÿßýý  Ûý_u¥×Oõi7iwõ
"ôþÿVþÛôúÿ_¥ÿú"ÿä-  éì  ¦ÛêÞÝûoÿïþÿûî¯ ÿ¿õÿú  OÿW×ý·_V>?ccù"ÿßþµ  7a  âuß^Q)ÂÿÖñÿ7vûÿ
$dPuõëßý}        8-ÿÿå  òZ  Õÿõ"(c) ?ÊpFE¬ŠŠðCÿÿÿ
yù    ÓÓ èÐþëo¯Ö¿ZÖü!  ÿ_ÿ^  ÿëõÂÁ4WÿzvÿÙ
#XY
A
   ø_óƒó(ÿ1~cí1/2{ÿ¦êÿÿÿÍ-¿ãð¿ÿ¿_Ýi  ÿ1~  _ÿõÒë
þ‰äó  ÕQ<_ûëß¥Í£íßëÞ
ý¿¬S÷ôý  u×þ¿×W¢ÏÿµëY  Ñ  ÿÿÛ_È  wH  9.dAþ    uÞÛ[ÿw÷1/2ë1/2  7z±"k¿úþÜúä~  ÿ÷ÿ  Z

ÿþî'}'  ×ïëòŸ
ûK4ÁÎ  z"ëØVþý~ëµÛ÷-êô"ÿü{ý_ûûÿ(r)úµïÿÛ_miz[öÿêþýþ¿ýõî3/4ÙÑ0`¿ëþÝÓil  ßí6CMûÿ¥ÚL
Wê3/4ëí¨]ýÙ  Óÿ ƒ
.
.3/4¹Ñ?¥ö(r)-U(r)Ù  õû×ð•ä  ö  ‰1ì2‹Û_÷µ´3/4ŸþÓl%Çø_ë÷÷
Ÿ¥ö•"/¦×mp-H_±öCLv1/2"aT£Û_µ´û´û´Û
¶    Úÿa}9ß
 ±†  Á›  fÂ2NC    ä
    ^ì‹ƒ    Bt 3AL  Èa  £`ÁXa D'A  #£S  "ñA  ã": ‰Ì&G‰                  ¶šÃ
žÃ      §°ÂV
`Š  ,
†  #£ÉN&  +
&Ã<frg  A,
2  äQ&oaŸ&C"°A(tm)éœV    °aX`§Ì"  àÂ@  ,    0-JC  à¹¯.ÈíC  ƒ  ŒÁ^`‰Ž

%        C‡
  Dr<
š   Ø¡Ø¯b[ïWŠb-ý  ŠŠô
-    ‹Ð        `ÌÄ.  "g      lL80@Á  b¯È  ."  6 Ð‹b¢g
    ¦ƒ
,  ‹bƒ
~-á¡  Ä·
    [  ¦...4(c)¬llk  ÇìW  Ã
`1/2¯þg°·ý'b  A-þ1/2ÿö¿¯VšOä+ö  [
ñö‡...ì,4Ám|"/§œtÂa8au0ëö  íD2‡(juÄDDDDô
  ^^°B  `"DDDD§FÐ ƒ        "ƒ°
&QÊ
-  h2 &|@Â`^!Œî  0ŒÐ3ÁX ƒ  0BÁ  QÂ  Á•  9N ƒ"¤†  0Š  ì0¯Á    § Á  )
,        !
¸0¯`¯"0†|/D
  ^†  ^ŒG                    DDq          Q        ×ÕRU  ¬ê"X¢Ö
S±†
  ÔTe°@°a0¡q  °$É3U    ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿó±q(ƒ@h›1/4"s2TÈ.Uü9ÚWê
W1öïÍ_fN^*;äv£(r)P  {éÚenL¬zÂ2@È  !Œ†  _  N  YJëò°Ú"y Gb  í3Àà ƒ>  gÃ"  ¨BFGò0‰
v§2ŸÝÓ×ÐY,ýNÃÔ<Šäüè1/4rxåÆÑþïL,53A  ...    A"
B
  3(r)|e  t2    ]ßÿ_•ïÄŠéí(tm)'  R¡  ¤jE•×ÐOAÐ@Ú/ô  "Æ  Ÿ  Û,V‹-í^Î^3â,a  f  gà ƒ(  3ÉÌÔ
yCïoýVö...Z?!¶L"ÈVD#  ö(c)°ë§A<'¤ ƒ¤Tn  RwEÃ'†  Ó      "áÄ"è(
ÏÃ"Á  5fy¢²8È  ‡!H"Ì¨,‡eÈ  )  jPh2tGÍLê²x×ß¯  µ
wÔ!%±b+rÃ-Z  éµ  ß||U  "ï;Pž  A¹"  7(c)1/2²xÑ"'      ØJÑ  íÓÓN!"  ¦  C,°¨!,v  C3
h    30  ÈL§  SZ03!fd3!'ÕÃä(áÙ¿ÆŠuZYï
  ?ñúUªkúÃm*  öé¢ÐAÐI

§¦(c)´    á  _a
i  ›êO(  Úd¡¢Oi"D  ªt  Pšh5!ÉÝÂa4,ø¡      f^ Ö˥LëzÁ>  Ê
ÆpÝ  fF¨‰",¿±ù~ÏÄž(tm)'BÊK  ÓŽì^´
Ã  N¿×§í¦  õãOO"(c)°m¤>{é¸O
  yæÐ*Dû  -yÑ|ê^9<s}  2W-ôo¢äz|š  î1/4XM0 ƒ  !žóÉA  h  Ó  Š,-

,3 94 ƒ&zvytº 7¨DþŸÕ)n1/2}iò0+"Ï ¿_Þ°é¿‡¶"ÇNÓ-?¥U†úÒvš-&ÕÐ[PƒÓ¥´ "Øiþ(r) ¹spSsFê
/ žXUü ÃR;¢1ëj ØTÂa4;7,
& á±
^É
×þƒw"÷k">ä åø_hœCwÿÒú- ¿²,Õ}Zkôî¯M¥1/2~-íý{t*1/28õÖ(c)W p O‡A; ºÝzm...
¹¦åñ>~ì)ºÈãÍm wt¡SOTÂ~x8AŸ
1/2Ó(¬£I¿Ç"ß¥[Cú çG0îqË /×kýµþ÷Çïï;¿¦Õ~Â U(r)ÿýkI Þ=ï-ãM-?uÓíuï{"H+@(r)°ðƒÉÅy8h"°‰
G(r)úSÖš-)ž 0 "
NPDIš²†ugÙ(c) ý'ýÝR³OV×ò~×@°ô !þY?"@' þ²
ö¿÷î-h_è èkÇÇ"ˆOöü,:êöÖ"¯_ZõM Bôê Ânƒï á Â
°š"Ê/ŸÉ?i m]îÂ
&¢ g"Œ f,›
}
Á2 äq D(tm) ¢&" 'ú8jEk ÖÒµ¿]ÿmCmßü/(tm);)ç_*õ-Ü Âÿï¿ª ÿ÷û¿ÈÀÿèïHÐ+!*ß ‰0
Á{~ÿý¨}WIz×ÞôÚJ i Óm5MÂ " ¶'m x6,.Û§&; ª
Pq BÓÀªgà˜'"
Ä]š@ â "Ž˜a*Øk_jy/vg6¶ýšzNO¥ÚK1/2ÓôÛ= ûI uýš¯ì‰
äc-'|ŸD£¿¤Þ¤,ÿ
4/¥úÿî/÷¶²p"tÈÎ
~1/4{Iþ¿úz¨N-ÈS¦ƒÂ-Ø@ü1/4zH1/4u% O .ò7°-
¤šq jƒÓÅ1^Å}ØN IÛa-(r)"¬5µsMß|ê1/2miÿÓIƒòtÖ1/2WèÉ<éÓ5 x'ý¿T_
Ãë¢AW3/4ëÿÿÚéá't˜45uz‹×Ýôÿÿ}Ã
Òê i: 8M7Ðx(OLÝ Ü ÛHž8$O°Ï9³" k}bk¦pƒN,'ØlluÅ1ßÁ...†-¯
Xi^ 'Ú[vg~ýWy?÷"+ûrtÚßIw
¿àâ &Ãÿ21/4Õ ¿ßù8* Õï(r)ª n÷_^¿¡ÿ3/4ƒ."\ j>1/2 PßÕÂ§I]'§ÐMÂ¦éÒy kô_8â""!
Éä0"8h;{±QLk °`°a&
.Ûké¶ ÿµú°ºý§~iÝ(tm)"ôÿ÷ <ž×v÷þ*ÿÖ Žÿú/êÞUœÕ¯×§×ë÷^#ò ò@öJò( Vô›þÕ õ‡ªwÇÛ-Òß
B""
õ"(r)" I0 ¦(c)Ø¨Ø"¶+ÛcÚö %o°Âí¯
[VÂ[i{kjë ªi_æ(tm)¹ÜÒïÚ¯ÿ'í ú3/4)êÝw--"ÿ4-ÿ¯þ3
èl gF1/2¬ kèu1/2~þ´×ÝWQ { S¡ ¡ Âa ši¦š¶š|Xáû ßLTl{°aa,kÞÕ¦Ù...Ú[
+
+Kï _Û^ÿ_÷5áìŸØü Q?û¯B:îüº ù×zKØx~Ý/ëûûþ(r)²0" 3/4...õ Â T! , `œD0šmðÓ‡v
BÆ þÚââ*+b£`×á- Øa.¿ïWjöÂÕpÓuu×ìÒ¿_h}{E÷"ôC.ú ýþ¿þ¿ ÿ^ïˆˆˆˆ†"C 2u !¡
' ö(tm) Ð5[A Åo3/4ý7ñýÿ
-x0"0^1/2(iCKoÛVÒß{4W÷ÂÖ ‡¿ì, -êüº+ÿïNä¢ÿ{ÇÄDDDDDFh Â
&"Z D\Z ‡-öß¦6)ß
lm¥iÖÃVÒÿ´ô›õ÷'G º3/4ÅL ï1/2?÷ö-£OûÒQèDDhDDDE£8ò
ãBÂiŠ¦íX¦?Xl28Ø0NÒ}nÂpö ÚUkîª-¦×ºö1/2Wš 2îý ˆ4
ÊÐ"M4 ¡íˆLlRl[v C
ØV NÚúÿjŸpÒßîö×ÚÍ(ëˆˆˆƒ 2e-ƒ"on"qÇ±^ÿ±_m,[
$ý"íoì/ P^‰Õ l' PÓ 'z
p·Ý¦"b Šê-Žöƒ
é(ˆˆi, B !hDDD5´ ªj·¦þ*4 DDDDCD3/4$Æ" z pœC
... B"8ˆŒyØ_ó³\(c)'(r)§z£Ùíx'...ú(tm)k•œ...¢´oÉ4ž*'"U$ ÎÅÚõ÷ëURž!¢i "+ êŽÖß;
ƒ*M3/4± /è¿
üR*"ÕTì )Ø-F}MÆšdvi'aÓ ¤ " ¦(tm)!}
í$öÐ]ÝZ•êŽ•ÎÁ Ú|§îí Ddq âTƒ<! ¤|£"

êf1/4‰Ç[z §Û_    (tm)
ö§uGflêÛ  Šm|.¹<Ô"[¿‹O›°š  ¡   30å  ò   A  ,‚Â
2æu5{'"é÷ōþÿVš'ÊûpÛôÛü(AÐ@óy‹Ö›Sc'_¢Ÿ§ªaðƒ#8"ˆˆƒÅ0
Á2   w"›¤¤²%'-þÚYÚÎ(c)ƒDþ·û¨[Ó¤õ    ÐÝª  /ŸQü"ù§Ò.Ú.êŽÚv¯MB
   vŒõ  3ÑøÏaà  (tm)äss<     "‡ ƒ!  8dè   cC<Î  Êµn´...Ñ  "&HªGeÚ÷ë¨ "ýí~‡õ¡§fúðƒÓ|žB
_Qydz...67Dá¢Nê›tûŸ š  |šaMQøþƒ      '  øp~!  |S
    a  N  C
2!  fy¯É  'lèƒ°:¯(r)Õ=Vÿ"ÿ¯÷U]zÓÕ’í1/2jè'á:It    ¨H&Ú@ƒpAØ[óû}m)±Ö  Fì  êþ  7h·wáxŒ&ž  p
ÓÁ
23  Â   ¤H  Ñ  '.ò^</èÉ?'oÎÀÖ¿ß{ÿ   ÿõµk  ÒµñßðîéX7‹Õh&ûoÎ¶úcH<  'n     ¹}Õa
    ù¹†  1/4p¤    .Ú'  'h1/4  ¢ñ...ˆa5u    |iž   Ϧf  œR  Èfu5AönŸÓkÿúÿõÿß(tm)...ßdZ
w(r)  kiÕø0ëÕ÷êÿÓÚK"(c)5Ó¤ÿã¤+OI7
   k è  Á
§}$žnrú‰ÛvÒÒÓí4  ðàƒ>ˆá  S
Ó4  ˆd  š#   }ßëö_m/ÿš
€´ÝRÑ!ßÐaûÿJ  ñƒvC  iûÛz¿-o±CïNß]°ü'|(c)ÒÕéÒ  ØZA|›"  "Å"|û˜²  |äqDÝÚ'
-',">Þ  ,hX í  ?  £1"  ‡ ˆ?ò1_îmxÿ  èG_iž~Õ¤4-Ò¿ÿü  Í  *  k1/2GhÃéêü˜  /Nž¬-Óêô¿·Oõzxí  i
ú  ¤  j›,
  Â
Dû      åõ(6  ¢7
J2ÝÒiÚa;°D/
!ÐD/>Î˜  '  >Œä=  ÈPÈÒ
Œ2øž...žz$û¯í~F}å      KØ  ÜÕñïO×ÿí¸_Oéˆþ›ZßR  =ōl¨Ñ˜VD  ÿ¿øa  äq}A`þ(r)˜TßT¯OM
ƒ°  &öøDuMp@Ô Ú   .../(1/4~ÝÚÃOÐ°ši ª Á2   3â
  q  ˆÁ%%|  M°[§ÿVÂ¿ëÿîå
b"4P...ï×E   J£N²è  ¿  › ïëÿk÷óÅU‡§ý  ÇëÇs"ÌÂ²!}}Õ~µkúý×T"?Úª÷¨"ˆÂwI  ÐÂêãEã  #-‰;ÂR
PÓÿÞ  "-˜O  0NÅ1Þ;ß¶"û¿(r)Ñ/v¿°y?ÿí  ÞŠ/4...õÚ"#  Åzòã7ëø˜Ñ}$  ÿÿþ¿tž,†  3/4þûR
ïz3/4¯âPê   WÿÝÓˆ¿TÒSÅ
ÁM<  Þ  PƒÍúé"‰oCDïÈ¢/5'nN  ¨N  z"    _±U  Ô80_µl/Ýƒªúõkt¿¹?~íÓÿôÚ
þ°A·ûû¿×'ßš˜¯Ž_Heëþ¿éÇý(r)¥ÂqÃïÿ¿†¶¶==Wè'ÒÝ&ÞÖ""  'Ià¡:  7#"?9xâ#B  E""8¶ÅîÃ
GµL0"  îÛÛjØK×µtžöÉþ¶ë{ÖöÕw§o_µÿ... Ðe
H,7í×¿öõ˜Nìuþëü]Aš†û"-(r))û}±
°õö  &é¸WXÓÂu
$üDpÉ˜ÀŠ
'-Š  [é  ƒ  ˆ8l  JÂ]
°->Ø]|úwëÂœ·ý×Ïΐ-Ví7ë  ußK÷Jj"ß~ŽÕÉúÿö      ïV
û4      ÕCUô  ±ßÿiúõ  n´  Ôt"r  ƒ(•   D^  )]¶Ûb˜Ü]Šþ
%ï
ü0¨ÃN  Kü4¿ÛWú°"Úœ"i"u}î"þ"kó×A#¿ëÿ-T¤  #"Ý  ÷Á{¸ïãyÝ˜ñ[ÇÁû¶ÃKé  ˆˆˆa0N  ¸Pa"-    î
S"l~ÇTÆÅˆñU"Û
/±OV  ƒ_L.  V×û¶ÎëÿìÑ_ÿÛ÷õƒh¹ü  úDQýku3/4°Z÷þ  41/2X=éb"""  1
!  a  ´  +¸†"8d(r)   Ÿz  ˆªcí¤ž,1ZlT;v  ,  Wm~Ò'"ø;ë_ü¹¯÷Š
×Eÿofr  §S^ùœúÚ  ß  ã...õƒ  ÷
ÒHDDDDDA,    Â   ,iƒ  D2;µ´
Z¬B‹á...Šƒ  a'�䒥÷¡¿G'  I+(tm)§þŸ ZÄ ZØ}¨ÅV-0š¹Nïè"+â  DDDDA""ÓM  h5±ƒQ±ôÇI_qíýpÕ´é
53/4ô3/4ô1/29¤ì~Óé9BÛׯˆa  1QµPƒB-kÿÞþÇ  Ã
õ§ý(r)ÚÛkõí§}"óMÚ-"  m¥   ŒÁ
  k  Œv"%A§Ã   ¶8~Ùqi¿†  ê  ö  °¶-jÚÿî1/4PDt8ƒŠ'    2wj  ûo¦+}¦)Ý·v8¦7Š†-Ã  ZûÄ$

"84Ð ƒ%|]¡w  "×[T×$=Šö6*ò‡Z]  ¦""
  ˆ^†"I
  a  1    ªh4×@ú×    ¶
!, i%Šè,$µˆë      i]ò1/2ë›¯]Ô  K  kÑ  ^3/4°ix¿\(c)#ù\"¯¯  "ÿW•ËVvDwy  G~  eK5çgDbE
  ¨$1/2P2    "è¨Î-4ÕnÅô×"ˊY4ÊöŠG
ˆýwpL Ï‡'Á  (4Í
Ì  Õ¦úô+×úyXŠÞ
'-*£u  uÂ'  pœX áÈR  Ô  Ð  EP1/2
K(-ëø úZ  -ñPi}èh  eãJ      Â/°6  ÉE:,#À(tm)      fb,
  dè¸ªʃa  œ  B~Ídj˞÷Ô¿  ý¬¬Ô  £E>      d  ÷wÕéôž  ÒMÂ  é  ÛH»"-m  *-Ý&ƒBâ0(tm)ðöo  34
"  !', "ã$  %ÎÊ#¬Cva  LéQP¿úO-'ÜŒ\U/W  Ô'¬:zt(c)'¶(c)ë§¦  ‡A<  è  Ü  7^98ÉA    .Ü  Ûª¡
    8°¡
ø†,
ø¦8ƒ  0BÍYàä¸¦
ó0ù8Ê  †+d    YÔÎ†Iå"¢...¯ÿèî Ü 1/2;;  ŽÌÒØ;]ø~Õ"ï/oôût  w è ðƒ
á<  °    ÎO(Ù-tn¢PÑqEÚÁ¦š^šð^úïë"Â œóXs@†aB
Ï#¯`ˆ""  a  Ì3A    yDkÓ¢ŒÈÒÿÔFÛ§Âvægdz""ÿ§oÿî´¸X¥í"N-ÓÖ•Âm Ú  =<
ð  ÐAç  Í œ  É[Eæ  òVÑ-Í  }5DQÚ¦š
,i"ÓXv  faB  ñ
ð@ÐyÁB  PF^ÀÎŒÔÈu  $ÖáÒ
ÕUÎÔRzD'':
vTOéEw÷T‡ý(r)ö1/46›k¯§¯Tƒý:AÆëIéÒèïë,
›Pï      è  'Ò}  Ù¿7ù,spO³pp'vçìØѲ  vé  -š§  Ò"Â

4  f
  f  Ph  ...;#ä:    'ÆAé=yÙ¬)þš

ÍU3/4OM/  ë¡oÅáÎþ" a?Ý(r)ŸÿÛÞ1/2*Hi÷§KN1/4Zo"ü&Òqö  Ót  H6,"-ƒ¤  ðƒ°  ¹]Fú7äo
-Z.Ý ì&  a:[B  áx³4x:MÜ8ÈÝɰ{k"¡
l](O¿š-[[Kø`ÿÿãïþEwJ
×ÿðúÿ¿-ášêþôÿN=uP±  u-§§Þ  °A¸\  Üéäÿ6dò‹ê'vNûR7É  ö  v-",fy¤pRœ9¯Î(r)2C5äB³±oÒÂÉæÑ(c)
;--Ý_0  ùÌt]R  ÿÿWÿz¡ù      WCd_ýqÿJÊê¯ö3/4  JÒß·†-ÓÓzß¤  c¥ÕT,tƒÂm Ü'"Ô ô  h0¯h n
&ÎÊ¶"é¯ª
ðp§      Ä!    jÌÄ Å3E  ñ
ò9    ‡
  A  dµ$(r)˜T  s±MOiôâûioë¿M7i~Òrê×"ï^  wúÿ
5¿ÿíØ30ûîŸ
Û"  à�É‹²2e  'F:A'Í{ë£T"þ¯bî"÷1/2]mtûÒ;"  Ò
¥  ÜÛô\Sµ´  à@ž  A¨TÐ(r)  A"  D  l&ƒ  Ø]~ÂV3/4¶(r)iþäêÕíÿ  ªíÛþj° ?_òx  1/2¯õúÃjþ·êõ,ÕÆ
°Á
‡W  ñ÷‰  Â¥õPÕ'ŸoÖ-¯_×  Ž°Òß÷A  þ
‹Ý9  Ù8ÈŽ  YpÑpî"{°§
ÒÉýû  ÅnÁ...mm˜µµí>²}wõtÝÉúÿKöúû1/2î  ƒ°ÿ=_ò¬Ñ  ÿ"à1/2  ÿ"_?'GX0Â%  a*ÿ3/4  ßÓâÙ
ÉwZøa?ý¤×îZÒuzÚ§"Ü,%Â
  frÿ°M¤

,
  ü  x&  3/4h3/4ss›¨1/4¢Nÿ¨0  ¡iŠ  °ÔPa,ï¶    IµÉúm_{moý_r  ÿíE]òuÿ¿Þ    ÿÁ  ¤ÿè-êj
Ú4çWóL+'ƒÓV‰¿úðok3/4þ5ïø1/2(þ',#ÿô˜¯*Þôûôâ  nô(r)  TôÚN  M¤  @ƒ†  ÈÇÁD0...¶Š  X¨~ÅF

ÅrCÙ'¿éC_1/2´•[[_1/2Ô§U"£Éí?´¬Ó¿÷ë¿ÉÕµî•UôP°õ*(r)5  :n.ÿ\Š1Ý¥[_OÒéªÇúL
ëÿ1/2i÷KWîîët·Õ]'  "ú¿Ž"  ÏRhÊªhb¯...°·±UÞÇ1/40-...°  v¶›
*
+¥ö(r)°ßšõÓ¿ÛM1/2µUþÕµw¬ö÷äÿ"-¥'ßõœ'Ö÷¿-Wßj  Ì:ë×ß×ãÕWì  ªÖE/Óá...}Õµ
¯Ú]|DDg°@Â
  ‡i¡šq±k  )Ž;ØÕàÂ¹q°Â_
X0"
ŷ¥ai°¯kjšnÚZéZ(c)  Úß{wm§Ûî²ÿy-?N"WÕûéÉÔ¢j·¤þ¿ÿ'"ñî"
"Ôi=hY  xûôã"'"'Îª C    Êî"Ê£ áŠb£n¯|8ÿcbö=ŠcbÕ    Ð0V>  V Á"›
ØJ°'ëö'Ù⸥UÚÚ÷kšUÿì  -Ïÿx":û×ß'¡Âú]ÿª  ¯¨ï¯¨úôOŶ        e
z
   ‰A0ƒB"  È¯Ã[  ;"Å¡)‰‡qL'cbØØØ-ŠzƒS¯OÛ-°"a+JÒu  n¿¯Êv*0õý>Ŷ  ùª-j³W_:  -Ô³õ3/4'}úÿ
üDDDDDD3‹  KÄèE Å  @Â  ÔŽÐ'ƒL!|XáÝèo  q±¯
0Èé/‡{ö  "øKóé  #ñ¶¯¬N°üíôíúÐýs    ö‹?þ3/4"£0(c)¤
   a  dá  ÈE¯Õ  ÆÄWÝê¨  /î0¿|ƒî."î›jú[dÿUÞ"  "  (r)OÖÞþ¿ñ,äÕU  ^^ƒB
   ±Â
!  Ií;NûÁ†ž  W]VÁ"¨ø0I†  Mz¬Â÷Ù"3/4¡...¿Û_Ò~ß  Ã[ÄF  ^^^†œCA¡Ã8å  ç  ":
SÓ  ÅEE{
~ø0"
í...ïá-¦ÚpÕ×[ñÕâ0EÐ¤"  0Á"É
&1/2v+âîlU1TÃWcbä  'uì0°Ácë Du^¨Ï
•¡a48°ƒNÓí°·išø¨Ž  Á  Ò~2x"0"9  Ø!  †"CL-]§§kÔ  %ö'"'"$"]ƒ0á
Dêq,#é.vbê...ÄHÚ  úX&¨  Êq¹ ¸zZoë  •É4  £ªã´úc
¨ªç_-R@×p×è·5Í|84 ^êN)cñ;žv$";ÒE:ê  MÚóµ¶tj•'L‹v5
Ž•-.´  NÅ  >  2t\Î^K²ž:¬¤ïµ£µxÒÒþµ{Á  pÃ

4DðÁ
   ¹0ÉP2œÊFt"ÛÛÁ  A$"~ßX@Ùîý
h,Ú  4Î¡Âi"
§A0  B  áš  AÙ†K²¡/Á  þ    ÷-öÐI  Ï7/š7m  (tm)'h=  ¡
&ƒ
Y¤¯Añ
Í`¨"  ðÍc: ÒéCÏë]-Xð±-  'éàƒ£{`  tO³ó'ºUÂ}¦        ¦  jn        (tm)‡ƒé  ,#ÿô ¯  w§ñÝ õ[A°x
Ân¯Rñ¤óÉ°6Qpß    ¦Š  ":--.
NÆßn¤XÝ
°ÁV¿°ëÆéÇ§u¤  ¨W ƒÐm    "ó~O1

/Ö"úQ(r)È,=îîÇgûÿ÷kA7iØ  Oé6ÓÁ  ô´  Ž'ZL&ÿ-e
žh0Âÿì  ëy  /f,%Úûûì=GÕ⸥ZÒ‡ðÐ}"î-  ù¬æëþ¡‡ûÑN
à"¿_ßð`µýü8">  ,#é?Zh":Ã¤1/4<.1/2\  }.^/
ö¿Õ.  2œ/ûü§ÁÕûkª"
   ƒoÛ    =ÿƒöý
OÒ/ê¯_÷á†  ÿô,  H    $  ¥_£Ž3/4ö~9(r)h"UõÛ¨ëÚJþ  1/2êÿï  Înõ뫄ÖPýaëOZl  ƒ
ðk....‡(c)ÏöÕÿK^×Jþƒ žî¦þ¡,  A¤ëÃa  ÕišC¦)‹Õƒ^  KØi-ª  Õzߪ[ýÎ?uõªKî'E

áó\  2i'ÝÝ  ¦+â¨l¦pÕïØ5¿ÎÞ-(r)-¥úª(uÒP¨ë@ô  DD0"D2`HE"dp¯L[ÛL8....  ²N¡¦ƒJÞ  ^}Aè4    (r)-Ê
W¡  %xh4)  JÐ·á"úcc
Sxb1/28":Kê¸t´Ýq  g4NÓ^¨ï'"V-5°øJµ}Pp^ê    ñ    a

4Â A
Ò ¯(uþ1/4DF8">"4¸">¨4´ t'N'ùNµê•1/2‡ÂJ,#¨4 ÷AèïA¥·J ÒúIA ^

BH Ò8õƒ~ `ˆê¸UtÖŽ=>
ƒA ÒTGKZ×OÖ º‡(u Õ'@Ð~-ƒþ
k2(c)t ¤'I}JÃ...ƒ×
Ò iy j ÖúZ8ëT\% Gé-P<'
¬:A(r)µ8ëáå=V | Ð9Oá ÕR,#è(uÃÑÇWK t
PO-o
GëK8ë¢:ø"? pDt1/4=Õ'Ò é.=×Ô": ÓX 'Ò-èã‡ (| ¯×Õ ...-{# (c)-Z\§£ ô Ò
":,."]U*EŽ ˆþÖÒ@ÿúX2]!d~éT4 ý- u²¶(c)zëÂT ¥ª- Dãäué #ë "êºZ
ºðpêÞ" Gí(k@ˆë ˆét-˜t ª D~ }%ø">¸èT t,#ò‡MUá/WÖ¤u^3/4 ué #ëýRZX
A I >ªµ¤' õF-¤uÁ TÎ=
ƒÒ¯T-²>GpÖ
v¡ ×@Òàˆëƒ¤ Á ú,.¥
¯1/2RÿR‡ZT(c)xA ,
è":@‹¤•
i{Kï(r) "ê ô(c) uxJ"
8é ¬5ÿIzXDuÒÕii--_E
,(pD ò‡Z¥ á ×Á úKƒúAÞ
$ º- (c)U+ aÁ Ô"‡Á ú×à‹¤§t1/2$'ã %K ¬=V
ô¨¥¢:õÒPàõÐ<.º `AÕu@ˆü V- ÒJ- -,#ðÖ•%àˆëI‡PD~PùCÂø>¶
ô-¥E õ¥¤Fî ºª GÒƒ×ªZƒƒAÁ ¡ Xøt ôwÒ
t ¥IA ôƒ ,> ôPë¨> ºÒ¯A ÕA ÐYCá ipD}U*...bŠ C G - j ¥
ÕCÓ‡ "?I"Gÿ ÒGu
i*T ‹¢i% O Gð|§UÁ ýt ‹¥ƒm | I #éé #áWT õ
µ,)ë]Wô Ã‡ SÕTº ôwQÃA"qÔ àÕ$ ºOU¤aÔ§ ÿK¤¸Dué ú¯PDt¿ðD~
QÇÁ ð ô-T ¥]}*ºA ;(r) ¤aÔ ü¡óŽ¨Ö×_¤ª?ýRG Ð~ƒ
k¤ƒ" ~'ŠÒJµ (c)$Á ô 8DuÐhî¡Á-pôaÿÕ*Iz
ÃÁ úT¡ D~[õªƒ¤'\Õ$ ¥¥õ-C,íBƒ,#éwÒZúªK
#öµ •* Ž¶žº
i/]%Ôk Aiu
-ÒIJ Á¤µÁ TŽ= uU"Hz ˆé(8Du&Ã váJë&Ec²k(r)
ÔI"¥õ@ø¨5@‹- G'†,Z] ÓÑ } £Ž'T3/4 Òú GJ"¡è z[K¬ ƒ †!Œ _ `Ö †Òýj-ªè ƒü"P-¥
'- ",ÈNy›öŽÆã ÑPI
¨$‰{¤¥ "¥-i)‡Á"PúºI% GtFëè(r)Wvä³;0a Â < fº#P"m Òë@‹(r)
SÐ8Du...A"£(c)Nº,þ¿"ÎÂ é"Ò ðEÔ ¥<?Ik
Ÿ"ºI h K¨"?ZÝ Ûß¸ú¢~ÒEãDýè ¹¦"Ði}Á ÒýRK i/Š $ `Ž:]-~º×'zoI´ |&è_ƒ/{
ë-uG RÁ ×W‡ ×û¿Ž,
¥ON'OÖ..._zÖµª œu¬-% ÿž †2@§X3/4hDa) -xÊ†F
]-D "ÉWÿé1/2¿o@ç ˜ê•¸-V ">-8ê ¡ê I-
×ü qh3c " ë
, k
"Y¨!ÐP@Èa S6gŒÔ.Q¹â" ÞB )Ï"Gï¯é%ú ,ÚÐuæµÃt•Ð"?H-" J'ÇH _^ ÂÒxOM
" "Óº˜A" !¨
Î -C !†p@ñÒÜ ¤£nPõK×Zƒƒ Õ.'Ð8?‹0"‰Í d^LÅ<Ã'D‰û‰xÂ%Œ× Gn'7"G Ä±Ú
"-éá
ðž ÖõWºI UèRI

A ð'é*;...P¶æ · ',
†... àƒh "t ¡ p Â&v
`ÏH³°fH&ù "éDürs`Ìt‰ÍúKj"ê $¥ m T°"¤•,%I$¡Î:¤ ûÃ"ÐMÅ
j"t §T v Ðn"H7Âo t qmÅ ×þ·Ø`'Q\ - .¿EG@ˆü h A Ò
hkØ=U.(c)ô›§Júx8]WO×ÓÂwÒ~'ú_Ì
`,#-Ü=/JPê ¤-A, ÂI*
'ÇT• pýmÂ-éêéô›¥owJô ÒêïÂo^ ˆqP¥ ÕV'T
iXj•*&= º ¸aßÓ×ë{"oOTÿÓÿo×ëé%é%ò8qQ·*-V" GZÒÃ@ý(":KIP"êwXM5ÿ×þ5úÁ ÷ ±ßû×õ
þ d ÓúJ°|:FtºõªJ--éNÂ ÿ×3/4ÿëè ¡dÀT ü çP~=*ô'ö q + ij'Z
R‡S ¤´ ¤(c)UÃó3/4-ÿ_"ÝúÿÉp" þÈ`",þ'Þ ü]§¸"?¥ GÑ!ú£
'@Ð5ZJ Zªw3/4×¯ßþqZ÷2ßæ #r | Èù ~Ã- ïá ê,-]å é.
ÒT -Tãå>qÖ-"":ªA|ï"tŸ õ×-_¯ü!0iˆ"G oÐ"Ï1/4¤-¤¿†MêúduKH/¨= ¤ ì%
,%Uÿë_ÿ3/4ÿÝ}Á ,&lŽˆÿäUÞ,ÿKô(c)û ˜Û¥Z"ö•
àé82?(t--"": ±Ö"Jõk}þ"Ö¿kïùH $ uöSáþ¿ÂI= -ª(c)C¿¥I GÐ"ê¸":T¡ +ƒZI #¤(c)a$ºõéÖÒ÷íomúï
ÖÂ š±ÿÝuïKô ~ ÿt *
"õ Gø5-(kduIU Ø86ÒýÎ‰´-+V×oÝÂ ‰wÿß(r)ú ŸJÕ"}-z^-b-'¤ê
n ˆúÊ-'¤'...K" ö _ì&Ã[I³¥¶ ìë¯Ã:"Îˆ µmuØfµ¥íÐKÛ¥I(ÞwZé.¨ã-aÐt -
, A Õ -·`Á"p œ!ñ, † (aX`" -Ã
þØ@›
õ}...°¶H¬. ýRÒÕ-å àé ZCœt°D}Bj(c)CAR GèqU†!/lS J ¸; N Ø¢€!Ž 8lŽ †lP@Ï"<
Á& LŽ˜a yu`¬0U¥I† Iv D3
ÿ)é ¤ I-$´'ÖŽá:Pˆè pÒ/Ùì Ða?°A...a¦
aX`"M‰ ´BA¯ Ä* Ø... Ä&("†"=Š X¨...8ë"GV(c)PT % Gàˆý% ì ¥(x pÈô4-
"""
¡Ì¬!
2$ "KÄ|1/4 .š
ßž aml ÁzMtÓKðø>Hu
(:I.Lpˆë¬0Ò@á Ò_ )ðgHÄsì Á `ƒ V á"A¢
"
D o(uA øI t¸TaÔ§I ÒB(tm)7
J ˆêâ
'Ðˆˆˆ¤") ò‡zô (r) þ 4#Ò £H$ Œ8H":ùh"
ô¿¤´" $×,#(c)Cú`â8 ¢ mÖþÁ ûúJ¡v•RÁ"I0(c){
Ž'I(:*
Ò¥@ˆúJ(c) 0 Du
Mk8þáè%... EÔÎ ppD~wB'
Ž
2ÛªªI-ð K(r),T-PÕj-á#²Ôïþº¤ª¸^q×ÒB,¤ *'ÐŠTþ¨-*† ¤•Uh`ˆýQÇ C)¦~-ê'¥UIb¥Ž(c)%‡ÓUH"‡ê(
c)kH #ú_,.¡ªÒªû}PJ1/44I, 8ê¹ØV C"*"}#ŽqéR&=*KúKø":(c)ÙXÐgwšd(c)t P"> xKKé*F A
Á IR¥ü%jÊršc‡¿HR
_T´•t
`ˆü¤1/458÷Ðro ãô -•uQ¥
º àeguå$v ì §6 D-Ê )¤-%- aÖ é>'C
0ôµýwà çb¸Ax `É(!`Ä ‰ • ˆ"
ED@diÈ Ð'h&ðˆé
¤'JºJ-
J¹ "$ñ¯CÁkL OA,¦ Ó =VPýt°-•µKQH é #ðô0FŸGdäN}/DÇaB# ¢1ØTÓ¤Óáõ øKK
J j,^Pé #(r)"¿Û ô1/2 ~"†‹E Fˆ¢

í  G8  ¦Ñs
v€'D  ¢:í)C°,T*f*iPJ§  ppá  ×_-  øA}7+é:M I6ÂoIá>*f*
?J4˝Ò
ªðd{Kþw¢ïþ1/2,z
,t
qúm_œ}è  !M"ºpÂŠ,#¨4
%Kù C(c)-  ±  Â  Ã=-  ÌBpšNt  ‡œ3ì§  dhRªÓÈôZM¤•¿ôÞ  ¯  Ä,à¶[($  O¥‡ûãL w`Ÿõ,  *f*
"  ²  0D4T  A
ýÎ  tÝo~ýü">²C¦  B‡PiA  ÕB#"í  (c)  Ä÷DºÖ‰]ß]8°¸N,  L"^    þÌ/]*ëýôaÓ  é
˜U!ì  êS(r)  ":‡  \0˜M A†
é    l  A˜³èœØd¬MŒø§Ø2è'  Û  ~/|kßïõþ
3/4  @Ú"ÄPC@ˆý.Šuú-  ...õÐ A¶
"ÛB‹xl  Mõç   cWJèßúO..."
  aUC[‡ÿöúv×Ò
Õp*f*z      &áð¶|?~Ý},Ù:V¹Æ·Ä•&   ÒÂ#¯îé?[izMîûú éýýW£...á(‡
'ð@Òô..."Œ:ùC¯¿èßýṏW¥·ýô?á
à"0ÂXXº1/4"ÇA",   -€¥ýþŸöÔýýßÂOÿöN·âýdýÁ,Éøj‡#Ø ';-dw
Ž¨hº×úýÿç[_ÿúþ"ñþKÝl8 ØL1,| Ú,t  *f*ˆ¡ÐA   °Ô¿¿ÿ¶-ßÿ_
    àŠ  Â
ÞB1m  öÂÂàäÇ#†•Wßÿÿúýýþ°ëÿþŸÃo  64é<H8å
(c)  GM D}  ÿÿûkïÿßÕ_ÿÜëWï¤ßt  ¨=1Aÿÿÿë÷ÿþ¿%¢ü[¿w[ýt(tm)


Jhãý{_Û_¿ÿõÿ~·¯éíŸÝÔ1      #þ'EFG_ßm/ú÷µÿ\#  _õ3/4×ïëÒÒ
.'@ø  ×û÷_¶Òþë[ü-Gë-¿¿ÿÖ§    eßôŽëþûa,‡û  çClÕÿúÞé  ë¶ÚN(r)ªº¥"
m
K  •}v  M...ÿÓ°~0-ðÒÉ  L0•~Ú]   vÒ°¨î,K x ä
9OÎ   þqÒ  GU:8.H
  ØplTgÂž  Ñ
¬0`¬  %
   80"
     Ã   Z{¶"
&Ã      6   ^ˆr  ð"aA#(r)  B""$
!Ç+Š
!Òßþša}{  ˜""˜qQ  Å    X£¨g`Í×    0a& X`'  aª¤Dp¨5F  DD†Øä+(tm)Ë  Á¥Ò°¿Ã
...ë"  0^*f*L,ZkëïX  Å1QQQQHTTDDD  ["  õ  H¥%Q    HX@Á  Dl  A,  `šï
8`˜M  *f*  4  PA"   )Ç""Ç    x æ  ÷+zf^"8ŠB#â
ÊÙ2Œ   À`(tm)†  (¨8á"èØ   1}.•%â"""Œëä(tm)dpÊ#  6-_  ;OªIÐ‹+f§*f*ŽF9  °8  H
Fä+-  Hi+  ª†  @õÄ̈ÊÙÎ9nDs¸^  ?  Ã-  L¨0åIÖ(c)  "v
-z¤""v˜#¢>^#Œ  'Àðĺ#,ØH[ÙM#PÞPê±   ±Ì1/4\dq.W[  +‰*f*ªÊf(tm)  ÂÐ=hD  "¬3/4]  ÙpÈ  -ú
XÝ
î-   ^ˆšó' d  \·   ZA"ÍKo  ...¤>  ‰Ù̈ª$"8g#  ê")3³RÜ}R  Ž"D  Ô"hUi!¤W    uÃ"s
A  êM†
¤
ªÿÿÒ+Ö  (r)°:*lÚ#yt]#  +'Çä±  ÀÉÃ*f*þ    â/¯Ð{È1/4ePgr)a    uðŸ7Z]  #¥ßÃý
'  ª   "Bš
;0  ø@rÐ°!Ìì²"±  Eã(r)G(c)L,    Ù    â  (c)$'  9  r."Bä@"ZÈ  %g~gNŒ‹³Âø¢Qõ¯÷  -î...¡ q  ¡
"Å¡h4  Aûö‰  Ð  ¦qFÎ:wT?×Ü!ú

,a4ÿûî }öÛ Á ‹Ï¹Ñtø7
Œ‡á7"tû/Ú,:'6‰Î¢¢šE3"ý1/2iõÿµt ƒÿ(r)è'] ÿMÓtßüê
"‡eóh "â Q¨ÿ?uï÷-ZOó"F_AõWK§§Î¿·"    ˇš!83    "ÜØÉË B 'â a
k,
Ž!N"²$¤S   0ÿˆŸÿßÒ "_z ÿè:O_ÿÂz"×âÁ   †z ,
cMçQ           ÆÝ á b   O"Î£"Ft J²ý,ƒJA(tm)VgQ} ^"ÿûèŸ°e"/ÛA "µõè"¿ Š8ÿOM
žÿ ?Ô ð›Ýa $    š àƒ÷ócBŽ   3Â   98"á÷¿øDuŽ7ÿo m¨l×› `1/4Î!:q hòcDÏÄ ‰-6
Þ ¯"^ D¹šðÊ ·"GaÖÚA ]áV- é¦á
ö-ðXMBiÿùàP°ŠUõÿ"Þ/ ...ë_" øAî ƒã :   ×o@ °Á     é ;5h3/4ì¶ N‰Ì3¬ ‹Ë£Ñ?-þ

t';"H  åƒ' f+]RôßÓÿoIþ- éý,"‡x3/4,m  ß  Â|ÓíPA1/2 :T(
î,Ä6°ƒ÷[´á  } ðAþÖE"T(c)V×8û~ßÓ¥¥õ~"Ù K1/2&è7‡ÛÔní[J›Št "qC°Oë÷ 1 E¶Òß"YŸ G'U
öÒÈ£²×õ~ ýÿT(tm)
"3/4é oÓzÖÒMÒ"°zuÏöÿê3/4"ûÍŠô'b¢oWÈ b›J+ÿèT tD-kßg0¯]þ:ëÃi]o¿¥õU¶°ýzI*U%Ïÿëõ_ßøo >
.1/4 û³3/4´-ëZÿþ"Ò-×IRÒT ßöü";Ó¬⁻Ô$k;
kÞB{|zkJü[' #¢¬1þÇýQ& oÎ°ÿ¢V  ]i ‘>bþÿÑaîêu ÿ Ý Kßþû¬ó3/4Ýé¿ð¿õÿ...Ò¥}ô n... 'H
Û}ÿë§_ï÷@žÐ‹ ^91ÈlÃ-}"Oó ý Ñvúé î⁻¿õ"G-ûÿúu.´ TÿouÔûÄþ¿ÈèÆõEÄDL9
ƒÿöbÖÿú"#9Å(Ú}zÿÑaô¿ra&(tm)   ÒI›´,I' ÷úïÿ⁻éþu2>...È¨| ,2>m }ûÓÖÿ†ÿÒÝÿûúÛ_í ˆ?´ "ï
íúW¨izßõ°æ`     ç(tm)ƒ  #(tm)-ÈÿÖÞÿÿúý¿}kûýz_Uý ~Pý
⁻¯ ³¢×n¿ÒöÍhÖéól3/4G G...' ƒmwÛßÿ°öïÿ{ñÿÿ°ý²
⁻¦'Ï/û°×
Úì-áoû
⁻iDY-tø²:Ò¡ŽÛÎµÛ_nöý} _×_ÿ,#ü?A È"{(r)w ]† 0Ál 7wK
a"1/2°¸J (tm)ÐIXJÊ&]‰!pÒÛÝ³W

Ú["}š×k¶¿køV+}³Wè  xK    mª[Ø¨¦*
ðhpD `29 # #ŒŽ2þÐP    ªäNFÃ\|0@^ç`›
   ûv _Øaumµl/...Û_Öö×¿a⁻ÕÒÏiz"kÛ0ƒ ...z[ ìW±ZQ \1 ¦±LA±DŒÐ%8}'Æœ-† 3 '
à¡ - @ÁX`¦zfö DÝÙÅ
*Ãa"Í0E<-YÅ
 !åÖJ¦hÂM†
T¬01/42:.^élÆ] `ÂP`"D§0Á  #@Ó    Ú
/
   K< Á   Á2 a†³_" ž¬1ZìlR $@... |6 &,C`Á8(tm)ÈìD, D(tm)   ]
0"H]E}10å X⁻Ž"6!EDEDDDDt"Ì  a   0@Á
0DB/¨...Ü  ? Âw Á
k|3/4šßa °(r)ö ¨Õ.ÐaR¦ "Fdà‹Â"""""" Á  Á † ^† D2",
ðÂÂ⁻⁻0EÁýN¡á  va ˆˆ  ˇÐ $' BídéÃ·$ Ž-è  !6J|a‡í=iRXgÃÕ  i ÃG+⁻ aa 6dÄ #ã
-%Å A6m ¦¥ ~,   YF ØÈµÌÁ+ŒA*Mµ D}ª
  Ž" ø0´

Ú‡"scj £Ž¥Xm"oFœ ¡Ô  ƒXm p‡ "Ò@á, a"2 DzZ)Ô² ŽýU.   üî N (r)ã=-‡ÇS×¤'^ð
 çb¸"$ U...1N=‡'?‹; ˆ ¢ $KªTëxAø#8I"ô¸{ ø Ã"
  AJ±æ " ÈA" m%;ó:hœÁá %Dp+ø(r) WLÖ% " 4,
 Â
  @÷ ƒá ºªZ8'Ða²2ÎwB-"á...P¨œ= ¶‰
Ñ!ØX">-Ò|(ÒO"¸ªEªA äoäcá
¤ < < :"³P  Îi§ÐZ 7‹öv/  'vWÒÝé6°›I´›DÙ°ª'í(c) Œ

c: 1    È Òs ¤<• ,    èòüXTØøé=oM¤è%A%÷M
!,  N°A¢3'(tm)+
œ4  ^N   c"éQ
)9¯#"y¯3Ä  "  D³ÊD³†På
   áÆ _.r
DÈ! Ê,<•úûZµûK×÷¢;h  ä£"Žýtá?Â  -a8¯Õ  ž  Â    0`Äü  œ  xCd  gP†±  @  ,  ŸëÓãÓÓÂ
k·²'h  !£#:    :^‰Í"@àÄ¿ƒ.^  A ,ZÑ,
`L;baÀè  ë xOÿ  ?   4:¿ý'ÿj\§?âé:AÅ÷¡@ƒ{°M´.ÏYC"8*Ä @Øa0@á,
ŸMz,ô\  Ò2    @ñÓ  FÁ
xÈÈ"hŽ(œÚ.k}-oUµ1/2  #¤"{ÿ3/4°A¿¯u  :Ö  t×M9#è=aÞ  xOï
   mÝ'A  Ð@Þ¿úUÿU¢  {ÿûßKúû¤Þ'n¿öë¡ôƒp-öÒ"  È€ãMÓ"é ¯î´  }ÿÿ×Ûú÷P,
týu_phŸKôÍ¥m  5  ¤ÿÿÓ¯O^`r‡Hí"yÐ  †,1:‰öìÔÞýÒ,
Z¿ÿÿ/ÚDt1/27O  ¶•7,U  ú_Ò_ô  ph%÷...  zÈ...Çþj/ÿÔ&ŸWÿÿ
lD  ×b¿k{ÿð•ÿ ÐDuiwÂ²
   Apÿ"@^÷ÿi "ÿÿöE  E²•Õ÷š-·ÌäDt‡
ÿúKjñ4ð•
¶ôL^6  h²?x_ÿ}*  ÿÿd1 ƒÿÿ°ô%ÿd0[ô"]  }p›ƒ,·µð²L^A¿Ý  ÿÝÐA  ÿ}û
0ÿÿ_Á  ðÄ¿ÿ¤-·Óª  -·¥  8"t'þúTÿî(c)-ÿõ}dhd
¿~ÿß  ¹...õp'""õt  ÿòGšn"÷Ö¿ÕÔÿÿö(r)E  &÷¯ÄæŒïæ    'Ó×]ý%]}}7Òï¿êö  %  íÕ  "1/2  õ(c)O
4ßïõI¿   `· X{ÿé "×[é{õ×]o1/4#Ž  ZýZH"A÷kÿ÷þý¥û¤Þ
ƒõmëžK¿Kí3/4ƒ]ƒµ¿Ü.  Í[h¯ÛÐ%[z_þ×^3/4ƒÕtᵒ  *¿þ1/2RJ×WU  Pþí...†"4-umX"  µü‡Æ  Ò³(r)Úÿ
üö·í Du3/4(c)7¨K3/4-uÞ´  =ÓÔÕ  Îà>Å-  rƒ  '{
   7  Ã
Â       XNÕ°V  Il0¬4¿þž  Úí¤?°·i
_Û·í"i  kA'mm]R(r)ìBâ  B
U±3¶!-  ¦&pfÂœ
Å4-¬SöG


!!

%"úLâ`Á  šê•Ã       F8]°ÁP5´¶  KJÚM¥ih¿÷Ø\ð§"ÂÚpÒH±ÂkøQ]  !1_ÿÅFP    Á  <    Í" "ã
0"HZ  Ï¨¨2:#  Œè  2 41Z    Á...`ÁjÈê°"#(tm)ÀÁ  0B  E8L  Â
   a0ƒ†  0á%'    _ÿÏ  Ná+
ÿ¦,"
"šët·Šb  ">  ^^Šr{4  àƒ
   fW
   xd3/4g†
j¿
$E"@ÔÐ        Ö¯^Ði...è  ,  ¡RA   ^^^^^^æ(tm)  A    ÄR   ¯þ Šrn']
:2´
ŽÒÇªèA$M(ZÉØvwE›¡ú  V  Ç(t•%M  ›¶y  bZâi(:"  ¥h%Zi  ¦Ì¿ÖW  dx  TV    L7rh¨ I%£
¡  :¢<  ,  ô¯Äì- !"-%+¤  ŽB  A#  Ô;JÊ'  ±  At  ¬3œ´$  ^èpE:·Áx¨Q    P~VIT]VDl "qÖ  Á
Ž9á  £

1/4Ž‡s" éAÐA"(        ! h:HMV¦B·Ði§Òf0aÁ  :>ƒI
Þ¨
Ø   tšV  ÷i   T2¶ÏÁ-  ý2,Dè·T a  >dL~âªP  £8CB(c)dt,#¡ì  ,@ˆé$-
IÖ"8{a  ‡Õ  # DÇ   =V˜>      -¡ô°
7-ƒJðÁ  -...*        *@   ð-'¤WVB-
Š= ¿a  p\§Å"L
¤_œuÁh  +§  I
´

(c)  T  Þˆ M  ¸E
-AWÛ"ŽÏÃÑr",°I      _  èB    J,# Qh`ÐK‹  †ŽÖH¹ó  Ã  ·I  Öº  Ž‰4GO
   ¸´øE
ÆÒÒî  ØR
Gaa"     ÕéUˆêvZ  \•ô  -ÎÝ   -%Å"j‡ ¹H˜"‰ŠGcá  1/2]t°    (c)  è ¡  þ'Z1/4NÆÔ E
ZhÓ  A0¶Ò×;  TdZL>          ZÒ^6vB  ¸Cú_g˜ŠÄì
>,  -š_ÐŽvB;"C"9i  `-Òu#I¡  0ÄÈWl  YuU ª Bà,J(r)    gtÎæ   ´ L+A  Ô4µ  Tw`  ˆÕýú@  1
¦¿Z
vTµ)b'Î'(h":XUãäŒ8"`,        6è¤:±#`  $(r)ëÔ‰¤  EL  ái+XN¬7 ¦G.‰Æˆé÷†  %  GtŒ:´
B#ª×@ˆþ  1/4ï  *
m    :î ëõ
¨[  ¿"-ÊK;  UDL1¦^1P  JÕa  Ði 2  >=  ¡W†Ü C‡Á"O  ...Méh  0@-Ò
*¦8r"  I&Æd7  ¦]w  "R,  B  9@¥0U§
"k
¢}"  G¡  ð@¨ši>˜"´4Ç]  "dØ-  M‹(Î  ×...6  /ð,úê·ôqÁ  E
°Î˜´‹ýñ  i°¬
t¨?  ¥ÊP&á&ÛPD  ðâI0DW)6µ  Â#¤  ÁÝ:  ...²  ŽÆ  (zõý  ±˜Eç¥°ë°ü‹  Øµ  Ã³§Þÿ"L¸¢
B  i¨}Òò`      G  ¬+tÞwÙ    Y h  P,è;"ë¥¢:Ä    4j  iPUa%  o°  òpÂÐ_duºz
;ü  c"G³pDc˜L    B
¦a  ÖÂâˆ@œ)  ²;   Á  ï‡ÁùIƒ£
   ˆCÐ+à3/4  [ˆøÂP,  `†  ãë¿`ÑÇJq&GD·/,  œ6'‡o
Xv/°Ã  Hà  `¨,     øMðÖ" EÑ-L D  ž¡  -kõt'  fa  ÂPJ3/4¶ò:Î,DB ÁzT  >      Ù
o  ûSˆ•
   ¥  ƒ·  ,#¥Ø:oAjEC8á  `,
-‡TÚô4  $â8Ë(tm)  ÓYÙ˜àïQ·W³‰œ  %Â    0´é    ã...  GV  Â
Â1/4t2  Râ  duØJ  A\":   ¹>ƒˆíµ7Û›
1#
†¡´ÕB
Ø6  I§.˜  M!"Ž  "    ÂP,  ƒn,Ò°ÝÕ  ÒÚ  ADR·    B0á  JÕv
¿OªDà].  ¥Á0Ú...D
a°e  Ã1/4H  EÒ ¡  º#¤Øjž
CÓM  ¹  Î9Þ  Òo    BPßÒNÃ  ãï:  Y  8¸*  ø@@(c)x°-(YX
¦  ƒr;  ?#ë¥  Ã...L  : CÊY  ã(tm)µfÐ!L.˜  L†¶Ð":"î´ét°;
   ˜â$    Þ...t
x
xDtcN  C...†     GVwÈ¸!p¥ÈŽ
‹œ_  ‡bÁ   .}?%œœ\B8.i
ˆè'ø›D~Ý(@ö  ûÃM+áÁ   Ž²5  h*(p·°-8Dd  m¦ÏY_a"(r)ç      8ê  =¶özímA  æ•z[¨b  ÂÉyÈëU[´
ß}Ó(r)Û    TC¶P´ƒj*'  4=D( (r)    Yˆ  PN  õØlºá(c)  ·APO

¬  Ã#áÂ&:M  .º#¥o†á  :³È  ^mhÇE
-"q  ,...N  ô"  Ž,á•{ñ?...êà𝑓}    Í"û
   Àáà^û  Â†    BÈøAn
Â      mÂì±å   ø  îGO¨"
  P}  ̀à•K  ì":
  -&"  "GT𝑓káw
õì"S"    "
ÂCM‡øt,ÿg×øÚVq$ü
¸"ëÈé̇TŽ°E:n,¯V  +è  .1/2¬  ,i8    ̂è  ‡  !&  !×  GÿpÜ    %Oú  Ž¬A  ~b"^Ë×a(r)Ü"é,"𝑓(r)¶Øô
    ima%í"Ý0Å  vÉ  ð°êûAC@‹ëK  \  á  u"GZDŒ  ,eÏ̧¡ÑÎ
P¬A...þô̂ê",H5
øíá°a'ÁGB/Ü0ßØúie@-"àè/m̧A"è  #†Â<GÈ=ÿ ̀ß‡î  ZðAzu
   Z  o  ñv  4ÈøEBÞšX}éšÅJ°}Â"GOWQ
  T#Ó  ̧">(c)†é  G\ãÇ!%om‡°¡Ü"é$¯𝑓    𝑓wµ¯𝑓#"  J  M  XDt  ¶  A"
ûA,)×   Ž'𝑓"GP}ØA7Ñ1/4i)aøK.•á‡¯¸zý   à¨üI¤¿Œ¥P(r)¯zO‡    é‡ÉA
x"ë°G    ÂZ  ãô̧k  SÿÁŠÅ  #ý"  BaÎ+Ö°EÔô]e×
p¿
"Gü1D~  S ̂  ÇøpAXÓÁ ̀ùÀÒú|5Î̀Œ""$WKõn"°ßÕ6  +îµ  GJ  ¦Fäc•ßý?𝑓  Î=j  ê÷o.  LGá¬SÄ  â3
/4  [þµ"
  Ý?ë•¸ÛLŽ  DuVq  Òü  3/4𝑓ªzg  ~Û  TGH ù|¸Ò†ÿ    þÒ~   ýúHì±RQHŽ  Ò
GU¡z3/4  ýz  ÁÂûÆ  Pa...‡Qe=¬.Â#(r)"é𝑓üŽ¿,#ð    Ó¤GìÃ²:1/2  ÿ  ̀Ñ  Rz&÷xzU

Í¢ê    4GT𝑓›𝑓Ð¸
ÃÚ÷Köú;+T,+  !
×°A
¬(c]B#-%×-Uq"  Ž,
 ,  Gé1/2  A  Ö4K  E;"†-Þ;Ú  N¢h,6Â¥ÐE;ØDtÃhÑpøDt(r)  Cì  uà  0úúF  ‰
  / ôøD  ÐA  ê-i-cû ̀vT-¤  ¡Á  H-Ê  S(uáXkÁ(r)ÃÔ+êj×Ö†  ̂  ¦Ø6¶÷ÿ  GAáÐi+q
~"q|ÁlãÞ  ‡á'Ð.  z~  ¯£²Õ"GI"Z  ß"ß  ]  ±"µ  -C
Nš{,#ô  C~(c);PâŒpó¯p ̂é-V¢"ÃG
Ê  ÿ¦-Ž:AV,áßxDtôÒÙ  Â}  ë  ïÅ÷ÚÃHŽ¡§Å  ¿ö  òp  ùÑv",°Â#ö×  G->ÿ3/4"üV  Ž(r)  -
=Â#"ÿ¯ï·‡ðD  °þì¤GJÀë}  G^"¬¡Àò
  I#±oÔ:¸8<-Øo"Ó  d{þÕÝ+ß¿ÁéëÖéGë  Ž¿W-Sþ×ð°¡à̂þ£
>›¯è  ¦3/4šÒß
xI/...é𝑘²  µ(p ̂è9  1/2ïþ:e
3/4°î-H":X†  DuÿK(r)°  H¡  ÖŽØA    áýcÚþê÷c
éVù¢¿\9  °°ê¿¤ ̄hKÂ#ëaúÂ-ðÞ  áí‡"GÝXÞ°xDt'  Ž-  f-uJõ×    Zè":K$#
øxqXt¯@¬-n  °  Duµ ̈Ýë
ìE-(Èê¡  a
6  0î    °è  C¿1/2a  ÒÂ¸-pýzn+AvÒÕT¡Ê̂Œ"?e  Âû(tm)ØÕ×zµN  ýýÚ𝑓ßWc
ª ̂î"𝑓ûÐ'
ßþÖ-Ò3/4ït¡ÇQ¶ÌkÐZëH?
Úâ  l¤ÜÁI×Aé  ?íöû]kUæ  Í  %
    ýÇCô¯ú3/4ðÞ'cáßñ"
ØpE
¥Ž‡‹Â¤éRÛ  n àÒ"+,"ž
Ä2è^^û  Ž´1/2+(à̂ßÐEÒõ°û,#¡  ̂êg"(c)  ¸ÙCý
¸×ZØ"ê,  mT  uíÕØK"•0'N  î1/48"¡ãû{Â  ÚKOi8ëUuc¢7FÕWü43/4-.¸6ô´=Ð"Ÿ

Ã_">õÒ¥ÿé  ým3/4  §-§Ã!¤(r)*(c)ö"  /ÔBœrŸQm¥·Ð @üpÙš   ß`  vÐE>±¶Xí
¥[  Kíi  ÷  ±Ô  -^       ë  `Ù^Q õ(c)'] pßjÜ "x ... ¯ÃÊ  Z‡ñ²{Ýi-iB# 1/48>
"3/4°,N´£/...´(c)Wì&´ø%‡ÒþúU'¿
¨äØ"GÒÂá¬Eh...      P]'û  ¡ñ...Ø@¬O "ê•      Y´í<F7†kƒ¬-^    H--•,":t‹(r)|sA‡
x@¿...Izá  ×°"ì4¸{û  Š  ðE8"J  Ž(r)  KUëDt"Ý  ÒXZ~4ðAE¯
è-!ƒH^"¨u´>ƒ^¬'Á  ¡0°è(f--G  i
jÒÜ±Â
"0D~  éaaÊ  v£Ý$qê
"Ã

  h¡Ñ  S\7W°ë-  (°)÷±  ìíð,  ÂQPD}ÂH+IR(tm)  .?ž9SA,  # ŠtÔ¡ÂqHŽ~t4¸{ø=  Â  E;†´.'"
eë...è"Ol‰Dt  ‡      GM ,CWÁ¹Ú  ²ïv´  "   L§Œ8"é ¨Ü&U          "GXOÂ  khv$¬¯ðE
  ŽBí  ö  ¥v  ú"
q...$8q
  Ó  T  =  |:T^è^  ‹  #

KT  ÌŠ  g\¨ä2¶B#Ð  NGA  ÐEøt,  ŽÈAÉl@²    Ü  ÕÕLŠW  ]  †  Œ1/4G(O¦-6  ü64¯¨p^é!†  pö
  ƒ#Ââ  ¢:      2H^æšL:Á^  duÂ²·ø!eZ.   {o"GVGA  Ê  Ð@á  Ð/¯Þ0"    Xxb  Ä  '¤¸a  Â
-à¨ënÄ8L0Qû  %5û(r·€àŽŽ8/ÃhŽ,  oðÈé
ü=  %
ëM iŒCV  #æ³
ÓÃ  G29    "Û±ŸcÒ
      H¡ÁÜNÁ¸‡RÝ    x¯&Ó  ƒÿ  ":þ  nB#¬ e  ÁTÔ¶R+"  ÐDu
Ã-aiKsú    P
  Ð":
^mÚãêZ  +  -K@...rj(tm)W, -Õ±öþÇæ2  +\8ß  éõ÷ý
ÿÖõÿÿÿ¿¨ €
endstream
endobj
138 0 obj
<< /Length 139 0 R >>
stream

q
599.03999 0 0 806.16 0 0 cm
/Im0 Do
Q
endstream
endobj
139 0 obj
40
endobj
140 0 obj
<<
/Type /Page
/MediaBox [ 0 0 599.03999 805.2 ]
/Parent 132 0 R
/Contents 142 0 R

/Resources << /XObject << /Im0 141 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
141 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2496 /Height 3355
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2496 >> /Length 37592 >>
stream

ÿÿÿþCFB¨Àr<G .gÙµ        3
R:#¢:#²æ_.¢^Â^^^^‰ÙF_/ÑŒŽ2>c#ÄpñŽŒf2:^^^^^‰Ø3/4m  üDNÍQ†jËæhâ^^(tm)  ¢è¡˜F  |Ã#¢
8.GFÁ,ù"c#£8°^^^^^^‰Å  ¸Ù  Er3Ê"vX˜ìŽ!r>˜ñp...Ñ"\!tG^ñš
¡Á  )  Ë  W˜ŽC5š  DDDDDDDDDN  !  µ$q  Ù  Èäb#(tm)      DxÍDDDDDDA  &¤]  Ñ|‡  Èá  è
æ^7›DtfŒ"¤‹,DDDDDDDDDK  áÈá  ã.d  ^àxmDDDHàA"T
Ž
-DpÍ#¢üDDDGÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-`]2
"ÊJ  w  ;)  |8@ËæT  íHS(tm)äuKü!  Àg:†p𬉪ªa"l3    8@ø'
H¸}  ô<  3  U
  >ê/×    Ž  ,#¤Oðô  1/4'á  Â  ...ÈW  )
n    9Ù
£00f  Ö  í  4( s¿ŒÅgÃ  .y¦jLã2"  ‰Ì  ô4á
:áôV7  všfÀ¹-  è  È  ¦  Ì  sa
Â  ÐºÓÑ
ÇA  {ôC¨P@ý:'HD¸2^ë  Æ‡=
Nº#  Ö    þD,    2€ÍH
p't1/4>•WÿOú
àƒtø7þú,ù¨zHe5  N^Ý÷[MxNü´Œdtsÿí×ßï¤ý³AÒ  ôß_ôùÝþiš´]  Ó5dXÈqFjÃ8Å    HŸ  H‹£"
²  -"  B=õÛÝ_ýé}=:Mý¿  é  ¯ÿ  ƒ    êJ&  Aº  I¤  üï"ÿÿ  _KI"ÿòV!¬  ú¿é¿ûI¿¿ýºA
Û´‹Ha  ?ãÿ_úÒÿÿ]}`ƒÉHgÍ
k  ÿÿ3/4³ùßÿÝ1/2i¿t›þÞõb8õí
5Óÿÿ¦þ
"þ¯õ¢_íÿûi$Þ¢'  ïÿ¦]GQ[3/4"[  YÃ5þ¯DAþ?ÒÿÝ²ÿÿMÕ=úS  ÿ"í?Ûô-ÿ¯¥H7•Ž&    8v8"Ž=-äë¶ü  n
3/4"Öè-¿{  ›#|Š
Âõu¿Ø]  ÿ
ÐO  ~O  >£Oé  {uMþ"¿ðÁþÈ8LWÿw¸K¦þ(r)›aõÿÝÝ3/4ÿ°ý¤(c)wü7øaðŸÿø§Wúéä!Š·ÿÝmúè  ÛKÝ]
-¿ä"¨ïr  /-Ê  .þÿ...÷õ-²
  _Çü}6·_"´×þ  éH(tm)ð  ÿ¿ù¬-¿ÿ  ¯ÿû  ~ì    íÿzðþÿÿ]
÷ÿã*b}ÿÉ!C3/4ù§ÖÕ3/4'(íÿ"ûß¿Þÿ¯-úÿåeÿÍOPB~  é÷ùc¸jÿ됇].S÷íþ¨WíÿúÉ¸±?  ×÷íÿÿ_  ÿMíÿû¯þûû_
}zÿ"'úÿ  ÿúÝ?÷=M÷Þ(c)i  ÷Û"÷Ò3/4ÿü¥÷¢Åø›ß¡Û\Mý²ß*ûûSYÝ  Ïþ1/2¿Ûm-ww_ûê¦þô°ÿÿÝ  ooÚ¬
5].×ý³Wö-M]_ÿÿ_Ò¯-üqÿmÿÿö  JàÁ/  ¸í{{
¸Ù"mmSnÛ        ·ú¿íÕí¿Óö""{}Š¨"
Ž  †  "ƒ  :    ""ds F€ÁJ
0-¤Ú[Ô41/4é¡Û"µûÿµî²ý´"vûís:¤)
ŠOµb  ²¡LŽ  %  @äZ  Á`3c!      V  X0-Oý"ªŸÿ´(c)¿ß†  hXMBç...ï˜  Šb¢"}ŠMƒf0!ð‡,0fÄ  (r)Ž€
à"áO,÷°Ò"{Z}µ¿oo^^e$ƒ  ""
!a  ƒ
öš^]±
+üÐ

1E "´>|
1/2  M3i*f*  6  -8$ˆÒ
   ;  A,
¡Â   ¤Å...ì)á;ÕPkÿÐ‹
B@ØÓ}â""  5£È¢Á;MIÙì·
šÚÿËJ  x^^^^^'D_
!   Û^MD  ùÚ  S
B€§ÃA s  "vDv\Š·Aá
þ`!ð"¬!

"
3/4  ...9
ä,  0˜ó; ÐDW  #wßøAÚ  Oóa   6  Î  rqM  "!M  ˜
nŽ¨ÖC  ‡'È¹  B-  Zj,*Ñ3Â    (   Q(tm)  9¨z]Ñ  6,'ÔJÛ)ÓRÇ,rYþþl!˜DBpÂ
"
ÿè"'  êÿÎð˜  ÙÓ:ð  Ð@Ø0F(r)  °*f*DtÊ   2ì¡àÉõ  !¶Èlž=ž  N  ‡[þ   ßÿö" Úé
A7ÿ*f*B
4$øh';@íbáš°  "  H-2  hˆÁ   ´,Ã9[ü(c)(tm)  Œ"ñ   ÙR  æ`)˜BT)0-'Ïpw  íÒOôÓ  ÿú·}õîíB
Ð6Ô/ð*f*B",   h0S  Bœ  ×*û  ú¤ß(r)  ÿÿx"?ßÿí
›ßJ¿OCð^ÇaSNºOÿþÚI7ÿWÿÿÿ_;ÿöö›ïH¨íÑxÙÒ‰Î~58#9  k#†Ö3/4þÛ¨˜ÿö  õÿÿ¿o÷3öÒIÿJ¿A   ô
~  M¢b
y
c_×Ž-¥[š/  ¿÷ÿ  ÿÿÿ-¿Òÿÿ  ïÓ
¡?÷ÿ¿n•1/21ÿÆ‡ò  _oÛò|tÒ3/4¿ÒÈÚÈÈÒoK°í/ëÿ߃Ò"   ÷úŽ"~ßÿ°Jÿ¥šÈà†
(tm)Ò)@SÂUz×ª1/2m¯_÷öÒ"Ö  ¿ÿÿ  ÿëÝwÖ  1/4   <
üŠ,Šô¿ô"ÿþß¿ñ²%_ëÿÁíû~1/2îµZéTIã-ÄDÿ²œ'Õ·öÒî‡ÿÿüW"
çÿqQHWÿÇs  "K1/4  ×%ÉÐAÐA±  1Wÿÿõÿÿ-í¦ÄÁ‡ÿ÷
oÛÿ_cø¨3/4  ¤é;i  1/4Ïþ...êú~ÿ÷ÿõî•¦ÿö9NW¹3/4Ámû¦Ò1/2{_RNúÒzmµ^1/4¸NÒÖŽ-¦Êúþþ×K"+_¨èG
§Ÿ¿ÿÖíõðTÝÕî"ÚZüZûk"
b-ïÿ¿ßößÿÿ[Ûöÿ×ߢ÷uÔum¥þ¨í"u
$(c)¥   ˜ÿöÄ-}×ÿûïÿÿZÒÖÒ·ÿ^6+ÿ,  ×V ˆüMmd¹Ýµ  oûþß_ÿ   }û~&ï  þöþÿ
   <"á...Á  i0*f*{m-vÿm.¶÷ÿÿ1/2¿o¿_Ývÿëõ³°öû¦é¨"7nÖë¿öõm+_ÿ  ÿ(r)êþÿöÿùÀ]Ýïêµ"1/2  fÒmv  Û(r)
ûK¯ÿïo5žßðÎ¥Þßßó;%  £û~žÐOa...a"¬%oì4¸i6-¨ÿ·±×  ÿ°ÒÛ¨íéÿ&÷¯°_K†G   Œø|
¦Ã  "†  a,PÁ4¥¨Ñ  ÿ  ÷ö1/2µÿþõ´›¬óÿõü%Ø"ˆAao   v(·)Šb¢#4
'óc/'Ì)á!,(þÉ§¢   Á  }°-ÞßÕî"m5kÛá/(r)  Â

iÃ)%(r)gL&1/2  ˆ  6E  Eëëä´0Á,F     ÈJ  ZJ3/4õ²  $ßú·i$Ý       *f*  ã"°  fÙ¨@Â     zßß-X"
÷úa"
*Mûivjß  Z¤O,DDDDDDDhDwv  ?wÛa6  ([ûH‡"˜ab  &ÒIÒâ"D  ˆ‰oi   s0‡,±3ÌP  Â!
;ad1/20Î
   F
   %"KQü5†  û    "ôÅG#µ¦(tm)n*f*L!
‹¡F•
      0ª  0¶!q     ö  Pe.  RÒ   /   ÿ  ÿÿÿÿÿÿÿÿùÚ¡'Ñ  'Ùp<  hDD  ˜¸€" J
,Œ  ¹íÃ',  n˜5-ÍAs  åóhŽEÆžb?'Èâ>Èè  Ä(c)  D|Í  Ž  U^^^^^^‰6  2AœŽ
"  Pæ  Ã›  /g³Ž|(sAS=•ÅL¦Ð  ^^^^^ÿÿÿþeHŽ¦'Uc¨¤K$ú
z"Š"ÎÉB  Pú#[Ïw1/40wê§.›†÷xãÒ_
   ô    'Þ¨ü  )9  2ã  ‡òH   "Õt¯3/4‹wÄðé´ÄÏGA  ‡õÄ  !

a8g  Ã8ÈFÄÿþŸ1/2ú  ÿý  Óü  Î,-}?V7ŠÁ  "×'4ç°Z7ßëW¶Ç¯þ¿5
¿ÿûîP  ?ú¯Ùš×ý  a  yCM
aOi-Â!  "ê    ä?    ÇhA"  M    ´Á  šá¤3/4EtÓ    |s"Â
õŸGqñ              -T  VÄWiZ  ÿÿä    ":"&c2,              ÿ    Fs¬|"•²
s°0†  #y1oòIzÔ  |ëÁ
Mw;U
N  eÑq˜    š
<  ì"h  ý
    þ-  ?¶Ød`À†,    ÷è¸XKàÊöQ£|  a  0î3ûvšE"vÊ
²0d`ÌYÁhz5  äA    ¿OÔ  }°Ê¤  `  A¿    Á    tŸ¤  `˜1\ÉÃ  ÿIû^1/2ÿÐNº~¡+  H
ü'§ÿÿnïÿ1/2-Ñ~þ_'No"  é"PÝ¤K  gxDãþ‡ª˜ô¶ñé/¤  oÃ<ú      ô  l3  pAÂˆÕµ×Õõüçûê"}Z]%zI
ô·"8-ãî+ï¿ß¿ô  zÓ  OXZé</  ÿ  "ò  t1K  þˆAõ•kyTÚsÇ˜T  §ñ"ù¬  p(tm)ã-
Ÿâý·ßqïÜ¬ë˜Â̂ÿMîgk¶·ÿvþé-}3/4·¿~¿Â%žh
&ö›ÿ˜Çûu{{zàÏëöÕzÿÃ  û×ßµÞ¿íő"(r)(c)ÿ_ûÿu1/2.ö-Þ·ÿÕµ"M=1/4  ßý´"ÿïmXÝ"UÛàƒdì...
Á    XB    B  jž²Ã  v-á\'ní/kÿw¦  "&é Ï9Ì
    Á
+m~ÂÚíû¶é9!l2<^^^^<!(]"ëú7†    ˜    `Ã
    !Á²8@¡  €mU¶  PÁvÂ§    Ø¥Ø...±_    Á    Äx*30aŠ<
v  µ†  ²  ~í0¶    a  †QƒnÂjœ4  RCÃ  kQ      ÿÿÈ      L!  'rÝ,I  ‰â
È!  00"0\Â  SÄ
"â˜ŽÆ#°0ÂÐziøA÷
í    †Ò.Ú/Ÿ¡÷à  çP  ß¢  ÎÃ³G÷T›Iÿ  Ãûßzo#
¤ÿ  O  Õ¤Þ  ë'  Ð  ´â6("
Ð‹"pEò(ÖÉÃš°§/ëþ  ü  ÿ          Þ  ÿL
ÿïü¿(r)ŸÄ·ú&ÿé  Æ˜  0  O¤ô(¹°rÐœÁˆgWA80ƒ  ª    -í  ÚÄ?_§ÐAþ    Å
Ô´Û      ÐAé_þ"ßßÿ
ÖÁŠœ[IéÍÃÿ̂¨˜ëéê+  éJ;ÿë÷õþÖ  }=!  uÿ"÷úzŸ  f€Ý>¿ÿÿÿin_¥    ÿþ̈ëÛÒ'ß
(c)ý/Üëÿî¶í@ƒßHÍwM¯˜k¯û(r)Þ(c)zÒMuºÜViÿþ±m-~  Ô´·Kµ²FéköQíûBµÕµ¡(tm)  %
+#    ƒ
A¶    a"›Tû  ³{
  5#Ì  %-(r)¢¬¦+d+Ø¦*$G          |  ¤êÃ  ˜2äG&
  >Ðh5†  ¦(tm)  >ÂÿœìBØ-ø    DDC  0ƒL¥  h  TDE-(r)""")  ˆêº    )ÂduB  þ@a[;H(r)ˆF@_    2
(¸ìJ2-˜8Õ  â9  HŒ=¯  ƒ  ðh>)    Ô$E
É  ²¤¿Üôá(tm)¦  ";²œ¿    ù,  (tm)7ýplZxSæ|ôÜ(r)ùß  Gûî!ÇÒÇÑSE    }Öh3¡›  ÔCP(tm)N  Þ¿ß
f€eÃ  Âœ
f31œ#  N  û(r)š"  L  ðœîû_ª¿-E§{ÃÚï¦Dõñ  ÓÑ(  ¿köÌ  Rq˜Ž
NFŒ¸Í  h  t  é  U&˜21/2§0ÓDé  ?~t  D~DæÑtnÃ  {{¯×ôÐÓâÔ"    /  þ    ¸¿ÿuø\
é6¢ûô-Ùrß-s  ?"uD<  "*}/×ôû¿û¯-+§þ÷þ!  ïþ-ÞµÃ)'bß]~~~ûÿõúMï·¶-ñ  Ý/Z  ýÍcœÇý3/4¬qØ?øÿ#
ÿ
òýÿ-
HŠ<æb~ÉéIÿÿ  oÞ̂þ÷p]1/2¯  þˆE
ÿ!)",÷    ¤Þ"ïÿ3"Bý  ßoø¢ûèßü  î/ÿ÷-úÿ¡  tÿû  þ3/4  *Âÿ5ø¬¬ÊÎ¬vºÿÿý>þ3/4ÿ¥×ÿ=üóä  éÿïÿo]/~
ÿ  Ôƒ  ×þ´¿_¸çñ*Çþí}vÿþ1/2"  D~ÂjšpÒÎ×¿é̈Szÿ¿¶HÛˆÂ  O<  IµìA  Ì0[  Ž  °á    qXT  Aÿ"-aëÚ
Úl0>
$h"#œ0  Õ´3/4u,Ú]¦‡a5M5;¦)pDT    B`  ƒ  <  "!¹(a3€ÁÃ€  ±LR  lM    Bs4
"`AÐ")Œ    ̂â""""ÐŽ1/2k¯ÿºŠÚé  é"â"""""?MB
    a  ´0...]ê¨Ü¨Lë‰%oâ""""#B""""2Î*°-b-  UQÿÿ(tm)  ˆÞ̀Ì²OÉŽ´(r)vª    /O‡ä·VàÊ›ý/¹£  B  ž"ÐN&"fŽ  ¿l
x  Î0¯C  Ð´Bĥc#÷ô]°gÐØÃ  sFÈ+Ø2òž  ¿ÐMè'atâð›

â(þ3⁄4ôý7ºO  ÿu×ÓëÜ  ×õ¿øøþº@ÿá  u'
ó
x_è1⁄4ÿÈ@ÕyÄhGíP'þÃ  3⁄4ÿÿõù  }+ÛÿÖýÊ ¯
f  fz{a;   ÿwðÃ   "  `Èä  `  ±
‰N   Â
Ï}õ"  N  "ÓL"&  (c)C¦6â-""""""",.T$¢Ø  µ´1ÿÿþv±œŠ
Ì  ä|Â0Dñs DGGÂ(tm)        X°^X¡hC‹  -lÏ
à¤|Á  )  lÏ
Œ    ›  2¬!(c)  (tm)ìáŸ˜èÜn<!(tm)  #dN)  #F|ˆáH  Ì€Ù´LÈÂ9-F  í*Fèa        ñ"hß(ý  ý3⁄4"EÃÎ
!²cM


¦  Ý¡
3àæÁÎ  '    ›
|f,  3c'
|a
   ²@‡  <  3"ëTïT§1  Hÿ
 `^V   @Â   G  ˜Ü2ìÒÙ3"         †ka`   3ŠÃ`ÏÇæ    ô
÷EÇa†Ñwe9(c)O  ¯÷ëïH>1⁄2ÿ¥í´Ð6
ôÐˆíÓÂ#ï¿A´  l3Î  ç'Hß4Î¬  B˘ƒƒa•8t  81⁄4Ö|(tm)Áštnõÿÿþ¿á  ý  û÷ßöþµ@‹éôÚˆûè'¤    é<  um
Eúúöšéûcúö<    ]Þ¿  Ç,#þßuûª·ï  G1⁄2öÿïˆë"¯ëÿÿ  }ë·íøªÞßÿû  uû¯_W¿W_ý%ëÚêþ"jÿÿÿdg    È
ï-ÿo²éýF%Ûÿoÿ}õ}·¿|ä  ân±îÿÇ~1⁄4æ8ô  ...†únøÿâ=ƒÿßëíÕmûÛÿÿüëêº÷ñÇûäcžyá9  }·æqý3⁄4kæ²Ý¿
ö×ýéô  õÿŽ?Õ¿Vì  JÿädFÝ¸7ûjÿBåSíð  ò^Öÿÿÿ[Í=vþ¯û¿òu    ÿøn¥ûy  ÿor  ÿÿ(Oïéé}|    ¿úÍ-V?äµ
Ðá!ÿsÜ§¿ý  ÿßþßÿûÿ·ö°ÈÇüÿÛ}_õ¯Ö  î}  ÿ[ÿÿ·þ¸¯ûäÿÿ¿ÿëôz?I¿_´±qÛâQÚÙªyGßö%ó{ûKM;Xi  ¤J
v    "W¿ö-ì--×¥}  Nì  %¥¯êûêÞ·  ÿÎÖ  Å  A"    l,R    =†
ƒ  4ˆ  @  à  ¸  l$  è"  º"¶  ºJÒ[1⁄24ÓtÁ&  ïMš  u¶iý{š  UêQêS-¦Pé,#¦MÂ
d*ìU§û_Åa  Â  f  Š  ,  Åa  G  Ó  CÂ  Å  Â  C    S
  Á
ƒ.A    a  |0ƒc6  OáªÄDDDDDDA"#B""$";L-é,jš
  é""!,ƒM0ÂziBÿØ'3  |(!ÅTTDDDDDDDDD0B"$            ˜E        It"""?¯  ÿÿ;$DU  ç'  >G(tm)ñ'
Â  ¥gfK!æGBV ÁBwÄ•a      Å$
º8   Û<0@É``À.KŠh$3ã  Ã    šô  Œ    gç
0‰Ž
-ÑñêaîÁ  Å  º)kƒpD}ºmPA"ðØgö  Í
4Ãa",  Ã=  >Aºh
vF,  5ý"à¨ü  ïööè6,ºøMÿòŸ£gƒ_¥º[~"Á  éßÒ÷á  ý  ý[ÐAðIïÿ¶3⁄4-ÿþÿÿõõÿé9ñŸ  ÇŒÙ"C"·'  ]3⁄4
*ú}¿þ›J1⁄21⁄2[Îb8×øOMB~ç...  ‡{  'Ø>ëý"_Uñöÿý[ñFðÃ¯Ñ9†q+h*n      *ö  ûëÿÿ  ãÿª~á~
Øej  6Og...V×ÿMÿ›?þÿg  Mæž"}Wú¤Ý÷Cö"]1⁄2ø¯ý¿è>‡ÿ÷ÿÿ]"ÿûõç  ¿ûz‰  ¿ÿëóÂqµÛÛG§Çm*oÒí
+öý/Ñéûÿÿ
ãý¿ÿ`Ý  þ
¿ÿÿúÿÑ¿ÍÐ"-ú{
%t˜%¶"dé÷Ò(¿ïþºý(_Â
!,
ØDÂlP n  (tm)a"˜0§  "
Ø0J,  à    28.ÛkkækÿE5Ùc§iÚ
   Œ    Å~Å/ôi3Ó
%a  oL1⁄4Ø.-  Ìö  žƒ^^^ƒ    @Á  ‰B¡    b˜¦'  ¡  a
†  pÁ&  râ";    ¦  A"ç‹
˜  ìlBª^^^‹BÂ    t"1ÿÿÿ  Ÿ,    ç"  i  e<-(tm)áÚ

n.ß
,
ôc‡ ¢qŸ ³†lßî‰ÝµNý5Î C ðAÛ¤laÃš ^‹w)÷. ¬# Ñ 2èŽ2>G28-
FHGTGFÑ8 ¢:#¢ìÐ! uA þ Î!'ô 7mè rŠv¨ C1/2QüÂ#'Á
†@s 4m ˆó " KoÓ}é6¶""""""ÚÿØþ1/2ëw-æ ¹ âã#(tm) #ÈÎ0Œ#"PÈ
³ HˆŽË£'|ƒÍ†H) â8Ë†@+{ÿ^‡·Õµ D"ï˜ ¤_ÿ+ÿ~1 ÿëç *õÝ Çßo¿Úý |=IþÚM.
..¿ýÛTå,° `"C0 VØg AÛ
%è1L"h"* | " m1 ¨˜˜´Ê 4 ! ÐÄDD ÿÿò F¹"$#-, Œ(tm)
2&GFj"@Á :m †g `¡B š3º7 SaÁ...79ž‹ÐÁŸÜ
úr'ûoXè$* ¤Ù†yœ0ƒÜ¢: ...jf[õ]úÿ ·ê 0‡ Gô Ý$-õpáÍ ú.ÃFÎÞ ¹' _úÿë
A´ }3/4ƒa5è¹QrmB_þ*¿ý/K‹‹Œ/þ¡zT-ûºÒ/(1/4l oûò²‡ õb-MÓŽ
õ×în[·øAm=:Aíÿ[t>ÛúWï÷Òÿ÷]n'"ïJ-î3/4ÛvA§`ÛRy#ß(r)ª¶ J
¬6
³DÙžžö'¥Û
Xj #MlS ‡i§pÌ . -Å<gÃ±LQ˜â¡" B",S 1/2Újši... 0¢' š± ˆÿü(r)ZRJ!ŒÌ

j
À gj#(tm)³#äpÁÁ
Â ‡Â ƒµ2= HéœFˆŽ #
R<l Ž (r)4)´SŒÚ";¿L
!P¸ Ã(
p x Ð´"$¨43b ˆK : ,&2pç ì Ó'
u f ‰
Púåùcžì•ž
¸D¸6ºÝëDð6Fæ =Â A÷ê¡ (r) Â zÐ!
ž†¤é-é¡phEá
md\ÈqFjÃ8À‰D
È 6
!9 Û ˜0‰û j 9Óš‡§ÂmmNôOè¹Þú ?ë ú ·¿ÿo"m¦ <
ÛÕÿŸŽ"6tÎ¹ 2-!,#Ð è Ô3^kôÿÿ÷¤ êëõÒI¿ÒH:MÿþÚPƒ ôé:\Ãï¯ý7ÿÿs"þÏûi$ÞøJ 'ùÝÿ3/4"ü -Ö
Òéééÿëÿé7ÿÿ{ÿý%¤ßÛ ö'M÷·ÿª-êv ¯ÛÞÿu×ÖßÿWÓ~(c)W·õÿ·Ó} Mýuîw@¦2 tû×I[[Y>*ÿ¿ïí¤¿é
} ·ÿ¤¿íëýº·á
ˆã¸ã y¦=Þi
Ÿ¥3/4(r),]_ïÇ ëÿýñÇý º'Û}_ÿû þÝWúE#¡¯öýÖŸ4ÇnêÛnŸÈÎ
á "ï ÿ÷ÿ÷àˆþÚ÷"°(c)ýþß¶- ·"Ý-øM é
NÁêüuë·Ç" _
ŽŒ _þÿî•ÿú¸6 þÿîÈ" _ü{ uì Z ¿íûkñíþÈ=D-´ß¯ýC
"òOÿÿïkà Ì ¯÷ð ÷"a† kûõ×
¡ßß iß=;u=:ëüü"kß÷÷ÿ~°Øo ¦ °Åâfú÷ÿþýéöºÛ¦Ç×öþ3/4zvõrLŠ,Jý..." ! í" ô=w_Û}þþÿ"÷u×ûºÿñ
`Ø>þ,,ú ?ßç>¿ ýÿöûwûvþ¿öýÛ‹1/40Ãr ?ø-(r)=(r)&ízÝvöÿÿþë-1/2J74ßó´ã*
ú6¿ï÷úëû¯ûµé[û×æÑ(r)ºùØ6
ÿ"ýÒûkã mvöþ¿þŸöúwþ}[çy¹¦ÿÕÿm/m~ŸÒß¶Û[öÿºÿ[÷U}wþ¿ Úü_þÚ]îD6ÛI×cöÒöúõZ"ëü§°Òéÿa
"1/2ÿö ]öÓ³(r)ØJÒÿm~5tÒm~Ô$;[¤ða#(r)(tm)Œ àÍ ÉÀÃ G ¿ÚrY"&¡" 2:}°XjÃ
¿ØKß¸4 a%vêá¥jž) ÖÓÃ ˆ`"´;Ÿ ÿ Ä/8 'H²8LBŠ> É1/2°aIÃ @î " 83 ŠÓ°^
,‹Š³:ÿ¦3/43/4°Öÿ± 4 _ v!_û8â¨ @lW ¢¸ƒ DDJ' Ð²¤8B;¸a žÊÑ
éª| L¬
Ú(c)Ý#@O ²ƒ """",ð 3¹N ,k?83¸!ˆˆˆˆˆˆˆÿÿÿÿÿÿÿü²QL‰ELµ
>eÂ BÎÅ "b z

1/4‰"ýJâB•Ô...ù    ØCµ    "HaÐ?¿ŷû  ß •d"+‹àÊ-d[e¸·ØY(*Çì  Ì†ìì-àÁ
 ßÿø¯ý¸ÿÿþjd  É†P]]¹  ER5Ÿÿ¸ò@SB(#ÁÉÂ
" ÙÎ  ŒÎ  ŒÔ#Ĵ`B  R@"30   2æE  #    !ŒÎdHBñã(#0"âž*5ä  #  §#yÐŠq¯òR  £^ALÚ%
ÙÞ(tm)ÏþŸ§"Ó×Â   0ƒ1/4&Ÿj†  ‹á!ëhW"ð(tm),0)(  Ê    @Á    a   dXBr63¸"ì )¯¦b,   y
dælf±Îlà,̉    ±A  `P¯œd¬ƒd§">J  "dlg@¥  œ D  f?¢ü6  54ÙÓEÝ  0uqq-Ú%oblhŸ3T
    ù  á!íú'  Dí°-øL è ðšj  PƒÂa‹!"ü(C  4Ða
a0ƒpŸ(c)  A,    ƒ – iéçÅ>/ÐAóö/ †Ÿrƒ3ff
 @ÚÁ
 A*... ƒH¿š`Þ
 ÁA  l  4,  Èz  ;  í¢x
    ö
MÁ¢ææú.m   "F>%"DìhŸdñ†ƒ
iÑ  A±iÆ^áÄ›Út_õODc¸"  ¢Pð‹†É  üi6ßO  "-Ðnƒp  è7Môé:  ?[Ò3/4~I ÜP†  :  7  ;  :A´  z
Ðy¯Ê
      -  q
    ...AéÑs`Éxa  ›  KÚ,ì  9°Ìl"    ›š.l    MI  0m"yÒA  ƒ  iý?ýWO]ktº¿ûÿí¯Mý7
(r)  ¤Ý7Mí"ø1/4.  Öíë¤è ðƒÂ
°ž  uÝÁh  Û‹Ðqn
r
   [õëÿ]ýZxÿ(r)Ÿþœ  ¯-z¿Kú'~µ}ý'éé1/2Òm-^Ÿþ  +î¯kÒÌ  ëE  õt(r)º¸ïþ¿Wýµ‡k[×{Ç1/2<1ŽÇÿìvû
×'"¯õÿ±ýÿ}]-¿ôíÞ  "  ¿Ý  ÿ¯þ¤    ªõõõ~È°Ù
TFÿ(r)E  Ò'
<{ïñÿÈ¥~Ÿ*cû4  kÒþº  Gð%og1/2  Ñ    ×Î7ÿÿí&  GÿúÿþÂÇa,û  "6öAÆÿÿÿÿ²
)ÿ  :ÂûkûúÒœ  ò#3/4°Äwÿí  ÷É^\z]  ÿ:  v  (tm)#¸o  %jÒ
ü-8á>"ó(þ  õõðJÿ×ý1/21/2/uF
ÿ¿÷Pßÿ¶¦  žŸm¸ÿÿë¯nEä]³ä  Ñ'tŠ¶ü!  ßúÿ&¸¢Îõ  Û_1/2  ëß]-÷Úÿv  µÿ¢/=ÿküÿÿ¢÷Ê  á?ó6-ä<>"þ¿þj
Ã  ü.ê  ý~×IƒµõßõÍ·}6t_°¨¶¸°¿¥--õ1/2-(r)÷ëÿ(c)  ßÛÎnû×Wîý  µÿ×]´3/4ÚL...ÛÛ"JÒl‡ý-¯ìK  éõ-Á´
ÚþßgUtÚZ¶Cô×ÿ]  õtêÒòÿßÿÕu×ÿ,(vÃ    {a  àÌ    0D90`ƒ†°Ò  U @ÂL0SàÁ"%ƒam...º"

_a¤ŸÚ°ÂÆVÖaa¥...öÖöÁX6  L0°ÈjÕµû$uå
}²Bpº°Ò°1/2"Î¥
   6+â-6%1/2x¨Æ|  Ñ!Å1ý      ,pƒ8  R  ìQ¯0(c)'Ó
  l0Xa&IÔ  $Á¯  6Ã  G"M†  9  ¨a  ä´¢#Ø0D    &Ã  0ÂJ›
    DÀl3"D  y  ×°ÂV

"Ç
   I†  ¯âÎ  ì3cƒûTím5¿;(c)Ý0¶ƒ
ëbMÓ"?ê  ¬  0  ±0íŠ  Å1
(1
¢  Á    6&  Å1[QLI1/2ŠB¯@Á  b´â"Š
ØF)  Š¹‡  ÂvÄ&¢Nƒ  """"8aa"  &w' ±   ïHal-ªš  vƒ  kÈëØTÂÚjwL)à&  {
   ÓZS8L  ÂjgMnÂö  HÎ1/2¦  ]4Âé...Q  q   ¡  DDR    a  !çñ    Ó(,‰""z  ÄDC"'
 Á  ƒ$  m(c)Z
&    ,  þ  C""?×Äq    ‡    DRþ(c)  ÿÌµ×Ò}/ÔR^ºÊä  ÈaÆŽÁ  ,![‰ƒÁ  "  _
\
olì¯KšÑ"GB×ÿÄDDEœt5  ó%XÈDZà1/4É9y  1¯(r)\‹p'6Uíúù]  ò,E}
•cÎÁ  nj!_CþÊ  ¯(r)3/4
²§  Ÿ üíabù\|-O  ï  +ÎÃ  ¿  4a  dr;

Sâýv-¿xCƒ•  'Ö¯  ÆAá
4^U0,´-r³ÿ    ~¿ßDcªÐWOÿëõÇô\ÿƒ'"`Â
  õÿ  ÿ ÿÞé{*Æ  .+›  R0B<whòÈ
È3%C$"èàÎƒÊý(r)pÏ"'1  £ó#TIßé  ý× A,  CÂj  È°CPDÁ  ]  Dá(tm)  È "      <Š
S^^"Á
Ä<!¯BqA    ƒ  '  Ôd°ƒ¡Odâ  ¡"Á  %$ƒ³"
hD¯‰BVE  !hJ   ^B(tm)
f¡KÄâ'ƒÉ   "'/A
‰os"j^.   ,
VPQ=H`L  -R@¤äPN¿Aú$;tJ!4;Ómn%1/2  qª  Aîƒtý0ƒ"À       "-(tm)@      ðš"ÂxL'"Á
'!"   Â "-ƒ  y     ,è"  Aý"-C   3/4  ~ÚD0¤âž,à  f.j0f
9",
D-"GpÉÁN(tm)cÑ~  0gœÓ`Á  Ð wDî‰oózDñ²ž  8ƒ01?Bi¡¢7h"2  ÷÷"<'¢7
  ,q-òvØ›(?T×CD¡ÉÇÂ~¡
  IE š  íÑ  üï¡á²ÒMôý;(î   "".,        Åá=9*à  ÐAÉðÁ @Ø° ï      Ñ?lÓ¢è    @Ð
mÐA³(r)<`(› Î\  :.'s
,
  t_  •tk¢~æ¤Õ¢ç@  ´  •LIÄ2ùDý-7ƒ83  †bäø4_²-¢èÃ    u -7  œv  Iúÿ  A~"u1/2i>¯MúO  =
pƒbÜ'"  ßOi
"ü&á  áX1/2h'  ¡"  §éÐAº  ƒ.-†  h ì<~  tƒ  ôÞzî
Ù#A?  é3/43/4Ç˜é÷þ1/2ô›m*ë-¯ÕÔ°u[éêô›^3/4(r)ƒÂIÿIëþ¯-+'+3/4"i>fè'ô›Jž(p-_þõkÖëÿ     ²è  uý
[×êî]}}òô1/2Wµÿv=  ød9-'zoßÿØ4›...·"þÈ!OßÈ¯¨ÃûI  Ž3/43/4%+Þ:µý÷ã  È°'ÓÖ  cÓ¡ÃÖ°ã
ÙP*Ü  =>·¡mÞ×Ö-1/2  a...¯¨Âûûƒ‰÷ÿõ"`þ¿úÿÿa/ÿ  ¥ëì,    ü-  >/÷  Õ.ŸŠß¿äÃ   ÿÿÑtÿá¿Öc
-~`"1/4ãKÿEá¬  -G_þ(tm)
(r)üµaï  áð¿ÿ|°×  Gúú‡¯ÿ
 Dõý-è'ÿÊCöëÿ(tm)H°u}W*õèF1/2    ýL'ÿDL3/4¿Ÿf¯¯þ`¨"ð...1/2¿_šuÿ5o
ÿë-ýsR
þ¿íÐO  týkû¿Âÿ÷"×ù  ¿ÿ!w¤Õ_"}éïoôÞî¿õõý˜¯Ö"ôîÕµ  þ•µ-^î×~ÿ_ÿÊ  ¿W*7ÿûþ-ïþÿÿ×Ûíf(r)H_Þ"
ûîï(r)ÂÞÚþÚWÃýñ/~ÙÑÍ5ÿ1/2õü^÷ï¿ÿÿî_µý[1/2¿¿ÛÙ¤ØJÁñî
$ØV×¶ÄW¶  m†  ÛÚIƒl¢ìÔÓ²...ca'6Òì.Ä,ý¶CÜ!ÿ›...ïµÛ!úí"d>×ÿvÎŠÒÈ;
å  m¥îm  ö
  m/lÒì   V)Œà@@Î   M"[ƒ´ÁX`¡¨"  \`  ›          9(

  è2ü  I†
°Î
ð.Á-  À€  °ÂÃ
Èw¶
Á,F€`Í  b[õ³9†
Ã     Ø`   ÈÀ€  ÚÝ¬4,a6  ,4~/ÝšV¬0N  ¶
Ú  G8`-'&×W†
TE´  ´'1/2"±      ¦  ó°ŠØ"Å+  ì/V  "\TSLW  ìŒ{  Á*  ØØ(r)(Ì
,à@@ØØØÓM^]ì  ",      ,è#|ƒ`ÀbaÁ+QVp  p`$    !8TTTB,¦
  ƒ  8`  Ö?°¶  HÐ  >A   Ø Á  DsÈŽ¯Xa0N  RcÙNƒ  DC  taÐaa,ØM;  Xì&°ÂÇí¦
v°Ø-ü1
ž¶  î"Ø¯j      -"Å1(r)ì'}  ^^`Ô"""""âK1    È¥  N8X2E  "k46     `"A""-{
x
{&8@Â  Áa"5†     ¦  dRÄ  Á  0L    ðÐ2:ÓBÂý¨^^`â#^^^^^^^^^^^^^"DDD  !  ^×"ËI;
  ,á*   ¨Q   ÿÿÿÿÿÿÿÿÿÿÿÿÿå°ÖwO~¹ß  ¯ª  P¤q  Ì•b ÔÔd`Ôê3 `(tm)d'!2§  AÉÂ

œxÜ(c)Gic
,a
IöBÆS 5_+Kø*jš$;TLwà
ªÿWŸÍÿÑ~ù±Á u ŸhòOTd€‹á´¿ÿ5éé&Ò}/æË Î÷ø"?8ÿÿ ÔÇÝiéÕ'ÊÄ£Ž-¥}ÿÿ82 @D !(J
Æé §1/4(c)... A,3/4¿3/4édL'ßÂa
"ôý{õIðŸõýþá ,ì ÿh˜ù ÷D-ÄÑþžúû-ÐË² z^"í¯% ŠŒ 74Øf
"˜~"Ý~ê l8 -ÿõÎ zÅúm þ¿
%êÈâ úiyq-1/2ø¸3¤&Áu...3/4"uë^ÅWÅºþ- N(r)1/2ÿßëý%÷^ä ÿÿkýuÿÎ ÕßÒ¯
×P@Ù þ'æ÷MñäXÿõ"ƒþ3/4'üÓkâ !þÒX†ÿiA ëûøJ1/2'¯µütÞ/Ü.7ô]?¯¤¿V3/4è³ßÐƒ×} _A;3/
4þ,"_ít ÿß\/ÿZëú[×ÓýkåNåi _¿ëÝ~'š_õéuýõÒ_ý"¶ ô""_"^Â¹!y
k·~¹1 ° û3l4-ð,uº´•´Š0"a #¸g ÓÒ_VÂy!'*`€ˆ-BXdr'˜0V( 0@È R9¡Ó
'uQÅECbˆ˜BìÐ ÈÀ¦d`, f
" Nàì/þ+bšøõb˜¥j˜[
_Šý- ûA...LŠV Gé¦¨0ƒ 0ƒ ,ö°Öû ØO ÄDDDDëˆˆ‹
(r) ˆëªê"Ä ÿÿÿÿÿÿü› Ö eó1
Ãa à9 Gj Üv>CËävu W
RÝHÂ K².
!§ðÍBY
"8 gÂ -l6 ÄEÙ !ˆØh)B æ`Á
‡ I9 ä ¶9nZ ?¿ì!ßøCáú
° °ü 0ƒƒÒ. Hêdüþo(tm)äˆ ¦Ñ(Óû(t‰ä s(x3{'Š²@ùvÙ+a-Ì '4ÓDc"É"A: GÿÞúÃ
@çðgÔ | h- º è¹Áœ< l 'š(tú.m 6
Ôv
¦ëïö¿º ^úoýûH? 3/4ÝúOA· W]ÿï¿Iû"ôŸ÷M'§÷ýëé´Ÿÿ¥ó"ÿýéúÞw} ßÚWÿ{ßÓi_Ö(r)µßÿ?Ö"úÞõ
ùšïÕëÿ(r)óÿ¤õÿõß1/4qñý~žÛµ-F3/4¯öö¿"ãþßõzýÿé*ÿè~é÷Vº 3/4ÿûÿþ-1/2üv ý+"(r)Ö1/2.‡Á,%\z1/2
>¿ÒßoøØ÷Þøõ_ãJÁ~º×Â_×÷ùo...ÿ·ý,UMýÅz üWú×¿" 5...ÎŠM÷äágüVH-ðÃ...ìýÉýwÒýÿ÷ÿ÷ÿêÞ/Ÿç
hçÄúÿ÷Í`¿Ä'_¿èÝ*ú wÝyµ0Oß*3/4¯ûjëMýWßñêïý÷5xÞ"¦û›ýµñþºïõýÿVÿ£ ûõ×Þpþ?ßKÿ~þò#÷ÿ"
§¦ûþ¯K¿÷×ö×]3/4ë(r)Ç÷mßþû í.ßçKïI¯´›K¿~ÿõ"d Òo ¿ uÛ!þë"¯ö"ioì$(tm) EÁ ' 3
€ Èü4ÖþÞ PLâ# ˆr 0@ØaSè•A @Ø2: (‰ !†ÆÖ×n[-ƒ
Q¬* ÷ï \`ˆK gØÐˆÿV
!ª œ
Ø¦! ‰#m,í{1/2U4 ª‹Ü5ÿ±Zµ1/2{O3/4["å@ Ðˆˆˆˆ`ƒ)Â#
Ê,¦ ˆ29h i›PGT" A"õ $èq ¥ý(ÿÿ&Ägs" 5"
Í ;äd"a "4 É¦AÄa• ·* 8Á &Eâ r
h Bô ñOˆG ð†a ñ°†Ä<
(tm)† "È¡ AšÇðƒöÓ- w;ãÐû¸wZ
&˜L é"xÁ³F ~Ñ~Á˜‡<Ï:5 {#‡HžA `(tm)Ü eó
'ˆ‰ ¢vÑxåóíÎ8I Ý¦ Ò
¿ú"f¬9<,
`š Ó@ÛoH xA´ p›šùÞ·
ïí ßÿMë|/ý¿é´žœ_Ýi7ûïÿ¤ížêÿÿàˆ÷"×3/41/2þžw Õÿõ Ìý ÷Ûþÿ÷úë{ö"çö¿ßOïv¿ýþŸÿý×ýÿOâ8¯þþ
?ëßýö"íú§ÛºKÿ"ÿ3/4ÿýÿÛ 6'^µÿzµî?ûÝøqýwþÃ
Á,F²ûu wÅ þŽýmÙ §× ]Šb¿zÿ¿_6 ÿÛÃ!Ïð]1/4÷~(c)ÚøÿîØ/§ïö×u5
2<W ú/ / # ö¿ßFÏ_1/26-öä"(r)áoûè
Ú 8oÿkW[wù‹ÿéÝ^þ}öýún þÖý*öë‹ö¿ nõ×¿ÿ¿mÿî(c)íÛºýëIõ|ÿÿ÷õkÿü}né]×ûX87¿ï¿o¿ÿ ûiS Ý¥
ûio±ý~I3/4 ÞµÕ ¶¿"
l%_Úß]o
mn-$¿pÂ@ˆN,

#ðÁ C"`'O"Á"  0E

þ  ¡ÈJ  £$X+Å6"a[SIJ  DQÎ(tm)+  0›  û±J-m  !?
B-:÷cb˜˜¤"þ  ßØ[L%þ¿÷pÂ"Ó  ªºBÁ  ˆ  1  ketHc    ¡
4Ð¨†""""'¢"?UÔ  ÿÿÿÿÿÿÂÿ°VÑ6    ¬  ÙLJ×DSe"å-Ñ  ›ý>-wÂ˜G"ìàC°´w1›É  Pd,+•  åÄ8  ì_>Šv]'
ÏÎ!Ð)  Îý  Ì!pr@h6  "àÁ±O  yU  1/4|  8!á
  çÃ"-x!  )|ðh"LÈJ2Z"¦  ƒè\ys$  r(#AM  |!˜B<  xAÚ›
'
t
u  Î
øBàÞ<¸98‡")  1/4HÈ  ÝÃ3
†  N3an ø  ¢  ¬ký  ;    ÿÍsézjª  ~††ƒêþäPr
º"`?Óúdc˜pÿø]²Ç'    ¢Ñ(1/22‡  (tm)Ë´
°RçÑ(ÿ¯  Ä"    '{Ò$îÝ  ÉÏ"|Ãutßl§      ‹ê
...ÀÂ$l^;a0Du7  Ñøùš¢_/š a  82Ñ
 ‰
"fq¡ƒ1  f8bÐ·D    r
 4-
 ƒ'2<    "ä  Õ‿Â  T  A  Ò@  ³F
        "-  £1/4  ¯Éâ¯/'ø8´ÓN¯Øf¤

;t
ÿá¶,"?Îî3/4ƒþýó3/4Ÿ¿Ò÷§ÿuÿ]Û  Gç  Gç  7|'  é7ß"  íÿÌµªÛm/(r)ô¯Ûÿœ~ÿ*û|ãô-'w_Ý+Jûâ(r)"
"f±"fd    ö(r,IÉ[  †  6)ÐO?  £["ï~÷I÷ô°ouÕô›à¨ö¿_tö3/4žþÿþÚépD{ß÷öÿÿëëßþUEÉ
È  0@îÆ    A a  ¤\Bù !@Â
Ø‡... 0ƒ¥Ó
'2'  Á  ]    C0N3/4ÕÒªtµ,"=ÿ"ï_  êÿÿ}ï^ÿ-ûÿÓ÷*Ýûß3/41/2k  (r)-ýB  Aá  ƒc  6$ÇxCÁá?  4
>%  D  5ûÓâìm§û¿éö×êëï÷ö÷¿ÿ(r)"__éÿÏÿ~¯¿]‡  3/4›Ww_¡ï  þ4_
Eû  &æ÷ö
-¹s'É|    Iõ  æÊz. Á
  ›Eû  pdæÐ"y|œ2ì(›(tm)Ö  KÛéó3/4Ú_îø¨÷÷énº_3/48ßÖ-¤8Úýýøî-_~ïªûÿCÝ  "  A4,
°ƒh  Ü-  -  Â
    ÅÐBõ ´  õÓº  á£!ÐÂÞ
1/2ëÿVûïWÛõßþýû¿zô¯ÿÿÿÛßôýý1/2+ÿý+"]6"Ó¤õ¯tý:O
é=?OMÿðŸ-¯Ôû¿¡_ }Û¯ÿzT›öþþ°•¯¨ÿQï¥ÿ÷û  ÿ~þé  ""Ö:1/271/27ûÿõtÚTÚ¿Z-õÿÓ²  î(c)Òþ¿ï  ¦N3/
4ÒÕ_ýý?,§(r)+[ûÿö÷ýW÷×ûÿ]  ätñö1/2<  ØÇ_    Æé¯ÿáºnÿí  ß
  ~Áî  öþý3"L_Ó
Âéò÷  ý¿Ûûÿ}7î3/4QtØaÏÿKûß~ò:"i/ÿÿõþA
õcö  ý1/4Ö;¿(r)<¥Þ÷<  ø_
¿~§þÓ*ßë¿ïÿõÿù. ï§ÿ(tm)
GVA)"å¹zÿçR  ÿø7"××  y.÷]øKÅ×~"uÿ6&¹±è[ÿëñïûê¯Þ...Þ8û¡`ß¯ÿ2  ÿCøaÍ  u¡ÿ÷@‹õÿûî  3/4ë3/4
úþ[,  ÷ý,/ý¿|ý  ó{¿÷¶,¯Þ1/2ÿý  ó4øßÞ÷ÿ-ÊÙ¿Õõÿú÷ÿ"tö¿úÛÏ|ýßü!öý¿[KÞ"ÿç¦¿(r)+ú9  }ký¯Ûæò¡ý×ö
ŒCOÿúë÷~ Û^ÿí1/2þÝÿuÿ(r)×ÿÝ¯qÿœ?ßìþßíé?é~Õ¯ß¯ë÷
...ï  Ý°  ý-õïW×  ]ïêõïÛêþïÿÿ  ý¿Û¦¿ò¯ßÝõ̵ßÍþÿ]ñé1/23/4'ý/^ûoÒò²GÞ¿ëµûÛ:/ÿïmµÿ!úéz_úV¿ö-
  'õÒÿ÷øþ¡¥kß"zN3/4  ÿýƒ°3/4¦¡ÝVôžÊ.ÿÛ  §´3/4ØV  Ei0Â^Ã
}(tm)1/2[!ñ¥e  -(tm)Ö¬0X6  Ê?þ  Ú_¦¥1/40•6  †(c)§ý~÷a6  °Â[úÙFšdt    pØ  Vª"w¡GÃ@!DP
Bs´    lgÁv

è

Ÿ

ŒPL  C¸0 ‡a"Bð`°`   Ó        lF0@Í"cƒ       0gˆð/  ÈÞ  ƒc
          Ã|Ý        'Í†

  ‰`Î  ^-
)  UU†    Dì  UdoŠA"ÂeÑÔ4  "Ð  °\àG'  bB
b    d!A  H?ƒd¸HK
ô  h0"  !#èApµp@Á6+ü4  4!Å-‰žÅNâ    ì/...  Åm1
    kØ*¤#b"þ¯Â    h0ƒb•â(c)ˆA¯  C_ÿ'-  ¯_ÿà¿Þ¸TÓ^  [\ Â~g
-8`°Â    <&S,
!  ÁNè0^  &š`"  õ&Wö
iéÈ¨Á...þ  ùÜ¸0ƒ      Gÿza0  ¸!-Þ(c)|qÉ:
Ã""5†bæns¯Á
Dq        ô"""""""  !
  ^Ÿ¨DDDDDDDDDDDDDDG^^Šÿ×X"  š  ¶:  ü´Å²    ÉmæG<È  _¯Êä
N
wDvRŒ#(tm)p...ã€..  f  ØS¿ŽÂâ  À øC€¸ûÎÒƒ    '  tàÍ  A°Á¬Bù
Š|!pØ"\  ù 6  Á  "#ò  ÈÞÈqQþC  Ðfa<î2    ~d"þ  Aß
  uûÿÓÿÿ  =i¯ÇÈá  ä
Óh¿dù(tm)í¢wd è  4sù3/4
ÄAšl  ˆy-1/2  ‡l¡Â
ã³T
  ">dñ×Dc"hGþvi
ïÃÐ|83    z4  9*ÇkwzÃw¤óÎóGM    ÁÄ4,ï}Û}  6hÊ?ÿû¤Þÿ‡A?  ý×ýÿ¤ö1/2ÿý7  ÿJûÎ¿¯ë_ÕzÞ
  ûÿÓ~"ô°D{Ò  yÜ"%ÌÞ@Ñ¡  Å"  üá  †H  ó(  è)
    ŠKY¬Šxã!ŒÖ>UB    ±}¿þÿ3/4ùÝûß  ¥ýêÜ  -ýoWú¹ß'±ž @Â
fb"P  "ÌÈØ  ˙.&AtBa
a0ƒ\      Ê  (tm)¯M0  "Aá=~'~¯û§ßúÎõý3/4ßý¿:"~îß"÷é Â  ¢7
þ¯OTÞ%ÛÂìÄZhtO    á1/2?÷ô~Çï  ¸]Õ  -u~·þþ¯    ¸h¿hŸÎ'Ô  ³¬£‰oä  Dý-ì‡#]  FjÁ,v&Ì3/4a",
QEÍ¢}  A°eÒ1/2áÄÖþ¿}þ'ï"  zûûý¿÷ÛÈ¶,    m  "  á
40pg
C          ´  n
PMí80ƒ°  á4è Ü ôƒué>p{à-áX?oã°"ûÿ{é?ýúÿÅ$õõzÜ/ëIêŸ(r)±3/4°tž3/4ÿÅ|Tv
2    ßñ[}  îßÛû¿×*ÕZ_¿õÿut(c)ÿ]W¯ú  Õ"úâ¯~ÿ0¢|.õoÿm÷  ïÿ3/4£¡ª3/4>ÿxê?ÿ¿‹§ÕþQW5  Ö|
nÂ
ýý
Íaoÿþú^Héwÿß¯¿ÿÿ_ÿÊ  ?ÿõ¿  ƒwïóá)¿ý7ß  ýwÅûo·÷÷ÿïÎ¯_ìÉ3
}u¯(tm)
~þ(r)¯1/2wû‡ûþ  Öû°ÿûëë÷î"ôŒ  ëÿÿ]~øÐæïè_ëÿ"þø¨öïßñªomg!ûï}þ"ÿ[}¿õÿÿ÷ÿÅ5_  ¿ßœ7ö"uöQ°íÿ
ÝµºÖúûÎßïîûïÿ[ÿÿ{þ×¥þ-ûiw~Þ¯ß÷Om¯ÿ¥Þ-ÿoñ"ôoëÿÿû  þµîêj-ÿûzÜ[×¿û
õm¬tß-[-ßÚñö-}*d?¿l‡õû¶CöÈ  ÿ-ý  öÖ;i  (r)¡&×nþá¥ÿß{H    Û
°_¶-öÚ[  Õ"L01/40'°Á~Éû'öa...Ø`§Ñuf @Á    "a?¶Áa§Ø`  "%ƒ A°  31
b  "'÷M²ê
$E  pD'3@sá  9    œÁA0ˆ"  ÁÁ"    Â"Ð  pÙ  àŽf
0ÂA  ~FÁv
ØØ2ã3  "    †4Á  =,°f  à@@ØÏ  ìhDZå €-  "n
  6   ! b¿ú
-Á
  6.)Uûß~    "  °û_±A?b¯(r)w[    -Å1^ÂØ&¿Ø¯ Òa0Þ¬/Ù‡D:PØB;óÂï(tm)

Ã¢¯      ðÂÝªh  B"Öøa    X0ˆ"

š:         ,¡

ÈÂ  0  ˆô  M4Ó@Ëë  #              <DDDDC """  B""8ˆˆ†  DDDDDDDb#  û,!Ó&µÿÿÿÿÿÿÿÿÿ
ÿÿÿ+ë  EqÚW2ñ'13±8(r)$‰J#ätGû"Â_Ñ  LDÿÿüïñ¬Sâ  0rž
ÏÜKbù8ä(ˆã;Ò%]çf3/‰Mæ1/4ƒÉh0  ‡GA'        <
       !a

^7Ú÷  û  ´  B"Â#  áøµø×†OçR    ``(r)hÑ;¢\ÉÑx  ž,  åS'~?  †ƒsÃzÃ  ƒpœ  ·A7ßÿÿýµí    A
"Ò~çcùÐ².ˆù"|S^§¬"  +  œÏ:ä¹'  J²3#ç  t  Ûó͵"-öë¹ßÓ  6)¯¤HL  óP"  š  P)ã3  †ƒÂ(
\Á  `€ƒ°(tm)  O        ñ  <¨"  œ        Ó°^-¿Þ-ÿÐxAïä<'ØM?    ñ&ôü
Ân1/4Z#  w-iÿÚý=~ý  ôNÁ¢|öTMx`'  ‡¢Ýñ5Ñ<
Þ  ¿sM"0Ú'  Ñ>rxÁ Á  sYÝ"¨  4ì•¨Ÿ3/4"m×÷µ÷ïÔ  A,A
"  é  I
  '!àÂ
 ƒ
...      õ  @ü  v    ¦‚N  pÂ
   àÂ  }/uÕ]GÛÿ¤ô,tƒ  }7  =h  úOÓ¤úM  ¯]>  ß...xKnë¯ýÿÙÁÚ[×Û¤"muÿMÿ¿_uÿúK×  [
...ÿÿ|Sõª}]p1/2éíÉJë¯Sp.ÿém§¿1/2vñ_û  îÒÞ>ÛXÿÿW"`-ïÄY8vÒ×ßÿø-ê¿ûßÍ0ßÿúëÿý}
û÷ýúÍ"-á>þÿë>¿,5Õÿÿ  ¢}ÿçWm/ýÓ¯Þ›ù"¯÷ÛðÛuô>éN  ÿ¯Ð
ÿÿ¢ÏÿÝnw¯ÿ  ß~ÿÿKÿµÿí=Õ/ßø^¿Úÿÿî  £÷-ö÷¯¶¿1/2këiW×^3/4"uÿ"Ó  ÿ  ö-ÿö¿êûÿ¿öÕí,/þÞ¿ù
-(r)-þé}i_°m¥öÕµ²í¤ÛÑ?"  "l4¬-ö"d5...m-v&|  z÷-í"ï.  ƒl&Ã  ³(r)(tm)w
a  VC3/4  +
    †  nJ  ›  Ã
l0M°    Î
è
,    ‰óáu"fml    ‰83AO      !ô
(a3è&m  !:Ã  ...4ÄÃƒ
Qð!  `ÍŒð.N
     "ðW  Ä&+ö
"
    U´3/4;´N
F  "°Õ‹†¤"×b(c)l-...ôÂ  ŽÂ;...í1-û        ...ïÿð¿'  uM    î  V¨4Êt  #V"  /¦W*
(tm)pB"!"Ó%àƒ#Ô!    éª
  ^^^^`ƒ  DF)  ^^^^  ^^^â""">ºZÕBZ-ô  "lR
Nè  :ð  ,Ñoª1ŒD    ü²PÎerÒ  ó¢#²îeq.d$EÁƒ`ùÆKŠc0  Ø‡,
øPAç  A
H
u  D
b6        P
¡  (¡
-C-,¹¡ª  '•!Bk›  øBàÜÀlBEÕý¯¡è,6ØAúißÕl*&;PÊ²Ç_ö‡ÓwA  èe£  Ðùy  _0f÷îóÏè  mF"  "|ótþH  š
m  9ü'  2ùÐÉøAÝÁ¹Ù>U'."<'Â
´
àØ3  3*ì  *;Ýê(c)ÿÃh  ú÷é
÷
ç†"ø3/4ømü-YÄP³}ÇK]oÿ}Òý^ô°öÿ§ÿ1/2¿Ðx&  áef_zÞ    ßúþÿW;ÿ¿õ´¿ÿÿ^â.U  ,
Â^--{ÿÿ¯}ûê£?B§õÿßújÿú_OÿÝÚ]  _}Zµþ·?Š]~  k*
/ Í...
     Žµuôo  |u¿ú3/4ü  ô›ÇÂÿøì&      7^  õõ×î-ª3/4ÿ  ¯ë¨%...ÿ{¿¿ú[÷|zñ×ßWÕ¿  E|z3´g  ÿuÛÿ

ý1/2ÿ×|þ ~(c)ZMþ3/4·ß0¹ KÛìÐ,Ü°K!¯Ñ²w7 þHÕ×'@ýúZÝüÿ,éîûÿâµVÝÂ†çïÏýZv¸Wß‰"3/4ÿó
æõ  j¬Ç_-ªÿÿÔôã - UêÿÍû~ëÞæ(r)Ç¯¿ 3/43/4Þ"8 uïÿ¿Åvßç!ißôèŠÿÿoÞßXý-þ^ ·ýû¿Iûßÿç
ÿ÷¯3/4¿uú°ÿ öö;ÿô>¿:U3/4¿ð¿ ì_ý¶Cÿ÷aÿÿ¶HýWo  °¶Oö-J$Ë"ývØamV×a,,ûpÂ¯Dª
#qZ-† nJa,' aŠ5...B0D'IÁ
ØŒ"Å   A, /Xò4 P   4 ƒ#Š z oDL9
6b¶+kýWÚ_Ø_øbµ
| Ã[
h3: ÷Ü0¯" *Ð Liú
&U¯ræõ `"E¡"! "Ê"1 ¯Ô þY
²Pgefv4S°AJÂ   Þ ë-þ‰¡ Ž#¨ÿ÷üÈ,S ð`á "3 (tm)
 z `ŒÂ  ü (c)-ÎÒðrÉ¦E#¿ÎÏ  ØÉÆl)8§,›
 ôô+ }üíN""¦
 ûîÿ"è "J-¢}3É÷ýÿÿƒ P0lž!'.lé Lž@‰Ù Ëè
~Á²zyž ÿÿþÞÎÿ é?}?tÿ þ¿ÿÿ,#ó îõ%ôôìÒÿÿ÷ ?îó"e¢3GVT *#yÚVJ §,  Òç¢0"3Y²:‰Úé< é
Ò3/4 u]×ðD{þVYPÍE"C ›    g Ô<à§ Ø§A
 N0D D&u  3b D( àÁ
 BÌ"  d1IP...ò@B "   a
ä10@Á
!xA ÷ªý¿°ußí_óû[ÿÊ sB  AéÚh?   "xL þôÂ "-š§k" CO    ¶á ‡
ô Añh"¿ío1/2]wïZ-GÇ¿úzh?Ñ7rq}0ŸÄ¸¢VÚPËõ ü' c†‰[Ñ1è3/4¢ùƒ cF¥4J("
¢â L$OÚ/àÎ\"
 cDù†`dþŒw¶-O¿^>ý
ßûxã"æ Ÿš/Áƒ1paà‰àÌ 'ê'ïe : a Âq"Dæ 2sÁ d=
6    éÑsp@è 9 A

0¡ ÐOÁ Ðƒp *§I¿õ3/4õ¿Ûô° ÿ á"ôü'"ðƒz
 Â ¯Âá

ÚO >"Óú 7AÐA¸¡ôž›Òn 'ë§õz}¿zûþÿoâõ¤ÿ"Õ¤Þ õ¶ï-Ò°zn ïû¤ß×M¥Z3/4"tõõª"t1/2ïÓ ¿ï òîlïû
ú~¿(r)1/2*}õî1/2û_±JþÇì{¯·ª÷î/ø3/4=_1/2.Í ÿû8T(r)Á
Ÿ·ÿ:ÿ  þ= ¬~-ñüu{üŽ¤ðÐé´-3/4¿_ýÞ*ß¿÷þ?÷~â`ý ðCÿcÞÛ¿ÿ{¦A'ý yöEÓÿÿÓÿÌ (r)-[äÿ3/4ësW
‰%oo'!ïOÖ }oZà^ÿÿóA\
aÿ·ìƒûŒ[æ
 "ÛÔ?[êï" oosVŸíïíïü/ßÞ¥þe3CùÔÒÕÒþu/B9 /ò }ƒ;ÿK×ëÿïûï¿ÿùÃßûÿ ~¿Ö, ý1/2ÿÿÿò%kàßBy"
W1/2ÿÿûõÎ~þ÷û}é6ßÿý þ¿ûûâ1/2m1/2¿ÿ[Ê{zò%?'1/4>(r)•ÿk¯ÿŽ-U¥mû±·û}û÷ÿßÿWû{ßÒÒþîŸ~×Ý
m~ïö×û"þÎ·öö=ïþÿ¿øë¯Úÿ(r)H_"~ÙÑAÅå- î¯ÞÚW¶CöÕl‡ÚÛ¤ÚV- û'ûa"ÿ÷öÿ]† ` °g ÷""
í[4¯°  ë ö E·"
 Ý†
 ‰`ì'ÚL0Ÿ
& JÓƒ ZÚØ^
†
Ã
 † † a,Ã 8  6Fõ     "
Ž
 6G à¸" ¡Žö<À\Ða#    5.˜a †`` › Ã#" i"
†

˜ŽBX6:â"`Î ^:dcÎ  ± ` Å0ÂR,&FóÀ"LS  Š`Á B¯Ø¯ b

?Ø⁻ v1/40ºwÁ   0@Á
bgq^Åm    ¬zû
¦º
Tð)^\&1/2  Ó   Ä/a0œ0˜(c)'L
Ã  öþ  ^Ð`"A-)~Á⁻µ†
¦
Ø^íÂiÃ$V  ´Á4     ‹† aO   &Q)"á  º"0ƒ$  m¨B""uB"""0Ð^† Hº      d-H
"DDDA"""""# -Á  1fõ>7Së;  ¬
õ  1i‹ÊëW-ñú×ßþw¡›-ª  r°2  .  Ñ63 @@ò@É37'Ñâ5 P)â4   ƒ
"'
Ð
 =pšha  N*pa    xPƒô-œ'ú&ì"8hŸSÂh]éÉ?tO  16hŸ³¦
ÀÁ‡˜í
‹öC'w8GÚ5   EÐs°f1A  1ô  oéÒnº,
±  a  Òn!  þ,xW¦÷(r)  ›-ÒxOû}RoZÕ=¤ž^éºþŸÿ¿ÇCÝzù.×ÿê¿Ö-ÿA  ÿO"ó  ÿëß_ÿÿÿïß(r)Œ  ¿û_þí
    Ký  ÿîßúÝt¿  šÓ´¿ï!f¥Ýkëí¥á
µòBö DÃ
kêÚ]""}¥ßm. *a  x0X`"i,0"
*l0E¸8g  Ì  dn  "  °eÆh
±,   Šb˜2â3  "˜£0b*Ø¤Ã  ýŠØ[°ƒ
ŠætÂÃ\*j(c)"NÁ  qÊHL(¢á5† a  a  0B"#       DD  þ  ‡  Sþ?ÿÿÿÿÿü€Ò¥ 0-Lín2      "5
¸Î˜-fX‹£1/4  ¬  õ~W³‰¹D(tm)\(É¸1(c)  " !  '_¢Q%  ;
^öwHíl)X?_íU"?Îâà...È:‡ê¿ç`ŸRP¥-  þ·÷˜?•É
rn"Ê-ItmÐ/qßûT  Ije-1   ßoÿþ8ÿ*rÝõ[µÿÿûÿñÇ1/4Gÿúü*  (c)  Fs"@¹Ð_%È-  ŽVb=ý  ùèŒ/³Ù)3¨
.  ¸è›  è  ªD2)Æo3   fÅ$  F  4"á   `T˜(sŒ"!...H]
,  Â
ÐŠ   ôþ·ŸŠäÌ¨  žf±  2s;  GB1  -    G‰
àŠsÈ¸¤æpx a
œ3P¦¨  ...GÓ     '1A0@Âh< ôô Â  L+(t‰oCðƒõ⁻  b ÍçR7ŸD6h.I"¦'± ÁpD  <  f£$Œ  2œS
¤ƒ6) @  š  Ô(c)ŠH  â"     ÁŒ  a   ÙHFÆu  P(Á
   32   ¡"Í  <F     a  Â
Á=   xA,  Tþ%  DpôÓ^%"tK  bnƒ0-  Œ3/4rþ!  8 oÑ>l ÔÔšž¬"‰"   ,  Ñ   L  Œ   ÐDN
Ð    "Á  ","Â

pž  Â"Aq`Ô4  é§(r)  iÐMS‹D¢‰`xN´  C Ä›,›  ï
(r)DH3/4gL  Á,  Ñgn‹Š'í  ù×   6uàƒ°  É'     < úA¿@ƒnzªtû"ôÕpµ"  è8°ƒ!Ç•DÙO
Ân&iÐ-Ä"jž¨">&°/Ù  EÃ‰oÑ+  EÅ  ê.l  `  àƒº.-    ö‰oõ  F
   xA¸A¸3ôÓ}  7ð°l‹
PA´  >À  ¤  ...úN:ý~"þ·ÖÑ+  %Ž_$Oå  .ä>%"-  Ì   (¹· f.  hŸ2/"î‹›EÒuÁ"£5p@Ù;
   8HŸ²-  xÑŽÁœ  AÐA¶!     0m
CÐO  :M°ž  &É   Ïf ƒpƒÐm"ôé=8‡úmztž  ¨˜Vúß_ÝÚé¿ÛýÚôôƒ A¸@Ü ìB  Ô`Ø3⁻ ƒl  i
úÐA¶!
    =
é/1/2&áa¡A    B   Ÿ...i=S ƒqCOAº×§Š  iÒÒm.žºÿIßüÐt1/2}>‡ïÙö:ÿ]ë
C_A‹&×Ië§ô›(r)›êžž(c)´3/4Ý§_§¤÷¦áSu×ÝÔâ(tm)ñ!]W1/2  Ú  _ßÿqu  Žÿ  ì     '  ;ú"§R
²"›§Wê°é¿IëIþ´  t1/2  zfÑ1/2_Òzß¥  *{°±§øqî"]>ÿÿ   ê⁻ÿÿ_×ù
2

Qÿþ    ì?¯ b£WOûïß    G ¿    ýu_ûüu#"üƒÓW_¯ôÿ, ÿ9*×þe v "1/47ÿýþk1/2îDÓUÿW-?ÿV1/
2  ÿýûÿ(r)È<÷á¹Œ¨õÿþe¦/[ÿüÁ?ûï'e2$  úÿé6'
W(r)(tm)
Ÿûßÿÿþ`Â¯ù•ÿ°ëÕ
ÜÆ!¿òZ_iN  ¿úþ‰ÏÞ¿ÿûÿþjÉ  Y¤oý_69ñwÎ Îÿÿÿÿÿþr]
}ÿÿ_û°õäiöäM  ï~ÿþ÷ô
ú°ÿ¿ýwõ××ý/oûüÕWñ?°õ-ÿk×ýÿÿ÷-Ýÿïï"ø{ý=ûKµµ  "ÿí×ý1/2":.ë³ª]É
ý  m/¯Ø?\á1/2l"Ÿÿþ1/2ë¿¿ÿwÿý  3/4Óÿ×ß³ªßo]/µ²ô1/2ZöQý'>È}§Ûí0_°1/2øXj›    Ð  Û
UCTû3/4ÿUÑ}(r)í¯Úÿûvt[iwûkM×í    ÔþÚ_tĀ
ëd>Ô†¿
&  _°3/4ÃK°P@Á `Î l+
  ¸0'.Á¯  0DO    Ð2=      0`‰¹,  D  v)O
  %ìSÒílè°m?ÿ´1/2¨·(ÿ³¢ì†˜ié¥°Éß}¥¶  Éÿa,-"
¢XjÃJî
+  l{  ØV  l0'á
    ¶Âf(tm)  "
¸¡  èÐ  b"L1Dh  cbŒÁ‰Ç  lW°  ‹Šb°Ø^  ªÑ‡Uíµa"á¬0'e9¦b†•"ûk¬0'fè3d  ‰o`Øa=†  ¶    ...˜0¦€'
l  vi0ÂFr
¹°`"  `Ž  6#  à^
$Ã  <
Èƒ\(ø@@â¯£à3/4ÆÄ    Ü  â    ð†ÂDÎ
#Ø-"û  °šÔ0š
    †
¦tÂæ€'  C°œ5†  Á    $ä?  0+  Å  ".  $Ã  3    2ã<      (œ  b"`Î

S  h
3Ž)6+ØØâ6*+Ø\ãŠb¸¦1/2  Ó  -0(tm)
ö  Ðh0^×á...†  D  Ü0@Â
!    ŒÐ^^^^ý‰ob  A...ó¸¨ö!xkatÅa"Âè0¨0UPƒ
a0  Ã  ÉÀ":ÃL  <  Âe
c"+
!¦0A,  a  ^¸†pÂ        ÄGì,0SB
  í0T  A¯p(tm)ÇA"""  &c
ƒ  lDDC  0"DDDG    ƒÄDDDDDDDG^\DDp`  ¯ß¢8    E¯ë-  ¸~ÿÉ¸¨TÌ.  ...7  `...    ^ÇÿÿÿÿÿÿÈ¨Î
+å-E+È¹  ")^¨¨´  3/4ñþEË2--Ë°
;
  Y  '-ÊÿS²œ-#ª#Äq(tm)
²ï¸´wa  1/2Ê  ÓœA£³ À fG    (tm)PSânv(0ƒB./Oßý  w*as"H...Ú-¦Îâ÷
!  Tüv    !ùÎ ƒ~"°EÚý,
¡ÂÑ¦ç"Á¦¿tŸc  S¨Ã³ò<;@ÿ6iùŸ_Ÿ_ƒÊÎ_çw¥¤ýý
"õ  ¤@¢¢  É  ŒðÎÁÉƒò  §AJp†-`Oè÷ÿý  èŽ¯&<ö¥      wWþ¶¦fFÅ>F  '   Â

µ(2æl‰oÂ  ÀaøA¨BôÁ  a/ïW;Ó:    FhÚ:²æloìcW5'Ä]  ‹ÓîFÆfF  '  àÍ  "¬Û8e  "ApÁ¿¦..."â  <Ø
^1¸ÿO"ô-  Aÿ  ¡
"§¢V¢k×ß¬ÐŒ
fF  '    `  š
pXƒBÓ(      !
•,

ixAè=4ÌÄ8)á °
ƒPƒî,  OÓ÷þâ[†Ä¸s  EÅ  ì  LÕbäzÒ'ÏÑtf(r)    Pƒ²cÊ  þ·"-  xL'û"Ž,  xA"¡IêýÄ·q.-  7¢xÿ‹1/2  *(r)
‰û5hq,w"ëµOÊ      â  é

¤àÍ...æz0Î\ {á7¤ð¬4!9
2ÚéØ-l  -Œ¡¢î‰øø`Ð`  P`(tm);ÉÝ¤OÝZ.a"èÍVrõrƒ  ÏÌ  ‡ A¤
0(tm)W
"'y¦Á˜¸ oøAð‹ ( pfHöÒ²8µÂ
Ðn
PM¶-^/ÕÆ¯ÓÿwV
ì0@Û  ; šA

¤õO
†bá  ÕÐAá6œC(r)(r)  n›@Å&Ã
BôÓ‹é7b"}‹'Ôâ¢Öë§-¶Ò]§~Ÿ˜^¿1/2Ž(r)Óp›ƒ ›m/kIþ  'áþÿNÕ8m.1/2ôŸG~-¤õï1/4ŒEwO·é%±_ý¡è_¿
íM6,˜ý  1/2VÚ_ï×Mˉß'  Kßém˶3/4¿²ì    ÿ  §þ˜‰;ž  ˚êÚÝ§_(  ÷2?_â.  KVéþ¶Ø?ÿB×ô6¯
oöë"-Ø¯ò  üD]Õ̂}ÿ]5Á  Ä:ÿÿzë,×
µýÇ×õuїþNû§Ä^ûûß-¯ðC÷_˜ï±Ô  q  ýéîø^u?0×ÿ°ÙsO¿ë�ÿÂûwÍµ
ô/ÿÿÿÿý"3/4"ã  (r)3/4ÿÿÕ  Ûÿ1ÿþßþ˜#ÿïOýý"°þ¿Z÷§þ‹§-&ûÿï¯ F#}ÿ¤Þ3/4"÷ïØ_ô·×þ    ý  ˜rÛ§oÿHÄ
?°ŸYQ  ÿ Ÿ¸87í?ÿé3/4°ÛI&÷ú]þö  _éhÁþÿ¤ÿÿK~"CÚ¿}=¯ö'Mÿ×¿ÞÚß÷ëëkÞ"  ÿßÛ
l  "
BZízvÕ[ÿ¥ÛJØal  É:ÿÚíé7ÿ¯{Û
pÂUå#úJ(r)  V-ØI&  ÿar  †Ný°NÎ&BÄ  0@ìžL‹A
K*}¯i§ßÿ(r)u[ÆÛ  O´n  V-a§ƒ  ö  Ê6É  [a;bïrŽÖâŠAW†    Sà"          -    6
]Ý,  G6  Â`ÁI€ˆÂ  3À@0Z|3eÅ  Põí+Km$›["°-"ì0"a  ïa,ä¢  ˜aU

%
$f
0ÂICîí°    â:†
Á,(r)Æx
...Œ0  Ã  Ȩ̀  Å!A
**Ø¯íˆW  Å?
ØÚj

  8`"  $f
0eÆxDE²
{"a,  G(fÉ†pa      `¶>)Š  ‰‹î9‡  ±GÄ@Íƒ  w    ÆÅ;°°ÂPL'  í5Ôð§€4ô×"[
,Ú  G(c)BÑ̄        i... ùÇ  ;ŠØ- â¶)Š\v  ´×ì*jƒ_÷°¸L*
Á4?°šv  0(tm)N  pÂÁ""",& † ƒ  Kâ"9*"Gøkjƒ
šd$  Ð°¯\&  û
&  ËT80³ø‹°D}'G´Á  a  `  "'¬D0B""8â""*1    Yô"""''  B
fÝq  Ç        ã^ÿú__˜&Ð3  ú^¶(tm)    Q_-ëaA  °  -Ì  4  ‡
Eµ;˜r  x¥XÒÇí{    Mnñ    ̂þ[
~õ-D˜ìnY\¬!Ù‹²à€}¨ã  •NÅ,  +  1/2,Ê¯Hè·  #°¢'  À"0ä0Ñö¨íN/    ð.x6  âyöËîv  '
C  Ø³u  Äl0H
P!á  û*}ü¬ŒÜEä`¢#žnÎÂ
|T-|Øh-ø"'    $  !±¦þ,  ‡úþÎ9b
F  {èo_OøCÿvIÊˆÊ`ƒ        B#  wtÒ/áá  2øµô5¤H~!,:@Á  =g

þoè-| `"4 þ,¨#2  jN¹|é°I
,#È  Ûþ‹  ô  ÍõÒûàÌE  !1/2ý‰A  ¶ÖÛ¯^õ¯ý
Òè'ÿÿß"ø&GF-ßô(c)&÷ÞÒr@É  œ  µêÿÓnv6g@^ŸÏÿÿ¯NCy  )"/Ÿ2*"  ~C  Ö#³¨Ï  þ'ÿÖéx@×Þ1/2
üõÒÖÊ
',
x    ûÎ  f! Œ        ¯ÿï(r)  ...O  8Âa
ê  45Oý.¿[n¶"ÿõ¿Çàƒ Â
›ÿú  ÿïŸa=<*%
‡z{...  Ò¥õ§µqDý"¶  ê}¯_úÓÑc1/24JÙÒÇê%3/4ïüqÏâ(r)‰óÑ~Èz.è  7üÓf1/4^ÑxÊ  _IhkíêÐA·A{Ö
¯ÇV"?zFŒ'  ^P n¯e§šÏ9(c)°ÿ¯ä  7   ¸¡A7î/À!ðKÖ"Ï]µƒ§a¥ÿÓ{ñA  ô›b... ßz
á:ðÐ]{÷×Iý¸I?  õÂqkàµwL‡:Âi{kþ3/4›Zn  ÞÁá/¿ßþ:!ô°ÿúþMÿ  "
0âØ6¸?1/4'ÍÝ$úOUï‡",ªßJ¥UÒúz§ÿ¦¡à  7YA  úKËü.âúÿíþ•ðÂŠ¿kþtwgï_ÿ|è"  xÎwõih\>...ÛEt--×ÿ¯÷-¿
ùX.1/4}¿ÿ  ÿ¯÷^°ßíÿBt<<ÀOôÿïÿø<  -ÿKÿõ¿þÿÖ  Ïÿí-  mï22ßF€œ?ÿ×ÿ÷
ßÿÿø¯ßÿr)¿G#ûþôþÜä{ô›ÇïþÿëëÏÿ¢Øwìl  ÿ  ßÛû¯ÿý-ý¤ÿÚM"ÿ"ÿîëÿ¿ïzúÿÿµ µoïÿ_$í  zoÛïõ²-"a?"ÿî"iz
_íþu¿ÿÜn¶ÕÛÚÝ}=  µ¿z~  M...[Â
!    2á°  í  øk¶|"
/Kný>¿_²Gk¶"a/î-Þ  QàØ     #äÃ
Ø@·Á  <-D‹#-`DD>×û
6ÒØi+a"pÄ  ðôÐ}9á    8¸ç  ˆ0V  $h
A,  Ð  b‰ÁpDK  Ã  MÉa  &Az(c)  ±,  ÅªqLBëÿì    °`'1  f
1K          "Ba  0  OÿðCb¯¥þ•-v+×...í+_ó8A"î  B"#b¯÷5Mq_ûÿÿ†  a8i Á
ínÐa  ˆÐ0A•¿ø¡Ê¦¤¦(tm)@a    °(tm)Î  2ö9à*
    På
"    ˆ^÷JÊÃ  @Á  ^^^ŠB""2d"DDDDDDDDGŠêñÿÿ+êÐŒÍ  DxÈã#Hüh°û¯!•L¯"0gQHÃ•¸ƒ‰  '  ˜†
ƒ>  ¸·  8¯²          Ä4  ø0x*  öD*  pedg¸(tm)ƒ      a    d1?è?¨ü  ÿJß‡3/4š
    ¢O_é"NÛœt
ÜÂÌ  ¯Ñ(u"1/42‡     Ðf@#T
ÓÜ&BŽ'±¢þ    °@Üœ~  ¤
‹
    á
Þ  7Ð  pÁ  pl  H wë
ƒ"ÄF4ôŸ7N?8¸"?8ô     ºMÿôßÞ-×1/2ú*]c|ªøRyÌ](r)"Á  ÿt›ÿÒnÏ  ÷ÿÿOëþ


Þ1/2*o  ÿÿõçw×ÿpD{ÿß¯  Å  ×Þ1/2>zÿJß÷ñÿ÷-oÿàÂ
´µo  U¿÷ï¿ÿ"ë´-%á,
-ÿûÿüü¯_}¿úÛÿmXj  {¿ú÷ð-ñëú÷ÁÇë¿îÂ1A.Œ;Fw¶-¿|U~ÿ  GënÙ
G×¿ú"é6•ÿþû_¿é7îÀ‡îÛ?ú
    êêüoÿð¯›¿  ÿæ¡'GJï9~÷ú4ä1/2ëkÚíwýó¯ý  ï  wð·ÿá7M·Ý-¯ÿmw  sþßÞß|ÛÊ  Ú""¿    ßzîÛ°Çí]/Þ
Ï§ÿÿßÿÿj](r)ïÞ¿¿  {†ÿÖû  õ_ÿû÷oþë{"þü"oo÷ßÿöÒÝ{¯¿u(r)£×ö÷V×WWUï°\{m¥ü4¶*¿zàý¯1/4ÏK¯
wVÛ
         (r)ÚOÛÂ...
    3À¹¯}[†"jÁ,L  %$ò€þƒ          -          ,
#áQ'0F
    ,         Ø¤ÿH     Øâ¢¯¥(r)Åoxaw  û×ÿ"M5L'1/2    B!•  CA"ÓÐi•a  Ð^(r)Ð4  A"
"Ÿ#ã                ú-¯ÿÿÿÿÿÿÿÿÿÿÿÿ
;¢  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÉ°°ŽZY  H²º•Õ¡S(Y[0SXs#¡+Ú;."²  ¡IƒÏÀ¨Ùª‰^^a  ^Dîò(ŠÞ""$žvu2  B"vf"Dík;  Ì¡0Šx°:¢::£^$)

...
$VÐ•xšÐ‰- Ž) GÐ•ý x"èNÅ ÈteèDÊ´'f¨È-Q<" ! ;5F3º! U˜Ei ´v ˆŒŽˆÄ$º l NÕ|HR
"DDMHDèŠ B"'dfµ"q4¶ÄìÕfU¢È´"JZ 3Bva ñ ´¤jF¤8ÄNÃBv" •³ .
¦lÊ'(c)JehUÂBa -¢RŽÄ!‰ dtv²"Nï %LDDDO!+(è"I4 BvfŽù èê¥¸' ßåñ=(tm)%£´èY[ +¤
P Ñ ¤hˆÒ)üŠfhD 2¬":
¸C´¤vj"ÉU Ü! %( -GadGÂ
!;Fwª-ÇDÙ) ˆˆˆ›ÄLÐ",
,(aæU,¨H#E # """"V e%"m2´)1/2e "å()h(c)- -P BÍ ] µB
£•3(r) hÑ Ð‰Ù¢2´"&J¹|Ú;(c)†RƒHl(c) +e...¹KÙ[Ô"""" B"f§a2'#£ª
‰tR"tv²ŽÄ' Î¨DÉQ "E DDO!2."îóÈê""¦T...JÚÜ§GÐŒDDDDH¢&ˆ¡ CBvtd$"DNÝ
BF* 6ŽÎ‰4c4B&U!;¢# ˆÄD†, H* U"è¡ E- ´'j"°ŽÈD
Ù*2UB""wÐˆƒ+b...9ÂŠ\l(r))rb"w "HLHÔ!ŸS˜+q6ˆDN(tm)F å(=•ç¡\T•
¬£"Ü°-¨*VVèVð¡ÊÐ-˜ ˆšÑÚÊ"¹B5!J"""""!›¥ xˆehRÉÄ AS(L ...n²ŠÊ (,(c)
àeHAU V}(tm) ±²¶$U-å$=ElÁÇ ! "&¤GDzd:-Á£+B""""
¢e)ŸB...JÝet¡ , £Èöy ¢ 6‹£(tm)-T"Ê (PæüPÂ·e F#ˆˆŽ"
1/2-B"Ï¡!b¶¶PåA[ ªÏ1/4)H¢R-âŠ ²²-N"""%&^)Xˆ'i&
º ' •¤kEI´çnŽ!$(ˆ1/4DDèÈ 9 hâ "vJ"ò²1bA¤±'Fh$GQ DGG- Î
-ÙÆâP³DO²-Ê¡CG0PC†V N¨ ˆÄDN¸ "...âkEñ gÔç)
a YO¶] Ö"i"GÔ¶ÂÐˆˆˆ‰xDD b!"\áÄ3Ž Ó ü²~dP(r)VQ
D• gfhG &É ÚÚˆˆ"dŠv-ˆ"v dÜ(c)
_ •!0"(tm)£R W•°...% 9ê(ØX¦š¡Ù³ * •hDHª"hFvT"DNæŒ,"-D" ´YÁ n£‰\
ò>"ÉZ'Y't'T9P‰Ð
BtDtd:!L(c)äÙU "(c)nf"DíÐˆˆˆˆ'´# Í Ñ'´%qEÊë D²¤É"$i ¡bÊØ¹MX Þˆ...¡ ÄNÁQÚZ#¢²ˆÄ
m FC9\+;1 éˆ"4WUGk N¨˜BjGd#R <"DêˆèŠ.¢$"A4 ìDIZ 2 "DNÃ@ x(c)2"ë ‹#¸S²¤v
"DJåhDì- A Sœ ¨(°¡²ŠJ*Dµ (tm)/‰XDÂS¦jC ""K}QÚ"""""Ê B Q "Í
" "r, e )1/2Bd6"ìø•Æ²H"ú 8"MHM¡ "Í Š"S¢:(tm),¢!
2XÙ(c)$) ! ÊPPØ!=ˆÎÒdM g¬-Œ(T£"-
£wB%tˆŽŽëB"v ˆš"DDMHæb "Â$#°hD !
¬)rR›(tm) HVÊŠ\P›
" B"'- ú-Î‹sT"%B$!'EB;š:¢] §G'...'...'d_#¢¡µ ;*Gi
òŒí £% ‰"K‰Ù*2Õ ˆØˆŽGD|ŽÉ* Î¨ÑXˆ'l ×&""""$i B YuF2QžÉÑš4F´%) D%- "l "D
D-¡#VhÄDÆ] ÄDDDDDD(tm)#4"J xš#²ÄR!+-¡ ˆG#¨‰ÚÂ 4Gp‰
ÂF ´vB3DÂ
hÖŠª ´´vPˆÒ;¢ÄMhŽ ¢"ETDDE!"ˆ HDÍ ¡(Bh³LˆF˜•œŠ¢"'eÐ""I E ¸â"$" E! 'ˆh"G±e
VÁJ)DÆ'n‰' #ÉÈ J"""$ˆâhìt_4Db Df"Ÿ9‰¦a ˆ !%¨â
ó*´ (c)¦# qÊPQƒTÅŸ|Â HD]2 U
)) Ú èM¢:HÍnB"DDDD E"900B Ž..., "MÂ$"6‰Ñ )Lè"DDDDDDF9
6Ÿ (tm),(Ë(ª‰ohÊµ,Ñ$# Ì §eHî ³‰,F@ˆú%(-Bv"w
"J'Ù"3B"'f RÈ4uF Þ"º eRD
)šHeª ! -¢- #h2-
• ²eAVQYC"-'<"åp$"%¸"-ôQ+Š¡ ;,Bq ‰ B"*DóR&hŠÆ •,Ê¤[ "ìÑ +æB¨DY[HR
¡[
¤ ±...AXQ,, ±Êf œ0BmNÁ,q5¡ 8 2
((¡sêS•QS(rš "'›-•"
Â ŠŠ\(tm)Lš pX V$èA"
ø}-) 2 ¥2-Á;(I ÄIn"[-"1 Â , 6"Nù '4EÑ(c) F¸§Gp‰4R#%´$B (tm)*! *yÚDCFB¨Õ ¤
""""""P"'‰Õ ˆDòRDN ¢7-GL‰ä8 "Ô¬ŽŠE&ÀˆL...
"-¡ ´èDHº

Ye[Er"y š°ÊÚB^´] sD,¡... *Ê RÁXÄBÌ... ˆ‰Ü$ŽÆ åi DGFC£hJâ ˆ‰$DBe')ACEjP CeP
¤... ¦ã‰ ‰ºD""UP^^ é Øøˆ‰- &"q "Š) šÊR2 Bv- ]U
"wè(r)"Aäta %¡Ä ¢: (I ÑtaDDú*ˆì" ,"ï HŠÒ2,B"v¦ŽôF 8‰Ù*;t"'|..."¸ ‰ÞˆI èˆ*
Hú%(ŒG~...Dì"U¡;)E¸š)hDDL,ó³TJ šbd 2¶ANw2ó 1
š QIH(Áà-ÙL¦¥nÊ4 $'f¨(r) ³ˆJLDú)L ‰¢<$ˆHªI 1 !â""S¢c>‰FS¢e ED@ó²h,¢e•¤""D#"BH
Gd¨DLÑ-
*¢ ÷ ( D (l¡2- " ‰-šÐ˜D|âQ!å&
§5
'ÑC
NPˆA
Ù â$-CB"")DDDDDDI Ñ (tm)< ""D"P X‰ô9ô""[GgBRÐ2¤ ¥R-Y-c DDDC>É",PÑH(X
¢å •Å-"L¡ y@Ê +fel!^PÑ[ò†ŠNQÊn9j%¡ 1 šdb e9JÊØ(c)á QÏ#"FhH¶GDI ˆé
Q; B""""$µ (tm)´D±e*œr€Š,‰•2"Ê(+ "}2´*.../e¨g'ÑÄ%˜èNˆÚ 3A # A ˆ, Lñ#HÂ
-G\ Œ"ø'ˆm A2 ¥è!,
¤²ÄØ• V XpÐ4 &ÙpR l¥æ$Üµ ˆƒ DDDDF# (h¤ ì¦æ, Ç(r›¬áår"#2&§eÐ -#
ˆ-¢B"ÜNÈBv ‰&"Dº* ,DQ øˆ"ˆM e
)Ê,••e Â'ÙFg ,CŒì]
O¢:.Žÿ ÑÝjv ‰ä"U ÄDìÑ h¢vd"¤â3µ4YyDì- hìÕ
Ë' ˆšÍ 'Ô'Ü#Ê"I¡ (Dš e
VÄ ¥R€mcš"' Ï·(XªÊ-9'C

b""" * ÐŒDs°j?ÿÿÿòÙ Qÿü€Åy Y 0DpPG YÄ³èÞm ¹(r)lÍ}‹(s
w;•Ìø9 K:Š
0, "9ÚÅgr(ç(tm)Áƒ "èºÇA
ÂË¦PåAX$l¥Ežhú x ˆé† M¢èµ HG ŸEóx ˆˆˆˆ"Èe@Dp'Ï 1¦ ÈøØ= fÈµM -#äs6...
,Ì ÐˆœsÙÎh$8²: Y<9h2 @ÓE)Š §)ª,Pä1áÊt'ÑŒ Q 1 ‰*É2--
8E LD %°fj"
ò'í...œ
jÁå9 -e¡T DA ª ¤] ô˜A 'r¶ Pä+£2,!Ç KV¢0 F
@"K (c)ACˆ`ÁË@ q; E¨¶a ÁA´"x,
Ö ,pA ‰s<ŠDöFË ˆÜ¦°±t äfÍ ´

GBvª ¤ " y'ŽPá Ü$#q&1/2`Â°p@¨Žˆè(r)µÈü‡\ààXrÐL ‡6"ì%DŒŽ 0Ã"qË'ƒ. ä*
r‡)È&ÖHkYPaÎ00ÃÒ "á ÕQg DŸ1 ˜ÈàÁ f(tm) ›0(tm) B8±
M‡#· 22 ... C•bª-rb à
ÁTÕ 3q 'Ì B¸¢'1/4îT ä £H *q_,âA°O£ tc!¢vGGÐ3¹PV ' 8Œ# |3/4
Ì">c6 ŒÆ]2 ÊðG å,g ªtOè 7gsY"'cI"ÎZ I A, p#ø!
ˆe9C•e@lDDDF

•¦b†]'Ñt$a'Å"
4Áà" P OBB` 'å"'K‰'ƒ) -
H¹*
!0Ë³žG@ " Ç˜Ëñ &9-

ó D\4Ê äg˜ ¡þ "¬ïE'Í3PD a:A"Åˆˆˆˆˆˆˆƒ#â"# "HEÔ"sú"
X ¢ñ(r)šj‰ŽÂEœÐÍ ªÅãy 'Ø2!ºÌ ÿ@ çj-Órw¤nhŸº@ Ñ&g¡pâF BD9 Ü-'öÐ^>"Ž(c) Ø
Ú¤Ú [e
†m U 'Z)pOõFp"úoéÅúm Ž<0L¢‰ ³á Ün³Ù ¢@§QLÆpŽ †q ,§†KŒÖ ÍA

,(tm)Œ†  (c)äê^8@˜Þx`Ì
oôô-Ò]-Û²X*,+
r  ÝGÈ¡‹
Âz   -  a
"Ô&ƒ%   0@ÈaÁ  Î  ÈaA
,
       9¬-?Ó  OH "m•0-+  AÌo¯ô^Ýá  a  Ž  xL ÚAê   ¸ÓOpž¡
"-  þ¿_I  GÎê^äÝ" Bù  H†ô±
  4   3T,
f0Ø3$%Ž%øhœÙ(r)DæÍZ/(³¹  Ú-è-6•  ë4$Nt-°#°û×3/4"Ð$‰˜5±  ð`àýR    °A<'Ð n
ƒn    ð,t›   `Ãh": Ã10m‹Â
EÌ  °3(r)   {õëÿ$  )A
ÑÐ;N)p·³;A  â  ×›
Ý:¤  Š  z-   okëH6!3/4  ¯ªé$¯ù%  Ð  ¸pÐÙØ0Ùdeuíõ>"u¥z\$ž"ß§×"þ"  ôëÖ¦É  *bŸÈàÖGÏ...Î
Ä  ì,ì]."÷ÒoÛ°owI  z_êîÓ××"ã"è
ÑÐAD<!.  "¬¡Ê   -  ‡}S÷°Mÿ=zøH^µ¶Æ²:õ¿×ékÐiB%ƒ#£Ã%`æ  ¶0a÷ýV¿ñÿ¡¿"qÚ¶îPjÐ  _ÿõð
êøŸé ‰oIDë  Ì9NB9  ¦ÍÊÕWÿú¿^¡^  RöC \Í   øÿ_  Ö,A°È`ÌHžÜDDp{  Ý?ÿOÿü1/2
  ¦ÃœwMöÃ¬WïûÊ"3/4  R"FGÐ3³ƒ]ÿû¯ÿç  _Ð  §1"_
øD(c)æKúZ°ZÕ¤¤À‹+6Æ  $  êêÕÿkuÛÿõ_Ñ  ?,  Ö¿÷þô'VF   ľ"!WO_õÿÿ³ïàŽ:°û)ð÷¯ýi=tõéQ  Î
h  û3/4êÖÿzÖöþ´ÿw°è  "q}ÿû¯úí  ´éÕöÒ¯ín›ô1/2p3/4÷þë†Wþ×¯ûVÖ'   ³ë  wþçO-}µÛ5§ƒ#ïjÿ-úk
¶õ"i*O^-   XkTØJþÂ°ÀÚL3¥°ÒØa>
lÖœ‡ÿ  ×il‡¶ji~ô"[I    X0-ì  Hœ     ">
À-¥
+
  a,H  saŸIl0[     ¤·
$Ã
b

+iijHJ"i6¨ãÂ     )ö)
1/41LŽ        0Å  †v(œ41PÐh   pX2â
   "â
)†›
  'dtÃ8+  pV
  :†  †  ƒ pÂ°a.,A  ÎáV  Oì   °˜Xa4  $Á  {±     ^_Îé‰œ  "(6!  !1]1QTÅ1H0"  O
DƒB" Â
¡Â
  `‰ot}  ðÂ  `š^ƒ   &  ¦aÊÂ¬
&¶¶   Ó"M+A¤w"[,^^^^^  ^^^^^0B
  ƒ0  ö
ƒ  ƒ-
àGgTI    ¨E
  ‰¦"¢)  Á"¡A!ü#
  @(c)°I a  ;¥üã  Ð@Í#  -&  *´Ö,  Kpá  Ê  ¦¡J"-"V  J  "Üµ$  @(c)
   ":-Ôô- ƒá
§f#²±£Ž  ÙL~a...  +éøaÁ%³°I|SJU  +;"s²ù:;.  Üv)×'ƒ*  V  ÄC  î³+FU'    #  tMÁ{ýèa
à  U&F
  n  eX†¡A  )À€@Â  "E"qaHì%Ç]  À¬#ÇÓ  Dn4F; L'¦  É,`¯Èá   Gáƒ¡é¬ìž    á"> ï  (tm)è°
DÝÈÝÍ...›Ü¿s›-"

e8^i ¿A
Ë
_Jçi'H:#.    œî"Rt  |›é'ÈŽ    ð¿  Òx²?ôã¤  +@'±}&êòo^Ž*eÁ(r)3/4§aûŸ>œ–än,  "étéS,)þêû6TG
   ˆ  n9Få‹ù ‡S.G  t
   †} ƒ3  h  K!"(0LâÎ
      DÀÉ2úýÒn  íõ×"bÜ  [8á  ÃLü)  ]  ˜AøOÿ  8†ž  d3Ô  @Á
ûz]6'àÿíäØo#ÅØA°Ð‰  ìœ¿1/4M  ['Ó  *'Ìž
-  °äH¢ß  ñ²o  =2R
?Õtªëÿ˜É°"^#ÀÄ "D
•(âjÁ"Á‡À  `ÌL  1/2j!    Á"Á†Ï  l5H-²@‡ž¿Moî`Ÿÿ"b2<ƒ    DpÁ
×ê  ßOuðƒuOA³ë    n      ëük˜öO¿=  ê¬ó¤"A  "Dd  û¦'Ý-×¤žšé´4  n    LÏ"ÿ×
   üÄ-(r)¹p...,ª/  ð    Dp×kÿÓ{WizMÿ°(pD~--Wõõ6^  +‹dœ+X†[˜    ^²<GÈá°Ž‡×êüïþÿÖ  ÚN¿õÿÐ
@¥ý
ò8lpÁd¹-õ        !  à  ÿ_Õ¥õþúU¿ÿ{õ§ðÕ  žMŽ  6[ñ+!¦×YÿûßzÎµ÷úÃ#Ý_×úüO7á·  Ñ<a  '  +¥á
   q    P¹§ÿÿÚïõûÕ_ÿ_¿Å  *  2,P
l  $œ(r)H      nØ  ÿÿíÒ¿þ°uÿ÷_}6øm7¦Ç²¹fGDvy  Ã+ÿŸ~ëïÿ1/2  ä
      zÓþÝ"(r)W  Ë†-ÿÿ"-ïÿZ3/4Ÿßwn3/4ÕÁ"  û•Ô£  ¢  m...ý×ZuþÿÝ  W˜ÿzÿäV˜²ºtGaƒ  nØ%ëû÷
î1/2¶×ûíÕò[(tm)ö'íÿ`È  1/2T(r)'!  !Û&1/2þÚNu^ëçVÐ-ö1/2ÿï"nÝ¥ïã^•  ð5
˜ÿiX_ƒòìë°ÕþÒs¢m%þÕº#äp¨  `ÚÕm+[U3Jê  S#0×  n        '  Ú⇒FólŽ^èé    >y  _ý†  °"oû
+a/á"¡...˜ŸöÕ0"Îx

IÍ  ...l+tÚI  >ŠÒ      tŒ-  ¤  ^^^^^^š)Z
   D      \V    !ð§,Òdè.Á›  'Æ


  qN
  $še×°^†ÄDR    tÈÇ
ÂÚ'  T
+
)
  ÂÁ,(tm)*";#...#,  BMæ‹£†t¦dxÃ4BA  !    ôs¯øb    3/4^Pe+  ˜...û´ÅE      Î´R    'Ž)Š
S    Å1
*(È´5  DDDD...f  ^^TNŽ¨äuŒEf(tm)<  "ÿ°~&  Ñ(r)á"  ª¥    5þPÁlÐ  Z¦ši¨&    ¦]"A¡"  ¢
A‡&9NS•  ]P(c)"â2p^^^Ð†  ^^,2•,
  ƒ(r<*xTÌ2¥  ElØq
4  PL("`a    %  ¿ŽÈ\Ð§*g  îOR‡)ËÃYC"åACŸC9Ç(r>)¹¢
DGÈøø1^^°ä"3(r)h'@Ë‡  (Žd
  ËÄxŽ`ù  ˜êÅ  Œ  #¢:)Ñ´jGD"""""""""$3/4J3  ^G'Hô"",Ž  î¶äy²¹*.  B""""""""""$OsèDDF(r)•
@"1/2¤  a  pQ0ä3¹Úg,rä2eÈêŽ3"]  ãÑ|å0Š  #ªZN  ,;
eqx    œ±Äƒ´Á
   ã"  ¤  å¹N_-
æ.S  Êrƒ(DÍ  xâ""""""EWÒ29,  Üû
3(r)4    dp."""""""""h"Æ&  2vLrc,Êxº#...#(tm)  ÎBÊ  +•A  Z2ùŠ  Ãrº1/4  œD...  ¶,ÙXUg²¶eÅ•Ä
ÌœÈè  @Á  ò:L(r)
      DD¡  É  °/-Dr<eÙ|Æ_/  G'Fh  %øEBBNN,  Ù]    PÚ  ¡Á$ñ+•çfƒ^#ºdÆ  ¶¦Šù,$âA†Ò  Sµ°óíT
GV
   -  T'Ê°      ]´H'"Ž  H  F  9  &dJdq
,üíT0

B
¡ ó B   Ã¤Lq"¶ì›ŸE
        t&   ‹‡D  Ï‰  ¶rläR   ´  ØP;
"
-3ì¬  Y §   ŒÈ"HH...e'ûH...ØÚLŸ*ê#¬-  y  ÎÎ§äi  ¨  ‰
@'JÐÈö6ÁÈ  7""B³  ùR  Ð  ‹æU,àâ÷  GA  îu  O  *fŒ÷$  3  É2.  e•L!à†UæEU·X?á¡'
‹rs›Ä´  Bîüƒ¯  ÐÊ³1/4"‡¨6C  ‡â  H±Î=Á  Z(r)]v×šœHgh÷wðg!3/4¨!‹ò6   ‡Ê¦3LÛN  (r)
'   ØÑCèi   ¢÷ûø5‡Á  éØ2?LÚë‹F  s  \ïó  ý¿
W"B^õ·µk-   úßÛÍCR4)"#¢›hG  (  |ñådSx_Á,Š¢²3X  8àÈêâºE*¶A†€=  'æ£÷ÿ"

ú  "XNÿ8DãÂ
'á   KÍ  :,pg@Îk
  5ØA  yÔR  Èc  V  5...!^  3bÂ|ê  œR  ¦aÎ,-  "  5d4h)A   ^  íá==>ûü  ü!¥Pp
é"ÿ¨Du"  Ú¶  Aá0"á
á
¦  ÕÑ(
B
  þú'ì  xqÔœÙ(r)Eä  f+ÿ  pý  ú[Z8å
A
è•†‰
S†j1/2‡"Vô°î°$8‰onI  [¢(ïy+èœQ,  ^,"Fá"Ga þô  m¡   Ü  ·K£LéA  1/4¯  Aû  f"  DÃ-vuÐ  m
ñöØÑ)°Á  Oj‹C:Á  Á01/2  v
  aNC5Á  t  ?ƒ  {   Ð  oîê&ñoHoÿ§øNÂ·a
z   Ò   ÐM¹¢ÅºA6èA  1/2   Ñ̀[t†ƒ"l  Û  7      ÿé  þ
´¿é¿Ï̂  ‡,(pŸI´·oÛ
ï"útLz¤èHg°
Ò{ëƒIë  Ý6"oÛÒ÷(r)µú  ¬Ð{j  K   ïKëÝROû1/2mŸDt   ÁacÛïë÷úzu÷îû(r)-÷ëœ
²₋¹€õu"z‚n›1/2V)'.â)   Ò,Òw÷éµ°~ûûÿä
->"  3/4¿¡   é  aÚD`ÿuÁ÷m¿té*¤ØÑÆRÿU:
¨µOÝký3/41/4-ZÃ~ÿ°,  ª  A    n/÷k!""1Ì¯è  ëÖé÷  ÿê  ,ýBÿü§  RJa
ÿ(r)Þ·ãæa‡,#ÕÿÁ   ì/_ÿÿo÷@‰o  ÚÍ
  ¤ÿÿ  $  ¶H!:y-Wÿ[£"H‰¯.   'ØMõî(r)¯²=ñÿÈ
÷þ,  J"  _Å$9b$§se   ÷×O-ïúô  ú  ó‹û÷ÿ·_ÿØ  ét)/ôµÛ"Gßþõ
ƒ°}¿ûî"ÿ×÷íýt3/4¿ßî   "{DQööö"ük"Ñš.  5Ûû§ßÿûöß-¯ö××n¿ëì"C¢  ×Š}w°ý"Þ›¦óz
£íû(r)°ö"}]?Ûí/]×Ö×vÁ  ÛÎ>Gý{n×ùÛ+ÿ  BC  ¯oï°¿_Z{]mû  kdŠÂ ð}-¥ñ  AaC  ,ééd=³Wi  1/2  ¶
ãŒ  WÛ°öÒ ƒ  ÝvÕo"ìÒ-ì0•...a"MÚo¶¶  PŠ  I   Á¥aa...Â°Â±¤"°Û:ÍPpÈ3/4  IvþÂOØ]†µØ[
6  •0ïÈ£!)^Pgƒ=  °x`^$  wDá œ4%  M̧  0ÁX˜‰9$
Ã‹+-  3÷L0]È‚(ƒ  ‰Ã99  !Z Ø"‡°a*Ø0D -  Î̧2ä\}ÃJ  Iƒ>3@ÏðÃ&  _ìK|"˜^  BÕw  ¢˜...±
ˆLVEƒ"EÓ  à  b¿
        b°b-b²   œ‚î*w  Å-œpš
Á   "-Â|5M  BX-!i,
-"Á   ñl   7†  ¿†  "
Ú¯Ø[A‚â""4"""!  )-A,    0"2{  mê  a0  ,  $ô$((c)Ù̂  D  ö    dÏ
  PcP^Ç
  R
B"  ‹  %`6  ˜Ž8  Eb  Aø"Ü‡¿è")bPŠ   Õ¶R‚0Cõ  pA  Â  ²ª2à"...üÈ"D‡
(tm)ÊC#Æ³ØEL  ³⁴Ïü(r)¢Ħ¡  ¨  ô]  ´G  í  ;  Žé  J  M\!  B´Zì˙æ  }  ‹  X&  Ž,˙^  7‹xZA¢œœ$[†Ó
  .D  BåðAèBPÚà˜h))¹(c)ö  Í  0  ¶Ž9#D  H  QJ^0P+Ñ(ä"=      "b  §

Cpº T  ¦qÁ(AIŽ¡  ‹ôD³º‰â€¹nv'K§  BÂa     U0""‡áÏƒ  KN, ˜Hw‹âA}‹~U3¤\ex3ë
F ˆöŠ
?ÁðDu"
HƒÉ3¢œZ"Ð`  ¦•¦  "     A  a÷Xvv@  <  ó*ÆB-S  MB
- P2  O"á"GA  öŒá  º)ô  †Â8L§  #¨D- A"Á`Ù
D¸{'Ò   /   "XÛ  âw†G
b‰
Âê‹ÊHœÚi-Ý   ¨¡
(c)Cœp¦t  Z;
   œuà  ¹8Ô" ›á6‹æ‹ö‰5"íR  NGP1/4ÔñI  #áÍ£ ŠÎÆú-&àµ  &ÒÞƒtÚ
;1/4ì"A=¦  "  H  ÃÒ  ˆcŠ&úqëß§KKA  :
Aˆb:ˆ(tm)
)
dåà(r)   Á'  9¥  (K§"Nd  fÎ±›£9¬,YÈ5  A     ˙ù  2hgQVõë¯§§K¶¦äá€ˢ  a
ê´ƒ  ÉÆ
   z~,¯e`2s  0(tm)Ã  0(tm)8@  õ  `ƒ$ zóa    00@ÍA
b    @Êp†:ÿ[Q3/4ûKú#ˆD²‰]  ãw(EÑ  xOÂ&8ö1/4
•,(N4ãO  cé¢7Kÿ§é¦  ÷tžŸ¥×(r)ÚÌ‡    Pl¢ Ó
   ƒ§Dï¨
£:LHZ2-IàÏ¢  *]‰<
'Øžá'±=Ã+(¹Ï(c)t'š,á›
ª-Úb^  Ï    žQ9´J+¯ú]==vÜ[H:AÂ×  ª,PX7òp  ú ˆê º  "C
&  l&  cÂ
    ô›  Å  )$Ò  }˜0  ±wA:  6    Ÿt'þ¿ëÿ¯Ýì  •3ˆÒ1/2" 'Cþét[...µ
ê°¯W¿A  ‡"à-ì4¡;Å!A7  =mÿÕ  ×o  ÿbN‰RVè"1ÂÿmAÂ  Gq´ß¿¿\/£€l/4"(r)ï˜âoª  ß§íWÿ6›ßßÓó
   õ1/2... ït  PªV÷÷ûîÕ  ,(r)£mqu¥ÿõþ'þðƒpt  ±a‰ÒAëW,£3/4"ªamkÿí‰å  Èaãþ  AU1/2wÿÿJ-þŸo
   6BŽUd1U  E8/MðŠ,qïÝˆáVïÿðbÈÆ ²  Ûô#{
ÝG
   Kï     fo*...bO@Â#Îî,I$" $  ;¤µA&'ëÿì,ú  `"3  ‰
õššßöET¯ÿ$-~Ðoú&D0Á†‹  ÿð"ÇÝRß  ÿl*@  ªÿ-ÿÌ  A,¿¥þ-] 3/4ß
)
"8^  §Þú,pº²:û¤š¿ÿò69Ðò81ûÛ§ÿ@Ý×þ'_ûÿK$ l63/4  Oí  ." zÃ1/2Ô
¿ÿû"'2  Û§Ç  |ðöü-"ú]øA_{ÿ3/4´óMÿ?ûðÐAo  ]}Õ/ÿþSíîtÖBÇò  Õ3/43/4Áÿ÷ZI÷ÿß"¿Òíƒ Ûúãþ ê
   EÓzÿÿoº • ø_I"ÿÉ  ÿ¯¥K]  ¿(r)¿k"    µ{A  ÒÊ
"úíÛ¤   ,0-×ÿ¿ÅÌÂ  .1/2{I1/2›þ×^ÿ"zêêþÇk÷X[A¥ƒ¨Ü4¯-GZÎœa    à%‡¯ÿúÚ,‹kõÒMÝ{ƒ¯Þ¿uH%
þ(r)¿l,4¡...l  D~Á&ÚwI  l/]...h!Pêgd:Òÿþ  V ˆ8é†  ô"Jí}º¶¶1/2v--Ú·R¦  á,'  1/4"µ"B`ÈãˈÐNäe
Á&0T  "CØ°DD  pZA%"aXa/ÿN
,  B$9  ,_ô"Ã     *š&
   -ÚZ"
j6Òm(a~Ås
*qÅ1[[   ¶&Š¦Ä-   *
   é
‡
       °Ñ     P  ðFˆ  6  "  Ž8¢  h3
ñR'&
   :†Œ¨
ìRðÁ(¦
   î  ^  X0L&  Žƒ  C  2     ªÿ,¤!1¤  ...8á  ÿ;"     <0-   †-

‡
S  Im{  Ó            ``D-%  Š@Ž:GuÁ6lN"DG<L9
3JÈ  é"8&U¬  =ƒ  <  ÓáœH
A  ÂÁ  B  !Á  ÑN
Ò
PE  Q¢:    $  sX^^ŠB*
¦¸Z  '  DSI "Eb&Z  ävv)ý
Žë

  C×...8ú"P$'c]tµ      h-_A    æ^ ,u-  ±  R"  +2pÐ  "?¤°  ~æzZ "      ¿¤  <r¨
µDR;J"8CŒ  O;  w¦Ž8Y&š-Dî  Ð4Äx+(ôÓ+eæJÏ¸Dƒ      ªA  v=u¤E3°PÏ,CÁ    :¢
:  G×  DÇ!ÆB\k§"  ·D¡  "  H#9C§ÈéÒ  _jÒ;  8z    5†.  (
T  C-...  Ú%ý¢ˆîv`  ´"@Šy°ÓAtþv  ÒJ'Â  V6  §O^"
-Õ+'@^.°°¤J3°€..‡L... ³ÿÕùÙ E  ;-  )£'-ƒ,.•Èè    ÉZCÂ;œpMÔ  W¤ž"
@ê  @Ü`ñ°ěŽš#¢h  i-  Žd}#‹ô-

¥

,        !Ç  &  ¬  7p,á  /*ÿ°¡Á  ÆéJ  /Õj    ,  Ü-#¸YÅ]1/2Õ'Ð_@ø Q      ±ÅÁ&1/4)
lE  áa)  )V-¡"  ‹
ðXL=?  #¢:&  <#°ô  LxÐ?÷Ä  "
lh0  AÒ  Ï,PZu,.1/4  !Á8Al.  Å·Ò¨ ¬Ô
$  T¸MUøDtÁ(r)N  , cÐ&°,-
    xD3ì      ªCÐ[¯°ŒEA  _ja"¦EH°ÂÂUß1Â#ïA        µ˜F  (>  ¯T    ?áP  "2"  h"‡
D~¡ØÁá  8,%ÂH    "l,‹ƒ'ý  2)ôÈòoü˜  "aœp,æ    Ç
-'l>@Á3/4  /Á"  ël:'dG  `¡%Å    ¤¶
    ã ÆRI"  d‡Ai  GNÃpR@Á  ä  èl S"´GH5"GH=²ê-x2¬"^ê'Ü,  A?Õ†  màŽä4
Pn  < -ƒ-‹a!  %˜&Ô%†Ž?Ò¦
  E
MÂ  ô    PöS÷  ":°ÃaÄHÅþi'    uM<      °¨  9Ç°£Ž
,)ß×†A  Î\  ^    ä@¿-,(t,÷  úTÈÇI  2<"A'â?Õî"W    ":ö¬(tm)ƒ(tm)-.  Èì6G^ÂÔ \#

  ÂTw`à"A
?H  ð^è#Ž    ?Ò°e8  GÁ  ×¶GZ
!
"Xê1/2hDù õ  ¦ì  Nw
  oÐ[×e×  $  @  á  ¨@^þß ¡Õ¡
¤uÁ  ý
wØ÷  GÍ  -ãÁÒ[DuÑV3/4
  A  ,]Ü*
C@^ÿ§¤    Ñ‡ÛP'î
í- @Ïø+ëk°D~1/2ø28Á  øF  ?Á  ô¶/õâaÓ  ð@÷Ã  °DwÖ°ƒ+ÁÐKz0áXm'Á1/4°A  E:"Xà¶ô
›µÈõõDA&      {è'cu1/2  p@1/4;^  ¦éÃ^
  î

Â‡3/4ø"  ê°  Kõ ú  $ûÐ(r)Øapþ
  t¦  p]¨[‡tVÐ"  ðD}z  ì":^ûô}‰&rë¸#8-ƒL°DßË  îwP&    þ  P}  Ô0Ž:}    ]R    29Sí1/2  à¶  A
B^Ø2ýâm  ÌŽ  Ð ]":Xn›m A  á†m}(tm),ÿ-ó.  ø"97°^ê(tm)  G
lÈá-  3/4  !+

Ë´    E  Ô - I  Ù  %  Ž¨Ã-¸ÅmX~TÑ  Ð,(c)C‡J0µ·&:ü      ²T$HhVÕ  PŒñÃj=P4Gõ  ±Ê
HqÉŽBƒQßÐ @öÕÕÃ  Ñ  A²!
;ê  &ÂÛKz  D
  `"#P(c)A  ×  Ž¡1ÃEð°x2  <)
‡  0Èü":
:  G  Xt  õ¶GZ"  "4ƒƒ      à°A  ,J!'a˜=Ô;-  "  è1é¨|  ,  àÃ  S"á}äH  å1/4Ô  Õ‡k    ð'
"G"Ÿ#¸‡Ô¡ø1Å-
Ò<
7_MQCƒÊxó
Yp"qHô-4<•†Q  N9
;×XI  8IÚ  1-ñ
¹-  6¨...†"D  9Æ"  °(r)
0×'Ñ      H]zh  XD|ª  ¹ãm‹Õ"G\¦µ  "á  0ON  †VCTã""{K|'
×  a  Öü(tm)rÞÂ=  ·Ü>  ";Ýþ  _ü4  ÃzZÐH/Ûá  ÕÕu
iS-ï  -füþŠÃ-5¡  ‰  GÞ×¥÷  Ž"d~+"GWúð"ƒ  éQÜ/¨p^ú    "áú"öŸµðh  QþÈêà¢þý^ª¯Oõó±´
v^êúXƒ}zÿT¶"ø$,  T:Zí°÷ÁÞµûê¡
  ý÷°à1/2ë{ýÑœ"á  P¯ûúÿîøA
ïëj    \:
ëÒ  þTißÖ
t    ßp  ÿ^...-÷¥Ö  Áð˜ë1/2á  ×pþ
A  ×ýA  8  Pÿ_,ÿüW...ô¡ïõ××'ýú"GY  0ˆë3/4á
Þñ¥  ÿßA  Ò×
±  -èã...k[q~  ¬(uðPdQz  (c)U;÷&8Dtßü6  1/2'Ö    õðH›uÖ  ",  ×  ßáÔ(wY  SI},.˜7]¿}  "Â#-
íŠ‹ü  ¥@^ýt    ...ëª
µ¥e
  ÓÁß    ïŒ?D  ßÚõnwÈ'êÜ
^  C×ðõÿü%_Ô
°(r)Pÿ¨j  =ÐEÒ·\  _ù  3/48îõõ.  \%Ôî  K|°N  _ú,#ðDu¿¨Ù  aû2  Á    Ü{Ú3/4î
  ¥-b¡|aªµR>ÔôG_^-iSßë†ø"ŸÚâ?¯ûv·ÿ  -(c)_füŽ‹¯ÚÿZË¨"é/xAd}Ó"G_kýïÅ[ö7_^]ÃüWz×-?  ïhË
E  aÃßûÂ}n    |m/
/¨˜  O
ÿÿÃ~g¬Âô  %\ãß}  ßã°úÃ¶ÙI¢Ô  =Û]_þ•{¯ÑCÒÆ  A:Åz*(r)žý  Çæ\¨¯WÍaûÒ3/4ÿÈÞ"...ëH
†  ¡ÁÖÇ3/4¯  Dt*µí1/2KÚi
  +æ¯ÖÃï"  °í¯ôÃtT,29ïÝ(r)'    àŠÿBµŠ¬¡43/4+^¿‡  ]W¯Ž    y  pD~£íÓ÷3/4Â#¨;ký...Á  ðD~
Duòc¢·:ëï"‡  õÁ§Y!É  ÁŒ0E&-ñ~!µÿt
-œ{    m¶  t  ³Žqé...^û  Pø  †  %4J"  þÑN  %¬GÛ"Z@÷u-V¸¸J'NPõÂ  <  ":"  äÝícô°\--f°Ö
mB@è  N>µ]mwéú‹  E
¢•²:  *
ÿßõ  ð°  E;XDt{ƒAÓÃ  î  "˜+¥ßû      Â  0ßƒ\1ÒaÂ#¨Dt˜Á
"_ô¨îá|°Š"GG    'u~  Ç]Ññž  ^-ðµªƒÃ]~
ÂIE  #£
†  ß-ApE=  é?¢ê  Ž±6    p1/2\'    L&^ü8h/  "GQt  ÿá¹´  B(c)Ü  -x4¬(c)T
á0ý(0  aÖ      T
iTkA    ì"‡[ß3ƒï†¿  GáŠ)ÕÕ4GÑÇ
oqvÝÃ#"^    %¬<  ëª¨á
L  ^úáé.Ò¯‡(zÓØ°QÁ"  ý1/4Ž1/2&1/2µáŒ-•Z;...âÂW
'÷¡ñ×¥  GM  A  Ì=1/24    rÝ  ÅÃþíá|Hpá  ðžÖ3/4,~Å4°ˆë  ¡ÍðŽ<r@éá  ý¿PD  é%†ðÖ¶‡
  #  Jñ¡  "h4°...ým.ÂIl0,û  (v  "GNh"ê  V    ,  (c)C,#õqDx%

Gí-Cƒ
`Â;œp·    ZnÁ"  µÿ   i9"°Â.‰˜Qñ
7èãƒÆ  ×    Â  "  îLp1/2ü  &ám5i0ø"ánGÐ,  Þ(r)ÐÖ(r)ïE",#é8pÎ  Ls¸_ú  ‡Ý dt±
"Ç        GRn:zü  ê  ²  \-ÞN*²p^é(I"ƒ!Ì  9Ç
µß{#¤µA  ˆèƒ•^*ÇtÂéö¯        Ùr1  Dx="L,òc¦
x"?
  ²4"  4  ŽØ"<"ÞPë‹l4Ö    J^1    ~¸Ú¬-  aQ_;(  0Du†""hV(tm)Y    ‹^ÒT    cè  ÂL"  °,ÞðD~  L
¢âàáÁ`ÚI"ŸE
Påj(c)1/2  C¢?        •¤  n'"¢&I†  'A"h  !aû"†]

8,(q  øD~ˆÐAÄ'æ  ô ð^"âµd±Ä  '  R¬‹Û
  ñã˙Du`  ‹i  (r)-ÒGaô  o†ÃÎ€'ÃKë,$9=Ô
":m  ðD}óä  Bq†  ¬_F  #Ð¬9I‹x">·    ]  M  ‹¥Ã}  (8dv  }3/4  XbEAœ'õ    IlN  1çÄ1/4":´ š
    0J  °Òð"1ÂƒÁÂ#ôe  Ð1"síÉ˜  _â>‹u+  GïÁÕÌ"˜j3/4  *Þè  õƒõ3/4˙Ž˙Ž'ÿ  ýümÌ‰Xº
äu  ô-.†Áùn¤1/4;1/2QuìFÓEÑ  E
-à¶  ·m  .¶ô"ðüB  páÚ˙úÃŒ³ºŽZ  "&

ÿÿÿð
endstream
endobj
142 0 obj
<< /Length 143 0 R >>
stream

q
599.03999 0 0 805.2 0 0 cm
/Im0 Do
Q
endstream
endobj
143 0 obj
39
endobj
144 0 obj
<<
/Type /Page
/MediaBox [ 0 0 597.36 752.16 ]
/Parent 132 0 R
/Contents 146 0 R
/Resources << /XObject << /Im0 145 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
145 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2489 /Height 3134
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2489 >> /Length 41292 >>
stream

ÿÿÿ‚Â€¢¢pS±@†aIP†3¸
p˙Ö!ŒÐ
œ  Êp § äs#²>`‹µ÷"84Ð˜àÔ u    'ÑNGA‾õ‡"F?‡"< x ÉÂŸ
\3'ÄÄ...   ˜ ^> GfšÀÁn"§e "Ežwñ9 ' hsPô(tm)äæDH 3ÐÓ¡Iü=+Âi    ä´C  "C'
`
› f ‰ >   ,  Bá  Õ
-'Ã|'ÿ  øOî  /¢|  A0@ÉÙÇrÇ!G×¢QþÂ  ¿ÿ  8  øO†ú  ÷t ƒõÂ
,   jÚ  xF'§ú  NsPô  Êj-šDc¿÷  Dc"òÒ8¤áw‾ 3/4-ÿé?z  :Mû†÷ÿ  ÿÎ‾ 4ÍZ  fÎ'×"ÆCŠ3V  Æ  J`
l'  2
Í- ëÿ¿ÿ‾ ô  ßÿÿ¥þ(r)Ÿ~,
×oö-Ò   ÛÔwÿÿÿ‾ ÿ×êúä  ³÷×ÿ_ö"  ÿúÍÞú@¢O  ÿµþ1/2_Z]7ÿ3/4JÂ  C9(
ùÁ
q?ú‡ÿÕ?Îÿüÿ·¤ÿ¤ßüwìG-3/4†Æµ   \ëÂa
ÿ"  úWÿÿ~•73/4'~"ï  ÕGúýßÑ,f1/2ôÑØÐº<}ë(r)"§ÿ¿ÿm*ÿJaßöÿ‡á  QïÕEÅ     ðgH ƒ
@ÝŽ*ã  ÷û  ¿Mêÿ¥¿1/2'w_äP>=z¿ºe ßÓÐ{ûò|R|ÒôHtý.ôÕvÿ²  ´}  p‾ëÿ
i7ð´-‡ÓÿÿmûþÝWøI  áƒü0ø_ÿñ]  ôò  Åoÿÿ¿]  #û(r)øKKoù

ù0 ›  vý         Uþµl2
ü~Çüw·Ú_,Z  ü¬?È£é¿[¿àž‾þ0Þ"  ë·ý{ÅD  -Ùþ  è  o  ÿŸÿÿÿyS  ÿ÷ÿÖÖ3/4
{  ÿßÿÝÿïßúÊÃìÂ^j}-  3/4z_}‾›"*ÿÈ1/4úâ?~ßoêþßÿ·>ôz  }  Þß¿_þÙ/o¿þÿîî·uÿÚþ-R¿ûïÿõÖ÷µõm
Ûúþ-ÿ÷"‾ íÿûwüü¿  sÍŽß‰¿Þ3/4  ·oýÑ  êSßÿ·"Ý×îÿWûþ‾þ-¿ý~ß-û  T  ªxK´¿ìÕ†¶¶¿Ú×÷ÿþß]ÿ  ~""
  ÛÙºO
°Òöö  ù-Z]mö-é}u  ÚÞßûñ¥¶íío  Kƒ  °LàBB  ¡ÙÂ
)ÓLÚ'  É  g
  Xa[V×öׯÛf(r)  ëþÚ_ÿ_i;‾·â‚-  HD\R  pÙ  "[  H
0ÁXa(a%mXa-º1/20Áa"1/2¿í/cÿÛU1/2¿‚a<Îš...Ï  tøalS  Æf  E¡
  ƒ.)  ƒ.)‾ÇÁX3bHHG@\ðBp§Ã-Ã     %þþÃ     mþÝE"'àÂ     6""  !a0ƒ
}ˆÏ±
Ø... ýš  †
  (  %¡Üø  §%  ^0' Y  ÈZ  ZAàâ""
  a0Šv
M... "ÍČŽ‾M  ƒ!
Oa4îÖÅ  õaˆ[ú1/4DDDDDDDDDDZ
' ÓTí  (tm)ÇNÃ
  !ÿ         žÉ8O  þv¥  çVd¥ÎÁ  ¨e  O†ƒ@æ  (ÀCá        .XB¹õ!  Bù

6•-
ÙQ1/4Ì†  Aÿö  z  óa  6  Î   '
L†N  À  8! "LC<ÜC  †EÄ:  <dwÑ  Œ"XÚd
ç  û´‰[tJá  Ã  þ  ÷ÝP†  q   ú-  `Á  ±s§5  Iž  $  6
ÚÑ'@  ²Fjç¡(c)ý"ïÿÓ¿- C>E+úAá     öÒA*Ò
¿üÏ:DŒÕƒ1UA  31/43¡Q  `Ìœ"Q  à%où!äætÃ     ùR  N
       ±
f  (tm)"%B"     )À  :W÷þØÓ‾ZM‾ÿþ  3/4ÿë¨A1/4  áWTš"  ì ÁB  ¥¤ÿ;ÿÜŸÏ¿]'  ÿ÷  ÿ}Õ
ÞÞ'i%G  é°Ï...O¥í÷mÿÝ¤ßþßÿÿì1/4  -à^÷þÚÍ7úÏ7?£sFJ."ñªš   j'74†ý/ªÿÛKûôÿÿþþ·êúó?3/4ÝÿÿyH7
ƒúM¢þ  oþßÙ  ú[ÿ_ÿÿÿþÿþé-ï ¿ë†ƒ¿N•~š‾ÿ  _-ÌáÆ-qÇúúoÛÿMz‾],×
  §  5  C  üG?Võúí  ¿QBé¿‾÷o  ÿ'Çÿÿ'Æ-mwëKƒ  Ã   4Ðû‾§µWI"ÿþß-_ð×ÿõ×oÛÿÿÓé  ÒôôÂm9
    ÖÿÐÿÿÿuøØ7ÿÿ×ÿþ"Ý*õÂX14ØÐæ4NŒ†Ùe5uˆëºþ¿íüWì,#ÿ  xKoÛÍnwÖ‾xK]...Ât  oUïU"ë_

ÿÚü0  ÿÅmû|zû  1/4T_         Ò  A¶Ò!Qú¯=âôúç?ÿ·ÿÏ%
ÿü/ÿþ¯kêIßþ"¶-ú'Âô¶´pë#...¿ÿ~×ùKoÿ>(tm)é-8-¿¿ošŸ  ÕB¯Mõ¤þÚ_1/4^ûk"
bþ¿¿ÿøoÿÿ"  ÿúöö3/4  uÿõlWë%Îê
   PšR\÷uû  õÿ¯ÿÿíû  õ  Ôößû¿µû°  3/4Ô13âojÁ  þ¿ßö¸'Éú  ÿÎ-3/4þÿ÷]¿°oú÷¯Qozazƒa!{mïÿ]n¿þ+û
ûø¿¿ÿwÿþ-¯ûÇ-&þ-1/2þÚ÷Ýkÿíû  ÚW÷íÿÿíâ¬,  ‹ßÔiÐOm3/4ÿÿm/VÕÿÿnÿûØ6  zïôûh  ]1/2W¥Û:í
">KcöÔí&ÂZ_ÿÚÿ~öÿÿ´*ÿõÒ1/2ÿ1/2^Â^  N  V¿ÿ\âÂÕ  M¯ÿ*±û  tÿ...ÛÛ¯ÿí&È+?k3/4"év
Ø¡ƒ.6Fèøw$  ç@]ƒ  Š  Á,Aƒ  (tm)+G@Çþÿ_  í¥ßþÚ¶"
ª¿*¤(r)'á^LS  ¿±
â¯¦+4   "±ž     "1  >KC¸&h,ù-Iºa DJ2ø"%  /ÿkf-'þ•"TŸA  ÉC  0¯_áªš  a01/2uot1/2  ÷‰
 ¯¥·M‹ÿµl*Mûj"g_•´KYÙ"       PåmYC,$Ù'  ÿþÿ{[ûi        `Ì  rÎ  p
D!Gm"-ºÓc  ›T²  b""""""4¡  `¨"DoØ-¨_ð¨"ŽÐdp²   É
£'Ú¨  {Xa~¬qLBxLW  ¡  !±5b+´
5PšÃ
ˆø2'  È1/2†r€'ŒEÕ|DDD  èF²ÿÿÿÿÿÿÿÿûØ(         ÛZ,¦
J  Ùjš†@6Gÿÿÿò¸ª)óVSå"(tm)Y  MA  (DÓsµ5ûÐ¥Ž'n¨"-@ÿ  (  ×
Øèqõ¨nÐ}þ3/4Þ¿"¨ŽŠ3ƒ  #Å|Ñ  !|...ÒC"ûï°ƒƒL'  h'  T  ×Sô‡†
ÛÍ  ‡†zŽ2  ØÍ
-ÿ‹{       Ú  úÝ  ÿ÷ÿ        ~-×öïŠÉ  ?_ù  N   Xå?÷ÿa(r)PŠ  Cÿÿ'÷úÿÿe
ªkúþÝúþíµÿÏÿÛzÁ  (Cð¨ƒ8   Â
`§  ,!|...Ò  ,ÚÝƒ0þ¯wŠX¨0"DC  "65  m}D  ÿô   Ä5  M  È  -_Ðä  x#¸äÇ²‡ø1
.
v4!±H'^þÝ  z  *b0šþ  þÃP3/4v   Ð)8¤¦¸Ì
ÀÍ  ž
Iƒ›  œB  ÿÈ^{Ñ³¿
Ñn
ªîÐE"ÛÐ'"á
A<à":E=ä¹"  3ü    pÂ
"v
¯a›g£     $  oÐ~  h  ÒGP^1\  2qB
íÚOè  u"A¿Þƒ~‰ÛùÿDûµÚÍúxN¿_÷3/4ßZ×è  oá  h  üÅ/I  Á†["·Ñ~Èr.?×wK×ÿu}R
øè´ÂO¤  6â·A·A  ¿â"÷ç1×¿"þÿ¯Ì  þ,n
xK¨ü%O××"-ÿ¯JâöÿzÅ{  MÇñïñ_ä'u  ¥,#É   X_ü  Í  Ñƒ‹êŸÂö(tm)Â¦ÿî²¯Ü(c)ä•  ¦ûîø+ý  r‡ó8hÐ
úo  ¨*û§*(r)%Óÿó§¨
Bsè7MÁmÿÎ  íî1/4óÿ  ï_ú[í"¥3/4¿ôû~ÿ/ÿµÛ¨¥1/21/2Šíÿ¿·¶íúûzÿûîzÿ-  ÕßíÚ_ðƒƒ8  †¡   A"  A²n
(dq¯  Ë,ö  a¥øVÂ{{[ßí  ¶ö)4==(ü1    `'8.h
0Á  r^
    ^5^ÛÍ³Ka"ø0B!,   em[  k  ±    xa  à@Ù  ƒ0PeÆ|  `ËŠx  ^^î-ÃXiö&  ±LBØ(r)$C
 ^‹O¸i"á,j"  Fâ£"b¥_ÿ  %,  -æqú  1   Qá  H-


¡ü&†¨A"ø9   Æd¨  ;"§¦‰
ý
  Œ¡1/2  72ƒs@Œß"Fàù  wé1/2'Iÿ
Á"i  û¦þ  wÚâÿ:Mä¨ºNtÊšR**:   daÿÿÂ  òp†dfG^   d  (tm)   0)¨3/4  2  p  ÿ[§Ñ'  ØOðžÐOÿ
¨O¯ëv   ¥H•†üK·è¸‡-Q~âûDø-²8´ÿTø  @Ø880AÁ  [A


ÁzA±   =bî¤ÿ>í?  6¸I  Þ"Òd  ÿþô"vµôõ  ¿ô§£ÿë÷ß3/4-jŸ§¤/ú×ÝuÿOP1/4Ð  á'µÿõõZûY²°ý/Þ3/4¿

ÿZzßÑ<ý  1/2ZþïûîÚ]3/4ŽGé  ý§zúþþÞ"ë    ëjÚ_W  ¿ú[ß-ô  éZ[jö•¯û  m¥(r)µÍ "
0¶Ã      'Õ"M(r)"å  °{v-  †‚â¨!!
L86  V  I†  "PàÁ  <0Sà3/4   %ÀÁ&
  7%ÀÁ  ò~šÞ¶)Š‰Ç¡"  ×±LVÄ·ôÂh0¤±    (pƒM5ýu‚j¶‚^^^†  ``B Ê¨  â!,
  ^ÄDE!  ê•
ãÿ 0§(c)ÚÁ=ß    "N5;  Ì  QQ  VAôû;  3á ð"Hf±N¡€ƒ:ŽÚCÜ"-à¡tÁaë
'ŒàÁÍ  '2ƒs'|³  ^üãé-ê]Ï  -‚ë¶¹+¯È-;%Úî£  í  þ³â  È  d0€ƒ¢œ+  G¶Òþ3/4âK,"ƒ'
0  8  àS1LÉá    x1ýá4Ðv  ß¿ô~5(~õ
Ü?!  f¥1/4Kz%a¢vêJßjé  ßÁ"GAž  Ï9:
þÁØL"...>  ×ùÓ5¯:      í"~ÛÝ{ÿ‚õ'  £äHe  ²'"é  s²)+¥¯Þ  3/4Ú¯WÿÂÐA¨Ÿ  ý×Ô¹WÐhZ
4-  BÕï1/2v×ÿÿ´3/4ºÒoµon3/4!ßçæ  ÁJöHÁ-"~÷vE  ã‹ý7×]  ÿw¿Nÿ¥÷_   ã1/2=?]-YÅî"kŽ;ú tD
}ì³{þõ¿_ê0°ÿ¿ÿ_ßö  jûÚ°oùg  jä÷×c÷  kõoOÿõ0=ê÷×ÿËAh@CðCï  "'1)ýý^Õ}ßÿ-  ~ÿï   n3/4  Û"
â...Îyüü[ýõ¿¿ð3/4ÿÿë'Õ  ýæ¯ñß×°ü  û¨öÿ÷"ë  ý^  O  êôêÿûÛ~³u  ×ú×Øaü¯ÿ¿ô"  ¯ý²in  ¶ŸÖþáb
aoïÎôÿëO
úÚjÃ  a"‚a  1/4  ùÑ$Ú^  Á...±  ]œ
      a  '  1 Å
K ¥ÒeÐL    0ƒÊ    E7X
Íƒ  ,  ÆÅ  ƒ
Lï  Pì  ¹8!
Á‰<L0¥ Å'";_ñM&¨'\Y@X""ª  û
-(r)  <uøâ-#^^ƒ)~é£R.^{A,    °¼÷õšø^^^ŠB""CŠ'?  -q,/ŠJÂâ?ÿüÈ            (tm)e",
...•\íH$Òœ-¥|8B  ÕÃ?
ú¿
3/4•òÌÏ"  ä1/4øM  ÞfF^á"  w  È²þ  t  †   á  ...ÇA  ~èÜÃ>†ÆÃ9#`9ù†O  9|ý¿tÞ,
¸è'  ao¤ÿÒÝÿë§Ò×÷ü   ñ~!=ÿ°Å   ëþ  {¿!  úœež¿á  þ‚7]~¿ázù/  Þÿõÿ̀Ÿ  úÿk¯ÿKÁ&Ì̀³;ÛV×ìþö
1/4!    Š  CÌPA"  Cb  ŽÅ
  â(r)),&  L/
"a;"MÎê¢"''''''#^-¿U  ÿÿÿ2£;  db Fa  F  ÄA#
æhŒdF]  Ë£'tGŠ  ~dvqž   !d  §j  B!,•'r-d*@gÃ  3ƒ  4-  "Ž


Bâ, h]Ä  ~C"xÍ²9ž  ÐÎ  ²(     <|‹"#Df
l  ðB  -FÂŸ  8¤|R>le
Æt    œ  x0A(2Ý#e"Â
ÖÃ       %  pa#t0  "ApàÂ    0‰ôn"  l  øüîø‚4îÖÓ‚a>ð  1/2è  Ã´Lpt§  -
  ^Ú4


      Ýè80H ß}
j¶|ú(r)  ¯Ù>  Ñ¤  ù†   p`  Á°^ƒ?   Œ3Ñ†zM4ošgV
  7ÌØgöhÐ sDÊâ"á  ÿ·ÿé
^ÿÞ-ß*1/25†ß"GÚ"GïÃ¤  ÷õŸ@‹-  ðEÕÜ  ~fÞ¹|  é"  ôÿÿð^ÿ_ÿþî°E×ïkíý?_íÕÿôÿ  -î°_¿úOì  ü}¿
öþ1/4_3/4ß  ßÕõn  ¿íNõ×_OÓÓý7_ÿÿïõ¯÷Ô  Ûÿ‡íý÷_  ¿_¯"(c)Ã8ÿ-ê+~3/48ã_  d    q[#×ßÇÿ-È
£  zý  ú1/2[Û~ÿü¿`ÿûê°×yÃ-ö
:Ø°oÿoö¶|3/4¯ÿêÿíÿW  ôÿW-_  ¬#  óÏ
"ÇÿŸ  U;¿<íF?mî'¯þ3/4Ÿÿê¿Õÿxdr_þ6Em  ƒ  1/2fû{"_-õàÞÿ̈¯þ  æšíÿèøågûóEÇ  £  ðo"  íÑ  M
û}µþÛÝâ"}.ßÿÇñîþÊ#Ö;è_1/2Ï"¿çÉ  ÿÿ¿ÿÿ÷fëÿØ;ÿ/¯žoÑèÿz×3/4ýþÑé̀ÿÁÀ8Ÿ¿ÿ}{  ßå  ïßúú[þ·¤
ÿû
-¤þÿ7ïVõoÿ÷²é  -í¬0¿°Òì  0›ªg´á¤Ié-H7A¨Ëƒô̈µïé"}&õðÉÕÓ¿Ù:_Þ  ŸÿüïP,a    a

```
  l,Q~@  "  Á  ¤
* A¦" ...! ž... Ë¬¦&]&`ÛI0šaB
&ž  296  Dh#
¡Ù`Âœ ƒ 0C`ÁPa   ‹0Á  Á...8  ÐOí"Ž¦§A,    2    ‹A, aP^^‰C       -Ð‹B¯¤Ó ;BÝ  LRª  lV
3/4Å/û  æa    "(r)"""'"8^^e  B"""  B"
   ^‰  ÄDD    Ð  Å%HDDDDGÿJ<  ÿÿ24g`ÙÔÌd4y  óæA2ùv|ÍätB  DG§jAÌÆhG  (tm)˜Až3ƒ#,
aÂ
!>
   ž  A¡  Â  pâËcŒÂ;  VÛjMÝ"Ý"M²Ý£[FÉ(tm)‡
$lašyð×$Ø`,  R²4  R+?°pì'I
¶
(c)Ú?$  H<  m$í}h  t]ðÍ  î    Z^"þÞôÜ'ï|ÿÿé  h7ÿ¶ø"ú  Göá  ÿotµø"?¤ÿúWÓ(tm)³4L;<*3$Ë¢<N_I
í/-'ßÿÛ¯Ûêñ˜ý,  pg(tm)Ã      "=°š  "ût-µÿ¿  ¯  _üæ8Ó  ¢áî
   \%Ñ±³bFçp•mõÿ{  ëÿßö°ý


ì  ´>.ÐÓ"º  ¯
Ø?ÿ÷I  vÕ^?}i¿¯  §ìã...Û_þßñ_êû¬¬ýæž-õëë]R
‡í?[  Â  û  ý  ÿÿó  <{wúëþ¨ä°¿~üKÿïÿ_"Nüí
_<ý
ß*ûëý(r)-èô    þü  ¯ÛIýô¸=%oov
1/4¡  ·ÿÿéVÿo¿Û]ô"JÌývÂÌ¯ ýí·ÿ¨ûd¿  80ƒ  0DL
&Á",
Á
"*  ,L  S     ìU  3Á
  dp^Ìû    X_?a+
g"?´Øõö+áaŠb  "JÓ[M0`¡ƒ  ˜†`;
    S  qLW
  ^^Št"  ÁP^^±QL"éŠ"ÉBv  Q      #¦"!"Ìå    Qÿÿþ@A|  -  ÈÙ
1š²Zg‡¯  6  PÓ  3Ó¶öè¢%  ùÕù£é    yžg
'ç
    "?,
oEÃü*ÓèØëæÇm$  l8sCs˜"-'¶ô  dôì*#    !d  ÍçÿÐoá  Ó{zN¸^‰  çÂ°ðT  eÙœÞFå¹
9  Ã)  Ð  _ñúýÓ3/4@ði,  rÇ0ä#  ö{%
\  ËsùPV    ¦pPç¦C-±‡Ý^^^^^Úßêqÿ-ßØÄDDDDDDDDDD´Xd  äx¹  ÿÐ?Ì'oø^  ÿãí    m  þöþ¿ÿÿ
°v¤÷m&×ý³?Û    rÀ°F
   †  3  Á  PA0‡ñ"
Ø¯±LLïÚØ]4ÔC  0"DD  C,    ^^ÿÿÿå¸¯ÈU  ÙK#¤k"A    ×"
¥‡;ÐÐÂ¦ƒ  ¸kF†É¸aÁ"  Žg£jˆÏ¤
#>úqÒA$ëIÈ  å  ÐÌ+Í  }  -h  u¦Ì³Íá  ÷
!Á  ü  ÆúKÒénáÂ-ú£[Eßo  1/4~¿ÿw
  1ô  ´  á6O%Ñ3/4E6ô¿
Á*ëÛÒ}x‡  á,¥ÿê+  ¡Ûöô¹°9vÃ  D~¿°ó¸Hkÿš]<'  WÒý75  ·Ö-OOÄ]ÿè  ïKï´(tm)Ý[Ý}·}¿Ð]Õê
Âé'ýÙ/pn'<   =úé%ÛV×Û³>ÌûÞ  Z^Ú¶¦$ì0"0  -
   ˆÁX0Z    ±\gÃ±LQ¯ ƒ±LNÿÃ  ƒ  °Úz¦š"FPÂ
-"  """""1  ÿü(r)U  Á£Ù
gD^.E'/•  †300|9¨
     ¬)
```

```
  !š    æÂ ""A  Â
      ŽWž
ÙÈ‚} Ã!<...   -  /"I'
Èš .&Fr  p"+ŸR  ÌÛXCïÐuzÿ"  4

 ðƒXµMSAê°   !Ð!ðð‰g÷Ðñƒ'Ç  Ãç-
"Éqò  u `  ‚Ð¹'#Bð†  oÿA
·Z'  ‰oçü  <ô5'L  M3R
õ$  6   ql   ";Tô   ðr
   ':ì  ª4Ù
š‡¤û!´Nlé  r.d8ê4  t  C}é?êÝ  i7ëÿ·TÞÞ'  :  6ý¿ï
    êaè
ôæ¨    ó_§ÿïüI×,#ßÞê"î¢$->ëÿuVþún  .¿¯úOÿtÛû  ÑŸÚÍ?ªU¤ëÎî¯´  Müäõ×õoõÿÞÿ¤ß  ýÝ7Õþ'N"  ÿ
íþ3/4ß¿×þv  œF¡MÛÿ§×ÿ÷nÿÿ%  Òÿÿ3/4ÿI&ÿo"¨ëð@Ó  Çõ°þ(c)óE[ÖiŽ"uÞ°
.Ýí¿õëwÿW±Å[ô4>8ø‚äø-õ=ý1/2î´ÿ¥ë  ^8°×šc*Õ÷_¢  Eí[zuúÿoÿí/ÒÒ$Ê†*öþÒ[ýõí1/2¿5´  :   5--·ß
úÿó D}[¯Åé~ÿoíÿÿû°á¨ðé³k²!  ?-ñíÓ}^ëiS§ÿõ~éSÇ·Õ²!r
4þµ}õAÁû  ][ïßƒô  _ÿíüUÿêìƒÒAõß÷ÿ   ¯Í?Ï;üôÚûü  œ?õÿÚ¯- Ûê Ã
0ÿÚÆÇ•¡ôß¿î·ÿÓ}|Ý¯ ß¶ÿígŸn÷*
Å§ú'àÃRdô  1/2Wï÷¿ÿ§ÿ°l  úoë÷ÿT  E$-ø²  Ð‚íŽ~#  ë÷¿uþ÷n»"þÿÿöê-¶ïŽÁ°äµ?~&æüvë    Mþ'*þ1
/2íþõ  z",Ñh_ƒ Ý?FÖþ¿ßÿî´ "nõûÿkïshÓtßó²í"  é3/4"¯ n3/4
?öÝ"µ¿¿ßûª  (r)}](c)ÞaÍ
ÿÿ1/2×Ú¿ßm'×Þ¿oûKß[ÿWþûÒêÿ¶-Çÿ¶"{mÚÚ¯ÿýî¥ïuëÕ;×þ  ]_î¯µÿÃKÞÈÃlÕ¶"û¶¿{ÚP×"Rœúè§<5÷
þ  K_ÚuI$-î¶    [J¿´1/2Õá¬4•ÿ8|5\0´Ð0|!8C0\Ð
0`'@pD<Ûð/ä°  b   ²9"ÖaXa&  $  §f7LÆj  eö
$P  ‚
pD%  Á‚
BBí†  xaXa|Wß†!'úÕ5à    Í'H±LS   ¹  ´¶+ÿŽ0D%  °eÇÂ!^x
ê(c)¦(c)(c)  Ú|0L¡È  ¡Á  Ð0  ý"  Uú´1/2¦Î§€'b´áÔÃ(r)&p^^^^^^^^³Ž  ¦ƒ   @Á  èH4!"""h"Ïö"
   MDDDDDDDDDDD  ÿÿÿÿÿÿÿ‚-  ¡  2S  £.  šã×;  ‰°W   ]LS"   ¿ªÿ%!
^v³
§bX?"*>d$¿  ôvU  ¬|(r)³(tm)  k  'F@  ë¿   ÇàÎ@,"eÿßÿÿ-ûÿÿþœ-EDD?8e8È)  Hþ"  "GóVKÇ-ça³
‹ú  Ä4  8Ï"(  ñ"ŠþhEÃ3 @Á  ð  "  BA    a2&Y   Ó  â<f·²$)Œù'  Ðd  Ÿ3†pd y
CB0)Ô!Ô"    !
d¥  †j<‹´†2†GÍ  ŒÐf",<  !¡>  ê!9>  è!¡       ‰Å¹35-TÆE
àÍB'  |Á  _È3/4Eg  Ü ü"'Â  [ÐxL ûL'ê†  np  z  hï¨AÚv   =
 Âhi¡'@æ"  a
"0A hXB,zj   5    "-  õ#F  0@Á  `T;  2p{    ýý  vÓ¢Þð‰"Ð¬tñ76&Æ‰oôâlrýš b~¢~
  ÿ]Â    Á¿¢Pâ[´J  %  J  '"ð¡
ªz³  AÅ¦ÆœI  -  3/4(c)éÅôŸ×ÑŽØA"Á  Ä9  -  ?´Â
ƒ    "
ð  ´  mØN‚
‹ø9Gƒ  0's†  5.l‡¢î
-Ñs @Ø0@Ú
Á   @Ü y}blrx
  ù|Á `¦>Eþ\Ù(tm)hœØ2^Ñgf"
ƒ9.  -&Æ‰oó
ž}~Á'ó-ìé"î
åÂ
```

j"yÿ-
Rtžž›IúÓ~(r)    ÿ1/2P|ÿH&â  °ž   Û    è7N,
ÓÂ
†  t      á
‚
Ò$-   ƒÂ
›...ÓÂÿ\ N,
Ð‹°ƒ˝x";øÒ{¿ª ïëún-w¯   ô"ý'¤´ž  [I¿¯ÅØZOâö-"¤Þôôé]?ü'A71/27Âô3/4î(c)=.-ÓÓ¡ûÇÖ(r)"¿*ÞÝôÝ?
ëmuØ§v˝ï3/4ÿTÿWM×ÿí íÿÝm(r)cêÿ( këÿÿ_þ¿ô¬uKézx÷Þ p  ÓØí¤Ø¯-ëüuüŒ³Óä•]9
uî´ÿ~ Þž "‡oÿû¿_ÿ¶~... é= ëû"² Q_äQÝ ,×¿ßïïd W(r)ä;°B1/2×þè"?¯èGßs
} oÛûÿÓ
çwÿÿ2 îÎL0¿ìƒ¢ÚLƒ (r)AÝ üË:[ ê3/4ÿÝÿoþ´t÷ß]{ïþºþÚÂôwÔÿý šË"†²£ßöÑ<ønùÔ ú ü¤?÷Dó
è¹ýÒÿÿ  ~d ß_ï3/4ÿü(c)¿uÿý¿ò^pm  ò
Ð {H"  ûÿßx7[ú
t, ýwMíô3/4(c)=÷û-ôØ_ý1/4‹aÛ¹úþÔþÔþùQ˝ZþDôÛ[(c)"  -ë-÷þužÿëúßm/°é~"ôzëy
'_ì5 ý/ÿ°ÿî×õ¿-û]ÿ§¶÷°¿ßý×íu"Uÿÿkôzö"ÚV"d?[V #ÿŽ×]¿àØ=  ÖÎ‹I´1/2²k¯ë(r) °ZÖÎ‹VÒ(r)
W'  uö-¯N  ¶Òû
(7°ªØT"JÒ†
u
$Ø)ô¦ô
  6BÆÖ×ƒµ}†-ì5l    Ã         C[

+
íÁ  ûô`í[V  N  ÚW¶  1/2°^  ûkdûaa...°"fmƒ,"Y
ÀÁ&¶  r.FÁvHr  ¬‰0hT      3ÀF   â´â, P`¶  @ì"  ^ª¨âö  $h
Ÿ
  D/  0,  $  (c)  tÇ  a5¶  Bá"˜   Ê Â°˜´|
Ø°˙"  `   6  Ž   6  26
E  Pð  °ÂV
`‰Ž


  a,$âÎ  ì   Z(r)Å|W±&ëÙß´ÂÒÚa~;
Ø˜z|u±K"  =Š  Å5  ÕDÎ
        `Øƒ ̌Šøˉ-ðÄ)ÜS  ìRì.  ƒ      ±LlW8â¢  ìB"Ðam   l*iš  Áa,
&XâYÝb  A'èPâ  Zi...õ;...´×ía,ØMNè0S¸L.•   ¦  S
ƒ[
Ã  5Ó    é"èÐ1/2¦
ÃM¦|."""""#Ž"""  ^Ž  !
!  Îb Ë  q
&  œt,  Ïa   V  ,˜ƒ(sé  3       U@˜ Â  þ"!œ"ÿ˝Ð˝â""""4""4""8  ÿRÒ1/2/Òÿë]Lµ
I-/˙"  2  u  "+...‡-ÀÒ   ...7â  i  ý"v   ‹µOT5ÿÄDÿV  Db?âÛò×
æAu(tm)    "Ä'O&Ê±&"›
)-‡þW.Et
²,EpÅÂ"ìœíA  Ìƒ•Ã-ÿê-ÿþ1/4É'òvŸò  yØc1¢x^  Ï"; CÂr
  Ò
ÎÉ  Êæ°<  ä¯*3%¯|îò    dù
¡  ùYÿ  _°¯ícëÕ^Ê  ×üqÇñü  EÏÞ
O  Á  ýÿÿÒ  ×{×ê¿_ÿëõ3/4×(c)&Vƒ³ÆCD`ÌD\Rœf

D  A  A  "¬Š.B    'C"DÈ| -\ôF -20^,%£!,ä\_;"%¦B  ¨ò  É  5ŒÄN‹ätD  !Šj  1/4DÄóÌÖUÙš:Š
eÆu  •ŠH  æ"  4"  ·F¢)  ,áƒ  !àƒDJÆ  0‡ØÄá0ƒÂiäLBœ!-"Á
Ä<!¯...  ,

  d\8 eÌ  0Aá  H  Œ  ÛÍŒ    Ã!5!(J  ,  hA    y    &  a
  0ƒA
!ä260D  D  a
Ø!a ..."Â  ÛÓéÔ  dâ"ó,pŸ(r)ª  ¤J  Kz%  -
  ±á      øAá?      "  hi¦Êrá"PÔ ×          ª

"ÂxPƒôÂ
t4F;_    úh>´ô  lŽ  á  "û¤-ŸÃ.Ï  OØ3    û:ÓO.n\àÎb    f†
Á  `Á
@ƒòyDù"HŸ7EÜ2nS¯;¨Ÿ¹¦Ñs  ‰oûEÍ ƒB      n
%ÃtO  Dù±.Ù3/4`ÄÚÑ>  Eð<*.níÍZ/è°9(c)%\KwÄ×DñØ†K  3/4ƒ1ræÑsd<vø#I,
:H•ð‰¿{B( ß[Ðqtƒö,xV/
IÉL
A  ÉðÁB
  ô  ´#  á  ØAÒxA´ƒ|&Î1/4Ô
  83-  <àÁ< ð‚O  ...    Ö,
‚z  šØ83ƒ      í,
Ò  :      ¿}  ŸžªÕ    Èz  ?1²_MðŸ_Kô÷Þ  ÷I1/2$ž
zÒqxAÒt  z3/4  zô  i7      Åá:OU}ÿMë¥õi;
ý6"ýôïíÒ
‚1Å]/ý  ̈÷¨ÿþ›ô›(r)°ôê÷ëéëé°  þž·zé<Úëë"d.-×§÷×ýƒÛ-  öúû-‡êû">µükmu-t/øëâöëÓäœ  ïÿÞ  ìux‚cÿ
ñ°  Å÷±ÅÚkIu¥þ¿'K  ÿ'@  ßaïÔu¿'@ôëÿiühGäX?¯ÜŠÉü...  ¿ú"r
  ×÷}ú}ø¯]þÈ8§ÿó3/43/4A  ûkÿá  ï(r)¿ÿÂÿÒÈ"  ìƒ•×ÿ
ÿö°DuÁ  þ3/4¯ïþ  Dçÿý  Mwá‡ÿN  uæR%{Y,3/4Œ5µþ`fWÂ"  ÿç0ó  ¿þ¦Ù¯DŸÎ  ýùÕÿÿ(tm)ß×ü¯8
Oÿ^,{ÿ$ËÜý  FGþ·ÿÿù  ÷ü‹?ï<=ÿò  ú1  ßúí´›_úoßþuƒ¥ßßõÖê
î°WÿÖÚ1/2ÿ¿ÿúOúòBA¿\"Ÿÿß3/4-¯ý¿þ}1/2}¿×ÿÿí¯ëö(r)uÞûÿ}×µ1/2{í  mþ¿ÿÿo*õþïÿû¯öÿÿöûkÿøVÈ
  Úí...ÿÿIÒ¿ûÔƒ
¶-Ù  Øa  ïð¿kÙÑuêçEûÿ_^¶ÙÑ63/4Çd5  Áñ¥í´-Ê
$äöü4›    °ÅÙ=¶-°ÅÞÃ
ÞÚôû#Ü  1/2†HÜ+    a"V1/2...äü  ¬‡¶Cþ×Û]µµÛV  N  _ä...ì2G
l¡X\žl'i{¶  ¿m¯¶ž  +
%
  3b    ÂÃ  MÁÁ,L"£0a'Ž
‰œ"  6  ^"9¬  V  IŽ  )ý3
  ã
  ƒ<PÁ  #  a;  la"h
±ì,?"  a‚°ÅU6Á  #Ät  ¡Á,(ppÂ  @Áx3ƒ'nf
2NCð0Y  äH  ^ÁVÛ  †  °[
,0¬  $h
,!:Á,ù
a""<    =    ±±Q]ÈÇÅ1Xb¯-Šœ
ö  @Á^¦'*¯Ð‹  UŠŠÉ-Å1Xa      ÂÎ
  Œ  0@â    h[  ;PÅElK{    ¬  3a#  BX68ØØš  Pb¯-v+ø£0a  {  Ðau  Î          Ã          ,
  Â

..
  P"C  za8al-Ú
,pÂal  ?°f ...í~×°S:ÚÃ
gO¸a{
aÂ^š Â`ƒ^ÐdZ,   †¿(c)UEB  Q¸ʼî Â  Éo    + 82¥ [TÂ
  d{ !  D3ᴵZ¡   ʼ HDt ! a   °@Á )| "#      Äq       ýe¥¦
Z 'Á,ZŠƒ  ÔJæ¥ÿÿÿÿÿÿÿÿÿÿù7  Kr^ê¤  -PÎ̀à•y\ 5D  £['ÀØ  ÉHÊp" ` á  C  Ê\Ub
•(è
N   E  PåK;Z   T  i&îB"5  *v¥kÿÉÛ¤lh3/4z.ÜÛ¥Rëÿ<Í²Í"  :¤ô  XO\>äÞ³¤  GÃÂÿøõuM×Jß
£¿¦à°ò  GÿþUYPö  }u§Ê¯€.W×ÿzÿù±I  A  \\...(tm)(  -•ß¥ðƒþ1/2+ÿ"    a    ð¯O
Ú~¿Ò÷¢Pû¤¿}°ƒîc  ö_°Ë  ¹œ  ?êíj1/2,
  rEizWÿ/ ÍÈ§ãPœCm ƒpŸJ·a¥ï!U=¹  ÿ<·Ûø Ý
~¿¨ëÔub'ø ³iq
þ-/ß"ô1/2ô"ÿä  ÿév-÷ÿÿý^ô-tHp×à ².?ö3/4O  {¯õü ¯ô"TïëÂÂ[Il ooƒÈ¨|5ü  ÿÒ_¦Ö÷
ø¥‹ ÁwÁl  ¯¿éW"×òéí‰¯úÑ }  EŸëúKuZéh  ×éþ<?ÿBûÿ  *  éÿÿuÈÿ
ÿëü_¤gúßÚê¿ESõñõ¿úíÿ¥¥uª1/2+(r)H[dªOúá#þál¦6-á/m[J-J  V  °1/2  õÿ°¹GtÖá"Xû  a"  2:9
dh    a" Â"  ¯£Ø  Á±Ú}'$,a4  NÂ,pl0^AAÁ  -
Šƒcb  8´úbƒ  MD³á  @`Ì  ÈÀ¨R


MŠmŠýl-"Âz-CL%h
 Ð`1/2ð×"
,¨eL!  Á ` "'"#@Â      1Ê  ªÎ""
!
!
  ÄDEEDDDDuúªÚj#ÿÿÿÿÿÿù6×õôŒµå¸ †:∷EB  B'  s¨C0\ï    Z<  2è-¢9  óÄG  è3AŸ  p!
9   l  >  Š³3/4"  f)0Fa   HMT&ºa8faºØ.  f‰ _  ï"r  ,†Ë 1/4ÈüZ  d0Ù    >ïï8
   f3á


1/2h  Áè"7vFí  Æ
3/4tšÿ÷}ô‰;°Ý¦qÈÈ5"ï  71/2°.š@ ²-'y|  '  A¶  Á(tm)  8ñ"ù  -
"Óù1/2ŸÉ  3Mƒ"Ä2ŸÍò-    fŒ£!åó^
  ´
#¬m"|  9<‰û  r
äñ  ÊôƒªMëÓÐ}·z(Ð@í=nþá¶Þwu[¤  ¿¸oÿÆ  vÞ  û  êê›êý+þû"Óÿõ  Þïë1/2  ï¤›ô›õÒoZÓûßOÿëðÐ{
úÿ,#ÚWÒO(c)7;ú¿¢  ¤Ü  -ÒoØ"=ÿj-ô¯Öÿ÷ýßû÷÷ÿ§ïßý¿ÿÿõwiO×ïÿùÿ¯Çïÿ?  íéúÿ{é_ý÷O*ÓvzkmR
~+3/41/2-²^:3/4¯Ž?ÿûcŽ¿~ÿÿ÷Þ1/2bõÿú¦ì  ü/õ  ú_ÿ¿ïÿû}o¿÷Jê"õ  ø¯Š
#S"üx.Þ•ÒÓíé7þþ-ßO  úý&ïëŠ
...-íÿ  ¿1/2¿÷ÿü  û÷Þþßÿ$
¦Ýó^"×û÷üÉÿw÷û?]·Ké  üÇ  ?)ÿ  ƒ  Þ°
  °_ï_ÿ3/4¿  Ôûîºôÿ  A"^þlÐÄ÷ÿ>{ã"uß  ÿ  ×¿__úWÿïæ:m1/2_üÄ3/4úíuÞŸÿ~þûÿn"¿¯F!ïÖÞ?e
ïÿ  ··Ì9œÌê¿~pÿû  ×}Ö;o9
êÚ´ÿ?Ú÷ïþ*ÿßzB/(r)1/2ÿÿÿk·ëúI>éÒõõm-¿ÛÿÚÿ÷ß¦ý¶4›ö×cÞ·ÛK{³¯çX-vÉ  ÃKé"I´·þí~/Õ[ãÿm-ÿí-ø
kÆÚÚZ± Òm:Ã
M(c)  I...  Á  828F
$  ‰Ä  ÷†-µÿ{-Ý°ÂK¦ƒL  ´Ía"    ;m"•á-ï"
   =ljÅ!  ¡  Ljæ  @"'  Ø0R&
,!:N
|6   É9  Ð  ,

ð!8.Æ  "øA"Ë†Æ4ÜÏ  `Á D.X D((c)      Ý5ê ¦3/4  OûÂ}ÿî¿×þÂ¯b*kÞŸ(r)  ,0B
Ê(  #üÎ  µUOM5[;(tm)Ð`  "8 Ðe
  Z  Ž  Tá"Ñ*Ë•Èø^g¨!'¤""'"&hDDDDDDDDDDDC:ä°þ´¿^ÿÿ->gcDW*F"--2 d  "à¹ÁŸ  \  ˜
†ÁsXÎâB H^Í  7œdpätFÁ
  "2(#A
Æ¦)
  œ4  0Ø  2†g-eò<f! ...ó,    à0|0V†|* ÃcËr'  _þÂ  0  Ø‡  ¢?a  ¨AÁö¡
|4¦        ÄFš-1/4>°¢á¤Ï  èÉé1/4óŸÉ  3M""?né
áÓÒ'  rv
3/4h3/4`ÌF  7Ñ~êE  Ò'  i¦K    Éâ#Ë°  7  GÅ"ëÿ
Ëœþ
  Ó/ƒ"h°Aœ"EsFO1/4ã¤  m¶š
  A  ÿwA6  #(r)|Éô  rv
  `  P4O6üzÕ¿ÿÿÐOÝ·
  Ÿ1/2ø"úÓŸûi;ÿ¤ÿè`ÿoþ(r)µÁ  ïÿôŸu  §ý¿ëÏ¹Çÿ·ÿ{yõßÿü  -ÿŸ_¿ÿ×¿×  Gµÿþþ1/2ÿIÿÕ'Óç  Wþûÿ§J3
/4ÿóý}  Þÿ  ¿°Z3/4ßÿçÿÜïÿ¿¨ÿ¿þ•ûã    ªú¤ûzûü  ÿ"îê¿  Æ¿ûì  ý¿ÿÿ  úT;÷ß  ëî¯3/4þ"ëï°ÿÿÿÿÿ¿wãÂ
ú¤ûÿý  _÷é/Íÿmì-3/4"  ý*û_Šãþú  _ÿ÷ã  ÿ¿#þü‰¨ÿ-ÿ¿þÿ¿}~Þÿëî^û}  þ"ÿá  èø^ÿú_*ð  óX.K(c){~
N  nÅd  ƒÿø/Ÿ¿ÿûá´d^+|÷ÿ[û  òùÈŸÿ}uûÿ*ÎßÿÿûÈfõ...ÿø•w_s  ÿÇ*1/2|  õëßÞ"˜û]&ÿð  yp
ÿÿÿ¿  ¶P"þjñ1N  ÿu¿*u  1/2  í÷ü!ÛÿÛÛf+Î
ß÷ïÞd=¿ÿÿ÷û÷  ûWÿÿ1/4ÿ3/4¿ÿßïÿÞÿ¨ï¿  ñíwûµÿÒ ƒ÷ÿßÛÿõûëmÿ73/4ßÿ¶-Ç¶Ú_Úÿ  ÿ'oŽ×ÚþÿïÛ#ÿ
ão¿ÿÛK÷µÿ†-ì  4-úÞ-ÊQ  Í¦  HÖ  Š  à^N",    l-°·¯"
."kH0ƒa,,!:  ‰Ä|
   Fa ‰,1T÷Ã]  ?Òdt  ‡    Dì  %B"Ø"÷ÿc
Øg  $}c  0D    Ó¿¥÷
UÛ^p+Å      B"Nt"v+µûõ"
ëkô°a;ûTÐa~õïï8j!¿      ":'
‡    ëŸ@Ì  øPÈ^0B""'-4
ð  GQ^g    Ž"1              DDDDR×_Ö¸  ÿÿÿÿÿÿÿþYôRn\edŽÊÊdËb´dq¤  [ò.yf,ç¢,  +"DO9  6]
A  <
    ð†ÁƒáÂÿèÆGD@¥óÁ£"c  >¹ß'Ø    DtfË³AL"h!Œ SA"ŒÉ>v\  .!°¥Ã  ,Ÿ  ¤
†  r@0f  .  l02q>
P3á¯N
   ƒ  GââÂ  ú¡Ä  Cåi(tm)      §""æ1/4ƒð^&  0
#  Œäs
  Œ!ha  Þl0h  è  ê
œ  ð...Á1/4nƒ¿aÿ
¿á¬>ý  3/4Ðf  3ŽL  ŸuáÓÿ¿_ï  ?TJ("3/4  ?ÿ"ƒd0êƒ#  °šŸ‹ø3s5D¹  f£1/2&í¯ã  O
ðeó%QÕ"d£#Ë  9
   }  Îœ$  r,EÎ
Ä  øÖ(3/4ƒ  H      :  é;'¥
@  °êÉÛ    ""'  Éé1/4ó Ê-


   <

   Ð;ÎÿÃf(tm)"
Ñ#/ƒfA
¡vŠz°N÷úO  _
ïÿÿA  ×  Gç-Á  þ  nô  'A  à¨üãÃš6  ïvÞ1/2  öÛKßo[÷ê    Î?"í¿Ûï"§Ý{(r)-/ÿ  Ý_÷°ÜïÎµéÒoö×ßïÿ

á  ûÚúíÓû}ö°"o1/2{ó¿Ý/ëÒÿ¿ùT3yÐŠFK£PÍe,
º&Æu  ¢²×ÿI_]',#Ïõ¤ß¾3/4"ðÐ{ÿyÚ÷ý  ÿzêç  O}¿Þ-Zß×"×ò  <†!(tm)    ê!¡    †  œŒ
    ƒ  Ã    ¡  \ DO
  ëÅa  FÆN3,  º&Å(    @ƒ¯÷ëzûß^"ÿ(r)þÿÿÿÿµõþ¯ßûõ~û1/4õ÷÷¯î¿CWcŸÆ  xO
"-  AÐOPž(r)è  ØDc<â\4Jß÷"ÿ;{ÛÛú~ÕÇéöÒ¿ÕõµÿÿW¯}}ÿÏã°õïÿc_Þ¯  ×z3/41/2  q¢P    á¢VØ-
O  166N  /èŸ²-  w    3Ð  6‹š  p`ƒ  AÚk
D×f-  ›  ô"¥úZûoj+  ÿ×",âÚÿM¤8õ¥  ÿ×ß}  þÿ_Úÿ[oÐ t      Ú
  ƒ    A  pœ8Â    7  / MÕõ  ƒ1 Ñ
g      lC†  ï"õïûþúûþ3/4ÿ¿ßõµÓ3/4ÿzÿ¤ûûÇþß°ì_÷#  <'A  è6,n    á  ¤ð-wI3/4(r)1/4ÿ¿O×
îÚ^ÿO°²=Ž*Ý'ÿ_[öÿ°ÏëŠ¥õ¨õÒûî¿ßî_iÿ]  áéõÕ×Z*¿1/2tõMµýß  ×Ó²    }ý/WmÙ
•þ?^¿  Oø¦  "¦òB  ÿß~¿ýúoÝz$]X0æÍÝ3/4Õ¿O3/4Å
¯Ž3/4 ÛT3/4¿PÃ÷  ãÿµ
;µÝsÅíî~  8d
þ  p_éûùãÒöÿ¿÷ûýwû'  Oô:ÿãþEÔí'÷úÿÿù*  Òkß1/2]Êrÿ(r)+('ýþxÿób~~è_þk  ƒ3/4ÿÿ}ô/îþÐ°  ÿôÿß
²  =}  ó)  ÿÜ...^ßôõ÷  s¿î[Åë~"}  Wÿÿëÿ¡ïëæ  ÿýî¿3/4Þ&:ó(¿ûê×†æ1´¦
ÿÛA  úÿÿ"×÷ßß  --˜þÝ]ßû,ûíÿo¿þ  ßÿÿc}{è...  ¿ÿ×úŸÿ¿ë  ÷âlÿÿÿ~µÿü‰'ëüë×1/4ÿÝ¯ªC÷÷êÚßÝÝ7û
èÅÿ¬](r)r-ßõÚû|ú6ûÿ¹^  ÿ{õßü,âßm'¿ûÿÿÿ=þÿûÕÿÛÚ¬]yÃûþÅû×  ß_ëõ:¿ö·×÷ÿ°þÙ
Sÿî~ž3/4ÿÞÿ·_÷ÿ¿úÿ  ¶×Î  1/2wý/Û÷}ußôÿ·|/ßMît-Úû  "m'>ëö  MnëÿzÚû  ë  ¶tV¶H^Ù    Kÿû[
Wÿ´ž=vÉ  i~ßßÇõûumþúZª˜-üûØ_ Kÿƒ    ¦m0g@\øļƒ:.xkõÒ²jÚ_d  Ú£1/2²¹b˜am[  ö  /
¶Qÿö-ÿÚï  •C
Ã
¯úþý¬0-..."$  #¢,    ,"q  G˜^"  \6    (tm)µÃ              "
    ´^    (  Á  DP    Bt    `Ã  ƒ
×†(  3A"  †  ¦Ã

(iZ¶

      'Ô0X0"
àÏ  ü  qY  àâŽ
    §[  A¦GGÒfÐ`  Á...`Á ƒ    A,
  ƒ    äAêÆÄ$  ,eâ  h
fÁs  2pH  €Œ  l-ƒ‹Þ?á    ...C×x_¯ì/ö  õØ0@Ø2âÅ  3Á    cƒ@Ø¨'¦+iŠbL{OµÑ81
,    ‹M8¦)  b-â¨0šøÓ  }'-Ó
ÿ~š¦  ë×  ´í4  5j    i•a278ç}‰oob§"Õì/(c)Ý    †  0  ...,`¿ïëù‡
§ü0(c)ç€Åi,  ÚÚh  A"!,        EâÑ  ;N  NÁl Â:L×
Œ(tm)U,Ïò¨"DDDEÚdðîƒ  "uB"
    ¨`"DC+tB"""""""1  ÄÐDDDDDDDE  Òÿjv  8ûÇù  ¢t¦  3!ò  æ@£"u}Ý(tm)  ""ÿú,"9    Ö    ª
$#èó²Å1
    Ã  Ð>d(c)JéDD  _-G'    Är'  " #  /  ‡""Ûôdr"¨"‹æ">GÎ"ù †  AÝA ø@"  -<
é    ã$  ,  LGÁr@†ƒ>  ØR  r*2q›
^øZ!k  XoÙÜd.÷  '†  J  <!
    Aç  "âÅ
-  Íƒ  €l6  Á¯.h    ó 3/4  b,"-
NûCÌ  Ã¹¯¨Ï...B    ?Aþºûè  ãñúü¦²á  ÂxMtNíV‡Pï^~E  ð‰æIË,ŸÝ÷¢C  D¡Ý[A‚D,  Éâ  Fdg'
f£qü"¨¦è6  ¨`è  1/2"Oš'ò  ue  ´íÌ    Á,:n‰ä  xq¡‹
    1/2"d    èë  £äO'#žŸÏ:`Î '  è@óú    Z  ñ̂  ž  íÁæ:  fGM  Œ  Ÿ:eóÚÎ:  ÷S1/2  w{ÿƒ‰é  àí

    Â

, ß 6ªðŸS(r),

hÅ

àý fo@ÞöÿÍ§IÿiÜ mÜ ô }

ÝÚß GÖÖû[Iÿwü¯dÃ!' F†DÌàþÚî-ÚMÓþ"}ZÚu¤ýáûúý¿ÿÒ þ¿ÿ ÿIô¿§û(r)ž tÿˉâj:²0Žd
ÐR Rƒ6("

‰ `ó Â"Š DIÃ°(tm)

CF\Í'@‡Q~ôÝ"ôÚ_ Gªë þ¿ýý ,/ÿþ"}ÿÿ G¿ÿöà^÷ßOÿ"÷_þJ...

"" (tm)^‰8; "ÿM<&ƒâãÁ

¡ |..."4#bÿ1/2z¿ûz3/4-1/2¯O×ÿÿ3/41/2ÿôƒ¿ëÿÿ¿þ3/4Ÿo_1/2t›íRuóøûxL Ðø1/28"µ CD±°.èŸ³¬
-Ã'ü"âqÛ%m ±#×DxOÒ¶ÒÞ°ß~¯Ûqz×Îûߢúqûîoþö¯-ØŽ9ÿÿÿÏâûíÿ?Ý ¿ô?(r)è¸hŸ´OçHêGÙÖEÑš 6
ÁF. : !è!A

xNÂç£

"Aà ¸Ohw ãÿú÷Š÷î"ßõ^>ëãÿãÞ8ÿO cýÿê?kzß¿K}êß~-Ad Pƒh ü'è=u× àá7×N/
´›Iè (tm)š oU{K×_ ú"×ÇÒ°ûÿ-ý¿öúïë ÖïÓÿ¥túo_- ƒ ž¿oJéúun-ýwÚtžž x^•[zûÿÞ1/2nÁ*_kê 6
Þ>þãVÙ 3/4+

wá(ëõ¿·Bÿuïãª"Kéúéïøê/ÿÿÍ _¤Ýx]Ý'J1/2wÿ] âÿã¥s ä( ûûõ²-¿ ¿ ßûêëÇ¤ßé>PŒDu0æ]Gµÿ×ÿÿ
ä2ÿb5}tñ

mƒÁ/þÿé°Ã´¿°"EaƒÿïÓ<srì7ÿ}tNË¿ûëÊ.¿ïÿ : š t´=zÿë×ÿ,1/2þŸêŸŠ¿ö÷ÿ%ÍÿŸñPSü- Ö íú3¿`Èþ
A3/4 ÁoÂ̈ÝÝÅ÷[ö]'ûñ{|_ý úÿoÿþc †3/4úÿ1uûû°+

ÕjþÿèX7ÿõ>|"3/4"ßÒo(r)# üüïÝ1/2?ÿz ÿë3/4-š1/4MÿüÁ>":°ÿ×_(r)<§ú¿ÿÚ ÎŸïßk~Ú_æÓ0<~coý£
M£ŠÄÆ(tm)þÿ7î÷‰¿.Úû}ïµý÷ÿ°_ý~ÿ÷ßï

Ŷú×ÿ¿ý~ÿNŒC=¿÷Šiw œÝü}ÿùùÃÿ 3/4ß¿Ûúï£ uýG3/4 ÿÚþûÿïßÿþ-ÿÿ_¶ŒCû[^÷^Ŷÿ ÷ëÿ ¿ã
þÿþûöÿþÐ{é×ÇþþÛÿ¿o}{ÿöÍ‹lè¿ÿý"SU¿êéÿ°oß°ÿVÒïþû¯ë÷ý"Ò~¿ÛßïÚÖ>Ŷmؿ÷(r)Î‰²÷-[d?ôBÈ
=[

°Â ªØ_ì¶(c)õû ýs¢~6ÒÒ{ÿ¿öúmõþ? î ÿ¿-þÚí"-§Uõµt¶ [Tá(r)Ø[
Ø]† [>l0Pƒ 0SÀ"

ð0 °€ ,!!"îá°ÁXa f¥õi7ì0"

/"a'î

%

¶Quñ41/4%ûö UBpÂE ŸÞûw°Öá¤ , \6 Â S >,"L !,

'ÒK$C 3ƒ Á#0bD

fÂ !<S i±Û ÿ±< "Øâg}†•-¶ƒM3 Š

a'"˜§Áƒa]' `˜"

)Íï6 Pša2;( G @Âš a... €(r)N Ä...00 §- fÄdœ"é G Œø.Å.šéï/ª Ås¸-...ÓP] Á{A"

ÇM °ƒ[V(ø@D"@lC À{b˜Ø""¬2!! (!¡ïqZ_ì^ÿçp¿"{|5†·ÿë¦ ,

Ž̈F ,

/

Pa 0L! É,

! `ƒ F×òCþš

'Ý§f 3 iÃ

÷¦w

aSM4Á b" Âj ¦(tm)ì

dea ^^^^^^¨† G a2œ&^` ] ˜ ^^^† ^^‰èDDDDDDDDDDhx^^^¸Šûk¸ñ-,
M^?ÿÿÿÿÿÿÿÿÿÿþY ¢È(r);[Î†Rn 1'C#ùØ"W �̈ÄPJR.YP,·* u -
ô/ÿÿÿÿïw;ª%7•Â¢UÞSàù ä° (r)± ùÙ úÓßÁþãþ#ãïÖÿƒ5íûýÃ ¯ä¹ "I¢ '6£83
¦Ú(c)Ã%#1 Æt Œ̈ó¸Â& ŒD1' ¡ Eò ÌÂ"Bã Ô! CÂ"Œ¤d4I'ÐSŒ ô" ‡% PÈ'Á C
f$<,Ó " " PG ̈ A"B

!, ?¹ÁOŠI'€€ "Š 0 ¢NÁ

éá
  ×ðƒ' &|BA    A-" Aá4 Óuj-   ÿ¨MSÑ!ÇÿÓO    ªziûZ% Dñï        " Â{    "7rQ‰opÑ;
¢æåû    0G\Ögä  01/2Á¦&ìÓÍ6kÐ ~ îMm  æ  ODß/è¿`ÄÝš      `  è
o!3VÂ-í•  \I  2^Ñt    Ë-G9ÙA‡A
è8‡zá:  8`ŒÐ4CÙÁ"ô  _A
ô
 Á
‹ B,

Á8‡öè  ïÞ,
‹ ...átÖ"bðž  zMö-]=!-×ÿü--6"p~"×ÿ¤õkºI=té?AúÕ(r)1/2ÿ×ÿÒú~Ÿ  õMï]SoþÚ[Q¿}7]tý_ôü_ ÿÿ¿bu
~¯ÛKá¦ÇuÎ‡þ•_î"uÿë'@ÿúš  7_ûwÿÈ‰Çþ  ¯ÝH  ÿ  /¶ÿ×¿¯ÿ§
ÿá  ÿÕ/öAÏÿ:  Öõ²  ÿð-Z^Œ7Bþÿý  ùÕ  ëï}ÿ  GÿðÚ.ÝûÜüàRM  Çþ‹?¶ÿ  ´§  õ÷ÞŒ  þÜä  éµooÿ
!R
÷^¦_âr  áuZWþÿÿin(c)  þ"i_vºZ_äOn¿ÿé¯"óv3/4·{  ßé  í§ý  kÞ¿ûa  ÿÿ^×ÓuÕÿÿ¥Þ"jßß  ö*ikúùÓÕ
Õ°cccÿêÂö¿t-[:/í/×¦;[$~é6t_ìVÚØ_mv  VÂ°wÛ!c_dÿÃ[MXiõ3/4Ö×°m.Û
Ý6  °S=3y¯.Á¶  ý  ñîÃ        XM0  ºÑ    AŠ    †  ›"'t

03/4%ÁxfÈà€€bw  p  b
¡aÃI†
x9-ƒ  `ÁO    0DÜ-  bd  ÖÄ    ß
x    ·    ,"ð¶]Šbg    0›    V)ŠÚü  ¶+á5Ó!#  )æ  S      Ä+Ø¯Zd#Ø/|+ú  ¦¯^ì-Ø&  ÓM{¤ÂùÝ5M5
XUA"  &¦€  "
îŠ  a2¶è  !$1
  "ºÙcé,    0"D0B"
!  Q
    ^ÈZK        DDDDlDDq  úUTµÖ-JM...ÈÀ3/4Ô·
Á(ª(c)  •Ô    ...;À¡
á  `¥éŸ  -ëÈøÄDD  å¤§'ò:+FdXÏª)gÂ2  $CS°2Oá;ÿ•Á¢hú;  ^¦AåKps´~-KQ&f2@‡Å  @çQ
a  ‹
    ð    "ÊëX:6Ë?ƒëÑ    /Xh0...w  õ  ÿ÷ßðÑ(hŽ4    ¢ùî¿ÿ¿!Y(tm)  r<tÁ,  iÐ  Ú
  àÛI  õ  ÿÿ‡ÞÒÄi<¦þŸ  ;  ¿8F¦"BŽaˆF²œ  2è¹(c)±  Eí-1/2oM¤ü  -Òl‹šfy:#¢s6f†t  •Šc%isÌÒ2'  È
§  ð  "â'"±B
,  °!0A¡æÅ:œ  Ù    Í  NHFá0ƒý;ké7þýdL(BÐ"Çv  a
 !(tm)    ÌS1A  a  LÉÅ      "  @ðÁáP  ¦Ý¦  ý4  z¦Ÿ×éºëûÕº  a>"DcÂxAÿ¦ž    4ë‰1ØD
  fn†\  p°(c)õ  â  ,nàÍé‰º‰ûÿ[izº×·×¦Ì  "Qw
  Ñsh°S‰7}5  ãDø2D‰oÅ  ö‰oó!ÓÍ"  <  l  Á"ð  Ú  ‰º‰ÍîÁ,
8Åt  oûÚý^>þâ-¯"/H  ÚAÑt¦ÉÒi†    Á"è  ;  †  h  o  ð¨Ÿ...c|&á7"¦ZMê--  úI[ÕWÕŌw¯}}=h
Ý  ÿ§"",
  oêéÿúÕ}  ]?ý}õ¶µ×ûßÿ¯]/z¶ÒëW(r)ÿÿ_§~°1/4‰ñw~ü-)n+K  ï÷ëãÆ¯ÿ~.  ª|...-õþP
üq^(r)"¯áSµß¿äL  ¯1/2}ÛÏÿ"ü  ÿÿ
úÿÿ+ß...õZÿ{á  ¹!Ì:÷ý  (r)¿_ÿÑ>ÿ7  X  1/2ó"Á  íú(tm)(r)/?P*...  [ú¢Wþ§
þíÖüàYÂzEÏÿú  üi¿¶÷ÿÿüÊôþßz2?ÿúõÿßÚ
ÿ¯ëÿöÿôˆµþÛ  -ÿïÛÿÛ°ûjëßßU  wÿÿ{  ÿ"í÷ŸOÝ~ÿªÿfÛÑ~°[ï*-ªû¯úä...þßÛ  öCÿÿ¶-ß}¥-ø[!¦ÁÛWM
ÿÛÑ̃vCM¥N  íÏÿû
a}²-íû
¢-³K¶  /m+ûJÉ°m¤Ø[4¸¡¶        Ã
ÃJÂÅÛ?î0žØM†  _jžÁ"

†
   ‰`Ø`‰¸6
Ž/°ÁU  G@  ,  Ã  ê
¸Î
   3/4þÃ
Ã  3Y^   ì0°Á    àa^66)°°ÂO
Ù    ØF
À§  vE-Á,Dà"  ¸0@Á  bañ¯  ±Dh  l¨  {  "  JÂ'À'1È"  p    P"Å!  žÄ&)Ø\"x`ƒ
Š˜qM1^Å+  ˜˜(r)¿ka›  NÁ{
ü0U°[L   öf^â¦  Á3Žƒ           ,
   `˜N  I...´    ÂaPa  e    Oaa0A,    vÊFši¢C  Â    DDDDDDC  Ê

   ˜˜˜˜˜˜˜ÄDDDqHz¸ºRÊ6  ê  ÿ^ÿ)  .Z€(tm)6$ìínÙ]hjC2´/•  É¸P¥}^v()Ù  ¦éÿó²¢Oíí¢g{ÿ&Ø1/4ìJ!U
þ@ù7$È(r)àéçe5
;Fô=ãÐý  ßûûÿÿ¹Ü?¯ö¹  yÐÊr7  HÄ}
Ì\ØÍB  ER&!   J  c:
è!N/&â"^ò¬    Õ   LD21    P   ‰F
Ù'  '3b, ÁÈ€Ë  N¢:Éd‹
PfÆt   -  0†  <".5Ða0Ÿá0†N  ùÝH  Ä37   ƒ"R3
BR    Ä(  àÌ  xCáA  Â¹ó"j    Ñ63  B$@  ,
  Pƒ  , Ñ(

0ƒPŸ"áLÈ   0ƒPA¨A"-ƒ ƒT<+Å¢P  $ãØ›ªž‡%†`C¨BqA0C
Ì¸a
  Ð0ƒÓôÂ  ÓÁ   ~   <&ƒÂi  ãbÑ(lK†Ó0ôôÂhi±-è"
  ÁrxÑ  DþQ¢íCä1/2
@ð@ä"   ¢þÍ9O¢ÿT  OMSÂj^Çh  Ñ+z&>šD±Ëàaši  î$Çh">&¶‰ocb]´_¶TQqšl"  '#ðfÂò    ÀÁ

É(3/4lOÎ\Ú/ìôƒ
,
   t  -!  6,
¤×WAÅ1/2  -ÄØÑ?
   ">‹†¿ú.1  3ò5(°8@è  6CÂ   þ  $   A;Š  ,  Ð1  Á"-  80  ´  lb  ¤-  n  _OOá
ƒh'  á7O
Iéë"Þºo(r)Ÿ÷ƒ  7  88A

I¶¡Ãi6"tÜ  éU¤úW  6,o...¤  ¦Òm¯I°}§I°÷
Ýi{õ¤êôw¥×WÚ¿÷¿^  &â(c)Òn3/4(c)úlêû}úzz~°éë(r)·¯ý  é÷Û§  ßxìqªÞ:ÿ±ÿôÚ]}={¤ÛŽ"¤‡OïÿÿdqA
?Ž¯RÿøÿÖë  r,*ÿÖ¬*ï×  Ù    W¸öGÈù-
Õ  ?Øü8êûÿ~ÐÿB:úd]7ÿßÿÿ¸Cúÿä-Ÿùeÿïƒÿÿx~Ž¤u  d@üƒÑÓÿÿOÿ÷ìƒÿÿù"  Þÿ×ÿÑ¯?þµÿ´O¿ÿÙ
žý   N  ˜ÇJpŸ  ä   2-œ
ßÿõÿ]sƒZ.ŸûÙŠ  ×ï  ä  @ûÿ˜Â
õã"ÉYVßÿÿB?ÿäï²ÿÿý-ÿè¨ûÿ*0~ÿóÿÈ"--×ý  3ÿ!W  ^ý+þÖ÷ýúòŸ
ÿÿ  ÿ÷-  úß*÷[¯-  ÜÿÄßäKwR7ß*1/2¯úÿ÷ß}¥  íÿ¶•{~3/4Ú*¶tWä?vÕ†Hí}ïÂíÿ|§ß_û-ßûÿ´°¿ïVÿo¯û!
§Ü  ¿1/2³¢ÖÂïkkamXauLS$Ø+
  dh    D°pÓÂò  ÞßíÿúéÝÑzVCÛ
e
ÖÓÎ‹öÈ}¥  ÿí+ÿl&1/2,¦Ã_l&Ã[[VÓa"

† E"Ã  <
"ƒ †ÆÅªò é‰œœ-  b,  ¥d?µ´3/4  °ÒA"
'±°ÁXiÙãa"-&ÂÙ?Û
    °ÁO¤Îò<L0H  3a!Ã†ÈÝ   l$gÁ†Â@  ,   Ã  a,!Àƒ#'r
  6!±±Ç  òNšd$/ã¯d÷ðÂM,ðjÃ   2:

$Ã  ¤GLQàb¯¯plS    ‡tÃ¯ ƒ.3    cŠcB!Å1_û  ì-^ZqLK{  û!-ÈH°¦  Âý"Á5B#3¦·
&±Lg  ^¦)  ãb£kpÂ
-"  H"Šb¯aO     ...Ì:
uødS i,
¥kÃ       ªaUPa   "!'†  ,   DDDhþ""9  0¹Ý5ó:
Lá      ˜rC¡
    C    '

      ,0@É́  #Ðf^Â    M´-†  2=J

    b-    N"DDDDDDG     -"""#ÿÿåœ
<
Î£Ã2lZ†?ü²-s"q  #1/4  œRr'  °rpçP‡P°ØÏ....  ,ƒÈHƒ¥PS  °†Â'È ‹ŒœŒÂ  Šx(A'àƒ
ƒ^  3/4ÿ¿¡ñkª~††  ÷ôîMÅæ¿¯!Gþ‰CwDò‰õ  èt  >fdùW  ò^  Éú§ëè¹Á¯3þ  n      Éô  :  - m,
#þ¦ÿB?ç?è'~  3/4    ùÞ   ôƒ~,ëIµ¹ß·ÿ  ððR  9"ôs'Ùß¯þ¿(r)"ô  'ÝWô(r)§  (r)"pì   ,Á¨- ÿïÒçw__
oÓïï÷þ  B8Ž#ïûkî3/4Þþ×tëkþ1/2íõ,2U&š,ÿ×Ýu÷â¢*1/2zôß3/48¹  dA'
¿í  ]_}¿û×ÿûôÿßï^õÿ¦:ÿÕô¯ßÑ¡¦š  G~ÿ÷ßí²  ÈÿK¯¿ß(r)
    MÙ
  Úû-  {  ¯  â²F¿¿ÓkiZÜ7û
ð  ï  B  µÖ1/2×  Õ>ôò¶  ÿÿ·ï°þ  Ç{ø‹ÓÓU  ÿkßuï
Ûû¬á.Ÿ·â""7ÿú"÷÷×ßù'ûù  ¿ÿë(r)óûÝý  Óûíÿqñ̂Ýwÿm,  Òoïÿ  ÿ¥Ç(c)Òl‡ÚÕÿþÁý[Ký†"ÃKa"ì*ªªÞ
  ¡Ùu",X4-m;M°'
Žž
*Pf  Æ  a   ,  a    °a  ·èlPA"Â
&Ä  @î+
Pkÿýý5þÖÔð  Âa;LŠé•  :    ³ÀA"
!
!  >'      ^^  é}Gÿÿÿÿÿÿä  *d/;KEu  ;  (tm)
  D"  'T-³3  "d·eh"Áõ-ÓÑ6  È^W  "n\ÈPB
( ÿjHy)ÈNW  ";[  ¬-¿3/4  .ó·ÓFSÜì¬~  ¯É°L
$´3/4S  ˜1/2ªßê¿ß•ÕäßÂ  ñ  k¿è²Ã  îwÿ¯ÿò
  ¬y×ú  _ÿÿûò0%oa  ÷×^ÿÿõ  "F^#y)3¤c"  4#b,
3/4ÍIYÅËO'ÁÅ  .,  CÁ  3  8Á  ãC-  '-T<Ù  ...Í  6É[:  á  G$‰±    "Â,
œ  Aæ,    qa<"Q    a    ?OùU/ÿó4DD
2(‰Y  Î"CFÑ›9›ÏŠh)¨x  f"  < Ðzd14,‹  Ð1/4&ƒÂh4?OD  8"êš$<"Rxý  6Á
  9(r)£?Ì  YÐ  Í  pŒ‹
Š‡•A'  |È  @D  DØ¤0...  "    2œd  Ÿ2q
ä1
    0†  4, âðƒ  =
§¦  Âa
éþš#  è˜í  ¶‰ôèÁ‰¹  d    œÁÁœ*‹ü¹Ð#7A
úA·?ð  =Y,³¡  äb:

Ä{$  ˜¤,60D  A  9  rvE
,  a  t  ‹
ñ
k  3/4h)  ‹"(  Œ  h@ƒ  Aq`ì&ƒðš        'd    AØM
  ðš"ð3/4ƒDœa  ¶Ä×‰¹¢sq7SÈÉ  ÆtÃ/ÁAŸ'sd_A
A  ƒ´Â  Óuy$¨81/2
é p›Õ  î  -  a
  ôEÇxAPƒÂi¿¨A¨L  Â¦á
  ¢N-  1Ú'o‰²‹›!èÙ‹  "
¦‰åÅ  ÆÄ"¢þ‰ û!è1/4g°ÏBé@  Ð l  ðA¸A¸O5>    ö†      ^B,m'é1/2¯éî1/2&ý/ë~°xL*  ¯  Z%
%Å  ætÁ¯¸3ðOTJ  D¯†&ÆèŸ°d}
À  "  ,
¸  Áœ  M›Š    fm    É  Eå  '  Ø0Aá  A¸">,
ÂzxWºWV/é  þ  OTõûý×ÿÿõÓ·}‹Z´NÆ‰´rþ‰ò$h"d^êGØ3  P l   Ú    Þ  Ë›"ú7P
t    ë°ƒg^  v  °MÁŠ  3/4°n  =
Š  Òn¿Þ-*µt›ú°ë¿¦ÿÕ:Bèn1/2  þÄ"3/4
z{ûðd  bÊè  x n  t  7  CÂ
ú  7
I¿-  -(PAº~ŸI'ún*éÒz‡ÐVÂ(r)ž¿(r)Ÿúz~·  ÿ¿ϊ¿ïÿÙ  °l,  {ÿÖ›Õ¤é:è.°ÿé÷ÿIº-+Úo(r)1/2'¤Ÿ(r):ßêÅ¸ì
Pº´  ÿÿ×¢  ÿßÿõ¯å¨ÿ  â-õûpEü  Ç}÷¯~"ßÖoêõ¯ézk_Bÿø¿ÿéŽ¯:ÿ'tÿÿÿò<)×`‡ÿÿ1&`{þ¿Ãré#
õ×_â¬(r)-(tm)vGÂm
u  ¸"ÿÇQxûÿõ-_ú÷ò  =üƒíWÌ  ÿüÊ ¿ÿÿ¿ÖÿäÃAd%éŸúZFŸ¦÷^ŽE×ÿõÿï}×ÿÿ÷ÿó  w  qÓ*þ  œ
Ú_ÿÿë°wþ¿þ¯ÿó(r)éf÷÷þ-íÞuê¯ìƒÍûÿÿÿs   0OüÊ÷õÿüé9‰  /ò  ï÷ÿý[øO(r)1/2ÿ*~1/2ÿïÿëf¥

è<¸Ì'¿ëÿÿ÷Ðÿÿõ8ŸZß×'^-ëÈžï¶--´Ý~µí^ûugDÙ#"-²öOÖ¸[]ºm~  _üŠ¿úû_uÿÿÿÿÿ_  ¿uw_Þÿ"VÓý[!ÿ§
ö3/4HKÜ"Û  ´êÂì0TÓ°[†-...†¤O³‰ ƒ
    ƒ  `Ä  Âª  £  ßÊŒ7×  õ÷_÷1/2úïÞÚ"  í    k  ßúÙ  ÛVÈ{}¯ÃI†  o
"
.Á{a...Lòa,°`¯1      ,    ldH  'aDî
)  †Ä.  §z->(r)1/2þ·¶¿kõ¿m  ÖÚ]  W]¤¶•"  anÒa'5µl%ðÕ°·  Ã  a"
ƒ        ^  S  "  Á¶    ^3  Ž6
    4  ØÁ  6  Œ    ìS  Îâ°Âö
Šk¯j'à Õ{[:¯l‡ý¥"{ì{a.ÌŸðÈkl'Zzk°Á{³I†  Ø`"
ØÁ  ,  `ÍŒð/
[  X0"4      D  "ºc<
Ó  [  |  é-bg  x    ŠØ^  -,
*Ã  3
På9ë  "  *  Ða  §°"êb"""":m µa...†•,ß
l  3  0  "&  `ÂF€l/4    P@Í"l  #I6  +
    3  Ø0HÌ  `Ì
l@@@ØÌÁ†*)mŠâ¨Ï  ñ†)>)..."  2$C
º
  È¨)Ê  Êr¨¿k`  "é,  eìx^^^^^^Â    6
      Áœ  "1/2º>
"ƒ  LQ¯0Å*lVÄ/b    ä
b´aÅ;  {A...Á·
é,ç"Âœ  4×<    Bý4    a  ^^^^†  ^'¨"""=4Ø-ö!!A^_<  ÂÃOA"Ð`"X[  01/40°Á5L  a  `ƒ  "#†  21
t

^^^^úÚh0¦€ƒ    "¥  `"Ö"DD ! LAe1      ÄDG^^^^Ž""#ÿ\´...Ãÿÿaø" Ø°‡m"+ª
ÿ²p    ÎèDb#ÿÿÿÿÿÿÊan+÷-@U(c)(9f‹éú×%  ¦ìL0ud@²¹  (r)dq
‰'1/4¨ü'ó#¢:/(tm)\çe1 3`Èh.w ÿè ï-è
:"
;    ×  Ê"wAB  Çñù°Fw2 - Ñ
!›ö(c)0(c)æB¥ƒ  QÿÒÈ(\î÷¤["jƒ=A  ó{šA`^÷_úß  ì,  @AÌƒ!úêl¤õOùØöyÿO*¥Îý&à^öÙí¦}õ³Fpf†le
ž2€¦,   ø"d :žU‹ä   b á
- 0D 2÷ç{"  Ó(tm)  ç£¡Y¢: ò
,çûëéÓ  5  <&  §Ê
&  30@D  ?  <!éÿþÔ¤:ÍC8ÉÅéü  œ  (tm)      @Ĭ(tm)@"âž  ñ
&ƒ
 °fý  ¥8†
  7þ.%"ÓD¡ôñ  èŒwè•·Dø(Ÿ Íg.YOúND :3"Da2  Å<3â   s6Dá   `€û - zÚM¦  xAØL ûâÂ§
ôôÎÛ""þý[(#ì ²- "  'pF¸2pJ  ß  båÍü  6jÐĂ¨OB¶G-Úû3 @Ñ'
      =x°¡
¦"¢N4J  ÿââðš'o§dà  ‡/ Ì\¡¿ÑŽÍZ',¢ƒ`Ì´ávÂ]pƒÂ
ÁŠ  6  Ki§  Þ/,
Ú¤ßOWÙCì-^./M  Ž÷->J  ›¥ô  ¹"~hÔ
5<çN•"  ›336H'}A  dó:{M8†é  1/2&ô  aBzAö¶G  °°ëvÒÒ¯ªxéúzþIÝ1êÁ'ó  Gì'#bEÑƒSW
5Á  ñ"  tƒ›Xƒýéè6ÁŠ  6  a.š  "Ñß¤ü
ð1/2v*-'BzJØ¯w{_LÛ  Ôÿjz1dXý"  "  ƒ   †Òz§  Ò°zéû×é°ëÝ/÷ÔÿÿWß  '‡õÕÕÍzä?âæ>"úÿ  rV-"
ÓuÒM¶-¿ôûjÿËç°MÓÓÒM÷÷÷_]}h"¹èÕ3/4ÿ¯Ýó0  ¡¿ÿqýþõ"ì  údpuý
j   ÿÙU"¿Í  +on¯ûñÑ¨Ä<{íú~°ðõ  s
oþê¯OWÙ†  üœ?  ]x‹ê*ß3/4ýûþ¹Ì5úÿ~õ×Õ  Þ¯¢}á  ÿzõê¯ÿî-ð¯Q  6Ôo  ÿûÿ  ŸùÔÿ×ÿ}]]¯]w¤Þë
@õýî¯ô-/ýý7ý  ÊÌ¥¿ú¿ÿTqßú  ô›ïûý~þ÷ß1/2$ÛÿKwÿkþµïÿ@‹ßá    S!°ûè  =uÞ
ÿ×Ù   øµÔþ-ë¯j"z¿û~ÞÁ,÷"
BY‡*
  (r)-¤›ÿ¯ ˇžÕûX&ï¿zI¿ýwÞö×ÿê"J×m$›W_
'   ÿÿl'lK  Ù>(tm)  a J  ‹ß{Ú¤ßþ"tÛ
l  Êú3/4°ö(c)7ÿ-Ù  kl'l  /ÛHûÏV4...†  ?"
1/4Á,G"D[ Ç_µ°VÁS   0Sà"YÁ   ƒ0\Q
"×]1/2&ÿõ{!¯  ²-šV•v•¥¶'MÿØVÌÛ
*ì0Sà"  D  ÜžOmM  @Á
     ±_Ã‡
‰Ü"ÆÅ    1I  xbšj  {JÒí$›ÿ"¦i6  [
...‹
  "æ  †  [†  †  Í  eÑtÃ    -   lƒ- 8l   ‹"  V7išV   ‰›àÌ
È¸  ...|ð  ð  ×Ö1/4-"Óì  ]l    L  n  PÂ¦y   Hð¨‹d  ðáÃ`Á  rS      Á-ö+b¯  ,
qÇ  "E±Wÿ±
b
¶   WÛ  "
4Ð0Xk
!  ^ÍmPj¯d{â-¢""0@Á
8ã  Ä#@aŠ¿ý'[  0Ÿ  0š
&¿
)à,5ïÕ0  Á   ""?L&Š'1°  "#Ž""""#ßÃ
j¯Uµî
&      ,  Ã&¸)JçüD§B""""8^^^  ¬2‡  pÂÁ"

Á  ^^^â8ãúÄqÄWÿ&Ñ  ¿úØ&cŠøKÉ´aI°¯t:ùoY  ,dv  ...nd+rl8ëÅ!ô"0D8d;r  Ô03/4"#  ü¶  mKUkä
ØùeÁ
ÖÂªËr"]z)óè›;
",6  †  †  'bA
ÖÂ¯È£óµ  #'
)ÐCb(c)Ð"›  É  J  >( dz×þ¤\ß;P31K^pC€ÁàØ[  ^c%  1A        dAlD  ¯A
è  u"
På  'B7°/Ð@Èð?~µ›
      ¯á"Ò¢y  _6U°a    Ðð‰  |×ƒ8xAä¢¡CÞ1/2§›  £ôK>ÓB
ô'0g Z    q  ì
    à˜ô8þúá  ¤_ìC  uÁ,    ×Ó7Á(tm)    ?ƒ    ,7è$'}´(r)Ò¯}Õúè¹ý  -1/2ÿ¯z  ï  êŸÿér@É  °.  ¢>Gýz
3/4úAþžóë_ï-'$-D
HÉ
‹  H
yÕ'Gþ  Ò÷ÝµðƒB-  =°÷óëÓçbHŽ  A  £24  †FÇ§¿õ߼X  xA¢.    OÉÃ'  :
    ÿA.3/4•Ým  ÿõKôÆ•"^ä`...  œ
ŸáW  ?ÿ¯ÿAé¸TJ  !þŸ"þôªƒë"¥Š.l  L  ªÍÛÿXAá
...Aµ  1/4K  ÿ  ŽzÔQ~ô\Û  Eâ  ìü|ÍQ  ¢íÇµú\z[m[H8m  žþ¿¤NÞ‹æ  CÑpÑ~È}ìÃ&³
:›ï¯ÿ  ƒz  7  ...'üC1/4B  ð•a*ð´÷R:Â¶  _ý_ÔP@Þ  1    A  û´_õ1/2i>"ÒMñO×  Ä¯  ì
",m/´1/2ÿ¤þ  mƒ  Ÿ`è%×ðD  þ?o"-ûúþ    VP(c)&Ú
Å°ml--'9'"ÖÓÔÞÈr(/ý&õÿ¯Þ"ÿ¦¡äŠ›ôBp/Êô-¡þ/ÿ"ªZUá"Kö¿æEtýÿ¯çD  Æs¿§K¹ú...¸7Ií  ù  u¿m+ä  q
þ?ï¿7/ÿÿð1/2`ýmù³Û÷œ
þŸäë3/4    +NþôŸþªïõÿü"Yþþ-n"ó#-ôh  Îÿ  ÿ^-h  _  ¯nc  ßÿùÈÿþôþèÀ¿í&ñÖþ"úÚ÷ä(r)öþØã÷Ü
_^×ô¿¿öÖþëõÒÈÅôÿ  éúÝwé¿ªkÿî°ô¿×ëþé¿m+ïlè'
0ƒÿÿŸÛûï  ößæ¿ÿ¿l†›]µÛ_õò¬ô¿uaûîÃI†  Jô  B  eÃ¯!Ûm{_KÖƒ  "ëÿ-´í.Â[
+û
ý,žÐf  }A  <-¦
Û  "q  äI†x  B
˜£b zi¯ì'Ú[i+
.
níoÜð€œC  ^|  +  `  €Å  ƒ
Q8.    l0DÜ-  cÈ1T  ¤""ûXö?Škÿ  ¶  °¹°ÂF‰3›
    '
    "  t      DÂ  a  `ÿÖðC
B
VÓµ§±_Ô&°  al¯éÚ$  `  ØB"#cc4    Ð‹b-+ëß÷¯h0ƒA"Í4
!kaS´      ÄDDDDDm0¶      ž  Ù‡³}  Â    DDDrÜèDDDDDDV
  0(tm)\P2Ç  DDDDDDDj"""°1/4  þ@\)FZAC7'  ñŸ  à.|9
g2,Rl(c)-
,  As0¤0¦B^¨
  ÁÉH.pgÂ  0^<ø.  "Á  Ï    ƒá
  £
eY      B  |!  %a-l)  4  ø±kÙ    ÉÃA±"'À¥  >  œøCê"C×'Xƒ•o^kß÷õ  ×ä
ï‡Û'1¢  :@Á  é  øD(r)Ú'  eÏÿù  ;fÃP  C3Ì0f  ?›çóFj‰|    ¶NØ3aY  D,  Éã<Ì  ˜3Q'-ÔÊ6w
Â  OUÁ  '2ú    }~Käx  'Œòs  i¬6õþ  Ò|  ,1/2Î:  ÿ¯ï,o¿´ŸÿIû¯÷œY-9Ä¯~ÿí  í{µ
üï].ý¿ß]'Ki1/2'W¯ä/ÌÐõ  žs
W  Gý¿ÿëÿ}ë  î1/2,"?ïÞß  _þ1/2Ò¯°¿ü-  -  ^,<Wïÿûm  ý/{ÿûúnûèþý¿þú¥|süâ8ŠúééøÿÒÿ¥Û×Ïÿ¥I7Ý
oŸß}ßKÇµ-z"ñ´  @Á    ·ŸõÿMÐãî-"øíÿïÿ  ÿý(r)õô:ÿ$†

`ƒ 1/2¿ßúÚúýÿÿé}þ"ß¿O_ß(r)ÁÇîî¯¿ÿÒzð-¿ñú^ÞÿÇ×·¯÷×ÕÈpô # F £;ß ÿŠb¸-/_ÛÿÛýÿÿoÝ/
$~á‡Òm&Òm+^›ÿþž ·'7þ I¿¿Ÿ¿íÿÿþ-S‹?ëjÚº1/27ßä
þ
Ö|Kds_^ ïþßûþ·¡w¶-üY ûÓ×NÓ¯o_ÿ?kÝÐ‹÷ÿô.î¿ÿw÷þþÕú7Þžžž¢û3/4¿ûý¿ý|Ç×Óúâbÿ1/2~ÿÞÏï
÷ÿÿnß1/2 7ýcïýÿÖ3/4üá"Ý*ûœ?ý 7*ëÿ3/4"~ÿÿú> {ëúûë ÿÒÿû÷õö1/2ÓïÿëøÿÝkúû *d?o
oo_÷±ë{Ö÷íé7ú_1/27±z_"1/2ý†1/4 v¶Q|5Ö"þ µµÛÕìŸLÆ 0A˜
_´×·³Äº`' Ðdv ‰Ð@Á do>
ç@`ðla...
9 !Âdt ¡Ú"ô àÂR1Ñð'? ,Ä ÁÈøE¦žL sá Â S >›
) µ
BßÃ 1/4W@Ð ÐLPb ÿ~"...þõÂ-ý§h Å" ùÜ/îÂ
¡Q×eKP ¦\
ãšÊ ! Ên
ˆŸC ÿÿÿÿÿÿÿÿÿÿÿÿþ@hÎ@dû,•þ‹qHìR#Äh"ª-è Bú•ÁQm uGe" ßéÚ(c)(r)ÒS
²˜Ñ6Œµ
S(tm) Ä`èÔE8˜A
‹QßêY€hêŽƒ7Ÿ q Å4 ð¦Â Ã'a"'À¤ã> Ó! 1
†ÁÛ;[ ôÓ¤ðz¯ ÚÑ$WB&eFJÑ• m Fò9
$ ƒc> ¸7;
-Èa Kçƒa°Ðl 3 ð¤˜."0ƒâÂ
ûõï6 þ
Â¦"-Ú'
Q-Í‡...ãÿ"Hâ%Ùx )ñH 9ÔCXŠ| 63á
"FL
Æ@Å<!À` 3a æ`¹ l q þw
h°‡÷|<!éÿ1/2 9;Â# }1/4 ô_µA ÐAºIèG¯•QL`ë îàÐh}á
¢-±§z~ÝÒðëò-^·¶ô
3/4†O
º"ó¤‹›4e
#Æ-º Ûm Æ (tm)¦H š~
§éºuÛÿÊ¬{¡õ
þÑ;a ë< è ž-Í]]ªDìxdÇ;† |Á(tm) \æ¬Õš >H ²Žyžp@Á-"C$\Üó? f"
ô`Ù>Ð6Ð1/4 ý7}?;Ð"?1/2ó> †ìzzW§¤ŸÌ† [(g
)¨~le !
Â% Ašs¬GÎ˜3‹- âåÛ ƒÑNH¹Ã6 4 83 a ;ƒ"Ð
ý¯éµ£>ƒû ‡ýý'Ò{ÿî3/4çÖ¡ÿw*QWPß_¯ä´dãÎ ¨d¬Bñ@†"`K' † A-
˜A ü ô: Ö "µÝ A?zM¬ðÐAÝt ý1/23/4êýÿÿ›?Ú_ÿÝýÿôÜïÕ¿ IöþëÿÁ "%
ïK¿êÿÂ`ƒC =:õ 4HqÄÑt_tïî(r)ÝmÓ¤ß8ý&ëýºº ·§õý¿,/ÿÐý?úÿÎÿý'Õûéý/÷ÕÒÿì
ðŸûÚÖû Zh0¨"6&¶H(tm)Q#$\0Ë²WEÑ @ðƒšº
ÓªOÕºúßûÿ÷_é _ÿûÿoÿÚßÿŸ_íÿž1/2z1/2þþý[ï"üþ×º"Œ1/=$-ÚKù¶Ñÿ‰ú‹›-:
ƒ >/ †˜WM žŸ¯æÌàÍBg ( E ¿Þë÷¯ÛéôŸ1/2*õû¿?Ö×ùý-ÿüÿTøûºc× 3/44?÷¤þë×¿1/2 Žº
ëß
-|A¶1/4&Ò
ƒ
ƒp¿¯Òm"'1/2ÿa oh?_]Òú3/43/4õ¿ñ3/4ësøõþ.?ø÷Ž7ãö8¯ûý+ú3/4ßýÿÝÝ¥ étõÿXb-ï´"§¯ÿá û×ØñÑ
7h"3/4'+tÕ}mªëãï3/4'*oøýúýýþþþ•*¿...ïÂ±ÿï÷íÖ¯Mûñát›¯Io_äñÿZNºOOÿñÿð{
Ì @ ³ 6Â3MzíÝ?êýêýmé~¿¥ ñ÷÷-ì "*â¿þôŸ-z÷ÿâº Ò¯Dá×ˆ ÿ1/4{ÿ¯×ÿd NéÒwJ }=-%
Ýzß]úþìºoøéb¶CŒÿ¿ÿr ž±]õûûûy"¸?oºI1/4 ùcœ}_öé/ @Úû· ×UÿÿË,‡×û

Ã¦é1/4$¶ßñTÝÖ ¿ïý]‰ G×ÂMa‡ÿß§¤á1/2›5·ÂŸ¹ Wþÿ3/4ŸB÷¿âDà...Ù *þ´"÷¯3/4SÒÿÿ_ÿ¡ü¤;!HºO
"ÕV1/2‡ ïßÖÃ´"šñ¥?Ã Sÿ LáOÿ"
§šÂþ~[úþú ]ÿwH_ý?ÿ" ¿V¿ëûïß¿ÿ1/2ÿ‡† ÕBKj*×ûÿÛ5ˆý1/2
...6 å[ÿûôh Åƒ~´ûýêcÙ¡>1/2ÿU_O} o1mÿúU¯Õ"*ÿÚßÿÿßþuÞV‡Ý^*zÏ˜3/4 ¿3/4ë¡ -ÿÂÛóh7ÿ˜·ú
zói_W1míûãØÒW[ëûèÄ>ëzÇßÿÒú_õéºþ ûÿÿm ÖLïø"=2ž õ¿ÎŸ_·õÛ¶-ôo˜FñSéÿÇïÕ¸,SÏÏ¸×}ýÿw
¯|á¿±ëßF!÷ý-¯é ë{ÒO^ºû-ÚUÿûgE¯÷ßþƒ ÒÒ^×ï¿û]O÷ýãÖý¯ëêÿÚú1 õ÷ßÛ]ºÛ÷Õû-_o§¿}ºÿÂ]:ßÚ
¥

÷Ù#µÿÿ°¶¿ÃJB-þ-¿·ÖÜá¿×ûÞ›œ>úTÿ÷ÿéní¯LÓ×¿ß~ïßÚ[ _ý_
Û þÚ_ µ´-U´Š "µí"›
ÚV¹N³yœˆy¸pØ3c`Á ) p ŽŸÕÓ··ÿº_¶"~Çkíêÿ íý¯(r)1/4{m v¿íì~ß¶-ïÕÚa4Ëî"ÃõVÕ† ["PL
"C¦6
ŽU X g `Á&
b BY è"ã¿b˜-ÿëö(r)"w¥¤-{~ÚM'?vÒÒú¿l'ÿ¿Ú^ ýÿôžÒÿ ¶ÓV )˜aƒ-
, h)pn a hGa 4 †
` ²G±@ˆK
êÓ ¯^žÅ1M ÿ† NÂeŽ¦ Î§€ºÝZ[m ø8=^¿µºº{
%ï
`îÂkßj_.-
) .p3Ÿ
† f€ö Ë‡
r-ÉÁÏ†ƒa$c 1/2 a$p64Ø-ÿý¤í ~šÿ¦š Â
ûL Âa Ì& DD ˆ<DDDDpÒ°¬5Wl+º,
#r- ž "aÙ éŒø0 ...Ë Ø f,Á,Nt C#@€ ²P"8(r)1/2ø ¦
iÅ~ïï†¶(c)ý¦ ŽŽ¨G Â-Ô0Žˆ ! Q `"DDDpÂÃ 0Á PD' 3/4ºØõØ¦ "_Å{ ÿS
¸_""?ª˜u[UAÁ•PA Êò¡ C """"""
îVá Pâ§qLW±
¥Ù1ûá" L§(rÓ, Â¿ Õa...²n M""
ˆˆ‹ ,#¢%žB"qˆˆˆˆˆˆˆˆ(r)¶w

& 3Ž '•¡¡ q ?ˆˆˆˆˆˆˆ / þ""""+bµQéÇúØ ¡üï ³ ˆÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùÙ>&Fhî˜²U ‰"²¢"<³UP•ÔÑ'Ê+"Q ºÐ
ŸBU¢hŠDw(tm)´G§bÈìùÑ FE DË Ž"$Ü'D A"&QÊ,*
+B‡(¤¤ ²R,Ê7Z)ÊL( 4kBJ
Bdµ"è¡ tCGbè"B$èÔ‹r¤GGD] ¥"Ò5RÜM Ú )h‹¡ ±ˆˆA•...
"VP(c)[)+b B‰N VøªÊHTÊØBŽUehPQ[5(Ü
¦ég\ DD"B$M ˆˆš#D"E ‰UB"$É žIdB "èÖŽí "#¢%Ñ EM Êâˆ·B 2- ´"¢""%:
ˆ¬! i•$¢¶L¥ë)rÃ°D""v!
B'ehí D§EZ"(tm)0"(c)" " "¶Ž¨¨Df% ¢"' ˆ‰Õ Ú¢
.""G ˆ ' Í ¢B(Ägjhièò;äJQ DGEÑ[EÑ\è› "È' žD
ˆ" 'ˆÚ#h§Xá-ìJ"^‰ B"y ØhC@çhÎ!; Gbˆ-åñ;:2+bS¢¹* 2YB,
4"T!? 'hF ˆˆ" -¡ "ì4wZ -0Œ""! ˆŽ&hbEÑ\M
"R ¨"NÎŠå¨(c)#²Äv´ H'¢:<†çkhO¡ 2RFSBd"Ò;VÎÀ ' NÄ#ÈI'Q# BEQ !‰YBVQ- •#"D
Y (c)"Üµ ˆ·-BF#°4""
Y ˆDq x•hDƒB †R,‡+B‡( ×ƒ"...'hDîÑ´""d-‰Z V&C ÙZ µ"eh(r)è"I ˆˆ
¬Â& N"ˆ^""y
ì• Ñ "NˆJ HŽÈÌ!e (X¡...L¡r...ŠØ FÂg6))r,,ŠÛ•-
6¬-ÙFg\q :¢øA ŸÊÒ5!

H•"¦ ´Pˆ ;ôy Í Ï£ ´} £4d-‰Ñ)Ï"."ú% èŽÅÑÄRb"v£<²Ü' Đ•$Qå: ˆ‰DGGT"Ê\
3ï@B"""""A¢¡G|ŒdQ ˆ‰B(1& žòŸ5":8 h-LþP(c)ÆÊ Vô) +
e2¤fe°ƒ(å.ª"""""$4""#B"""&hDŒDž'*ÊÂ*¨‹b"$ <ŽçŸD]4HI J1 0‰b0"ˆB"LgD
ðbåYDÊ 8Â, ÅyÃ9'H+Ê9IÊOÙ^QÊ ¡I::"tBdu&àĐˆˆˆ4GŽ¨ U ¡[9B¥lÔªÊ R
VU
S, ÍQ|3/4GØeĐA
%9ŒL± ˆˆ D"""S¢èD9 ±ƒ† I ¢: G aD³-¡ DDF#-°UÊåÔìI
\/+(...¢µ ...#±N"""E -, Ø¢•Ë¡-ÅĐ‰]ÔI¹J 2I (c)¨- * "EwGw Qe4BY
Q& BE'ä"U£!´vfˆÒ;VŠÂ%Ñ(c) ˆItJ' Erœb" hì] ‰4GĐˆˆš'¯ ]bErM ¤kJkF@h•¢ÑRˆ‰Ù¢
* GĐ‰H...•²¨•D9 ŽÉ n
!3ÄD\NÊ B'Tf" £hÚ ÑÚª* .Šu ¢MŠ â"'a¢t"% I-J±# ˆäB!hH4v
¬Â$Dèêˆ D@Ñ×#(c)i
¤"·! ˆ"ˆD "4"DI"Käš.(tm)@Êƒ¨+ÏÅYS(2 £
B3!Dd:"ˆD· DèDJ´&F¸ÒB"""""(tm)ä"tDš/ƒ4 #A;:/ˆ ƒDtdS "¹Ñ•HD(r).±* "&´'f¨ò."_4FhDMâ1
)hÆ'ÙJ*hNÌ'ea@E. RêÊ² J6 *T+`Q B)Óžâ""&CPˆˆ'´V1 $ŠäĐ‰ÙĐšÑ B"3!DJSB*d.
"(tm)³1/4Gf ‰-q ¹tY
BM'!2´'Ñ
Ba Ý£èÚe-"
|(¹ààA FÔì) Ea DJ JBd
ŽÌĐ‰\š $¬Ž"DYPP±\P 'èA¢MNÌ! t$If˜‰"dJ"JøŽÔ •Å ˆ‰N"L! ˆDâ ˆˆ-BLãª0Š¢0"ú'Gch
¤GaH 4v:(B$è(r)jˆè·PŠâ¨JâÈì B t$º ˆˆˆ‰ Ží ‹*D ¤-š ±B† µ
(tm)Xq
*+
Tu (l¯-Gd",² HŠåM ò !¡ R'ˆˆˆš'Ù DDD"B"""% ',LÑ.ŠD""#'"@ ‰SE
""m T"""bÈÂ7"Dv] E^J D± "S¡;Œ¡ A
D¯(r)6 G+CŠJ ôo1 ‰¢ >A¡#K$!%‹4Í¢èº> hŸlÚHú -! ³ˆ²"£³á@Á ˆø`...!>¢"R!
DDC8à"¡
DDe2... Đ]H V†?(tm) "Î*ŽÔ³Z‰6-FJ¨DK(5 e&‹]e Ô¦I - ¡-P4"eZ;3FZ"êva ‰"v¡ -¢¸èŠ
çz"XŽÄ!
!2!DÉM èŠ´fˆ 8‰Ó*Ce â§Ø F
-*J‡Ô¤ °¢e )LªÊØ)[¡FêEI /Á
ì[ °D@ ˆ"!ÄHœU¡ :¡; ˆ^m ˆ‹(l-áR-)˜L¡ / d-"DDKpˆNÆb""@Đ'dUP"">DÑ G'Õ Ç"bWš+•
!<"DDE"é"èHDwè Žã VÓ"$Rè9I@e -Ê]AÚ' ÎR"DDD•¡ ¢8Žˆ2¶TQaC•¡XVÅ
-+
]Hí"!¡+§Ga£ ì¥ ˆ‰)Bv¡ ˆ‰¦AQ¦fŒ ""<C+z±&àÑ -ã gH"ì""(": ˆ•ù è"G`¨ì"
¢
Ý"å51/4¥2•
n (r) "D(tm)¡ •ç#²LÚ.Œ,#Vva GdĐˆ ƒQ-ÖP-é ˆˆˆƒ(Þel¨¯*B
"(tm) # $df"*(c)bd ¬Í ÄU¡ 4ŽÝ ¤$œw4 KÀ(tm)¡ ßD$"%ºtexĐˆœÁ"ZVð¡", \ 2·¡K Èi
ß#Dw¢+h-Gj B •œì +‹¯HHÚ M "%B6"×(tm)é Ã+xRê ;ô$-
" Jtf‰Ñ- Ñ[Dèª#¹¡!hJ|êŠ|H"
\O P"DD †""a
: "Ñ:ÄŸÄÍ XA"0(r)*BElÁ‡(X¥¢¶å* €³´""I¡2$FBˆNÖr! Rê DDDDDDì
%hDNˆN#Z 7 2ø' DN'>q ' JÒ*Ñ EÑØº*k;!
Ú´QžCŒ› ¡ R (GĐ‰&ƒFh¤BF#ÈO# ¡
- ˆŸ 1 ˜B,û ) %•#LDD'Â"$Ñ ‡ejPž 2::b@'š"Ø¹+B$OJ"""""
‰ "N"" Ždm Fò|2°âe
"

ªŠI$!-±4"" BèD3Ž V"† LA"å ˜r-±&Â ˆˆˆˆˆÆ@PÉ × È
º#¢:ˆ å )G;JD Ì"1 ùØÒ H"¢]
(tm)£R; EB‰äVÐˆâ'c ‰ Q ´94Bq ¨ˆˆËA
3³$R"JÂ $ˆ¬¨(tm)$ÄL¨¢96 RÜ'
íi "²ˆÄf"‰£h‹"$¢a ˆ ¬¡ ] B'bÈ‹£è‰¢ ¢$š D"U¡"ëˆ 1/4DdÝI
dØ)GÿþYÁ¢8Ig¢#²:#û0á Èù A
Å³ Ž¥ Ï.Á '²ƒ" †P ð¡ŒDŒEÖcÂ.b òÐ° ôuL´)$
DHñu- Œ t‹ðLDKª,pA"›T- ‡ V
ì n §
DK¨ IÂá âÌ›-
-•"›R h )Ù' § ðI , 1 h›#æSá ÒC Q h5 'G,aB(t I° 0@á p¡

-º'1/4Ã0å" EH ¦Å" E Dp1U ×S
ƒ"è2¬"5 †éa (tm),¢:-r±- âGD4m*v EùXˆåA r×
. LDDFGDt"xé$Î× A øUœr
1/4 ">i'Ñ€ÎGD|2)¸ AÑ Öc°ˆ³VG*
&9ö ˆ4V ,8à"V f...Š i
GÄí9& ";" •ñVY¥! ô B'Ú˜', ·3Îæ: !zEš& º 2>djA €è cƒ Ø¡&Î D_E-jA è3/4 6
‰•› ª^ú¤Y¡
ŽÈðƒ ƒ
9JË{¥øA öc DÊ"IÔF ,ÚÄ ‹ˆG
- ÜÁX
_2 Ý (§Ge3/4" •è2 jƒ)Â$F
R Yš
] Ñ#,Pl Pá ð'Gu~vj1/4&u
I"ôÁK3 (tm)‡v ðb g7V‰ÿè
~#ósôoiè›´ LDO" Ã9¸D Ð^v.1/2'›+O5 H 6 3 à": ã'KÃmè?è/ ÒliU¸Aëm ,ÃP¤t"A¢1Îì
ìÉ "á-¯ÕÉ×¿OuN:¥ ‹:P:"F9CQÎÊÑ1 Èê Ê´G ÆGEâìŽÎ1/2r b QÔ ˜Á
a pBœ!¨ 5 !ˆ|R@BTH0@ÍGçÌª Ì... j 3yˆŒ 3/4-ï§¢ÎH
oBqÁ
Îý DpÁ Ò >#š#È (tm)ÂvPá0˜F 6qüð h "s60ƒL xL ì ð˜AÅ...
- | g@€ Ø ò@ ! júû¤¶'g, 0 ' •'*HŽ! H0gr¹'Ó'àa›H2èÃ‰1É
´Èú¡
¢ç ¨ Žˆêˆè Žd{ôè<&á6"Â#pÑ 2žDpôMè-6EŠ. OÂz 1 ô- ¯éÿè³‹ #²>GÒ 'ÒVD Á•å
W, Œ$ Dz"" Èè Ç.ÄDDYp¤pñ Xj‹(tm),#•Ä0A¤OÙÖDòf38 ‰"£ˆ
m é †jÐAÐ@ØE@L tKƒd¯¢ý³Ý 4! ñË›:H ý/U§RÎ6+ ˆ‰d‰ÎŒŽ PS"8@ "
" Ã#ät DDIANPçT$ ¬8â"èO Á
G{v @Û ž t,n t oH7" ÂmBMh l 7 A t- = Ÿ·þ"é " ëHÌ2Ïa†ƒ
""& û¬ |Dd&": e T Üªìü¨&â†"A éº} Å$Ú ÈõZAú i âý7ë^ "äœ¡Ê¸'¤Q¢
åÁÎU
:6hî",E†Gå@DpÀ2œ¡Ê€..."äQÉ7 Á÷¤ð"öéÒoÛªpƒ(r)ªúúéý&ÿ_ /æÆÅ² üHr
h8à¤8âg+ j " 28e ¦,Dêa ‹ <L"å M}mÕz_ué7K ˆëí'ëîÕÛé÷zì ÿ 'Ð
I¦'ÐÓ*3Ø$ ¦* Cˆ†GG °D|N€¡)N t_/Ã
ýuþõÿõØqî"ÿÇÒÿ] ¯B[Ë800g ô] ØCRX""ÈèÆ# v Œ bF9k¬†íW þ÷‹ë¨É;êÿïaÓ ^ÿÓ
~ Ò,é ˆŽ Är# #²8ChDÈÄ
$@8`Èå&BwK×õÿï÷}GõÈ9g
kª×• ö b'S. j PÂE@" .æU au;†ó¿ÿëþ[¯ù1/4¡B‡
¿ÿ`ý ÍWN3/4 KÒq Œ...Â- X³# º3/4¿ÿßü!ÿ¡@ÿœÏø0ý ?2_ëßëÐ#-3 Ž

¤Pâ
Œ, ƒnT÷3/4×ÿ(r)¿í} ÿÿy ?I÷oÖý+ßS°^3/4GEò8!q'âùq, fÑ  ÈùŒÂB$¬##4 uÞž }îû_ ´ÿÖF
}ioõ-opÒ;´G‹†p... Lqt ç¢rœ ,F"±Ê7 ý~ÿ]×ï´·A  ´éÝ ÿ ÝW""×N1/2$L ,ù|Ž
  $"""",G÷Úé Ý ZMÿv ÷ÿ÷UK{Ýíin¯A  \    Ã p"pÈ#(tm)š. (r)¯OM¥ÞtM...´>:û
.ÙÖ,þÿÞ-\-  šÓ"Ói-jè¥H  DDpÒ ƒƒa¯í...a¥k
=¶  P•Ý°Î•'/ÓVÖÓl+
'ikk"i] ^"#ƒ|03/4ØH  *wg‡
$EÁ & ÁM ; ldá ƒ6/
  6Â¶ µƒ
    a,' ǽ
øØ0'Ó3Ó Ca-†¬0U $ r(tm)@¢ lR   pg,±LT"Šb ÅlB ã¯Ù ¨28†a  <  "˜-àâ"b¯|+V¢'b¯£1/2
DXB8£(tm)×L/Ø ÂÃ   '
, ƒi¦˜"Ä/Y‡L-...°L&1/2¦°Oi
  a ƒ  "!"9›ØB"  Á2¬ ×#<à¡"Â Á fV ¤!...† ah"ê°Ø9 DDQÇB""""""#B ^"
öSA¢& ÈèkE3/4‰R2
Ã  E¤Ta  cœ_ Dy    'ÅG- '²(tm) ‹té*2 ,(^¤'# é
§f[  " D+G ‹pkÎÕ  !pb, ÃÚé7 GjB À"
Ð- 'B'eH ,;"9ÇPI
c,â^ $""""Eg&*,-À'7t"K, Î6CC@@Ž: le! ^'YÅÈ;A" n ‰²Ù"c¹Ð6v(r)HË'ž FÊe
aÏ,FÏª
  •  ]2lZ
é{DØ£ Xä l•l¡æK"œÐ^v "Û#" ÊÉ  %Ñü3/4d,Â ä ² BÃ+;N £²àá
ÑÓò0eC*Â&H I˘  Êp Â
  ‹2 A ‰&Ê¯¯"0¿ ÊqB
  `(c)"ôÓ£ ÊÉ9Ç,s°;'"éKÕ  ,¢8 DnÕ v‰`rá"ù¢|ç'A
¦Ê\çB
û¤ /t 'Š- Ñ"D  < z  n 7(tm)
  Â=ÿÕ - a"¹Ïô Ú&¡6-ôêù'@"tG ?ÿ] Û  -›¤¬ °1/4È¸R8cù*fq¬i",ù Ñ žœ† ¡¯#ƒ8@ƒ$  §
ý'A ¯ÿß2ÕÎ8'
)µ_æa
¦ƒ 0 , ,
ÌBpšXAÚiá
šÂ' àž-¥¤ÚCOë÷(tm)   FÒ øÂa
Z øDWq0ípž xL•j(tm)uý^ù=þõù-
Ž ?L¬†JÄ×Dýƒ,˜›Ù<
Ã š¤Lì0ƒ {3 û!èŽ IÃB ûú(r)...m ß2
G xL&Ð@ÛPÝ¥Å Ü&¸# 7 Dì @þú jt^-k(r){;S)
  ¢ ªÐMð¶Õú
õt oA áÝ-Ìÿéz ×.#iZåÂ •
  H å6 ?Ý'éÞ-IßâÝ¦ëÿýóbî (†Á,M¬X#@  ¢Oß¦ÿµúµùn¯I°ÿÿð ƒð"
  OÙØÝ ¿¯¿[ÓëÿA/¯ÿÿôN-°pA°ƒbXøA³²`ßÿ¯ßk    x7÷ÿ¨ë@Á1/2Á±tO¯aP¶|v\R8 úý|¥ý þ¿ýÿß
ü¨m ƒd°ó°"ÊâÊ
þÿ ÿ×BúÂÿßÿÝíƒéÇs´ î¿û¯÷ÿ¯þ¿¦ï×~ý:ØD(äVÝ¸¯ÿÝ{°ÿ^þ¤\ kÝï ¯î˜ï  _ÝÝ uû÷Ýkÿ¦uá? (r
)M0BBŽŠmGÿuý×1/2¤(r)-¯kä²?7íÝ]Úÿ¥, c¶¦Åý×m m|êvkM(r)(r) §þ-þ3/4Ú¿ô1/2 "(c)Dv"Í±?_´¬
‡û
öTL4Øi~"0•'&×ë°Û5v•Âm%Jð'D  lA}ý† l-Ýz"Pí†
Ã   ~ƒ   0ÁXi}Ók°Õ°"aMÌÒ!êH•°  )ÒRS0@",6ÊÉ .H
  ØpØ3 ƒ0)ð‡Å9   OÆÅ1PáÄ±Ì8¯¦ $š×

$u' p`¬ I† J TGŠ
 'Ä†   "Â"Ã  $+*¡C"T`ÊNS•gAZ"9NS5ÿO
S  ¯¯ a0*JƒL&( 3Á}ŠBCè)Šb¶}ŠŠb(c)Š N † Œ *...LÎy",t(2œ¯="ÐUûXa0^(r)ÑÖ
     MQCÃ 0M_á¬0ši"Ba  0 ƒ  Â:0‹(*>‹å;3B"""""$i Häh^Å        "Ð^ŠX^0Bi'×°"
` "!.*ÙI gÛ ã'
.r¢‹"Ì$Q %^ b"""
^£%olÀ...$&ç9T(2† P¢åHH§)Ê(tm)U"æ ÖaÊâ (ì¥  ï2 FFLŽ       Ù  Î
Êr"g vGeÑôišEB#¢B    ;¡Uæ"GÍ¿DG‹Õ é
Õ    'Ðl      # "m D|O¡ ; ^Þo¤ Š  (tm)
#"NAv¨ÙNB9åÑ á ¬DL,°BaÁ ‰!-d|°#ävh¨ù"a Ì3èÚ:">m Ä-ªI$` ²
†Á       DF# #ÅÆGDtGGDGÁ"ì 'ò:.åó' Ô(r), \

'²¨PÃáXsœs¹8)Ì9Vt-Ê,¬§*Î9I|*Ë D L
2¶¤"K"°Ù ¯N   ‰
C¦ tY ƒf à‰ŽAÓ "ÛQ"¢-(!! Š
r¬ì¡
s2AHC ‹| (r) h* Y£ B>Šp"ò¸L Â A...òlú(c)
{" #^_R1/2¹
 ìÃ"ù  Ð9 Ì"
ø@ý T"0¤py" 9 Ñ-"*2pçf  f,^U- A "2ª% ,/ûo,ÝB HÊÜvE
Fê0 DÇ`Št^¿Â W~ý";eB f¯x%Œ  Ž>wí†G
...ò<
'Û y  Ýí Œ /| X-É (r) ?@" 'ñ hœPÈÔN(tm)Ø¶Â  Z ó¯ Qûÿî0´ Aû&p@"sX...ûî
Œ þó?Á ìÛ' m/¢¶ Ž ! ûgÉ (c)_Ò¿^k+#"C"Gä1/26 '"
±
I , ù&
   §wà²9'‰ ?×É8"2
   o

€'0  `Bp›› E ? }`^ Q ¡   ‡8çrH"...: Åíç@¤â ÆÚ" @É óáo5 ( †3@ä1 ŠH
Óe 0 Ð  ÛÂ :   ÿú AøDqý0 " " ,sÔ, !/Â Á î'A1/4'õ" àž
¿ÒxL'ïÑ9² '9O"w= æqÓ M7"  Num5%n'+ œx ¢VÍpdZÛÑ.l DH4
'áš'^]-Ð/ÂoÈ°ôHz% W‰¹±/ƒD1/4?Mè Ý0A1/2 ýkè ßÐt± t‡C t€Ü7 ,
ÐhŽ(c)1/2
4@ôA
H o 'T1/2 £
â gC5è t -¬èA°a
@ƒûô›Åô ¸_ó
Péý "x3/4•0øA1/2ìŽ¯á>ià...¯ÐMÅ
- ƒvg¨3/4, uz
Ðn›ûzOÖzõà,   íúOÃÞè¿a pH Iñ ¦õnÓÑ
  ZzÓú
1/2ï ¿uÓí7öúoé´µû¯ýdBÿI †Ü:o%¯ú ¢\3ƒ -Ö Q¥ë]%×·ûÿ÷úü%Ü-þ¨¤--úBê¯·mé[ø
]té{}ýn¯OO_¦úò4 ¦ÒŞ̌ÿßÆƒ "GäBB-¯ 3/4ûÔ  5Jó(c)uß  ê3/4ÿÐ¿¸~3/4 ðÐÕ(r)'Z
  Æu ·•Má[ãÓÁ _L\ÚUßPCý'þÿ·÷"G ´° ¸ûçc1/4. <ƒÙCÝ>Û~ó £0!'ÿ-î¿Ö-•ôÿÿßÖ‹ õ:°
  ª3/4%‰Ÿ(tm)¶ +6*
~ Ž3/4g( ]M† øMß÷;ð%oü}üÂþÿõî¯...ýwo@Ÿ
  ¡M ¶ú ï A ¯û ÿ¬ î"×ÿo~ÖëKÃõúEKúòùA;ýpwïO² Rþ-×î-é Í£þŸ÷Ú×Ûuè"í_µß_BL:]þýþ

¨ ¯*î1/2u_}>ºþŸë×uô  uï  _X'-¤  ¡Ó¯3¢é1/2íA8'+Ú^Ý÷ßúú¯}÷ûÛ[:,/¤¶-Ã:ïþ¤ê
1/2í."~þ$`¶ÿn1/2'V×]3/4¯KI¿°l0""kµ'^"‡h¿ÒÚûaR´¬è A Y´(iÕ¤-¯ŸLmš¸²8 ".nö Ppv °"ÚV¶u1/2
"a+ °‹wÒ""
B-H0,L3/4GÊ"ú
ŽL0Ia¤Ø[
 Qi"Û
ðÂ]ì0§´+a"µ°ÛKívÕxk
& ^ACìTŒ{   x48" ä¸LâÁ Ž2pÑ     È ³Ãa,$â,¹œ   xk 0`'@g"Áö
Ø€ ƒÉh.Å †rq"B´$(pÁ & /°Ì
¹  0Dœ Ñ    B  QÒ... 2 èÐ4wi^M[Õµì/aTS    Å1H 6+ËîÅ  (àŸ
~" ±MlBÓb¿(tm)Ä)àPb |  Á0š(tm)ÒL§+J "
! `¹à& 0," 0BŠ 01/4v  . 5A,pÔ/
-¡°kü5† Q     °Í"èA"  ÂFr", LRF1
ü"Ef... "
 ‰ ÄG Dt,/" "Š "J´ NÒ! Pà"Gê a$ 1/2NÊ-AèHF¬}`'å ª  e  ""Â ì(Èî"
5OªQI 4 v')Úª$2á›WðHB  } °%¤h
Ø"‡ _Û3"tQcÃ  jê
"^¡%•QÙ@C±µÂ.
|QÇZ3,  Ã e? %oj*  6 ÎÔtü      ""ª
Ö,#ä¦  ŽvX
¥à(c)NÕ²9 Ⲣ(c) - IheÂRÐ•  ¡dº... @`¿iw* Á ð˜ã   3/4²  c^ŽŠî Æ0‹¢Wôvjgù1ýd
 J^4LTS'&eY 1Ñ , '†¸eLÁ RîôðD % cdL" "j
 Â
 Þ†kAo"< ø...˜Š°@Ž"tÍbgQ I4Ó    J(tm) $N'HŽ" ¸tK Iˆ!Ä   )Í¤S
 TN-%oóEãÐá(r)é }
hz@Á,  Ž‡ Š9-ÝÑ1/2ÈÇò1ðƒt,
¤Ú 6 &°]é Ó=ÙŠö ¡¡Â(q "^"23/4"+é:ÓÓÓ ³ ³µ !W)Ò Ž^˜àÕ,ÎÈ9 å þ› &ëm&Òm ÛÊa
p†3 S Ð)p\"É ÉÆ 3äp!8h3 œ#H {#ñt"
3gXÍ QHè3/4j Þ ¡ Æ>q¯  6G 5^SŠf2 B0){úýkÿ˜àƒ h`ƒ.Í R]
Þ kÂi A x dæ a lÂ
 ÉÂ
" $ : Â, ?Ž  5L&  jú->/ON-n¤c¯F= 3/4FïÜ/a ¿¨- iú6AÄ¬Zæ¤ "  - ÿÂ iQ †%o^¯ß
Òÿ¿ß1Ú,ôYógðpýA ²^ ƒƒ90A,#  .a'Àš "Àš Œ3/4Êû,xD æ
Kîi‰£`Š fÊ¦"Ñy@   ?ékzKk×|^ t q §
¸%B A¿¦öÒÒ¸B  l& † 9¯A  Cœ  ¶  }áB
øA:    Ò
ß¨ÿ¯ý{{˜èB¨¦þ ß´¬ MÓOM}=>  ô öÙ¦ø¡¦ë_Kõ_Þ¿ÿè§)ÿ)ú_ ºZQTõ]V¤5š=]Y
 ° §êÚ[ð' ÿéÖ(c)ëÌ Ûïÿ§ôµ¦þ3/4ëG¡N 7ÿî:ú"ä~ž"ãmjú"¿ô¿
¿ú Þj*l[ P×Òà<-õßuÕ("ò¿ÿ÷M6áa-ð1/2Šÿ^Çÿþ3/4ô%Ãï,  Š
Š ~L"<‹íý×@œ!¯ÿøn0Ä*9  Óæ¥ª~£dU_ÿ¤ úà ûxVA} .áúý~êê Í(r)ÿÿbÙ
 ‡÷ý¯ëd +ú](r)-ÚÁo3/4%o¢ a¢c›þÓÓûÿt(r),vqÿö
†p ¨
þ¿ôæríÿý$›~¯ŸÞ YP2 h wò¯_ý t°"¡Ö-ÿþNƒ¯ÃD-7é/œH?ú 4?ÒÿKÿ3/4Þ-L2MÐKûu÷ ín_ÿø' ¹•`
¿þø§3¿ü,ÚþÓà ôôÿÿ(Ãšað"õ}ª¯ïN,°e
uÿùO, Cšh ÁnºJúMßïLMõ×ê-ÿöý Õ ¶Þé?÷¡¿ Ø¿ÿù¢á3/4f-
¿Wô»×ïï×µÒÙµµþß¯û¥ê Cuf×÷ö+.a Í"_ÿÇ  ‡t´qÕ(r)"v-ï¿×é$O¿íþ
ÖÖÖ5Ô$'o?0Ä+_r-íP$Ø Ói ÿ¯kÚ[ uH7kì3¯uk(r)ÚXK´Jë1/2"XøiCJ,{j n,°ÂV¶¶
Q...a...°-ÿðõ†

û
-r n•ÚW¶    VÒþô [jÞØY   °eÇ#ò&dK¹q²T# "'AÜ&"¨¦'r8!x"8Ú¨t `Â°ÂWwwfi3œ  ,A
-&y0ÁP£c#¡:  sa  !8""P
  ;#Œ"uii+a-5´¬%
%Ý^\TBb•šÐA  !"ÓUì  \Š=Š
T8páÃ†  ‹^ B‰ ¡Š   5"  Å{  {3¨g£ÐÅ‚lS   ¯°¹à))ì$Pá8aa¦  `¨[[    (Èai"Âÿ÷ž  6,!
XaS"éü01/40S@M/µ[M5     †"* ¶å8B" Ò °A"Á i¡ ª.x0
àÄ0Šs    Î   Ât ƒ)È¶  ab  A"  *"  ý   î    eI@@    Ö"8¨ŠB#ÒâÒ-(c)•
€  d.Æ°^"ªt    ÂU¨¤‰Bÿ¬+U  !ö  ‡Ò¨Ã ª h"œ*hÊ¹  " )Ò'òH  YÝáT!J¨A  !
  T  2Š-"Š¡  LpI4d¢¶  v³  3/4  J±  â    5°ô  Œ  "  "    ±sôT¡ô  N  C"9Ç     Ò-Ú¨K  B"
B(uët  @£´\;IT,ª Ô}t"Gk:;'4...apÅ  6‹¯
  Ž  X,Ð|-i$/"DŽ(¡Ä  Š  ¡Ò ƒB‚K£$àŠ  ‡Ð‗(p(r)^¯   áT•BExX%
°¶   I  ´4]CÂ  ž  Ž³±pK   È°Çv  ƒÁ  ÑØL  %¤  KiNÈŠÞ!  T"xKÑÝy"¨c  -
-^  ...(c)  Â8à°,‡"h°
ì&èA       X":J  Dt"",  yÚÈ:
  XdKë  >E0´rYÞ  %Ò›ÑCÛJ^è  c..."  U}      ...  °á,  Z  îžÐT·  Ÿ
   ¤=¦  Ç  GU‰Ü
Žj,ÑH1/2ì
`Ò"Ð!X$w¢Øa  é>á  9!Á8Ft<¨ÒûI´...  Z  gu(r)  ]  Ž8Nä]  °%ì,   wCÅ÷B-YK     Â
  È"‗  PýB)Âm"*B  í  ]"  kB¨Ä"Ü<  ŽÓ.6›"³²æ  =""‡"(c)P'%8(Aa  ÍOút  t  -Š  -  qÃî
5ˆD‡'±8B¶ß°W'&z  B  šK  Ã...ƒ(À,pA\V   h  AØ  BTP"
¨":{Ù¤  ,)ÄžÅ  Aa"oDtá  ¨w,H%  +"Xj  V]à"  õa  p|B;÷Ka‰
  'A  GGeªÞ{-jœ‰  E9‡H  u...   ^á  ¬1  P-¤pÂØð^éklŠ  ‚Ž¬  "¹  †F-  C-²     "
@"PD    B¨6  C,T,-Œp•°B  4  ·
Ká  Ø^8  ²
A×  -   ²C.   "Ë  L",¡  $
"+¢ý  E:  Ä"‡ù  VŠt¬  pn¨Þ  G    (tm)  Ã{IqTÄ...°D~ŽÐl0M"¢‡ê´•Á  .Œ"e¨ÎP
ÌÐA
"  Õ Æ8 ê  ÖÄ+#£j¡A  ";å"TqÂs£  !  ¨A  ‹³Â   ¬3^ÂÒ¡¤'@‹ I
c"  -Á  8CÒ   ¿wÔ  !/  ¤a  AA‡  eý¤(":ò-h8":  Xäh
!°E:
  öQÁøð"  B   n•-  eÐ"(á\u¢-k  A ƒ¡  1
  c‡AïÝ,,$
25œA  f ƒ
À>1/2Fè  &5    "aÂ°ÇÚ#(r)ÈEÐ"Ç   ƒTÀò}økIj  L8 nŒ$
    XDuÃøüß   ¢ö!:-6  ^0E:   ¹
Ö  ã,#á¨i-A"  /DuÛ†GZ  "@pW  ]:Èª Af(tm)    ö]A  MÆØ~A"ÊR  ‡¤dÜ    LBIYpÎØÁÂ(tm)k'þ¸
"ë¦É(:
  ¨ø9uØ'    GË²êÈè  PC°ø1"
†Ê  c"
vW¨D  Êu°dI  †<ê
    F"äG^à  Ž",  oþôB‰  AÊ  È‹Œ\dq   íD  ¡ÁYt´Kñ¶Èë,#û°ÉvŠ    ùHs
aÄ$    ^-é‡ÃALŽ^ýCx:VC   A|D    (&\M†Â#¯Ã{ñÁ²æ|-¹8)!i.
  ´¹Ò
h!(re   ×‹]¸EÑÈŸ¬
7"GM   'À"p¢ ƒó  ¨~(r)!µ#ª    †šÃ^^X'ðÐ   mè0´5O|  BÁŽÕÂ!×ûÔ":-4Á  ^Ê$éÐá  íý
ÒN-à,ÔÂA  \  t,,pA
Ã×¥ösÆ(c)  ´   °°ëÂL">>øK

Aÿ `ý$
íKè[k
ü(A2,`¨ëÐ"ë‡¦˜Io3/4"1/4?Lx"ëf³ n ">Ô;°ˆëøDt"ác,¦ "GS#U¶¸%
‡"}m°J3´<7k.¿Ç    Á× Ž¡ÙF!1/2
    ,·¿6¸^ °
•ÒÄA ô |{#ªÐ4ì•G‡Õ KKwÕ$3µ¥Ñ t
¥3/4÷×w1/4 C°z@ª"U]T":XðÐ~Ÿÿòê(r)Ä}†ì ...ý< îr¹Ù*¦˜3¬þÖŸ ãé(JýN é ×±WÇ} ;øa'ä u
í~Á¸*Á K Gô
Ák Üì-l"? š†ð|-¡Â#÷,ë ‹$5    B.¨Ž"ï°¬Pýî©#Ð°,ƒaÚZ a" Jv "b-Ä- 8"è§H":ü°W
 ‹ì³ !¡GT-ƒ¦P°ê ðoò Ç#é
 /éG_TaÂ,#ðA
ÖÞ] è%
þ‹Ɓ#˜Ûƒ*W¤GN,;G l%3/4‡¦Óäë(c)Ú'Ä5. LXC¤ôñÿàû#¶± •¦ ŽŸ"Ñ&û...°²êÂ#¥úÓÎÂÔì[    K†
=ûÂØÿüó:@ûË¤ Ð‹-øa úT...e‹úáú;Sé0ˆè=Œ‹ÈèÃ...    Gú Pý...í¶èXôù
¡"I°¨- ‡    0p]pí GP¤ªPék'^°Ã)€uÓ@ÄD Ð,ñ-øÁ@ƒj¨ @†;*    Ó    Eñ "ý
 D íÁ ôãØcÒ â'-†¢ßì. é¶6¹ î¢±5ˆýB,#õ×~-ªã×" ì  º#è"‹Ãƒ¥ûúÿã"¿;
Ux¸1/2 #î¨ü ÿ    ãA Ò‡œôªa¢‡Ø~3/4 Òÿ¤  6v
ßú6,
 Æ    3/4 ÿn"Â(uü5 A5 ö=oNÿZ õ¤ýz -¢:† ^âF v
§¤ª*Á§1/4":÷Õe  ¥d| ÙÄ4ÃÜ§Ó-Ó    ôk"‡;,é4 d}  .¨E×PÁZõÓáxþ°'A × \ } ÷
?ï " }Þ3°‰$ÃÄ õðÞP3/4úóÚúÃ Ž(tm)L 0...3/4‡ wÜ%ûöšwÚ k    W
 "<1/4 þ "?ÒM5TàšxZEÓç¦ Žƒ
è÷ "ª{ká¨Œ":Òƒ w~ã-aÜ8#¿µÁ, ØŽ- ¡á ·¸"ê  "?PE=}iM¨ge CÜ[
KØØ...-Âþþ"ö Y÷?8è
áÙA Ö"_Ö w´† §;Õ1/45 ¡Òü8 ê-Œ a*¸? ]'    Â


Â#¨¨é"G_P˜ëL°þ kZ ˆ¤-Kbƒòàý˜Ñc... Ž"²ò(~I"#¬ °éJ"µÃó±KN�˨ ÖØpjÿ (r)1/2 Ò\"Ý(@Ÿ²<
Gí0Šë G_Ó6ÆIÔ}÷ ˆêÒ†¸‡áÓ ‡qúuHZ"K› 6‹-¨%¢nÁ G Íé7[aêtH -œuµÁÔ7
kmÁ v êí^ Du GÙ-¢Ê ":
PV ¤£×XE    œ{ªÚá} xÃKñ‡S¹ü    }ø‹{`Ô0Ø=[¶ŽP˜è.¶,)àÑ ¨4] .³D ,Ò¤ V›Ã
Y[ SÑ7‹G-0ˆòA ¿Ã
FxÂ#f¥í}
 Ž ²è'¢CÈ5-
'ÐHZÍ J ÿg    "£Á â:
"8dy*°E û
-ê¶VCl¤úí hŽ'í?ñ¥Âƒfü*}´ 0x° 7a¥;âÛDtÐ†g,è ÿiuQ
 (r)¡˜J-" ›QUÐuj _, 9É¨?ïWX¿O¶-ÐE üC
 ú#â, -› Uà˜ü cÒÓpý§PÐcH-öïÞ ü_ëïÞ-¥:×PŠ    ¥;5Kµ m úi7pE<"‡á×ÆÒé]°-{Aï, t
Â‡÷Kôô µ‹× ö Ž" ¥Á¿
õX K3/4éÄ8D}((r)°ÛK‡ìòÚpõzÒ ÂKÂÒ ,-C˜ŠzÚXJ ý ùcØ": ":"K§
 N£¨_ Átõ
C¤ªÚ ŒëÆ"ü -psË#‹"IÁ'òó
Ü0Dš°˜õ%1/4}ƒ E8@ b ß
Ö Ž èB tT}³³S1/2Ú,"‡d1ÿ1/2µ
**Š¹CÜ%ýá(c)-~"N¤8G <m"¥mZã
ŽÇú¥hŽ BÖ 6 hã...-¡×ß˜ÂAÒôÓ˜ÚÔ--ß-Z#¥¶(r)ÒlZaA KÒooøk'Ô--ÌÆ"
ª"9ÚXwTÓÄ Cn‰¢W°-a$¡ ‹+Œ{¤í µ +mˆVVÊvµL+í.!S`,þþÓnT>

```
  °Â
?Ô":  LŒIJ    "GäÇTÃ  ¤Ù  ×mB  B²>          ´  `,‡ý""GìéÁ>V4ŠR

ò(c)~<    ,@-Mœsˆ; Â/  i‡...õˆ~aA§ÝÛÔ
  Ã?›,    *(r)   ê"  j-•2
  Îl...vÐ$a   \@  Fý‡1/4-êÄ A"9        Á  Ó  n‰Ž  ~×A  8(Á  :doJ
Ã       •5K
,#àÂ;FœO¨0dAÄ  mÚÑ  pŽÃàñ  ÄcãÐ  Ð˜-×£´êàˆéím  é+,÷Æ  ØA,...˜ hŽ-Š  ²Õì
ïBÄ"XéýÁ  äëiC  ÎƒtÜ7  µÚ/'$  ·L28¤pïöØ‰‡8àˆémê  ƒ-þ    äû3/4      .qzÛ  Ž¿  ¬Ž"Du~
o-âöš.‡,-âÈŽ¸@²ê^7ðEÒqnûâ¨¨¢!8;T    .  ×ÛÒ
Ag-õA"
R/¬K mb    ç¶²  ŒÓ
Äm(c)UMŒ[!",  6  ËAwÄ¹x5ÿÿÀ   @
endstream
endobj
146 0 obj
<< /Length 147 0 R >>
stream

q
597.36 0 0 752.16 0 0 cm
/Im0 Do
Q
endstream
endobj
147 0 obj
37
endobj
148 0 obj
<<
/Type /Page
/MediaBox [ 0 0 595.92 751.2 ]
/Parent 132 0 R
/Contents 150 0 R
/Resources << /XObject << /Im0 149 0 R >> /ProcSet [ /PDF /ImageB ] >>
>>
endobj
149 0 obj
<< /Type /XObject /Subtype /Image /Name /X /Width 2483 /Height 3130
/BitsPerComponent 1 /ColorSpace /DeviceGray /Filter /CCITTFaxDecode
/DecodeParms << /K -1 /Columns 2483 >> /Length 414 >>
stream

ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ  '(óµEó°U  ØZ  ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿä  Ìqÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿù
Š?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
```

ÿÿÿÿÿÿÿÿÿþ
endstream
endobj
150 0 obj
<< /Length 151 0 R >>
stream

q
595.92 0 0 751.2 0 0 cm
/Im0 Do
Q
endstream
endobj
151 0 obj
36
endobj
152 0 obj
<< /Type /Metadata /Subtype /XML /Length 889 >>
stream

<?xpacket begin=" id='W5M0MpCehiHzreSzNTczkc9d' bytes='889'?>

<rdf:RDF xmlns:rdf='http://www.w3.org/1999/02/22-rdf-syntax-ns#'
 xmlns:iX='http://ns.adobe.com/iX/1.0/'>

 <rdf:Description about="
  xmlns='http://ns.adobe.com/pdf/1.3/'
  xmlns:pdf='http://ns.adobe.com/pdf/1.3/'>
  <pdf:ModDate>2006-01-19T13:38:54-05:00</pdf:ModDate>
  <pdf:CreationDate>2006-01-19T13:38:53-05:00</pdf:CreationDate>
  <pdf:Producer>Adobe PDF Library 5.0.4</pdf:Producer>
  <pdf:Creator>HP PDF Formatter version 3.2.0.941</pdf:Creator>
 </rdf:Description>

 <rdf:Description about="
  xmlns='http://ns.adobe.com/xap/1.0/'
  xmlns:xap='http://ns.adobe.com/xap/1.0/'>
  <xap:ModifyDate>2006-01-19T13:38:54-05:00</xap:ModifyDate>
  <xap:CreateDate>2006-01-19T13:38:53-05:00</xap:CreateDate>
  <xap:MetadataDate>2006-01-19T13:38:54-05:00</xap:MetadataDate>
 </rdf:Description>

</rdf:RDF>
<?xpacket end='w'?>
endstream
endobj
xref
0 153

0000000004 65535 f

0000000016 00000 n

0000000088 00000 n

0000000191 00000 n

0000000006 00001 f

0000000371 00000 n

0000000000 00001 f

0000000540 00000 n

0000040393 00000 n

0000040481 00000 n

0000040500 00000 n

0000040678 00000 n

0000068170 00000 n

0000068266 00000 n

0000068286 00000 n

0000068458 00000 n

0000098896 00000 n

0000098986 00000 n

0000099006 00000 n

0000099181 00000 n

0000126393 00000 n

0000126486 00000 n

0000126506 00000 n

0000126681 00000 n

0000159939 00000 n

0000160032 00000 n

0000160052 00000 n

0000160230 00000 n

0000190068 00000 n

0000190164 00000 n

0000190184 00000 n

0000190359 00000 n

0000220627 00000 n

0000220720 00000 n

0000220740 00000 n

0000220915 00000 n

0000249985 00000 n

0000250078 00000 n

0000250098 00000 n

0000250273 00000 n

0000274959 00000 n

0000275052 00000 n

0000275072 00000 n

0000275253 00000 n

0000301143 00000 n

0000301242 00000 n

0000301262 00000 n

0000301437 00000 n

0000301546 00000 n

0000301654 00000 n

0000331092 00000 n

0000331185 00000 n

0000331205 00000 n

0000331380 00000 n

0000359448 00000 n

0000359541 00000 n

0000359561 00000 n

0000359735 00000 n

0000389043 00000 n

0000389135 00000 n

0000389155 00000 n

0000389333 00000 n

0000415925 00000 n

0000416021 00000 n

0000416041 00000 n

0000416219 00000 n

0000441025 00000 n

0000441121 00000 n

0000441141 00000 n

0000441316 00000 n

0000441425 00000 n

0000468831 00000 n

0000468924 00000 n

0000468944 00000 n

0000469119 00000 n

0000495193 00000 n

0000495286 00000 n

0000495306 00000 n

0000495481 00000 n

0000524127 00000 n

0000524220 00000 n

0000524240 00000 n

0000524414 00000 n

0000550986 00000 n

0000551078 00000 n

0000551098 00000 n

0000551279 00000 n

0000580239 00000 n

0000580338 00000 n

0000580358 00000 n

0000580537 00000 n

0000580646 00000 n

0000611582 00000 n

0000611678 00000 n

0000611698 00000 n

0000611874 00000 n

0000643972 00000 n

0000644065 00000 n

0000644085 00000 n

0000644265 00000 n

0000667391 00000 n

0000667489 00000 n

0000667510 00000 n

0000667692 00000 n

0000695173 00000 n

0000695271 00000 n

0000695292 00000 n

0000695473 00000 n

0000729868 00000 n

0000729965 00000 n

0000729986 00000 n

0000730165 00000 n

0000730277 00000 n

0000769110 00000 n

0000769205 00000 n

0000769226 00000 n

0000769408 00000 n

0000783349 00000 n

0000783447 00000 n

0000783468 00000 n

0000783650 00000 n

0000809677 00000 n

0000809775 00000 n

0000809796 00000 n

0000809975 00000 n

0000853540 00000 n

0000853635 00000 n

0000853656 00000 n

0000853832 00000 n

0000896857 00000 n

0000896949 00000 n

0000896970 00000 n

0000897146 00000 n

0000897303 00000 n

0000954510 00000 n

0000954602 00000 n

0000954623 00000 n

0000954805 00000 n

0001014774 00000 n

0001014872 00000 n

0001014893 00000 n

0001015074 00000 n

0001052897 00000 n

0001052994 00000 n

0001053015 00000 n

0001053194 00000 n

0001094717 00000 n

0001094812 00000 n

0001094833 00000 n

0001095011 00000 n

0001095654 00000 n

0001095748 00000 n

0001095769 00000 n

trailer
<<
/Size 153
/Info 3 0 R
/Root 1 0 R
/ID[<54fca1ba17e1a8b011261b6543f9b543><fca35afe4b062cbb2cb1a3227ec8c560>]
>>
startxref
1096743
%%EOF