# MEMO ENDORSED

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Deidre A. Grossman
Attorney at Law

Direct Dial 212.969.3006
dagrossman@proskauer.com

January 24, 2006

**By Facsimile**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/06
```

Re: *Ello v. Singh, et al.*, Case No. 05 CV 9625

Dear Judge Karas:

We represent Defendants Ishry Singh, Laborers-Employers Cooperation and Education Trust Fund, Mason Tenders District Council Trust Funds, Raymond Pocino as a Trustee of the MTDC Funds, and John Virga, MTDC Funds' Director (collectively, the "Fund Defendants"), in the above-referenced matter. We write regarding the briefing schedule set by Your Honor by Order dated January 9, 2006 for Plaintiff's application for disqualification.

Under the Order, Plaintiff was required to serve and file his application for disqualification by January 17, 2006. On January 17, Plaintiff requested, and Your Honor granted, a 24-hour extension of that time to January 18. Although Your Honor made clear in the memo endorsement that this would be the last extension granted to Plaintiff absent "extraordinary and unforeseeable circumstances," Plaintiff did not serve his papers until January 19.

Given Plaintiff's delay, we would ask that the Fund Defendants' time to respond be extended to January 31, 2006 to afford them the same eight (8) business days to prepare their response as was anticipated under the original scheduling order.

Plaintiff's counsel has consented to this request. We are happy to consent to a similar two-day extension of Plaintiff's time to reply to February 7, 2006.

**PROSKAUER ROSE LLP**

January 24, 2006
Page 2

We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

Deidre A. Grossman

cc: Ruth M. Pollack, Esq. (by facsimile and mail)
    Terrance Reed, Esq. (by facsimile and mail)
    Samuel Rosenthal, Esq. (by facsimile and mail)

---

Fund Defendants' request to respond to Plaintiff's disqualification application by January 31, 2006 is GRANTED. Plaintiff's reply is still due February 5, 2006. Furthermore, Plaintiff is advised that any future failure to meet a Court deadline will constitute a waiver.

SO ORDERED

*[signature]*
KENNETH M. KARAS, U.S.D.J.
1/25/06