PROSKAUER ROSE LLP
Kathleen M. McKenna (KM-4258)
Deidre A. Grossman (DG-2677)
1585 Broadway
New York, New York 10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                :
RICHARD ELLO,                                   :    **DISCLOSURE STATEMENT**
                                                :
                           Plaintiff,           :    Case No. 05 CV 9625 (KMK)
                                                :
           v.                                   :
                                                :    (ECF Case)
ISHRI SINGH, et al.,                            :
                                                :
                           Defendants.          :
                                                :
------------------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendants Ishry Singh, Laborers-Employers Cooperation and Education Trust Fund, Mason Tenders' District Council Trust Funds ("MTDC Funds"), Raymond Pocino, as a Trustee of the MTDC Funds, and John Virga, certifies that that they have no parent corporation and that there is no publicly held corporation that owns ten (10) percent or more of their stock.

Dated: New York, New York
       January 31, 2006                      Respectfully submitted,

                                             PROSKAUER ROSE LLP


                                             By:_____/s/ Deidre A. Grossman_____
                                                  Kathleen M. McKenna (KM-4258)
                                                  Deidre A. Grossman (DG-2677)
                                                  1585 Broadway
                                                  New York, New York 10036
                                                  (212) 969-3000
                                                  kmckenna@proskauer.com
                                                  dagrossman@proskauer.com

                                             *Attorneys for the Fund Defendants*