UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD ELLO,

              Plaintiff,              AFFIDAVIT OF SERVICE
                                                        Case No.  05 Cv 9625(KMK)

        -against-

ISHRI SINGH, et al.

              Defendants,
-----------------------------------------------------------------X

STATE OF NEW YORK      )
                                  )SS.:
COUNTY OF NEW YORK   )

        John G. Fleming, Jr., being duly sworn deposes and states:

        1.    I am not a party to this action, am over 18 years of age and reside in Bergen County, New Jersey.

        2.    On February 1, 2006, I served the Declaration of Rory J. Albert, Fund Defendants' Memorandum of Law in Opposition to Plaintiff's Application for Disqualification upon:

*Terrance Reed, Esq.*
*Lankford, Coffield & Reed*
*120 North Asaph Street*
*Alexandra, Va. 22314*

        3.    Said service was made by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed t the above named party in an official depository under the exclusive care and custody of the United Parcel Service within the State of New York.

Sworn to before me this
1st day of February, 2006.

_____X                                   _____X
Notary Public                                                        John G. Fleming, Jr.

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2007