U.S. DISTRICT COURT of the STATE OF NEW YORK
COUNTY OF SOUTHERN, NEW YORK

Index # 05 CV 9625 N

Plaintiff(s)
RICHARD ELLO

- against -

AFFIDAVIT

Defendant(s)
ISHRI SINGH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
RAYMOND POCINO, ET AL

Pollack & Kotler
250 Old Country Road
Mineola, NY 11501

Court Date:
Your File No:
Our Rec. No: 216695

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Gerald Murray LIC#872285, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 01/20/06 at 1:25PM at:

520 8TH AVE., SUITE 600,
NEW YORK, NEW YORK 10018-4196

deponent served the within SUMMONS, COMPLAINT & JURY TRIAL DEMANDED IN A CIVIL CASE on LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND recipient therein named.

By delivering to and leaving with CHRIS COLUMBIA
at 520 8TH AVE, STE. 600, NY, NY *
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 35         Approximate Weight: 200        Approximate Height: 6'2
Color of Skin: WHITE         Color of Hair: BROWNF          Sex: MALE
*10018-4196

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 01/23/06
Timothy L. Compton #01CO6035895
Notary Public, State of New York
Nassau County, Commission Expires 01/10/2010

Gerald Murray LIC#872285