USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Ello

                Plaintiff,

-against-

Ishri Singh
*In his individual and official capacities*, et al

                Defendants.

ORDER SETTING MOTION
ARGUMENT
ECF

05 cv 9625 (KMK)

KENNETH M. KARAS, District Judge:

        The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 4pm on July 13, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: May 17, 2006
        New York, New York