UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RICHARD ELLO,

        Plaintiff,

-v-

ISHRI SINGH, in his individual and official capacities; RAYMOND POCINO, Vice President and Eastern Regional Manager of Laborers International Union of North America, in his individual and official capacities; LABORERS INTERNATIONAL UNION OF NORTH AMERICA; LABORERS-EMPLOYERS COOPERATION AND EDUCATIONAL TRUST FUND; RAYMOND POCINO, Trustee, in his individual and official capacities; MASON TENDERS DISTRICT COUNCIL TRUST FUNDS; JOHN VIRGA, Funds Director, in his individual capacities; JOHN DOE and JANE DOE A through D,

        Defendants.

Case No. 05-CV-9625 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The motion to amend the First Amended Complaint is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

    The Clerk of the Court is directed to terminate the motion docketed as document #37.

SO ORDERED.

Dated:    July 13, 2006
           New York, New York

                                  KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE

