**RUTH M. POLLACK, ESQ.**
**250 OLD COUNTRY ROAD –SUITE 506**
**MINEOLA, NEW YORK 11501**
**Tel. 631-727-6787**
**Fac. 631-284--3316**
**ruth@ruthmpollackesq.com**
**Please Send All Mail to:  P.O. Box 120, 1288 West Main Street, Riverhead, New York 11901-0120**

July 18, 2006

ECF and Mail
Hon. Judge K. M. Karas
U.S District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Ello v. Singh and MTDC et al, 05cv9625(KMK)

Dear Judge Karas:

Please accept this letter as a status letter.  I am traveling upstate today on business and will arrive this evening, when I will file my letter application as directed by the Court last Thursday.

Thank you.

Very truly yours,

/s/

Ruth M. Pollack
RMP:  lb
Cc: All Counsel By ECF