Case 1:05-cv-09625-RJS Document 41 Filed 07/24/2006 Page 1 of 1

# MEMO ENDORSED

**PROSKAUER ROSE LLP**

New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Deidre A. Grossman
Attorney at Law

Direct Dial 212.969.3006
dagrossman@proskauer.com

July 19, 2006

**BY FACSIMILE**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  7|24|06
```

Re:  *Ello v. Singh, et al.*, Case No. 05 CV 9625

Dear Judge Karas:

We represent Defendants Ishry Singh, Laborers-Employers Cooperation and Education Trust Fund ("LECET"), Mason Tenders District Council Trust Funds ("MTDC Funds"), Raymond Pocino, as Trustee of the MTDC Funds, and John Virga, MTDC Funds' Director, in the above-referenced matter.

We received today opposing counsel's letter to Your Honor setting out the basis for Plaintiff's proposed motion to amend the First Amended Complaint. Pursuant to Your Honor's Individual Practices, our time to respond would be Monday, July 24, 2006. We ask that this be extended by one day to end of the day Tuesday, July 25, 2006. Opposing counsel and counsel for the Union Defendants have both consented to this request.

We thank the Court for its consideration.

Respectfully submitted,

Deidre A. Grossman

This request is GRANTED.

SO ORDERED

KENNETH M. KARAS U.S.D.J.