**RUTH M. POLLACK, ESQ.**
**250 OLD COUNTRY ROAD –SUITE 506**
**MINEOLA, NEW YORK 11501**          ECF No.
Tel. 631-727-6787
Fac. 631-284--3316
ruth@ruthmpollackesq.com

**Please Send All Mail to:**
**1288 West Main Street**
**P. O. Box 120**
**Riverhead, New York 11901-0120**

August 10, 2006

ECF and Courtesy Copy Via U.S. Mail
Chambers of Hon. Judge Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Ello v. Singh, MTDC et al, 05cv9625(KMK)

Dear Judge Karas:

We represent plaintiff. The purpose of this letter is to advise the Court that plaintiff consents to the request of Proskauer Rose, LLP for an enlargement of time to respond plaintiff's letter application dated August 5, 2006 to August 17, 2006.

This office's phone lines were not in service due to a brief malfunction.  I was out of town on business and not aware of the request until my return yesterday.

Thank you.

Respectfully,


RUTH M. POLLACK
RMP:  lb
CC:  All Counsel