AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Richard Ello
v.
Ishri Singh, et al.

**APPEARANCE**

Case Number: 05 CV 9625

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

1) LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND;
2) Raymond Pocino, Trustee, in his individual and official capacities;
3) Mason Tenders District Council Trust Funds;
4) John Virga; and
5) ISHRI SINGH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9.12.06 | [signature] |
| Date | Signature |
| | KATHLEEN MCKENNA / 4258 |
| | Print Name / Bar Number |
| | PROSKAUER ROSE LLP 1585 BROADWAY |
| | Address |
| | NEW YORK / NY / 10036 |
| | City / State / Zip Code |
| | 212 969 3130 / 212 969 2900 |
| | Phone Number / Fax Number |