UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------X
RICHARD ELLO

                        Plaintiff,                    AFFIDAVIT OF SERVICE

                   v.                          05 CV 9625 (KMK)

ISHRI SINGH, in his individual and official capacities;RAYMOND
POCINO, Vice president and Eastern RegionalManager of LABORERS
INTERNATIONAL UNION OF NORTHAMERICA, in his individual
and official capacities; LABORERSINTERNATIONAL UNION OF
NORTH AMERICA; LABORER-EMPOLYERS COOPERATION
AND EDUCATION TRUST FUND;RAYMOND ROCINO, Trustee,
in his individual and officialcapacities; MASON TENDERS DISTRICT
COUNCIL TRUSTFUNDS; JOHN VIRGA, Funds Director, in his
individual andofficial capacities; John Doe and Jane Doe A through D
the latter being Parties unknown to plaintiff,

                        Defendants.
-------------------------------------------------------------------------------------X

STATE OF NEW YORK    }
                              }SS.:
COUNTY OF NEW YORK  }

       JOHN G. FLEMING, JR., being duly sworn deposes and states:

       1.     I am not a party to this action, am over 18 years of age and reside in Bergen County, New Jersey.

       2.     On September 12, 2006, I served Appearance of Kathleen M. McKenna upon:

| | |
|---|---|
| Michael Bearse | Terrance Reed |
| Laborers' International Union of North America | Lankford Coffield & Reed, PLLC |
| 905 16th Street, NW | 120 North St. Asaph Street |
| Washington, D.C. 20006 | Alexandria, VA. 22314 |

       3.     Said service was made by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above named party in official depository under

the exclusive care and custody of the United States Post Office within the State of New York.

Sworn to before me this
12th day of September, 2006

------------------------------X                                        ------------------------------X
Notary Public                                                          John G. Fleming, Jr.

JAMES R. BETHEA
Notary Public, State of New York
No. 01BE6014213
Qualified in New York County
Commission Expires Oct. 5, 20_10_