**RUTH M. POLLACK, ESQ.**
**250 OLD COUNTRY ROAD –SUITE 506**
**MINEOLA, NEW YORK 11501**          ECF No. ____
**Tel. 631-727-6787**
**Fac. 631-284--3316**
[ruth@ruthmpollackesq.com](mailto:ruth@ruthmpollackesq.com)

**Please Send All Mail to:**
1288 West Main Street
P. O. Box 120
Riverhead, New York 11901-0120

September 14, 2006
Via U.S. Mail and ECF
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:  Ello v. LIUNA, et al. Case No. 05-CV-9625 (KMK)

Dear Judge Karas:

We represent Plaintiff.  Following my appearance at the Pre-Motion Conference on September 12, 2006, I remembered why I mentioned having the case heard by Hon. Judge Robert W. Sweet.  As I disclosed in my last letter to the Court, Wendy Brouwer had a conversation with Allan Taffet, the former Assistant United States Attorney who headed the team that brought the Civil RICO action involving the Mason Tenders.  Mr. Taffet originated the idea and Ms. Brouwer mentioned it to me.   This conversation occurred on about July 27, 2006, prior to my receipt of this Court's ruling on my motion on August 2, 2006.

Therefore, I would like the record to reflect that your unfavorable ruling had no bearing on the issue and the timing was entirely coincidental.  A number of the acts, which form the basis for plaintiff's suit, occurred while Judge Sweet was still overseeing the case, and some are violations of his Court Orders.   So if Mr. Taffet thought there might be adequate grounds for a reassignment, I deemed it to have merit.

With respect to your July 31, 2006, decision, you stated that my client is a Fund employee.  (Order at P. 12)  I merely wish to clarify my client's status, that is, that he has never been an employee of the Funds.  Thank you.

Sincerely,

RUTH M. POLLACK, ESQ. (RP1407)

CC:  All Counsel ECF