UNITED STATES DISTRICT COURT        Ecf Doc. ___
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------x
**RICHARD ELLO**,

                                             Plaintiff,          Case Number:
                                                                      **05cv9625(KMK)**

        -*Versus*-

**LABORERS' INTERNATIONAL UNION OF NORTH
      AMERICA,** et al.

                                             Defendants.
-----------------------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

RUTH M. POLLACK, ESQ. an attorney duly licensed to practice law in this Court and in the State of New York, being mindful of the penalties for perjury declares that, in accordance with this Court's September 12, 2006 Order, on September 15, 2006, Declarant served the following counsel with a copy of the annexed Notice of Motion, Memorandum of Law, Proposed First Amended Summons and Proposed Second Amended Complaint by facsimile addressed as follows:

    Kathleen M. McKenna, Esq.
    Deirdre A. Grossman, Esq.
    Proskauer Rose LLP
    1585 Broadway
    New York, NY 10036
    Fac. 212- 969-2900

    Samuel Rosenthal, Esq.
    Curtis, Mallet-Prevost, Colt & Mosle, LLP
    101 Park Avenue
    New York, NY 10178
    Fac. 202-452-7333

    Terrence G. Reed, Esq.
    Lankford, Coffield & Reed, PLLC
    120 North Asaph Street
    Alexandria VA 22314
    Fac. 703-299-8876

   Dated: Mineola, New York
          September 18, 2006              _____
                                                       RUTH M. POLLACK, ESQ. (RP1407)
                                                        Attorney for Plaintiff Richard Ello

Case 1:05-cv-09625-RJS   Document 52   Filed 09/19/2006   Page 2 of 2