**MEMO ENDORSED**

# PROSKAUER ROSE LLP

Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Deidre A. Grossman
Attorney at Law

Direct Dial 212.969.3006
dagrossman@proskauer.com

October 6, 2006

**BY FACSIMILE**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/06

Re: *Ello v. Singh, et al.*, Case No. 05 CV 9625

Dear Judge Karas:

We write to request an extension of time in which to respond to Plaintiff's Motion for Leave to Amend, served on September 15, 2006. According to the briefing schedule established by the Court at the September 12 conference, Defendants' (both Union and Fund) opposition to that motion is presently due on October 16, 2006 and Plaintiff's reply is due on October 30, 2006.

We would ask that the schedule be extended by one week, making Defendants' opposition due on October 23, 2006 and Plaintiff's reply due on November 6, 2006.

Opposing counsel has consented to this request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Deidre A. Grossman*

Deidre A. Grossman

cc: Ruth M. Pollack, Esq. (by fax)
Terrance Reed, Esq. (by fax)
Samuel Rosenthal, Esq. (by fax)
Michael Bearse, Esq. (by fax)

SO ORDERED

*/s/ Kenneth M. Karas*
KENNETH M. KARAS U.S.D.J.
10/6/06

3700/50463-021 Current/8838940v1