# RUTH M. POLLACK ESQ., P.C.

*Attorney At Law*

SUITE 506
250 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TEL. 631-727-6787
FAX. 631-284-3316
E-MAIL: ruth@ruthmpollackesq.com
WEB. www.ruthmpollackesq.com

*Send mail to:*
1288 West Main Street
P.O. Box 120
Riverhead, NY 11901-0120

November 26, 2006

Via ECF and Hard Copy
Hon. Judge Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: Ello v. Singh, et al., 05cv9625

Dear Judge Karas:

We represent Plaintiff. As you know, this case is scheduled for conference on November 29, 2006. I am actually engaged and proceeding into a third week on trial in the case of Dolise v. Potter, et al. before the Hon. Sr. Judge Arthur D. Spatt. It is not yet possible to determine just when we will be finished. The trial could conclude this week or next week.

I respectfully request, on consent, that we adjourn the conference to December 6, 2006 in the afternoon. Should anything change in terms of scheduling, I will maintain contact with the Court and parties. Judge Spatt has asked that any inquiries be directed to his Chambers Deputy.

Thank you.

Very truly yours,

RUTH M. POLLACK (RP1407)
RMP: lb
D. Grossman and S. Rosenthal via ECF
Mr. Richard Ello

ECF: