UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06

Richard Ello,

                       Plaintiff,

-v-

Ishri Singh *In his individual and official capacities*, et al,

                      Defendants.

Case No.
05-cv-9625 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

      ORDERED, that the conference previously scheduled for November 29, 2006 is adjourned to December 6, 2006 at 3:15pm.

      Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

      Counsel for the plaintiff is directed to notify all attorneys in this action by serving upon each of them a copy of this Order.

Dated: November 28, 2006
       New York, New York

                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE