**RUTH M. POLLACK, ESQ.**
250 OLD COUNTRY ROAD, SUITE 506
MINEOLA, NY 11501
Tel. 631-727-6787
Fax. 631-284-3316
ruth@ruthmpollackesq.com

**All Mail to:**
**1288 West Main Street**
**P.O. Box 120**
**Riverhead, NY 11901-0120**

Hon. Judge K.M. Karas
United States Court -SDNY
500 Pearl Street
New York, NY

Re:  Ello v. Singh et al. 05cv 9265

Dear Judge Karas:

Please accept this as a final request for adjournment of the above conference to December 11, 2006 after three o'clock on consent as I am actually engaged before Judge Spatt in the Eastern District.

Thank you.   Judge Spatt asks that any questions be directed to his Honor's Chambers.

Very truly yours,


Ruth M. Pollack, Esq.
RMP:  lb
Counsel by ecf