UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **Richard Ello,**      **Plaintiff,** | |
| -v- | Case No.  05-cv-9625 (KMK) |
| **Ishri Singh** *In his individual and official capacities*, et al,      **Defendants.** | ORDER |

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

      ORDERED, that the conference previously scheduled for December 6, 2006 is adjourned to December 12, 2006 at 4:15pm.

      **Counsel for the plaintiff is hereby directed to file a corrected notice of appearance in this case with her correct address, telephone number, fax number and e-mail address. Plaintiff's counsel is reminded that she must comply with the S.D.N.Y. local rules and Guidelines for ECF filing.**

      Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

      Counsel for the plaintiff is directed to notify all attorneys in this action by serving upon each of them a copy of this Order.

Dated: December 5, 2006
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE