# RUTH M. POLLACK, ESQ., P.C.



*Attorney At Law*

SUITE 506
250 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TEL. 516-746-0146
FAX. 516-746-8008
E-MAIL.
ruth@ruthmpollackesq.com
WEB.
www.ruthmpollackesq.com

*Send mail to:*
*1288 West Main Street*
*P.O. Box 120*
*Riverhead, NY 11901-0120*

January 2, 2006

ECF No:___

Honorable Judge Kenneth M. Karas
C/O Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:  <u>Ello v. Singh, et al., Case No. 05-CV-9625</u>

Dear Judge Karas:

We represent Plaintiff.  This letter is written to update the Court that all information on the docket sheet is updated and to respectfully request that oral argument for the above case not be set for the dates of January 3, 4, 5 or 9 due to prior commitments and possible conflicts.  I am ready any afternoon as of even date hereof.  I will be in Albany this week and can be reached directly by cell phone at 516-410-4787 through Friday.

I will continue to update the Court with any new information we learn which is germane to the issues herein.

Thank you.

Very truly yours,

RUTH M. POLLACK
RMP: lb