

RUTH M. POLLACK, ESQ., P.C.

*Attorney At Law*

SUITE 506
250 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TEL. 516-746-0146
FAX. 516-746-8008
E-MAIL.
ruth@ruthmpollackesq.com
WEB.
www.ruthmpollackesq.com

*Send mail to:*
*1288 West Main Street*
*P.O. Box 120*
*Riverhead, NY 11901-0120*

February 5, 2007

ECF No: 65

Honorable Judge Kenneth M. Karas
C/O Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

<u>Re: Ello v. Singh, et al., Case No. 05-CV-9625</u>

Dear Judge Karas:

We represent Plaintiff.  This letter is written to formally communicate to all parties my office address and contact numbers.  Please note that this information appears on my letterhead.  The phone and facsimile numbers alone have changed.

I have noted that the address on the docket sheet remains **incorrect**.  I will contact the Court again to rectify this error. I file this electronically so that there is a record of this communication.

Thank you for your courtesies.

Very truly yours,

RUTH M. POLLACK (RP1407)
RMP: lb
Cc:  All Counsel Via ECF