UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Richard Ello,**

                    **Plaintiff,**

    -v-

**Ishri Singh *In his individual and official***
***capacities*, et al,**

                    **Defendants.**

Case No.

05-cv-9625 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the oral argument on the outstanding

motions in this case shall be held at pm on July 19, 2007 at 10:15am in the United States

Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York,

New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: June __13__, 2007
       New York, New York