**RUTH M. POLLACK, ESQ. P.C.**
21 West Second Street, Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
516-746-0146

July 13, 2007                                                         ECF No:____

Via Facsimile and ECF: 212-805-7968
Honorable Judge Kenneth M. Karas
C/O Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: <u>Ello v. Singh, et al., Case No. 05-CV-9625</u>

Dear Judge Karas:

We represent Plaintiff. I have just received the Court's Order by fax to me at 11:01 a.m. today. In it, I am expected to provide information to the Court by "noon". This is not reasonable, given the lateness of the fax to me and the serious misrepresentations in it. This is my initial response to the order and I will immediately follow with information for the Court. Incidentally, the Court's fax line has been busy since 11:00 a.m. and so this letter could not be sent earlier.

Kathleen McKenna's letter dated July 12, 2007 misrepresents the facts. I immediately consented to <u>her</u> proffered dates of August 1,2,3,6,7 or 8 when we first spoke. I also confirmed those dates with her secretary when Ms. McKenna was not reachable. These are dates she and co-defendants' counsel in the proposed amended summons and complaint proffered. Her secretary believed that Ms. McKenna would likely not be available on July 17 due to her out of town trip during that week.

Again, I would appreciate Ms. McKenna's doing her best to refrain from making disparaging remarks in this case and from contorting the truth to insinuate that I am not being truthful. It is unprofessional, a waste of time and does not further anyone's interests.

Thank you.

Very truly yours,

*[signature]*
RUTH M. POLLACK
RMP: lb
All Counsel via Facsimile

*[Handwritten note from Judge:]* The Order requires Ms. Pollack to provide the names of judges by noon on Monday, July 16, 2007, not noon today.

So ordered.
*[signature]* M.
7/13/07