USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\16\07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD ELLO,

                Plaintiff,

-v-

ISHRI SINGH, in his individual and official capacities; RAYMOND POCINO, Vice President and Eastern Regional Manager of Laborers International Union of North America, in his individual and official capacities; LABORERS INTERNATIONAL UNION OF NORTH AMERICA; LABORERS-EMPLOYERS COOPERATION AND EDUCATIONAL TRUST FUND; RAYMOND POCINO, Trustee, in his individual and official capacities; MASON TENDERS DISTRICT COUNCIL TRUST FUNDS; JOHN VIRGA, Funds Director, in his individual capacities; JOHN and JANE DOES A through D,

                Defendants.

---

Case No. 05-CV-9625 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Counsel are to inform the Court, in writing, of their availability during the week of August 13th for oral argument on the outstanding motion in this case. Counsel are permitted to send their responses via facsimile.

SO ORDERED.

Dated:    July /6, 2007
              New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE

Service List:

Ruth M. Pollack, Esq.
1228 West Main St., P.O. Box 120
Riverhead, New York 11901
(516) 746-0146
Fax: (516) 7146-8008
*Counsel for Plaintiff*

Kathleen M. McKenna, Esq.
Deidre A. Grossman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
(212) 969-3006
Fax: (212) 969-2900
*Counsel for Defendants Ishry Singh, Laborers-Employers Cooperation and Education Trust Fund, Mason Tenders District Council Trust Funds, Raymond Pocino, as a Trustee of the Mason Tenders District Council Trust Funds, and John Virga*

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Ave.
New York, New York 10178
(212) 696-6000
Fax: (917) 368-7340
*Counsel for Defendants Laborers International Union of North America and Raymond Pocino*

Terrence G. Reed, Esq.
Lankford, Coffield & Reed, PLLC
120 North St. Asaph St.
Alexandria, Virginia 22314
(202) 942-2204
Fax: (703) 299-8876
*Counsel for Defendants Laborers International Union of North America and Raymond Pocino*