SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

received 7/10/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO    Plaintiff,

- against -

ISHRY SINGH, ET AL.    Defendant.

05 cv 9625 (KMK)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, RUTH MARIE POLLACK, member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: WENDY B. BROUWER
Firm Name: N/A
Address: 276 1st Ave., Apt 11C
City/State/Zip: NY, NY 10009-1860
Phone Number: c/o Ruth Pollack - 516-746-0146
Fax Number: —

WENDY B. BROWER    is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against WENDY B. BROWER in any State or Federal court.

Dated: June 23, 2007
City, State: Riverhead, New York

Respectfully submitted,

Sponsor's
SDNY Bar RP1407
Firm Name: Ruth M. Pollack, ESQ.
Address: P.O. Box 120
City/State/Zip: Riverhead, N.Y. 11901-0120
Phone Number: 516-746-0146
Fax Number: 516-746-8008

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD ELLO,

                Plaintiff,

  - against -

ISHRY SINGH, et al.

                Defendant.

05cv9625(KMK)
AFFIRMATION OF
RUTH M. POLLACK, ESQ.
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

Ruth M. Pollack, an attorney duly admitted to practice law in this State, being mindful of the penalties for perjury, affirms as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Wendy B. Brouwer as counsel **pro hac vice** to represent Plaintiff in this case.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1983. I am also admitted to the bar of the United States District Court for the Southern, Northern and Eastern Districts of New York, and am in good standing with all of these Courts.

3. I have known Ms. Brouwer since 2006.

4. Ms. Brouwer retired from the Federal Bureau of Investigation in 2004, after serving for almost 22 years as a special agent.

5. Ms. Brouwer has been assisting me in above captioned action and I have found her to be a skilled investigator and diligent attorney, and a person of integrity. She is familiar with Federal practice and the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Wendy B. Brouwer, **pro hac**

1

vice.

7.  I respectfully submit a proposed order granting the admission of Wendy B. Brouwer, **pro hac vice**, which is attached hereto as Exhibit A. Ms. Brouwer's original certificate of good standing is annexed hereto as Exhibit "B".

WHEREFORE, it is respectfully requested that the motion to admit Wendy B. Brouwer, **pro hac vice**, to represent Plaintiff in the above captioned matter, be granted.

Dated: ~~April 22,~~ June 23, 2007 (RMP)
Mineola, New York

:

Respectfully submitted,

Ruth M. Pollack, Esq. (RP1407)

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, David Spokony, Deputy Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WENDY B. BROUWER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 19th day of June, 1989 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 21, 2007

*David Spokony*
Deputy Clerk

5787

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
**RICHARD ELLO**,

                        Plaintiff,

    *-Versus-*

**LABORERS' INTERNATIONAL UNION OF NORTH
    AMERICA**;

**MASON TENDERS DISTRICT COUNCIL OF GREATER
    NEW YORK**;

**MASON TENDERS DISTRICT COUNCIL TRUST FUNDS**;

**GREATER NEW YORK LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND**;

**RAYMOND POCINO**, in his individual and official capacities as
- Vice President and Eastern Regional Manager, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,
- Trustee, MASON TENDERS DISTRICT COUNCIL TRUST FUNDS;

**PROSKAUER ROSE LLP**;

**ISHRY SINGH**, in his individual and official capacities as,
- Employee of MASON TENDERS DISTRICT COUNCIL TRUST FUNDS;

**JOHN VIRGA**, in his individual and official capacities,
- Funds Director, MASON TENDERS DISTRICT COUNCIL TRUST FUNDS;

**"JOHN AND JANE DOE A THROUGH D"**, parties unknown,

                        Defendants.
------------------------------------------------------------------------------------x

Case Number:
**05cv9625(KMK)**

CERTIFICATION OF SERVICE

RUTH M. POLLACK, ESQ. an attorney duly licensed to practice law in this Court and in the State of New York, being mindful of and under the penalties for perjury declares:

On July 3, 2007 declarant served the following counsel with a copy of the annexed application for *Pro Hac Vice* Admission (Proposed Order, Affirmation, Notice of Motion, Certificate of Good Standing for Wendy Brower by U.S. Mail service by placing a postage paid envelope placed in a repository for that purpose addressed as follows:

    Kathleen M. McKenna, Esq.
    Deirdre A. Grossman, Esq.

1

Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

Terrence G. Reed, Esq.
Lankford, Coffield & Reed, PLLC
120 North Asaph Street
Alexandria VA 22314

Dated: Riverhead, New York
       July 3, 2007

                                          RUTH M. POLLACK, ESQ. (RP1407)
                                          Attorney for Plaintiff Richard Ello

                                                  ECF Doc:_____