**MEMO ENDORSED**

**RUTH M. POLLACK, ESQ. P.C.**
21 West Second Street, Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
516-746-0146

July 13, 2007                                ECF No: ____

Via Facsimile and ECF: 212-805-7968
Honorable Judge Kenneth M. Karas
C/O Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

USDC SDNY
DO[...]
ELECTRONICALLY [FILED]
DOC #
DATE FILED: 7/17/07

Re: Ello v. Singh, et al., Case No. 05-CV-9625

Dear Judge Karas:

We represent Plaintiff. Kathleen McKenna's letter dated July 12, 2007 misrepresents the facts. I immediately consented to her proffered dates of August 1,2,3,6,7 or 8 when we first spoke. I also confirmed those dates with her secretary when Ms. McKenna was not reachable. These are dates she and co-defendants' counsel in the proposed amended summons and complaint proffered.

Again, I would appreciate Ms. McKenna's doing her best to refrain from making disparaging remarks in this case and from contorting the truth to insinuate that I am not being truthful. It is unprofessional, a waste of time and does not further anyone's interests.

Thank you.

Very truly yours,

*[signature]*

RUTH M. POLLACK
RMP: lb
All Counsel via Facsimile

The Clerk is directed to docket this letter.

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
7/16/07