UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD ELLO,

              Plaintiff,

-v-

ISHRI SINGH, in his individual and official capacities; RAYMOND POCINO, Vice President and Eastern Regional Manager of Laborers International Union of North America, in his individual and official capacities; LABORERS INTERNATIONAL UNION OF NORTH AMERICA; LABORERS-EMPLOYERS COOPERATION AND EDUCATIONAL TRUST FUND; RAYMOND POCINO, Trustee, in his individual and official capacities; MASON TENDERS DISTRICT COUNCIL TRUST FUNDS; JOHN VIRGA, Funds Director, in his individual capacities; JOHN and JANE DOES A through D,

              Defendants.

Case No. 05-CV-9625 (KMK)

ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

KENNETH M. KARAS, District Judge:

    Oral argument on Plaintiff's Motion to File a Proposed Second Amended Complaint will be held on September 7, 2007, at 11:00am.

SO ORDERED.

Dated:    July 19, 2007
            New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE