**RUTH M. POLLACK, ESQ., P.C.**
21 West Second Street - Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 516-746-0146
Fax.516-746-8008/631-591-3162

August 16, 2007                                                                                      ECF No:___

Via Facsimile and ECF: 212-805-7968 URGENT
Honorable Judge Kenneth M. Karas
C/O Ms. Levine
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:  Ello v. Singh, et al., Case No. 05-CV-9625

Dear Judge Karas:

We represent Plaintiff.  My review of the docket reveals that the *pro hac vice* application of Wendy Brouwer, Esq. was accepted on intake by the Court on July 11, 2007 [ECF 74] but has not been granted by this Court even after over one month has transpired.

Per our discussion today, I have faxed another copy of the proposed order admitting Ms. Brouwer *pro hac vice* for the Court's signature.  As oral argument is now on for September 7, 2007 at 11:00 a.m. relative to our proposed first amended summons and complaint, your prompt cooperation is requested.

**Please note my office's new location.  All contact information remains unchanged.**

Finally, I again respectfully still seek any and all information that may demonstrate an actual or potential conflict of interest between the Court, its personnel and any of the defendants, proposed defendants or defendants' counsel.  This must be addressed well before the oral argument date so that we may proceed without concern that plaintiff will not be afforded an impartial tribunal to decide this case. The information would be expected to come from both counsel and the Court.

Thank you.

Very truly yours,

*[signature]*

RUTH M. POLLACK
RMP: lb
All Counsel via Facsimile
Mr. Richard Ello
Wendy Brouwer, Esq.

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,          Plaintiff,

                                                    05 cv 9625          (KKB)

- against -

ISHRY SINGH, ET AL.,   Defendant.          **ORDER FOR ADMISSION
                                            PRO HAC VICE
                                            ON WRITTEN MOTION**

Upon the motion of RUTH M. POLLACK attorney for RICHARD ELLO

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | |
| Firm Name: | Wendy B. Brouwer |
| Address: | (No Firm Name) |
|  | 276 First Avenue - 11C |
| City/State/Zip: | New York, New York 10009 |
| Telephone/Fax: | Tel. 212-529-6437 |
|  | Fax.212-529-6437 |
| Email Address: | wbrouwer@rcn.com> |

is admitted to practice pro hac vice as counsel for RICHARD ELLO in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006