**RUTH M. POLLACK, ESQ., P.C.**
21 West Second Street - Suite 13
P.O. Box 120
Riverhead, New York 11901-012
Tel. 516-746- 0146
Fax.516-746-8008/631-591-3162

**MEMO ENDORSED**

August 16, 2007                                                ECF No:___

Via Facsimile and ECF: 212-805-7968 URGENT
Honorable Judge Kenneth M. Karas
C/O Ms. Levine
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/07
```

Re: Ello v. Singh, et al., Case No. 05-CV-9625

Dear Judge Karas:

We represent Plaintiff. My review of the docket reveals that the *pro hac vice* application of Wendy Brouwer, Esq. was accepted on intake by the Court on July 11, 2007 [ECF 74] but has not been granted by this Court even after over one month has transpired.

Per our discussion today, I have faxed another copy of the proposed order admitting Ms. Brouwer *pro hac vice* for the Court's signature. As oral argument is now on for September 7, 2007 at 11:00 a.m. relative to our proposed first amended summons and complaint, your prompt cooperation is requested.

**Please note my office's new location. All contact information remains unchanged.**

Finally, I again respectfully still seek any and all information that may demonstrate an actual or potential conflict of interest between the Court, its personnel and any of the defendants, proposed defendants or defendants' counsel. This must be addressed well before the oral argument date so that we may proceed without concern that plaintiff will not be afforded an impartial tribunal to decide this case. The information would be expected to come from both counsel and the Court.

Thank you.

Very truly yours,

[signature]

*[Handwritten memo endorsement:]* The application for pro hac admission was incomplete when submitted. Counsel was informed of that fact, but did nothing to cure the defect until the evening of August 16. Furthermore, the Court sees no need to explain or provide information proving that there is no conflict for the Court or its personnel in this case, and to so suggest otherwise is baseless and frivolous. Counsel for Plaintiff is aware of the argument date is expected to be there. So ordered. /s/ 8/A/07

*Also, Counsel must update her new address herself via ECF.*