UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　05 cv 9625　　(KK.R)

　　- against -

ISHRY SINGH, ET AL.,　　　Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of RUTH M. POLLACK attorney for RICHARD ELLO

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | |
| Firm Name: | Wendy B. Brouwer |
| Address: | (No Firm Name) |
| | 276 First Avenue - 11C |
| City/State/Zip: | New York, New York 10009 |
| Telephone/Fax: | Tel. 212-529-6437 |
| | Fax.212-529-6437 |
| Email Address: | wbrouwer@rcn.com> |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 8\20\07

is admitted to practice pro hac vice as counsel for　RICHARD ELLO　in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge
　　　　　　　　　　　　　　　　　　8/17/07

FOR OFFICE USE ONLY: FEE PAID $　　　　SDNY RECEIPT#
SDNY Form Web 10/2006