UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RICHARD ELLO,

                Plaintiff,

    -v-

ISHRI SINGH, in his individual and official capacities; RAYMOND POCINO, Vice President and Eastern Regional Manager of Laborers International Union of North America, in his individual and official capacities; LABORERS INTERNATIONAL UNION OF NORTH AMERICA; LABORERS-EMPLOYERS COOPERATION AND EDUCATIONAL TRUST FUND; RAYMOND POCINO, Trustee, in his individual and official capacities; MASON TENDERS DISTRICT COUNCIL TRUST FUNDS; JOHN VIRGA, Funds Director, in his individual capacities; JOHN and JANE DOES A through D,

                Defendants.

Case No. 05-CV-9625 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      On September 6, 2007, Plaintiff filed by ECF a Motion seeking the undersigned to recuse from this case. The following morning, just before oral argument on Plaintiff's motion to submit a Proposed Second Amended Complaint, Plaintiff brought a second, largely duplicative Motion to the Court seeking recusal.

Both applications were made in contravention of this Court's Individual Practices which require the submission of a pre-motion letter before any motion is submitted. Additionally, Plaintiff's eleventh-hour application is without merit for reasons stated on the record on September 7, 2007. Both Motions are thus denied.

SO ORDERED.

Dated:     September 7, 2007
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE