USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,

                Plaintiff,

-v-

ISHRI SINGH, in his individual and official capacities; RAYMOND POCINO, Vice President and Eastern Regional Manager of Laborers International Union of North America, in his individual and official capacities; LABORERS INTERNATIONAL UNION OF NORTH AMERICA; LABORERS-EMPLOYERS COOPERATION AND EDUCATIONAL TRUST FUND; RAYMOND POCINO, Trustee, in his individual and official capacities; MASON TENDERS DISTRICT COUNCIL TRUST FUNDS; JOHN VIRGA, Funds Director, in his individual capacities; JOHN and JANE DOES A through D,

                Defendants.

Case No. 05-CV-9625 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

In an Order and Opinion issued on October 19, 2007, this Court invited the Parties in the above action to submit letters identifying any portions of the October 19, 2007 Order and Opinion that should remain sealed. The Court gave the Parties ten days to do so. As of November 8, 2007, nearly three weeks after the issuance of the Order and Opinion, neither Plaintiff nor any of Defendants has submitted any such request. As a result, the Order and

Opinion of October 19, 2007 is hereby unsealed in its entirety.[1]

SO ORDERED.

Dated: November 6, 2007
       New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

---

[1] Parties should note that this Court is also issuing an amended version of the Opinion and Order of October 19, 2007 to correct a minor typographical error.

2

Service List:

Ruth M. Pollack, Esq.
1228 West Main St., P.O. Box 120
Riverhead, New York 11901
(516) 746-0146
Fax: (516) 7146-8008
*Counsel for Plaintiff*

Kathleen M. McKenna, Esq.
Deidre A. Grossman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
(212) 969-3006
Fax: (212) 969-2900
*Counsel for Defendants Ishry Singh, Laborers-Employers Cooperation and Education Trust Fund, Mason Tenders District Council Trust Funds, Raymond Pocino, as a Trustee of the Mason Tenders District Council Trust Funds, and John Virga*

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Ave.
New York, New York 10178
(212) 696-6000
Fax: (917) 368-7340
*Counsel for Defendants Laborers International Union of North America and Raymond Pocino*

Terrence G. Reed, Esq.
Lankford, Coffield & Reed, PLLC
120 North St. Asaph St.
Alexandria, Virginia 22314
(202) 942-2204
Fax: (703) 299-8876
*Counsel for Defendants Laborers International Union of North America and Raymond Pocino*