**RUTH M. POLLACK, ESQ.**
21 West Second Street · Suite 13
P. O. Box 120
Riverhead, New York 11901-0120
Tel. 631-591-3160
Fac. 631-591-3162
ruth@ruthmpollackesq.com

January 2, 2008

ECF:___

<u>Via Facsimile With Permission: 212-805-7946</u>
Judge Richard J. Sullivan,
United States District Judge for the
United States District Court for the
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: <u>Ello v. Singh, et al., No 1:05-cv-9625</u>

Dear Judge Sullivan:

I represent plaintiff. Welcome to the Southern District. On December 31, 2007, defense counsel Terrence Reed e-mailed me a draft letter relative to an order that requires plaintiff and defendants to jointly submit a letter to the Court in response to this Court's Order of December 12, 2007 requesting specific information from the parties as to the status of this case. I have yet to see that order. Indeed, I have not received ECF Docs. 83-88. While he left me voice mails on my cell phone, he failed to return any of my prompt return calls to him. I have e-mailed him requesting copies of the decisions to expedite the process.

**For the reasons that follow, I will require until Monday, January 7, 2007 at noon to prepare such a joint letter. This letter will confirm that I requested and received this extension.**

I have reviewed the brief, proposed letter of Mr. Reed, which contains serious errors of fact and procedure. The fact that my client has twice been acquitted of all charges against him is a significant development that will affect the outcome of this case. At all times since I filed this meritorious case, my phone has worked, my e-mail has worked and my facsimile has worked. Not once did I

receive a "bounce" for this Court's order dated December 12, 2007 or the decision and order of Judge Kenneth Karas dated October 19, 2007, who left this case and moved to White Plains in September 2007, according to his Chambers voicemail. I never received a copy of either order in the U.S. Mail or by facsimile. As a result, I must retrieve the decisions and review them. <u>This is the only case</u> I have in which I have not received two important bounces of orders of the Court. Perhaps mailing must be used to ensure legal documents are transmitted. I am awaiting further information and assistance from the Help Desk.

I have no control over the PACER system and I rely on it every day. PACER does not control the bounces I am to receive from the Court; the Court does that. I personally wrote to Judge Karas since filing in 2005 to determine the reasons for the Court's delay of almost one year in the filing of plaintiff's detailed, technically proficient and legally proper RICO complaint against all defendants including defendants Proskauer Rose LLP. I never received an explanation. Our amended summons and complaint fully complied with the Federal Rules of Civil Procedure and case law.

Our complaint contains many allegations that directly bear on the safety of the general public. My client's duties included protecting and overseeing funds and procedures, which affect the general safety of the public and the unions that perform large projects, particularly in New York City.

Accordingly, please be so kind as to enlarge our time to submit the joint letter.

Thank you.

Very truly yours,

*[signature]*

RUTH M. POLLACK (RP1407)
RMP: lb
All Defendants by Email

*[Handwritten note:]* The joint status letter shall be submitted by Monday, January 7, 2008 at 5:00 pm.

SO ORDERED
Dated: 1/2/08
*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.