```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,

                Plaintiff,

-v-

ISHRI SINGH, *et al.*,

                Defendants.

No. 05 Civ. 9625 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

On December 11, 2007, the parties in this case were ordered to jointly submit a status letter to the Court by January 3, 2008 at 5:00 p.m. On January 2, 2008, counsel for the plaintiff in this case requested an adjournment of time to submit that letter until Monday, January 7, 2008. On January 2, 2008, I granted that request, and subsequently my clerk faxed a copy of the order granting that extension to counsel for all parties.

On the afternoon of January 7, 2008, at 3:11 p.m., plaintiff's counsel sent an *ex parte* email to my deputy stating that she was unable to submit the joint status letter to the Court on time "due to the failure of the Court to transmit a copy of the Orders to me until Friday" and requesting a one-week extension of the deadline for submission, until Monday, January 14, 2008.

Plaintiff's request is DENIED. Plaintiff's request violates Rule 1(A) of this Court's Individual Practices, available at http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=315, which requires that all communications with chambers shall be by letter, with copies simultaneously delivered to all counsel. Nor has plaintiff stated any valid grounds for an adjournment of the January 7, 2008 deadline. By plaintiff's counsel's own admission, she had copies of the relevant orders in this case by at least Friday, January 4, 2008. Moreover, it is

counsel's responsibility to regularly check the docket sheet of each case, as set forth in Item #9 of this Court's Procedures for Electronic Case Filing, available at http://www1.nysd.uscourts.gov/ecf/procedures_ecf.pdf.

It is ORDERED that the parties' time to submit a joint status letter is hereby extended to **Wednesday, January 9, 2008 at 5:00 p.m**. If the parties are unable to submit a joint letter to the Court on time, each party shall be responsible for submitting its own letter to the Court.

SO ORDERED.

Dated:   January 7, 2008
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE