```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,

                Plaintiff,

-v-

ISHRI SINGH, *et al.*,

                Defendants.

No. 05 Civ. 9625 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is plaintiff's request (1) to move for reconsideration of the November 8, 2007 order of the Honorable Kenneth M. Karas, District Judge, granting in part and denying in part plaintiff's request to file an amended complaint, and/or (2) to move for an extension of time in which to file an amended complaint consistent with that order. Plaintiff's request to file the motion(s) is granted. Plaintiff shall file the motion(s) not later than February 8, 2008. However, defendants need not submit opposition papers to plaintiff's motion(s) unless and until directed by the Court.

    The Union Defendants have also requested permission to file a motion to dismiss based on plaintiff's failure to file a timely amended complaint as directed by Judge Karas. That request is denied as premature, without prejudice to renewal after a decision on plaintiff's motion(s).

SO ORDERED.

Dated:    January 14, 2008
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE