**RUTH M. POLLACK, ESQ. P.C.**
21 West Second Street • Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

February 6, 2008                                                            ECF:____

Via ECF and U.S. Mail
The Honorable Richard J. Sullivan,
United States District Judge for the
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

                    Re: Ello v. Singh, et al., No 1:05-cv-9625

Dear Judge Sullivan:

I represent Plaintiff. This is a letter application for the purpose of requesting that you grant me one additional week within which to comply with your order of January 15, 2008 as to two motions that we intend to make. The current deadline for the motion is Friday, February 8, 2008. We ask for February 15, 2008 by 5:00 p.m.

This application is necessitated by the complexity of the cases and the applications relative thereto. Due to the brief and reasonable time requested, I am confident that Union defendants will not object.

Thank you.

Very truly yours,

RUTH M. POLLACK (RP1407)
RMP: lb

CERTIFICATION OF SERVICE

RUTH M. POLLACK, ESQ. an attorney duly licensed to practice law in this Court and in the State of New York, under the penalties for perjury declares:

On February 6, 2008 declarant served the following counsel with a copy of the annexed letter application by ECF:

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

Terrence G. Reed, Esq.
Lankford, Coffield & Reed, PLLC
120 North Asaph Street
Alexandria VA 22314


Dated: Riverhead, New York
February 6, 2008

_____
RUTH M. POLLACK, ESQ.
Attorney for Richard Ello