**RUTH M. POLLACK, ESQ. P.C.**
21 West Second Street • Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

February 6, 2008                                         ECF:____

Via ECF and U.S. Mail
The Honorable Richard J. Sullivan,
United States District Judge for the
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/6/08

Re: Ello v. Singh, et al., No 1:05-cv-9625

Dear Judge Sullivan:

I represent Plaintiff. This is a letter application for the purpose of requesting that you grant me one additional week within which to comply with your order of January 15, 2008 as to two motions that we intend to make. The current deadline for the motion is Friday, February 8, 2008. We ask for February 15, 2008 by 5:00 p.m.

This application is necessitated by the complexity of the cases and the applications relative thereto. Due to the brief and reasonable time requested, I am confident that Union defendants will not object.

Thank you.

Very truly yours,

RUTH M. POLLACK (RP1407)
RMP: lb

Request denied.
Plaintiff shall file
his papers by 5pm on
Monday, February 11, 2008.

SO ORDERED
Dated:
1/8/08

RICHARD J. SULLIVAN
U.S.D.J.

**RUTH M. POLLACK, ESQ. P.C.**
21 West Second Street • Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

February 6, 2008                                    ECF:____

Via ECF and U.S. Mail
The Honorable Richard J. Sullivan,
United States District Judge for the
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/6/08

Re: Ello v. Singh, et al., No 1:05-cv-9625

Dear Judge Sullivan:

I represent Plaintiff.  This is a letter application for the purpose of requesting that you grant me one additional week within which to comply with your order of January 15, 2008 as to two motions that we intend to make.   The current deadline for the motion is Friday, February 8, 2008.  We ask for February 15, 2008 by 5:00 p.m.

This application is necessitated by the complexity of the cases and the applications relative thereto.  Due to the brief and reasonable time requested, I am confident that Union defendants will not object.

Thank you.

Very truly yours,

RUTH M. POLLACK (RP1407)
RMP: lb

*Request denied. Plaintiff shall file his papers by 5pm on Monday, February 11, 2008.*

SO ORDERED.
Dated: 1/8/08

RICHARD J. SULLIVAN
U.S.D.J.