```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD ELLO,

                Plaintiff,

-v-

ISHRI SINGH, *et al.*,

                Defendants.

No. 05 Civ. 9625 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the attached letter, dated February 6, 2008, from counsel for plaintiff. That letter was inexplicably mailed to Chambers on March 29, 2008, per the postmark on the envelope, and received by Chambers today. The letter was originally received by the Court on or about February 8, 2008, and denied by memo endorsement on that same date. (*See* February 8, 2008 Order (Document # 93).) The requests in the letter are thereby moot, having already been resolved almost two months ago.

    The Court has since issued another Order in this case. (*See* March 13, 2008 Order (Document #94)). Plaintiff should consult that Order for further reference.

SO ORDERED.

Dated:      April 1, 2008
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

**RUTH M. POLLACK, ESQ. P.C.**
**21 West Second Street • Suite 13**
**P.O. Box 120**
**Riverhead, New York 11901-0120**
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

**February 6, 2008**                                          ECF:

Via ECF and U.S. Mail
The Honorable Richard J. Sullivan,
United States District Judge for the
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ello v. Singh, et al., No 1:05-cv-9625

Dear Judge Sullivan:

I represent Plaintiff. This is a letter application for the purpose of requesting that you grant me one additional week within which to comply with your order of January 15, 2008 as to two motions that we intend to make. The current deadline for the motion is Friday, February 8, 2008. We ask for February 15, 2008 by 5:00 p.m.

This application is necessitated by the complexity of the cases and the applications relative thereto. Due to the brief and reasonable time requested, I am confident that Union defendants will not object.

Thank you.

Very truly yours,

RUTH M. POLLACK (RP1407)
RMP: lb

CERTIFICATION OF SERVICE

RUTH M. POLLACK, ESQ. an attorney duly licensed to practice law in this Court and in the State of New York, under the penalties for perjury declares:

On February 6, 2008 declarant served the following counsel with a copy of the annexed letter application by ECF:

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

Terrence G. Reed, Esq.
Lankford, Coffield & Reed, PLLC
120 North Asaph Street
Alexandria VA 22314

Dated: Riverhead, New York
       February 6, 2008

_____
RUTH M. POLLACK, ESQ.
Attorney for Richard Ello

RUTH M. POLLACK, ESQ. P.C.
*Attorney At Law*
21 West Second St.
P. O. Box 120
Riverhead, NY 11901

Richard J Sullivan USDCJ
US District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USMS SDNY