**RUTH M. POLLACK, ESQ.**
21 West Second Street • Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

May 8, 2008                                            ECF:____

<u>Via ECF and U.S. Mail</u>
Judge Richard J. Sullivan,
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Ello v. Singh, et al., No 1:05-cv-9625

Dear Judge Sullivan:

I represent Plaintiff. I am in receipt of your order dated May 7, 2008 that was faxed to me by Chambers. This is a letter application for leave of Court to be relieved as counsel to plaintiff in this case.

I make this application due to, *inter alia*, Plaintiff's failure to maintain communication with me at all times, to follow my counsel and his continued ignoring of my advice. As a result of this, he has undermined my ability to effectively represent him in this case.

Given the procedural posture of the case, please be advised that I will not take further action on the case and Mr. Ello should be provided with sufficient time to obtain new counsel. I will be out of town from May 14, 2008 through May 26, 2008.

Thank you.

Very truly yours,

*[signature]*
RUTH M. POLLACK (RP1407)
RMP: lb
Cc: Wendy Brouwer, Esq. via e-mail and U.S. Mail
    Proskauer Rose LLP via ECF
    Samuel Rosenthal Esq. Via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**RICHARD ELLO**,

                        Plaintiff,

    -*Versus*-

**LABORERS' INTERNATIONAL UNION OF NORTH AMERICA**;

**MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK**;

**MASON TENDERS DISTRICT COUNCIL TRUST FUNDS**;

**GREATER NEW YORK LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND**;

**RAYMOND POCINO**, in his individual and official capacities as
- Vice President and Eastern Regional Manager, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,
- Trustee, MASON TENDERS DISTRICT COUNCIL TRUST FUNDS;

**PROSKAUER ROSE LLP**;

**ISHRY SINGH**, in his individual and official capacities as,
- Employee of MASON TENDERS DISTRICT COUNCIL TRUST FUNDS;

**JOHN VIRGA**, in his individual and official capacities,
- Funds Director, MASON TENDERS DISTRICT COUNCIL TRUST FUNDS;

**"JOHN AND JANE DOE A THROUGH D"**, parties unknown,

                        Defendants.
------------------------------------------------------------------------x

Case Number:
**05cv9625(RJS)**

### CERTIFICATION OF SERVICE

RUTH M. POLLACK, ESQ. an attorney duly licensed to practice law in this Court and in the State of New York, under the penalties for perjury declares:

On May 8, 2008, declarant served the following counsel with a copy of the annexed letter to Court and order by Mail and ECF service by placing a copy of the letter in a postage paid envelope addressed as follows and placed in an official U.S. Mail repository:

    Wendy B. Brower, Esq.
    276 First Avenue - 11C
    New York, New York 10009

1

Fax.212-529-6437
wbrouwer@rcn.com>

Kathleen M. McKenna, Esq.
Deirdre A. Grossman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
212-969-2900

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178
917-368-7340

Terrence G. Reed, Esq.
Lankford, Coffield & Reed, PLLC
120 North Asaph Street
Alexandria VA 22314
703-299-8876

Dated: Riverhead, New York
      May 8, 2008

                                              _____
                                              RUTH M. POLLACK, ESQ. (RP1407)
                                              Attorney for Plaintiff Richard Ello

                                              ECF Doc :_____