UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHARD ELLO,   :
                Plaintiff
                                    :
           Against                               Case No. 05 CV 9625 (RJS)
                                :
ISHRI SINGH, et al.   NOTICE OF MOTION
              Defendant(s)   :
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law In Support of Motion To Dismiss, defendants Laborers International Union of North America ("LIUNA") and Raymond Pocino, in his individual and union capacities, will move this Court before The Honorable Richard A. Sullivan, at the United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007 on a date and at a time to be determined by the Court for an Order pursuant to Fed. R. Civ. P. 41 to dismiss this case for want of prosecution.

Dated: May 28, 2008
       New York, New York

                                                  Respectfully submitted,

                                                  Samuel Rosenthal
                                                  Curtis, Mallet-Prevost, Colt & Mosle LLP
                                                  101 Park Avenue
                                                  New York, New York 10178-0061
                                                  212-696-6000

                                                  Terrance G. Reed
                                                  Lankford, Coffield & Reed PLCC
                                                  120 North St. Asaph St.
                                                  Alexandria, VA 22314
                                                  703-299-5000
                                                  (Pro Hac Vice)

4666436v1

Michael Bearse Laborers International Union of North America
905 16th Street, N.W.
Washington, D.C. 2006
202-942-2204
(Pro Hac Vice)

Counsel for Defendants LIUNA and
Raymond Pocino, individually and in his union capacity