PROSKAUER ROSE LLP
Kathleen M. McKenna
Deidre A. Grossman
1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for the Fund Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
RICHARD ELLO,                                     :
:  Case No. 05 CV 9625 (RJS)
                        Plaintiff,               :
:  **NOTICE OF MOTION**
           v.                                     :
:
ISHRY SINGH, et al.,                              :
:
                        Defendants.              :
:
------------------------------------------------------------------------x

     PLEASE TAKE NOTICE that Defendants Ishry Singh, Laborers-Employers Cooperation and Education Trust Fund, Mason Tenders' District Council Trust Funds ("MTDC Funds"), Raymond Pocino, as a Trustee of the MTDC Funds, and John Virga, MTDC Funds' Director (collectively, the "Fund Defendants"), through their attorneys, Proskauer Rose LLP, will move this Court before the Honorable Richard J. Sullivan, District Judge, United States Courthouse, 500 Pearl Street, Room 615, New York, New York 10007, at such time as is determined by this Court, for an order dismissing with prejudice the action as against the Fund Defendants.  Oral argument shall be on a date and at a time designated by the Court.  In support of their motion, the Fund Defendants will rely on the attached Declaration of Deidre A. Grossman, dated May 28, 2008, and the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings in this action.

Dated: New York, New York
       May 28, 2008                    PROSKAUER ROSE LLP

                                       Respectfully submitted,

                                By:  /s/Deidre A. Grossman
                                     Kathleen M. McKenna
                                     Deidre A. Grossman
                                     1585 Broadway
                                     New York, New York 10036
                                     (212) 969-3000
                                     kmckenna@proskauer.com
                                     dagrossman@proskauer.com

                                     *Attorneys for the Fund Defendants*

To:    Ruth M. Pollack, Esq.
        21 West Second Street, Suite 13
        P.O. Box 120
        Riverhead, New York 11901-0120

        Wendy B. Brouwer, Esq.
        276 1st Avenue
        Apt 11C
        New York, New York 10009

        Samuel Rosenthal, Esq.
        Curtis, Mallet-Prevost, Colt & Mosle LLP
        101 Park Avenue
        New York, New York 10178

        Terrance Reed, Esq.
        Lankford Coffield & Reed PLLC
        120 North St., Asaph Street
        Alexandria, VA 22314

        Michael Bearse, Esq.
        Laborers International Union of North America
        905 16th Street, NW
        Washington, DC 20006