UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Richard Ello

                        Plaintiff,                           05 CIVIL 9625 (RS)

         -against-

Ishri Singh, et al.,

                       Defendant.
------------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Laborers Internation Union of North America, Ray Pocino is in his individual and L__

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SR-9717

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Curtis, Mallet-Prevost, Colt & Mosle, LLP

    To: Patton Boggs, LLP

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* 1185 Ave. of the Americas, 30th Floor

☐ *Telephone Number:* 646-557-5100

☐ *Fax Number:* 646-557-5101

☐ *E-Mail Address:* srosenthal@pattonboggs.com

Dated: May 30, 2008