UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ELLO,

                Plaintiff,

-v-                                      No. 05 Civ. 9625 (RJS)
                                                ORDER

ISHRI SINGH, *et al.*,

                Defendants.

*USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 7/3/08*

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Wendy B. Brouwer, Esq., on behalf of plaintiff Richard Ello, dated June 27, 2008 and attached hereto.

    The Court shall hold a status conference in this case on __July 18, 2008__ at __12:30 pm__ in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007. Mr. Ello and Ms. Brouwer are instructed to attend, along with counsel for defendants.

SO ORDERED.

Dated:    July 2, 2008
                New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE